| | |
|---|---|
| Defendants shall maintain all records necessary to document their compliance with all terms of this Decree. The Defendants shall also maintain any and all records required by or developed under this Consent Decree. [§VIII Compliance ¶ 67] | Yes |
| Defendants shall appoint a consent Decree coordinator to oversee compliance with this Decree, and to serve as a point of contact. [§VIII Compliance ¶ 68] | Yes |
| During all times while the Court maintains jurisdiction over this action, the United States shall have access to, and receive copies of, any documents and any databases necessary to evaluate compliance with this Decree. The United States shall have access to all staff and facilities as necessary to evaluate the Defendants' compliance with the terms of this Decree. [§VIII Compliance ¶ 69] | Yes |
| The Defendants shall immediately provide copies of, and explain the terms of this Decree to all current and future employees or other staff of SPC, SDF, TDF, RDF, KYF, and SIDF, in order to ensure that they understand the requirements of this Decree an the necessity for its strict compliance. All such individuals shall sign a statement indicating that they have read and understand this Decree and acknowledge receiving an individual copy of the Decree. [§VIII Compliance ¶ 70] | Yes |
| Except where otherwise specifically indicated, the Defendants shall implement all provisions of this Decree within 90 days after entry of this Decree. [§VIII Compliance ¶ 71] | Yes |

**GUAM**
P. O. Box 6754 • Tamuning, Guam 96931
Tel.: (671) 637-8959 • Fax: (671) 637-7996



**PACIFIC PEST CONTROL**
*Service Guaranteed*

**SAIPAN**
P. O. BOX 10001, PMB 420 Saipan, MP 96950
Telephone: (670) 235-3041 • Fax: (670) 233-7679
TIME:

## SERVICE RECORD № 16058

Customer Name: _Doc_

Date: _08-23-95_

Contact Person (s): _Mr. Delos Reyes_ (officer)

Service Location: _Susupe Saipan_

Mailing Address: _____

Telephone No.: _____

| TYPE OF SERVICE | ☐ Commercial | ☐ Home Owner | ☐ Hotel | ☐ Termite Shield | ☒ Others |
| TYPE OF PEST | ☒ Ants | ☐ Roaches | ☒ Rodents | ☒ Flies | ☐ Termites | ☐ Others |

Instructions: _____

Technician Comments: _Sprayed through out the common areas within perimeter band sprayed indoor area, and hallways. Installed rodent bait in bait stations. band sprayed cell or common call blocks. installed rodent bait along perimeter gateline as needed._

| MATERIALS USED | AMOUNT USED |
|---|---|
| _Weather blocks._ | _24 pcs._ |
| _sprayed oc_ | _1 gal._ |

Customer: _DCC_
Print Name: _ALBERT S. DLRLYES_

Technician: _Jean_
Time In: _____  Time Out: _____

## THIS IS NOT AN INVOICE



**GUAM**
*P. O. Box 6754 • Tamuning, Guam 96931*
*Tel.: (671) 637-8959 • Fax: (671) 637-7996*

**PACIFIC PEST CONTROL**
*Service Guaranteed*

**SAIPAN**
*P. O. BOX 10001, PMB 420 Saipan, MP 96950*
*Telephone: (670) 235-3041 • Fax: (670) 233-7679*
**TIME:**

№ 4444

## SERVICE RECORD

Customer Name: _D.O.C_    07-22-98

Contact Person (s): _Mr. Delos Reyes_

Service Location: _Susupe_

Mailing Address: _____

Telephone No.: _____

| TYPE OF SERVICE | ☐ Commercial | ☐ Home Owner | ☐ Hotel | ☐ Termite Shield | ☒ Others |
| TYPE OF PEST | ☒ Ants | ☒ Roaches | ☒ Rodents | ☒ Flies | ☐ Termites | ☐ Others |

Instructions: _____

Technician Comments: _Inspected through out the interior of Doc Admin. bard sprayed entire interior. Installed rodent bait along perimeter gate line._

| MATERIALS USED | AMOUNT USED |
|---|---|
| Weather Blocks. Suspend Sc. | 24pcs. 1 gal. |

Customer: _Dli_    Technician: _Jean_

Print Name: _Albert C. Dugan_    Time In: _____ Time Out: _____

## THIS IS NOT AN INVOICE

**GUAM**
P. O. Box 6754 • Tamuning, Guam 96931
Tel.: (671) 637-8959 • Fax: (671) 637-7996



**PACIFIC PEST CONTROL**
*Service Guaranteed*

**SAIPAN**
P. O. BOX 10001, PMB 420 Saipan, MP 96950
Telephone: (670) 235-3041 • Fax: (670) 233-7679
**TIME:**

## SERVICE RECORD № 44427

Customer Name: _D. O. C_     06·30·05

Contact Person (s): _Albert Delos Reyes._

Service Location: _Suspene_

Mailing Address: _____

Telephone No.: _____

| TYPE OF SERVICE | ☐ Commercial | ☐ Home Owner | ☐ Hotel | ☐ Termite Shield | ☒ Others |
| TYPE OF PEST | ☒ Ants ☒ Roaches | ☒ Rodents | ☐ Flies | ☐ Termites | ☐ Others |

Instructions: _____

Technician Comments: _Inspected throughout the en-
tire exterior perimeter. Installed
rodent bait along the perimeter and
bait station. and sprayed all the
DOC Facility._

| MATERIALS USED | AMOUNT USED |
|---|---|
| Suspend SC | 1 gal. |
| Weather blocks. | 41 pcs. |

Customer: _[signature]_
Print Name: _ALBERT S. DL. REYES_

Technician: _Jean._
Time In: _____ Time Out: _____

**THIS IS NOT AN INVOICE**



**GUAM**
P. O. Box 6754 • Tamuning, Guam 96931
Tel.: (671) 637-8959 • Fax: (671) 637-7996

**PACIFIC PEST CONTROL**
*Service Guaranteed*

**SAIPAN**
P. O. BOX 10001, PMB 420 Saipan, MP 96950
Telephone: (670) 235-3041 • Fax: (670) 233-7679
TIME:

**SERVICE RECORD**    № 4457

Customer Name: _DOC_    05-26-05

Contact Person (s): _Albert_

Service Location: _Susupe_

Mailing Address: _____

Telephone No.: _____

| TYPE OF SERVICE | ☐ Commercial | ☐ Home Owner | ☐ Hotel | ☐ Termite Shield | ☒ Others |
| TYPE OF PEST | ☒ Ants | ☒ Roaches | ☐ Rodents | ☐ Flies | ☐ Termites | ☐ Others |

Instructions: _____

Technician Comments: _Inspected through out the entire exterior perimeter, found and treated for ants along the perimeter wall structure. baited for crazy ants at the overhead of the DOC building, under lighting fixtures. band sprayed all common areas as per preventive Maintenance._

| MATERIALS USED | AMOUNT USED |
|---|---|
| Suspend SC. | 1 gal |
| Terro ant bait | 2 ½ oz. |

Customer: _____

Print Name: _ALBERT S. M. REYES_

Technician: _____

Time In: _____    Time Out: _____

**THIS IS NOT AN INVOICE**

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08 26 05 | NSF Control | | | Out For Refill |
| | | | | |

Inspected By: _____
Incoming Officer – Print & Sign

COII. M. Appleton
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08 30-31 05 | NSF Control | — 0 | 591 037 | Out For Refill |
| | | | | |

Inspected By: _____
Incoming Officer – Print & Sign

COII. M. Appleton
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08 30-31 05 | NSF Control | 0020 | 0020853 | Mask Scratched |
| " | " | " | " | " |

Inspected By C.29
Incoming Officer-Print & Sign

COII. N. Appleton
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08 30-31 05 | NSF Control | 00020805 66 - 12 | 0002080566 | Mask Scratched |
| " | " | " | " | " |

Inspected By: C.29
Incoming Officer-Print & Sign

COII. A. Appleton
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 9/18/05 | MSF Control | 20 | 00012 02 025 | Sratch Mask |
| " | " | " | " | " |

Inspected By: C.29
Incoming Officer-Print & Sign

CO2. Brassily Ubede
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

▬▬ DOC

S/N: 2080566
⟨ New Tank ⟩

| DATE | LOCATION | PSL | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09.22.05 | MSF CONTROL | | | Mask Scratch |
| 09.22.23.05 | " " | | | " " |

Inspected By: CO2 _____
Incoming Officer – Print & Sign

Regina V. Pangelinan
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSL | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09.23.05 | MSF Control | | | Mask Scratch |

Inspected By: _____
Incoming Officer – Print & Sign

Outgoing Officer – Print & Sign

| DATE | LOCATION | PSL | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09.25.26.2005 | MSF: CONTROL | 20 | 2080566 | Mask Scratch. |

Inspected By _____
Incoming Officer-Print & Sign

Cos. Regina V. Pangelinan-P...
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSL | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09.26.27.2005 | MSF CONTROL | 20 | 2080566 | Mask scratches |
| 09.27.05 | MSF Control | 20 | 2080566 | M. Scratched |

Inspected By: CO2 _____
Incoming Officer-Print & Sign

Com. Regina V. Pangelinan
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSL | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09.27.05 | MSF CONTROL | 20 | 2080566 | M. Scratched |
| 09.29-28-05 | MSF Control | 20 | 2080566 | Mask scratched |

Inspected By: Cos. Regina V. Pangelinan-Pangelinan
Incoming Officer-Print & Sign

CO2 _____
Outgoing Officer-Print & Sign



# DEPARTMENT OF CORRECTIONS

## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 6-20-05 | Control III Casing only | | | out for Refill |
| 06/20-21/5 | Control III km casing only | | | OUT FER REFILL |

Inspected By: _J. M. Quintanilla, COIII_
Incoming Officer – Print & Sign

_COII Oscar Cago Tnleg_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/20-21/05 | Control III km - casing only | | | OUT FER REFILL |

Inspected By: _____
Incoming Officer – Print & Sign

_J.M. Quintanilla, COIII_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/22/05 | MSF Control | —0— | N/A | Out For Refill |

Inspected By: _COIII. M.C. Appleby_
Incoming Officer – Print & Sign

_Rynal V. Paychren_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/22-23/05 | MSF Control | / | N/A | Out For Refill |
| 6/22-23/ | " " | / | | " " " |

Inspected By: _Pryargelwia_
Incoming Officer – Print & Sign

_CO3. M.C. Appleby_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 6/23/05 | MSF - Control | / | | Out for Refill |
| 06-23-05 | MSF-Control #3 | / | | Out for Refill |

Inspected By: _(RVP)_
Incoming Officer – Print & Sign

_Pryargelm_
Outgoing Officer – Print & Sign

# DEPARTMENT OF CORRECTIONS

## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/23-24/05 | MSF Control | — | — | Out for Refill |
| 06/23-24/05 | MSF Control | — | — | Out for refill |

Inspected By: CO3 Regina V. Pangelinan *Rpangelinan*        COII. Stacey D Quichero
Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/24/05 | MSF CONTROL | — | — | OUT FOR REFILLED |
| 06.25.05 | MSF CONTROL | — | — | " " " |

Inspected By: _____        Rpangelinan
Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06.25.05 | MSF CONTROL | — | — | Out for Refilled |
| 06/25-26/05 | MSF Control | — | — | Out for Refill |

Inspected By: CO3. M. Appleby        _____
Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/26/05 | MSF Control | — | — | Out For Refill |
| 06/26/05 | MSF Control | — | — | out for Refilled |

Inspected By: CO3. Regina V. Pangelinan        COII. M.C. Appleby
Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/26-27/05 | MSF Control | — | — | Out for Refill |
| 06/26-27/05 | MSF Control | — | — | " " " |

Inspected By: CO3. Regina V. Pangelinan        COII. M. Appleby
Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

# DEPARTMENT OF CORRECTIONS

## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 6/27/05 | MSF Control | — | — | Out For Refill |
| 6/27-28/05 | MSF Control | — | — | Out For Refill |

Inspected By: CO3. M.C. Appleby                    Cos. Regina V. Pangelinan
　　　　　Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/28/05 | MSF Control | — | — | Out For Refill |
| 06/28/05 | MSF CONTROL | — | — | Out For Refill |

Inspected By: Cos. Regina V. Pangelinan            COIII. M. Appleby
　　　　　Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/28-29/05 | MSF Control | — | — | Out For Refill |
| 06/29/05 | MSF Control | — | — | Out For Refilled |

Inspected By: Cos. Regina V. Pangelinan            COIII. M.C. Appleby
　　　　　Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/29-30/05 | MSF Control | — | — | Out For Refill |
| 06.29-30.05 | MSF Control | — | — | Out For Refilled |

Inspected By: _____                    Cos. Regina V. Pangelinan
　　　　　Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06.30.05 | MSF Control | — | — | Out For Refilled |
| 06.30.05 | MSF Control | — | — | Out For Refilled |

Inspected By: Regina V. Pangelinan                 CO3
　　　　　Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

# DEPARTMENT OF CORRECTIONS

## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 06/30-01/05 | MSF Control | — | — | Out for refill |
| 06/30/05 | MSF Control | — | — | Out for Refill |

Inspected By: _Ida Lacey Guerrero_        _Reginald V. Pangelinan_
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/1/05 | MSF Control | — | — | Out for Refill |
| 07/01/05 | MSF Control | — | — | Out For Refill |

Inspected By: _COIII. M. Appleby_        _Ida Lacey Guerrero_
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/01-02/05 | MSF Control | — | — | Out For Refill |
| 07·01·02·05 | MSF Control | — | — | Out for Refill |

Inspected By: _CO2 _____        _COIII. M. Appleby_
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07·02·05 | MSF Control | — | — | Out for Refill |
| 07-02-05 | MSF Control | — | — | Out for Refill |

Inspected By: _CO2 D. Ogo_        _CO2 _____
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 7/02/05 | MSF Control | — | — | out for Refill |

Inspected By: _CO2 Ryan Sablan_        _CO2 D. Ogo_
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

# DEPARTMENT OF CORRECTIONS

## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/03/05 | MSF Control | — | — | Out For Refill |
| 07/03/05 | MSF Control | — | — | Out For Refill |

Inspected By: __CO3. M. Appleby__       ___CO2 Rson Sablan___
      Incoming Officer – Print & Sign       Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/03-04/05 | MSF Control | — | — | Out For Refill |
| 07/3-4/05 | " " | — | — | Out For Refill |

Inspected By: __CO3. R.V. Pangelinan__       __CO3. M. Appleby__
      Incoming Officer – Print & Sign       Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/04-05/05 | MSF Control | — | — | Out For Refill |
| 07/04-05/05 | " " | — | — | " " " |

Inspected By: __CO3. R.V. Pangelinan__       __COIII. M.C. Appleby__
      Incoming Officer – Print & Sign       Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/04-05/05 | MSF - CONTROL | — | — | OUT FOR REFILLED |
| 07/05/05 | " | — | — | " |

Inspected By: __CO3. Jackie S. Guerrero__       __CO3. Regina V. Pangelinan__
      Incoming Officer – Print & Sign       Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 7/5-6/05 | MSF Control | — | — | Out For Refill |

Inspected By: _____       __CO3. Jackie D. Guerrero__
      Incoming Officer – Print & Sign       Outgoing Officer – Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 7-7-8-05 | MSF Control | | | Out for Refill |
| 07/07-08/05 | MSF Control | N/A | N/A | Out for Refill |

Inspected By: COIII. M. Appleby — Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/08/05 | MSF Control | | | Out For Refill |
| 07/08/05 | MSF Control | | | Out For Refill |

Inspected By: S. M. Diuktanika, COIII — Incoming Officer – Print & Sign        COIII. M. Appleby Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/08/05 | Control III | | | Out For Refill |
| 07/08-09/05 | MSF Control | | | 90 |

Inspected By COIII. M. Appleby — Incoming Officer Print & Sign        S. M. Diuktanika, COII Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/09/05 | MSF Control | | | Out For Refill |

Inspected By: _____ Incoming Officer-Print & Sign        CO3. M. Appleby Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/10/05 | MSF Control | | | Out For Refill |

Inspected By: _____ Incoming Officer-Print & Sign        CO3. M. Appleby Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

[redacted] DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 07/11/05 | MSF Control | N/A | N/A | Out For Refill |

Outgoing Officer – Print & Sign: COIII. M. C. Appleby

Inspected By: ______ Incoming Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 7/13/05 | MSF Control | — | — | Out for Refill |
| 07/13/05 | MSF Control | — | — | Out for Refill |

Outgoing Officer – Print & Sign: [illegible signature]

Inspected By: COIII. M. Appleby — Incoming Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 07/13-14/05 | MSF Control | — | — | Out For Refill |
| 7/13/14/05 | MSF Control | — | — | Out for Refill |

Outgoing Officer-Print & Sign: CO3. M. C. Appleby

Inspected By COII. [illegible signature] Incoming Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 7/14/05 | MSF Control | — | — | Out for R[illegible] |
| 7/14/05 | MSF Control | — | — | Out for Re[illegible] |

Outgoing Officer-Print & Sign: [illegible signature]

Inspected By: CO2 Oscar [illegible] Incoming Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 7/14/05 | MSF Control | — | — | Out for Re[illegible] |
| 7/14-15/05 | MSF Control | — | — | " " |

Outgoing Officer-Print & Sign: CO2 Oscar [illegible]

Inspected By: COII. [illegible signature] Incoming Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 7/15/05 | MSF Control | | | Out for Refill |
| 7/15/05 | MSF Control | | | Out for Refill |

Inspected By: CO3. M. Appleby
Incoming Officer – Print & Sign

Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 07/15~16/05 | MSF Control | | | Out for Refill |

Inspected By: _____
Incoming Officer – Print & Sign

COIII · M · Appleby
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 07/16 ~17/05 | MSF Control | | | Out for Refill |

Inspected By: CO2 S. Ilguerrero
Incoming Officer-Print & Sign

CO3 · M · Appleby
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 06/17/05 | MSF Control | | | Out for Refill |
| 06/17/05 | " " | | | " " " |

Inspected By: R. Pangelinan
Incoming Officer-Print & Sign

CO2 S. Ilguerrero
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 7.17.18.05 | MSF Control | | | Out for Refill |

Inspected By: CO3 R. Pangelinan
Incoming Officer-Print & Sign

CO2 S. Ilguerrero
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 07/18/05 | MSF Control | | | Out for Refill |
| 07/18/05 | " " | | | " " " |

Inspected By: _CO3 R Hacey_
Incoming Officer – Print & Sign

_R Pangelinan_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 07/18/05 | MSF Control | | | Out for Refill |
| 07/18-19/05 | | | | |

Inspected By: _COII. M. Appleby_
Incoming Officer – Print & Sign

_CO3 R Hacey_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 07/19/05 | MSF Control | | | Out For Refill |
| 07/20/05 | " " | | | " " " |

Inspected By _CO3 Ramon A. Hacey_
Incoming Officer-Print & Sign

_COII. M. Appleby_
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 07/20/05 | MSF Control | | | Out for Refill |
| 07/20-21/05 | MSF Control | | | Out For Refill |

Inspected By: _CO3. M. Appleby_
Incoming Officer-Print & Sign

_CO3 Ramon A. Hacey_
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 07/21/05 | MSF Control | | | Out For Refill |

Inspected By: _____
Incoming Officer-Print & Sign

_COII. M. Appleby_
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/25-26/05 | MSF Control | | | Out for Refill |
| 07/26/05 | " " | | | " " " |

Inspected By: Co2 J. Dios
Incoming Officer – Print & Sign

Co3 R.Haron
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/26/05 | MSF Control | | | Out for Refill |

Inspected By: Co3 R.Haron
Incoming Officer – Print & Sign

Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/26-27/05 | MSF Control | | | Out for Refill |

Inspected By
Incoming Officer-Print & Sign

Co3 R.Haron
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| | | | | |
| | | | | |

Inspected By:
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/29/05 | MSF Control | | | Out for Refil |
| " | " | | | " |

Inspected By:
Incoming Officer-Print & Sign

Co3 R.Haron
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/22/05 | MSF Control | | | Out for Refill |

Inspected By: _____
Incoming Officer – Print & Sign

C03 M. Dipleng
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/23/05 | MSF Control | | | Out For Refill |

Inspected By: _____
Incoming Officer – Print & Sign

C03 M. Dipleng
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/24/05 | MSF Control | | | Out for Refill |
| 07/24/05 | MSF Control | | | " " " |

Inspected By C03 R.Howery
Incoming Officer-Print & Sign

C03 R. Pangelina
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 07/24/25/05 | MSF Control | | | Out for Refill |
| " | " | | | |

Inspected By: _____
Incoming Officer-Print & Sign

C03 R.Howery
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 7/28/05 | MSF | | | Out /Refill |
| 7/28/05 | MSF Control | | | " " |

Inspected By: C03 R.Howery
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/01-02/05 | NSF Control | N/A | | Out For Refill |
| | | | | |

Inspected By: _____
            Incoming Officer – Print & Sign            C03 M. Appleby
                                                    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/02-08/03/05 | NSF Control | | | Out for Refill |
| | | | | |

Inspected By: _____
            Incoming Officer – Print & Sign            C03 M. Appleby
                                                    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/04-05/05 | Control III Rm. | (Casino) | THERE PRESENT | TANK OUT FOR REFILL |
| 08/06/05 | MSF Control | | | Out for refill |

Inspected By COIII . M. Appleby
            Incoming Officer-Print & Sign            J.M. Willentanuin, CII
                                                    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/06-07/05 | NSF Control | | | Out For Refill |

Inspected By: _____
            Incoming Officer-Print & Sign            C03. M. Appleby
                                                    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/08-09/05 | NSF Control | | | Out For Refill |

Inspected By: _____
            Incoming Officer-Print & Sign            COIII M. Appleby
                                                    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

**DOC**

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/09-10/05 | MSF Control | N/A | | Out For Refill |
| | | | | |

Inspected By: _____     COIII. M. C. Appleby
   Incoming Officer – Print & Sign            Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/13-14/05 | MSF Control | | | Out For Refill |
| | | | | |

Inspected By: _____     COIII M.C. Appleby
   Incoming Officer – Print & Sign            Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/15-16/05 | MSF Control | | | Out For Refill |
| | | | | |

Inspected By _____     COIII M. Appleby
   Incoming Officer-Print & Sign            Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| | | | | |
| | | | | |

Inspected By: _____     _____
   Incoming Officer-Print & Sign            Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/18-19/05 | MSF Control | | | Out For Refill |
| 08/18-19/05 | MSF Control | | | " " |

Inspected By: _____     COIII. M. C. Appleby
   Incoming Officer-Print & Sign            Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/20/05 | MSF Control | | | Out for Refill |
| 08/20/05 | MSF Control | | | Out for Refill |

Inspected By: CQ3. M. Appleby
Incoming Officer – Print & Sign

COI Cynthia Biniwera
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/20-21/05 | MSF Control | | | Out For Refill |
| 08/20/05 | MSF Control | | | out For Refill |

Inspected By: Cal. Brassily Ubedei paul
Incoming Officer – Print & Sign

M. Appleby
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 08/20/05 | MSF CONTROL | | | OUT FOR REFILL |

Inspected By
Incoming Officer-Print & Sign

COI Cynthia Porowero
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 8/23/05 | MSF Control | | | Out for Refill |

Inspected By:
Incoming Officer-Print & Sign

COI Cynthia Porowero
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 8-25-05 | Central III Rm1. | Casing/Gauge | | Out For Refill |
| 8/25-26/05 | MSF Control | | | |

Inspected By: CQ3. M. Appleby
Incoming Officer-Print & Sign

A. M. Quintanilla COI
Outgoing Officer-Print & Sign