## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,    )

    )

    Plaintiff,    )

    )

    v.    )

    )

COMMONWEALTH OF THE    )

NORTHERN MARIANA ISLANDS,    )

GOVERNOR OF THE NORTHERN    )

MARIANA ISLANDS,    )

COMMISSIONER OF THE    )

DEPARTMENT OF PUBLIC    )

SAFETY, SECRETARY OF THE    )

DEPARTMENT OF LABOR AND    )

IMMIGRATION, SECRETARY OF    )

THE DEPARTMENT OF    )

COMMUNITY AND CULTURAL    )

AFFAIRS,    )

    )

    Defendants.    )

_____)

CIVIL ACTION NO.  CV 99-0017

**STATUS REPORT**

**DEPARTMENT OF CORRECTIONS**

**PART 2 OF 2 PARTS**

**October 1, 2005**

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | STATUS | REMARKS | INSPECTED B' |
|------|----------|--------|---------|-------------|
| 07-11-05 | ONE | 20 PSI | 4684 | |
| | TWO | 15 PSI | 468 | |
| | THREE | —0— | CAN'T REFILL UNTIL HYDRO TESTING PERFORMED. (4725) | |

CONCURRED BY _____
Logistics, OIC

| | | | | |
|------|----------|--------|---------|-------------|
| 08-11-05 | I | 20 PSI | 4684 | |
| | II | 15 PSI | 468l | |
| | III | —0— | 4725 | |

CONCURRED BY _____
Logistics, OIC

| | | | | |
|------|----------|--------|---------|-------------|
| 09-06-5 | ONE | 20 PSI | 4684 | |
| | II | 15 PSI | 468 | |
| | III | —0— | 4725 | |

CONCURRED BY _____
Logistics, OIC

| | | | | |
|------|----------|--------|---------|-------------|
| 09-13-05 | ONE | 20 PSI | 4684 | |
| | TWO | 15 PSI | 468l | |
| | THREE | 20 PSI | 4725 | |

→ HYDRO TESTED BY UNICY TRADE, UNIT REFILLED @ FIRE STA I.

CONCURRED BY _____
Logistics, OIC

| | | | | |
|------|----------|--------|---------|-------------|
| 09-19-05 | ONE | — OUT FOR HYDRO TESTING / UNIT | | |
| | TWO | — OUT FOR HYDRO TESTING / TRADE. | | |
| | THREE | 20 PSI | 4725 | |

CONCURRED BY _____
Logistics, OIC

**Department of Public Safety**
**Division of Corrections**

# FIRE EXTINGUISHER INSPECTION SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| 9-20-05 | Control Room | 10 LBS. | BAD GOOD | PL306864 | |
| " | Processing Area | 10 LBS. | BAD GOOD | PL690454 | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Control Room | 10 LBS. | BAD GOOD | | |
| 9-20-05 | Receiving Area | 10 LBS. | BAD GOOD | PL690439 | |

## MINIMUM SECURITY FACILITY

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Control Room | 10 LBS. | BAD GOOD | PS744832 | |
| " | Main Hallway to Control Room | 10 LBS. | BAD GOOD | R6645735 | |

## DOC ADMINISTRATION AREA

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Reception Area | 10 LBS. | BAD GOOD | NM123440 | |
| " | Administrative Lobby | 10 LBS. | BAD GOOD | PL690443 | |
| " | Admin Hallway to Briefing Room | 10 LBS. | BAD GOOD | NR872779 | |

## MINIMUM SECURITY FACILITY-FIRE ALARM/WATER SPRINKLER DRAINAGE

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | MSF-Laundry Area | Monthly Water Drainage | |

Inspected By: _____
    Print Name & Sign

Acknowledge By: _____
    OIC, Logistics & Supply

Note: Revised on 04/01/03

**Department of Public Safety**
**Division of Corrections**

# FIRE EXTINGUISHER INSPECTION SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| 08-29-05 | Control Room | 10 LBS. | BAD GOOD | PL30636Y | |
| " | Processing Area | 10 LBS. | BAD GOOD | PL690434 | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Control Room | 10 LBS. | BAD GOOD | RG645455 | |
| " | Receiving Area | 10 LBS. | BAD GOOD | PL690439 | |

## MINIMUM SECURITY FACILITY

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Control Room | 10 LBS. | BAD GOOD | PS744822 | |
| " | Main Hallway to Control Room | 10 LBS. | BAD GOOD | RG645735 | |

## DOC ADMINISTRATION AREA

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Reception Area | 10 LBS. | BAD GOOD | | |
| " | Administrative Lobby | 10 LBS. | BAD GOOD | PL690443 | |
| " | Admin Hallway to Briefing Room | 10 LBS. | BAD GOOD | | |

## MINIMUM SECURITY FACILITY-FIRE ALARM/WATER SPRINKLER DRAINAGE

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | MSF-Laundry Area | Monthly Water Drainage | |

Inspected By: _X̶l̶o̶o̶l̶_____     Acknowledge By: _____
Print Name & Sign                                          OIC, Logistics & Supply

Note:  Revised on 04/01/03

**Department of Public Safety**
**Division of Corrections**

# FIRE EXTINGUISHER INSPECTION SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| 7-19-5 | Control Room | 10 LBS. | BAD GOOD | PL306864 | |
| " | Processing Area | 10 LBS. | BAD GOOD | PL690434 | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| 7-19-5 | Control Room | 10 LBS. | BAD GOOD | PL69495 | |
| " | Receiving Area | 10 LBS. | BAD GOOD | PL690439 | |

## MINIMUM SECURITY FACILITY

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Control Room | 10 LBS. | BAD GOOD | PL744832 | |
| 7-19-5 | Main Hallway to Control Room | 10 LBS. | BAD GOOD | PL64575 | |

## DOC ADMINISTRATION AREA

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Reception Area | 10 LBS. | BAD GOOD | NM123440 | |
| 7-19-5 | Administrative Lobby | 10 LBS. | BAD GOOD | PL690043 | |
| " | Admin Hallway to Briefing Room | 10 LBS. | BAD GOOD | NR872779 NR872755 | |

## MINIMUM SECURITY FACILITY-FIRE ALARM/WATER SPRINKLER DRAINAGE

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | MSF-Laundry Area | Monthly Water Drainage | |

**Inspected By:** _____
Print Name & Sign

**Acknowledge By:** _____
OIC, Logistics & Supply

Note: Revised on 04/01/03

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MAIN CONTROL - DOC

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | PROCESSING | BAD  GOOD | |
| " | KITCHEN AREA | BAD  GOOD | |
| " | ENTRANCE TO LIBRARY | BAD  GOOD | |

### CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 9/16/5 | STORAGE-CONTROL | BAD  GOOD ✓ | |
| " | RECEIVING AREA | BAD  GOOD ✓ | |
| " | HALLWAY-E/WING | BAD  GOOD ✓ | |
| " | HALLWAY-C/WING | BAD  GOOD ✓ | |
| " | HALLWAY-W/WING | BAD  GOOD ✓ | |
| " | ISOLATION CELL | ~~BAD  GOOD~~ | NO UNIT |
| " | CELL D-01 | BAD  GOOD ✓ | |
| " | CELL D-02 | BAD  GOOD ✓ | |
| " | CELL D-03 | BAD  GOOD ✓ | |
| " | CELL D-04 | BAD  GOOD ✓ | |
| " | CELL D-05 | BAD  GOOD ✓ | |
| " | CELL D-06 | BAD  GOOD ✓ | |
| " | CELL D-07 | BAD  GOOD ✓ | |
| " | CELL D-08 | BAD  GOOD ✓ | |
| " | CELL D-09 | BAD  GOOD ✓ | |
| " | CELL D-10 | BAD  GOOD ✓ | |
| " | CELL D-11 | BAD  GOOD ✓ | |
| " | CELL D-12 | BAD  GOOD ✓ | |
| " | CELL D-13 | BAD  GOOD ✓ | |

### FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| " | SALLY PORT | BAD  GOOD | |
| " | SALLY PORT | ~~BAD  GOOD~~ | |
| " | CELL F-01 | ~~BAD  GOOD~~ | |
| " | CELL F-02 | BAD  GOOD | |

INSPECTED BY: _____
Logistic/Supply Officer

ACKNOWLEDGE BY: _____
OIC, Logistic/Supply

Department of Public Safety
Division of Corrections

# SMOKE DETECTOR TEST SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 08-30-5 | PROCESSING | BAD  GOOD | |
| " | KITCHEN AREA | BAD  GOOD | |
| " | ENTRANCE TO LIBRARY | BAD  GOOD | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 08-30-5 | STORAGE-CONTROL | BAD  GOOD | |
| " | RECEIVING AREA | BAD  GOOD | |
| " | HALLWAY-E/WING | BAD  GOOD | |
| " | HALLWAY-C/WING | BAD  GOOD | |
| " | HALLWAY-W/WING | BAD  GOOD | |
| " | ISOLATION CELL | BAD  GOOD | NO UNIT |
| " | CELL D-01 | BAD  GOOD | |
| " | CELL D-02 | BAD  GOOD | |
| " | CELL D-03 | BAD  GOOD | Batt Reply |
| " | CELL D-04 | BAD  GOOD | |
| " | CELL D-05 | BAD  GOOD | |
| " | CELL D-06 | BAD  GOOD | |
| " | CELL D-07 | BAD  GOOD | |
| " | CELL D-08 | BAD  GOOD | |
| " | CELL D-09 | BAD  GOOD | |
| " | CELL D-10 | BAD  GOOD | |
| " | CELL D-11 | BAD  GOOD | |
| " | CELL D-12 | BAD  GOOD | |
| " | CELL D-13 | BAD  GOOD | Replaced Battery |

## FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | SALLY PORT | BAD  GOOD | |
| | SALLY PORT | BAD  GOOD | |
| " | CELL F-01 | BAD  GOOD | |
| " | CELL F-02 | BAD  GOOD | |

INSPECTED BY: _____    ACKNOWLEDGE BY: _____
Logistic/Supply Officer                                              OIC, Logistic/Supply

**Department of Public Safety**
**Division of Corrections**

# SMOKE DETECTOR TEST SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | PROCESSING | BAD GOOD | |
| " | KITCHEN AREA | BAD GOOD | |
| " | ENTRANCE TO LIBRARY | BAD GOOD | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 07-11-8 | STORAGE-CONTROL | BAD GOOD | |
| " | RECEIVING AREA | BAD GOOD | |
| " | HALLWAY-E/WING | BAD GOOD | |
| " | HALLWAY-C/WING | BAD GOOD | |
| " | HALLWAY-W/WING | BAD GOOD | |
| " | ISOLATION CELL | BAD GOOD NO-UNIT | |
| " | CELL D-01 | BAD GOOD | |
| " | CELL D-02 | BAD GOOD | |
| " | CELL D-03 | BAD GOOD | |
| " | CELL D-04 | BAD GOOD | |
| " | CELL D-05 | BAD GOOD | Rep'd Batt |
| " | CELL D-06 | BAD GOOD | |
| " | CELL D-07 | BAD GOOD | |
| " | CELL D-08 | BAD GOOD | |
| " | CELL D-09 | BAD GOOD | |
| " | CELL D-10 | BAD GOOD | |
| " | CELL D-11 | BAD GOOD | Rep'd Batt |
| " | CELL D-12 | BAD GOOD | |
| " | CELL D-13 | BAD GOOD | |

## FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| | CELL F-01 | BAD GOOD | |
| " | CELL F-02 | BAD GOOD | |

INSPECTED BY: _____
Logistic/Supply Officer

ACKNOWLEDGE BY: _____
OIC, Logistic/Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 09-19-05 | CELL MH-01 | BAD GOOD | |
| " | CELL MH-02 | BAD GOOD | |
| " | CELL MH-03 | BAD GOOD | |
| " | CELL MH-04 | BAD GOOD | |
| " | CELL MH-05 | BAD GOOD | |
| " | CELL MH-06 | BAD GOOD | |
| " | CELL MH-07 | BAD GOOD | |
| " | CELL MH-08 | BAD GOOD | |
| " | CELL MH-09 | BAD GOOD | |
| " | CELL MH-10 | BAD GOOD | |
| " | CELL MH-11 | BAD GOOD | |
| " | CELL MH-12 | BAD GOOD | |
| " | CELL MH-13 | BAD GOOD | |
| " | CELL MH-14 | BAD GOOD | |
| " | CELL MH-15 | BAD GOOD | |
| " | CELL MH-16 | BAD GOOD | |
| " | HALL WAY EAST | BAD GOOD | |
| " | HALL WAY WEST | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | HFU | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| | SALLY PORT | BAD GOOD | |
| 09/19/05 | SALLY PORT | BAD GOOD | |
| | CELL B-01 | BAD GOOD | |
| " | CELL B-02 | BAD GOOD | |
| " | CELL B-03 | BAD GOOD | |
| " | CELL B-04 | BAD GOOD | |
| " | CELL B-05 | BAD GOOD | NO UNIT |
| " | CELL B-06 | BAD GOOD | |

Inspected by: _____     Acknowledged by: _____

     Logistics/Supply                                    OIC, Logistics/Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 08-30-8 | CELL MH-01 | BAD GOOD | |
| " | CELL MH-02 | BAD GOOD | |
| " | CELL MH-03 | BAD GOOD | |
| " | CELL MH-04 | BAD GOOD | |
| " | CELL MH-05 | BAD GOOD | |
| " | CELL MH-06 | BAD GOOD | |
| " | CELL MH-07 | BAD GOOD | |
| " | CELL MH-08 | BAD GOOD | |
| " | CELL MH-09 | BAD GOOD | |
| " | CELL MH-10 | BAD GOOD | |
| " | CELL MH-11 | BAD GOOD | |
| " | CELL MH-12 | BAD GOOD | |
| " | CELL MH-13 | BAD GOOD | |
| " | CELL MH-14 | BAD GOOD | |
| " | CELL MH-15 | BAD GOOD | |
| " | CELL MH-16 | BAD GOOD | |
| " | HALL WAY EAST | BAD GOOD | |
| " | HALL WAY WEST | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✗ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✗ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | HFU | BAD GOOD ✗ | |
| " | DOC LIBRARY | BAD GOOD ✗ | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | CELL B-01 | BAD GOOD ✓ | |
| " | CELL B-02 | BAD GOOD ✓ | |
| " | CELL B-03 | BAD GOOD ✓ | |
| " | CELL B-04 | BAD GOOD ✓ | |
| " | CELL B-05 | BAD GOOD ✗ | NO UNIT. |
| " | CELL B-06 | BAD GOOD ✓ | |

Inspected by: _____
Logistics/Supply

Acknowledged by: _____
OIC, Logistics/Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 08-16-5 | CELL MH-01 | BAD GOOD ✓ | |
| " | CELL MH-02 | BAD GOOD ✓ | |
| " | CELL MH-03 | BAD GOOD ✓ | |
| " | CELL MH-04 | BAD GOOD ✓ | BATT_REPLCd. |
| " | CELL MH-05 | BAD GOOD ✓ | |
| " | CELL MH-06 | BAD GOOD ✓ | |
| " | CELL MH-07 | BAD GOOD ✓ | |
| " | CELL MH-08 | BAD GOOD ✓ | |
| " | CELL MH-09 | BAD GOOD ✓ | BATT-REPLd |
| " | CELL MH-10 | BAD GOOD ✓ | |
| " | CELL MH-11 | BAD GOOD ✓ | |
| " | CELL MH-12 | BAD GOOD ✓ | |
| " | CELL MH-13 | BAD GOOD ✓ | |
| " | CELL MH-14 | BAD GOOD ✓ | |
| " | CELL MH-15 | BAD GOOD ✓ | |
| " | CELL MH-16 | BAD GOOD ✓ | |
| " | HALL WAY EAST | BAD GOOD | |
| " | HALL WAY WEST | BAD GOOD ✗ | |
| " | SALLY PORT | BAD GOOD ✗ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✗ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | HFU | BAD GOOD ✗ | |
| " | DOC LIBRARY | BAD GOOD ✗ | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 08-16-5 | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | CELL B-01 | BAD GOOD ✓ | |
| " | CELL B-02 | BAD GOOD ✓ | |
| " | CELL B-03 | BAD GOOD ✓ | |
| " | CELL B-04 | BAD GOOD ✓ | |
| " | CELL B-05 | BAD GOOD ✗ | |
| " | CELL B-06 | BAD GOOD ✓ | |

Inspected by: _____
Logistics/Supply

Acknowledged by: _____
OIC, Logistics/Supply

Department of Public Safety
Division of Corrections

# SMOKE DETECTOR TEST SHEET

## MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 7-11-5 | CELL MH-01 | BAD GOOD ✓ | |
| " | CELL MH-02 | BAD GOOD ✓ | |
| " | CELL MH-03 | BAD GOOD ✓ | |
| " | CELL MH-04 | BAD GOOD ✓ | |
| " | CELL MH-05 | BAD GOOD ✓ | |
| " | CELL MH-06 | BAD GOOD ✓ | |
| " | CELL MH-07 | BAD GOOD ✓ | |
| " | CELL MH-08 | BAD GOOD ✓ | |
| " | CELL MH-09 | BAD GOOD ✓ | |
| " | CELL MH-10 | BAD GOOD ✓ | |
| " | CELL MH-11 | BAD GOOD ✓ | |
| " | CELL MH-12 | BAD GOOD ✓ | |
| " | CELL MH-13 | BAD GOOD ✓ | |
| " | CELL MH-14 | BAD GOOD ✓ | |
| " | CELL MH-15 | BAD GOOD ✓ | |
| " | CELL MH-16 | BAD GOOD ✓ | |
| " | HALL WAY EAST | BAD GOOD ✓ | |
| " | HALL WAY WEST | BAD GOOD | |
| | SALLY PORT | BAD GOOD | |
| | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | HFU | BAD GOOD ✗ | |
| " | DOC LIBRARY | BAD GOOD ✗ | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

## SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 7-11-5 | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | CELL B-01 | BAD GOOD ✓ | |
| " | CELL B-02 | BAD GOOD ✓ | |
| " | CELL B-03 | BAD GOOD ✓ | |
| " | CELL B-04 | BAD GOOD ✓ | |
| " | CELL B-05 | BAD GOOD ISO | →NO UNIT |
| " | CELL B-06 | BAD GOOD ✓ | |

Inspected by: _____          Acknowledged by: _____
Logistics/Supply                                    OIC, Logistics/Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR CHECK LIST

### DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 9/9/?? | Above Doris' desk | BAD  GOOD | |
| " | Above Xerox Machine | BAD  GOOD | |
| " | Supply Room | BAD  GOOD | |
| " | Container | BAD  GOOD | |
| " | Bunker Area | BAD  GOOD | |
| " | Ofcrs. Supply Room | BAD  GOOD | |

Inspected By: _____     Acknowledge By" _____
        Print Name & Sign                            OIC, Logistics & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR CHECK LIST

### DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 9/16 | Above Doris' desk | BAD  GOOD ✓ | |
| " | Above Xerox Machine | BAD  GOOD ✓ | |
| " | Supply Room | BAD  GOOD ✓ | |
| " | Container | BAD  GOOD | |
| " | Bunker Area | BAD  GOOD | |
| " | Ofcrs. Supply Room | BAD  GOOD | |

Inspected By: _____   Acknowledge By" _____

Print Name & Sign                                OIC, Logistics & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR CHECK LIST

## DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 08-30-7C | Above Doris' desk | BAD  GOOD | |
| " | Above Xerox Machine | BAD  GOOD | |
| " | Supply Room | BAD  GOOD | |
| " | Container | BAD  GOOD | |
| " | Bunker Area | BAD  GOOD | |
| " | Ofcrs. Supply Room | BAD  GOOD | |

Inspected By: _____     Acknowledge By" _____
     Print Name & Sign                         OIC, Logistics & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR CHECK LIST

### DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 8 - 16 - c | Above Doris' desk | BAD  GOOD | |
| " | Above Xerox Machine | BAD  GOOD | |
| " | Supply Room | BAD  GOOD | |
| " | Container | BAD  GOOD | |
| " | Bunker Area | BAD  GOOD | |
| " | Ofcrs. Supply Room | BAD  GOOD | |

Inspected By: _____    Acknowledge By" _____
　　　　　　　Print Name & Sign　　　　　　　　　　　　　　　OIC, Logistics & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR CHECK LIST

### DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 8-2-8 | Above Doris' desk | BAD  GOOD | |
| " | Above Xerox Machine | BAD  GOOD | |
| " | Supply Room | BAD  GOOD | |
| " | Container | BAD  GOOD | |
| " | Bunker Area | BAD  GOOD | |
| " | Ofcrs. Supply Room | BAD  GOOD | |

Inspected By: _____    Acknowledge By" _____

Print Name & Sign                              OIC, Logistics & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR CHECK LIST

## DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 07-11-5 | Above Doris' desk | BAD GOOD | |
| " | Above Xerox Machine | BAD GOOD | |
| " | Supply Room | BAD GOOD | |
| " | Container | BAD GOOD | |
| " | Bunker Area | BAD GOOD | |
| " | Ofcrs. Supply Room | BAD GOOD | |

Inspected By: _____

Print Name & Sign

Acknowledge By" _____

OIC, Logistics & Supply

**Department of Public Safety
Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 09 -19 -05 - | Control Room | BAD GOOD | |
| " | Main Hallway to Control Room | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section- Shower Area | BAD GOOD | |
| " | Male Section- Visitation Area | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-Shower Area | BAD GOOD | |
| " | RSAT-Visitation Area | BAD GOOD | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| Oct - 06 - 05 | Control Room | BAD  GOOD | |
| " | Main Hallway to Control Room | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section- Shower Area | BAD  GOOD | |
| " | Male Section- Visitation Area | BAD  GOOD | |
| " | RSAT-H/W | BAD  GOOD | |
| " | RSAT-H/W | BAD  GOOD | |
| " | RSAT-Shower Area | BAD  GOOD | |
| " | RSAT-Visitation Area | BAD  GOOD | |

Inspected By: _____
          Print Name & Sign

Acknowledge By: _____
          OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

**SMOKE DETECTOR TEST SHEET**

**MINIMUM SECURITY FACILITY**

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 08-30-< | Control Room | BAD  GOOD ✓ | |
| " | Main Hallway to Control Room | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section-Shower Area | BAD  GOOD ✓ | |
| " | Male Section-Visitation Area | BAD  GOOD ✓ | |
| " | RSAT-H/W | BAD  GOOD ✓ | |
| " | RSAT-H/W | BAD  GOOD ✓ | |
| " | RSAT-Shower Area | BAD  GOOD ✓ | |
| " | RSAT-Visitation Area | BAD  GOOD ✓ | |

Inspected By: _____
    Print Name & Sign

Acknowledge By: _____
    OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

**SMOKE DETECTOR TEST SHEET**

**MINIMUM SECURITY FACILITY**

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 08-16-05 | Control Room | BAD GOOD ✓ | |
| " | Main Hallway to Control Room | BAD GOOD ✓ | |
| " | Male Section – H/W | BAD GOOD ✓ | |
| " | Male Section – H/W | BAD GOOD ✓ | |
| " | Male Section – H/W | BAD GOOD ✓ | |
| " | Male Section – H/W | BAD GOOD ✓ | |
| " | Male Section- Shower Area | BAD GOOD ✓ | |
| " | Male Section- Visitation Area | BAD GOOD ✓ | |
| " | RSAT-H/W | BAD GOOD ✓ | |
| " | RSAT-H/W | BAD GOOD ✓ | |
| " | RSAT-Shower Area | BAD GOOD ✓ | |
| " | RSAT-Visitation Area | BAD GOOD ✓ | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 8 - 02 - 05 | Control Room | BAD  GOOD | |
| " | Main Hallway to Control Room | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section- Shower Area | BAD  GOOD | |
| " | Male Section- Visitation Area | BAD  GOOD | |
| " | RSAT-H/W | BAD  GOOD | |
| " | RSAT-H/W | BAD  GOOD | |
| " | RSAT-Shower Area | BAD  GOOD | |
| " | RSAT-Visitation Area | BAD  GOOD | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

**SMOKE DETECTOR TEST SHEET**

**MINIMUM SECURITY FACILITY**

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 7-26-05 | Control Room | BAD GOOD | |
| " | Main Hallway to Control Room | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section- Shower Area | BAD GOOD | NO BATTERY |
| " | Male Section- Visitation Area | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-Shower Area | BAD GOOD | |
| " | RSAT-Visitation Area | BAD GOOD | |

Inspected By: ALBERT S. DL REYES     Acknowledge By: _____
Print Name & Sign                                        OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

**SMOKE DETECTOR TEST SHEET**

**MINIMUM SECURITY FACILITY**

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 7-11-5 | Control Room | BAD  GOOD ✓ | |
| " | Main Hallway to Control Room | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section- Shower Area | BAD  GOOD ✓ | |
| " | Male Section- Visitation Area | BAD  GOOD ✓ | |
| " | RSAT-H/W | BAD  GOOD ✓ | |
| " | RSAT-H/W | BAD  GOOD ✓ | |
| " | RSAT-Shower Area | BAD  GOOD ✓ | |
| " | RSAT-Visitation Area | BAD  GOOD ✓ | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply