**Department of Public Safety**
**Division of Corrections**

**SMOKE DETECTOR TEST SHEET**

**MINIMUM SECURITY FACILITY**

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 6 - 30 . 05 | Control Room | BAD GOOD ✓ | |
| " | Main Hallway to Control Room | BAD GOOD ✓ | |
| " | Male Section – H/W | BAD GOOD ✓ | |
| " | Male Section – H/W | BAD GOOD ✓ | |
| " | Male Section – H/W | BAD GOOD ✓ | |
| " | Male Section – H/W | BAD GOOD ✓ | |
| " | Male Section- Shower Area | BAD GOOD ✓ | |
| " | Male Section- Visitation Area | BAD GOOD ✓ | |
| " | RSAT-H/W | BAD GOOD ✓ | |
| " | RSAT-H/W | BAD GOOD ✓ | |
| " | RSAT-Shower Area | BAD GOOD ✓ | |
| " | RSAT-Visitation Area | BAD GOOD ✓ | |

Inspected By: _____
             Print Name & Sign

Acknowledge By: _____
                OIC, Logistic & Supply

6-30.05   09:20 am

INSTALLED 12 NEW PORTABLE SMOKE
DETECTOR UNITS TO THE ABOVE
MENTIONED AREAS.

WITNESSED BY: R.V. Pangelinan  6.30.05
              Regina V. Pangelinan  09:20

**Civil Detention Personnel**
**In Service Training**
**Attendance**

| Name | 08/30/05 | 08/31/05 | 09/01/05 | 09/02/05 |
|------|----------|----------|----------|----------|
| Estella M. Cabrera | *Pan* | TYPHOON | *Pan* | *Pan* |
| Dorothy Cepeda | *Cepe.* | TYPHOON | *Cepe.* | *Cepe* |
| Julie Omar-Agwo | *maw* | | | |
| Frank Sablan | *pew* | | | |
| Marvin Pangelinan | | Typhoon | | |
| Joseph M. Mendiola | | TYPHOON | | |
| Fredrick Billy | *Bill* | " | *Bill* | *Bill* |
| Artemio Maanao | *Maanao* | TYPHOON | *Maanao* | *Maanao* |
| Thomas Tu Jitirg | | N2S, | | |

Instructor:  John M. Ayuyu
              Deputy Director

Date:

**Civil Detention Personnel**
**In Service Training**
**Attendance**

| Name | 09/05/05 | 09/06/05 | 09/07/05 | 09/08/05 | 09/09/05 |
|------|----------|----------|----------|----------|----------|
| Estella M. Cabrera | Holiday | | | | |
| Dorothy Cepeda | Holiday | Dep. | Dep. | | |
| Julie Omar | Holiday | mao | mao | | |
| Frank Sablan | Holiday | | | | |
| Marvin Pangelinan | Holiday | | | | |
| Joseph M. Mendiola | Holiday | | | | |
| Fredrick Billy | Holiday | | | | |
| Artemio Maanao | Holiday | | | | |
| THOMAS A. FUJIHIRA | HOLIDAY | | | | |

Instructor:  John M. Ayuyu
             Deputy Director

Date:

# MEMORANDUM

Date        : August 12, 2005

To          : Lt. Georgia M. Cabrera (Acting Ops)

From        : COIII Thomas S. Muna (Shift Supervisor)

Thru        : Sgt. Kimo R. Taitano (Shift "Alpha" OIC)

Subject:    : Shake Down
  Ref       : Central Male Detentoin

---

At about 17:30 hrs. Shift "Alpha" conducted a Shake Down at Central Male Detention and Shift Alpha was done conducting Shake Down at about 18:15 hrs. All items below was confiscated on each cell room at Central Male Detention as follows:

Isolation Room:
1- Bottle of king car blue liquid
2 – Fruit Juice carton
1 – Make-Up with mirror (compact)
Excess sugar, cream, ketchup and napkin

Cell Room D-1:
Nothing was found, all clear.

Cell Room D – 2:
1 – Small perfume bottle (yellow in color)
Excess fruit.

Cell Room D – 3:
Nothing was found, all clear.

Cell Room D – 4:
1 – Betel nut
1 – Brush (Red and White)
1 – Medication Nytoxin for Daniel Johnny)

Cell Room D – 5:
Snacks from catering
Photos Paste on walls
Excess Juice and Tissue

Cell Room D – 6:
1 – Extra shaver
Assorted Beads

Cell Room D – 7:
2 – Choco pie
2 – Ready mixed coffee
14 – Foam cups (not used)

Cell Room D – 8:
1 – Blue red coffee Mug.
1 – Chocco Pie from Catering
2 – Pens
3 – Bottles of fruit Juice (Possible for Moonshine)

Cell Room D – 9:
Nothing was found, All clear.

Cell Room D – 10:
Excess Juice.
Snack from catering

Cell Room D – 11:
1 – Bottle of Alcohol
1 – Oral rinse Bottle
1 – Hydro – Cream for Xie, Yuchi
        Returned back to control II
1 – Nystatin Cream for Li, Jin Fu
        Returned back to Control II
1 – None prescribed Hydrocortisone
        Cream (dispose)

Cell Room D – 12:
Excess Magazines
3 – Fruit Juice Carton
1 – Smoke detector with out Battery **

Cell Room D – 13:
8 – Not used Foam Cups
1 – Empty container / Copenhagen.
1 – Container Lime (empty)
1 – Dental Floss
1 – Tablet Naproxen for Daniel
        Johnny ( Dispose) Opened.
1 – Excess Fruit Juice Drinks
1 – Nail Cutter **

Note:
Most of the items that was confiscated at Central Male Detention was Disposed, due to that most of the items that was confiscated was trash.
** items that was not Disposed.

# Memorandum

To : Lt. Georgia Cabrera
     Acting Operation Captain

From : Sgt. Pius Yaroitemal
      Shift Bravo Supervisor

Subject : Confiscated Items
      RE : Shake Down/ RAT Housing

On July 25, 2005 at 0555 hours Shift Bravo conducted shake down with in RSAT Housing.
Following listed below are the confiscated items with in each inmate's assigned bunk and shower room area.

Shower Area:
1. Red Lighter-(01)
2. Empty container of Lime-(03)

RH-4U/4L: Assigned to Inmate Nestor Taitano/Ivan Castro
1. 1st Aid Tape/ Thread- (01) each
2. Porn-(02), Empty container of Lime(01), container of airlift
3. Rubber gloves-(01)
4. Broken Lighter green/yellow (02)
5. Dental Floss-(01)
6. Needle-(01)

RH-3U/3L: Assigned to Inmate Joe Atalig/Ramon Agulto
1. Glass Container of Hot Pepper-(01)
2. Nail Clipper-(02)
3. Vieo Tape (The Hurricane)-(01)

RH-2U/2L: Assigned to Inmate Emilio Manahane/Fernando Quitano
1. Milks from Cater (08), Needle-(01), Pen-(02), Baby Oil-(01)
2. Sand Paper-(02)

Submitted this report for your record,

Sgt. Pius Yaroitemal

CC: Director Greg F. Castro
     Deputy Director John Ayuyu
     Classification Chris Warnick

DIVISION OF CORRECTION
FIRE DRILL REPORT FORM

1. Area of drill: _CMD Processing, Room._
2. Time of drill: _0417 Hrs._
3. Name of monitor: _Sgt. Plus Ymeoitewial_
4. What route was used, primary or secondary and which exits were used?
_Primary Route Code Blue to Refuge Fresh_
_Air Area On Eastern Portion_
5. Elapsed time to evacuate area: _0419 Hrs._
6. Number of staff evacuated: _03_
7. Number of offenders evacuated: _33_
8. Were staff and offender counts conducted? (✓) yes ( ) no
9. Was the evacuation accomplished electrically or by key? _By Key_

10. Did evacuation to safe refuge area? _Yes_

11. Did staff shut doors and windows upon evacuation? _No_

12. Were exits signs lighted? (✓) yes ( ) no  If no, indicated the number of exit
lights that needs replacement: _Exit sign written on Wall_

13. What alarm pull or detector was tested? _N/o_

14. Did supervisor wait for the all clear before re-entering the building? (✓) yes
( ) no

15. General comments, problems and recommendations:
*1). Fire personal responder during the drill
re redered not in full course
procedure out Requirements. (Recommend next
fire, Responders Must Follow the procedures +
Requirements).

*2. One personal Must under go on the
Required Course + Response procedure
During FB Drill.

Shift Supervisor Signature: _[signature]_   Date: _07/25/05_

Safety Officer Signature: _[signature]_   Date: _7/25/05_

11



DIVISION OF CORRECTION
FIRE DRILL REPORT FORM

1. Area of drill: _Minimum Male Visitation Room_
2. Time of drill: _0401 Hrs._
3. Name of monitor: _Sgt. Plus P. Yarogitawal_
4. What route was used, primary or secondary and which exits were used?
_Primary Code Blue Route_

5. Elapsed time to evacuate area: _Femal Housing 0402 hrs / male Housing 0404 hrs._
6. Number of staff evacuated: _04 Present_
7. Number of offenders evacuated: _44 Head Count_
8. Were staff and offender counts conducted? (✗) yes ( ) no
9. Was the evacuation accomplished electrically or by key? _Electrically_

10. Did evacuation to safe refuge area? _Yes_

11. Did staff shut doors and windows upon evacuation? _NO_

12. Were exits signs lighted? (✗) yes ( ) no  If no, indicated the number of exit lights that needs replacement: _____

13. What alarm pull or detector was tested? _NO_

14. Did supervisor wait for the all clear before re-entering the building? (✗) yes
( ) no

15. General comments, problems and recommendations: _____

✱ _Fire Parsonnel arrive at the Scene like on too relax._
_Not on full course procedure. Recommending next_
_Time drill Responding Fire Parsonnel must be in_
_full gear of full Course procedure accordingly._

Shift Supervisor Signature: _[signature]_ Date: _07/25/05_

Safety Officer Signature: _[signature]_ Date: _07/25/05_

11



Minimum Fire Drill
scale.. 9 in.

Refuge Area

R/R

MALE Housing

Monitors officers
Route

PARKING Lot

ENTRANCE

Equi. Located
Free

Visitation Room

Control III

Visitation Room

Female Housing

R/R



N

S

W

E

3-14-05     PERFORM    MONTHLY    P.M.   RUN
RAY         UNIT    AND    WARM   UP. R/H - 119

(-6-05     PERFORM    MONTHLY    INSPECTION
RAY        RUN    UNIT    AND    WARM UP.

# 7-05 - NOT PERFORM (P.M.)

8-11-05    PERFORM    MONTHLY    P.M.   RUN
RAY        UNIT   AND    ADJUST   VOLTAGE

9-2-05    PERFORM    YEARLY    SERVICE CHANGE
KAY       OIL, OIL FILTER, FUEL    FILTER, FUEL
          WATER SEPERATOR, RUN UNIT AND
          WARM   UP.   R/H - 123.

# pacific Machinery
# DID NOT provide
# P.M. Document.

09-28-05 - 09:48 pm CALLED PACIFIC MACHINERY
TO FAX DOCUMENT OF PERFORMED P.M
SERVICES FOR THE MONTH OF 08-11-05 &
09-2-05, REFRAINED WITH SUCY'S NOTATION.
                                    09-28-5

Jason

# HAWTHORNE PACIFIC CORP.

## SERVICE REPORT

APPROVED BY

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | | EMPLOYEE NAME | | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 3909 | | R | Camacho | | 8 | 11 | 05 |

| SVL | WLD | HAL | SHP | FLD | RT | START STOP |
|---|---|---|---|---|---|---|

| CUSTOMER NAME | | CUST. NO. | STORE 13 | COST CTR FE | F/R OR EXCH NO. | | | |
|---|---|---|---|---|---|---|---|---|

D O C

| MAKE Cat | MODEL 3116 | SERIAL NUMBER | ARRG. NO. | STD HOURS | OT | START STOP |
|---|---|---|---|---|---|---|

| | | | | | PT | START STOP |
|---|---|---|---|---|---|---|

| OIL | FSI | LB1 | LB2 | HOURS/MILES |
|---|---|---|---|---|

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE PRODUCT INOPERABLE? | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES ☐ NO | |
| | | | | | | ☐ YES ☐ NO | |
| | | | | | | ☐ YES ☐ NO | |

DESCRIPTION CODES:    A - Structural    C - Leaks    E - System Malfunction    G - General Repair    K - Serviceability    X - OPERATION
   B - Surface    D - Factory Assembly    F - Factory Shipping    H - Adjustment    N - Abuse    COMPLAINT

| RELATED SERIAL NUMBERS | | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
|---|---|---|---|---|---|---|---|
| CATERPILLAR | | OEM PRODUCT | | | | | |
| MODEL | SERIAL NO. | MAKE/MODEL | COMPONENT | NUMBER | | | |
| | | VEHICLE CONFIGURATION | | | | | |
| | | DELIVERY DATE | | | DATE OF LAST LABOR | | |

WHAT WAS THE CUSTOMER'S COMPLAINT?    Monthly    P.M.

ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?

WHAT WAS THE RESULTANT DAMAGE?

HOW DID YOU CORRECT IT?    PERFORM    Monthly    P.M.    AND    INSPECTION.
CHECK    ALL    FLUIDS.    RUN    UNIT    AND
WARM    UP.

| CUSTOMER SIGNATURE | SERVICEMAN SIGNATURE |
|---|---|

DEALER TOP COPY    CUSTOMER BOTTOM COPY

# HAWTHORNE PACIFIC CORP.

## SERVICE REPORT

APPROVED BY

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. 3909 | SHIFT | EMPLOYEE NAME R. Camacho | DATE 9 2 05 |
|---|---|---|---|---|---|---|---|

| SVL | WLD | HAL | SHP | FLD |
|---|---|---|---|---|

| CUSTOMER NAME D O C | CUST. NO. | STORE 13 | COST CTR FE | F/W OR EXCH NO. |
|---|---|---|---|---|

| MAKE Cg | MODEL 3116 | SERIAL NUMBER | ARRG. NO. | STD HOURS |
|---|---|---|---|---|

RT | START | STOP
OT | START | STOP
PT | START | STOP

| OIL | DSL | LB1 | LB2 | HOURS/MILES |
|---|---|---|---|---|

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE PRODUCT INOPERABLE? | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
| | | | | | | YES ☐ NO ☐ | |
| | | | | | | YES ☐ NO ☐ | |
| | | | | | | YES ☐ NO ☐ | |

DESCRIPTION CODES:   A - Structural   C - Leaks   E - System Malfunction   G - General Repair   K - Serviceability   X - OPERATION
B - Surface   D - Factory Assembly   F - Factory Shipping   H - Adjustment   N - Abuse   COMPLAINT

| RELATED SERIAL NUMBERS | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
|---|---|---|---|---|---|---|
| CATERPILLAR | OEM PRODUCT | | | | | |
| MODEL | SERIAL NO | MAKE/MODEL | COMPONENT | NUMBER | | | |
| | | VEHICLE CONFIGURATION | | | | | |
| | | DELIVERY DATE | | | DATE OF LAST LABOR | | |

**WHAT WAS THE CUSTOMER'S COMPLAINT?**  Monthly  P.M.  And  Annual  Service.

**ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU CORRECT IT?**  Perform  Monthly  P.M.  And  Inspection.
Change  Engine  Oil,  Oil  Filter,  Check
Radiator  Coolant  Check  Battery  Water.
Adjust  Fan  Belts.  Check  Fuel  Tank  Level.
Run  Unit  And  Warm  Up.

CUSTOMER SIGNATURE

SERVICEMAN SIGNATURE

DEALER TOP COPY    CUSTOMER BOTTOM COPY

# INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "ALPHA" **Time:** 0530-1730 hrs. **Date:** 07/15/05

## MEDIUM SECURITY

| NO | NAME | | CELL |
|---|---|---|---|
| 01 | Hadley Renguul | | MH-1 |
| 02 | Michael Ada | | |
| | | | |
| 03 | Eugene Repeki | | MH-2 |
| 04 | Chun Shan Xu | | |
| | | | |
| 05 | Alfred Aldan | | MH-3 |
| 06 | Gabriel Grothog | | |
| | | | |
| 07 | Marlon Martin | A/T | MH-4 |
| 08 | Alafonso Oncho | | |
| 09 | Eric Lee Nekaifes | ISOLATION | MH-5 |
| 10 | Lester Serilo | | |
| 11 | Steven Suzuki | | |
| 12 | Anthony Rios | | MH-6 |
| 13 | Cheyenne Sablan | | |
| 14 | Alonzo Igisaiar | | MH-7 |
| 15 | Jesse Saralu | ISOLATION | |
| 16 | Larry Aguilar | | MH-8 |
| 17 | Edgar Mendoza | | |
| 18 | Pedro Cabrera | | MH-9 |
| 19 | Shawn Appleby | | |
| 20 | George Cruz | | MH-10 |
| 21 | Mariano SN. Camacho | | |
| 22 | Juan Manalo | Misd A/T | MH-11 |
| 23 | Diego Mundo | | |
| 24 | Joe Rabauliman | | MH-12 |
| 25 | George Ilo | ISOLATION | |
| 26 | Mtoched Etumai | | MH-13 |
| 27 | Tuwi Ngiraidong | | |
| | | | |
| 28 | Steven Aguon | | MH-14 |
| 29 | William Wanket | A/T | |
| 30 | Pedro Demapan | | MH-15 |
| 31 | Ramon Blas | | |
| 32 | Vicente Kaipat | | MH-16 |
| 33 | Mark Torres | | |

| NO | RSAT/FEMALE | | CELL |
|---|---|---|---|
| 01 | Huang Zhou Ju | A/T | R-1L |
| 02 | Lea Mendiola | A/T | R-1U |
| 03 | Joaquina P. Reyes | FED | R-2L |
| 04 | Xiang Lan Lin | INO | R-2U |
| | | | R-3L |
| 05 | Florence C. Sablan | S/S | R-3U |
| 06 | Connie Omar | S/S | R-4L |
| 07 | Liu Ya Jun | FED | R-4U |
| 08 | MaryAnn Indalecio | S/S | R-5L |
| 09 | Hao Ying Mei Yu | S/S | R-5U |
| 10 | Yen Mei Ying | S/S | R-6L |
| 11 | Hua Sheng | A/T | R-6U |
| | | | COT |
| | | | Vist |

| NO | HOME-FURLOUGH | |
|---|---|---|
| 12 | Micheline Brel | S/S |

## SPECIAL MANAGEMENT UNIT

| N0 | NAME | | CELL |
|---|---|---|---|
| 01 | Marco Fitial | A/T | B-1 |
| 02 | Ignacio Desebel | A/T | |
| 03 | Isen Bokuku | ISOLATION | B-2 |
| 04 | Akilino Elyeisar | A/T | |
| 05 | Melvin Dela Cruz | | B-3 |
| 06 | Michael Dodd | | |
| 07 | David Bamba | | B-4 |
| 08 | Dwayne Sibetang | | B-5 |
| 09 | Luis Camacho | | B-6 |

| | VISITATION ROOM #1 | |
|---|---|---|
| 01 | Jerry Ramon | Misd A/T |

| | VISITATION ROOM #2 | |
|---|---|---|
| 01. | John Doe | @ Misd |

| | SUPERVISORS ROOM | |
|---|---|---|
| 01 | Lee Poch | A/T |

| | LIBRARY | |
|---|---|---|
| 01 | Ignacio Cabrera | A/T Misd |
| 02 | Ose Linos | A/T Misd |
| 03 | Raymond Dlg. King | A/T |
| 04 | Brenson John | A/T Misd |
| 05 | Sylvano F. Santos | A/T |
| 06 | George S. Ada | B/W Civil |
| 07 | K-Check Bunusek | B/W Misd |
| 08 | Michael Peter | A/W Fel |

| NO | RSAT SECTION "D" | CELL |
|---|---|---|
| 01 | Roman Agulto | III-1L |
| | | III-1U |
| | | III-2L |
| 02 | Fernando Quitano | III-2U |
| 03 | Emilio Manahane | III-3L |
| 04 | Joe Atalig | III-3U |
| 05 | Nestor Taitano | III-4L |
| 06 | Ivan Castro | III-4U |

**Supervisor:** COIII Thomas Muna **Date:** 07/15/05

DEPARTMENT OF CORRECTIONS

INMATE / DETAINER CELL ASSIGNMENT

**Shift:** "ALPHA"     **Time:** 0530-1730 hrs     **Date:** 07/15/05

| NO | NAME OF PRETRIAL DETAINEES | | CELL | NO | NAME | CELL |
|---|---|---|---|---|---|---|
| | CENTRAL MALE DETENTION | | | | MINIMUM SECURITY | |
| 01 | Raul Rocha ISOLATION | S/S | ISO | 01 | Milton B. Cruz | MF-01 |
| 02 | Lucas Manglona | A/T | | 02 | Francisco Demapan | MF-01 |
| | | | D-1 | 03 | Jeffrey Cabrera | MF-02 |
| | | | | 04 | Crispin Taitano A/S FED | MF-02 |
| 03 | Akilino Suzuki Misd A/T | | | 05 | Oscar Meeyog | MF-03 |
| | | | D-2 | 06 | Ronald Kaipat | MF-03 |
| | | | | 07 | Joseph Lizama | MF-04 |
| 04 | Jesse James Camacho | S/S | | 08 | Pedro Omar | MF-04 |
| | | | D-3 | 09 | Nelson Saimon | MF-05 |
| | | | | 10 | Neildino Taisacan | MF-05 |
| 05 | Joaquin S. Peredo | A/T | | 11 | Reynaldo Manila | MF-06 |
| 06 | Faustino Elias | S/S | D-4 | 12 | Nupom Nupom | MF-06 |
| 07 | Allan Arceo | A/T | | 13 | Rodolfo Michelena | MF-07 |
| 08 | Mino Phillip | A/T | | 14 | Norman Tenorio | MF-07 |
| 09 | Moses Martin | S/S | D-5 | 15 | Dominic Hideo | MF-08 |
| | | | | 16 | Ignacio M. Leon Guerrero | MF-08 |
| 10 | Carlo Malazarte | S/S | | 17 | Luis Babauta | MF-09 |
| 11 | Lann Billy | A/T | D-6 | | | MF-09 |
| 12 | Regis O. Iyekar | A/T | | 18 | Oscar Babauta | MF-10 |
| 13 | Francisco A. Pua | A/T | | 19 | Marvin Concepcion | MF-10 |
| 14 | George A. Aguon | A/T | D-7 | 20 | Vincent John Castro | MF-11 |
| | | | | 21 | Jesus N. Dowai | MF-11 |
| 15 | Daniel Delos Santos | A/T | | 22 | Jose Borja | MF-12 |
| 16 | Isman Bokuku | A/T | D-8 | 23 | Francis Eugenio | MF-12 |
| | | | | 24 | Anthony Magofna | MF-13 |
| 17 | Roger Castillo A/T Misd | | | 25 | Thomas Aldan | MF-13 |
| 18 | Mario Cabarrubias | A/T | D-9 | 26 | David Moses | MF-14 |
| 19 | Mike Daikichy | A/T Misd | | 27 | David Diaz | MF-14 |
| 20 | Lionel Borja | FED | | 28 | Joselito Castro | MF-15 |
| 21 | Aimiji Yoshio | A/T | D-10 | 29 | Michael Tesfour | MF-15 |
| | | | | 30 | Edwin Ponce | MF-16 |
| 22 | Jin Fu Lin | A/T | | 31 | Nestor Dela Cruz | MF-16 |
| 23 | Yu Chi Xie | A/T | | 32 | Rex Jose | MF-17 |
| 24 | Zhou Xu | A/T | D-11 | 33 | Seremea Nowell | MF-17 |
| 25 | Jiang Jing Ju A/T -INO | | | 34 | Isaac Rengiil | MF-18 |
| 26 | Yong Luo | A/T | D-12 | 35 | Francisco Tydingco | MF-18 |
| 27 | Qi Huan Li | A/T | | 36 | Taurus Kapwich | COT |
| 28 | Franklin Cepeda | S/S | | 37 | Hernest Otis | COT |
| 29 | Daniel R. Johnny | A/T Misd | D-13 | 38 | Price Shoiter | COT |
| | | | | 39 | Dickson Cosmes | COT |
| | | | | 40 | Vicent Norita | COT |
| | | | | 41 | Angel C. Ruben | COT |
| | | | | 42 | Hans Ngiramos Misd | COT |
| | | | | 43 | Fritz Passi TR | COT |
| | | | | 44 | Manuel Pangelinan A/T | COT |
| | | | | 45 | Sumang Riungel Civil | COT |
| | | | | | | COT |
| | | | | | HOME FURLOUGH | |
| | | | | 46 | Jose Aldan | |
| | | | | 47 | Santiago Cepeda | |

**Supervisor:** COIII Thomas Muna        **DATE:** 07/15/05

# DEPARTMENT OF CORRECTIONS
## INMATE/DETAINEE CELL ASSIGNMENT

**Shift:** "Alpha"  **Time:** 0530-1730 hrs.  **Date:** 07/01/05

| MEDIUM SECURITY | | | SPECIAL MANAGEMENT UNIT | | |
|---|---|---|---|---|---|
| NO | NAME | CELL | N0 | NAME | CELL |
| 01 | Hadley Renguul | MH-1 | 01 | Marco Fitial                A/T | B-1 |
| | | | 02 | Ignacio Desebel             A/T | |
| 02 | Michael Ada | MH-2 | | | |
| 03 | Eugene Repeki | | | | |
| 04 | Joe Rabauliman | | | | |
| 05 | Chun Shan Xu | | 03 | Isen Bokuku        ISOLATION | B-2 |
| 06 | Alfred Aldan | MH-3 | 04 | Akilino Elyeisar            A/T | |
| 07 | Gabriel Grothog | | | | |
| 08 | Marlon Martin           A/T | MH-4 | | | |
| 09 | Alafonso Oncho | | | | |
| 10 | Eric Lee Nekaifes | | 05 | Melvin Dela Cruz | B-3 |
| 11 | Lester Serilo | MH-5 | 06 | Michael Dodd | |
| 12 | Steven Suzuki      ISOLATION | | | | |
| 13 | Anthony Rios | MH-6 | 07 | David Bamba | B-4 |
| 14 | Cheyenne Sablan | | | | |
| 15 | Alonzo Igisaiar | MH-7 | | | |
| 16 | Jesse Saralu | | 08 | Dwayne Sibetang | B-5 |
| 17 | Larry Aguilar | MH-8 | | | |
| 18 | Edgar Mendoza | | | | |
| 19 | Pedro Cabrera | MH-9 | 09 | Luis Camacho | |
| 20 | Shawn Appleby | | | | B-6 |
| 21 | George Cruz | MH-10 | | **VISITATION ROOM #1** | |
| 22 | Mariano SN. Camacho | | | | |
| 23 | Juan Manalo        Misd   A/T | MH-11 | | | |
| 24 | Diego Mundo | | | | |
| 25 | Manuel K. Pangelinan        A/T | MH-12 | | **VISITATION ROOM #2** | |
| 26 | George Ilo | | | | |
| 27 | Mtoched Etumai | | | | |
| 28 | Tuwi Ngiraidong | MH-13 | | | |
| | | | | **SUPERVISORS ROOM** | |
| 29 | Steven Aguon | MH-14 | 01 | Lee Poch                    A/T | |
| 30 | William Wanket          A/T | | 02 | Jerry Ramon             Misd.  A/T | |
| 31 | Pedro Demapan | MH-15 | | | |
| 32 | Ramon Blas | | | **LIBRARY** | |
| 33 | Vicente Kaipat | MH-16 | 01 | Akilino Suzuki          Misd  A/T | |
| 34 | Mark Torres | | 02 | Miteichy Kosam          Misd A/T | |
| | | | 03 | Vicente Mettao          Misd A/T | |
| NO | **RSAT/FEMALE** | CELL | 04 | Antonio Ayuyu           Misd.  A/T | |
| 01 | Huang Zhou Ju           A/T | R-1L | | | |
| 02 | Taing, Xia              A/T | R-1U | | | |
| 03 | Joaquina P. Reyes       FED | R-2L | | | |
| 04 | Xiang Lan Lin           INO | R-2U | | | |
| 05 | Micheline Brel          S/S | R-3L | NO | **RSAT SECTION "D"** | CELL |
| 06 | Florence C. Sablan      S/S | R-3U | 01 | Roman Agulto | IH-1L |
| 07 | Connie Omar             S/S | R-4L | | | IH-1U |
| 08 | Liu Ya Jun              FED | R-4U | | | IH-2L |
| 09 | MaryAnn Indalecio       S/S | R-5L | 02 | Fernando Quitano | IH-2U |
| 10 | Hao Ying Mei Yu         S/S | R-5U | 03 | Emilio Manahane | IH-3L |
| 11 | Yen Mei Ying            S/S | R-6L | 04 | Joe Atalig | IH-3U |
| 12 | Hua Sheng               A/T | R-6U | 05 | Nestor Taitano | IH-4L |
| | | COT | 06 | Ivan Castro | IH-4U |
| | | | | | |
| | | | | | |
| | | | | | |
| | **HOME FURLOUGH** | | | | |
| | | H/F | | | |

**Supervisor:** Sgt. Kimo Taitano        **Date:** 07/01/05

**Shift:** "Alpha"   **Time:** 0530-1730 hrs   **Date:** 07/01/05

| NO | NAME OF PRETRIAL DETAINEES | | CELL | NO | NAME | CELL |
|----|----|----|----|----|----|----|
| | **CENTRAL MALE DETENTION** | | | | **MINIMUM SECURITY** | |
| 01 | Raul Rocha        ISOLATION | S/S | ISO | 01 | Milton B. Cruz | MF-01 |
| 02 | Lucas Manglona | A/T | | 02 | Francisco Demapan | MF-01 |
| | | | D-1 | 03 | Jeffrey Cabrera | MF-02 |
| | | | | 04 | Crispin Taitano     A/S FED | MF-02 |
| 03 | Qi Huan Li | A/T | | 05 | Oscar Meeyog | MF-03 |
| | | | D-2 | 06 | Ronald Kaipat | MF-03 |
| | | | | 07 | Joseph Lizama | MF-04 |
| 04 | Jesse James Camacho   ISOLATION | S/S | | 08 | Pedro Omar | MF-04 |
| 05 | Sheng Sheng Wang | A/T | D-3 | 09 | Nelson Saimon | MF-05 |
| | | | | 10 | Neildino Taisacan | MF-05 |
| 06 | Joaquin S. Peredo | A/T | | 11 | Reynaldo Manila | MF-06 |
| 07 | Faustino Elias | S/S | D-4 | 12 | Nupom Nupom | MF-06 |
| 08 | Allan Arceo | A/T | | 13 | Rodolfo Michelena | MF-07 |
| 09 | Mino Pnillip | A/T | | 14 | Norman Tenorio | MF-07 |
| 10 | Moses Martin | S/S | D-5 | 15 | Dominic Hideo | MF-08 |
| | | | | 16 | Ignacio M. Leon Guerrero | MF-08 |
| 11 | Carlo Malazarte | S/S | | 17 | Luis Babauta | MF-09 |
| 12 | Lann Billy | A/T | D-6 | | | MF-09 |
| 13 | Regis O. Iyekar | A/T | | 18 | Oscar Babauta | MF-10 |
| 14 | Francisco A. Pua | A/T | | 19 | Marvin Concepcion | MF-10 |
| 15 | George A. Aguon | A/T | D-7 | 20 | Vincent John Castro | MF-11 |
| | | | | 21 | Jesus N. Dowai | MF-11 |
| 16 | Daniel Delos Santos | A/T | | 22 | Jose Borja | MF-12 |
| 17 | Isman Bokuku | A/T | D-8 | 23 | Francis Eugenio | MF-12 |
| | | | | 24 | Anthony Magofna | MF-13 |
| 18 | Roger Castillo | A/T Misd | | 25 | Thomas Aldan | MF-13 |
| 19 | Mario Cabarrubias | A/T | D-9 | 26 | David Moses | MF-14 |
| | | | | 27 | David Diaz | MF-14 |
| 20 | John S. Pangelinan | FED | | 28 | Joselito Castro | MF-15 |
| 21 | Aimiji Yoshio | A/T | D-10 | 29 | Michael Tesfour | MF-15 |
| | | | | 30 | Edwin Ponce | MF-16 |
| 22 | Jin Fu Lin | A/T | | 31 | Nestor Dela Cruz | MF-16 |
| 23 | Yu Chi Xie | A/T | | 32 | Rex Jose | MF-17 |
| 24 | Zhou Xu | A/T | D-11 | 33 | Seremea Nowell | MF-17 |
| 25 | Jiang Jing Ju | FED | | 34 | Isaac Rengiil | MF-18 |
| 26 | Yong Luo | A/T | D-12 | 35 | Francisco Tydingco | MF-18 |
| | | | | 36 | Taurus Kapwich | COT |
| 27 | Franklin Cepeda | S/S | | 37 | Hernest Otis | COT |
| 28 | Daniel R. Johnny | A/T Misd | D-13 | 38 | Price Shoiter | COT |
| | | | | 39 | Dickson Cosmes | COT |
| | | | | 40 | Zhi Xiang Li          Misd | COT |
| | | | | 41 | Sumang Riungel        Civil | COT |
| | | | | 42 | Angel C. Ruben | COT |
| | | | | 43 | Hans Ngiramos         Misd | COT |
| | | | | 44 | Martin Park           TR | COT |
| | | | | 45 | Fritz Passi           TR | COT |
| | | | | 46 | Santiago Cepeda | COT |
| | | | | 47 | Jose Aldan | COT |
| | | | | 48 | Vicent Norita | COT |
| | | | | 49 | Pedro Arriola         Civil | COT |
| | | | | | | COT |

HOME BOROUGH

**Supervisor:** Sgt. Kimo Taitano    **DATE:** 07/01/05

# INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Bravo"     **Time:** 0530-1730 hrs     **Date:** 08/01/05

| NO | NAME OF PRETRIAL DETAINEES | | CELL | NO | NAME | CELL |
|----|----|----|----|----|----|----|
| | **CENTRAL MALE DETENTION** | | | | **MINIMUM SECURITY** | |
| 01 | Raul Rocha | ISOLATION S/S | ISO | 01 | Milton B. Cruz | MF-01 |
| 02 | Lucas Manglona | A/T | | 02 | Francisco Demapan | MF-01 |
| | | | D-1 | 03 | Jeffrey Cabrera | MF-02 |
| | | | | 04 | Crispin Taitano A/S FED | MF-02 |
| 03 | Akilino Suzuki | Misd A/T | | 05 | Oscar Meeyog | MF-03 |
| 04 | Brenson John | A/T Misd | D-2 | 06 | Ronald Kaipat | MF-03 |
| | | | | 07 | Joseph Lizama | MF-04 |
| 05 | Jesse James Camacho | S/S | | 08 | Pedro Omar | MF-04 |
| 06 | Ignacio Cabrera | A/T Misd | D-3 | | | MF-05 |
| | | | | 09 | Taurus Kapwich | MF-05 |
| 07 | Joaquin S. Peredo | A/T | | 10 | Reynaldo Manila | MF-06 |
| 08 | Faustino Elias | S/S | D-4 | 11 | Nupom Nupom | MF-06 |
| 09 | Allan Arceo | A/T | | 12 | Rodolfo Michelena | MF-07 |
| 10 | Mino Pnillip | A/T | | 13 | Norman Tenorio | MF-07 |
| 11 | Moses Martin | S/S | D-5 | 14 | Dominic Hideo | MF-08 |
| | | | | 15 | Ignacio M. Leon Guerrero | MF-08 |
| 12 | Carlo Malazarte | S/S | | 16 | Luis Babauta | MF-09 |
| 13 | Lann Billy | A/T | D-6 | | | MF-09 |
| 14 | Regis O. Iyekar | A/T | | 17 | Oscar Babauta | MF-10 |
| 15 | Francisco A. Pua | A/T | | 18 | Marvin Concepcion | MF-10 |
| 16 | George A. Aguon | A/T | | 19 | Vincent John Castro | MF-11 |
| | | | D-7 | 20 | Jesus N. Dowai | MF-11 |
| 17 | Daniel Delos Santos | A/T | | 21 | Jose Borja | MF-12 |
| 18 | Isman Bokuku | A/T | D-8 | 22 | Francis Eugenio | MF-12 |
| 19 | Michael Peter | A/T | | 23 | Anthony Magofna | MF-13 |
| 20 | Roger Castillo | A/T Misd | | 24 | Thomas Aldan | MF-13 |
| 21 | Mario Cabarrubias | A/T | D-9 | 25 | David Moses | MF-14 |
| 22 | Mike Daikichy | A/T Misd | | 26 | David Diaz | MF-14 |
| 23 | Lionel Borja | FED | | 27 | Joselito Castro | MF-15 |
| 24 | Aimiji Yoshio | A/T | D-10 | 28 | Michael Tesfour | MF-15 |
| 25 | Sylvano F. Santos | A/T | | 29 | Edwin Ponce | MF-16 |
| 26 | Jin Fu Lin | A/T | | 30 | Nestor Dela Cruz | MF-16 |
| 27 | Yu Chi Xie | A/T | | 31 | Rex Jose | MF-17 |
| 28 | Zhou Xu | A/T | D-11 | 32 | Seremea Nowell | MF-17 |
| 29 | Jiang Jing Ju | A/T -INO | | 33 | Isaac Rengiil | MF-18 |
| 30 | Yong Luo | A/T | D-12 | 34 | Francisco Tydingco | MF-18 |
| 31 | Qi Huan Li | A/T | | 35 | Hernest Otis | COT |
| 32 | Franklin Cepeda | S/S | | 36 | Price Shoiter | COT |
| 33 | Daniel R. Johnny | A/T Misd | D-13 | 37 | Dickson Cosmes | COT |
| | | | | 38 | Vicent Norita | COT |
| | | | | 39 | Angel C. Ruben | COT |
| | | | | 40 | Kevin Yamagata TR | COT |
| | | | | 41 | David Sanchez TR | COT |
| | | | | 42 | Augustine Norita TR | COT |
| | | | | 43 | Antonio Nckaifes TR | COT |
| | | | | 44 | Vincent W. Salas TR | COT |
| | | | | 45 | Jose Aldan | |
| | | | | 46 | Santiago Cepeda | |
| | | | | 47 | Juan Rabauliman TR | |

**Supervisor:** Sgt. Pius Yaroitemal          **DATE:** 08/01/05

Shift: "Bravo"　　Time: 0530-1730 hrs.　　Date: 08/01/05

| MEDIUM SECURITY | | | SPECIAL MANAGEMENT UNIT | | |
| --- | --- | --- | --- | --- | --- |
| N0 | NAME | CELL | N0 | NAME | CELL |
| 01 | Hadley Renguul | | 01 | Marco Fitial　　A/T | |
| 02 | Michael Ada | MH-1 | 02 | Ignacio Desebel　　A/T | B-1 |
| 03 | Eugene Repeki | | 03 | Isen Bokuku　　ISOLATION | |
| 04 | Chun Shan Xu | MH-2 | 04 | Akilino Elyeisar　　A/T | B-2 |
| 05 | Alfred Aldan | MH-3 | 05 | Melvin Dela Cruz | |
| 06 | Gabriel Grotheg | | 06 | Michael Dodd | B-3 |
| 07 | Neildino Taisacan　　ISOLATION | | | | |
| 08 | Marlon Martin　　A/T | MH-4 | 07 | David Bamba | |
| 09 | Alafonso Oncho | | 08 | Manuel Pangelinan　　A/T | B-4 |
| 10 | Eric Lee Nekaifes　　ISOLATION | | | | |
| 11 | Lester Serilo | MH-5 | 09 | Dwayne Sibetang | |
| 12 | Steven Suzuki | | | | B-5 |
| 13 | Anthony Rios | MH-6 | 10 | Luis Camacho | |
| 14 | Cheyenne Sablan | | | | B-6 |
| 15 | Alonzo Igisaiar | MH-7 | | | |
| 16 | Jesse Saralu　　ISOLATION | | **VISITATION ROOM #1** | | |
| 17 | Larry Aguilar | | 01 | Jerry Ramon　　Misd A/T | |
| 18 | Edgar Mendoza | MH-8 | 02 | Jose Joaquin Taitano　　Misd @ | |
| 19 | Nelson Saimon　　ISOLATION | | | | |
| 20 | Pedro Cabrera | MH-9 | | | |
| 21 | Shawn Appleby | | | | |
| 22 | George Cruz | MH-10 | **VISITATION ROOM #2** | | |
| 23 | Mariano SN. Camacho | | 01 | Lee Poch　　A/T | |
| 24 | Juan Manalo　　Misd A/T | MH-11 | | | |
| 25 | Diego Mundo | | | | |
| 26 | Joe Rabauliman | MH-12 | **SUPERVISORS ROOM** | | |
| 27 | George Ilo　　ISOLATION | | 01 | Risty Vergara　　Rule-5 Fel. | |
| 28 | Mtoched Etumai | MH-13 | | | |
| 29 | Tuwi Ngiraidong | | | | |
| | | | **LIBRARY** | | |
| 30 | Steven Aguon | MH-14 | 01 | Rodney Quitugua　　A/T | |
| 31 | William Wanket　　A/T | | 02 | Juan I. Quitugua　　FED | |
| 32 | Ramon Blas | MH-15 | 03 | Anthonio Ayuyu　　A/T | |
| 33 | Pedro Demapan | | 04 | Davis Diaz　　A/T | |
| 34 | Vicente Kaipat | MH-16 | 05 | Augustine Castro　　A/T | |
| 35 | Mark Torres | | 06 | Gabriel Cabrera　　A/T | |
| | | | 07 | Collier Ng. Siksei　　A/T | |

| RSAT/FEMALE | | | | | |
| --- | --- | --- | --- | --- | --- |
| NO | NAME | CELL | 08 | Chang Da Liu　　A/T | |
| 01 | Huang Zhou Ju　　A/T | R-1L | 09 | Zheng, Jin Can　　A/T | |
| 02 | Lea Mendiola　　A/T | R-1U | 10 | Steven Abal　　FED | |
| 03 | Joaquina P. Reyes　　FED | R-2L | 11 | Gener C. Laniyu　　Rule-5 Fel. | |
| | | R-2U | 12 | Joebelito Andebor　　TR | |
| 04 | Michelin Brel | R-3L | | | |
| 05 | Florence C. Sablan | R-3U | | | |
| 06 | Connie Omar | R-4L | | | |
| 07 | Liu Ya Jun　　FED | R-4U | | | |
| | | R-5L | | | |
| 08 | Hao Ying Mei Yu | R-5U | | | |
| 09 | Yen Mei Ying | R-6L | | | |
| 10 | Hua Sheng　　A/T | R-6U | NO | **RSAT SECTION "D"** | CELL |
| 11 | Vivian Fleming　　FED | Vist. | 01 | Roman Agulto | III-1L |
| | | | | | III-1U |
| | | | | | III-2L |
| | | | 02 | Fernando Quitano | III-2U |
| | | | 03 | Emilio Manahane | III-3L |
| | | | 04 | Joe Atalig | III-3U |
| | | | 05 | Nestor Taitano | III-4L |
| | | | 06 | Ivan Castro | III-4U |

| HOME-FURLOUGH | | |
| --- | --- | --- |
| 12 | Mary ann Indalecio　　S/S | HF |

Supervisor: Sgt. Pius Yaroitemal　　　　Date: 08/01/05

**Shift:** "Charlie"      **Time:** 0530-1730 hrs.      **Date:** 08/15/05

| NO | MEDIUM SECURITY NAME | CELL | N 0 | SPECIAL MANAGEMENT UNIT NAME | | CELL |
|----|------|------|-----|------|------|------|
| 01 | Hadley Renguul | | 01 | Marco Fitial | A/T | |
| 02 | Michael Ada | MH-1 | 02 | Ignacio Desebel | A/T | B-1 |
| | | | | | | |
| 03 | Eugene Repeki | | 03 | Isen Bokuku | ISOLATION | |
| 04 | Chun Shan Xu | MH-2 | 04 | Akilino Elyeisar | A/T | B-2 |
| | | | | | | |
| 05 | Alfred Aldan | MH-3 | 05 | Melvin Dela Cruz | | |
| 06 | Gabriel Grothog | | 06 | Michael Dodd | | B-3 |
| 07 | Neildino Taisacan | | | | | |
| 08 | Marlon Martin          A/T | MH-4 | 07 | David Bamba | | |
| 09 | Alafonso Oncho | | 08 | Manuel Pangelinan | A/T | B-4 |
| 10 | Eric Lee Nckaifes      ISOLATION | | | | | |
| 11 | Lester Serilo | MH-5 | 09 | Dwayne Sibetang | | |
| 12 | Steven Suzuki | | | | | B-5 |
| 13 | Anthony Rios | MH-6 | 10 | Luis Camacho | | |
| 14 | Cheyenne Sablan | | | | | B-6 |
| 15 | Alonzo Igisaiar | MH-7 | | | | |
| 16 | Jesse Saralu          ISOLATION | | | INTAKE HOUSING | | |
| 17 | Larry Aguilar | | | VISITATION ROOM #1 | | |
| 18 | Edgar Mendoza | MH-8 | 01 | Jerry Ramon | Misd A/T | |
| 19 | Nelson Saimon         ISOLATION | | | | | |
| 20 | Pedro Cabrera | MH-9 | | | | |
| 21 | Shawn Appleby | | | | | |
| 22 | George Cruz           ISOLATION | MH-10 | | VISITATION ROOM #2 | | |
| 23 | Mariano SN. Camacho | | | | | |
| 24 | Diego Mundo | | 01 | Lee Poch | A/T | |
| | | MH-11 | | | | |
| | | | | | | |
| 25 | Joe Rabauliman | MH-12 | | | | |
| 26 | George Ilo           ISOLATION | | | SUPERVISORS ROOM | | |
| 27 | Mtoched Etumai | | 01 | Rodney Quituqua | A/T | |
| | | MH-13 | | | | |
| | | | | | | |
| 28 | Steven Aguon | MH-14 | | LIBRARY | | |
| 29 | William Wanket        A/T | | 01 | Chang Da Liu | A/T | |
| 30 | Ramon Blas | MH-15 | 02 | Steven Abal | FED | |
| 31 | Pedro Demapan | | 03 | James Ordillano | A/T | |
| 32 | Vicente Kaipat | MH-16 | 04 | Kalmor Datius | Misd A/T | |
| 33 | Mark Torres | | 05 | Angelito Mamaril | @ Misd | |
| NO | RSAT FEMALE | CELL | 06 | Franklin Aldan | A/T | |
| 01 | Huang Zhou Ju         A/T | R-1U | 07 | Alfredo Ventudez | @ Misd | |
| 02 | Lea Mendiola          A/T | R-2L | 08 | Daniel Santos | @ A/W | |
| 03 | Joaquina P. Reyes     FED | R-2U | | | | |
| | | R-3L | | | | |
| 04 | Micheline Brel | R-3U | | | | |
| | | R-4L | | | | |
| 05 | Connie Omar | R-4U | NO | RSAT SECTION D | | CELL |
| 06 | Liu Ya Jun           FED | R-5L | 01 | Roman Agulto | | III-1L |
| 07 | Maryann Indalecio | R-5U | | | | III-1U |
| 08 | Hao Ying Mei Yu | R-6L | | | | III-2L |
| 09 | Yen Mei Ying | R-6U | 02 | Fernando Quitano | | III-2U |
| 10 | Hua Sheng            A/T | Vist. | 03 | Emilio Manahane | | III-3L |
| 11 | Vivian Fleming       FED | | 04 | Joe Atalig | | III-3U |
| 12 | Xiao Ling Zhang      @ Misd | | 05 | Nestor Taitano | | III-4L |
| 13 | Yan Zheng            @ Misd | | 06 | Ivan Castro | | III-4U |
| | | | | | | |
| | HOME-FURLOUGH | HF | | | | |

**Supervisor:** COIII Lee Camacho      **Date:** 08/15/05

# INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"  **Time:** 0530-1730hrs  **Date:** 08/15/05

| NO | CENTRAL MALE DETENTION — NAME OF PRETRIAL DETAINEES | | CELL | NO | MINIMUM SECURITY — NAME | CELL |
|---|---|---|---|---|---|---|
| 01 | Raul Rocha | S/S | ISO | 01 | Milton B. Cruz | MF-01 |
| 02 | Lucas Manglona | A/T |  | 02 | Francisco Demapan | MF-01 |
|  |  |  | D-1 | 03 | Jeffrey Cabrera | MF-02 |
|  |  |  |  | 04 | Crispin Taitano   A/S FED | MF-02 |
| 03 | Akilino Suzuki | Misd A/T |  | 05 | Oscar Meeyog | MF-03 |
| 04 | Brenson John | A/T Misd | D-2 | 06 | Ronald Kaipat | MF-03 |
|  |  |  |  |  |  | MF-04 |
| 05 | Jesse James Camacho | S/S |  | 07 | Pedro Omar | MF-04 |
| 06 | Ignacio Cabrera | A/T Misd | D-3 |  |  | MF-05 |
|  |  |  |  | 08 | Taurus Kapwich | MF-05 |
| 07 | Joaquin S. Peredo | A/T |  | 09 | Reynaldo Manila | MF-06 |
| 08 | Faustino Elias | S/S | D-4 | 10 | Nupom Nupom | MF-06 |
| 09 | Davis Diaz | A/T |  | 11 | Rodolfo Michelena | MF-07 |
| 10 | Mino Pnillip | A/T |  |  |  | MF-07 |
| 11 | Moses Martin | S/S | D-5 | 12 | Dominic Hideo | MF-08 |
| 12 | Hermanny Santos | A/T |  | 13 | Ignacio M. Leon Guerrero | MF-08 |
| 13 | Carlo Malazarte | S/S |  | 14 | Luis Babauta | MF-09 |
| 14 | Lann Billy | A/T | D-6 | 15 | Santiago Cepeda | MF-09 |
| 15 | Regis O. Iyekar | A/T |  | 16 | Oscar Babauta | MF-10 |
| 16 | Francisco A. Pua | A/T |  | 17 | Marvin Concepcion | MF-10 |
| 17 | George A. Aguon | A/T | D-7 | 18 | Vincent John Castro | MF-11 |
| 18 | Gerald Sablan | A/T |  | 19 | Jesus N. Dowai | MF-11 |
| 19 | Daniel Delos Santos | A/T |  | 20 | Jose Borja | MF-12 |
| 20 | Isman Bokuku | A/T | D-8 |  |  | MF-12 |
|  |  |  |  | 21 | Anthony Magofna | MF-13 |
| 21 | Roger Castillo | A/T Misd |  | 22 | Thomas Aldan | MF-13 |
| 22 | Mario Cabarrubias | A/T | D-9 | 23 | David Moses | MF-14 |
| 23 | Mike Daikichy | A/T Misd |  | 24 | David Diaz | MF-14 |
| 24 | Lionel Borja | FED |  | 25 | Joselito Castro | MF-15 |
| 25 | Aimiji Yoshio | A/T | D-10 | 26 | Michael Tesfour | MF-15 |
| 26 | Sylvano F. Santos | A/T |  | 27 | Edwin Ponce | MF-16 |
| 27 | Jin Fu Lin | A/T |  | 28 | Nestor Dela Cruz | MF-16 |
| 28 | Yu Chi Xie | A/T |  | 29 | Rex Jose | MF-17 |
| 29 | Zhou Xu | A/T | D-11 | 30 | Seremea Nowell | MF-17 |
| 30 | Jiang Jing Ju | A/T -INO |  | 31 | Isaac Rengiil | MF-18 |
| 31 | Collier Ng. Siksei | A/T | D-12 | 32 | Francisco Tydingco | MF-18 |
| 32 | Qi Huan Li | A/T |  | 33 | Hernest Otis | COT |
| 33 | Franklin Cepeda | S/S |  | 34 | Price Shoiter | COT |
| 34 | Daniel R. Johnny | A/T Misd | D-13 | 35 | Dickson Cosmes | COT |
| 35 | Anthonio Ayuyu | A/T |  | 36 | Vicent Norita | COT |
|  |  |  |  | 37 | Angel C. Ruben | COT |
|  |  |  |  | 38 | Kevin Yamagata   TR | COT |
|  |  |  |  | 39 | Tanio Rudolph | COT |
|  |  |  |  | 40 | Jose Aldan | COT |
|  |  |  |  | 41 | Vicente Borja   TR | COT |
|  |  |  |  | 42 | Nixen Saimon   TR | COT |
|  |  |  |  |  |  | COT |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  | H/F |



**Supervisor:** COIII Lee Camacho     **DATE:** 08/15/05

**Shift:** "Alpha"    **Time:** 0530-1730 hrs.    **Date:** 09/01/05

## MEDIUM SECURITY

| NO | NAME | CELL |
|----|------|------|
| 01 | Hadley Renguul | MH-1 |
| 02 | Michael Ada | |
| 03 | Eugene Repeki | MH-2 |
| 04 | Chun Shan Xu | |
| 05 | Alfred Aldan | MH-3 |
| 06 | Neildino Taisacan | |
| 07 | Marlon Martin            A/T | MH-4 |
| 08 | Alafonso Oncho | |
| 09 | Eric Lee Nekaifes    ISOLATION | MH-5 |
| 10 | Lester Serilo | |
| 11 | Steven Suzuki | |
| 12 | Anthony Rios | MH-6 |
| 13 | Cheyenne Sablan | |
| 14 | Alonzo Igisaiar | MH-7 |
| 15 | Jesse Saralu          ISOLATION | |
| 16 | Larry Aguilar | MH-8 |
| 17 | Nelson Saimon       ISOLATION | |
| 18 | Pedro Cabrera | MH-9 |
| 19 | Shawn Appleby | |
| 20 | George Cruz           ISOLATION | MH-10 |
| 21 | Mariano SN. Camacho | |
| 22 | Diego Mundo | MH-11 |
| 23 | Edgar Mendoza | |
| 24 | Joe Rabauliman | MH-12 |
| 25 | George Ilo             ISOLATION | |
| 26 | Mtoched Etumai | MH-13 |
| 27 | Gabriel Grothog | |
| 28 | Steven Aguon | MH-14 |
| 29 | William Wanket          A/T | |
| 30 | Ramon Blas | MH-15 |
| 31 | Pedro Demapan | |
| 32 | Vicente Kaipat | MH-16 |
| 33 | Mark Torres | |

## RSAT/FEMALE

| NO | NAME | CELL |
|----|------|------|
| 01 | Ming Yan Zheng          FED | R-1L |
| | | R-1U |
| 02 | Joaquina P. Reyes    (Isolation)   FED | R-2L |
| | | R-2U |
| 03 | Micheline Brel | R-3L |
| | | R-3U |
| 04 | Connie Omar | R-4L |
| 05 | Liu Ya Jun              FED | R-4U |
| 06 | Maryann Indalecio          S/S | R-5L |
| 07 | Hao Ying Mei Yu | R-5U |
| 08 | Yen Mei Ying | R-6L |
| 09 | Huang Zhou Ju            A/T | R-6U |
| | | Vist. |

## HOME-FURLOUGH

## SPECIAL MANAGEMENT UNIT

| NO | NAME | CELL |
|----|------|------|
| 01 | Marco Fitial          A/T | B-1 |
| 02 | David Bamba | |
| 03 | Isen Bokuku        ISOLATION | B-2 |
| 04 | Akilino Elyeisar        A/T | |
| 05 | Melvin Dela Cruz | B-3 |
| 06 | Michael Dodd | |
| 07 | Manuel Pangelinan        A/T | B-4 |
| 08 | Dwayne Sibetang | B-5 |
| 09 | Luis Camacho | B-6 |

### INTAKE HOUSING

### VISITATION ROOM #1

| NO | NAME | |
|----|------|--|
| 01 | Jerry Ramon          Misd A/T | |

### VISITATION ROOM #2

| NO | NAME | |
|----|------|--|
| 01 | Lee Poch            A/T | |
| 02 | John Doe          @ (Domestic) Misd. | |

### SUPERVISORS ROOM

| NO | NAME | |
|----|------|--|
| 01 | Ignacio Villanueva        @ B/W | |

### LIBRARY

| NO | NAME | |
|----|------|--|
| 01 | Chang Da Liu          A/T | |
| 02 | Rodney Quitugua          A/T | |
| 03 | James Ordillano          A/T | |
| 04 | Daniel Santos          A/T | |
| 05 | Joseph Cepeda          A/T | |
| 06 | Jose Camacho          A/T Misd. | |
| 07 | Ignacio Desebel          A/T | |
| 08 | Yong Hu Ren          INO | |
| 09 | Yang Yong Hu          @ TR | |

### RSAT SECTION "D"

| NO | NAME | CELL |
|----|------|------|
| 01 | Roman Agulto | H-1L |
| | | H-1U |
| | | H-2L |
| 02 | Fernando Quitano | H-2U |
| 03 | Emilio Manahane | H-3L |
| 04 | Joe Atalig | H-3U |
| 05 | Nestor Taitano | H-4L |
| 06 | Ivan Castro | H-4U |

**Supervisor:** COIII Lee Camacho          **Date:** 09/01/05

**Shift: "Bravo"**   **Time: 0530-1730 hrs.**   **Date: 09/15/05**

| CENTRAL MALE DETENTION | | | MINIMUM SECURITY | | |
|---|---|---|---|---|---|
| NO | NAME OF PRETRIAL DETAINEES | CELL | NO | NAME | CELL |
| 01 | Raul Rocha      (Isolation)          S/S | ISO | 01 | Milton B. Cruz | MF-01 |
| | | | 02 | Jose Aldan | MF-01 |
| 02 | Lucas Manglona                      A/T | | 03 | Francisco Demapan | MF-02 |
| | | D-1 | 04 | Jeffrey Cabrera | MF-02 |
| | | | 05 | Tambiac Domingo            TR | MF-02 |
| 03 | Akilino Suzuki              Misd A/T | | 06 | Jelani Tilipao            TR | MF-02 |
| 04 | Brenson John              A/T Misd | D-2 | 07 | Oscar Meeyog | MF-03 |
| | | | 08 | Ronald Kaipat | MF-03 |
| | | | | | MF-03 |
| | | | | | MF-04 |
| 05 | Jesse James Camacho             S/S | | 09 | Pedro Omar | MF-04 |
| 06 | Ignacio Cabrera            A/T Misd | D-3 | 10 | Dickson Cosmes | MF-05 |
| | | | 11 | Willie Dogillo            TR | MF-05 |
| | | - | 12 | Taurus Kapwich | MF-05 |
| 07 | Joaquin S. Peredo               A/T | | 13 | Reynaldo Manila | MF-06 |
| 08 | Faustino Elias                  S/S | D-4 | 14 | Nupom Nupom | MF-06 |
| 09 | Davis Diaz      ISOLATION       A/T | | 15 | Rodolfo Michelena | MF-07 |
| 10 | Mino Pnillip                    A/T | | 16 | Hernest Otis | MF-07 |
| 11 | Moses Martin                    S/S | D-5 | 17 | Dominic Hideo | MF-08 |
| 12 | Hermanny Santos                 A/T | | 18 | Ignacio M. Leon Guerrero | MF-08 |
| 13 | Carlo Malazarte                 S/S | | 19 | Luis Babauta | MF-09 |
| 14 | Lann Billy                      A/T | D-6 | 20 | Brian Blas                Misd | MF-09 |
| | | | | | MF-10 |
| 15 | Regis O. Iyekar                 S/S | | 21 | Oscar Babauta | MF-10 |
| | | | 22 | Santiago Cepeda | MF-10 |
| 16 | Francisco A. Pua                A/T | | 23 | Marvin Concepcion | MF-10 |
| | | D-7 | 24 | Vincent John Castro | MF-11 |
| 17 | Gerald Sablan                   A/T | | 25 | Jesus N. Dowai | MF-11 |
| 18 | Daniel Delos Santos             S/S | | 26 | Jose Borja | MF-12 |
| 19 | Isman Bokuku                    A/T | D-8 | 27 | Vicent Norita | MF-12 |
| 20 | Marco Fitial                    A/T | | 28 | Anthony Magofna | MF-13 |
| 21 | Roger Castillo            A/T Misd | | 29 | Thomas Aldan | MF-13 |
| 22 | Mario Cabarrubias               A/T | D-9 | 30 | David Diaz | MF-13 |
| | | | 31 | David Moses | MF-14 |
| 23 | Mike Daikichy             A/T Misd | | | | MF-14 |
| | | | 32 | Joselito Castro | MF-15 |
| 24 | Aimiji Yoshio                   A/T | D-10 | 33 | Michael Tesfour | MF-15 |
| | | | 34 | Angel C. Ruben | MF-15 |
| 25 | Sylvano F. Santos               A/T | | 35 | Edwin Ponce | MF-16 |
| 26 | Jin Fu Lin                      A/T | | 36 | Nestor Dela Cruz | MF-16 |
| 27 | Yu Chi Xie                      S/S | | 37 | Rex Jose | MF-17 |
| 28 | Zhou Xu                         A/T | D-11 | 38 | Seremea Nowell | MF-17 |
| | | | 39 | Price Shoiter | MF-17 |
| 29 | Jiang Jing Ju              A/T -INO | | 40 | Isaac Rengiil | MF-18 |
| 30 | Collier Ng. Siksei              A/T | D-12 | 41 | Francisco Tydingco | MF-18 |
| 31 | Qi Huan Li                      A/T | | | | |
| | | | | ███████████████████ | |
| 32 | Franklin Cepeda                 S/S | D-13 | | | |
| 33 | Daniel R. Johnny          A/T Misd | | 01 | Carl Cabrera            Federal | |
| 34 | Anthonio Ayuyu                  A/T | | 02 | Lionel Borja            Federal | |
| | | | 03 | Steven Abal             Federal | |
| | | | 04 | Chen Bo Xu                  INO | |
| | | | 05 | Xiao Wen Zhu                INO | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | ███████████████████ | |
| | | | | | |
| | | | | | |

**Supervisor:** Sgt. Pius Yaroitemal        **DATE:** 09/15/05

Unit: Bravo   Time: 0630-1730 hrs.

| N0 | NAME | CELL | N0 | NAME | CELL |
|----|------|------|----|------|------|
| | **MEDIUM SECURITY** | | | **SPECIAL MANAGEMENT UNIT** | |
| 01 | Hadley Renguul | | 01 | David Bamba | |
| 02 | Michael Ada | MH-1 | | | B-1 |
| 03 | Eugene Repeki | | 02 | Isen Bokuku | |
| 04 | Chun Shan Xu | MH-2 | 03 | Akilino Elyeisar   A/T | B-2 |
| 05 | Alfred Aldan | MH-3 | | | |
| 06 | Neildino Taisacan | | 04 | Michael Dodd | B-3 |
| 07 | Marlon Martin   A/T | MH-4 | 05 | Melvin Dela Cruz | |
| 08 | Alafonso Oncho | | 06 | Manuel Pangelinan   A/T | B-4 |
| 09 | Eric Lee Nekaifes | MH-5 | 07 | Dwayne Sibetang | |
| 10 | Lester Serilo | | | | B-5 |
| 11 | Steven Suzuki | | 08 | Luis Camacho | |
| 12 | Anthony Rios   – | MH-6 | | | B-6 |
| 13 | Cheyenne Sablan | | | | |
| 14 | Alonzo Igisaiar | MH-7 | | | |
| 15 | Jesse Saralu   ISOLATION | | | **VISITATION ROOM #1** | |
| 16 | Larry Aguilar | MH-8 | 01 | Alexander R. Cana   A/T | |
| 17 | Nelson Saimon   ISOLATION | | 02 | Francisco Jr. Romero *ILLEGAL* A/W  INO *ALIEN* | |
| 18 | Pedro Cabrera | MH-9 | | | |
| 19 | Shawn Appleby | | | | |
| 20 | George Cruz   ISOLATION | MH-10 | | **VISITATION ROOM #2** | |
| 21 | Mariano SN. Camacho | | 01 | Lee Poch   A/T | |
| 22 | Diego Mundo | MH-11 | | | |
| 23 | Edgar Mendoza | | | | |
| 24 | Joe Rabauliman | MH-12 | | | |
| 25 | George Ilo | | | **SUPERVISORS ROOM** | |
| 26 | Mtoched Etumai | | 01 | Juan Manalao  *CR/TRESPAS*  @ Misd | |
| 27 | Gabriel Grothog | MH-13 | | | |
| 28 | Steven Aguon | MH-14 | | **LIBRARY** | |
| 29 | William Wanket   A/T | | 01 | Chang Da Liu   A/T | |
| 30 | Ramon Blas | MH-15 | 02 | James Ordillano   A/T | |
| 31 | Pedro Demapan | | 03 | Enrique F. Ilo   A/T Misd | |
| 32 | Vicente Kaipat | MH-16 | 04 | Antonio Bernardo   A/T | |
| 33 | Mark Torres | | | | |
| **NO** | | **CELL** | | | |
| | | R-1U | | | |
| 01 | Ming Yan Zheng   FED | R-1L | | | |
| 02 | Joaquina P. Reyes   FED | R-2L | | | |
| 03 | Lea Mendiola   FED | R-2U | | | |
| 04 | Micheline Brel   S/S | R-3L | | | |
| | | R-3U | | | |
| 05 | Connie Omar   S/S | R-4L | | | |
| 06 | Liu Ya Jun   FED | R-4U | **NO** | | **CELL** |
| 07 | Maryann Indelacio   S/S | R-5L | 01 | Roman Agulto | IH-1L |
| 08 | Hao Ying Mei Yu   S/S | R-5U | | | IH-1U |
| 09 | Yen Mei Ying   S/S | R-6L | | | IH-2L |
| 10 | Huang Zhou Ju   A/T | R-6U | 02 | Fernando Quitano | IH-2U |
| 11 | Nolyn Arriola   A/T | COT | 03 | Emilio Manahane | IH-3L |
| | | | 04 | Joe Atalig | IH-3U |
| | | Vist. | 05 | Nestor Taitano | IH-4L |
| | | | 06 | Ivan Castro | IH-4U |

*146*

**Supervisor:** Sgt. Pius Yaroitemal    **Date:** 09/15/05