# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STATUS REPORT** |
| | ) | |
| COMMONWEALTH OF THE | ) | **DIVISION OF YOUTH SERVICES** |
| NORTHERN MARIANA ISLANDS, | ) | |
| GOVERNOR OF THE NORTHERN | ) | **PART 1 OF 2 PARTS** |
| MARIANA ISLANDS, | ) | |
| COMMISSIONER OF THE | ) | **October 1, 2005** |
| DEPARTMENT OF PUBLIC | ) | |
| SAFETY, SECRETARY OF THE | ) | |
| DEPARTMENT OF LABOR AND | ) | |
| IMMIGRATION, SECRETARY OF | ) | |
| THE DEPARTMENT OF | ) | |
| COMMUNITY AND CULTURAL | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# KAGMAN JUVENILE DETENTION
# AND
# CORRECTIONAL FACILITY



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## Department Of Community And Cultural Affairs
### Division Of Youth Services

## Kagman Juvenile Detention And Correctional Facility
### Consent Decree Quarterly Report for December

COVER MEMORANDUM

CERTIFICATION

CONSENT DECREE QUARTERLY REPORT

<u>SUPPORTING DOCUMENTS:</u>

- Generator
- Fire Inspection
- Emergency Evacuation Drills
- SCBA Inspection
- Food Handlers
- CHC Daily Menu
- Pest Control
- Saipan Ice
- Training




# DIVISION OF YOUTH SERVICES

## DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

## MEMORANDUM

ADMINISTATION
664-2550
FAX:664-2560
E-MAIL ADDRESS
dysadmin@itecnmi.com

JUVENILE DETENTION
FACILITY
664-2530/2532
FAX:664-2540
E-MAIL ADDRESS:
dys.jdu@gtepacifica.com

CHILD PROTECTION
SERIVCES
664-2550
FAX: 664-2540
E-MAIL ADDRESS:
dysadmin@itecnmi.com

JUVENILE
CORRECTION/PROBATION
664-2560
FAX:664-2560
E-MAIL ADDRESS:
dysjcu@itecnmi.com

PARENT EDUCATION
PROGRAM
664-2550
FAX:664-2560
E-MAIL ADDRESS:
parented@saipan.com

DATE        :    September 23, 2005

TO          :    Mr. Edward Buckingham
                 AAG - Consent Decree Coordinator

THRU        :    Mr. Juan L. Babauta
                 Secretary of the Department of Community and Cultural Affairs

FROM        :    Acting Director – DYS

SUBJECT     :    October 2005 Consent Decree Report/ Release Request

The Department of Community and Cultural Affairs through the Division of Youth Services here by submits its Consent Decree Report for October 2005 to your office. The Attached binder provides the supporting documents and a copy of our Consent Decree report.

Our Department's continuous submittal of substantial compliance from January 2004 through September 2005, leads us to request release from the Consent Decree as per its required 1-year of reporting in compliance. Since the opening of the new facility the Division of Youth Services through its staff have improved and assured changes in the following areas: Management, Training, facility operations, client programs, treatment of clients, increased staffing, adherence of Standard Operation Procedures and required funding.

The Department of Community and Cultural Affairs requests for a written response to our request for release from the consent decree, your assistance and understanding is appreciated.

Vivian T. Sablan

cc: DCCA Secretary
    KJDCF Chief Supervisor

P.O. BOX 501000 CHALAN KANOA, SAIPAN, MP 96950

# CERTIFICATION

I, Victor A, Mesta, Director of the Division of Youth Services for the government of the CNMI, am aware of the reporting requirements pursuant to the Consent Decree in the matter of

UNITED STATES OF AMERICA

V.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETERY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS Civil Action No. CV 99-0017

I hereby certify that the statements made in the current reporting period are, to the best of my knowledge, true and accurate.

Date: _Sept. 25 2005_ By: _____
Victor Mesta
Director of the Division of Youth Services