GENERATOR

# DIESEL GENERATOR SETS

# OLYMPIAN™

*Exclusively from your Caterpillar® dealer*



## STANDBY   90-150 kW
## PRIME     82.4-114 kW
### 60 Hz

| Model | Standby kW (kVA) | Prime kW (kVA) |
|---|---|---|
| D90P1 | 90 (112.5) | 82.4 (103) |
| D100P1 | 100 (125) | 90 (112.5) |
| D100P2* | 100 (125) | 90 (112.5) |
| D125P1 | 125 (156.3) | 114 (142.5) |
| D125P2* | 125 (156.3) | 114 (142.5) |
| D150P1 | 150 (187.5) | N/A |

*EPA Approved, Emissions Certified

## FEATURES

**GENERATOR SET**
- Complete system designed and built at ISO 9001 certified facilities
- Factory tested to design specifications at full load conditions

**ENGINE**
- Governor, electronic (D125P1, D125P2, D150P1)
- Governor, mechanical (D90P1, D100P1, D100P2)
- Electrical system, 12 VDC
- Cartridge type filters
- Battery(s), rack and cables
- Coolant and lube drains piped to edge of base

**GENERATOR**
- Insulation system, class H
- Drip proof alternator air intake (NEMA 2, IP23)
- Electrical design in accordance with BS5000 Part 99, IEC34-1, VDE0530, UTE51100, NEMA MG-1.22

**CONTROL SYSTEM**
- 2001 Autostart control panel
- Vibration isolated NEMA 1 enclosure with lockable hinged door
- DC and AC wiring looms

**MOUNTING ARRANGEMENT**
- Heavy-duty fabricated steel base with lifting points
- Directly mounted 10 dB(A) silencer
- Complete OSHA guarding
- Flexible fuel lines to base with NPT connections
- Anti-vibration pads to ensure vibration isolation
- Stub-up pipe ready for connection to silencer pipework

**COOLING SYSTEM**
- Radiator and cooling fan complete with protective guards
- Standard ambient temperatures up to 122° F (50° C)

**CIRCUIT BREAKER**
- UL/CSA listed
- 3-pole with solid neutral
- NEMA 1 steel enclosure, vibration isolated
- Electrical stub-up area directly below circuit breaker

**AUTOMATIC VOLTAGE REGULATOR**
- Voltage within ± 0.5% at steady state from no load to full load
- Provides fast recovery from transient load changes

**EQUIPMENT FINISH**
- All electroplated hardware
- Anticorrosive paint protection
- High gloss polyurethane paint for durability and scuff resistance

**QUALITY STANDARDS**
- BS4999, BS5000, BS5514, IEC34, VDE0530, NEMA MG-1.22, NFPA 110 (with optional equipment)

**DOCUMENTATION**
- Operation and maintenance manuals provided
- Wiring diagrams included

**WARRANTY**
- 12 months from date of initial start-up or 18 months from shipping, whichever occurs first

Materials and specifications are subject to change without notice.

WHERE THE WORLD TURNS FOR POWER

# STANDBY 90-150 kW
# PRIME 82.4-114 kW
# 60 Hz

## OLYMPIAN™

*Exclusively from your Caterpillar® dealer*

## SPECIFICATIONS

### GENERATOR

| | |
|---|---|
| Voltage Regulation | ±0.5% at steady state from no load to full load |
| Frequency | ±0.8% for constant load, no load to full load |
| Waveform Distortion | THD < 1.8%, at no load |
| Radio Interference | Compliance with BS800 and VDE Class G&N |
| Telephone Interference | TIF <50, THF <2% |
| Overspeed Limit | 2250 rpm |
| Insulation | Class H |
| Temperature Rise | Within Class H limits |
| Available Voltages | 277/480, 266/460, 120/240, 127/220, 120/208, 347/600 |
| Deration | Consult factory for available outputs |
| Ratings | At 86° F (30° C), 500 ft. (152.4 m), 60% humidity, 0.8 pf |

### ENGINE

| | |
|---|---|
| Manufacturer | Perkins |
| Type | 4-Cycle |
| Cylinder Configuration | In-line 6 |
| Displacement — cu in (L) | 366 (6.0) |
| Bore — in (mm) | 3.94 (100.0) |
| Stroke — in (mm) | 5.00 (127.0) |
| Compression Ratio | |
| D90P1, D100P1, D100P2, D125P1, D150P1 | 16.0:1 |
| D125P2 | 17.0:1 |
| Governor | |
| Type | |
| D90P1, D100P1, D100P2 | Mechanical |
| D125P1, D125P2, D150P1 | Electronic |
| Class | A1 |
| Piston Speed — ft/sec (m/sec) | 25.0 (7.62) |
| Engine speed — rpm | 1800 |
| Air Cleaner Type | Dry, replaceable paper element type with restriction indicator |
| Regenerative Power — kW | 16.2 |

**D90P1 — 1006TG1A**
Max Power at Rated rpm — hp (kW)
  Standby ................................. 152 (113)
  Prime .................................... 136 (102)
BMEP — psi (kPa)
  Standby ................................. 183 (1259)
  Prime .................................... 164 (1133)
Aspiration ................................. Turbocharged

**D100P1 — 1006TG2A**
Max Power at Rated rpm — hp (kW)
  Standby ................................. 166 (124)
  Prime .................................... 151 (112)
BMEP — psi (kPa)
  Standby ................................. 202 (1393)
  Prime .................................... 182 (1253)
Aspiration ................................. Turbocharged

**D100P2 — 1006-6T**
Max Power at Rated rpm — hp (kW)
  Standby ................................. 166 (124)
  Prime .................................... 150 (112)
BMEP — psi (kPa)
  Standby ................................. 200 (1376)
  Prime .................................... 182 (1253)
Aspiration ................................. Turbocharged

**D125P1 — 1006TAG**
Max Power at Rated rpm — hp (kW)
  Standby ................................. 219 (163)
  Prime .................................... 201 (150)
BMEP — psi (kPa)
  Standby ................................. 266 (1836)
  Prime .................................... 234 (1610)
Aspiration ................................. Turbocharged, AA Charge

**D125P2 — 1006TA**
Max Power at Rated rpm — hp (kW)
  Standby ................................. 216 (162)
  Prime .................................... 197 (147)
BMEP — psi (kPa)
  Standby ................................. 262 (1799)
  Prime .................................... 238 (1635)
Aspiration ................................. Turbocharged, AA Charge

**D150P1 — 1006TAG1**
Max Power at Rated rpm — hp (kW)
  Standby ................................. 219 (163)
  Prime .................................... N/A
BMEP — psi (kPa)
  Standby ................................. 266 (1836)
  Prime .................................... N/A
Aspiration ................................. Turbocharged, AA Charge Cooled

### CONTROL PANEL

NEMA 1 steel enclosure with lockable hinged door
Vibration isolated mounted Autostart control panel
Single location customer connector point
Electrical stub-up area directly below control panel

## RATING DEFINITIONS

**Standby** — Applicable for supplying continuous electrical power (at variable load) in the event of a utility power failure. No overload is permitted on these ratings. The generator is peak rated (as defined in ISO8528-3).

**Prime** — Applicable for supplying continuous electrical power (at variable load) in lieu of commercially purchased power. There is no limitation to the annual hours of operation and the generator set can supply 10 percent overload power for 1 hour in 12 hours.

Consult your Olympian representative for more information.

www.CAT-ElectricPower.com

© 2000 Caterpillar
All rights reserved.
Printed in U.S.A.

LEHX9506-01 (6-00)

Materials and specifications are subject to change without notice.
The International System of Units (SI) is used in this publication.

# MAINTENANCE CONTRACT AND AGREEMENT

March 15, 2004

Contract #: LC0403-01

Customer: Department of Community & Cultural Affairs
Division of Youth Services
Kagman Juvenile Center

Contact: Mr. Floyd Masga
Tel. #: 664-2530
Fax. #: 664-2560/256-2557

Equipment: Olympian Generator Set
Generator # 1
Model #: D150P1
Serial #: NAT00127

**Proposed Service/s**

Service Type 1 Monthly Maintenance Service      $ 158.25/month
    12 X per Year           $ 158.250/Month X 12 = $1,899.00

Service Type 2 Annual Maintenance Service       $ 422.00
    1 X per Year

                        Total Agreement Price:    $2,321.00

Period Covered:    March 2004 up to February 2005

Customer to be invoiced on monthly basis for actual work done during the month.

Term of agreement is one (1) year. Proposal expires thirty (30) days from date of issue. Work proposed to be performed during normal business hours of Pacific Machinery. Customer will be responsible to inform Pacific Machinery when service is needed.

Authorized By: _____    Date: _____

Branch Manager: _____   Date: _____

# Commonwealth of the Northern Mariana Islands
## Office of the Governor
Saipan, MP 96950

Telephone: (670) 664-1500 Fax: (670) 664-1515

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON ALL INVOICES AND DELIVERY SLIPS

NO. 414804-000 OP

DATE: 03/02/04

VENDOR: PACIFIC MACHINERY-SPN BRANCH
PMB 1486, P.O. BOX 10000

SAIPAN MP
96950-8900

### INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.
2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.
3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.
4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Pay P.O. Box 5234 CHRB Saipan, MP 96950. All correspond with regards to payments must be directed to the above.
5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CN
6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

FOB POINT :
SHIPPED VIA :
DELIVERY TIME:

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRIC |
|---|---|---|---|---|
| | LO | MONTHLY PREVENTIVE MAINT. INSPECTION FOR STANDBY POWER GENERATOR SYSTEM OLYMPIAN D150P1 | .00 | 1,89 |
| | LO | PREVENTIVE MAINTENANCE; INCLUSIVE OF PARTS REPLACEMENT, PARTS AND LABOR WITH 3/MO WARRANTY. | .00 | 42 |

NOTE TO VENDOR:
Please provide a copy of invoices showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

TOTAL 2,3

ER TO: MARPANDS - SAIPAN  414804-OP
DCCA-04-1220.
P.O. BOX 10008, CK
SAIPAN, MP
P VIA: 96950

Requested By : Youth Services Saipan

RELEASE DATE : 03/02/04

HERMAN SABLAN