FIRE
INSPECTION

CUSTOMER: D.Y.S  DATE: 9/22/05  INSPECTOR: JACK

MONTHLY INSPECTION OF FIRE EXTINGUISHER.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr.Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-787225 | HALL WAY. | / | / | / | / | / | / | / | / | / |
| 2 | SP-784059 | HALL WAY. | / | / | / | / | / | / | / | / | / |
| 3 | SP-784088 | HALL WAY. | / | / | / | / | / | / | / | / | / |
| 4 | SN-821604 | KITCHEN. | / | / | / | / | / | / | / | / | / |
| 5 | SP-784079 | LIBRARY. | / | / | / | / | / | / | / | / | / |
| 6 | SP-784064 | WEIGHTS ROOM. | / | / | / | / | / | / | / | / | / |
| 7 | SP-784062 | CLASS ROOM A. | / | / | / | / | / | / | / | / | / |
| 8 | SP-784089 | CLASS ROOM B. | / | / | / | / | / | / | / | / | / |
| 9 | SP-784052 | HOUSING A MALE. | / | / | / | / | / | / | / | / | / |
| 10 | SP-784051 | HOUSING A MALE. | / | / | / | / | / | / | / | / | / |
| 11 | SP-784080 | HOUSING A MALE. | / | / | / | / | / | / | / | / | / |
| 12 | SP-784075 | HOUSING A F. | / | / | / | / | / | / | / | / | / |
| 13 | SP-784093 | HOUSING A F. | / | / | / | / | / | / | / | / | / |
| 14 | SP-784091 | HOUSING A F. | / | / | / | / | / | / | / | / | / |
| 15 | SN-821590 | METTING ROOM. | / | / | / | / | / | / | / | / | / |
| 16 | SN-821588 | RECEPTION. | / | / | / | / | / | / | / | / | / |
| 17 | SP-784061 | VISITING ROOM. | / | / | / | / | / | / | / | / | / |
| 18 | SN-821601 | GENERATOR ROOM. | / | / | / | / | / | / | / | / | / |
| 19 | SN-821602 | BOILER ROOM | / | / | / | / | / | / | / | / | / |
| 20 | SP-784065 | GARD ROOM. | / | / | / | / | / | / | / | / | / |
| 21 | SN-821605 | GENERATOR ROOM. | / | / | / | / | / | / | / | / | / |
| 22 | MV-080677 | 20LBS | / | | | | | | | | |
| 23 | MV-080720 | 20LBS | / | | | | | | | | |
| 24 | MV-080724 | 20LBS | / | | | | | | | | |
| 25 | MV-080697 | 20LBS | / | | | | | | | | |
| 26 | MV-080688 | 20LBS | / | | | | | | | | |
| 27 | MV-080658 | 20LBS | | | | | | | | | |
| 28 | MV-080684 | 20LBS | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |

CUSTOMER: D.Y.S      DATE: 8/29/05      INSPECTOR: JACK

MONTHLY INSPECTION OF FIRE EXTINGUISHER.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr. Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-787225 | HALL WAY. | | | | | | | | | |
| 2 | SP-784059 | HALL WAY. | | | | | | | | | |
| 3 | SP-784088 | HALL WAY. | | | | | | | | | |
| 4 | SN-821604 | KITCHEN. | | | | | | | | | |
| 5 | SP-784079 | LIBRARY. | | | | | | | | | |
| 6 | SP-784064 | WEIGHTS ROOM. | | | | | | | | | |
| 7 | SP-784062 | CLASS ROOM A. | | | | | | | | | |
| 8 | SP-784089 | CLASS ROOM B. | | | | | | | | | |
| 9 | SP-784052 | HOUSING A MALE. | | | | | | | | | |
| 10 | SP-784051 | HOUSING A MALE. | | | | | | | | | |
| 11 | SP-784080 | HOUSING A MALE. | | | | | | | | | |
| 12 | SP-784075 | HOUSING A F. | | | | | | | | | |
| 13 | SP-784093 | HOUSING A F. | | | | | | | | | |
| 14 | SP-784091 | HOUSING A F. | | | | | | | | | |
| 15 | SN-821590 | METTING ROOM. | | | | | | | | | |
| 16 | SN-821588 | RECEPTION. | | | | | | | | | |
| 17 | SP-784061 | VISITING ROOM. | | | | | | | | | |
| 18 | SN-821601 | GENERATOR ROOM. | | | | | | | | | |
| 19 | SN-821602 | BOILER ROOM | | | | | | | | | |
| 20 | SP-784065 | GARD ROOM. | | | | | | | | | |
| 21 | SN-821605 | GENERATOR ROOM. | | | | | | | | | |
| 22 | MV-080677 | 20LBS | | | | | | | | | |
| 23 | MV-080720 | 20LBS | | | | | | | | | |
| 24 | MV-080724 | 20LBS | | | | | | | | | |
| 25 | MV-080697 | 20LBS | | | | | | | | | |
| 26 | MV-080688 | 20LBS | | | | | | | | | |
| 27 | MV-080658 | 20LBS | | | | | | | | | |
| 28 | MV-080684 | 20LBS | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |

CUSTOMER: D.Y.S    DATE: 7/26/05    INSPECTOR: JACK

MONTHLY INSPECTION OF FIRE EXTINGUISHER.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr.Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-787225 | HALL WAY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2 | SP-784059 | HALL WAY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 3 | SP-784088 | HALL WAY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4 | SN-821604 | KITCHEN. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5 | SP-784079 | LIBRARY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 6 | SP-784064 | WEIGHTS ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 7 | SP-784062 | CLASS ROOM A. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8 | SP-784089 | CLASS ROOM B. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9 | SP-784052 | HOUSING A MALE. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10 | SP-784051 | HOUSING A MALE. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11 | SP-784080 | HOUSING A MALE. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12 | SP-784075 | HOUSING A F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 13 | SP-784093 | HOUSING A F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14 | SP-784091 | HOUSING A F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15 | SN-821590 | METTING ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16 | SN-821588 | RECEPTION. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17 | SP-784061 | VISITING ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18 | SN-821601 | GENERATOR ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19 | SN-821602 | BOILER ROOM | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 20 | SP-784065 | GARD ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 21 | SN-821605 | GENERATOR ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 22 | MV-080677 | 20LBS | ✓ | | | | | | | | |
| 23 | MV-080720 | 20LBS | ✓ | | | | | | | | |
| 24 | MV-080724 | 20LBS | ✓ | | | | | | | | |
| 25 | MV-080697 | 20LBS | ✓ | | | | | | | | |
| 26 | MV-080688 | 20LBS | ✓ | | | | | | | | |
| 27 | MV-080658 | 20LBS | ✓ | | | | | | | | |
| 28 | MV-080684 | 20LBS | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |

Automatic Sprinkler Systems

# Quarterly Inspection and Tests

Year: 2005    System: wet sprinkler w/ Fire Pump
Location: Hagman Juvenile Det. Center

Y = Satisfactory    N = Unsatisfactory (explain below)

| | | | | |
|---|---|---|---|---|
| Date | 4/12 | 7/12 | | |
| Inspector | RP | RP | | |
| **Main Drain Test** Record the static water supply pressure in psi (bar) as indicated on the lower pressure gauge. Open the main drain and allow water flow to stabilize. Record the residual water supply pressure while water is flowing from the 2-in. (51-mm) main drain as indicated on the lower pressure gauge in psi (bar). Close the main drain (slowly). | X | X | | |
| **Fire Department Connections** Verify connection is visible and accessible, not damaged, caps or plugs are in place, identification sign is in place, and automatic drain is working properly. | Y | Y | | |
| **Wet Pipe System Flow Alarm** Test water-flow alarms by opening the inspector's test valve. (Notify alarm company to avoid false alarms.) | Y | Y | | |
| **Dry Pipe Priming Level** Check dry priming water level by opening the test valve and checking for a small amount of water to discharge. If no water flows out of the test line, add priming water. | X | X | | |
| **Dry Pipe System Low-Air-Pressure Alarm** Close the water supply valve and *carefully* open inspector's test valve to reduce air pressure *slowly*. (Do not reduce air pressure sufficiently to trip the dry pipe valve.) Confirm operation of low-pressure alarm, record air pressure at which low-pressure alarm activated, close inspector test, allow air pressure to rise to normal, then open water supply valve. | X | X | | |
| **Dry Pipe System Flow Alarm** Open the alarm bypass valve. (Notify alarm company to avoid false alarms.) | X | X | | |
| **Quick-Opening Device** Test in accordance with manufacturer's instructions. | X | X | | |
| **Preaction System Flow Alarm** Open the alarm bypass valve. (Notify alarm company to avoid false alarms.) | X | X | | |
| **Deluge System Flow Alarm** Open the alarm bypass valve. (Notify alarm company to avoid false alarms.) | X | X | | |
| **Control Valves** Close valves and reopen until spring or tension is felt—back valve 1/4 turn. | Y | Y | | |
| **Hydraulic Nameplate** If system was hydraulically calculated, assure nameplate is legible and securely attached to riser. | Y | Y | | |
| **Notes** Record any notes about the system that the inspector believes to be significant. Place a number in this block and number the corresponding note on the reverse of this form. | 1. | 1. 2. 3. 4. | | |

Copyright © 2000 National Fire Protection Association

# POWELL FIRE SPRINKLER SERVICES
P.O. BOX 505042 SAIPAN MP 96950
234-0367  788-9960
rwarrenpowell@yahoo.com

SPRINKLER SYSTEM MAINTENANCE LOG
KAGMAN JUVENILE DETENTION CENTER

Date: 07-12-05

FIRE PUMP:   (ON)   OFF

START PRESSURE:  50 psi.   TIMES STARTED: 1

STOP: manual

JOCKEY PUMP:   (ON)   OFF

START PRESSURE:  80 psi.   TIMES STARTED: 4

STOP: 100 psi.

INSP. TEST VALVE FLOW SWITCH TIMES:

MAINT. ADMIN. ED. BLDGS.    TIME:  35 seconds

HOUSING 1st FLOOR    TIME:  72 seconds

HOUSING 2nd FLOOR    TIME:  45 seconds

WATER MOTOR ALARM TIME: N/A

PRESSURE SWITCH TIME: 10 seconds

ELEC. BELL FUNCTIONING:    YES    (NO)

PRESSURE RELIEF VALVE SETTING: 150 psi.   TIMES TRIPPED: 0

OS&Y VALVES LUBRICATED:    YES    (NO)

FIRE PUMP PACKING ADJUSTED:    YES    (NO)

FIRE PUMP RUN THROUGH TEST LINE:    YES    (NO)

TAMPER SWITCHES FUNCTIONING:    N/A

DATE: 7-12-05                TECHNICIAN: r. powell

NOTES:
1. water motor alarm not functioning, electric bell not functioning. 2. generator starts when fire pump is shut off. 3. alarm time on housing 1st floor flow switch over 60 seconds. 4. ground faults in alarm system.

Figure 10-1(a) Contractor's material and test certificate for aboveground piping.

## Contractor's Material and Test Certificate for Aboveground Piping

**PROCEDURE**

Upon completion of work, inspection and tests shall be made by the contractor's representative and witnessed by an owner's representative. All defects shall be corrected and system left in service before contractor's personnel finally leave the job.

A certificate shall be filled out and signed by both representatives. Copies shall be prepared for approving authorities, owners, and contractor. It is understood the owner's representative's signature in no way prejudices any claim against contractor for faulty material, poor workmanship, or failure to comply with approving authority's requirements or local ordinances.

| | |
|---|---|
| Property name | KAGMAN DETENTION FACILITY    Date 8-24-05 |
| Property address | KAGMAN, SAIPAN CNMI |

**Plans**

Accepted by approving authorities (names): SAIPAN

Address: 

| | | |
|---|---|---|
| Installation conforms to accepted plans | ☒ Yes | ☐ No |
| Equipment used is approved | ☒ Yes | ☐ No |
| If no, explain deviations | | |

**Instructions**

| | | |
|---|---|---|
| Has person in charge of fire equipment been instructed as to location of control valves and care and maintenance of this new equipment? If no, explain? | ☒ Yes | ☐ No |

| | | |
|---|---|---|
| Have copies of the following been left on the premises? | ☒ Yes | ☐ No |
| 1. System components instructions | ☒ Yes | ☐ No |
| 2. Care and maintenance instructions | ☒ Yes | ☐ No |
| 3. NFPA 25 | ☒ Yes | ☐ No |

**Location of system:** Supplies buildings

**Sprinklers**

| Make | Model | Year of manufacture | Orifice size | Quantity | Temperature rating |
|---|---|---|---|---|---|
| STAR | INST. | 1 | 1/2 | | 165 |
| STAR | | | 1/2 | | 165 |

**Pipe and fittings**

Type of pipe _____
Type of fittings _____

**Alarm valve or flow indicator**

Alarm device:

| Type | Make | Model | Maximum time to operate through test connection | |
|---|---|---|---|---|
| | | | Minutes | Seconds |
| PRESSURE SWITCH | | | | 60 |

**Dry pipe operating test — NA**

| | Dry valve | | | Q.O.D. | | |
|---|---|---|---|---|---|---|
| | Make | Model | Serial no. | Make | Model | Serial no. |
| | | | | | | |

| | Time to trip through test connection[1] | | Water pressure | Air pressure | Trip point air pressure | Time water reached test outlet[1] | | Alarm operated properly | |
|---|---|---|---|---|---|---|---|---|---|
| | Minutes | Seconds | psi | psi | psi | Minutes | Seconds | Yes | No |
| Without Q.O.D. | | | | | | | | | |
| With Q.O.D. | | | | | | | | | |

If no, explain

[1] Measured from time inspector's test connection is opened

1999 Edition

Figure 10-1(a) *(Continued)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Deluge and preaction valves**<br>*NA* | Operation | ☐ Pneumatic | | ☐ Electric | | ☐ Hydraulics | |
| | Piping supervised | ☐ Yes | ☐ No | Detecting media supervised | | ☐ Yes | ☐ No |
| | Does valve operate from the manual trip, remote, or both control stations? | | | | | ☐ Yes | ☐ No |
| | Is there an accessible facility in each circuit for testing?  ☐ Yes  ☐ No | | | If no, explain | | | |
| | Make | Model | Does each circuit operate supervision loss alarm? | | Does each circuit operate valve release? | | Maximum time to operate release |
| | | | Yes | No | Yes | No | Minutes / Seconds |

| | Location and floor | Make and model | Setting | Static pressure | | Residual pressure (flowing) | | Flow rate |
|---|---|---|---|---|---|---|---|---|
| **Pressure reducing valve test**<br>*NA* | | | | Inlet (psi) | Outlet (psi) | Inlet (psi) | Outlet (psi) | Flow (gpm) |
| | | | | | | | | |

| | |
|---|---|
| **Test description** | **Hydrostatic:** Hydrostatic tests shall be made at not less than 200 psi (13.6 bar) for 2 hours or 50 psi (3.4 bar) above static pressure in excess of 150 psi (10.2 bar) for 2 hours. Differential dry-pipe valve clappers shall be left open during the test to prevent damage. All aboveground piping leakage shall be stopped.<br><br>**Pneumatic:** Establish 40 psi (2.7 bar) air pressure and measure drop, which shall not exceed 1½ psi (0.1 bar) in 24 hours. Test pressure tanks at normal water level and air pressure and measure air pressure drop, which shall not exceed 1½ psi (0.1 bar) in 24 hours. |
| **Tests** | All piping hydrostatically tested at **200** psi (___ bar) for **2** hours. If no, state reason<br>Dry piping pneumatically tested  ☐ Yes  ☐ No<br>Equipment operates properly  ☒ Yes  ☐ No |
| | Do you certify as the sprinkler contractor that additives and corrosive chemicals, sodium silicate or derivatives of sodium silicate, brine, or other corrosive chemicals were not used for testing systems or stopping leaks?  ☒ Yes  ☐ No |
| | Drain test — Reading of gauge located near water supply test connection: **100** psi (___ bar)   Residual pressure with valve in test connection open wide: **100** psi (___ bar)  **PUMP** |
| | Underground mains and lead in connections to system risers flushed before connection made **YES** to sprinkler piping<br>Verified by copy of the U Form No. 85B  ☒ Yes  ☐ No   Other   Explain<br>flushed by installer of underground sprinkler piping  ☐ Yes  ☐ No |
| | If powder-driven fasteners are used in concrete, has representative sample testing be satisfactorily completed?  ☒ Yes  ☐ No   If no, explain |
| **Blank testing gaskets** | Number used **0**   Locations   Number removed |
| **Welding** | Welding piping  ☒ Yes  ☐ No |
| | *If yes...* |
| | Do you certify as the sprinkler contractor that welding procedures comply with the requirements of at least AWS B2.1?  ☒ Yes  ☐ No |
| | Do you certify that the welding was performed by welders qualified in compliance with the requirements of at least AWS B2.1?  ☒ Yes  ☐ No |
| | Do you certify that the welding was carried out in compliance with a documented quality control procedure to ensure that all discs are retrieved, that openings in piping are smooth, that slag and other welding residue are removed, and that the internal diameters of piping are not penetrated?  ☒ Yes  ☐ No |
| **Cutouts (discs)** | Do you certify that you have a control feature to ensure that all cutouts (discs) are retrieved?  ☒ Yes  ☐ No |

1999 Edition

Figure A-11-2.6.3(f) Pump acceptance test data. *(Courtesy of Factory Mutual Research Corp.)*

**PUMP ACCEPTANCE TEST DATA**   Refer to P & P F(A) – 512.12 & DS 3 – 7N

| Field | Value |
|---|---|
| PROPERTY OF | KAGMAN JUVENILE DET. FAC |
| ADDRESS | |
| CITY | KAGMAN |
| STATE | SAIPAN CNMI |
| INDEX NO. | |
| DIST. OFFICE | |
| TESTED BY | |
| DATE | 8-24-05 |
| PLACO | |
| CODE | |

**PUMP**
- SHAFT: ☐ HORIZONTAL  ☒ VERTICAL
- MANUFACTURER: FLOWAY
- APPROVED: ☒ YES ☐ NO
- SHOP OR SERIAL NO.: 
- MODEL OR TYPE:
- RATED GPM: 250
- RATED HEAD-FT. (psi): 83
- RATED RPM: 1765
- SUCTION FROM: TANK
- TANK SIZE: 50,000
- TANK HEIGHT: 19

**IF VERTICAL TYPE**
- VERTICAL DIST. DISCH. GAUGE TO WATER LEVEL
- STATIC ___ FT
- PUMPING ___ FT
- RIGHT-ANGLE GEAR DRIVE
- MANUFACTURER: 
- MODEL OR TYPE: 
- SHOP OR SERIAL NO.: 
- PERFORMANCE: ☐ SMOOTH ☐ ROUGH
- APPROVED: ☐ YES ☐ NO

**DRIVER**
- MANUFACTURER: US MOTORS
- APPROVED: ☒ YES ☐ NO
- SHOP OR SERIAL NO.:
- MODEL OR TYPE: VERT.
- RATED H.P.: 26
- RATED RPM: 1765
- ☒ ELECTRIC MOTOR
- RATED VOLT: 460
- OPERATING VOLT: 460
- RATED EL AMPS: 32
- AMPS AT 150%: 36
- PHASE: 3
- CYCLES: 60
- SERVICE FACTOR: 1.15
- ☐ DIESEL ENGINE ☐ GASOLINE ENGINE ☐ GAS ENGINE ☐ STEAM TURBINE ☐ PRESS. GOVERNOR BUILT IN ☐ INDEPENDENT ☐ TURBINE STEAM PRESS

**CONTROLLER**
- MANUFACTURER: MASTER
- APPROVED: ☒ YES ☐ NO
- START: 50 psi
- ☐ MANUAL ☒ PRESS DROP ☐ AUTO ☐ WATER FLOW
- STOP: ___ psi ☒ MANUAL ☐ AUTO
- JOCKEY PUMP: ☒ YES ☐ NO   ON 80 psi   OFF 100 psi

| SPEED RPM | DISCHARGE PRESSURE PSI | SUCTION PRESSURE PSI | NET HEAD PSI | STREAMS NO. | SIZE | PITOT PRESSURE | GALLONS PER MINUTE | PERCENT OF RATED CAPACITY | VOLTS | AMPS | STEAM PRESSURE THROTTLE | CHEST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1797 | 100 | — | | | | | 0 | 0% | 460 | 17.6 | | |
| 1760 | 90 | — | | | | | 200 | 80 | | 28.1 | | |
| | 83 | | | | | | 250 | 100 | | 29.2 | | |
| | 76 | | | | | | 300 | 120 | | 30.2 | | |
| | 62 | | | | | | 375 | 150 | | 31.4 | | |

Readings marked (+) in suction column are heads above atmosphere, those marked (–) are lifts.
For vertical shaft pumps omit suction pressure and net head readings.

[Graph: Pressure (lb/in²) vs Percent rated capacity, with discharge pressure curve plotted. Annotation: "83 psi @ 250 gpm"]

Plot discharge pressure and net head curves for horizontal shaft pump. For vertical shaft pump, plot discharge pressure curve. For electric-driven pump, plot ampere curve also.

105 (9-77) ENGINEERING   PRINTED IN USA

[Seal: COMMONWEALTH OF THE NORTHERN MARIANAS, PROFESSIONAL MECHANICAL ENGINEER, LICENSE NO.]

1999 Edition

8-24-05

Figure 10-1(a) *(Continued)*

| Hydraulic data nameplate | Nameplate provided   ☒ Yes  ☐ No | If no, explain |
|---|---|---|
| Remarks | Date left in service with all control valves open | 8-24-2005 |
| Signatures | Name of sprinkler contractor  RUSS POWELL FIRE SPRINKLER SERVICES | | |
| | Tests witnessed by | | |
| | For property owner (signed) | Title | Date |
| | For sprinkler contractor (signed) *Gary Lansing* | Title  PE | Date  8-24-05 |
| Additional explanations and notes | | | |

[Professional Engineer seal: Commonwealth of the Northern Mariana Islands, Gary Lansing, License No. 306]

8-24-2005