EMERGENCY
DRILLS

Juvenile Detention Unit
Division of Youth Services-DCCA
Commonwealth of the Northern Mariana Islands
Tel: 256-2550/2551
Fax: 256-2558/2557

## Fire Drill Log

Date: 08.19.05                                Time: 1002

Group(s): A

Staff(s) on Duty: F. George, B. Tagabuel, V. Laniyo, C. Nekai

Other Participants: Clients, F. Masga, R. Tereyeyo, C. Taman, L. Taman

Fire Drill Facilitator: R. Pasa

All Clear Time: 1003                          Time Taken to Evacuate: ~~1004~~ 1 min.

Facilitator's Comments: Evacuation time was on time all participants did good. Main control ofcr. B. Tagabuel only forgot about the first aid kit.

Successful Encounters: Clients, staff and other participants evacuated in good time.

Encountered Problems: Only communication on the radio was lacking during the evacuation.

Juvenile Detention Unit
Division of Youth Services-DCCA
Commonwealth of the Northern Mariana Islands
Tel: 256-2550/2551
Fax: 256-2558/2557

## Fire Drill Log

Date: 7·28·05    Time: 1202

Group(s): C

Staff(s) on Duty: J. Obichang, J. Reyes, J. Ramirez.

Other Participants: clients.

Fire Drill Facilitator: R. Pasa

All Clear Time: 1204    Time Taken to Evacuate: 2 mins

Facilitator's Comments: evacuation was on time.

Successful Encounters: all good communication, evacuation and staff successfully conducted the drill in a proper way.

Encountered Problems: none.