SCBA
INSPECTION

# JUVENILE DETENTION UNIT-DYS
# SCBA MONTHLY INSPECTION TABLE

DATE OF INSPECTION: 9/19/05

SCBA I

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 1) FACEPIECE LENS | 1. Nicks, scratches, or abrasions which could impair visibility | ✓ | | | | Pr |
| | 2. Deep gouges or cracks which could reduce impact resistance. | ✓ | | | | Pr |
| | 3. Anti-fog coating in need of replacement | ✓ | | | | Pr |
| 2) FACEPIECE RIMS | 1. Deformed, cracked, or broken rims. | ✓ | | | | Pr |
| | 2. Loose rim screws. (Do not overtighten) | ✓ | | | | Pr |
| 3) FACEPIECE SKIRT | 1. Cuts, gouges, or punctures. | ✓ | | | | Pr |
| | 2. Tears or nicks in the sealing area. | ✓ | | | | Pr |
| | 3. Deterioration from age, heat, or contamination. | ✓ | | | | Pr |
| 4) FACEPIECE HEADSTRAP BUCKLE STRAPS (TWENTYTWENTY) | 1. Abrasions or nicks. | ✓ | | | | Pr |
| | 2. Deterioration from age, heat or contamination. | ✓ | | | | Pr |
| 5) FACEPIECE BUCKLES (CLASSIC FACEPIECE) | 1. Crushed, bent or corroded. | ✓ | | | | Pr |
| | 2. Damaged or loose rivets. | ✓ | | | | Pr |
| 6) FACEPIECE INLET NOZZLE | 1. Heat damage. | ✓ | | | | Pr |
| | 2. Loose cover screws. | ✓ | | | | Pr |
| | 3. Loose hose clamps (seven teeth engaged). | ✓ | | | | Pr |
| | 4. Damaged exhalation valve seat. | ✓ | | | | Pr |
| | 5. Sticking exhalation valve (exhale a few times to test.) | ✓ | | | | Pr |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 7) LOW PRESSURE HOSE | 1. Cuts, nicks, or punctures. | ✓ | | | | Pn |
| | 2. Age- or heat-induced cracking, checking or hardening. | ✓ | | | | Pn |
| | 3. Crused, broken, or cracked quick connect | ✓ | | | | Pn |
| | 4. Metal pins on the quick connect not flus or recessed. | ✓ | | | | Pn |
| 8) SECOND STAGE REGULATOR & PRESSURE GAUGE | 1. Heat damage or dents to case and cover. | ✓ | | | | Pn |
| | 2. Silicone outlet valve sticking. | ✓ | | | | Pn |
| | 3. O-ring dry and brittle or missing. | ✓ | | | | Pn |
| | 4. Bypass ring hard to operate. | ✓ | | | | Pn |
| | 5. Damaged threads or worn slots on quick connect adapter; cracked quick connect. | ✓ | | | | Pn |
| | 6. Loose quick connect adapter on the regulator body. | ✓ | | | | Pn |
| | 7. Pressure gauge lens unreadable; gauge needle deformed. | ✓ | | | | Pn |
| | 8. Pressure gauge hose and fittings leaking or damaged. | ✓ | | | | Pn |
| | 9. Broken blue Sentry Seal between the inlet lock nut and regulator case. | ✓ | | | | Pn |
| 9) ANALOG GAUGE WITH VISUAL ALARM | 1. Gauge lens scratched; pointer deformed or stuck. | ✓ | | | | Pn |
| | 2. Hose or fitting corroded, cracked, or leaking. | ✓ | | | | Pn |
| | 3. LED lens dirty or damaged. | ✓ | | | | Pn |
| | 4. Rubber boot torn. | ✓ | | | | Pn |
| 10) AUDIBLE ALARM, FIRST STAGE REGULATOR, & INTERMEDIATE PRESSURE HOSE | 1. Hose and fitting corroded, cracked, or leaking | ✓ | | | | Pn |
| | 2. Loose retaining rings on hose connectors, or leaking. | ✓ | | | | Pn |
| | 3. Abrasion of hope. | ✓ | | | | Pn |
| | 4. Damaged female threads on CGA handwheel. | ✓ | | | | Pn |
| | 5. Damaged O-rings or groove on CGA nipple. | ✓ | | | | Pn |
| | 6. Loose inlet nipple | ✓ | | | | Pn |
| | 7. Missing O-ring | ✓ | | | | Pn |
| | 8. Dents or heat damage to housing. | ✓ | | | | Pn |
| | 9. Loose pressure port screws. | ✓ | | | | Pn |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 10) Continued. | 10. Dented or deformed bell. | ✓ | | | | |
| | 11. Loose screws securing bell to regulator body. | ✓ | | | | |
| | 12. Debris or water under bell. | ✓ | | | | |
| 11) HARNESS FRAME | 1. Cylinder band and latch not working properly | ✓ | | | | |
| | 2. Cylinder not secured in frame and band. | ✓ | | | | |
| | 3. Bent, broken, or cracked Frame. | ✓ | | | | |
| | 4. Webbing color change; excessive wear or fraying; cuts, nicks, or broken stitching. | ✓ | | | | |
| | 5. Inspect stitching for thread unraveling, abrason, cuts, tears, and chemical or corrosion attach at the top of the shoulder strap, shoulder strap adjustment buckle, and tank band strap. | ✓ | | | | |
| | 6. Buckles damaged or corroded. | ✓ | | | | |
| | 7. Loose Hardware. | ✓ | | | | |
| | 8. Bent or broken spring. | ✓ | | | | |
| 12) AIR CYLINDER & VALVE | 1. Dents, gouges, blisters, or cuts | ✓ | | | | |
| | 2. External damage to cylinder valve | ✓ | | | | |
| | 3. Smooth operation of valve handwheel and | ✓ | | | | |
| | 4. Loose screws securing rubber guard on cylinder valve. | ✓ | | | | |
| | 5. Condition of threads on valve outlet. | ✓ | | | | |
| | 6. Cylinder pressure guage lens scratched; pointer deformed or struck. | ✓ | | | | |
| | 7. Gauge reading correctly | ✓ | | | | |
| | 8. Hydrostatic test date within three years (composite cylinders or five years aluminum or steel cylinders.) | ✓ | | | | |

INSPECTED BY: _[signature]_          _Ricardo R. Rush_
                FIRE COORDINATOR (SIGNATURE)           PRINT NAME

**IMPORTANT:** SCBA SHOULD BE CHECKED BEFORE AND AFTER EVERY USE OR ONCE A MONTH IF NOT USED.

****NOTE:** IF ANY OF THE DEFECTS LISTED ABOVE ARE FOUND, HAVE THE SCBA REPAIRED IMMEDIATELY BEFORE USE.

# JUVENILE DETENTION UNIT-DYS
# SCBA MONTHLY INSPECTION TABLE

DATE OF INSPECTION: 9-19-05    SCBA II

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 1) FACEPIECE LENS | 1. Nicks, scratches, or abrasions which could impair visibility | ✓ | | | | Rn |
| | 2. Deep gouges or cracks which could reduce impact resistance. | ✓ | | | | Rn |
| | 3. Anti-fog coating in need of replacement | ✓ | | | | Rn |
| 2) FACEPIECE RIMS | 1. Deformed, cracked, or broken rims. | ✓ | | | | Rn |
| | 2. Loose rim screws. (Do not overtighten) | ✓ | | | | Rn |
| 3) FACEPIECE SKIRT | 1. Cuts, gouges, or punctures. | ✓ | | | | Rn |
| | 2. Tears or nicks in the sealing area. | ✓ | | | | Rn |
| | 3. Deterioration from age, heat, or contamination. | ✓ | | | | Rn |
| 4) FACEPIECE HEADSTRAP BUCKLE STRAPS (TWENTYTWENTY) | 1. Abrasions or nicks. | ✓ | | | | Rn |
| | 2. Deterioration from age, heat or contamination. | ✓ | | | | Rn |
| 5) FACEPIECE BUCKLES (CLASSIC FACEPIECE) | 1. Crushed, bent or corroded. | ✓ | | | | Rn |
| | 2. Damaged or loose rivets. | ✓ | | | | Rn |
| 6) FACEPIECE INLET NOZZLE | 1. Heat damage. | ✓ | | | | Rn |
| | 2. Loose cover screws. | ✓ | | | | Rn |
| | 3. Loose hose clamps (seven teeth engaged). | ✓ | | | | Rn |
| | 4. Damaged exhalation valve seat. | ✓ | | | | Rn |
| | 5. Sticking exhlation valve (exhale a few times to test.) | ✓ | | | | Rn |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 7) LOW PRESSURE HOSE | 1. Cuts, nicks, or punctures. | ✓ | | | | Bn |
| | 2. Age- or heat-induced cracking, checking or hardening. | ✓ | | | | Pn |
| | 3. Crused, broken, or cracked quick connect | ✓ | | | | Pn |
| | 4. Metal pins on the quick connect not flus or recessed. | ✓ | | | | Pn |
| 8) SECOND STAGE REGULATOR & PRESSURE GAUGE | 1. Heat damage or dents to case and cover. | ✓ | | | | Pn |
| | 2. Silicone outlet valve sticking. | ✓ | | | | Pn |
| | 3. O-ring dry and brittle or missing. | ✓ | | | | Pn |
| | 4. Bypass ring hard to operate. | ✓ | | | | Pn |
| | 5. Damaged threads or worn slots on quick connect adapter; cracked quick connect. | ✓ | | | | Pn |
| | 6. Loose quick connect adapter on the regulator body. | ✓ | | | | Pn |
| | 7. Pressure gauge lens unreadable; gauge needle deformed. | ✓ | | | | Pn |
| | 8. Pressure gauge hose and fittings leaking or damaged. | ✓ | | | | Pn |
| | 9. Broken blue Sentry Seal between the inlet lock nut and regulator case. | ✓ | | | | Pn |
| 9) ANALOG GAUGE WITH VISUAL ALARM | 1. Gauge lens scratched; pointer deformed or stuck. | ✓ | | | | Pn |
| | 2. Hose or fitting corroded, cracked, or leaking. | ✓ | | | | Pn |
| | 3. LED lens dirty or damaged. | ✓ | | | | Pn |
| | 4. Rubber boot torn. | ✓ | | | | Pn |
| 10) AUDIBLE ALARM, FIRST STAGE REGULATOR, & INTERMEDIATE PRESSURE HOSE | 1. Hose and fitting corroded, cracked, or leaking | ✓ | | | | Pn |
| | 2. Loose retaining rings on hose connectors, or leaking. | ✓ | | | | Pn |
| | 3. Abrasion of hope. | ✓ | | | | Pn |
| | 4. Damaged female threads on CGA handwheel. | ✓ | | | | Pn |
| | 5. Damaged O-rings or groove on CGA nipple. | ✓ | | | | Pn |
| | 6. Loose inlet nipple | ✓ | | | | Pn |
| | 7. Missing O-ring | ✓ | | | | Pn |
| | 8. Dents or heat damage to housing. | ✓ | | | | Pn |
| | 9. Loose pressure port screws. | ✓ | | | | Pn |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 10) Continued. | 10. Dented or deformed bell. | ✓ | | | | Rr |
| | 11. Loose screws securing bell to regulator body. | ✓ | | | | Rr |
| | 12. Debris or water under bell. | ✓ | | | | Rr |
| 11) HARNESS FRAME | 1. Cylinder band and latch not working properly | ✓ | | | | Rr |
| | 2. Cylinder not secured in frame and band. | ✓ | | | | Rr |
| | 3. Bent, broken, or cracked Frame. | ✓ | | | | Rr |
| | 4. Webbing color change; excessive wear or fraying; cuts, nicks, or broken stitching. | ✓ | | | | Rr |
| | 5. Inspect stitching for thread unraveling, abrason, cuts, tears, and chemical or corrosion attach at the top of the shoulder strap, shoulder strap adjustment buckle, and tank band strap. | ✓ | | | | Rr |
| | 6. Buckles damaged or corroded. | ✓ | | | | Rr |
| | 7. Loose Hardware. | ✓ | | | | Rr |
| | 8. Bent or broken spring. | ✓ | | | | Rr |
| 12) AIR CYLINDER & VALVE | 1. Dents, gouges, blisters, or cuts | ✓ | | | | Rr |
| | 2. External damage to cylinder valve | ✓ | | | | Rr |
| | 3. Smooth operation of valve handwheel and | ✓ | | | | Rr |
| | 4. Loose screws securing rubber guard on cylinder valve. | ✓ | | | | Rr |
| | 5. Condition of threads on valve outlet. | ✓ | | | | Rr |
| | 6. Cylinder pressure guage lens scratched; pointer deformed or struck. | ✓ | | | | Rr |
| | 7. Gauge reading correctly | ✓ | | | | Rr |
| | 8. Hydrostatic test date within three years (composite cylinders or five years aluminum or steel cylinders.) | ✓ | | | | Rr |

INSPECTED BY: _____    *Ricardo R. Rosa*
FIRE COORDINATOR (SIGNATURE)                PRINT NAME

**IMPORTANT:** SCBA SHOULD BE CHECKED BEFORE AND AFTER EVERY USE OR ONCE A MONTH IF NOT USED.

****NOTE:** IF ANY OF THE DEFECTS LISTED ABOVE ARE FOUND, HAVE THE SCBA REPAIRED IMMEDIATELY BEFORE USE.

# JUVENILE DETENTION UNIT-DYS
## SCBA MONTHLY INSPECTION TABLE

DATE OF INSPECTION: 9.19.05  SCBA II

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 1) FACEPIECE LENS | 1. Nicks, scratches, or abrasions which could impair visibility | ✓ | | | | Pm |
| | 2. Deep gouges or cracks which could reduce impact resistance. | ✓ | | | | Pm |
| | 3. Anti-fog coating in need of replacement | ✓ | | | | Pm |
| 2) FACEPIECE RIMS | 1. Deformed, cracked, or broken rims. | ✓ | | | | Pm |
| | 2. Loose rim screws. (Do not overtighten) | ✓ | | | | Pm |
| 3) FACEPIECE SKIRT | 1. Cuts, gouges, or punctures. | ✓ | | | | Pm |
| | 2. Tears or nicks in the sealing area. | ✓ | | | | Pm |
| | 3. Deterioration from age, heat, or contamination. | ✓ | | | | Pm |
| 4) FACEPIECE HEADSTRAP BUCKLE STRAPS (TWENTYTWENTY) | 1. Abrasions or nicks. | ✓ | | | | Pm |
| | 2. Deterioration from age, heat or contamination. | ✓ | | | | Pm |
| 5) FACEPIECE BUCKLES (CLASSIC FACEPIECE) | 1. Crushed, bent or corroded. | ✓ | | | | Pm |
| | 2. Damaged or loose rivets. | ✓ | | | | Pm |
| 6) FACEPIECE INLET NOZZLE | 1. Heat damage. | ✓ | | | | Pm |
| | 2. Loose cover screws. | ✓ | | | | Pm |
| | 3. Loose hose clamps (seven teeth engaged). | ✓ | | | | Pm |
| | 4. Damaged exhalation valve seat. | ✓ | | | | Pm |
| | 5. Sticking exhalation valve (exhale a few times to test.) | ✓ | | | | Pm |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 7) LOW PRESSURE HOSE | 1. Cuts, nicks, or punctures. | ✓ | | | | Pn |
| | 2. Age- or heat-induced cracking, checking or hardening. | ✓ | | | | Pn |
| | 3. Crused, broken, or cracked quick connect | ✓ | | | | Pn |
| | 4. Metal pins on the quick connect not flus or recessed. | ✓ | | | | Pn |
| 8) SECOND STAGE REGULATOR & PRESSURE GAUGE | 1. Heat damage or dents to case and cover. | ✓ | | | | Pn |
| | 2. Silicone outlet valve sticking. | ✓ | | | | Pn |
| | 3. O-ring dry and brittle or missing. | ✓ | | | | Pn |
| | 4. Bypass ring hard to operate. | ✓ | | | | Pn |
| | 5. Damaged threads or worn slots on quick connect adapter; cracked quick connect. | ✓ | | | | Pn |
| | 6. Loose quick connect adapter on the regulator body. | ✓ | | | | Pn |
| | 7. Pressure gauge lens unreadable; gauge needle deformed. | ✓ | | | | Pn |
| | 8. Pressure gauge hose and fittings leaking or damaged. | ✓ | | | | Pn |
| | 9. Broken blue Sentry Seal between the inlet lock nut and regulator case. | ✓ | | | | Pn |
| 9) ANALOG GAUGE WITH VISUAL ALARM | 1. Gauge lens scratched; pointer deformed or stuck. | ✓ | | | | Pn |
| | 2. Hose or fitting corroded, cracked, or leaking. | ✓ | | | | Pn |
| | 3. LED lens dirty or damaged. | ✓ | | | | Pn |
| | 4. Rubber boot torn. | ✓ | | | | Pn |
| 10) AUDIBLE ALARM, FIRST STAGE REGULATOR, & INTERMEDIATE PRESSURE HOSE | 1. Hose and fitting corroded, cracked, or leaking | ✓ | | | | Pn |
| | 2. Loose retaining rings on hose connectors, or leaking. | ✓ | | | | Pn |
| | 3. Abrasion of hope. | ✓ | | | | Pn |
| | 4. Damaged female threads on CGA handwheel. | ✓ | | | | Pn |
| | 5. Damaged O-rings or groove on CGA nipple. | ✓ | | | | Pn |
| | 6. Loose inlet nipple | ✓ | | | | Pn |
| | 7. Missing O-ring | ✓ | | | | Pn |
| | 8. Dents or heat damage to housing. | ✓ | | | | Pn |
| | 9. Loose pressure port screws. | ✓ | | | | Pn |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 10) Continued. | 10. Dented or deformed bell. | ✓ | | | | Rn |
| | 11. Loose screws securing bell to regulator body. | ✓ | | | | Rn |
| | 12. Debris or water under bell. | ✓ | | | | Rn |
| 11) HARNESS FRAME | 1. Cylinder band and latch not working properly | ✓ | | | | Rn |
| | 2. Cylinder not secured in frame and band. | ✓ | | | | Rn |
| | 3. Bent, broken, or cracked Frame. | ✓ | | | | Rn |
| | 4. Webbing color change; excessive wear or fraying; cuts, nicks, or broken stitching. | ✓ | | | | Rn |
| | 5. Inspect stitching for thread unraveling, abrason, cuts, tears, and chemical or corrosion attach at the top of the shoulder strap, shoulder strap adjustment buckle, and tank band strap. | ✓ | | | | Rn |
| | 6. Buckles damaged or corroded. | ✓ | | | | Rn |
| | 7. Loose Hardware. | ✓ | | | | Rn |
| | 8. Bent or broken spring. | ✓ | | | | Rn |
| 12) AIR CYLINDER & VALVE | 1. Dents, gouges, blisters, or cuts | ✓ | | | | Rn |
| | 2. External damage to cylinder valve | ✓ | | | | Rn |
| | 3. Smooth operation of valve handwheel and | ✓ | | | | Rn |
| | 4. Loose screws securing rubber guard on cylinder valve. | ✓ | | | | Rn |
| | 5. Condition of threads on valve outlet. | ✓ | | | | Rn |
| | 6. Cylinder pressure guage lens scratched; pointer deformed or struck. | ✓ | | | | Rn |
| | 7. Gauge reading correctly | ✓ | | | | Rn |
| | 8. Hydrostatic test date within three years (composite cylinders or five years aluminum or steel cylinders.) | ✓ | | | | Rn |

INSPECTED BY: _[signature]_     Ricardo R. Rasa
FIRE COORDINATOR (SIGNATURE)            PRINT NAME

**IMPORTANT:** SCBA SHOULD BE CHECKED BEFORE AND AFTER EVERY USE OR ONCE A MONTH IF NOT USED.

****NOTE:** IF ANY OF THE DEFECTS LISTED ABOVE ARE FOUND, HAVE THE SCBA REPAIRED IMMEDIATELY BEFORE USE.

# JUVENILE DETENTION UNIT-DYS
## SCBA MONTHLY INSPECTION TABLE

DATE OF INSPECTION: 8.18.05    SCBA I

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 1) FACEPIECE LENS | 1. Nicks, scratches, or abrasions which could impair visibility | ✓ | | | | [signature] |
| | 2. Deep gouges or cracks which could reduce impact resistance. | ✓ | | | | [signature] |
| | 3. Anti-fog coating in need of replacement | ✓ | | | | [signature] |
| 2) FACEPIECE RIMS | 1. Deformed, cracked, or broken rims. | ✓ | | | | [signature] |
| | 2. Loose rim screws. (Do not overtighten) | ✓ | | | | [signature] |
| 3) FACEPIECE SKIRT | 1. Cuts, gouges, or punctures. | ✓ | | | | [signature] |
| | 2. Tears or nicks in the sealing area. | ✓ | | | | [signature] |
| | 3. Deterioration from age, heat, or contamination. | ✓ | | | | [signature] |
| 4) FACEPIECE HEADSTRAP BUCKLE STRAPS (TWENTYTWENTY) | 1. Abrasions or nicks. | ✓ | | | | [signature] |
| | 2. Deterioration from age, heat or contamination. | ✓ | | | | [signature] |
| 5) FACEPIECE BUCKLES (CLASSIC FACEPIECE) | 1. Crushed, bent or corroded. | ✓ | | | | [signature] |
| | 2. Damaged or loose rivets. | ✓ | | | | [signature] |
| 6) FACEPIECE INLET NOZZLE | 1. Heat damage. | ✓ | | | | [signature] |
| | 2. Loose cover screws. | ✓ | | | | [signature] |
| | 3. Loose hose clamps (seven teeth engaged). | ✓ | | | | [signature] |
| | 4. Damaged exhalation valve seat. | ✓ | | | | [signature] |
| | 5. Sticking exhalation valve (exhale a few times to test.) | ✓ | | | | [signature] |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 7) LOW PRESSURE HOSE | 1. Cuts, nicks, or punctures. | ✓ | | | | Pa |
| | 2. Age- or heat-induced cracking, checking or hardening. | ✓ | | | | Pa |
| | 3. Crused, broken, or cracked quick connect | ✓ | | | | Pa |
| | 4. Metal pins on the quick connect not flus or recessed. | ✓ | | | | Pa |
| 8) SECOND STAGE REGULATOR & PRESSURE GAUGE | 1. Heat damage or dents to case and cover. | ✓ | | | | Pa |
| | 2. Silicone outlet valve sticking. | ✓ | | | | Pa |
| | 3. O-ring dry and brittle or missing. | ✓ | | | | Pa |
| | 4. Bypass ring hard to operate. | ✓ | | | | Pa |
| | 5. Damaged threads or worn slots on quick connect adapter; cracked quick connect. | ✓ | | | | Pa |
| | 6. Loose quick connect adapter on the regulator body. | ✓ | | | | Pa |
| | 7. Pressure gauge lens unreadable; gauge needle deformed. | ✓ | | | | Pa |
| | 8. Pressure gauge hose and fittings leaking or damaged. | ✓ | | | | Pa |
| | 9. Broken blue Sentry Seal between the inlet lock nut and regulator case. | ✓ | | | | Pa |
| 9) ANALOG GAUGE WITH VISUAL ALARM | 1. Gauge lens scratched; pointer deformed or stuck. | ✓ | | | | Pa |
| | 2. Hose or fitting corroded, cracked, or leaking. | ✓ | | | | Pa |
| | 3. LED lens dirty or damaged. | ✓ | | | | Pa |
| | 4. Rubber boot torn. | ✓ | | | | Pa |
| 10) AUDIBLE ALARM, FIRST STAGE REGULATOR, & INTERMEDIATE PRESSURE HOSE | 1. Hose and fitting corroded, cracked, or leaking | ✓ | | | | Pa |
| | 2. Loose retaining rings on hose connectors, or leaking. | ✓ | | | | Pa |
| | 3. Abrasion of hope. | ✓ | | | | Pa |
| | 4. Damaged female threads on CGA handwheel. | ✓ | | | | Pa |
| | 5. Damaged O-rings or groove on CGA nipple. | ✓ | | | | Pa |
| | 6. Loose inlet nipple | ✓ | | | | Pa |
| | 7. Missing O-ring | ✓ | | | | Pa |
| | 8. Dents or heat damage to housing. | ✓ | | | | Pa |
| | 9. Loose pressure port screws. | ✓ | | | | Pa |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 10) Continued. | 10. Dented or deformed bell. | ✓ | | | | Pr |
| | 11. Loose screws securing bell to regulator body. | ✓ | | | | Pr |
| | 12. Debris or water under bell. | ✓ | | | | Pr |
| 11) HARNESS FRAME | 1. Cylinder band and latch not working properly | ✓ | | | | Pr |
| | 2. Cylinder not secured in frame and band. | ✓ | | | | Pr |
| | 3. Bent, broken, or cracked Frame. | ✓ | | | | Pr |
| | 4. Webbing color change; excessive wear or fraying; cuts, nicks, or broken stitching. | ✓ | | | | Pr |
| | 5. Inspect stitching for thread unraveling, abrason, cuts, tears, and chemical or corrosion attach at the top of the shoulder strap, shoulder strap adjustment buckle, and tank band strap. | ✓ | | | | Pr |
| | 6. Buckles damaged or corroded. | ✓ | | | | Pr |
| | 7. Loose Hardware. | ✓ | | | | Pr |
| | 8. Bent or broken spring. | ✓ | | | | Pr |
| 12) AIR CYLINDER & VALVE | 1. Dents, gouges, blisters, or cuts | ✓ | | | | Pr |
| | 2. External damage to cylinder valve | ✓ | | | | Pr |
| | 3. Smooth operation of valve handwheel and | ✓ | | | | Pr |
| | 4. Loose screws securing rubber guard on cylinder valve. | ✓ | | | | Pr |
| | 5. Condition of threads on valve outlet. | ✓ | | | | Pr |
| | 6. Cylinder pressure guage lens scratched; pointer deformed or struck. | ✓ | | | | Pr |
| | 7. Gauge reading correctly | ✓ | | | | Pr |
| | 8. Hydrostatic test date within three years (composite cylinders or five years aluminum or steel cylinders.) | ✓ | | | | Pr |

INSPECTED BY: _[signature]_         Ricardo R. Rasa
　　　　　　　　FIRE COORDINATOR (SIGNATURE)　　　　　PRINT NAME

**IMPORTANT:** SCBA SHOULD BE CHECKED BEFORE AND AFTER EVERY USE OR ONCE A MONTH IF NOT USED.

****NOTE: IF ANY OF THE DEFECTS LISTED ABOVE ARE FOUND, HAVE THE SCBA REPAIRED IMMEDIATELY BEFORE USE.

# JUVENILE DETENTION UNIT-DYS
# SCBA MONTHLY INSPECTION TABLE

DATE OF INSPECTION: 8-18-05                             SCBA II

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 1) FACEPIECE LENS | 1. Nicks, scratches, or abrasions which could impair visibility | ✓ | | | | Ra |
| | 2. Deep gouges or cracks which could reduce impact resistance. | ✓ | | | | Ra |
| | 3. Anti-fog coating in need of replacement | ✓ | | | | Ra |
| 2) FACEPIECE RIMS | 1. Deformed, cracked, or broken rims. | ✓ | | | | Ra |
| | 2. Loose rim screws. (Do not overtighten) | ✓ | | | | Ra |
| 3) FACEPIECE SKIRT | 1. Cuts, gouges, or punctures. | ✓ | | | | Ra |
| | 2. Tears or nicks in the sealing area. | ✓ | | | | Ra |
| | 3. Deterioration from age, heat, or contamination. | ✓ | | | | Ra |
| 4) FACEPIECE HEADSTRAP BUCKLE STRAPS (TWENTYTWENTY) | 1. Abrasions or nicks. | ✓ | | | | Ra |
| | 2. Deterioration from age, heat or contamination. | ✓ | | | | Ra |
| 5) FACEPIECE BUCKLES (CLASSIC FACEPIECE) | 1. Crushed, bent or corroded. | ✓ | | | | Ra |
| | 2. Damaged or loose rivets. | ✓ | | | | Ra |
| 6) FACEPIECE INLET NOZZLE | 1. Heat damage. | ✓ | | | | Ra |
| | 2. Loose cover screws. | ✓ | | | | Ra |
| | 3. Loose hose clamps (seven teeth engaged). | ✓ | | | | Ra |
| | 4. Damaged exhalation valve seat. | ✓ | | | | Ra |
| | 5. Sticking exhalation valve (exhale a few times to test.) | ✓ | | | | Ra |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 7) LOW PRESSURE HOSE | 1. Cuts, nicks, or punctures. | ✓ | | | | Pa |
| | 2. Age- or heat-induced cracking, checking or hardening. | ✓ | | | | Pa |
| | 3. Crused, broken, or cracked quick connect | ✓ | | | | Pa |
| | 4. Metal pins on the quick connect not flus or recessed. | ✓ | | | | Pa |
| 8) SECOND STAGE REGULATOR & PRESSURE GAUGE | 1. Heat damage or dents to case and cover. | ✓ | | | | Pa |
| | 2. Silicone outlet valve sticking. | ✓ | | | | Pa |
| | 3. O-ring dry and brittle or missing. | ✓ | | | | Pa |
| | 4. Bypass ring hard to operate. | ✓ | | | | Pa |
| | 5. Damaged threads or worn slots on quick connect adapter; cracked quick connect. | ✓ | | | | Pa |
| | 6. Loose quick connect adapter on the regulator body. | ✓ | | | | Pa |
| | 7. Pressure gauge lens unreadable; gauge needle deformed. | ✓ | | | | Pa |
| | 8. Pressure gauge hose and fittings leaking or damaged. | ✓ | | | | Pa |
| | 9. Broken blue Sentry Seal between the inlet lock nut and regulator case. | ✓ | | | | Pa |
| 9) ANALOG GAUGE WITH VISUAL ALARM | 1. Gauge lens scratched; pointer deformed or stuck. | ✓ | | | | Pa |
| | 2. Hose or fitting corroded, cracked, or leaking. | ✓ | | | | Pa |
| | 3. LED lens dirty or damaged. | ✓ | | | | Pa |
| | 4. Rubber boot torn. | ✓ | | | | Pa |
| 10) AUDIBLE ALARM, FIRST STAGE REGULATOR, & INTERMEDIATE PRESSURE HOSE | 1. Hose and fitting corroded, cracked, or leaking | ✓ | | | | Pa |
| | 2. Loose retaining rings on hose connectors, or leaking. | ✓ | | | | Pa |
| | 3. Abrasion of hope. | ✓ | | | | Pa |
| | 4. Damaged female threads on CGA handwheel. | ✓ | | | | Pa |
| | 5. Damaged O-rings or groove on CGA nipple. | ✓ | | | | Pa |
| | 6. Loose inlet nipple | ✓ | | | | Pa |
| | 7. Missing O-ring | ✓ | | | | Pa |
| | 8. Dents or heat damage to housing. | ✓ | | | | Pa |
| | 9. Loose pressure port screws. | ✓ | | | | Pa |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 10) Continued. | 10. Dented or deformed bell. | ✓ | | | | Pu |
| | 11. Loose screws securing bell to regulator body. | ✓ | | | | Pu |
| | 12. Debris or water under bell. | ✓ | | | | Pu |
| 11) HARNESS FRAME | 1. Cylinder band and latch not working properly | ✓ | | | | Pu |
| | 2. Cylinder not secured in frame and band. | ✓ | | | | Pu |
| | 3. Bent, broken, or cracked Frame. | ✓ | | | | Pu |
| | 4. Webbing color change; excessive wear or fraying; cuts, nicks, or broken stitching. | ✓ | | | | Pasa |
| | 5. Inspect stitching for thread unraveling, abrason, cuts, tears, and chemical or corrosion attach at the top of the shoulder strap, shoulder strap adjustment buckle, and tank band strap. | ✓ | | | | Pu |
| | 6. Buckles damaged or corroded. | ✓ | | | | Pu |
| | 7. Loose Hardware. | ✓ | | | | Pu |
| | 8. Bent or broken spring. | ✓ | | | | Pu |
| 12) AIR CYLINDER & VALVE | 1. Dents, gouges, blisters, or cuts | ✓ | | | | Pu |
| | 2. External damage to cylinder valve | ✓ | | | | Pu |
| | 3. Smooth operation of valve handwheel and | ✓ | | | | Pu |
| | 4. Loose screws securing rubber guard on cylinder valve. | ✓ | | | | Pu |
| | 5. Condition of threads on valve outlet. | ✓ | | | | Pu |
| | 6. Cylinder pressure guage lens scratched; pointer deformed or struck. | ✓ | | | | Pu |
| | 7. Gauge reading correctly | ✓ | | | | Pasa |
| | 8. Hydrostatic test date within three years (composite cylinders or five years aluminum or steel cylinders.) | ✓ | | | | Pu |

INSPECTED BY: _[signature]_   _Ricardo R. Pasa_
FIRE COORDINATOR (SIGNATURE)        PRINT NAME

**IMPORTANT:** SCBA SHOULD BE CHECKED BEFORE AND AFTER EVERY USE OR ONCE A MONTH IF NOT USED.

****NOTE: IF ANY OF THE DEFECTS LISTED ABOVE ARE FOUND, HAVE THE SCBA REPAIRED IMMEDIATELY BEFORE USE.

# JUVENILE DETENTION UNIT-DYS
# SCBA MONTHLY INSPECTION TABLE

DATE OF INSPECTION: 8-18-05                                   SCBA III

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 1) FACEPIECE LENS | 1. Nicks, scratches, or abrasions which could impair visibility | ✓ | | | | *signature* |
| | 2. Deep gouges or cracks which could reduce impact resistance. | ✓ | | | | *signature* |
| | 3. Anti-fog coating in need of replacement | ✓ | | | | *signature* |
| 2) FACEPIECE RIMS | 1. Deformed, cracked, or broken rims. | ✓ | | | | *signature* |
| | 2. Loose rim screws. (Do not overtighten) | ✓ | | | | *signature* |
| 3) FACEPIECE SKIRT | 1. Cuts, gouges, or punctures. | ✓ | | | | *signature* |
| | 2. Tears or nicks in the sealing area. | ✓ | | | | *signature* |
| | 3. Deterioration from age, heat, or contamination. | ✓ | | | | *signature* |
| 4) FACEPIECE HEADSTRAP BUCKLE STRAPS (TWENTYTWENTY) | 1. Abrasions or nicks. | ✓ | | | | *signature* |
| | 2. Deterioration from age, heat or contamination. | ✓ | | | | *signature* |
| 5) FACEPIECE BUCKLES (CLASSIC FACEPIECE) | 1. Crushed, bent or corroded. | ✓ | | | | *signature* |
| | 2. Damaged or loose rivets. | ✓ | | | | *signature* |
| 6) FACEPIECE INLET NOZZLE | 1. Heat damage. | ✓ | | | | *signature* |
| | 2. Loose cover screws. | ✓ | | | | *signature* |
| | 3. Loose hose clamps (seven teeth engaged). | ✓ | | | | *signature* |
| | 4. Damaged exhalation valve seat. | ✓ | | | | *signature* |
| | 5. Sticking exhlation valve (exhale a few times to test.) | ✓ | | | | *signature* |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 7) LOW PRESSURE HOSE | 1. Cuts, nicks, or punctures. | ✓ | | | | Pm |
| | 2. Age- or heat-induced cracking, checking or hardening. | ✓ | | | | Pm |
| | 3. Crused, broken, or cracked quick connect | ✓ | | | | Pm |
| | 4. Metal pins on the quick connect not flus or recessed. | ✓ | | | | Pm |
| 8) SECOND STAGE REGULATOR & PRESSURE GAUGE | 1. Heat damage or dents to case and cover. | ✓ | | | | Pm |
| | 2. Silicone outlet valve sticking. | ✓ | | | | Pm |
| | 3. O-ring dry and brittle or missing. | ✓ | | | | Pm |
| | 4. Bypass ring hard to operate. | ✓ | | | | Pm |
| | 5. Damaged threads or worn slots on quick connect adapter; cracked quick connect. | ✓ | | | | Pm |
| | 6. Loose quick connect adapter on the regulator body. | ✓ | | | | Pm |
| | 7. Pressure gauge lens unreadable; gauge needle deformed. | ✓ | | | | Pm |
| | 8. Pressure gauge hose and fittings leaking or damaged. | ✓ | | | | Pm |
| | 9. Broken blue Sentry Seal between the inlet lock nut and regulator case. | ✓ | | | | Pm |
| 9) ANALOG GAUGE WITH VISUAL ALARM | 1. Gauge lens scratched; pointer deformed or stuck. | ✓ | | | | Pm |
| | 2. Hose or fitting corroded, cracked, or leaking. | ✓ | | | | Pm |
| | 3. LED lens dirty or damaged. | ✓ | | | | Pm |
| | 4. Rubber boot torn. | ✓ | | | | Pm |
| 10) AUDIBLE ALARM, FIRST STAGE REGULATOR, & INTERMEDIATE PRESSURE HOSE | 1. Hose and fitting corroded, cracked, or leaking | ✓ | | | | Pm |
| | 2. Loose retaining rings on hose connectors, or leaking. | ✓ | | | | Pm |
| | 3. Abrasion of hope. | ✓ | | | | Pm |
| | 4. Damaged female threads on CGA handwheel. | ✓ | | | | Pm |
| | 5. Damaged O-rings or groove on CGA nipple. | ✓ | | | | Pm |
| | 6. Loose inlet nipple | ✓ | | | | Pm |
| | 7. Missing O-ring | ✓ | | | | Pm |
| | 8. Dents or heat damage to housing. | ✓ | | | | Pm |
| | 9. Loose pressure port screws. | ✓ | | | | Pm |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 10) Continued. | 10. Dented or deformed bell. | ✓ | | | | [sig] |
| | 11. Loose screws securing bell to regulator body. | ✓ | | | | [sig] |
| | 12. Debris or water under bell. | ✓ | | | | [sig] |
| 11) HARNESS FRAME | 1. Cylinder band and latch not working properly. | ✓ | | | | [sig] |
| | 2. Cylinder not secured in frame and band. | ✓ | | | | [sig] |
| | 3. Bent, broken, or cracked Frame. | ✓ | | | | [sig] |
| | 4. Webbing color change; excessive wear or fraying; cuts, nicks, or broken stitching. | ✓ | | | | [sig] |
| | 5. Inspect stitching for thread unraveling, abrason, cuts, tears, and chemical or corrosion attach at the top of the shoulder strap, shoulder strap adjustment buckle, and tank band strap. | ✓ | | | | [sig] |
| | 6. Buckles damaged or corroded. | ✓ | | | | [sig] |
| | 7. Loose Hardware. | ✓ | | | | [sig] |
| | 8. Bent or broken spring. | ✓ | | | | [sig] |
| 12) AIR CYLINDER & VALVE | 1. Dents, gouges, blisters, or cuts. | ✓ | | | | [sig] |
| | 2. External damage to cylinder valve. | ✓ | | | | [sig] |
| | 3. Smooth operation of valve handwheel and | ✓ | | | | [sig] |
| | 4. Loose screws securing rubber guard on cylinder valve. | ✓ | | | | [sig] |
| | 5. Condition of threads on valve outlet. | ✓ | | | | [sig] |
| | 6. Cylinder pressure guage lens scratched; pointer deformed or struck. | ✓ | | | | [sig] |
| | 7. Gauge reading correctly. | ✓ | | | | [sig] |
| | 8. Hydrostatic test date within three years (composite cylinders or five years aluminum or steel cylinders.) | ✓ | | | | [sig] |

INSPECTED BY: [signature]   Ricardo R. Rosa
FIRE COORDINATOR (SIGNATURE)         PRINT NAME

**IMPORTANT:** SCBA SHOULD BE CHECKED BEFORE AND AFTER EVERY USE OR ONCE A MONTH IF NOT USED.

****NOTE: IF ANY OF THE DEFECTS LISTED ABOVE ARE FOUND, HAVE THE SCBA REPAIRED IMMEDIATELY BEFORE USE.