FOOD
HANDLERS



Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

## CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _____
                              Last          First          Middle Initial

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification
    Mo    Day    Yr

requirements.

Certified by: _____  Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4  ·  Fax: (1-670) 664-4871

---



Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

## CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _____
                              Last          First          Middle Initial

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification
    Mo    Day    Yr

requirements.

Certified by: _____  Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4  ·  Fax: (1-670) 664-4871

---

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

## CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _____
                              Last          First          Middle Initial

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification
    Mo    Day    Yr

requirements.

Certified by: _____  Date: _____

workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4  ·  Fax: (1-670) 664-4871

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

# CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that _____

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2874 · Fax: (1-670) 664-4871



---

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

# CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that _____

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2874 · Fax: (1-670) 664-4871



---

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

# CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that _____

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2874 · Fax: (1-670) 664-4871



---

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

# CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that _____

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2874 · Fax: (1-670) 664-4871

**Certificate 1 (top left):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR
WORKSHOP PARTICIPANTS

This is to certify that: _____ Last _____ First _____ Middle Initial

has attended and completed the Food Handler Certification Workshop

on: ___ Mo. ___ Day ___ Yr. as part of the Food Handler Certification

requirements.

Certified by: _____ Date: _____

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4872/3/4 · Fax: (1-670) 664-4871

**Certificate 2 (top right):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR
WORKSHOP PARTICIPANTS

This is to certify that: _____ Last _____ First _____ Middle Initial

has attended and completed the Food Handler Certification Workshop

on: ___ Mo. ___ Day ___ Yr. as part of the Food Handler Certification

requirements.

Certified by: _____ Date: _____

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4872/3/4 · Fax: (1-670) 664-4871

**Certificate 3 (bottom left):**





Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR
WORKSHOP PARTICIPANTS

This is to certify that: _____ Last _____ First _____ Middle Initial

has attended and completed the Food Handler Certification Workshop

on: ___ Mo. ___ Day ___ Yr. as part of the Food Handler Certification

requirements.

Certified by: _____ Date: _____

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4872/3/4 · Fax: (1-670) 664-4871

**Certificate 4 (bottom right):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR
WORKSHOP PARTICIPANTS

This is to certify that: _____ Last _____ First _____ Middle Initial

has attended and completed the Food Handler Certification Workshop

on: ___ Mo. ___ Day ___ Yr. as part of the Food Handler Certification

requirements.

Certified by: _____ Date: _____

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4872/3/4 · Fax: (1-670) 664-4871



**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

# CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _Yamashi Ray Whitney_
First _____ Last _____ Middle Initial

has attended and completed the Food Handler Certification Workshop

on: ____ / ____ / ____ as part of the Food Handler Certification
Mo. Day Yr.

requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

# CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _Reta_ _Rimocle_
First _____ Last _____ Middle Initial

has attended and completed the Food Handler Certification Workshop

on: ____ / ____ / ____ as part of the Food Handler Certification
Mo. Day Yr.

requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by la
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

# CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _Reta_ _Miguel_
First _____ Last _____ Middle Initial

has attended and completed the Food Handler Certification Workshop

on: ____ / ____ / ____ as part of the Food Handler Certification
Mo. Day Yr.

requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

# CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _Elizabeth_
First _____ Last _____ Middle Initial

has attended and completed the Food Handler Certification Workshop

on: ____ / ____ / ____ as part of the Food Handler Certification
Mo. Day Yr.

requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871







**Top-left certificate:**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
*Bureau of Environmental Health*

## CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: _____
Last          First          Middle Initial

has attended and completed the Food Handler Certification Workshop as part of the Food Handler Certification requirements.

on: _____ _____ _____
Mo   Day   Yr

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2874 · Fax: (1-670) 664-4871

---

**Top-right certificate:**



Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
*Bureau of Environmental Health*

## CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: _____
Last          First          Middle Initial

has attended and completed the Food Handler Certification Workshop as part of the Food Handler Certification requirements.

on: _____ _____ _____
Mo   Day   Yr

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2874 · Fax: (1-670) 664-4871

---

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
*Bureau of Environmental Health*

## CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: _____
Last          First          Middle Initial

has attended and completed the Food Handler Certification Workshop as part of the Food Handler Certification requirements.

on: _____ _____ _____
Mo   Day   Yr

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2874 · Fax: (1-670) 664-4871

---

**Bottom-right certificate:**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
*Bureau of Environmental Health*

## CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: _____
Last          First          Middle Initial

has attended and completed the Food Handler Certification Workshop as part of the Food Handler Certification requirements.

on: _____ _____ _____
Mo   Day   Yr

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2874 · Fax: (1-670) 664-4871




**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

## CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _____
Last      First      Middle Initial

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification
Mo   Day   Yr.

requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

## CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _____
Last      First      Middle Initial

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification
Mo   Day   Yr.

requirements.

Certified by: _____ Date: _____

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---



**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

## CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: _____
Last      First      Middle Initial

has attended and completed the Food Handler Certification Workshop

on _____ as part of the Food Handler Certification
Mo   Day   Yr.

requirements.

Certified by: _____ Date: _____

workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871