CHC DAILY
MENU

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09·14·05     CHC - DAILY MENU     DAY: Wednesday

NO. OF BREAKFAST ORDERED: 8          FOOD TEMPERATURE: 122°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/3 | c. | Steamed rice |
| 1/2 | c. | Scrambled eggs |
| 1 | slc. | Buttered w/Toast / 1 Jelly |
| 3 | ea. | Graham cracker / Fresh Fruit |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk / chilled juice |

NO. OF LUNCH ORDERED: 8          FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | GROUND HAMBURGER STEAK WITH MUSHROOM GRAVY |
| 1/2 | c. | BUTTERED MASH POTATOES |
| 3/4 | c. | SAUTEED GREEN, WING OR STRING BEAN |
| 1/2 | c. | FRUIT SALAD / DINNER ROLLS |
| SNACKS | ********** | ************************************************ |
|  |  | SHERBERT AND CHAMORRO CAKE |
|  |  | RASPBERRY ICECREAM / ORANGES |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% MILK |

NO. OF DINNER ORDERED: 8          FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | STEAMED RICE / 1 EA. MARGARINE |
| 1 | bowl | HEARTY VEGETABLE SOUP / 1 EA. MANDARINE ORANGE |
| 3 | oz | HERBED PORK LOIN / 2 PCS. DINNER ROLL |
| 1 | bowl | GREEN PEA AND CAULIFLOWER SALAD |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | SANDWICH |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09.15.05        CHC - DAILY MENU    DAY: Thursday

NO. OF BREAKFAST ORDERED: 08        FOOD TEMPERATURE: 110°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | | Banana Pancakes |
| 1/2 | | Maple Syrup and Margarine |
| | | 2 oz. grilled ham |
| 1 | fresh | Banana / graham crackers |
| DRINKS | ********** | ************************************************ |
| 1 | | c. Milk / juice |

NO. OF LUNCH ORDERED: 08        FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | serving | Roast Turkey w/ dressing & gravy / Jellied Cranberry Sauce |
| 1 | ea. | Baked Potato (sweet) |
| 1 | serving | Peas & Carrots |
| 2 | ea | dinner rolls, butter, Honeydew (1 ea.) |
| SNACKS | ********** | ************************************************ |
| | | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| | | Milk |

NO. OF DINNER ORDERED: 08        FOOD TEMPERATURE: 142°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 1 | cup | Onion Soup |
| 1 | serving | Veg. Lettuce & tomato Salad, 2 peach halves |
| | | Ground Beef, dinner rolls, butter Angel food cake |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Peanut butter Jelly Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09.13.05      CHC - DAILY MENU   DAY: _____

NO. OF BREAKFAST ORDERED: 08      FOOD TEMPERATURE: 90°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 6 | pcs | buttered bread |
| 2 | slc | bacon |
| 1 | | butter, syrup, apple fruit |
| 02 | | Graham Cracker |
| DRINKS | ********** | ************************************************ |
| 8/1 | ea | apple, milk |

NO. OF LUNCH ORDERED: 6      FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 each | 1/4 | Grilled turkey & swiss melt sandwich baked on a bun |
| | 1/c | built coleslaw |
| | 1 pc | Banana & orange fruit |
| SNACKS | ********** | ************************************************ |
| | | Turkey sandwich |
| DRINKS | ********** | ************************************************ |
| | | milk |

NO. OF DINNER ORDERED: _____      FOOD TEMPERATURE: 130°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 each | 1 c. | crab soap |
| | 3 oz | fish florintine |
| | 1/3 c | steamed rice w/ sesame Zucchini w/ tomato & onion |
| | | Blushing pear salad / Homemade bread w/ margarine |
| SNACKS | ********** | ************************************************ |
| 1 each | 1 pc | Tuna sandwich |
| DRINKS | ********** | ************************************************ |
| 1 each | | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09.12.05          CHC - DAILY MENU   DAY: monday

NO. OF BREAKFAST ORDERED: 9          FOOD TEMPERATURE: 60°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | c. | Scrambled egg |
| 1/2 | c. | Hash browned potatoes |
| 1 | pc. | Banana muffin / 1 Jelly |
| 3 | pc. | Graham cracker / Fresh Fruit (vary) |
| DRINKS | ********** | ******************************************* |
| 1 | ea. | milk / chilled juice |

NO. OF LUNCH ORDERED: 9          FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Grilled BBQ Pork Chop |
| 1/2 | c. | Au Gratin Potatoes |
| 1/2 | c. | Sauteed seasoned mixed fresh vegetables |
| 1 | | homemade wheat roll and 1 Margarine |
| SNACKS | ********** | ******************************************* |
| | | Egg Sandwich |
| DRINKS | ********** | ******************************************* |
| | | Milks |

NO. OF DINNER ORDERED: 8          FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Chicken w/ dumplings |
| 1/3 | c. | s/rice |
| 1/2 | c. | Buttered steamed broccoli |
| 1 | | Homemade wheat roll / 2 margarine |
| SNACKS | ********** | ******************************************* |
| 1 | c. | Cantaloupe |
| DRINKS | ********** | ******************************************* |
| | | Milks |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 9-11-05                CHC - DAILY MENU

---

NO. OF BREAKFAST ORDERED: _____    FOOD TEMPERATURE: 40°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | pcs | Pancakes w/ margarine & syrup |
| 2 | pcs | Ham |
| 1 | each | Grapes / Banana / Crackers |
| | | |
| DRINKS | ********** | ************************************************ |
| 1 | | Milk |

NO. OF LUNCH ORDERED: 09    FOOD TEMPERATURE: 140

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice / Dinner rolls |
| 1 | pc. | Baked chicken qtr. Leg |
| 1 | scp | Sautéed Mix Veg:es. |
| 1 | cup | Fruit Salad. c |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Tuna Sandwich |
| | | |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NO. OF DINNER ORDERED: 10    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 ea | | Veggie soup |
| | 2 oz | Chamorro style pot roast w/ gravy |
| | 1/3 c | Steamed rice & mix salad w/ dinner roll margarine |
| | 2 pc | Peach halves |
| SNACKS | ********** | ************************************************ |
| | | Tuna sandwich |
| | | |
| DRINKS | ********** | ************************************************ |
| | 1 c. 2% | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Sept. 10, 2005          CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 8          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | pc. each | Twist bread / Boiled egg / pumpkin soup |
| 2 | each | Margarine and Jelly |
| 1 |  | crackers / orange |
|  |  |  |
| DRINKS | ********** | ************************************************ |
| 1 | each | Milk and juice |

NO. OF LUNCH ORDERED: 08          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Chicken curry w/ sauce / 1 scp. steam rice |
| 1 | scp | Stir fry oriental vegetables |
| 2 | ea. | Dinner roll |
| 1 | ea. | Margarine / 1 bowl, grapes |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Snacks) tuna sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk |

NO. OF DINNER ORDERED: 09          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Hearty vegetable soup |
| 3 | oz. | Beef bisteak with vegetables |
| 2/3 | c. | Steamed rice |
| 1/2 | c. | Seasoned carrots / Dinner rolls |
| SNACKS | ********** | ************************************************ |
|  |  | Apple |
|  |  | Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09.09.05     CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 08     FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  | 1/2 | c Oatmeal / butter jelly |
|  | 1/2 | c Scrambled egg |
|  | 3 | Graham crackers |
|  | 08 | fresh fruit / Apple |
| **DRINKS** | ********** | *********************************************** |
|  |  | Milk / juice |

NO. OF LUNCH ORDERED: 8     FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 pcs |  | Roast Beef |
| 1 | scp | Steam Rice |
| 2 | pcs. | Dinner Roll |
| 1 | ea. | Margarine / 1 plat printed salad |
| **SNACKS** | ********** | *********************************************** |
| 1 | ea. | fruits sandwich |
| 1 |  |  |
| **DRINKS** | ********** | *********************************************** |
| 1 | cup | Milk |

NO. OF DINNER ORDERED: 8     FOOD TEMPERATURE: 145°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Bowl | Miso soup / sauteed Chinese cabbage, carrots, bell pepper |
|  |  | Buttered Fish with tartar sauce & lemon screw |
| 1 | scp | Steamed Rice / Dinner Roll |
| 1 | scp | Buttered Green Beans / Margarine |
| **SNACKS** | ********** | *********************************************** |
| 1 | ea. | Sandwich |
| 1 | slice | Honey Dew |
| **DRINKS** | ********** | *********************************************** |
| 1 | ea. | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: 09-08-05         CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 08        FOOD TEMPERATURE: 60°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 4 | pcs | buttered bread |
| 2 | pcs | bacon |
| 1 |  | syrup, margarine |
| 1 |  | orange fruit, cookies |
| DRINKS | ********** | ************************************************ |
| 1 |  | milk, grape juice |

NO. OF LUNCH ORDERED: 08        FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | pc | Baked Chicken |
| 1 | ea | Potatoes |
| 1 | serving | peas, apples (1 ea.) |
| 1 | ea | Pineapple Salad, dinner rolls, butter |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Peanut butter |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Hi C |

NO. OF DINNER ORDERED: 08        FOOD TEMPERATURE: 162°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | MINESTRONE SOUP |
| 3 | oz. | PORK BISTEAK |
| 2/3 | c. | STEAMED WHITE RICE |
| 1/2 | c. | CRAB AND BROCCOLI SALAD |
| SNACKS | ********** | ************************************************ |
|  |  | PEANUT BUTTER SANDWICH |
|  |  | SUGAR COOKIES |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09-07-05    CHC - DAILY MENU    DAY: WEDNESDAY

NO. OF BREAKFAST ORDERED: 08    FOOD TEMPERATURE: 50°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Scramble eggs |
| 1 | scp | Mash-Potatoes |
| 2 | pcs | buttered bread, Graham Cracker |
| 1 | pc. | Orange fruit |
| DRINKS | ********** | ************************************************ |
| 1 | | milk |

NO. OF LUNCH ORDERED: 08    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Mash Potatoes |
| 2 | slices | Meat Loaf |
| 1/2 | cp | Mix Peas & carrots |
| 1 | ea | Pears & Angel food cake |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Vanilla wafers |
| 1 | ea | Apple |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NO. OF DINNER ORDERED: 08    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice / Dinner rolls / butter |
| 1 | scp | Pork Stew |
| 1 | cp | Vegetable salad |
| 1 | cp | Grapes |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Tuna sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: 09-06-05          CHC - DAILY MENU          DAY: TUESDAY

NO. OF BREAKFAST ORDERED: 8          FOOD TEMPERATURE: 50°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 1 | each | Banana | 1 - Jelly |
| 1 | each | Cold Cereal | |
| 1/2 | c. | Scrambled Egg | 3 - Graham Crackers |
| 1 | each | Blueberry muffin | 1 - Orange |
| DRINKS | ********** | ************************************************ | |
| 1 | c. | 2% Milk | |

NO. OF LUNCH ORDERED: 8          FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | Honey Glazed Ham |
| | | Steamed Tapioca |
| | | Spiced Apples |
| | | Tomato Salad / Dinner Roll |
| SNACKS | ********** | ************************************************ |
| | | Vanilla Waffles |
| | | |
| DRINKS | ********** | ************************************************ |
| | | Milk |

NO. OF DINNER ORDERED: 08          FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | bwl. | Corn Crab Soup |
| 3 | oz | BBQ Fish w/ Tartar Sauce  Dinner rolls |
| 1 | scp | Steamed Rice |
| 1/2 | c | Asparagus w/ cheese sauce |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Orange |
| 1 | ea | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: 09.05.05   CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 08     FOOD TEMPERATURE: 48-

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 01 | scp. | Scramble egg |
| 04 | pcs | buttered bread |
| 1 |  | butter, jam |
| 1 |  | Orange fruit |
| DRINKS | ********** | ************************************************** |
| 1 |  | milk, apple juice |

NO. OF LUNCH ORDERED: 08     FOOD TEMPERATURE: 70-

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea. | Spaghetti w/ meatball sauce |
| 1 | ea. | Tossed salad w/ olive oil |
| 3 | ea. | Toasted french bread |
| SNACKS | ********** | ************************************************** |
| 1 | ea. | Orange |
| 1 | ea. | Tuna Sandwich |
| DRINKS | ********** | ************************************************** |
|  |  |  |

NO. OF DINNER ORDERED: 8     FOOD TEMPERATURE: 160-

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 ea | 1 c. | Homemade mushroom soup |
|  | 2 oz | Chicken Cacciatore / sauted local sprouts w/ carrots & bel pepr |
|  | 1/3 c. | Steamed rice w/ wht roll bread & margarine |
|  | 1 c. | watermelon |
| SNACKS | ********** | ************************************************** |
| 1 ea |  | Sandwich (Tuna) |
| DRINKS | ********** | ************************************************** |
| 1 ea | 1 c. 2% | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09                              CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: _____        FOOD TEMPERATURE: 50

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | slice | French toast w/ margarine & syrup |
| 2 | pcs | Bacon |
|  |  | Crackers |
| 1 | each | Orange |
| **DRINKS** | ********** | ************************************************* |
| 1 | each | Milk and juice |

NO. OF LUNCH ORDERED: 08                 FOOD TEMPERATURE: 165

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Chicken soup w/ banana |
| 1/3 | c. | Steamed Rice |
|  |  | Lettuce & tomato salad w/ dressing |
| 1 |  | Homemade white Roll |
| **SNACKS** | ********** | ************************************************* |
|  |  | Wafers |
|  |  | Bananas |
| **DRINKS** | ********** | ************************************************* |
|  |  | Milks |

NO. OF DINNER ORDERED: 08                FOOD TEMPERATURE: 150

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | Homemade Vegetable soup |
| 3 | oz. | Seafood stirfry w/ veg. |
| 1/3 | c. | Steamed Rice |
| 1/2 | c. | Buttered corn |
| **SNACKS** | ********** | ************************************************* |
| 8 |  | Egg sandwich |
|  |  | Mandarin Oranges and Jello |
| **DRINKS** | ********** | ************************************************* |
|  |  | Milks |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: 9-3-05            CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 8         FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | bowl | Arruskadu / cereal |
| 1 | each | Toast bread / Margarine / Jelly |
| 1 | each | Crackers / banana |
|   |   |   |
| DRINKS | ********** | ************************************************************ |
| 1 | each | Milk / Juice |

NO. OF LUNCH ORDERED: 08         FOOD TEMPERATURE: 140

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|   |   | Grilled Cheeseburger, French fries, Pumpkin cake, vegetables, Mayo, Ketchup, & mustard. |
|   |   |   |
|   |   |   |
| SNACKS | ********** | ************************************************************ |
|   |   | Tuna Sandwich |
|   |   |   |
| DRINKS | ********** | ************************************************************ |
|   |   | Milk |

NO. OF DINNER ORDERED: _____         FOOD TEMPERATURE: 120

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|   |   | RICE |
|   |   | PORK CHOP |
|   |   | CUCUMBER SALAD |
|   |   | GRAPES / SOUP |
| SNACKS | ********** | ************************************************************ |
|   |   | TUNA SANDWICH |
|   |   |   |
| DRINKS | ********** | ************************************************************ |
|   |   | MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09.02.05          CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 08          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | slice | ham |
| 1/1 | - | butter / jelly |
| 2 | pcs | cookies |
| 1/1 |  | Milk / juice |
| DRINKS | ********** | ************************************************** |
|  |  |  |

NO. OF LUNCH ORDERED: 08          FOOD TEMPERATURE: 110

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 1 | pc | BBQ chicken |
| 1 | cup | Green beans, Fresh grapes |
| 1 | cup | Potato salad, dinner rolls, butter (1ea.) |
| SNACKS | ********** | ************************************************** |
| 1 | ea. | Tuna Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************** |
| 1 | ea. | milk |

NO. OF DINNER ORDERED: 08          FOOD TEMPERATURE: 120

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Rice, Homemade Soup |
|  |  | Mahi-Mahi w Capers / Lemon slice / Tartar Sauce |
|  |  | Tender cooked Kang-kung or spinach |
|  |  | dinner rolls, butter, Applesauce, Rosku cookies |
| SNACKS | ********** | ************************************************** |
|  |  | Tuna Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************** |
|  |  | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09.01.05          CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 08          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  | 1/2 | c. chilled juice |
|  | 3 | Banana Pancake |
|  | 1/2 | Maple Syrup / Margarine |
|  | 2 | oz. grilled ham |
| **DRINKS** | ********** | ************************************************** |
|  | 1 | c. 2% Milk |

NO. OF LUNCH ORDERED: 08          FOOD TEMPERATURE: 162°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | ROAST TURKEY w/ 1/2 c. HOMEMADE DRESSING & GRAVY |
| 1/2 | c. | BAKED SWEET POTATO |
| 1/2 | c. | SEASONED PEAS AND CARROTS |
| 2 |  | HOMEMADE WHEAT ROLL /2 MARGARINE |
| **SNACKS** | ********** | ************************************************** |
| 1 | c. | HONEY DEW |
| 1 | EA. | ORANGE 3 COOKIES |
| **DRINKS** | ********** | ************************************************** |
| 1 | c. | 2% MILK |

NO. OF DINNER ORDERED: 08          FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | FRENCH ONION SOUP |
| 3 | oz. | STIRFRY GROUND BEEF w/ MUSHROOMS & SOFT LOCAL VEGETABLES |
| 1/3 | c. | STEAMED RICE |
|  |  | MARINATED LETTUCE AND TOMATO SALAD |
| **SNACKS** | ********** | ************************************************** |
|  |  | ANGEL FOOD CAKE AND 2 PEACH HALVES |
|  |  | HAM & CHEESE SANDWICH |
| **DRINKS** | ********** | ************************************************** |
| 1 | c. | 2% MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: _____     **CHC - DAILY MENU**

NO. OF BREAKFAST ORDERED: _____     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************************** |
|  |  |  |

NO. OF LUNCH ORDERED: 08     FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Mashed potato |
|  |  | Ground Hamburger steak, dinner rolls |
|  |  | String beans Chamorro cake |
|  |  | fruit salad |
| SNACKS | ********** | ************************************************************** |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************************** |
|  |  |  |

NO. OF DINNER ORDERED: 08     FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 2 | pcs | Herbed Pork loin |
| 1 | cup | Hearty Veg. Soup, butter |
| 1 | cup | Green Pea & Cauliflower salad, mandarin orange (1ea) |
| SNACKS | ********** | ************************************************************** |
| 1 | ea. | Tuna Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************************** |
| 1 | ea. | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Aug. 30, 2005    CHC - DAILY MENU    DAY: TUESDAY

NO. OF BREAKFAST ORDERED: 8    FOOD TEMPERATURE: 60°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 3 | slices | French Toast Supreme | 1 each - Chilled Juice |
| 1/4 | C. | Scrambled Egg | 3 each - Graham Crackers |
| 1 | each | Maple Syrup & Margarine | 1/2 C. - Orange |
| 2 | each | Crisp Turkey Bacon | |
| DRINKS | ********** | ************************************************ | |
| 1 | each | 2% Milk | |

NO. OF LUNCH ORDERED: 8    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Italian Garden Soup |
| 1/2 |  | Grilled Turkey and Swiss Melt |
|  |  | Sandwich baked on a bun |
|  |  | Fruit Coleslaw |
| SNACKS | ********** | ************************************************ |
|  |  | Banana |
|  |  | Vanilla wafers / Fresh fruit |
| DRINKS | ********** | ************************************************ |
|  |  | Milks |

NO. OF DINNER ORDERED: 8    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | C. | Corn Crab Soup |
| 3 | oz. | Fish Florentine |
| 2/3 |  | Steamed Rice |
|  |  | Blushing Pear Salad |
| SNACKS | ********** | ************************************************ |
|  |  | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
|  |  | Milks |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08.29.05   CHC - DAILY MENU   DAY: MONDAY

NO. OF BREAKFAST ORDERED: 09   FOOD TEMPERATURE: 165

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 1/2 | C. | Chilled Juice | 2 - Jelly |
| 1/2 | C. | Scrambled Egg | Margarine |
| 1/2 | C. | Hash Browned Potatoes | 3 - Graham Cracker |
| 1. | each | Banana Muffin | 1 - Orange |
| DRINKS | ********** | ************************************************ | |
| 1. | each | 2% Milk | |

NO. OF LUNCH ORDERED: 8   FOOD TEMPERATURE: 160

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Grilled BBQ Pork Chop |
| 1 | C. | Au Gratin Potatoes |
| 1/2 | C. | Sauteed Seasoned mixed fresh vegetables |
| 2 | | Homemade wheat Roll and margarine |
| SNACKS | ********** | ************************************************ |
| 8 | | Egg Sandwich |
| DRINKS | ********** | ************************************************ |
| | | Milks |

NO. OF DINNER ORDERED: 8   FOOD TEMPERATURE: 180

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Chicken w/ Dumplings |
| 2/3 | C. | S/rice |
| 1/2 | C. | Buttered steamed Broccoli |
| 2 | | Homemade steame wheat Roll |
| SNACKS | ********** | ************************************************ |
| | | Cantaloupe |
| | | Egg Sandwich |
| DRINKS | ********** | ************************************************ |
| | | Milks |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08.28.05        CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 69        FOOD TEMPERATURE: 60°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | | blueberry pancakes |
| 2/1 | | butter / syrup |
| 2 | | grilled ham |
| | | |
| DRINKS | ********** | ************************************************************ |
| 1/1 | c | 2% Milk / juice |

NO. OF LUNCH ORDERED: 9        FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| each | 1 scoop | steamed rice |
| | 1 pc | baked chicken / w/ dinner roll & margarine |
| | 1/2 c | stir fry egg plant |
| | | |
| SNACKS | ********** | ************************************************************ |
| | | cookie |
| | | |
| DRINKS | ********** | ************************************************************ |
| | | milk |

NO. OF DINNER ORDERED: 9        FOOD TEMPERATURE: 141°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| each | | Veggie soup |
| | 2 oz. | chamorro marinated style pot roast |
| | 1/3 c. | steamed rice / marinated mix salad |
| | 2 pcs | dinner roll w/ margarine |
| SNACKS | ********** | ************************************************************ |
| | | Rokette cookies / 2 peach halves |
| | | |
| DRINKS | ********** | ************************************************************ |
| | 1 c. 2% | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |