# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-27-05    CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 08    FOOD TEMPERATURE: 110°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | ea. | Hardboiled eggs |
| 1 | ea. | Bread - butter & jam |
| 1 | bowl | Pumpkin Soup |
| 1 | ea. | Orange |
| **DRINKS** | ********** | ******************************************* |
| 1 | ea. | Julay Juice & Milk |

NO. OF LUNCH ORDERED: 08    FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea. | GRILLED CHEESE BURGER |
| 1 | scp | FRENCH FRIES |
|  |  | LETTUCE, TOMATO, ONION |
|  |  | MUSTARD / KETCHUP |
| **SNACKS** | ********** | ******************************************* |
|  |  | APPLE |
|  |  | 5 VANILLA WAFERS |
| **DRINKS** | ********** | ******************************************* |
| 1 | ep. | MILK |

NO. OF DINNER ORDERED: 09    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea. | HEARTY VEGETABLE SOUP |
| 3 | oz. | BEEF BISTEAK WITH VEGETABLES |
| 2/3 | c. | STEAMED WHITE RICE |
| 1/2 | c. | SEASONED CARROTS |
| **SNACKS** | ********** | ******************************************* |
| 1 | ea. | APPLE |
| 1 | ea. | EGG SANDWICH |
| **DRINKS** | ********** | ******************************************* |
| 1 | c. | 2% MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-24-05    CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 08    FOOD TEMPERATURE: 55°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| ½ | c | Oatmeal | jelly |
| ½ | c | Scrambled egg | 1 margerine |
| 1 | each | apple muffin | |
| 1 | " | fresh apple | |
| **DRINKS** | ********** | ************************************************** | |
| 1 | each | milk and juice | |

NO. OF LUNCH ORDERED: 08 Dinner    FOOD TEMPERATURE: 145°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice, dinner rolls, butter, Honey dew (1 ea.) |
| 1 | cup | Miso Soup, Battered fish w/ Tartar Sauce & Lemon slice (3 ea.) |
| 1 | cup | Buttered green beans |
| 1 | cup | Sauteed chinese cabbage/carrots/pepper |
| **SNACKS** | ********** | ************************************************** |
| 1 | ea. | Tuna Sandwich |
| **DRINKS** | ********** | ************************************************** |
| 1 | ea. | milk |

NO. OF DINNER ORDERED: 08 Lunch    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | 3 oz. | ROAST BEEF |
| 1 | scp. | STEAMED RICE |
| | ½ c | BUTTERED CARROTS VEGETABLE COLLAGE SALAD |
| 2 | pcs. | DINNER ROLL / 1 MARGARINE |
| **SNACKS** | ********** | ************************************************** |
| 1 | whole | orange |
| 1 | bowl | RED FROSTED JELLO / 6 pcs. VANILLA WAFERS |
| **DRINKS** | ********** | ************************************************** |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-25-05     CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 08     FOOD TEMPERATURE: 45

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pcs. | bacon |
| 5 | pcs. | 6 french toast |
| 1 | | Syrup, butter |
| 1 | whole | Orange fruit |
| DRINKS | ********** | ************************************************ |
| 1 | | milk, grape juice |

NO. OF LUNCH ORDERED: 08     FOOD TEMPERATURE: 140

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 oz. | | Oven Baked Crispy Chicken |
| 1 c. | | Oven Browned New Patotoes |
| ½ c. | | Seasoned Peas |
| | | Carrot Raison Pineapple Salad |
| SNACKS | ********** | ************************************************ |
| | | Fresh Apple & Orange |
| | | Wafer cookies |
| DRINKS | ********** | ************************************************ |
| | | Milks |

NO. OF DINNER ORDERED: 08     FOOD TEMPERATURE: 120

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | MINESTRONE SOUP |
| 3 | oz. | PORK BISTEAK |
| 2/3 | c. | STEAMED WHITE RICE |
| 1 | ea. | HOMEMADE WHEAT ROLLS / 1 MARGARINE |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | PEANUT BUTTER & JELLY SANDWICH |
| 1 | ea. | PEANUT BUTTER COOKIES |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGIV IN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Aug. 24, 2005    CHC - DAILY MENU    DAY: WEDNESDAY

NO. OF BREAKFAST ORDERED: 08    FOOD TEMPERATURE: 80°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 3 | oz slices | Old Fa Toasted Bread | 1 - Jelly |
| 1 | scoop | Mashed Potatoes | - Crackers |
| 1 | scoop | Scrambled Eggs | 1 - Orange |
| 1 | each | Margarine | |
| DRINKS | ********** | ************************************************** | |
| 1 | each | Juice | |

NO. OF LUNCH ORDERED: 08    FOOD TEMPERATURE: 162°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 3 | oz. | Old Fashioned Meatloaf | 1 - Peach Halves & Angel Food Cake |
| 1/2 | c. | Buttered Mashed Potatoes w/ Gravy | |
| 1/2 | c. | Seasoned Mixed Peas & Carrots | |
| 1 | each | Homemade White Roll w/ margarine | |
| SNACKS | ********** | ************************************************** | |
| 5 | each | Vanilla Wafers | |
| 1 | each | Orange | |
| DRINKS | ********** | ************************************************** | |
| 1 | each | 2% Milk | |

NO. OF DINNER ORDERED: 08    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice / Dinner rolls |
| 1 | scp | Pork Adobo w/ bell peppers |
| 1 | cp | Green Salad / margarine |
| | | Banana |
| SNACKS | ********** | ************************************************** |
| 1 | ea | Tuna Sandwich |
| DRINKS | ********** | ************************************************** |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08·23·05       CHC - DAILY MENU    DAY: Tuesday

NO. OF BREAKFAST ORDERED: 08       FOOD TEMPERATURE: 60°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp. | Scramble egg |
| 1 | pc. | Muffin |
| 1 | mini cup | Cereal |
| 1 |  | Orange fruit, butter, jam |
| DRINKS | ********** | ************************************************ |
| 1 |  | grape juice, milk |

NO. OF LUNCH ORDERED: 08       FOOD TEMPERATURE: 110

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice |
| 2 | pcs. | Ham / Dinner roll w/ margarine |
| 1 | serving | tomato salad / Baked apple |
| 1 | each | Apple |
| SNACKS | ********** | ************************************************ |
| 1 |  | Crackers |
| DRINKS | ********** | ************************************************ |
| 1 |  | milk |

NO. OF DINNER ORDERED: 08       FOOD TEMPERATURE: 40

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice |
| 2 | pcs | Fried Fish / Dinner rolls w/ margarine |
| 1 | bowl each | Corn soup / mandarine |
| 1 | serving | Asparagus |
| SNACKS | ********** | ************************************************ |
| 1 |  | Ham & Cheese Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 |  | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-22-05    CHC - DAILY MENU    DAY: Monday

NO. OF BREAKFAST ORDERED: 08    FOOD TEMPERATURE: 54°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | cup | Cereal, Graham Cracker |
| 4 | pcs | buttered bread |
| 1 | scp. | Scramble egg |
| 1 |  | butter, apple fruit |
| DRINKS | ********** | ************************************************ |
| 1 |  | Milk, orange |

NO. OF LUNCH ORDERED: 08    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Spaghetti |
| 1 | cp | vegatable salad |
| 1 | ea | Toasted French Bread |
| 1 | ea | orange |
| SNACKS | ********** | ************************************************ |
| 1 | ea | orange |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NO. OF DINNER ORDERED: 08    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice |
| 1 | scp | chicken cacciatori |
| 1 | cp | Mushroom soup |
| 1 | scp | Sauteed vegatables |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Ham sandwhich |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-21-05            CHC - DAILY MENU   DAY: _____

NO. OF BREAKFAST ORDERED: 11        FOOD TEMPERATURE: 44

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pcs | French toast — Apple |
| 2 | " | Turkey bacon — Cookies |
| 1 | each | Syrup |
| 1 | " | Margarine |
| DRINKS | ********** | ************************************************ |
| 1 | each | Milk & Juice |

NO. OF LUNCH ORDERED: 10        FOOD TEMPERATURE: 125

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 1 | serving | Chicken Soup w/ banana |
| 1 | ea | Lettuce & Tomato salad w/ dressing |
| 1 | ea. | Dinner rolls, butter, watermelon (1 ea) |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Peanut butter Jelly Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Milk |

NO. OF DINNER ORDERED: ___        FOOD TEMPERATURE: ___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| SNACKS | ********** | ************************************************ |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |
|  |  |  |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/ noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-20-05     CHC - DAILY MENU     DAY: Saturday

NO. OF BREAKFAST ORDERED: 10     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | 1 | 8oz chicken tinaktak       10 - fresh orange |
| 1 | 1 | Cereal                     10 - graham crackers |
| 1 | 1 | finished bread |
| 1/1 | 1/1 | Margarine / jelly |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% milk |

NO. OF LUNCH ORDERED: 10     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | STIRFRY TURKEY W/ BROCCOLI AND MUSHROOMS |
| 2/3 | c. | STEAMED RICE |
|  |  | EMERALD SALAD / DINNER ROLLS |
|  |  | SHERBERT PUMPKIN BAR |
| SNACKS | ********** | ************************************************ |
|  |  | ORANGE |
|  |  | CRACKER WAFER |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% MILK |

NO. OF DINNER ORDERED: 11     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea. | TURKEY NOODLE SOUP |
| 3 | oz. | BEEF ADOBO |
| 2/3 | c. | STEAMED RICE |
| 1 | ea. | MARINATED CUCUMBER SALAD |
| SNACKS | ********** | ************************************************ |
| 1/2 | c. | FRESH ISLAND MIXED FRUIT CUP |
| 2 | ea. | DINNER ROLL |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Aug. 19, 2005     CHC - DAILY MENU     DAY: Friday

NO. OF BREAKFAST ORDERED: 08     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | bowl | Cereal |
| 1 | pc. each | Ham / orange / Margarine / Jelly / cookies |
| 2 | pcs | wheat toast |
| 1 | serv. | fried egg |
| DRINKS | ********** | ************************************************ |
| 1 | each | Milk and Juice |

NO. OF LUNCH ORDERED: 68     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | RED RICE / 2 ea. DINNER ROLL |
| 2 | pcs. | BBQ CHICKEN / 1 ea. MARGERINE |
| 1 | bwl. | SEASON GREEN BEANS / 1 bar. GRAPE (FRUIT) |
| 1 | bwl. | POTATO SALAD |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | TUNA SANDWICH |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | MILK |

NO. OF DINNER ORDERED: 08     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 2 | pcs | Mahi-Mahi w/ Tartar Sauce |
| 1 | serving | spinach, dinner rolls, butter |
| 1 | cup | Apple sauce, Rosku Cookies. (1 ea.) |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08·18·05          CHC - DAILY MENU   DAY: Thursday

NO. OF BREAKFAST ORDERED: 9          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| ½ | c | chilled juice           3 - graham crackers |
| 3 |   | Banana pancake          fresh fruit |
| 1-2 |   | Maple Syrup - Margarine |
| 2 oz |   | Grilled Ham |
| **DRINKS** | ********** | ************************************************ |
| 1 | c | 2% milk |

NO. OF LUNCH ORDERED: 09          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|   |   | Roast Turkey w/ gravy / cranberry sauce |
|   |   | Baked sweet potato |
|   |   | Peas & Carrots (seasoned) |
|   |   | Dinner rolls, butter, Honeden |
| **SNACKS** | ********** | ************************************************ |
|   |   | Peanut butter Sandwich |
|   |   |   |
| **DRINKS** | ********** | ************************************************ |
|   |   | milk |

NO. OF DINNER ORDERED: _____          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
| **SNACKS** | ********** | ************************************************ |
|   |   |   |
|   |   |   |
| **DRINKS** | ********** | ************************************************ |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-17-05          CHC - DAILY MENU          DAY: Wed

NO. OF BREAKFAST ORDERED: 09          FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp. | Scramble eggs |
| 1 | scp | Steam rice |
| 2 | sk. | buttered bread |
|  |  |  |
| DRINKS | ********** | ************************************************ |
| 1 |  | milk, grape juice. |

NO. OF LUNCH ORDERED: 09          FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Hamburger Steak |
|  |  | Mashed Potatoes |
|  |  | String Beans |
|  |  | Fruit Salad / Chamorro Cake |
| SNACKS | ********** | ************************************************ |
|  |  | Ham & Cheese |
|  |  |  |
| DRINKS | ********** | ************************************************ |
|  |  | Milk |

NO. OF DINNER ORDERED: 09          FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Roast Pork |
|  |  | rice, dinner roll |
|  |  | Green Veggies (peas) |
|  |  | Veg. Soup, oranges (mandarin) |
| SNACKS | ********** | ************************************************ |
|  |  | Ham & Cheese Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************ |
|  |  | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Aug. 16, 2005    CHC - DAILY MENU    DAY: Tuesday

NO. OF BREAKFAST ORDERED: 12    FOOD TEMPERATURE: 100°F

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | c. | Chilled Juice |
| 2 | each | French Toast Supreme |
| 1 | each | Maple syrup / margarine |
| 2 | each | Crisp Turkey Bacon |
| DRINKS | ********** | ************************************************ |
| 1 | each | 2% milk |

NO. OF LUNCH ORDERED: 12    FOOD TEMPERATURE: 150°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 each | 1/3 | Grilled Turkey & Swiss melt sandwich bucked in a bun |
|  |  | Fruited Coleslaw |
|  |  | Bonanza |
| SNACKS | ********** | ************************************************ |
|  |  | Vanilla Wafers & fresh fruit |
| DRINKS | ********** | ************************************************ |
| 1 c. 2% |  | milk |

NO. OF DINNER ORDERED: 10    FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | Corn Crab Soup |
| 3 | oz. | Fish Florentine |
| 2/3 | c. | Steamed Rice |
|  |  | Seasoned Zucchini w/ tomato and Onions |
| SNACKS | ********** | ************************************************ |
|  |  | Blushing Pear Salad |
|  |  | Turkey Sandwich |
| DRINKS | ********** | ************************************************ |
|  |  | Milks |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-15-05      CHC - DAILY MENU      DAY: Monday

NO. OF BREAKFAST ORDERED: 14      FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Mash Potatoes |
| 1 | sm. | Muffin |
| 1 | scp. | Scramble egg |
| 1 |  | Apple fruit, jam, butter |
| DRINKS | ********** | ************************************************ |
| 1 |  | milk |

NO. OF LUNCH ORDERED: 14      FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 pc. |  | BBQ PORK CHOP |
| 1 | scp | AU GRATIN POTATOES |
| 1 | scp | SAUTEED SEASONED MIXED FRESH VEGETABLES |
| 2 ea |  | DINNER ROLL / 1 ea. WALDORF SALAD |
| SNACKS | ********** | ************************************************ |
| 1 ea. |  | SAND WICH |
| DRINKS | ********** | ************************************************ |
| 2 ea. |  | MILK |

NO. OF DINNER ORDERED: 13      FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice / butter |
| 1 | 3 oz. | Chicken with Dumplings |
| 1 | 1/2 cp | Steamed Broccoli |
| 2 | ea | Dinner rolls / 1 Cantaloup |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Ham & Cheese |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAG HAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08.14.05                CHC - DAILY MENU        DAY: Sunday

NO. OF BREAKFAST ORDERED: _____          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |
|  |  |  |

NO. OF LUNCH ORDERED: 15              FOOD TEMPERATURE: 145°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice / butter / Dinner rolls |
| 1 | slices | ~~Pot Roast~~ baked Chicken |
| 1 | ea | Seasoned vegatables |
| 1 | ea | Furit (mix in cup) |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Cookeis |
| 1 | ea | apple |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NO. OF DINNER ORDERED: 15              FOOD TEMPERATURE: 145°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice / butter / |
| 3 | ea | Pot Roast |
| 1 | cup | Peaches |
| 1 | cup | Vegatable salad |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Tuna Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 8-14-05　　CHC - DAILY MENU　　DAY: Sunday

NO. OF BREAKFAST ORDERED: 15　　FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | each | Pancakes |
| 1 | each | Ham |
| 1 | each | Orange/Apple |
| 1 | each | Syrup/Butter |
| DRINKS | ********** | ************************************************ |
| 1 | each | Milk/Juice |

NO. OF LUNCH ORDERED: 15　　FOOD TEMPERATURE: 150°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Chicken Kelaguen |
| 1/3 | c. | Steamed Rice |
| 3/4 | c. | Sauted Local Seasoned Vegetables |
|  |  | Fresh Island Mixed Fruit Cup |
| SNACKS | ********** | ************************************************ |
| 3 |  | Graham Cracker |
| 15 |  | Apples |
| DRINKS | ********** | ************************************************ |
|  |  | Milks |

NO. OF DINNER ORDERED: ____　　FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| SNACKS | ********** | ************************************************ |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08.13.05     CHC - DAILY MENU   DAY: Saturday

NO. OF BREAKFAST ORDERED: 13     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | slices | toast         1/1 butter + jelly |
| 1 |  | hard boiled egg |
| 1 | bowl | soup |
| 1 |  | orange fruit |
| DRINKS | ********** | ************************************************ |
| 1 | C | milk |

NO. OF LUNCH ORDERED: ____     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| SNACKS | ********** | ************************************************ |
| /E |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |
|  |  |  |

NO. OF DINNER ORDERED: 13     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 ea. |  | DINNER ROLL / 1 SCP. RICE // SCP. CARROT / |
|  |  | 1 SCP. BEEF STEAK WITH BELL PEPPER |
| 1 | Bowl | SOUP |
| 1 ea |  | MARGORINE |
| SNACKS | ********** | ************************************************ |
| 1 ea. |  | APPLE |
| 1 ea. |  | EGG SANDWICH |
| DRINKS | ********** | ************************************************ |
| 2 ea |  | MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08.12.05           CHC - DAILY MENU   DAY: _____

NO. OF BREAKFAST ORDERED: 11          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | c | muffin / jelly |
| 1/2 | c | scrambled egg |
| 1 | each | apple |
| DRINKS | ********** | ************************************************* |
| 1 | each | chilled milk and juice |

NO. OF LUNCH ORDERED: 11          FOOD TEMPERATURE: 80°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | TENDER ROAST BEEF AU JUS |
| 2/3 | c. | STEAMED RICE |
| 1/2 | c. | BUTTERED CARROTS |
| 2 | ea. | HOMEMADE DINNER ROLLS |
| SNACKS | ********** | ************************************************* |
| 1 | ea. | COOKIES |
| 1 | ea. | RED FRUITED JELLO |
| DRINKS | ********** | ************************************************* |
| 1 | c. | 2% MILK |

NO. OF DINNER ORDERED: 11          FOOD TEMPERATURE: 80°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 1 | serving | battered fish w/Tartar sauce & lemon slice |
| 1 | ea. | Green beans, sauteed Chinese Cabbage/Carrots/bell pepper |
| 1 | ea. | Dinner rolls, butter, honey dew |
| SNACKS | ********** | ************************************************* |
| 1 | ea | Tuna Sandwich |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-11-05   CHC - DAILY MENU   DAY: Thursday

NO. OF BREAKFAST ORDERED: 12   FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | C. | Chilled Juice          2 - Turkey Bacon |
| 2 |  | French Toast Supreme |
| 1 |  | Maple Syrup |
| 1 |  | maragrine |
| DRINKS | ********** | ************************************************ |
| 1 | C. | 2% Milk |

NO. OF LUNCH ORDERED: 11   FOOD TEMPERATURE: 85

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 ea. | 3 oz. | CRISPY CHICKEN |
|  | 1 C. | BROWN NEW POTATOES / 2 EA. MARGERINE |
|  | 1/2 C. | SEASON PEAS / 2 EA. DINNER ROLL |
|  | SCP | CARROT, RAISIN, PINEAPPLE, SALAD |
| SNACKS | ********** | ************************************************ |
| 1 EA. |  | APPLE    /1. EA. VANILLA WAFER |
| 1 EA. |  | ORANGE |
| DRINKS | ********** | ************************************************ |
| 1 EA. |  | MILK |

NO. OF DINNER ORDERED: 11   FOOD TEMPERATURE: 80

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 EA. | BOWL | MINESTRONE SOUP / 1 EA. DINNER ROLL |
| 1 | SCP | PORK BISTEAK // 1 EA. MARGERINE |
| 1 | SCP | STEAM RICE |
| 1 | BOWL | FRUIT AND BROCOLI SALAD |
| SNACKS | ********** | ************************************************ |
| 1 | bowl | PEAR HALVES / 2 EA. SUGAR COOKIES |
| 1 EA |  | PEANUT BUTTER JELLY SANDWICH |
| DRINKS | ********** | ************************************************ |
| 2 EA |  | MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: **08-10-05**    CHC - DAILY MENU    DAY: **Wednesday**

NO. OF BREAKFAST ORDERED: **11**    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Mash Potatoe / 90° |
| 1 | scp | Scramble egg / 98° |
| 3 | s/c | buttered bread |
| 1 |  | butter, jelly jam, orange fruit, graham cracker |
| DRINKS | ********** | ****************************************** |
| 1 |  | Grape juice, milk |

NO. OF LUNCH ORDERED: _____    FOOD TEMPERATURE: **85°**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 el | ½ c. | mash potato 140° |
|  |  | Beef 180° |
|  | 1/2 c. | season mixed carrots & peas |
|  | 1 1/2 | Peel bell |
| SNACKS | ********** | ****************************************** |
| 1 | e | sandwich |
|  |  |  |
| DRINKS | ********** | ****************************************** |
|  |  | milk |

NO. OF DINNER ORDERED: _____    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Rice, stirfry Pork, w/ roll |
| 1 | ea-cp. | green salad, grapes, onion soup |
|  |  |  |
| SNACKS | ********** | ****************************************** |
| 1 | ea. | Tuna Sandwich |
|  |  |  |
| DRINKS | ********** | ****************************************** |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Aug. 09, 2005    CHC - DAILY MENU    DAY: Tuesday

NO. OF BREAKFAST ORDERED: 12     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | B Cold Cereal      SNACK: 3-Graham Crackers |
| 1/2 | c. | Scrambled Egg     1/2 c. - Juice |
| 2 | each | Blueberry Muffin     1 - Apple |
| 1 | each | Jelly |
| DRINKS | ********** | ************************************************ |
| 1 | each | Milk |

NO. OF LUNCH ORDERED: 11     FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 each | 1/3 c. | Steamed rice |
|  | 1 c. | Homde corn cob soup |
|  | 2 oz. | BBQ fish w/ tarter sauce |
|  | 1/2 c. | Asparagus wheat roll mayone |
| SNACKS | ********** | ************************************************ |
| 1 each |  | 5 pcs vanilla cracker |
| DRINKS | ********** | ************************************************ |
| 1 each | 1 c 2% | milk |

NO. OF DINNER ORDERED: 11     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 each | 1 scoop | Steamed rice  w/ fish mahi mahi |
|  | 4 pcs | asparagus w/ cheese |
|  | 1/2 c. | soup |
|  | 2 pc | dinner roll |
| SNACKS | ********** | ************************************************ |
|  |  | sandwich |
| DRINKS | ********** | ************************************************ |
|  |  | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |