# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: __8/8/05__    CHC - DAILY MENU    DAY: __Monday__

NO. OF BREAKFAST ORDERED: __12__    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| ½ | c. | Chilled Juice          1-Jelly |
| ½ | c. | Scrambled Egg |
|  |  | Cold Cereal |
| 2 | each | Buttered Wheat Toast |
| DRINKS | ********** | ************************************************ |
| 1 | each | 2% Milk |

NO. OF LUNCH ORDERED: _____    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 |  | Sphagetti / Taosted french Bread |
| 1 | cp | Pasta |
| 1 | cp | Vegatable Salad |
| SNACKS | ********** | ************************************************ |
| 1 | ea | orange |
| 1 | ea | Vanilla wafers |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NO. OF DINNER ORDERED: _____    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| SNACKS | ********** | ************************************************ |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAC MAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08-06-05          CHC - DAILY MENU   DAY: Sunday

NO. OF BREAKFAST ORDERED: 12          FOOD TEMPERATURE: 140

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 6 | slices | French Toast |
| 2 | slices | Bacon |
| 1 | ea | orange / syrup / butter |
| 1 | ea | Graham Crackers / Sponge Cake |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk / Juice |

NO. OF LUNCH ORDERED: 12          FOOD TEMPERATURE:

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 ccl (3c) scoop | | Steamed rice |
| | 3oz | chicken soup w/ banana sauce |
| | | lettuce & tomato salad w/ dressing |
| 2 pc | | dinner roll & margarine |
| SNACKS | ********** | ************************************************ |
| 1c | | cantelope orange fruit |
| DRINKS | ********** | ************************************************ |
| 1c 2% | | milk |

NO. OF DINNER ORDERED: 12          FOOD TEMPERATURE: 140

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp. | Rice |
| 1 | scp. | Stirfry seafood / Butter corn |
| 1 | | Veggie Soup / Dinner rolls |
| 1 | sch | Butter. |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Mandarin orange |
| 1 | ea | Jello |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08/06/05          CHC - DAILY MENU     DAY: SATURDAY

NO. OF BREAKFAST ORDERED: 12          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea. | American |
| 1 | pc. | Twist bread |
| 1 | ea. | Orange |
| 1 | ea. | Butter/Jelly |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Milk and Juice |

NO. OF LUNCH ORDERED: 12          FOOD TEMPERATURE: 155

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea. | Steamed Rice - 150 |
| 1 | ea. | Pork Stew - 118 |
| 2 | ea. | Dinner rolls |
| 1 | ea. | Jello |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Crackers |
| 1 | ea. | Cake |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Milk |

NO. OF DINNER ORDERED: 12          FOOD TEMPERATURE: 155

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice 120° |
| 2 | ea. | Beef Stew 130 |
| 1 | pcs. | Dinner rolls    vegie. soup. 144° |
| 1 | ea. | Cucumber Salad / Fruit Salad |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Tuna Sandwich |
| 1 | ea. | Orange |
| DRINKS | ********** | ************************************************ |
| | | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08/5/05  CHC - DAILY MENU  DAY: FRIDAY

NO. OF BREAKFAST ORDERED: 11  FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pc. | Poached Egg |
| 2 | pcs. | Buttered wheat toast |
| 1 | ea. | Jelly |
| 1 | ea. | Cereal |
| DRINKS | ********** | ************************************************* |
| 1 | ea | Milk and Juice |

NO. OF LUNCH ORDERED: 11  FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea. | BBQ chicken 94° |
| 1 | scp | Steamed Rice 110° |
| 1 | scp | Seasoned Green beans |
| 1 | ea. | Potato Salad / Dinner rolls. |
| SNACKS | ********** | ************************************************* |
| 1 | · | Grapes |
| 2 | ea. | Crackers |
| DRINKS | ********** | ************************************************* |
| 1 | ea | Milk |

NO. OF DINNER ORDERED: 11  FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Steamed rice 110° |
| 2 | pcs. | Fish fillet 102° |
| 1 | scp | Spinach   Veg. Soup 128° |
| 2 | ea | Dinner rolls |
| SNACKS | ********** | ************************************************* |
| 1 | ea | Rosku Cookies |
| 1 | ea | Tuna Sandwich |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 8·04·05  CHC - DAILY MENU  DAY: Thursday

NO. OF BREAKFAST ORDERED: 11   FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | pcs | Banana pancakes w/ butter & syrup |
| 2 | oz. | Grilled ham |
| ½ | | * 3 pcs graham crackers |
| | | Fresh oranges for snacks |
| DRINKS | ********** | ************************************************ |
| ½ | c. | chilled juice |
| ½ | c. | milk |

NO. OF LUNCH ORDERED: 11   FOOD TEMPERATURE: 140

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | serv. | Turkey with gravy / mix veg. |
| 1 | pc. | Sweet potatoes / melon |
| 2 | pc | Dinner roll with margarine |
| SNACKS | ********** | ************************************************ |
| 1 | | Peanut butter and jelly |
| DRINKS | ********** | ************************************************ |
| 1 | | Milk and juice |

NO. OF DINNER ORDERED: 11   FOOD TEMPERATURE: 165

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | White rice |
| 1 | serving | Ground beef w/veg. / veg. salad / onion soup |
| 2 | pcs | Dinner roll w/margarine |
| 1 | each | Cup cake and pear |
| SNACKS | ********** | ************************************************ |
| 1 | | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | each | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KARMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11            CHC - DAILY MENU        DAY: 8-03-04

NO. OF BREAKFAST ORDERED: 11        FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 ea | 1 scoop | scrambled eggs |
|  | 1 scoop | steamed rice |
|  | 2 pc | toast w/ jelly & butter |
|  |  | (snack) graham cake |
| **DRINKS** | ********** | ********************************************** |
| 1 ea |  | milk, juice |

NO. OF LUNCH ORDERED: 11        FOOD TEMPERATURE: 110°F

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 ea | 3 oz | Ground Hamburger steak w/ mushroom gravy |
|  | 1/2 c. | Buttered mashed potatoes 1/2 c sauteed green beans |
|  | 1/2 c. | fruit salad w/ dinner roll |
|  |  | Sherbet and chocolate cake |
| **SNACKS** | ********** | ********************************************** |
|  |  | 5 Vanilla wafers |
| **DRINKS** | ********** | ********************************************** |
|  |  | milk |

NO. OF DINNER ORDERED: 11        FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp. | rice |
| 3 | pcs. | Pork steak |
| 2 | pcs. | dinner roll w/ margarine |
| 1 | sm. bowl | Soup, Mandevinas w/ vegs. salad |
| **SNACKS** | ********** | ********************************************** |
| 1 |  | ham & cheese |
| **DRINKS** | ********** | ********************************************** |
| 1 |  | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 08/02/05          CHC - DAILY MENU   DAY: TUESDAY

NO. OF BREAKFAST ORDERED: 11          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | pcs. | French Toast Supreme |
| 1/4 | c. | Scrambled Eggs |
| 2 | pcs. | Crisp Turkey Bacon |
| 1 | ea. | Maple Syrup/Butter |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Milk and Juice |

NO. OF LUNCH ORDERED: 11          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/3 | ea | Grilled Turkey and Swiss Melt |
| 1 | cup | Italian Garden Soup |
| 1 | ea. | Sandwich Baked Buns |
| 1 | cup | Fruit Coleslaw |
| SNACKS | ********** | ************************************************ |
| 1 | ea | oranges |
| DRINKS | ********** | ************************************************ |
| 1 | ea | milk |

NO. OF DINNER ORDERED: 11          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scoop | Rice |
| 1 | cup | Corn Crab Soup, dinner rolls, butter |
| 2 | ea. | Fish Florentine |
| 1 | cup | Seasoned Zucchini, Tomato & Onions, Blushing Pear salad |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Roastbeef Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs. | Poppers 100% grape juice |

KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Aug. 01, 2005     CHC - DAILY MENU     DAY: Monday

NO. OF BREAKFAST ORDERED: 10     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | c. | Chilled Juice          1- Jelly |
| 1/4 | c. | Scrambled Egg |
| 1/2 | c. | Hash Browned Potatoes |
| 1 | each | Banana Muffin |
| DRINKS | ********** | ************************************************ |
| 1 | each | 2% Milk |

NO. OF LUNCH ORDERED: 10     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Grilled BBQ Pork Chop        1/2 c. - Waldorf Salad |
| 1 | c. | Au Gratin Potatoes |
| 1/2 | c. | Sauteed Seasoned Mixed Fresh Veg. |
| 2 | each | Homemade Wheat Roll + Margarines |
| SNACKS | ********** | ************************************************ |
| 3 | each | Grahams |
| 1 | each | Apple |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% milk |

NO. OF DINNER ORDERED: 11     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Chicken w/ Dumplings        1- Cantaloupe |
| 1/3 | c. | Steamed Rice |
| 1/2 | c. | Buttered Steamed Broccoli |
| 1 | each | Homemade Wheat Roll w/ margarine |
| SNACKS | ********** | ************************************************ |
| 1 | each | Ham + Cheese Sandwich |
| 1 | each | 2% Milk |
| DRINKS | ********** | ************************************************ |
| 1 | each | 2% Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07-31-05          CHC - DAILY MENU          DAY: Sunday

**NO. OF BREAKFAST ORDERED: 10          FOOD TEMPERATURE: _____**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | pc. | Blueberry Pancakes |
| 1 | ea. | Syrup and margarine |
| 1 | pc. | Grilled Ham |
| 1 | ea. | Graham Cracker / Fresh Fruit |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk and juice |

**NO. OF LUNCH ORDERED: 10          FOOD TEMPERATURE: _____**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Steamed Rice 175°   2/3 c mix fruit 40° |
| 2 | pcs | Chicken 155° |
| 1 | srv | Tinyas 40° |
| 1 | scp | Seasoned local vegetables 140° |
| SNACKS | ********** | ************************************************ |
| 1 | each | Vanilla wafer 40° |
| 1 | each | Orange 40° |
| DRINKS | ********** | ************************************************ |
| 1 | c | milk 47° |

**NO. OF DINNER ORDERED: 10          FOOD TEMPERATURE: _____**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Steamed Rice 180°        peaches 40° |
| 3 | slice | Pot Roast 155°           Butter 40° |
| 1 | c | vegetable soup 165° |
| 2 | each | white roll 40° |
| SNACKS | ********** | ************************************************ |
| 1 | each | Sandwich 40° |
| DRINKS | ********** | ************************************************ |
| 1 | each | milk 40° |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 7/30/05　　CHC - DAILY MENU　DAY: SATURDAY

NO. OF BREAKFAST ORDERED: 10　　FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | | TWIST BREAD |
| 1 | | BOILED EGG |
| 1 | | COOKIE |
| 1 | | PUMPKIN SOUP |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | MILK & JUICE |

NO. OF LUNCH ORDERED: 10　　FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp | Steamed rice (135°F) |
| 1 | Scp | Chicken Curry w/vegies (128°F) |
| 1 | ev, ea. | Grapes, Apples |
| 1 | sv | Steamed vegetable |
| SNACKS | ********** | ************************************************* |
| 5 | each | Vanilla wafers |
| 5 | ea. | Graham Crackers |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | Milk |

NO. OF DINNER ORDERED: 10　　FOOD TEMPERATURE: ____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp | Steamed rice (112°F) |
| 1 | Scp | Beef Steak w/vegies (80°F) |
| 1 | Serv. | Carrots　Vegetable Soup (122°F) |
| 2 | each | Dinner rolls |
| SNACKS | ********** | ************************************************* |
| 1 | each | apple |
| 1 | bag | wafers |
| DRINKS | ********** | ************************************************* |
| 1 | each | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: 07/29/85          CHC - DAILY MENU     DAY: FRIDAY

NO. OF BREAKFAST ORDERED: 10          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | c. | Oatmeal |
| 1/2 | c. | Scrambled Egg |
| 2 | ea. | Apple Muffin |
| 1 | ea. | Jelly |
| DRINKS | ********** | ************************************************** |
| 1 | ea. | Milk and Juice |

NO. OF LUNCH ORDERED: 10          FOOD TEMPERATURE: 165°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp. | White Rice |
| 1 | Serv | Roast Beef / veg. cottage salad / Red fruit jello |
| 1 | Serv | Buttered Carrots |
| SNACKS | ********** | ************************************************** |
| 1 | | Orange / cookies |
| DRINKS | ********** | ************************************************** |
| 1 | | Milk |

NO. OF DINNER ORDERED: 10 plates          FOOD TEMPERATURE: 170°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp | White Rice |
| 2 | pcs | Fried Fish w/ dip |
| 1 | serving | Soup / Kim chee coro |
| 1 | each | Melon |
| SNACKS | ********** | ************************************************** |
| 1 | | Turkey Sandwich |
| DRINKS | ********** | ************************************************** |
| 1 | | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: _____  CHC - DAILY MENU  DAY: _____

NO. OF BREAKFAST ORDERED: _____     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************************** |
|  |  |  |

NO. OF LUNCH ORDERED: __10__     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| SNACKS | ********** | ************************************************************** |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************************** |
|  |  |  |

NO. OF DINNER ORDERED: _____     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| SNACKS | ********** | ************************************************************** |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************************** |
|  |  |  |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 67/28/05      CHC - DAILY MENU   DAY: THURSDAY

NO. OF BREAKFAST ORDERED: 10      FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | | French Toast Supreme / 3 Graham Cracker |
| 2 | slice | Bacon Turkey |
| 1 | | Maple Syrup / 2 Margarine |
| 1 | | Banana |
| DRINKS | ********** | ************************************************ |
| 1 | 8 oz. | Milk / 1 8oz. Juice |

NO. OF LUNCH ORDERED: 10      FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz | Baked Crispy Chicken |
| 1 | c | Oven Browned Potatoes |
| ½ | c | Peas |
| 1 | Bowl | Carrot/Raisin Pineapple Salad |
| SNACKS | ********** | ************************************************ |
| 1 | each | Apple / 1 each Orange |
| 1 | each | Cookies |
| DRINKS | ********** | ************************************************ |
| 1 | each | Milk |

NO. OF DINNER ORDERED: _____      FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | |
| SNACKS | ********** | ************************************************ |
| DRINKS | ********** | ************************************************ |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07-27-05     CHC - DAILY MENU     DAY: ~~TUESDAY~~ WEDNESDAY

NO. OF BREAKFAST ORDERED: _____     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Scrambled egg / 1 scp Hash Brown |
| 3 | slice | Bacon / 3 ea. Graham Crackers |
| 2 | ea. | Buttered Wheat Bread |
| 1 | ea. | Jelly / 1 ea. Orange (fruit) |
| DRINKS | ********** | *********************************************** |
| 1 | ea. | Milk / 1 ea. Juice |

NO. OF LUNCH ORDERED: 10     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz | Old fashioned Meatloaf 160° / 1 margarine 40° |
| 1/2 | c | Buttered mash potatoes w/gravy 185° / 1 peach halves |
| 1/2 | c | Seasoned mixed peas and carrots / pound angel cake 40° |
| 1 | each | White roll 40° |
| SNACKS | ********** | *********************************************** |
| 1 | long | Vanilla wafer 40° |
| DRINKS | ********** | *********************************************** |
| 1 | c | Milk 40° |

NO. OF DINNER ORDERED: 10     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz | Pork with carrots 165° |
| 2/3 | c | Steamed Rice 170° |
| 1 | c | Onion Soup 170° |
| 1 | each | White Roll 40° |
| SNACKS | ********** | *********************************************** |
| 1 | each | Tuna sandwich 40° |
| DRINKS | ********** | *********************************************** |
| 1 | c | Milk 40° |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07·26·05         CHC - DAILY MENU    DAY: Tuesday

NO. OF BREAKFAST ORDERED: 10          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|   |   | Cold Cereal |
| 1/2 | c. | Scrambled Egg |
| 1 |   | Blueberry Muffin |
| 1 |   | Jelly |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% Milk |

NO. OF LUNCH ORDERED: 10          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |   |
|---|---|---|---|
| 3 | oz. | Honey Glazed Ham | 1 - Homemade Wheat Roll |
| 1/2 | c. | Hot Spiced Escalloped Apples | 1 - margarine |
| 1/2 | c. | Steamed Tapioca / Yam |   |
|   |   | Basil Tomato Salad |   |
| SNACKS | ********** | ************************************************ |   |
| 5 | pcs. | Vanilla Wafers |   |
| 1 | each | Apple |   |
| DRINKS | ********** | ************************************************ |   |
| 1 | each | Milk |   |

NO. OF DINNER ORDERED: 10          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |   |
|---|---|---|---|
| 1 | c. | Homemade Corn - Crab Soup | 1 - Homemade Wheat Roll |
| 3 | oz. | BBQ Fish w/ Tartar Sauce | 1 - Margarine |
| 2/3 | c. | Steamed Rice | 1/2 c. - Mandarin Oranges |
| 1/2 | c. | Asparagus w/ Cheese Sauce |   |
| SNACKS | ********** | ************************************************ |   |
| 1 | each | Sandwich |   |
| DRINKS | ********** | ************************************************ |   |
| 1 | each | 2% Milk |   |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07.25.05  CHC - DAILY MENU  DAY: Monday

NO. OF BREAKFAST ORDERED: _____   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************************ |
|  |  |  |

NO. OF LUNCH ORDERED: 10   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz | Meatsauce |
| 1 | c | Pasta |
| 1 | each | Buttered french toast |
| 1/2 | c | Tossed Salad |
| SNACKS | ********** | ************************************************************ |
| 1 | sm bag | vanilla wafer |
| 1 | each | fresh orange |
| DRINKS | ********** | ************************************************************ |
| NO |  | milk = NONE |

NO. OF DINNER ORDERED: 10   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c | Homemade mushroom soup  1.slice watermelon |
| 3 | oz | chicken Cacciatore |
| 1/8 | c | Steamed Rice |
| 1/2 | c | Sautéed local squash w/carrots & bell pepper |
| SNACKS | ********** | ************************************************************ |
| 1 | each | Tuna Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************************ |
| 1 | c | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07-24-05        CHC - DAILY MENU    DAY: Sunday

NO. OF BREAKFAST ORDERED: 10        FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | c. | Chilled Juice |
| 3 |  | French toast |
| 1 |  | Maple Syrup and Margarine |
| 2 |  | Turkey Bacon |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% Milk |

NO. OF LUNCH ORDERED: 10        FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz | Chicken Soup w/banana 145° |
| 1/3 | c | Steamed Rice 180° |
| 1 |  | Homemade white roll 40° |
| 1 | c | cantaloupe (fresh) 40° |
| SNACKS | ********** | ************************************************ |
| 1 | bag | wafer vanilla 40° |
| 1 | each | orange fruit (fresh) 40° |
| DRINKS | ********** | ************************************************ |
| 1 | c | milk 40° |

NO. OF DINNER ORDERED: 10        FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/3 | c | Steamed Rice 170°    Mixed seafood 145° |
| 1 | c | Vegetable Soup 170° |
| 1/2 | c | corn 165° |
| 1 | each | dinner roll 40° |
| SNACKS | ********** | ************************************************ |
| 1 | each | Ham Sandwich 40° |
| DRINKS | ********** | ************************************************ |
| 1 | c | milk 40° |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07/23/05　　CHC - DAILY MENU　DAY: SATURDAY

NO. OF BREAKFAST ORDERED: 10　　FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | oz. | Aruskada |
| 1 | ea. | Cold or Hot Cereal |
| 1 | ea. | Twist Bread |
| 1 | ea. | Margarine / Jelly |
| DRINKS | ********** | ************************************************** |
| 1 | c. | 2% milk |

NO. OF LUNCH ORDERED: 10　　FOOD TEMPERATURE: 110°/102°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Sup | Steamed Rice 110°F |
| 1 | Sup | Stir fry turkey 102°F |
|  |  | Emerald salad — No Salad — |
|  |  | Dinner rolls |
| SNACKS | ********** | ************************************************** |
| 1 | Cup | Sherbet / Pumpkin bar |
| 1 | each | Tuna Sandwich |
| DRINKS | ********** | ************************************************** |
| 1 | each | Milk |

NO. OF DINNER ORDERED: 10　　FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | white steamed rice |
| 1 | " | beef stew |
| 2 | pcs. | Dinner rolls |
| 1 | bwl. | fruit salad |
| SNACKS | ********** | ************************************************** |
| 1 | each | Tuna sandwich |
| 8 |  |  |
| DRINKS | ********** | ************************************************** |
| 1 | each | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs. | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07/22/05   CHC - DAILY MENU   DAY: FRIDAY

NO. OF BREAKFAST ORDERED: _____   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | ea. | Poached Egg |
| 2 | ea. | Buttered Wheat Toast |
| 1 | ea. | Jelly |
| 1 | ea. | Cereal |
| DRINKS | ********** | ************************************************* |
| 1 | c. | 2% Milk / Chilled Juice |

NO. OF LUNCH ORDERED: 10   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Red Rice |
| 1 | pc | B.B.Q. Chicken |
| 1 | serving | Green Beans / Potato Salad / Grapes |
| 2 | pcs | Dinner Rolls / Margarine |
| SNACKS | ********** | ************************************************* |
| 1 | | Tuna Sandwich |
| DRINKS | ********** | ************************************************* |
| 1 | | Milk |

NO. OF DINNER ORDERED: 10   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | Homemade Soup (122°)   1- Homemade White Roll |
| 3 | oz | Mahi-Mahi w/ Capers, Lemon Slice, tartar Sauce (90°) |
| 2/3 | c. | Steamed Rice (100°)   2- Margarine (72°) |
| 1/2 | c. | Tender Cooked Kang Kong (100°)   1/2 c. - Applesauce + Raisin Cookie |
| SNACKS | ********** | ************************************************* |
| 1 | each | Sandwich |
| DRINKS | ********** | ************************************************* |
| 1 | each | 2% Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAC-HAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07.21.05        CHC - DAILY MENU        DAY: Thursday

NO. OF BREAKFAST ORDERED: 10        FOOD TEMPERATURE: ?

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pc. | Pancake |
| 1 | ea. | maple syrup / 2 margarine |
| 2 | oz. | Grilled Ham |
| 1/2 | c. | chilled Juice / Graham Cracker, and Fresh Fruit |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk |

NO. OF LUNCH ORDERED: 10        FOOD TEMPERATURE: 120

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Roast Turkey w/    1/2 c. - Seasoned Peas & Carrots |
| 1/4 | c. | homemade dressing & gravy garnished w/ jellied |
|  |  | cranberry sauce    1 - homemade wheat Roll |
| 1/2 | c. | Baked Sweet Potato    2 - margarine    1 - Honeydew |
| SNACKS | ********** | ************************************************ |
| 1 | each | Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | each | 2% milk. |

NO. OF DINNER ORDERED: 10        FOOD TEMPERATURE: 165

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp | Rice |
| 1 | serving | Ground beef |
| 2 |  | Dinner rolls w/ margarine |
| 1 | each | Soup / veg. coco / Angel cake |
| SNACKS | ********** | ************************************************ |
| 1 |  | Peanut butter & Jelly sandwich |
| DRINKS | ********** | ************************************************ |
| 1 |  | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |