# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07-20-05          CHC - DAILY MENU   DAY: WEDNESDAY

NO. OF BREAKFAST ORDERED: _10_          FOOD TEMPERATURE: _155_

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 2/3 c. | | Steam Rice |
| 1/2 c. | | Scramble Egg |
| 1 ea | | Slice buttered Toast Wheat |
| 3 ea. | | Graham Cracker / 2 ea. Jelly |
| DRINKS | ********** | ************************************************ |
| 1 ea. | | Milk / 1 ea. Juice |

NO. OF LUNCH ORDERED: _10_          FOOD TEMPERATURE: _140_

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Smash potato w/ gravy |
| 1 | pc | Hamburger steak w/ gravy / bowl mix fruits |
| 1 | serving | Green beans |
| 1 | each | Ice cream / Margarine / Dinner rolls / sponge cake |
| SNACKS | ********** | ************************************************ |
| 1 | each | Ham & Cheese sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | | Milk |

NO. OF DINNER ORDERED: _10_          FOOD TEMPERATURE: _160_

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 each | pcs | Pork chop |
| | 1/2 | Rice w/ dinner roll |
| | 1 c. | Hearty veggie soup margarine |
| | 1 c 2% | milk |
| SNACKS | ********** | ************************************************ |
| | | (sandwich) |
| DRINKS | ********** | ************************************************ |
| | | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty | Portion | How food is cooked/brand of drink |
|-----|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAC HAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: 07-19-05  CHC - DAILY MENU  DAY: Tuesday

NO. OF BREAKFAST ORDERED: _____  FOOD TEMPERATURE: 160

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 each | 2 pcs | French Toes supreme |
| | 1/4 c. | Scramble eggs |
| | 2 pcs | corn Turkey bacon |
| | | maple syrup & margarine |
| **DRINKS** | ********** | ********************************************* |
| | 1/2 c. | chilled juice Ice milk |

NO. OF LUNCH ORDERED: 11  FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | c. | Italian garden soup 120° |
| 1/4 | | Grilled Turkey sandwich in french bread 40° |
| 1/3 | c. | frosted coleslaw 40° |
| 1 | each | Banana fruit 40° |
| **SNACKS** | ********** | ********************************************* |
| 1 | each | frosted Tuna Sandwich 40° |
| **DRINKS** | ********** | ********************************************* |
| 1 | c. | milk 40° |

NO. OF DINNER ORDERED: 11  FOOD TEMPERATURE: 170°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | ea. | Fish w/spinach / rice |
| 1/3 | c. | String beans |
| 1/2 | c. | Corn soup /white roll /margarin |
| 2 | ea. | Peach halves |
| **SNACKS** | ********** | ********************************************* |
| 1 | ea. | Tuna w/veg. sandwich |
| **DRINKS** | ********** | ********************************************* |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: 07·18·05    CHC - DAILY MENU  DAY: Monday

NO. OF BREAKFAST ORDERED: 14     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|---------------------------------------|
| 1/2 | c. | Scrambled Egg |
| 1/2 | c. | Hash Browned potatoes |
| 1 | ea. | Banana muffin |
| 1 | ea. | Jelly / 3 Graham Cracker / Juice or Fresh Fruit. |
| DRINKS | ********** | ********************************************* |
| 1 | ea. | milk |

NO. OF LUNCH ORDERED: 140     FOOD TEMPERATURE: 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|---------------------------------------|
| 3 | oz | Grilled bbq Pork Chop |
| 1/2 | c | Au gratin Potatoes |
| 1/2 | c | Seasoned Okra |
| 1/2 | c | Waldorf Salad |
| SNACKS | ********** | ********************************************* |
| 1 | bag | Vanilla Wafer |
| 1 | each | fresh Orange |
| DRINKS | ********** | ********************************************* |
| 1 | c | Milk |

NO. OF DINNER ORDERED: 14     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|---------------------------------------|
| 3 | oz | Chicken with Dumplings |
| 2/3 | c | Steamed Rice |
| 1/2 | c | Buttered Steamed Broccoli with carrots |
| 1 | each | Cantaloupe |
| SNACKS | ********** | ********************************************* |
| 1 | each | Ham Sandwich |
| DRINKS | ********** | ********************************************* |
| 1 | each | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

Case 1:99-cv-00017    Document 23-13    Filed 10/03/2005    Page 4 of 21

# KAC HAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 7/17/05      CHC - DAILY MENU   DAY: Sunday

**NO. OF BREAKFAST ORDERED:** _____      **FOOD TEMPERATURE:** _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Ea. | ORANGE |
| 3 | ved | BLUEBERRY PANCAKES |
| 2 | oz. | GRILLED HAM |
| 1 | ea. | BUTTER & SYRUP |
| **DRINKS** | ********** | ***************************************** |
| 1 | a. | 2% MILK |

**NO. OF LUNCH ORDERED:** 14      **FOOD TEMPERATURE:** 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 2 | oz | Baked chicken                    1/4 c mix fruit |
| 1/2 | c | Steamed Rice |
| 3/4 | c | Sauteed local Seasoned vegetables |
| 1 | each | Titiyas 2 margarine |
| **SNACKS** | ********** | ***************************************** |
| 5 | pc | Vanilla Wafer |
| 1 | each | fresh fruit |
| **DRINKS** | ********** | ***************************************** |
| 1 | c | milk |

**NO. OF DINNER ORDERED:** 14      **FOOD TEMPERATURE:** _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Rice |
| 1 | Portion | Pot roast, meat Sc |
| 1 | ea. | Veg. Soup, dinner rolls |
| 1 | en | Mixed Salad, Peaches, mixed veg. |
| **SNACKS** | ********** | ***************************************** |
| 1 | ea | Meat Sandwich |
| **DRINKS** | ********** | ***************************************** |
| 1 | ea. | MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|------------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAC MAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 7-16-05     **CHC - DAILY MENU**   DAY: Saturday

**NO. OF BREAKFAST ORDERED:** 11     **FOOD TEMPERATURE:** 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | c. | pumpkin soup |
| 1 | pc. | boiled egg |
| 1 | 2/3 | twist bread w/ butter & jelly |
| 1 | whole | orange   8 pcs. Graham Cracker |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% milk |
| 1/2 | c. | Juice |

**NO. OF LUNCH ORDERED:** 11     **FOOD TEMPERATURE:** 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 | oz. | chicken curry w/ sauce / steamed rice |
| 1/2 | c. | stirfry oriental vegetables |
| 2 | pc. | white roll / margarine / Fresh grapes. |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | wafers / Fresh Fruit. |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk |

**NO. OF DINNER ORDERED:** 14     **FOOD TEMPERATURE:** 170°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Rice |
| 1 | serving | Beef Steak / Baby carrots / veg. soup |
| 2 | pcs | Dinner Rolls |
| 1 | each | Margarine / Apple |
| SNACKS | ********** | ************************************************ |
| 1 | | Egg Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | cup | milk |

**NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:**

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

Case 1:99-cv-00017 Document 23-16 Filed 10/03/2008 Page 1 of 1

# RACHMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: 7.15.05    CHC - DAILY MENU  DAY: Friday

**NO. OF BREAKFAST ORDERED:** 11    **FOOD TEMPERATURE:** 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | pc. | muffin w/ Jelly and butter |
| 1 | pc. | Scrambled egg |
| 1 | whole | fresh banana |
| 1 | c. | Oatmeal  * 3 pcs chocolate graham Crackers |
| DRINKS | ********** | ************************************************ |
| 1 | c. ea. | milk |
| 1 | c. ea. | grape juice |

**NO. OF LUNCH ORDERED:** 11    **FOOD TEMPERATURE:** _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Rice |
| 2 | pcs | Beef Pot roast / Dinner rolls |
| 1 | each | Margarine / orange / veg. salad |
| SNACKS | ********** | ************************************************ |
| 1 | | cookies |
| DRINKS | ********** | ************************************************ |

**NO. OF DINNER ORDERED:** 11    **FOOD TEMPERATURE:** 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | cut | Miso soup |
| 1 | 3 oz | Battered fish with tartar sauce & lemon slice |
| 1 | scp | Steamed rice |
| 1 | scp | Butter Green beans & vegetables |
| SNACKS | ********** | ************************************************ |
| 1 | slice | Honey dew |
| 1 | 1 | tuna sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | 1 g | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|------------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KA... MAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07/14/05     **CHC - DAILY MENU**   DAY: THURSDAY

NO. OF BREAKFAST ORDERED: 12     FOOD TEMPERATURE: 60

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | 1/2 c. | Chilled Juice     Apple |
| 3 | pc | French Toast     2-graham crackers |
| 1 | | maple syrup 2 margarine |
| 2 | pc | Turkey Bacon |
| DRINKS | ********** | ********************************************* |
| 1 | c | 2% milk |

NO. OF LUNCH ORDERED: 12     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 1/2 | oz. c. | Baked Potatoes |
| 3 | oz. | Baked Chicken |
| 1/2 | a. | Grn Peas |
| | | Dinner roll |
| SNACKS | ********** | ********************************************* |
| | | Oranges / Apples |
| | | Cookies |
| DRINKS | ********** | ********************************************* |
| | | Milks |

NO. OF DINNER ORDERED: 12 11     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | c. | Minestrone soup |
| 3 | oz. | Pork bisteak |
| 2/3 | c. | Steamed Rice |
| 1/2 | c. | Crab or Broccoli Salad |
| SNACKS | ********** | ********************************************* |
| 11 | | Peanut butter & Jam Sandwich |
| 11 | | Butter cookie |
| DRINKS | ********** | ********************************************* |
| | | Milks |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|------------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: __7/13/05__   CHC - DAILY MENU   DAY: __WED__

NO. OF BREAKFAST ORDERED: __11__   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|---------------------------------------|
| 1/2 | C. | SCRAMBLED EGGS      GRAHAM CRACKERS |
| 1/2 | C. | HASH BROWN |
| 2 | ea. | BUTTERED WHEAT BREAD |
| 1 | ea. | JELLY |
| DRINKS | ********** | *************************************** |
| 1/2 | C | CHILLED JUICE, MILK |

NO. OF LUNCH ORDERED: __11__   FOOD TEMPERATURE: __190°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|---------------------------------------|
| 8 | oz. | Old fashion meatloaf      2. peach halves of angel |
| 1/2 | C | Buttered Mash Potatoes      Cake |
| 1/2 | C | Seasoned mix peas and carrots |
| 2 | 2 | Dinner Roll |
| SNACKS | ********** | *************************************** |
| 1 | whole | Fresh Orange |
| DRINKS | ********** | *************************************** |
| 1 | C | Milk |

NO. OF DINNER ORDERED: __11__   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|---------------------------------------|
| 1 | CUP | French onion soup, rice |
| 8 | oz. | Turkey adobo w/veg. / salad with dressing |
| 2 | PC | white roll / 1 margarine |
| SNACKS | ********** | *************************************** |
| 1 | ea. | Sandwich |
| DRINKS | ********** | *************************************** |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KA MAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07-12-05    CHC - DAILY MENU   **DAY:** Tue

NO. OF BREAKFAST ORDERED: _11_    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | SCP | SCRAMBLE EGGS / 1 ea. BLUE BERRY MUFFIN |
| 1 | BWL | CEREAL / 1 ea. JELLY |
| 1 | EA. | BANANA / 1 EA. APPLE |
| 3 | EA. | GRAHAM CRACKER |
| **DRINKS** | ********** | ************************************************* |
| 1 | EA. | MILK / 1 EA. JUICE |

NO. OF LUNCH ORDERED: _11_    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| | | Glazed Ham |
| | | Steamed Banana |
| | | Tomato Salad |
| | | Dinner rolls, butter |
| **SNACKS** | ********** | ************************************************* |
| | | Oranges & Wafers, apples |
| | | |
| **DRINKS** | ********** | ************************************************* |
| | | Milk |

NO. OF DINNER ORDERED: _11_    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | CUP | Corn crab soup |
| ~~3~~ 2 | PC. | BBQ Fish with tarter sauce / steamed rice |
| 1/2 | C. | Asparagus w/cheese sauce / wheat roll / margarine |
| 1/2 | C. | mandarin oranges |
| SNACKS | ********** | ************************************************* |
| 1 | ea. | Ham & Veg. Sandwich |
| | | |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 7-11-05          CHC - DAILY MENU DAY: MON

**NO. OF BREAKFAST ORDERED:** 10          **FOOD TEMPERATURE:** _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 each | 1/2 c | scramble eggs |
| | 1 c | cereal |
| | 2 pcs | butterd toast w/ jelly |
| | 1 w | orange fruit |
| DRINKS | ********** | ************************************* |
| | 1/2 c | chilled Juice |

**NO. OF LUNCH ORDERED:** 10          **FOOD TEMPERATURE:** _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | serving | Spaghetti w/ Meat Sauce |
| 1 | serving | Pasta |
| 1 | cup | Salad |
| 2 | ea | French Bread, oranges |
| SNACKS | ********** | ************************************ |
| 1 | ea. | Apples, Oranges |
| DRINKS | ********** | ************************************ |
| 1 | ea. | milk |

**NO. OF DINNER ORDERED:** 10 11          **FOOD TEMPERATURE:** _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Rice |
| 1 | pcs | Chicken cacciatore |
| 1 | cup | mushroom soup, veg. |
| 1 | ea. | Dinner rolls, watermelon |
| SNACKS | ********** | ************************************ |
| 1 | ea. | Tuna Sandwich |
| DRINKS | ********** | ************************************ |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: _July 10, 05_    **CHC - DAILY MENU** DAY: _Saturday_

NO. OF BREAKFAST ORDERED: ____11____    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 | ea. | Blue Berry Pan Cake |
| 3 | ea. | Bacon  Syrup  Butter |
| 1 | ea. | ORANGE  Graham Crackers |
| DRINKS | ********** | ********************************************** |
| 1 | ea. | chilled juice , milk |

NO. OF LUNCH ORDERED: ____10____    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | sc. | steamed rice |
| 3 | oz. | chicken soup w/banana |
| 1 | ea. | lettuce and tomato salad with dressing |
| 1 | ea. | white roll / 1 margarine , 1 ea. cantaloupe |
| SNACKS | ********** | ********************************************** |
| 1 | ea. | vanilla wafers / Fresh Fruit |
| DRINKS | ********** | ********************************************** |
| 1 | ea. | milk |

NO. OF DINNER ORDERED: _____    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | sc. | steamed rice |
| 1 | cp. | vegetable soup / 3 oz. seafood stirfry w/veg. |
| 1/2 | c. | Buttered corn / white roll / 1 margarine |
| 1/2 | c. | mandarin oranges and jello |
| SNACKS | ********** | ********************************************** |
| 1 | ea. | Turkey / veg. sandwich |
| DRINKS | ********** | ********************************************** |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|------------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

Case 1:99-cv-00017 Document 23-16 Filed 10/03/2005 Page 12 of 21

# KAN-MAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: July 09, 05     **CHC - DAILY MENU** DAY: SATURDAY

NO. OF BREAKFAST ORDERED: 14     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1/2 c | 1/2 c | chilled juice |
| | 2 oz | chicken Arroskaldo |
| | 1 ea. | CEREAL |
| | 1 ea. | TWIST Breno |
| DRINKS | ********** | ******************************************* |
| | | mnk chilled juice |

NO. OF LUNCH ORDERED: _____     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 | oz | Stirfry Turkey w/ broccoli & mushrooms |
| 1/3 | c. | Steamed Rice     1- margarine |
| | | Emerald Salad     1- Sherbet/Pumpkin Bar |
| 2 | each | Homemade Wheat Roll |
| SNACKS | ********** | ******************************************* |
| 5 | each | Vanilla Wafers |
| 1 | each | Fresh Fruit |
| DRINKS | ********** | ******************************************* |

NO. OF DINNER ORDERED: 11     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Scp. | Rice |
| 1 | pc | Quarter leg / Soup / veg. salad / Margarine |
| 2 | pc | Dinner Roll |
| SNACKS | ********** | ******************************************* |
| 1 | | Tuna Sandwich |
| DRINKS | ********** | ******************************************* |
| 1 | cup | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KAC HAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07-08-05      CHC - DAILY MENU   DAY: FRIDAY

NO. OF BREAKFAST ORDERED: 10          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | EA. | Mc MUFFIN |
| 1 | EA. | POACH EGG |
| 1 | EA. | HAM   BUTTER  JELLY |
|   |     | CEREAL   ORANGE |
| DRINKS | ********** | ************************************************ |
| 1 | EA. | FRUIT PUNCH, MILK |

NO. OF LUNCH ORDERED: 10          FOOD TEMPERATURE: 105

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Red Rice |
| 2 | pcs | Grilled Chicken |
| 2 | pcs | Homemade dinner roll |
| 1 | scp | Long torg Corn beans |
| SNACKS | ********** | ************************************************ |
| 10 | pcs | Ham & Cheese Sandwich |
|   |     | |
| DRINKS | ********** | ************************************************ |
| 10 | cups. | Milks |

NO. OF DINNER ORDERED: 10          FOOD TEMPERATURE: 165

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 2½ | C. | S/rice |
| 3 | oz. | Mahi Mahi w/ Carpers/Lemon slice/Tartar Sauce |
| ½ | C. | Tender Cooked Kang Kong or spinach |
| ½ | C. | Applesauce  and Roska cookie/homemade white roll |
| SNACKS | ********** | ************************************************ |
| 10 | pcs | Ham & Cheese Sandwich |
| 10 | bwl. | Homemade Soap |
| DRINKS | ********** | ************************************************ |
| 10 |   | Milks |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KA MAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: _07-07-05_     **CHC - DAILY MENU**

NO. OF BREAKFAST ORDERED: _07_     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 | each | Banana Pancake |
| 1 | each | maple syrup |
| 2 | oz. | Grilled Ham |
| 2 | each | margarine |
| DRINKS | ********** | ********************************************** |
| 1 | each | milk |

NO. OF LUNCH ORDERED: _10_     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|------|---------|----------------------------------------|---|
| 3 | oz | ROAST TURKEY w/ | 1c. - HONEYDEW |
| 1/2 | c. | HOMEMADE DRESSING & GRAVY GARNISHED w/ JELLY CRANBERRY SAUCE | |
| 1/2 | c. | BAKED SWEET POTATO | 1- HOMEMADE WHEAT ROLL |
| 1/2 | c. | SEASONED PEAS & CARROTS | 2- MARGARINE |
| SNACKS | ********** | ****************************************** | |
| 1 | EACH. | SANDWICH | |
| DRINKS | ********** | ****************************************** | |
| 1 | EACH | MILK | |

NO. OF DINNER ORDERED: _10_     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|------|---------|----------------------------------------|---|
| | | French Onion Soup | 1- Homemade Wheat Roll |
| 2 | oz. | Stirfry Ground Beef w/ mushrooms & soft local veg. | |
| 1/3 | c. | Steamed Rice | 1- Margarine |
| | | Marinated lettuce & Tomato Salad | - Angel Food Cake w/ 1 Peach half |
| SNACKS | ********** | ****************************************** | |
| 1 | each | Sandwich | |
| DRINKS | ********** | ****************************************** | |
| 1 | c. | 2% Milk | |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|------------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs. | Poppers 100% grape juice |

KASMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: _____ **CHC - DAILY MENU** DAY: _____

NO. OF BREAKFAST ORDERED: **01**    FOOD TEMPERATURE: **155**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 each | 1½ c | Steamed rice |
| | 1/2 c | scramble eggs |
| | 1 slice | buttered & let toast lightly |
| DRINKS | ********* | ********************************************** |
| 1 each | 1/2 c. | chilled juice , 1c. 2% Milk |

NO. OF LUNCH ORDERED: **07**    FOOD TEMPERATURE: **160**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp. | Mash Potatoe |
| 2 | pcs. | dinner roll |
| 1 | scp | Veges |
| 1 | pc. | burger steak |
| SNACKS | ********* | ********************************************** |
| 1 | pc. | Sandwich - Tuna |
| DRINKS | ********* | ********************************************** |
| 1 | sm. Cup | milk |

NO. OF DINNER ORDERED: **07**    FOOD TEMPERATURE: **180**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Rice |
| 2 | pcs | Pork loin / Dinner Roll |
| 1 | each | veg. soup / veg. salad / Mandarion |
| SNACKS | ********* | ********************************************** |
| 1 | | Tuna Sandwich |
| DRINKS | ********* | ********************************************** |
| 1 | | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KJ SMART JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: _____ **CHC - DAILY MENU** DAY: _____

NO. OF BREAKFAST ORDERED: __6__          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|---------------------------------------|
| 1 each | 4 pcs | French Toast w/ 1 maple syrup 2 margerine |
| | 1/2 c. | chilled Juice |
| | 1/4 c. | scramble eggs |
| | 2 pcs | crisp Turkey bacon |
| DRINKS | ********** | *************************************** |
| 1 each | 1 c. 2% | milk |

NO. OF LUNCH ORDERED: __06__          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|---------------------------------------|
| 1 | can | Swiss Sandwich |
| 1 | bowl | Tomato Soup |
| 1 | " | Veg. Salad |
| 1 | each | Banana |
| SNACKS | ********** | *************************************** |
| 1 | each | Tuna Sandwich |
| DRINKS | ********** | *************************************** |
| 1 | each | Milk |

NO. OF DINNER ORDERED: __6__          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|---------------------------------------|
| 1 | 1 scoop | steamed rice |
| 1 | cup | corn crab soup, 3 oz. Fish Florentine, Tomato & onions |
| 1 | ea. | blushing pear salad, 1 Homemade white roll |
| 1 | ea. | 1 margarine. |
| SNACKS | ********** | *************************************** |
| 1 | ea. | Tuna sandwich |
| DRINKS | ********** | *************************************** |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KASMAN SOUVENTE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 07·04·05    CHC - DAILY MENU   DAY: MONDAY

NO. OF BREAKFAST ORDERED: 06    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Hash Brown / 1 oz. Scrambed Egg |
| 1 | ea. | Muffin |
| 3 | pcs. | Graham cracker |
| 1 | ea. | Orange (fruit) / 1 ea. Butter, Jelly |
| DRINKS | ********** | ********************************************** |
| 1 | ea. | Milk / Juice |

NO. OF LUNCH ORDERED: 06    FOOD TEMPERATURE: 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Au Gratin Potatoes |
| 2 | pc | Pork Chop |
| 1 | Bowl | Pineapple |
| 1 | scp | Mixed Veg with Okra |
| SNACKS | ********** | ********************************************** |
| 1 | each | Ham Sandwich |
| DRINKS | ********** | ********************************************** |
| 1 | each | Milk |

NO. OF DINNER ORDERED: 06    FOOD TEMPERATURE: 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 oz | 3 | Chicken with Dumpling |
| 2 C | | Steam Rice |
| 1/2 C | | Bettered Steamed Broccoli |
| SNACKS | ********** | ********************************************** |
| 1 | C | Cantalope |
| | each | Ham Sandwich |
| DRINKS | ********** | ********************************************** |
| 1 | each | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KJ SMART JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 7-3-05   CHC - DAILY MENU   DAY: Sunday

※ - Snack

NO. OF BREAKFAST ORDERED: 06   FOOD TEMPERATURE: 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | pc. | Banana |
| 3 | pcs | blueberry pancakes w/ syrup & butter |
| 1 | whole | orange |
| 1 | 2 oz | grilled ham   ※ 3 pcs graham cracker |
| DRINKS | ********* | ********************************************* |
| 1 | C. | 2% milk |
| | C. | fruit punch ※ |

NO. OF LUNCH ORDERED: 06   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Rice |
| 1 | pc | Chicken |
| 1 | pc | Titiyas |
| 1 | pc | Dinner Roll / 1 scoop String Beans with Egg Plant |
| SNACKS | ********* | ********************************************* |
| 1 | Bowl | Fruit Salad |
| 1 | each | Orange / 1 each Egg Sandwich |
| DRINKS | ********* | ********************************************* |
| 1 | each | Milk |

NO. OF DINNER ORDERED: 06   FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Bowl | Veg. Soup |
| 1 | Scoop | Pot Roast |
| 1 | " | Rice |
| 1 | " | Mixed Salad |
| SNACKS | ********* | ********************************************* |
| 1 | each | Cookies |
| 1 | each | Egg Sandwich |
| DRINKS | ********* | ********************************************* |
| 1 | each | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|------------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAG MAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: 7·02·05

## CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 07          FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Pc. | boiled egg |
| 1 | bowl | a tuli pumpkin Soup |
| 7 |  | 3 pcs Graham Crackers |
|  |  |  |
| DRINKS | ********** | ********************************************** |
| 7 | pcs | apple juice |
| 7 | pcs | milk |

NO. OF LUNCH ORDERED: 07          FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Scp | Steamed Rice |
| 1 | Scp | Chicken Curry |
|  |  | Vegetables |
|  |  | Dinner Roll |
| SNACKS | ********** | ********************************************** |
|  |  | Egg Sandwich |
|  |  |  |
| DRINKS | ********** | ********************************************** |
|  |  | Milk |

NO. OF DINNER ORDERED: 07          FOOD TEMPERATURE: 105°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Scp | Steamed Rice |
| 3 | oz. | Beef Bisteak |
|  |  | Vegetable Soup |
|  |  | Seasoned Carrots / Apple |
| SNACKS | ********** | ********************************************** |
|  |  | Tuna Sandwich |
|  |  |  |
| DRINKS | ********** | ********************************************** |
|  |  | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|------------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

KI SMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: _8/1/05_  **CHC - DAILY MENU** DAY: _____

## NO. OF BREAKFAST ORDERED: 6    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | ea. | muffins |
| 1 | ea. | Scramble Eggs |
| 1 | ea. | Banana |
| 1 | ea. | Graham crackers |
| DRINKS | ********** | ************************************ |
| 1 | ea. | Grape Juice |

## NO. OF LUNCH ORDERED: 06    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Scp. | Rice |
| 2 | pcs. | Beef Pot roast / Dinner rolls |
| 1 | each | Jello / Green salad / Margarine |
| SNACKS | ********** | ************************************ |
| 1 | | Cookies |
| DRINKS | ********** | ************************************ |
| 1 | | Milk |

## NO. OF DINNER ORDERED: 06    FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Scp | Rice |
| 2 | pcs | Fried Fish / Dinner Rolls |
| 1 | each | Soup Miso / Honey dew / Margarine / Dip |
| SNACKS | ********** | ************************************ |
| 1 | | Tuna Sandwich |
| DRINKS | ********** | ************************************ |
| 1 | | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |