PEST CONTROL

Case 1:99-cv-00017  Document 23-17  Filed 10/03/2005  Page 1 of 2



**The Pestex Company**
*"Serving the CNMI Since 1980"*

# THE PESTEX COMPANY
A division of Advance Group, LLC
P.O. Box 501622 Saipan, MP 96950
Telefax: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: **02955**

Name/Company: DYS
Address: Kagman
Service Location: DYS-LOU
Date: 9-22-05
Phone No.:

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others: _____

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others: _____

### TECHNICIANS NOTE:

**COMMENTS:** Insecticide liquid to the interior and exterior facilities of _ building to control the insects. & refilled rodent station with rodenticide to control also the rats.

**RECOMMENDATIONS:**

### MATERIAL/S USED | AMOUNT USED

| Material/s Used | Amount Used |
|---|---|
| Tempo | 16 ml. |
| Fastrac | 7 pcs. |

Customer's Name: _____
Signature: _____
Technicians(s): Ryan de Guzman
Time In: 9:20   Time Out: 10:20

*"We're ADVANCE!"*