SAIPAN ICE

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 09-06-05 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3,000 GPD

| Visit Frequency | ___ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT**
Check of RO system

**FINDINGS/COMMENTS:**
Leak on hi-pressure pump during non-operation.

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | 3/4 | UV Light Unit (s) | |
| Chlorine Level | 0.5 mg/L | Ozonator | OK |
| Pre-filter | need for replacement | Hardness Reading | 18 Gpy |
| Post-filter | | Feed Water TDS | 1531 ppm |
| Feed Pump Pressure | 60 psi | Product Water TDS | 42 ppm |
| Permeate Flow Rate (GPM) | 2.3 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation** (indicate particular work done or parts of system inspected): Check the hi-pressure pump. Check hardness, TDS, & chlorine & feed H₂O & RO product. Check proven level & RO operational pressure

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | 9/6 |

# Saipan Ice & Water Co., Inc.

P. O. Box 501808, Saipan MP 96950 * Tel. 322-6130/9848/9455
Fax 322-5991 * E-mail: spnice@vzpacifica.net

No.

## MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DYS | DATE | 08-12-05 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |
| Equipment Description: | 3000 GPD | | |
| Visit Frequency | ___ /Week/Month | Last Microbiology Test Result / Remarks: | |

**SERVICE REPORT**

Check the RO system

**FINDINGS/COMMENTS:**

pre-filter to be replace 10 micron 2 x 10

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Hardness Reading | 20 GPG | Chlorine Reading | 0 |
| Feed Water TDS | over 2000 ppm | RO Membrane | ok |
| Product Water TDS | 32 ppm | RO Pump | ok |
| Raw Water Tank | Full | RO Operating Pressure | 200 psi |
| Product Water Tank | Full | Permeate Flow Rate (GPM) | 2.3 GPM |
| Water Softener System | | Reject Flow Rate (GPM) | |
| Pre-filter | ok | UV Light Unit (s) | |
| Post-filters | ok | Ozonator | OK |
| Feed Pump Pressure | 40 psi | CTO Filter | |
| Product Pressure Pump | 40 psi | Water Meter Reading | |
| Others | ozon level | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check hardness, TDS & chlorine q feed H2O & RO product, check operational pressure q RO machine, check ozon level.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | |



# Saipan Ice & Water Co., Inc.
P. O. Box 501808, Saipan MP 96950 * Tel. 322-6130/9848/9455
Fax 322-5991 * E-mail: spnice@vzpacifica.net

## MAINTENANCE WORK ORDER

No. _____

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DYS | DATE | 08 24 05 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ____ /Week/Month   Last Microbiology Test Result / Remarks:

**SERVICE REPORT**
Check RO system (RO unit not function)

**FINDINGS/COMMENTS:**
no problem on RO system & motor

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Hardness Reading | 21 GPG | Chlorine Reading | 0 |
| Feed Water TDS | 1709 ppm | RO Membrane | ok |
| Product Water TDS | 49 ppm | RO Pump | ok |
| Raw Water Tank | filled | RO Operating Pressure | 200 psi |
| Product Water Tank | full | Permeate Flow Rate (GPM) | 2.0 GPM |
| Water Softener System | ok | Reject Flow Rate (GPM) | |
| Pre-filter | ok | UV Light Unit(s) | |
| Post-filters | ok | Ozonator | ok |
| Feed Pump Pressure | 40 psi | CTO Filter | |
| Product Pressure Pump | 20 psi | Water Meter Reading | |
| Others: procon level: full | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check RO motor, no problem at the RO unit, check hardness, TDS & chloride of feed & RO product, check operational pressure, procon level.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Roddel br Ryan | [signature] 8/24/05 |



# Saipan Ice & Water Co., Inc.

P. O. Box 501808, Saipan MP 96950 * Tel. 322-6130/9848/9455
Fax 322-5991 * E-mail: spnice@vzpacifica.net

No. _____

## MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DYS | DATE | 07 8 07 |
| ADDRESS | Kagman | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description:

Visit Frequency ____ /Week/Month   Last Microbiology Test Result / Remarks:

**SERVICE REPORT**

Check RO System

**FINDINGS/COMMENTS:**

no florcon at injector pump

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Hardness Reading | 27 GPG | Chlorine Reading | 0 |
| Feed Water TDS | over 2000 ppm | RO Membrane | OK |
| Product Water TDS | 40 ppm | RO Pump | OK |
| Raw Water Tank | Full | RO Operating Pressure | 200 PSI |
| Product Water Tank | 1/4 | Permeate Flow Rate (GPM) | 2.3 GPM |
| Water Softener System | | Reject Flow Rate (GPM) | |
| Pre-filter | OK | UV Light Unit(s) | |
| Post-filters | OK | Ozonator | OK |
| Feed Pump Pressure | 40 PSI | CTO Filter | |
| Product Pressure Pump | 30 PSI | Water Meter Reading | |
| Others  florcon level: full | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check hardness, TDS, Chlorine & pressure of RO unit & RO to feed & RO product, florcon level full

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de Costa | Jeffrey Reyes |