TRAINING




# DIVISION OF YOUTH SERVICES
DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ADMINISTATION
664-2550
FAX:664-2560
E-MAIL ADDRESS
dysadmin@itecnmi.com

JUVENILE DETENTION
FACILITY
664-2530/2532
FAX:664-2540
E-MAIL ADDRESS
dys.jdu@gtepacifica.com

CHILD PROTECTION
SERIVCES
664-2550
FAX: 664-2540
E-MAIL ADDRESS
dysadmin@itecnmi.com

JUVENILE
CORRECTION/PROBATION
64-2560
FAX:664-2560
E-MAIL ADDRESS
dysjcu@itecnmi.com

PARENT EDUCATION
PROGRAM
664-2550
FAX:664-2560
E-MAIL ADDRESS
parented@saipan.com

## MEMORANDUM

DATE:       September 05, 2005

TO:         Victor A. Mesta
            DYS - Director

FROM:       KJDCF Supervisor

SUBJECT:    KJDCF – Staff Training Completed

---

The purpose of this memorandum is to submit a listing of trainings that the KJDCF staffs have completed from the periods of June 2005 – September 2005.

1. JCW II Francis I. George:   OPM's Basic Supervisory Skills: June 2005
                               OPM's Interviewing Skills: August 2005

2. JCW III Elizabeth Teregeyo: OPM's Basic Supervisory Skills: June 2005
3. JCW II Nadia Tagabuel:      OPM's Basic Supervisory Skills: June 2005

4. JCW II Juliano Obichang:    OPM's Disciplinary Actions: 2005
                               OPM's Interviewing Skills: August 2005

5. SW III Jennifer Tanaka: American Probation & Parole Workshop: August 2005
6. Assistant SW Ramona Sablan: American Probation & Parole Workshop: August 2005
7. WIA Trainee Connie Taman: American Probation & Parole Workshop: August 2005 & July 2005 OPM's Time Keeper's Certification.

Please feel free to call on me if you have any question of comments.

Sincerely,

Floyd Masga

P.O. BOX 501000 CHALAN KANOA, SAIPAN, MP 96950