THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. CV 99-0017 |
| Plaintiff, | ) | |
| v. | ) | **STATUS REPORT** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS, | ) ) ) ) ) ) ) ) ) ) | **TINIAN DETENTION FACILITY** **PART 1 OF 1 PARTS** **October 1, 2005** |
| Defendants. | ) | |

# REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Food storage/refrigeration**

SUBSTANTIAL COMPLIANCE _____ YES          \_\_XX\_\_ NO

STATUS / DOCUMENTATION

The Tinian Detention facility does not have any food storage or refrigeration because we don't handle long term detainees.

## REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Utensils clean/sanitized**

SUBSTANTIAL COMPLIANCE __XX__ YES  _____NO

STATUS / DOCUMENTATION

The local vendors bringing meals for detainees put the food in clean disposable Styrofoam plates with covers and bring plastic spoons and forks wrapped in napkins.

# REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Food Service equipment maintenance**

SUBSTANTIAL COMPLIANCE ___XX___ YES          _____NO

STATUS / DOCUMENTATION

The Tinian Department of Public Safety does not have any food service equipment to maintain because we order meals from a local vendor which brings them to DPS whenever there is a detainee.

# REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Housing unit staff person for emergencies**

SUBSTANTIAL COMPLIANCE __XX__ YES  _____ NO

STATUS / DOCUMENTATION

The DPS police officers manning the 24-hour patrol shifts are also responsible with detainees in case there are any emergencies.

# REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Food Warmers**

SUBSTANTIAL COMPLIANCE _____ YES          __XX__ NO

STATUS / DOCUMENTATION

The Tinian Detention facility does not have any food warmers since we don't have any long term detainees or inmates. The meals provided to the detainees are from a local restaurant.

# REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Staff training in basic principles of food protection/hygiene**

SUBSTANTIAL COMPLIANCE _____ YES          __XX__ NO

STATUS / DOCUMENTATION

The Tinian police officers have not been trained in the basic principles of food protection and hygiene since they don't touch the food directly. The meals are in Styrofoam plates with covers.

## REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Metal waste receptacles**

SUBSTANTIAL COMPLIANCE _____ YES        __XX__ NO

STATUS / DOCUMENTATION

Tinian Detention facility has no metal waste receptacles at this time.



# Commonwealth of the Northern Mariana Islands
## Municipality of Tinian and Aguiguan
# Tinian Health Center
*Bureau of Environmental Health*

**Date**          : September 23, 2005

**To**            : Mr. Mike San Nicolas
                    Acting Director – DPS Tinian

**From**          : Bureau of Environmental Health

**Subject:** DPS Detention Facility Inspection Result.

The Department of Public Safety Detention Facility was inspected on September 23, 2005. The areas inspected were cell #1. #2. #3. the female cell and shower room areas. As a result of our inspection, the detention facility was found to be in an unsanitary condition.

The following is a list of deficiencies found during the inspection:

1. Cells #1. #2. #3 and female cell
   a. Lights are not working.
   b. No running water.
   c. Sink and toilet area unsanitary and has a drainage problem.
   d. Strong urine order.
   e. Both female and male shower rooms are dirty.(must be clean and maintain it regularly.)

2. Cells #1 & #2 and the hall way has a visible cracks on cement ceiling and also Signs of water beads, possible from the rain water leaking in.

3. Air Condition Unit is dirty. Needs cleaning.

The deficiencies listed above must be corrected as soon as possible to bring the DPS Detention Facilities up to Sanitary Living Standards. The above deficiencies are noted on previous inspections.

Ronnie C. Quitano
Env. Health Tech. I



# TINIAN HEALTH CENTER
## PRIMARY HEALTH CARE DIVISION

GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF PUBLIC HEALTH-ENVIRONMENTAL SERVICES

## GOVERNMENT AND PUBLIC BUILDING INSPECTION REPORT

Building: DPS Detention Facility    Location: Tinian DPS
Person in Charge: Mike San Nicolas    Address: San Jose Village

1. **Water Supply**
   A. yes — Source: Approved, Protected and Properly located.
   B. yes — Drinking Facilities: Approved type, clean.
   C. yes — Waste Water: Approved drainage - no standing pools.
2. **Toilet Facilities**
   A. yes — Type: Adequate, approved.
   B. yes — Cross-connection all safety precautions used
   C. no — Maintenance: In good repair.
   D. no — Floor, stools and seats cleaned daily.
   E. yes — Toilet paper: Available and accessible.
   F. yes — Light: Condition of seats readily observed.
   G. yes — Ventilation: Properly ventilated.
3. **Laboratories**
   A. yes — Hand washing Equipment lavatories, sinks – Approved.
   B. none — Soap: Liquid or powdered soap.
   C. none — Towels: Paper towels provided and properly stored.
   D. no — Waste Water – Approved drainage. No standing pools.
4. **Heating and Ventilation**
   A. Air Condition
   yes — Temperature 68.70 °F
   yes — Frequency of air change sufficient to prevent odors.
   B. yes — Temperature control.

5. **Lighting**
   Finish:
   no — Light color on wall, ceiling
   yes — Clean.
6. **Building**
   A. Condition
   no — In reasonably good repair.
   yes — No fire or accident hazards.
   yes — Neat.
   yes — Floor clean.
   B. Floor Space
   yes — Adequate for desk space.
   yes — Clean.
   C. Cleaning Methods
   yes — No dusting and sweeping during work hours.
   D. Grounds
   yes — Well drained.
   yes — Trash, garbage – no fly breeding places.
   yes — Clean.
   E. none — Janitors room and supplies neat and clean.
7. **Equipment**
   yes — Waste paper basket approved and use.
8. **Ground**
   yes — No accident hazards.
   ___ — Others.

Remarks: SEE ATTACHMENT

_____    9/23/05
SANITARIAN                    DATE

Received by: _____  9-23-05
                              DATE

P.O. Box 446 Tinian, MP 96952    Telephone: (1-670) 433-0395    FAX: (1-670) 433-9247

# REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Back up generators**

SUBSTANTIAL COMPLIANCE __XX__ YES  _____NO

STATUS / DOCUMENTATION

The back up generator is fully functional at this time. (See attached documentation).

## Department of Public Safety
## Emergency Generator Check List

| Date | Hour Meter | Fuel level | Coolant Level | Oil Level | Battery Level | Checked By |
|---|---|---|---|---|---|---|
| 1-7-05 | 23.8 - 24.9 | Low | ok | ok | ok | RA |
| 1-20-05 | 24.9 - 25.1 | Low | ok | ok | ok | RA |
| 2-11-05 | 25.1 - 25.3 | 1/4 | ok | ok | ok | RA |
| 2-23-05 | 25.3 - 25.5 | 1/4 | ok | ok | ok | RA |
| 3-10-05 | 25.5 - 25.6 | 1/4 | ok | ok | ok | RA |
| 4/13/05 | 26.1 | 1/8 | ok | ok | ok | RA |
| 6/21/05 | 26.1 | 1/8 | ok | ok | ok | RA |
| 7/5/05 | 07.2 | 1/4 | ok | ok | ok | RA |
| 7/19/05 | 05.1 | 1/4 | ok | ok | ok | RA |
| 8/02/05 | 06.1 | 1/6 | ok | ok | ok | RA |
| 08/16/05 | 07.2 | 1/4 | ok | ok | ok | RA |
| 08/30/05 | 06.1 | 1/4 | ok | ok | ok | RA |
| 09/13/05 | 04.1 | 1/4 | ok | ok | ok | RA |

# REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Fire evacuation equipment**

SUBSTANTIAL COMPLIANCE _____YES              _____NO

STATUS / DOCUMENTATION

DPS Fire Safety Coordinator has been checking all fire evacuation equipment and all are functioning properly. (Please see attached documentations)

**DEPARTMENY OF PUBLIC SAFETY**
**HOLDING FACILITY**
**SAN JOSE VILLAGE, TINIAN MP 96952**

**FIRE ALARM INSPECTION LOG-SHEET**

| DATE | TYPE | INSPECTED BY | CONDITION |
|---|---|---|---|
| 01/10/05 | Ceiling Smoke Alarm | FFII.V.M.CING | GOOD |
|  | Wall Fire Alarm ✶ |  |  |
| 02/08/05 | Ceiling Smoke Alarm | FFII.V.M.CING | GOOD |
|  | Wall Fire Alarm ✶ |  |  |
| 03/07/05 | Ceiling Smoke Alarm | FFII.V.M.CING | GOOD |
|  | Wall Fire Alarm ✶ |  |  |
| 04/04/05 | Ceiling Smoke Alarm | FFII.V.M.CING | GOOD |
|  | Wall Fire Alarm ✶ |  |  |
| 05/13/05 | Ceiling Smoke Alarm | FFII.V.M.CING | GOOD |
|  | Wall Fire Alarm ✶ |  |  |
| 06/10/05 | Ceiling Smoke Alarm | FFII.V.M.CING | GOOD |
|  | Wall Fire Alarm ✶ |  |  |
| 07/12/05 | Ceiling Smoke Alarm | FFII.A.L.Dosalua | Good |
|  | Wall Fire Alarm ✶ |  |  |
| 08/16/05 | Ceiling Smoke Alarm | FFII.A.L.Dosalua | Good |
|  | Wall Fire Alarm ✶ |  |  |
| 09/12/05 | Ceiling Smoke Alarm | FFII.A.L.Dosalua | Good |
|  | Wall Fire Alarm ✶ |  |  |
|  | Ceiling Smoke Alarm |  |  |
|  | Wall Fire Alarm ✶ |  |  |
|  | Ceiling Smoke Alarm |  |  |
|  | Wall Fire Alarm ✶ |  |  |
|  | Ceiling Smoke Alarm |  |  |
|  | Wall Fire Alarm |  |  |

✶ Not functioning.

## DEPARTMENT OF PUBLIC SAFETY
## HOLDING FACILITY
### SAN JOSE VILLAGE, TINIAN MP 96952

### SCBA INSPECTION LOG-SHEET

| DATE | GAUGE | INSPECTED BY | COMMENTS |
|---|---|---|---|
| 01/10/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 02/08/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 03/07/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 04/04/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 05/13/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 06/10/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 07/12/05 | FULL | FFII.A.L.Dosalua | New SCBA |
| 08/16/05 | FULL | FFII.A.L.Dosalua | New SCBA |
| 09/12/05 | FULL | FFII.A.L.Dosalua | New SCBA |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DEPARTMENT OF PUBLIC SAFETY
HOLDING FACILITY
SAN JOSE VILLAGE, TINIAN MP 96952

FIRE INSPECTION LOG-SHEET-2005

| DATE | TYPE OF EXTINGUISHER | INSPECTED BY | COMMENTS |
|---|---|---|---|
| 01/10/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 02/08/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 03/07/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 04/04/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 05/13/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 06/10/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 07/12/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | Full Charge |
| 08/16/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | Full Charge |
| 09/12/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | Full Charge |
|  | A.B.C./DRY CHEMICAL |  |  |
|  | A.B.C./DRY CHEMICAL |  |  |
|  | A.B.C./DRY CHEMICAL |  |  |
|  |  |  |  |

DEPARTMENT OF PUBLIC SAFETY

## REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Fire Safety Training**

SUBSTANTIAL COMPLIANCE __XX__ YES   _____NO

STATUS / DOCUMENTATION

DPS Fire Safety Coordinator has been doing drills in case there is an emergency evacuation. (See attached documentation).

# TINIAN DETENTION FACILITY
# FIRE DRILL FORM

1. Area drilled: TINIAN DPS/ HOLDING FACILITY
2. Time drilled: 0900 hrs.
3. Name of monitor: FPII. A.L. Dosalua
4. What route was used? Primary or Secondary? Which exits were used?
Primary & Secondary exits were used. Front desk and Traffic exits.

5. Elapsed time to evacuate area: 7 minutes
6. Number of staff evacuated: 14
7. Number of offenders evacuated: 0
8. Were staff & offender counts conducted: (✓) yes ( ) no
9. Was the evacuation accomplished electrically or by key? Key
10. Did evacuation go to the primary or secondary staging area? Secondary up wind.
11. Did staff shut doors and windows upon evacuation? Facility is climate controlled with windows always closed. DPS personnel shut facility doors.
12. Were exit signs lighted? ( ) Yes (✓) no If no indicate the number of exit lights that need to be replaced. Both (3)
13. What alarm pull or detector was tested? Smoke Alarm, Wall alarm not functional
14. Did supervisor wait for all clear before re-entering the building? (✓) Yes ( ) no
15. General comments, problems and recommendations: Fire drills are conducted quarterly by the Fire Coordinator to ensure readiness and compliance with the consent decree. Wall Alarm to be addressed by Fema.

Fire Safety Officer Signature: _____  Date: 9/12/05

DEPARTMENY OF PUBLIC SAFETY
HOLDING FACILITY
TINIAN MP 96952

## REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Emergency Lighting**

SUBSTANTIAL COMPLIANCE __XX__ YES            _____ NO

STATUS / DOCUMENTATION

Tinian Detention facility has an emergency lighting receptacle in case of a power outage.

## REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Fire Safety and emergency coordinator**

SUBSTANTIAL COMPLIANCE __XX__ YES　　　　　　　_____NO

STATUS / DOCUMENTATION

The Tinian DPS has assigned FireFighter II Augustine L. Dosalua to be the Fire Safety and emergency coordinator. He is also currently the Emergency Medical Services Commander.