## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STATUS REPORT** |
| | ) | |
| COMMONWEALTH OF THE | ) | **ROTA DETENTION FACILITY** |
| NORTHERN MARIANA ISLANDS, | ) | |
| GOVERNOR OF THE NORTHERN | ) | **PART 1 OF 1 PARTS** |
| MARIANA ISLANDS, | ) | |
| COMMISSIONER OF THE | ) | **October 1, 2005** |
| DEPARTMENT OF PUBLIC | ) | |
| SAFETY, SECRETARY OF THE | ) | |
| DEPARTMENT OF LABOR AND | ) | |
| IMMIGRATION, SECRETARY OF | ) | |
| THE DEPARTMENT OF | ) | |
| COMMUNITY AND CULTURAL | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |




# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## *Department of Public Safety, Police Division*
*P. O. Box 917*
*Rota, MP 96951*

*Emergency (24 hrs.) 911*

*Office of the Director*
*Tel: (670) 532-9437*
*Fax: (670)532-9434*

*Patrol/Traffic Section*
*Tel: (670) 532-9433/9490*

*Fire Division*
*Tel: (670) 532-3736*

*Logistics & Correction*
*Tel: (670) 532-9433/9490*

*Investigation Section*
*Tel: (670) 532-9433/9490*
*Fax: (670) 532-9436*

*Bureau of Motor Vehicle*
*Tel: (670) 532-9433/9490*

*Boating Safety Unit*
*Tel: (670) 532-9433/9490*

*Administrative Section*
*Tel: (670) 532-9437*
*        9433/9490*
*Fax: (670) 532-9434*

# MEMORANDUM

**DATE**       :       September 27, 2005

**TO**          :       Edward Buckingham, AAG, CNMI

**FROM**      :       Ricardo S. Taimanao, Chief Police Division, Rota

**SUBJECT** :       Rota Detention Facility Quarterly Report.

This is to submit my quarterly report for RDF.  The status of RDF remains, as is on all areas of concern except that on September 25, 2005 at 10:32p.m, we detained one male for referral to Rota Health Center (RHC).  This male individual was released to the custody of RHC at 8 a.m. on September 26, 2005.  We also detained one drunken male individual at about 2a.m, on September 26 and released him at 7:30a.m.

We have no other action on RDF for this quarter.

Should you have any question(s) regarding the above written report please call me at 532-9490.  Thank you.

Ricardo S. Taimanao, Police Captain

Cc:  Resident Director, DPS Rota
        RDF File