

Office of the CNMI Attorney General
Consent Decree Coordinator

DISC COPY
Disc Title: How to Run a Direct-Supervision Housing Unit
Author: National Institute of Corrections