**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MAIN CONTROL - DOC

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 10-04-5 | PROCESSING | BAD  GOOD | |
| " | KITCHEN AREA | BAD  GOOD | |
| " | ENTRANCE TO LIBRARY | BAD  GOOD | |

### CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 10-04-05 | STORAGE-CONTROL | BAD  GOOD | Replaced Batt |
| | RECEIVING AREA | BAD  GOOD | |
| " | HALLWAY-E/WING | BAD  GOOD | |
| " | HALLWAY-C/WING | BAD  GOOD | |
| " | HALLWAY-W/WING | BAD  GOOD | |
| " | ISOLATION CELL | BAD  GOOD | |
| " | CELL D-01 | BAD  GOOD | |
| " | CELL D-02 | BAD  GOOD | |
| " | CELL D-03 | BAD  GOOD | |
| " | CELL D-04 | BAD  GOOD | |
| " | CELL D-05 | BAD  GOOD | |
| " | CELL D-06 | BAD  GOOD | |
| " | CELL D-07 | BAD  GOOD | |
| " | CELL D-08 | BAD  GOOD | |
| " | CELL D-09 | BAD  GOOD | |
| " | CELL D-10 | BAD  GOOD | Replaced Batt |
| " | CELL D-11 | BAD  GOOD | |
| " | CELL D-12 | BAD  GOOD | |
| | CELL D-13 | BAD  GOOD | |

### FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| " | SALLY PORT | BAD  GOOD | |
| " | SALLY PORT | BAD  GOOD | |
| " | CELL F-01 | BAD  GOOD | |
| " | CELL F-02 | BAD  GOOD | |

INSPECTED BY: _____
Logistic/Supply Officer

ACKNOWLEDGE BY: _____
OIC, Logistic/Supply

**Department of Public Safety**
**Division of Corrections**

# SMOKE DETECTOR TEST SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 12-12-05 | PROCESSING | BAD  GOOD ✗ | |
| " | KITCHEN AREA | BAD  GOOD ✓ | |
| " | ENTRANCE TO LIBRARY | BAD  GOOD ✓ | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| DEC 12-05 | STORAGE-CONTROL | BAD  GOOD ✓ | |
| " | RECEIVING AREA | BAD  GOOD ✓ | |
| " | HALLWAY-E/ WING | BAD  GOOD ✓ | |
| " | HALLWAY-C/WING | BAD  GOOD ✓ | |
| " | HALLWAY-W/WING | BAD  GOOD ✓ | |
| " | ISOLATION CELL | BAD  GOOD ✗ | NO UNIT |
| " | CELL D-01 | BAD  GOOD ✓ | |
| " | CELL D-02 | BAD  GOOD ✓ | |
| " | CELL D-03 | BAD  GOOD ✓ | |
| " | CELL D-04 | BAD  GOOD ✓ | |
| " | CELL D-05 | BAD  GOOD ✓ | |
| " | CELL D-06 | BAD  GOOD ✓ | |
| " | CELL D-07 | BAD  GOOD ✓ | |
| " | CELL D-08 | BAD  GOOD ✓ | |
| " | CELL D-09 | BAD  GOOD ✓ | |
| " | CELL D-10 | BAD  GOOD ✓ | |
| " | CELL D-11 | BAD  GOOD ✓ | |
| " | CELL D-12 | BAD  GOOD ✓ | |
| " | CELL D-13 | BAD  GOOD ✓ | |

## FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| ✗ | SALLY PORT | BAD  GOOD | ✗ |
| " | SALLY PORT | BAD  GOOD ✗ | |
| " | CELL F-01 | BAD  GOOD | |
| " | CELL F-02 | BAD  GOOD | |

INSPECTED BY: _____

Logistic/Supply Officer

ACKNOWLEDGE BY: _____

OIC, Logistic/Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR CHECK LIST

## DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 12-12-05 | Above Doris' desk | BAD  GOOD ✓ | |
| " | Above Xerox Machine | BAD  GOOD ✓ | |
| " | Supply Room | BAD  GOOD | |
| " | Container | BAD  GOOD ✓ | |
| " | Bunker Area | BAD  GOOD ✓ | |
| " | Ofcrs. Supply Room | BAD  GOOD ✓ | |

Inspected By: _____
          Print Name & Sign

Acknowledge By" _____
                    OIC, Logistics & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR CHECK LIST

### DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| OCT 20-5 | Above Doris' desk | BAD  GOOD ✓ | |
| " | Above Xerox Machine | BAD  GOOD ✓ | |
| " | Supply Room | BAD  GOOD ✓ | |
| | Container | BAD  GOOD ✓ | |
| " | Bunker Area | BAD  GOOD ✓ | |
| " | Ofcrs. Supply Room | BAD  GOOD ✓ | |

Inspected By: _____          Acknowledge By" _____

Print Name & Sign                                             OIC, Logistics & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR CHECK LIST

### DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 10-04-5 | Above Doris' desk | BAD  GOOD ✓ | |
| " | Above Xerox Machine | BAD  GOOD ✓ | |
| " | Supply Room | BAD  GOOD ✓ | |
| " | Container | BAD  GOOD ✓ | |
| " | Bunker Area | BAD  GOOD ✓ | |
| " | Ofcrs. Supply Room | BAD  GOOD ✓ | |

Inspected By: _____

Print Name & Sign

Acknowledge By" _____

OIC, Logistics & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 12-12-05 | Control Room | BAD  GOOD ✓ | |
| " | Main Hallway to Control Room | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section- Shower Area | BAD  GOOD ✓ | |
| " | Male Section- Visitation Area | BAD  GOOD ✓ | |
| " | RSAT-H/W | BAD  GOOD ✓ | |
| " | RSAT-H/W | BAD  GOOD ✓ | |
| " | RSAT-Shower Area | BAD  GOOD ✓ | |
| " | RSAT-Visitation Area | BAD  GOOD ✓ | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

### SMOKE DETECTOR TEST SHEET

### MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 11/28 | Control Room | BAD  GOOD | |
| " | Main Hallway to Control Room | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section – H/W | BAD  GOOD | |
| " | Male Section- Shower Area | BAD  GOOD | |
| " | Male Section- Visitation Area | BAD  GOOD | |
| " | RSAT-H/W | BAD  GOOD | |
| " | RSAT-H/W | BAD  GOOD | |
| " | RSAT-Shower Area | BAD  GOOD | |
| " | RSAT-Visitation Area | BAD  GOOD | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

**SMOKE DETECTOR TEST SHEET**

**MINIMUM SECURITY FACILITY**

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| NOV 08 '0 | Control Room | BAD GOOD | |
| " | Main Hallway to Control Room | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section-Shower Area | BAD GOOD | |
| " | Male Section-Visitation Area | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-Shower Area | BAD GOOD | |
| | RSAT-Visitation Area | BAD GOOD | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 10-24-05 | Control Room | BAD GOOD | |
| " | Main Hallway to Control Room | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section- Shower Area | BAD GOOD | |
| " | Male Section- Visitation Area | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-Shower Area | BAD GOOD | |
| " | RSAT-Visitation Area | BAD GOOD | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

## MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 10 - 04 -05 | Control Room | BAD  GOOD ✓ | |
| " | Main Hallway to Control Room | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section – H/W | BAD  GOOD ✓ | |
| " | Male Section- Shower Area | BAD  GOOD ✓ | |
| " | Male Section- Visitation Area | BAD  GOOD ✓ | |
| " | RSAT-H/W | BAD  GOOD ✓ | |
| " | RSAT-H/W | BAD  GOOD ✓ | |
| " | RSAT-Shower Area | BAD  GOOD ✓ | |
| " | RSAT-Visitation Area | BAD  GOOD ✓ | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| DEC 12-05 | CELL MH-01 | BAD GOOD ✓ | |
| " | CELL MH-02 | BAD GOOD ✓ | |
| " | CELL MH-03 | BAD GOOD ✓ | |
| " | CELL MH-04 | BAD GOOD ✓ | |
| " | CELL MH-05 | BAD GOOD ✓ | |
| " | CELL MH-06 | BAD GOOD ✓ | |
| " | CELL MH-07 | BAD GOOD ✓ | |
| " | CELL MH-08 | BAD GOOD ✓ | |
| " | CELL MH-09 | BAD GOOD ✓ | |
| " | CELL MH-10 | BAD GOOD ✓ | |
| " | CELL MH-11 | BAD GOOD ✓ | |
| " | CELL MH-12 | BAD GOOD ✓ | |
| " | CELL MH-13 | BAD GOOD ✓ | |
| " | CELL MH-14 | BAD GOOD ✓ | |
| " | CELL MH-15 | BAD GOOD ✓ | |
| " | CELL MH-16 | BAD GOOD ✓ | |
| " | HALL WAY EAST | BAD GOOD ✗ | |
| " | HALL WAY WEST | BAD GOOD ✗ | |
| | SALLY PORT | BAD GOOD ✗ | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | HFU | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| DEC 12-05 | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | CELL B-01 | BAD GOOD ✓ | |
| " | CELL B-02 | BAD GOOD ✓ | |
| " | CELL B-03 | BAD GOOD ✓ | |
| " | CELL B-04 | BAD GOOD ✓ | |
| " | CELL B-05 | BAD GOOD ✗ | |
| " | CELL B-06 | BAD GOOD ✓ | |

Inspected by: _____
Logistics/Supply

Acknowledged by: _____
OIC, Logistics/Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 11-08-05 | CELL MH-01 | BAD GOOD ✓ | |
| " | CELL MH-02 | BAD GOOD ✓ | |
| " | CELL MH-03 | BAD GOOD ✓ | |
| " | CELL MH-04 | BAD GOOD ✓ | |
| " | CELL MH-05 | BAD GOOD ✓ | |
| " | CELL MH-06 | BAD GOOD ✓ | Repl Batt |
| " | CELL MH-07 | BAD GOOD ✓ | |
| " | CELL MH-08 | BAD GOOD ✓ | |
| " | CELL MH-09 | BAD GOOD ✓ | |
| " | CELL MH-10 | BAD GOOD ✓ | |
| " | CELL MH-11 | BAD GOOD ✓ | |
| " | CELL MH-12 | BAD GOOD ✓ | |
| " | CELL MH-13 | BAD GOOD ✓ | |
| " | CELL MH-14 | BAD GOOD ✓ | Repl Batt |
| " | CELL MH-15 | BAD GOOD ✓ | |
| " | CELL MH-16 | BAD GOOD ✓ | |
| " | HALL WAY EAST | BAD GOOD ✗ | |
| " | HALL WAY WEST | BAD GOOD ✗ | |
| " | SALLY PORT | BAD GOOD ✗ | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | HFU | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 11-08-05 | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | CELL B-01 | BAD GOOD ✓ | |
| " | CELL B-02 | BAD GOOD ✓ | |
| " | CELL B-03 | BAD GOOD ✓ | |
| " | CELL B-04 | BAD GOOD ✓ | |
| " | CELL B-05 | BAD GOOD ✗ | |
| " | CELL B-06 | BAD GOOD ✓ | |

Inspected by: _____
          Logistics/Supply

Acknowledged by: _____
          OIC, Logistics/Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 10-24-C | CELL MH-01 | BAD GOOD ✓ | |
| " | CELL MH-02 | BAD GOOD ✓ | |
| " | CELL MH-03 | BAD GOOD ✓ | |
| " | CELL MH-04 | BAD GOOD ✓ | |
| " | CELL MH-05 | BAD GOOD ✓ | |
| " | CELL MH-06 | BAD GOOD ✓ | |
| " | CELL MH-07 | BAD GOOD ✓ | |
| " | CELL MH-08 | BAD GOOD ✓ | |
| " | CELL MH-09 | BAD GOOD ✓ | |
| " | CELL MH-10 | BAD GOOD ✓ | |
| " | CELL MH-11 | BAD GOOD ✓ | |
| " | CELL MH-12 | BAD GOOD ✓ | |
| " | CELL MH-13 | BAD GOOD ✓ | |
| " | CELL MH-14 | BAD GOOD ✓ | |
| " | CELL MH-15 | BAD GOOD ✓ | |
| " | CELL MH-16 | BAD GOOD ✓ | |
| " | HALL WAY EAST | BAD GOOD ✗ | UNIT NOT WORKIN |
| " | HALL WAY WEST | BAD GOOD ✗ | " " " |
| | SALLY PORT | BAD GOOD ✗ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✗ | TO HIGH TO REACH |
| " | HFU | BAD GOOD ✓ | |
| " | DOC LIBRARY | BAD GOOD ✗ | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 10-24-C | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | CELL B-01 | BAD GOOD ✓ | |
| " | CELL B-02 | BAD GOOD ✓ | |
| " | CELL B-03 | BAD GOOD ✓ | |
| " | CELL B-04 | BAD GOOD ✓ | |
| " | CELL B-05 | BAD GOOD ✗ | |
| " | CELL B-06 | BAD GOOD ✓ | |

Inspected by: _____
Logistics/Supply

Acknowledged by: _____
OIC, Logistics/Supply

PLUMBING LEAKAGE PON IS GOTTEN WET

**Department of Public Safety**
**Division of Corrections**

# SMOKE DETECTOR TEST SHEET

## MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | CELL MH-01 | BAD GOOD ✓ | |
| " | CELL MH-02 | BAD GOOD ✓ | |
| " | CELL MH-03 | BAD GOOD ✓ | |
| " | CELL MH-04 | BAD GOOD | |
| " | CELL MH-05 | BAD GOOD ✓ | |
| " | CELL MH-06 | BAD GOOD ✓ | |
| " | CELL MH-07 | BAD GOOD | |
| " | CELL MH-08 | BAD GOOD ✓ | |
| " | CELL MH-09 | BAD GOOD ✓ | |
| " | CELL MH-10 | BAD GOOD ✓ | |
| " | CELL MH-11 | BAD GOOD ✓ | |
| " | CELL MH-12 | BAD GOOD ✓ | |
| " | CELL MH-13 | BAD GOOD ✓ | |
| " | CELL MH-14 | BAD GOOD ✓ | |
| " | CELL MH-15 | BAD GOOD ✓ | |
| " | CELL MH-16 | BAD GOOD ✓ | |
| " | HALL WAY EAST | BAD GOOD ✓ | |
| " | HALL WAY WEST | BAD GOOD ✓ | |
| | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD | |
| " | HFU | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

## SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD | |
| " | CELL B-01 | BAD GOOD | |
| " | CELL B-02 | BAD GOOD | |
| " | CELL B-03 | BAD GOOD | |
| " | CELL B-04 | BAD GOOD | |
| " | CELL B-05 | BAD GOOD | |
| " | CELL B-06 | BAD GOOD | |

Inspected by:_____    Acknowledged by:_____
          Logistics/Supply                          OIC, Logistics/Supply

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | STATUS | REMARKS | INSPECTED BY: |
|------|----------|--------|---------|---------------|
| 10-00-05 | II | 15 PSI | 4681 | *(illegible)* |
|  | I | 20 PSI | 4884 | *(illegible)* |
|  | III | 20 PSI | 4725 | *(illegible)* |

CONCURRED BY _____
Logistics, OIC

| 10-24-05 | I | 20 PSI | 4884 | *(illegible)* |
|  | II | 15 PSI | 4681 | *(illegible)* |
|  | THREE | 20 PSI | 4725 | *(illegible)* |

CONCURRED BY _____
Logistics, OIC

| 11-??-05 | I | 20 PSI | 4884 | *(illegible)* |
|  | II | 15 PSI | 4681 | *(illegible)* |
|  | III | 20 PSI | 4725 | *(illegible)* |

CONCURRED BY _____
Logistics, OIC

| 11-09-05 | one | 20 PSI | 4884 | *(illegible)* |
|  | two | 15 PSI | 4681 | *(illegible)* |
|  | three |  |  |  |

CONCURRED BY _____
Logistics, OIC

|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

CONCURRED BY _____
Logistics, OIC

**GUAM**
P. O. Box 6754 • Tamuning, Guam 96931
Tel.: (671) 637-8959 • Fax: (671) 637-7996

**PACIFIC PEST CONTROL**
*Service Guaranteed*

**SAIPAN**
P. O. BOX 10001, PMB 420 Saipan, MP 96950
Telephone: (670) 235-3041 • Fax: (670) 233-7679
TIME:

# SERVICE RECORD

Customer Name: _DOC_                                   12-05-9?

Contact Person (s): _Mr. Albert Delos Reyes._

Service Location: _Garage_

Mailing Address: _____

Telephone No.: _____

**TYPE OF SERVICE**  ☐ Commercial  ☐ Home Owner  ☐ Hotel  ☐ Termite Shield  ☒ Others _____
**TYPE OF PEST**  ☒ Ants  ☒ Roaches  ☐ Rodents  ☐ Flies  ☐ Termites  ☐ Others _____

Instructions: _____

Technician Comments: _Inspected through out the entire exterior and interior and sprayed along the wall structure for pre- ventive maintenance. band sprayed inside the admn. area. and all the common area's._

| MATERIALS USED | AMOUNT USED |
|---|---|
| _Insprod 2c._ | _2 oz._ |

Customer: _DOC / Albt_
Print Name: _ALBERT S. DL REYES_

Technician: _Sean._
Time In: _____  Time Out: _____

**THIS IS NOT AN INVOICE**

**GUAM**
P. O. Box 6754 • Tamuning, Guam 96931
Tel.: (671) 637-8959 • Fax: (671) 637-7996

**PACIFIC PEST CONTROL**
*Service Guaranteed*

**SAIPAN**
P. O. BOX 10001, PMB 420 Saipan, MP 96950
Telephone: (670) 235-3041 • Fax: (670) 233-7679
TIME:

## SERVICE RECORD

Customer Name: _DOC_                                    12-06-05

Contact Person (s): _Mr. Albert Delos Reyes_

Service Location: _Garapan_

Mailing Address: _____

Telephone No.: _____

**TYPE OF SERVICE**  ☐ Commercial  ☐ Home Owner  ☐ Hotel  ☐ Termite Shield  ☒ Others ___

**TYPE OF PEST**  ☐ Ants  ☐ Roaches  ☒ Rodents  ☐ Flies  ☐ Termites  ☐ Others

Instructions: _____

Technician Comments: _Inspected through out the ex-_
_terior Perimeter. Installed rodent_
_baits along the Perimeter gutters_
_and in bait stations._

| MATERIALS USED | AMOUNT USED |
|---|---|
| _Weather block._ | _4 pcs._ |

Customer: _DOC_                                    Technician: _Jean._
Print Name: _Albert DL Reyes_          Time In: _____  Time Out: _____

## THIS IS NOT AN INVOICE

# HAWTHORNE

## SERVICE REPORT

APPROVED BY

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. 3909 | SHIFT 1 | R. | EMPLOYEE NAME CAMACHO | | DATE |
|---|---|---|---|---|---|---|---|---|---|

| SVL | WLD | HAL | SHP | FLD | | | | RT | START |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | STOP |

| CUSTOMER NAME | CUST. NO. | STORE 13 | COST CTR | F/R OR EXCH NO. | | OT | START |
|---|---|---|---|---|---|---|---|
| | | | | | | | STOP |

| MAKE | MODEL 3306 | SERIAL NUMBER 6D46615 | ARRG. NO. | STD HOURS | | PT | START |
|---|---|---|---|---|---|---|---|
| | | | | | | | STOP |

| OIL | DSL | LB1 | L82 | | | HOURS/MILES 123 |
|---|---|---|---|---|---|---|

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE PRODUCT INOPERABLE? | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES ☐ NO | |
| | | | | | | ☐ YES ☐ NO | |
| | | | | | | ☐ YES ☐ NO | |

DESCRIPTION CODES*
A - Structural    C - Leaks    E - System Malfunction    G - General Repair    K - Serviceability    X - OPERATION
B - Surface    D - Factory Assembly    F - Factory Shipping    H - Adjustment    N - Abuse    COMPLAINT

| RELATED SERIAL NUMBERS | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
|---|---|---|---|---|---|---|
| CATERPILLAR | OEM PRODUCT | | | | | |
| MODEL | SERIAL NO. | MAKE/MODEL | COMPONENT | NUMBER | | |
| | | VEHICLE CONFIGURATION | | | | |
| | | DELIVERY DATE | DATE OF LAST LABOR | | | |

WHAT WAS THE CUSTOMER'S COMPLAINT?

ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?

WHAT WAS THE RESULTANT DAMAGE?

HOW DID YOU CORRECT IT?  PERFORM MONTHLY INSPECTION.
CHECK ALL FLUIDS. CHECK BASE TANK
AND OUTSIDE FUEL TANK.
RUN UNIT AND WARM UP.
* BASE TANK - FULL
* OUTSIDE - 3/4 TANK.

| CUSTOMER SIGNATURE | | SERVICEMAN SIGNATURE | |
|---|---|---|---|

DEALER TOP COPY    CUSTOMER BOTTOM COPY

05/05/2000 20:56 FAX




## Commonwealth of the Northern Mariana Islands
### Department of Public Health
### Division of Public Health
*Bureau of Environmental Health*

# M E M O R A N D U M

| | |
|---|---|
| **To** | : Acting Interior Secretary Tom Tebuteb |
| **From** | : Environmental Health Tech-1 |
| **Copy** | : EHO, DSPH, Admin. Section & File |
| **Cc** | : Deputy Director of D.O.C Juan M. Ayuyu |
| **Date** | : Dec. 20, 2005 |
| **Subject** | : Inspection Report of Bolis R-Us Catering |

At approximately 5:25 am. Health inspector Rodney Lifoifoi and I (Jesse Rabauliman) conducted an inspection at the Bolis R-Us Catering Services. The following deficiencies were found during our inspection.

- Meat found underneath the sink in the kitchen area, being left out in the room temperature over night to thaw-out. All frozen food items must be properly thawed under running water, inside a refrigerator or in a microwave over.

- Eggs were left in temperature danger zone (kitchen room temperature) on the preparation table without proper chilling. Eggs must be properly chilled at 40° Fahrenheit if not to be use.

- Greasy kitchen floor. Kitchen floor needs to be provided with a non-slip rubber mat to prevent from slipping.

- Unorganized food items within the standing chiller. All food items within the chiller must be properly arranged and separated to prevent any cross-contamination from occurring.

- Non-food handlers within the food preparation area. Any person without a food handlers certificate is not allowed within the kitchen area or food preparation area.

- "FIFO" method must be implemented when storing of any food item.

- Pig-slob contain must be properly covered at all times to prevent fly infestation.

Note:
The above establishment was rated "C" and management was instructed to take immediate action on rectifying the deficiencies. A follow-up inspection is scheduled on Dec. 21, 2005.

 

**PRIMARY HEALTH CARE DIVISION**

GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF PUBLIC HEALTH-ENVIRONMENTAL SERVICES

## GOVERNMENT AND PUBLIC BUILDING INSPECTION REPORT

Building _Dept. of Correction_    Location _Susupe_
Person in Charge _Georgia Cabrera_    Address _____

1. Water Supply
   A. _OK_ Source: Approved, Protected and Properly located.
   B. _Ok_ Drinking Facilities: Approved type, clean.
   C. _Ok_ Waste Water: Approved drainage – no standing pools.
2. Toilet Facilities
   A. _OK_ Type: Adequate, approved.
   B. _OK_ Cross-connection all safety precautions used.
   C. _✓_ Maintenance: In good repair.
   D. _✓_ Floor, stools and seats cleaned daily.
   E. _✓_ Toilet paper: Available and accessible.
   F. _✓_ Light: Condition of seats readily observed.
   G. _OK_ Ventilation: Properly ventilated.
3. Lavatories
   A. _✓_ Hand washing Equipment lavatories, sinks – Approved.
   B. _Ok_ Soap: Liquid or powdered soap.
   C. _Ok_ Towels: Paper towels provided and properly stored.
   D. _Ok_ Waste Water – Approved drainage. No standing pools.
4. Heating and Ventilation
   A. Air Condition
      _Ok_ Temperature 68.70°F
      _Ok_ Frequency of air change sufficient to prevent odors.
   B. _Ok_ Temperature control.

5. Lighting
   Finish:
   _OK_ Light color on wall, ceilings.
   _✓_ Clean.
6. Building
   A. Condition
      _✓_ In reasonably good repair.
      _Ok_ No fire or accident hazards.
      _✓_ Neat.
      _✓_ Floor clean.
   B. Floor Space
      _Ok_ Adequate for desk space.
      _✓_ Clean.
   C. Cleaning Methods
      _OK_ No dusting and sweeping during work hours.
   D. Grounds
      _Ok_ Well drained.
      _Ok_ Trash, garbage – no fly breeding places.
      _✓_ Clean.
   E. _Ok_ Janitors room and supplies neat and clean.
7. Equipment
   _Ok_ Waste paper basket approved and use.
8. Ground
   _Ok_ No accident hazards.
   _____ Others.

Remarks: (DOC) Control Male Detention / Control -1 building - Shower and restrooms Still needs to be thoroughly scrubbed clean, walls and ceilings paints are peaking off, walls are damage (cracked).
Intake - Sink is leaking (needs to repair defective p-trap).
Walls are filthy (needs to be scrubbed clean/repainted.
Outside premises found bottle not stains all over the front entrance.

_____ **SANITARIAN**    _12·19·05_ **DATE**

Received by: _____    _____ **DATE**

Commonwealth of the Northern Mariana Islands
**Department of Health**
**Division of Public Health**
**Bureau of Environmental Health**

## CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: *Vansan Guillermo M.*

Last        First        Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 4 / 12 / 05 as part of the Food Handler Certification

requirements.

Certified by: _____ Date: 4, 12, 05

Form DPH-BEH 5    This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871  28589

---

Commonwealth of the Northern Mariana Islands
**Department of Health**
**Division of Public Health**
**Bureau of Environmental Health**

## CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: *Buhay Eldon H.*

Last        First        Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 4 / 12 / 05 as part of the Food Handler Certification

requirements.

Certified by: _____ Date: 4, 12, 05

Form DPH-BEH 5    This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871  28576

---



Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

## FOOD HANDLER CERTIFICATE

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
|---|---|---|
| MATEDIOS, AMADO | | X ) M ( ) F |
| Social Security Number/Entry Permit Card Number | FHC Issue Date | |
| | 04/26/05 | |
| Name of Business/Corp | P.E. Date / Application and/or PE # | |
| BOLIS-R-US CATERING | 03/31/05 | |
| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) | |
| CHALAN KANOA DIST. 3 | 03/31/06 | |
| Occupation | Country/Citizenship | |
| BAKER | P.I | |

(  ) New
(  X) Renewal
(  ) Duplicate Ref.:
(  ) Replacement Ref.:

PEDRO T. UNTALAN
Deputy Secretary of Public Health

This Certificate must be readily available upon request by Health In...

---



Commonwealth of the Northern Mariana Islands
**Department of Health**    26629
**Division of Public Health**
*Bureau of Environmental Health*

## CERTIFICATE OF COMPLETION FOR
## WORKSHOP PARTICIPANTS

This is to certify that: *HISPERAS JENITA A.*

Last        First        Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 10 / 13 / 04 as part of the Food Handler Certification

Mo    Day    Yr.

requirements.

Certified by: _____ Date: 10, 13, 04

Form DPH-BEH 5    This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871



**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

**CERTIFICATE OF COMPLETION FOR**
**WORKSHOP PARTICIPANTS**

This is to certify that: SANTOS, TRINITES

| Last | First | Middle Initial |

has attended and completed the Food Handler Certification Workshop

on: 10 / 17 / 04      as part of the Food Handler Certification

requirements.

Certified by:

P.O. Box 500409 CK, Saipan, MP 96950

26628



---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

**CERTIFICATE OF COMPLETION FOR**
**WORKSHOP PARTICIPANTS**

This is to certify that: MATEDIOS, AMADO

| Last | First | Middle Initial |

has attended and completed the Food Handler Certification Workshop

on: 04 / 12 / 05      as part of the Food Handler Certification

requirements.

Certified by:                    Date: 04/12/05

P.O. Box 500409 CK, Saipan, MP 96950

---

**Commonwealth of the Northern Mariana Islands**
**Department of Public Health**
**Division of Public Health**
*Bureau of Environmental Health*

**FOOD HANDLER CERTIFICATE**

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
|---|---|---|
| BUHAY, ELDEN | 09/20/63 | ( ) M (X) F |

| Social Security Number/Entry Permit Card Number | FHC Issue Date |
|---|---|
| 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 | 04/26/05 |

| Name of Business/Corp | P.E. Date / Application and/or PE # |
|---|---|
| BOLIS-R -US CATERING | 03/31/05 |

| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) |
|---|---|
| CHALAN KANOA DIST. 3 | 03/31/06 |

| Occupation | Country/Citizenship |
|---|---|
| COOK/HELPER | P. I |

PEDRO T. UNTALAN
Deputy Secretary of Public Health

( ) New
(X) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



---

**Commonwealth of the Northern Mariana Islands**
**Department of Public Health**
**Division of Public Health**
*Bureau of Environmental Health*

**FOOD HANDLER CERTIFICATE**

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
|---|---|---|
| LABARDA, MA. THELMA | 04/06/67 | ( ) M (XX) F |

| Social Security Number/Entry Permit Card Number | FHC Issue Date |
|---|---|
| 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 | 07/20/05 |

| Name of Business/Corp | P.E. Date / Application and/or PE # |
|---|---|
| BOLIS R US | 06/28/05 |

| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) |
|---|---|
| CHALAN KANOA | 06/28/06 |

| Occupation | Country/Citizenship |
|---|---|
| KITCHEN HELPER | PI |

PEDRO T. UNTALAN
Deputy Secretary of Public Health

(XX) New
( ) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



**Commonwealth of the Northern Mariana Islands**
**Department of Public Health**
**Division of Public Health**
*Bureau of Environmental Health*

## FOOD HANDLER CERTIFICATE

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
| --- | --- | --- |
| YANSAN, GUILLERMO | 06/25/64 | (X) M ( ) F |

| Social Security Number/Entry Permit Card Number | FHC Issue Date |
| --- | --- |
| 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 | 04/26/05 |

| Name of Business/Corp | P.E. Date / Application and/or PE # |
| --- | --- |
| BOLIS-R-US CATERING | 03/31/05 |

| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) |
| --- | --- |
| CHALAN KANOA DIST.3 | 03/31/06 |

| Occupation | Country/Citizenship |
| --- | --- |
| BAKER/HELPER | P.I |

( ) New
(X) Renewal
( ) Duplicate Ref.:_____
( ) Replacement Ref.:_____

*PEDRO P. UNTALAN*
Deputy Secretary of Public Health

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Form DPH-BEH 6    Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871    **23265**





**Commonwealth of the Northern Mariana Islands**

**Department of Public Health**

*Office of the Secretary*

## HEALTH CLEARANCE

THIS IS TO CERTIFY THAT

LIIDS Number     *188252*

Full Name:     *AMADO YERRO MATEDIOS*

Employer:     *BOLIS R US*

Was examined on: *3/31/05*   At:  *ISLAND MEDICAL CENTER*

Was found physically fit and free of communicable disease.

_____     *3/31/06*
Secretary of Health or Designee     Expiration Date

# DPS Fire Division Inspection Report

**Fire Prevention Section** Tel: 664-9077/ 78/ 80 Fax: 664-9009 | Capitol Hill House #1368

| Case Number | Inspection Date | Time of Inspection |
|---|---|---|
| 05-190 | 12/19/05 | 0830 |

**Establishment Name:** DEPARTMENT OF CORRECTION
**Lot/Tract Number:**

**Location:** BY DPS CENTRAL
**Village:** SUSUPE

**Establishment Owner:** GOVERNMENT
**Manager/Person in Charge:** MAJOR AYUYU
**Telephone:** 664-9115
**Alt. Telephone:** 664-9061
**FAX:**

**Mailing Address:**

**Building/Complex:** GOVERNMENT
**Building Owner:** GOVERNMENT
**Bldg Owner Contact#:**

**Structure:** CONCRETE
**Interior Wall Construction:** CONCRETE

| #of Stories of Building | #of Exits at Grnd Level | Number of Elevators | Number of Stairwells |
|---|---|---|---|
| 1 | 11 | 0 | 0 |

**Occupancy:** PENITENTIARY
**Type of Inspection:** FIRE SAFETY INSPECTION

| Occupancy Code | # Exit Doors | Number of Floors | Number of Rooms/Units | Occ. Length/Feet | Occ. Width/Feet | Area: Feet |
|---|---|---|---|---|---|---|
| B | 11 | 1 | 41 | | | 0 |

| UFC Article | | Reinspection Date | Reinspection Time | Reinspection Remarks |
|---|---|---|---|---|
| 4,9,10,11,12,13,85 | 2CMC Division Chapter 3 & PL. 11-56 | | | |

**Requirements:**
THE ESTABLISHMENT HAS COMPLIED WITH PL-11-56 CNMI
FIRE SAFETY CODE.

| # Emergency Lights | # No Smoking Signs | # Smoke Detectors |
|---|---|---|
| 10 | PLUS | 44 |

| Fire Alarm System | Last Alarm Test | F. Alarm Cert./Test Co. |
|---|---|---|
| 0 | 0 | |

| Auto. Sprinkler | Last Sprinkler Test/Cert. | A. Sprink Cert/Test Co. |
|---|---|---|
| 0 | 0 | |

| Hood & Duct Sys. | Last System Test/Cert. | Hood & Duct Cert/Test Co. |
|---|---|---|
| .0 | 0 | |

| Standpipe Sys. | Standpipe Class | Standpipe Cert/Test Co. |
|---|---|---|
| 0 | 0 | |

| Other Extinguishing Systems | Last Test Date | Extinguishing Sys. Cert/Test Co. |
|---|---|---|
| | | |

| Fuel Container Volume | Fuel Service Company | Type of Fuel Tank | Certification Date |
|---|---|---|---|
| 500 GAL | MOBIL | STEEL | |

**Exit Signs** | # Self Luminescent | # Placard: Non-Luminescent: 12 | # Placard:Reflectory/Flourescent

**Fire Extinguishers** | # Dry Chemical | #Carbon Dioxide | # Halon | # Water | # Dry Powder

## Disposition
☑ Approved ☐ Disapproved

**Accompanied By:** ALBERT DL REYES
**Signed:**
**Date:** 12-20-05

**Code Enforcement Officer**
**Inspector**
DANIEL R. SUCL

**Witness:**
**Time Completed:**

Any exceptions allowable within the Uniform Fire Code are subject to the approval of the DPS-Fire Director

| Business Permit # | Occupancy Permit # | OO-085 Fire/Bomb 1-2 Plan Review | | |
| Plan Approval Date | Reviewer | Construction Contractor | | Contractor Number | Contact Telephone |
| Architect | | Architect Number | Date of Construction | Date Completed Construction |
| Dist\Nearest Hydrant 500' | Hydrant Type WET | Hydrant PSI: Peak Use | Hydrant PSI: Non-Peak Use | |

**Other Life Safety Devices**

**Remarks/Comments/Requirements**

**Illustrations**



| Received | | Inspector | |
| Witness | | | |