# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STATUS REPORT** |
| | ) | |
| COMMONWEALTH OF THE | ) | **DEPARTMENT OF CORRECTIONS** |
| NORTHERN MARIANA ISLANDS, | ) | |
| GOVERNOR OF THE NORTHERN | ) | **PART 2 OF 2 PARTS** |
| MARIANA ISLANDS, | ) | |
| COMMISSIONER OF THE | ) | **January 3, 2006** |
| DEPARTMENT OF PUBLIC | ) | |
| SAFETY, SECRETARY OF THE | ) | |
| DEPARTMENT OF LABOR AND | ) | |
| IMMIGRATION, SECRETARY OF | ) | |
| THE DEPARTMENT OF | ) | |
| COMMUNITY AND CULTURAL | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/14/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 99 | 99 | 20 | 0002080553 | Valve not Connected |
| 99 | 99 | 12 | 0002080556 | Mask Scratched |

Inspected By: _Cos. Regina V. Pangelinau_      _CGIII. M. Appleby Covly_
Incoming Officer – Print & Sign      Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/14/05 | MSF Control | 20 | 9912170037 | Mask scratched |
| 12/14/05 | MSF Control | 20 | 0002080553 | Valve not connect |
| 12/14/05 | MSF Control | 12 | 0002080556 | Mask scratched |

Inspected By: _(signature)_      _CG3, Regina V. Pangelinan Rup_
Incoming Officer – Print & Sign      Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/15/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 12/15/05 | " " | 20 | 0002080553 | " " |
| 12/15/05 | " " | 12 | 0002080556 | " " |

Inspected By _Jues dls Santos_      _COT J. R. Babauta_
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/16-17/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| ," | " " | 20 | 000 2080553 | Valve not Connected |
| ," | " " | 12 | 000 2080556 | Mask Scratched |

Inspected By: _COT J. Babauta_      _CGIII. M. Appleby Covly_
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/17/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " " | 20 | 0002080553 | Valve not Conne |
| " | " " | 12 | 0002080556 | Mask Scratched |

Inspected By: _CGIII. M. Appleby Covly_      _COT J. R. Babauta_
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/17/05 | MSF CONTROL | 20 PSI | 9912170037 | Mask Scratched |
| | | 20 PSI | 0002080553 | Valve not Connected |
| | | 12 PSI | 0002080556 | Mask Scratched |

Inspected By: _J. Cohn ___ / ___      Coll. M. Appleby ____
Incoming Officer – Print & Sign     Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-17/18 - 05 | msf Control | 20 PSI | 9912170037 | Scratch mask |
| | | 20 PSI | 0002080558 | |
| | | 12 PSI | 000208056 | " |

Inspected By: _____     Coll J. Cohn ____
Incoming Officer – Print & Sign     Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/19-20/05 | MSF CONTROL | 20 PSI | 9912170037 | SCRATCH MASK |
| | | 20 " | 0002080553 | " |
| | | 12 " | 0002080556 | " |

Inspected By _Joe Des Santos ___
Incoming Officer-Print & Sign     Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/20/2005 | MSF CONTROL | 20 PSI | 9912170037 | MASK SCRATCHED |
| " | " | 20 PSI | 0002080553 | VALVE NOT CONNECTED |
| " | | 12 PSI | 0002080556 | MASK SCRATCHED |

Inspected By: _WILL FRXER  WF ___     Coll. M. Appleby ____
Incoming Officer-Print & Sign     Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-20-21/05 | msf control | 20 PSI | 9912170037 | mask scratched |
| | | 20 PSI | 0002080553 | Valve not connected |
| | | 12 PSI | 0002080556 | mask scratched |

Inspected By: _____
Incoming Officer-Print & Sign     Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

██████ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10·29·30·05 | MSF Control | 20██ | ██9█70037 | M. Scratched |
| " " | " | 20█ | 0000█080553 | " |
| 10·29·30·05 | MSF Control | 18██ | ███3040566 | M. Scratched |

Inspected By: ___CO3 M. Appleby_____ (sign)
Incoming Officer – Print & Sign                    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/30-31/05 | MSF Control | 20 | ██9█████0039 | Mask Scratchit |
| " | " | 20 | ███00█0055+ | " |
| " | " | 12 | █008███2564 | " |

Inspected By: ___CO2 Brassily Ubedi___ (sign)
Incoming Officer – Print & Sign                    CO3. M. Appleby (sign)
                                                   Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/31/05 | MSF Control | 20█ | ███9412█70037 | Scratched Mask |
| " | " | 20█ | █0002█80553 | " |
| " | " | 12█ | ███00█2030656█ | " |

Inspected By ___CO3. M. Appleby___ (sign)
Incoming Officer-Print & Sign              CO2. Brassily Ubedu (sign)
                                           Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/31 - 11/01/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | | 20 | 0002080553 | |
| " | | " | CCC2080560 | " |

Inspected By: ___CO2 Stanley Naucheungel___ (sign)
Incoming Officer-Print & Sign              CO3. M. Appleby (sign)
                                           Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/01/05 | MSF control | 20 | 9912170037 | Mask scratched |
| " | " " | 20 | 000 2080553 | " " |
| " | " " | 12 | GCC 20 80056 | " " |

Inspected By: ___CO2___ (sign)
Incoming Officer-Print & Sign              CO2 Stanley Naucheungel (sign)
                                           Outgoing Officer-Print & Sign

# DEPARTMENT OF CORRECTIONS

## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | | PSI | SERIAL NUMBER | REMARKS |
|------|----------|---|-----|---------------|---------|
| 10/26-27/05 | MSF | Control | 20 | 9912170037 | Mask Scratch |
| | MSF | Control | 20 | 0002080533 | Mask scratch |
| | MSF | Control | 12 | 0002080566 | Mask Scratch |

Inspected By: COB. M. Appleby _____    Cos. Regina V. Pangelinan _____
        Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | | PSI | SERIAL NUMBER | REMARKS |
|------|----------|---|-----|---------------|---------|
| 10/27/05 | MSF Control | | 20 | 9912170037 | Mask Scratched |
| " | " | " | 20 | 0002080583 | " " |
| " | " | " | 12 | 0002080566 | " " |

Inspected By: CO2 Stanley Naichrewrge _____    COIII. M. Appleby _____
        Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | | PSI | SERIAL NUMBER | REMARKS |
|------|----------|---|-----|---------------|---------|
| 10/27/05 | MSF control | | 20 | 9912170037 | Mask scratched |
| " | " " | | 20 | 0002080583 | " " |
| " | " " | | 12 | 0002080566 | " " |

Inspected By: CO2 _____    CO2 Stanley Naichrewrge _____
        Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | | PSI | SERIAL NUMBER | REMARKS |
|------|----------|---|-----|---------------|---------|
| 10·27·28·05 | MSF Control | | 20 | 9912170037 | Mask Scratched |
| " " " " | " " | | 20 | 0002080583 | " " |
| 10·27·28·05 | MSF Control | | 12 | 0002080566 | Mask Scratched |

Inspected By: _____    CO2 _____
        Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | | PSI | SERIAL NUMBER | REMARKS |
|------|----------|---|-----|---------------|---------|
| 10/29/05 | MSF Control | | 20 | 9912170037 | Mask Scratched |
| " " | " " | | 20 | 0002080553 | " " |
| " " | " | | 12 | 0002080566 | " " |

Inspected By: CO2 _____    CO3. M. Appleby _____
        Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10·23·05 | Control #3 | | 9037 | Mask Scratched |
| " | " " | | 00553 | " " |
| 10·23·06 | Control #3 | 12 | 0000080556 | Mask Scratched |

Inspected By: CO3. M. Appleby _(signature)_
Incoming Officer – Print & Sign

_(signature)_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/23/05 | MSF Control | 20 | 0037 | Mask Scratched |
| 10/24/05 | " " " | 20 | 0553 | " " |
| 10/24/05 | " " " | 12 | 00 0550 | " " |

Inspected By: _____
Incoming Officer – Print & Sign

CO3. M. Appleby _(signature)_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/25/05 | MSF Control | 20 | 9912170039 | Mask Scratched |
| " " | " " " " | 20 | 000080553 | " " |
| " " | " " " " | 12 | 0000080566 | " " " " |

Inspected By CO2 Stanley Ngmcharanel _(signature)_
Incoming Officer-Print & Sign

CO III. M. Appleby _(signature)_
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/25/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " " | 20 | 000 2080533 | Mask Scratched |
| " | " " | 12 | 000 2080566 | Mask Scratched |

Inspected By: CO3. M. Appleby _(signature)_
Incoming Officer-Print & Sign

CO2 Stanley Ngmcharanel _(signature)_
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/26/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " " | " " | 20 | 000 2080533 | " " " " |
| " " | " " | 12 | 000 2080566 | " " " " |

Inspected By: CO3. R. Fragelman _(signature)_
Incoming Officer-Print & Sign

CO3. M. Appleby _(signature)_
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

S/N# 2080566

▉▉ DOC

| DATE / SHIFT | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09-28-05 | "A" | MSF CONTROL Three | | 2080566 | Mask scratch |
| | | | | | |

Inspected By: _____

Incoming Officer – Print & Sign

Cos Regina Y. Pangelinan- PhPangelinan

Outgoing Officer – Print & Sign

| DATE / SHIFT | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09-28-29-05 | "C" | MSF CONTROL 3 | 20 | 2080566 | Mask scratched. |
| 09.29.05 | "B" | MSF CONTROL 3 | 20 | 2080566 | " " " " |

Inspected By: _CO?_____

Incoming Officer – Print & Sign

Cos Regina V. Pangelinan

Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09.29.05 | MSF CONTROL 3 | 20 | 2080566 | M. Scratched |
| | | | | |

Inspected By _____

Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |

Inspected By: _____

Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |

Inspected By: _____

Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09/29-30/05 | MSF Control | | 0002080553 | Mask Scratched |
| 09/30-05 | MSF Control | | 0002080553 | " " |

Inspected By: _____  COIII. M. Appleby
    Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09/29-30/05 | MSF Control | 20 | 091270037 | Mask Scratched |
| 09/30/05 | " " | | 091270037 | " " |

Inspected By: _____  COIII. M. Appleby
    Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09/29-30/05 | MSF Control | 12 | 0002080566 | Mask Scratched |
| 09-30-05 | MSF Control | 12 | 0002080566 | Mask Scratched |

Inspected By: _____  COIII. M. Appleby
    Incoming Officer–Print & Sign    Outgoing Officer–Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09/30/05 | MSF Control | 20 | 0002080553 | Mask Scratched |

Inspected By: _____  CO3 Ramon A. Flores
    Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09/30/05 | MSF Control | 20 | 091270037 | Mask Scratched |

Inspected By: _____  CO3 Ramon A. Flores
    Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/2 3/05 | X34(UX)(3OC | 0G | 0X30C5GXXXXJC5(UX) | |
| 10/03/05 | CONTROL III | 20 | 00 2080566 | MASK SCRATCHED |

Inspected By: _COI. HANS PUP_                      _____
Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/03/05 | CONTROL III | 20 | 0020 566 | MASK SCRATCHED |
| 10-03-04-05 | MCF | 2C | | '' '' |

Inspected By: _CO2_                         _COI. HANS PUP_
Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-04-05 | MSF | 20 | 302080566 | M. scratched |
| 10.04.05 | MSF Control | 20 | 0020566 | M. Scratched |

Inspected By _CO3. Regina V. Pangelinan-Propangelinan_     _CO2_
Incoming Officer-Print & Sign             Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10.04.05 | MSF Control | 20 | 002080566 | M. Scratched |
| 10/04/05/05 | MSF Control #3 | 20 | C02080566 | Mask Scratched |

Inspected By: _CO2. Brassily Ubedu ABNM_      _CO3. Regina V. Pangelinan_
Incoming Officer-Print & Sign            Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/05/05 | MSF Control | 20 | 002080566 | M. Scratched |
| 10/05/05 | MSF Contry | 20 | 002080566 | M. Scratched |

Inspected By: _COIII. M Appbin_                  _Co2. Brassily Ubedu_
Incoming Officer-Print & Sign            Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09/30/05 | MSF Control | | 0805166 | Mask Scratched |
| | | | | |

Inspected By: _____
Incoming Officer – Print & Sign

Lt. Irwin A. Hofers
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/01/05 | MSF Control | 12 | 0700 | Mask Scratched |
| 10/01-02/05 | MSF Control | 12 | 0566 | |

Inspected By: COII. M.C. Appleby
Incoming Officer – Print & Sign

Daniel J. Joeb
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/02/05 | MSF Control | 20 | 000 280 553 | Mask Scratched |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

CO3. M. Appleby
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/02/05 | MSF Control | 20 | 99121 70037 | Mask Scratched |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

CO3. M. Appleby
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/02/05 | MSF Control | 12 | 0002080566 | Mask Scratched |
| 10/2/05 | MSF Control | 12 | 0002080566 | mask scratched |

Inspected By: CPT Stacey DGuerrero
Incoming Officer-Print & Sign

CO3. M. Appleby
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/05-06/05 | MSF Control | 12 | 0002080566 | Mask Scratched |
| 10/05-06/05 | MSF Control | 12 | 0002080566 | mask scratched |

Inspected By: _CO2_ _____    C03. M. Appleby

Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/05-06/05 | MSF Control | 20 | 0002080553 | Mask Scratched |
| 10/05-06/05 | MSF Control | 20 | 0002080553 | Mask scratched |

Inspected By: _CO2_ _____    C03. M. Appleby

Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/05-06/05 | MSF Control | 20 | 9912410037 | Mask Scratched |
| 10/05-06/05 | MSF Control | 20 | 9912410037 | Mask scratched |

Inspected By _CO2_ _____    C03. M. Appleby

Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/05-06/05 | MSF Control | 20/12 | 0002080566 | Mask Scratched |
| 10/06/05 | MSF Control | 20/12 00 | 0002080566 | " " |

Inspected By: C03. M. Appleby _____

Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/05-06/05 | MSF Control | 20 | 0002680553 | Mask scratched |
| 10/06/05 | MSF Control | 20 | 0002080553 | " " |

Inspected By: C03. M. Appleby _____

Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

■■■ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/05-06/05 | MSF Control | 20 | ■■■■20037 | Mask Scratched |
| 10/06/05 | MSF Control | 20 | ■■■0037 | " " |

Inspected By: CO3. M. Appleby
_Incoming Officer – Print & Sign_        _Outgoing Officer – Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/06-07/05 | MSF Control | 20 | ■■■0039 | Mask Scratched |

Inspected By: _____
_Incoming Officer – Print & Sign_        CO3 M. Appleby
                                         _Outgoing Officer – Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/06-07/05 | MSF Control | 20 | ■■■0553 | Mask Scratched |

Inspected By _____
_Incoming Officer-Print & Sign_        CO3. M. Appleby
                                       _Outgoing Officer-Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/06-07/05 | MSF Control | 12 | 0002080506 | Mask Scratched |
| 10/06-07/05 | Control III Rm | 12 | 0002080502 | Mask Scratched |

Inspected By: T. M. Quintanilla COIII
_Incoming Officer-Print & Sign_        CO3. M. Appleby
                                       _Outgoing Officer-Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/06-07/05 | Control III Rm. | 12 | 0002080502 | Mask Scratched |

Inspected By: _____
_Incoming Officer-Print & Sign_        T. V. Quintanilla COIII
                                       _Outgoing Officer-Print & Sign_

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| OCT. 08-09, 2005 | MSF : Control Room | 20 | 0002080506 | Mask Scratched |
| 10.09.05 | MSF | 20 | 0506 | M. scratched |

Inspected By: _COZ_ _____     _Regina V. Pangelinan- Pangelinan_ _____
          Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10·09·05 | MSF | 20 | 20806 | M. Scratched |
| 10.09.10.2005 | MSF Control/Rm | 20 | 0506 | M. Scratched |

Inspected By: _Corr. Regina V. Pangelinan -RP_ ____     _COZ_ _____
          Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10.10.05 | MSF - Control | 20 | 0002080506 | M. Scratched |
| 10.11.05 | MSF | 20 | 0506 | M. Scratched |

Inspected By: _COZ_ _____     _Regina V. Pangelinan_ _____
          Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/11/05 | Control III | 20 | 0002080506 | mask scratched |

Inspected By: _____     _____
          Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/11/05 | Control III | 20 | 000 | |

Inspected By: _____     _____
          Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/15/05 | Control IV | 20 | 0002080553 | Mask scratched |
| " | " | | | " |

Inspected By: _CO2 Stanley Kguicheurgel_
Incoming Officer – Print & Sign

COIII M. Appleby
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/15/05 | Control III | 20 | 9912170037 | Mask scratche |
| " | " | 20 | | |

Inspected By: _CO2 Stanley Kguicheurgel_
Incoming Officer – Print & Sign

COIII M. Appleby
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/15/05 | Control IV | 12 | 0002080566 | Mask scratche |
| " | " | 12 | | |

Inspected By _CO2 Stanley Kguicheurgel_
Incoming Officer-Print & Sign

COIII. M. Appleby
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/15/05 | Control IV | 20 | 0002080553 | Mask scratche |
| 10/15-16/05 | Control III | 20 | 0002080553 | Mask scratche |

Inspected By: _____
Incoming Officer-Print & Sign

CO2 Stanley Kguicheurge
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/15/05 | Control III | 20 | 9912170037 | Mask scratche |
| 10/15-16/05 | Control III | 20 | 9912170037 | Mask scratche |

Inspected By: _____
Incoming Officer-Print & Sign

CO2 Stanley Kguicheurge
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

**DOC**

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/15/05 | Control III | | 6 | Mask scratches |
| 10/15-16/05 | Control III | | 0002080546 | Mask scratches |

Inspected By: _____
Incoming Officer – Print & Sign

Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/15-16/05 | control III | 2 | 0037 | mask scratche |

Inspected By: _____
Incoming Officer – Print & Sign

Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/15-16/05 | Control III | 12 | 0002080546 | Mask scratche |

Inspected By
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/15-16/05 | Control III | 20 | 0002080553 | mask scratche |

Inspected By: _____
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/16-17/05 | control III | 12 | 0002080566 | Mask scratche |

Inspected By: _____
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/16-17/05 | Control III | 2 | 0002080553 | mask scratched |

Inspected By: _____
Incoming Officer – Print & Sign                    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/16-17/05 | control III | 250 | 9910170037 | mask scratched |

Inspected By: _____
Incoming Officer – Print & Sign                    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/17/05 | Control III | 12 | 0002080506 | mask scratched |
| 10/17/05 | MSF Control | 12 | 0002080506 | " " |

Inspected By COIII. M. Appleby
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/17/05 | Control III | 20 | 0002080553 | mask scratched |
| 10/17/05 | MSF Control | 20 | 0002080553 | " " |

Inspected By: COIII. M. Appleby
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/17/05 | Control III | 20 | 9910170037 | mask scratched |
| 10/17/05 | MSF Control | 20 | 9912170037 | " " |

Inspected By: COIII. M. Appleby
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/17~18/05 | MSF Control | 12 | 0002080566 | Mask Scratched |
| 10/17-18/05 | Control III | 12 | 0002080566 | Mask scratched |

Inspected By: _____    COIII. M. Appleby
Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/17-18/05 | MSF Control | 20 | 0002080553 | Mask Scratched |
| 10/17-18/05 | Control III | 20 | 0002080553 | Mask scratched |

Inspected By: _____    COIII. M. Appleby
Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/17~18/05 | MSF Control | 20 | 9912070037 | Mask Scratched |
| 10/17-18/05 | Control III | 20 | 9912070037 | Mask scratched |

Inspected By _____    COIII. M. Appleby
Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/18/05 | Control III | 20 | 0002080553 | mask scratched |
| 10/18/05 | MSF Control | 20 | 0002080553 | "       " |

Inspected By: CO3. M. Appleby    _____
Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/18/05 | Control III | 12 | 0002080566 | mask scratched |
| 10/18/05 | MSF Control | 12 | 0002080566 | "       " |

Inspected By: COIII. M. Appleby    _____
Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/17-18/05 | Control III | 20 | 9912170037 | Mask scratched |
| 10/18/05 | MSF Control | 20 | 9912170037 | " " |

Inspected By: COB. M. Appleby
**Incoming Officer – Print & Sign**                **Outgoing Officer – Print & Sign**

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/18-19/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " " | 20 | | " " |

Inspected By: _____                COB. M. Appleby
**Incoming Officer – Print & Sign**                **Outgoing Officer – Print & Sign**

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/18-19/05 | MSF Control | 20 | 0002080553 | Mask Scratched |
| " | " " | 20 | | " " |

Inspected By _____                COB. M. Appleby
**Incoming Officer-Print & Sign**                **Outgoing Officer-Print & Sign**

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/18-19/05 | MSF Control | 12 | 0002080566 | Mask Scratched |
| " | " " | 12 | " | " " |

Inspected By: _____                COB. m. Appleby
**Incoming Officer-Print & Sign**                **Outgoing Officer-Print & Sign**

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/19/05 | MSF Control | 20 | 9912170037 | mask scratched |
| " | " | " | " | " |

Inspected By: COR Stanley Nginchuryel          _____
**Incoming Officer-Print & Sign**                **Outgoing Officer-Print & Sign**

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/19/05 | MSF control | 20 | 80553 | mask scratched |
| " | " | " | | " |

Inspected By: CO2 Stanley Ngircheungel
_Incoming Officer – Print & Sign_                   Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/19/05 | MSF control | 12 | 80566 | mask scratched |
| " | " | | | " |

Inspected By: CO2 Stanley Ngircheungel
_Incoming Officer – Print & Sign_                   Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/20/05 | MSF control | 20 | 8918080037 | mask scratched |
| 10/20/05 | MSF Control | 20 | 8918080037 | |

Inspected By CCIII. M. Appleby
_Incoming Officer-Print & Sign_          CO2 Stanley Ngircheungel  Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/20/05 | MSF Control | 20 | 0002080553 | mask scratched |
| 10/20/05 | MSF Control | 20 | 0002080553 | " " |

Inspected By: CCIII. M. Appleby
_Incoming Officer-Print & Sign_          CO2 Stanley Ngircheungel  Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/20/05 | MSF control | 12 | 0002080566 | mask scratched |
| 10/20/05 | MSF Control | 12 | 0002080566 | " " |

Inspected By: CCIII. M. Appleby
_Incoming Officer-Print & Sign_          CO2 Stanley Ngircheungel  Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

**DOC**

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/20-21/05 | MSF Control | 20 | 0191470037 | Mask Scratched |
| 10/20-21/05 | " " | " " | | " " |

Inspected By: *Coll. Regina Pangelinan - RP*
Incoming Officer – Print & Sign

*C.O.3. M. Appleby*
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/20-21/05 | MSF Control | 30 | 0553 | Mask Scratched |
| 10/20-21/05 | " " | | | " " |

Inspected By: *Coll. Regina Pangelinan - RP*
Incoming Officer – Print & Sign

*C.O.3. M. Appleby*
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/20-21/05 | MSF Control | 12 | 05020566 | Mask Scratched |
| 10/20-21/05 | " " | " " | | " " |

Inspected By *Coll. Regina Pangelinan - RP*
Incoming Officer-Print & Sign

*C.O.3. M. Appleby*
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_____
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_____
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

██████ DOC

Minimum Security Male /Female Housing

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-20-21-05 | MSF Control | 20 | 9912070037 (IND) | Mask Scratched |
| 10-20-21-05 | MSF Control | 20 | 0002080553 (IND) | Mask Scratched |
| 10-20-21-05 | MSF Control | 18 | 0002080566 (DOC) | Mask Scratched |

Inspected By: _____  
Incoming Officer – Print & Sign

CO3 Regina Pangelinan – PVD  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/21-22/05 | Control III | 20 | 9912070037 (IND) | mask scratched |
| 10/21-22/05 | Control III | 20 | 0002080553 (IND) | mask scratched |
| 10/21-22 | Control III | 18 | 0002080566 (DOC) | mask scratched |

Inspected By: CO2 Stanley N ___  
Incoming Officer – Print & Sign

_____  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/22/05 | Control III | 20 | 9912070037 | mask scratched |
| " | " | 20 | 0002080553 | " " |
| " | " | 12 | 0002080556 | " " |

Inspected By ___ J. Sabain ___  
Incoming Officer-Print & Sign

CO2 Stanley N ___  
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/22-23/05 | Cont. III | 20 | 9912070037 | Mask Scratched |
| " | " | 20 | 0002080553 | " " |
| " | " | 12 | 0002080556 | " " |

Inspected By: CO3. Regina V. Pangelinan -RPangelinan  
Incoming Officer-Print & Sign

___ J. Sabain ___  
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/22-23/05 | Control III | 20 | 9912070037 | Mask Scratched |
| 10/22-23/05 | Control III | 20 | 0002080553 | " " |
| 10/22-23/05 | Control III | 12 | 0002080556 | " " |

Inspected By: CO2 ___  
Incoming Officer-Print & Sign

CO3. Regina V. Pangelinan-RPangelinan  
Outgoing Officer-Print & Sign