# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11·10·11·05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 11/11/05 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: CC3·M·Appleby  
Incoming Officer – Print & Sign

CO2  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11·10·11·05 | MSF Control | 20 | 0002080553 | Mask Scratched |
| 11/11/05 | MSF Control | 20 | 0002080553 | Hose not connected to tank |

Inspected By: CC3·M·Appleby  
Incoming Officer – Print & Sign

CO2  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11·10·11·05 | MSF Control | ~~20~~ 12 | 0002080556 | Mask Scratched |
| 11/11/05 | MSF Control | 12 | 0002080556 | Mask Scratched |

Inspected By: CC3·M·Appleby  
Incoming Officer – Print & Sign

CO2  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/11-12/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 11/11-12/05 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: CO2·Brassily Ubedu  
Incoming Officer – Print & Sign

CO3·M·Appleby  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/11-12/05 | MSF Control | 12 | 0002080556 | Mask Scratched |
| // | // | // | // | // |

Inspected By: CO2·Brassily Ubedu  
Incoming Officer – Print & Sign

CO3·M·Appleby  
Outgoing Officer – Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/11-12/05 | MSF-Control | 20 | 0002080553 | Tank not connected |
| // | // | // | // | // |

Inspected By: Co2. Brassily Ubedei /BU          CO3. M. Appleby
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/12/05 | MSF Control #3 | 20 | 9912170037 | Mask Scratched |
| 11/12/05 | MSF Control | 20 | 9912170037 | " |

Inspected By: CO3. M. Appleby          Co2. Brassily Ubedei /BU
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/12/05 | MSF Control #3 | 12 | 0002080556 | Mask Scratched |
| 11/12/05 | MSF Control | 12 | 0002080556 | " |

Inspected By CO3. M. Appleby          Co2. Brassily Ubedei
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/12/05 | MSF Control #3 | 20 | 0002080553 | Tank not Connected |
| 11/12/05 | MSF Control | 20 | 0002080553 | " |

Inspected By: CO3. M. Appleby          Co2. Brassily Ubedei /BU
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/12-13/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 11/13/05 | " " | " | " | " |

Inspected By: CO2 Henley Navehungul Jr.          CO3. M. Appleby
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/12-13/05 | MSF Control | 20 | 0002080553 | Tank not connected |
| 11/13/05 | " " | " | " | " |

Inspected By: CO1 Stanley Ngircheunge / Jr.        CO3. M. Appleton
_____Incoming Officer – Print & Sign_____        _____Outgoing Officer – Print & Sign_____

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/12-13/05 | MSF Control | 12 | 0002080556 | Mask Scratched |
| 11/13/05 | " | " | " | " |

Inspected By: CO1 Stanley Ngircheunge / Jr.        CO3. M. Appleton
_____Incoming Officer – Print & Sign_____        _____Outgoing Officer – Print & Sign_____

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/14/05 | MSF Control | 20 | 9912170037 | Mask scratched |
| 11-14-05 | " " | 20 | 9912170087 | M. Scratched |

Inspected By: CO2
_____Incoming Officer-Print & Sign_____        CO2 Stanley Ngircheunge
                                                   _____Outgoing Officer-Print & Sign_____

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/14/05 | MSF Control | 20 | 0002080553 | Mask Scratched |
| 11-14-05 | " " | 20 | 0002080553 | M. Scratched |

Inspected By: CO2
_____Incoming Officer-Print & Sign_____        CO2 Stanley Ngircheunge
                                                   _____Outgoing Officer-Print & Sign_____

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/14/05 | MSF Control | 12 | 0002080556 | Mask scratched |
| 11-14-05 | " " | 12 | 0002080556 | M. Scratched |

Inspected By: CO2
_____Incoming Officer-Print & Sign_____        CO2 Stanley Ngircheunge
                                                   _____Outgoing Officer-Print & Sign_____

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-14-05 | MSF Control | 20 | 9912170037 | M. Scratched |
| 11-14-05 | MSF " | 20 | 9912170037 | M. " |

Inspected By: CO3. Regina V. Pangelinan - RP        CO2 [signature]
Incoming Officer – Print & Sign                      Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-14-05 | MSF Control | 20 | 0002080553 | M. Scratched |
| 11-14-05 | MSF Control | 20 | 0002080553 | M. " |

Inspected By: CO3. Regina V. Pangelinan - RP        CO2 [signature]
Incoming Officer – Print & Sign                      Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-14-05 | MSF Control | 12 | 0002080556 | M. Scratched |
| 11-14-05 | MSF Control | 12 | 0002080556 | M. Scratch |

Inspected By: CO3. Regina V. Pangelinan - RP        CO2 [signature]
Incoming Officer-Print & Sign                        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-14-15-05 | MSF Control | 20 | 9912170037 | M. Scratch |
| 11-14-15-05 | MSF Control | 20 | 0002080553 | M. Scratch |
| 11-14-15-05 | MSF Control | 12 | 0002080556 | M. Scratch |

Inspected By: CO2. Brassily Ubedei BU             CO3. Regina Pangelinan
Incoming Officer-Print & Sign                      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/15-16/05 | MSF Control #3 | 20 | 9912170037 | Mask Scratched |
| 11/15-16/05 | MSF Control #3 | 20 | 0002080553 | Mask Scratched |
| 11/15-16/05 | | 12 | 0002080556 | Mask Scratched |

Inspected By: CO2 Stanley Ngircheungel Jr.        CO2. Brassily Ubedei BU
Incoming Officer-Print & Sign                      Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/16/05 | MSF Control | 20 | 991217.0037 | Mask scratched |
| 11/16/05 | " " | 20 | 0002080553 | " " |
| 11/16/05 | " " | 12 | 0002080556 | " " |

Inspected By: CO2 _____   CO2 Stanley Kunchicurqef
Incoming Officer – Print & Sign     Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-16-05 | MSF Control | 20 | 991217.0037 | M. Scratched |
| " " " | " " | 20 | 0002080553 | " " |
| 11-16-05 | MSF Control | 12 | 0002080556 | M. Scratched |

Inspected By: CO3 M. Appleby ____   CO2 _____
Incoming Officer – Print & Sign     Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/17/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Tank not connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: CO2 Brassily Ubedu ____   CO3 M. Appleby ____
Incoming Officer-Print & Sign     Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/17-18/05 | MSF Control #3 | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | " " |
| " | " | 12 | 0002080556 | " " |

Inspected By: CO3. M. Appleby ____   CO2 Brassily Ubedu ____
Incoming Officer-Print & Sign     Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/18/05 | MSF Control | 20 | 9912170037 | Mask scratched |
| " | " | 20 | 0002080553 | Tank not connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: CO3 Regina V. ____   CO3 M. Appleby ____
Incoming Officer-Print & Sign     Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/18-19/05 | MSF - CONTROL | 20 | 9912170037 | Mask scratch |
|  | MSF - CONTROL | 20 | 0002080553 | Mask scratch |
|  | MSF - CONTROL | 12 | 0002080556 | Mask scratch |

Inspected By: _____  COS Regina V. _____
Incoming Officer – Print & Sign  Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/19/05 | MSF Control | 20 | 9912170037 | Mask scratched |
| " | " | 20 | 0002080553 | " |
| " | " | 12 | 0002080556 | " |

Inspected By: CCS M. Appleby _____  COS Stanley _____
Incoming Officer – Print & Sign  Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/20/05 | MSF Control | 20 | 9912170037 | Mask Scratches |
| " | " | 20 | 0002080553 | Tank not connect. |
| " | " | 12 | 0002080556 | Mask Scratches |

Inspected By: COS Regina V. Pratinio _____  CCS M. Appleby _____
Incoming Officer – Print & Sign  Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/20-21/05 | MSF CONTROL | 20 | 9912170037 | Mask scratch |
| 11/20-21/05 | MSF CONTROL | 20 | 0002080553 | Valve Not Connect |
| 11/20-21/05 | MSF CONTROL | 12 | 0002080556 | Mask scratch |

Inspected By: _____  COS Regina V. Pratinio
Incoming Officer – Print & Sign  Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11.21.05 | MSF Control | 20 | 9912170037 | M. Scratched |
| " " " | " " | 20 | 0002080553 | " |
| 11.21.05 | MSF Control | 12 | 0002080556 | M. Scratched |

Inspected By: CCS Stanley _____  CO2 _____
Incoming Officer – Print & Sign  Outgoing Officer – Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/21/05 | MSF-Control | 20 | 9912170037 | Mask scratched |
| " | " | 20 | 0002000553 | " " |
| " | " | 12 | 0002080556 | " " |

Inspected By: CO2. Brassily Ubedu　　　　　　　　　　CO3. Appleby
　　　　　Incoming Officer – Print & Sign　　　　　　Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/22/05 | MSF Control #3 | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002000553 | " " |
| " | " | 12 | 0002080556 | " " |

Inspected By: CO3. M. Appleby　　　　　　　　　　CO2. Brassily Ubedu
　　　　　Incoming Officer – Print & Sign　　　　　　Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/22-23/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 00020805S3 | Tank not connect. |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: CO2　　　　　　　　　　CO3. M. Appleby
　　　　　Incoming Officer-Print & Sign　　　　　　Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-23-05 | MSF Control | 20 | 9912170037 | M. Scratched |
| " " " | " " | 20 | 0002000553 | " " |
| 11-23-05 | MSF Control | 12 | 0002080556 | M. Scratched |

Inspected By: _____　　　　　　　　　　CO2
　　　　　Incoming Officer-Print & Sign　　　　　　Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/23-24/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | " |
| " | " | 12 | 0002080556 | " |

Inspected By: CO2. Brassily Ubedu　　　　　　　　　　CO3. M. Appleby
　　　　　Incoming Officer-Print & Sign　　　　　　Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/24/05 | MSF Control #3 | 20 | 991270037 | Mask Scratched |
| " | " | 20 | 0002080553 | " " |
| " | " | 12 | 0020805556 | " " |

Inspected By: CCIII M. Appleby  
Incoming Officer – Print & Sign

CO2 Brassily Ubedei  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/24-25/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | " |
| " | " | 20 | 000208056 | " |

Inspected By: CCIII, R.V. Paraguiran  
Incoming Officer – Print & Sign

CCIII M. Appleby  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/24-25/05 | MSF CONTROL | 20 | 9912170037 | Mask Scratched |
| 11/24-25/05 | MSF CONTROL | 20 | 0002080553 | Valve Not Connected, Two |
| 11/24-25/05 | MSF CONTROL | 12 | 000208056 | Mask Scratched |

Inspected By: CCIII Melissa Appleby  
Incoming Officer-Print & Sign

CO3 R.V. Paraguiran  
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/25-26/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not connected |
| " | " | 12 | 000208056 | Mask Scratched |

Inspected By: CO II Stanley Ngircheungel Jr.  
Incoming Officer-Print & Sign

CCIII M. Appleby  
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/26/05 | MSF Control | 20 | 9912170037 | Mask scratched |
| " | " | 20 | 0002080553 | Valve not Connected |
| " | " | 12 | 0902080556 | Mask scratched |

Inspected By: CO2  
Incoming Officer-Print & Sign

CO2 Stanley Ngircheungel Jr.  
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/26-27/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: CO3. Regina V. Paradinar _____ CO3. M. Appleby _____
              Incoming Officer – Print & Sign            Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/26-27/05 | MSF CONTROL | 20 | 9912170037 | MASK SCRATCHED |
| 11/26-27/05 | MSF CONTROL | 20 | 0002080553 | Valve Not Connected |
| 11/26-27/05 | MSF CONTROL | 12 | 0002080556 | MASK SCRATCHED |

Inspected By: COIII. M. Appleby _____  CO3. Regina V. Paradinau _____
              Incoming Officer – Print & Sign         Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/27-28/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not Connected |
| " | " | 12 | 0002080556 | |

Inspected By: CO/I Stanley Nginchearngel _____ COIII. M. Appleby _____
              Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/28/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 12 | 0002080556 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not Connected |

Inspected By: _____  CO2 Stanley Nginchearngel _____
              Incoming Officer – Print & Sign         Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-28-05 | MSF Control | 20 | 9912170037 | M. Scratched |
| " " " | " " | 20 | 0002080553 | " " |
| 11-28-05 | MSF Control | 12 | 0002080556 | M. Scratched |

Inspected By: CCIII M. Appleby _____   CO2 _____
              Incoming Officer – Print & Sign   Outgoing Officer – Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/29/05 | MSF Control | 26 | 9912170037 | Mask Scratched |
| " | " | 26 | 0002080553 | Valve not Connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: CO2. Brassily Ubedu Bu  —  CO III M. Appleby
Incoming Officer – Print & Sign  —  Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/29-30/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | | 20 | 0002050553 | " " |
| " | | 12 | 0002080556 | " " |

Inspected By: CO3. M. Appleby  —  CO2. Brassily Ubedu
Incoming Officer – Print & Sign  —  Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/30/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not Connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By CO3. Regina V. Pergelian  —  CO3 M. Appleby
Incoming Officer-Print & Sign  —  Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/30/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 11/30/05 | MSF Control | 20 | 0002080553 | Valve not connect |
| 11/30/05 | MSF Control | 12 | 0002080556 | Mask scratch |

Inspected By: CO3. M. Appleby  —  CO3. Regina V. Pergelian
Incoming Officer-Print & Sign  —  Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/01/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not Connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: ___  —  CO III. M. Appleby
Incoming Officer-Print & Sign  —  Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/01/05 | MSF Control | 20 | 9912170037 | Mask scratched |
| " | " | 20 | 0002080553 | Valve not connected |
| " | " | 12 | 0002080556 | Mask scratched |

Inspected By: COIII M. Appleby      COII Stanley Ngullenye
Incoming Officer – Print & Sign     Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/02/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not Connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: _____      CO3 M. Appleby
Incoming Officer – Print & Sign     Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12·02·03·05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " " " " | " " | 20 | 0002080553 | Valve not Connected |
| 12·02·03·05 | MSF Control | 17 | 0002080556 | Mask Scratched |

Inspected By CO. Brassily Ubedi     CO2
Incoming Officer-Print & Sign     Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/04/05 | MSF Control #3 | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | " " |
| " | " | 12 | 0002080556 | " " |

Inspected By: COIII M. Appleby     Co2. Brassily Ubedi
Incoming Officer-Print & Sign     Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/04-05/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not Connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: _____     CO3. M. Appleby
Incoming Officer-Print & Sign     Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/06-07/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not Connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: _Cos. Regina V. Donaghan_  /  _COII. M. Appleby_
Incoming Officer – Print & Sign       Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12.06.07.2005 | MSF: CONTROL | 20 | 9912170037 | MASK SCRATCH |
| | MSF: CONTROL | 20 | 00020803503 | Valve not connected |
| | MSF: CONTROL | 12 | 0002080556 | Mask scratch |

Inspected By: _____  /  _Cos. _____
Incoming Officer – Print & Sign       Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/06.07/05 | MSF: CONTROL | 20 | 9912170037 | MASK SCRATCH |
| 12.08.05 | MSF: CONTROL | 20 | 0002080503 | VALVE NOT CONNECT |
| | MSF: CONTROL | 12 | 0002080556 | MASK SCRATCH |

Inspected By: _COII J. N.S. SANTOS_  /  _COI_
Incoming Officer-Print & Sign       Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12.08.05 | MSF Control | 20 | 9912170037 | M. Scratched |
| " " " | " " | 20 | 0002080553 | Valve Not Connected |
| 12.08.05 | MSF Control | 12 | 0002080556 | M. Scratched |

Inspected By: _____  /  _COI_
Incoming Officer-Print & Sign       Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12.10.05 | MSF Control | 20 | 9912170037 | M. Scratched |
| " " " | " " | 20 | 0002080553 | Valve Not Connected |
| 12.10.05 | MSF Control | 12 | 0002080556 | M. Scratched |

Inspected By: _CO3. M. Appleby_  /  _COI_
Incoming Officer-Print & Sign       Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/11/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not connec. |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: J. Cohn _(sig)_     COIII - M. Appleby _(sig)_
Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-11-05 | MSF Control | 20 | 9912170037 | scratched mask |
| " | " | 20 | 0002080553 | valve not toured |
| " | " | 12 | 0002080556 | scratched mask |

Inspected By: COIII M. Appleby _(sig)_     COIII J. Cohn _(sig)_
Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/12/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | Valve not Connected |
| " | " | 12 | 0002080556 | Mask Scratched |

Inspected By: COS. Regina V. Dragchman _(sig)_    COIII M. Appleby _(sig)_
Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/12/05 | MSF: Control | 20 | 9912170034 | Mask Scratched |
|  | MSF: Control | 20 | 0002080553 | Valve not connect |
| 12/12/05 | MSF: Control | 12 | 00002080556 | Mask Scratched |

Inspected By: _____     COS. Regina V. Dragchman _(sig)_
Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/13/05 | MSF CONTROL 3 | 20 | 9912170037 | MASK SCRATCH |
|  | MSF CONTROL 3 | 20 | 0002080553 | VALVE NOT CONNECT |
|  | MSF CONTROL 3 | 12 | 0002080556 | MASK SCRATCH |

Inspected By: Joseph Santos _(sig)_    COIII M. Appleby _(sig)_
Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

**Shift:** "Charlie"   **Time:** 0530-1730 hrs.   **Date:** 12/15/05

| CENTRAL MALE DETENTION | | | | MINIMUM SECURITY | | |
|---|---|---|---|---|---|---|
| NO | NAME OF PRETRIAL DETAINEES | | CELL | NO | NAME | CELL |
| 01 | Raul Rocha | S/S | ISO | 01 | Francisco Demapan | MF-01 A-L |
|  |  |  |  |  |  | MF-01 B-U |
| 02 | Hans Ngiraimos | A/T Misd |  | 02 | Jose Aldan |  |
| 03 | Alexander Cana | A/T | D-1 |  |  |  |
|  |  |  |  | 03 | Jeffrey Cabrera | MF-02 E-L |
|  |  |  |  |  |  | MF-02 F-U |
| 04 | Manabu Chizuwa | S/S | D-2 | 04 | Ronald Kaipat | MF-03 A-L |
| 05 | Marvin Tewid | A/T |  | 05 | Oscar Meeyog | MF-03 B-U |
|  |  |  |  | 06 | Eugene Repeki |  |
|  |  |  |  | 07 | Chun Shan Xu |  |
| 06 | Gerald Sablan  ISOLATION | A/T |  | 08 | Pedro Omar | MF-04 E-L |
|  |  |  | D-3 | 09 | Hadley Renguul | MF-04 F-U |
|  |  |  |  | 10 | Taurus Kapwich | MF-05 A-L |
|  |  |  |  |  |  | MF-05 B-U |
|  |  |  |  | 11 | Dickson Cosmes |  |
| 07 | James Ordellano | A/T | D-4 | 12 | Melvin Dela Cruz |  |
| 08 | Davis Diaz | A/T |  | 13 | Reynaldo Manila | MF-06 E-L |
| 09 | Mino Pnillip | A/T |  |  |  |  |
|  |  |  | D-5 | 14 | Rodolfo Michelena | MF-07 A-L |
| 10 | Jimmy Blancia | A/T |  | 15 | Hernest Otis | MF-07 B-U |
|  |  |  |  | 16 | Ramon Blas |  |
|  |  |  | D-6 | 17 | Pedro Demapan |  |
| 11 | Michael Peter | A/T |  | 18 | Dominic Hideo | MF-08 E-L |
| 12 | Antonio Bernardo | A/T |  |  |  | MF-08 F-U |
| 13 | Mike Daikichy | S/S Misd |  | 19 | Luis Babauta | MF-09 A-L |
| 14 | Francisco A. Pua | A/T |  | 20 | Gabriel Grothog | MF-09 B-U |
|  |  |  | D-7 |  |  |  |
|  |  |  |  | 21 | Santiago Cepeda |  |
|  |  |  |  | 22 | Oscar Babauta | MF-10 E-L |
| 15 | Nixon Hartman | A/T | D-8 | 23 | Manuel Pangelinan | MF-10 F-U |
| 16 | Marco Fitial | A/T |  | 24 | Jesus N. Dowai | MF-11 A-L |
| 17 | George Chomoky | A/T |  |  |  | MF-11 B-U |
| 18 | Vincent Camacho | A/T | D-9 | 25 | Mark Torres |  |
|  |  |  |  | 26 | Edgar Mendoza |  |
|  |  |  |  | 28 | Jose Borja | MF-12 E-L |
|  |  |  |  | 27 | Vicent Norita | MF-12 F-U |
| 19 | Aimiji Yoshio | A/T | D-10 |  |  | MF-13 A-L |
|  |  |  |  | 29 | Anthony Magofna | MF-13 B-U |
| 20 | Roger Castillo | A/T Misd |  | 30 | David Diaz |  |
|  |  |  |  |  |  |  |
| 21 | Xiao Jun Dai | FED |  | 31 | David Moses | MF-14 E-L |
| 22 | Zhou Xu | S/S | D-11 | 32 | Frankie Basa   A/T | MF-14 F-U |
|  |  |  |  | 33 | Joselito Castro | MF-15 A-L |
|  |  |  |  | 34 | Michael Tesfour | MF-15 B-U |
| 23 | Collier Ng. Siksei | A/T | D-12 | 35 | Alfred Aldan |  |
| 24 | Qi Huan Li | A/T |  | 36 | Carlo Malazarte |  |
|  |  |  |  | 37 | Edwin Ponce | MF-16 E-L |
| 25 | Franklin Cepeda | S/S |  | 38 | Nestor Dela Cruz | MF-16 F-U |
| 26 | Daniel R. Johnny | A/T Misd | D-13 | 39 | Price Shoiter | MF-17 A-L |
|  |  |  |  | 40 | Brett Halstead   Civil A/T | MF-17 B-U |
|  |  |  |  |  |  |  |
|  |  |  |  | 41 | Isman Bokuku |  |
|  |  |  |  | 42 | Isaac Rengiil | MF-18 E-L |
|  |  |  |  | 43 | Francisco Tydigco | MF-18 F-U |
| 01 | Carl Cabrera | FED |  |  | HOME FURLOUGH |  |
| 02 | Yi Gen | INO |  |  |  |  |
| 03 | Wang Zhen Xu | INO |  |  |  |  |
|  |  |  |  |  |  |  |
| 04 | Wen Ye He | INO |  |  |  |  |
| 05 | Hang Wei | INO |  |  |  |  |
| 06 | Rui Ming Xiao | INO |  |  |  |  |
| 07 | Yao Qi Liu | INO |  |  |  |  |
| 08 | Fu Yi Huang | INO |  |  |  |  |
| 09 | Nan Sheng Cai | INO |  |  |  |  |
| 10 | Yong Hua Li | INO |  |  |  |  |
| 11 | Nupom Nupom | INO |  |  |  |  |

**Supervisor:** COIII Lee Camacho   **DATE:** 12/15/05

**Shift:** "Charlie"   **Time:** 0530-1730 hrs.   **Date:** 12/15/05

| NO | MEDIUM SECURITY NAME | | CELL | NO | SPECIAL MANAGEMENT UNIT NAME | | CELL |
|---|---|---|---|---|---|---|---|
| 01 | Michael Ada | | MH-1 | 01 | David Bamba | | B-1 |
| 02 | Steven Suzuki | | | | | | |
| 03 | Jin Fu Lin | | MH-2 | 02 | Akilino Elyeisar | A/T | B-2 |
| 04 | Francisco Santos | A/T | MH-3 | 03 | Michael Dodd | | B-3 |
| 05 | Neildino Taisacan | | | | | | |
| 06 | Moses Martin | | MH-4 | 04 | Jesse James Camacho | S/S | B-4 |
| 07 | Eric Lee Nekaifes | | MH-5 | 05 | Dwayne Sibetang | | B-5 |
| 08 | Lester Serilo | | | | | | |
| 09 | Anthony Rios | | MH-6 | 06 | Luis Camacho   ISOLATION | | B-6 |
| 10 | Cheyenne Sablan | | | | | | |
| 11 | Alonzo Igisaiar | | MH-7 | NO | | | |
| 12 | Ignacio Cabrera | | | | VISITATION ROOM #1 | | |
| 13 | Larry Aguilar | | MH-8 | 01 | Jerry Ramon | A/T | |
| 14 | Daniel Dela Cruz | A/T | | | | | |
| 15 | Pedro Cabrera | | MH-9 | | | | |
| 16 | Shawn Appleby | | | | VISITATION ROOM #2 | | |
| 17 | George Cruz | | MH-10 | 01 | Lee Poch | A/T | |
| 18 | Mariano SN. Camacho | | | | | | |
| 19 | Juan Manalo | A/T | MH-11 | | | | |
| 20 | Miah, Mohammed | A/S | | | SUPERVISORS ROOM | | |
| 21 | Joe Rabauliman | | MH-12 | 01 | Ignacio Ruan | A/W | |
| 22 | George Ilo | | | | | | |
| 23 | Daniel Delos Santos | | MH-13 | | | | |
| 24 | Steven Aguon | | MH-14 | | | | |
| 25 | William Wanket | A/T | | NO | LIBRARY | | |
| 26 | Isen Bokuku | | MH-15 | 01 | Johnny, John | A/T | |
| 27 | Marlon Martin | A/T | | 02 | Guan Jin Qing | A/T | |
| 28 | Joaquin S. Peredo | | MH-16 | 03 | Guan Zhi Bin | A/T | |
| 29 | Faustino Elias | | | 04 | Li He Jin | A/T | |
| NO | RSAT / FEMALE | | CELL | 05 | Alfonso Oncho | A/T | |
| 01 | Yan Chen | A/T | R-1L | 06 | Kazi A. Islam | A/T Misd. | |
| 02 | Xu Shui Ying | INO | R-1U | | | | |
| 03 | Joaquina P. Reyes | FED | R-2L | | | | |
| 04 | Gu Sheng Yan | INO | R-2U | | | | |
| 05 | Liu Ya Jun | FED | R-3L | | | | |
| 06 | Han Ying Qian | INO | R-3U | | | | |
| 07 | Consolacion Omar | S/S | R-4L | | | | |
| | | | R-4U | | | | |
| 08 | Hao Ying Mei Yu | S/S | R-5L | | | | |
| 09 | Shui Zhen Xiao | INO | R-5U | | | | |
| 10 | Yen Mei Ying | S/S | R-6L | | | | |
| 11 | Huang Zhou Ju | A/T | R-6U | | | | |
| 12 | Luo Ye Mei | A/T | COT | | | | |
| | | | | NO | | | CELL |
| | | | | 01 | Roman Agulto | | IH-1L |
| | VISITATION ROOM | | | 02 | Vicente Kaipat | | IH-1U |
| | | | | | | | IH-2L |
| | | | | 03 | Fernando Quitano | | IH-2U |
| | HOMEFURLOUGH | | | 04 | Emilio Manahane | | IH-3L |
| | | | | 05 | Joe Atalig | | IH-3U |
| | | | | 06 | Nestor Taitano | | IH-4L |
| | | | | | | | IH-4U |

**Supervisor:** <u>COIII Lee Camacho</u>   **Date:** <u>12/15/05</u>

# INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"     **Time:** 0530-1730 hrs.     **Date:** 12/01/05

| NO | MEDIUM SECURITY NAME | | CELL | NO | SPECIAL MANAGEMENT UNIT NAME | | CELL |
|---|---|---|---|---|---|---|---|
| 01 | Michael Ada | | MH-1 | 01 | David Bamba | | B-1 |
| 02 | Steven Suzuki | | | | | | |
| 03 | Jin Fu Lin | | MH-2 | | | | B-2 |
| 04 | Chang Da Liu | A/T | | 02 | Akilino Elyeisar | A/T | |
| 05 | Francisco Santos | A/T | MH-3 | | | | B-3 |
| 06 | Neildino Taisacan | | | 03 | Michael Dodd | | |
| 07 | Moses Martin | | MH-4 | | | | B-4 |
| 08 | Eric Lee Nekaifes | | | 04 | Manuel Pangelinan | A/T | |
| 09 | Lester Serilo | | MH-5 | 05 | Dwayne Sibetang | | |
| | | | | | | | B-5 |
| 10 | Anthony Rios | | MH-6 | 06 | Luis Camacho   ISOLATION | | |
| 11 | Cheyenne Sablan | | | | | | B-6 |
| 12 | Alonzo Igisaiar | | MH-7 | NO | ▬▬▬▬▬▬▬▬▬▬ | | |
| 13 | Ignacio Cabrera | | | | VISITATION ROOM #1 | | |
| 14 | Larry Aguilar | | MH-8 | 01 | David Sillo | A/T TR | |
| 15 | Daniel Dela Cruz | A/T | | | | | |
| 16 | Pedro Cabrera | | MH-9 | | | | |
| 17 | Shawn Appleby | | | | VISITATION ROOM #2 | | |
| 18 | George Cruz | | MH-10 | 01 | Lee Poch | A/T | |
| 19 | Mariano SN. Camacho | | | | | | |
| 20 | Juan Manalo | A/T | MH-11 | | | | |
| 21 | Miah, Mohammed | A/S | | | SUPERVISORS ROOM | | |
| 22 | Joe Rabauliman | | MH-12 | 01 | Lillaprasad, Rijal | @ Misd | |
| 23 | George Ilo | | | | | | |
| 24 | Daniel Delos Santos | | MH-13 | | | | |
| 25 | Steven Aguon | | MH-14 | | | | |
| 26 | William Wanket | A/T | | NO | ▬▬▬▬▬▬▬▬▬▬ | | |
| 27 | Isen Bokuku | | MH-15 | 01 | Jimmy Blancia | A/T | |
| 28 | Marlon Martin | A/T | | | | | |
| 29 | Joaquin S. Peredo | | MH-16 | | | | |
| 30 | Faustino Elias | | | | | | |
| NO | ▬▬▬▬▬▬▬▬▬▬ | | CELL | | | | |
| 01 | Yan Chen | A/T | R-1L | | | | |
| 02 | Jane Doe | @ Misd | R-1U | | | | |
| 03 | Joaquina P. Reyes | FED | R-2L | | | | |
| | | | R-2U | | | | |
| 04 | Micheline Brel | S/S | R-3L | | | | |
| | | | R-3U | | | | |
| 05 | Consolacion Omar | S/S | R-4L | | | | |
| 06 | Liu Ya Jun | FED | R-4U | | | | |
| 07 | Maryann Indalecio | S/S | R-5L | | | | |
| 08 | Hao Ying Mei Yu | S/S | R-5U | | | | |
| 09 | Yen Mei Ying | S/S | R-6L | | | | |
| 10 | Huang Zhou Ju | A/T | R-6U | | | | |
| | | | | NO | | | CELL |
| | | | | 01 | Roman Agulto | | IH-1L |
| | VISITATION ROOM | | | 02 | Vicente Kaipat | | IH-1U |
| | | | Vist. | | | | IH-2L |
| | | | | 03 | Fernando Quitano | | IH-2U |
| | HOMEFURLOUGH | | | 04 | Emilio Manahane | | IH-3L |
| | | | | 05 | Joe Atalig | | IH-3U |
| | | | | 06 | Nestor Taitano | | IH-4L |
| | | | | 07 | Ivan Castro | | IH-4U |

**Supervisor:** COIII Lee Camacho           **Date:** 12/01/05

**Shift:** "Charlie"  **Time:** 0530-1730 hrs.  **Date:** 12/01/05

| NO | CENTRAL MALE DETENTION — NAME OF PRETRIAL DETAINEES | | CELL | NO | MINIMUM SECURITY — NAME | | CELL |
|---|---|---|---|---|---|---|---|
| 01 | Raul Rocha | S/S | ISO | 01 | Milton B. Cruz | | MF-01 A-L |
|    |             |     |     | 02 | Francisco Demapan | | MF-01 B-U |
| 02 | Hans Ngiraimos | A/T Misd | D-1 | 03 | Jose Aldan | | |
| 03 | Andon Billy | A/T | | | | | |
|    |             |     |     | 04 | Jeffrey Cabrera | | MF-02 E-L |
|    |             |     |     | 05 | Santiago Cepeda | | MF-02 F-U |
| 04 | Manabu Chizuwa | S/S | D-2 | 06 | Ronald Kaipat | | MF-03 A-L |
| 05 | Marvin Tewid | A/T | | 07 | Oscar Meeyog | | MF-03 B-U |
|    |             |     |     | 08 | Eugene Repeki | | |
|    |             |     |     | 09 | Chun Shan Xu | | |
| 06 | Jesse James Camacho | S/S | D-3 | 10 | Pedro Omar | | MF-04 E-L |
| 07 | Gary C. Pangelinan | A/T | | 11 | Hadley Renguul | | MF-04 F-U |
|    |             |     |     | 12 | Taurus Kapwich | | MF-05 A-L |
|    |             |     |     | 13 | Baldasar Likisap | TR | MF-05 B-U |
|    |             |     |     | 14 | Dickson Cosmes | | |
| 08 | James Ordellano | A/T | D-4 | 15 | Melvin Dela Cruz | | |
| 09 | Davis Diaz | A/T | | 16 | Reynaldo Manila | | MF-06 E-L |
| 10 | Mino Pnillip | A/T | | 17 | Nupom Nupom | | MF-06 F-U |
| 11 | Alexander Cana | A/T | D-5 | 18 | Rodolfo Michelena | | MF-07 A-L |
|    |             |     |     | 19 | Hernest Otis | | MF-07 B-U |
|    |             |     |     | 20 | Ramon Blas | | |
|    |             |     | D-6 | 21 | Pedro Demapan | | |
| 12 | Michael Peter | A/T | | 22 | Dominic Hideo | | MF-08 E-L |
| 13 | Antonio Bernardo | A/T | | 23 | Ignacio M. Leon Guerrero | | MF-08 F-U |
| 14 | Mike Daikichy | S/S Misd | | 24 | Luis Babauta | | MF-09 A-L |
| 15 | Francisco A. Pua | A/T | | 25 | Gabriel Grothog | | MF-09 B-U |
| 16 | Gerald Sablan   ISOLATION | A/T | D-7 | | | | |
|    |             |     |     | 26 | Oscar Babauta | | MF-10 E-L |
| 17 | Nixon Hartman | A/T | D-8 | 27 | Marvin Concepcion | | MF-10 F-U |
| 18 | Marco Fitial | A/T | | 28 | Jesus N. Dowai | | MF-11 A-L |
| 19 | Jerry Ramon | A/T | | 29 | Vincent John Castro | | MF-11 B-U |
|    |             |     | D-9 | 30 | Mark Torres | | |
|    |             |     |     | 31 | Edgar Mendoza | | |
|    |             |     |     | 32 | Jose Borja | | MF-12 E-L |
|    |             |     |     | 33 | Vicent Norita | | MF-12 F-U |
| 20 | Aimiji Yoshio | A/T | D-10 | 34 | Thomas Aldan | | MF-13 A-L |
| 21 | Johnny, John | A/T | | 35 | Anthony Magofna | | MF-13 B-U |
| 22 | Roger Castillo | A/T Misd | | 36 | David Diaz | | |
|    |             |     |     | 37 | Diego Mundo | | |
| 23 | Xiao Jun Dai | FED | | 38 | David Moses | | MF-14 E-L |
| 24 | Zhou Xu | S/S | D-11 | 39 | Frankie Basa | A/T | MF-14 F-U |
|    |             |     |     | 40 | Joselito Castro | | MF-15 A-L |
|    |             |     |     | 41 | Michael Tesfour | | MF-15 B-U |
| 25 | Collier Ng. Siksei | A/T | D-12 | 42 | Alfred Aldan | | |
| 26 | Qi Huan Li | A/T | | 43 | Carlo Malazarte | | |
|    |             |     |     | 44 | Edwin Ponce | | MF-16 E-L |
| 27 | Franklin Cepeda | S/S | | 45 | Nestor Dela Cruz | | MF-16 F-U |
| 28 | Daniel R. Johnny | A/T Misd | D-13 | 46 | Rex Jose | | MF-17 A-L |
|    |             |     |     | 47 | Seremea Nowell | | MF-17 B-U |
|    |             |     |     | 48 | Price Shoiter   ISOLATION | | |
|    |             |     |     | 49 | Isaac Rengiil | | MF-18 E-L |
|    |             |     |     | 50 | Francisco Tydigco | | MF-18 F-U |
|    |             |     |     | 01 | Carl Cabrera | Federal | |
|    |             |     |     | 02 | John S. Pangelinan | Federal | |

# INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"  **Time:** 0530-1730 hrs.  **Date:** 12/01/05

| NO | MEDIUM SECURITY NAME | | CELL | NO | SPECIAL MANAGEMENT UNIT NAME | | CELL |
|---|---|---|---|---|---|---|---|
| 01 | Michael Ada | | MH-1 | 01 | David Bamba | | B-1 |
| 02 | Steven Suzuki | | | | | | |
| 03 | Jin Fu Lin | | MH-2 | 02 | Akilino Elyeisar | A/T | B-2 |
| 04 | Chang Da Liu | A/T | | | | | |
| 05 | Francisco Santos | A/T | MH-3 | 03 | Michael Dodd | | B-3 |
| 06 | Neildino Taisacan | | | | | | |
| 07 | Moses Martin | | MH-4 | 04 | Manuel Pangelinan | A/T | B-4 |
| 08 | Eric Lee Nekaifes | | | | | | |
| 09 | Lester Serilo | | MH-5 | 05 | Dwayne Sibetang | | B-5 |
| 10 | Anthony Rios | | MH-6 | 06 | Luis Camacho   ISOLATION | | |
| 11 | Cheyenne Sablan | | | | | | B-6 |
| 12 | Alonzo Igisaiar | | MH-7 | NO | | | |
| 13 | Ignacio Cabrera | | | | VISITATION ROOM #1 | | |
| 14 | Larry Aguilar | | MH-8 | 01 | David Sillo | A/T TR | |
| 15 | Daniel Dela Cruz | A/T | | | | | |
| 16 | Pedro Cabrera | | MH-9 | | | | |
| 17 | Shawn Appleby | | | | VISITATION ROOM #2 | | |
| 18 | George Cruz | | MH-10 | 01 | Lee Poch | A/T | |
| 19 | Mariano SN. Camacho | | | | | | |
| 20 | Juan Manalo | A/T | MH-11 | | | | |
| 21 | Miah, Mohammed | A/S | | | SUPERVISORS ROOM | | |
| 22 | Joe Rabauliman | | MH-12 | 01 | Lillaprasad, Rijal | @ Misd | |
| 23 | George Ilo | | | | | | |
| 24 | Daniel Delos Santos | | MH-13 | | | | |
| 25 | Steven Aguon | | MH-14 | | | | |
| 26 | William Wanket | A/T | | NO | | | |
| 27 | Isen Bokuku | | MH-15 | 01 | Jimmy Blancia | A/T | |
| 28 | Marlon Martin | A/T | | | | | |
| 29 | Joaquin S. Peredo | | MH-16 | | | | |
| 30 | Faustino Elias | | | | | | |
| NO | | | CELL | | | | |
| 01 | Yan Chen | A/T | R-1L | | | | |
| 02 | Jane Doe | @ Misd | R-1U | | | | |
| 03 | Joaquina P. Reyes | FED | R-2L | | | | |
| | | | R-2U | | | | |
| 04 | Micheline Brel | S/S | R-3L | | | | |
| | | | R-3U | | | | |
| 05 | Consolacion Omar | S/S | R-4L | | | | |
| 06 | Liu Ya Jun | FED | R-4U | | | | |
| 07 | Maryann Indalecio | S/S | R-5L | | | | |
| 08 | Hao Ying Mei Yu | S/S | R-5U | | | | |
| 09 | Yen Mei Ying | S/S | R-6L | | | | |
| 10 | Huang Zhou Ju | A/T | R-6U | | | | |
| | | | | NO | | | CELL |
| | | | | 01 | Roman Agulto | | IH-1L |
| | VISITATION ROOM | | | 02 | Vicente Kaipat | | IH-1U |
| | | | Vist. | | | | IH-2L |
| | | | | 03 | Fernando Quitano | | IH-2U |
| | HOMEFURLOUGH | | | 04 | Emilio Manahane | | IH-3L |
| | | | | 05 | Joe Atalig | | IH-3U |
| | | | | 06 | Nestor Taitano | | IH-4L |
| | | | | 07 | Ivan Castro | | IH-4U |

**Supervisor:** COIII Lee Camacho     **Date:** 12/01/05

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Bravo"     **Time:** 0530-1730 hrs.     **Date:** 11/15/05

| NO | MEDIUM SECURITY NAME | | CELL | NO | SPECIAL MANAGEMENT UNIT NAME | | CELL |
|----|----------------------|---|------|----|------------------------------|---|------|
| 01 | Michael Ada | | MH-1 | 01 | David Bamba | | B-1 |
| 02 | Steven Suzuki | | | | | | |
| 03 | Jin Fu Lin | | MH-2 | 02 | Akilino Elyeisar | A/T | B-2 |
| 04 | Yu Chi Xie | Fed | | | | | |
| 05 | Alfred Aldan | | MH-3 | 03 | Michael Dodd | | B-3 |
| 06 | Neildino Taisacan | | | | | | |
| 07 | Moses Martin | | MH-4 | 04 | Manuel Pangelinan | A/T | B-4 |
| 08 | Alafonso Oncho | | | | | | |
| 09 | Eric Lee Nekaifes | | MH-5 | 05 | Dwayne Sibetang | | B-5 |
| 10 | Lester Serilo | | | | | | |
| 11 | Anthony Rios | | MH-6 | 06 | Luis Camacho  ISOLATION | | B-6 |
| 12 | Cheyenne Sablan | | | | | | |
| 13 | Alonzo Igisaiar | | MH-7 | NO | VISITATION ROOM #1 | | |
| 14 | Daniel Delos Santos | A/T | | 01 | Marlon Martin | A/T | |
| 15 | Larry Aguilar | | MH-8 | | | | |
| 16 | Regis O. Iyekar | | | | | | |
| 17 | Pedro Cabrera | | MH-9 | | VISITATION ROOM #2 | | |
| 18 | Shawn Appleby | | | 01 | Lee Poch | A/T | |
| 19 | George Cruz | | MH-10 | | | | |
| 20 | Mariano SN. Camacho | | | | | | |
| 21 | Diego Mundo | | MH-11 | | | | |
| 22 | Juan Manalo | A/T | | | SUPERVISORS ROOM | | |
| 23 | Joe Rabauliman | | MH-12 | 01 | Ignacio Ruan | @ Misd. | |
| 24 | George Ilo | | | 02 | | | |
| 25 | Daniel Delos Santos | | MH-13 | | | | |
| 26 | Steven Aguon | | MH-14 | | | | |
| 27 | William Wanket | A/T | | NO | LIBRARY | | |
| 28 | Isen Bokuku | | MH-15 | 01 | Norris Omengkar | A/T | |
| | | | | 02 | Rudy Rodolpho | A/T | |
| 29 | Joaquin S. Peredo | | MH-16 | 03 | Ryan Duenas | A/T | |
| 30 | Faustino Elias | | | 04 | Anthony Santos | A/T | |
| NO | | | CELL | 05 | Gary Lee Pangelinan | A/T | |
| 01 | Zhi Lan Su | @ Misd. | R-1L | | | | |
| 02 | Ya Hong Wang | @ Misd. | R-1U | | | | |
| 03 | Joaquina P. Reyes | FED | R-2L | | | | |
| 04 | Lea Mendiola | FED | R-2U | | | | |
| 05 | Micheline Brel | S/S | R-3L | | | | |
| | | | R-3U | | | | |
| 06 | Consolacion Omar ISOLATION | S/S | R-4L | | | | |
| 07 | Liu Ya Jun | FED | R-4U | | | | |
| 08 | Maryann Indalecio | S/S | R-5L | | | | |
| 09 | Hao Ying Mei Yu | S/S | R-5U | | | | |
| 10 | Yen Mei Ying | S/S | R-6L | | | | |
| 11 | Huang Zhou Ju | A/T | R-6U | | | | |
| | VISITATION ROOM | | | NO | | | CELL |
| | | | | 01 | Roman Agulto | | IH-1L |
| | | | | 02 | Vicente Kaipat | | IH-1U |
| 12 | Qing Ying Jiang | @ Misd. | Vist. | | | | IH-2L |
| | | | | 03 | Fernando Quitano | | IH-2U |
| | HOMEFURLOUGH | | | 04 | Emilio Manahane | | IH-3L |
| | | | | 05 | Joe Atalig | | IH-3U |
| | | | | 06 | Nestor Taitano | | IH-4L |
| | | | | 07 | Ivan Castro | | IH-4U |

**Supervisor:** Sgt. Pius Yaroitemal     **Date:** 11/15/05