# INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Bravo"  **Time:** 0530-1730 hrs.  **Date:** 11/15/05

| CENTRAL MALE DETENTION | | | MINIMUM SECURITY | | |
|---|---|---|---|---|---|
| NO | NAME OF PRETRIAL DETAINEES | CELL | NO | NAME | CELL |
| 01 | Raul Rocha S/S | ISO | 01 | Milton B. Cruz | MF-01 A-L |
|  |  |  | 02 | Francisco Demapan | MF-01 B-U |
| 02 | Hans Ngiraimos A/T Misd | D-1 | 03 | Jose Aldan |  |
| 03 | Andon Billy A/T |  | 04 | Alex Nelson TR |  |
| 04 | Miah, Mohammed A/S |  | 05 | Jeffrey Cabrera | MF-02 E-L |
|  |  |  | 06 | Santiago Cepeda | MF-02 F-U |
| 05 | Manabu Chizuwa S/S | D-2 | 07 | Ronald Kaipat | MF-03 A-L |
| 06 | Marvin Tewid A/T |  | 08 | Oscar Meeyog | MF-03 B-U |
|  |  |  | 09 | Eugene Repeki |  |
|  |  |  | 10 | Chun Shan Xu |  |
| 07 | Jesse James Camacho S/S |  | 11 | Pedro Omar | MF-04 E-L |
| 08 | Ignacio Cabrera S/S | D-3 | 12 | Hadley Renguul | MF-04 F-U |
|  |  |  | 13 | Taurus Kapwich | MF-05 A-L |
|  |  |  | 14 | Shariful Shariful TR | MF-06 B-U |
|  |  |  | 15 | Dickson Cosmes |  |
| 09 | James Ordellano A/T | D-4 | 16 | Melvin Dela Cruz |  |
| 10 | Davis Diaz A/T |  | 17 | Reynaldo Manila | MF-06 E-L |
| 11 | Mino Pnillip A/T |  | 18 | Nupom Nupom | MF-06 F-U |
| 12 | Alexander Cana A/T | D-5 | 19 | Rodolfo Michelena | MF-07 A-L |
|  |  |  | 20 | Hernest Otis | MF-07 B-U |
|  |  |  | 21 | Ramon Blas |  |
|  |  | D-6 | 22 | Pedro Demapan |  |
| 13 | Michael Peter A/T |  | 23 | Dominic Hideo | MF-08 E-L |
| 14 | Antonio Bernardo A/T |  | 24 | Ignacio M. Leon Guerrero | MF-08 F-U |
|  |  |  | 25 | Luis Babauta | MF-09 A-L |
| 15 | Francisco A. Pua A/T |  | 26 | Gabriel Grothog | MF-09 B-U |
| 16 | Gerald Sablan A/T | D-7 |  |  |  |
|  |  |  | 27 | Oscar Babauta | MF-10 E-L |
| 17 | Nixon Hartman A/T | D-8 | 28 | Marvin Concepcion | MF-10 F-U |
| 18 | Marco Fitial A/T |  | 29 | Jesus N. Dowai | MF-11 A-L |
| 19 | Roger Castillo A/T Misd |  | 30 | Vincent John Castro | MF-11 B-U |
|  |  | D-9 | 31 | Mark Torres |  |
|  |  |  | 32 | Edgar Mendoza |  |
| 20 | Mike Daikichy S/S Misd |  | 33 | Jose Borja | MF-12 E-L |
|  |  |  | 34 | Vicent Norita | MF-12 F-U |
| 21 | Aimiji Yoshio A/T | D-10 | 35 | Thomas Aldan | MF-13 A-L |
|  |  |  | 36 | Anthony Magofna | MF-13 B-U |
| 22 | Sylvano F. Santos A/T |  | 37 | David Diaz |  |
| 23 | Chang Da Liu A/T |  |  |  |  |
| 24 | Xiao Jun Dai FED |  | 38 | David Moses | MF-14 E-L |
| 25 | Zhou Xu S/S | D-11 | 39 | Frankie Basa A/T | MF-14 F-U |
|  |  |  | 40 | Joselito Castro | MF-15 A-L |
| 26 | Jiang Jing Ju A/T -INO |  | 41 | Michael Tesfour | MF-15 B-U |
| 27 | Collier Ng. Siksei A/T | D-12 |  |  |  |
| 28 | Qi Huan Li A/T |  | 42 | Carlo Malazarte |  |
|  |  |  | 43 | Edwin Ponce | MF-16 E-L |
| 29 | Franklin Cepeda S/S |  | 44 | Nestor Dela Cruz | MF-16 F-U |
| 30 | Daniel R. Johnny A/T Misd | D-13 | 45 | Rex Jose | MF-17 A-L |
| 31 | Francisco Santos A/T |  | 46 | Seremea Nowell | MF-17 B-U |
|  |  |  | 47 | Price Shoiter |  |
|  |  |  | 48 | Isaac Rengiil | MF-18 E-L |
|  |  |  | 49 | Francisco Tydigco | MF-18 F-U |
|  |  |  | **HOMEFURLOUGH** | | |
|  |  |  | **CIVIL DETENTION** | | |
|  |  |  | 01 | Carl Cabrera Federal |  |
|  |  |  | 02 | Steven Abal Federal |  |
|  |  |  | 03 | Norman Kapileo Federal |  |

**Supervisor:** Sgt. Pius Yaroitemal  **DATE:** 11/15/05

**Shift:** "Alpha"   **Time:** 0530-1730 HRS.   **Date:** 11/01/05

| MEDIUM SECURITY ||| SPECIAL MANAGEMENT UNIT |||
|---|---|---|---|---|---|
| N0 | NAME | CELL | N0 | NAME | CELL |
| 01 | Michael Ada | MH-1 | 01 | David Bamba | B-1 |
| 02 | Steven Suzuki | | | | |
| 03 | Jin Fu Lin | MH-2 | 02 | Akilino Elyeisar   A/T | B-2 |
| 04 | Yu Chi Xie | | | | |
| 05 | Alfred Aldan | MH-3 | 03 | Michael Dodd | B-3 |
| 06 | Neildino Taisacan | | | | |
| 07 | Moses Martin | MH-4 | 04 | Manuel Pangelinan   A/T | B-4 |
| 08 | Alafonso Oncho | | | | |
| 09 | Eric Lee Nekaifes | MH-5 | 05 | Dwayne Sibetang | B-5 |
| 10 | Lester Serilo | | | | |
| 11 | Anthony Rios | MH-6 | 06 | Luis Camacho   ISOLATION | B-6 |
| 12 | Cheyenne Sablan | | | | |
| 13 | Alonzo Igisaiar | MH-7 | NO | | |
| 14 | Daniel Delos Santos   A/T | | | VISITATION ROOM #1 ||
| 15 | Larry Aguilar | MH-8 | 01 | Marlon Martin   A/T | |
| 16 | Regis O. Iyekar | | | | |
| 17 | Pedro Cabrera | MH-9 | | VISITATION ROOM #2 ||
| 18 | Shawn Appleby | | | | |
| 19 | George Cruz | MH-10 | 01 | Lee Poch   A/T | |
| 20 | Mariano SN. Camacho | | 02 | Robert Shineachi   @ Fel | |
| 21 | Diego Mundo | MH-11 | | | |
| 22 | Juan Manalo   A/T | | | SUPERVISORS ROOM ||
| 23 | Joe Rabauliman | MH-12 | 01 | Arto N. Kaisan   @ Misd. | |
| 24 | George Ilo | | | | |
| 25 | Daniel Delos Santos | MH-13 | | | |
| 26 | Steven Aguon | MH-14 | | | |
| 27 | William Wanket   A/T | | NO | | |
| 28 | Isen Bokuku | MH-15 | 01 | Bob Yamagishi   Civil- S/S | |
| | | | 02 | Frankie Basa   A/T | |
| 29 | Joaquin S. Peredo | MH-16 | 03 | Marvin Tewid   A/T | |
| 30 | Faustino Elias | | | | |
| NO | ▓▓▓▓▓▓ | CELL | | | |
| | | R-1L | | | |
| | | R-1U | | | |
| 01 | Joaquina P. Reyes   FED | R-2L | | | |
| 02 | Lea Mendiola   FED | R-2U | | | |
| 03 | Micheline Brel   S/S | R-3L | | | |
| | | R-3U | | | |
| 04 | Consolacion Omar ISOLATION   S/S | R-4L | | | |
| 05 | Liu Ya Jun   FED | R-4U | | | |
| 06 | Maryann Indalecio   S/S | R-5L | | | |
| 07 | Hao Ying Mei Yu   S/S | R-5U | | | |
| 08 | Yen Mei Ying   S/S | R-6L | | | |
| 09 | Huang Zhou Ju   A/T | R-6U | | | |
| | | | NO | ▓▓▓▓▓▓ | CELL |
| | | | 01 | Roman Agulto | IH-1L |
| | VISITATION ROOM | | 02 | Vicente Kaipat | IH-1U |
| 10 | Vivian Fleming   FED | Vist. | 03 | Carlo Malazarte | IH-2L |
| | | | 04 | Fernando Quitano | IH-2U |
| | HOMEFURLOUGH | | 05 | Emilio Manahane | IH-3L |
| | | | 06 | Joe Atalig | IH-3U |
| | | | 07 | Nestor Taitano | IH-4L |
| | | | 08 | Ivan Castro | IH-4U |

**Supervisor:** COIII Thomas S. Muna   **Date:** 11/01/05

**Shift:** "Alpha"  **Time:** 0530-1730 hrs.  **Date:** 11/01/05

| NO | CENTRAL MALE DETENTION<br>NAME OF PRETRIAL DETAINEES | | CELL | NO | MINIMUM SECURITY<br>NAME | CELL |
|---|---|---|---|---|---|---|
| 01 | Raul Rocha | S/S | ISO | 01 | Milton B. Cruz | MF-01 A-L |
|  |  |  |  | 02 | Francisco Demapan | MF-01 B-U |
| 02 | Hans Ngiraimos | A/T Misd | D-1 | 03 | Jose Aldan |  |
| 03 | Andon Billy | A/T |  |  |  |  |
| 04 | Miah, Mohammed | A/T |  | 04 | Jeffrey Cabrera | MF-02 E-L |
|  |  |  |  |  |  | MF-02 F-U |
| 05 | Manabu Chizuwa | S/S | D-2 | 05 | Ronald Kaipat | MF-03 A-L |
|  |  |  |  | 06 | Oscar Meeyog | MF-03 B-U |
|  |  |  |  | 07 | Eugene Repeki |  |
|  |  |  |  | 08 | Chun Shan Xu |  |
| 06 | Jesse James Camacho | S/S | D-3 | 09 | Pedro Omar | MF-04 E-L |
| 07 | Ignacio Cabrera | A/T Misd |  | 10 | Hadley Renguul | MF-04 F-U |
|  |  |  |  | 11 | Taurus Kapwich | MF-05 A-L |
|  |  |  |  |  |  | MF-05 B-U |
|  |  |  |  | 12 | Dickson Cosmes |  |
| 08 | James Ordellano | A/T | D-4 | 13 | Melvin Dela Cruz |  |
| 09 | Davis Diaz | A/T |  | 14 | Reynaldo Manila | MF-06 E-L |
| 10 | Mino Pnillip | A/T |  | 15 | Nupom Nupom | MF-06 F-U |
| 11 | Alexander Cana | A/T | D-5 | 16 | Rodolfo Michelena | MF-07 A-L |
| 12 | Hermanny Santos | A/T |  | 17 | Hernest Otis | MF-07 B-U |
|  |  |  |  | 18 | Ramon Blas |  |
| 13 | Lann Billy | A/T | D-6 | 19 | Pedro Demapan |  |
| 14 | Michael Peter | A/T |  | 20 | Dominic Hideo | MF-08 E-L |
| 15 | Antonio Bernardo | A/T |  | 21 | Ignacio M. Leon Guerrero | MF-08 F-U |
|  |  |  |  | 22 | Luis Babauta | MF-09 A-L |
| 16 | Francisco A. Pua | A/T |  | 23 | Gabriel Grothog | MF-09 B-U |
| 17 | Gerald Sablan | A/T | D-7 | 24 | Santiago Cepeda |  |
|  |  |  |  | 25 | Oscar Babauta | MF-10 E-L |
|  |  |  | D-8 | 26 | Marvin Concepcion | MF-10 F-U |
| 18 | Marco Fitial | A/T |  | 27 | Jesus N. Dowai | MF-11 A-L |
| 19 | Roger Castillo | A/T Misd |  | 28 | Vincent John Castro | MF-11 B-U |
|  |  |  | D-9 | 29 | Mark Torres |  |
|  |  |  |  | 30 | Edgar Mendoza |  |
| 20 | Mike Daikichy | S/S Misd |  | 31 | Jose Borja | MF-12 E-L |
|  |  |  |  | 32 | Vicent Norita | MF-12 F-U |
| 21 | Aimiji Yoshio | A/T | D-10 | 33 | Thomas Aldan | MF-13 A-L |
|  |  |  |  | 34 | Anthony Magofna | MF-13 B-U |
| 22 | Sylvano F. Santos | A/T |  | 35 | David Diaz |  |
| 23 | Chang Da Liu | A/T |  |  |  |  |
| 24 | Xiao Jun Dai | FED |  | 36 | David Moses | MF-14 E-L |
| 25 | Zhou Xu | A/T | D-11 |  |  | MF-14 F-U |
|  |  |  |  | 37 | Joselito Castro | MF-15 A-L |
| 26 | Jiang Jing Ju | A/T -INO |  | 38 | Michael Tesfour | MF-15 B-U |
| 27 | Collier Ng. Siksei | A/T | D-12 | 39 | Angel C. Ruben |  |
| 28 | Qi Huan Li | A/T |  |  |  |  |
|  |  |  |  | 40 | Edwin Ponce | MF-16 E-L |
| 29 | Franklin Cepeda | S/S |  | 41 | Nestor Dela Cruz | MF-16 F-U |
| 30 | Daniel R. Johnny | A/T Misd | D-13 | 42 | Rex Jose | MF-17 A-L |
| 31 | Anthonio Ayuyu | A/T |  | 43 | Seremea Nowell | MF-17 B-U |
|  |  |  |  | 44 | Price Shoiter |  |
|  |  |  |  | 45 | Antonio Matagolai        CIVIL |  |
|  |  |  |  | 46 | Isaac Rengiil | MF-18 E-L |
|  |  |  |  | 47 | Francisco Tydigco | MF-18 F-U |
|  |  |  |  | **HOMEFURLOUGH** | | |
|  |  |  |  | **CIVIL DETENTION** | | |
|  |  |  |  | 01 | Carl Cabrera        Federal |  |
|  |  |  |  | 02 | Steven Abal         Federal |  |
|  |  |  |  | 03 | Norman Kapileo      Federal |  |

**Supervisor:** COIII Thomas S. Muna  **DATE:** 11/01/05

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"  **Time:** 0530-1730 hrs.  **Date:** 10/15/05

### MEDIUM SECURITY

| N0 | NAME | CELL |
|----|------|------|
| 01 | Michael Ada | MH-1 |
| 02 | Steven Suzuki | |
| 03 | Jin Fu Lin | MH-2 |
| 04 | Yu Chi Xie | |
| 05 | Alfred Aidan | MH-3 |
| 06 | Neildino Taisacan | |
| 07 | Moses Martin | MH-4 |
| 08 | Alafonso Oncho | |
| 09 | Eric Lee Nekaifes | MH-5 |
| 10 | Lester Serilo | |
| 11 | Anthony Rios | MH-6 |
| 12 | Cheyenne Sablan | |
| 13 | Alonzo Igisaiar | MH-7 |
| 14 | Daniel Delos Santos | A/T |
| 15 | Larry Aguilar | MH-8 |
| 16 | Regis O. Iyekar | |
| 17 | Pedro Cabrera | MH-9 |
| 18 | Shawn Appleby | |
| 19 | George Cruz | MH-10 |
| 20 | Mariano SN. Camacho | |
| 21 | Diego Mundo | MH-11 |
| 22 | Juan Manalo | A/T |
| 23 | Joe Rabauliman | MH-12 |
| 24 | George Ilo | |
| 25 | Mitched Etumai | MH-13 |
| 26 | Daniel Delos Santos | |
| 27 | Steven Aguon | MH-14 |
| 28 | William Wanket | A/T |
| | | ON |
| 29 | Ramon Blas | MH-15 |
| 30 | Pedro Demapan | |
| 31 | Joaquin S. Peredo | MH-16 |
| 32 | Faustino Elias | |
| | | ON CELL |
| 01 | Xiu Hong Lou | A/T R-1U |
| | | R-1L 06 |
| 02 | Joaquina P. Reyes | FED R-2L 08 |
| 03 | Lea Mendiola | FED R-2U 09 |
| 04 | Micheline Brel | S/S R-3L 10 |
| 05 | Florence Sablan | S/S R-3U 11 |
| | | R-4L 12 |
| 06 | Liu Ya Jun | FED R-4U 13 |
| | | R-5L 14 |
| 07 | Hao Ying Mei Yu | S/S R-5U 15 |
| 08 | Yen Mei Ying | S/S R-6L 16 |
| 09 | Huang Zhou Ju | A/T R-6U 17 |

### SPECIAL MANAGEMENT UNIT

| N0 | NAME | CELL |
|----|------|------|
| 01 | David Bamba | B-1 |
| 02 | Isen Bokuku | ISOLATION |
| 03 | Akilino Elyesiar | A/T B-2 |
| 04 | Michael Dodd | B-3 |
| 05 | Manuel Pangelinan | A/T B-4 |
| 06 | Dwayne Sibetang | B-5 |
| 07 | Luis Camacho | ISOLATION B-6 |
| | | ON |
| | VISITATION ROOM #1 | |
| 01 | Marlon Martin | ISOLATION A/T |
| | VISITATION ROOM #2 | |
| 01 | Lee Poch | A/T |
| | SUPERVISORS ROOM | |
| 01 | Kui Rogopes | A/W @ |
| 01 | Bob Yamagishi | Civil - S/S |
| 02 | Thomas Matsunaga | A/W @ |
| 03 | Cleavon Muna | Misd. @ |
| 04 | Greg Tibet | Misd @ |
| 05 | Chang Zhu Han | TR @ |
| | | |
| | | ON CELL |
| 01 | Roman Agulto | 1H-1L |
| 02 | Vicente Kaipat | 1H-1U |
| | VISITATION ROOM | |
| 10 | Consolacion Omar | ISOLATION S/S Visit. |
| 03 | Carlo Malazarte | 1H-2L |
| "HOMEFURLOUGH" | | |
| 04 | Fernando Quitano | 1H-2U |
| 11 | Maryann Indalecio | S/S HF |
| 05 | Emilio Manahane | 1H-3L |
| 06 | Joe Atalig | 1H-3U |
| 07 | Nestor Taitano | 1H-4L |
| 08 | Ivan Castro | 1H-4U |

**Supervisor:** Lt. Jose K. Brangelio

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"  **Time:** 0530-1730 hrs.  **Date:** 10/15/05

| CENTRAL MALE DETENTION | | | | MINIMUM SECURITY | | |
|---|---|---|---|---|---|---|
| NO | NAME OF PRETRIAL DETAINEES | | CELL | NO | NAME | CELL |
| 01 | Raul Rocha | S/S | ISO | 01 | Milton B. Cruz | MF-01 A-L |
|  |  |  |  | 02 | Francisco Demapan | MF-01 B-U |
| 02 | Hans Ngiraimos | A/T Misd |  |  |  | ▓▓▓▓ |
| 03 | Andon S. Billy | A/T Misd | D-1 |  |  | ▓▓▓▓ |
| 04 | Miah, Mohammed | A/T |  | 03 | Jeffrey Cabrera | MF-02 E-L |
| 05 | Brenson John | A/T Misd |  | 04 | Donald Dlg. Fleming    TR | MF-02 F-U |
| 06 | Jesus Concepcion | A/T | D-2 | 05 | Ronald Kaipat | MF-03 A-L |
|  |  |  |  | 06 | Oscar Meeyog | MF-03 B-U |
|  |  |  |  | 07 | Eugene Repeki | ▓▓▓▓ |
|  |  |  |  | 08 | Chun Shan Xu | ▓▓▓▓ |
| 07 | Jesse James Camacho | S/S |  | 09 | Pedro Omar | MF-04 E-L |
| 08 | Ignacio Cabrera | A/T Misd | D-3 | 10 | Hadley Renguul | MF-04 F-U |
|  |  |  |  | 11 | Taurus Kapwich | MF-05 A-L |
|  |  |  |  | 12 | James Sanchez    TR | MF-05 B-U |
|  |  |  |  | 13 | Dickson Cosmes |  |
| 09 | James Ordellano | A/T | D-4 | 14 | Melvin Dela Cruz |  |
| 10 | Davis Diaz | A/T |  | 15 | Reynaldo Manila | MF-06 E-L |
| 11 | Mino Pnillip | A/T |  | 16 | Nupom Nupom | MF-06 F-U |
| 12 | Alexander Cana | A/T | D-5 | 17 | Rodolfo Michelena | MF-07 A-L |
| 13 | Hermanny Santos | A/T |  | 18 | Hernest Otis | MF-07 B-U |
|  |  |  |  |  |  | ▓▓▓▓ |
| 14 | Lann Billy | A/T | D-6 |  |  |  |
| 15 | Michael Peter | A/T |  | 19 | Dominic Hideo | MF-08 E-L |
| 16 | Antonio Bernardo | A/T |  | 20 | Ignacio M. Leon Guerrero | MF-08 F-U |
|  |  |  |  | 21 | Luis Babauta | MF-09 A-L |
| 17 | Francisco A. Pua | A/T |  | 22 | Gabriel Grothog | MF-09 B-U |
| 18 | Gerald Sablan | A/T | D-7 |  |  |  |
|  |  |  |  |  |  | ▓▓▓▓ |
|  |  |  | D-8 | 23 | Oscar Babauta | MF-10 E-L |
|  |  |  |  | 24 | Marvin Concepcion | MF-10 F-U |
| 19 | Marco Fitial | A/T |  | 25 | Jesus N. Dowai | MF-11 A-L |
| 20 | Roger Castillo | A/T Misd |  | 26 | Vincent John Castro | MF-11 B-U |
| 21 | Mario Cabarrubias | A/T | D-9 | 27 | Mark Torres |  |
|  |  |  |  | 28 | Edgar Mendoza |  |
| 22 | Mike Daikichy | S/S Misd |  | 29 | Jose Borja | MF-12 E-L |
|  |  |  |  | 30 | Vicent Norita | MF-12 F-U |
| 23 | Aimiji Yoshio | A/T | D-10 | 31 | Thomas Aldan | MF-13 A-L |
|  |  |  |  | 32 | Anthony Magofna | MF-13 B-U |
| 24 | Sylvano F. Santos | A/T |  | 33 | David Diaz | ▓▓▓▓ |
| 25 | Chang Da Liu | A/T |  |  |  | ▓▓▓▓ |
| 26 | Xiao Jun Dai | FED |  | 34 | David Moses | MF-14 E-L |
| 27 | Zhou Xu | A/T | D-11 | 35 | David B. Roberto    Civil | MF-14 F-U |
|  |  |  |  | 36 | Joselito Castro | MF-15 A-L |
| 28 | Jiang Jing Ju | A/T -INO |  | 37 | Michael Tesfour | MF-15 B-U |
| 29 | Collier Ng. Siksei | A/T | D-12 | 38 | Angel C. Ruben |  |
| 30 | Qi Huan Li | A/T |  | 39 | Romeo Lacaste    TR |  |
|  |  |  |  | 40 | Edwin Ponce | MF-16 E-L |
| 31 | Franklin Cepeda | S/S |  | 41 | Nestor Dela Cruz | MF-16 F-U |
| 32 | Daniel R. Johnny | A/T Misd | D-13 | 42 | Rex Jose | MF-17 A-L |
| 33 | Anthonio Ayuyu | A/T |  | 43 | Seremea Nowell | MF-17 B-U |
|  |  |  |  | 44 | Price Shoiter |  |
|  |  |  |  |  |  | ▓▓▓▓ |
|  |  |  |  | 45 | Isaac Rengiil | MF-18 E-L |
|  |  |  |  | 46 | Francisco Tydigco | MF-18 F-U |
|  |  |  |  | **HOMEFURLOUGH** | | |
|  |  |  |  | 47 | Jose Aldan |  |
|  |  |  |  | 48 | Santiago Cepeda |  |
|  |  |  |  | 49 | Mitchell Duenas |  |
|  |  |  |  | **CIVIL DETENTION** | | |
|  |  |  |  | 01 | Carl Cabrera    Federal |  |
|  |  |  |  | 02 | Steven Abal    Federal |  |
|  |  |  |  | 03 | Norman Kapileo    Federal |  |

**Supervisor:** Lt. Jose K. Pangelinan          **DATE:** 10/15/05

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"   **Time:** 0530-1730 hrs.   **Date:** 10/01/05

| MEDIUM SECURITY | | | SPECIAL MANAGEMENT UNIT | | |
|---|---|---|---|---|---|
| N0 | NAME | CELL | N0 | NAME | CELL |
| 01 | Hadley Renguul | MH-1 | 01 | David Bamba | B-1 |
| 02 | Michael Ada | | | | |
| 03 | Eugene Repeki | MH-2 | 02 | Isen Bokuku   ISOLATION | B-2 |
| 04 | Chun Shan Xu | | 03 | Akilino Elyeisar   A/T | |
| 05 | Alfred Aldan | MH-3 | | | B-3 |
| | | | 04 | Michael Dodd | |
| 06 | Neildino Taisacan | | | | |
| 07 | Moses Martin | MH-4 | 05 | Melvin Dela Cruz | B-4 |
| 08 | Alafonso Oncho | | 06 | Manuel Pangelinan   A/T | |
| 09 | Eric Lee Nekaifes | | | | |
| 10 | Lester Serilo | MH-5 | 07 | Dwayne Sibetang | B-5 |
| 11 | Steven Suzuki | | | | |
| 12 | Anthony Rios | MH-6 | 08 | Luis Camacho   ISOLATION | B-6 |
| 13 | Cheyenne Sablan | | | | |
| 14 | Alonzo Igisaiar | MH-7 | NO | ▓▓▓▓▓▓▓▓▓▓ | |
| | | | | VISITATION ROOM #1 | |
| 15 | Larry Aguilar | MH-8 | 01 | Marlon Martin   ISOLATION   A/T | |
| 16 | Pedro Cabrera | MH-9 | | | |
| 17 | Shawn Appleby | | | VISITATION ROOM #2 | |
| 18 | George Cruz   ISOLATION | MH-10 | 01 | Lee Poch   A/T | |
| 19 | Mariano SN. Camacho | | 02 | Joaquin S. Reyes   A/W | |
| 20 | Diego Mundo | | | | |
| 21 | Edgar Mendoza | MH-11 | | SUPERVISORS ROOM | |
| 22 | Joe Rabauliman | MH-12 | 01 | Delafont Ngeskebei   @ Misd | |
| 23 | George Ilo | | | | |
| 24 | Mtoched Etumai | MH-13 | | | |
| 25 | Gabriel Grothog | | | | |
| 26 | Steven Aguon | MH-14 | | | |
| 27 | William Wanket   A/T | | NO | ▓▓▓ LIBRARY ▓▓▓ | |
| 28 | Ramon Blas | MH-15 | 01 | Chang Da Liu   A/T | |
| 29 | Pedro Demapan | | 02 | James Ordillano   A/T | |
| 30 | Vicente Kaipat | MH-16 | 03 | Antonio Bernardo   A/T | |
| 31 | Mark Torres | | 04 | Juan Manalao   A/T | |
| NO | ▓▓▓▓▓▓▓▓▓▓ | CELL | 05 | Alexander R. Cana   A/T | |
| | | R-1L | 06 | Joseph Paul Satur   A/T | |
| 01 | Xiu Hong Lou   A/T | R-1U | 07 | Michael Peter   A/T | |
| 02 | Joaquina P. Reyes   FED | R-2L | 08 | John Namauleg   A/T | |
| 03 | Lea Mendiola   FED | R-2U | 09 | Edward Cabrera   A/T | |
| 04 | Micheline Brel   S/S | R-3L | 10 | Hans Ngiraimos   Misd A/T | |
| 05 | Florence Sablan   S/S | R-3U | 11 | Jose S. Castro   A/T | |
| | | R-4L | 12 | Sylvan A. Pua   A/T Misd | |
| 06 | Liu Ya Jun   FED | R-4U | 13 | Andon S. Billy   A/T Misd | |
| | | R-5L | | | |
| 07 | Hao Ying Mei Yu   S/S | R-5U | | | |
| 08 | Yen Mei Ying   S/S | R-6L | | | |
| 09 | Huang Zhou Ju   A/T | R-6U | | | |
| | VISITATION ROOM | | NO | ▓▓▓▓▓▓▓▓▓▓ | CELL |
| | | | 01 | Roman Agulto | IH-1L |
| 10 | Consolacion Omar ISOLATION   S/S | Vist. | | | IH-1U |
| | ▓▓▓ HOME FURLOUGH ▓▓▓ | | | | IH-2L |
| 11 | Maryann Indalecio | HF | 02 | Fernando Quitano | IH-2U |
| | | | 03 | Emilio Manahane | IH-3L |
| | | | 04 | Joe Atalig | IH-3U |
| | | | 05 | Nestor Taitano | IH-4L |
| | | | 06 | Ivan Castro | IH-4U |

**Supervisor:** Lt. Joseph Pangelinan   **Date:** 10/01/05

**Shift:** "Charlie"    **Time:** 0530-1730 hrs.    **Date:** 10/01/05

| CENTRAL MALE DETENTION | | | | MINIMUM SECURITY | | |
|---|---|---|---|---|---|---|
| NO | NAME OF PRETRIAL DETAINEES | | CELL | NO | NAME | CELL |
| 01 | Raul Rocha    (ISOLATION)    S/S | | ISO | 01 | Milton B. Cruz | MF-01 |
| | | | | | | MF-01 |
| 02 | Lucas Manglona    A/T | | D-1 | 02 | Francisco Demapan | MF-02 |
| | | | | 03 | Jeffrey Cabrera | MF-02 |
| | | | | | | MF-02 |
| 03 | Akilino Suzuki    Misd  A/T | | D-2 | 04 | Jelani Tilipao    TR | MF-02 |
| 04 | Brenson John    A/T Misd | | | 05 | Oscar Meeyog | MF-03 |
| | | | | 06 | Ronald Kaipat | MF-03 |
| | | | | | | MF-03 |
| | | | | | | MF-04 |
| 05 | Jesse James Camacho    S/S | | D-3 | 07 | Pedro Omar | MF-04 |
| 06 | Ignacio Cabrera    A/T Misd | | | 08 | Dickson Cosmes | MF-05 |
| | | | | 09 | James Sanchez    TR | MF-05 |
| | | | | 10 | Taurus Kapwich | MF-05 |
| 07 | Joaquin S. Peredo    S/S | | D-4 | 11 | Reynaldo Manila | MF-06 |
| 08 | Faustino Elias    S/S | | | 12 | Nupom Nupom | MF-06 |
| 09 | Davis Diaz    ISOLATION    A/T | | | 13 | Rodolfo Michelena | MF-07 |
| 10 | Mino Pnillip    A/T | | | 14 | Hernest Otis | MF-07 |
| | | | D-5 | 15 | Dominic Hideo | MF-08 |
| 11 | Hermanny Santos    A/T | | | 16 | Ignacio M. Leon Guerrero | MF-08 |
| 12 | Carlo Malazarte    S/S | | | 17 | Luis Babauta | MF-09 |
| 13 | Lann Billy    A/T | | D-6 | | | MF-09 |
| | | | | | | MF-10 |
| 14 | Regis O. Iyekar    S/S | | | 18 | Oscar Babauta | MF-10 |
| | | | | | | MF-10 |
| 15 | Francisco A. Pua    A/T | | D-7 | 19 | Marvin Concepcion | MF-10 |
| | | | | 20 | Vincent John Castro | MF-11 |
| 16 | Gerald Sablan    A/T | | | 21 | Jesus N. Dowai | MF-11 |
| 17 | Daniel Delos Santos    S/S | | D-8 | 22 | Jose Borja | MF-12 |
| 18 | Isman Bokuku    A/T | | | 23 | Vicent Norita | MF-12 |
| 19 | Marco Fitial    A/T | | | 24 | Anthony Magofna | MF-13 |
| 20 | Roger Castillo    A/T  Misd | | D-9 | 25 | Thomas Aldan | MF-13 |
| 21 | Mario Cabarrubias    A/T | | | 26 | David Diaz | MF-13 |
| | | | | 27 | David Moses | MF-14 |
| 22 | Mike Daikichy    A/T Misd | | | 28 | David B. Roberto    Civil | MF-14 |
| | | | | 29 | Joselito Castro | MF-15 |
| 23 | Aimiji Yoshio    A/T | | D-10 | 30 | Michael Tesfour | MF-15 |
| 24 | Xiao Jun Dai    FED | | | 31 | Angel C. Ruben | MF-15 |
| 25 | Sylvano F. Santos    A/T | | | 32 | Edwin Ponce | MF-16 |
| 26 | Jin Fu Lin    S/S | | | 33 | Nestor Dela Cruz | MF-16 |
| 27 | Yu Chi Xie    S/S | | D-11 | 34 | Rex Jose | MF-17 |
| 28 | Zhou Xu    A/T | | | 35 | Seremea Nowell | MF-17 |
| | | | | 36 | Price Shoiter | MF-17 |
| 29 | Jiang Jing Ju    A/T -INO | | | 37 | Joseph Delarosa    Misd. | MF-17 |
| 30 | Collier Ng. Siksei    A/T | | D-12 | 38 | Isaac Rengiil | MF-18 |
| 31 | Qi Huan Li    A/T | | | 39 | Francisco Tydigco | MF-18 |
| | | | | | | MF-18 |
| 32 | Franklin Cepeda    S/S | | | | **CIVIL DETENTION** | |
| 33 | Daniel R. Johnny    A/T Misd | | D-13 | 01 | Carl Cabrera    Federal | |
| 34 | Anthonio Ayuyu    A/T | | | 02 | Lionel Borja    Federal | |
| | | | | 03 | Steven Abai    Federal | |
| | | | | 04 | Chen Bo Xu    INO | |
| | | | | 05 | Xiao Wen Zhu    INO | |
| | | | | | **HOME FURLOUGH** | |
| | | | | 40 | Jose Aldan | |
| | | | | 41 | Santiago Cepeda | |
| | | | | 42 | Mitchell Duenas | |

**Supervisor:** Lt. Joseph Pangelinan    **DATE:** 10/01/05

# MEMORANDUM

**Date**         : 11/29/05

**TO**           : Lt. Georgia Cabrera
                   Acting Operations Captain

**FROM**         : Sgt. Pius Yaroitemal

**SUBJECT**      : Shake Down
**REF**          : Minimum Security Male and Female Housing

Here are the list of all confiscated items from MSF Male and Female Housing, that was conducted by Shift Bravo during the shakedown;

## SALLY PORT/CIVIL DETENTION;

(02) COPENHAGEN (2ND Bunk near water dispenser)
(01) NAIL CLIPPER (Inside outlet near ofcrs counter)
(01) COPENHAGEN (Inside clothing near ofcrs counter)
(02) LIGHTERS RED & YELLOW (Inside the restroom)
(01) COPENHAGEN (Inner lower bunk near restroom)

## MALE HOUSING BUNK AREAS;

**MF-1-2**  (01) RED NOKIA CELLPHONE WITH CHARGER
            (Top middle bunk inside pillow)

**MF-1-2**  (01) COPENHAGEN (found on the floor)

**MF-2**    (01) TWEEZER (Outer locker)

**MF-3**    (01) VISINE, (01) ROLL OF WHITE STRINGS (Inner locker)

**MF-3-4**  (01) TATTOO MACHINE, (04) D SIZE CELL BATTERIES
            (Middle bunk)

**MF-3**     (01) CONTAINER OF VASELINE (Outer locker)

**MF-5**     SNACKS FROM THE CATER (Inner locker)

**MF-5**     SNACKS FROM THE CATER (Outer locker)

**MF-6**     (01) VISINE CONTAINER WITH PERFUME AND OIL SUBSTANCE (Lower bunk)

**MF-6**     SNACKS FROM THE CATER (Outer locker)

**MF-11**    (08) PACKS OF READY MIX COFFEE, (01) PLASTIC CONTAINER CONTAINING INSTANT COFFEE (Outer locker)

**MF-11**    (01) UNOPENED PACK OF MARLBORO RED CIGARETTE (Inner locker)

**MF-13**    (01) GLASS CONTAINER OF DEODORANT "NIVEA" BRAND (Outer locker)

**MF-13-14** (03) BLACK AND SILVER COLORED PAPER CLIPS (Inner locker)

**MF-14**    (01) CHAPSTICK (Outer locker)

**MF-14**    (01) STICK OF DORAL LIGHTS CIGARETTE (Outer locker)

**MF-15**    (04) PIECES OF TYLENOL TABLETS (Outer locker)

**MF-16**    (01) BATH SOAP BOX CONTAINING STAPLES (Inner locker)

**MF-16**    (01) TUBE OF UNISSUED TOOTHPASTE (Outer locker)

**MF-16**    (01) GLUE STICK (Outer locker)

**MISC. ITEMS FOUND ON THE FLOOR DURING SHAKEDOWN;**

PENS, PENCIL, AA BATTERIES, LOCAL HOT PEPPER, STONE LIKE ROCK AND WHITE LIME CONTAINER.

**FEMALE HOUSING UNIT:**

ALL ITEMS LISTED BELOW WERE FOUND IN THE FEMALE HOUSING RESTROOM UNDER THE SINK;

(01) FOAM CUP CONTAINING BETTLENUTS
(02) CONTAINERS OF SKOAL
(01) CONTAINER OF LIME
(01) STICK OF DORAL LIGHTS CIGARETTE
(01) CUP CONTAINING MIXED SALT

AND SNACKS FROM THE CATER WERE FOUND IN ALL THE FEMALE INMATES AND DETAINEES LOCKERS.

Submitted for your information.

Sgt. Pius Yaroitemal

Cc: Michael O'Toole
    Operation Chief Officer
    Juan M. Ayuyu
    Deputy Director
    File

# MEMORANDUM

**To**            : Acting Operation Captain               **Date:** 10/26/05
                   Lt. Georgia M. Cabrera

**From**          : Shift "C" OIC
                   Lt. Jose K. Pangelinan

**Subject**       : Shake Down In CMD

On Wednesday, October 26, 2005 at about 0538 hrs., Shift Charlie conducted shake down in Central Male Detention. Officers involved during the shake down are listed below.

Manpower:

1. COIII. Lee Camacho
2. COIII. Regina Pangelinan
3. COII. Stanley Ngircheungel
4. COII. Stacey Deleon Guerrero
5. COI. Daniel Maliuyaf
6. COI. Daniel Joab
7. COI. Daverick Camacho
8. COI. Arthur Cabrera
9. COI. Hans-Edward Pua
10. COI. John Steven Santos
11. COI. Joseph Mendiola
12. COI. Ryan Kaipat
13. COI. Jesus Wabol
14. COI. Joseph Taisakan

Items takened out from the cells by officers during the shake down are listed below.

Cell# D-1
   1. .25 cents found by the window area.

Cell# D-2
½ Tablet of Ibuprofen found by the window area.

Cell# D-3
1. one bottle of Sprite containing Listerine
2. one Head & Shoulder Shampoo container containing rubbing alcohol
3. one small tupper ware containing sugar and cream

Items were found on the by the window area.

Cell# D-4
1. one 800mg Ibuprofen found on the upper bunk.

Cell# D-6
1. Six pills of Pantoprozole 40mg
2. one Amoxicillin capsule
3. eight capsules

Items were found on the lower bunk.

Cell# D-7
1. one grey mini AM/FM radio "Coby" brand
2. four Panasonic batteries
3. one Kaleriu container containing black ink
4. one bottle of black ink
5. smoke detector

Items were found by the window area.

Cell# D-8
1. one Panasonic battery found on the lower bunk.

Cell# D-12
1. one yellow cigarette lighter found on the upper bunk.

Cell# D-13
1. one Head & Shoulder bottle containing rubbing alcohol.
2. one needle
3. one Guafenisin medicine
4. two Loratadine
5. one container of Copenhagen "Snuff" containing tobacco inside
6. three Biaxin tablets
7. one betelnut
8. one black Yap Lime container

Items were found by the window area.

End of report.

Submitted in for your information and final disposition.

_Lt. Jose K. Pangelinan_

Xc  : Chief Operating Officer
     Deputy Director, DOC
     Acting Operation Captain
     File

DIVISION OF CORRECTION
FIRE DRILL REPORT FORM

1. Area of drill: __MSF Male Visitation Area__
2. Time of drill: __15:26__
3. Name of monitor: __CO3 Lee Camacho__
4. What route was used, primary or secondary and which exits were used? __Primary__

5. Elapsed time to evacuate area: __3 Minutes__
6. Number of staff evacuated: __03__
7. Number of offenders evacuated: __~~45~~ (50)__
8. Were staff and offender counts conducted? (✓) yes ( ) no
9. Was the evacuation accomplished electrically or by key? __Key__

10. Did evacuation to safe refuge area? __Yes__

11. Did staff shut doors and windows upon evacuation? __Open__

12. Were exits signs lighted? (✓) yes ( ) no   If no, indicated the number of exit lights that needs replacement: ____

13. What alarm pull or detector was tested? __No__

14. Did supervisor wait for the all clear before re-entering the building? (✓) yes ( ) no
15. General comments, problems and recommendations: __Key for gates need to be with the officers__

Shift Supervisor Signature: _____   Date: __10/27/05__

Safety Officer Signature: __Ernie Cruz__   Date: __10/27/05__

11

# MEMORANDUM

**To**      : Acting Operation Captain         **Date:** 10/28/05
            Lt. Georgia M. Cabrera

**From**    : Shift "C" OIC
            Lt. Jose K. Pangelinan

**Subject** : Shake Down In Special Management Unit and Female Housing Unit.

On Friday, October 28, 2005 at about 0550 hrs., Shift Charlie conducted shake down in ~~Central Male Detention~~ *SMU & Female Housing*. Officers involved during the shake down are listed below.

Manpower:

1. COIII. Regina Pangelinan
2. COII. Stanley Ngircheungel
3. COII. Stacey Deleon Guerrero
4. COI. Daniel Maliuyaf
5. COI. Daniel Joab
6. COI. Daverick Camacho
7. COI. Arthur Cabrera
8. COI. Hans-Edward Pua
9. COI. Ryan Kaipat
10. COI. Jesus Wabol
11. COI. Joseph Taisakan
12. COI. Maria Rita Moteisou
13. COI. John Steven Santos

The male officers conducted shake down in Special Management Unit and the female officers conducted shake down in the Female Housing Unit.

**SMU**

**B-1**
1. one plate full of sugar
2. one plate full of coffee creamer
3. one cup full of coffee creamer

4. one nail clipper
5. one black lime container
6. one dental floss
7. one package of ready mix coffee
8. two tupper ware

**B-3**
1. Betamethasone Dipropionate Cream
2. one Bacitracin Ointment
3. one Toothpaste "Colgate"

**B-6**
1. one container of coconut oil containing "rubbing alcohol".


**Female Housing Unit**
    **R-2 Lower:**
1. two blue skies crackers hidden underneath the futton.
2. one green short pant's (locker) excess

    **R-2 Upper:**
1. one blue/white long pant's (locker)
2. one excess toothpaste "Colgate" (locker)
3. one excess body soap "Oil of Olay" (locker)

    **R-3 Lower:**
1. one body lotion "Personal Paradise" small container (locker)

    **R-4 Upper:**
1. three excess orange uniforms (locker)
2. two excess pant's, one black long pant and one blue short pant. (locker)
3. one Paul's Milk (locker)
4. three rubber band (locker)
5. two blue skies crackers (locker)
6. one medal clipper (locker)

    **R-5 Upper:**
1. one Head & Shoulder shampoo container, unknown substance inside (locker)

    **R-6 Upper:**
1. one clear plastic bag containing Ribbons and two soft cake (1-Custard, 1-Italian). (locker)

End of report.

Submitted in for your information and final disposition.

_Lt. Jose K. Pangelinan_

Xc  : Chief Operating Officer
      Deputy Director, DOC
      Acting Operation Captain
      File

# MEMORANDUM

**To**            : Acting Operation Captain                    **Date:** 10/27/05
                    Lt. Georgia M. Cabrera

**From**          : Shift "C" OIC
                    Lt. Jose K. Pangelinan

**Subject**       : Shake Down In CMD

On Thursday, October 27, 2005 at about 0550 hrs., Shift Charlie conducted shake down in Central Male Detention. Officers involved during the shake down are listed below.

Manpower:

1. COIII. Lee Camacho
2. COIII. Regina Pangelinan
3. COII. Stanley Ngircheungel
4. COII. Stacey Deleon Guerrero
5. COI. Daniel Maliuyaf
6. COI. Daniel Joab
7. COI. Daverick Camacho
8. COI. Arthur Cabrera
9. COI. Hans-Edward Pua
10. COI. Ryan Kaipat
11. COI. Jesus Wabol
12. COI. Joseph Taisakan
13. COI. Maria Rita Moteisou

Throughout the shake down, officers took out the items listed below.

**MF-1**
1. One Copenhagen "Snuff" container containing tobacco between one and two lower bunk.
2. Four Band-Aid (locker).
3. One Blistex Lip Ointment (locker).
4. One Tabasco pepper sauce found between one and two lower bunk
5. One Johnson's Baby Shampoo (locker).

    6. One black paper clip holder

**MF-2**
1. One tablet of Tylenol (middle lower bunk).
2. Thermos DFS Galleria (locker )

**MF-3**
1. One red cigarette lighter

**MF-4**
1. Three pair of ear piece (locker)
2. One small blue container of Vicks VapoRub (locker)
3. Tne paper clip (locker).
4. One pair ear piece (locker)
5. One Herbal Shampoo (locker)
6. One Reach Gentle Gum Floss (Upper Bunk)

**MF-6**
1. $1.05 (Lower Bunk)

**MF-8**
1. Clear plastic bag containing mix salt (middle lower bunk)
2. One small jar containing mix salt (middle lower bunk)
3. One cup containing mix salt

**MF-9**
1. Two Highlighters (locker)
2. One black marker

**MF-10**
1. One Highlighter
2. Two package of mix coffee (locker)
3. Seven Bandages (locker)
4. One wax floss
5. One Reach Maxed Floss (locker)
6. One group photo of inmates

**MF-11**
1. One grey/ black color coffee mug (locker)
2. One tweezer (locker)
3. One Foremost Ice Cream container, empty (locker)
4. nine package of ready mix coffee
5. One Furniture Polish "Palace"

**MF-12**
1. One yellow key tag
2. .10 cents
3. One container of windex
4. two pornography magazine picture

**MF-13**
1. One Furniture polish "Palace" (locker)
2. One package of ready mix coffee (middle lower bunk)

**MF-15**
1. One nail clipper (locker)

**MF-16**
1. One container of mixed salt (locker)

**MF-17**
1. One Johnson's Baby cologne container, containing coconut oil(lower bunk)
2. One Jergen's Lotion (lower bunk)

**MF-18**
1. One Highlighter (locker)
2. One nail clipper (locker)
3. One White Petrolatum USP "Skin protectant" (locker)

**Civil Detention Section**
1. One small jar possible perfume in it (Carl Cabrera) bunk.

**Note:**
1. One yellow earing confiscated from inmate Milton Cruz.
2. One yellow earing confiscated from inmate Nupom Nupom.

End of report.

Submitted in for your information and final disposition.

_Lt. Jose K. Pangelinan_

*[handwritten note: On 10/27/05 @ 1430hrs. Items were disposed into the dumpster by Lt. J.K. Pangelinan. Witness by [signature]]*

Xc : Chief Operating Officer
    Deputy Director, DOC
    Acting Operation Captain