THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **STATUS REPORT** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **DIVISION OF YOUTH SERVICES** **PART 1 OF 2 PARTS** **January 3, 2006** |
| Defendants. | ) ) | |

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Department Of Community And Cultural Affairs
Division Of Youth Services

Kagman Juvenile Detention And Correctional Facility
Consent Decree Quarterly Report for December

COVER MEMORANDUM

CERTIFICATION

CONSENT DECREE QUARTERLY REPORT

SUPPORTING DOCUMENTS:

- Generator
- Fire Inspection
- Emergency Evacuation Drills
- SCBA Inspection
- Food Handlers
- CHC Daily Menu
- Pest Control
- Saipan Ice
- Training

 

# DIVISION OF YOUTH SERVICES
DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

## MEMORANDUM

**ADMINISTRATION**
664-2550
FAX:664-2560
E-MAIL ADDRESS
dysadmin@itecnmi.com

**JUVENILE DETENTION FACILITY**
664-2530/2532
FAX:664-2540
E-MAIL ADDRESS:
dys.jdu@gtepacifica.com

**CHILD PROTECTION SERIVCES**
664-2550
FAX: 664-2540
E-MAIL ADDRESS
dysadmin@itecnmi.com

**JUVENILE CORRECTION/PROBATION**
,4-2560
FAX:664-2560
E-MAIL ADDRESS:
dysjcu@itecnmi.com

**PARENT EDUCATION PROGRAM**
664-2550
FAX:664-2560
E-MAIL ADDRESS:
parented@saipan.com

DATE : December 23, 2005

TO : Mr. Edward Buckingham
AAG - Consent Decree Coordinator

THRU : Ms. Carmen Cabrera
Acting DCCA Secretary

FROM : Director – DYS

SUBJECT : December 2005 Consent Decree Report

The Department of Community and Cultural Affairs through the Division of Youth Services here by submits its Consent Decree Report for December 2005 to your office. The Attached binder provides the supporting documents and a copy of our Consent Decree report.

Victor A. Mesta

cc: DCCA Secretary
KJDCF Chief Supervisor

P.O. BOX 501000 CHALAN KANOA, SAIPAN, MP 96950

# CERTIFICATION

I, Victor A, Mesta, Director of the Division of Youth Services for the government of the CNMI, am aware of the reporting requirements pursuant to the Consent Decree in the matter of

UNITED STATES OF AMERICA

V.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETERY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS Civil Action No. CV 99-0017

I hereby certify that the statements made in the current reporting period are, to the best of my knowledge, true and accurate.

Date: 12/23/05   By: _____
Victor Mesta
Director of the Division of Youth Services