GENERATOR

# DIESEL GENERATOR SETS

## OLYMPIAN™

*Exclusively from your Caterpillar® dealer*



**STANDBY 90-150 kW**
**PRIME 82.4-114 kW**
**60 Hz**

| Model | Standby kW (kVA) | Prime kW (kVA) |
|---|---|---|
| D90P1 | 90 (112.5) | 82.4 (103) |
| D100P1 | 100 (125) | 90 (112.5) |
| D100P2* | 100 (125) | 90 (112.5) |
| D125P1 | 125 (156.3) | 114 (142.5) |
| D125P2* | 125 (156.3) | 114 (142.5) |
| D150P1 | 150 (187.5) | N/A |

*EPA Approved, Emissions Certified

## FEATURES

### GENERATOR SET
- Complete system designed and built at ISO 9001 certified facilities
- Factory tested to design specifications at full load conditions

### ENGINE
- Governor, electronic (D125P1, D125P2, D150P1)
- Governor, mechanical (D90P1, D100P1, D100P2)
- Electrical system, 12 VDC
- Cartridge type filters
- Battery(s), rack and cables
- Coolant and lube drains piped to edge of base

### GENERATOR
- Insulation system, class H
- Drip proof alternator air intake (NEMA 2, IP22)
- Electrical design in accordance with BS5000 Part 99, IEC34-1, VDE0530, UTE51100, NEMA MG-1.22

### CONTROL SYSTEM
- 2001 Autostart control panel
- Vibration isolated NEMA 1 enclosure with lockable hinged door
- DC and AC wiring looms

### MOUNTING ARRANGEMENT
- Heavy-duty fabricated steel base with lifting points
- Directly mounted 10 dB(A) silencer
- Complete OSHA guarding
- Flexible fuel lines to base with NPT connections
- Anti-vibration pads to ensure vibration isolation
- Stub-up pipe ready for connection to silencer pipework

### COOLING SYSTEM
- Radiator and cooling fan complete with protective guards
- Standard ambient temperatures up to 122° F (50° C)

### CIRCUIT BREAKER
- UL/CSA listed
- 3-pole with solid neutral
- NEMA 1 steel enclosure, vibration isolated
- Electrical stub-up area directly below circuit breaker

### AUTOMATIC VOLTAGE REGULATOR
- Voltage within ± 0.5% at steady state from no load to full load
- Provides fast recovery from transient load changes

### EQUIPMENT FINISH
- All electroplated hardware
- Anticorrosive paint protection
- High gloss polyurethane paint for durability and scuff resistance

### QUALITY STANDARDS
- BS4999, BS5000, BS5514, IEC34, VDE0530, NEMA MG-1.22, NFPA 110 (with optional equipment)

### DOCUMENTATION
- Operation and maintenance manuals provided
- Wiring diagrams included

### WARRANTY
- 12 months from date of initial start-up or 18 months from shipping, whichever occurs first

*Materials and specifications are subject to change without notice.*

**WHERE THE WORLD TURNS FOR POWER**

**STANDBY   90-150 kW**
**PRIME    82.4-114 kW**
**60 Hz**

**OLYMPIAN™**

*Exclusively from your Caterpillar® dealer*

## SPECIFICATIONS

### GENERATOR

| | |
|---|---|
| Voltage Regulation | ±0.5% at steady state from no load to full load |
| Frequency | ±0.8% for constant load, no load to full load |
| Waveform Distortion | THD < 1.8%, at no load |
| Radio Interference | Compliance with BS800 and VDE Class G&N |
| Telephone Interference | TIF <50, THF <2% |
| Overspeed Limit | 2250 rpm |
| Insulation | Class H |
| Temperature Rise | Within Class H limits |
| Available Voltages | 277/480, 266/460, 120/240, 127/220, 120/208, 347/600 |
| Deration | Consult factory for available outputs |
| Ratings | At 86° F (30° C), 500 ft. (152.4 m), 60% humidity, 0.8 pf |

### ENGINE

| | |
|---|---|
| Manufacturer | Perkins |
| Type | 4-Cycle |
| Cylinder Configuration | In-line 6 |
| Displacement — cu in (L) | 366 (6.0) |
| Bore — in (mm) | 3.94 (100.0) |
| Stroke — in (mm) | 5.00 (127.0) |
| Compression Ratio | |
| D90P1, D100P1, D100P2, D125P1, D150P1 | 16.0:1 |
| D125P2 | 17.0:1 |
| Governor Type | |
| D90P1, D100P1, D100P2 | Mechanical |
| D125P1, D125P2, D150P1 | Electronic |
| Class | A1 |
| Piston Speed — ft/sec (m/sec) | 25.0 (7.62) |
| Engine speed — rpm | 1800 |
| Air Cleaner Type | Dry, replaceable paper element type with restriction indicator |
| Regenerative Power — kW | 16.2 |

**D90P1 — 1006TG1A**
Max Power at Rated rpm — hp (kW)
 Standby ................................... 152 (113)
 Prime ..................................... 136 (102)
BMEP — psi (kPa)
 Standby ................................... 183 (1259)
 Prime ..................................... 164 (1133)
Aspiration ................................ Turbocharged

**D100P1 — 1006TG2A**
Max Power at Rated rpm — hp (kW)
 Standby ................................... 166 (124)
 Prime ..................................... 151 (112)
BMEP — psi (kPa)
 Standby ................................... 202 (1393)
 Prime ..................................... 182 (1253)
Aspiration ................................ Turbocharged

**D100P2 — 1006-6T**
Max Power at Rated rpm — hp (kW)
 Standby ................................... 166 (124)
 Prime ..................................... 150 (112)
BMEP — psi (kPa)
 Standby ................................... 200 (1376)
 Prime ..................................... 182 (1253)
Aspiration ................................ Turbocharged

**D125P1 — 1006TAG**
Max Power at Rated rpm — hp (kW)
 Standby ................................... 219 (163)
 Prime ..................................... 201 (150)
BMEP — psi (kPa)
 Standby ................................... 266 (1836)
 Prime ..................................... 234 (1610)
Aspiration ................................ Turbocharged, AA Charge

**D125P2 — 1006TA**
Max Power at Rated rpm — hp (kW)
 Standby ................................... 216 (162)
 Prime ..................................... 197 (147)
BMEP — psi (kPa)
 Standby ................................... 262 (1799)
 Prime ..................................... 238 (1635)
Aspiration ................................ Turbocharged, AA Charge

**D150P1 — 1006TAG1**
Max Power at Rated rpm — hp (kW)
 Standby ................................... 219 (163)
 Prime ..................................... N/A
BMEP — psi (kPa)
 Standby ................................... 266 (1836)
 Prime ..................................... N/A
Aspiration ................................ Turbocharged, AA Charge Cooled

### CONTROL PANEL

NEMA 1 steel enclosure with lockable hinged door
Vibration isolated mounted Autostart control panel
Single location customer connector point
Electrical stub-up area directly below control panel

## RATING DEFINITIONS

**Standby** — Applicable for supplying continuous electrical power (at variable load) in the event of a utility power failure. No overload is permitted on these ratings. The generator is peak rated (as defined in ISO8528-3).

**Prime** — Applicable for supplying continuous electrical power (at variable load) in lieu of commercially purchased power. There is no limitation to the annual hours of operation and the generator set can supply 10 percent overload power for 1 hour in 12 hours.

Consult your Olympian representative for more information.

www.CAT-ElectricPower.com

© 2000 Caterpillar
All rights reserved.
Printed in U.S.A.

LEHX9506-01 (6-00)

Materials and specifications are subject to change without notice.
The International System of Units (SI) is used in this publication.