FIRE INSPECTION

# Phoenix Pacific (Guam), Inc.
*System Integrators*

109 East Harmon Industrial Park Road Tamuning, Guam 96913
Telephone: (671) 646-6461/2, 646-6481 • Fax: (671) 649-0483
Email: service@phoenixguam.com

**KAGMAN JUVENILE DETENTION FACILITY (REG. MAINT.)**
**$980.00**
**CLIENT#**
**JOB#57122**

## FIRE ALARM PREVENTIVE MAINTENANCE REPORT

| | | |
|---|---|---|
| CUSTOMER NAME: | **DIVISION OF YOUTH SERVICES** | INSPECTION DATE: 11·30·05 |
| BUILDING ADDRESS: | **P.O. BOX 501000** | INSPECTION FOR MONTH OF: **NOVEMBER 2005** |
| CONTACT PERSON: | **CHALAN KANOA, SAIPAN MP 96950** | CONTRACT EXPIRATION DATE: **MC-2005-15** |
| TELEPHONE NUMBER: | **VICTOR MESA** | CONTRACT NUMBER: **MARCH 22, 2006** |

CONTRACT REQUIRES INSPECTION:  MONTHLY ☐   QUARTERLY ☑   SEMI-ANNUALLY ☐   ANNUALLY ☐

| DEVICES OR APPLIANCES | PERIODIC TEST PER NFPA 72H (INDIVIDUAL DEVICE) | COMMENTS | NOT TESTED | TESTED SATISFACTORY | *TESTED DEFICIENT (SEE BELOW) |
|---|---|---|---|---|---|
| FIRE ALARM PANEL | QUARTERLY | | ☐ | ☑ | ☐ |
| PRIMARY/SECONDARY POWER SUPPLIES | QUARTERLY | | ☐ | ☑ | ☐ |
| BATTERY SEALED LEAD ACID | ANNUALLY | | ☐ | ☑ | ☐ |
| REMOTE ANNUNCIATOR | ANNUALLY | | ☐ | ☐ | ☐ |
| AUDIBLE AND VISIBLE TROUBLE SIGNALS | ANNUALLY | | ☐ | ☑ | ☐ |
| ZONE DISCONNECT SWITCHES, TROUBLE SIGNAL | ANNUALLY | | ☐ | ☐ | ☐ |
| GROUND FAULT MONITORING CIRCUIT | ANNUALLY | | ☐ | ☑ | ☐ |
| MANUAL STATIONS | SEMI-ANNUALLY | | ☐ | ☑ | ☐ |
| HEAT DETECTORS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| SMOKE DETECTORS | ANNUALLY | | ☐ | ☐ | ☐ |
| FLAME, BEAM AND OTHER DETECTORS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| WATER FLOW ALARM SWITCHES | SEMI-ANNUALLY | | ☐ | ☑ | ☐ |
| TAMPER SWITCH | SEMI-ANNUALLY | | ☐ | ☑ | ☐ |
| SUPERVISORY SIGNAL DEVICES | QUARTERLY | | ☐ | ☐ | ☐ |
| AUDIBLE, BELLS, HORNS OR OTHERS | ANNUALLY | | ☐ | ☐ | ☐ |
| VISUAL DEVICES | ANNUALLY | | ☐ | ☐ | ☐ |
| EMERGENCY EVACUATION CONTROL PANELS | ANNUALLY | | ☐ | ☐ | ☐ |
| SPEAKERS/VOICE ALARM | ANNUALLY | | ☐ | ☐ | ☐ |
| TELEPHONE (TWO-WAY) | ANNUALLY | | ☐ | ☐ | ☐ |
| EXTINGUISHING SYSTEM ALARM SWITCHES | ANNUALLY | | ☐ | ☐ | ☐ |

* INSPECTION/TEST REPORT IS BASED ON NFPA GUIDLINES SET FOURTH IN NFPA 72, WHEN LESS THAN 100% TEST IS BEING PERFORMED. A CLOSE RECORD SHALL BE MAINTAINED OF THE INDIVIDUAL INITIATING DEVICES AND INDICATING APPLIANCES TESTED EACH TIME TO AVOID SAME DEVICE BEING TESTED ON SUBSEQUENT TESTS.

TYPE / LOCATION / ADDRESS OF PERIPHERAL DEVICES TESTED THIS INSPECTION:
1. Tested manual pull-stations on all areas. Also, cleared devices.
2. Tested water flow/Tamper switches for sprinkler systems.
3. Visually inspected initiating/indicating devices for wear and mounting.
4. Tested main panel for proper outputs, charging voltages, and backup batteries.
5. Tested booster panel in control room for proper voltages, ground fault, open fault, and backup battery supply.

DEFICIENCIES:
* Panel is "NORMAL CONDITION". No deficiencies found for this inspection.

Brian M. Calvo
TECHNICIAN'S NAME
Brian M. Calvo   11·30·05
SIGNATURE   DATE

CUSTOMER NAME
X _____   11·30·05
SIGNATURE   DATE

CUSTOMER HEREBY ACKNOWLEDGE RECEIPT OF REPORT AND GIVES CONSENT TO MAKE THE NECESSARY QUOTATION AS NOTED IN TECHNICIAN'S NOTES.

WHITE - Customer   •   GREEN - PPGI Chrono   •   YELLOW - PPGI File   •   PINK - PPGI Hono   •   GOLD - Customer Invoice

# Phoenix Pacific (Guam), Inc.
*System Integrators*

109 East Harmon Industrial Park Road, Tamuning, Guam 96913
Telephone: (671) 646-6461/62/81 • Facsimile: (671) 649-0483

W.O. 1213

## WORK ORDER

CUSTOMER NAME: Kagman Juvenile Center
DATE: 11-30-05
ADDRESS: _____

☐ WARRANTY
☐ NON WARRANTY
☐ CONTRACT/PROJECT _____
☐ OTHER _____

CONTACT PERSON: Victor Musta / Floyd Masga
TELEPHONE: 256-2553 / 664-2971

JOB NAME / LOCATION: Kagman Juvenile Detention Facility
SERVICE/SALES CODE: _____

REASON SERVICE REQUIRED: _____

PROBLEM FOUND: NO EXTRA WORK PERFORMED

ACTIONS TAKEN: _____

### MATERIAL AND LABOR RECORD

| QTY | MATERIAL USED | UNIT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | MATERIAL TOTAL | $ |  |

| DATE | TECHNICIAN | ARRIVAL/DEPARTURE | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11-30-05 | Brian C. |  |  |  |  |

LABOR TOTAL: $ N/C
TOTAL AMOUNT LABOR AND MATERIAL: $

SERVICE AUTHORIZATION:
I / We hereby authorize the above work to be done along with the necessary materials and grant Phoenix Pacific, Inc., or its employees permission to test and/or operate the unit to be worked on. An express mechanic's lien is hereby acknowledged to secure payment for the work performed. Payment is due upon completion of work if no prior arrangement have been cleared by Phoenix Pacific, Inc., for credit. I / We agree to pay later fees at the rate of 1-1/2% per month on all accounts remaining unpaid after the due date, plus attorney's fees if collection proceedings are instituted.

CUSTOMER'S SIGNATURE: _____    PRINT NAME: J. Obidnang    DATE: 11-30-05

WHITE - Customer • GREEN - Chrono • YELLOW - File • PINK - Acctg • GOLD - Customer Service

**Phoenix Pacific (Guam), Inc.**
*System Integrators*

109 East Harmon Industrial Park Road Tamuning, Guam 96913
Telephone: (671) 646-6461/2, 646-6481 • Fax: (671) 649-0483
Email: service@phoenixguam.com

KAGMAN JUVENILE DETENTION FACILITY (REG. MAINT.)
$980.00
CLIENT#
JOB#57122

# FIRE ALARM PREVENTIVE MAINTENANCE REPORT

CUSTOMER NAME: DIVISION OF YOUTH SERVICES  INSPECTION DATE: 9-30-05
BUILDING ADDRESS: P.O. BOX 501000 CHALAN KANOA, SAIPAN MP 96950  INSPECTION FOR MONTH OF: SEPT. 2005
CONTACT PERSON: VICTOR MESA  CONTRACT EXPIRATION DATE: MC-2005-15 / JUNE 29, 2005
TELEPHONE NUMBER: _____  CONTRACT NUMBER: _____

CONTRACT REQUIRES INSPECTION: MONTHLY ✓   QUARTERLY ☐   SEMI-ANNUALLY ☐   ANNUALLY ☐

| DEVICES OR APPLIANCES | PERIODIC TEST PER NFPA 72H (INDIVIDUAL DEVICE) | COMMENTS | NOT TESTED | TESTED SATISFACTORY | *TESTED DEFICIENT (SEE BELOW) |
|---|---|---|---|---|---|
| FIRE ALARM PANEL | QUARTERLY | | ☐ | ✓ | ☐ |
| PRIMARY/SECONDARY POWER SUPPLIES | QUARTERLY | | ☐ | ✓ | ☐ |
| BATTERY SEALED LEAD ACID | ANNUALLY | | ☐ | ✓ | ☐ |
| REMOTE ANNUNCIATOR | ANNUALLY | | ☐ | ✓ | ☐ |
| AUDIBLE AND VISIBLE TROUBLE SIGNALS | ANNUALLY | | ☐ | ✓ | ☐ |
| ZONE DISCONNECT SWITCHES, TROUBLE SIGNAL | ANNUALLY | | ☐ | ☐ | ☐ |
| GROUND FAULT MONITORING CIRCUIT | ANNUALLY | | ☐ | ✓ | ☐ |
| MANUAL STATIONS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| HEAT DETECTORS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| SMOKE DETECTORS | ANNUALLY | | ☐ | ☐ | ☐ |
| FLAME, BEAM AND OTHER DETECTORS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| WATER FLOW ALARM SWITCHES | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| TAMPER SWITCH | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| SUPERVISORY SIGNAL DEVICES | QUARTERLY | | ☐ | ☐ | ☐ |
| AUDIBLE, BELLS, HORNS OR OTHERS | ANNUALLY | activated | ☐ | ✓ | ☐ |
| VISUAL DEVICES | ANNUALLY | activated | ☐ | ✓ | ☐ |
| EMERGENCY EVACUATION CONTROL PANELS | ANNUALLY | | ☐ | ✓ | ☐ |
| SPEAKERS/VOICE ALARM | ANNUALLY | | ☐ | ☐ | ☐ |
| TELEPHONE (TWO-WAY) | ANNUALLY | | ☐ | ☐ | ☐ |
| EXTINGUISHING SYSTEM ALARM SWITCHES | ANNUALLY | | ☐ | ☐ | ☐ |

* INSPECTION/TEST REPORT IS BASED ON NFPA GUIDLINES SET FOURTH IN NFPA 72, WHEN LESS THAN 100% TEST IS BEING PERFORMED. A CLOSE RECORD SHALL BE MAINTAINED OF THE INDIVIDUAL INITIATING DEVICES AND INDICATING APPLIANCES TESTED EACH TIME TO AVOID SAME DEVICE BEING TESTED ON SUBSEQUENT TESTS.

TYPE / LOCATION / ADDRESS OF PERIPHERAL DEVICES TESTED THIS INSPECTION:
1. Tested fire panel in full activation. Verified operation of horn/strobes.
2. Visually inspected initiating devices for most part of area.
3. Verified communication between annunciators. (See below)
4. Trouble shooted ground fault on loop wire. Found ground fault @ duct detector supply on AHU unit for Housing B. Panel is in Normal state.

* DEFICIENCIES: 1) Need to check controls for annunciators due to reason that annunciators are not capable of panel silencing when in "trouble" state.

Brian M. Calvo
TECHNICIAN'S NAME
Brian M. Calvo   9-30-05
SIGNATURE   DATE

CUSTOMER NAME
X _____   9/30/05
SIGNATURE   DATE

CUSTOMER HEREBY ACKNOWLEDGE RECEIPT OF REPORT AND GIVES CONSENT TO MAKE THE NECESSARY QUOTATION AS NOTED IN TECHNICIAN'S NOTES.

WHITE - Customer • GREEN - PPGI Chrono • YELLOW - PPGI File • PINK - PPGI Hono • GOLD - Customer Invoice

# Phoenix Pacific (Guam), Inc.
*System Integrators*

109 East Harmon Industrial Park Road, Tamuning, Guam 96913
Telephone: (671) 646-6461/62/81 • Facsimile: (671) 649-0483

**W.O. 1015**

## WORK ORDER

CUSTOMER NAME: Division of Youth Services
ADDRESS: P.O. Box 501000
Chalan Kanoa, Saipan MP 96950

DATE: 9-30-05

☐ WARRANTY
☐ NON WARRANTY

CONTACT PERSON: Floyd Masga
TELEPHONE: 670-256-2553 / 664-2550

☐ CONTRACT/PROJECT 57122
☐ OTHER MC-2005-15 (Maint. Repairs)

JOB NAME / LOCATION: Kagman Juvenile Detention Facility
SERVICE/SALES CODE: 4002

REASON SERVICE REQUIRED: Repairs on fire panel — ground fault

PROBLEM FOUND: Found Duct Detector @ Housing B AHU supply data line pinched against Duct Housing.

ACTIONS TAKEN: Properly secured wire normalizing system operations.

### MATERIAL AND LABOR RECORD

| QTY | MATERIAL USED | UNIT | AMOUNT |
|---|---|---|---|
|  | — NONE — |  |  |
|  | MATERIAL TOTAL | $ |  |

| DATE | TECHNICIAN | ARRIVAL/DEPARTURE | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9-30-05 | Brian C. | 9:00 AM – 12:00 PM (1 hour troubleshooting) | 1 | $75.00 | $75.00 |

LABOR TOTAL: $ 75.00
TOTAL AMOUNT LABOR AND MATERIAL: $ 75.00

SERVICE AUTHORIZATION:
I / We hereby authorize the above work to be done along with the necessary materials and grant Phoenix Pacific, Inc., or its employees permission to test and/or operate the unit to be worked on. An express mechanic's lien is hereby acknowledged to secure payment for the work performed. Payment is due upon completion of work if no prior arrangement have been cleared by Phoenix Pacific, Inc., for credit. I / We agree to pay later fees at the rate of 1-1/2% per month on all accounts remaining unpaid after the due date, plus attorney's fees if collection proceedings are instituted.

CUSTOMER'S SIGNATURE: [signature]   PRINT NAME: Rosa T. Teregeyo   DATE: 9/30/05

WHITE - Customer • GREEN - Chrono • YELLOW - File • PINK - Acctg • GOLD - Customer Service

# Phoenix Pacific (Guam), Inc.
*System Integrators*

109 East Harmon Industrial Park Road Tamuning, Guam 96913
Telephone: (671) 646-6461/2, 646-6481 • Fax: (671) 649-0483
Email: service@phoenixguam.com

KAGMAN JUVENILE DETENTION FACILITY (REG. MAINT.)
$980.00
CLIENT#
JOB#57122

## FIRE ALARM PREVENTIVE MAINTENANCE REPORT

CUSTOMER NAME: DIVISION OF YOUTH SERVICES       INSPECTION DATE: July 29, 2005
BUILDING ADDRESS: P.O. BOX 501000                INSPECTION FOR MONTH OF: JULY 2005
                  CHALAN KANOA, SAIPAN MP 96950  CONTRACT EXPIRATION DATE: MC-2005-15
CONTACT PERSON: VICTOR MESA                      CONTRACT NUMBER: JUNE 29, 2005 / July
TELEPHONE NUMBER:

CONTRACT REQUIRES INSPECTION:  MONTHLY ☐   QUARTERLY ☐   SEMI-ANNUALLY ☐   ANNUALLY ☐

| DEVICES OR APPLIANCES | PERIODIC TEST PER NFPA 72H (INDIVIDUAL DEVICE) | COMMENTS | NOT TESTED | TESTED SATISFACTORY | *TESTED DEFICIENT (SEE BELOW) |
|---|---|---|---|---|---|
| FIRE ALARM PANEL | QUARTERLY | | ☐ | ✓ | ☐ |
| PRIMARY/SECONDARY POWER SUPPLIES | QUARTERLY | | ☐ | ✓ | ☐ |
| BATTERY SEALED LEAD ACID | ANNUALLY | | ☐ | ✓ | ☐ |
| REMOTE ANNUNCIATOR | ANNUALLY | | ☐ | ✓ | ☐ |
| AUDIBLE AND VISIBLE TROUBLE SIGNALS | ANNUALLY | | ☐ | ✓ | ☐ |
| ZONE DISCONNECT SWITCHES, TROUBLE SIGNAL | ANNUALLY | | ☐ | ✓ | ☐ |
| GROUND FAULT MONITORING CIRCUIT | ANNUALLY | | ☐ | ✓ | ☐ |
| MANUAL STATIONS | SEMI-ANNUALLY | | ☐ | ✓ | ☐ |
| HEAT DETECTORS | SEMI-ANNUALLY | | ✓ | ☐ | ☐ |
| SMOKE DETECTORS | ANNUALLY | | ✓ | ☐ | ☐ |
| FLAME, BEAM AND OTHER DETECTORS | SEMI-ANNUALLY | | ✓ | ☐ | ☐ |
| WATER FLOW ALARM SWITCHES | SEMI-ANNUALLY | | ✓ | ☐ | ☐ |
| TAMPER SWITCH | SEMI-ANNUALLY | | ✓ | ☐ | ☐ |
| SUPERVISORY SIGNAL DEVICES | QUARTERLY | | ✓ | ☐ | ☐ |
| AUDIBLE, BELLS, HORNS OR OTHERS | ANNUALLY | | ✓ | ☐ | ☐ |
| VISUAL DEVICES | ANNUALLY | | ✓ | ☐ | ☐ |
| EMERGENCY EVACUATION CONTROL PANELS | ANNUALLY | | ✓ | ☐ | ☐ |
| SPEAKERS/VOICE ALARM | ANNUALLY | | ✓ | ☐ | ☐ |
| TELEPHONE (TWO-WAY) | ANNUALLY | | ✓ | ☐ | ☐ |
| EXTINGUISHING SYSTEM ALARM SWITCHES | ANNUALLY | | ✓ | ☐ | ☐ |

* INSPECTION/TEST REPORT IS BASED ON NFPA GUIDLINES SET FOURTH IN NFPA 72, WHEN LESS THAN 100% TEST IS BEING PERFORMED. A CLOSE RECORD SHALL BE MAINTAINED OF THE INDIVIDUAL INITIATING DEVICES AND INDICATING APPLIANCES TESTED EACH TIME TO AVOID SAME DEVICE BEING TESTED ON SUBSEQUENT TESTS.

TYPE / LOCATION / ADDRESS OF PERIPHERAL DEVICES TESTED THIS INSPECTION:
Tested EST 2 panel for proper operations and tested all manual pull stations. All tested ok accordingly to manufacturer specs. EST-2 Fire panel is in trouble condition.

* DEFICIENCIES: EST-2 Fire panel indicating active point "ground fault". Isolated ground fault within main fire panel located at control room. Ground fault is coming from loop #2, which is feeding Building "B" fire alarm devices. Isolated wires feeding Building "B" at main panel, found which homerun/wire is causing "ground fault". Need more time to troubleshoot.

Vince D.C. Castro
TECHNICIAN'S NAME                                CUSTOMER NAME
V-S   July 29, 2005                              [signature]  7/29/05
SIGNATURE   DATE                                 SIGNATURE   DATE

CUSTOMER HEREBY ACKNOWLEDGE RECEIPT OF REPORT AND GIVES CONSENT TO MAKE THE NECESSARY QUOTATION AS NOTED IN TECHNICIAN'S NOTES.

WHITE - Customer  •  GREEN - PPGI Chrono  •  YELLOW - PPGI File  •  PINK - PPGI Hono  •  GOLD - Customer Invoice