# POWELL FIRE SPRINKLER SERVICES

P.O. BOX 505042 SAIPAN MP 96950
234-0367  788-9960
rwarrenpowell@yahoo.com

## SPRINKLER SYSTEM MAINTENANCE LOG
## KAGMAN JUVENILE DETENTION CENTER

Date: 07-12-05

FIRE PUMP:   (ON)   OFF

START PRESSURE:  50 psi.   TIMES STARTED: 1

STOP: manual

JOCKEY PUMP:   (ON)   OFF

START PRESSURE:  80 psi.   TIMES STARTED: 4

STOP: 100 psi.

INSP. TEST VALVE FLOW SWITCH TIMES:

MAINT. ADMIN. ED. BLDGS.    TIME:  35 seconds

HOUSING 1st FLOOR    TIME: 72 seconds

HOUSING 2nd FLOOR    TIME: 45 seconds

WATER MOTOR ALARM TIME: N/A

PRESSURE SWITCH TIME: 10 seconds

ELEC. BELL FUNCTIONING:   YES   (NO)

PRESSURE RELIEF VALVE SETTING: 150 psi.   TIMES TRIPPED: 0

OS&Y VALVES LUBRICATED:   YES   (NO)

FIRE PUMP PACKING ADJUSTED:   YES   (NO)

FIRE PUMP RUN THROUGH TEST LINE:   YES   (NO)

TAMPER SWITCHES FUNCTIONING:   N/A

DATE: 7-12-05          TECHNICIAN: r. powell

NOTES:
1. water motor alarm not functioning, electric bell not functioning, generator starts when fire pump is shut off, alarm time on housing 1st floor flow switch over 60 seconds. ground faults in alarm system.

Figure 10-1(a) Contractor's material and test certificate for aboveground piping.

## Contractor's Material and Test Certificate for Aboveground Piping

**PROCEDURE**

Upon completion of work, inspection and tests shall be made by the contractor's representative and witnessed by an owner's representative. All defects shall be corrected and system left in service before contractor's personnel finally leave the job.

A certificate shall be filled out and signed by both representatives. Copies shall be prepared for approving authorities, owners, and contractor. It is understood the owner's representative's signature in no way prejudices any claim against contractor for faulty material, poor workmanship, or failure to comply with approving authority's requirements or local ordinances.

| Property name | KAGMAN DETENTION FACILITY | Date 8-24-05 |
|---|---|---|
| Property address | KAGMAN, SAIPAN CNMI | |

| | | |
|---|---|---|
| Plans | Accepted by approving authorities (names) SAIPAN | |
| | Address | |
| | Installation conforms to accepted plans | ☒ Yes  ☐ No |
| | Equipment used is approved | ☒ Yes  ☐ No |
| | If no, explain deviations | |

| | | |
|---|---|---|
| Instructions | Has person in charge of fire equipment been instructed as to location of control valves and care and maintenance of this new equipment? If no, explain? | ☒ Yes  ☐ No |
| | Have copies of the following been left on the premises? | |
| | 1. System components instructions | ☒ Yes  ☐ No |
| | 2. Care and maintenance instructions | ☒ Yes  ☐ No |
| | 3. NFPA 25 | ☒ Yes  ☐ No |
| | | ☒ Yes  ☐ No |

| Location of system | Supplies buildings |
|---|---|

| | Make | Model | Year of manufacture | Orifice size | Quantity | Temperature rating |
|---|---|---|---|---|---|---|
| Sprinklers | STAR | INST. | 1 | 1/2 | | 165 |
| | STAR | | | 1/2 | | 165 |
| | | | | | | |
| | | | | | | |

| Pipe and fittings | Type of pipe _____ Type of fittings _____ |
|---|---|

| Alarm valve or flow indicator | Alarm device | | | Maximum time to operate through test connection | |
|---|---|---|---|---|---|
| | Type | Make | Model | Minutes | Seconds |
| | PRESSURE SWITCH | | | | 60 |

| | Dry valve | | | Q.O.D. | | |
|---|---|---|---|---|---|---|
| | Make | Model | Serial no. | Make | Model | Serial no. |
| Dry pipe operating test  NA | | | | | | |

| | | Time to trip through test connection[1] | Water pressure | Air pressure | Trip point air pressure | Time water reached test outlet[1] | | Alarm operated properly | |
|---|---|---|---|---|---|---|---|---|---|
| | | Minutes | Seconds | psi | psi | psi | Minutes | Seconds | Yes | No |
| | Without Q.O.D. | | | | | | | | | |
| | With Q.O.D. | | | | | | | | | |
| | If no, explain | | | | | | | | | |

[1] Measured from time inspector's test connection is opened

1999 Edition

Figure 10-1(a) *(Continued)*

| Section | Details |
|---|---|
| Deluge and preaction valves  *NA* | Operation: ☐ Pneumatic  ☐ Electric  ☐ Hydraulics<br>Piping supervised: ☐ Yes ☐ No   Detecting media supervised: ☐ Yes ☐ No<br>Does valve operate from the manual trip, remote, or both control stations? ☐ Yes ☐ No<br>Is there an accessible facility in each circuit for testing? ☐ Yes ☐ No   If no, explain<br>Make | Model | Does each circuit operate supervision loss alarm? Yes/No | Does each circuit operate valve release? Yes/No | Maximum time to operate release: Minutes / Seconds |
| Pressure reducing valve test  *NA* | Location and floor | Make and model | Setting | Static pressure — Inlet (psi) / Outlet (psi) | Residual pressure (flowing) — Inlet (psi) / Outlet (psi) | Flow rate — Flow (gpm) |
| Test description | **Hydrostatic:** Hydrostatic tests shall be made at not less than 200 psi (13.6 bar) for 2 hours or 50 psi (3.4 bar) above static pressure in excess of 150 psi (10.2 bar) for 2 hours. Differential dry-pipe valve clappers shall be left open during the test to prevent damage. All aboveground piping leakage shall be stopped.<br>**Pneumatic:** Establish 40 psi (2.7 bar) air pressure and measure drop, which shall not exceed 1½ psi (0.1 bar) in 24 hours. Test pressure tanks at normal water level and air pressure and measure air pressure drop, which shall not exceed 1½ psi (0.1 bar) in 24 hours. |
| Tests | All piping hydrostatically tested at **200** psi (___ bar) for **2** hours.   If no, state reason<br>Dry piping pneumatically tested ☐ Yes ☐ No<br>Equipment operates properly ☒ Yes ☐ No<br><br>Do you certify as the sprinkler contractor that additives and corrosive chemicals, sodium silicate or derivatives of sodium silicate, brine, or other corrosive chemicals were not used for testing systems or stopping leaks? ☒ Yes ☐ No<br><br>Drain test — Reading of gauge located near water supply test connection: **105** psi (___ bar)   Residual pressure with valve in test connection open wide: **100** psi (___ bar)  *PUMP*<br>Underground mains and lead in connections to system risers flushed before connection made to sprinkler piping — Verified by copy of the U Form No. 85B ☒ Yes ☐ No  *B3*<br>flushed by installer of underground sprinkler piping ☐ Yes ☐ No   Other   Explain<br>If powder-driven fasteners are used in concrete, has representative sample testing be satisfactorily completed? ☒ Yes ☐ No   If no, explain |
| Blank testing gaskets | Number used: **0**   Locations   Number removed |
| Welding | Welding piping ☒ Yes ☐ No   If yes...<br>Do you certify as the sprinkler contractor that welding procedures comply with the requirements of at least AWS B2.1? ☒ Yes ☐ No<br>Do you certify that the welding was performed by welders qualified in compliance with the requirements of at least AWS B2.1? ☒ Yes ☐ No<br>Do you certify that the welding was carried out in compliance with a documented quality control procedure to ensure that all discs are retrieved, that openings in piping are smooth, that slag and other welding residue are removed, and that the internal diameters of piping are not penetrated? ☒ Yes ☐ No |
| Cutouts (discs) | Do you certify that you have a control feature to ensure that all cutouts (discs) are retrieved? ☒ Yes ☐ No |

1999 Edition

**Figure 10-1(a)** *(Continued)*

| Hydraulic data nameplate | Nameplate provided  ☒ Yes  ☐ No | If no, explain | |
|---|---|---|---|
| Remarks | Date left in service with all control valves open | | 8-24-2005 |
| Signatures | Name of sprinkler contractor RUSS POWELL FIRE SPRINKLER SERVICES | | |
| | **Tests witnessed by** | | |
| | For property owner (signed) | Title | Date |
| | For sprinkler contractor (signed) *Gary Lansing* | Title PE | Date 8-24-05 |
| Additional explanations and notes | | | |

*[Professional Engineer seal: COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS — GARY LANSING, LICENSE NO. 308]*

8-24-2005

Figure A-11-2.6.3(f) Pump acceptance test data. *(Courtesy of Factory Mutual Research Corp.)*



Case 1:99-cv-00017  Document 24-12  Filed 01/03/2006  Page 6 of 20

CUSTOMER: D.Y.S     DATE: 9/22/05     INSPECTOR: JACK

MONTHLY INSPECTION OF FIRE EXTINGUISHER.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr.Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-787225 | HALL WAY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2 | SP-784059 | HALL WAY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 3 | SP-784088 | HALL WAY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4 | SN-821604 | KITCHEN. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5 | SP-784079 | LIBRARY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 6 | SP-784064 | WEIGHTS ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 7 | SP-784062 | CLASS ROOM A. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8 | SP-784089 | CLASS ROOM B. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9 | SP-784052 | HOUSING A MALE. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10 | SP-784051 | HOUSING A MALE. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11 | SP-784080 | HOUSING A MALE. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12 | SP-784075 | HOUSING A F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 13 | SP-784093 | HOUSING A F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14 | SP-784091 | HOUSING A F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15 | SN-821590 | METTING ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16 | SN-821588 | RECEPTION. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17 | SP-784061 | VISITING ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18 | SN-821601 | GENERATOR ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19 | SN-821602 | BOILER ROOM | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 20 | SP-784065 | GARD ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 21 | SN-821605 | GENERATOR ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 22 | MV-080677 | 20LBS | ✓ | | | | | | | | |
| 23 | MV-080720 | 20LBS | ✓ | | | | | | | | |
| 24 | MV-080724 | 20LBS | ✓ | | | | | | | | |
| 25 | MV-080697 | 20LBS | ✓ | | | | | | | | |
| 26 | MV-080688 | 20LBS | ✓ | | | | | | | | |
| 27 | MV-080658 | 20LBS | ✓ | | | | | | | | |
| 28 | MV-080684 | 20LBS | ✓ | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |

CUSTOMER: D.Y.S　　　DATE: 8/24/05　　　INSPECTOR: JACK

MONTHLY INSPECTION OF FIRE EXTINGUISHER.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr.Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-787225 | HALL WAY. | | | | | | | | | |
| 2 | SP-784059 | HALL WAY. | | | | | | | | | |
| 3 | SP-784088 | HALL WAY. | | | | | | | | | |
| 4 | SN-821604 | KITCHEN. | | | | | | | | | |
| 5 | SP-784079 | LIBRARY. | | | | | | | | | |
| 6 | SP-784064 | WEIGHTS ROOM. | | | | | | | | | |
| 7 | SP-784062 | CLASS ROOM A. | | | | | | | | | |
| 8 | SP-784089 | CLASS ROOM B. | | | | | | | | | |
| 9 | SP-784052 | HOUSING A MALE. | | | | | | | | | |
| 10 | SP-784051 | HOUSING A MALE. | | | | | | | | | |
| 11 | SP-784080 | HOUSING A MALE. | | | | | | | | | |
| 12 | SP-784075 | HOUSING A F. | | | | | | | | | |
| 13 | SP-784093 | HOUSING A F. | | | | | | | | | |
| 14 | SP-784091 | HOUSING A F. | | | | | | | | | |
| 15 | SN-821590 | METTING ROOM. | | | | | | | | | |
| 16 | SN-821588 | RECEPTION. | | | | | | | | | |
| 17 | SP-784061 | VISITING ROOM. | | | | | | | | | |
| 18 | SN-821601 | GENERATOR ROOM. | | | | | | | | | |
| 19 | SN-821602 | BOILER ROOM | | | | | | | | | |
| 20 | SP-784065 | GARD ROOM. | | | | | | | | | |
| 21 | SN-821605 | GENERATOR ROOM. | | | | | | | | | |
| 22 | MV-080677 | 20LBS | | | | | | | | | |
| 23 | MV-080720 | 20LBS | | | | | | | | | |
| 24 | MV-080724 | 20LBS | | | | | | | | | |
| 25 | MV-080697 | 20LBS | | | | | | | | | |
| 26 | MV-080688 | 20LBS | | | | | | | | | |
| 27 | MV-080658 | 20LBS | | | | | | | | | |
| 28 | MV-080684 | 20LBS | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |

CUSTOMER: D.Y.S          DATE: 7/20/05          INSPECTOR: JACK

MONTHLY INSPECTION OF FIRE EXTINGUISHER.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr. Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-787225 | HALL WAY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2 | SP-784059 | HALL WAY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 3 | SP-784088 | HALL WAY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 4 | SN-821604 | KITCHEN. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 5 | SP-784079 | LIBRARY. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 6 | SP-784064 | WEIGHTS ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 7 | SP-784062 | CLASS ROOM A. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 8 | SP-784089 | CLASS ROOM B. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 9 | SP-784052 | HOUSING A MALE. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 10 | SP-784051 | HOUSING A MALE. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 11 | SP-784080 | HOUSING A MALE. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12 | SP-784075 | HOUSING A F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 13 | SP-784093 | HOUSING A F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 14 | SP-784091 | HOUSING A F. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 15 | SN-821590 | METTING ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 16 | SN-821588 | RECEPTION. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 17 | SP-784061 | VISITING ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 18 | SN-821601 | GENERATOR ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 19 | SN-821602 | BOILER ROOM | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 20 | SP-784065 | GARD ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 21 | SN-821605 | GENERATOR ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 22 | MV-080677 | 20LBS | ✓ | | | | | | | | |
| 23 | MV-080720 | 20LBS | ✓ | | | | | | | | |
| 24 | MV-080724 | 20LBS | ✓ | | | | | | | | |
| 25 | MV-080697 | 20LBS | ✓ | | | | | | | | |
| 26 | MV-080688 | 20LBS | ✓ | | | | | | | | |
| 27 | MV-080658 | 20LBS | ✓ | | | | | | | | |
| 28 | MV-080684 | 20LBS | ✓ | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |

# Safety 1st Systems (Saipan), Inc.

P.O. Box 504673    Saipan, MP 96950    Gualo Rai Village
Tel: (670) 235-6500    Fax (670) 235-7400

## Fire Extinguisher Service Order

**Bill To:** DYS

**Service Order #** 1592
**Date Received:** 7/19/05
**Sales Rep:** Jack

| Contact: | Tel: | Date Billed | Invoice/Cash Sale # |
|---|---|---|---|

**Instructions:**

| # | Serial # | Make | Size | Inspection | Refill/Recharge | Annual Maint | 6yr Internal | Condemned | Comments | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-789088 | BADGER | 5 | ✓ | | | | | | |
| 2 | SP-784080 | BADGER | 5 | ✓ | | | | | | |
| 3 | SP-787225 | BADGER | 5 | ✓ | | | | | | |
| 4 | SN-821598 | BADGER | 10 | ✓ | | | | | | |
| 5 | SP-784052 | BADGER | 5 | ✓ | | | | | | |
| 6 | SP-784059 | BADGER | 5 | ✓ | | | | | | |
| 7 | SN-821590 | BADGER | 10 | ✓ | | | | | | |
| 8 | SN-821604 | BADGER | 10 | ✓ | | | | | | |
| 9 | MV-080697 | ANSUL | 20 | ✓ | | | | | | |
| 10 | MV-080684 | ANSUL | 20 | ✓ | | | | | | |
| 11 | MV-080685 | ANSUL | 20 | ✓ | | | | | | |
| 12 | RB-661424 | ANSUL | 20 | ✓ | | | | | | |
| 13 | MV-080720 | ANSUL | 20 | ✓ | | | | | | |
| 14 | MV-080724 | ANSUL | 20 | ✓ | | | | | | |
| 15 | MV-080677 | ANSUL | 20 | ✓ | | | | | | |

**Parts:**

I certify that the above work was performed using best efforts and commercially reasonable judgement in compliance with NFPA 10 Standard for portable fire extinguishers.

**Technician Signature:** _____

I hereby acknowledge the above services were performed to my satisfaction.

**Signature:** _____
**Print Name:** RICARDO R. RASA
**Date:** 7-19-05

Note: This is a service order form. Do not pay from this service order. Billing will follow.

# Safety 1st Systems (Saipan), Inc.

P.O. Box 504673   Saipan, MP 96950   Gualo Rai Village
Tel: (670) 235-6500   Fax (670) 235-7400

## Fire Extinguisher Service Order

**Bill To:** DYS

**Service Order #** 1564
**Date Received:** 7/19/05
**Sales Rep:** Jack

| Contact: | Tel: | Date Billed | Invoice/Cash Sale # |
|---|---|---|---|
| | | | |

**Instructions:**

| # | Serial # | Make | Size | Inspection | Refill/Recharge | Annual Maint | 6yr Internal | Condemned | Comments | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MV-080688 | ANSUL | 20 | ✓ | | | | | | |
| 2 | SP-784089 | BADGER | 5 | ✓ | | | | | | |
| 3 | SP-784062 | BADGER | 5 | ✓ | | | | | | |
| 4 | SP-784064 | BADGER | 5 | ✓ | | | | | | |
| 5 | SP-780079 | BADGER | 5 | ✓ | | | | | | |
| 6 | SN-821605 | BADGER | 10 | ✓ | | | | | | |
| 7 | SN-821601 | BADGER | 10 | ✓ | | | | | | |
| 8 | SN-821602 | BADGER | 10 | ✓ | | | | | | |
| 9 | SN-821600 | BADGER | 10 | ✓ | | | | | | |
| 10 | SN-821603 | BADGER | 10 | ✓ | | | | | | |
| 11 | SP-784061 | BADGER | 5 | ✓ | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |

**Parts:**

I certify that the above work was performed using best efforts and commercially reasonable judgement in compliance with NFPA 10 Standard for portable fire extinguishers.

Technician Signature: _____

I hereby acknowledge the above services were performed to my satisfaction.

Signature: _____
Print Name: RICARDO R. RASA
Date: 7-19-05

Note: This is a service order form. Do not pay from this service order. Billing will follow.



# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*
P.O. Box 504673  Saipan, MP 96950
Tel: (670) 235-6500  Fax (670) 235-7400

**INVOICE 27374**

| Bill To: | | Ship To: |
|---|---|---|
| CNMI GOVERNMENT<br>P.O. Box 5234 CHRB<br>Saipan, MP 96950<br>Attn: Mary Masga<br>Tel: 664-1270/1/2  Fax: 664-1215 | | D.Y.S |

| Date | 11/30/2005 | ( ) Partial ( ) Complete | Terms | 30 DAYS |
|---|---|---|---|---|
| P.O. # | 439616 | ( ) Special Order | Sales Rep | KJK |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 32 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 96.00 |
| | | | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
| | | | | FOR THE MONTH OF NOVEMBER. | | |

**Total: $106.00**

I Certify that this is a true and correct invoice and
[ ] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.
Signature _____
Print Name _____
Date _____

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.

Case 1:99-cv-00017  Document 24-12  Filed 01/03/2006  Page 14 of 20

# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution*

P.O. Box 504673  Saipan, MP 96950
Tel: (670) 235-8500    Fax (670) 235-7400

**INVOICE**  27214

**Bill To:**
CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 664-1270/1/2  Fax: 664-1215

**Ship To:** D.Y.S.

| Date | Terms | | | Sales Rep |
|---|---|---|---|---|
| 11/3/2005 | ( ) Partial  (X) Complete | | 30 DAYS | KJK |

| P.O. # | | ( ) Special Order | | |
|---|---|---|---|---|
| 439616 | | | | |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 32 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 96.00 |
| | | | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
| | | | | for the month of october | | |

| | Total | $106.00 |
|---|---|---|

I certify that this is a true and correct invoice and
[X] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature _____

I hereby acknowledge the above goods were received in good condition.

Signature _____
Print Name _____
Date _____

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.



# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*
P.O. Box 504673   Saipan, MP 96950
Tel: (670) 235-6500   Fax (670) 235-7400

**INVOICE**
**26897**

**Bill To:**

CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 664-1270/1/2  Fax: 664-1215

**Ship To:**

D.Y.S

| Date | ( ) Partial ( ) Complete | Terms |
|---|---|---|
| P.O. # 9/8/2005 | ( ) Special Order | 30 DAYS |
| | | Sales Rep KIK |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 32 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 96.00 |
| | | | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
| | | | | FOR THE MONTH OF AUGUST | | |

**Total** $106.00

I Certify that this is a true and correct invoice and
[ ] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature _____

I hereby acknowledge the above goods were received in good condition.

Signature _____
Print Name _____
Date _____

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.



## Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*
P.O. Box 504873   Saipan, MP 96950
Tel: (670) 235-6500   Fax (670) 235-7400

**INVOICE**
**26559**

**Bill To:**

CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 664-1270/1/2   Fax: 664-1215

**Ship To:**

D.Y.S

| Date | 7/18/2005 | ( ) Partial | (X) Complete | Terms | 30 DAYS |
|---|---|---|---|---|---|
| P.O. # | 439616 | ( ) Special Order | | Sales Rep | KJK |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 32 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 96.00 |
| | | | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
| | | | | FOR THE MONTH OF JULY. | | |
| | | | | | **Total** | **$106.00** |

I Certify that this is a true and correct invoice and
(X) Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.

Signature _____

Print Name  Ricardo P. Pasa

Date  07.19.05

**NOTE:** All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.



# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*
P.O. Box 504673  Saipan, MP 96950
Tel: (670) 235-8500  Fax (670) 235-7400

**INVOICE**
**26585**

| Bill To: | Ship To: |
|---|---|
| CNMI GOVERNMENT<br>P.O. Box 5234 CHRB<br>Saipan, MP 96950<br>Attn: Mary Masga<br>Tel: 664-1270/1/2  Fax: 664-1215 | D.Y.S |

| Date | 7/21/2005 | ( ) Partial  (✓) Complete | Terms | 30 DAYS |
|---|---|---|---|---|
| P.O. # | 439508 | ( ) Special Order | Sales Rep | LAM |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
|  |  | 1 | B52-W | Duty Garrison 1 3/4' Trouser Belt Basket Weaved | 26.95 | 26.95 |
|  |  |  |  | Total | | $26.95 |

I Certify that this is a true and correct invoice and
[✓] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.
Signature _Geraldine Taman_
Print Name _Geraldine Taman_
Date _7/21/2005_

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.




# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*
P.O. Box 504673  Saipan, MP 96950
Tel: (670) 235-6500  Fax (670) 235-7400

INV 2642

**Bill To:**

CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 664-1270/1/2  Fax: 664-1215

**Ship To:**

D.Y.S

| Date | 6/27/2005 | ( ) Partial  (✓) Complete | Terms | 30 DAYS |
|---|---|---|---|---|
| P.O. # | 439508 | ( ) Special Order | Sales Rep | LAM |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 4 | E95 BP2 | D Cell Energizer (2pk) | 3.95 | 15.80 |
| | | 4 | BL109 | Fire Extinguisher Sign | 5.20 | 20.80 |
| | | 1 | MCHD81 | D. Diesel Fuel | 9.60 | 9.60 |

Total  $46.20

I Certify that this is a true and correct invoice and
[✓] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.
Signature _____
Print Name  Giraldine Taman
Date  6/27/2005

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.



# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*

P.O. Box 504873  Saipan, MP 96950
Tel: (670) 235-6500   Fax (670) 235-7400

**INVOICE**

**25864**

**Bill To:**

CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 664-1270/1/2  Fax: 664-1215

**Ship To:**

D.Y.S

| Date | 3/24/2005 | ( ) Partial  (X) Complete | Terms | 30 DAYS |
|---|---|---|---|---|
| P.O. # | 433522 | ( ) Special Order | Sales Rep | KJK |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
|  |  | 32 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 96.00 |
|  |  |  | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
|  |  |  |  | FOR THE MONTH OF FEBRUARY. |  |  |

Total  $106.00

I Certify that this is a true and correct invoice and
[X] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.

Signature _____

Print Name _____

Date _____

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.

# Commonwealth of the Northern Mariana Islands
## Office of the Governor
### Saipan, MP 96950

Telephone: (670) 664-1500  Fax: (670) 664-1515

**No.** 439616-000 OP

DATE: 06/07/05

VENDOR: SAFETY 1ST SYSTEMS - SAIPAN INC.
P.O. BOX 504673

SAIPAN, MP
96950-4673

**INSTRUCTIONS**

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.
2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.
3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.
4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.
5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.
6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | RENEWAL OF MONTHLY INSPECTION FEES FOR FIRE EXTINGUISHERS AT THE JUVENILE DETENTION UNIT FOR ONE (1) YEAR. | .00 | 1,272.00 |

**NOTE TO VENDOR:**
Please provide a copy of invoice showing receipt of good/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

DELIVER TO: MARPANDS - SAIPAN
DCCA/DYS-05-894/1220.6266
P.O. BOX 10008, CK
SAIPAN, MP
96950

Requested By: Youth Services Saipan

TOTAL  1,272.00

RELEASE DATE : 06/07/05

HERMAN SABLAN

VENDOR