EMERGENCY DRILLS

Juvenile Detention Unit
Division of Youth Services-DCCA
Commonwealth of the Northern Mariana Islands
Tel: 256-2550/2551
Fax: 256-2558/2557

Fire Drill Log

Date: 11-15-05                                Time: 1300

Group(s): _____

Staff(s) on Duty: F. George, N. Tagabuel, R. Rasa, J. Babauta, J. Camacho.

Other Participants: Clients and admin staff.

Fire Drill Facilitator: R. Rasa

All Clear Time: 1302                Time Taken to Evacuate: 2:00

Facilitator's Comments: NEED MORE PRACTICE ON THE DRILLS.

Successful Encounters: DURING CONFUSION OFCRS DID TAKE CHARGE AND EVACUATED ALL PERSONNELL IN THE FACILITY.

Encountered Problems: STAFF AND CLIENTS DIDN'T EVACUATED THAT QUICKLY, BECAUSE OF A LITTLE CONFUSION AT MAIN CONTROL.

Juvenile Detention Unit
Division of Youth Services-DCCA
Commonwealth of the Northern Mariana Islands
Tel: 256-2550/2551
Fax: 256-2558/2557

## Fire Drill Log

Date: Oct 25, 2005                                  Time: 0945

Group(s): _____

Staff(s) on Duty: J. Babauta, J. Obrien, A. Teigita, C. Pua & R. Rasa

Other Participants: clients and admin staff.

Fire Drill Facilitator: RICARDO R. RASA

All Clear Time: 0946                                Time Taken to Evacuate: 1:30

Facilitator's Comments: clients and ofcrs evacuated in good time. communication on the radio need improvement.

Successful Encounters: Evacuation was on time.

Encountered Problems: only the communication on the radio needs improvement.