FOOD HANDLERS

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: __Reques__  __Grace__  ____
                         Last         First      Middle Initial

has attended and completed the Food Handler Certification Workshop

on: __1__ / __28__ / __04__ as part of the Food Handler Certification
   Mo   Day   Yr.
requirements.

Certified by: __Lily Rapolla-Igisaiar__ Date: __1/28/04__

*This workshop must be taken annually or as otherwise provided by law.*
P.O. Box 500409 CK, Saipan, MP 96950 · Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: __Mitchel__  __Benjamin__  __C.__
                         Last         First      Middle Initial

has attended and completed the Food Handler Certification Workshop

on: __1__ / __28__ / __04__ as part of the Food Handler Certification
   Mo   Day   Yr.
requirements.

Certified by: __Lily Rapolla-Igisaiar__ Date: __1/28/04__

*This workshop must be taken annually or as otherwise provided by law.*
P.O. Box 500409 CK, Saipan, MP 96950 · Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: __Rose__  __Tenorio__  ____
                         Last         First      Middle Initial

has attended and completed the Food Handler Certification Workshop

on: __1__ / __28__ / __04__ as part of the Food Handler Certification
   Mo   Day   Yr.
requirements.

Certified by: __Lily Rapolla-Igisaiar__ Date: __1/28/04__

*This workshop must be taken annually or as otherwise provided by law.*
P.O. Box 500409 CK, Saipan, MP 96950 · Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871





## Certificate 1 (top right)

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: _Nelai_ / _Valleria_ / _____
                         Last    First       Middle Initial

has attended and completed the Food Handler Certification Workshop on: _1_ / _22_ / _04_ as part of the Food Handler Certification requirements.

Certified by: _Lilly Kapileo Gamelik_   Date: _1/22/04_

This workshop must be taken annually or as otherwise provided by law.

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



## Certificate 2 (top left)

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: _____ / _Jayleen_ / _Elizabeth_
                         Last    First       Middle Initial

has attended and completed the Food Handler Certification Workshop on: _1_ / _22_ / _04_ as part of the Food Handler Certification requirements.

Certified by: _Lilly Kapileo Gamelik_   Date: _1/22/04_

This workshop must be taken annually or as otherwise provided by law.

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



## Certificate 3 (bottom right)

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: _Jannette_ / _Rai_ / _Anthony_
                         Last       First   Middle Initial

has attended and completed the Food Handler Certification Workshop on: _1_ / _22_ / _04_ as part of the Food Handler Certification requirements.

Certified by: _Lilly Kapileo Gamelik_   Date: _1/22/04_

This workshop must be taken annually or as otherwise provided by law.

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



## Certificate 4 (bottom left)

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: _Kalal_ / _Ricardo_ / _____
                         Last    First       Middle Initial

has attended and completed the Food Handler Certification Workshop on: _1_ / _22_ / _04_ as part of the Food Handler Certification requirements.

Certified by: _Lilly Kapileo Gamelik_   Date: _1/22/04_

This workshop must be taken annually or as otherwise provided by law.

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Camacho   Ray Anthony   O.
                        Last        First         Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 1 / 22 / 04  as part of the Food Handler Certification
    Mo  Day  Yr
requirements.

Certified by: _Lily Kapileo-Gaite__  Date: 1/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4  •  Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Kaia   Ricardo   R.
                        Last   First     Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 1 / 22 / 04  as part of the Food Handler Certification
    Mo  Day  Yr
requirements.

Certified by: _Lily Kapileo-Gaite__  Date: 1/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4  •  Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Nekai   Clifford   
                        Last    First      Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 1 / 22 / 04  as part of the Food Handler Certification
    Mo  Day  Yr
requirements.

Certified by: _Lily Kapileo-Gaite__  Date: 1/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4  •  Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
*Bureau of Environmental Health*

### CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Aguigui   Elizabeth   A.
                         Last     First       Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 1 / 22 / 04  as part of the Food Handler Certification
    Mo  Day  Yr
requirements.

Certified by: _Lily Kapileo-Gaite__  Date: 1/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4  •  Fax: (1-670) 664-4871

Four certificates are shown on this page, each rotated 90°. Each is a "Certificate of Completion for Workshop Participants" from the Commonwealth of the Northern Mariana Islands, Department of Public Health, Division of Public Health, Bureau of Environmental Health, for the Food Handler Certification Workshop.

Top-left certificate:
- Last: Raplea
- First: William
- Middle Initial: A.
- Date: 1/22/04
- Certified by: [signature] Raplea Gaisalud Date: 1/22/04

Top-right certificate:
- Last: Raplea
- First: Grishilly
- Middle Initial: A.
- Date: 1/22/04
- Certified by: [signature] Raplea Gaisalud Date: 1/22/04

Bottom-left certificate:
- Last: Raplea
- First: Josphat
- Middle Initial: Nadra
- Date: 1/22/04
- Certified by: [signature] Raplea Gaisalud Date: 1/22/04

Bottom-right certificate:
- Last: Raplea
- First: Amairia (Jack)
- Middle Initial: A.
- Date: 1/22/04
- Certified by: [signature] Raplea Gaisalud Date: 1/22/04

Contact info on each: Tel: (1-670) 664-4870/2/3/4 · P.O. Box 500409 CK, Saipan, MP 96950 · Fax: (1-670) 664-4871

**Certificate 1 (top-left):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Amines  Jack  A.
has attended and completed the Food Handler Certification Workshop on: 1/28/01 as part of the Food Handler Certification requirements.

Certified by: [signature] Kapileo Guerero   Date: 1/28/01

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



**Certificate 2 (top-right):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Ingrid  Nadia
has attended and completed the Food Handler Certification Workshop on: 1/28/01 as part of the Food Handler Certification requirements.

Certified by: [signature] Kapileo Guerero   Date: 1/28/01

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871




**Certificate 3 (bottom-left):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Rubio  Cristobal  Sr.
has attended and completed the Food Handler Certification Workshop on: 1/28/01 as part of the Food Handler Certification requirements.

Certified by: [signature] Kapileo Guerero   Date: 1/28/01

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



**Certificate 4 (bottom-right):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Lee  William  A.
has attended and completed the Food Handler Certification Workshop on: 1/28/01 as part of the Food Handler Certification requirements.

Certified by: [signature] Kapileo Guerero   Date: 1/28/01

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



Three Certificates of Completion for Workshop Participants, Commonwealth of the Northern Mariana Islands, Department of Health, Division of Public Health, Bureau of Environmental Health — Food Handler Certification Workshop:

1. Issued to Rapheal Benjamin, dated 7/28/04, certified by Lilly Rapheal-Tebuteb.

2. Issued to Rey Tebuteb (last name Rye, middle initial), certified by Lilly Rapheal-Tebuteb, date 7/28/04.

3. Issued to Redames Gundac(?), dated 7/28/04, certified by Lilly Rapheal-Tebuteb.

