THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| Plaintiff, | ) | |
| v. | ) | **STATUS REPORT** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS, | ) | **DIVISION OF YOUTH SERVICES** **PART 2 OF 2 PARTS** **January 3, 2006** |
| Defendants. | ) | |