CHC MENU

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 12.12.05        CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 07        FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | bowl | Oatmeal |
| 1 | scp. | scrambled eggs |
| 2 | pcs. | Apple muffin |
| 1 | each | Jelly |
| DRINKS | ********** | ******************************************************** |
| 1 | each | chilled juice & milk |

NO. OF LUNCH ORDERED: 07        FOOD TEMPERATURE: 155°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | handful | Italian spagetti w/ meat sauce |
| 2 | pcs. | Toast buttered French bread |
| 1 | bowl | Tossed salad w/ olive oil |
| | | |
| SNACKS | ********** | ******************************************************** |
| 1 | each | Tuna sandwich |
| | | |
| DRINKS | ********** | ******************************************************** |
| 1 | each | milk |

NO. OF DINNER ORDERED: 07        FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | bowl | mushroom soup |
| 1 | scp. | chicken cacciatore |
| 1 | " | steamed rice |
| 1 | bowl | squash w/ carrots & bell pepper |
| SNACKS | ********** | ******************************************************** |
| 1 | slice | water melon mellon |
| 1 | each | peanut butter sandwich |
| DRINKS | ********** | ******************************************************** |
| | | |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs. | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 12·11·05          **CHC - DAILY MENU**

NO. OF BREAKFAST ORDERED: __07__          FOOD TEMPERATURE: __75°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | bowl | Cereal |
| 3 | pcs | wheat toast |
| 1 | scp. | Scrambled eggs |
| **DRINKS** | ********** | ********************************************** |
| 1 | each | chilled juice & milk |

NO. OF LUNCH ORDERED: __07__          FOOD TEMPERATURE: __160°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | bowl | Veg. soup |
| 1 | scoop | Stirfry seafood w/ veg. |
| 1 | " | white steamed rice |
| 1 | scp. | buttered corn |
| SNACKS | ********** | ********************************************** |
| 1 | each | mandarine orange |
| 1 | " | peanut butter sandwich |
| **DRINKS** | ********** | ********************************************** |
| 1 | each | milk 2% |

NO. OF DINNER ORDERED: __07__          FOOD TEMPERATURE: __165°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | bowl | chicken soup w/ banana |
| 1 | scp. | steamed rice |
| 1 | bowl | lettuce & tomato salad w/ dressing |
| 1 | slice | cantaloupe |
| SNACKS | ********** | ********************************************** |
| 1 | each | Turkey sandwich |
| **DRINKS** | ********** | ********************************************** |
| 1 | each | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|------------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

Case 1:99-cv-00017 Document 21-3 Filed 01/23/2006 Page 4 of 21

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 12-10-05        CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: _____        FOOD TEMPERATURE: 120

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | pc | Orange        Twist bread    1 pc |
| 1 | cup | Aruskadu        Grahan Crackers - 3,2 |
| 1 | cup | Cold cereal | |
| 1 | cup | Jelly | |
| DRINKS | ********** | ******************************************** |
| 1 | pc | milk + juice |

NO. OF LUNCH ORDERED: 07        FOOD TEMPERATURE: 120

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| | | Rice |
| | | Stir fry turkey w/veg. |
| | | Dinner roll w/ butter |
| | | Ice cream / pumpkin bar |
| SNACKS | ********** | ******************************************** |
| | | crackers & orange |
| DRINKS | ********** | ******************************************** |
| | | milk |

NO. OF DINNER ORDERED: 07        FOOD TEMPERATURE: 165

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| | | Rice |
| | | Beef Stew |
| | | Dinner roll w/ butter |
| | | Soup / fruits mix / coco. |
| SNACKS | ********** | ******************************************** |
| | | sandwich tuna |
| DRINKS | ********** | ******************************************** |
| 1 | | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 12.09.05    ## CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 07    FOOD TEMPERATURE: 70

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Scp | Scramble eggs |
| 1 | Scp | Hash brown |
| 2 | pc | toast bread |
| 1 | cup | mix fruil salad |
| DRINKS | ********** | ************************************************** |
| 1 | pc. | milk |

NO. OF LUNCH ORDERED: 07    FOOD TEMPERATURE: 108

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Red rice |
| 1 | pc | Grilled Chicken |
| 1 | cup | Veg. Potato salad, Peaches |
| 2 | ea. | Dinner rolls, butter |
| SNACKS | ********** | ************************************************** |
| 1 | ea. | Tuna Sandwich |
| DRINKS | ********** | ************************************************** |
| 1 | ea | milk |

NO. OF DINNER ORDERED: 07    FOOD TEMPERATURE: 125

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Rice |
| 2 | serving | Fish, Kang kung |
| 2 | pcs | Dinner rolls, butter |
| 1 | cup | Apple Sauce, Roska Cookies |
| SNACKS | ********** | ************************************************** |
| 1 | ea. | Tuna Sandwich |
| DRINKS | ********** | ************************************************** |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: _12·08·05_    ## CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: _07_    FOOD TEMPERATURE: _70_

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 | pc | Banana pancake |
| 2 | pc | grilled ham |
| 1 | whole | Orange |
| 3 | pc | graham Crackers |
| DRINKS | ********** | ********************************************************* |
| 1 | pc | milk |

NO. OF LUNCH ORDERED: _07_    FOOD TEMPERATURE: _178_

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
|  |  | Roast Turkey with dressing & Cranberry sauce |
|  |  | Baked Potato |
|  |  | Peas & Carrots |
|  |  | Dinner rolls, butter, Honey dew |
| SNACKS | ********** | ********************************************************* |
|  |  | Peanut butter Sandwich |
| DRINKS | ********** | ********************************************************* |
|  |  | Milk |

NO. OF DINNER ORDERED: _08_    FOOD TEMPERATURE: _165_

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Rice |
| 1 | serving | Stir-fry Beef / veg. salad |
| 2 | pcs | Dinner roll w/ butter / Peach |
| 1 |  | Angel cake |
| SNACKS | ********** | ********************************************************* |
| 1 |  | Peanut butter & Jelly Sandwich. |
| DRINKS | ********** | ********************************************************* |
| 1 |  | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: _Dec 7, '05_  **CHC - DAILY MENU**

NO. OF BREAKFAST ORDERED: ___07___   FOOD TEMPERATURE: ___170___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Rice |
| 1 | scp | scramble eggs |
| 2 | pc | Jelly |
| 2 | pc | wheat toast |
| DRINKS | ********** | ************************************************ |
| 7 | pc. | milk |

NO. OF LUNCH ORDERED: ___07___   FOOD TEMPERATURE: ___140___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Mashed Potato |
| 1 | serving | Hamburger steak |
| 1 | cup | Fruit Salad, Chamorro cake sherbet (1ea.) |
| 1 | serving | Green beans, dinner rolls, butter (2ea) |
| SNACKS | ********** | ************************************************ |
| 14 | ea. | cookies, oranges (1ea.) |
| DRINKS | ********** | ************************************************ |
| 1 | ea | milk |

NO. OF DINNER ORDERED: ___07___   FOOD TEMPERATURE: ___172___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 1 | serving | Pork loin |
| 1 | cup | Veg soup, Green Pea & Cauliflower salad |
| 2 | ea | Dinner rolls, butter, Mandarin oranges |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Ham Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NOTE:  PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs. | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP   96950

DATE: **12·06·05**    CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: **07**          FOOD TEMPERATURE: **72**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Scp | Scramble eggs |
| 2 | pc | turkey bacon |
| 1 | pc | juice |
| 1 | pc | milk |
| DRINKS | ********** | ************************************************* |
| 2 | pc | Graham Crackers, fruit milk |

NO. OF LUNCH ORDERED: **07**          FOOD TEMPERATURE: **105**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| | | Grilled turkey |
| | | garden soup |
| | | fruited coleslaw |
| | | baked bun |
| SNACKS | ********** | ************************************************* |
| | | tuna sandwich |
| | | apples |
| DRINKS | ********** | ************************************************* |
| | | milk |

NO. OF DINNER ORDERED: **07**          FOOD TEMPERATURE: **178**

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| | | Corn Crab soup          white roll bread |
| | | Fish florentine, |
| | | rice |
| | | Zucchini w/ tomatoes + onions. |
| SNACKS | ********** | ************************************************* |
| | | Pears      Tuna sandwich. |
| | | salad |
| DRINKS | ********** | ************************************************* |
| | | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

Case 1:99-cv-00017 Document 24 Filed 01/23/2007 Page 9 of 21

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: __12.05.05__     ## CHC - DAILY MENU

### NO. OF BREAKFAST ORDERED: __07__     FOOD TEMPERATURE: __70°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
|  |  | banana muffin S/egg, hash brown potatoes. |
|  |  | jelly |
|  |  | Graham Crackers |
|  |  | Orange |
| DRINKS | ********** | ************************************************ |
|  |  | milk |

### NO. OF LUNCH ORDERED: __07__     FOOD TEMPERATURE: __160°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
|  |  | B.B.Q Pork chops |
|  |  | Sauteed mixed vege |
|  |  | wheat roll |
|  |  | Waldrof salad |
| SNACKS | ********** | ************************************************ |
|  |  | ham + cheese sandwich |
| DRINKS | ********** | ************************************************ |
|  |  | milk + juice |

### NO. OF DINNER ORDERED: __07__     FOOD TEMPERATURE: __157°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
|  |  | rice |
|  |  | chicken curry |
|  |  | dinner roll |
|  |  | Squash w/ Carrots |
| SNACKS | ********** | ************************************************ |
|  |  | fruit cocktail |
|  |  | ham sandwich |
| DRINKS | ********** | ************************************************ |
|  |  | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|------------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs. | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

**DATE:** 12·04·05    ## CHC - DAILY MENU

**NO. OF BREAKFAST ORDERED:** 7    **FOOD TEMPERATURE:** 57·

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 | ea. | Blueberry Pancake |
| 2 | Slice | Grilled Ham |
| 3 | ea. | Graham Crackers |
| 7 | ea. | Apples |
| **DRINKS** | ********** | ******************************************** |
| 7 | ea. | Milk |

**NO. OF LUNCH ORDERED:** 7    **FOOD TEMPERATURE:** 120·

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Scoop | Chicken Kelaguin |
| 2 | Scoop | Rice |
| 1 | Scoop | Seasoned Vegetables |
| 1 | Bowl | Mixed Fruit |
| **SNACKS** | ********** | ******************************************** |
| 1 | pc. | Tuna Sandwich |
| | | |
| **DRINKS** | ********** | ******************************************** |
| 7 | Cartoons | Milk |

**NO. OF DINNER ORDERED:** 7    **FOOD TEMPERATURE:** 110°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 | Slice | Pot Roast w/ Gravy |
| 2 | Scoops | Steamed Rice |
| 1 | Bowl | Mixed Veg. Salad  /  1 Bowl Peaches |
| 1 | Bowl | Veg Soup w/ 2 dinner Roll |
| **SNACKS** | ********** | ******************************************** |
| 7 | ea. | Roskett |
| 7 | ea. | Tuna sandwich |
| **DRINKS** | ********** | ******************************************** |
| 7 | ea. | Milk |

**NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:**

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: __1203.05__    ## CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: ___7___    FOOD TEMPERATURE: __70°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pcs. | boiled Eggs (Peeled |
| 1 | Bowl | Pumpkin Soap or Atooli |
| 1 | pc. | Twist white bread |
| 1 | cup | Jelly |
| DRINKS | ********** | ******************************************* |
| 1 | cup | Orange Juice & 1 Cartoon Milk |
| 3 | pcs. | Graham Crackers |

NO. OF LUNCH ORDERED: ___7___    FOOD TEMPERATURE: __140°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | Potatoe Aqratin |
| 1 | ea | Grilled Chicken |
| 1 | serving | Melted cheese on Asparagus |
| 2 | ea | Dinner rolls |
| SNACKS | ********** | ******************************************* |
| 1 | ea | Tuna sandwhich |
| | | |
| DRINKS | ********** | ******************************************* |
| 2 | ea | Milk |

NO. OF DINNER ORDERED: ___7___    FOOD TEMPERATURE: __170°__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea | Rice |
| 1 | scp | Pork Adobo |
| 2 | ea | Dinner roll / Onion Mushroom Soup |
| 1 | scp | Sauteed Vegetable |
| SNACKS | ********** | ******************************************* |
| 1 | ea | Tuna Sandwhich |
| 1 | ea | Apple. |
| DRINKS | ********** | ******************************************* |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: __12·02·05__     **CHC - DAILY MENU**

NO. OF BREAKFAST ORDERED: __7__     FOOD TEMPERATURE: __77·__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Scrambled Eggs |
| 1 | Bowl | Oatmeal (Hot) |
| 1 | cup | Apple Muffin |
| | cup | Jelly |
| **DRINKS** | ********** | ***************************************** |
| 1 | cup | Orange Juice |
| 1 | carton | Milk |

NO. OF LUNCH ORDERED: __7__     FOOD TEMPERATURE: __140·__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Rice |
| 1 | cup | Vege salad |
| 2 | pc | chicken |
| 1 | | Orange |
| **SNACKS** | ********** | ***************************************** |
| 1 | | Sandwich (Tuna) |
| **DRINKS** | ********** | ***************************************** |
| 1 pc | | milk + Juice. |

NO. OF DINNER ORDERED: __7__     FOOD TEMPERATURE: __125·__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Rice |
| 2 | pcs | Grilled Pork |
| 1 | scp | Steamed Vegatabla |
| 2 | ea | Dinner roll / butter |
| **SNACKS** | ********** | ***************************************** |
| 1 | ea | egg Sandwich |
| **DRINKS** | ********** | ***************************************** |
| 1 | ea | Milk / Juice |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

**DATE:** 12-01-05          ## CHC - DAILY MENU

**NO. OF BREAKFAST ORDERED:** 7          **FOOD TEMPERATURE:** 70°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 | Slices | French Toast |
| 2 | slices | Turkey Bacon |
| 1/2 | cup | Chilled Juice / Fresh fruits |
| 3 | Pcs. | Graham Crackers |
| **DRINKS** | ********** | ****************************************** |
| 1 | Carton | Milk |

w/ margarine & maple syrup

**NO. OF LUNCH ORDERED:** 7          **FOOD TEMPERATURE:** 110°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Prst. | Baked chicken w/ Peas |
| 1 | Pcs. | Baked Potatoe |
| 1 | scoop | Apricot Salad |
| 1 | ea. | Apple |
| **SNACKS** | ********** | ****************************************** |
| 1 | Sandwich | Jelly Sandwich |
| 1 | Carton | Milk |
| **DRINKS** | ********** | ****************************************** |

**NO. OF DINNER ORDERED:** 7          **FOOD TEMPERATURE:** 109°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 2 | Scoops | Rice |
| 1 | Scoop | Pork Bisteak |
| 1 | cup | Soup |
| 1 | bowl | Broccoli Salad w/D |
| **SNACKS** | ********** | ****************************************** |
| 1 | pkg of 3 | Sugar Cookies |
| 1 | Carton | Milk |
| **DRINKS** | ********** | ****************************************** |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:          Margarine

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11·30·05        CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: 7        FOOD TEMPERATURE: 100

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | | Hash brown |
| 1 | ea | eggs (boiled |
| 4 | ea | toast |
| 3 | ea | crackers /orange |
| DRINKS | ********** | ***************************************** |
| 1 | ea | Milk |

NO. OF LUNCH ORDERED: 7        FOOD TEMPERATURE: 130

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | buttered Mash Potatoe |
| 2 | slice | Meatloaf |
| 1 | scp | seasoned Peas & carrots |
| 2 | ea | Dinner roll / 2 margarine |
| SNACKS | ********** | ***************************************** |
| 1 | ea | Peach halves and Angel Food Cake |
| 5 | ea | vanilla waffers |
| DRINKS | ********** | ***************************************** |
| 1 | ea | Milk |

NO. OF DINNER ORDERED: 07        FOOD TEMPERATURE: 170·

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Rice |
| 1 | ea | Beef Chop Steak |
| 1 | CP | onion scrp / Mix Green salad |
| | CP | Mix Fruit cocktail |
| SNACKS | ********** | ***************************************** |
| 1 | ea | Tuna Sandwhich |
| DRINKS | ********** | ***************************************** |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
### P.O. BOX 501000 C.K.
### SAIPAN, MP  96950

DATE: __11·29·05__    ## CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: ___9___     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Scrambled |
| 2 | ea | Blue berry Muffin |
| 1 | ea | banana |
| | bowl | cold Cereal / Graham Crackers |
| **DRINKS** | ********** | ************************************************* |
| 1 | ea | Milk |

NO. OF LUNCH ORDERED: ___0 9___     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 oz. | | Honey Glazed Ham |
| 4 | pcs | Hot Spiced & Scalloped Apple |
| 1 | cp | Steamed Tapioca Basil Tomato Salad |
| 2 | ea | homemade whet roll / margarine |
| **SNACKS** | ********** | ************************************************* |
| 1 | ea | Tuna Sandwich |
| | | |
| **DRINKS** | ********** | ************************************************* |
| 1 | ea | Milk |

NO. OF DINNER ORDERED: ___9___     FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Pica / Corn Crab Soup |
| 3 oz | | Bar B-q fish / Tartar Sauce |
| | | Asparagus w/ cheese sauce |
| 2 | ea | homemade whet roll / margarine |
| **SNACKS** | ********** | ************************************************* |
| 1 | ea | Mandarin orange |
| | ea | egg Sand Which |
| **DRINKS** | ********** | ************************************************* |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP  96950

**DATE:** 11-28-05      **CHC - DAILY MENU**

---

NO. OF BREAKFAST ORDERED: ___9___      FOOD TEMPERATURE: ___100___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Scramble egg |
| 1 | cup | Cold cereal |
| 2 | pc | Toast wheat |
| 1 | pc | chilled juice |
| **DRINKS** | ********** | *************************************************** |
| 1 | | Juice milk |

---

NO. OF LUNCH ORDERED: ___9___      FOOD TEMPERATURE: ___162___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Spaghetti w/ meat sauce. |
| 1 | cup | salad |
| 2 | pc | French Bread |
| 1 | pc | Orange (whole) |
| **SNACKS** | ********** | *************************************************** |
| | | Sandwich |
| | | |
| **DRINKS** | ********** | *************************************************** |
| | | milk |

---

NO. OF DINNER ORDERED: ___9___      FOOD TEMPERATURE: ___187___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop | Rice |
| 2 | pc | Dinner roll |
| 1/2 | | Chicken breast |
| 1 | cup | mushroom soup |
| **SNACKS** | ********** | *************************************************** |
| | | Sandwich |
| | | |
| **DRINKS** | ********** | *************************************************** |
| | | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: __11·27·05__      CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: __9__          FOOD TEMPERATURE: __75·__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 3 | pc | french toast |
| 2 | pc | turkey bacon |
| 3 | pc | saratian crackers |
| 1 | pc | fresh fruit. |
| DRINKS | ********** | ************************************************* |
| 1 | | milk |

NO. OF LUNCH ORDERED: __9__          FOOD TEMPERATURE: __168·__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | cup | vege soup |
| 1 | scoop | stirfry w/ veg seafood |
| 1 | whole | orange fruit |
| 2 | pc | dinner roll |
| SNACKS | ********** | ************************************************* |
| | | Jello |
| DRINKS | ********** | ************************************************* |
| | | milk |

NO. OF DINNER ORDERED: __9__          FOOD TEMPERATURE: __182·__

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| | | chicken soup |
| | | Banana |
| | | Rice |
| | | lettuce & tomatoe salad |
| SNACKS | ********** | ************************************************* |
| | | Sandwich. |
| DRINKS | ********** | ************************************************* |
| | | milk |

NOTE:  PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP  96950

DATE: 11·26·05        CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: ___7___        FOOD TEMPERATURE: ___70°___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | pc | twist bread / devil cupcake |
| 1 | cup | cold cereal / apples |
| 1 | cup | Aruskadu ( 180°) |
| 1 | pc | juice |
| DRINKS | ********** | ********************************************* |
| 1 | pc | milk |

NO. OF LUNCH ORDERED: ___9___        FOOD TEMPERATURE: ___168°___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scoop. | Stirfry Turkey w/ Broccoli + mushrooms |
| 1 | cup | Emerald salad |
| 1 | cup | Rice |
| 2 | pc | dinner roll |
| SNACKS | ********** | ********************************************* |
| 1 | cup | Jello |
| 1 | pc | Pumkin Bar. |
| DRINKS | ********** | ********************************************* |
| | | milk |

NO. OF DINNER ORDERED: ___7___        FOOD TEMPERATURE: ___178°___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | Scp | Turkey noodle soup |
| 2 | pc | wheat roll |
| 1 | scp | rice |
| 1 | cup | Beef adobo |
| SNACKS | ********** | ********************************************* |
| 1 | pc | Tuna Sandwich |
| DRINKS | ********** | ********************************************* |
| 1 | pc | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP  96950

DATE: 11·25·05    CHC - DAILY MENU

NO. OF BREAKFAST ORDERED: _____ 9 _____    FOOD TEMPERATURE: ___ 70 ·

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | scp | Egg muffin w/ Ham |
| 1 | pc | Butter / Jelly |
| 3 | pc | Cookies & Orange - 1 pc |
| 1 | pc | Pops |
| DRINKS | ********** | ********************************************** |
| 1 | pc | milk |

NO. OF LUNCH ORDERED: _____ 9 _____    FOOD TEMPERATURE: ___ 162 ·

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1/2 | chick breast | B.B.Q Chicken |
| 1 | scup | green beans |
| 1 | cup | potatoes salad |
| 2 | pc | wheat bread roll |
| SNACKS | ********** | ********************************************** |
| 1 | pc | Tuna Sandwich |
| DRINKS | ********** | ********************************************** |
| 1 | pc | milk |

NO. OF DINNER ORDERED: _____ 9 _____    FOOD TEMPERATURE: ___ 145 ·

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
| 1 | pc | Fish   Rice - 1 scp. |
| 1 | cup | Okra |
| 2 | pc | Dinner roll |
| 1 | cup | Vege soup |
| SNACKS | ********** | ********************************************** |
| 1 | pc | Tuna Sandwich |
| DRINKS | ********** | ********************************************** |
| 1 | pc | milk |

NOTE:  PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: 11·24·05     **CHC - DAILY MENU**

---

**NO. OF BREAKFAST ORDERED:** 9     **FOOD TEMPERATURE:** 140

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
|      |         | Hash browns |
|      |         | egg (boiled) |
|      |         | toast |
|      |         | cold cereal |
| **DRINKS** | ********** | ************************************************************ |
|      |         | milk |

**NO. OF LUNCH ORDERED:** 9     **FOOD TEMPERATURE:** 105

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
|      |         | Roast turkey |
|      |         | Potatoes |
|      |         | Dinner roll |
|      |         | Carrots w/ egg plant |
| SNACKS | ********** | ************************************************************ |
|      |         | Custard pie |
|      |         | Fruit |
| **DRINKS** | ********** | ************************************************************ |
|      |         | milk |

**NO. OF DINNER ORDERED:** 7     **FOOD TEMPERATURE:** 178

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|------|---------|----------------------------------------|
|      |         | Koko vege |
|      |         | rice            veg soup |
|      |         | Stirfry Hamburger |
|      |         | dinner roll |
| SNACKS | ********** | ************************************************************ |
| 1 | pc | Sandwich |
| 1 | pc | angel cake |
| **DRINKS** | ********** | ************************************************************ |
| 1 | pc | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|------|---------|-----------------------------------|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: Nov. 23, 2005    CHC - DAILY MENU  DAY: Wednesday

NO. OF BREAKFAST ORDERED: 10    FOOD TEMPERATURE: 150°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2/3 1 | 2/3 | fried rice |
| 1 | pc | slic toast w/ jelly |
| 1 | 1/2 c. | scrambled eggs |
| 1 | pc. | fresh apples  3 pcs. cookies too* |
| DRINKS | ********** | ************************************ |
| 1 | c. | milk |
| 1 | c. | orange juice |

NO. OF LUNCH ORDERED: 10    FOOD TEMPERATURE:

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Ground Hamburger Steak w/ Mushroom Gravy |
| 1/2 | c. | Buttered mashed Potatoes    1- Homemade white Roll / margarine |
| 1/2 | c. | Sauteed Green, winged or string Beans |
| 1/2 | c. | Fruit Salad    - Sherbet, & chamorro Cake |
| SNACKS | ********** | ************************************ |
| 1 | each | Ham & Cheese Sandwich |
| | | |
| DRINKS | ********** | ************************************ |
| 1 | c. | 2% milk |

NO. OF DINNER ORDERED: 10    FOOD TEMPERATURE:

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | rice |
| 1 | serving | Pork loin |
| 1 | cup | Veg. Soup, Green Pea and Cauliflower Salad, Mandarin oranges |
| 2 | ea. | dinner rolls. |
| SNACKS | ********** | ************************************ |
| 1 | ea. | Ham & Cheese Sandwich |
| | | |
| DRINKS | ********** | ************************************ |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |