# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11·22·05          CHC - DAILY MENU    DAY: Tuesday

NO. OF BREAKFAST ORDERED: 10         FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | pcs | French toast w/ butter & jelly |
| 1/4 | c. | Scrambled eggs |
| 2 | pcs. | bacon |
| 1 | pc. | fresh apple, 3 pcs cookies |
| DRINKS | ********** | ************************************************ |
| 1 | pc | Fruit Juice |
| 1 | c. | milk |

NO. OF LUNCH ORDERED: 10         FOOD TEMPERATURE: 170°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pc | Turkey grilled |
| 1 | cup | vege soup |
| 1 | pc | One Bun |
| 1 | cup | Coleslaw Fruit |
| SNACKS | ********** | ************************************************ |
| 1 | pc | Sandwich |
| 1 | pc | Banana whole |
| DRINKS | ********** | ************************************************ |
| 1 | pc | milk |

NO. OF DINNER ORDERED: 10         FOOD TEMPERATURE: 170°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp | Rice |
| 1 | cup | Crab soup |
| 1 | cup | Pear Salad |
| 2 | pc | dinner roll |
| SNACKS | ********** | ************************************************ |
| 1 | pc | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | pc | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11-21-05     CHC - DAILY MENU   DAY: MON

NO. OF BREAKFAST ORDERED: 7     FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | c. | hash browned potatoes |
| 2 | pcs. | banana Muffins w/ Jelly and butter |
| 1/2 | c. | scrambled egg |
| 1 | pc. | fresh orange   3 pcs cookies for snack |
| DRINKS | ********** | ************************************************ |
| 1 | c. | milk |
| 1/2 | c. | apple juice |

NO. OF LUNCH ORDERED: 7     FOOD TEMPERATURE:

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | BBQ Pork chop |
| 1 | c. | Au Gratin potatoes / mixed fresh vegetables |
| 2 | pc. | Wheat roll and margarine |
| 1/2 | c. | Waldorf Salad |
| SNACKS | ********** | ************************************************ |
| 5 | pc. | Vanilla Wafers |
| 1 | ea. | orange |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk |

NO. OF DINNER ORDERED: 07     FOOD TEMPERATURE:

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp | Rice |
| 1 | Serving | Chicken w/ Dumpling & Buttered Broccoli / Cantelop. |
| 2 | each | Dinner rolls w butter |
| SNACKS | ********** | ************************************************ |
| 1 | | Ham & Cheese Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11.02.05        CHC - DAILY MENU        DAY: Sunday

NO. OF BREAKFAST ORDERED: 7        FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | each | Blue berry pancakes / orange |
| 2 | oz | Grilled ham / Banana |
| 2 | each | Margarine |
| 1 | tt | Syrup |
| DRINKS | ********** | ************************************************ |
| 1 | tt | Milk & Juice |

NO. OF LUNCH ORDERED: 7        FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | cup | mix vege |
| 2 | sipo | Chicken kelaguen |
| 1 | cup | rice |
| 2 | pc | titiyas |
| SNACKS | ********** | ************************************************ |
| 1 | cup | mixed fruit |
| 2 | pc | cookies |
| DRINKS | ********** | ************************************************ |
| 1 | pc | milk |

NO. OF DINNER ORDERED: 7        FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | cup | Veg soup / Pot roast - 2 pc |
| 2 | pc | Dinner roll |
| 1 | cup | mixed salad |
| 1 | cup | rice |
| SNACKS | ********** | ************************************************ |
| 2 | pc | rosketti cookie |
| 2 | pc | 2 peaches |
| DRINKS | ********** | ************************************************ |
| 1 | pc | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Nov. 19, 2005    CHC - DAILY MENU    DAY: Saturday

NO. OF BREAKFAST ORDERED: 7    FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | Atoli |
|  | pc. | boiled egg |
| 1 | pc. | twist bread w/ butter and jelly |
|  |  | 3 pcs. cookie and fresh oranges |
| DRINKS | ********** | ************************************************** |
| 1 | c. | 2% milk |
| 1 | c. | Tangerine / orange juice |

NO. OF LUNCH ORDERED: 07    FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | each | cheese burger |
|  |  | french fries |
|  |  | apple grapes |
| SNACKS | ********** | ************************************************** |
| 1 | each | apple |
|  |  | cookies |
| DRINKS | ********** | ************************************************** |
|  |  | milk no juice |

NO. OF DINNER ORDERED: 7    FOOD TEMPERATURE: 165°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 1 | c | vegetable soup | 2 white rolls |
| 3 | oz | Beef Bisteak with vegetables | margerine |
| 4/3 | c | Steamed Rice | Fuji apple |
| 1/2 | c | seasoned carrots | |
| SNACKS | ********** | ************************************************** | |
|  |  | sandwich | |
| DRINKS | ********** | ************************************************** | |
|  |  | milk | |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11.18.05          CHC - DAILY MENU          DAY: Friday

NO. OF BREAKFAST ORDERED: 07          FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | ea | Muffin |
| 1 | scp | scrambled eggs |
| 1 | cp. | oatmeal |
| 1 | ea | Jelly / vanilla wafers / orange |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk / Juice |

NO. OF LUNCH ORDERED: 07          FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | rice |
| 1 | portion | Roast Beef |
| 1 | serving | Buttered Carrot |
| 1 | cup | Veg. salad, dinner rolls, butter, red fruited Jello |
| SNACKS | ********** | ************************************************ |
| 5 | ea | waffle cookies |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Milk |

NO. OF DINNER ORDERED: 07          FOOD TEMPERATURE: 145°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | Rice, miso soup |
| | | Fish w/ Tartar sauce & Lemon slice, Honey dew |
| | | Green Beans |
| | | Chinese cabbage / carrots / bell pepper |
| SNACKS | ********** | ************************************************ |
| | | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| | | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11/17/05          CHC - DAILY MENU   DAY: THURSDAY

NO. OF BREAKFAST ORDERED: 67          FOOD TEMPERATURE: 70°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | pcs. | French Toast |
| 3 | slices | Bacon |
| 1 | ea. | Cookies |
| 1 | ea. | Orange |
| DRINKS | ********** | ************************************************** |
| 1 | ea. | Milk and Juice |

NO. OF LUNCH ORDERED: 07          FOOD TEMPERATURE: 155°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | pc | Baked Quarter leg |
| 1 | serv. | Baked Potato / carrot salad / peas |
| 2 | pc | Dinner roll w/ butter |
| SNACKS | ********** | ************************************************** |
| 1 | | Peanut butter & Jelly |
| DRINKS | ********** | ************************************************** |
| 1 | | Milk |

NO. OF DINNER ORDERED: 07          FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | serv | Rice / Pork beef Steak / veg. soup / mix fruit |
| 2 | pc | Dinner roll w/ butter |
| SNACKS | ********** | ************************************************** |
| 1 | | Crakers / Jelly and Peanut butter |
| DRINKS | ********** | ************************************************** |
| 1 | | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11/16/05          CHC - DAILY MENU          DAY: WEDNESDAY

NO. OF BREAKFAST ORDERED: 01          FOOD TEMPERATURE: 80°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | scrambled eggs |
| | | buttered wheat toast |
| | | butter/jelly |
| | | apple |
| DRINKS | ********** | ************************************** |
| | | milk and juice |

NO. OF LUNCH ORDERED: 7          FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | mashed potatoes |
| | | mix peas + carrots |
| | | Dinner roll |
| | | meatloaf |
| SNACKS | ********** | ************************************** |
| | | angel cake |
| | | tuna sandwich |
| DRINKS | ********** | ************************************** |
| | | milk |

NO. OF DINNER ORDERED: 7          FOOD TEMPERATURE: 142°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Turkey |
| 2 | pc | Dinner roll |
| 1 | cup | rice |
| 1 | cup | salad |
| SNACKS | ********** | ************************************** |
| 1 | cup | grapes |
| 2 | pc | cookies |
| DRINKS | ********** | ************************************** |
| 1 | pc | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11/15/05     CHC - DAILY MENU     DAY: TUESDAY

NO. OF BREAKFAST ORDERED: 07     FOOD TEMPERATURE: 72°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea. | Cold cereal |
| 1/2 | c. | Scrambled egg |
| 2 | ea. | Blueberry muffin |
| 1 | ea. | Jelly / cookies / Banana |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | Chilled juice |

NO. OF LUNCH ORDERED: 7     FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pc. | Ham |
| 1 | scoop | Apple escalloped |
| 2 | pc | Yam |
| 1 | cup | salad |
| SNACKS | ********** | ************************************************* |
| 1 | pc | Sandwich |
| DRINKS | ********** | ************************************************* |
| 1 | pc | milk |

NO. OF DINNER ORDERED: 7     FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | Corn crab soup / steamed rice |
| 3 | oz. | BBQ Fish w/ tartar sauce |
| 2 | pc. | Wheat roll / 1 margarine |
| 1/2 | c. | mandarin oranges |
| SNACKS | ********** | ************************************************* |
| 1 | ea. | Sandwich |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11-14/05         CHC - DAILY MENU        DAY: MONDAY

NO. OF BREAKFAST ORDERED: 08         FOOD TEMPERATURE: 60°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp | scrambled egg |
| 1 | bowl | cold cereal / 1 ea. banana |
| 2 | pcs. | buttered wheat toast |
| 1 | ea. | jelly / 3 ea. graham cracker |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | milk / juice |

NO. OF LUNCH ORDERED: 8         FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 oz. | 1 c. | Italian Spaghetti w/ a mild meatsauce on pasta |
|  |  | Marinated Tossed Salad w/ Olive oil |
| 3 |  | Toasted buttered french bread |
|  |  | Fresh orange |
| SNACKS | ********** | ************************************************* |
|  |  | Tuna Sandwich |
| DRINKS | ********** | ************************************************* |
|  |  | Milks |

NO. OF DINNER ORDERED: 7         FOOD TEMPERATURE: 125°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Mushroom Soup |
|  |  | Dinner roll |
|  |  | Watermelon |
|  |  | rice / chicken |
| SNACKS | ********** | ************************************************* |
|  |  | Sandwich |
| DRINKS | ********** | ************************************************* |
|  |  | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Nov. 13, 2005     CHC - DAILY MENU     DAY: Sunday

NO. OF BREAKFAST ORDERED: 10     FOOD TEMPERATURE: 60°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | C. | Chilled Juice |
| 3 |  | French Toast |
| 2 |  | Turkey Bacon |
| 4 |  |  |
| DRINKS | ********** | ************************************************ |
| 1 | C. | 2% Milk |

NO. OF LUNCH ORDERED: 10     FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Chicken soup w/ banana / rice |
| 2/3 | C. | Lettuce and tomato salad w/ dressing |
| 2 | pc. | White roll / 2 margarine |
| 1 | C. | Cantaloupe |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Peanut Butter and Jelly Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk |

NO. OF DINNER ORDERED: 10     FOOD TEMPERATURE: 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | cup | Seafood Stirfry |
| 1 | cup | Vege soup |
| 1 | cup | rice |
| 1 | cup | jello |
| SNACKS | ********** | ************************************************ |
| 1 | pc | Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | pc. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Nov. 12, 2005     CHC - DAILY MENU     DAY: Saturday

NO. OF BREAKFAST ORDERED: 10     FOOD TEMPERATURE: 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| ½ | C. | Chilled Juice |
| 2 | oz. | Cold or hot Cereal / Aruskady |
| | | Twist Bread |
| | | Orange / Cracker |
| DRINKS | ********** | ************************************************** |
| | | Milks / Juice |

NO. OF LUNCH ORDERED: 10     FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 10 | | Cheese burger w/ fries. |
| | | |
| | | |
| | | |
| SNACKS | ********** | ************************************************** |
| 10 | | Sandwich (Tuna S.) |
| | | |
| | | |
| DRINKS | ********** | ************************************************** |
| 2 | | Milk. |

NO. OF DINNER ORDERED: 10     FOOD TEMPERATURE: 170°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz | Beef Adobo, ½ C. fresh Island |
| ⅔ | c | Steamed Rice |
| | | Marinated Cucumber Salad |
| | 2/2 | home wheat dinner roll / margarine |
| SNACKS | ********** | ************************************************** |
| 10 | | Sandwich (Tuna) |
| | | |
| DRINKS | ********** | ************************************************** |
| 10 | c | 2% Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11/11/05   CHC - DAILY MENU   DAY: FRIDAY

NO. OF BREAKFAST ORDERED: 09   FOOD TEMPERATURE: 40°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | pc | Orange |
| 1 | cup | cereal (cold) |
| 1 | pc | egg poached |
| 2 | pc | wheat bread toast |
| DRINKS | ********** | ************************************************ |
| 1 | pc. | milk |

NO. OF LUNCH ORDERED: 09   FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | Red rice |
| | | BBQ Chicken |
| | | Potato Salad, Green beans |
| | | Dinner rolls, butter, Fresh grapes |
| SNACKS | ********** | ************************************************ |
| | | Tuna Sandwich |
| | | |
| DRINKS | ********** | ************************************************ |
| | | milk |

NO. OF DINNER ORDERED: 09   FOOD TEMPERATURE: 172°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | Rice |
| | | Mahi-Mahi |
| | | Soup, Kang-Kung |
| | | Dinner Rolls, Butter, apple sauce, Rosku Cookie |
| SNACKS | ********** | ************************************************ |
| | | Ham & Cheese Sandwich |
| | | |
| DRINKS | ********** | ************************************************ |
| | | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11-09-05          CHC - DAILY MENU    DAY: WEDNESDAY

NO. OF BREAKFAST ORDERED: 09          FOOD TEMPERATURE: 72°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2/3 | C. | STEAMED RICE |
| 1/2 | C. | SCRAMBLED EGG |
| 1 | PC. | SLICE BUTTERED WHEAT TOAST |
| 2 | EA. | JELLY / CRACKERS / APPLE |
| DRINKS | ********** | ************************************************ |
| 1 | C | 2% MILK & CHILLED JUICE |

NO. OF LUNCH ORDERED: 09          FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp | Mashed Potato w/ gravy |
| 1 | pc | Hamburger Steak / sponge cake / butter |
| 1 | serv. | Beans green / mix fruit |
| SNACKS | ********** | ************************************************ |
| 1 | | Ham & Cheese Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | | Milk |

NO. OF DINNER ORDERED: 09          FOOD TEMPERATURE: 125°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2/3 | 2/3 C. | Steamed Rice.  2. Home Made White Roll/2. Margarine. |
| 3 | oz. | Herbed Pork Loin.  1/2 C. Mandarin Oranges. |
| 1 | C. | Hearty Vegetable Soup. |
| 1/2 | C. | Green Pea and Cauliflower Salad. |
| SNACKS | ********** | ************************************************ |
| 9 | Whole | Ham & Cheese Sandwich. |
| DRINKS | ********** | ************************************************ |
| 1 | C. | 2% Milk. |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11-08-05        CHC - DAILY MENU        DAY: TUESDAY

NO. OF BREAKFAST ORDERED: 09        FOOD TEMPERATURE: 75°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 pcs. | | French Toast Supreme |
| 1 ea. | | Maple Syrup |
| 1 ea. | | Margarine / 4 pcs. Graham Cracker |
| 2 | strip | Turkey Bacon / 1 ea. Orange (fruit) |
| DRINKS | ********** | ************************************************ |
| 1 ea. | | Milk / Chilled Juice |

NO. OF LUNCH ORDERED: 09        FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | Italian Garden Soup         -Apple |
| | | Grilled Turkey & Swiss melt |
| | | Sandwich Baked Bun |
| | | Fruited Coleslaw |
| SNACKS | ********** | ************************************************ |
| | | Vanilla Wafers |
| | | Orange |
| DRINKS | ********** | ************************************************ |
| | | Milk |

NO. OF DINNER ORDERED: 09        FOOD TEMPERATURE: 178°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | Corn Crab Soup           Blushing Pear Salad |
| 2 | oz. | Fish Florentine          1- Homemade White Roll |
| 2/3 | c. | Steamed Rice             2- margarine |
| | | Seasoned Zucchini w/ Tomato & Onions |
| SNACKS | ********** | ************************************************ |
| 1 | each | Sandwich |
| 1 | c. | 2% Milk |
| DRINKS | ********** | ************************************************ |
| 1 | each | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11/07/05          CHC - DAILY MENU          DAY: MONDAY

NO. OF BREAKFAST ORDERED: 69          FOOD TEMPERATURE: 65°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 ea. | scp | Hash Brown |
| 1 ea. | scp | Scrambled egg |
| 1 ea. |  | Muffin |
| 2 ea. |  | Cookies / Orange fruit |
| DRINKS | ********** | ************************************************** |
| 1 ea. |  | Milk / Orange Juice |

NO. OF LUNCH ORDERED: 09          FOOD TEMPERATURE: 190°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 |  | Potatoes Au gratin |
| 2 | pcs. | Pork Bar B-q |
| 1 | scp | Sauteed Vegetables |
| 1 | cp | Wildout Salad |
| SNACKS | ********** | ************************************************** |
| 1 | ea | orange |
| 1 | serving | vanilla wafers |
| DRINKS | ********** | ************************************************** |
| 1 | ea | Milk |

NO. OF DINNER ORDERED:          FOOD TEMPERATURE: 162°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Chicken w/ Dumplings / rice |
| 1/2 | c. | Buttered Steamed Broccoli |
| 2 | pc. | Wheat roll / margarine |
| 1 | c. | Cantaloupe |
| SNACKS | ********** | ************************************************** |
| 1 | ea. | Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************** |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: _____    CHC - DAILY MENU    DAY: _____

NO. OF BREAKFAST ORDERED: 9    FOOD TEMPERATURE: 70°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 each | 3 pcs | blueberry pancakes |
| | | Grilled Ham |
| | | butter syrup margarine |
| | | crackers |
| DRINKS | ********** | ************************************************* |
| | | milk juice |

NO. OF LUNCH ORDERED: 9    FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Chicken Kelaguen    2 - Margarine |
| 1/3 | c. | Steamed Rice    1 - Fresh Isl. Mix'd Fruit Cup |
| 3/4 | c. | Sauteed Local Seasoned Vegetables |
| 1 | each | Titiyas |
| SNACKS | ********** | ************************************************* |
| 5 | pcs. | Vanilla Wafers |
| 1 | each | Orange |
| DRINKS | ********** | ************************************************* |
| 1 | each | 2% Milk |

NO. OF DINNER ORDERED: 9    FOOD TEMPERATURE: 168°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | Hearty Veg. Soup    2 - Homemade White Roll |
| 3 | oz. | Cham. Style Pot Roast w/ Gravy    1 - Margarine |
| 2/3 | c. | Steamed Rice    2 - Peach Halves |
| | | Cham. Marinated Mixed Salad |
| SNACKS | ********** | ************************************************* |
| 1 | each | Tuna Sandwich |
| 1 | c. | 2% Milk |
| DRINKS | ********** | ************************************************* |
| 1 | c. | 2% Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Nov. 05, 2005        CHC - DAILY MENU        DAY: Saturday

NO. OF BREAKFAST ORDERED: 09        FOOD TEMPERATURE: 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | C. | Chilled Juice |
|  |  | Pumpkin Soup or Atoli |
| 1 |  | Boiled Egg Peeled |
| 2/3 |  | Twist bread |
| DRINKS | ********** | ************************************************** |
|  |  | Milks / Juice |

NO. OF LUNCH ORDERED: 09        FOOD TEMPERATURE: 115°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp | Rice |
| 1 | Serving | Chicken Curry / veg. coro |
| 2 | Pcs | Dinner rolls w/ butter |
| 1 | each | ~~Cook~~ grapes |
| SNACKS | ********** | ************************************************** |
| 2 | each | cookies |
| DRINKS | ********** | ************************************************** |
| 1 |  | Milk |

NO. OF DINNER ORDERED: 09        FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scp | Rice |
| 1 | Serving | Beef steak / Baby carrots |
| 2 | each | Dinner rolls w/ butter |
| 1 | each | Soup |
| SNACKS | ********** | ************************************************** |
| 1 | each | Apple & Turkey sandwich |
| DRINKS | ********** | ************************************************** |
| 1 |  | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11/04/05    CHC - DAILY MENU    DAY: Friday

NO. OF BREAKFAST ORDERED: 10    FOOD TEMPERATURE: 60°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | cp | oatmeal |
| 2 | ea | Apple Mufin |
| 1 | ea | orange |
| 1 | ea | Jelly |
| DRINKS | ********** | ************************************************* |
| 1 | ea | Milk |

NO. OF LUNCH ORDERED: 10    FOOD TEMPERATURE: 112°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 2 | pcs | Pot roast |
| 1 | serving | buttered carrots |
| 1 | cup | Veg. salad, red fruited Jello (1 cup) |
| SNACKS | ********** | ************************************************* |
| 1 | ea | apples & Crackers (3ea) |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | milk |

NO. OF DINNER ORDERED: 10    FOOD TEMPERATURE: 178°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 2 | pcs | Fish |
| 1 | serving | Veg. |
| 1 | cup | Miso Soup, Dinner rolls, butter (1 ea.) |
| SNACKS | ********** | ************************************************* |
| 1 | ea. | TUNA SANDWICH |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 11-03-05     CHC - DAILY MENU     DAY: THURSDAY

NO. OF BREAKFAST ORDERED: 09     FOOD TEMPERATURE: 69°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | | French Toast Supreme |
| 1 | | Maple Syrup |
| 2 | | Margarine / 3 pcs. Graham Cracker |
| 2 | slice | Turkey Bacon / 1 ea. Fresh Apple |
| DRINKS | ********** | ************************************************ |
| 1 ea | | Milk / Chilled Juice |

NO. OF LUNCH ORDERED: 09     FOOD TEMPERATURE: 122°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | each | Quater leg baked / Margarine / Apple / veg. Salad bowl |
| 1 | serving | Baked potato / Peas |
| 2 | each | Dinner rolls. |
| SNACKS | ********** | ************************************************ |
| 1 | | Peanut butter and Jelly |
| DRINKS | ********** | ************************************************ |
| 1 | | Milk |

NO. OF DINNER ORDERED: 10     FOOD TEMPERATURE: 168°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | serving | Rice / Pork beef steak / crab salad / soup |
| 2 | pcs | Dinner rolls w/ butter |
| 1 | each | Cookies / Pears |
| SNACKS | ********** | ************************************************ |
| 1 | | Peanut butter & Jelly |
| DRINKS | ********** | ************************************************ |
| 1 | | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |