# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Nov. 02, 2005     CHC - DAILY MENU     DAY: 140°

NO. OF BREAKFAST ORDERED: 09     FOOD TEMPERATURE: 40°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 pcs | ½ | sliced toast bread |
| 2 | | Scrambled eggs |
| 5 pcs | | Crackers w/ butter & jelly |
| | | oranges |
| DRINKS | ********** | ************************************************** |
| | | milk & Juice (orange) |

NO. OF LUNCH ORDERED: 09     FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pc | Meatloaf |
| 1 | cup | mash potatoes |
| 1 | cup | mix peas / carrots |
| 2 | pc | Dinner roll |
| SNACKS | ********** | ************************************************** |
| 1 | pc | angel cake |
| 1 | cup | peach halves |
| DRINKS | ********** | ************************************************** |
| 1 | pc | milk |

NO. OF DINNER ORDERED: 09     FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | svg. | BBQ Fish w/ Tarter Sauce |
| 1 | cup | rice |
| 1 | cup | Carrots w/ cheese sauce |
| 2 | pc | wheat roll |
| SNACKS | ********** | ************************************************** |
| 1 | pc | Sandwich |
| DRINKS | ********** | ************************************************** |
| 1 | pc | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Nov. 01, 2005   CHC - DAILY MENU   DAY: Tuesday

NO. OF BREAKFAST ORDERED: 09   FOOD TEMPERATURE: 55°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 1 | bowl | Cereal | 3 pcs. Graham Cracker |
| 1/2 | c. | Scrambled egg | Oranges — Snacks |
| 1 | pc. | Blueberry Muffin | |
| DRINKS | ********** | ************************************************ | |
| 1 | c. 2% | Milk | |

NO. OF LUNCH ORDERED: 09   FOOD TEMPERATURE: 114°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 3 | oz. | Honey Glazed Ham | 2 - Homemade Wheat Roll |
| 1/2 | c. | Hot Spiced Escalloped Apples | 2 - margarine |
| 1 | c. | Steamed Yam | |
| | | Basil Tomato Salad | |
| SNACKS | ********** | ************************************************ | |
| 1 | each | Sandwich | |
| DRINKS | ********** | ************************************************ | |
| 1 | each | 2% Milk | |

NO. OF DINNER ORDERED: 09   FOOD TEMPERATURE: 172°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 1 | c. | Homemade Corn Crab Soup | 1 - Homemade Wheat Roll |
| 2 | oz. | BBQ Fish w/ Tartar Sauce | 1 - margarine |
| 1/3 | c. | Steamed Rice | 1/2 c - Mandarin Oranges |
| 1/2 | c. | Asparagus w/ Cheese Sauce | |
| SNACKS | ********** | ************************************************ | |
| 1 | each | Sandwich | |
| 1 | c. | 2% Milk | |
| DRINKS | ********** | ************************************************ | |
| 1 | each | 2% Milk | |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10/31/05    CHC - DAILY MENU    DAY: MONDAY

NO. OF BREAKFAST ORDERED: 09    FOOD TEMPERATURE: 101°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | c. | scrambled eggs |
| 1 | ea. | cold cereal |
| 2 | pcs. | buttered wheat toast |
| 1 | ea. | jelly |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk & juice |

NO. OF LUNCH ORDERED: 69    FOOD TEMPERATURE: 98°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Italian Spaghetti w/    1 - Toasted Buttered F. Bread |
| 3 | oz. | mild meatsauce on     1 - Orange |
| 1 | c. | pasta |
|  |  | Marinated Tossed Salad w/ Olive Oil |
| SNACKS | ********** | ************************************************ |
| 1 | each | Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | each | 2% Milk |

NO. OF DINNER ORDERED: 09    FOOD TEMPERATURE: 110°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | mushroom soup / rice |
| 2 | oz. | chicken cacciatore / 1/2 c. local squash w/ carrot |
|  |  | and bell pepper / white roll / 1 margarine |
| 1 | c. | watermelon |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10.30.05            CHC - DAILY MENU     DAY: Sunday

NO. OF BREAKFAST ORDERED: 09        FOOD TEMPERATURE: 74°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pcs | french toast |
| 2 | pcs | Turkey bacon |
| 1 | pcs | Rosketi |
| 1 |  | orange fruit |
| DRINKS | ********** | ************************************************ |
| 1 | c | milk ½ cup Juice |

NO. OF LUNCH ORDERED: 10        FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz | Chicken Soup w/ Banana    1- Cantaloupe |
| ⅓ | c. | Steamed Rice |
|  |  | Lettuce & Tomato Salad w/ Dressing |
| 1 | each | Homemade white Roll + margarine |
| SNACKS | ********** | ************************************************ |
| 1 | each | Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************ |
| 0 |  | Out of Stock from CHC. |

NO. OF DINNER ORDERED: ___        FOOD TEMPERATURE: ___

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| SNACKS | ********** | ************************************************ |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Oct. 29, 2005      CHC - DAILY MENU      DAY: Saturday

NO. OF BREAKFAST ORDERED: 10      FOOD TEMPERATURE: 68°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | each | Thrift Bread / Avocado / margarine / cookie / orange |
|  |  |  |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************************ |
| 1 | each | Milk / juice |

NO. OF LUNCH ORDERED: 10      FOOD TEMPERATURE: 114°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 pc. |  | STIR FRY TURKEY W/ BROCCOLI & MUSHROOM STEAMED RICE |
| 2/3 c. |  | STEAMED RICE |
| 1 | Bowl | EMERALD SALAD |
| 2 ea. |  | DINNER ROLL / 1 ea. MARGARINE |
| SNACKS | ********** | ************************************************************ |
| 1 ea. |  | SHERBET / PUMPKIN BAR |
| 1 ea. |  | TUNA SANDWICH |
| DRINKS | ********** | ************************************************************ |
|  |  |  |

NO. OF DINNER ORDERED: 10      FOOD TEMPERATURE: 162°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Bowl | TURKEY NOODLE SOUP |
| 3 oz. |  | BEEF ADOBO / 2 ea. DINNER ROLL |
| 2/3 c |  | STEAMED RICE / 1 ea. MARGARINE |
| 1 | Bowl | MARINATED CUCUMBER SALAD |
| SNACKS | ********** | ************************************************************ |
| 1 | Bowl | FRESH ISLAND MIXED FRUIT CUP |
| 1 | ea. | TUNA SANDWICH |
| DRINKS | ********** | ************************************************************ |
| 3 | ea. | MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: 10-28-05          CHC - DAILY MENU          DAY: Friday

NO. OF BREAKFAST ORDERED: 09          FOOD TEMPERATURE: 75°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pcs | Muffin Bread |
| 1 | pc | Ham |
| 1 | pc. | egg |
| 1 | each | Orange |
| DRINKS | ********** | ************************************************ |
| 1 | each | Milk / 1 each Orange Juice |

NO. OF LUNCH ORDERED: 09          FOOD TEMPERATURE: 112°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Red rice |
| 1 | pc | BBQ Chicken |
| 1 | cup | Potato Salad, green beans, Fresh grapes |
| 2 | ea. | Dinner rolls, butter (1 ea.) |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk |

NO. OF DINNER ORDERED: 09 10          FOOD TEMPERATURE: 109°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Scoop | Rice |
| 2 | pcs | Mahi-Mahi, Kang-kung |
| 2 | ea. | Dinner rolls, butter (1 ea.) |
| 1 | cup | Apple Sauce, Rosken Cookie (1 ea.) |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Oct. 27, 05    CHC - DAILY MENU    DAY: Thursday

NO. OF BREAKFAST ORDERED: 09    FOOD TEMPERATURE: 82°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | pcs | Pancake |
| 1 | each | Ham / Syrup / Margarine / Banana |
|  |  |  |
| DRINKS | ********** | ************************************************************ |
| 1 | each | Milk / Juice |

NO. OF LUNCH ORDERED: 09    FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 oz. |  | Roast Turkey w/ 1/2 Homemade Dressing & Gravy |
|  |  | Garnished w/ Jellied Cranberry Sauce |
| 1/2 C. |  | (Baked) Sweet Potato / 2 oz. Dinner Roll |
| 1/2 C. |  | Seasoned Peas & Carrots / 2 oz. Margarine |
| SNACKS | ********** | ************************************************************ |
| 1 c. |  | Honey Dew |
| 1 ea. |  | Sandwich (Ham) |
| DRINKS | ********** | ************************************************************ |
| 1 ea. |  | Milk |

NO. OF DINNER ORDERED: 09    FOOD TEMPERATURE: 112°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Cup | Ground Beef |
| 2/3 | Scp | Rice |
| 1 | Ea. | Onion Soup |
| 1 | Cup | Cucumber Salad |
| SNACKS | ********** | ************************************************************ |
|  |  | Peach Halves |
|  |  | Sandwich |
| DRINKS | ********** | ************************************************************ |
| 1 | Cup | 2% Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10-26-05         CHC - DAILY MENU         DAY: Wednesday

NO. OF BREAKFAST ORDERED: _____         FOOD TEMPERATURE: 75°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | Toast Bread |
| | | Scrambled egg |
| | | Orange |
| | | Crackers |
| **DRINKS** | ********** | ******************************************** |
| | | milk · juice |

NO. OF LUNCH ORDERED: 09         FOOD TEMPERATURE: 105°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 oz. | | HAMBURGER STEAK w/ MUSHROOM GRAVY |
| 1/2 c. | | BUTTERED MASH POTATOES |
| 3/4 c. | | SAUTEED GREEN, WING OR STRING BEAN / SHERBET |
| 1/2 c. | | FRUIT SALAD / 2 pc. DINNER ROLL / 1 ea. MARGARINE |
| **SNACKS** | ********** | ******************************************** |
| 1 ea. | SLICE | CHAMORRO CAKE |
| 1 ea. | | TUNA SANDWICH |
| **DRINKS** | ********** | ******************************************** |
| 1 ea. | | MILK |

NO. OF DINNER ORDERED: 09         FOOD TEMPERATURE: 161°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 c. | | HEARTY VEGETABLE SOUP / 2 ea. MARGARINE |
| 3 oz. | | HERBED PORK LOIN / 2 ea. DINNER ROLL |
| 2/3 c. | | STEAMED RICE |
| 1/2 c. | | GREEN PEA & CAULIFLOWER SALAD |
| **SNACKS** | ********** | ******************************************** |
| 1 ea. | | TUNA SANDWICH |
| | | |
| **DRINKS** | ********** | ******************************************** |
| 2 ea. | | MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.

SAIPAN, MP 96950

DATE: 10-25-05    CHC - DAILY MENU    DAY: _____

NO. OF BREAKFAST ORDERED: 9    FOOD TEMPERATURE: 74°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | slice | Toast bread |
| 2 | slice | bacon |
| 1 | each | Orange (snack) |
|  |  |  |
| DRINKS | ********** | ************************************************************ |
| 1 | each | 2% Milk |

NO. OF LUNCH ORDERED: 9    FOOD TEMPERATURE: 145°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Italian Garden Soup |
| 1/3 |  | Grilled Turkey & Swiss melt |
|  |  | Sandwich baked on a bun |
|  |  | Fruit coleslaw |
| SNACKS | ********** | ************************************************************ |
|  |  | Grapes |
|  |  | Crackers |
| DRINKS | ********** | ************************************************************ |
| 1 | 2% | Milk |

NO. OF DINNER ORDERED: 09    FOOD TEMPERATURE: 158°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 |  | Rice, 1 Cup Soup |
| 1 |  | Fish Florentine |
| 2 | ea | Dinner rolls / butter |
| 1 | ea | Pear fruit salad |
| SNACKS | ********** | ************************************************************ |
| 1 | ea | Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************************ |
| 2 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10-24-05       CHC - DAILY MENU   DAY: _____

NO. OF BREAKFAST ORDERED: 9       FOOD TEMPERATURE: 70°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Scramble egg |
|  |  | Hash Brown potatoes |
|  |  | Banana Muffin |
|  |  | Jelly / orange |
| DRINKS | ********** | ********************************************** |
|  |  | milk + juice |

NO. OF LUNCH ORDERED: 9       FOOD TEMPERATURE: 112°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | BB-Q Pork Chop |
|  |  | mix vege |
|  |  | Dinner roll |
|  |  | vege salad |
| SNACKS | ********** | ********************************************** |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ********************************************** |
|  |  |  |

NO. OF DINNER ORDERED: 9       FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | steamed rice |
|  |  | chicken w/ mix salad |
|  |  | dinner roll w/ maryanne |
|  |  | broccoli w/ apple butter |
| SNACKS | ********** | ********************************************** |
|  |  | Tuna sandwich |
| DRINKS | ********** | ********************************************** |
|  |  | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 09.25.2005    CHC - DAILY MENU    DAY: Sunday

NO. OF BREAKFAST ORDERED: 20    FOOD TEMPERATURE: 62°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | 3 | Banana pancake / butter |
|  | 1 | 2 oz. grilled Ham |
| 30 | pcs. | Graham crackers |
| 2/1 |  | Margarine / Syrup |
| **DRINKS** | ********** | ************************************************* |
| 10/10 |  | 2% Milk / juice |

NO. OF LUNCH ORDERED: 10    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 |  | Rice, Butter dinner |
| 1 |  | Chicken |
| 1 |  | Sauteed Vegetable |
| 1 |  | Titiyas |
| **SNACKS** | ********** | ************************************************* |
| 1 |  | Sandwich |
| **DRINKS** | ********** | ************************************************* |
| 1 | ea | Milk. |

NO. OF DINNER ORDERED: 09    FOOD TEMPERATURE: 130°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 |  | Rice / Dinner rolls |
| 3 | Pcs. | Pot Roast |
| 1 | CP | Cabbage Salad / Peaches |
| 1 | CP | Onion Soup |
| **SNACKS** | ********** | ************************************************* |
| 1 | ea | Ham & Cheese Sandwich |
| **DRINKS** | ********** | ************************************************* |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10.22.05    CHC - DAILY MENU   DAY: Saturday

NO. OF BREAKFAST ORDERED: 09    FOOD TEMPERATURE: 175°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | | Twisted bread |
| 1 | bowl | Corn soup |
| 36 | pcs. | Graham crackers |
| 9 | | Fresh Orange fruit |
| **DRINKS** | ********** | ************************************************ |
| 9/9 | | 2% Milk / juice |

NO. OF LUNCH ORDERED: 09    FOOD TEMPERATURE: 185°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea | Cheese Burger |
| 3 | slice | Tomato / cucumber lettuce |
| | | French Fries |
| 1 | plate | Grapes |
| **SNACKS** | ********** | ************************************************ |
| 1 | ea. | Tuna Sandwich |
| **DRINKS** | ********** | ************************************************ |
| 1 | ea. | milk |

NO. OF DINNER ORDERED: 10    FOOD TEMPERATURE: 190°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | | Vegetable Soup   2 pcs. dinner rolls w/ butter |
| 3oz.1 | 3oz. | Beef bistek w/ Vegetable   Fresh apple |
| 2/3 | c. | Steamed rice |
| 1/2 | c. | Seasoned Carrots |
| **SNACKS** | ********** | ************************************************ |
| 1 | whole | Tuna sandwich w/ lettuce |
| **DRINKS** | ********** | ************************************************ |
| 1 | c. | 2% milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10.21.05          CHC - DAILY MENU   DAY: Friday

NO. OF BREAKFAST ORDERED: 09          FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| ½ | ½ cup | Oatmeal         Banana |
| ½ | cup | Scrambled egg   Graham |
| ½ | cup | Apple Muffin |
| 1 |  | Jelly |
| DRINKS | ********** | *********************************************** |
| 9/9 |  | 8 oz Milk / juice |

NO. OF LUNCH ORDERED: 09           FOOD TEMPERATURE: 114°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Rice |
|  |  | Roast Beef |
|  |  | Carrots/veg salad |
|  |  | Dinner rolls / butter, fruited Jello |
| SNACKS | ********** | *********************************************** |
|  |  | Tuna Sandwich |
|  |  |  |
| DRINKS | ********** | *********************************************** |
|  |  | milk |

NO. OF DINNER ORDERED: 09          FOOD TEMPERATURE: 145°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 2 | portions | Fish |
|  |  | Carrots, mandarin oranges (1 cup) |
|  |  | Miso Soup |
| SNACKS | ********** | *********************************************** |
| 1 | ea. | Tuna Sandwich |
|  |  |  |
| DRINKS | ********** | *********************************************** |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10.20.05    CHC - DAILY MENU    DAY: Thursday

NO. OF BREAKFAST ORDERED: 7    FOOD TEMPERATURE: 64°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | pc. | French Toast / 2 Turkey Bacon |
| 2 | pc. | margarine |
| 3 | pc. | Graham Cracker / orange |
|  |  |  |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | milk / chilled juice |

NO. OF LUNCH ORDERED: 07    FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Crispy Chicken |
|  |  | Browned potatoes, dinner rolls |
|  |  | Seasoned Peas, Carrot & Pineapple Salad, butter |
|  |  |  |
| SNACKS | ********** | ************************************************* |
|  |  | Peanut butter Jelly Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************* |
|  |  | Milk |

NO. OF DINNER ORDERED: 07    FOOD TEMPERATURE: 112°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 1 | serving | Pork bisteak |
| 1 | cup | Crab & broccoli salad |
| 1 | ea | Dinner rolls / butter, sugar Cookies / Pear halves |
| SNACKS | ********** | ************************************************* |
| 1 | ea. | Peanut butter Jelly Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************* |
| 1 | ea. | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10·19·05       CHC - DAILY MENU    DAY: Wednesday

NO. OF BREAKFAST ORDERED: 8       FOOD TEMPERATURE: 78°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | c. | Scrambled eggs / 1/2 c. Hash Browns |
| 2 | pc. | Buttered wheat toast / Jelly |
| 1 | ea. | Orange |
| 3 | pc. | Graham Cracker |
| DRINKS | ********** | ************************************************** |
| 1 | ea. | milk / apple juice |

NO. OF LUNCH ORDERED: 8       FOOD TEMPERATURE: 125°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Old Fashioned Meatloaf |
| 1/2 | c. | Buttered Mashed Potatoes w/ Gravy |
| 1/2 | c. | Seasoned Mixed Peas & Carrots |
| 1 | | Homemade white roll |
| SNACKS | ********** | ************************************************** |
| 1 | | Peach half and Angel food cake |
| 1 | | Tuna sandwich |
| DRINKS | ********** | ************************************************** |
| | | Milks |

NO. OF DINNER ORDERED: 7       FOOD TEMPERATURE: 165°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| each | 1 c. | French onion soup |
| | 2 oz. | Turkey Adobo w/ veggies |
| | 1/3 c. | Steamed rice |
| | | Garden salad / dinner roll |
| SNACKS | ********** | ************************************************** |
| | 1/2 c. | Papaya, small banana |
| DRINKS | ********** | ************************************************** |
| each | 1 c. 2% | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10-18-05    CHC - DAILY MENU    DAY: Tuesday

NO. OF BREAKFAST ORDERED: 7    FOOD TEMPERATURE: 70°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | ea. | Blue Berry muffin / scrambled eggs |
| 1 | cp. | Cold Cereal / Jelly / margarine |
| 1 | ea. | Banana / apple |
| 8 | pc. | Graham Cracker |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | milk / apple juice |

NO. OF LUNCH ORDERED: 8    FOOD TEMPERATURE: 128°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Honey Glazed Ham |
| 1/2 | c. | Hot Spiced Escalloped Apples |
| 1/2 | c. | S/ tapioca or yam |
| | | Basil tomato salad |
| SNACKS | ********** | ************************************************ |
| | | Vanilla Wafers |
| | | Fresh Fruits |
| DRINKS | ********** | ************************************************ |
| | | Milks |

NO. OF DINNER ORDERED: 8    FOOD TEMPERATURE: 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | 1c. | Homemade corn crab soup |
| | 2oz | BBQ fish w/ tartar sauce |
| | 1/2 c. | Asparagus w/ cheese sauce |
| | 1 | Homemade white roll w/ margarine |
| SNACKS | ********** | ************************************************ |
| | | Ham sandwich |
| DRINKS | ********** | ************************************************ |
| | 1c. 2% | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |