# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10·17·05     CHC - DAILY MENU     DAY: monday

NO. OF BREAKFAST ORDERED: 8     FOOD TEMPERATURE: 65°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/2 | C. | Scrambled eggs |
| 2 | ea. | Buttered wheat toast / Cold Cereal / |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |

NO. OF LUNCH ORDERED: 8     FOOD TEMPERATURE: 110°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Italian spaghetti w/ 3 oz milk meat sauce |
|  |  | on 1 c. bed pasta w/ olive oil |
| 1 pc |  | Toasted buttered french bread |
|  |  | Fresh orange fruit |
| SNACKS | ********** | ************************************************ |
|  |  | apple fruit & Graham crackers |
|  |  |  |
| DRINKS | ********** | ************************************************ |
| 1 c 2% |  | milk |

NO. OF DINNER ORDERED: 8     FOOD TEMPERATURE: 165°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 ea | 1 c. | Homemade mushroom soup |
|  | 2 oz | Chicken cacciatore |
|  | 2/3 c. | Steamed rice w/ dinner roll |
|  | 1 c. | water melon |
| SNACKS | ********** | ************************************************ |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |
| 1 c 2% |  | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: 10·16·05          CHC - DAILY MENU   DAY: Sunday

NO. OF BREAKFAST ORDERED: 7          FOOD TEMPERATURE: 62°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 6 | pcs | French Toast |
| 2 | pcs | Turkey Bacon |
| 1 | each | Maple Syrup |
| 1 | each | Butter / 1 each Banana |
| DRINKS | ********** | ************************************************ |
| 1 | each | Cookies // each Milk and Juice |

NO. OF LUNCH ORDERED: 7          FOOD TEMPERATURE: 110°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | Chicken Soup w/ banana |
| 2/3 | c. | S/rice |
|  |  | Lettuce & tomato salad w/ dressing |
| 2 |  | homemade white roll |
| SNACKS | ********** | ************************************************ |
| 1 | c. | Cantaloupe |
|  |  | Sandwich |
| DRINKS | ********** | ************************************************ |
|  |  | Milks |

NO. OF DINNER ORDERED:          FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Honey Glazed Ham |
|  |  | Hot Spiced Apples |
|  |  | S/tapioca |
|  |  | Pansit tomato salad |
| SNACKS | ********** | ************************************************ |
|  |  | vanilla wafers |
|  |  | Orange |
| DRINKS | ********** | ************************************************ |
|  |  | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10.15.05      CHC - DAILY MENU      DAY: SATURDAY

NO. OF BREAKFAST ORDERED: 08      FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | each | Bowl Agus/tadu / Twist bread / orange |
| 1 | each | ros/kafi / margarine / jelly |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ******************************************************* |
| 1 | each | Milk / Juice |

NO. OF LUNCH ORDERED: 08      FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 8 oz. |  | STIRFRY TURKEY w/ BROCCOLI & MUSHROOMS |
| 1 | scp | STEAMED RICE |
| 1 | Bowl | EMBUTIDO SALAD |
| 2 ea. |  | DINNER ROLL / SHERBET / PUMPKIN PUMPKIN BAR |
| SNACKS | ********** | ******************************************************* |
| 1 | ea | TUNA SANDWICH |
|  |  |  |
| DRINKS | ********** | ******************************************************* |
| 1 ea. |  | MILK |

NO. OF DINNER ORDERED: 08      FOOD TEMPERATURE: 168°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Bowl | TURKEY NOODLE SOUP |
| 3 oz. |  | BEEF ADOBO / 2 ea. DINNER ROLL |
| 1 | scp | STEAMED RICE // Bowl FRESH (SEAS.) MIXED FRUIT CUP |
| 1 | Bowl | MARINATED CUCUMBER SALAD |
| SNACKS | ********** | ******************************************************* |
| 1 | ea. | TUNA SANDWICH |
|  |  |  |
| DRINKS | ********** | ******************************************************* |
| 1 | ea. | MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10/14/05        CHC - DAILY MENU    DAY: FRIDAY

NO. OF BREAKFAST ORDERED: ____        FOOD TEMPERATURE: 72°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Scramble egg |
|  |  | cold cereal |
|  |  | Butter wheat Toast |
|  |  | Jelly |
| DRINKS | ********** | ************************************************ |
|  |  | milk |

NO. OF LUNCH ORDERED: 07        FOOD TEMPERATURE: 110°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 8 oz. |  | BBQ.CHICKEN / 1 ea MARGARINE |
| 1 | scp | STEAMED RICE / 2 ea DINNER ROLL |
| 1 | small Bowl | POTATO SALAD |
| 1 | scp | SEASONED GREEN BEANS |
| SNACKS | ********** | ************************************************ |
| 1 | BOWL | GRAPES / 1 ea. APPLE |
| 1 |  | TUNA SANDWICH |
| DRINKS | ********** | ************************************************ |
| 2 ea |  | milk |

NO. OF DINNER ORDERED: 07        FOOD TEMPERATURE: 116°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice, Homemade Soup |
| 2 | pcs | Mahi-Mahi w/ Tartar Sauce |
| 1 | serving | Kan Spinach |
| 2 | ea. | Dinner rolls, butter, Rosku Cookies |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Oct. 13, 05    CHC - DAILY MENU    DAY: Thursday

NO. OF BREAKFAST ORDERED: 06    FOOD TEMPERATURE: 63°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | pcs | Pancake |
| 1 | pcs | Ham / Syrup / margarine / orange |
| 1 | Serving | eggs |
| | | |
| DRINKS | ********** | ************************************************ |
| 1 | each | milk |

NO. OF LUNCH ORDERED: 06    FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 oz. | | Roast turkey w/ 1/2 c. homemade dressing & gravy garnished w/ jellied cranberry sauce |
| 1/2 c. | | Baked sweet potato / 2 pcs. dinner roll |
| 1/2 c. | | Seasoned peas & carrots / 1 pc. margarine |
| SNACKS | ********** | ************************************************ |
| 1 c. | | Honey Dew |
| 1 ea. | | Peanut butter, jelly sandwich |
| DRINKS | ********** | ************************************************ |
| 1 ea. | | milk |

NO. OF DINNER ORDERED: 06    FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | Bowl | Onion French Soup |
| 3 oz. | | Stirfry Ground Beef w/ mushrooms & soft local vegetables / 2 pcs. dinner roll / 1 ea. margarine |
| 1/3 c. | | Steamed rice / marinated lettuce & tomato salad (Bowl) |
| SNACKS | ********** | ************************************************ |
| 1 | Piece | Angel Food Cake & 2 peach halves |
| 1 ea. | | Turkey sandwich |
| DRINKS | ********** | ************************************************ |
| 2 ea. | | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10-12-05     CHC - DAILY MENU    DAY: WEDNESDAY

NO. OF BREAKFAST ORDERED: 6     FOOD TEMPERATURE: 112°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/3 | c. | Steamed Rice |
| 1/4 | c. | Scrambled Egg |
| 1 |  | Slice of Buttered Wheat Toast |
| 1 |  | Jelly |
| DRINKS | ********** | ************************************************* |
| 1 | each | 2% milk |

NO. OF LUNCH ORDERED: 6     FOOD TEMPERATURE: 114°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | GROUND HAMBURGER STEAK W/ MUSHROOM GRAVY |
| 1/2 | c. | BUTTERED MASH POTATOES |
| 3/4 | c. | SAUTEED GREEN, WING OR STRING BEAN |
| 1/2 | c. | FRUIT SALAD |
| SNACKS | ********** | ************************************************* |
| 1 | EA. | ORANGE |
| 1 | EA. | CHAMORRO CAKE |
| DRINKS | ********** | ************************************************* |
| 1 | c. | 2% MILK |

NO. OF DINNER ORDERED: 6     FOOD TEMPERATURE: 148°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | HEARTY VEGETABLE SOUP |
| 3 | oz. | HERBED PORK LOIN |
| 2/3 | c. | STEAMED RICE |
| 1/2 | c. | GREEN PEA AND CAULIFLOWER SALAD |
| SNACKS | ********** | ************************************************* |
| 1 | EA. | TUNA SANDWICHES |
| 1/2 | c. | MANDARIN ORANGES |
| DRINKS | ********** | ************************************************* |
| 1 | c. | 2% MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10-11-05    CHC - DAILY MENU   DAY: Tuesday

NO. OF BREAKFAST ORDERED: 06    FOOD TEMPERATURE: 61°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 pc. | | French Toast |
| 2 pc. | strip | Bacon |
| 1 oz. | syrup | Syrup / 1 oz. Margarine |
| 1 oz. | | Orange Fruit / 2 pc. Graham Cracker |
| DRINKS | ********** | ************************************************ |
| 1 oz. | | Graham Cracker Milk / 1 oz. Juice |

NO. OF LUNCH ORDERED: 6    FOOD TEMPERATURE: 145

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | Italian Garden Soup |
| 1/2 | | Grilled Turkey and Swiss Melt |
| | | Sandwich baked on a bun |
| | | Fruited Coleslaw |
| SNACKS | ********** | ************************************************ |
| | | Ham or Cheese Sandwich |
| DRINKS | ********** | ************************************************ |
| | | Milks |

NO. OF DINNER ORDERED: 6    FOOD TEMPERATURE: 175

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | c. | Corn Crab Soup |
| 3 | oz. | Fish Florentine |
| 1/3 | c. | Steamed Rice |
| | | Seasoned Zucchini w/ tomato & Onions |
| SNACKS | ********** | ************************************************ |
| | | Peaches |
| | | Ham or Cheese Sandwich |
| DRINKS | ********** | ************************************************ |
| | | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10-10-05       CHC - DAILY MENU    DAY: Monday

NO. OF BREAKFAST ORDERED: 07        FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scp. | Scramble eggs |
| 1 | c | mash potato |
| 1 | pc. | Muffin blueberry |
| 1 | | jelly jam / 3 Graham Cracker |
| **DRINKS** | ********** | ************************************************ |
| 1 | | grape juice, milk |

NO. OF LUNCH ORDERED: 07        FOOD TEMPERATURE: 170°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3oz. | | Grilled BBQ Pork Chop |
| 1/2 c. | | Au Gratin Potatoes |
| | | Okra |
| | | Homemade wheat Roll |
| **SNACKS** | ********** | ************************************************ |
| | | Cookie Wafers |
| **DRINKS** | ********** | ************************************************ |
| | | Milks |

NO. OF DINNER ORDERED: 7        FOOD TEMPERATURE: 180°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 each | 3 oz. | chicken w/ dumplings |
| | 2/3 c. | Steamed Rice |
| | 1/2 c. | buttered Steamed Broccoli |
| | 1 | Homemade wheat Roll 2 margarine |
| **SNACKS** | ********** | ************************************************ |
| | 1 c. | cantaloupe |
| **DRINKS** | ********** | ************************************************ |
| | 1 c. 2% | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10.09.05                   CHC - DAILY MENU     DAY: SUNDAY

NO. OF BREAKFAST ORDERED: SIX                FOOD TEMPERATURE: 70

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | 2 | Blueberry Pancake      Butter |
| 2 | oz | Grilled Ham            Syrup |
| ½ |  | Banana |
| 3 | 3 | Graham Cracker |
| DRINKS | ********** | ************************************************ |
| 1 | cup | Milk        ½ c Juice |

NO. OF LUNCH ORDERED: 6                       FOOD TEMPERATURE: 111°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 each | 3 oz | Chicken Kalaguen |
|  | 1/2 c | Steamed rice |
|  | 3/4 c. | Sauteed local season veggies w/ 1 pc Titiyas |
|  |  | fresh island mix fruit cup & margarine |
| SNACKS | ********** | ************************************************ |
|  |  | orange fruit |
| DRINKS | ********** | ************************************************ |
|  |  | milk |

NO. OF DINNER ORDERED: 6                      FOOD TEMPERATURE: 160°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 each |  | Hearty veggie soup |
|  | 3 oz. | Chamorro style pot roast w/ gravy |
|  | 2/3 c | Steamed Rice / marinated cuc salad / dinner roll |
|  | 1 | margarine / 2 peach halves |
| SNACKS | ********** | ************************************************ |
| 1 each |  | Tuna sandwich |
| DRINKS | ********** | ************************************************ |
| 1 each | 1 c. 2% | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION
P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Oct. 08, 2005     CHC - DAILY MENU     DAY: Saturday

NO. OF BREAKFAST ORDERED: 07     FOOD TEMPERATURE: 170°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pcs | egg boiled |
| 1 | each | Twist bread / bowl of Atuli / margarine / jelly |
| 1 | | orange / crackers |
| | | |
| DRINKS | ********** | ************************************************** |
| 1 | | Milk / juice |

NO. OF LUNCH ORDERED: 07     FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | mush soup / rich |
| | | Chick squash w/ carrots |
| | | water melon |
| | | |
| SNACKS | ********** | ************************************************** |
| | | Sandwich |
| | | |
| DRINKS | ********** | ************************************************** |
| | | milk + juice |

NO. OF DINNER ORDERED: 07     FOOD TEMPERATURE: 170°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| | | HEARTY VEGETABLE SOUP |
| 3 | oz. | BEEF BISTEAK WITH |
| 2/3 | c. | STEAMED RICE |
| 1/2 | c. | SEASONED CARROTS |
| SNACKS | ********** | ************************************************** |
| 1 | ea. | TUNA SANDWICH |
| 1 | ea. | APPLE |
| DRINKS | ********** | ************************************************** |
| 1 | c. | 2% MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Oct. 07, 2005    CHC - DAILY MENU    DAY: Friday

NO. OF BREAKFAST ORDERED: 06    FOOD TEMPERATURE: 61°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 2 | pcs | Muffin |
| 1 | scp | Egg |
| 1 | each | Banana / Oatmeal / margerine / jelly |
| DRINKS | ********** | ************************************************ |
| 1 | | Milk / Juice |

NO. OF LUNCH ORDERED: 06    FOOD TEMPERATURE: 112°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | | Rice |
| 1 | | Chicken soup w/ Banana |
| 1 | | Pasta |
| | | marinated tossed salad |
| SNACKS | ********** | ************************************************ |
| 1 | | Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | | milk |

NO. OF DINNER ORDERED: 06    FOOD TEMPERATURE: 112°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | scoop | Rice |
| 1 | portion | Fish |
| 1 | cup | Veg., Miso Soup |
| 1 | ea. | Dinner rolls, butter, Mandarin oranges (1 cup) |
| SNACKS | ********** | ************************************************ |
| 1 | ea. | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea. | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10.06.05     CHC - DAILY MENU    DAY: Thursday

NO. OF BREAKFAST ORDERED: 6          FOOD TEMPERATURE: 70°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | PC. | French Toast / 2 Turkey Bacon |
| 1 | ea. | 1 maple syrup / 1 margarine |
| 3 | PC. | Graham Cracker / fruit orange |
|  |  |  |
| DRINKS | ********** | ************************************************** |
| 1 | ea. | milk / chilled juice |

NO. OF LUNCH ORDERED: _____          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| SNACKS | ********** | ************************************************** |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************** |
|  |  |  |

NO. OF DINNER ORDERED: _____          FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| SNACKS | ********** | ************************************************** |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************** |
|  |  |  |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.

SAIPAN, MP  96950

DATE: 10-05-05      CHC - DAILY MENU   DAY: Wednesday

NO. OF BREAKFAST ORDERED: 6      FOOD TEMPERATURE: _____

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1/4 | C. | Scrambled eggs, 1/2 C. Hash browned potatoes |
| 1 | ea. | Buttered wheat toast, Jelly |
| 3 | pc. | Graham Cracker / Fresh Fruit |
|  |  |  |
| DRINKS | ********** | ************************************************** |
| 1 | ea. | chilled juice / milk |

NO. OF LUNCH ORDERED: 06      FOOD TEMPERATURE: 178°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Meatloaf |
|  |  | Mashed Potatoes |
|  |  | mixed Peas & Carrots |
|  |  | Peach & food cake |
| SNACKS | ********** | ************************************************** |
|  |  | Turkey Sandwich |
|  |  |  |
| DRINKS | ********** | ************************************************** |
|  |  | Milk |

NO. OF DINNER ORDERED: 06      FOOD TEMPERATURE: 112°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | ~~Fish~~ Rice |
|  |  | chicken |
|  |  | mix vege |
|  |  | Dinner roll |
| SNACKS | ********** | ************************************************** |
|  |  | crackers |
|  |  |  |
| DRINKS | ********** | ************************************************** |
|  |  | juice + milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP  96950

DATE: 10-04-05        CHC - DAILY MENU   DAY: Tuesday

NO. OF BREAKFAST ORDERED: 08        FOOD TEMPERATURE: 80°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | cup. | scramble egg |
| 1 | pc. | Blueberry muffin, bread banana fruit |
| 1 | mini cup | Cereal |
| 1 | ea | butter, jelly jam |
| DRINKS | ********** | ************************************************ |
| 1 | | milk |

NO. OF LUNCH ORDERED: 07        FOOD TEMPERATURE: 175°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 oz. | | Honey Glazed Ham |
| 1/2 c. | | Hot Spiced Escalloped Apples (No skin) |
| 1 c. | | Steamed Tapioca |
| | | Basil tomato salad |
| SNACKS | ********** | ************************************************ |
| 2 | | homemade wheat roll |
| 8 | | Tuna sandwich |
| DRINKS | ********** | ************************************************ |
| 8 | | 2% Milks |

NO. OF DINNER ORDERED: 07        FOOD TEMPERATURE: 140°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | | Rice |
| 1 | | BBQ Fish with Tartar Sauce |
| 1 | | Asparagus w/ Cheese Sauce |
| 2 | ea | Dinner rolls / corn crab soup |
| SNACKS | ********** | ************************************************ |
| 1 | ea | Tuna Sandwich |
| DRINKS | ********** | ************************************************ |
| 1 | ea | Milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

**KAGMAN JUVENILE DETENTION**

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: 10-03-05    CHC - DAILY MENU   DAY: _____

NO. OF BREAKFAST ORDERED: 07    FOOD TEMPERATURE: 70°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 04 | pc | toast bread |
| 1 | ½ cp. | scramble eggs |
| 1 | sm. cup | cereal |
| 1 | pcs | butter / jelly jam |
| **DRINKS** | ********** | ********************************************** |
| 1 | | milk, fruit juice |

NO. OF LUNCH ORDERED: 7    FOOD TEMPERATURE: 100°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| each | | Italian spaghetti w/ 3oz milk meat sauce on 1c of pasta |
| | | marinated fresh salad w/ olive |
| | 1 | toast buttered french bread |
| | | fresh orange |
| **SNACKS** | ********** | ********************************************** |
| | | |
| | | |
| **DRINKS** | ********** | ********************************************** |
| | | |

NO. OF DINNER ORDERED: 7    FOOD TEMPERATURE: 120°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| each | 1 c. | Homemade mushroom soup |
| | 3 oz | chicken cacciatore |
| | 2/3 c. | steamed rice / dinner roll |
| | ½ c. | sautéed bed squash / watermelon |
| **SNACKS** | ********** | ********************************************** |
| each | 1 c. | Ham & cheese |
| | | |
| **DRINKS** | ********** | ********************************************** |
| | 1c. 2% | milk |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Oct. 02, 2005        CHC - DAILY MENU        DAY: Sunday

NO. OF BREAKFAST ORDERED: 08        FOOD TEMPERATURE: 45°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | slice | French Toast |
| 2 | pcs | Bacon |
| 1 | each | Syrup / Margarine / Banana / Jello (bowl) |
| DRINKS | ********** | ************************************************************ |
| 1 | | Milk / Juice |

NO. OF LUNCH ORDERED: 8        FOOD TEMPERATURE: 162°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | | Chicken Soup with Banana |
| 1 | | Steamed Rice |
| 1 | each | Lettuce and Tomato Salad with Dressing |
| 1 | each | Homemade White Roll / 1 Margarine, Cantaloupe |
| SNACKS | ********** | ************************************************************ |
| 1 | pcs | Tuna Sandwich |
| DRINKS | ********** | ************************************************************ |
| 1 | pcs | Milk |

NO. OF DINNER ORDERED: 08        FOOD TEMPERATURE: 172°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK | |
|---|---|---|---|
| 1 | c. | Homemade Veg. Soup | 1 - Homemade White Roll |
| 3 | oz. | Seafood Stirfry w/ Veg. | 1 - Margarine |
| 1/3 | c. | Steamed Rice | 1/2 c - Mandarin Oranges |
| 1/2 | c. | Buttered Corn | + Jello |
| SNACKS | ********** | ************************************************************ | |
| 1 | each | Sandwich | |
| DRINKS | ********** | ************************************************************ | |
| 1 | c. | 2% Milk | |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |

# KAGMAN JUVENILE DETENTION

P.O. BOX 501000 C.K.
SAIPAN, MP 96950

DATE: Oct. 01, 05   CHC - DAILY MENU   DAY: Saturday

NO. OF BREAKFAST ORDERED: 07   FOOD TEMPERATURE: 144°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 1 | pc | Sweet bread / bowl Aroscadu / Apple / Crackers |
| 1 | pc | Margarine / Jelly |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |
| 1 |  | Milk / Juice |

NO. OF LUNCH ORDERED: 07   FOOD TEMPERATURE: 102°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
|  |  | Rice |
|  |  | Stir fry Turkey |
|  |  | Emerald Salad |
|  |  | Sherbet Pumpkin Pie / Cake |
| SNACKS | ********** | ************************************************ |
|  |  | Tuna Sandwich |
|  |  |  |
|  |  |  |
| DRINKS | ********** | ************************************************ |
|  |  | Milk |

NO. OF DINNER ORDERED: 07   FOOD TEMPERATURE: 110°

| QTY. | PORTION | HOW THE FOOD IS COOKED/BRAND OF DRINK |
|---|---|---|
| 3 | oz. | BEEF ADOBO |
| 2/3 | c. | STEAMED RICE |
| 1 | c. | BUTTERED SWEET PEAS |
| 1 | ea. | TURKEY NOODLE SOUP |
| SNACKS | ********** | ************************************************ |
| 1/2 | c. | FRESH ISLAND MIXED FRUIT CUP |
| 1 | ea. | TUNA SANDWICH |
| DRINKS | ********** | ************************************************ |
| 1 | c. | 2% MILK |

NOTE: PLEASE INDICATE FOOD MEASUREMENT FOR EXAMPLE:

| Qty. | Portion | How food is cooked/brand of drink |
|---|---|---|
| 2 | Scoops | Steamed white rice |
| 1/2 | Chkn. Breast | Broiled with potatoes |
| 1 | Cup | Vegetable/chicken soup w/noodles |
| 8 | Pcs | Poppers 100% grape juice |