PEST CONTROL



# THE PESTEX COMPANY

A division of Advance Group, LLC
P.O. Box 501622 Saipan, MP 96950
Telefax: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

SERVICE TICKET NO.: 03192

## SERVICE ACKNOWLEDGEMENT REPORT

Name/Company: DYS
Date: 10-27-05
Address: Kagman
Phone No.:
Service Location: JOU

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others:

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

COMMENTS:

* Insecticide liquid for the baseboard of hallway, offices, rest-room, kitchen, library room, utility room and all other facility
* Refilled Rodent Station with Rodenticide at the exterior of of the building.

RECOMMENDATIONS:

| MATERIALS USED | AMOUNT USED |
|---|---|
| Suspend SC | 2 oz |
| Dragnet | 1 oz |
| Contrac Blox | 12 pcs. |

Customer's Name: [illegible]
Signature: [signature]

Technicians(s): Roger de Guzman
Time In: 9:00
Time Out: 10:20

"We're ADVANCE!"




# THE PESTEX COMPANY

A division of Advance Group, LLC
P.O. Box 501622 Saipan, MP 96950
Telefax: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

SERVICE TICKET NO.: 03474

## SERVICE ACKNOWLEDGEMENT REPORT

Name/Company: DYS
Date: 11-10-05
Address: Kagman
Phone No.:
Service Location: IDU Building

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others:

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [ ] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

**COMMENTS:** Insecticide liquid to the interior facilities such as hallways, restroom, control room, office, kitchen, lunch room, panel room including unit A building and emergency room facilities.

**RECOMMENDATIONS:** applied ants bait or Talstar Granules to the exterior perimeter of the building.

| MATERIALS USED | AMOUNT USED |
|---|---|
| Talstar Granules | 5 lb |
| Suspend SC | 2 oz |

Customer's Name: IDU/DYS
Signature: [signature]
Technicians(s): Roger de Guzman
Time In: 9:30
Time Out: 10:10

**"We're ADVANCE!"**




# THE PESTEX COMPANY

A division of Advance Group, LLC
P.O. Box 501622 Saipan, MP 96950
Telefax: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

SERVICE TICKET NO.: 02955

## SERVICE ACKNOWLEDGEMENT REPORT

Name/Company: DYS
Date: 9-22-05
Address: Kagman
Phone No.:
Service Location DYS - 40U

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others:

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

**COMMENTS:**

*Insecticide liquid to the interior and exterior facilities of the building to control the insects.
*Refilled rodent station with rodenticide to control also the rats.

**RECOMMENDATIONS:**

| MATERIALS USED | AMOUNT USED |
|---|---|
| Tempo | 16 ml. |
| Fastrac | 9 pcs. |

Customer's Name: [illegible signature]
Signature: [signature]

Technicians(s) Roger de Guzman
Time In: 9:40
Time Out: 10:40

"We're ADVANCE!"





# THE PESTEX COMPANY

A division of Advance Group, LLC
P.O. Box 501622 Saipan, MP 96950
Telefax: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net


SERVICE TICKET NO.: 03157

## SERVICE ACKNOWLEDGEMENT REPORT

Name/Company: DYS

Date: 10-13-05

Address: Kagman

Phone No.:

Service Location: DOU

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others:

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

**COMMENTS:**

* Insecticide liquid to the interior and exterior facilities of the building.
* Install 2 pcs. of Rodent Station with Rodenticide in front of the building.

**RECOMMENDATIONS:** * Refilled old station with Rodenticide to keep on control the rat.

| MATERIALS USED | AMOUNT USED |
|---|---|
| Dragnet | 1 oz |
| Tempo | 16 ml |
| Contrac Blox | 21 pcs |
| Rodent Station | 2 pcs. |

Customer's Name: DYS

Signature: [signature]

Technicians(s): Roger de Guzman

Time In: 8:55

Time Out: 10:25

"We're ADVANCE!"




Advance Pest Solutions dba:

**THE PESTEX COMPANY**

TERMITES ■ FUMIGATION ■ GENERAL PEST CONTROL

P.O. Box 501622 Saipan, MP 96950

Telefax: (670) 233-4747

E-mail: aps@vzpacifica.net • pestex@vzpacifica.net




"Serving the CNMI since 1990"

SERVICE TICKET NO.: 001999

## SERVICE ACKNOWLEDGEMENT REPORT

Name/Company: DYS

Date: 7-29-05

Address: Kagman

Phone No.:

Service Location: DYS

**TYPE OF SERVICE**

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [x] Inspection.Follow-up
- [ ] Fly Trap
- [ ] Rodent Bait Station
- [ ] Gelling/Crack & Crevices
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trancing/Slab Injection
- [ ] Pre-Construction/Soil Treatment
- [ ] Others:

**TYPE OF PEST**

- [x] Ants
- [x] Roaches
- [x] Rodents
- [x] Flies
- [ ] Termites
- [ ] Others:

**COMMENTS / RECOMMENDATION**

* Residual spray was did to the hallway baseboard, office, restroom panel room, Kitchen exterior perimeter, Unit A & Unit B and all other facilities of the area.

* Refilled Rodent bait station w/ bait blox.

* Put glueboard at Unit B building for Rodents.

| MATERIALS USED | AMOUNT USED |
|---|---|
| Talstar | 2 oz |
| Demon TC | 1.5 oz |
| Contrac Blox | 20 pcs |
| Glueboard | 2 pcs. |

Customer's Name: [signature]

Signature: MARGARET FE 161 TA

Technicians(s): Roger de Guzman

Time In: 9:00

Time Out: 11:00

"We're ADVANCE!"





# THE PESTEX COMPANY

A division of Advance Group, LLC
P.O. Box 501622 Saipan, MP 96950
Telefax: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net





SERVICE TICKET NO.: 03616

## SERVICE ACKNOWLEDGEMENT REPORT

Name/Company: DYS
Address: Kagman
Service Location: JDU

Date: 11-24-05
Phone No.:

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others:

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [ ] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

**COMMENTS:**

Insecticide liquid to the interior and exterior base-board especially to the restroom, front Desk, control room, library room, panel room, detention rooms, kitchen and all other interior facilities.

**RECOMMENDATIONS:**

| MATERIALS USED | AMOUNT USED |
|---|---|
| Suspend SC | 2 oz |
| Dragnet | 1.5 oz |

Customer's Name: [signature] (JDU)
Signature: [signature]

Technicians(s): Roger de Guzman
Time In: 9:00
Time Out:

*"We're ADVANCE!"*




Advance Pest Solutions dba:
**THE PESTEX COMPANY**
TERMITES ■ FUMIGATION ■ GENERAL PEST CONTROL
P.O. Box 501622 Saipan, MP 96950
Telefax: (670) 233-4747
E-mail: aps@vzpacifica.net • pestex@vzpacifica.net




*"Serving the CNMI since 1990"*

SERVICE TICKET NO.: 001964

## SERVICE ACKNOWLEDGEMENT REPORT

Name/Company: DYS
Date: 7-15-05
Address: Kagman
Phone No.:
Service Location: 4/DU

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [x] Inspection.Follow-up
- [ ] Fly Trap
- [ ] Rodent Bait Station
- [ ] Gelling/Crack & Crevices
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trancing/Slab Injection
- [ ] Pre-Construction/Soil Treatment
- [ ] Others:

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents
- [x] Flies
- [ ] Termites
- [ ] Others:

### COMMENTS / RECOMMENDATION

* Residual spray on all interior facilities of 4DU building.
* Refilled Rodent Station with bait blox.
* Install 1 Rodent Station with bait blox next to the dumpster.

| MATERIALS USED | AMOUNT USED |
|---|---|
| Talstar | 2 oz. |
| Contrac Blox | 20 pcs. |
| Rodent Bait Station | 1 pcs. |

Customer's Name: M. Antonette Tejada
Signature: MTejada
Technicians(s): Roger de Guzman
Time In: 9:50
Time Out: 11:25

***"We're ADVANCE!"***




# THE PESTEX COMPANY

A division of Advance Group, LLC
P.O. Box 501622 Saipan, MP 96950
Telefax: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net




SERVICE TICKET NO.: 03940

## SERVICE ACKNOWLEDGEMENT REPORT

Name/Company: DYS  Date: 12-21-05
Address: Kagman  Phone No.:
Service Location: L/DU

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others:

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [ ] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

**COMMENTS:**

Insecticide liquid to the baseboard of hallway, office, restroom, panelroom, controllroom, unit 1 & 8 building facilities and exterior baseboard.

**RECOMMENDATIONS:**

| MATERIALS USED | AMOUNT USED |
|---|---|
| Suspend SC | 2 oz |

Customer's Name: Juvenile Detention
Signature: [signature]

Technicians(s): Roger de Guzman
Time In: 9:00  Time Out: 10:00

"We're ADVANCE!"




**ADVANCE PEST SOLUTIONS**
TERMITES • FUMIGATION • GENERAL PEST CONTROL
PMB 495 Box 10003, Beach Road, Garapan, Saipan, MP 96950-8903
Telefax: (670) 233-4747 • E-mail: aps@vzpacifica.net

SERVICE TICKET NO.: 1405

# SERVICE REPORT

Name / Company: DYS - WDU
Date: 6-3-05
Address: Kagman
Phone No.:
Service Location

## TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [ ] Residual Spray
- [ ] Inspection/Follow-up
- [ ] Fly Trap
- [ ] Rodent Bait Station
- [ ] Gelling/Crack & Crevices
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Tranching/Slab Injection
- [ ] Pre-Construction/Soil Treatment
- [ ] Others:

## TYPE OF PEST

- [x] Ants
- [x] Roaches
- [ ] Rodents
- [ ] Flies
- [ ] Termites
- [ ] Others:

| MATERIAL/S USED | AMOUNT USED |
|---|---|
| Talstar | 3 OZ |
| Dragnet | 6 OZ |

## COMMENTS / RECOMMENDATION

Treated pesticides liquid to ff. areas:
- hallway
- Office room
- Kitchen
- Unit A & B facilities
- Library
- Exterior perimeter

Customer's Name: [signature]
Signature: Nadia Tagabud
Technician(s): Roger de Guzman
Time In:
Time Out:

**"We're ADVANCE!"**




# THE PESTEX COMPANY

A division of Advance Group, LLC
P.O. Box 501622 Saipan, MP 96950
Telefax: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net




SERVICE TICKET NO.: 03907

## SERVICE ACKNOWLEDGEMENT REPORT

Name/Company: DYS
Date: 12-8-05
Address: Kagman
Phone No.:
Service Location: WDU

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [ ] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others:

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

**COMMENTS:**

- Sprayed liquid insecticide to the interior and exterior facilities of WDU building.
- Refilled Rodent station w/ Rodenticide.

**RECOMMENDATIONS:**

| MATERIALS USED | AMOUNT USED |
|---|---|
| Dragnet | 2.5 oz |
| Enforcer (Rat Max) | 14 pcs. |

Customer's Name: [signature]
Signature:

Technicians(s): Roger de Guzman
Time In: 10:40
Time Out: 11:25

"We're ADVANCE!"