SAIPAN ICE

SAIPAN ICE

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DYS | DATE | 120405 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ___ : Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check on RO System

FINDINGS/COMMENTS:

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 0.5 mg/L | Ozonator | |
| Pre-filter | ok | Hardness Reading | |
| Post-filter | ok | Feed Water TDS | 1,000 ppm |
| Feed Pump Pressure | 80 psi | Product Water TDS | 120 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
Check the Chlorine & TDS of feed H2O & RO product. Check operation pressure & glycol level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los R. | [signature] |



# Saipan Ice & Water Co., Inc.
P. O. Box 501808, Saipan MP 96950 * Tel. 322-6130/9848/9455
Fax 322-5991 * E-mail: spnice@vzpacifica.net

No.

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | |
| --- | --- | --- | --- |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |
| Equipment Description: | 3000 GPD | | |
| Visit Frequency | ___ /Week/Month | Last Microbiology Test Result / Remarks: | |

**SERVICE REPORT**

Check on RO system.

**FINDINGS/COMMENTS:**

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
| --- | --- | --- | --- |
| Hardness Reading | | Chlorine Reading | |
| Feed Water TDS | | RO Membrane | |
| Product Water TDS | | RO Pump | |
| Raw Water Tank | | RO Operating Pressure | |
| Product Water Tank | | Permeate Flow Rate (GPM) | |
| Water Softener System | | Reject Flow Rate (GPM) | |
| Pre-filter | | UV Light Unit (s) | |
| Post-filters | | Ozonator | |
| Feed Pump Pressure | | CTO Filter | |
| Product Pressure Pump | | Water Meter Reading | |
| Others | | Others | |

Recommendation (indicate particular work done or parts of system inspected): adjust g pressure gauge from feed motor to RO system

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
| --- | --- | --- | --- |
| | | Rod | [signature] |



# Saipan Ice & Water Co., Inc.
P. O. Box 501808, Saipan MP 96950 * Tel. 322-6130/9848/9455
Fax 322-5991 * E-mail: spnice@vzpacifica.net

No. _____

## MAINTENANCE WORK ORDER

| | |
|---|---|
| CUSTOMER NAME | DYS |
| ADDRESS | KAGMAN |
| CONTACT PERSON | |
| DATE | |
| CONTRACT REF. | |
| TEL. NO. | |

**Equipment Description:** 3000 GPD

**Visit Frequency:** ___ Week/Month   **Last Microbiology Test Result / Remarks:**

**SERVICE REPORT:** Check RO System

**FINDINGS/COMMENTS:**

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Hardness Reading | 20 GPG | Chlorine Reading | 0 |
| Feed Water TDS | over 2000 ppm | RO Membrane | ok |
| Product Water TDS | 37 ppm | RO Pump | ok |
| Raw Water Tank | Full | RO Operating Pressure | 200 psi |
| Product Water Tank | 3/4 | Permeate Flow Rate (GPM) | 2.3 GPM |
| Water Softener System | | Reject Flow Rate (GPM) | |
| Pre-filter | ok | UV Light Unit (s) | |
| Post-filters | ok | Ozonator | ok |
| Feed Pump Pressure | 40 psi | CTO Filter | |
| Product Pressure Pump | 30 psi | Water Meter Reading | |
| Others | brine level: 1/2 | Others | |

**Recommendation** (indicate particular work done or parts of system inspected): Check hardness, TDS & chlorine of RO product & feed H2O, check operational pressure of RO machine, check & deliver product

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature |
|---|---|---|---|
| | | Rod de los Rey | |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

## MAINTENANCE WORK ORDER

No.

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DCS | DATE | 1/21/05 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ___ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check RO system; check operation pressure

FINDINGS/COMMENTS: need to replace 5 micron for pre-filter

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | 3/4 | UV Light Unit (s) | |
| Chlorine Level | 0.5 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | |
| Post-filter | newly replaced | Feed Water TDS | 1200 ppm |
| Feed Pump Pressure | 40 psi | Product Water TDS | 50 ppm |
| Permeate Flow Rate (GPM) | 1.5 mg/L | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
Check & replace new 5 micron filter for pre-filter; check
chlorine & TDS & feed H₂O GPD pressure

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Ron de la Py | [signature] |

## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No. 

# MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DYS | DATE | 1/18/05 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ___ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check on RO System

FINDINGS/COMMENTS: Low pressure at pre filter, need for replacement (10 micron 2 x 10)

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 0.5 mg/L | Ozonator | OK |
| Pre-filter | OK | Hardness Reading | |
| Post-filter | need replacement | Feed Water TDS | 1000 ppm |
| Feed Pump Pressure | 20 psi | Product Water TDS | 50 ppm |
| Permeate Flow Rate (GPM) | 2.0 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check pre filter need for replacement, check chlorine & TDS of feed H2O & RO product, check & refill flocon.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rox de los R— | [signature] |

## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 110905 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

**Visit Frequency** ___ : Week/Month     **Last Microbiology Test Result / Remarks:**

**SERVICE REPORT:** Check of RO system

**FINDINGS/COMMENTS:** need additional flocon on injector tank

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | Full | UV Light Unit (s) | |
| Chlorine Level | 0.5 mg/L | Ozonator | OK |
| Pre-filter | OK | Hardness Reading | |
| Post-filter | OK | Feed Water TDS | 800 ppm |
| Feed Pump Pressure | 30 psi | Product Water TDS | 50 ppm |
| Permeate Flow Rate (GPM) | 2.0 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check TDS & chlorine of feed H₂O & RO product. Check & fill the flocon injector tank, check operation pressure

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod dela [sig] | BD [sig] |



**Sparkle-Clean**
We Care About Your Health

**INVOICE**   D-00394

SAIPAN ICE & WATER CO., INC.
P. O. Box 501808, Saipan, MP 96950
Tel. (670) 322-6130, Fax: (670) 322-5991
E-mail: spnice@vzpacifica.net

Authorized Dealer:
SEVERN TRENT SERVICES
Universal Aqua Technologies Inc.
GRUNDFOS 

Date: 11/2/05
SOLD TO: DYS · Juvenile Detention
CONTACT:           TEL.:

| ITEM | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
|  |  |  | R. O. Maintenance & Parts from 11/6/05 to 12/06/05 | $800.— |  |
|  |  |  | Have A Nice Day. Thank You. |  | $800.— |

Prepared by: [signature]
Approved by: [signature]
Posted by: