# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 110305 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:**

| Visit Frequency | :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT:** check on RO system

**FINDINGS/COMMENTS:**

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | full | UV Light Unit (s) | |
| --- | --- | --- | --- |
| Chlorine Level | 0.5 mg/l | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | |
| Post-filter | ok | Feed Water TDS | 1200 ppm |
| Feed Pump Pressure | 40 psi | Product Water TDS | 50 ppm |
| Permeate Flow Rate (GPM) | 2.0 gpm | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
Check chlorine & TDS of feed H2O & RO product
Check operation pressure & flow rate

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Ry | [signature] |

## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6133, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 10/28/05 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

| Visit Frequency | 1:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO system

**FINDINGS/COMMENTS:** no more flocon for injector tank

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | full | UV Light Unit (s) | |
| --- | --- | --- | --- |
| Chlorine Level | | Ozonator | OK |
| Pre-filter | for replacement | Hardness Reading | |
| Post-filter | | Feed Water TDS | 500 ppm |
| Feed Pump Pressure | 40 psi | Product Water TDS | 50 ppm |
| Permeate Flow Rate (GPM) | 2.0 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Bring flocon for injector tank, check chlorine & TDS of feed and RO product.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| **CUSTOMER NAME** | DCS | **DATE** | 10/10/05 |
| **ADDRESS** | KAGMN | **CONTRACT REF.** | |
| **CONTACT PERSON** | | **TEL. NO.** | |

**Equipment Description:** 3000 GPD

**Visit Frequency** ____ : Week/Month

**Last Microbiology Test Result / Remarks:**

**SERVICE REPORT**
replace new Hi-pressure pump

**FINDINGS/COMMENTS:**
/

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | | Ozonator | OK |
| Pre-filter | ok | Hardness Reading | 18 GPG |
| Post-filter | ok | Feed Water TDS | 1845 ppm |
| Feed Pump Pressure | 40 psi | Product Water TDS | 49 ppm |
| Permeate Flow Rate (GPM) | 2.3 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
replace new Hi-pressure pump, check hardness, TDS, chlorine, pressure of feed system & RO product

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Noel de los Rys | [signature] |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

| | | | No. |
|---|---|---|---|

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DCS | DATE | 9/29/05 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

| Visit Frequency | ___ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT:** Check RO System

**FINDINGS/COMMENTS:** need to replace pre filter

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | 1/2 | UV Light Unit (s) | |
|---|---|---|---|
| Chlorine Level | 0.5 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 21 GPG |
| Post-filter | newly replace | Feed Water TDS | 1115 ppm |
| Feed Pump Pressure | 80 psi | Product Water TDS | 47 ppm |
| Permeate Flow Rate (GPM) | 2.0 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Replace new filter as pre filter, check hardness, TDS, chlorine of feed H2O & RO product, check process level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Roldy Ry | (signature) |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991

*We Care About Your Health*

No.

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 9/26/05 |
|---|---|---|---|
| ADDRESS | Kagman | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

| Visit Frequency | ___ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check RO system

**FINDINGS/COMMENTS:** no flocon reserve (1 Gal), flocon tank need to clean & post filter need for replacement

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | 3/4 | UV Light Unit (s) | |
|---|---|---|---|
| Chlorine Level | 0.1 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 20 GPG |
| Post-filter | for replacement | Feed Water TDS | 1000 ppm |
| Feed Pump Pressure | 40 | Product Water TDS | 41 ppm |
| Permeate Flow Rate (GPM) | 2.0 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check hardness, TDS, chlorine & feed H2O & RO product. Check flocon level & operation prevail.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Kerl de la R___ | |

## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 9/19/05 |
|---|---|---|---|
| ADDRESS | Kagman | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

| Visit Frequency | ___ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:**

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | full | UV Light Unit (s) | |
|---|---|---|---|
| Chlorine Level | 0.5 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 20 GPG |
| Post-filter | ok | Feed Water TDS | 1741 ppm |
| Feed Pump Pressure | 40 psi | Product Water TDS | 29 ppm |
| Permeate Flow Rate (GPM) | 2.0 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check hardness TDS & chlorine of feed H2O & RO product check operational pressure & piston level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rosdale [signature] | [signature] |



# Saipan Ice & Water Co., Inc.
P. O. Box 501808, Saipan MP 96950 * Tel. 322-6130/9848/9455
Fax 322-5991 * E-mail: spnice@vzpacifica.net

No.

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 033105 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ___ /Week/Month    Last Microbiology Test Result / Remarks:

SERVICE REPORT

Check on RO System

FINDINGS/COMMENTS:

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Hardness Reading | 18 gpg | Chlorine Reading | 0 |
| Feed Water TDS | 1430 ppm | RO Membrane | OK |
| Product Water TDS | 25 ppm | RO Pump | OK |
| Raw Water Tank | Full | RO Operating Pressure | 200 psi |
| Product Water Tank | Full | Permeate Flow Rate (GPM) | 2.5 GPM |
| Water Softener System | | Reject Flow Rate (GPM) | |
| Pre-filter | OK | UV Light Unit (s) | |
| Post-filters | OK | Ozonator | OK |
| Feed Pump Pressure | 60 psi | CTO Filter | |
| Product Pressure Pump | 30 psi | Water Meter Reading | |
| Others: frozen built 3/4 | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check the hardness and chlorine of feed HW, check TDS of feed & RO push. Check operational pressure of RO machine, check frozen bell

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod Cluts Bryan | [signature] 033105 |



# Saipan Ice & Water Co., Inc.
P. O. Box 501808, Saipan MP 96950 * Tel. 322-6130/9848/9455
Fax 322-5991 * E-mail: spnice@vzpacifica.net

No.

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 03/15/05 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3,000 GPD

Visit Frequency: ___ /Week/Month    Last Microbiology Test Result / Remarks:

**SERVICE REPORT**
Check on RO system

**FINDINGS/COMMENTS:**
Prepare for membrane replacement due to the low production of RO H2O.

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Hardness Reading | 12 gpg | Chlorine Reading | 0 |
| Feed Water TDS | 967 ppm | RO Membrane | ok |
| Product Water TDS | 48 ppm | RO Pump | ok |
| Raw Water Tank | Full | RO Operating Pressure | 200 psi |
| Product Water Tank | 1/4 | Permeate Flow Rate (GPM) | 1.0 gpm |
| Water Softener System | | Reject Flow Rate (GPM) | |
| Pre-filter | ok | UV Light Unit (s) | |
| Post-filters | ok | Ozonator | ok |
| Feed Pump Pressure | 40 psi | CTO Filter | |
| Product Pressure Pump | 30 psi | Water Meter Reading | |
| Others: flocon level: full | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
Check the hardness & feed H2O also the chlorine, check TDS of feed H2O, RO product, check operational pressure of RO unit, check flocon level.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Ros de los Reyes | HM |



# Saipan Ice & Water Co., Inc.
P. O. Box 501808, Saipan MP 96950 * Tel. 322-6130/9848/9455
Fax 322-5991 * E-mail: spnice@vzpacifica.net

No.

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 030805 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:**

**Visit Frequency:** ___ /Week/Month    **Last Microbiology Test Result / Remarks:**

**SERVICE REPORT**
Low production of RO unit

**FINDINGS/COMMENTS:** need to clean the Manbrane, flow rate 1.0 gpm

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Hardness Reading | 12 gpg | Chlorine Reading | 0 |
| Feed Water TDS | 1075 ppm | RO Membrane | ok |
| Product Water TDS | 55 ppm | RO Pump | ok |
| Raw Water Tank | Full | RO Operating Pressure | 200 psi |
| Product Water Tank | 1/4 | Permeate Flow Rate (GPM) | 2.5 gpm |
| Water Softener System | | Reject Flow Rate (GPM) | |
| Pre-filter | ok | UV Light Unit (s) | |
| Post-filters | ok | Ozonator | ok |
| Feed Pump Pressure | 50 psi | CTO Filter | |
| Product Pressure Pump | 30 psi | Water Meter Reading | |
| Others: Floom level: Full | | Others | |

**Recommendation** (indicate particular work done or parts of system inspected):
Clean the Manbrane, check chlorine & Hardness of feed H2O, check TDS of feed & RO product, check operational reform of RO unit, check floor level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | |