TRAINING




# DIVISION OF YOUTH SERVICES
DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**ADMINISTATION**
664-2550
FAX:664-2560
E-MAIL ADDRESS
dysadmin@itecnmi.com

**JUVENILE DETENTION FACILITY**
664-2530/2532
FAX:664-2540
E-MAIL ADDRESS:
dys.jdu@gtepacifica.com

**CHILD PROTECTION SERIVCES**
664-2550
FAX: 664-2540
E-MAIL ADDRESS:
dysadmin@itecnmi.com

**JUVENILE CORRECTION/PROBATION**
664-2560
FAX:664-2560
E-MAIL ADDRESS:
dysjcu@itecnmi.com

**PARENT EDUCATION PROGRAM**
664-2550
FAX:664-2560
E-MAIL ADDRESS:
parented@saipan.com

## MEMORANDUM

DATE:      September 05, 2005

TO:         Victor A. Mesta
            DYS - Director

FROM:      KJDCF Supervisor

SUBJECT:   KJDCF – Staff Training Completed

---

The purpose of this memorandum is to submit a listing of trainings that the KJDCF staffs have completed from the periods of June 2005 – September 2005.

1. JCW II Francis I. George:    OPM's Basic Supervisory Skills: June 2005
                                 OPM's Interviewing Skills: August 2005

2. JCW III Elizabeth Teregeyo: OPM's Basic Supervisory Skills: June 2005
3. JCW II Nadia Tagabuel:       OPM's Basic Supervisory Skills: June 2005

4. JCW II Juliano Obichang:     OPM's Disciplinary Actions: 2005
                                 OPM's Interviewing Skills: August 2005

5. SW III Jennifer Tanaka: American Probation & Parole Workshop: August 2005
6. Assistant SW Ramona Sablan: American Probation & Parole Workshop: August 2005
7. WIA Trainee Connie Taman: American Probation & Parole Workshop: August 2005 & July 2005 OPM's Time Keeper's Certification.

Please feel free to call on me if you have any question of comments.

Sincerely,

Floyd Masga