## THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STATUS REPORT** |
| | ) | |
| COMMONWEALTH OF THE | ) | **TINIAN DETENTION FACILITY** |
| NORTHERN MARIANA ISLANDS, | ) | |
| GOVERNOR OF THE NORTHERN | ) | **PART 1 OF 1 PARTS** |
| MARIANA ISLANDS, | ) | |
| COMMISSIONER OF THE | ) | **January 3, 2006** |
| DEPARTMENT OF PUBLIC | ) | |
| SAFETY, SECRETARY OF THE | ) | |
| DEPARTMENT OF LABOR AND | ) | |
| IMMIGRATION, SECRETARY OF | ) | |
| THE DEPARTMENT OF | ) | |
| COMMUNITY AND CULTURAL | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# DEPARTMENT OF PUBLIC SAFETY

Commonwealth of the Northern Mariana Islands

P.O. Box 911, San Jose Village * Tinian, MP 96952

Telephone: (670) 433-9222

The Honorable Francisco M. Borja
Mayor, Tinian and Aguiguan

Commissioner Santiago F. Tudela
Department of Public Safety, CNMI

# MEMORANDUM

Date: December 21, 2005

**TO:**     Mr. Edward Buckingham
            Consent Decree Coordinator

**FROM:** Acting Resident Department Head, Tinian DPS

**SUBJECT:** Quarterly Report for Tinian Detention Facility

Attached is the quarterly report for our detention facility. At the same time, I want to inform you that the detention area is being painted, tiles are changed and lighting systems are being fixed from typhoon mitigation grants. Also, an officer has been detailed to be the officer in charge of everything that deals with the detention facility. (See attachment). He has been familiarizing himself with the details.

If you have any questions, call or email me.

Thank you,

Michael H. San Nicolas

Cc:     file



# DEPARTMENT OF PUBLIC SAFETY

Commonwealth of the Northern Mariana Islands

P.O. Box 911, San Jose Village * Tinian, MP 96952

Telephone: (670) 433-9222

The Honorable Francisco M. Borja
Mayor, Tinian and Aguiguan

Commissioner Santiago F. Tudela
Department of Public Safety, CNMI

# MEMORANDUM

Date: November 21, 2005

**TO:**   Sgt. Noel E. Santos

**FROM:** Acting Resident Director

**SUBJECT:** Transfer of Duties
**Re: Tinian Detention Facility/Detainees**

---

This is to inform you that effective today, Monday, November 27, 2005 you are transferred from the Patrol Section to the Tinian Detention Facility to oversee the operations. As you may be aware already, the CNMI DPS and CNMI Corrections/Detentions are separate departments and Tinian DPS is handling both. We are also still under the Consent Decree handed down from the Federal Courts to ensure that our facilities are up to standard with the Department of Justice requirements. Therefore, your main responsibilities are as follows:

1.   Ensure that the facility is clean for detainees to be comfortable during their stay.
2.   You are responsible with all detainees in the facility and if you're not on duty, to ensure that the officers are properly handling the detainee(s). These may include but not limited to feeding of detainees, using the bathroom, coming to and from the court etc.
3.   You are to maintain and keep all files (booking forms, log books etc.) that deal with the facility.
4.   You are to submit monthly reports of anything that deals with your section to your Supervisor, Sgt. Fitial so that this information can be used for future references.
5.   Finally, you may make suggestions and recommendations on how to improve our facility.

If you have any questions, or concerns regarding this new assignment, please check on Sgt. Fitial or Captain Palacios. I know that you will carry out your new assignment in a timely and professional manner.

Thank you,

Michael H. San Nicolas

Cc:    Operations Commander
Asst. Operations Commander
Consent Decree Coordinator, AG's Office

## REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Back up generators**

SUBSTANTIAL COMPLIANCE ___XX___ YES        _____NO

STATUS / DOCUMENTATION

The back up generator is fully functional at this time. (See attached documentation).

## REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Emergency Lighting**

SUBSTANTIAL COMPLIANCE __XX___ YES                    _____NO

STATUS / DOCUMENTATION

Tinian Detention facility has an emergency lighting receptacle in case of a power outage.

## REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Food storage/refrigeration**

SUBSTANTIAL COMPLIANCE _____YES            __ XX __ NO

STATUS / DOCUMENTATION

The Tinian Detention facility does not have any food storage or refrigeration because we

don't handle long term detainees.

## REVIEW OF REPORT BY DOJ EXPERT JAMES BALSAMO

FACILITY: **TINIAN DETENTION FACILITY**

REFERENCE: **Food Service equipment maintenance**

SUBSTANTIAL COMPLIANCE ____XX____YES                    _____NO

STATUS / DOCUMENTATION

The Tinian Department of Public Safety does not have any food service equipment to

maintain because we order meals from a local vendor which brings them to DPS

whenever there is a detainee.

**DEPARTMENT OF PUBLIC SAFETY**
**HOLDING FACILITY**
**SAN JOSE VILLAGE, TINIAN MP 96952**

**SCBA INSPECTION LOG-SHEET**

| DATE | GAUGE | INSPECTED BY | COMMENTS |
|---|---|---|---|
| 01/10/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 02/08/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 03/07/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 04/04/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 05/13/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 06/10/05 | FULL | FFII.V.M.CING | NEW SCBA |
| 07/07/05 | FULL | FFII.A.L.DOSALUA | NEW SCBA |
| 08/12/05 | FULL | FFII.A.L.DOSALUA | NEW SCBA |
| 09/16/05 | FULL | FFII.A.L.DOSALUA | NEW SCBA |
| 10/06/05 | FULL | FFII.A.L.DOSALUA | NEW SCBA |
| 11/10/05 | FULL | FFII.A.L.DOSALUA | NEW SCBA |
| 12/14/05 | FULL | FFII.A.L.DOSALUA | NEW SCBA |
|  |  |  |  |

**DEPARTMENY OF PUBLIC SAFETY**
**HOLDING FACILITY**
**SAN JOSE VILLAGE, TINIAN MP 96952**

**FIRE ALARM INSPECTION LOG-SHEET**

| DATE | TYPE | INSPECTED BY | CONDITION |
|---|---|---|---|
| 01/10/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.V.M.CING | GOOD |
| 02/08/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.V.M.CING | GOOD |
| 03/07/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.V.M.CING | GOOD |
| 04/04/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.V.M.CING | GOOD |
| 05/13/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.V.M.CING | GOOD |
| 06/10/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.V.M.CING | GOOD |
| 07/07/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.A.L.DOSALUA | GOOD |
| 08/12/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.A.L.DOSALUA | GOOD |
| 09/16/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.A.L.DOSALUA | GOOD |
| 10/06/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.A.L.DOSALUA | GOOD |
| 11/10/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.A.L.DOSALUA | GOOD |
| 12/14/05 | Ceiling Smoke Alarm <br> Wall Fire Alarm | FFII.A.L.DOSALUA | GOOD |
|  |  |  |  |

### DEPARTMENT OF PUBLIC SAFETY
### HOLDING FACILITY
### SAN JOSE VILLAGE, TINIAN MP 96952

### FIRE INSPECTION LOG-SHEET-2005

| DATE | TYPE OF EXTINGUISHER | INSPECTED BY | COMMENTS |
|---|---|---|---|
| 01/10/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 02/08/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 03/07/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 04/04/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 05/13/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 06/10/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 07/07/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 08/12/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 9/16/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 10/06/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 11/10/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 12/14/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
|  |  |  |  |

**DEPARTMENT OF PUBLIC SAFETY**
**HOLDING FACILITY**
**SAN JOSE VILLAGE, TINIAN MP 96952**

**FIRE INSPECTION LOG-SHEET-2005**

| DATE | TYPE OF EXTINGUISHER | INSPECTED BY | COMMENTS |
|---|---|---|---|
| 01/10/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 02/08/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 03/07/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 04/04/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 05/13/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 06/10/05 | A.B.C./DRY CHEMICAL | FFII.V.M.CING | FULL CHARGE |
| 07/07/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 08/12/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 9/16/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 10/06/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 11/10/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
| 12/14/05 | A.B.C./DRY CHEMICAL | FFII.A.L.Dosalua | FULL CHARGE |
|  |  |  |  |

Department of Public Safety
Emergency Generator Check List

| Date | Hour Meter | Fuel level | Coolant Level | Oil Level | Battery Level | Checked By: |
|---|---|---|---|---|---|---|
| 1-7-05 | 23.8 - 24.9 | Low | OK | OK | OK | Rdw |
| 1-20-05 | 24.9 - 25.1 | Low | OK | OK | OK | Ra |
| 2-11-05 | 25.1 - 25.3 | 1/4 | OK | OK | OK | Ra |
| 2-23-05 | 25.3 - 25.5 | 1/4 | OK | OK | OK | Ra |
| 3-10-05 | 25.5 - 25.6 | 1/4 | OK | OK | OK | Ra |
| 4/13/05 | 26.1 | 1/8 | OK | OK | OK | |
| 6/21/05 | 26.1 | 1/8 | OK | OK | OK | |
| 7/5/05 | 07.2 | 1/4 | OK | OK | OK | Ra |
| 7/19/05 | 05.1 | 1/4 | OK | OK | OK | Ra |
| 8/02/05 | 06.1 | 1/6 | OK | OK | OK | Ra |
| 00/16/05 | 07.2 | 1/4 | OK | OK | OK | Ra |
| 08/30/05 | 06.1 | 1/4 | OK | OK | OK | Ra |
| 09/12/05 | 04.1 | 1/4 | OK | OK | OK | Ra |
| 11/10/05 | 08.1 | 1/4 | OK | OK | OK | Abe |
| 12/20/05 | 07.2 | 1/8 | OK | OK | OK | Ra |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



# **TINIAN HEALTH CENTER**
## PRIMARY HEALTH CARE DIVISION

### GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
### DEPARTMENT OF PUBLIC HEALTH-ENVIRONMENTAL SERVICES

## **GOVERNMENT AND PUBLIC BUILDING INSPECTION REPORT**

Building <u>DPS Detention Facility</u>    Location <u>Tinian DPS</u>

Person in Charge <u>Mr. Mike H. San Nicolas</u>    Address <u>San Jose Village</u>

---

1. **Water Supply**
   A. <u>yes</u> Source: Approved, Protected and Properly located.
   B. <u>yes</u> Drinking Facilities: Approved type, clean.
   C. <u>yes</u> Waste Water: Approved drainage - no standing pools.
2. **Toilet Facilities**
   A. <u>yes</u> Type: Adequate, approved.
   B. <u>yes</u> Cross-connection all safety precautions used
   C. <u>no</u> Maintenance: In good repair.
   D. <u>no</u> Floor, stools and seats cleaned daily.
   E. <u>yes</u> Toilet paper: Available and accessible.
   F. <u>yes</u> Light: Condition of seats readily observed.
   G. <u>yes</u> Ventilation: Properly ventilated.
3. **Laboratories**
   A. <u>yes</u> Hand washing Equipment lavatories, sinks – Approved.
   B. <u>none</u> Soap: Liquid or powdered soap.
   C. <u>none</u> Towels: Paper towels provided and properly stored.
   D. <u>no</u> Waste Water – Approved drainage. No standing pools.
4. **Heating and Ventilation**
   A. Air Condition
      <u>yes</u> Temperature 68.70 °F
      <u>yes</u> Frequency of air change sufficient to prevent odors.
   B. <u>yes</u> Temperature control.

5. **Lighting**
   Finish:
   <u>no</u> Light color on wall, ceiling
   <u>yes</u> Clean.
6. **Building**
   A. Condition
      <u>no</u> In reasonably good repair.
      <u>yes</u> No fire or accident hazards.
      <u>yes</u> Neat.
      <u>yes</u> Floor clean.
   B. Floor Space
      <u>yes</u> Adequate for desk space.
      <u>yes</u> Clean.
   C. Cleaning Methods
      <u>yes</u> No dusting and sweeping during work hours.
   D. Grounds
      <u>yes</u> Well drained.
      <u>yes</u> Trash, garbage – no fly breeding places.
      <u>yes</u> Clean.
   E. <u>none</u> Janitors foom and supplies neat and clean.
7. **Equipment**
   <u>yes</u> Waste paper basket approved and use.
8. **Ground**
   <u>yes</u> No accident hazards.
   _____ Others.

---

Remarks: <u>SEE ATTACHMENT.</u>

_____ SANITARIAN    12/21/05 DATE
                                                        1-71-0 DATE

Received by: _____

P.O. Box 446 Tinian, MP 96952    Telephone: (1-670) 433-0395    FAX: (1-670) 433-9247



# Commonwealth of the Northern Mariana Islands
## Municipality of Tinian and Aguiguan
### *Bureau of Environmental Health*

**To**      : Mr. Mike San Nicolas
               Acting Director-DPS Tinian
**From**   : Bureau of Environmental Health
**Date**    : December 21, 2005
**Subject** : DPS Detention Facility Inspection Result

The Department of Public Safety Detention Facility was inspected on December 21, 2005. The areas inspected were cells #1, #2, #3 and the female cell and shower room areas. The detention facility was found to be in an unsanitary condition.

The following is a list of deficiencies found during inspection:

1.  **Female Cell**
    a.  Light not working
    b.  Walls – needs repainting
    c.  Bedding are poor
2.  **Male and Female Shower Room**
    a.  Dirty (must be clean and maintained regularly.)
3.  **Cells #1, #2, & #3.**
    a.  Sink and Toilet area unsanitary and has a drainage problem.
    b.  Walls – needs repainting
    c.  Cloth Storage needs to be remove

The deficiencies listed above must be corrected as soon as possible to bring the DPS Detention Facilities up to Sanitary Living Standards. The above deficiencies are noted on previous inspections.

Rose Sylvia N. Cruz
Env. Health Tech I