THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STATUS REPORT** |
| | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **ROTA DETENTION FACILITY** **PART 1 OF 1 PARTS** **January 3, 2006** |
| Defendants. | ) ) | |




# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
*Department of Public Safety, Police Division Chief*
P. O. Box 917
Rota, MP 96951

Police Division Chief
Captain Ricardo S. Taimanao

*Emergency (24 hrs.) 911*

*Office of the Director*
*Tel: (670) 532-9437*
*Fax: (670)532-9434*

*Patrol/Traffic Section*
*Tel: (670) 532-9433/9490*

*Fire Division*
*Tel: (670) 532-3736*

*Logistics & Correction*
*Tel: (670) 532-9433/9490*

*Investigation Section*
*Tel: (670) 532-9433/9490*
*Fax: (670) 532-9436*

*Bureau of Motor Vehicle*
*Tel: (670) 532-9433/9490*

*Boating Safety Unit*
*Tel: (670) 532-9433/9490*

*Administrative Section*
*Tel: (670) 532-9437*
*      9433/9490*
*Fax: (670) 532-9434*

December 27, 2004

Edward Buckingham, AAG Civil Division
P.O. Box 10007, Capital Hill
Saipan, Mp 96950

Dear Mr. Buckingham:

The Department of Public Safety, Rota wishes you and your family a Merry Christmas and happy safe New Year.

Ed. this is Rota Detention Facility's quarterly report. The status of RDF remains, as is on all areas of concern except a few improvements such as our Air-condition at RDF has been replace, we've mitigated our water leaks, and the shell of our emergency generator was retrofitted during the month of October, '05. Our electrical system still needs upgrade.

We detained 11 people this reporting period. They were all detained less than 24 hours for investigation purpose.

I continually request your understanding and full support to bring about all needed actions to secure budget for RDF to realize higher quality of life, and be out of the Consent Decree Status.

I thank you for all your efforts in helping us to comply with all requirements.

*Ricardo S. Taimanao*
Ricardo S. Taimanao

Cc: Deputy Director Francisco M. Taisacan
    RDF file

RECEIVED
Office of the Attorney General
Civil Division
Date: 12-28-05
Time: 1:30 pm
Rec'd by: [initials]