# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"   **Time:** 0530-1730 hrs.   **Date:** 01/01/06

| NO | MEDIUM SECURITY NAME | | CELL | NO | SPECIAL MANAGEMENT UNIT NAME | |
|---|---|---|---|---|---|---|
| 01 | Michael Ada | | MH-1 | 01 | David Bamba | |
| 02 | Jin Fu Lin | | MH-2 | 02 | Akilino Elyeisar | A/T |
| 03 | Francisco Santos | A/T | MH-3 | | | |
| | | | | 03 | Michael Dodd | |
| 04 | Neildino Taisacan | | | | | |
| 05 | Moses Martin | | MH-4 | | | |
| 06 | Emilio Manahane | | | 04 | Jesse James Camacho | |
| 07 | Eric Lee Nekaifes | | MH-5 | | | |
| 08 | Lester Serilo | | | 05 | Dwayne Sibetang | |
| 09 | Anthony Rios | | MH-6 | 06 | Luis Camacho | ISOLATION |
| 10 | Cheyenne Sablan | | | | | |
| 11 | Alonzo Igisaiar | | MH-7 | NO | | |
| 12 | Ignacio Cabrera | | | | VISITATION ROOM #1 | |
| 13 | Larry Aguilar | | MH-8 | 01 | Jerry Ramon | A/T |
| 14 | Daniel Dela Cruz | A/T | | 02 | Lin, Xing | Rule-5 |
| 15 | Pedro Cabrera | | MH-9 | | | |
| 16 | Shawn Appleby | | | | VISITATION ROOM #2 | |
| 17 | George Cruz | | MH-10 | 01 | Lee Poch | A/T |
| 18 | Mariano SN. Camacho | | | | | |
| 19 | Juan Manalo | A/T | MH-11 | | | |
| 20 | Miah, Mohammed | | | | SUPERVISORS ROOM | |
| 21 | Joe Rabauliman | | MH-12 | 01 | Bruno Joseph | @ Misd |
| 22 | George Ilo | | | 02 | Seiichi B. Aoki | @ A/W |
| | | | MH-13 | | | |
| 23 | Daniel Delos Santos | | | | | |
| 24 | Steven Aguon | | MH-14 | | | |
| 25 | William Wanket | A/T | | NO | LIBRARY | |
| | | | MH-15 | 01 | Johnny, John | A/T |
| 26 | Marlon Martin | A/T | | 02 | Alfonso Oncho | A/T |
| 27 | Joaquin S. Peredo | | MH-16 | 03 | John Guerrero | Rule-5 |
| 28 | Faustino Elias | | | 04 | Cook Ham | Rule-5 |
| NO | | | CELL | 05 | Miller P. John | A/W Misd. |
| 01 | Yan Chen | A/T | R-1L | 06 | Roger Castillo | A/W Misd |
| 02 | Xu Shui Ying | INO | R-1U | 07 | Herman Cepeda | B/W Misd |
| 03 | Joaquina P. Reyes | FED | R-2L | 08 | Mingko H. Meipen | Rule-5 |
| 04 | Gu Sheng Yan | INO | R-2U | 09 | Ko Sung Il | @ Misd |
| 05 | Liu Ya Jun | FED | R-3L | 10 | Vicente Sablan | @ Misd |
| 06 | Shui Zhen Xiao | INO | R-3U | 11 | Guo Dan Jin | @ Misd |
| 07 | Consolacion Omar | S/S | R-4L | | | |
| | | | R-4U | | | |
| 08 | Hao Ying Mei Yu | S/S | R-5L | | | |
| 09 | Han Ying Qian | INO | R-5U | | | |
| 10 | Yen Mei Ying | S/S | R-6L | | | |
| 11 | Huang Zhou Ju | A/T | R-6U | | | |
| 12 | Yuan Zhen Zhang | @ Misd | COT | | | |
| | | | | NO | | |
| | | | | 01 | Roman Agulto | |
| | VISITATION ROOM | | | 02 | Vicente Kaipat | |
| | | | | | | |
| | SHOWER | | | | | |
| | | | | 03 | Joe Atalig | |
| | | | | 04 | Nestor Taitano | |

**Supervisor:** COIII Lee Camacho   **Date:** 01/01/06

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Alpha"  **Time:** 0530-1730 hrs.  **Date:** 3/15/06

| \# | CENTRAL MALE DETENTION NAME OF PRETRIAL DETAINEES | | CELL | NO | MINIMUM SECURITY NAME | CE |
|---|---|---|---|---|---|---|
| 01 | Robert Jake Palacios | A/T | ISO | 01 | Joaquin S. Peredo | MF-0 |
| | | | | 02 | Roque Matagolai   Misd. | MF-0 |
| | | | | | | MF-0 |
| 02 | Ignacio Ruan | A/T | D-1 | | | MF-0 |
| | | | | 03 | Joseph B. Pangelinan   Misd. | MF-0 |
| | | | | | | MF-0 |
| 03 | Norris Omengkar | A/T | D-2 | | | MF-0 |
| | | | | 04 | Oscar Meeyog | MF-03 |
| | | | | 05 | Eugene Repeki | MF-03 |
| | | | | 06 | Chun Shan Xu | MF-04 |
| 04 | Frankie Basa | A/T | D-3 | 07 | Pedro Omar | MF-04 |
| 05 | Nupom Nupom   ISO | INO | | 08 | Hadley Renguul | MF-04 |
| | | | | 09 | Taurus Kapwich | MF-05 |
| | | | | 10 | Jesse P. Aldan | MF-05 |
| 06 | Alfonso Oncho | A/T | D-4 | 11 | Dickson Cosmes | MF-05 |
| 07 | Davis Diaz | A/T | | | | MF-06 |
| | | | | 12 | Melvin Dela Cruz | MF-06 |
| | | | | 13 | Reynaldo Manila | MF-06 |
| 08 | Manabu Chizuwa | S/S | D-5 | | | MF-07 |
| 09 | James Ordellano | S/S | | 14 | Rodolfo Michelena | MF-07 |
| | | | | 15 | Hernest Otis | MF-07 |
| 10 | Mike Daikichy | Misd | D-6 | | | MF-08 |
| 11 | Michael Peter   ISO | A/T | | 16 | Pedro Luis R. Demapan | MF-08 |
| | | | | 17 | Dominic Hideo | MF-08 |
| | | | | | | MF-09 |
| | | | | 18 | Luis Babauta | MF-09 |
| 12 | Henry M. Sablan | A/T | D-7 | 19 | Santiago Cepeda | MF-09 |
| | | | | 20 | Oscar Babauta | MF-10 |
| | | | | 21 | Manuel K. Pangelinan | MF-10 |
| 13 | Mino Pnillip   ISOLATION | A/T | D-8 | 22 | Jesus N. Dowai | MF-11 |
| | | | | | | MF-11 |
| | | | | 23 | Mark Torres | MF-11 |
| 14 | Vincent Camacho | A/T | D-9 | 24 | Edgar Mendoza | MF-12 |
| | | | | 25 | Jose O. Borja | MF-12 |
| | | | | 26 | Vicent Norita | MF-12 |
| 15 | Aimiji Yoshio | S/S | D-10 | 27 | Alfred Aldan | MF-13 |
| 16 | Tarson T. Peter | A/T | | 28 | Anthony Magofna | MF-13 |
| | | | | 29 | David Diaz | MF-13 |
| | | | | 30 | Alexander Reyes Cana | MF-14 |
| 17 | Zhou Xu | S/S | D-11 | 31 | David Moses | MF-14 |
| 18 | Lin, Xing | A/T | | | | MF-14 |
| | | | | 32 | Joselito Castro | MF-15 |
| | | | | 33 | Michael Tesfour | MF-15 |
| | ... | ... | | 34 | ... | |
| 20 | Marco S. Fitial | S/S | D-12 | 35 | Carlo Malazarte | MF-16 |
| | | | | | | MF-16 |
| | | | | 36 | Nestor Dela Cruz | MF-16 |
| 21 | Franklin Cepeda | S/S | D-13 | 37 | Price Shoiter | MF-17 |
| | | | | 38 | Chang Da Liu   FED | MF-17 |
| | | | | 39 | Luo Fang   Misd. | MF-17 |
| | **CIVIL DETENTION** | | | 40 | Isaac Rengiil | MF-18 |
| 01 | Fu Yi Huang | INO | CD-1L | 41 | Francisco Tydingco | MF-18 |
| | | | CD-1U | 42 | Francisco A. Pua   A/T | MF-18 |
| | | | CD-2L | 43 | Jae Park   FED | MF-18 |
| | | | CD-2U | | | |
| 02 | Rogelio Malaca | INO | CD-3L | | | |
| | | | CD-3U | | | |
| | | | CD-4L | | **HOMEFURLOUGH** | |
| | | | CD-4U | | | |
| 03 | Carl Cabrera | FED | CD-5L | | | |
| | | | CD-5U | | | |
| 04 | Chen Wen Long | INO | CD-6L | | | |
| | | | CD-6U | | | |
| | | | COT | | | |
| | | | COT | | | |

**Supervisor:** Sgt. Pius Yaroitemal   **DATE:** 03/15/06   **Total:** 127

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Alpha"  **Time:** 0530-1730 hrs.  **Date:** 03/15/06

| MEDIUM SECURITY | | | CELL | NO | SPECIAL MANAGEMENT UNIT | |
|---|---|---|---|---|---|---|
| NO | NAME | | CELL | NO | NAME | C |
| 01 | Larry Aguilar | | MH-1 | | | |
| 02 | Jose O. Rabauliman | | | 01 | Raul Rocha    ISOLATION | S/S |
| 03 | Luis DLG. Camacho | | MH-2 | 02 | Akilino Elyeisar | |
| | | | | 03 | David Anthony Bamba | |
| 04 | Francisco R. Santos | A/T | MH-3 | | | |
| 05 | Ronald R. Kaipat | ISOLATION | | 04 | Michael Dodd | |
| 06 | Neildino S. Taisacan | ISOLATION | | | | |
| 07 | Moses Martin | | MH-4 | | | |
| 08 | Emilio P. Manahane | | | 05 | Jesse James B. Camacho | |
| 09 | Eric Lee Nekaifes | | MH-5 | | | |
| 10 | Lester Serilo | | | 06 | Dwayne M. Sibetang | |
| 11 | Joseph Emul | | MH-6 | 07 | Gerald C. Sablan   ISOLATION | A/T |
| 12 | Anthony P. Rios | | | | | |
| 13 | Alonzo S. Igisaiar | | MH-7 | NO | **INTAKE HOUSING** | |
| 14 | Jin Fu Lin | | | | **VISITATION ROOM #1** | |
| | | | | 01 | Johnny John | A/T |
| 15 | Mariano SN. Camacho | | MH-8 | | | |
| 16 | Pedro P. Cabrera | | MH-9 | | | |
| 17 | Shawn C. Appleby | | | | **VISITATION ROOM #2** | |
| 18 | George Cruz | | MH-10 | 01 | Jerry Ramon | A/T |
| 19 | Daniel Dela Cruz | A/T | | | | |
| 20 | Ignacio Cabrera | | MH-11 | | | |
| 21 | Miah, Mohammed | | | | **SUPERVISORS ROOM** | |
| 22 | Francisco R. Demapan | | MH-12 | 01 | Charlie K. Patris | FED |
| 23 | George Ilo | | | 02 | Eric Mafnas | FED |
| 24 | Ramon C. Blas | | MH-13 | | | |
| 25 | Daniel M. Delos Santos | | | | | |
| 26 | Steven R. Aguon | | MH-14 | | | |
| 27 | William Emil Wanket | A/T | | NO | **LIBRARY** | |
| 28 | Michael James S. Ada | | MH-15 | 01 | Joseph K. Sablan | Rule-5 |
| 29 | Marlon Martin | A/T | | 02 | Robert Manalo | @ Misd. |
| 30 | Gabriel Grothog | | MH-16 | 03 | Choi, Jong Bong | |
| 31 | Faustino Elias | | | | | |
| NO | **RSAT/FEMALE** | | CELL | | | |
| 01 | Yan Chen | A/T | R-1L | | | |
| | | | R-1U | | | |
| | | | R-1C/U | | | |
| | | | R-1C/L | | | |
| 02 | Yu Mei Ding | A/T | R-2L | | | |
| | | | R-2U | | | |
| 04 | Ru Mei Huang | A/T | R-2CU | | | |
| 05 | Liu Ya Jun | FED | R-3L | | | |
| | | | R-3U | NO | **NEW PRISON FACILITY** | |
| | | | R-3C/U | | | |
| 06 | Rita Sablan Noman | TR   S/S | R-3C/L | | | |
| 07 | Connie Omar | ISOLATION   S/S | R-4L | | | |
| | | | R-4U | | | |
| 08 | Hao Ying Mei Yu | S/S | R-5L | | | |
| | | | R-5U | | | |
| 09 | Yen Mei Ying | S/S | R-6L | NO | **Section "D" RSAT** | |
| 10 | Huang Zhou Ju | A/T | R-6U | 01 | Roman Agulto | |
| | | | COT | 02 | Vicente Kaipat | |
| | **VISITATION ROOM** | | | | | |
| | | | | 03 | Joe Atalig | |
| | | | | 04 | Nestor Taitano | |

**Supervisor:** Sgt. Pius Yaroitemal    **Date:** 03/15/06

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "CHARLIE"   **Time:** 0530-1730 hrs.   **Date:** 03/01/06

| NO | MEDIUM SECURITY NAME | | CELL | NO | SPECIAL MANAGEMENT UNIT NAME | |
|----|----------------------|---|------|----|------------------------------|---|
| 01 | Joaquin S. Peredo | | MH-1 | 01 | Gerald C. Sablan  ISOLATION | A/T |
| 02 | Jose O. Rabauliman | | | | | |
| 03 | Luis DLG. Camacho | | MH-2 | 02 | Akilino Elyeisar | |
| 04 | Francisco R. Santos | A/T | MH-3 | 03 | Michael Dodd | |
| 05 | Ronald R. Kaipat | ISOLATION | | | | |
| 06 | Neildino S. Taisacan | ISOLATION | | | | |
| 07 | Moses Martin | | MH-4 | 04 | Jesse James B. Camacho | |
| 08 | Emilio P. Manahane | | | | | |
| 09 | Eric Lee Nekaifes | | MH-5 | 05 | Dwayne M. Sibetang | |
| 10 | Lester Serilo | | | | | |
| 11 | Joseph Emul | | MH-6 | 06 | David Anthony Bamba | |
| 12 | Anthony P. Rios | | | | | |
| 13 | Alonzo S. Igisaiar | | MH-7 | NO | **INTAKE HOUSING** | |
| 14 | Jin Fu Lin | | | | VISITATION ROOM #1 | |
| 15 | Larry Aguilar | | MH-8 | 01 | Jerry Ramon | A/T |
| 16 | Daniel Dela Cruz | A/T | | | | |
| 17 | Pedro P. Cabrera | | MH-9 | | VISITATION ROOM #2 | |
| 18 | Shawn C. Appleby | | | | | |
| 19 | George Cruz | | MH-10 | 01 | Victor Sanchez | @TR. |
| 20 | Mariano SN. Camacho | | | | | |
| 21 | Ignacio Cabrera | | MH-11 | | | |
| 22 | Miah, Mohammed | | | | **SUPERVISORS ROOM** | |
| 23 | Francisco R. Demapan | ISOLATION | MH-12 | 01 | Charlie K. Patris | FED |
| 24 | George Ilo | | | 02 | Eric Mafnas | FED |
| 25 | Ramon C. Blas | | MH-13 | | | |
| 26 | Daniel M. Delos Santos | | | | | |
| 27 | Steven R. Aguon | | MH-14 | | | |
| 28 | William Emil Wanket | A/T | | NO | **LIBRARY** | |
| 29 | Michael James S. Ada | | MH-15 | 01 | Johnny, John | A/T |
| 30 | Marlon Martin | A/T | | 02 | Norris Omengkar | A/T |
| 31 | Gabriel Grothog | ISOLATION | MH-16 | 03 | Brian Romolor | @ Misd. (Domestic) |
| 32 | Faustino Elias | | | 04 | Tarson T. Peter | A/W |
| NO | **RSAT/FEMALE** | | CELL | | | |
| | | | R-1L | | | |
| | | | R-1U | | | |
| | | | R-1C/U | | | |
| 01 | Marilou Rama | INO | R-1C/L | | | |
| 02 | Joaquina P. Reyes | FED | R-2L | | | |
| | | | R-2CL | | | |
| | | | R-2CU | | | |
| 03 | Liu Ya Jun | FED | R-3L | | | |
| | | | R-3U | NO | **NEW PRISON FACILITY** | |
| | | | R-3C/U | | | |
| 04 | Rita Sablan Noman | Tr.  S/S | R-3C/L | | | |
| 05 | Connie Omar | S/S | R-4L | | | |
| | | | R-4U | | | |
| 06 | Hao Ying Mei Yu | S/S | R-5L | | | |
| | | | R-5U | | | |
| 07 | Yen Mei Ying | S/S | R-6L | NO | **Section "D" RSAT** | |
| 08 | Huang Zhou Ju | A/T | R-6U | 01 | Roman Agulto | |
| | | | COT | 02 | Vicente Kaipat | |
| | **VISITATION ROOM** | | | | | |
| 09 | Yan Chen  ISOLATION | A/T | | 03 | Joe Atalig | |
| | | | | 04 | Nestor Taitano | |

**Supervisor:** COIII Lee Camacho   **Date:** 03/01/06

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"   **Time:** 0530-1730 hrs.   **Date:** 03/01/06

| CENTRAL MALE DETENTION | | | MINIMUM SECURITY | | |
|---|---|---|---|---|---|
| NO | NAME OF PRETRIAL DETAINEES | | CELL | NO | NAME | C |
| 01 | Raul Rocha   ISOLATION   S/S | ISO | | | |
| | | | 01 | Joaquin P. Santos   Civil | MF- |
| | | | 02 | Young Ju Kwon   FED | MF- |
| 02 | Ignacio Ruan   A/T | D-1 | 03 | Romeo Bindadan   TR | MF- |
| | | | 04 | Joseph B. Pangelinan   Misd. | MF- |
| | | | 05 | Jeffrey Cabrera | MF- |
| 03 | Antonio C. Bernardo   S/S | | | | MF- |
| | | D-2 | 06 | Oscar Meeyog | MF- |
| | | | 07 | Eugene Repeki | MF- |
| | | | 08 | Chun Shan Xu | MF- |
| 04 | Frankie Basa   A/T | | 09 | Pedro Omar | MF- |
| 05 | Nupom Nupom   ISO   INO | D-3 | 10 | Hadley Renguul | MF- |
| | | | 11 | Taurus Kapwich | MF- |
| | | | 12 | Jesse P. Aldan | MF- |
| 06 | Alfonso Oncho   A/T | | 13 | Dickson Cosmes | MF- |
| 07 | Davis Diaz   A/T | D-4 | 14 | Juan B. Camacho | MF- |
| | | | 15 | Melvin Dela Cruz | MF- |
| | | | 16 | Reynaldo Manila | MF- |
| 08 | Manabu Chizuwa   S/S | | | | MF- |
| 09 | James Ordellano   S/S | D-5 | 17 | Rodolfo Michelena | MF- |
| | | | 18 | Hernest Otis | MF- |
| 10 | Mike Daikichy   Misd | | | | |
| 11 | Michael Peter   A/T | | 19 | Pedro Luis R. Demapan | MF- |
| | | D-6 | 20 | Dominic Hideo | MF- |
| | | | 21 | Luis Babauta | MF- |
| 12 | Daniel R. Johnny   S/S | | 22 | Santiago Cepeda | MF- |
| 13 | Henry M. Sablan   A/T | D-7 | | | |
| | | | | | MF- |
| | | | 23 | Oscar Babauta | MF- |
| 14 | Mino Pnillip   ISOLATION   A/T | D-8 | 24 | Manuel K. Pangelinan | MF- |
| 15 | Kfis K. Pino   A/T Misd. | | 25 | Jesus N. Dowai | MF- |
| 16 | George Chomoky   A/T | | 26 | Joe Sablan   TR | MF- |
| 17 | Vincent Camacho   A/T | | 27 | Mark Torres | MF- |
| | | D-9 | 28 | Edgar Mendoza | MF- |
| | | | 29 | Jose O. Borja | MF- |
| 18 | Aimiji Yoshio   A/T | | 30 | Vicent Norita | MF- |
| | | | 31 | Alfred Aldan | MF- |
| | | D-10 | 32 | Anthony Magofna | MF- |
| | | | 33 | David Diaz | MF- |
| 19 | Zhou Xu   S/S | | 34 | Alexander Reyes Cana | MF- |
| 20 | Lin, Xing   A/T | | 35 | David Moses | MF- |
| | | D-11 | | | MF- |
| | | | 36 | Josento Castro | MF- |
| 21 | Collier Ng. Siksei   A/T | | 37 | Michael Tesfour | MF- |
| 22 | Marco S. Fitial   S/S | | 38 | Isman Bokuku | MF- |
| | | D-12 | 39 | Carlo Malazarte | MF- |
| | | | 40 | Edwin Ponce | MF- |
| 23 | Franklin Cepeda   S/S | | 41 | Nestor Dela Cruz | MF- |
| 24 | Gary Lee C. Pangelinan   FED | D-13 | 42 | Price Shoiter | MF- |
| | | | 43 | Chang Da Liu   FED | MF- |
| **CIVIL DETENTION** | | | | | MF- |
| | | CD-1L | 44 | Isaac Rengiil | MF- |
| 01 | Fu Yi Huang   INO | CD-1U | 45 | Francisco Tydingco | MF- |
| | | CD-2L | 46 | Francisco A. Pua   A/T | MF- |
| | | CD-2U | 47 | Jae Park   FED | MF- |
| | | CD-3L | | | |
| | | CD-3U | | | |
| | | CD-4L | | **HOMEFURLOUGH** | |
| | | CD-4U | | | |
| 02 | Carl Cabrera   FED | CD-5L | | | |
| | | CD-5U | | | |
| | | CD-6L | | | |
| | | CD-6U | | | |
| 03 | Chen Wen Long   FED | COT | | | |
| | | COT | | | |

**Supervisor:** COIII Lee Camacho   **DATE:** 03/01/06   **Total:** 133

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"     **Time:** 0530-17:30 hrs.     **Date:** 02/15/06

| MEDIUM SECURITY | | | CELL | SPECIAL MANAGEMENT UNIT | | |
|---|---|---|---|---|---|---|
| NO | NAME | | | NO | NAME | C |
| | | | MH-1 | 01 | Gerald Sablan    ISOLATION    A/T | |
| 01 | Luis Camacho | | MH-2 | 02 | Akilino Elyeisar | |
| 02 | Francisco Santos | A/T | MH-3 | 03 | Michael Dodd | |
| 03 | Neildino Taisacan | | | | | |
| 04 | Moses Martin | | MH-4 | | | |
| 05 | Emilio Manahane | | | 04 | Jesse James Camacho | |
| 06 | Eric Lee Nekaifes | | MH-5 | | | |
| 07 | Lester Serilo | | | 05 | Dwayne Sibetang | |
| 08 | Joseph Emul | | MH-6 | 06 | David Bamba | |
| 09 | Anthony Rios | | | | | |
| 10 | Alonzo Igisaiar | | MH-7 | NO | **INTAKE HOUSING** | |
| 11 | Jin Fu Lin | | | | **VISITATION ROOM #1** | |
| 12 | Larry Aguilar | | MH-8 | 01 | Jerry Ramon | A/T |
| 13 | Daniel Dela Cruz | A/T | | | | |
| 14 | Pedro Cabrera | | MH-9 | | | |
| 15 | Shawn Appleby | | | | **VISITATION ROOM #2** | |
| 16 | George Cruz | | MH-10 | 01 | John Guerrero | @ A/W |
| 17 | Mariano SN. Camacho | | | | | |
| 18 | Ignacio Cabrera | | MH-11 | | | |
| 19 | Miah, Mohammed | | | | **SUPERVISORS ROOM** | |
| 20 | Jose Rabauliman | | MH-12 | 01 | Charlie Patris | FED |
| 21 | George Ilo | | | 02 | Eric Mafnas | FED |
| 22 | Ramon Blas    ISOLATION | | MH-13 | | | |
| 23 | Daniel Delos Santos | | | | | |
| 24 | Steven Aguon | | MH-14 | | | |
| 25 | William Wanket | A/T | | NO | **LIBRARY** | |
| 26 | Michael Ada | | MH-15 | 01 | Johnny, John | A/T |
| 27 | Marlon Martin | A/T | | 02 | Kfis Pino | A/T Misd. |
| 28 | Joaquin S. Peredo | | MH-16 | 03 | Alex Laniyo | A/T Misd. |
| 29 | Faustino Elias | | | | | |
| NO | **RSAT/FEMALE** | | CELL | | | |
| 01 | Yan Chen    ISOLATION | A/T | R-1L | | | |
| | | | R-1U | | | |
| | | | R-1C/U | | | |
| | | | R-1C/L | | | |
| 02 | Joaquina P. Reyes | FED | R-2L | | | |
| | | | R-2U | | | |
| 03 | Liu Ya Jun | FED | R-3L | | | |
| | | | R-3U | | | |
| | | | R-3C/U | | | |
| 04 | Geneveva Lee | S/S | R-3C/L | NO | **NEW PRISON FACILITY** | |
| 05 | Consolacion Omar | S/S | R-4L | 01. | Ambrosio Ogomuro | A/T |
| | | | R-4U | | | |
| 06 | Hao Ying Mei Yu | S/S | R-5L | | | |
| | | | R-5U | | | |
| 07 | Yen Mei Ying | S/S | R-6L | | | |
| 08 | Huang Zhou Ju | A/T | R-6U | | | |
| | | | COT | NO | **Section "D" RSAT** | C |
| | | | | 01 | Roman Agulto | |
| | | | | 02 | Vicente Kaipat | |
| | **VISITATION ROOM** | | | 03 | Joe Atalig | |
| | | | | 04 | Nestor Taitano | |

**Supervisor:** COIII Regina Pangelinan     **Date:** 02/15/06

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Charlie"  **Time:** 0530-17:30 hrs.  **Date:** 2/15/06

| NO | CENTRAL MALE DETENTION – NAME OF PRETRIAL DETAINEES | | CELL | NO | MINIMUM SECURITY – NAME | | CELL |
|---|---|---|---|---|---|---|---|
| 01 | Raul Rocha | ISOLATION S/S | ISO | 01 | Francisco Demapan | | MF-01 |
| | | | | 02 | Jose Aldan | FED | MF-01 |
| | | | | 03 | Young Ju Kwon | FED | MF-01 |
| 02 | Ignacio Ruan | A/T | D-1 | 04 | Romeo Bindadan | TR | MF-02 |
| | | | | | | | MF-02 |
| | | | | 05 | Jeffrey Cabrera | | MF-02 |
| 03 | Manabu Chizuwa | S/S | | 06 | Ronald Kaipat | | MF-03 |
| | | | D-2 | 07 | Oscar Meeyog | | MF-03 |
| | | | | 08 | Eugene Repeki | | MF-03 |
| | | | | 09 | Chun Shan Xu | | MF-04 |
| | | | | 10 | Pedro Omar | | MF-04 |
| 04 | Ties Sachuo | A/T | D-3 | 11 | Hadley Renguul | | MF-04 |
| 05 | Wang Yang | FED | | 12 | Taurus Kapwich | | MF-05 |
| | | | | 13 | Jesse P. Aldan | | MF-05 |
| | | | | 14 | Dickson Cosmes | | MF-05 |
| 06 | Alfonso Oncho | A/T | D-4 | 15 | Melvin Dela Cruz | | MF-06 |
| 07 | Davis Diaz | A/T | | 16 | Reynaldo Manila | | MF-06 |
| | | | | | | | MF-06 |
| 08 | James Ordellano | ISOLATION S/S | D-5 | 17 | Rodolfo Michelena | | MF-07 |
| | | | | 18 | Hernest Otis | | MF-07 |
| | | | | | | | MF-07 |
| | | | | 19 | Pedro Demapan | | MF-08 |
| 09 | Michael Peter | A/T | D-6 | 20 | Dominic Hideo | | MF-08 |
| | | | | | | | MF-08 |
| 10 | Mike Daikichy | Misd | | 21 | Luis Babauta | | MF-09 |
| 11 | Daniel R. Johnny | S/S | | 22 | Gabriel Grothog | | MF-09 |
| 12 | Henry M. Sablan | ISOLATION A/T | D-7 | 23 | Santiago Cepeda | | MF-09 |
| | | | | | | | MF-10 |
| | | | | 24 | Oscar Babauta | | MF-10 |
| 13 | Mino Pnillip | ISOLATION A/T | D-8 | 25 | Manuel Pangelinan | | MF-10 |
| 14 | Antonio Bernardo | S/S | | 26 | Jesus N. Dowai | | MF-11 |
| 15 | George Chomoky | A/T | | 27 | Joe Sablan | TR | MF-11 |
| 16 | Vincent Camacho | A/T | D-9 | 28 | Mark Torres | | MF-11 |
| | | | | 29 | Edgar Mendoza | | MF-12 |
| | | | | 30 | Jose Borja | | MF-12 |
| | | | | 31 | Vicent Norita | | MF-12 |
| 17 | Aimiji Yoshio | A/T | | 32 | Alfred Aldan | | MF-13 |
| 18 | Alexander Cana | A/T | D-10 | 33 | Anthony Magofna | | MF-13 |
| | | | | 34 | David Diaz | | MF-13 |
| 19 | Lin, Xing | A/T | | 35 | Pedro S. Igisomar | Civil | MF-14 |
| 20 | Zhou Xu | S/S | D-11 | 36 | David Moses | | MF-14 |
| | | | | 37 | Frankie Basa | A/T | MF-14 |
| | | | | 38 | Joselito Castro | | MF-15 |
| | | | | 39 | Michael Tesfour | | MF-15 |
| 21 | Collier Ng. Siksei | A/T | | 40 | Isman Bokuku | | MF-15 |
| 22 | Marco Fitial | S/S | D-12 | 41 | Carlo Malazarte | | MF-16 |
| | | | | 42 | Edwin Ponce | | MF-16 |
| 23 | John B Camacho | A/T | | 43 | Nestor Dela Cruz | | MF-16 |
| 24 | Franklin Cepeda | S/S | D-13 | 44 | Price Shoiter | | MF-17 |
| | | | | 45 | Chang Da Liu | FED | MF-17 |
| | **CIVIL DETENTION** | | | | | | MF-17 |
| | | | CD-1L | 46 | Isaac Rengiil | | MF-18 |
| 01 | Fu Yi Huang | INO | CD-1U | 47 | Francisco Tydingco | | MF-18 |
| 02 | Yi Gen Yang | FED | CD-2L | 48 | Francisco A. Pua | A/T | MF-18 |
| 03 | Rong Hua Li | FED | CD-2U | 49 | Jae Park | FED | MF-18 |
| | | | CD-3L | | | | |
| 04 | Jin Jin Huang | FED | CD-3U | | | | |
| | | | CD-4L | | **HOMEFURLOUGH** | | |
| | | | CD-4U | | | | |
| 05 | Carl Cabrera | FED | CD-5L | | | | |
| 06 | Nupom Nupom | INO | CD-5U | | | | |
| 07 | Nan Sheng Cai | FED | CD-6L | | | | |
| 08 | Rui Ming Xiao | FED | CD-6U | | | | |
| 09 | Chen Wen Long | FED | COT | | | | |
| | | | COT | | | | |

**Supervisor:** COIII Regina Pangelinaa          **DATE:** 02/15/06

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Bravo"  **Time:** 0530-1730 hrs.  **Date:** 2/1/06

| \# | MEDIUM SECURITY NAME | | CELL | \# | SPECIAL MANAGEMENT UNIT NAME | | CF |
|---|---|---|---|---|---|---|---|
| | | | MH-1 | 01 | Gerald Sablan | ISOLATION A/T | B |
| 01 | Luis Camacho | | MH-2 | 02 | Akilino Elveisar | A/T | B |
| 02 | Francisco Santos | A/T | MH-3 | | | | |
| 03 | Neildino Taisacan | | | 03 | Michael Dodd | | B |
| 04 | Moses Martin | | MH-4 | | | | |
| 05 | Emilio Manahane | | | 04 | Jesse James Camacho | | B |
| 06 | Eric Lee Nekaifes | | | | | | |
| 07 | Lester Serilo | | MH-5 | 05 | Dwayne Sibetang | | |
| | | | MH-6 | 06 | David Bamba | | B |
| 08 | Anthony Rios | | | | | | B |
| 09 | Alonzo Igisaiar | | MH-7 | NO | | | |
| 10 | Jin Fu Lin | | | | VISITATION ROOM #1 | | |
| 11 | Larry Aguilar | | | 01 | Jerry Ramon | A/T | |
| 12 | Daniel Dela Cruz | A/T | MH-8 | | | | |
| 13 | Pedro Cabrera | | MH-9 | | | | |
| 14 | Shawn Appleby | | | | VISITATION ROOM #2 | | |
| 15 | George Cruz | | MH-10 | 01 | Lee Poch | A/T | |
| 16 | Mariano SN. Camacho | | | | | | |
| 17 | Ignacio Cabrera | | MH-11 | | | | |
| 18 | Miah, Mohammed | | | | SUPERVISORS ROOM | | |
| 19 | Jose Rabauliman | | MH-12 | 01 | Charlie Patris | FED | |
| 20 | George Ilo | | | 02 | Eric Mafnas | FED | |
| | | | MH-13 | | | | |
| 21 | Daniel Delos Santos | | | | | | |
| 22 | Steven Aguon | | MH-14 | | | | |
| 23 | William Wanket | A/T | | NO | LIBRARY | | |
| 24 | Michael Ada | | MH-15 | 01 | Johnny, John | A/T | |
| 25 | Marlon Martin | A/T | | 02 | John B Camacho | A/W | |
| 26 | Joaquin S. Peredo | | MH-16 | 03 | Albert Sana | B/W | |
| 27 | Faustino Elias | | | 04 | Ronnie Aguon | B/W Civil | |
| NO | | | CELL | 05 | Diego Okaruru | B/W Civil | |
| 01 | Yan Chen | A/T | R-1L | 06 | Tuesy Roberto | @ Misd. | |
| 02 | Xu Shui Ying | INO | R-1U | | | | |
| 03 | Joaquina P. Reyes | FED | R-2L | | | | |
| 04 | Gu Sheng Yan | INO | R-2U | | | | |
| 05 | Jessica Jean Castro | Fed | R-3L | | | | |
| 06 | Shui Zhen Xiao | INO | R-3U | | | | |
| 07 | Consolacion Omar | S/S | R-4L | | | | |
| 08 | Liu Ya Jun | FED | R-4U | | | | |
| 09 | Hao Ying Mei Yu | S/S | R-5L | | | | |
| 10 | Han Ying Qian | INO | R-5U | | | | |
| 11 | Yen Mei Ying | S/S | R-6L | | | | |
| 12 | Huang Zhou Ju | A/T | R-6U | | | | |
| | | | | NO | Section "D" RSAT | | CF |
| | | | | 01 | Roman Agulto | | H |
| | VISITATION ROOM | | | 02 | Vicente Kaipat | | H |
| 13 | Liona Enriquez | A/T Misd. | | | | | H |
| | HOME FURLOUGH | | | | | | H |
| | | | | 03 | Joe Atalig | | H |
| | | | | 04 | Nestor Taitano | | H |

**Supervisor:** COIII Stanley Patris  **Date:** 02/1/06

**DEPARTMENT OF CORRECTIONS**
**INMATE / DETAINEE CELL ASSIGNMENT**

Shift: "Bravo"     Time: 0530-1730 hrs.     Date: 2/1/06

| CENTRAL MALE DETENTION ||||| MINIMUM SECURITY |||
|---|---|---|---|---|---|---|---|
| NO | NAME OF PRETRIAL DETAINEES || CELL | NO | NAME || CELL |
| 01 | Raul Rocha | ISOLATION S/S | ISO | 01 | Francisco Demapan || MF-01 A |
|  |  |  |  | 02 | Jose Aldan | FED | MF-01 B |
|  |  |  |  |  |  |  | MF-01 C |
| 02 | Ignacio Ruan | A/T | D-1 | 03 | Dominic Remellik | TR | MF-02 D |
|  |  |  |  |  |  |  | MF-02 E |
|  |  |  |  | 04 | Jeffrey Cabrera || MF-02 F |
| 03 | Manabu Chizuwa | S/S |  | 05 | Ronald Kaipat || MF-03 A |
|  |  |  | D-2 | 06 | Oscar Meeyog || MF-03 B |
|  |  |  |  | 07 | Eugene Repeki || MF-03 C |
|  |  |  |  | 08 | Chun Shan Xu || MF-04 A |
|  |  |  |  | 09 | Pedro Omar || MF-04 B |
| 04 | James Ordellano | ISOLATION S/S | D-3 | 10 | Hadley Renguul || MF-04 C |
| 05 | Leo Iskawa | A/T |  | 11 | Taurus Kapwich || MF-05 A |
|  |  |  |  |  |  |  | MF-05 B |
|  |  |  |  | 12 | Dickson Cosmes || MF-05 C |
| 06 | John Guerrero | A/T | D-4 | 13 | Melvin Dela Cruz || MF-06 D |
| 07 | Davis Diaz | A/T |  | 14 | Reynaldo Manila || MF-06 E |
| 08 | Mino Pnillip | ISOLATION A/T |  |  |  |  | MF-06 F |
| 09 | Miller P. John | A/T Misd. | D-5 | 15 | Rodolfo Michelena || MF-07 A |
| 10 | Ties Sachuo | A/T |  | 16 | Hernest Otis || MF-07 B |
|  |  |  |  | 17 | Ramon Blas || MF-07 C |
|  |  |  |  | 18 | Pedro Demapan || MF-08 D |
| 11 | Michael Peter | A/T | D-6 | 19 | Dominic Hideo || MF-08 E |
| 12 | Alfonso Oncho | A/T |  |  |  |  | MF-08 F |
| 13 | Mike Daikichy | Misd |  | 20 | Luis Babauta || MF-09 A |
| 14 | Franklin Cepeda | S/S |  | 21 | Gabriel Grothog || MF-09 B |
| 15 | Alexander Cana | A/T | D-7 | 22 | Santiago Cepeda || MF-09 C |
|  |  |  |  |  |  |  | MF-10 D |
|  |  |  |  | 23 | Oscar Babauta || MF-10 E |
| 16 | Nixon Hartman | A/T | D-8 | 24 | Manuel Pangelinan || MF-10 F |
| 17 | Antonio Bernardo | S/S |  | 25 | Jesus N. Dowai || MF-11 A |
| 18 | George Chomoky | A/T |  | 26 | Roland DIguerrero | TR | MF-11 B |
| 19 | Vincent Camacho | A/T | D-9 | 27 | Mark Torres || MF-11 C |
|  |  |  |  | 28 | Edgar Mendoza || MF-12 D |
|  |  |  |  | 29 | Jose Borja || MF-12 E |
|  |  |  |  | 30 | Vicent Norita || MF-12 F |
| 20 | Aimiji Yoshio | A/T |  |  |  |  | MF-13 A |
| 21 | John Calcena | A/T | D-10 | 31 | Anthony Magofna || MF-13 B |
|  |  |  |  | 32 | David Diaz || MF-13 C |
| 22 | Lin, Xing | A/T |  |  |  |  | MF-14 D |
|  |  |  | D-11 | 33 | David Moses || MF-14 E |
| 23 | Zhou Xu | S/S |  | 34 | Frankie Basa | A/T | MF-14 F |
|  |  |  |  | 35 | Joselito Castro || MF-15 A |
|  |  |  |  | 36 | Michael Tesfour || MF-15 B |
| 24 | Collier Nu. Sikoai | A/T |  | 37 | Alfred Aldan ||  |
| 25 | Marco Fitial | S/S | D-12 | 38 | Carlo Malazarte || MF-16 D |
|  |  |  |  | 39 | Edwin Ponce || MF-16 E |
|  |  |  |  | 40 | Nestor Dela Cruz || MF-16 F |
| 26 | Daniel R. Johnny | S/S | D-13 | 41 | Price Shoiter | ISOLATION | MF-17 A |
| 27 | Henry M. Sablan | ISOLATION A/T |  | 42 | Chang Da Liu | FED | MF-17 B |
|  |  |  |  | 43 | Wang Yang | FED | MF-17 C |
| 01 | Carl Cabrera | FED | CD-1L | 44 | Isman Bokuku || MF-18 D |
| 02 | Yi Gen | INO | CD-1U | 45 | Isaac Rengiil || MF-18 E |
| 03 | Wang Zhen Xu | INO | CD-2L | 46 | Francisco Tydigco || MF-18 F |
| 04 | Wen Ye He | INO | CD-2U | 47 | Francisco A. Pua | A/T | MF-18 G |
| 05 | Hang Wei | INO | CD-3L |  |  |  |  |
| 06 | Rui Ming Xiao | INO | CD-3U |  |  |  |  |
| 07 | Liu Yue Qi | INO | CD-4L |  |  |  |  |
| 08 | Fu Yi Huang | INO | CD-4U |  |  |  |  |
| 09 | Nan Sheng Cai | INO | CD-5L |  |  |  |  |
| 10 | Rong Hua Li | INO | CD-5U |  |  |  |  |
| 11 | Nupom Nupom | INO | CD-6L |  |  |  |  |
| 12 | Jin Jin Huang | FED | CD-6U |  |  |  |  |
| 13 | Park, Jae | FED | CD-7L |  |  |  |  |
| 14 | Young Ju Kwon | FED | CD-7U |  |  |  |  |
| 15 | Wen Long Chen | INO | CD-8L |  |  |  |  |
| 16 | Rogelio Batas | INO | CD-8U |  |  |  |  |

Supervisor: COIII Stanley Patris     DATE: 2/1/06

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "ALPHA"   **Time:** 0530-1730 hrs.   **Date:** 01/15/06

| \multicolumn{3}{c|}{CENTRAL MALE DETENTION} | \multicolumn{3}{c}{MINIMUM SECURITY} | |
|---|---|---|---|---|---|
| NO | NAME OF PRETRIAL DETAINEES | CELL | NO | NAME | C |
| 01 | Raul Rocha    ISOLATION    S/S | ISO | 01 | Francisco Demapan | MF- |
|  |  |  | 02 | Jose Aldan    FED | MF- |
|  |  |  |  |  | MF- |
| 02 | Ignacio Ruan    A/T | D-1 |  |  | MF- |
|  |  |  |  |  | MF- |
|  |  |  | 03 | Jeffrey Cabrera | MF- |
| 03 | Manabu Chizuwa    S/S |  | 04 | Ronald Kaipat | MF- |
| 04 | Marvin Tewid    A/T | D-2 | 05 | Oscar Meeyog | MF- |
|  |  |  | 06 | Eugene Repeki | MF- |
|  |  |  | 07 | Chun Shan Xu | MF- |
| 05 | Gerald Sablan    A/T |  | 08 | Pedro Omar | MF- |
| 06 | John Guerrero    A/T | D-3 | 09 | Hadley Renguul | MF- |
|  |  |  | 10 | Taurus Kapwich | MF- |
|  |  |  |  |  | MF- |
|  |  |  | 11 | Dickson Cosmes | MF- |
| 07 | James Ordellano    S/S | D-4 | 12 | Melvin Dela Cruz | MF- |
| 08 | Davis Diaz    A/T |  | 13 | Reynaldo Manila | MF- |
| 09 | Mino Pnillip    A/T |  | 14 | Juanito Tiamzon    TR | MF- |
| 10 | Jake Ito    A/T Parole | D-5 | 15 | Rodolfo Michelena | MF- |
|  |  |  | 16 | Hernest Otis | MF- |
|  |  |  | 17 | Ramon Blas | MF- |
|  |  |  | 18 | Pedro Demapan | MF- |
| 11 | Michael Peter    A/T | D-6 | 19 | Dominic Hideo | MF |
|  |  |  | 20 | Rodrigo Quillope    TR | MF |
| 12 | Mike Daikichy    Misd |  | 21 | Luis Babauta | MF- |
| 13 | Francisco A. Pua    A/T |  | 22 | Gabriel Grothog | MF- |
| 14 | Alexander Cana    A/T | D-7 | 23 | Rodel Capati    TR | MF- |
|  |  |  |  |  | MF- |
|  |  |  | 24 | Oscar Babauta | MF |
| 15 | Nixon Hartman    A/T | D-8 | 25 | Manuel Pangelinan | MF |
| 16 | Antonio Bernardo    A/T |  | 26 | Jesus N. Dowai | MF- |
| 17 | George Chomoky    A/T |  | 27 | Roland Dlguerrero    TR | MF- |
| 18 | Vincent Camacho    A/T | D-9 | 28 | Mark Torres | MF |
|  |  |  | 29 | Edgar Mendoza | MF |
|  |  |  | 30 | Jose Borja | MF- |
| 19 | Seiiichi B. Aoki    A/T |  | 31 | Vicent Norita | MF- |
| 20 | Aimiji Yoshio    A/T | D-10 | 32 | Brian Lizama    TR | MF |
|  |  |  | 33 | Anthony Magofna | MF- |
|  |  |  | 34 | David Diaz | MF |
|  |  |  |  |  | MF- |
| 21 | Lin, Xing    A/T |  | 35 | David Moses | MF |
|  |  | D-11 | 36 | Frankie Basa    A/T | MF |
| 22 | Zhou Xu    S/S |  | 37 | Joselito Castro | MF |
|  |  |  | 38 | Michael Testour | MF |
| 23 | Collier Ng. Siksei    A/T |  | 39 | Alfred Aldan | MF |
| 24 | Marco Fitial    S/S | D-12 | 40 | Carlo Malazarte | MF |
|  |  |  | 41 | Edwin Ponce | MF |
| 25 | Franklin Cepeda    S/S |  | 42 | Nestor Dela Cruz | MF |
| 26 | Daniel R. Johnny    S/S | D-13 | 43 | Price Shoiter | MF |
| 27 | Henry M. Sablan    A/T |  | 44 | Chang Da Liu    FED | MF |
|  |  |  | 45 | Wang Yang    FED | MF |
| 01 | Carl Cabrera    FED | CD-1L | 46 | Isman Bokuku | MF |
| 02 | Yi Gen    INO | CD-1U | 47 | Isaac Rengiil | MF |
| 03 | Wang Zhen Xu    INO | CD-2L | 48 | Francisco Tydigco | MF |
| 04 | Wen Ye He    INO | CD-2U |  |  |  |
| 05 | Hang Wei    INO | CD-3L |  |  |  |
| 06 | Rui Ming Xiao    INO | CD-3U |  |  |  |
| 07 | Yao Qi Liu    INO | CD-4L |  |  |  |
| 08 | Fu Yi Huang    INO | CD-4U | 49 | Mitchell Duenas |  |
| 09 | Nan Sheng Cai    INO | CD-5L | 50 | Santiago Cepeda |  |
| 10 | Rong Hua Li    INO | CD-5U |  |  |  |
| 11 | Nupom Nupom    INO | CD-6L |  |  |  |
| 12 | Jin Jin Huang    FED | CD-6U |  |  |  |
| 13 | Park, Jae    FED | CD-7L |  |  |  |
| 14 | Young Ju Kwon    FED | CD-7U |  |  |  |
| 15 | Guo Bang Liang    INO | CD-8L |  |  |  |

**Supervisor:** COIII Thomas Muna                              **DATE:** 01/15/06

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "ALPHA"  **Time:** 0530-1730 hrs.  **Date:** 01/15/06

| NO | MEDIUM SECURITY NAME | | CELL | NO | SPECIAL MANAGEMENT UNIT NAME | |
|---|---|---|---|---|---|---|
| 01 | Michael Ada | | MH-1 | 01 | David Bamba | |
| 02 | Jin Fu Lin | | MH-2 | 02 | Akilino Elyeisar | A/T |
| 03 | Francisco Santos | A/T | MH-3 | 03 | Michael Dodd | |
| 04 | Neildino Taisacan | | | | | |
| 05 | Moses Martin | | MH-4 | | | |
| 06 | Emilio Manahane | | | 04 | Jesse James Camacho | |
| 07 | Eric Lee Nekaifes | | MH-5 | 05 | Dwayne Sibetang | |
| 08 | Lester Serilo | | | | | |
| 09 | Anthony Rios | | MH-6 | 06 | Luis Camacho | |
| 10 | Cheyenne Sablan | | | | | |
| 11 | Alonzo Igisaiar | | | NO | | |
| 12 | Ignacio Cabrera | | | | **VISITATION ROOM #1** | |
| 13 | Larry Aguilar | | | 01 | Jerry Ramon | A/T |
| 14 | Daniel Dela Cruz | A/T | MH-8 | | | |
| 15 | Pedro Cabrera | | | | | |
| 16 | Shawn Appleby | | | | **VISITATION ROOM #2** | |
| 17 | George Cruz | | MH-10 | 01 | Lee Poch | A/T |
| 18 | Mariano SN. Camacho | | | | | |
| | | | MH-11 | | | |
| 19 | Miah, Mohammed | | | | **SUPERVISORS ROOM** | |
| 20 | Jose Rabauliman | | MH-12 | 01 | Charlie Patris | FED |
| 21 | George Ilo | | | 02 | Eric Mafnas | FED |
| | | | MH-13 | | | |
| 22 | Daniel Delos Santos | | | | | |
| 23 | Steven Aguon | | MH-14 | | | |
| 24 | William Wanket | A/T | | NO | | |
| | | | MH-15 | 01 | Johnny, John | A/T |
| 25 | Marlon Martin | A/T | | 02 | Alfonso Oncho | A/T |
| 26 | Joaquin S. Peredo | | MH-16 | 03 | Petner Paul | A/T |
| 27 | Faustino Elias | | | 04 | Miller P. John | A/T Misd. |
| NO | | | CELL | 05 | Roger Castillo | Civil A/T |
| 01 | Yan Chen | A/T | R-1L | 06 | George Teregeyo | A/T |
| 02 | Xu Shui Ying | INO | R-1U | 07 | Roman V. Cabrera Jr. | @ Misd (Domestic) |
| 03 | Joaquina P. Reyes | FED | R-2L | 08 | MD Amin | @ Misd (Domestic) |
| 04 | Gu Sheng Yan | INO | R-2U | | | |
| 05 | Liu Ya Jun | FED | R-3L | | | |
| 06 | Shui Zhen Xiao | INO | R-3U | | | |
| 07 | Consolacion Omar | S/S | R-4L | | | |
| | | | R-4U | | | |
| 08 | Hao Ying Mei Yu | S/S | R-5L | | | |
| 09 | Han Ying Qian | INO | R-5U | | | |
| 10 | Yen Mei Ying | S/S | R-6L | | | |
| 11 | Huang Zhou Ju | A/T | R-6U | | | |
| | | | | NO | | |
| | | | | 01 | Roman Agulto | |
| | | | | 02 | Vicente Kaipat | |
| | | | | 03 | Joe Atalig | |
| | | | | 04 | Nestor Taitano | |

**Supervisor:** COIII Thomas Muna                  **Date:** 01/15/06

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

Shift: "Charlie"     Time: 0530-1730 hrs.     Date: 01/01/06

| NO | CENTRAL MALE DETENTION - NAME OF PRETRIAL DETAINEES | | CELL | NO | MINIMUM SECURITY - NAME | | CE |
|---|---|---|---|---|---|---|---|
| 01 | Raul Rocha | | ISO | 01 | Francisco Demapan | | MF-0 |
|   |   |   |   | 02 | Christopher Sablan | Civil | MF-0 |
|   |   |   |   |   |   |   | MF-0 |
| 02 | Ignacio Ruan | A/T | D-1 |   |   |   | MF-0 |
|   |   |   |   |   |   |   | MF-0 |
|   |   |   |   | 03 | Jeffrey Cabrera |   | MF-0 |
| 03 | Manabu Chizuwa |   |   | 04 | Ronald Kaipat |   | MF-0 |
| 04 | Marvin Tewid | A/T | D-2 | 05 | Oscar Meeyog |   | MF-0 |
|   |   |   |   | 06 | Eugene Repeki |   | MF-0 |
|   |   |   |   | 07 | Chun Shan Xu |   | MF-0 |
| 05 | Gerald Sablan   ISOLATION | A/T |   | 08 | Pedro Omar |   | MF-0 |
|   |   |   | D-3 | 09 | Hadley Renguul |   | MF-0 |
|   |   |   |   | 10 | Taurus Kapwich |   | MF-0 |
|   |   |   |   |   |   |   | MF-05 |
|   |   |   |   | 11 | Dickson Cosmes |   | MF-05 |
| 06 | James Ordellano |   | D-4 | 12 | Melvin Dela Cruz |   | MF-06 |
| 07 | Davis Diaz | A/T |   | 13 | Reynaldo Manila |   | MF-06 |
| 08 | Mino Pnillip | A/T |   |   |   |   | MF-06 |
| 09 | Carlos N. Dowai | A/T | D-5 | 14 | Rodolfo Michelena |   | MF-07 |
|   |   |   |   | 15 | Hernest Otis |   | MF-07 |
|   |   |   |   | 16 | Ramon Blas |   | MF-07 |
|   |   |   |   | 17 | Pedro Demapan |   | MF-08 |
| 09 | Michael Peter | A/T | D-6 | 18 | Dominic Hideo |   | MF-08 |
| 10 | Antonio Bernardo | A/T |   |   |   |   | MF-08 |
| 11 | Mike Daikichy | Misd |   | 19 | Luis Babauta |   | MF-09 |
| 12 | Francisco A. Pua | A/T |   | 20 | Gabriel Grothog |   | MF-09 |
| 13 | Alexander Cana | A/T | D-7 |   |   |   | MF-09 |
|   |   |   |   |   |   |   | MF-10 |
|   |   |   |   | 21 | Oscar Babauta |   | MF-10 |
| 14 | Nixon Hartman | A/T | D-8 | 22 | Manuel Pangelinan |   | MF-10 |
| 15 | Marco Fitial |   |   | 23 | Jesus N. Dowai |   | MF-11 |
| 16 | George Chomoky | A/T |   |   |   |   | MF-11 |
| 17 | Vincent Camacho | A/T |   | 24 | Mark Torres |   | MF-11 |
|   |   |   | D-9 | 25 | Edgar Mendoza |   | MF-12 |
|   |   |   |   | 26 | Jose Borja |   | MF-12 |
|   |   |   |   | 27 | Vicent Norita |   | MF-12 |
| 19 | Aimiji Yoshio | A/T |   |   |   |   | MF-13 |
| 20 | Rogelio Deducin | A/T | D-10 | 28 | Anthony Magofna |   | MF-13 |
|   |   |   |   | 29 | David Diaz |   | MF-13 |
|   |   |   |   |   |   |   | MF-14 |
| 21 | Xiao Jun Dai | FED |   | 30 | David Moses |   | MF-14 |
| 22 | Zhou Xu |   | D-11 | 31 | Frankie Basa | A/T | MF-14 |
|   |   |   |   | 32 | Joselito Castro |   | MF-15 |
|   |   |   |   | 33 | Michael Tesfour |   | MF-15 |
| 23 | Collier Ng. Siksei | A/T |   | 34 | Alfred Aldan |   | MF-15 |
| 24 | Jake Ito | A/T Misd | D-12 | 35 | Carlo Malazarte |   | MF-16 |
| 25 | Jordan Tudela | A/T Misd |   | 36 | Edwin Ponce |   | MF-16 |
| 26 | Franklin Cepeda |   |   | 37 | Nestor Dela Cruz |   | MF-16 |
| 27 | Daniel R. Johnny | S/S | D-13 | 38 | Price Shoiter |   | MF-17 |
| 28 | Henry M. Sablan | A/T |   | 39 | Chang Da Liu | FED | MF-17 |
|   |   |   |   | 40 | Vincent B. Pangelinan | TR | MF-17 |
| 01 | Carl Cabrera | FED | CD-1L | 41 | Isman Bokuku |   | MF-18 |
| 02 | Yi Gen | INO | CD-1U | 42 | Isaac Rengiil |   | MF-18 |
| 03 | Wang Zhen Xu | INO | CD-2L | 43 | Francisco Tydigco |   | MF-18 |
| 04 | Wen Ye He | INO | CD-2U |   |   |   |   |
| 05 | Hang Wei | INO | CD-3L | 44 | Jose Aldan |   |   |
| 06 | Rui Ming Xiao | INO | CD-3U | 45 | Santiago Cepeda |   |   |
| 07 | Yao Qi Liu | INO | CD-4L |   |   |   |   |
| 08 | Fu Yi Huang | INO | CD-4U |   |   |   |   |
| 09 | Nan Sheng Cai | INO | CD-5L |   |   |   |   |
| 10 | Rong Hua Li | INO | CD-5U |   |   |   |   |
| 11 | Nupom Nupom | INO | CD-6L |   |   |   |   |
| 12 | Jin Jin Huang | FED | CD-6U |   |   |   |   |
| 13 | Park, Jae | FED |   |   |   |   |   |
| 14 | Young Ju Kwon | FED |   |   |   |   |   |
| 15 | Guo Bang Liang | INO |   |   |   |   |   |

Supervisor: COIII Lee Camacho     DATE: 01/01/06