## DIVISION OF CORRECTION
## FIRE DRILL REPORT FORM

1. Area of drill: _Central Male Detention_
2. Time of drill: _0410_
3. Name of monitor: _SGT Pu.s Yarofemal_
4. What route was used, primary or secondary and which exits were used? _The primary route was used with the fresh air exit been used_

5. Elapsed time to evacuate area: _0425_
6. Number of staff evacuated: _Three_
7. Number of offenders evacuated: _31 Inmates_
8. Were staff and offender counts conducted? (✓) yes ( ) no
9. Was the evacuation accomplished electrically or by key? _By Key_

10. Did evacuation to safe refuge area? _Yes All Inmates and staff exited to safe refuge at CMD fresh air yard._
11. Did staff shut doors and windows upon evacuation? _Yes All doors were secured upon exiting after CMD was clear by Bm J.Colm._
12. Were exits signs lighted? ( ) yes (X) no  If no, indicated the number of exit lights that needs replacement: _Exit sign is painted over exit_

13. What alarm pull or detector was tested? _N/A_

14. Did supervisor wait for the all clear before re-entering the building? (✓) yes ( ) no
15. General comments, problems and recommendations: _Have all Inmates Line up along force for Headcount._

_Note: Fire Dept were called to scene but failed to respond due to supervisor LT. Quituyugua Instruction not to respond._

Shift Supervisor Signature: _____  Date: _01/06/06_

Safety Officer Signature: _____  Date: _01/06/06_

FRESH AIR IN

Gate #19

```
┌─────────────┬──────────────────┬─────────────┐
│   Phone     │                  │             │
│    Rm       │   Control Rm     │     ISO     │
│             │                  │             │
├─────────────┼──────────────────┼─────────────┤
│ Processing  │                  │    D-1      │
│ Area (f:25) │        ↑         ├─────────────┤
│ Simulated   │     Hallway      │    D-2      │
│ Area (f:25) │        ↑         ├─────────────┤
│  Visitation │                  │    D-3      │
├─────────────┤                  ├─────────────┤
│   ░░░░      │        ↑         │  Br. th. Rm │
├─────────────┤                  ├─────────────┤
│    D-13     │                  │    D-4      │
├─────────────┤        ↑         ├─────────────┤
│    D-12     │                  │    D-5      │
├─────────────┤                  ├─────────────┤
│    D-11     │        ↑         │    D-6      │
├─────────────┤     Hallway      ├─────────────┤
│    D-10     │   Primary Exit   │    D-7      │
├─────────────┤        ↑         ├─────────────┤
│    D-9      │                  │   D-8  □ ▢  │
└─────────────┴──────────────────┴─────────────┘
```

DIVISION OF CORRECTION
FIRE DRILL REPORT FORM

1. Area of drill: _CMD So Wing_
2. Time of drill: _0510 HRS_
3. Name of monitor: _CO. A. Cruz, S. Frank, P. Maanao_
4. What route was used, (primary) or secondary and which exits were used? _____

5. Elapsed time to evacuate area: _2 min_
6. Number of staff evacuated: _4_
7. Number of offenders evacuated: _23_
8. Were staff and offender counts conducted? (X) yes ( ) no
9. Was the evacuation accomplished electrically or by key? _Keys_

10. Did evacuation to safe refuge area? _Yes_

11. Did staff shut (doors) and windows upon evacuation? _No_

12. Were exits signs lighted? (X) yes ( ) no If no, indicated the number of exit lights that needs replacement: _____

13. What alarm pull or detector was tested? _None_

14. Did supervisor wait for the all clear before re-entering the building? (X) yes ( ) no
15. General comments, problems and recommendations:
_No fire personnel came to CMD Housing for clear before re-entering the building._

Shift Supervisor Signature: _____    Date: _02/15/06_
Safety Officer Signature: _____    Date: _____

11



# Memorandum

**To:**   Georgia M. Cabrera, Operation Captain

**From:** Lt. Jose K. Pangelinan- OIC, Shift Charlie

**Date:**   02/23/06

**Subject :** Shake Down CMD Housing

---

On the above date as mentioned, Shift Charlie conducted Shake Down at Central Male Detention and the shake down commenced at 17:30 hrs., herewiths are the following items as listed below ;

### Isolation Cell

Raul Rocha                    - Clear

### Cell D-1:

Ignacio Ruan                  - Lower Bunk    (Clear)

### Cell D-2:

Vacant

### Cell D-3:

Francisco N. Basa             - Lower Bunk    (Clear)

Nupom Nupom                   - Upper Bunk    (Clear)

### Cell D-4:

Alafonso Oncho                - Lower  Bunk   (Clear)

Davis Diaz                    - Upper Bunk    (Clear)

### Cell D-5:

Manobu Chizuwa                - Lower Bunk    (Clear)

James Ordillano               - Upper Bunk    (Clear)

1

**Cell D-6:**

| | | |
|---|---|---|
| Mike Daikichy | - Lower Bunk | (Clear) |
| Michael Peter | - Upper Bunk | (Clear) |

**Cell D-7:**

| | |
|---|---|
| Daniel Johnny | - Lower Bunk |
| Henry M. Sablan | - Upper Bunk |

- Three (3) bottles of moonshine

**Cell D-8:**

| | |
|---|---|
| Antonio Bernardo | - Lower Bunk |
| Mino Phillip | - Upper Bunk |
| Kfis Pino | - Floor |

- Three (3) bottles of moonshine
- One (1) torn orange uniform

**Cell D-9:**

| | |
|---|---|
| George Chomoky | - Lower Bunk |
| Vincent Camacho | - Upper Bunk |

- One (1) bottle of moonshine

**Cell D-10:**

| | | |
|---|---|---|
| Aimiji Yoshio | - Lower Bunk | (Clear) |
| Wang Yang | - Upper Bunk | (Clear) |

**Cell D-11:**

| | | |
|---|---|---|
| Zhou Xu | - Lower Bunk | (Clear) |
| Lin Xing | - Upper Bunk | (Clear) |

● Page 2

### Cell D-12:

Collier Ng. Siksei          - Lower Bunk

Marco S. Fitial             - Upper Bunk

- One (1) piece of broken mirror

- One (1) orange cigarette lighter found on the cell bar on the lower portion.

### Cell D-13:

Franklin Cepeda             - Lower Bunk

Gary Lee Pangelinan         - Upper Bunk

- One (1) orange cigarette lighter with black electrical tape wrapped around it, found on the cell bar on the lower portion.

- One (1) yellow earring confiscated from inmate Franklin Cepeda.

### Officers Involved:

| | | | |
|---|---|---|---|
| 1. | COIII. Lee A. Camacho | 12. | COI. Jesus J. K. Wabol |
| 2. | COIII. Regina V. Pangelinan | 13. | COI. Marvin B. Seman |
| 3. | COIII. Jesse M. Quintanilla | 14. | COI. Estefania T. Rios |
| 4. | COII. Stanley Ngircheungel | 15. | COI. Lorraine R. Rios |
| 5. | COI. Jeanella I. Baumert | 16. | COI. Serafin M. Norita |
| 6. | COI. Daniel T. Joab | 17. | COI. Lianna B. Peters |
| 7. | COI. Daverrick K. N. Camacho | 18. | COI. Daniel Martinez |
| 8. | COI. Maria Rita Moteisou | 19. | COI. Brandon B. Agulto |
| 9. | COI. Joseph N. Taisakan | 20. | COI. David C. K. Wabol |
| 10. | COI. Arthur M. Cabrera | 21. | COI. John Steven K. Santos |
| 11. | COI. Edward-Hans B. | 22. | COI. Ryan A. Kaipat |

End of report.

_Lt. Jose K. Pangelinan_

● Page 3

# Memorandum

Date            : February 22, 2006

To              : Lt. Georgia M. Cabrera
                  Acting Operation, Captain

From            : COIII Thomas S. Muna
                  Shift "Alpha" Supervisor

Subject         : Shake Down At MSF Male Housing Unit
                  Ref; Confiscate Items.

---

At about 0520 hrs. Shift alpha conducted a shake down at MSF male housing unit and officer are Done with the Shake down at about 0656 hrs.

Officer conducted shake down at MSF male and Female housing unit as follows:

| | |
|---|---|
| Sgt. Puis Yariotemal | COI Artemio Maanao |
| COIII Thomas S. Muna | COI Patrick Sablan |
| COIII Ray A. Hocog | COI Thomas Sakuma |
| COIII Melissa C. Appleby | COI Iramk Simada |
| COII Oscar M. Ogo | COI Jesus N. Castro |
| COII. Stacey Dl. Guerrero | COI Leslie Estella |
| COII Ray M. Camacho | COI Segotier Roemar |
| COII Jose N. Rios | COI Abigail Borja |
| COI Namhoon Kwon | COI Mastofa Pasha |
| COI Anthony Cruz | COI Fredrick Billy |
| COI LEONARD ORDONEZ | |

MSF Male Housing Unit:

Carl Cabrera – 1- Pen / 1- Lime Container

Nupom Nupom – Items found Inside his fulton or mattress / 1- opened pack of Doral Menthol and one yellow lighter.

Frank Pua – One blue pen

Frank Demapan – 1- J-axis watch with out the band hanging on his bunk area.
           During strip search officer Jesus Castro found Two (02)
           Container of snuff on his possession at his right front
           Pocket (Copenhagen) used.

MF18 Upper – 01- Used container Snuff (Copenhagen)

MF18 Lower - 1- Nystatin Triamcinolone Cream / 2-Blade / 1- pernanment marker

MF 15/16 Middle bunk upper – 1 1/2 stick of cigarettes (Doral light menthol)

Price Shoiter – 1- copenhagen / 4- caps of amoxillin 500 mg and seasoning for rice. WAS ON TOP OF THE LOCKER. (UNKNOWN)

MF12 – inside the shoes containing a bottle of moonshine.

MF10 – window area found a coconut oil in a shampoo container.

MF01 – Upper locker / 1- vicks / 1- nasarel spray

MF03 – on top of the locker found a hot papper in a jag container with (02) Cigarettes
    1 pcs of bettle nut / 2pcs of battery and needle for the tattoo.
Ronald Kaipat – Bunk Area Perfume, highlighter, 1- container of mint candy/ inside his pillow
    Was found with one cell phone - LG Verizon with charger & ear plugs /
    2- AAA Batteries and a Mini small Radio.

Gabriel Grothong – a lot of bettle nut, limes container, papper leave and sticks of cigarettes.

MF7 – bunk area found $0.26 cents and beads in a container.

MF3 – limes container found by the window area.

MF 05/06 – bunk area. Found one cell phone inside the pillow with a charge. The pillow was
    In the front area of the middle bunk. Unknown.

CCIII Thomas S. Muna

# Memorandum

Date : February 22, 2006

To : Lt. Georgia M. Cabrera
Acting Operation Captian

From : COIII Thomas S. Muna
Shift "Alpha" Supervisor

Subject: Shake Down at Female unit
Ref ; Confiscated Items

---

At about 0657 hrs. Shift Alpha conducting a shake down at Female Housing Unit and shake Down was done at 0710 hrs.

MSF Female Housing Unit:

Liu Ya Jun – Sandwich Bag of Misu, Salt and Chinese tea

Genovera Lee – Coffee (05) Ready Mix

Patricia Farnsworth - (01) chinese Tea

Connie Omar – (Inside Mattress) Chewing Tabacco, sandwich bag of (02) rolls (Micky).

Kina Reyes – (01) Tampon

Trash Can inside the Restroom – (02) Beetle nut Bags, Pepper Leaves, Limes and a sandwich Bag of chewing Tobacco (Micky).

# MEMORANDUM

**To**            : Georgia M. Cabrera                         March 13, 2006
                   (Actg. Operations Capt.)

**From**          : Lt. Jose K. Pangelinan
                   OIC, Shift Charlie

**Subject**       : Shake Down " MSF, Male & Female Housing Unit


On the same date and place mention above, at about 0538 hrs., Shift Charlie conducted shake down in Male Housing Unit and officers confiscated several items. Items are listed below as follow;

| | |
|---|---|
| MF-1 Lower: | Clear |
| MF-1 Upper: | one (1) Pallmall stick cigarette found on the upper bunk. |
| | |
| MF-C Lower: | one (1) container of Defense Shampoo (13.5 fl. Oz. (400mL) |
| MF-C Upper: | Clear |
| | |
| MF-2 Lower: | Clear |
| MF-2 Upper: | Clear |
| | |
| MF-C Lower | Clear |
| MF-C Upper | Clear |
| | |
| MF-3 Lower: | Clear |
| MF-3 Upper: | Clear |
| Locker    : | One (01) container of mixed salt |
| Window    : | One (01) blade. |
| | |
| MF-C Lower: | Clear |
| MF-C Upper: | Clear |
| | |
| MF-4 Lower: | Clear |
| MF-4 Upper: | One (01) Open pack of Milo Chocolate Powder |
| | |
| MF-C Lower: | Clear |
| MF-C Upper: | Clear |

| | |
|---|---|
| MF-5 C Lower: | Clear |
| MF-5 C Upper: | Clear |
| | |
| MF- C Lower : | Clear |
| MF- C Upper : | Clear |
| | |
| MF-6 Lower: | four (4) pcs. Of Q-tips found hidden inside the pillow/ .36cents (1-.25c, 1-.10cnts., .1cents penny), |
| MF-6 Upper: | clear |
| Lockers    : | (12) Pcs. Of Q-Tips /3 Pgk. Maxwell House-(12g)/1-pck. Magic Cream Cracker Sandwich. |
| | |
| MF-C Lower | One (01) Unauthorized small pillow with a large hole in the middle |
| MF-C Upper | Sunglass (Blue & Grey) |
| | |
| MF-7 Lower: | Clear |
| MF-7 Upper: | Clear |
| | |
| MF-C Lower: | Clear |
| MF-C Upper : | Clear |
| | |
| MF-8 Lower : | Clear |
| MF-8 Upper : | Clear |
| | |
| MF-C Lower : | Clear |
| MF-C Upper : | Clear |
| | |
| MF-9 Lower : | Clear |
| MF-9 Upper : | Clear |
| | |
| MF-C Lower : | Clear |
| MF-C Upper : | Clear |
| | |
| MF-10 Lower : | A plastic sandwich bag containing of lime container,cig. Butts and Beetlenut leaves. |
| MF-10 Upper : | |
| | |
| MF-C Lower : | Clear |
| MF-C Upper : | Clear |
| | |
| MF-11 Lower : | Clear |
| MF-11 Upper : | Clear |
| | |
| MF-C Lower : | Clear |
| MF-C Upper : | Clear |

| | |
|---|---|
| MF-12 Lower : | One (01) Sunglass /(01) needle with thread/1-Vaporized vicks/ One white earring (small size) |
| MF-12 Upper : | Clear |
| | |
| MF-C Lower : | Clear |
| MF-C Upper : | Clear |
| | |
| MF-13 Lower : | Clear |
| MF-13 Upper : | Clear |
| | |
| MF-C Lower : | Two (02) Tylenol (01) Poy sian (inhaler), (01) dice, (01) Coffee Mixed ( Maxwell Brand Pack) , .10cents. |
| MF-C Upper : | Clear |
| | |
| MF-14 Lower : | |
| MF-14 Upper : | One (01) Blade, (01) pin, (01) Coffee Mix (maxwell brand.) |
| | |
| MF-C Lower : | Clear |
| MF-C Upper : | Clear |
| | |
| MF-15 Lower : | Clear |
| MF-15 Upper : | Clear |
| Locker : | Two (02) blade sand paper (01) magnet |
| | |
| MF-C Lower : | Clear |
| MF-C Upper : | Clear |
| | |
| MF-16 Lower : | Clear |
| MF-16 Upper : | Clear |
| | |
| MF-C Lower : | One (01) Red lighter |
| MF-C Upper : | Clear |
| | |
| MF-17 Lower : | Clear |
| MF-17 Upper : | Clear |
| Locker : | Two (02) tablet of Ibuprofen (600 mg) |

## Female Housing Unit :

| | |
|---|---|
| R-1 Lower : | Clear |
| R-1 Upper : | Clear |
| | |
| R- C Lower : | Clear |
| R- C Upper : | Clear |

| | |
|---|---|
| R-2 Lower : | Clear |
| R-2 Upper : | Clear |
| R-C Lower : | Clear |
| R-C Upper : | Clear |
| R-3 Lower : | Clear |
| R-3 Upper : | Clear |
| R-C Lower : | Clear |
| R-C Upper : | Clear |
| R-4 Lower : | (01) Stainless mini pot |
| R-4 Upper : | Clear |
| R-C Lower : | Clear |
| R-C Upper : | Clear |
| R-5 Lower : | Clear |
| R-5 Upper : | Clear |
| R-C Lower : | Clear |
| R-C Upper : | Clear |
| R-6 Lower : | Clear |
| R-6 Upper : | Clear |

Sincerely,

Lt. Jose K. Pangelinan

Xc : Secretary, DOC
    Director, DOC
    Operation Captain
    File

To: Captain Georgia Cabrera  14Feb2006
     Acting Operation Captain

Thru: Lt. Alex Sablan
     Shift B OIC

From: COIII Stanley K. Patris

Ref: Shake-Down, CMD Housing

On February 14, 2006 at about 1800hrs, shift Bravo commenced shake-down at CMD housing Unit and findings are as follows.

**D#2**
(02) bottles moonshine
(02 1/2 ) Tablets of Tylenol

**D#3**
(02) Metal Screws
Pornography Magazine Pictures
Pillow is torn
Orange and Green Strings
Sugar and Cream

**D#6**
(01) Needle

**D#7**
(05) Moonshine Bottles/ (01) Box of Laundry Soap
(01) Blue Pen

**D#8**
(01) lighter

**D#13**
(01) Calender
(01) Broken Nail Clipper
(01) Black Pen
(01) Braxen Filmtab (Franklin Cepeda)
(01) Excess Toothpaste
(01) Bottle of Oily Substance (unknown)


Submitted for your information.

| | |
|---|---|
| D-7 Lower Bunk : | One (01) Copenhagen Snuff and One (01) Skin silkening body lotion 8 fl. Oz./236 mL (Victoria's Secret ) |
| D-7 Upper Bunk : | Clear |
| D-8 Lower Bunk : | Clear |
| D-8 Upper Bunk : | Clear |
| D-9 Lower Bunk : | Clear |
| D-9 Upper Bunk : | Clear |
| D-10 Lower Bunk : | Clear |
| D-10 Upper Bunk : | Clear |
| D-11 Lower Bunk : | Clear |
| D-11 Upper Bunk : | Clear |
| D-12 Lower Bunk : | Clear |
| D-12 Upper Bunk : | Clear |
| D-13 Lower Bunk : | Clear |
| D-13 Upper Bunk : | Clear |

**Strip Search :** One (01) rubber bracelet green & white "Baller" confiscate from INO Detainee Nupom. Two (02) black rubber bracelet and one with "Nike" confiscate from inmate Chizuwa Manabu.

End of report.

Sincerely,

_Lt. Jose K. Pangelinan_

Xc : Secretary, DOC
   Director, DOC
   File