## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STATUS REPORT** |
| | ) | |
| COMMONWEALTH OF THE | ) | **DEPARTMENT OF CORRECTIONS** |
| NORTHERN MARIANA ISLANDS, | ) | |
| GOVERNOR OF THE NORTHERN | ) | **PART 2 OF 2 PARTS** |
| MARIANA ISLANDS, | ) | |
| COMMISSIONER OF THE | ) | **April 1, 2006** |
| DEPARTMENT OF PUBLIC | ) | |
| SAFETY, SECRETARY OF THE | ) | |
| DEPARTMENT OF LABOR AND | ) | |
| IMMIGRATION, SECRETARY OF | ) | |
| THE DEPARTMENT OF | ) | |
| COMMUNITY AND CULTURAL | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

## DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/15-16/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 03·16·16·06 | Control | 20 | 9912170037 | M. scratches |

Inspected By: _____  COH. H.C. Appleby
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03·16·06 | Control | 20 | 9912170037 | M. scratches |
| 03·16·06 | MSF Control | 20 PSI | 9912170037 | mask scratches |

Inspected By: COII. STACEY D. GUERRERO
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03·16·17·06 | MSF Control | 20 PSI | 9912170037 | mask scratch |
| 03/17/06 | Control III Rm. | 20 | 9912170037 | Mask Scratches |

Inspected By: M. QUINTANILLA, CDIII
Incoming Officer-Print & Sign        COAS B. GUERRERO
                                      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/17-18/06 | Control III Rm. | 20 | 9912170037 | Mask Scratched |
| 03/18/06 | MSF Control | 20 | 9912170037 | 99 |

Inspected By: COIII. M. Appleby
Incoming Officer-Print & Sign        M. QUINTANILLA, CDII
                                      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/18-19/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
|  |  |  |  |  |

Inspected By: CO2 W. FRYER W.F.
Incoming Officer-Print & Sign        COH. M. Appleby
                                      Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3-19-06 | Control 3 | 20 | 991270037 | mask scratched |
|  |  |  |  |  |

Inspected By: _____          CO2 W. FRYER
               Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3-20-06 | Control 3 | 20 | 991270037 | mask scratched |
|  |  |  |  |  |

Inspected By: CoII W FRYER W.F          _____
               Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By _____          CoII W. FRYER WF
               Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/23/06 | NSF Control | 20 | 991270037 | Mask Scratched |
|  |  |  |  |  |

Inspected By: _____          CO3. m. Appleby
               Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By: _____
               Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 03/05-06/06 | Control III Rm | (20) | 9912170037 | Mask Scratched |
| 03/06/05 | MSF Control | 20 | 9912170037 | " 20 |

Inspected By: COIII R. Appleby
Incoming Officer – Print & Sign

COIII M. Anitife COIIC
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 03/06-07/06 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: COII W. FRYER W.F
Incoming Officer – Print & Sign

COIII M. Appleby
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3-6-07 | MSF Control 3 | 2.0 | 9912170037 | Mask Scratched |
| 3.7.06 | MSF Control | 20 | 9912170037 | M. Scratched |

Inspected By CO2
Incoming Officer-Print & Sign

COII W. FRYER WF
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 03-07-06 | MSF Control | 20 | 9912170377 | M. Scratched |
| 03/07-08/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By: M. Ronganiua CIII
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 03/07-08/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By: COS J. MS SANTOS
Incoming Officer – Print & Sign

COIIC M. Anitife COIIC
Outgoing Officer – Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

## DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/01/06 | control | 20 | 9912170037 | M. Scratch |
| " | " | 80 | 9912172037 | |

Inspected By: _Sign_
Incoming Officer – Print & Sign

CO3 J. MS Swartz
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3-9-06 | Control III | 20 | 9912170037 | Mas scratch |
| " | " | | 9912172037 | " |

Inspected By: CO3. M Appleby
Incoming Officer – Print & Sign

J. Chn
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/10/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 03-10-06 | MSF Control | 20 | 9912170037 | M. scratched |

Inspected By: _Sign_
Incoming Officer-Print & Sign

CO3- M Appleby
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03.10.06 | MSF Control | 20 | 9912170037 | M. Scratched |

Inspected By: _____
Incoming Officer-Print & Sign

_Sign_
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/10-11/06 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: _____
Incoming Officer-Print & Sign

CO3 _Sign_
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By: _____
    Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/04-04/06 | CONTROL | 20 | 9912170637 | M-SCRATCH |
| 03/04/06 | MSF Control | 20 | 9912170034 |  |

Inspected By: COIII. M. Appleby          CO3 J. DES SANTOS
    Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/04-05/06 | MSF Control | 20 | 9912170037 | M Scratched |
|  |  |  |  |  |

Inspected By J. Cohen          COIII M. Appleby
    Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3-5-06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 3/05/06 | MSF Control | 20 | 9912170037 | " |

Inspected By: COIII M. Appleby          COIII J. Cohen
    Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/05-06/07 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 03/05/07 | Control III Rmy | 20 | 9912170037 | Mask Scratched |

Inspected By M. CHUNTRILLA, COIII          COIII M. Appleby
    Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/10-11/06 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: *CO2* W. FRYER  W.F
Incoming Officer – Print & Sign

COIII. M.C. Appleby
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2-10/2-11/06 | MSF Control | 20 | 9912170037 | mask scratched |

Inspected By: *003* J. DELOS SANTOS
Incoming Officer – Print & Sign

CO2 W.FRYER  WF
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/11/06 | MSF CONTROL | 00 | 9912170037 | MASK SCRATCH |
| 02/11/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By: J.M. QUINTANILLA COIII
Incoming Officer-Print & Sign

*CO3* Jou Delos Santos
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/11-12/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By: _____
Incoming Officer-Print & Sign

J.M. QUINTANILLA COIII
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/15/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 02/15/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By: J.M. QUINTANILLA COIII
Incoming Officer-Print & Sign

COIII. M. Appleby
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2-12-06 | CONTROL III | 20 | 9912170037 | m scratched |
| | | | | |

CO2
Inspected By: W. FRYER WF
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/13/06 | CONTROL 3 | 20 | 9912170037 | MASK SCRATCH |
| | | | | |

CO3
Inspected By: J. DIS SANTOS          W. FRYER COII WF
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/18/06 | CONTROL 3 | 20 | 9912170037 | |
| | | | | |

CO3
Inspected By COII W. FRYER WF          J. DIS SANTOS
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3-8-06 | CONTROL 3 | 20 | 9912170037 | M. SCRATCHED |
| | | | | |

Inspected By: _____          COII W. FRYER
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3 | | | | |
| | | | | |

Inspected By: _____          _____
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/28/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | " |
| | | 15 | 0002080556 | |

Inspected By: _CO3_  
Incoming Officer – Print & Sign  
CO3. M. Appleby  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/28/05 | MSF CONTROL | 20 | 9912170037 | mask scratch |
| | | 20 | 0002080553 | |
| | | 15 | 0002080556 | |

Inspected By: _CO3 J. DLS SANTOS_  
Incoming Officer – Print & Sign  
CO3. M. Appleby  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/29/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 0002080553 | " |
| | | 15 | 0002080556 | |

Inspected By _CO2 W. FRYER W.F_  
Incoming Officer-Print & Sign  
CO3. M. Appleby  
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-29-05 | MSF CONTROL | 20 | 9912170037 | MASK scratched |
| | | 20 | 0002080553 | |
| | | 15 | 0002080556 | |

Inspected By: _____  
Incoming Officer-Print & Sign  
CO2 W. FRYER WF  
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/31/05 | MSF CONTROL | 20 | 9912170037 | mask Scratched |
| " | " | 20 | 0002080553 | " |
| | | 15 | 0002080556 | |

Inspected By: _CO3 J. DLS SANTOS_  
Incoming Officer-Print & Sign  
COI. Cynthia Benavente  
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

**DOC**

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/08/06 | Control III | 20 | 9912170037 | Mask scratched |
| 01/08/06 | " | 20 | 000208553 | " " |
| 01/08/06 | " | 15 | 000208556 | " |

Inspected By: CO3 T. DLS SANTOS
Incoming Officer – Print & Sign

CO II Farley Nairchead
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/09/06 | CONTROL 3 | 20 | 9912170037 | MASK SCRATCH |
| " | " | 20 | 000208553 | " |
| " | " | 15 | 000208554 | " |

Inspected By: CO3 M. Appleby
Incoming Officer – Print & Sign

CO3 T. DLS SANTOS
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/10/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 000208553 | " |
| " | " | 15 | 000208556 | " |

Inspected By CO2 W. FRKEN WF
Incoming Officer-Print & Sign

CO3 M. Appleby
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01-10-06 | MSF CONTROL | 20 | 9912170037 | mask scratched |
| | | 20 | 000208553 | |
| | | 15 | 000208556 | |

Inspected By: ______________________
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |

Inspected By: ______________________
Incoming Officer-Print & Sign

CO2 WILLFRKEN WF
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/01/06 | CONTROL TABLE | 80 | 9912170037 | MASK SCRATCH |
| " | " | | 000208853 | " |
| | | 15 | 000208056 | " |

Inspected By: J. DLS SANTOS
Incoming Officer – Print & Sign                   Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/02-03/05 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 000 2080553 | " |
| " CO2 | " | 15 | 000208056 | " |

Inspected By: W. FRYER   W.F                      CO3. M. Appleby
Incoming Officer – Print & Sign                   Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/04-06 | MSF Control | 20 | 9912170037 | mask scratched |
| | | 20 | 000 2080553 | |
| | | 15 | 000 2080556 | |

Inspected By CO3. M. Appleby                       CO2 W. FRYER W.F
Incoming Officer-Print & Sign                      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/05/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| " | " | 20 | 000 2080553 | " |
| " | " | 15 | 0002080556 | " |

Inspected By: CO3. T. DLS SANTOS                   CO3. M. Appleby
Incoming Officer-Print & Sign                      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-6/1-7/06 | MSF Control | 20 | 9912170037 | Mask scratched |
| | | 20 | 000 2080553 | |
| | | 15 | 000 2080556 | |

Inspected By: CO2 W. FRYER   W.F
Incoming Officer-Print & Sign                      Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/14-15/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| | | | | |

Inspected By: _____  COIII M. Appleby
Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/16-17/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| | | | | |

Inspected By: CO2 W. FRYER  WF    COIII M. Appleby
Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-16-06 | MSF Control | 20 | 9912170037 | mask scratched |
| 1/17/06 | MSF Control | 20 | 9912170037 | " |

Inspected By C03. M. Appleby    CO W. FRYER  WF
Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/17-18/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| 01/17-18/06 | Control III Rm. | (20) | 9912170037 | MASK SCRATCHED |

Inspected By: J. M. QUINTANILLA, COIII    C03. M. Appleby
Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/17-18/06 | Control III Rm. | (20) | 9912170037 | MASK SCRATCHED |

Inspected By: CO3 J. M. SANTOS    J. M. QUINTANILLA, COIII
Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/18/06 | MSF CONTROL | 20 | 9912170037 | MASK SCRATCH |
| | | | | |

Inspected By: CO2 W. FRYER  W.F
Incoming Officer – Print & Sign

CO3 J. DES SANTOS
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01-18-06 | M.S.F CONTROL | 20 | 9912170037 | Mask Scratched |
| | | | | |

Inspected By: _____
Incoming Officer – Print & Sign

CO2 W. FRYER
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/19-20/06 | CONTROL III Rm. | 20 | 9912170037 | Mask Scratch |

Inspected By CO3 J. DES SANTOS
Incoming Officer-Print & Sign

CO M. QUINTANILLA, CO
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/20/06 | CONTROL THREE | 20 | 9912170037 | Mask SCRATCH |
| 01/20-21/06 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: CO3 M. Appleby
Incoming Officer-Print & Sign

CO3 J. DES SANTOS
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/21/06 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: CO II W. FRYER  W.F
Incoming Officer-Print & Sign

CO3 M. Appleby
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-22 06 | Control 3, | 20 | 99121 70037 | m scratched |
| 1/22-23/06 | u | 20 | 9912170037 | m, scratched |

Inspected By: COB U. Applin
Incoming Officer – Print & Sign

COIT W. Fryer WF
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01 23 06 | USF Control | 20 | 99127 0037 | m. Scratched |
| | | | | |

Inspected By: COIL W. Fryer WF
Incoming Officer – Print & Sign

COB M. Applin
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-23-06 | Control 3, | 20 | 9912170037 | m. scratched |
| | | | | |

Inspected By
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01 24-25 06 | CONTROL III | 20 | 9912170037 | m. scratch |
| 01/25/06 | // | 20 | 9912170037 | // |

Inspected By: COI W. Fryer WF
Incoming Officer-Print & Sign

COI. Valerie Ovens
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01-25-06 | Control II | 20 | 99127 0037 | m. scratch |
| | | 20 | 99 1217 0037 | |

Inspected By: B3 J Santos
Incoming Officer-Print & Sign

COI W. Fryer WF
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/25-26/06 | CONTROL 3 | 20 | 9912170037 | MASK SCRATCH |
| | CONTROL 3 | 20 | 9912170037 | " " |

Inspected By: CO3. M. Appleby          CO3 J. SANTOS
_____ Incoming Officer – Print & Sign _____          _____ Outgoing Officer – Print & Sign _____

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/26-27/06 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: _____          COIII. M. Appleby
_____ Incoming Officer – Print & Sign _____          _____ Outgoing Officer – Print & Sign _____

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/27-28/06 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By _____          COIII. M. Appleby
_____ Incoming Officer-Print & Sign _____          _____ Outgoing Officer-Print & Sign _____

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/28-29/06 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: _____          COIII. M. Appleby
_____ Incoming Officer-Print & Sign _____          _____ Outgoing Officer-Print & Sign _____

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/29/06 | MSF control | 20 | 2982170037 | M. something |

Inspected By: COII W. FRYER WF          
_____ Incoming Officer-Print & Sign _____          _____ Outgoing Officer-Print & Sign _____

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-30-06 | Control-3, | 20 | 9912170037 | m. scratched |
| | | | 8912170037 | |

Inspected By: _J. Cohn_ _____ RH        cwI _W.FRYER  WF_
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-30-06 | Contrd 3 | 20 | 9912170037 | m. scratch |
| | | | 9912170037 | " |

Inspected By: _____        _J. Cohn_ _____ RH
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/31/06 | control 3 Area | 20 | 9912170037 | MASK SCRATCH |
| | | 20 | 9912170037 | " " |

Inspected By _____        CO3 _J. Des Santos_
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/02/06 | CONTRO 3 | 20 | 9912170037 | MASK SCRATCH |
| | | 20 | | |

Inspected By: _____        CO3 _J. Des Santos_
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| | | | | |
| | | | | |

Inspected By: _____        _____
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/05/06 | Control 3 III Rm. | (20) | 9912170037 | Mask Scratch |

Inspected By: _____                         J.M. Quintanilla, COI
Incoming Officer – Print & Sign                    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |

Inspected By: COII W. FRYER  WF
Incoming Officer – Print & Sign                    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2-6-06 | Control 3 | 20 | 9912170037 | mask scratched |

Inspected By _____           COII W. FRYER  WF
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/07-08/06 | USF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: _____        COII. M. Appleby
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/09-10/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By: _____        J.M. Quintanilla, COI
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/15/06 | Control III Rm. | (20) | 9912170037 | Mask Scratch |
| 02/15-16/06 | MSF Control | 20 | 9912170037 | " |

Inspected By: COIII M. Appleby
Incoming Officer – Print & Sign

J.M. Quinanila COIII
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/16/06 | MSF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: COII W. Fryer
Incoming Officer – Print & Sign

COIII M. Appleby
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/17/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By COII J. DS Santos
Incoming Officer-Print & Sign

J.M. Quinanila COIII
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/17/06 | Control III | 20 | 9912170037 | M-Scratch |

Inspected By: COII W. Fryer
Incoming Officer-Print & Sign

COII J. DS Santos
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/20-21/06 | Control III | 20 | 9912170037 | Mask Scratch |

Inspected By: COII J. DS Santos
Incoming Officer-Print & Sign

COII W. Fryer
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

## DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/28-29/06 | MSF Control | 20 | 9912M0037 | Mask Scratched |
| | | 20 | 9924 | |

Inspected By: CO3 J. DES SANTOS _(signature)_
Incoming Officer – Print & Sign

CO3 Ramon A. Flores _(signature)_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 03/01/06 | MSF CONTROL | 20 | 9912170037 | M. SCRATCH |
| | | | 9912170034 | " " |

Inspected By: COII W. FRYER
Incoming Officer – Print & Sign

CO3 J. DES SANTOS _(signature)_
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3-1-06 | MSF Control | 20 | 9912170637 | mask scratched |
| 3.2.06 | MSF Control | 20 | 991217003U | M. Scratched |

Inspected By CO2 _(signature)_
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 03.02.03.06 | MSF Control | 20 | 9912170637 | M. Scratched |
| 03.02.03.06 | MSF Control | 20 | 9912170034 | M. Scratched |

Inspected By: COIII M. Appleby _(signature)_
Incoming Officer-Print & Sign

CO2 _(signature)_
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 03/03 - 04/06 | MSF Control | 20 | 9912170037 | Mask Scratched |
| | | | | |

Inspected By: CO3 J. DES SANTOS _(signature)_
Incoming Officer-Print & Sign

COIII M. Appleby _(signature)_
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/26/06 | CONTROL | 20 | 9912170037 | M. SCRATCH |
| 02/26/06 | Control | 20 | 9912170037 | " " |

Inspected By: C03 Hocog
Incoming Officer – Print & Sign

C03 J. Dos Santos
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/26-27/06 | Control | 2C | 9912170037 | Mask Scratched |
| 02/27/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By: J.M. Quintanilla, CDIII
Incoming Officer – Print & Sign

C03 Ramon A. Hocog
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/27/06 | Control III Rm. | (20) | 9912170037 | MASK SCRATCHED |
| 02/27/06 | " " " | " | 9912170037 | " " " |

Inspected By C03 Ramon A. Hocog III
Incoming Officer-Print & Sign

J.M. Quintanilla, CDIII
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/27-28/06 | Control III | 20 | 9912170037 | Mask Scratched |

Inspected By: CO2 W.FRYER WF
Incoming Officer-Print & Sign

C03 Ramon A. Hocog
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2-28-06 | CONTROL III | 20 | 9912170037 | mask |
| 2-28-06 | " | " | 9912170037 | scratched |

Inspected By: C03 Ramon A. Hocog
Incoming Officer-Print & Sign

CO1E W.FRYER WF
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/21-22/06 | USF Control | 20 | 9912170037 | Mask Scratched |
| 02/21-22/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By: X. M. QUINTANILLA, COII      COIII M. Appleby
Incoming Officer – Print & Sign      Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/21-22/06 | Control III Rm. | (20) | 9912170037 | Mask Scratched |

Inspected By: COS Heron      X. M. QUINTANILLA, COII
Incoming Officer – Print & Sign      Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/22/06 | Control III Rm | 20 | 9912170034 | Mask Scratched |

Inspected By COII W. FRYER      COS Heron
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2-22-06 | Control III | 20 | 9912170034 | mask scratched |

Inspected By: _____      _____
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/26/06 | USF Control | 20 | 9912170037 | Mask Scratched |

Inspected By: COS Jesus Santos      COS M. Appleby
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMAR |
|---|---|---|---|---|
| 01/15/14 /ou | CMD-CONTROL | 20 | N/A | MASK SCRATC |
| 01/6/06 | C1#D | 20 | N/A | " |

Inspected By: _Col R. Cumuculu_          _Co3 J-DEWS Bantos_
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sig

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARK |
|---|---|---|---|---|
| 0/16/06 | CMD CONT. | 20 | N/A | M-scratch |

Inspected By: _____          _Col Roy Cumuculu_
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sig

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARK |
|---|---|---|---|---|
| 1-17-06 | Cmd Control | 20 | N/A | Casing damaged mask scratched |

Inspected By _Coll Oscar Gomm_          Outgoing Officer-Print & Sign
Incoming Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARK |
|---|---|---|---|---|
| 1-17-06 | Cmd Control | 20 | N/A | Casing damaged mask scratched |

Inspected By: _COII W. FRYER W.F_          _Coll Oscar Gomm_
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-17-06 | C.M.D Control | 20 | N/A | Casing damaged mask scratched |

Inspected By: _J. Colin coII_          _COII W. FRYER WF_
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign