# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/19/06 | CMD Control | 20 | N/A | mask scratch |
| | | 20 | N/A | " " |

Inspected By: CO II W. Fryer W.F.  
_Incoming Officer – Print & Sign_

CO3 J. Dos Santos JD  
_Outgoing Officer – Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-19-06 | CMD control | 20 | N/A | mask scratch |
| | | 20 | N/A | |

Inspected By: J. Colon CO II  
_Incoming Officer – Print & Sign_

CO II W. Fryer  
_Outgoing Officer – Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-20-06 | CMD | 20 | N/A | Mask Scratch |
| | | | | |

Inspected By: CO II W. Fryer W.F  
_Incoming Officer – Print & Sign_

CO II J. Colon  
_Outgoing Officer – Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |

Inspected By: _____  
_Incoming Officer – Print & Sign_

CO II W. Fryer WF  
_Outgoing Officer – Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/26-27/06 | CMD Control | 05 | N/A | Mask Scratched |
| | | | | |

Inspected By: _____  
_Incoming Officer – Print & Sign_

CO3 M. Appleton  
_Outgoing Officer – Print & Sign_

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By: _____
Incoming Officer – Print & Sign                    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-22-06 | Cmd Control | 20 | N/A | casing damaged mask scratched |

Inspected By: C/O II Oscar Go _____
Incoming Officer – Print & Sign                    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-23-06 | Cmd Control | 20 | N/A | casing damaged mask scratched |

Inspected By C/O II W. FRYER W.F
Incoming Officer-Print & Sign                    C/O II Oscar Go
                                                  Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-24-06 | CMD control | 20 | N/A | casing damaged mask scratched |

Inspected By: _____     C/O II W. FRYER W.F
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-26-06 | Cmd Control | 5 psi | N/A | Casing Damaged Mask Scratched |

Inspected By: CO2 Oscar (G) [signature]
Incoming Officer – Print & Sign

Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-26-06 | Cmd Control | 5 psi | N/A | Casing Damaged Mask Scratched |

Inspected By: CO2 Oscar (G) [signature]
Incoming Officer – Print & Sign

CO2 Oscar (G) [signature]
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By COI W. Fryer
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-28 / 1-29-06 | Cmd Control | 5 psi | N/A | Casing Damaged Mask Scratched |

Inspected By: COI W. Fryer W.F
Incoming Officer-Print & Sign

COI W. Fryer WF
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/30/06 | 5psi Cmd Control | 5 psi | N/A |  |

Inspected By: _____
Incoming Officer-Print & Sign

CO3 J. Dos Santos [signature]
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

■■■ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/09-02/05 | CMD Control | 20 | None | Mask scratched |
| 10/2/05 | CMD Control | 20 | None | Mask scratched |

Inspected By: CO1 Stanley N. _____   CO3 Ramon A. Hocog
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/2/05 | CMD Control | 20 | None | Mask scratched |
| 10/3 | | | | |

Inspected By: _____   Stanley N. _____
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/3/05 | CMD Central | 20 | None | Mask scratched |
| 10/03/05 | " " | " | " | " |

Inspected By CO3 Ramon A. Hocog   CO3 Stanley N. _____
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/03-04/05 | CMD Control | 20 | None | Mask Scratched |
| 10/4/05 | CMD Control | 20 | | |

Inspected By: J. Mendiola   CO3 Ramon A. Hocog
Incoming Officer-Print & Sign   Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10·09·05·05 | CMD | 80 | N/A | M. Scratched |

Inspected By: CO2 _____   CO3 Regina V. Pangelinan
Incoming Officer-Print & Sign   Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

■■■ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Dec. 01, 2005 | CMD Control | | | Mask scratched |

Inspected By: _____     _____
               Incoming Officer – Print & Sign               Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/06/05 | Control II | 20 | | Mask scratched |

Inspected By: COII Stanley Nginchaange     _____
               Incoming Officer – Print & Sign               Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-7-05 | Control II | 20 | N/A | mask scratched |
| 12/07/05 | Control II | 20 | | Mask Scratched |

Inspected By COII M. Appleby     Will Fryer W.F
             Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/07-08/05 | Control II | 20 | N/A | Mask Scratched |

Inspected By: COII J. Cohn     COII M. Appleby
             Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-8-05 | Control II | 20 | N/A | Scratch Mask |

Inspected By: COII Joe Dossantos     _____
             Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

23e-8308

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

■■■ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-10-05 | Cmd Control | 20 | N/A | Case Disrigan scratches |

Inspected By: J. Cohn  
Incoming Officer – Print & Sign      Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/10/05 | Cmd Control | 20 | N/A | mask scratched |
| 12/11/05 | Cmd Control | 20 | N/A | mask scratched |

Inspected By: CO2 Oscar  
Incoming Officer – Print & Sign      Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/11/05 | Cmd Control | 20 | N/A | Mask Scratch |
| " " " | Cmd Control | 20 | N/A | Mask Scratch |

Inspected By: J. Barbosa  
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/11-12/05 | Cmd Control III | 20 | N/A | Mask scratches |

Inspected By: _____      COIII J. Barbosa  
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/17/05 | Cmd Control II | 20 | N/A | MASK SCRATCH |

Inspected By: J. Dos Santos COII  
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By: _____          CoII W. FRYER W.F
              Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/11/06 | CMD Control | .05 | N/A | Mask Scratched |
|      |          |     |               |         |

Inspected By: CoII W. FRYER W.F          CoIII M. Appleby
              Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3-11-06 | CMD Control 2 | 05 | N/A | mask scratched |
| 03/11-12/06 | CMD Control | 05 | N/A | 43 |

Inspected By CO3. M. Appleby          CoII W. FRYER
             Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/12/06 | CMD Control | 05 | N/A | Mask Scratched |
|      |          |     |               |         |

Inspected By: CoII W. FRYER          CoIII M. Appleby
              Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3-12-06 | CMD Control | 05 | N/A | MASK SCRATCH |
|      |          |     |               |         |

Inspected By: _____          _____
              Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3/15/06 | Cmd Control | 05 | N/A | mask scratched |

Inspected By: CoII O. Ogo
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3/15/06 | Cmd Control | 05 | N/A | mask scratched |
| 3/16/06 | | | | |

Inspected By: _____        CoII O. Ogo
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3/16/06 | | | | |
| 3/17/06 | CMD Control | 05 | N/A | MASK SCRATCHED CASING DAMAGED |

Inspected By: COI NAHHOON NORRIS KWON
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3/17/06 | CMD Control | 05 | N/A | MASK SCRATCHED CASING DAMAGED |

Inspected By: COII W.FRYER W.F        COI NAHHOON NORRIS KWON
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3-17-06 | CMD Control 2 | 05 | N/A | MASK SCRATCHED Casing damaged |

Inspected By: _____
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

▇▇▇ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/12/05 | CMD Control | 20 | N/A | mask scratched |
| 12/12/05 | CMD Control | 20 | N/A | mask scratched |

Inspected By: COII Oscar Ogo _____     _____
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/14/05 | CMD CONTROL | 20 | NONE | MASK SCRATCH |
| 12/14/05 | CMD CONTROL | 20 | NONE | MASK SCRATCH |

Inspected By: J. DOS SANTOS _____     _____
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/15/05 | CMD Control | 20 | None | Mask scratch |
| 12/15/05 | CMD Control | 20 | None | mask scratch |

Inspected By COI J. Babauta / W. Pryor _____     W. Pryor
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/16/05 | CMD Control | 20 PSI | None | Mask scratch |
| 12/16/05 | CMD Control | 20 PSI | N/A | Mask scratched |

Inspected By: COI. N. KWON _____     COI J. Babauta
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/16/05 | CMD Control | 20 | N/A | mask scratched |

Inspected By: J. Cohn _____     COII Oscar Ogo _____
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

▇▇▇ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-17-05 | CMD Control | 20 | N/A | Scratch mask |

Inspected By: SGT. T RAPHA OFCR
_____    J. Cohn CO²  _____
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/17-18/05 | CMD Control | 20 | | Mask scratch |
| 12/18/05 | CMD Control | 20 | | & mask |

Inspected By: CO II Oscar Cap _____
Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/18/05 | CMD Control | 20 | N/A | Mask scratched |

Inspected By _____    CO II Oscar Cap _____
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/18-19/05 | CMD CONTROL | 20 | NONE | MASK SCRATCH |

Inspected By: J. DES SANTOS _____
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/20-21/05 | CMD CONTROL | 20 | NONE | MASK SCRATCH |

Inspected By: J. DES SANTOS _____
Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

■ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-19/12-20-05 | CMD Control | ■ | ■ | mask scratched |

Inspected By: W. Fryer   W.F
Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/20/05 | cmd Control | 20 | N/A | mask scratched |

Inspected By: Cpl Oscar (O) _____
Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/20/05 | Cmd Control | 20 | N/A | mask scratched |

Inspected By _____        Cpl O. O__ _____
Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-21-05 | CMD Control | 20 | N/A | scratched mask |
| 12-21-05 | CMD Control | 20 | N/A | scratched mask |

Inspected By: W. Fryer   W.F                   L. Cohn _____
Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-21-05 | CMD Control | 20 | N/A | scratched mask |

Inspected By: _____        W. Fryer   W.F
Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

▓▓▓ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/22/05 | CONTROL TWO | 20 | N/A | SCRATCH MASK |
|  |  |  |  |  |

Inspected By: J. DES SANTOS  /  J. Cohn
Incoming Officer – Print & Sign  /  Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-23-05 | Control Two | 20 | N/A | SCRATCH MASK |
|  |  |  |  |  |

Inspected By: W. FRYER CO I  WF  /  J. Cohn
Incoming Officer – Print & Sign  /  Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-23-05 | CONTROL 2 | 20 | N/A | Scratch mask |
| " " " | " | " | " | " |

Inspected By J. BARBOZA  /  W. FRYER CO I  WF
Incoming Officer-Print & Sign  /  Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-24-05 | Control #2 | 20 PSI | N/A | Scratch mask |
| 12-24-05 | Cmd Control # | 20 PSI | N/A | mask scratched |

Inspected By: CO2 Oscar Go  /  COI J. BARBOZA
Incoming Officer-Print & Sign  /  Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/25/05 | Cmd Control # | 20 PSI | N/A | mask scratched |
|  |  |  |  |  |

Inspected By: J. Cohncott  /  CO2 Oscar Go
Incoming Officer-Print & Sign  /  Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-25-05 | CMD Control | | N/A | Scratch mask |
| 12-25-05 | CMD Control | 20 | N/A | mask scratched |

Inspected By: CO II Oscar OJO — Incoming Officer – Print & Sign
Outgoing Officer – Print & Sign: J. Cohn JC 85

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-26-05 | CMD Control | 20 | N/A | mask scratched |

Inspected By: _____ Incoming Officer – Print & Sign
Outgoing Officer – Print & Sign: CO II Oscar OJO

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/27/05 | CMD CONTROL | 20 | N/A | MASK SCRATCH |

Inspected By: CO3 J. DLS SANTOS — Incoming Officer-Print & Sign
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/29/05 | CMD Control | 20 psi | N/A | mask scratched, casing damaged |

Inspected By: CO II O. OJO — Incoming Officer-Print & Sign
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/28/05 | CMD Control | 20 psi | N/A | casing damaged, mask scratched |

Inspected By: CO II W. FRYER WF — Incoming Officer-Print & Sign
Outgoing Officer-Print & Sign: CO2 O. OJO

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

■■■ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-28-05 | C. MID Control | 20 | N/A | mask scratched |
| 12-28-05 | CMD Control | 20 | N/A | casing damaged |

Inspected By: CO II Oscar OjO  
Incoming Officer – Print & Sign

CO II W. Fryer WF  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-29-05 | CMD Control | 20 | N/A | Casing Damaged / Mask Scratched |

Inspected By: CO3 J. Dos Santos  
Incoming Officer – Print & Sign

CO II Oscar OjO  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/29/05 | CMD Control | 20 | N/A | Mask Scratch |
| 12/29/05 | CMD Control | 20 | N/A | Casing Damaged / Mask Scratched |

Inspected By: CO2 Oscar OjO  
Incoming Officer – Print & Sign

CO3 J. Dos Santos  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/30/05 | CMD Control | 20 PSI | N/A | Casing Damaged / Mask Scratched |

Inspected By: W. Fryer WF  
Incoming Officer – Print & Sign

CO2 Oscar OjO  
Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-30-05 | CMD Control | 20 PSI | N/A | Casing Damaged / Mask Scratched |

Inspected By: CO III J. Cohn  
Incoming Officer – Print & Sign

W. Fryer  
Outgoing Officer – Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-30-05 | CMS Control | 20 | | Scratched mask |
| | | | | |

Inspected By: CO3 J. DLS SANTOS     J. Colycott
    Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/31/05 | CMD CONTROL | 20 | | |
| | | | | |

Inspected By: CO3 J-MS SANTOS
    Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |

Inspected By  W. FRYER   W.F
    Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-1-05 | CMD Control 2 | 20 | N/A | Scratched mask |
| | | | | |

Inspected By: _____     J. Cohn Jr
    Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-02-05 | CMD Control | 20 psi | N/A | Casing damaged mask scratched |
| 1-02-05 | CMD Control | 20 psi | N/A | Casing damaged not scratched |

Inspected By: CO# Oscar Ono
    Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

█████ DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-02-05 | Cmd Control | 20 | N/A | Casing Damaged mask scratched |
| 1·2·3·06 | CMD | 20 | N/A | |

Inspected By: _____    CO# O. Ogo [signature]
　　　　　　　Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1·2·3·06 | CMD | 20 | N/A | Casing Damaged mask scratched |

Inspected By: _____    CO [signature]
　　　　　　　Incoming Officer – Print & Sign    Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01-04-06 | Cmp Control | 20 psi | N/A | casing damaged mask scratched |

Inspected By CO# Oscar Ogo [signature]
　　　　　　　Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01-04-06 | Cmd Control | 20 PSI | N/A | Casing Damaged mask scratched |

Inspected By: CO3 J. DLS SANTOS [signature]    CO# Oscar Ogo [signature]
　　　　　　　Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/04-05/06 | CMD CONTROL | 20 PSI | N/A | MASK SCRATCH |

Inspected By: CO3 J. DLS SANTOS [signature]    _____
　　　　　　　Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-12-05 | CMD | 20 | N/A | U. Scratched |

Inspected By: _PFC. Cohn_ / Incoming Officer – Print & Sign    _CO2_ / Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-3-05 | CMD Control | 20 | N/A | Mask scratch |

Inspected By: _____ Incoming Officer – Print & Sign    _J. Cohn_ Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |

Inspected By: _____ Incoming Officer-Print & Sign    _____ Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01-05-06 | Cmd Control | 20 psi | N/A | casing damaged |

Inspected By: _CO7 Oscar_ Incoming Officer-Print & Sign    _____ Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01-05-06 | Cmd Control | 20 psi | N/A | casing damaged mask scratched |

Inspected By: _CO2 W. FRYER WF_ Incoming Officer-Print & Sign    _CO2 Oscar_ Outgoing Officer-Print & Sign