# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMAR |
|------|----------|-----|---------------|-------|
| 1-5-06 | C. MD Control | 20 | N/A | mask scratch |

Inspected By: _____
Incoming Officer – Print & Sign

Co3 W. FRYER W.F
Outgoing Officer – Print & Sig

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/06-07/06 | CMD CONTROL | 80 | N/A | MASK SCRATCH |

Inspected By: Co3 J. DES SANTOS
Incoming Officer – Print & Sign

Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARK |
|------|----------|-----|---------------|--------|
| 1-7-06 | CMD Control | 20 | N/A | M. Sorachel |

Inspected By Co2 W. FRYER W.F
Incoming Officer-Print & Sign

C3# J. Cohn
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-7/18/06 | CMD CONTROL | 20 | N/A | m scratched |

Inspected By: J. Cohn Cott
Incoming Officer-Print & Sign

W. FRYER WF
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-8-06 | CMD Control | 20 | N/A | M. Scratch |
| 1-08-06 | Cmd Control | 20 | N/A | mask |

Inspected By: C8 I O. CMD
Incoming Officer-Print & Sign

Cott J. Cohn
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

#### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARK |
|------|----------|-----|---------------|--------|
| 1-09-06 | Cmd Control | 20 | N/A | *scratched* |
| | | | | |

Inspected By: _____          *Cott O. Go* *[signature]*
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sig

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARK |
|------|----------|-----|---------------|--------|
| 1-09-06 | Cmd Control | 20 | N/A | *casing damage* |

Inspected By: *Cott O Go* *[signature]*          _____
Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARK |
|------|----------|-----|---------------|--------|
| 1-10-06 | Cmd Control | 20 | N/A | *scratched* |

Inspected By *COTT WILL FRYER WF*          *Cott O Go* *[signature]*
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-11-06 | CMD CONTROL | 20 | N/A | m. scratched / casing damaged |

Inspected By: _____          *Cott WILL FRYER WF*
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/12/06 | CMD CONTROL | 20 | N/A | MAGIC SCRATCH |

Inspected By: *CO3 J. DOS SANTOS* *[signature]*          _____
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMAR |
|---|---|---|---|---|
| 1-13-06 | C. Fred control2 | 20 | N/A | m. scratched |

Inspected By: _CO2 WILL FRYER WF_
Incoming Officer – Print & Sign

_CO3 J. DES SANTOS_
Outgoing Officer – Print & Sig

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARI |
|---|---|---|---|---|
| 01-13-04/06 | cmd control | 20 | N/2 | mask scratch |

Inspected By: _CO3 J. DES SANTOS_
Incoming Officer – Print & Sign

_CO2 WILL FRYER WF_
Outgoing Officer – Print & Sig

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARK |
|---|---|---|---|---|
| 01-13-06 | cmd Control | 20 | N/A | mask scratched |

Inspected By _CO# Oscar Ojd_
Incoming Officer-Print & Sign

Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01-14-06 | Cmd Control | 20 | N/A | mask scratch |

Inspected By: _CO3 J. DELOS SANTOS_
Incoming Officer-Print & Sign

_CO# Oscar Ojd_
Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/14-15/06 | cmd control | 20 | N/A | mask scratch |

Inspected By: _____
Incoming Officer-Print & Sign

_CO3 J. delos santos_
Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/28/06 | CMD Control | 05 | N/A | Mask Scratched |
| | | | | |

Inspected By: COII W.FRYER WF         COII. M. Appleby MA
_Incoming Officer – Print & Sign_         _Outgoing Officer – Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3—1-06 | CMD Control | .05 | N/A | mask scratche |
| | | | | |

Inspected By: _____         COII W.FRYER WF
_Incoming Officer – Print & Sign_         _Outgoing Officer – Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3-2-06 | CMD Control | 05 | N/A | mask scratche |
| | | | | |

Inspected By _____         _____
_Incoming Officer-Print & Sign_         _Outgoing Officer-Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3-3-06 | CMD Control | 05 | N/A | Mask Scratch |
| | | | | |

Inspected By: _____         JCO
_Incoming Officer-Print & Sign_         _Outgoing Officer-Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3-5-06 | C.M.D Control 3 | 05 | N/A | mask scratched |

Inspected By: COII W.FRYER WF         _____
_Incoming Officer-Print & Sign_         _Outgoing Officer-Print & Sign_

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

## DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1-3-06 | CMD Control | N/A | N/A | Scroll Mask |
| | | | | |

Inspected By: _____        coII J. Cohn _____
     Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| | | | | |
| | | | | |

Inspected By: CoII W. FRYER  W.F        _____
     Incoming Officer – Print & Sign        Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2-3-06 | CMD control | N/A | N/A | mask scrubbed |
| | | | | |

Inspected By _____        CoII W. FRYER W.F
     Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| | | | | |
| | | | | |

Inspected By: _____        _____
     Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2-5-06 | CMD control | N/A | N/A | mask scandoll |
| | | | | |

Inspected By: coss W. FRYER  W.F        _____
     Incoming Officer-Print & Sign        Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

## DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By: _____          Coff W. Fryer WF
        Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By: CoII W.Fryer W.F          _____
        Incoming Officer – Print & Sign          Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2-11-06 | CMD Control 2 | 20 | N/A | m scratches |
|      |          |     |               |         |

Inspected By _____          CoII W.Fryer WF
        Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By: _____          _____
        Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By: _____          _____
        Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By: _____

       Incoming Officer – Print & Sign             Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By: _____

       Incoming Officer – Print & Sign              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By _____

       Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By: _____

       Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |
|      |          |     |               |         |

Inspected By: _____

       Incoming Officer-Print & Sign              Outgoing Officer-Print & Sign

# DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CORRECTION

### BREATHING APPARATUS INSPECTION SHEET

### DOC

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3/22/06 | CONTROL II | 05 | NONE | MASK SCRATCHE CASING DAMAGE |

Inspected By: COS. NAMHOON NORRIS KWON
Incoming Officer – Print & Sign               Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3/22/06 | Control II | 05 | None | MASK SCRATCHE CASING DAMAGE |

Inspected By: COTT W. FRYER W.F
Incoming Officer – Print & Sign               COS. NAMHOON NORRIS KWON
                                              Outgoing Officer – Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3-23-06 | Control II | 05 | NONE | MASK SCRATCHED CASING damaged |

Inspected By _____
Incoming Officer-Print & Sign               Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign               Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign               Outgoing Officer-Print & Sign

Department of Public Safety
Division of Corrections

# FIRE EXTINGUISHER INSPECTION SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| 01-23-6 | Control Room | 10 LBS. | BAD GOOD | PL306864 | |
| " | Processing Area | 10 LBS. | BAD GOOD | PL690434 | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Control Room | 10 LBS. | BAD GOOD | RG645455 | |
| " | Receiving Area | 10 LBS. | BAD GOOD | PL690439 | |

## MINIMUM SECURITY FACILITY

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| " | Control Room | 10 LBS. | BAD GOOD | PS744832 | |
| " | Main Hallway to Control Room | 10 LBS. | BAD GOOD | RG645735 | |

## DOC ADMINISTRATION AREA

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Reception Area | 10 LBS. | BAD GOOD | NM123440 | |
| " | Administrative Lobby | 10 LBS. | BAD GOOD | | |
| " | Admin Hallway to Briefing Room | 10 LBS. | BAD GOOD | NR872755 | |

## MINIMUM SECURITY FACILITY-FIRE ALARM/WATER SPRINKLER DRAINAGE

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | MSF-Laundry Area | Monthly Water Drainage | |

Inspected By: _____     Acknowledge By: _____
Print Name & Sign                              OIC, Logistics & Supply

Note Revised on 04/01/03

Department of Public Safety
Division of Corrections

# FIRE EXTINGUISHER INSPECTION SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|---|---|---|---|---|---|
| 02-19-06 | Control Room | 10 LBS. | BAD GOOD | PL306864 | |
| " | Processing Area | 10 LBS. | BAD GOOD | PL690434 | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|---|---|---|---|---|---|
| " | Control Room | 10 LBS. | BAD GOOD | RG64544 | |
| " | Receiving Area | 10 LBS. | BAD GOOD | PL690499 | |

## MINIMUM SECURITY FACILITY

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|---|---|---|---|---|---|
| " | Control Room | 10 LBS. | BAD GOOD | | |
| " | Main Hallway to Control Room | 10 LBS. | BAD GOOD | | |

## DOC ADMINISTRATION AREA

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|---|---|---|---|---|---|
| " | Reception Area | 10 LBS. | BAD GOOD | NM123440 | |
| " | Administrative Lobby | 10 LBS. | BAD GOOD | PL690443 | |
| " | Admin Hallway to Briefing Room | 10 LBS. | BAD GOOD | NR872779 NR872755 | |

## MINIMUM SECURITY FACILITY-FIRE ALARM/WATER SPRINKLER DRAINAGE

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| | MSF-Laundry Area | Monthly Water Drainage | |

Inspected By: _____        Acknowledge By: _____
          Print Name & Sign                                    OIC, Logistics & Supply

Note: Revised on 04/01/03

**Department of Public Safety**
**Division of Corrections**

**SMOKE DETECTOR TEST SHEET**

**MINIMUM SECURITY FACILITY**

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 01 - 16 - 06 | Control Room | BAD GOOD | |
| " | Main Hallway to Control Room | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section- Shower Area | BAD GOOD | |
| " | Male Section- Visitation Area | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-Shower Area | BAD GOOD | |
| " | RSAT-Visitation Area | BAD GOOD | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
|  | Control Room | BAD  GOOD ✓ |  |
| 1-23-6 | Main Hallway to Control Room | BAD  GOOD ✓ |  |
| " | Male Section – H/W | BAD  GOOD ✓ |  |
| " | Male Section – H/W | BAD  GOOD ✓ |  |
| " | Male Section – H/W | BAD  GOOD ✓ |  |
| " | Male Section – H/W | BAD  GOOD ✓ |  |
| " | Male Section- Shower Area | BAD  GOOD ✓ | MISSING BATTERY -REPLACED/TESTED |
| " | Male Section- Visitation Area | BAD  GOOD ✓ |  |
| " | RSAT-H/W | BAD  GOOD ✓ |  |
| " | RSAT-H/W | BAD  GOOD ✓ |  |
| " | RSAT-Shower Area | BAD  GOOD ✓ |  |
| " | RSAT-Visitation Area | BAD  GOOD ✓ |  |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

## MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 02-17-06 | Control Room | BAD GOOD | |
| " | Main Hallway to Control Room | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | Churping (Bell) Replaced |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section – H/W | BAD GOOD | |
| " | Male Section- Shower Area | BAD GOOD | |
| " | Male Section- Visitation Area | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-H/W | BAD GOOD | |
| " | RSAT-Shower Area | BAD GOOD | |
| " | RSAT-Visitation Area | BAD GOOD | |

Inspected By: _____
Print Name & Sign

Acknowledge By: _____
OIC, Logistic & Supply

Department of Public Safety
Division of Corrections

# SMOKE DETECTOR TEST SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 01 - 10 - 6 | PROCESSING | BAD GOOD ✗ | NO UNIT |
| " | KITCHEN AREA | BAD GOOD ✓ | |
| " | ENTRANCE TO LIBRARY | BAD GOOD ✓ | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 01 - 10 - 06 | STORAGE-CONTROL | BAD GOOD ✓ | |
| " | RECEIVING AREA | BAD GOOD ✓ | |
| " | HALLWAY-E/WING | BAD GOOD ✓ | |
| " | HALLWAY-C/WING | BAD GOOD ✓ | |
| " | HALLWAY-W/WING | BAD GOOD ✓ | |
| " | ISOLATION CELL | BAD GOOD | NO UNIT |
| " | CELL D-01 | BAD GOOD ✓ | |
| " | CELL D-02 | BAD GOOD ✓ | |
| " | CELL D-03 | BAD GOOD ✓ | |
| " | CELL D-04 | BAD GOOD ✓ | Replaced Batt |
| " | CELL D-05 | BAD GOOD ✓ | |
| " | CELL D-06 | BAD GOOD ✓ | |
| " | CELL D-07 | BAD GOOD ✓ | |
| " | CELL D-08 | BAD GOOD ✓ | |
| " | CELL D-09 | BAD GOOD ✓ | Replaced Batt |
| " | CELL D-10 | BAD GOOD ✓ | |
| " | CELL D-11 | BAD GOOD ✓ | |
| " | CELL D-12 | BAD GOOD ✓ | |
| " | CELL D-13 | BAD GOOD ✓ | Repaired unit corrosion |

## FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | CELL F-01 | BAD GOOD | |
| " | CELL F-02 | BAD GOOD | |

INSPECTED BY: _____ 01-10-06    ACKNOWLEDGE BY: _____
Logistic/Supply Officer                              OIC, Logistic/Supply

**Department of Public Safety**
**Division of Corrections**

# SMOKE DETECTOR TEST SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 1-23-06 | PROCESSING | ~~BAD~~ GOOD | NO UNIT |
| " | KITCHEN AREA | BAD GOOD ✓ | |
| " | ENTRANCE TO LIBRARY | BAD GOOD | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| " | STORAGE CONTROL | BAD GOOD ✓ | chirping Replaced |
| " | RECEIVING AREA | BAD GOOD ✓ | |
| " | HALLWAY-E/ WING | BAD GOOD ✓ | |
| " | HALLWAY-C/WING | BAD GOOD ✓ | |
| " | HALLWAY-W/WING | BAD GOOD | chirping (Renewed) |
| " | ISOLATION CELL | BAD GOOD | NO SMOKE DET |
| " | CELL D-01 | BAD GOOD ✓ | |
| " | CELL D-02 | BAD GOOD ✓ | |
| " | CELL D-03 | BAD GOOD ✓ | |
| " | CELL D-04 | BAD GOOD ✓ | |
| " | CELL D-05 | BAD GOOD ✓ | |
| " | CELL D-06 | BAD GOOD ✓ | |
| " | CELL D-07 | BAD GOOD ✓ | |
| " | CELL D-08 | BAD GOOD ✓ | |
| " | CELL D-09 | BAD GOOD ✓ | |
| " | CELL D-10 | BAD GOOD ✓ | |
| " | CELL D-11 | BAD GOOD ✓ | |
| " | CELL D-12 | BAD GOOD ✓ | |
| " | CELL D-13 | BAD GOOD ✓ | |

## FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | CELL F-01 | BAD GOOD | |
| " | CELL F-02 | BAD GOOD | |

INSPECTED BY: _____
Logistic/Supply Officer

ACKNOWLEDGE BY: _____
OIC, Logistic/Supply

**Department of Public Safety**
**Division of Corrections**

# SMOKE DETECTOR TEST SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 02-13-2006 | PROCESSING | BAD GOOD | NO UNIT |
| " | KITCHEN AREA | BAD GOOD ✓ | |
| " | ENTRANCE TO LIBRARY | BAD GOOD ✓ | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| | STORAGE-CONTROL | BAD GOOD ✓ | |
| 02-13-06 | RECEIVING AREA | BAD GOOD ✓ | |
| " | HALLWAY-E/WING | BAD GOOD ✓ | |
| " | HALLWAY-C/WING | BAD GOOD ✓ | |
| " | HALLWAY-W/WING | BAD GOOD ✓ | Replaced Batt |
| " | ISOLATION CELL | BAD GOOD | NO UNIT |
| " | CELL D-01 | BAD GOOD ✓ | |
| " | CELL D-02 | BAD GOOD ✓ | |
| " | CELL D-03 | BAD GOOD ✓ | |
| " | CELL D-04 | BAD GOOD ✓ | |
| " | CELL D-05 | BAD GOOD ✓ | |
| " | CELL D-06 | BAD GOOD ✓ | |
| " | CELL D-07 | BAD GOOD | |
| " | CELL D-08 | BAD GOOD | |
| " | CELL D-09 | BAD GOOD | |
| " | CELL D-10 | BAD GOOD | |
| " | CELL D-11 | BAD GOOD | |
| " | CELL D-12 | BAD GOOD | |
| " | CELL D-13 | BAD GOOD | |

## FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| | SALLY PORT | BAD GOOD | |
| | SALLY PORT | BAD GOOD | |
| " | CELL F-01 | BAD GOOD | |
| " | CELL F-02 | BAD GOOD | |

INSPECTED BY: _____
Logistic/Supply Officer

ACKNOWLEDGE BY: _____
OIC, Logistic/Supply