Department of Public Safety
Division of Corrections

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 01-10-06 | CELL MH-01 | BAD GOOD ✓ | |
| " | CELL MH-02 | BAD GOOD ✓ | |
| " | CELL MH-03 | BAD GOOD ✓ | |
| " | CELL MH-04 | BAD GOOD ✓ | |
| " | CELL MH-05 | BAD GOOD ✓ | |
| " | CELL MH-06 | BAD GOOD ✓ | Replaced Battery |
| " | CELL MH-07 | BAD GOOD ✓ | |
| " | CELL MH-08 | BAD GOOD ✓ | |
| " | CELL MH-09 | BAD GOOD ✓ | |
| " | CELL MH-10 | BAD GOOD ✓ | |
| " | CELL MH-11 | BAD GOOD ✓ | |
| " | CELL MH-12 | BAD GOOD ✓ | |
| " | CELL MH-13 | BAD GOOD ✓ | |
| " | CELL MH-14 | BAD GOOD ✓ | |
| " | CELL MH-15 | BAD GOOD ✓ | |
| " | CELL MH-16 | BAD GOOD ✓ | |
| " | HALL WAY EAST | BAD GOOD ✓ | Replaced unit |
| " | HALL WAY WEST | BAD GOOD ✓ | replaced unit |
| " | SALLY PORT | BAD GOOD ✓ | Replaced unit |
| " | SALLY PORT | ~~BAD~~ GOOD | Awaiting Replacement |
| " | SALLY PORT | ~~BAD~~ GOOD | " " |
| " | SALLY PORT | ~~BAD~~ GOOD | " " |
| " | HFU | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD ✓ | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 01-10-06 | SALLY PORT | BAD GOOD ✓ | |
| | SALLY PORT | BAD GOOD ✓ | |
| " | CELL B-01 | BAD GOOD ✓ | |
| " | CELL B-02 | BAD GOOD ✓ | |
| " | CELL B-03 | BAD GOOD ✓ | |
| " | CELL B-04 | BAD GOOD ✓ | |
| " | CELL B-05 | BAD GOOD | NO UNIT |
| " | CELL B-06 | BAD GOOD ✓ | |

Inspected by: _____  Acknowledged by: _____
Logistics/Supply                OIC, Logistics/Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 01-23-06 | CELL MH-01 | BAD GOOD ✓ | |
| " | CELL MH-02 | BAD GOOD ✓ | |
| " | CELL MH-03 | BAD GOOD ✓ | |
| " | CELL MH-04 | BAD GOOD ✓ | |
| " | CELL MH-05 | BAD GOOD ✓ | |
| " | CELL MH-06 | BAD GOOD ✓ | |
| " | CELL MH-07 | BAD GOOD ✓ | |
| " | CELL MH-08 | BAD GOOD | |
| " | CELL MH-09 | BAD GOOD ✓ | |
| " | CELL MH-10 | BAD GOOD ✓ | |
| " | CELL MH-11 | BAD GOOD ✓ | |
| " | CELL MH-12 | BAD GOOD ✓ | |
| " | CELL MH-13 | BAD GOOD ✓ | |
| " | CELL MH-14 | BAD GOOD ✓ | |
| " | CELL MH-15 | BAD GOOD ✓ | |
| " | CELL MH-16 | BAD GOOD ✓ | |
| " | HALL WAY EAST | BAD GOOD ✓ | |
| " | HALL WAY WEST | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | ✗BAD GOOD | |
| " | SALLY PORT | ✗BAD GOOD | |
| " | SALLY PORT | ✗BAD GOOD | |
| " | HFU | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD ✓ | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 01-23-06 | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | CELL B-01 | BAD GOOD ✓ | |
| " | CELL B-02 | BAD GOOD ✓ | |
| " | CELL B-03 | BAD GOOD ✓ | |
| " | CELL B-04 | BAD GOOD ✓ | |
| " | CELL B-05 | ~~BAD~~ GOOD | |
| " | CELL B-06 | BAD GOOD ✓ | |

Inspected by: _____  Acknowledged by: _____
Logistics/Supply                  OIC, Logistics/Supply

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| Feb 13, 2006 | CELL MH-01 | BAD GOOD ✓ | |
| " | CELL MH-02 | BAD GOOD ✓ | |
| " | CELL MH-03 | BAD GOOD ✓ | |
| " | CELL MH-04 | BAD GOOD ✓ | |
| " | CELL MH-05 | BAD GOOD ✓ | |
| " | CELL MH-06 | BAD GOOD ✓ | |
| " | CELL MH-07 | BAD GOOD ✓ | |
| " | CELL MH-08 | BAD GOOD ✓ | |
| " | CELL MH-09 | BAD GOOD ✓ | |
| " | CELL MH-10 | BAD GOOD ✓ | |
| " | CELL MH-11 | BAD GOOD ✓ | |
| " | CELL MH-12 | BAD GOOD ✓ | |
| " | CELL MH-13 | BAD GOOD ✓ | |
| " | CELL MH-14 | BAD GOOD ✓ | |
| " | CELL MH-15 | BAD GOOD ✓ | |
| " | CELL MH-16 | BAD GOOD ✓ | |
| " | HALL WAY EAST | BAD GOOD ✓ | |
| " | HALL WAY WEST | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD ✓ | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | part can't reach ladder (shower). |
| " | SALLY PORT | BAD GOOD | |
| " | HFU | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD ✓ | |
| " | DOC LIBRARY | BAD GOOD ✓ | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 02-13-06 | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | CELL B-01 | BAD GOOD | |
| " | CELL B-02 | BAD GOOD | |
| " | CELL B-03 | BAD GOOD ✓ | |
| " | CELL B-04 | BAD GOOD ✓ | |
| " | CELL B-05 | BAD GOOD | NO UNIT |
| " | CELL B-06 | BAD GOOD ✓ | |

Inspected by: _____  Acknowledged by: _____
Logistics/Supply                                    OIC, Logistics/Supply

Department of Public Safety
Division of Corrections

SMOKE DETECTOR CHECK LIST

DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 01-10-06 | Above Doris' desk | BAD GOOD ✓ | |
| " | Above Xerox Machine | BAD GOOD ✓ | |
| " | Supply Room | BAD GOOD | UNIT GOT WET AWAITING REPLACEMENT |
| " | Container | BAD GOOD ✓ | |
| " | Bunker Area | BAD GOOD ✓ | |
| " | Ofcrs. Supply Room | BAD GOOD ✓ | |

Inspected By: _____
Print Name & Sign

Acknowledge By" _____
OIC, Logistics & Supply

Department of Public Safety
Division of Corrections

SMOKE DETECTOR CHECK LIST

DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 01-23-06 | Above Doris' desk | BAD GOOD ✓ | |
| " | Above Xerox Machine | BAD GOOD ✓ | |
| " | Supply Room | ~~BAD~~ GOOD | |
| " | Container | BAD GOOD ✓ | |
| " | Bunker Area | BAD GOOD ✓ | |
| " | Ofcrs. Supply Room | BAD GOOD ✓ | |

Inspected By: _____      Acknowledge By" _____
Print Name & Sign                                OIC, Logistics & Supply

Department of Public Safety
Division of Corrections

## SMOKE DETECTOR CHECK LIST

### DOC ADMINISTRATION AREA

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 02-13-06 | Above Doris' desk | BAD  GOOD ✓ | |
| " | Above Xerox Machine | BAD  GOOD ✓ | |
| " | Supply Room | ~~BAD~~  GOOD | |
| " | Container | BAD  GOOD ✓ | |
| " | Bunker Area | BAD  GOOD ✓ | |
| " | Ofcrs. Supply Room | BAD  GOOD ✓ | |

Inspected By: _[signature]_Acknowledge By" _____
Print Name & SignOIC, Logistics & Supply

# SERVICE REPORT

APPROVED BY _____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | DATE |
|---|---|---|---|---|---|---|---|
| | | | | 8031 | 1 | R. CAMACHO | 1/31/06 |

| CUSTOMER NAME | CUST. NO. | STORE | COST CTR | F/R OR EXCH NO |
|---|---|---|---|---|
| DOC | | 82 | | |

| MAKE | MODEL | SERIAL NUMBER | ARRG NO | STD HOURS |
|---|---|---|---|---|
| Cat | 3306 | 66D46615 | | 124 |

- ☐ HMC H190
- ☐ HPS H192
- ☐ HMS H150
- ☐ HDM H191
- ☐ HRIS BR ____
- ☐ HLS RB ____
- ☐ HLS FONT. ____

OT / PT / SPL — START / STOP — ELAPSED TIME (three blocks)

**JOB DESCRIPTION**

DEPT. OF CORRECTION

| CHG DSL | CHG DEO | MLG | VEH | CHG 10W | CHG 30W | COST | SELL | HOURS, MILES | ELAPSED TIME | STOP |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES ☐ NO | |
| | | | | | | ☐ YES ☐ NO | |
| | | | | | | ☐ YES ☐ NO | |

**DESCRIPTIVE CODES** — A - Structural  B - Surface  C - Leaks  D - Factory Assembly  E - System Malfuction  F - Factory Shipping  G - General Repair  H - Adjustments  K - Serviceability  N - Abuse  X - OPERATION COMPLAINT

**WHAT WAS THE CUSTOMER COMPLAINT?**

**ADDITIONAL COMMENTS THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?**

PERFORM MONTHLY INSPECTION. RUN UNIT AND OBSERVE OPERATION. ALL SYSTEMS NORMAL

CUSTOMER SIGNATURE: Juan L. Wilson

SERVICEMAN SIGNATURE: [signature]

DEALER - TOP COPY  CUSTOMER - BOTTOM COPY



# COMMONWEALTH HEALTH CENTER
## PRIMARY HEALTH CARE DIVISION

GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF PUBLIC HEALTH-ENVIRONMENTAL SERVICES

## GOVERNMENT AND PUBLIC BUILDING INSPECTION REPORT

Building: Dept. of Corrections　　　Location: Susupe
Person in Charge: Georgia Cabrera　　　Address: _____

1. Water Supply
   A. __OK__ Source: Approved, Protected and Properly located.
   B. __OK__ Drinking Facilities: Approved type, clean.
   C. __OK__ Waste Water: Approved drainage – no standing pools.
2. Toilet Facilities
   A. __OK__ Type: Adequate, approved.
   B. __OK__ Cross-connection all safety precautions used.
   C. __√__ Maintenance: In good repair.
   D. __√__ Floor, stools and seats cleaned daily.
   E. __√__ Toilet paper: Available and accessible.
   F. __√__ Light: Condition of seats readily observed.
   G. __OK__ Ventilation: Properly ventilated.
3. Lavatories
   A. __√__ Hand washing Equipment lavatories, sinks – Approved.
   B. __OK__ Soap: Liquid or powdered soap.
   C. __OK__ Towels: Paper towels provided and properly stored.
   D. __OK__ Waste Water – Approved drainage. No standing pools.
4. Heating and Ventilation
   A. Air Condition
      __OK__ Temperature 68.70°F
      __OK__ Frequency of air change sufficient to prevent odors.
   B. __OK__ Temperature control.

5. Lighting
   Finish:
   __OK__ Light color on wall, ceilings.
   __√__ Clean.
6. Building
   A. Condition
      __√__ In reasonably good repair.
      __OK__ No fire or accident hazards.
      __√__ Neat.
      __√__ Floor clean.
   B. Floor Space
      __OK__ Adequate for desk space.
      __√__ Clean.
   C. Cleaning Methods
      __OK__ No dusting and sweeping during work hours.
   D. Grounds
      __OK__ Well drained.
      __OK__ Trash, garbage – no fly breeding places.
      __√__ Clean.
   E. __OK__ Janitors room and supplies neat and clean.
7. Equipment
   __OK__ Waste paper basket approved and use.
8. Ground
   __OK__ No accident hazards.
   __OK__ Others.

Remarks: (CMD) Central Male Detention/Control - 1 building - Shower and restrooms still needs to be thoroughly scrubbed clean, walls and ceilings paints are peeling off, walls are damaged (cracked). Intake - Sink is leaking (needs to repair defective p-trap). Walls are filthy (needs to be scrubbed clean/repainted). Outside premises found bottle caps stains all over the front entrance.

_____　　　12·19·05
SANITARIAN　　　　　　　　　　DATE

Received by: _____

_____
DATE

# DPS Fire Division Inspection Report

| Case Number | Fire Prevention Section Tel: 664-9077/ 78/ 80 Fax: 664-9009 | Capitol Hill House #1368 | Inspection Date |
|---|---|---|---|
| 05-190 | | | 12/19/05 |
| | | | Time of Inspection |
| | | | 0830 |

**Establishment Name:** DEPARTMENT OF CORRECTION
**Lot/Tract Number:**
**Location:** BY DPS CENTRAL
**Village:** SUSUPE
**Establishment Owner:** GOVERNMENT
**Manager/Person in Charge:** MAJOR AYUYU
**Telephone:** 664-9115
**Alt. Telephone:** 664-9061
**FAX:**
**Mailing Address:**

**Building/Complex:** GOVERNMENT
**Building Owner:** GOVERNMENT
**Bldg Owner Contact#:**
**Structure:** CONCRETE
**Interior Wall Construction:** CONCRETE
**# of Stories of Building:** 1
**# of Exits at Grnd Level:** 11
**Number of Elevators:** -0-
**Number of Stairwells:** -0-

**Occupancy:** PENITENTIARY
**Type of Inspection:** FIRE SAFETY INSPECTION
**Occupancy Code:** B
**# Exit Doors:** 11
**Number of Floors:** 1
**Number of Rooms/Units:** 41
**Occ. Length/Feet:**
**Occ. Width/Feet:**
**Area: Feet:** 0

**UFC Article:** 1, 9, 10, 11, 12, 13, 85  2CMC Division Chapter 3 & P.L. 11-56
**Reinspection Date:**
**Reinspection Time:**
**Reinspection Remarks:**

**Requirements:** THE ESTABLISHMENT HAS COMPLIED WITH PL-11-56 CNMI FIRE SAFETY CODE.

**# Emergency Lights:** 16
**# No Smoking Signs:** -0-
**# Smoke Detectors:** 44

**Fire Alarm System:** -0-
**Last Alarm Test:** -0-
**F. Alarm Cert./Test Co.:**

**Auto. Sprinkler:** -0-
**Last Sprinkler Test/Cert.:** -0-
**A. Sprink Cert/Test Co.:**

**Hood & Duct Sys.:** -0-
**Last System Test/Cert.:** -0-
**Hood & Duct Cert/Test Co.:**

**Standpipe Sys.:** -0-
**Standpipe Class:** -0-
**Standpipe Cert/Test Co.:**

**Other Extinguishing Systems:**
**Last Test Date:**
**Extinguishing Sys. Cert/Test Co.:**

**Fuel Container Volume:** 500 GAL
**Fuel Service Company:** MOBIL
**Type of Fuel Tank:** STEEL
**Certification Date:**

**Exit Signs** — # Self Luminescent: ; # Placard: Non-Luminescent: 12 ; # Placard: Reflectory/Flourescent:

**Fire Extinguishers** — # Dry Chemical: ; #Carbon Dioxide: ; # Halon: ; # Water: ; # Dry Powder:

**Disposition:** ☒ Approved ☐ Disapproved

**Accompanied By:** ALBERT DL. REYES
**Signed:** [signature]
**Date:** 12-20-05
**Witness:**

**Code Enforcement Officer / Inspector:** [signature] DANIEL R. SUCA
**Time Completed:**

Any exceptions allowable within the Uniform Fire Code are subject to the approval of the DPS-Fire Director

| Business Permit # | Occupancy Permit # | DBS Fire Prevention Plan Review # |
|---|---|---|
| | | |

| Plan Approval Date | Reviewer | Construction Contractor | Contractor Number | Contact Telephone |
|---|---|---|---|---|
| | | | | |

| Architect | Architect Number | Date of Construction | Date Completed Construction |
|---|---|---|---|
| | | | |

| Dist\Nearest Hydrant | Hydrant Type | Hydrant PSI: Peak Use | Hydrant PSI: Non-Peak Use |
|---|---|---|---|
| 500' | WET | | |

**Other Life Safety Devices**

**Remarks/Comments/Requirements**

**Illustrations**

[Hand-drawn map showing: N (north arrow), RSAT, BMV, FIRE STATION, DPS, CMD, DOC, DPD]

Received: [signature]
Inspector: [signature]
Witness:

Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
Bureau of Environmental Health

**FOOD HANDLER CERTIFICATE**

| | |
|---|---|
| Name (Last, First, Middle Initial): LABARDA, MA. THELMA | Date of Birth: 04/09/67 — Sex ( ) M (XX) F |
| Social Security Number/Entry Permit Card Number: 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 | FHC Issue Date: 07/20/05 |
| Name of Business/Corp: BOLIS R US | P.E. Date / Application and/or PE #: 06/28/05 |
| Location of Business/Employer: CHALAN KANOA | Date of Expiration (Coincide w/ Entry Permit): 06/28/06 |
| Occupation: KITCHEN HELPER | Country/Citizenship: PI |
| PEDRO T. UNTALAN — Deputy Secretary of Public Health | (XX) New ( ) Renewal ( ) Duplicate Ref: ( ) Replacement Ref: |

This Certificate must be readily available upon request by Health Inspectors.
Form DPH BEH 6 — P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
Bureau of Environmental Health

**FOOD HANDLER CERTIFICATE**

| | |
|---|---|
| Name (Last, First, Middle Initial): BUHAY, ELDEN | Date of Birth: 09/20/63 — Sex ( ) M (X) F |
| Social Security Number/Entry Permit Card Number: 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 | FHC Issue Date: 04/26/05 |
| Name of Business/Corp: BOLIS-R-US CATERING | P.E. Date / Application and/or PE #: 03/31/05 |
| Location of Business/Employer: CHALAN KANOA DIST.3 | Date of Expiration (Coincide w/ Entry Permit): 03/31/06 |
| Occupation: COOK/HELPER | Country/Citizenship: P.I |
| PEDRO T. UNTALAN — Deputy Secretary of Public Health | ( ) New (X) Renewal ( ) Duplicate Ref: ( ) Replacement Ref: |

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: MATEDIOS AMADO
Last First Middle Initial

has attended and completed the Food Handler Certification Workshop on: 04 / 12 / 05 as part of the Food Handler Certification requirements.

Certified by: [signature] Date: 04 / 12 / 05

Form DPH-BEH 5 This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871 28462

Commonwealth of the Northern Mariana Islands
Department of Health 26628
Division of Public Health
*Bureau of Environmental Health*

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: SANTOS, MARITES A.
Last First Middle Initial

has attended and completed the Food Handler Certification Workshop on: 10 / 13 / 04 as part of the Food Handler Certification requirements.
Mo Day Yr.

Certified by: [signature] Date: 10/13/04

Form DPH-BEH 5 This workshop must be taken annually or as otherwise provided by law
P.O. Box 500409 CK, Saipan, MP 96950

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Vanson Guillermo M.
Last   First   Middle Initial

has attended and completed the Food Handler Certification Workshop
on: 4/12/05 as part of the Food Handler Certification requirements.

Certified by: _____   Date: 4/12/05

Form DPH-BEH 5   This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871   28589

---

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Buhay Eldon H.
Last   First   Middle Initial

has attended and completed the Food Handler Certification Workshop
on: 4/12/05 as part of the Food Handler Certification requirements.

Certified by: _____   Date: 4/12/05

Form DPH-BEH 5   This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871   28576

---





Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

**FOOD HANDLER CERTIFICATE**

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
|---|---|---|
| YANSAN, GUILLERMO | 06/25/64 | (X) M ( ) F |

| Social Security Number/Entry Permit Card Number | FHC Issue Date |
|---|---|
| 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 | 04/26/05 |

| Name of Business/Corp | P.E. Date / Application and/or PE # |
|---|---|
| BOLIS-R-US CATERING | 03/31/05 |

| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) |
|---|---|
| CHALAN KANOA DIST. 3 | 03/31/06 |

| Occupation | Country/Citizenship |
|---|---|
| BAKER/HELPER | P.I |

PEDRO T. UNTALAN
Deputy Secretary of Public Health

( ) New
(X) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

This Certificate must be readily available upon request by Health Inspectors.
Form DPH-BEH 6    P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

23265

Commonwealth of the Northern Mariana Islands
Department of Public Health
*Office of the Secretary*

**HEALTH CLEARANCE**
THIS IS TO CERTIFY THAT

**LIIDS Number** *188252*
**Full Name:** *AMADO YERRO MATEDIOS*
**Employer:** *BOLIS R US*
**Was examined on:** *3/31/05*   **At:** *ISLAND MEDICAL CENTER*
Was found physically fit and free of communicable disease.

_____   3/31/06
Secretary of Health or Designee   Expiration Date