**FIRE INSPECTION**

FIRE INSPECTION



**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
Department Of Community And Cultural Affairs
Division Of Youth Services
Kagman Juvenile Detention And Correctional Facility

January 31, 2006

## MEMORANDUM

| | | |
|---|---|---|
| **TO** | : | Vivian T. Sablan<br>Acting DYS Director |
| **FROM** | : | KJDCF Supervisor |
| **SUBJECT** | : | Request for payment<br>(Phoenix Pacific (Guam) Inc.) |

The purpose of this memorandum is to request for the payment for Phoenix Pacific (Guam) Inc. for work conducted at the Kagman Juvenile Detention & Correctional Facility. Please see attachment.

In addition, I would also like to request that a review be conducted of the said vendor's contract and past purchase orders for any discrepancies towards payments.

Please feel free to call on me if you have any questions.

Floyd Eric R. Masga

CC:
    Rose Teregeyo –Social Worker III
    Ricardo Rasa – JCW I-Designated Safety Officer

Case 1:99-cv-00017

# Phoenix Pacific (Guam), Inc.
## System Integrators

109 East Harmon Industrial Park Road Tamuning, Guam 96913
Telephone: (671) 646-6461/2, 646-6481 • Fax: (671) 649-0483
Email: service@phoenixguam.com

KAGMAN JUVENILE DETENTION FACILITY (REG. MAINT.)
$980.00
CLIENT#
JOB#57122

## FIRE ALARM PREVENTIVE MAINTENANCE REPORT

| | | |
|---|---|---|
| CUSTOMER NAME: | DIVISION OF YOUTH SERVICES | INSPECTION DATE: 1-27-06 |
| BUILDING ADDRESS: | P.O. BOX 501000 CHALAN KANOA, SAIPAN MP 96950 | INSPECTION FOR MONTH OF: JANUARY 2006 |
| CONTACT PERSON: | VICTOR MESA | CONTRACT EXPIRATION DATE: MC-2005-15 JUNE 29, 2005 |
| TELEPHONE NUMBER: | | CONTRACT NUMBER: |
| CONTRACT REQUIRES INSPECTION: | MONTHLY ☐ QUARTERLY ☑ SEMI-ANNUALLY ☐ ANNUALLY ☐ | |

| DEVICES OR APPLIANCES | PERIODIC TEST PER NFPA 72H (INDIVIDUAL DEVICE) | COMMENTS | NOT TESTED | TESTED SATISFACTORY | *TESTED DEFICIENT (SEE BELOW) |
|---|---|---|---|---|---|
| FIRE ALARM PANEL | QUARTERLY | | ☐ | ☑ | ☐ |
| PRIMARY/SECONDARY POWER SUPPLIES | QUARTERLY | | ☐ | ☑ | ☐ |
| BATTERY SEALED LEAD ACID | ANNUALLY | | ☐ | ☑ | ☐ |
| REMOTE ANNUNCIATOR | ANNUALLY | | ☐ | ☐ | ☐ |
| AUDIBLE AND VISIBLE TROUBLE SIGNALS | ANNUALLY | | ☐ | ☑ | ☐ |
| ZONE DISCONNECT SWITCHES, TROUBLE SIGNAL | ANNUALLY | | ☐ | ☐ | ☐ |
| GROUND FAULT MONITORING CIRCUIT | ANNUALLY | | ☐ | ☑ | ☐ |
| MANUAL STATIONS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| HEAT DETECTORS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| SMOKE DETECTORS | ANNUALLY | | ☐ | ☑ | ☐ |
| FLAME, BEAM AND OTHER DETECTORS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| WATER FLOW ALARM SWITCHES | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| TAMPER SWITCH | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| SUPERVISORY SIGNAL DEVICES | QUARTERLY | | ☐ | ☐ | ☐ |
| AUDIBLE, BELLS, HORNS OR OTHERS | ANNUALLY | | ☐ | ☑ | ☐ |
| VISUAL DEVICES | ANNUALLY | | ☐ | ☑ | ☐ |
| EMERGENCY EVACUATION CONTROL PANELS | ANNUALLY | | ☐ | ☐ | ☐ |
| SPEAKERS/VOICE ALARM | ANNUALLY | | ☐ | ☐ | ☐ |
| TELEPHONE (TWO-WAY) | ANNUALLY | | ☐ | ☐ | ☐ |
| EXTINGUISHING SYSTEM ALARM SWITCHES | ANNUALLY | | ☐ | ☐ | ☐ |

* INSPECTION/TEST REPORT IS BASED ON NFPA GUIDLINES SET FOURTH IN NFPA 72, WHEN LESS THAN 100% TEST IS BEING PERFORMED. A CLOSE RECORD SHALL BE MAINTAINED OF THE INDIVIDUAL INITIATING DEVICES AND INDICATING APPLIANCES TESTED EACH TIME TO AVOID SAME DEVICE BEING TESTED ON SUBSEQUENT TESTS.

TYPE / LOCATION / ADDRESS OF PERIPHERAL DEVICES TESTED THIS INSPECTION:

1 - Tested smoke detectors inside Housing A and B, 1st and 2nd flr. Also tested smoke detectors inside Admin, Education, and Maintenance buildings. All devices tested OK.
2 - Conducted panel tests for ground fault, open fault, battery voltage, and battery fault test.

* DEFICIENCIES:
NO deficiencies found.

Brian M. Calvo
TECHNICIAN'S NAME
Brian M. Calvo    1-27-06
SIGNATURE    DATE

Juvenile Detention Unit
CUSTOMER NAME
X [signature]    1-27-06
SIGNATURE    DATE

CUSTOMER HEREBY ACKNOWLEDGE RECEIPT OF REPORT AND GIVES CONSENT TO MAKE THE NECESSARY QUOTATION AS NOTED IN TECHNICIAN'S NOTES.

WHITE - Customer • GREEN - PPGI Chrono • YELLOW - PPGI File • PINK - PPGI Hono • GOLD - Customer Invoice

 

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
Department Of Community And Cultural Affairs
Division Of Youth Services
Kagman Juvenile Detention And Correctional Facility

February 24, 2006

**TO**      :   **Debra Inos**
                **DYS Director**

**FROM**    :   KJDCF Supervisor

**SUBJECT** :   Seafix Inc. - Quotation

As per our conversation and memorandum, faxed is copy of a quotation provided by Seafix Inc. to conduct an assessment of our down Fire Sprinkler Booster Pump System. This is an urgent need for our facility due to the Consent Decree requirements and DPS-Fire regulations. In addition, if this matter is not taken cared of, it may cause our facility to either close down or face further litigations.

Please feel free to contact me if you have any questions or comments.

Floyd Masga

CC: Rose Teregeyo – Social Worker III
    Jennifer Tanaka – Social Worker III
    Ricardo Rasa – JCWI/Designed Safety Officer



# SEAFIX
**INCORPORATED**

February 23, 2006
## QUOTATION
Juvenile Detention Center
Attn: Floyd Masga

|  | DESCRIPTION | AMOUNT |
|---|---|---|
| 06-02-1921 | Provide two (2) men, one Electrician and one Mechanic to troubleshoot Fire Sprinkler Booster Pump system, make repairs as progress permits, provide final discovery/remedy quote.<br><br>Not to exceed 64 (4 days) man-hours.<br>Labor rate of $35/m/hr | $2,240.00 |
|  |  | $2,240.00 |

**SEAFIX INCORPORATED**
Mark R. Blackburn



# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*

P.O. Box 504673   Saipan, MP 96950
Tel: (670) 235-6500   Fax (670) 235-7400

**INVOICE**

**27628**

**Bill To:**

CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 664-1270/1/2  Fax: 664-1215

**Ship To:**

D.Y.S

| Date | ( ) Partial  (✓) Complete | Terms |
|------|---------------------------|-------|
| 1/26/2006 |                     | 30 DAYS |

| P.O. # | ( ) Special Order | Sales Rep |
|--------|-------------------|-----------|
| 439616 |                   | KJK |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|-----|-----|-------|--------|-------------|-------|--------|
|     |     | 32    | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 96.00 |
|     |     |       | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
|     |     |       |        | For the month of January 2006 |  |  |

**Total** $106.00

I Certify that this is a true and correct invoice and
[✓] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.

Signature _____
Print Name  PICARDO R. RASA
Date  01-27-06

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.

# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*

P.O. Box 504873  Saipan, MP 96950
Tel: (670) 235-6500  Fax (670) 235-7400

**INVOICE 27758**

**Bill To:**

CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 664-1270/1/2  Fax: 664-1215

**Ship To:**

D.Y.S

| Date | ( ) Partial  ( ) Complete | Terms |
|---|---|---|
| 2/28/2006 | | 30 DAYS |
| **P.O. #** 439616 | ( ) Special Order | **Sales Rep** KJK |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 32 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 96.00 |
| | | | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
| | | | | for the month of February 2006 | | |

**Total $106.00**

I Certify that this is a true and correct invoice and
[ ] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.
Signature _____
Print Name _____
Date 3/01/06

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.