**EMERGENCY**
**DRILL**

Juvenile Detention Unit
Division of Youth Services-DCCA
Commonwealth of the Northern Mariana Islands
Tel: 256-2550/2551
Fax: 256-2558/2557

## Fire Drill Log

Date: 01-25-06                                    Time: 0906

Group(s): _____

Staff(s) on Duty: V. Taman, J. Babauta, and K. Flores.

Other Participants: staff and clients.

Fire Drill Facilitator: Ricardo R. Rara.

All Clear Time: 0908                              Time Taken to Evacuate: 2 min.

Facilitator's Comments: need more drills to prepare the staff and clients at the facility. Rm.

Successful Encounters: none. Rm.

Encountered Problems: Main Control doesn't know really what to do. So then I told him just to evacuated and I'll brief him later. Unit Control and Rover didn't relay to main control on headcount. and Unit "B" main control officer didn't get the 1st aid kit. Admin took time to evacuated. Rm.