**FOOD HANDLERS**




# Commonwealth of the Northern Mariana Islands
## Department of Public Health
### Division of Public Health

Lynn F. Tenorio
Deputy Secretary of Public Health

# MEMORANDUM

| | |
|---|---|
| To | : Mr. Floyd Masga , Supervisor |
| | : Kagman Juvenile Detention Center |
| Thru: | : Deputy Secretary for Public Health |
| From | : Environmental Health Officer |
| Copy | : Acting DYS Director, PH Medical Director, CHC Lab Director, BEH file |
| Date | : January 30, 2006 |
| Subject | : FHC Certification |

Your memo dated 25th January 2006, request for Food Handlers Certification (FHC) for KJDC staff is forwarded to Training section for scheduling. Mr. Perry Sablan will be contacting your office to formalize the schedule training and physical examination requirements.

The Bureau of Environmental Health office (BEH) record indicates that food safety trainer conducted seminar for your staff in August of 2004. Followed with an on-site physical examination by Medical Director. Unfortunately, most of your staff didn't submit stool sample to CHC laboratory as directed to complete the requirements for FHC. The stool sample submission is required to verify those applicants are free of ovi parasite. The FHC is required to be renew on annual basis.

Should you have any other questions or concerns, please contact Inspector Perry Sablan (BEH Navy Hill office), at 664-4870/72.

Thank you

P.O. Box 500409 CK, Saipan, MP 96950
Telephone: (1- 670) 236-7803   FAX: (1- 670) 236-8700

 **Commonwealth of the Northern Mariana Islands**
**Department of Public Health**
**Division of Public Health** 

Lynn F. Tenorio
Deputy Secretary of Public Health

# MEMORANDUM

| | |
|---|---|
| To | : Mr. Floyd Masga, Supervisor |
| | : Kagman Juvenile Detention Center |
| Thru: | : Deputy Secretary for Public Health |
| From | : Environmental Health Officer |
| Copy | : Acting DYS Director, PH Medical Director, CHC Lab Director, BEH file |
| Date | : January 30, 2006 |
| Subject | : FHC Certification |

Your memo dated 25th January 2006, request for Food Handlers Certification (FHC) for KJDC staff is forwarded to Training section for scheduling. Mr. Perry Sablan will be contacting your office to formalize the schedule training and physical examination requirements.

The Bureau of Environmental Health office (BEH) record indicates that food safety trainer conducted seminar for your staff in August of 2004. Followed with an on-site physical examination by Medical Director. Unfortunately, most of your staff didn't submit stool sample to CHC laboratory as directed to complete the requirements for FHC. The stool sample submission is required to verify those applicants are free of ovi parasite. The FHC is required to be renew on annual basis.

Should you have any other questions or concerns, please contact Inspector Perry Sablan (BEH Navy Hill office), at 664-4870/72.

Thank you

P.O. Box 500409 CK, Saipan, MP 96950
Telephone: (1- 670) 236-7803   FAX: (1- 670) 236-8700

Four Certificates of Completion for Workshop Participants from the Commonwealth of the Northern Mariana Islands, Department of Health, Division of Public Health, Bureau of Environmental Health — Food Handler Certification Workshop:

1. Antonio Jack — Date: 7/22/04, Certified by: Aly Kaplan-Guerra
2. Herbert Nobu — Date: 7/22/04, Certified by: Aly Kaplan-Guerra
3. Julie Crisostomo — Date: 7/22/04, Certified by: Aly Kaplan-Guerra
4. Josep William — Date: 7/22/04, Certified by: Aly Kaplan-Guerra

**Certificate 1 (top):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Reyes, Grades T.
(Last, First, Middle Initial)

has attended and completed the Food Handler Certification Workshop

on: 7 / 23 / 04    as part of the Food Handler Certification requirements.

Certified by: Lilly Kapileo-Iguaua    Date: 7 / 23 / 04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2534 · Fax: (1-670) 664-4871



**Certificate 2 (bottom left):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Aldan, Benjamin S.
(Last, First, Middle Initial)

has attended and completed the Food Handler Certification Workshop

on: 7 / 23 / 04    as part of the Food Handler Certification requirements.

Certified by: Lilly Kapileo-Iguaua    Date: 7 / 23 / 04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2534 · Fax: (1-670) 664-4871




**Certificate 3 (bottom right):**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Rose, Teregeyo
(Last, First, Middle Initial)

has attended and completed the Food Handler Certification Workshop

on: 7 / 23 / 04    as part of the Food Handler Certification requirements.

Certified by: Lilly Kapileo-Iguaua    Date: 7 / 23 / 04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950

Case 1:99-cv-00017   Document 25-15   Filed 04/03/2006   Page 6 of 9

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
**Bureau of Environmental Health**

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Amuro / Jack / A.
(Last / First / Middle Initial)

has attended and completed the Food Handler Certification Workshop on: 7 / 22 / 04 as part of the Food Handler Certification requirements.

Certified by: Illy Kaptin Guiam   Date: 7/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
**Bureau of Environmental Health**

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Jagbat / Nara /
(Last / First / Middle Initial)

has attended and completed the Food Handler Certification Workshop on: 7 / 22 / 04 as part of the Food Handler Certification requirements.

Certified by: Illy Kaptin Guiam   Date: 7/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
**Bureau of Environmental Health**

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Rubin / Culum / A.
(Last / First / Middle Initial)

has attended and completed the Food Handler Certification Workshop on: 7 / 22 / 04 as part of the Food Handler Certification requirements.

Certified by: Illy Kaptin Guiam   Date: 7/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---

**Commonwealth of the Northern Mariana Islands**
**Department of Health**
**Division of Public Health**
**Bureau of Environmental Health**

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Areg / William / A.
(Last / First / Middle Initial)

has attended and completed the Food Handler Certification Workshop on: 7 / 22 / 04 as part of the Food Handler Certification requirements.

Certified by: Illy Kaptin Guiam   Date: 7/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

## CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Uamuchi   Ray Anthony   O.
                        Last         First        Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 7 / 23 / 04 as part of the Food Handler Certification
    Mo   Day   Yr

requirements.

Certified by: [signature] Ely Kapileo Gamara   Date: 7/23/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

## CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Rajo   Ricardo   R.
                        Last    First     Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 7 / 23 / 04 as part of the Food Handler Certification
    Mo   Day   Yr

requirements.

Certified by: [signature] Ely Kapileo Gamara   Date: 7/23/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

---



Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

## CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Nekai   Clifford   .
                        Last     First      Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 7 / 23 / 04 as part of the Food Handler Certification
    Mo   Day   Yr

requirements.

Certified by: [signature] Ely Kapileo Gamara   Date: 7/23/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871



---

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

## CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Duguyo   Elizabeth   .
                        Last      First       Middle Initial

has attended and completed the Food Handler Certification Workshop

on: 7 / 23 / 04 as part of the Food Handler Certification
    Mo   Day   Yr

requirements.

Certified by: [signature] Ely Kapileo Gamara   Date: 7/23/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871




**Certificate 1:**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Reapes (Last)  Cynthia (First)  ___ (Middle Initial)

has attended and completed the Food Handler Certification Workshop on: _/_/_ (Mo/Day/Yr) as part of the Food Handler Certification requirements.

Certified by: ___  Date: _/_/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950 · Tel: (1-670) 664-4874 · Fax: (1-670) 664-4871

**Certificate 2:**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Mitchel (Last)  Benjamin (First)  G. (Middle Initial)

has attended and completed the Food Handler Certification Workshop on: _/_/_ (Mo/Day/Yr) as part of the Food Handler Certification requirements.

Certified by: ___  Date: _/_/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950 · Tel: (1-670) 664-4874 · Fax: (1-670) 664-4871

**Certificate 3:**

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS

This is to certify that: Rosa (Last)  Tengeyet (First)  ___ (Middle Initial)

has attended and completed the Food Handler Certification Workshop on: _/_/_ (Mo/Day/Yr) as part of the Food Handler Certification requirements.

Certified by: ___  Date: _/_/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950





## Certificate 1 (top left)

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**



This is to certify that: Camacho (Last)   Ray Anthony (First)   C. (Middle Initial)

has attended and completed the Food Handler Certification Workshop on: 7 (Mo) / 22 (Day) / 04 (Yr) as part of the Food Handler Certification requirements.

Certified by: Lily Kapileo Gamilla   Date: 7/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

## Certificate 2 (top right)

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**

This is to certify that: Kani (Last)   Ricardo (First)   R. (Middle Initial)

has attended and completed the Food Handler Certification Workshop on: 7 / 22 / 04 as part of the Food Handler Certification requirements.

Certified by: Lily Kapileo Gamilla   Date: 7/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

## Certificate 3 (bottom left)

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**



This is to certify that: Nekai (Last)   Clifford (First)   (Middle Initial)

has attended and completed the Food Handler Certification Workshop on: 7 / 22 / 04 as part of the Food Handler Certification requirements.

Certified by: Lily Kapileo Gamilla   Date: 7/22/04

This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871

## Certificate 4 (bottom right)

Commonwealth of the Northern Mariana Islands
Department of Health
Division of Public Health
Bureau of Environmental Health

**CERTIFICATE OF COMPLETION FOR WORKSHOP PARTICIPANTS**



This is to certify that: Joaquin (Last)   Elizabeth (First)   (Middle Initial)

has attended and completed the Food Handler Certification Workshop on: 7 / 22 / 04 as part of the Food Handler Certification requirements.

Certified by: Lily Kapileo Gamilla   Date: 7/22/04



This workshop must be taken annually or as otherwise provided by law.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 · Fax: (1-670) 664-4871