# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,    )

        Plaintiff,    )

        v.    )

COMMONWEALTH OF THE    )
NORTHERN MARIANA ISLANDS,    )
GOVERNOR OF THE NORTHERN    )
MARIANA ISLANDS,    )
COMMISSIONER OF THE    )
DEPARTMENT OF PUBLIC    )
SAFETY, SECRETARY OF THE    )
DEPARTMENT OF LABOR AND    )
IMMIGRATION, SECRETARY OF    )
THE DEPARTMENT OF    )
COMMUNITY AND CULTURAL    )
AFFAIRS,    )

        Defendants.    )

CIVIL ACTION NO.  CV 99-0017

**STATUS REPORT**

**DIVISION OF YOUTH SERVICES**

**PART 2 OF 2 PARTS**

**April 1, 2006**

CHC DAILY
MENU

# KJD&CF

## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 03·05·06                              Day: _____

**BREAKFAST – Arrival Time:** 0738          Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | Juice | | | 40· |
| Milk | 38 - 40 | milk | | | 40 |
| | | French toast | | | 40 |
| | | Turkey bacon, apple | | | 140· |
| | | cookies | | | 40· |

**LUNCH – Arrival Time:** 1200              Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken soup | | | 180· |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Rice | | | 180· |
| Hot Vegetables | 160 or more | LETTUCE + TOMATOE SALAD | | | 40· |
| Canned fruits/Pudding | 40 or less | CANTALOUPE | | | 40· |
| | | milk | | | 40· |
| | | dinner roll | | | 40· |

**DINNER – Arrival Time:** 1650             Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | fish | | | 160· |
| Stew | 160 or more | rice· | | | 180· |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | mix vege· | | | 50· |
| Canned fruits/Pudding | 40 or less | oranges· | | | 40· |
| Milk | 40 or Less | milk | | | 40· |
| | | dinner roll bread· | | | 40· |

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 03·04·06          Day: _____

**BREAKFAST – Arrival Time:** 0735          Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | twist bread. | | | 40˙ |
| Hot Cereal | 150 or More | Arnskado | | | 188˙ |
| Juice | 40 | juice. | | | 40 |
| Milk | 38 - 40 | milk | | | 40˙ |
| | | orange | | | 40˙ |
| | | crackers | | | 40˙ |

**LUNCH – Arrival Time:** 12ᴺ          Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Ground beef. | | | 160˙ |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | rice. | | | 180˙ |
| Hot Vegetables | 160 or more | carrots +peas salad | | | 60˙ |
| Canned fruits/Pudding | 40 or less | banana. | | | 40˙ |
| | | sandwich. | | | 40˙ |
| | | milk | | | 40˙ |

**DINNER – Arrival Time:** 1700          Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken. | | | 160˙ |
| Stew | 160 or more | rice | | | 180˙ |
| Soup | 175 or more | vege soup | | | 180˙ |
| Hot Vegetables | 160 or more | mix vege. | | | 40˙ |
| Canned fruits/Pudding | 40 or less | mix fruit. | | | 40˙ |
| Milk | 40 or Less | milk | | | 40˙ |
| | | crackers. | | | 40˙ |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: __03·03·06__                    Day: _____

**BREAKFAST – Arrival Time:** __0720__          Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Poached eggs | | | 160˚ |
| Hot Cereal | 150 or More | add cereal | | | 40˚ |
| Juice | 40 | juice | | | 40˚ |
| Milk | 38 - 40 | milk | | | 40˚ |
| | | jelly | | | 40˚ |
| | | wheat toast | | | 40˚ |

**LUNCH – Arrival Time:** __1215__          Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ chicken | | | 160˚ |
| Stew | 160 or more | rice | | | 180˚ |
| Hot Starch | 150 or more | potatoe salad | | | 40˚ |
| Hot Vegetables | 160 or more | green beans | | | 40˚ |
| Canned fruits/Pudding | 40 or less | Fresh grapes | | | 40˚ |
| | | Bread | | | 40˚ |
| | | milk | | | 40˚ |

**DINNER – Arrival Time:** __1655__          Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | FISH | | | 160˚ |
| Stew | 160 or more | s/RICE | | | 180˚ |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | KADU KONU | | | 180˚ |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | MILK | | | 40˚ |
| | | DINNER ROLL , COOKIE | | | 40˚ |

**Generally, Temperature standard are:**

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _03·02·06_                              Day: _____

**BREAKFAST – Arrival Time:** _0712_              Officer's Signature: _____

No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Banan pancake | | | 140 |
| Hot Cereal | 150 or More | Grilled ham | | | 140 |
| Juice | 40 | Juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | cookies | | | 40° |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1210_                Officer's Signature: _____

No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | roast turkey | | | 140° |
| Stew | 160 or more | rice | | | 180° |
| Hot Starch | 150 or more | dinner roll | | | 40° |
| Hot Vegetables | 160 or more | peas + carrots salad | | | 40° |
| Canned fruits/Pudding | 40 or less | Honey dew | | | 40° |
| | | wafers | | | 40 |
| | | oranges | | | 40° |

**DINNER – Arrival Time:** _____         Officer's Signature: _____

No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Ground beef | | | 100° |
| Stew | 160 or more | rice | | | 180° |
| Soup | 175 or more | Onion Soup | | | 180° |
| Hot Vegetables | 160 or more | Local vege Salad | | | 40° |
| Canned fruits/Pudding | 40 or less | fat" lettuce + tomatoes salad | | | 40° |
| Milk | 40 or Less | cake | | | 40° |
| | | peach halves, milk | | | 40° |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces;  etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _03·07·00_                          Day: _____

**BREAKFAST – Arrival Time:** _0720_              Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140  or More | scamble egg | | | 140· |
| Hot Cereal | 150 or More | steamed rice | | | 180· |
| Juice | 40 | juice | | | 40 |
| Milk | 38 – 40 | milk | | | 40· |
| | | toast. | | | 400· |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1100_              Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 – 140 | Hamburger steak | | | 160· |
| Stew | 160 or more | string beans | | | 140· |
| Hot Starch | 150 or more | Rice | | | 180· |
| Hot Vegetables | 160 or more | Fruit salad | | | 40· |
| Canned fruits/Pudding | 40 or less | sherbert | | | 40· |
| | | dinner roll | | | 40· |
| | | milk. | | | 40· |

**DINNER – Arrival Time:** _1650_              Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 – 140 | Pork loin. | | | 160 |
| Stew | 160 or more | rice. | | | 180· |
| Soup | 175  or more | vege soup. | | | 180· |
| Hot Vegetables | 160 or more | Cauliflower salad + green beans | | | 40· |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | milk | | | 40· |
| | | ham + cheese sandwich. | | | 40· |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies: 175  Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces;  etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02·28·06_ 　　　　　　　　　　　　Day: _____

**BREAKFAST – Arrival Time:** _____ 　　　Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1N0_ 　　　　　　　Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Grilled Turkey Sandwich | | | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | coleslaw | | | |
| Hot Vegetables | 160 or more | Garden Soup. | | | |
| Canned fruits/Pudding | 40 or less | Fruit mix cocktail | | | |
| | | wafers. | | | |

**DINNER – Arrival Time:** _1700_ 　　　　　　Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish | | | 160° |
| Stew | 160 or more | Rice | | | 180° |
| Soup | 175 or more | Corn Crab soup. | | | 180° |
| Hot Vegetables | 160 or more | zucchini w/tomatoes. | | | 140° |
| Canned fruits/Pudding | 40 or less | dinner roll | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies: 175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces;  etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _8·27·06_____          Day:_____

**BREAKFAST – Arrival Time:**_____          Officer's Signature:_____
No of Meals:_____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH -- Arrival Time:** _1208_          Officer's Signature:_____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ pork chops | | | 160· |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Potatoes | | | 150· |
| Hot Vegetables | 160 or more | mix vege | | | 40' |
| Canned fruits/Pudding | 40 or less | orange | | | 40· |
| | | dinner roll | | | 40· |
| | | milk    wafers. | | | 40 |

**DINNER -- Arrival Time:**_____ _1450_          Officer's Signature:_____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken | | | 160· |
| Stew | 160 or more | rice | | | 150 |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | broccolli | | | 140 |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | milk | | | 40· |
| | | dinner roll, sandwich. | | | 40· |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F, or more
- Soups and gravies:  175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02·26·06_                                    Day: _____

**BREAKFAST – Arrival Time:** _0730_               Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Pancake | | | 160· |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | Juice | | | 40· |
| Milk | 38 - 40 | state milk | | | 40· |
| | | Banana | | | 40· |
| | | crackers | | | 40· |

**LUNCH – Arrival Time:** _____        Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| | | | | | |
| | | | | | |

**DINNER – Arrival Time:** _____       Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pot Roast | | | 160· |
| Stew | 160 or more | rice | | | 180· |
| Soup | 175 or more | Vege Soup | | | 180 |
| Hot Vegetables | 160 or more | dinner roll | | | 40· |
| Canned fruits/Pudding | 40 or less | Peach halves | | | 40· |
| Milk | 40 or Less | milk | | | 40· |
| | | | | | |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02·25·06_ _____          Day: _____

**BREAKFAST – Arrival Time:** _____          Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1200_ _____          Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken curry | | | 160° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | rice | | | 180 |
| Hot Vegetables | 160 or more | broccolli | | | 140° |
| Canned fruits/Pudding | 40 or less | grapes. | | | 40° |
| | | tuna sandwich. | | | 40° |
| | | milk | | | 40° |

**DINNER – Arrival Time:** _____          Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | beef. | | | 160° |
| Stew | 160 or more | rice. | | | 180° |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | vege soup. | | | 180° |
| Canned fruits/Pudding | 40 or less | apple . | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | peanut butter sandwich. | | | 40° |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02·04·04                          Day: Friday.

**BREAKFAST – Arrival Time:** 0715                  Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs | | | 140 |
| Hot Cereal | 150 or More | Oatmeal | | | 150 |
| Juice | 40 | Juice | | | 40 |
| Milk | 38 - 40 | milk | | | 40 |
| | | muffin | | | 40 |
| | | cookies | | | 40 |
| | | Banana | | | 40 |

**LUNCH – Arrival Time:** 1015              Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Roast beef | | | 140 |
| Stew | 160 or more | steamed Rice | | | 180 |
| Hot Starch | 150 or more | Buttered carrots Vege salad | | | 90 |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | Red fruited jello | | | 40 |
| | | wheat roll | | | 40 |
| | | milk . | | | 40 |

**DINNER – Arrival Time:** _____              Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02·23·06    Day: Thrusday.

**BREAKFAST – Arrival Time:** 07:15    Officer's Signature: _____

No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | Juice | | | 40· |
| Milk | 38 - 40 | milk | | | 40· |
| | | French toast | | | 60· |
| | | Banana. | | | 40' |
| | | Crackers | | | 40· |

**LUNCH – Arrival Time:** 1200    Officer's Signature: _____

No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken | | | 160· |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | browned potatoes. | | | 188· |
| Hot Vegetables | 160 or more | Seasoned peas. | | | 88· |
| Canned fruits/Pudding | 40 or less | Carrot, Raisin pineapple salad | | | 40· |
| | | oranges | | | 40· |
| | | milk, cookies & dinner rolls. | | | 40· |

**DINNER – Arrival Time:** 1700    Officer's Signature: _____

No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pork Roast steak | | | 160· |
| Stew | 160 or more | Crab & Broccoli Salad | | | 180· |
| Soup | 175 or more | minestrone soup. | | | 188· |
| Hot Vegetables | 160 or more | Rice | | | 188· |
| Canned fruits/Pudding | 40 or less | pears halves. | | | 40· |
| Milk | 40 or Less | milk, or cookies. | | | 40· |
| | | peanut butter sandwich. | | | 40· |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02·22·06                          Day: Wednesday.

**BREAKFAST – Arrival Time:** 0705               Officer's Signature:
No of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | hash brown + scramble eggs. | | | 140 |
| Hot Cereal | 150 or More | toast | | | 60 |
| Juice | 40 | juice | | | 40 |
| Milk | 38 - 40 | milk | | | 40 |
| | | cookies | | | 40 |
| | | | | | 40 |

**LUNCH – Arrival Time:** 1150               Officer's Signature:
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | beef | | | 140 |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | mash potatoes | | | 180 |
| Hot Vegetables | 160 or more | mix vege salad | | | 40 |
| Canned fruits/Pudding | 40 or less | peaches halves. | | | 40 |
| | | milk | | | 40 |

**DINNER – Arrival Time:** 1650               Officer's Signature:
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Turkey. | | | 160 |
| Stew | 160 or more | rice | | | 180 |
| Soup | 175 or more | French Soup Onion | | | 180 |
| Hot Vegetables | 160 or more | vege salad. | | | 40 |
| Canned fruits/Pudding | 40 or less | oranges | | | 40 |
| Milk | 40 or Less | milk | | | 40 |
| | | dinner roll | | | 40 |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02·21·06,                               Day: Tuesday;

**BREAKFAST – Arrival Time:** 0710          Officer's Signature:
No of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble egg | | | 140 |
| Hot Cereal | 150 or More | cold cereal | | | 40 |
| Juice | 40 | Juice | | | 40 |
| Milk | 38 - 40 | milk | | | 40 |
| | | Banana | | | 40 |
| | | muffin | | | 40 |
| | | | | | |

**LUNCH – Arrival Time:** 12N          Officer's Signature:
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Ham | | | 140 |
| Stew | 160 or more | spice escalloped apples. | | | 160 |
| Hot Starch | 150 or more | rice | | | 180 |
| Hot Vegetables | 160 or more | Tomatoe salad | | | 40 |
| Canned fruits/Pudding | 40 or less | Sandwich. | | | 40 |
| | | milk, | | | 40 |
| | | dinner roll | | | 40 |

**DINNER – Arrival Time:**          Officer's Signature:
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish. | | | 145 |
| Stew | 160 or more | rice | | | 180 |
| Soup | 175 or more | Corn crab soup. | | | 180 |
| Hot Vegetables | 160 or more | Asparagus | | | 160 |
| Canned fruits/Pudding | 40 or less | orange. | | | 40 |
| Milk | 40 or Less | milk | | | 40 |
| | | dinner roll; | | | 40 |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces;  etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02-20-06_  Day: _Monday_

**BREAKFAST** – Arrival Time: _____  Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs. | | | 140° |
| Hot Cereal | 150 or More | cold cereal | | | 40° |
| Juice | 40 | | | | |
| Milk | 38 - 40 | milk | | | 40° |
| | | wheat bread | | | 40° |
| | | Jelly. | | | 40° |
| | | crackers | | | 40° |

**LUNCH** – Arrival Time: _1200_  Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Spaghetti | | | 140° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Pasta | | | 140° |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | Orange. | | | 40° |
| | | French bread | | | 40° |
| | | bran Sandwich. milk | | | 40° |

**DINNER** – Arrival Time: _1710_  Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken | | | 160° |
| Stew | 160 or more | squash w/ carrots + bell pepper. | | | 60° |
| Soup | 175 or more | Mushroom soup. | | | 180° |
| Hot Vegetables | 160 or more | rice | | | 180° |
| Canned fruits/Pudding | 40 or less | apples. | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | Sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02-19-06_     Day: _Sunday_

**BREAKFAST – Arrival Time:** _0720_     Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | Juice. | | | 40' |
| Milk | 38 - 40 | milk | | | 40' |
| | | French Toast | | | 80' |
| | | bacon | | | 160' |
| | | benona | | | 40' |

**LUNCH – Arrival Time:** _1015_     Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken | | | 160' |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | rice | | | 180' |
| Hot Vegetables | 160 or more | vege salad. | | | 40' |
| Canned fruits/Pudding | 40 or less | cantaloupe. | | | 40' |
| | | milk. | | | 40' |
| | | dinner roll bread. | | | 40' |

**DINNER – Arrival Time:** _____     Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | seafood mix stirfry. | | | 140' |
| Stew | 160 or more | buttercorn | | | 90' |
| Soup | 175 or more | Veg soup. | | | 180' |
| Hot Vegetables | 160 or more | rice. | | | 180' |
| Canned fruits/Pudding | 40 or less | mandarine oranges | | | 40' |
| Milk | 40 or Less | milk | | | 40' |
| | | jello, sandwich. | | | 40' |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 2/18/06                                Day: Saturday.

**BREAKFAST – Arrival Time:** 0730          Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140  or More | | | | |
| Hot Cereal | 150  or More | Aruskado soup | | | 180' |
| Juice | 40 | Juice. | | | 40' |
| Milk | 38 - 40 | milk | | | 40' |
| | | twisted bread | | | 40' |
| | | orange. | | | 40' |
| | | | | | |

**LUNCH – Arrival Time:** _____     Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160  or more | | | | |
| Hot Starch | 150  or more | | | | |
| Hot Vegetables | 160  or more | | | | |
| Canned fruits/Pudding | 40  or less | | | | |
| | | | | | |
| | | | | | |

**DINNER – Arrival Time:** _____    Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160  or more | | | | |
| Soup | 175  or more | | | | |
| Hot Vegetables | 160  or more | | | | |
| Canned fruits/Pudding | 40  or less | | | | |
| Milk | 40  or Less | | | | |
| | | | | | |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

> **Quantity/Portion:**
> Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
> Each; pieces;  etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02-17-06_   Day: _FRIDAY_

**BREAKFAST – Arrival Time:** _0715_   Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Poached egg | | | 140° |
| Hot Cereal | 150 or More | wheat toast, cereal cold | | | 40° |
| Juice | 40 | Juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | Jelly | | | 40° |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1210_   Officer's Signature: _PM_
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ chicken | | | 140° |
| Stew | 160 or more | S/rice | | | 180° |
| Hot Starch | 150 or more | Potato salad | | | 40° |
| Hot Vegetables | 160 or more | Seasoned green beans | | | 60° |
| Canned fruits/Pudding | 40 or less | orange. dinner roll | | | 40° |
| | | Sandwich. | | | 40° |
| | | Grapes. milk | | | 40° |

**DINNER – Arrival Time:** _____   Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish. | | | 160° |
| Stew | 160 or more | kang kong | | | 160° |
| Soup | 175 or more | vege soup. | | | 180° |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | dinner roll bread. | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | cookie. Sandwich turkey. | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02·14·06_                          Day: ~~Thursday~~ · Thursday

**BREAKFAST** – Arrival Time: _0716_                Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Banana Pancakes | | | 140· |
| Hot Cereal | 150 or More | | | | 38· |
| Juice | 40 | Juice | | | 40 |
| Milk | 38 - 40 | milk | | | 140· |
| | | Grilled ham | | | 40· |
| | | Orange | | | 40· |
| | | crackers | | | |

**LUNCH** – Arrival Time: _1210_                Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Roast Turkey | | | 160· |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Baked potatoes | | | 180· |
| Hot Vegetables | 160 or more | Peas + carrots | | | 60· |
| Canned fruits/Pudding | 40 or less | Honey ~~dew~~ dew | | | 40· |
| | | dinner roll | | | 40· |
| | | milk | | | 40· |

**DINNER** – Arrival Time: _____                Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Beef | | | 160· |
| Stew | 160 or more | | | | |
| Soup | 175 or more | Miso soup | | | 180· |
| Hot Vegetables | 160 or more | Veue salad | | | 40· |
| Canned fruits/Pudding | 40 or less | Peach halves | | | 40· |
| Milk | 40 or Less | Milk | | | 40· |
| | | cake | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02 · 15 · 06            Day: Wednesday.

**BREAKFAST – Arrival Time:** 0780            Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs. | | | 140· |
| Hot Cereal | 150 or More | Steamed rice. | | | 180· |
| Juice | 40 | juice | | | 40· |
| Milk | 38 – 40 | milk | | | 40 |
| | | Orange. | | | 40· |
| | | Crackers | | | 40· |
| | | toast. | | | 60· |

**LUNCH – Arrival Time:** 1200            Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 – 140 | Hamburger steak. | | | 160· |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Mash potatoes. | | | 180· |
| Hot Vegetables | 160 or more | String beans beans beans | | | 40· |
| Canned fruits/Pudding | 40 or less | fruit salad | | | 40· |
| | | dinner roll | | | 40· |
| | | milk, cake. & sherbert | | | 40· |

**DINNER – Arrival Time:** 1700            Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 – 140 | Pork | | | 160· |
| Stew | 160 or more | Rice | | | 180· |
| Soup | 175 or more | vege soup. | | | 180· |
| Hot Vegetables | 160 or more | Peas + Calliflower salad | | | 40· |
| Canned fruits/Pudding | 40 or less | orange. | | | 40· |
| Milk | 40 or Less | milk. | | | 40· |
| | | dinner roll | | | 40· |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces;  etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02-14-06_____    Day: _Tuesday._____

**BREAKFAST** – Arrival Time: _0715____    Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs. | | | 140' |
| Hot Cereal | 150 or More | Turkey bacon | | | 140' |
| Juice | 40 | juice. | | | 40' |
| Milk | 38 - 40 | milk | | | 40' |
| | | french toast | | | 40' |
| | | apple, | | | 40' |
| | | crackers. | | | 40' |

**LUNCH** – Arrival Time: _1145____    Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Turkey grilled sandwich. | | | 140' |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | coleslaw. | | | 40' |
| Hot Vegetables | 160 or more | Italian garden soup. | | | 180' |
| Canned fruits/Pudding | 40 or less | Banana | | | 40' |
| | | milk | | | 40' |
| | | crackers | | | 40' |

**DINNER** – Arrival Time: _____    Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish | | | 140' |
| Stew | 160 or more | rice. | | | 180' |
| Soup | 175 or more | corn crab soup. | | | 180' |
| Hot Vegetables | 160 or more | zucchini + tomatoes. | | | 60' |
| Canned fruits/Pudding | 40 or less | pears halved, orange. | | | 40' |
| Milk | 40 or Less | dinner rolls. | | | 40' |
| | | milk | | | 40' |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 09·13·06     Day: Monday.

**BREAKFAST – Arrival Time:** 0710     Officer's Signature:
No of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | scramble eggs. | | | 140 |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | juice. | | | 40 |
| Milk | 38 - 40 | milk | | | 40 |
| | | muffin | | | 40 |
| | | orange. | | | 40 |
| | | crackers | | | 40 |

**LUNCH – Arrival Time:** 1210     Officer's Signature:
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ pork chop | | | 140 |
| Stew | 160 or more | crackers | | | 40 |
| Hot Starch | 150 or more | potatoes. | | | 180 |
| Hot Vegetables | 160 or more | mixed fresh vege | | | 40 |
| Canned fruits/Pudding | 40 or less | milk | | | 40 |
| | | wheat roll | | | 40 |
| | | waldrof salad, etc | | | 40 |

**DINNER – Arrival Time:** 1647     Officer's Signature:
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken dumplings. | | | 140 |
| Stew | 160 or more | rice. | | | 180 |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | broccoli | | | 40 |
| Canned fruits/Pudding | 40 or less | cantaloupe. | | | 40 |
| Milk | 40 or Less | sandwich., milk | | | 40 |
| | | dinner rolls. | | | 40 |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: __02·12·06·__      Day: __Sunday·__

**BREAKFAST – Arrival Time:** __0700__      Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Pancakes. | | | 140' |
| Hot Cereal | 150 or More | ham. | | | 140' |
| Juice | 40 | Juice | | | 40' |
| Milk | 38 - 40 | milk | | | 40' |
| | | crackers. | | | 40. |
| | | orange. | | | 40' |
| | | apple sauce. | | | 40' |

**LUNCH – Arrival Time:** __1140__      Officer's Signature: __Pa__
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken Kelaguen | | | 140' |
| Stew | 160 or more | rice. | | | 180' |
| Hot Starch | 150 or more | Titiyas. | | | 80' |
| Hot Vegetables | 160 or more | Sauteed vege | | | 50' |
| Canned fruits/Pudding | 40 or less | mixed fruits. | | | 40' |
| | | sandwich | | | 40' |
| | | milk | | | 40' |

**DINNER – Arrival Time:** __1400__      Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pot roast | | | 140' |
| Stew | 160 or more | rice | | | 180' |
| Soup | 175 or more | vege soup | | | 180' |
| Hot Vegetables | 160 or more | mix salad | | | 40' |
| Canned fruits/Pudding | 40 or less | Peach. halves. | | | 40' |
| Milk | 40 or Less | milk | | | 40' |
| | | Rosketti, dinner roll. | | | 40' |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc.......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02·11·06_                                    Day: _Saturday_

**BREAKFAST – Arrival Time:** _0730_                 Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | hard boiled eggs. | | | 140° |
| Hot Cereal | 150 or More | Corn Soup. | | | 180° |
| Juice | 40 | Juice. | | | 40° |
| Milk | 38 - 40 | milk | | | 38° |
| | | cookies. | | | 40° |
| | | twist bread | | | 40° |

**LUNCH – Arrival Time:** _1230_                     Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken curry. | | | 160° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Rice | | | 180° |
| Hot Vegetables | 160 or more | Broccoli salad | | | 40° |
| Canned fruits/Pudding | 40 or less | apples | | | 40° |
| | | dinner roll | | | 40° |
| | | & cookies. milk & juice | | | 40° |

**DINNER – Arrival Time:** _____             Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

**Quantity/Portion:**
Scoops; cups; tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces;  etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02·10·06_                Day: _Friday_

**BREAKFAST – Arrival Time:** _0715_          Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs. | | | 140' |
| Hot Cereal | 150 or More | Oatmeal | | | 180' |
| Juice | 40 | Juice. | | | 40' |
| Milk | 38 - 40 | milk | | | 40' |
| | | Apple muffin | | | 60' |
| | | orange. | | | 40' |
| | | crackers. | | | 40' |

**LUNCH – Arrival Time:** _1200_          Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pot roast | | | 140' |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | steamed rice. | | | 180' |
| Hot Vegetables | 160 or more | mixed vege | | | 40' |
| Canned fruits/Pudding | 40 or less | grape juice | | | 40' |
| | | dinner roll | | | 40' |
| | | jello, crackers, milk | | | 40' |

**DINNER – Arrival Time:** _1725_          Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | fried fish | | | 160' |
| Stew | 160 or more | ham + rice. | | | 180' |
| Soup | 175 or more | miso soup. | | | 180' |
| Hot Vegetables | 160 or more | long beans | | | 50' |
| Canned fruits/Pudding | 40 or less | honey dew | | | 40' |
| Milk | 40 or Less | milk | | | 40' |
| | | ham + cheese sandwich. | | | 40' |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

> Quantity/Portion:
> Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02-09-06_          Day: _Thrusday,_

**BREAKFAST – Arrival Time:** _0700_          Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140  or More | turkey bacon | | | 140' |
| Hot Cereal | 150  or More | french toast. | | | 40' |
| Juice | 40 | juice. | | | 40' |
| Milk | 38 - 40 | milk | | | 40' |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1150_          Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken leg. | | | 140' |
| Stew | 160  or more | | | | |
| Hot Starch | 150  or more | baked potatoes. | | | 150' |
| Hot Vegetables | 160  or more | carrots + peas. | | | 40' |
| Canned fruits/Pudding | 40  or less | apples | | | 40' |
| | | pineapple + rasin salad | | | 40' |
| | | Tuna sandwich. dinner roll | | | 40- |

**DINNER – Arrival Time:** _1705_          Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pork bisteak | | | 160' |
| Stew | 160  or more | rice | | | 180' |
| Soup | 175  or more | minestrone soup. | | | 170' |
| Hot Vegetables | 160  or more | crab + broccoli salad. | | | 40' |
| Canned fruits/Pudding | 40  or less | Pear halves. | | | 40' |
| Milk | 40  or Less | milk | | | 40' |
| | | dinner rolls + cookies. | | | 40- |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F, or more
- Soups and gravies:  175  Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

> Quantity/Portion:
> Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
> Each; pieces;  etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _02-08-06_                    Day: _Wednesday_

**BREAKFAST – Arrival Time:** _____    Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | hash brown potatoes , scramble egg | | | 140' |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | juice | | | 40' |
| Milk | 38 - 40 | milk | | | 40' |
| | | french toast | | | 40' |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1025_    Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | meat loaf | | | 140' |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | mash potatoes | | | 180' |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | 2 halves peach | | | 40' |
| | | bread | | | 40' |
| | | sandwich , milk , cake | | | 40' |

**DINNER – Arrival Time:** _1710_    Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Turkey , | | | 140' |
| Stew | 160 or more | rice | | | 180' |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | garden salad | | | 40' |
| Canned fruits/Pudding | 40 or less | banana | | | 40' |
| Milk | 40 or Less | milk | | | 40' |
| | | chocolate chips | | | 40' |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F, or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02·07·06                    Day: Tuesday.

**BREAKFAST – Arrival Time:** 0700          **Officer's Signature:**
No of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs. | | | 140 |
| Hot Cereal | 150 or More | cold cereal | | | 40 |
| Juice | 40 | gape juice | | | 40' |
| Milk | 38 - 40 | milk | | | 40' |
| | | Banana | | | 40' |
| | | muffin | | | 40' |
| | | | | | |

**LUNCH – Arrival Time:** 1010          **Officer's Signature:**
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | Hot spud escalloped apples. | | | 140' |
| Hot Starch | 150 or more | Tapioca | | | 180 |
| Hot Vegetables | 160 or more | tomato salad | | | 40' |
| Canned fruits/Pudding | 40 or less | | | | |
| | | milk | | | 38' |
| | | wafers, bread | | | 40' |

**DINNER – Arrival Time:**          **Officer's Signature:**
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

| Quantity/Portion: |
|---|
| Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces;  etc…… |