# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02-06-06     Day: Monday

**BREAKFAST** – Arrival Time: 0700        Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs | | | 140° |
| Hot Cereal | 150 or More | Cold cereal | | | 40° |
| Juice | 40 | juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | apple | | | 40° |
| | | crackers | | | 40° |
| | | toast bread | | | 40° |

**LUNCH** – Arrival Time: 1010        Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Spaghetti w/ meat sauce | | | 140° |
| Stew | 160 or more | pasta salad | | | 60° |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | orange | | | 40° |
| Canned fruits/Pudding | 40 or less | milk | | | 40° |
| | | french bread | | | 40° |
| | | | | | |

**DINNER** – Arrival Time: 1700        Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken | | | 140° |
| Stew | 160 or more | rice | | | 170° |
| Soup | 175 or more | Mushroom soup | | | 180° |
| Hot Vegetables | 160 or more | Squash w/ carrots + bell pepper | | | 60° |
| Canned fruits/Pudding | 40 or less | watermelon, Tuna sandwich | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | bread (white roll) | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02·05·06  Day: ~~Saturday~~, Sunday

**BREAKFAST** – Arrival Time: 0703  Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | French toast, Bacon | | | 140' |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | juice | | | 40' |
| Milk | 38 - 40 | milk | | | 40' |
| | | orange | | | 40' |
| | | crackers | | | 40' |

**LUNCH** – Arrival Time: 1235  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | ~~Beef~~ chicken | | | 140' |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | rice | | | 180' |
| Hot Vegetables | 160 or more | lettuce + tomatoe salad | | | 40 |
| Canned fruits/Pudding | 40 or less | Banana, cantaloupe | | | 40' |
| | | milk | | | 40' |
| | | wafers | | | 40' |

**DINNER** – Arrival Time: 1700  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | seafood mix stirfry | | | 140' |
| Stew | 160 or more | rice | | | 160' |
| Soup | 175 or more | vege soup | | | 180' |
| Hot Vegetables | 160 or more | buttered corn | | | 80' |
| Canned fruits/Pudding | 40 or less | Mandarin orange | | | 40' |
| Milk | 40 or Less | milk | | | 40' |
| | | bread, sandwich | | | 40 |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02-04-06   Day: Saturday

**BREAKFAST** – Arrival Time: 0710   Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs | | | 140° |
| Hot Cereal | 150 or More | Oatmeal | | | 180° |
| Juice | 40 | juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | Orange | | | 40° |
| | | crackers | | | 40° |
| | | toast bread | | | 40° |

**LUNCH** – Arrival Time: 1210   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pot roast | | | 140° |
| Stew | 160 or more | vege soup | | | 180° |
| Hot Starch | 150 or more | rice | | | 180° |
| Hot Vegetables | 160 or more | vege salad | | | 40° |
| Canned fruits/Pudding | 40 or less | orange | | | 40° |
| | | milk | | | 40° |
| | | crackers | | | 40° |

**DINNER** – Arrival Time: 1750   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken | | | 140° |
| Stew | 160 or more | rice | | | 180° |
| Soup | 175 or more | miso soup | | | 180° |
| Hot Vegetables | 160 or more | mix vege salad | | | 40° |
| Canned fruits/Pudding | 40 or less | orange | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02-03-06    Day: Friday

**BREAKFAST** – Arrival Time: 07a0    Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Poached egg. | | | 140° |
| Hot Cereal | 150 or More | wheat toast, cereal. | | | 40° |
| Juice | 40 | Juice. | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | Crackers. | | | 40° |
| | | Jelly. | | | 40° |
| | | | | | |

**LUNCH** – Arrival Time: _____    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| | | | | | |
| | | | | | |

**DINNER** – Arrival Time: 1705    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | FISH | | | 140° |
| Stew | 160 or more | RICE | | | 180° |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | KANH KONH | | | 160° |
| Canned fruits/Pudding | 40 or less | APPLE. | | | 40° |
| Milk | 40 or Less | MILK | | | 40° |
| | | DINNER ROTH, COOKIES | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02·02·06  Day: Thrusday

**BREAKFAST – Arrival Time:** 0707  Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | grilled ham | | | 140 |
| Hot Cereal | 150 or More | pancakes | | | 140° |
| Juice | 40 | Juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | banana | | | 40° |
| | | crackers | | | 40° |
| | | | | | |

**LUNCH – Arrival Time:** 1200  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Roast Turkey | | | 160° |
| Stew | 160 or more | dinner roll | | | 40° |
| Hot Starch | 150 or more | Baked sweet potatoes | | | 180° |
| Hot Vegetables | 160 or more | Peas + carrots | | | 40° |
| Canned fruits/Pudding | 40 or less | Honeydew | | | 40° |
| | | Sandwich | | | 40° |
| | | milk | | | 40° |

**DINNER – Arrival Time:** _____  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 02·01·06                                     Day: Wednesday

**BREAKFAST** – Arrival Time: 0700                 Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble egg | | | 140° |
| Hot Cereal | 150 or More | Fried rice | | | 140° |
| Juice | 40 | juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | toast | | | 40° |
| | | pudding | | | 40° |
| | | | | | |

**LUNCH** – Arrival Time: 1159                     Officer's Signature: Tn.
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Hamburger steak | | | 140° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Mash Potatoes | | | 180° |
| Hot Vegetables | 160 or more | Fruit salad | | | 40° |
| Canned fruits/Pudding | 40 or less | sherbert | | | 40° |
| | | String beans, milk | | | 40° |
| | | cake | | | 40° |

**DINNER** – Arrival Time: _____                   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·31·06     Day: ~~tuesday~~ Wednesday.

**BREAKFAST** – Arrival Time: 0730     Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Bacon | | | 140· |
| Hot Cereal | 150 or More | French toast | | | 80· |
| Juice | 40 | juice | | | 40· |
| Milk | 38 - 40 | milk | | | 40· |
| | | orange | | | 40· |
| | | cookies | | | 40· |
| | | | | | |

**LUNCH** – Arrival Time: _____     Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| | | | | | |
| | | | | | |

**DINNER** – Arrival Time: _____     Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish | | | 140· |
| Stew | 160 or more | rice | | | 180· |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | zucchini w/ tomato salad | | | 60· |
| Canned fruits/Pudding | 40 or less | pears | | | 40· |
| Milk | 40 or Less | milk | | | 40· |
| | | Tuna sandwich | | | 40· |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·30·04                     Day: Tuesday

---

**BREAKFAST** – Arrival Time: 0715          Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs | | | 140 |
| Hot Cereal | 150 or More | mash potatoes | | | 140 |
| Juice | 40 | orange juice | | | 40 |
| Milk | 38 - 40 | milk | | | 40 |
| | | muffin | | | 40 |
| | | crackers | | | 40 |

**LUNCH** – Arrival Time: 1221          Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ pork chop | | | 160 |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | rice | | | 108 |
| Hot Vegetables | 160 or more | vege salad | | | 40 |
| Canned fruits/Pudding | 40 or less | | | | |
| | | dinner roll   milk | | | 40 |
| | | sandwich | | | 40 |

**DINNER** – Arrival Time: 1715          Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken | | | 140 |
| Stew | 160 or more | rice | | | 140 |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | broccoli | | | 40 |
| Canned fruits/Pudding | 40 or less | Cantaloupe | | | 40 |
| Milk | 40 or Less | milk | | | 40 |
| | | sandwich, dinner roll bread | | | 40 |

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·29·06                                   Day: Monday

BREAKFAST – Arrival Time: ~~0705~~ 0648         Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Blue berry pancakes | | | 140° |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | Juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | grilled ham | | | 40° |
| | | banana | | | 40° |
| | | crackers  apple | | | 40° |

LUNCH – Arrival Time: 1200                       Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Hot roast beef | | | 180° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | rice | | | 180° |
| Hot Vegetables | 160 or more | Vege soup | | | 180° |
| Canned fruits/Pudding | 40 or less | mix salad fruit, milk, peach ½ | | | 40° |
| | | sandwich | | | 40° |
| | | Rosketti cookies | | | 40° |

DINNER – Arrival Time: _____          Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·28·06                                     Day: Sunday

**BREAKFAST** – Arrival Time: 0725                 Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | boiled egg | | | |
| Hot Cereal | 150 or More | Pumpkin soup. | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | milk | | | |
| | | twist bread | | | |
| | | Jelly | | | |
| | | Tuna sandwich. | | | |

**LUNCH** – Arrival Time: _____               Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| | | | | | |
| | | | | | |

**DINNER** – Arrival Time: _____              Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·27·06          Day: Seterday,

**BREAKFAST** – Arrival Time: 0721          Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs, | | | 160° |
| Hot Cereal | 150 or More | banana muffin, oatmeal. | | | 150° |
| Juice | 40 | jelly | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: _____          Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| | | | | | |
| | | | | | |

**DINNER** – Arrival Time: _____          Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·26·05    Day: Friday

BREAKFAST – Arrival Time: 6:15    Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | bacon | | | 140° |
| Hot Cereal | 150 or More | french toast | | | 50° |
| Juice | 40 | juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | apple | | | 40° |
| | | crackers | | | 40° |

LUNCH – Arrival Time: 1200    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken (baked) | | | 160° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Brown Potatoes | | | 160° |
| Hot Vegetables | 160 or more | Seasoned Peas | | | 40° |
| Canned fruits/Pudding | 40 or less | apple | | | 40° |
| | | carrot & Pineapple salad | | | 40° |
| | | milk | | | 40° |

DINNER – Arrival Time: 1745    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pork biofeak | | | 160° |
| Stew | 160 or more | rice | | | 160° |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | crab & broccoli salad | | | 40° |
| Canned fruits/Pudding | 40 or less | pears halves | | | 40 |
| Milk | 40 or Less | milk | | | 40° |
| | | dinner roll, cookies | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·25·06     Day: Thursday

**BREAKFAST** – Arrival Time: 0710     Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | scramble eggs. | | | 140° |
| Hot Cereal | 150 or More | hash potatoes. | | | 160° |
| Juice | 40 | juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | graham crackers | | | 40° |
| | | apple | | | 40° |
| | | jelly. | | | 40° |

**LUNCH** – Arrival Time: _____     Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| | | | | | |
| | | | | | |

**DINNER** – Arrival Time: _____     Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·24·06    Day: Tuesday

**BREAKFAST** – Arrival Time: 0720    Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble egg | | | 160° |
| Hot Cereal | 150 or More | muffin | | | 60° |
| Juice | 40 | juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | graham crackers | | | 40° |
| | | apple | | | 40° |
| | | | | | |

**LUNCH** – Arrival Time: 11ᴺ    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Ham | | | 160° |
| Stew | 160 or more | Hot spiced apples | | | 160° |
| Hot Starch | 150 or more | Steamed Tapioca | | | 180° |
| Hot Vegetables | 160 or more | Tomatoe salad | | | 40° |
| Canned fruits/Pudding | 40 or less | milk, honey dew | | | 40° |
| | | Dinner roll | | | 40° |
| | | Sandwich | | | 40° |

**DINNER** – Arrival Time: _____    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ Fish | | | 160° |
| Stew | 160 or more | Corn Crab stew | | | 160° |
| Soup | 175 or more | rice | | | 180° |
| Hot Vegetables | 160 or more | salad vege. | | | 40° |
| Canned fruits/Pudding | 40 or less | orange | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | Sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01-23-06    Day: Monday

BREAKFAST – Arrival Time: 0725    Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | toast bread, scramble egg. | | | 80° |
| Hot Cereal | 150 or More | Cold cereal | | | 40° |
| Juice | 40 | Juice (orange) | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | orange. | | | 40° |
| | | | | | |
| | | | | | |

LUNCH – Arrival Time: 1230    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | Spaghetti | | | 160° |
| Hot Starch | 150 or more | pasta | | | 140° |
| Hot Vegetables | 160 or more | vege salad | | | 40° |
| Canned fruits/Pudding | 40 or less | milk | | | 40° |
| | | french bread | | | 40° |
| | | apple. | | | 40° |

DINNER – Arrival Time: _____    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·22·06           Day: Sunday

---

**BREAKFAST** – Arrival Time: 0705           Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Bacon | | | 140° |
| Hot Cereal | 150 or More | Toast | | | 60° |
| Juice | 40 | juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | apple | | | 40° |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: 1220           Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken soup | | | 160° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Steamed Rice | | | 183° |
| Hot Vegetables | 160 or more | lettuce + tomatoe salad | | | 50° |
| Canned fruits/Pudding | 40 or less | cantaloupe | | | 40° |
| | | milk | | | 40° |
| | | dinner roll, banana | | | 40° |

**DINNER** – Arrival Time: _____           Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·21·06            Day: Saturday

**BREAKFAST** – Arrival Time: 0740            Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Aruskadn, twist bread. (40°) | | | 170° |
| Hot Cereal | 150 or More | Cold cereal | | | 40° |
| Juice | 40 | Apple juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | crackers | | | 40° |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: 1225            Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Turkey (Strfry) | | | 160° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Rice | | | 180° |
| Hot Vegetables | 160 or more | salad vege. | | | 40° |
| Canned fruits/Pudding | 40 or less | dinner roll (bread) | | | 40° |
| | | milk | | | 40° |
| | | Sandwich | | | 40° |

**DINNER** – Arrival Time: 1725            Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Beef | | | 140° |
| Stew | 160 or more | rice | | | 160° |
| Soup | 175 or more | Turkey noodle soup. | | | 180° |
| Hot Vegetables | 160 or more | Cucumber salad | | | 40° |
| Canned fruits/Pudding | 40 or less | mix fruit | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | Sandwich, dinner roll. | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·20·06  Day: Friday

BREAKFAST – Arrival Time: 0715  Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | poached egg | | | 160° |
| Hot Cereal | 150 or More | cold cereal, apple muffin | | | 40° |
| Juice | 40 | juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | | | | |
| | | | | | |
| | | | | | |

LUNCH – Arrival Time: 1207  Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | ~~Red Rice~~ BBQ chicken | | | 160° |
| Stew | 160 or more | seasoned green beans | | | 60° |
| Hot Starch | 150 or more | Red rice | | | 160° |
| Hot Vegetables | 160 or more | Potatoes salad | | | 40° |
| Canned fruits/Pudding | 40 or less | dinner roll, fresh grapes | | | 40° |
| | | milk | | | 40° |
| | | Sandwich | | | 40° |

DINNER – Arrival Time: _____  Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish (Mahi-Mahi) | | | 160° |
| Stew | 160 or more | Rice | | | 160° |
| Soup | 175 or more | Miso soup | | | 180° |
| Hot Vegetables | 160 or more | dinner roll | | | 40° |
| Canned fruits/Pudding | 40 or less | cookies | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | Sandwich | | | 40° |

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: **01-19-06**  Day: **Thrusday**

**BREAKFAST** – Arrival Time: **0720**  Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble eggs, bacon, | | | 140° |
| Hot Cereal | 150 or More | French toast | | | 80° |
| Juice | 40 | Juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40 |
| | | jelly. | | | 40 |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: **1210**  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Turkey | | | 160° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | bake potatoes | | | 180° |
| Hot Vegetables | 160 or more | Pea & carrots | | | 80° |
| Canned fruits/Pudding | 40 or less | Honeydew | | | 40° |
| | | milk | | | 40° |
| | | Sandwich, dinner roll | | | 40° |

**DINNER** – Arrival Time: **1700**  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Ground beef | | | 160° |
| Stew | 160 or more | rice | | | 160° |
| Soup | 175 or more | Onion soup | | | 180° |
| Hot Vegetables | 160 or more | lettuce + Tomato salad | | | 40° |
| Canned fruits/Pudding | 40 or less | dinner rolls, angle cake & halve peach | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | Sandwich. | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·18·06   Day: Wednesday

---

**BREAKFAST** – Arrival Time: 0725   Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble egg, wheat toast | | | 160° |
| Hot Cereal | 150 or More | rice | | | 180° |
| Juice | 40 | Juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | Jelly. | | | 40° |
| | | | | | |

**LUNCH** – Arrival Time: 1200   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Hamburger steak. | | | 160° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | mash potatoes | | | 170° |
| Hot Vegetables | 160 or more | Sauted green beans | | | 60° |
| Canned fruits/Pudding | 40 or less | Fruit salad | | | 40° |
| | | milk | | | 40° |
| | | Ham sandwich. | | | 40° |

**DINNER** – Arrival Time: _____   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pork | | | 160° |
| Stew | 160 or more | rice | | | 180° |
| Soup | 175 or more | Vege soup | | | 180° |
| Hot Vegetables | 160 or more | Vege salad | | | 40° |
| Canned fruits/Pudding | 40 or less | orange. | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | Sandwich, dinner roll. | | | 40° |

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less