# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01-17-06   Day: Thursday

**BREAKFAST** – Arrival Time: 0710   Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble egg, Turkey bacon | | | 160° |
| Hot Cereal | 150 or More | French Toast | | | 60° |
| Juice | 40 | | | | |
| Milk | 38 - 40 | milk | | | 40° |
| | | mandarine. | | | 40° |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: 1200   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | turkey burger | | | 160° |
| Stew | 160 or more | vege salad. | | | 40° |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | tomatoe soup | | | 180 |
| Canned fruits/Pudding | 40 or less | chopped fruits assorted | | | 40° |
| | | tuna sandwich. | | | 40° |
| | | milk | | | |

**DINNER** – Arrival Time: 1705   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | fish fillet | | | 160° |
| Stew | 160 or more | rice | | | 180° |
| Soup | 175 or more | egg soup. | | | 180° |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | dinner roll. | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | tuna sandwich. | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01-14-04  Day: Monday

**BREAKFAST** – Arrival Time: 0725  Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Hash brown | | | 160° |
| Hot Cereal | 150 or More | Potatoes | | | 160° |
| Juice | 40 | Banana muffin | | | 88° |
| Milk | 38 - 40 | milk | | | 40° |
| | | Jelly | | | 40° |
| | | crackers | | | 40° |
| | | apple | | | 40° |

**LUNCH** – Arrival Time: 1202  Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pork chop | | | 160° |
| Stew | 160 or more | mix vege | | | 160° |
| Hot Starch | 150 or more | dinner roll | | | 40° |
| Hot Vegetables | 160 or more | waldorf salad | | | 40° |
| Canned fruits/Pudding | 40 or less | milk | | | 40° |

**DINNER** – Arrival Time: 1700  Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken dumplings | | | 160° |
| Stew | 160 or more | rice | | | 180° |
| Soup | 175 or more | Steamed broccoli | | | 180° |
| Hot Vegetables | 160 or more | Cantaloupe | | | 40° |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | milk | | | 40° |

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·15·06         Day: Sunday

BREAKFAST – Arrival Time: 0730          Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Pancake, bacon | | | 140° |
| Hot Cereal | 150 or More | crackers, | | | 40° |
| Juice | 40 | juice, | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | orange | | | 40° |
| | | | | | |

LUNCH – Arrival Time: 1205          Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken | | | 140° |
| Stew | 160 or more | rice | | | 180° |
| Hot Starch | 150 or more | titiyas | | | 40° |
| Hot Vegetables | 160 or more | local seasoned vege. | | | 40° |
| Canned fruits/Pudding | 40 or less | French island mix fruit. | | | 40° |
| | | milk | | | 40° |

DINNER – Arrival Time: _____          Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Beef | | | 160° |
| Stew | 160 or more | rice | | | 160° |
| Soup | 175 or more | soup | | | 180° |
| Hot Vegetables | 160 or more | dinner roll | | | 40° |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | milk | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01-14-06     Day: Saturday

BREAKFAST – Arrival Time: 0735     Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | boiled egg | | | 160° |
| Hot Cereal | 150 or More | pumpkin soup | | | 180° |
| Juice | 40 | jelly | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | bread | | | 40° |
| | | orange | | | 40° |
| | | crackers | | | 40° |

LUNCH – Arrival Time: 1217     Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken | | | 160° |
| Stew | 160 or more | | | | ~~160°~~ |
| Hot Starch | 150 or more | rice | | | 160° |
| Hot Vegetables | 160 or more | stirfry vege | | | 80° |
| Canned fruits/Pudding | 40 or less | grapes, dinner roll | | | 40° |
| | | milk | | | 40° |
| | | sandwich | | | 40° |

DINNER – Arrival Time: 1735     Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | beef stew | | | 180° |
| Soup | 175 or more | carrot | | | 60° |
| Hot Vegetables | 160 or more | rice | | | 160° |
| Canned fruits/Pudding | 40 or less | dinner roll | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | apple, sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·13·06     Day: Friday

**BREAKFAST** – Arrival Time: _____     Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: 1200     Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Beef | | | 160° |
| Stew | 160 or more | rice | | | 160° |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | vege salad | | | 40° |
| Canned fruits/Pudding | 40 or less | dinner roll | | | 40° |
| | | Jello | | | 40° |
| | | milk & sandwich | | | 40° |

**DINNER** – Arrival Time: 1658     Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Buttered fish | | | 140° |
| Stew | 160 or more | Steamed rice | | | 160° |
| Soup | 175 or more | miso soup | | | 187° |
| Hot Vegetables | 160 or more | cabbage, carrots & bell pepper | | | 60° |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | milk | | | 40° |
| | | sandwich | | | 40° |

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01-12-06  Day: Thursday

**BREAKFAST** – Arrival Time: 074   Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | French toast, turkey bacon | | | 140° |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | milk | | | 40° |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: 1208   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Bake chicken. | | | 140° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | bake potatoes | | | 160° |
| Hot Vegetables | 160 or more | peas, carrots. | | | 40° |
| Canned fruits/Pudding | 40 or less | raising pineapple salad | | | 40° |
| | | dinner roll. | | | 40° |
| | | Sandwich. milk | | | 40. |

**DINNER** – Arrival Time: 1750   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pork | | | 140° |
| Stew | 160 or more | rice | | | 140° |
| Soup | 175 or more | vege soup. | | | 180° |
| Hot Vegetables | 160 or more | crab + brocoli soup. | | | 160° |
| Canned fruits/Pudding | 40 or less | dinner roll. | | | 40 |
| Milk | 40 or Less | milk | | | 40° |
| | | Sandwich. | | | 40. |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·11·06    Day: Wednesday

**BREAKFAST** – Arrival Time: 0720    Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble egg, Hash brown. | | | 165 |
| Hot Cereal | 150 or More | brown Potatoes. | | | 160 |
| Juice | 40 | Juice. | | | 40 |
| Milk | 38 - 40 | milk | | | 40 |
| | | butter wheat toast. | | | 40 |
| | | Jelly. | | | 40 |

**LUNCH** – Arrival Time: 1025    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | ground beef | | | 160 |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | mash potatoes. | | | 160 |
| Hot Vegetables | 160 or more | boiled vege. | | | 160 |
| Canned fruits/Pudding | 40 or less | dinner roll | | | 40 |
| | | wafers. | | | 40 |
| | | milk + peach. | | | 40 |

**DINNER** – Arrival Time: 1710    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pork | | | 160 |
| Stew | 160 or more | rice | | | 160 |
| Soup | 175 or more | Onion Soup. | | | 180 |
| Hot Vegetables | 160 or more | Broccoli Salad | | | 40 |
| Canned fruits/Pudding | 40 or less | bread. | | | 40 |
| Milk | 40 or Less | milk | | | 40 |
| | | Sandwich | | | 40 |

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·10·06           Day: Tuesday

**BREAKFAST – Arrival Time:** 0780           Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | scramble egg | | | 160° |
| Hot Cereal | 150 or More | muffin | | | 40° |
| Juice | 40 | / jelly | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** 1217           Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | ham | | | 160° |
| Stew | 160 or more | escalloped apples | | | 160° |
| Hot Starch | 150 or more | steamed tapioca | | | 160° |
| Hot Vegetables | 160 or more | basil tomatoes | | | 40° |
| Canned fruits/Pudding | 40 or less | dinner roll | | | 40° |
| | | milk | | | 40° |
| | | Ham & cheese sandwich | | | 40° |

**DINNER – Arrival Time:** 1719           Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ Fish w/ tartar sauce | | | 160° |
| Stew | 160 or more | Corn Crab soup | | | 160° |
| Soup | 175 or more | rice | | | 160° |
| Hot Vegetables | 160 or more | asparagus w/ cheese sauce | | | 80° |
| Canned fruits/Pudding | 40 or less | orange | | | 40° |
| Milk | 40 or Less | milk, | | | 40° |
| | | Ham & cheese sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01-09-06            Day: Monday

**BREAKFAST – Arrival Time:** 0655            Officer's Signature: _____
No of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble Eggs, wheat toast | | | 160° |
| Hot Cereal | 150 or More | Cold cereal. | | | 40° |
| Juice | 40 | Jelly | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** 1210            Officer's Signature: _P_
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Italian Spaghetti | | | 160° |
| Stew | 160 or more | pasta | | | 160° |
| Hot Starch | 150 or more | French bread | | | 40° |
| Hot Vegetables | 160 or more | salad w/ olive oil | | | 40° |
| Canned fruits/Pudding | 40 or less | Orange | | | 40° |
| | | milk | | | 40° |
| | | Sandwich | | | 40° |

**DINNER – Arrival Time:** 1720            Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | mushroom soup, chicken cacciatore. | | | 160° |
| Stew | 160 or more | rice | | | 160° |
| Soup | 175 or more | Squash w/ carrots + bell pepper. | | | 160° |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | Dinner roll, water melon | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | Tuna sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·08·06  Day: Sunday

BREAKFAST – Arrival Time: 0710  Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | French toast | | | 40° |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | milk | | | 40° |
| | | turkey bacon | | | 40° |
| | | graham crackers | | | 40° |
| | | orange | | | 40° |

LUNCH – Arrival Time: 1200  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | Chicken soup | | | 160° |
| Hot Starch | 150 or more | rice | | | 160° |
| Hot Vegetables | 160 or more | tomatoe salad | | | 40° |
| Canned fruits/Pudding | 40 or less | Banana, cantaloupe | | | 40° |
| | | milk | | | 40° |
| | | Peanut butter sandwich | | | 40° |

DINNER – Arrival Time: 1715  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | seafood stirfry w/ vege. | | | 160° |
| Stew | 160 or more | rice. | | | 160° |
| Soup | 175 or more | vege soup. | | | 170° |
| Hot Vegetables | 160 or more | butter corn. | | | 160° |
| Canned fruits/Pudding | 40 or less | mandarin orange | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | Peanut + jelly sandwich. | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01-07-06                                                   Day: Saturday

BREAKFAST – Arrival Time: 0800                              Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | bread | | | 40° |
| Hot Cereal | 150 or More | chicken soup | | | 160° |
| Juice | 40 | orange juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | banana | | | 40° |
| | | cake | | | 40° |
| | | jelly | | | 40° |

LUNCH – Arrival Time: 12N                                      Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Cheese burger w/ fries | | | 168° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | jellow | | | 40° |
| | | cake | | | 40° |
| | | sandwich | | | 40° |

DINNER – Arrival Time: 1740                                    Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Turkey | | | 160° |
| Stew | 160 or more | Rice | | | 160° |
| Soup | 175 or more | Beef adobo | | | 160° |
| Hot Vegetables | 160 or more | vege soup | | | 160° |
| Canned fruits/Pudding | 40 or less | fruit cup | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·04·06  Day: Friday.

**BREAKFAST** – Arrival Time: 0725   Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Poached egg w/ ham | | | 140° |
| Hot Cereal | 150 or More | butter wheat toast | | | 140° |
| Juice | 40 | cereal, jelly, juice grape | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | orange. | | | 40° |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: 1210   Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ chicken | | | 160° |
| Stew | 160 or more | green beans, | | | 160° |
| Hot Starch | 150 or more | rice | | | 160° |
| Hot Vegetables | 160 or more | Potatoe salad | | | 40° |
| Canned fruits/Pudding | 40 or less | dinner roll Fresh grapes | | | 40° |
| | | milk | | | 40° |
| | | Tuna sandwich. | | | 40° |

**DINNER** – Arrival Time: 1735   Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Mahi Mahi w/ tartar sauce. | | | 140° |
| Stew | 160 or more | rice | | | 140° |
| Soup | 175 or more | spinach | | | 60° |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | dinner roll | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | beef sandwich | | | 40° |

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·05·06                               Day: Thursday

BREAKFAST – Arrival Time: 0710                Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Pancakes, ham | | | 140° |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | orange juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | graham crackers | | | 40° |
| | | orange | | | 40° |

LUNCH – Arrival Time: 1215                    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Roast Turkey | | | 140° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Season peas w/ carrots | | | 40° |
| Hot Vegetables | 160 or more | sweet potatoes | | | 160° |
| Canned fruits/Pudding | 40 or less | dinner roll, honey dew | | | 40° |
| | | milk | | | 40° |
| | | wafers, fresh fruit | | | 40° |

DINNER – Arrival Time: _____             Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Ground beef w/ mushrooms | | | 140° |
| Stew | 160 or more | rice | | | 160° |
| Soup | 175 or more | Onion soup | | | 170° |
| Hot Vegetables | 160 or more | Tomatoes salad | | | 40° |
| Canned fruits/Pudding | 40 or less | dinner roll, angle cake peach ½ | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | Peanut butter sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·04·06　　　　　　　　　　　Day: Wednesday

BREAKFAST – Arrival Time: 0715　　　　　　　Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Fried rice w/ egg | | | 140° |
| Hot Cereal | 150 or More | Buttered toast bread | | | 90° |
| Juice | 40 | jelly, juice | | | 40° |
| Milk | 38 - 40 | milk | | | 40° |
| | | | | | |
| | | | | | |
| | | | | | |

LUNCH – Arrival Time: 1200　　　　　　　　Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | hamburger steak w/ mushroom gravy | | | 140° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | mash potatoes | | | 170° |
| Hot Vegetables | 160 or more | green beans | | | 140° |
| Canned fruits/Pudding | 40 or less | orange + waffles. ~~pudding~~ | | | 40° |
| | | dinner roll | | | 40° |
| | | milk | | | 40° |

DINNER – Arrival Time: 1725　　　　　　　　Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pork loins | | | 140° |
| Stew | 160 or more | rice | | | 160° |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | Green peas salad | | | 40° |
| Canned fruits/Pudding | 40 or less | mandarin orange | | | 40° |
| Milk | 40 or Less | | | | |
| | | dinner roll, sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·03·06          Day: Tuesday

BREAKFAST – Arrival Time: _____          Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

LUNCH – Arrival Time: 1155          Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | grilled turkey | | | 140° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | rice | | | 160° |
| Hot Vegetables | 160 or more | Italian garden soup | | | 160° |
| Canned fruits/Pudding | 40 or less | colesaw, orange | | | 40° |
| | | sandwich | | | 40° |
| | | milk | | | 40° |

DINNER – Arrival Time: 1710          Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | fish florentines | | | 140° |
| Stew | 160 or more | rice | | | 160° |
| Soup | 175 or more | crab soup | | | 160° |
| Hot Vegetables | 160 or more | zucchini w/ onion & tomatoes | | | 160° |
| Canned fruits/Pudding | 40 or less | vege salad | | | 40° |
| Milk | 40 or Less | milk | | | 40° |
| | | tuna sandwich | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·02·06                                Day: Monday

---

**BREAKFAST – Arrival Time:** 0720                 Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble egg | 140 | | 140° |
| Hot Cereal | 150 or More | Hash brown w/ Potatoes | 150 | | 160° |
| Juice | 40 | | | | |
| Milk | 38 - 40 | milk | | | 40° |
| | | Apple muffin | | | 40° |
| | | Jelly | | | 40 |
| | | graht Crakers + Apple | | | 40° |

**LUNCH – Arrival Time:** 1200                 Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Grilled B.B.Q Pork chop | | | 160° |
| Stew | 160 or more | Mixed fresh vege. | | | 40° |
| Hot Starch | 150 or more | Dinner roll | | | 40° |
| Hot Vegetables | 160 or more | Mix salad | | | 40° |
| Canned fruits/Pudding | 40 or less | milk | | | 40° |
| | | Ham + cheesy sandwich | | | 40° |

**DINNER – Arrival Time:** 1655                 Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken dumplings | | | 160° |
| Stew | 160 or more | Steamed rice | | | 160° |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | Steamed broccoli | | | 140° |
| Canned fruits/Pudding | 40 or less | dinner roll, cantalop. | | | 40 |
| Milk | 40 or Less | milk | | | 40 |
| | | Ham + cheesy sandwich. | | | 40 |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 01·01·06     Day: Sunday

BREAKFAST – Arrival Time: 0749     Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Grilled Ham | 1 | | 140° |
| Hot Cereal | 150 or More | Pancakes | 2 | | 160° |
| Juice | 40 | Juice | 1 | | |
| Milk | 38 - 40 | milk | 1 | | |
| | | | | | |
| | | | | | |
| | | | | | |

LUNCH – Arrival Time: 1231     Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Cheeseburger & Fries | 1 | | 160° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | Apple + mix fruit | 1 | | 40° |
| | | milk | 1 | | 40° |
| | | sandwich | 1 | | 40° |

DINNER – Arrival Time: 1725     Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pot Roast w/ gravy | 3 oz. | | 170° |
| Stew | 160 or more | Steamed rice | 2/3 c. | | 160° |
| Soup | 175 or more | Hearty vege soup | 1 | | 170° |
| Hot Vegetables | 160 or more | mix salad | 1 | | 40° |
| Canned fruits/Pudding | 40 or less | Homemade white roll / 2 peach halves | 1 | | 40° |
| Milk | 40 or Less | milk | 1 c. | | 40° |
| | | Roketti cookie | | | 40° |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……