**TRAINING**




# DIVISION OF YOUTH SERVICES
DEPARTMENT OF COMMUNITY & CULTURAL AFFAIRS
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

January 26, 2006

**ADMINISTRATION**
664-2550
FAX: 664-2560
E-MAIL ADDRESS:
dysadmin@itecnmi.com

**JUVENILE DETENTION FACILITY**
664-2530/2532
FAX: 664-2540
E-MAIL ADDRESS:
dys.jdu@gtepacifica.net

**CHILD PROTECTION SERVICES**
664-2550
FAX: 664-2562
E-MAIL ADDRESS:
dys.cpu@gtepacifica.net

**JUVENILE CORRECTION/PROBATION**
664-2550
FAX: 664-2560
E-MAIL ADDRESS:
dysjcu@itecnmi.com

**PARENT EDUCATION PROGRAM**
664-2550
FAX: 664-2560
E-MAIL ADDRESS:
parented@saipan.com

## MEMORANDUM

**TO**        :   **Mr. Julian Tagabuel**
                  DPS/Fire Operations Commander

**THRU**      :   Vivian T. Sablan
                  Acting DYS Director

**FROM**      :   KJDCF Supervisor

**SUBJECT**   :   Request for SCBA Training

---

The purpose of this memorandum is to respectfully request for your assistance to have your office conduct the SCBA & Fire Extinguisher Training (Basic use) for our staff at the Kagman Juvenile Detention and Correctional Facility (KJDCF). Please contact Ms. Rose Teregeyo or myself at the KJDCF in order to schedule the said training.

Please feel free to call on me if you have any questions at 256-2550 or 2551.

Floyd Masga

CC:  Daisy Villagomez-Bier – Acting DCCA Secretary
     SW III Rose Teregeyo
     JCW I Ricardo Rasa (Designated Safety Coordinator)