**PEST CONTROL**



# ADVANCE EXTERMINATORS & PEST CONTROL
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: 04829

Name/Company: DYS
Address: Kagman
Service Location: S.D.A.
Date: 2-23-06
Phone No: ___

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [x] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [x] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others ___

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [ ] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others: ___

### TECHNICIANS NOTE:

**COMMENTS:** Inspection and treatment was performed to interior and exterior facilities of the building, Unit C and Unit B building. Installed Rodent station & Contivac to the exterior areas. For the roof inspection only black only was spot to the fresh basket.

**RECOMMENDATIONS:** + unit C and Unit B building, treated of liquid insecticide.

### MATERIAL/S USED | AMOUNT USED

| Material | Amount |
|---|---|
| Talstar 200 | 1 oz |
| Dragnet | 2 oz |
| Contrac Blox | 10 pcs. |

Customer's Name: VICTOR LANIYO
Signature: [signed]
Technician(s): Roger de Guzman
Time In: 2:45   Time Out: ___

*"We're ADVANCE!"*



# ADVANCE EXTERMINATORS & PEST CONTROL
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**  2/22/06

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: **04827**

Name/Company: DYS
Address: Capitol Hills
Service Location: Main Facility
Date: 2-22-06
Phone No: _____

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [ ] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others: _____

### TECHNICIAN'S NOTE

**COMMENTS:**
* Inspection and treat the interior and exterior facilities of liquid insecticide.
* Put Rodenticide on Bait Station.
* None of the above pest found on time of inspection.

**RECOMMENDATIONS:**

### MATERIALS USED | AMOUNT USED

| Materials | Amount |
|---|---|
| Talstar | .50 oz |
| Dragnet | .25 oz |
| Contrac Blox | 4 pcs |

Customer's Name: Antonette Joaks
Signature: [signed]
Technician(s): Roger de Guzman
Time In: 1:00

"We're ADVANCE!"

TRANSMISSION VERIFICATION REPORT
TIME : 01/19/2006 15:54
DATE,TIME 01/19 15:52
FAX NO./NAME 6642578
DURATION 00:00:50
PAGE(S) 02
RESULT OK
MODE STANDARD ECM



# ADVANCE EXTERMINATORS & PEST CONTROL
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: 04683

Name/Company: DYS
Address: Kagman
Service Location: C.D.A.
Date: 2-9-06
Phone No:

### TYPE OF SERVICE

- [ ] Commercial
- [✓] Residential
- [ ] Fogging/Fumigation
- [✓] Residual Spray
- [ ] Gelling/Crack & Crevices
- [✓] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [✓] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others

### TYPE OF PEST

- [✓] Ants
- [✓] Roaches
- [✓] Rodents/Shrews
- [✓] Flies/Gnats
- [✓] Ticks
- [✓] Fleas
- [✓] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

**COMMENTS:**
- Insecticide liquid for the interior and exterior facilities of Unit A & B building and Main building.
- Refilled Rodent Station w/ Rodenticide to kept on control rats.

**RECOMMENDATIONS:**

| MATERIAL/S USED | AMOUNT USED |
|---|---|
| Tempo SC | 16 ml |
| Contrac B/b | 14 pcs. |

Customer's Name: Nrd. G. Tegahul
Signature:
Technician(s): Roger de Guzman
Time In: 2:15    Time Out:


"We're ADVANCE!"



# ADVANCE EXTERMINATORS & PEST CONTROL
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: **04680**

Name/Company: DYS
Address: Capitol Hill
Service Location: Main Facility
Date: 2-8-06
Phone No:

### TYPE OF SERVICE
- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [x] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others

### TYPE OF PEST
- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIAN'S NOTE
COMMENTS:
* Sprayed insecticide to the exterior baseboard including window frame and also interior facilities such as kitchen, dining, living room, some of bedrooms, restroom, and hallway.
* Add one more rodent station of Rodentrack and refilled the old one.

RECOMMENDATIONS:

### MATERIALS USED / AMOUNT USED
| Materials | Amount |
|---|---|
| Tempo SC | 4 ml |
| Contrac Blox | 10 pcs |
| Rodent Station | 1 pcs |
| Glueboard | 2 pcs |

Customer's Name: Thomas
Signature: 
Technician(s): Roger de...
Time In: 1:10

"We're ADVANCE!"

03/09/2006 09:27 670-233-2629 ADVANCE GROUP PAGE 05
TRANSMISSION VERIFICATION REPORT
TIME : 01/18/2006 16:38
DATE,TIME 01/18 16:38
FAX NO./NAME 2348525
DURATION 00:00:38
PAGE(S) 02
RESULT OK
MODE STANDARD ECM



# ADVANCE EXTERMINATORS & PEST CONTROL
## A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: 24444

Name/Company: DYS
Address: Koemon
Service Location: CDA
Date: 1-30-06
Phone No:

### TYPE OF SERVICE

- [ ] Commercial
- [✓] Residential
- [ ] Fogging/Fumigation
- [✓] Residual Spray
- [ ] Gelling/Crack & Crevices
- [✓] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others

### TYPE OF PEST

- [✓] Ants
- [✓] Roaches
- [✓] Rodents/Shrews
- [✓] Flies/Gnats
- [✓] Ticks
- [✓] Fleas
- [✓] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

**COMMENTS:**
* Sprayed liquid insecticide to the interior facilities of main building, unit A and B building.
* Applied Nyban Ants Granules to the exterior perimeter.
* Refilled Rodent Station with Rodenticide to kept on control rats.

**RECOMMENDATIONS:**

### MATERIAL/S USED | AMOUNT USED

| Material | Amount |
|---|---|
| Tempo SC | 10 ml |
| Nyban (Ants Granules) | 4 lb |
| Contrac B x | 10 psc |

Customer's Name: _____  Technician(s): Roger de Guzman
Signature: _____  Time In: 9:30  Time Out: ____

*"We're ADVANCE!"*

7/20/06



# ADVANCE EXTERMINATORS & PEST CONTROL
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: 04414

Name/Company: DYS
Address: Capitol Hill
Service Location: Main Facility
Date: 1-18-06
Phone No: _____

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others _____

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others: _____

### TECHNICIAN'S NOTE

**COMMENTS:** Insecticide liquid to the interior and exterior baseboard kitchen facilities, dining, hallway, some bedrooms and restroom.

**RECOMMENDATIONS:**

### MATERIAL/S USED | AMOUNT USED

| Tempo SC | 2 ml |
| Contrac Blox | 6 pcs. |

Customer's Name: Dorcia Cabrera
Signature: _____
Technician(s): Roger de Guzman
Time In: 8:50  Time Out: 9:15

*"We're ADVANCE!"*

**ADVANCE EXTERMINATORS & PEST CONTROL**
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO: 04146

Name/Company: DYS
Address: Kagman
Service Location: 4DU
Date: 1-12-06
Phone No: ___

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others ___

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others: ___

### TECHNICIAN'S NOTE:

COMMENTS:
* Insecticide liquid to the interior and exterior facilities of Konit A and B Building and Main Building.
* Refilled Rodent station w/ Rodenticide to control the Rats.

RECOMMENDATIONS:

### MATERIAL/S USED | AMOUNT USED

| Material | Amount |
|---|---|
| Tempo SC | 1.5 oz |
| Dragnet | 1 oz |
| Contrac B/bx | 30 pcs. |

Customer's Name: DYS JDV
Signature: [signed]
Technician(s): Roger de Guzman
Time In: 9:00  Time Out: 10:20

*"We're ADVANCE!"*

**ADVANCE EXTERMINATORS & PEST CONTROL**
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

POSTED

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: 04116

Name/Company: OPS
Address: Capitol Hill
Service Location: Main Facility
Date: 01-04-06
Phone No: _____

### TYPE OF SERVICE

- [ ] Commercial
- [x] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [x] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [x] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [ ] Carpenter Ants
- [ ] Termites
- [ ] Others: _____

### TECHNICIAN'S NOTE:

**COMMENTS:**
* Sprayed liquid insecticide to the exterior and interior baseboard.
* Refilled Rodent station with Rodenticide.

**RECOMMENDATIONS:**

### MATERIAL/S USED | AMOUNT USED

| Material | Amount |
|---|---|
| Suspend SC | .50 oz |
| Dragnet | 1 oz |
| Contrac Blox | 6 pcs |

Customer's Name: Antoinette Sablan
Signature: _____
Technician(s): Roger de Guzman
Time In: 9:00   Time Out: 9:20

**"We're ADVANCE!"**