## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991

*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 3050Y |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

| Visit Frequency | :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|
| SERVICE REPORT | Check on RO system | |
| FINDINGS/COMMENTS: | | |

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | 3/4 | UV Light Unit(s) | |
|---|---|---|---|
| Chlorine Level | 1.0 mg/L | Ozonator | OK |
| Pre-filter | OK | Hardness Reading | 10 Gpg |
| Post-filter | OK | Feed Water TDS | 946 ppm |
| Feed Pump Pressure | 70 PSI | Product Water TDS | 47 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
Check hardness, TDS & chlorine of feed H2O & RO product. Check operation pressure & flow on level.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rodolfo Rey | [signature] |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DYS | DATE | 1302 04 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ___ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check on RO system

FINDINGS/COMMENTS: need to refill flocon for injector tank

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit(s) | |
| Chlorine Level | 1.5 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 10 GPG |
| Post-filter | ok | Feed Water TDS | 973 ppm |
| Feed Pump Pressure | 30 psi | Product Water TDS | 53 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check hardness, TDS & Chlorine of feed H2O & RO product, check operation pressure & tank & refill flocon on top

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | Ricardo R. Rose |

## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 022704 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 9000 GPD

| Visit Frequency | ___ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT:** Check on RO System

**FINDINGS/COMMENTS:** No chlocon on injector tank need to refill

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit(s) | |
| Chlorine Level | 1.5 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 12 gpg |
| Post-filter | ok | Feed Water TDS | 877 ppm |
| Feed Pump Pressure | 130 psi | Product Water TDS | 25 ppm |
| Permeate Flow Rate (GPM) | 1.5 gpm | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check & refill chlocon on injector tank, check hardness TDS & chlorine of feed & RO product, check RO operation

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | [signature] 02/21/06 |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DPHS | DATE | 022304 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 300 GRO

| Visit Frequency | ___ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

SERVICE REPORT: Check on RO system

FINDINGS/COMMENTS:

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | 1/2 | UV Light Unit(s) | |
|---|---|---|---|
| Chlorine Level | 1.5 mg/L | Ozonator | OK |
| Pre-filter | OK | Hardness Reading | 12 GPG |
| Post-filter | OK | Feed Water TDS | 983 ppm |
| Feed Pump Pressure | 30 psi | Product Water TDS | 80 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check hardness, TDS & chlorine of feed RO & RO product; check operation pressure; flow of level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod delos Reyes | Victor Laniyo 2/23/04 |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

**No.**

## MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| **CUSTOMER NAME** | DYS | **DATE** | 022006 |
| **ADDRESS** | KAGMAN | **CONTRACT REF.** | |
| **CONTACT PERSON** | | **TEL. NO.** | |

**Equipment Description:** 3000 GPD

**Visit Frequency** ____ : Week/Month    **Last Microbiology Test Result / Remarks:**

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:** no flozon on injector tank need to refill

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 0. mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 15 gpg |
| Post-filter | ok | Feed Water TDS | 87 ppm |
| Feed Pump Pressure | 30 psi | Product Water TDS | 90 ppm |
| Permeate Flow Rate (GPM) | 2.0 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
Check & refill flozon at injector tank, check hardness, TDS, chlorine of feed H2O & RO product. Check operation pressure

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rodel de la Keys | [signature] |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*



No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 02N06 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** (3000 GPD)

| Visit Frequency | ___ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check RO System

**FINDINGS/COMMENTS:**
NOTE: The high pressure pump was newly replace (02-10-06)

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | full | UV Light Unit(s) | |
| --- | --- | --- | --- |
| Chlorine Level | 0.7 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 860 ppm |
| Post-filter | ok | Feed Water TDS | 90 ppm |
| Feed Pump Pressure | 30 psi | Product Water TDS | 10 GPD |
| Permeate Flow Rate (GPM) | 2.0 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check & refill Clorox tank, check hardness, TDS & chlorine of feed H2O & RO product, check product tank level.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Ry— | Ricardo Rase |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 02-07-06 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 2000 GPD

| Visit Frequency | ____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:**

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | full | UV Light Unit(s) | |
|---|---|---|---|
| Chlorine Level | 1.0 GPM | Ozonator | |
| Pre-filter | ok | Hardness Reading | 15 GPG |
| Post-filter | ok | Feed Water TDS | 857 ppm |
| Feed Pump Pressure | 20 psi | Product Water TDS | 31 ppm |
| Permeate Flow Rate (GPM) | 2.0 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
Check hardness, TDS & Chlorine of feed H2O & RO product
Check operation pressure & florin level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | 2-07-06 |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 1/20/04 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency ____ :Week/Month    Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check on RO System

FINDINGS/COMMENTS:

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | 3/4 | UV Light Unit(s) | |
| Chlorine Level | 0.5ml/q | Ozonator | OK |
| Pre-filter | OK | Hardness Reading | 14 GPG |
| Post-filter | OK | Feed Water TDS | 967 ppm |
| Feed Pump Pressure | 30 psi / 150 psi | Product Water TDS | 24 ppm |
| Permeate Flow Rate (GPM) | 1.8 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check hardness, TDS & chlorine of feed H2O & RO product. Check operating pressure & flow rate.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

## MAINTENANCE WORK ORDER

No.

| CUSTOMER NAME | DLS | DATE | 12/00/05 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: __ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: check on RO system

FINDINGS/COMMENTS: need reserve 1 gal of chlorox.

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 0.5 mg/L | Ozonator | |
| Pre-filter | ok | Hardness Reading | |
| Post-filter | OK | Feed Water TDS | 1000 ppm |
| Feed Pump Pressure | 40 psi | Product Water TDS | 70 ppm |
| Permeate Flow Rate (GPM) | 1.8 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Put chlorox at injector tank, check tps, chlorine of feed H2O & RO product, check operation pressure.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Red de los Ry— | [signature] |