GENERATOR

# HAWTHORNE

# SERVICE REPORT

APPROVED BY _____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | | DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | 8031 | 1 | R. CAMACHO | | |

| CUSTOMER NAME | CUST. NO. | STORG. | COST CTR | FOR OR EXCH NO. | | |
|---|---|---|---|---|---|---|
| KAGMAN JUVENILE | | 82 | | | | |

HMR (H19)  OT / PT / SPL
HPS H02   ELAPSED TIME
BMS H150
BDM H191  OT / PT / SPL
HRIS BR ____  ELAPSED TIME
HRS BR ____
HLS PONT ____  OT / PT / SPL

| MAKE | MODEL | SERIAL NUMBER | ARR. NO. | STD HOURS |
|---|---|---|---|---|
| OLY | DP150 | | | |

TOP DESCRIPTION

KAGMAN JUVENILE FACILITY

JUNE

| CHG | CHG | MFG | VER | CHG | CHG | COST | SELL | HOURS, MILES | ELAPSED TIME |
|---|---|---|---|---|---|---|---|---|---|
| DSL | DEO | | | 10W | 30W | | | | |

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
| | | | | | | YES / NO | |
| | | | | | | YES / NO | |
| | | | | | | YES / NO | |

DESCRIPTIVE CODES
A - Structural   C - Leaks   E - System Malfunction   G - Concept Repair   K - Serviceability   N - OPERATION COMPLAINT
B - Surface   D - Factory Assembly   F - Factory Shipping   H - Adjustments   S - Abuse

WHAT WAS THE CUSTOMER COMPLAINT?

ADDITIONAL COMMENTS
THE CAUSE OF FAILURE?

WHAT WAS THE RESULTANT DAMAGE?

HOW DID YOU REPAIR IT?  MONTHLY INSPECTION ON ENGINE & GENERATOR
INSPECT ALL FLUID LEVEL, BELTS, HOSES, BATTERIES
CABLES, BATTERY CHARGER TEST RUN AND
WARM UP & OBSERVE FOR PROPER OPERATION

CUSTOMER SIGNATURE

SERVICEMAN SIGNATURE  R. CAMACHO

DEALER - TOP COPY CUSTOMER - BOTTOM COPY

# HAWTHORNE

# SERVICE REPORT

APPROVED BY_____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | | DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | 3031 | 1 | R. CAMACHO | | |

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NAME | CUST. NO. | STORE | COST CTR | P.R OR EXCH NO | |
| KAGMAN JUVENILE | | 82 | | | |
| MAKE | MODEL | SERIAL NUMBER | ARRG NO | STD HOURS | |
| CAT | DP150 | | | | |

- HME H196
- HPS H192
- HMS H190
- HDM H191
- HRIS BR
- HLS BR
- HLS FONT...

| CT / PT / SEL | |
| ELAPSED TIME | |
| CT / PT / SEL | |
| ELAPSED TIME | |
| OT / PT / SEL | |
| HOURS MILES | ELAPSED TIME |

JOB DESCRIPTION

KAGMAN JUVENILE FACILITY

July

| ENG | CMP | MILL | VEH | CHG | CHG | COST | SELL |
|---|---|---|---|---|---|---|---|
| DSL | DEO | | | 10W | 30W | | |

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | | DESCRIPTIVE COMMENTS (10 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |

DESCRIPTIVE CODES
A - Structual　　C - Leaks　　F - System Malfunction　　G - General Repair　　K - Servicability　　X - OPERATION
B - Surface　　D - Fracture Assembly　　Y - Factory Shipping　　H - Adjustments　　N - Abuse　　COMPLAINT

WHAT WAS THE CUSTOMER COMPLAINT?

_____

ADDITIONAL COMMENTS
THE CAUSE OF FAILURE?

_____

WHAT WAS THE RESULTANT DAMAGE?

_____

HOW DID YOU REPAIR IT?　INSPECT & TEST RUN GENERATOR SET
INSPECT FLUID LEVELS, GAUGES, BELTS & HOSES
WARM UP & OBSERVE ENGINE PARAMETERS TO
PROPER SPECS OBSERVE GENERATOR OUTPUT FOR
VOLTAGE & FREQUENCY GENSET IS IN NORMAL
CONDITION.

| CUSTOMER SIGNATURE | | SERVICEMAN SIGNATURE | R CAMACHO |
|---|---|---|---|

DFA: FR - TOP COPY CUSTOMER - BOTTOM COPY

# HAWTHORNE

# SERVICE REPORT

APPROVED BY_____

| WORK ORDER NO | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO | SHIFT | EMPLOYEE NAME | | DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | 8031 | 1 | R. CAMACHO | | |

| CUSTOMER NAME | CUST NO | STORE | COST CTR | WR OR EXCH NO |
|---|---|---|---|---|
| KAGMAN JUVENILE CENTER | | 82 | | |

☐ HMC H190
☐ HPS H192
☐ HMS H150
☐ HDM H191
☐ HRIS GR _____
☐ HLS RR _____
☐ HLS FONT _____

OT / PT / SPL
ELAPSED TIME
OT / PT / SPL
ELAPSED TIME
OT / PT / SPL
ELAPSED TIME

| MAKE | MODEL | SERIAL NUMBER | ARRG NO | STD HOURS |
|---|---|---|---|---|
| OU4 | DD190 | | | |

JOB DESCRIPTION

KAGMAN JUVENILE FACILITY

AUGUST

| CHG DSL | CHG DEO | MFG | VEN | CHG 10W | CHG 30W | COST | SET | HOURS MILES | ELAPSED TIME |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |

DESCRIPTIVE CODES    A - Structual    C - Leaks    E - System Malfunction    C - General Repair    K - Serviceability    X - OPERATION
                     K - Surface      D - Factory Assembly    F - Factory Shipping    H - Adjustment    N - Abuse    COMPLAINT

WHAT WAS THE CUSTOMER COMPLAINT?
_____
_____

ADDITIONAL COMMENTS (THE CAUSE OF FAILURE?)
_____
_____

WHAT WAS THE RESULTANT DAMAGE?
_____
_____
_____

HOW DID YOU REPAIR IT?  MONTHLY INSPECTION ON GENERATOR & ENGINE.
TEST RUN & WARM UP ENGINE. INSPECT ENGINE
GAUGES & & MONITOR READINGS ARE WITHIN SPECS
INSPECT ALL FLUID LEVELS & TAP UP OIL TO
CORRECT LEVEL. GENSET IS ON NORMAL CONDITION!
_____
_____

CUSTOMER SIGNATURE_____

SERVICEMAN SIGNATURE  R. CAMACHO

DEALER - TOP COPY  CUSTOMER - BOTTOM COPY

# DIESEL
# GENERATOR SETS

# OLYMPIAN™

*Exclusively from your Caterpillar® dealer*



## STANDBY   90-150 kW
## PRIME   82.4-114 kW
### 60 Hz

| Model | Standby kW (kVA) | Prime kW (kVA) |
|---|---|---|
| D90P1 | 90 (112.5) | 82.4 (103) |
| D100P1 | 100 (125) | 90 (112.5) |
| D100P2* | 100 (125) | 90 (112.5) |
| D125P1 | 125 (156.3) | 114 (142.5) |
| D125P2* | 125 (156.3) | 114 (142.5) |
| D150P1 | 150 (187.5) | N/A |

*EPA Approved, Emissions Certified

## FEATURES

### GENERATOR SET
- Complete system designed and built at ISO 9001 certified facilities
- Factory tested to design specifications at full load conditions

### ENGINE
- Governor, electronic (D125P1, D125P2, D150P1)
- Governor, mechanical (D90P1, D100P1, D100P2)
- Electrical system, 12 VDC
- Cartridge type filters
- Battery(s), rack and cables
- Coolant and lube drains piped to edge of base

### GENERATOR
- Insulation system, class H
- Drip proof alternator air intake (NEMA 2, IP23)
- Electrical design in accordance with BS5000 Part 99, IEC34-1, VDE0530, UTE51100, NEMA MG-1.22

### CONTROL SYSTEM
- 2001 Autostart control panel
- Vibration isolated NEMA 1 enclosure with lockable hinged door
- DC and AC wiring looms

### MOUNTING ARRANGEMENT
- Heavy-duty fabricated steel base with lifting points
- Directly mounted 10 dB(A) silencer
- Complete OSHA guarding
- Flexible fuel lines to base with NPT connections
- Anti-vibration pads to ensure vibration isolation
- Stub-up pipe ready for connection to silencer pipework

### COOLING SYSTEM
- Radiator and cooling fan complete with protective guards
- Standard ambient temperatures up to 122° F (50° C)

### CIRCUIT BREAKER
- UL/CSA listed
- 3-pole with solid neutral
- NEMA 1 steel enclosure, vibration isolated
- Electrical stub-up area directly below circuit breaker

### AUTOMATIC VOLTAGE REGULATOR
- Voltage within ± 0.5% at steady state from no load to full load
- Provides fast recovery from transient load changes

### EQUIPMENT FINISH
- All electroplated hardware
- Anticorrosive paint protection
- High gloss polyurethane paint for durability and scuff resistance

### QUALITY STANDARDS
- BS4999, BS5000, BS5514, IEC34, VDE0530, NEMA MG-1.22, NFPA 110 (with optional equipment)

### DOCUMENTATION
- Operation and maintenance manuals provided
- Wiring diagrams included

### WARRANTY
- 12 months from date of initial start-up or 18 months from shipping, whichever occurs first

Materials and specifications are subject to change without notice.

*Exclusively from your Caterpillar® dealer*

## SPECIFICATIONS

### GENERATOR

Voltage Regulation ........ ±0.5% at steady state from no load to full load
Frequency ................... ±0.8% for constant load, no load to full load
Waveform Distortion.......... THD < 1.8%, at no load
Radio Interference ........ Compliance with BS800 and VDE Class G&N
Telephone Interference .............. TIF <50, THF <2%
Overspeed Limit............................ 2250 rpm
Insulation ................................. Class H
Temperature Rise .............. Within Class H limits
Available Voltages......... 277/480, 266/460, 120/240, 127/220, 120/208, 347/600
Deration ........ Consult factory for available outputs
Ratings ............ At 86° F (30° C), 500 ft. (152.4 m), 60% humidity, 0.8 pf

### ENGINE

Manufacturer ................................. Perkins
Type .................................... 4-Cycle
Cylinder Configuration ..................... In-line 6
Displacement — cu in (L) .................. 366 (6.0)
Bore — in (mm) ........................ 3.94 (100.0)
Stroke — in (mm) ...................... 5.00 (127.0)
Compression Ratio
  D90P1, D100P1, D100P2, D125P1, D150P1 .... 16.0:1
  D125P2 ....................................... 17.0:1
Governor
  Type
    D90P1, D100P1, D100P2............. Mechanical
    D125P1, D125P2, D150P1 ............. Electronic
  Class.......................................... A1
Piston Speed — ft/sec (m/sec) ............ 25.0 (7.62)
Engine speed — rpm........................... 1800
Air Cleaner Type ............. Dry, replaceable paper element type with restriction indicator
Regenerative Power — kW..................... 16.2

#### D90P1 — 1006TG1A
Max Power at Rated rpm — hp (kW)
  Standby.................................. 152 (113)
  Prime..................................... 136 (102)
BMEP — psi (kPa)
  Standby ................................ 183 (1259)
  Prime..................................... 164 (1133)
Aspiration ........................... Turbocharged

#### D100P1 — 1006TG2A
Max Power at Rated rpm — hp (kW)
  Standby.................................. 166 (124)
  Prime..................................... 151 (112)
BMEP — psi (kPa)
  Standby ................................ 202 (1393)
  Prime..................................... 182 (1253)
Aspiration ........................... Turbocharged

#### D100P2 — 1006-6T
Max Power at Rated rpm — hp (kW)
  Standby.................................. 166 (124)
  Prime..................................... 150 (112)
BMEP — psi (kPa)
  Standby ................................ 200 (1376)
  Prime..................................... 182 (1253)
Aspiration ........................... Turbocharged

#### D125P1 — 1006TAG
Max Power at Rated rpm — hp (kW)
  Standby.................................. 219 (163)
  Prime..................................... 201 (150)
BMEP — psi (kPa)
  Standby ................................ 266 (1836)
  Prime ................................... 234 (1610)
Aspiration .................... Turbocharged, AA Charge

#### D125P2 — 1006TA
Max Power at Rated rpm — hp (kW)
  Standby.................................. 216 (162)
  Prime..................................... 197 (147)
BMEP — psi (kPa)
  Standby ................................ 262 (1799)
  Prime ................................... 238 (1635)
Aspiration ................ Turbocharged, AA Charge

#### D150P1 — 1006TAG1
Max Power at Rated rpm — hp (kW)
  Standby.................................. 219 (163)
  Prime...................................... N/A
BMEP — psi (kPa)
  Standby ................................ 266 (1836)
  Prime....................................... N/A
Aspiration ........ Turbocharged, AA Charge Cooled

### CONTROL PANEL

NEMA 1 steel enclosure with lockable hinged door
Vibration isolated mounted Autostart control panel
Single location customer connector point
Electrical stub-up area directly below control panel

## RATING DEFINITIONS

**Standby** — Applicable for supplying continuous electrical power (at variable load) in the event of a utility power failure. No overload is permitted on these ratings. The generator is peak rated (as defined in ISO8528-3).

**Prime** — Applicable for supplying continuous electrical power (at variable load) in lieu of commercially purchased power. There is no limitation to the annual hours of operation and the generator set can supply 10 percent overload power for 1 hour in 12 hours.

**Consult your Olympian representative for more information.**

www.CAT-ElectricPower.com

© 2000 Caterpillar
All rights reserved.
Printed in U.S.A.

LEHX9506-01 (6-00)

Materials and specifications are subject to change without notice.
The International System of Units (SI) is used in this publication.

## MAINTENANCE CONTRACT AND AGREEMENT

March 15, 2004

Contract #    LC0403-01

Customer:    Department of Community & Cultural Affairs
Division of Youth Services
Kagman Juvenile Center

Contact:    Mr. Floyd Masga
Tel. #: 664-2530
Fax. #: 664-2560/256-2557

Equipment:    Olympian Generator Set
Generator # 1
Model #:   D150P1
Serial #:   NAT00127

Proposed Service/s

Service Type 1 Monthly Maintenance Service          $ 158.25/month
          12 X per Year                    $ 158.250/Month X 12 = $1,899.00


Service Type 2 Annual Maintenance Service          $ 422.00
          1 X per Year


Total Agreement Price:    $2,321.00


Period Covered:    **March 2004 up to February 2005**

Customer to be invoiced on monthly basis for actual work done during the month.

Term of agreement is one (1) year.  Proposal expires thirty (30) days from date of issue.  Work proposed to be performed during normal business hours of Pacific Machinery.  Customer will be responsible to inform Pacific Machinery when service is needed.

Authorized By: _____    Date: _____

Branch Manager: _____    Date: ___3/15/04___

Commonwealth of the Northern Mariana Islands

Office of the Governor

Saipan, MP 96950

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

No. 414804-000 OP

Telephone: (670) 664-1500 Fax: (670) 664-1515

DATE: 03/02/04

VENDOR: PACIFIC MACHINERY-SPN BRANCH
PMB 1486, P.O. BOX 10000

SAIPAN MP
96950-8900

## INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any of all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Pay, P.O. Box 5234 CHRB Saipan, MP 96950. All correspond with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CN

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

FOB POINT :
SHIPPED VIA :
DELIVERY TIME:

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRIC |
|---|---|---|---|---|
| | LO | MONTHLY PREVENTIVE MAINT. INSPECTION FOR STANDBY POWER GENERATOR SYSTEM OLYMPIAN D150P1 | .00 | 1,899 |
| | LO | PREVENTIVE MAINTENANCE; INCLUSIVE OF PARTS REPLACEMENT, PARTS AND LABOR WITH 3/MO WARRANTY. | .00 | 422 |

NOTE TO VENDOR:

Please provide a copy of invoice showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

TOTAL | 2,32

R TO: MARPANDS - SAIPAN    414804-OP
DCCA-04-1220.
P.O. BOX 10008, CK
SAIPAN, MP
96950
P VIA: Requested By : Youth Services Saipan

RELEASE DATE : 03/02/04

HERMAN SABLAN

VENDOR

# Commonwealth of the Northern Mariana Islands

## Office of the Governor
### Saipan, MP 96950

Telephone: (670) 664-1500 Fax: (670) 664-1515

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.**

**DATE:**

**VENDOR:**

### INSTRUCTIONS

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury.  Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
|  |  |  |  |  |

ACKNOWLEDGEMENT COPY
Acknowledgement Receipt of this Order
Date: 4-20-06  By:
Estimated Delivery Date:
Air Mail this copy to:
Marianas Supply Officer
Government of the Northern Marianas
Saipan, MP 96950

**DELIVER TO:**

**TOTAL**

**SHIP VIA:**

ACKNOWLEDGEMENT

03/14/2006 14:29 2562557 DYS_JDU PAGE 02

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
SAIPAN, MP 96950
## PURCHASE REQUISITION



| REQUESTING OFFICE: Dept. of Comm. & Cult. Affairs Div. of Youth Services | PREPARED BY: R.T.T. | DATE: 3/14/06 | REQ. NO: DCCA-06- |
|---|---|---|---|
| | | | ORDER NO: |

VENDOR NUMBER, NAME & ADDRESS:

Hawthorne Pacific
TNB 1486, Box 1000
Saipan, MP 96950

SHIP TO:

MARPANDS
Commonwealth of the Norhtern Mariana Is.
Saipan, MP 96950

| FOB POINT: Saipan | SHIP VIA: NA | DELIVERY TIME: As Needed |
|---|---|---|

| Item No. | Bus. Unit | Account | Qty | Unit | Unit Cost | Extended Cost | Description |
|---|---|---|---|---|---|---|---|
| 1 | | | | Lot | | $2,321.00 | Service & Repair & Maintenance of |
| | | | | | | | 1 Olympian Generator Model# D150P1 |
| | | | | | | | Located at the Juvenile Detention |
| | | | | | | | in Kagman. (1 Year Service and maintenance) |
| | | | | | | | |
| | | | | | Concurred by: | | Debra M. Inoa DYS Director |

| | SUB-TOTAL | |
| FREIGHT & HANDLING | |
| OTHER | |
| TOTAL REQUISITION AMOUNT | $2,321.00 |

JUSTIFICATION: 1 year repair & maintenance service agreement with Hawthorne Pacific to service and repair and provide maintenance to the Kagman Juvenile Detention Back-Up Generator.

| APPROVED BY (Department Head/Expenditure Authority) Daisy Villagomez-Bier Secretary DC&CA | DATE | DIRECTOR PROCUREMENT AND SUPPLY Herman Sablan | DATE |
|---|---|---|---|

DISTRIBUTION: ORIGINAL - ACCOUNTS PAYABLE F & A • YELLOW: PROC. & SUPPLY • PINK: REQUISITIONER

## MAINTENANCE CONTRACT AND AGREEMENT

February 25, 2006

Contract #   LC0403-01

Customer:   Department of Community & Cultural Affairs
            Division of Youth Services
            Kagman Juvenile Center

Contact:    Mr. Floyd Masga
            Tel. #: 664-2530
            Fax. #: 664-2560/256-2557

Equipment:  Olympian Generator Set
            Generator # 1
            Model #:  D150P1
            Serial #:  NAT00127

Proposed Service/s

Service Type 1 Monthly Maintenance Service          $ 158.25/month
        12 X per Year            $ 158.250/Month X 12 = $1,899.00

Service Type 2 Annual Maintenance Service           $ 422.00
        1 X per Year

                        Total Agreement Price:    **$2,321.00**

Period Covered:   **March 2006 up to February 2007**

Customer to be invoiced on monthly basis for actual work done during the month.

Term of agreement is one (1) year. Proposal expires thirty (30) days from date of issue. Work proposed to be performed during normal business hours of Pacific Machinery. Customer will be responsible to inform Pacific Machinery when service is needed.

Authorized By: _____     Date: _____

Branch Manager: _____     Date: _____