**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS**

UNITED STATES OF AMERICA,    )    CIVIL ACTION NO.  CV 99-0017
    )
        Plaintiff,    )
    )
        v.    )    **STATUS REPORT**
    )
COMMONWEALTH OF THE    )    **DIVISION OF YOUTH SERVICES**
NORTHERN MARIANA ISLANDS,    )
GOVERNOR OF THE NORTHERN    )    **PART 2 OF 3 PARTS**
MARIANA ISLANDS,    )
COMMISSIONER OF THE    )    **October 1, 2006**
DEPARTMENT OF PUBLIC    )
SAFETY, SECRETARY OF THE    )
DEPARTMENT OF LABOR AND    )
IMMIGRATION, SECRETARY OF    )
THE DEPARTMENT OF    )
COMMUNITY AND CULTURAL    )
AFFAIRS,    )
    )
        Defendants.    )
_____)

**SCBA INSPECTION**

# JUVENILE DETENTION UNIT-DYS
# SCBA MONTHLY INSPECTION TABLE

DATE OF INSPECTION: _09·09·06_

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 1) FACEPIECE LENS | 1. Nicks, scratches, or abrasions which could impair visibility | X | | | | *Rr.* |
| | 2. Deep gouges or cracks which could reduce impact resistance. | X | | | | *Rr* |
| | 3. Anti-fog coating in need of replacement | X | | | | *Rr* |
| 2) FACEPIECE RIMS | 1. Deformed, cracked, or broken rims. | X | | | | *Rr* |
| | 2. Loose rim screws. (Do not overtighten) | X | | | | *Rr* |
| 3) FACEPIECE SKIRT | 1. Cuts, gouges, or punctures. | X | | | | *Rr* |
| | 2. Tears or nicks in the sealing area. | X | | | | *Rr* |
| | 3. Deterioration from age, heat, or contamination. | X | | | | *Rr* |
| 4)FACEPIECE HEADSTRAP BUCKLE STRAPS (TWENTYTWENTY) | 1. Abrasions or nicks. | X | | | | *Rr* |
| | 2. Deterioration from age, heat or contamination. | X | | | | *Rr* |
| 5) FACEPIECE BUCKLES (CLASSIC FACEPIECE) | 1. Crushed, bent or corroded. | X | | | | *Rr* |
| | 2. Damaged or loose rivets. | X | | | | *Rr* |
| 6) FACEPIECE INLET NOZZLE | 1. Heat damage. | X | | | | *Rr* |
| | 2. Loose cover screws. | X | | | | *Rr* |
| | 3. Loose hose clamps (seven teeth engaged). | X | | | | *Rr* |
| | 4. Damaged exhalation valve seat. | X | | | | *Rr* |
| | 5. Sticking exhlation valve (exhale a few times to test.) | X | | | | *Rr* |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 7) LOW PRESSURE HOSE | 1. Cuts, nicks, or punctures. | X | | | | *(signature)* |
| | 2. Age- or heat-induced cracking, checking or hardening. | X | | | | *(signature)* |
| | 3. Crush, broken, or cracked quick connect | X | | | | *(signature)* |
| | 4. Metal pins on the quick connect not flus or recessed | X | | | | *(signature)* |
| 8) SECOND STAGE REGULATOR & PRESSURE GAUGE | 1. Heat damage or dents to case and cover. | X | | | | *(signature)* |
| | 2. Silicone outlet valve sticking. | X | | | | *(signature)* |
| | 3. O-ring dry and brittle or missing. | X | | | | *(signature)* |
| | 4. Bypass ring hard to operate. | X | | | | *(signature)* |
| | 5. Damaged threads or worn slots on quick connect adapter, cracked quick connect. | X | | | | *(signature)* |
| | 6. Loose quick connect adapter on the regulator body. | X | | | | *(signature)* |
| | 7. Pressure gauge lens unreadable; gauge needle deformed. | X | | | | *(signature)* |
| | 8. Pressure gauge hose and fittings leaking or damaged. | X | | | | *(signature)* |
| | 9. Broken blue Sentry Seal between the inlet lock nut and regulator case. | X | | | | *(signature)* |
| 9) ANALOG GAUGE WITH VISUAL ALARM | 1. Gauge lens scratched, pointer deformed or stuck. | X | | | | *(signature)* |
| | 2. Hose or fitting corroded, cracked, or leaking. | X | | | | *(signature)* |
| | 3. LED lens dirty or damaged. | X | | | | *(signature)* |
| | 4. Rubber boot torn. | X | | | | *(signature)* |
| 10) AUDIBLE ALARM, FIRST STAGE REGULATOR, & INTERMEDIATE PRESSURE HOSE | 1. Hose and fitting corroded, cracked, or leaking | X | | | | *(signature)* |
| | 2. Loose retaining rings on hose connectors, or leaking. | X | | | | *(signature)* |
| | 3. Abrasion of hope. | X | | | | *(signature)* |
| | 4. Damaged female threads on CGA handwheel. | X | | | | *(signature)* |
| | 5. Damaged O-rings or groove on CGA nipple. | X | | | | *(signature)* |
| | 6. Loose inlet nipple. | X | | | | *(signature)* |
| | 7. Missing O-ring | X | | | | *(signature)* |
| | 8. Dents or heat damage to housing. | X | | | | *(signature)* |
| | 9. Loose pressure port screws. | X | | | | *(signature)* |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 10) Continued. | 10. Dented or deformed bell. | X | | | | Rm |
| | 11. Loose screws securing bell to regulator body. | X | | | | Rm |
| | 12. Debris or water under bell. | X | | | | Rm |
| 11) HARNESS FRAME | 1. Cylinder band and latch not working properly | X | | | | Rm |
| | 2. Cylinder not secured in frame and band. | X | | | | Rm |
| | 3. Bent, broken, or cracked Frame. | X | | | | Rm |
| | 4. Webbing color change; excessive wear or fraying; cuts, nicks, or broken stitching. | X | | | | Rm |
| | 5. Inspect stitching for thread unraveling, abrasion, cuts, tears, and chemical or corrosion attach at the top of the shoulder strap, shoulder strap adjustment buckle, and tank band strap. | X | | | | Rm |
| | 6. Buckles damaged or corroded. | X | | | | Rm |
| | 7. Loose Hardware. | X | | | | Rm |
| | 8. Bent or broken spring. | X | | | | Rm |
| 12) AIR CYLINDER & VALVE | 1. Dents, gouges, blisters, or cuts | X | | | | Rm |
| | 2. External damage to cylinder valve | X | | | | Rm |
| | 3. Smooth operation of valve handwheel and | X | | | | Rm |
| | 4. Loose screws securing rubber guard on cylinder valve. | X | | | | Rm |
| | 5. Condition of threads on valve outlet. | X | | | | Rm |
| | 6. Cylinder pressure guage lens scratched; pointer deformed or struck. | X | | | | Rm |
| | 7. Gauge reading correctly | X | | | | Rm |
| | 8. Hydrostatic test date within three years (composite cylinders or five years aluminum or steel cylinders.) | X | | | | Rm |

INSPECTED BY:    _____        _RICARDO. R. DAMA_
                 FIRE COORDINATOR (SIGNATURE)                PRINT NAME

IMPORTANT: SCBA SHOULD BE CHECKED BEFORE AND AFTER EVERY USE OR ONCE A MONTH IF NOT USED.

****NOTE: IF ANY OF THE DEFECTS LISTED ABOVE ARE FOUND, HAVE THE SCBA REPAIRED IMMEDIATELY BEFORE USE.

# JUVENILE DETENTION UNIT-DYS
## SCBA MONTHLY INSPECTION TABLE

**DATE OF INSPECTION:** _08-20-06_

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 1) FACEPIECE LENS | 1. Nicks, scratches, or abrasions which could impair visibility | X | | | | _Rr_ |
| | 2. Deep gouges or cracks which could reduce impact resistance. | X | | | | _Rr_ |
| | 3. Anti-fog coating in need of replacement | X | | | | _Rr_ |
| 2) FACEPIECE RIMS | 1. Deformed, cracked, or broken rims. | X | | | | _Rr_ |
| | 2. Loose rim screws. (Do not overtighten) | X | | | | _Rr_ |
| 3) FACEPIECE SKIRT | 1. Cuts, gouges, or punctures. | X | | | | _Rr_ |
| | 2. Tears or nicks in the sealing area. | X | | | | _Rr_ |
| | 3. Deterioration from age, heat, or contamination. | X | | | | _Rr_ |
| 4)FACEPIECE HEADSTRAP BUCKLE STRAPS (TWENTYTWENTY) | 1. Abrasions or nicks. | X | | | | _Rr_ |
| | 2. Deterioration from age, heat or contamination. | X | | | | _Rr_ |
| 5) FACEPIECE BUCKLES (CLASSIC FACEPIECE) | 1. Crushed, bent or corroded. | X | | | | _Rr_ |
| | 2. Damaged or loose rivets. | X | | | | _Rr_ |
| 6) FACEPIECE INLET NOZZLE | 1. Heat damage. | X | | | | _Rr_ |
| | 2. Loose cover screws. | X | | | | _Rr_ |
| | 3. Loose hose clamps (seven teeth engaged). | X | | | | _Rr_ |
| | 4. Damaged exhalation valve seat. | X | | | | _Rr_ |
| | 5. Sticking exhlation valve (exhale a few times to test.) | X | | | | _Rr_ |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 7) LOW PRESSURE HOSE | 1. Cuts, nicks, or punctures. | X | | | | *(signature)* |
| | 2. Age- or heat-induced cracking, checking or hardening. | X | | | | *(signature)* |
| | 3. Crushed, broken, or cracked quick connect | X | | | | *(signature)* |
| | 4. Metal pins on the quick connect not flus or recessed. | X | | | | *(signature)* |
| 8) SECOND STAGE REGULATOR & PRESSURE GAUGE | 1. Heat damage or dents to case and cover. | X | | | | *(signature)* |
| | 2. Silicone outlet valve sticking. | X | | | | *(signature)* |
| | 3. O-ring dry and brittle or missing. | X | | | | *(signature)* |
| | 4. Bypass ring hard to operate. | X | | | | *(signature)* |
| | 5. Damaged threads or worn slots on quick connect adapter, cracked quick connect. | X | | | | *(signature)* |
| | 6. Loose quick connect adapter on the regulator body. | X | | | | *(signature)* |
| | 7. Pressure gauge lens unreadable; gauge needle deformed. | X | | | | *(signature)* |
| | 8. Pressure gauge hose and fittings leaking or damaged. | X | | | | *(signature)* |
| | 9. Broken blue Sentry Seal between the inlet lock nut and regulator case. | X | | | | *(signature)* |
| 9) ANALOG GAUGE WITH VISUAL ALARM | 1. Gauge lens scratched, pointer deformed or stuck. | X | | | | *(signature)* |
| | 2. Hose or fitting corroded, cracked, or leaking. | X | | | | *(signature)* |
| | 3. LED lens dirty or damaged. | X | | | | *(signature)* |
| | 4. Rubber boot torn. | X | | | | *(signature)* |
| 10) AUDIBLE ALARM, FIRST STAGE REGULATOR, & INTERMEDIATE PRESSURE HOSE | 1. Hose and fitting corroded, cracked, or leaking | X | | | | *(signature)* |
| | 2. Loose retaining rings on hose connectors, or leaking. | | X | | | *(signature)* |
| | 3. Abrasion of hose. | X | | | | *(signature)* |
| | 4. Damaged female threads on CGA handwheel. | X | | | | *(signature)* |
| | 5. Damaged O-rings or groove on CGA nipple. | X | | | | *(signature)* |
| | 6. Loose inlet nipple | X | | | | *(signature)* |
| | 7. Missing O-ring | X | | | | *(signature)* |
| | 8. Dents or heat damage to housing. | X | | | | *(signature)* |
| | 9. Loose pressure port screws. | X | | | | *(signature)* |

****NOTE: IF ANY OF THE DEFECTS LISTED ABOVE ARE FOUND, HAVE THE SCBA REPAIRED IMMEDIATELY BEFORE USE.

IMPORTANT: SCBA SHOULD BE CHECKED BEFORE AND AFTER EVERY USE OR ONCE A MONTH IF NOT USED.

INSPECTED BY:

FIRE COORDINATOR (SIGNATURE) _[signature]_

PRINT NAME   _RICARD R. _____   PRINT NAME

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| (10) Continued. | 10. Dented or deformed bell. | X | | | | _[signature]_ |
| | 11. Loose screws securing bell to regulator body. | X | | | | _[signature]_ |
| | 12. Debris or water under bell. | X | | | | _[signature]_ |
| (11) HARNESS FRAME | 1. Cylinder band and latch not working properly | X | | | | _[signature]_ |
| | 2. Cylinder not secured in frame and band. | X | | | | _[signature]_ |
| | 3. Bent, broken, or cracked Frame. | X | | | | _[signature]_ |
| | 4. Webbing color change; excessive wear or fraying; cuts, nicks, or broken stitching. | X | | | | _[signature]_ |
| | 5. Inspect stitching for thread unraveling, abrasion, cuts, tears, and chemical or corrosion attach at the top of the shoulder strap, shoulder strap adjustment buckle, and tank band strap. | X | | | | _[signature]_ |
| | 6. Buckles damaged or corroded. | X | | | | _[signature]_ |
| | 7. Loose Hardware. | X | | | | _[signature]_ |
| | 8. Bent or broken spring. | X | | | | _[signature]_ |
| (12) AIR CYLINDER & VALVE | 1. Dents, gouges, blisters, or cuts | X | | | | _[signature]_ |
| | 2. External damage to cylinder valve. | X | | | | _[signature]_ |
| | 3. Smooth operation of valve handwheel and valve. | X | | | | _[signature]_ |
| | 4. Loose screws securing rubber guard on cylinder | X | | | | _[signature]_ |
| | 5. Condition of threads on valve outlet. | X | | | | _[signature]_ |
| | 6. Cylinder pressure guage lens scratched; pointer deformed or struck. | X | | | | _[signature]_ |
| | 7. Gauge reading correctly | X | | | | _[signature]_ |
| | 8. Hydrostatic test date within three years (composite cylinders or five years aluminum or steel cylinders). | X | | | | _[signature]_ |

# JUVENILE DETENTION UNIT-DYS
## SCBA MONTHLY INSPECTION TABLE

DATE OF INSPECTION: _ .07 ~~06~~ -26 ·06 -

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 1) FACEPIECE LENS | 1. Nicks, scratches, or abrasions which could impair visibility | X | | | | *Pa* |
| | 2. Deep gouges or cracks which could reduce impact resistance. | X | | | | *Pa* |
| | 3. Anti-fog coating in need of replacement | X | | | | *Pa* |
| 2) FACEPIECE RIMS | 1. Deformed, cracked, or broken rims. | X | | | | *Pa* |
| | 2. Loose rim screws. (Do not overtighten) | X | | | | *Pa* |
| 3) FACEPIECE SKIRT | 1. Cuts, gouges, or punctures. | X | | | | *Pa* |
| | 2. Tears or nicks in the sealing area. | X | | | | *Pa* |
| | 3. Deterioration from age, heat, or contamination. | X | | | | *Pa* |
| 4) FACEPIECE HEADSTRAP BUCKLE STRAPS (TWENTYTWENTY) | 1. Abrasions or nicks. | X | | | | *Pa* |
| | 2. Deterioration from age, heat or contamination. | X | | | | *Pa* |
| 5) FACEPIECE BUCKLES (CLASSIC FACEPIECE) | 1. Crushed, bent or corroded. | X | | | | *Pa* |
| | 2. Damaged or loose rivets. | X | | | | *Pa* |
| 6) FACEPIECE INLET NOZZLE | 1. Heat damage. | X | | | | *SPa* |
| | 2. Loose cover screws. | X | | | | *Pa* |
| | 3. Loose hose clamps (seven teeth engaged). | X | | | | *Pa* |
| | 4. Damaged exhalation valve seat. | X | | | | *Pa* |
| | 5. Sticking exhalation valve (exhale a few times to test.) | X | | | | *Pa* |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 7) LOW PRESSURE HOSE | 1. Cuts, nicks, or punctures. | X | | | | Pm |
| | 2. Age- or heat-induced cracking, checking or hardening. | X | | | | Pm |
| | 3. Crused, broken, or cracked quick connect | X | | | | Pm |
| | 4. Metal pins on the quick connect not flus or recessed. | X | | | | Pm |
| 8) SECOND STAGE REGULATOR & PRESSURE GAUGE | 1. Heat damage or dents to case and cover. | X | | | | Pm |
| | 2. Silicone outlet valve sticking. | X | | | | Pm |
| | 3. O-ring dry and brittle or missing. | X | | | | Pm |
| | 4. Bypass ring hard to operate. | X | | | | Pm |
| | 5. Damaged threads or worn slots on quick connect adapter; cracked quick connect. | X | | | | Pm |
| | 6. Loose quick connect adapter on the regulator body. | X | | | | Pm |
| | 7. Pressure gauge lens unreadable; gauge needle deformed. | X | | | | Pm |
| | 8. Pressure gauge hose and fittings leaking or damaged. | X | | | | Pm |
| | 9. Broken blue Sentry Seal between the inlet lock nut and regulator case. | X | | | | Pm |
| 9) ANALOG GAUGE WITH VISUAL ALARM | 1. Gauge lens scratched; pointer deformed or stuck. | X | | | | Pm |
| | 2. Hose or fitting corroded, cracked, or leaking. | X | | | | Pm |
| | 3. LED lens dirty or damaged. | X | | | | Pm |
| | 4. Rubber boot torn. | X | | | | Pm |
| 10)AUDIBLE ALARM, FIRST STAGE REGULATOR, & INTERMEDIATE PRESSURE HOSE | 1. Hose and fitting corroded, cracked, or leaking | X | | | | Pm |
| | 2. Loose retaining rings on hose connectors, or leaking. | X | | | | Pm |
| | 3. Abrasion of hope. | X | | | | Pm |
| | 4. Damaged female threads on CGA handwheel. | X | | | | Pm |
| | 5. Damaged O-rings or groove on CGA nipple. | X | | | | Pm |
| | 6. Loose inlet nipple | X | | | | Pm |
| | 7. Missing O-ring | X | | | | Pm |
| | 8. Dents or heat damage to housing. | X | | | | Pm |
| | 9. Loose pressure port screws. | X | | | | |

| COMPONENT | LOOK FOR | NO | YES | DESCRIPTION OF DAMAGE | CORRECTIVE MEASURES TAKEN | INSPECTED BY SIGN HERE |
|---|---|---|---|---|---|---|
| 10) Continued. | 10. Dented or deformed bell. | X | | | | *Rn* |
| | 11. Loose screws securing bell to regulator body. | X | | | | *Rn* |
| | 12. Debris or water under bell. | X | | | | *Rn* |
| 11) HARNESS FRAME | 1. Cylinder band and latch not working properly | X | | | | *Rn* |
| | 2. Cylinder not secured in frame and band. | X | | | | *Rn* |
| | 3. Bent, broken, or cracked Frame. | X | | | | *Rn* |
| | 4. Webbing color change; excessive wear or fraying; cuts, nicks, or broken stitching. | X | | | | *Rn* |
| | 5. Inspect stitching for thread unraveling, abrasion, cuts, tears, and chemical or corrosion attach at the top of the shoulder strap, shoulder strap adjustment buckle, and tank band strap. | X | | | | *Rn* |
| | 6. Buckles damaged or corroded. | X | | | | *Rn* |
| | 7. Loose Hardware. | X | | | | *Rn* |
| | 8. Bent or broken spring. | X | | | | *Rn* |
| 12) AIR CYLINDER & VALVE | 1. Dents, gouges, blisters, or cuts | X | | | | *Rn* |
| | 2. External damage to cylinder valve | X | | | | *Rn* |
| | 3. Smooth operation of valve handwheel and | X | | | | *Rn* |
| | 4. Loose screws securing rubber guard on cylinder valve. | X | | | | *Rn* |
| | 5. Condition of threads on valve outlet. | X | | | | *Rn* |
| | 6. Cylinder pressure guage lens scratched; pointer deformed or struck. | X | | | | *Rn* |
| | 7. Gauge reading correctly | X | | | | *Rn* |
| | 8. Hydrostatic test date within three years (composite cylinders or five years aluminum or steel cylinders.) | X | | | | *Rn* |

INSPECTED BY: _____   *RICARDO R. PASN*
                    FIRE COORDINATOR (SIGNATURE)          PRINT NAME

**IMPORTANT:** SCBA SHOULD BE CHECKED BEFORE AND AFTER EVERY USE OR ONCE A MONTH IF NOT USED.

****NOTE: IF ANY OF THE DEFECTS LISTED ABOVE ARE FOUND, HAVE THE SCBA REPAIRED IMMEDIATELY BEFORE USE.

**FOOD HANDLERS**



COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS

*Office of the Secretary*
*Caller Box 10007*
*Saipan, M.P. 96950*
Tel. 664-2576      Fax. 664-2570

# MEMORANDUM

Date:  July 19, 2006

To      :      Mr. Joseph T. Villagomez, CHC Secretary

From  :      Deputy Secretary, DCCA

Subject:      Medical & Dental Care Assistance &
Food Handler's Certification Training

This memorandum is to request your assistance in providing Medical and Dental Care for the Clients of the Juvenile Detention and Food Handler's Training for the staff of Juvenile Detention Unit.

As you are aware, the CNMI is under a Consent Decree with the Department of Justice (DOJ). One paragraph pertains to Medical Care for the clients. As in the past practice, we secure an appointment date for the Physical Exam, however, there is a 30 to 60 days span on the appointments due to first call first serve basis. The CNMI finds itself unable to meet the 14-21 days allotted by DOJ to complete the Medical Care. The other paragraph on Sanitation Issues requires that staff of the Juvenile Detention Unit undergo Food Preparation/Handler's Certification. I know that this training has been provided in the past by Public Health; therefore, I again seek your assistance in availing this training to the Juvenile Detention staff.

It is with this concern that I seek your time, assistance a collaborative working mutual agreement to enable and establish a system to address part of the many requirements bestowed upon us by DOJ.

Thank you for your time, cooperation and understanding. You can reach me at Telephone Nos. 664-2571/72. I await your favorable decision.

Melvin L. O. Faisao

CC:      DCCA Secretary
DYS Acting Administrator
SAA
Edward Buckingham, AAG/Consent Decree Coordinator

7:20-06
8:30am
RECEIVE
DATE: 7/20/06




# Commonwealth of the Northern Mariana Islands
## Department of Community and Cultural Affairs
### Office of the Secretary

Caller Box 10007
Saipan, Mariana Islands 96950

07/26/06

Daisy C. Villagomez-Bier
Secretary

Melvin LO Faisao
Deputy Secretary

Deborah A. Inos,
Acting Administrator
Division of Youth Services

Pedro (Roy) Sablan,
Acting Director
Historic Preservation Office

Isabilie Taitano Cares
Executive Director
Commonwealth Council
for Arts & Culture

Howard MacFarane
Director,
Office on Aging

Eleanor Cruz,
Administrator
Nutrition Assistance Program

Jose Lizama,
Acting Director
Division of Sports and
Health

Kevin Ones,
Executive Director
Carolinian Carolina
Language House Commission

Low Income Home Energy
Assistance Program
(LIHEAP)

Residential Energy
Assistance Challenge
(REACH)

Childcare Licensing
Program

Garapan Street Market

J. Kevin P. Villagomez
Secretary
Department of Public Health
P.O. Box 500409
Saipan, MP 96950

**Subject: Request for Assistance**

The purpose of this letter is to request your assistance in obtaining services from your Bureau of Environmental Health office for Division of Youth Service staff. Below is listing:

1. Physical Examination
2. Tuberculosis Screening
3. Food Handlers certification

As you are aware, under the Federal Consent Decree the Commonwealth is mandated to follow all civil rights and correctional standards pertaining to the health and well being of inmates and residents.

Therefore, I hope that you can assist us in this matter and hope for a favorable response. Please call the DYS Administrator, Ms. Debra Inos or me if you have questions at 664-2554/2576

Sincerely,

Melvin L.O. Faisao
DCCA Deputy Director

CC: DCCA Secretary
SAA
Edward Buckingham – AAG/Consent Decree Coordinator
DYS Administrator

**Build Your Own Training Team.**

# BECOME AN AMERICAN RED CROSS AUTHORIZED PROVIDER



**Train More People with Greater Flexibility**
An authorized provider is an organization that has an American Red Cross-trained instructor as an employee. As an authorized provider, you can build your own training team to teach courses to other employees or members of your organization wherever and whenever you want. It's a cost effective way to offer first aid, CPR, automated external defibrillation (AED) and other health and safety training in-house.

**Take Advantage of Multiple Benefits**
- Address regulatory issues specific to your business or industry
- Create in-house experts who are familiar with your specific emergency procedures and equipment
- Train large groups cost-effectively
- Meet training needs on a regular basis and at your convenience
- Work with the best instructor training and support system

**Utilize the Latest Training and Educational Innovations**
In our recently revised First Aid/CPR/AED program, we've incorporated the latest science for first aid, CPR and emergency cardiovascular care and added a wealth of educational innovations to enhance the learning experience of your employees. Combine course content—including adult, child and infant CPR, adult and child AED, and first aid—to create the optimal training program for your business or organization.

**We'll handle the administrative chores**
As an authorized provider, you can focus on training. The Red Cross can issue certificates, process your orders for training materials and equipment, maintain records, provide you with training updates and help you promote courses in your community or organization.

**FOR MORE INFORMATION, CONTACT YOUR LOCAL RED CROSS CHAPTER AT 670-234-3459.**



**American Red Cross**

*Together, we can save a life*



# Course: Lay Responder First Aid and CPR/AED Instructor

## Purpose
To train instructor candidates to teach basic-level American Red Cross First Aid, CPR and AED courses for lay responders.

## Prerequisites
- Minimum age of 16.
- Possess a Fundamentals of Instructor Training certificate (Certificate 3007) issued within the last year or a current National Health and Safety Instructor authorization (F5736 or Certificate 3005).
- Pass a precourse written exam with a score of 80 percent or higher on each component and successfully demonstrating competency in the skills evaluation in accordance with the established skill standards.

## Learning Objectives
Upon conclusion of this instructor course, candidates should be thoroughly familiar with course materials and should be able to—
- Demonstrate the characteristics required of an American Red Cross representative and role model.
- Teach courses in a manner that helps participants stay engaged in the learning process.
- Ensure participants' health and safety during training.
- Demonstrate applicable first aid, CPR and AED skills at an appropriate level of performance.
- Maintain complete and accurate records and reports.
- Plan, organize and conduct the first aid, CPR and AED courses in accordance with the requirements of the specific program they will be teaching, and evaluate participants.
- Monitor participants' practice and provide corrective feedback and encouragement consistent with the critical skill performance steps.
- Choose the appropriate course and materials to meet the specific training needs of participants or groups.

## Length
Approximately 16 hours (based on 6 instructor candidates per instructor trainer).

## Instructor
A currently authorized American Red Cross Lay Responder First Aid and CPR/AED Instructor Trainer.

## Certification Requirement
- Successfully complete the precourse session.
- Attend and actively participate in all course sessions.
- Successfully complete class activities, including practice-teaching assignments.
- Pass the instructor course final written exam with a score of at least 80 percent.

**Certificate Issued and Validity Period**
Lay Responder First Aid and CPR/AED Instructor—Authorization is for 2 calendar years. All authorizations expire on December 31 of each year. Initial authorization may be less or more time depending on when training is completed.

**Participant Products/Materials**
- *First Aid/CPR/AED for the Workplace Participant's Workbook* (StayWell Stock No. 656694)
- *First Aid/CPR/AED for Schools and the Community Participant's Manual* (StayWell Stock No. 652145)
- *Adult CPR/AED Skills Card* (StayWell Stock No. 656691)
- *Infant and Child Skills Card* (StayWell Stock No. 656695)
- *First Aid Skills Card* (StayWell Stock No. 656692)


**American Red Cross**

*Together, we can save a life*

# HEALTH AND SAFETY SERVICES
# COURSE CATALOG

Northern Mariana Islands Chapter
P.O.Box 500814
Saipan, MP 96950
Tel: 234-3459  Fax: 234-3457
redcross@pticom.com

## General  Course Delivery Categories

1.  **Community Courses** - **"For Individuals"**
    These are regularly scheduled and sponsored by the Chapter. They
    are held at the Chapter location on Airport Road and the participants
    must pay in advance to register for the courses.

2.  **Authorized Provider Courses** - **"Third-Party Providers of Red Cross Courses"**
    These courses are completely setup by the Authorized Provider (AP), who has a
    Agreement with the Chapter and has instructors on their staff, certified to teach
    American Red Cross courses. Authorized Providers are not permitted to charge a fee
    for the classes that they conduct. The AP pays Red Cross a program support <u>fee per
    participant.</u>

3.  **Authorized Provider-Entrepreneur Courses** - **"Third-Party Providers for Profit"**
    These courses are completely set up by the Authorized Provider Entrepreneur,
    who has an agreement with the Red Cross Chapter and has instructors on their staff,
    certified to teach American Red Cross Courses.  Authorized Provider Entrepreneurs
    are allowed to charge a fee for the classes they conduct and pay the Red Cross an
    entrepreneur's <u>fee per participant.</u>

4.  **Full Service Courses** - **"Group Training"**
    These courses are completely sponsored by the Red Cross at the business
    location. The participants are from <u>only</u> that business and the course is taught at the
    convenience of the business and with instructors scheduled by the chapter.  Red Cross
    charges a group fee for a minimum of 6 and maximum of 10 participants.



## Adult CPR(ACPR) 32420

Trains individuals to provide a basic level of care for administering
Cardiac Pulmonary Resuscitation and other life-threatening respiratory
care on adults in emergency situations.

| | |
|---|---|
| Community Fee | $ 30 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 30 |
| Full Service Fee | $ 40 |

Length of Course:    4 hours
Certificate Valid for:  1 year          Prerequisite: None

## Infant & Child(I/CCPR) 32460

Trains individuals to provide a basic level of care for administering
Cardiac Pulmonary Resuscitation and other life threatening respiratory
care on Infants and Children in emergency situations.

| | |
|---|---|
| Community Fee | $ 35 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 35 |
| Full Service Fee | $ 45 |

Length of Course:    5 hours
Certificate Valid for:  1 year          Prerequisite: None

## First Aid (FA) 32401

Provides the basic skill levels to provide care to individuals that are
experiencing a life-threatening emergency from a sudden illness or
injury.

| | |
|---|---|
| Community Fee | $ 30 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 30 |
| Full Service Fee | $ 40 |

Length of Course:    4 hours
Certificate Valid for:  3 years          Prerequisite:  None



## WORKPLACE TRAINING MODULES

Injury Control and Prevention Awareness modules designed for in-service staff training.  Each module is one hour and can be taught alone or in combinations, or coupled with any of the Red Cross First Aid and CPR classes.  The modules include a comprehensive booklet the student keeps.

- Ergonomics
- Slips, Trips and Falls
- Workplace Violence
- Back Injury Prevention
- Managing Stress
- Your Heart Matters

|  | Individual | Combined with other(s) |
|---|---|---|
| Community Fee | $5.00 | $3.00 |
| Full Service Fee | $6.00 | $4.00 |
| Authorized Provider Fee | $2.00 | $1.00 |
| Authorized Provider Entrepreneur | $5.00 | $3.00 |

Length of Course:    1 hour each                    Prerequisite: None
Certification Valid for: None

## Preventing Disease Transmission  -  "Bloodborne Pathogens Training"'

Design to train employees regarding safe workplace practices, to report and follow up on employee exposures to infectious materials, and to reduce the number of employees who contract blood borne infections, such as hepatitis B virus (HBV) and human immunodeficiency virus (HIV), at their work site.

| | | |
|---|---|---|
| Community Fee | $25.00 | $15.00 |
| Authorized Provider Fee | $15.00 | $10.00 |
| Authorized Provider Entrepreneur | $25.00 | $15.00 |
| Full Service Fee | $35.00 | $20.00 |

Length of Course:    2 hours                    Prerequisite: None
Certification Valid for:  None



## CPR/AED for the Professional Rescuer(CPR/AED/FPR) 32800
Trains professional rescuers on advanced lifesaving techniques and EMT standard 2 person CPR and the use of Resuscitation Mask and BVM.

| | |
|---|---|
| Community Fee | $ 60 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 60 |
| Full Service Fee | $ 70 |

Length of Course:    8 hours
Certificate Valid for:  1 year          Prerequisite Class: Adult CPR

## Emergency Response (ER) 32600
This advanced level First Aid/CPR class is designed for the first responder, for personnel that have a "duty to respond" to emergencies. It is a comprehensive class covering all areas of First Aid, CPR, AED, PDT and Oxygen Administration.

| | |
|---|---|
| Community Fee | $200 |
| Authorized Provider Fee | $ 25 |
| Authorized Provider Entrepreneur Fee | $200 |
| Full Service Fee | $250 per person (minimum 6) |

Length of Course:    50 hours
Certificate Valid for:  1 year CPR/FPR      Prerequisite Class: FA/CPR/AED
3 years ER

4



## Lifeguarding 34700

Teaches lifeguarding skills and the knowledge needed to prevent and respond to aquatic emergencies.    Course includes First Aid Training, CPR/FPR, Lifeguard Training.

| | |
|---|---|
| Community Fee | $125 |
| Authorized Provider Fee | $35 |
| Authorized Provider Entrepreneur Fee | $125 |
| Full Service Fee | $150 per person (minimum 6) |

Length of Course:    30 hours
Certificate Valid for: 3 years  - Lifeguarding
                        1 year  -  CPR/FPR          Prerequisite: 15 years of age
                        3 years – First Aid

## Community Water Safety 3464

Presents information about various aquatic environments and their potential hazards and informs the general public on how to safely participate in aquatic activities. Also contains a section on swimming and aquatic emergencies.

| | |
|---|---|
| Community Fee | $ 30 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 30 |
| Full Service Fee | $ 40 per person (minimum 6) |

Length of Course: 2 hours
Certificate Valid for:  none          Prerequisite Courses: None

## Learn to Swim-Levels 1 to 7

Orientates persons to the water and develops swimming skills through the various levels of the program depending on their capabilities.

| | |
|---|---|
| Community Fee | $50 |
| Authorized Provider Fee | $ 2 |
| Authorized Provider Entrepreneur Fee | $50 |
| Full Service Fee | $75 per person (minimum 6) |

Length of Course:    4 two hour sessions
Certificate Valid for:  none          Prerequisite Courses: none



## Fundamentals of Instructor Training (FIT) 3010

Trains instructor candidates in basic teaching skills, provides information on the American Red Cross history, structure and organization of its training materials, and information about the local Chapter's policies and procedures. This is a required class for all new instructor candidates.

Fee included within the Instructor Level Training Course

Length of Course:    4 hours
Certification Valid for: 1 year                    Prerequisite Courses: 17 years of age

## Lay Responder First Aid and CPR/AED Instructor Course HSSFA801

Trains candidates as instructors for Adult CPR, Infant & Child CPR, AED, First Aid Basics and Workplace Training modules.

|                          |                                  |
|--------------------------|----------------------------------|
| Community Fee            | $185                             |
| Full Service Fee         | $195  per person (minimum 4)     |
| Authorized Provider Fee  | $ 25  (Must be approved by Chapter) |

Length of Course:    17 hours
Certificate Valid for: 2 years                    Prerequisite Courses:  FA/CPR/AED basic course
                                                                        17 years of age

## Water Safety Instructor Course 3430I

Trains instructor candidates to teach the infant & Preschool Aquatic Program, the seven Levels of Learn to Swim program and Community Water Safety. Includes Instructor Candidate Training and all materials.

|                          |                                  |
|--------------------------|----------------------------------|
| Community Fee            | $240  per person                 |
| Full Service Fee         | $250  per person (minimum 4)     |
| Authorized Provider Fee  | $ 25  (Must be approved by Chapter) |

Length of Course:    40 hours
Certificate Valid for: 2 year                     Prerequisite Courses:  Level 7 swimming ability
                                                                        17 years of age

## Lifeguarding  Instructor Course 3470I

Trains instructor candidates to teach Lifeguarding by developing their understanding of how to use the course materials and methods of conducting training sessions and evaluating participants progress.  Includes Instructor Candidate Training and all materials.

|                          |                                              |
|--------------------------|----------------------------------------------|
| Community Fee            | $165 per person                              |
| Full Service Fee         | $175 per person includes training materials  |
| Authorized Provider Fee  | $ 25 (Must be approved by Chapter)           |

Length of Course      20 hours
Certificate Valid for: 2 years                    Prerequisite Courses   Complete Pre-course session
                                                                        17 years of age