# KJD&CF
### Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 06·27·06                                      Day: ~~monday~~ Tuesday

**BREAKFAST – Arrival Time:** 0703                  Officer's Signature: _____
No of Meals: 06

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scrambled eggs | 1 scp. | 140 | |
| Hot Cereal | 150 or More | Cold cereal | 1 bwl. | | |
| Juice | 40 | fresh orange | 1 ea. | | |
| Milk | 38 - 40 | blueberry muffin | 1 ea | | |
| | | jelly | 1 ea. | | |
| | | milk | 1 ea. | | |

**LUNCH – Arrival Time:** 1205                       Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Honey Glazed Ham /pot opied scalkped | | 140 | |
| Stew | 160 or more | 7kened Tobbion | | | |
| Hot Starch | 150 or more | Boil Bmp cake | | | |
| Hot Vegetables | 160 or more | Wheat roll | | | |
| Canned fruits/Pudding | 40 or less | milk | | | |
| | | Juice | | | |
| | | sandwhize | | | |

**DINNER – Arrival Time:** _____            Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ fish /rice | | 167 | |
| Stew | 160 or more | mandarin orang | | | |
| Soup | 175 or more | Corn Crab soup | | | |
| Hot Vegetables | 160 or more | milk | | | |
| Canned fruits/Pudding | 40 or less | Juice | | | |
| Milk | 40 or Less | | | | |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6-26-06                           Day: Monday

**BREAKFAST – Arrival Time:** 715                    Officer's Signature: _____
No. of Meals: ___

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scrambled egg | | | |
| Hot Cereal | 150 or More | buttered wheat toast | | | |
| Juice | 40 | Jelly | | | |
| Milk | 38 - 40 | milk | | | |
| | | Juze | | | |
| | | Graham Cruchers | | | |

**LUNCH – Arrival Time:** 12:30                     Officer's Signature: _____
No. of Meals: ___

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Baked chicken w/ Baked Potatoes | | 159 | |
| Stew | 160 or more | Gummed Peas | | | |
| Hot Starch | 150 or more | Pineapple salad | | | |
| Hot Vegetables | 160 or more | dinner roll | | | |
| Canned fruits/Pudding | 40 or less | milk | | | |
| | | Juice | | | |

**DINNER – Arrival Time:** 1712                     Officer's Signature: _____
No. of Meals: ___

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken Cacciatore /rice | | 161 | |
| Stew | 160 or more | Mushroom soup | | | |
| Soup | 175 or more | Sauteed squash carrots & Pepper | | | |
| Hot Vegetables | 160 or more | dinner roll | | | |
| Canned fruits/Pudding | 40 or less | Watermelon | | | |
| Milk | 40 or Less | milk | | | |
| | | Juice | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6/25/06                                        Day: _____

**BREAKFAST – Arrival Time:** _____        **Officer's Signature:** _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Oatmal eggs muffin | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | milk | | | |
| Milk | 38 - 40 | Juice | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** 1200        **Officer's Signature:** _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken Soup Steamed /rice | | 175 | |
| Stew | 160 or more | Lettuce tomato salad | | | |
| Hot Starch | 150 or more | White roll | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| | | | | | |
| | | | | | |

**DINNER – Arrival Time:** 1655        **Officer's Signature:** _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Broiled Stir fry with Vegetables /rice | | 160 | |
| Stew | 160 or more | Buttered corn | | | |
| Soup | 175 or more | Homemade soup | | | |
| Hot Vegetables | 160 or more | White roll | | | |
| Canned fruits/Pudding | 40 or less | milk | | | |
| Milk | 40 or Less | Juice | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6/24/06            Day: _Saturday_

BREAKFAST – Arrival Time: 0700            Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Eggs Muffin Ham | | 141 | |
| Hot Cereal | 150 or More | Cereal | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | Milk Juice | | | |
| | | | | | |
| | | | | | |

LUNCH – Arrival Time: _____            Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Red Rice/ Baked Chicken | | 165 | |
| Stew | 160 or more | String bone | | | |
| Hot Starch | 150 or more | Potato Salad | | | |
| Hot Vegetables | 160 or more | Dinner roll | | | |
| Canned fruits/Pudding | 40 or less | Milk Juice | | | |
| | | | | | |

DINNER – Arrival Time: 700            Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Baked Fish + rice | | 146 | |
| Stew | 160 or more | dinner roll | | | |
| Soup | 175 or more | Veggie soup | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | Raisin | | | |
| Milk | 40 or Less | Tuna sandwich Milk Juice | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6-23-06                              Day: FRIDAY

**BREAKFAST – Arrival Time:** 0715              Officer's Signature: _____
No. of Meals: ___

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | RICE SOUP | | 172 | |
| Hot Cereal | 150 or More | TWISTED BREAD | | | |
| Juice | 40 | COOKIES | | | |
| Milk | 38 - 40 | FRESH ORANGES | | | |
| | | MILK | | | |
| | | JUICE | | | |
| | | | | | |

**LUNCH – Arrival Time:** 1140              Officer's Signature: _____
No. of Meals: ___

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | CHEESEBURGER / FRENCH FRIES | | 143 | |
| Stew | 160 or more | JELLO | | | |
| Hot Starch | 150 or more | FRUIT CAKE | | | |
| Hot Vegetables | 160 or more | JUICE | | | |
| Canned fruits/Pudding | 40 or less | MILK | | | |
| | | | | | |
| | | | | | |

**DINNER – Arrival Time:** _____              Officer's Signature: _____
No. of Meals: ___

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BEEF ADDED RICE | | 145 | |
| Stew | 160 or more | CUCUMBER SALAD | | | |
| Soup | 175 or more | TURKEY NOODLES SOUP | | | |
| Hot Vegetables | 160 or more | DINNER ROLLS | | | |
| Canned fruits/Pudding | 40 or less | MILK | | | |
| Milk | 40 or Less | JUICE | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6/22/0~                               Day: _Thursday_

**BREAKFAST – Arrival Time:** 0705                    Officer's Signature:_____
No. of Meals:_____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | PANCAKES / HAM | | 140 | |
| Hot Cereal | 150 or More | FRESH APPLES | | | |
| Juice | 40 | GRAHAM CRACKERS | | | |
| Milk | 38 - 40 | JUICE | | | |
| | | MILK | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** 1200                    Officer's Signature:_____
No. of Meals:_____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | SPAGHETTI | | 169 | |
| Stew | 160 or more | SALAD | | | |
| Hot Starch | 150 or more | FRENCH BREAD | | | |
| Hot Vegetables | 160 or more | FRESH ORANGES | | | |
| Canned fruits/Pudding | 40 or less | MILK | | | |
| | | JUICE | | | |
| | | | | | |

**DINNER – Arrival Time:**_____                    Officer's Signature:_____
No. of Meals:_____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | SEAFOOD STIRFRY / RICE | | 160 | |
| Stew | 160 or more | DINNER ROLL | | | |
| Soup | 175 or more | VEGGIE SOUP | | | |
| Hot Vegetables | 160 or more | MILK | | | |
| Canned fruits/Pudding | 40 or less | JUICE | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc.......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6/21/06                                          Day: Wednesday

---

**BREAKFAST – Arrival Time:** 710                    **Officer's Signature:** _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | scrambled eggs/rice | | 150 | |
| Hot Cereal | 150 or More | toast bread | | | |
| Juice | 40 | orange | | | |
| Milk | 38 - 40 | milk | | | |
| | | juice | | | |
| | | Graham Crackers | | | |

---

**LUNCH – Arrival Time:** 1153                      **Officer's Signature:** _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Hamburger steak w/ gravy | | 160 | |
| Stew | 160 or more | Buttered Mash Potatoes | | | |
| Hot Starch | 150 or more | string Beans | | | |
| Hot Vegetables | 160 or more | Dinner Rolls | | | |
| Canned fruits/Pudding | 40 or less | Chammoro Cake | | | |

---

**DINNER – Arrival Time:** _____              **Officer's Signature:** _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Herbed Pork Loin/rice | | 180 | |
| Stew | 160 or more | Cauliflower salad | | | |
| Soup | 175 or more | Veggie soup | | | |
| Hot Vegetables | 160 or more | dinner roll | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

**Generally, Temperature standard are:**
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

> Quantity/Portion:
> Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
> Each; pieces;  etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _Jun 20 2006_                    Day: _____

**BREAKFAST – Arrival Time:** _____    **Officer's Signature:** _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | French Toast / Bacon | | 143 | |
| Hot Cereal | 150 or More | Grape fruit | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _12|0_                    **Officer's Signature:** _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Grilled Turkey & Swiss melt | | | |
| Stew | 160 or more | Ib/2 Soup | | 179 | |
| Hot Starch | 150 or more | Coleslaw | | | |
| Hot Vegetables | 160 or more | Banana | | | |
| Canned fruits/Pudding | 40 or less | Milk | | | |
| | | Juice | | | |
| | | Tuna sandwich | | | |

**DINNER – Arrival Time:** _1703_                    **Officer's Signature:** _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish Florintine / rice | | 149 | |
| Stew | 160 or more | Steamed Zuchini bars & onions | | | |
| Soup | 175 or more | White roll | | | |
| Hot Vegetables | 160 or more | Milk | | | |
| Canned fruits/Pudding | 40 or less | Tuna sandwich | | | |
| Milk | 40 or Less | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

### Daily Menu & Temperature Log of Hot/Cold Meals

Date: _09/19/00_                                    Day: _____

**BREAKFAST** – Arrival Time: _745_                    Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | scrambled eggs hash brown | ~~150~~ | 145 | |
| Hot Cereal | 150 or More | brown Muffin | | | |
| Juice | 40 | Jelly | | | |
| Milk | 38 - 40 | milk | | | |
| | | fresh orange | | | |
| | | Graham Crackers | | | |

**LUNCH** – Arrival Time: _____         Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Grilled BBQ pork chop | | 149 | |
| Stew | 160 or more | gratin potato | | | |
| Hot Starch | 150 or more | baked mixed veggies | | | |
| Hot Vegetables | 160 or more | white roll | | | |
| Canned fruits/Pudding | 40 or less | waldorf salad | | | |
| | | milk | | | |

**DINNER** – Arrival Time: _172_                    Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Rice chck w/dumplings | | 174 | |
| Stew | 160 or more | buttered brocolli | | | |
| Soup | 175 or more | dinner rolls | | | |
| Hot Vegetables | 160 or more | cantaloupe | | | |
| Canned fruits/Pudding | 40 or less | milk | | | |
| Milk | 40 or Less | sandwich | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _Dec - 17 -0c_____     Day: _Sunday_____

**BREAKFAST – Arrival Time:** _0700_____     Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Blueberry Pancakes /grilled Ham | | 165 | |
| Hot Cereal | 150 or More | orange | | | |
| Juice | 40 | milk | | | |
| Milk | 38 – 40 | Graham Crakers | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1155_____     Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 – 140 | Chicken Kelaguen /steed Rice | | 150 | |
| Stew | 160 or more | titiyas | | | |
| Hot Starch | 150 or more | Sautued vegetables | | | |
| Hot Vegetables | 160 or more | milk | | | |
| Canned fruits/Pudding | 40 or less | Tuna Sandwich | | | |

**DINNER – Arrival Time:** _1607_____     Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 – 140 | Beef stew arrde /rice | | 169 | |
| Stew | 160 or more | dinner roll | | | |
| Soup | 175 or more | chicken soup | | | |
| Hot Vegetables | 160 or more | milk | | | |
| Canned fruits/Pudding | 40 or less | Juice | | | |
| Milk | 40 or Less | sandwich | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces;  etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 06/17/06                          Day: _saturday_

**BREAKFAST – Arrival Time:** 0650                    Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Boiled eggs peeled | 2 | | |
| Hot Cereal | 150 or More | wheat bread | | | |
| Juice | 40 | Roptin sorp | | 170 | |
| Milk | 38 - 40 | milk | | | |
| | | cookies | | | |
| | | fresh oranges | | | |

**LUNCH – Arrival Time:** 1150                    Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken curry w/ rice | | 152 | |
| Stew | 160 or more | stirfry vegetables | | | |
| Hot Starch | 150 or more | white roll | | | |
| Hot Vegetables | 160 or more | fresh apple | | | |
| Canned fruits/Pudding | 40 or less | milk | | | |
| | | sandwich | | | |
| | | juice | | | |

**DINNER – Arrival Time:** 1702                    Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Beef Brisket w/ rice | | 154 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | veggie soup | | | |
| Hot Vegetables | 160 or more | Creamed carrots | | | |
| Canned fruits/Pudding | 40 or less | fresh apple | | | |
| Milk | 40 or Less | almond milk | | | |
| | | milk | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _9/16/06_ Day: _Friday_

**BREAKFAST – Arrival Time:** _____ Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Boiled eggs | | | |
| Hot Cereal | 150 or More | Apple muffin | | | |
| Juice | 40 | Oatmeal | | | |
| Milk | 38 - 40 | Banana | | | |
| | | Cookies | | | |
| | | Milk | | | |

**LUNCH – Arrival Time:** _1215_ Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Tender Roast Beef Aro | | 170 | |
| Stew | 160 or more | Buttered Carrots | | | |
| Hot Starch | 150 or more | Vegetable Citrus Salad | | | |
| Hot Vegetables | 160 or more | Wheat roll | | | |
| Canned fruits/Pudding | 40 or less | Milk | | | |
| | | Juice | | | |

**DINNER – Arrival Time:** _1710_ Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Buttered fish w/tartar sauce/rice | | 169 | |
| Stew | 160 or more | Green beans | | | |
| Soup | 175 or more | Miso soup | | | |
| Hot Vegetables | 160 or more | Honey dew | | | |
| Canned fruits/Pudding | 40 or less | dinner rolls | | | |
| Milk | 40 or Less | nutty tuna sandwich | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175 Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces;  etc…….

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 09-15-09                                    Day: THURSDAY

BREAKFAST – Arrival Time: 0715                    Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | French Toast / Bacon | | 144 | |
| Hot Cereal | 150 or More | Joe | | | |
| Juice | 40 | milk | | | |
| Milk | 38 - 40 | Graham Crackers | | | |
| | | Oranges | | | |
| | | | | | |
| | | | | | |

LUNCH – Arrival Time: 1145                        Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BAKED CURRY CHICKEN / POTATOES | | 109 | |
| Stew | 160 or more | SEASONED PEAS | | | |
| Hot Starch | 150 or more | CARROT RAISIN PINEAPPLE SALAD | | | |
| Hot Vegetables | 160 or more | WHITE ROLL | | | |
| Canned fruits/Pudding | 40 or less | MILK | | | |
| | | PEANUT BUTTER JELLY SANDWICH | | | |
| | | | | | |

DINNER – Arrival Time: 1715                       Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | PORK BISTEAK / RICE | | 175 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | MINESTRONE SOUP | | 175 | |
| Hot Vegetables | 160 or more | CRAB BROCOLLI SALAD | | | |
| Canned fruits/Pudding | 40 or less | DINNER ROLL | | | |
| Milk | 40 or Less | BEAR HAVOC SUGAR COOKIES | | | |
| | | MILK | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _06-14-06_   Day: _Wenesday_

**BREAKFAST – Arrival Time:** _0715_   Officer's Signature: _____

No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Hard boiled eggs | | | |
| Hot Cereal | 150 or More | Toasted bread | | | |
| Juice | 40 | Rice soup | | | |
| Milk | 38 - 40 | Toast | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1212_   Officer's Signature: _____

No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Meatloaf & Mashed Potato | | 170.7 | |
| Stew | 160 or more | Mixed Peas & Carrots | | | |
| Hot Starch | 150 or more | White roll | | | |
| Hot Vegetables | 160 or more | Peach Halves | | | |
| Canned fruits/Pudding | 40 or less | and cide | | | |
| | | milk | | | |
| | | Tuna sandwhich | | | |

**DINNER – Arrival Time:** _1745_   Officer's Signature: _____

No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Rice Bibs w/ Veg. | | 105 | |
| Stew | 160 or more | Dinner rolls | | | |
| Soup | 175 or more | onion soup | | | |
| Hot Vegetables | 160 or more | grapes - banana | | | |
| Canned fruits/Pudding | 40 or less | milk | | | |
| Milk | 40 or Less | sandwhich | | | |

Generally, Temperature standard are:

- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: Dec-13-06                           Day: Tuesday

**BREAKFAST – Arrival Time:** 0745            Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Cereal | | | |
| Hot Cereal | 150 or More | Strawberry milk | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** 1250            Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Honey Glazed ham | | 163 | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Steamed tapioca | | | |
| Hot Vegetables | 160 or more | mixed apples | | | |
| Canned fruits/Pudding | 40 or less | fruit Pander salad | | | |
| | | white rice | | | |
| | | Ham & cheese Sandwich | | | |

**DINNER – Arrival Time:** 1700            Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Dee BBQ Fish | | 172 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | Corn Crab Soup | | | |
| Hot Vegetables | 160 or more | Asparagus cheese sauce | | | |
| Canned fruits/Pudding | 40 or less | Mandarin Oranges | | | |
| Milk | 40 or Less | milk | | | |
| | | Sandwich | | | |

Generally, Temperature standard are:

- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## <u>Daily Menu & Temperature Log of Hot/Cold Meals</u>

Date: 6-12-06                                    Day: MONDAY

**BREAKFAST** – Arrival Time: 0650                Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | SCRAMBLED EGGS & TOAST | | 144 | |
| Hot Cereal | 150 or More | CEREAL | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | MILK | | | |
| | | JUICE | | | |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: 1209                    Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | ITALIAN SPAGHETTE / MEAT SAUCE | | 170 | |
| Stew | 160 or more | FRENCH BREAD | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | MILK | | | |
| Canned fruits/Pudding | 40 or less | ORANGE | | | |
| | | TUNA SANDWICH | | | |

**DINNER** – Arrival Time: 1600                   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Rice / chicken Cacciatori | | 190 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | Mushroom Soup | | | |
| Hot Vegetables | 160 or more | Squash and Bell Pepp | | | |
| Canned fruits/Pudding | 40 or less | dinner roll | | | |
| Milk | 40 or Less | water melon | | | |
| | | sandwich melon | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _12-11-06_                                    Day: _sunday_

**BREAKFAST – Arrival Time:** _0640_                Officer's Signature: _____

No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | French Bread / Bacon | | 145 | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | Juice | | | |
| Milk | 38 - 40 | milk | | | |
| | | orange | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1153_                    Officer's Signature: _____

No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken with Brown Rice | | 165 | |
| Stew | 160 or more | Salad with dressing | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | Cataloop | | | |
| | | milk | | | |
| | | Juice & Tuna sandwich | | | |

**DINNER – Arrival Time:** _____          Officer's Signature: _____

No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Seafood vegetables & Rice | | 175 | |
| Stew | 160 or more | Portland Cari | | | |
| Soup | 175 or more | Veg soup | | | |
| Hot Vegetables | 160 or more | Jello | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | milk | | | |
| | | sandwich | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6-10-00    Day: _Study_

**BREAKFAST** – Arrival Time: _____    Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: _253_    Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | _cheedarge & fuch fries_ | | 140 | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | _milk_ | | | |
| | | _milk collors_ | | | |
| | | _wany_ | | | |

**DINNER** – Arrival Time: _____    Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | | | | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces;  etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## <u>Daily Menu & Temperature Log of Hot/Cold Meals</u>

Date: _9, 0u_                                    Day: _Friday_

**BREAKFAST – Arrival Time:** _0400_                    Officer's Signature: _____
No of Meals:_____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Baked eggs | | 157 | |
| Hot Cereal | 150 or More | Beans | | | |
| Juice | 40 | Codeal | | | |
| Milk | 38 - 40 | orange | | | |
| | | Juice / milk | | | |
| | | crackers | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1150_                    Officer's Signature: _____
No. of Meals:_____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ chicken / steamed Rice | | 175 | |
| Stew | 160 or more | Pasta salad | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | seasoned Green beans | | | |
| Canned fruits/Pudding | 40 or less | lettuce roll | | | |
| | | French Bread | | | |
| | | ham sandwich | | | |

**DINNER – Arrival Time:** _710_                    Officer's Signature: _____
No. of Meals:_____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish / Rice | | 165 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | Peas | | | |
| Canned fruits/Pudding | 40 or less | Apples | | | |
| Milk | 40 or Less | milk | | | |
| | | Cookies + Sandwich | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6-8-06                                    Day: THURSDAY

**BREAKFAST** – Arrival Time: 0644          Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | BANANA PANCAKE / GRILLED HAM | 3 | 150 | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | MILK | | | |
| | | ORANGE - GRAHAM CRACKERS | | | |
| | | | | | |
| | | | | | |

**LUNCH** – Arrival Time: 1210          Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | ROAST TURKEY / GRAVY BAKED SWEET POTATO | | 164 | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | STEAMED PEAS + CARROTS | | | |
| Canned fruits/Pudding | 40 or less | HONEY DEW | | | |
| | | WHEAT ROLLS | | | |
| | | HAM CHEESE SANDWHICH | | | |

**DINNER** – Arrival Time: 1705          Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | ground Beef / steamed Rice | | 153 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | on Soup | | 170 | |
| Hot Vegetables | 160 or more | lettuce + tomato salad | | | |
| Canned fruits/Pudding | 40 or less | fresh Halves | | | |
| Milk | 40 or Less | more | | | |
| | | fruit Cake | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies: 175  Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces;  etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _June 07, 2006_          Day: _Wednesday_

**BREAKFAST – Arrival Time:** _0650_          Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140  or More | Fried Rice / Ham | | 150.9 | |
| Hot Cereal | 150  or More | Slices Wheat Bread | 4 | | |
| Juice | 40 | orange Juice | | | |
| Milk | 38 - 40 | milk | | | |
| | | cookies | | | |
| | | | | | |

**LUNCH – Arrival Time:** _1205_          Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Ground hamburger /mashed Potatoes | | 179.0 | |
| Stew | 160  or more | | | | |
| Hot Starch | 150  or more | | | | |
| Hot Vegetables | 160  or more | String beans | | | |
| Canned fruits/Pudding | 40  or less | Fruit Salad | | | |
| | | White roll | | | |
| | | Chamorro Cake /milk | | | |

**DINNER – Arrival Time:** _1658_          Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Herbed LOIN – Steamed Rice | | 151.0 | |
| Stew | 160  or more | | | | |
| Soup | 175  or more | Hearty Vegetable Soup | | 175.1 | |
| Hot Vegetables | 160  or more | Green Pea – Cauliflower Salad | | | |
| Canned fruits/Pudding | 40  or less | Mandarin Oranges | | | |
| Milk | 40  or Less | Milk | | | |
| | | Dinner Rolls | | | |

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces;  etc……

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## <u>Daily Menu & Temperature Log of Hot/Cold Meals</u>

Date: 6/02/06                                    Day: Tuesday

**BREAKFAST – Arrival Time:** _____          **Officer's Signature:** _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | | | | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** 1150          **Officer's Signature:** _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | grilled Turkey swiss melt sandwich | | | |
| Stew | 160 or more | baked in a bun | | | |
| Hot Starch | 150 or more | Italian soup | 172.4 | | |
| Hot Vegetables | 160 or more | Coleslaw | | | |
| Canned fruits/Pudding | 40 or less | banana | | | |
| | | milk | | | |
| | | Tuna Sandwich / Pudding | | | |

**DINNER – Arrival Time:** 1650          **Officer's Signature:** _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish Florentine / Rice | | i 44.5 | |
| Stew | 160 or more | milk | | | |
| Soup | 175 or more | Corn Crab soup | | | |
| Hot Vegetables | 160 or more | seasonal Zuckini / Tomato & Onions | | | |
| Canned fruits/Pudding | 40 or less | Blushing Pear Salad | | | |
| Milk | 40 or Less | dinner Rolls | | | |
| | | Sandwich | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies: 175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces;  etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6/5/0                          Day: MONDAY

**BREAKFAST – Arrival Time:** 0651              Officer's Signature: _____

No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | SCRAMBLED EGGS/HASH BROWNS | | 153.2 | |
| Hot Cereal | 150 or More | | | | |
| Juice | 40 | FRESH FRUIT | | | |
| Milk | 38 - 40 | MILK | | | |
| | | BANANA MUFFIN | 1 | | |
| | | GRAHAM CRACKERS | 2 | | |
| | | JELLY | 3 | | |

**LUNCH – Arrival Time:** 1151              Officer's Signature: _____

No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | GRILLED BBQ PORK CHOP/POTATOES | | 171.3 | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | WALDORH SALAD | | | |
| Hot Vegetables | 160 or more | SAUTEED SEASONED VEGETABLES | | | |
| Canned fruits/Pudding | 40 or less | WHEAT ROLL | 2 | | |
| | | MILK | | | |

**DINNER – Arrival Time:** 1700              Officer's Signature: _____

No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken w/dumplings/Rice | | 190.0 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | Buttered Steamed Broccli | | | |
| Canned fruits/Pudding | 40 or less | Cantaloupe | | | |
| Milk | 40 or Less | Milk | | | |
| | | Dinner Rolls/Tuna Sandwich | | | |

Generally, Temperature standard are:

- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6/4/06                               Day: Sunday

**BREAKFAST – Arrival Time:** 0650                    Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Blueberry Pancakes | | 154.4 | |
| Hot Cereal | 150 or More | Grilled Ham | | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | milk | | | |
| | | banana / Graham Crackers | | | |
| | | orange | | | |

**LUNCH – Arrival Time:** 1154                    Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | chicken Kalaguen Island rice | | 171.8 | |
| Stew | 160 or more | titiyas | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | Sauted Local Seasonal vegetables | | | |
| Canned fruits/Pudding | 40 or less | Fresh Island mixed Fruits | | | |
| | | milk | | | |

**DINNER – Arrival Time:** 1700                    Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pot Roast /Gravy / steamed RiCE | | 175.5 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | Hearty vegetable soup | | | |
| Hot Vegetables | 160 or more | CHAMORRO MARINATED MIXED SALAD | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | MILK | | | |
| | | TUNA SANDWICH | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces;  etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: _6/3/06_                     Day: _Saturday_

**BREAKFAST – Arrival Time:** _070 1_               Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Boiled egg | | | |
| Hot Cereal | 150 or More | Punkin soup | | 170.3 | |
| Juice | 40 | Fruit Juice | | | |
| Milk | 38 - 40 | milk | | | |
| | | Cookies /orange / Apple | | | |
| | | Toasted Bread | | | |

**LUNCH – Arrival Time:** _____               Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | | | | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| | | | | | |
| | | | | | |

**DINNER – Arrival Time:** _1711_               Officer's Signature: _____
No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Beef Babert / Steued Rice | | 175.8 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | Vegetables / seasoned carots | | | |
| Canned fruits/Pudding | 40 or less | | | | |
| Milk | 40 or Less | milk | | | |
| | | Tuna Sandwhich /white Rolls | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soup's and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces;  etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 6-2-06                          Day: Friday

**BREAKFAST – Arrival Time:** 0707                    Officer's Signature: _____
No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scrambled eggs | | 153.9 | |
| Hot Cereal | 150 or More | Oatmeal | | | |
| Juice | 40 | Juice Orange | 1 | | |
| Milk | 38 - 40 | Milk | 1 | | |
| | | Crackers | 3 pcs | | |
| | | Orange | 1 | | |
| | | | | | |

**LUNCH – Arrival Time:** 1155                    Officer's Signature: _____
No. of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Tender Roast Beef / Steamed Rice | | 170.4 | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | Wheat Roll | 2 | | |
| Hot Vegetables | 160 or more | Buttered Carrots / Vegetable Cabbage Salad | | | |
| Canned fruits/Pudding | 40 or less | Fresh Fruits | | | |
| | | Vanilla Wafers | 5 pcs | | |
| | | Milk | 1 | | |

**DINNER – Arrival Time:** 1720                    Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Fish / Rice | | 175.1 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | | | | |
| Hot Vegetables | 160 or more | Carrots | | | |
| Canned fruits/Pudding | 40 or less | Mandarin Oranges | | | |
| Milk | 40 or Less | Milk | 1 | | |
| | | Dinner Rolls | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 06/01/06                          Day: thursday

**BREAKFAST** – Arrival Time: 0655                Officer's Signature: _____

No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | French Toast / Syrup | 4 pcs | 155.5 | |
| Hot Cereal | 150 or More | Bacon | 4 pcs | | |
| Juice | 40 | | | | |
| Milk | 38 - 40 | 2% Milk / Fruit Juice | 1  each | | |
| | | water melon | | | |
| | | | | | |

**LUNCH** – Arrival Time: 1140                Officer's Signature: _____

No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Baked chicken | 3 oz | 173.4 | |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | 2 bread rolls | | | |
| Hot Vegetables | 160 or more | 1c. Oven browed potatoes - 1/2c steamed peas & carrots | | | |
| Canned fruits/Pudding | 40 or less | Raisin Pineapple salad | | | |
| | | 1c. Milk 2% / orange Juice | | | |
| Snack | | Peanut Butter Jelly Sandwich | 1 | | |

**DINNER** – Arrival Time: 1705                Officer's Signature: _____

No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pork Bistek / steamed Rice | | 175.5 | |
| Stew | 160 or more | | | | |
| Soup | 175 or more | Ribcasbone soup | | | |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | Crab with broccoli Salad | 1 | | |
| Milk | 40 or Less | 2% milk | 1 | | |
| | | Pear Halves - Sugar cookies | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products:  40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 8-31-00                    Day: Thursday

**BREAKFAST – Arrival Time:**_____          Officer's Signature:_____
No of Meals:_____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Egg muffin & Bacon | | ~~115~~ 98 | |
| Hot Cereal | 150 or More | Grapefruit | | 48 | |
| Juice | 40 | Juice | | | |
| Milk | 38 - 40 | Milk | | 45 | |
| | | | | | |
| | | | | | |

**LUNCH – Arrival Time:** 1155          Officer's Signature:_____
No of Meals:

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Roast Turkey / rice | | ~~155~~ 112 | |
| Stew | 160 or more | steamed sweet potatoes | | 187 | |
| Hot Starch | 150 or more | dinner rolls | | 64 | |
| Hot Vegetables | 160 or more | Hony Dew | | 63 | |
| Canned fruits/Pudding | 40 or less | milk | | 46 | |
| | | Juice | | | |

**DINNER – Arrival Time:**_____          Officer's Signature:_____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Ground beef stir fry / rice | | ~~155~~ 107 | |
| Stew | 160 or more | French onion soup | | 118 | |
| Soup | 175 or more | dinner roll | | 63 | |
| Hot Vegetables | 160 or more | Angel Food cake | | 66 | |
| Canned fruits/Pudding | 40 or less | milk | | 42 | |
| Milk | 40 or Less | Juice | | 45 | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews:  160 Deg. F,  or more
- Soups and gravies:  175  Deg. F,  or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc.......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: __08-30-06__                    Day: __Wednesday__

**BREAKFAST** – Arrival Time: _____    Officer's Signature: _____

No of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Steamed rice | 2/3 C. | 149 | |
| Hot Cereal | 150 or More | Scrambled eggs | 1/2 C. | | |
| Juice | 40 | wheat toast | 1 PC. | | |
| Milk | 38 - 40 | Juice & milk | 1 ea. | | |
| | | Jelly & margarine | 1 ea. | | |
| | | Chocolate chip cookies | 2 PCS. | | |
| | | apple (Fresh Fruits) | 1 ea. | | |

**LUNCH** – Arrival Time: __1225__    Officer's Signature: _____

No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Hamburger steak w/ "mushroom" gravy | 3 oz. | 163 | |
| Stew | 160 or more | Buttered mashed potatoes | 1/2 c. | | |
| Hot Starch | 150 or more | Sauteed green, wing/string bean | 3/4 c | | |
| Hot Vegetables | 160 or more | Fruit salad | 1/2 c. | | |
| Canned fruits/Pudding | 40 or less | Dinner roll 2ea. / margarine | 2 ea. | | |
| | | Sherbet & champagne cake | 1 ea. | | |
| | | Juice / milk / sandwich | 1 ea. | | |

**DINNER** – Arrival Time: __1710__    Officer's Signature: _____

No. of Meals: _____

| Description | Actural Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Rice | 1/3 c. | 164 | |
| Stew | 160 or more | Herbed Pork Loin | 3 oz | | |
| Soup | 175 or more | Green Pea & Cauliflower salad | 1/2 c | | |
| Hot Vegetables | 160 or more | Dinner rolls | 1 ea. | | |
| Canned fruits/Pudding | 40 or less | Butter | 1 ea. | | |
| Milk | 40 or Less | mandarin oranges | 1/4 c. | | |
| | | Milk / sandwich | 1 ea. | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......