**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STATUS REPORT** |
| | ) | |
| COMMONWEALTH OF THE | ) | **DIVISION OF YOUTH SERVICES** |
| NORTHERN MARIANA ISLANDS, | ) | |
| GOVERNOR OF THE NORTHERN | ) | **PART 3 OF 3 PARTS** |
| MARIANA ISLANDS, | ) | |
| COMMISSIONER OF THE | ) | **October 1, 2006** |
| DEPARTMENT OF PUBLIC | ) | |
| SAFETY, SECRETARY OF THE | ) | |
| DEPARTMENT OF LABOR AND | ) | |
| IMMIGRATION, SECRETARY OF | ) | |
| THE DEPARTMENT OF | ) | |
| COMMUNITY AND CULTURAL | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PEST CONTROL**



**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS**

*Office of the Secretary*
*Caller Box 10007*
*Saipan, M.P. 96950*
Tel. 664-2576       Fax. 664-2570

# MEMORANDUM

Date    :       09/15/06

To      :       Rosa Teregeyo
                JDU/Social Worker

From    :       Melvin L.O. Faisao
                DCCA Deputy Secretary

Subject:        Approval of Pacific Pest Control Service

This is to inform you that I have approved the attached proposal for pest control
services from Pacific Pest Control.  Please forward the documents to the DYS main
office for processing.

CC: File



**Guam Office:**
P.O. Box 6764
Tamuning, Guam 96931, U.S.A.
Tel: (671) 637-8959
Fax (671) 637-7996
E-mail: hagens@ite.net

**Saipan Office:**
P.O. Box 5783 CHRB
Saipan, MP 96950-8901
Tel: (670) 235-3041
Fax (670) 235-3040
E-mail: pacpest@pixcom.com

*Service Guaranteed*

**September 15, 2006**

To:   **Division of Youth Services**

    **Attention: Mr. Melvin Faiso**

Re:   Pest Control services for DYS Kagman Detention Facility.

    Thank you for the opportunity in presenting a proposal.

    In summary of our company, **Pacific Pest Control** is dedicated in environmentally friendly insect and rodent elimination, utilizing an innovative method of pest control. Our methods are odorless, safe for your staff, patrons and the environment.

    Hazardous, messy & strong odor sprays are becoming obsolete due to potential health risk to people and the environment. We will ensure effective and professional pest elimination with your health and safety as priority. We are confident that our pest management and preventive maintenance program is of the caliber that you would expect.

    We look forward to adding **DYS Kagman Facility**, to our list of satisfied customers. Please call our office if there are any questions or if you need more information. We are prepared to begin immediately.

Sincerely,

Patrick Leon Guerrero,
Pacific Pest Control

# Pacific Pest Control

P O. Box 10001 PMB 420
Ph # 235-3041 Fax # 233-7679 E-mail hageus @ ite.net

## CONTRACT SPECIFICATION: DYS, Kagman Detention Facility.

## TREATMENT BENEFITS

1.  No mess or cleanup.
2.  Clean safe material application.
3.  No sprays or aerosols except in extreme cases.
4.  Professionally train and certified professionals
5.  Environmentally friendly pest control materials.
6.  Staff will not need to vacate areas being treated.
7.  Professional results, safe around food, employees and customers
8.  Staff will not need to cover food, utensils, appliances, furniture or linens
9.  Preventive Maintenance inspection, employee communication and pest Monitoring
10. We require no special time for treatments; we will treat at your convenience.

## TYPE OF PEST TO BE TREATED

| | | |
|---|---|---|
| 1. | Rodents | Interior and Exterior |
| 2. | Ants | Interior and Exterior |
| 3. | Roaches | Interior and Exterior |

## TREATMENT FREQUENCY

1.  One- treatment visit per month.
2.  On call services when needed.

## AREAS TO BE TREATED

Inspection and treatment for ants, cockroach, and rodents in all common areas of
interior/exterior of detention facility.

## COST OF SERVICE

$150.00 per month
All on call service are at no additional cost

*Any questions regarding this proposal please contact Patrick Leon Guerrero at 235-3041 for
any questions.

### SERVICE GUARANTEED !!!!!!!!

SAIPAN ICE

**Saipan Ice & Water Co., Inc.**
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

| No. |
| --- |

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DAS | DATE | 9/14/06 |
| --- | --- | --- | --- |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3070 GPD

| Visit Frequency | _____ :Week/Month | Last Microbiology Test Result / Remarks: |
| --- | --- | --- |

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:** need to replace leaking level hose at Storage RO tank

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| Anti-scalant Level | full | UV Light Unit (s) | |
| --- | --- | --- | --- |
| Chlorine Level | 1.0mg/l | Ozonator | Ok |
| Pre-filter | Ok | Hardness Reading | 12 GPM |
| Post-filter | Ok | Feed Water TDS | 1109 ppm |
| Feed Pump Pressure | 30 / 22 psi | Product Water TDS | 89 ppm |
| Permeate Flow Rate (GPM) | 1.3 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
replace level tube hose at Storage RO tank, check hardness, TDS
& chlorine of feed this RO product and operation pressure

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
| --- | --- | --- | --- |
| | | Rod De la Reyn | 9/14/06 |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DCN | DATE | 9/8/09 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** (3000 GPD)

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:** no flocon reserve need to deliver

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.5 mg/l | Ozonator | Ok |
| Pre-filter | Ok | Hardness Reading | 18 ppg |
| Post-filter | Ok | Feed Water TDS | 130 ppm |
| Feed Pump Pressure | 20/100 psi | Product Water TDS | 81 ppm |
| Permeate Flow Rate (GPM) | 1.5 Gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check & refill flocon for injection pump, Check hardness TDS & Chlorine of feed & RO product, Check operation

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | Cliff Nehr |

# Saipan Ice & Water Co., Inc.

P.O BOX 501808, SAIPAN MP 96950

Tel. No. 322-6130,322-5991

*We Care About Your Health*

| | No. |
|---|---|

## MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 9/1/04 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:** Pre filter will be replace on next visit (20 micro) 2 x 10

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg /l | Ozonator | OK |
| Pre-filter | ok | Hardness Reading | 12 Gspg |
| Post-filter | Ok | Feed Water TDS | 16 X 8 ppm |
| Feed Pump Pressure | 20/700 psi | Product Water TDS | 25 ppm |
| Permeate Flow Rate (GPM) | 1.8 Gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check hardness, TDS & Chlorine of feed H₂O & RO product. Check operation pressure & flow rate level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | BDgoSur |

# Saipan Ice & Water Co., Inc.

P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991

*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | *DYS* | DATE | *8906* |
|---|---|---|---|
| ADDRESS | *KAGMAN* | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** *3000 GPD*

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** *Check on RO System*

**FINDINGS/COMMENTS:**

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | *full* | UV Light Unit (s) | |
| Chlorine Level | *1.0 mg/L* | Ozonator | *OK* |
| Pre-filter | *Ok* | Hardness Reading | |
| Post-filter | *Ok* | Feed Water TDS | *1153 ppm* |
| Feed Pump Pressure | *70/200 psi* | Product Water TDS | *85 ppm* |
| Permeate Flow Rate (GPM) | *1.5 GPM* | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** *Check operation of RO unit, flush need well, TDS; Chlorine Check floor level*

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | *Rod de la Rey* | *DYS* |

# Saipan Ice & Water Co., Inc.

P.O BOX 501808, SAIPAN MP 96950

Tel. No. 322-6130,322-5991

*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DUS | DATE | 8 7 04 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:** reset the floron injector pump

## INSPECTION & MAINTENANCE CHECKLIST

(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | N Grq |
| Post-filter | ok | Feed Water TDS | 281 ppm |
| Feed Pump Pressure | 70/200 psi | Product Water TDS | 93 ppm |
| Permeate Flow Rate (GPM) | 1.5 Gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check & reset the injector pump & flocon. Check hardness TDS, Chlorine & feed HO & RO product

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | Ricardo Rasa  8704 |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991

*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | *DGS* | DATE | *7-30-09* |
|---|---|---|---|
| ADDRESS | *KAGMAN* | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** *3000 Gpm*

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** *Check RO System*

**FINDINGS/COMMENTS:** *refill flocon at injector tank*

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | *full* | UV Light Unit (s) | |
| Chlorine Level | *1.0 mg/L* | Ozonator | |
| Pre-filter | *ok* | Hardness Reading | *ok* |
| Post-filter | *ok* | Feed Water TDS | *10 Lopm* |
| Feed Pump Pressure | *70 / 700 psi* | Product Water TDS | *139 ppm* |
| Permeate Flow Rate (GPM) | *1.8 Gpm* | Chlorine Reading | *6.8 ppm* |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
*Check & Refill of Chemat injector tank, Check Hardness, TDS*
*balance of feed/product RO product, Check operation pressure*

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | *Merl & Co. Inc.* | |

# Saipan Ice & Water Co., Inc.

P.O BOX 501808, SAIPAN MP 96950

Tel. No. 322-6130,322-5991

*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | *D/S* | DATE | *7/27/06* |
|---|---|---|---|
| ADDRESS | *KAGMAN* | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: *(3000 GPD)*

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

SERVICE REPORT   *Check on RO System*

FINDINGS/COMMENTS:  *need to refill flocon on injector tank.*

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | *full* | UV Light Unit (s) | |
| Chlorine Level | *1.5 mg/L* | Ozonator | *OK* |
| Pre-filter | *OK* | Hardness Reading | *N GPG* |
| Post-filter | *OK* | Feed Water TDS | *1088 ppm* |
| Feed Pump Pressure | *40 / 200 psi* | Product Water TDS | *78 ppm* |
| Permeate Flow Rate (GPM) | *1.5 GPM* | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
*Check & refill flocon for injector tank; Check hardness, TDS & Chlorine of feed H2O & Reproduct, check operation product*

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | *Rod de los Rey...* | |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | *DCH* | DATE | *7 24 04* |
|---|---|---|---|
| ADDRESS | *KAGMAN* | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** *3000 GN*

| Visit Frequency | _____ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** *Check RO System*

**FINDINGS/COMMENTS:** *need to refill freon for injector tank*

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | *full* | UV Light Unit (s) | |
| Chlorine Level | *0 mg/l* | Ozonator | *Ok* |
| Pre-filter | *OK (10m 2x10)* | Hardness Reading | |
| Post-filter | *used for replacement* | Feed Water TDS | *1663 ppm* |
| Feed Pump Pressure | *77/77 psi* | Product Water TDS | *71 ppm* |
| Permeate Flow Rate (GPM) | *1.5 gpm* | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** *Check & refill freon for injector tank. Check hardness, TDS, Chloride, of feed, RO & product. check operation, good*

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | *R.A. Guia By* | *Dionese Taisi 7 24 04* |

# Saipan Ice & Water Co., Inc.

P.O BOX 501808, SAIPAN MP 96950

Tel. No. 322-6130,322-5991

*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | *DUS* | DATE | *7/9 06* |
|---|---|---|---|
| ADDRESS | *KAGMAN* | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: *3000 GPD*

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

SERVICE REPORT *Dismantle pipe tube need to check*

FINDINGS/COMMENTS: *Reject pipe tube need to joint @ waste line*

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| Anti-scalant Level | | UV Light Unit (s) | |
|---|---|---|---|
| Chlorine Level | | Ozonator | |
| Pre-filter | | Hardness Reading | |
| Post-filter | | Feed Water TDS | |
| Feed Pump Pressure | | Product Water TDS | |
| Permeate Flow Rate (GPM) | | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
*Px. Me dismantle pipe tubes of reject system*

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | *Roel de la Rg* | *ALEX LANIYO 27.19.06* |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

234 6230 *-new*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 7/8/06 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPV)

| Visit Frequency | :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:** no fluor at injector Tank need to refill

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.5 mg/L | Ozonator | ok |
| Pre-filter | OK | Hardness Reading | N Gppg |
| Post-filter | OK | Feed Water TDS | 169 ppm |
| Feed Pump Pressure | 30 / 200 psi | Product Water TDS | 101 ppm |
| Permeate Flow Rate (GPM) | 1.5 Gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check hardness
TDS & Chlorine of feed thru RO product, Clean RO Area

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | 7-18-0 |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DyS | DATE | 7506 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:**

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | 3/4 | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | OK |
| Pre-filter | OK | Hardness Reading | 15 Grg |
| Post-filter | OK | Feed Water TDS | 1645 ppm |
| Feed Pump Pressure | 30/100 psi | Product Water TDS | 139 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
Check hardness, TDS & Chlorine of feed twg & RO product
Check operation & check salt level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Roddick M Ryan | Ricardo Rosa  7506 |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DCS | DATE | 6 29 04 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 Gpm

| Visit Frequency | _____ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check RO System replacement of filter for Prefilt

**FINDINGS/COMMENTS:** clog filter must be replace (10 mias 2 x 10)

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of Inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/l | Ozonator | OK |
| Pre-filter | ok | Hardness Reading | 15 Gpg |
| Post-filter | ok | Feed Water TDS | 1763 ppm |
| Feed Pump Pressure | 80/200 k81 | Product Water TDS | 203 ppm |
| Permeate Flow Rate (GPM) | 1.5 Gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
for Schedule of Membrane cleaning check operation pressure
Check hardness, TDS & Chlorine of feed H2O & RO product

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Rey | 6-29-06 |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

| | No. |
|---|---|

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DCYS | DATE | 62804 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** (3000 GPD)

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:** low pressure at pre filter og feed syste need to replace 10 Micron (2×10), need to clean membran

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| Anti-scalant Level | full | UV Light Unit (s) | |
|---|---|---|---|
| Chlorine Level | 1.5 mg /L | Ozonator | OK |
| Pre-filter | ok | Hardness Reading | 15 Compg |
| Post-filter | OK | Feed Water TDS | 1642 ppm |
| Feed Pump Pressure | 70 / 200 psi | Product Water TDS | 282 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** need to replace 2 × 10 filter for pre-filter, check hardness TDS, Chlorine & feed H2O, Rapid, check / refill frozen

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Rey | JMerizer |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DCLS | DATE | 6-23-04 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 2000 GPD

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:** Menbrane need for cleaning / need to refill florcon

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 15 Gpg |
| Post-filter | ok | Feed Water TDS | 1980 ppm |
| Feed Pump Pressure | 70 / 200 psi | Product Water TDS | 175 ppm |
| Permeate Flow Rate (GPM) | 1.5 gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check & refill florcon for injector tank, check operation pressure check hardness, chlorine & TDS & feed H2O & RO product

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | Ricardo Ram |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | _DCS_ | DATE | 6 20 04 |
|---|---|---|---|
| ADDRESS | _KAGMAN_ | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** _Check on RO System_

**FINDINGS/COMMENTS:** _need replace 1 gal. of floc con_

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | _full_ | UV Light Unit (s) | |
| Chlorine Level | _1.5 mg/l_ | Ozonator | _ok_ |
| Pre-filter | _ok_ | Hardness Reading | _14 Grns_ |
| Post-filter | _ok_ | Feed Water TDS | _1657 ppm_ |
| Feed Pump Pressure | _70 / 100 psi_ | Product Water TDS | _89 ppm_ |
| Permeate Flow Rate (GPM) | _1.5 GPM_ | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
_Check hardness, chlorine, TDS of feed & RO product_
_Check operation pressure & floc con level. replace 1 gal floc con_

| Time Start | Time Finished | Work Performed/by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | _Roel de los Reyes_ | _ASR_  06-20-04 |

**Saipan Ice & Water Co., Inc.**
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

| No. |
| --- |

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DGS | DATE | 6 0104 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPM

| Visit Frequency | _____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO system

**FINDINGS/COMMENTS:** need to refill flocon for injector tank

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg / L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 14 copy |
| Post-filter | ok | Feed Water TDS | 1309 ppm |
| Feed Pump Pressure | 70 / 200 psi | Product Water TDS | 120 ppm |
| Permeate Flow Rate (GPM) | 1-5 copm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
Check & refill fln flocon injector tank, check operation pressure, check hardness, TDS & chlorine q feed & RO produc

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature,Date |
|---|---|---|---|
| | | Rod de los Keyes | TRRoyse   06-02-06 |

**TRAINING**

## PACIFIC PROBATION, PAROLE AND COMMUNITY CORRECTIONS
### Training Conference Overview

**DAILY:**
A.M. Plenary Session 8:00 - 9:00  Cultural Perspectives
P.M. Plenary Session 1:00 - 2:15  What is Federal Ombudsman? What is it? And Legality in Drug Testing

| TRACK I | Cognitive Behavioral Therapy Training (CBT) – Limited to 20 and Selected only for both sessions | | | |
|---|---|---|---|---|
| September 5 & 6 *Group I* | 9:00 – 5:00 *Rey Lounge (upstairs)* | Community Corrections Skill Training | Knowledge/skill | Tues & Wed |
| ************************************************************************************************** | | | | |
| September 7 & 8 *Group II* | 9:00 – 5:00 *Rey Lounge (upstairs)* | Community Corrections Skill Training | Knowledge/skill | Thurs & Fri. |



| TRACK II | Criminal Justice and Service Training | | | |
|---|---|---|---|---|
| Group A | | | | |
| September 5 | Session I  9:00 – 11:45 & 2:15 – 5:00 *Raraina Restaurant/Superior Court* | Criminal Justice Overview (Part I) Courtroom Demeanor / Testifying in Court Part II. | Knowledge Knowledge/Skill | Tues & Wed |
| September 6 | Session II  9:00 – 11:45 & 2:30 – 5:00 *Raraina Restaurant* | Alcohol, Drug & Gambling (Part I) Anger, Stress Management in the Workplace (Part II) | Knowledge Knowledge | |
| ************************************************************************************************** | | | | |
| Group B | | | | |
| September 7 | Session I  9:00 – 11:45 & 2:15 – 5:00 *Raraina Restaurant/Superior Court* | Criminal Justice Overview (Part I) Courtroom Demeanor / Testifying in Court Part II. | Knowledge Knowledge/Skill | Thurs. & Fri. |
| September 8 | Session II  9:00 – 11:45 & 2:30 – 5:00 *Raraina Restaurant* | Alcohol, Drug & Gambling (Part I) Anger, Stress Management in the Workplace (Part II) | Knowledge Knowledge | |



| TRACK III | Officer Safety Training | | | |
|---|---|---|---|---|
| Group A | | | | |
| September 5 | Session I  9:00 – 11:45 & 2:00 – 5:00 *Taga Room* | Officer's Safety Mindset/Verbal Judo (Part I) | Knowledge/Skill | Tues & Wed. |
| September 6 | Session II  9:00 – 11:45 & 2:00 – 5:00 *Taga Room* | Officer's Safety Defensive Tactics (Part II) | Knowledge/Skill | |
| ************************************************************************************************** | | | | |
| Group B | | | | |
| September 7 | Session I  9:00 – 11:45 & 2:00 – 5:00 *Taga Room* | Officer's Safety Mindset/Verbal Judo (Part I) | Knowledge/Skill | Thus & Fri. |
| September 8 | Session II  9:00 – 11:45 & 2:00 – 5:00 | Officer's Safety Defensive Tactics (Part II) | Knowledge/Skill | |



## DEPARTMENT OF PUBLIC SAFETY
### Training and Professional Development Unit
*Commonwealth of the Northern Mariana Islands*

# CERTIFICATE OF TRAINING

Is awarded to

### *Jennifer O. Tanaka*
**For successful completion of**
## Basic Officer Survival
**(16 Contacted Hours)**
**(Mind-Set, Verbal Judo, Handcuffing Techniques, MDTS)**
**September 5-6, 2006**

"For as we fight, so must we train"

PO3. Frank S. Pangelinan
**Instructor**

Capt. Pete A. Leon Guerrero
**Instructor**

Rebecca M. Warfield
**Acting Commissioner**

# *Certificate of Completion*

### *This Is To Certify That*

## *JENNIFER TANAKA*

**Earned 14 CEU Hours in the**
**2006 Cognitive Behavioral Therapy Training**
**September 7th and 8th**
Commonwealth of the Northern Mariana Islands, Saipan, MP  96950

Natalie Ornellas
CBT Trainer

Jean Oshiro
CBT Trainer



# The American Probation and Parole Association

*awards this certificate to*

## Jennifer Tanaka

*in recognition of continued professional development for completing*

**35** *contact hours of training in*

### *Don't Get Sued: Civil Liabilities and other Legal Issues for Probation and Parole Officers and Supervisors*

*APPA Pacific Training*
*August 22-26, 2006*

_____
Carl Wicklund, APPA Executive Director

_____
Todd Jermstad, Instructor

# *Certificate of Completion*

### *This Is To Certify That*

## *ROSE TEREGEYO*

**Earned 14 CEU Hours in the**
**2006 Cognitive Behavioral Therapy Training**
**September 7th and 8th**
**Commonwealth of the Northern Mariana Islands, Saipan, MP  96950**

Natalie Ornellas
CBT Trainer

Jean Oshiro
CBT Trainer



COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS

*Office of the Secretary*
*Caller Box 10007*
*Saipan, M.P. 96950*
Tel. 664-2576    Fax. 664-2570

# MEMORANDUM

Date:  July 19, 2006

To      :      Mr. Joseph T. Villagomez, CHC Secretary

From :      Deputy Secretary, DCCA

Subject:    Medical & Dental Care Assistance &
Food Handler's Certification Training

This memorandum is to request your assistance in providing Medical and Dental Care for the Clients of the Juvenile Detention and Food Handler's Training for the staff of Juvenile Detention Unit.

As you are aware, the CNMI is under a Consent Decree with the Department of Justice (DOJ). One paragraph pertains to Medical Care for the clients. As in the past practice, we secure an appointment date for the Physical Exam, however, there is a 30 to 60 days span on the appointments due to first call first serve basis. The CNMI finds itself unable to meet the 14-21 days allotted by DOJ to complete the Medical Care. The other paragraph on Sanitation Issues requires that staff of the Juvenile Detention Unit undergo Food Preparation/Handler's Certification. I know that this training has been provided in the past by Public Health; therefore, I again seek your assistance in availing this training to the Juvenile Detention staff.

It is with this concern that I seek your time, assistance a collaborative working mutual agreement to enable and establish a system to address part of the many requirements bestowed upon us by DOJ.

Thank you for your time, cooperation and understanding. You can reach me at Telephone Nos. 664-2571/72. I await your favorable decision.

Melvin L. O. Faisao

CC:      DCCA Secretary
DYS Acting Administrator
SAA
Edward Buckingham, AAG/Consent Decree Coordinator

1-20-06
8:70am

RECEIVE
DATE: 1/20/06

 

# Commonwealth of the Northern Mariana Islands
## Department of Community and Cultural Affairs
## Office of the Secretary

Caller Box 10007
Saipan, Mariana Islands 96950

Daisy C. Villagomez-Bier
Secretary

Melvin LO Faisao
Deputy Secretary

Deborah A. Inos,
Acting Administrator
Division of Youth Services

Pedro (Roy) Saplan
Acting Director
Historic Preservation Office

Joselia Teitano-Celes
Executive Director
Commonwealth Council
Arts & Culture

Edward Macaranas
Director
Office on Aging

Eleanor Cruz,
Administrator
Nutrition Assistance Program

Jose Lizama,
Acting Director
Division of Sports and
Health

Lino Olnis
Executive Director
Commonwealth
Language Policy Commission

Low Income Home Energy
Assistance Program
(LIHEAP)

Residential Energy
Assistance Challenge
(REACH)

Childcare Licensing
Program

Saipan Street Market

07/26/06

J. Kevin P. Villagomez
Secretary
Department of Public Health
P.O. Box 500409
Saipan, MP 96950

**Subject:** Request for Assistance

The purpose of this letter is to request your assistance in obtaining services from your Bureau of Environmental Health office for Division of Youth Service staff. Below is listing:

1. Physical Examination
2. Tuberculosis Screening
3. Food Handlers certification

As you are aware, under the Federal Consent Decree the Commonwealth is mandated to follow all civil rights and correctional standards pertaining to the health and well being of inmates and residents.

Therefore, I hope that you can assist us in this matter and hope for a favorable response. Please call the DYS Administrator, Ms. Debra Inos or me if you have questions at 664-2554/2576

Sincerely,

Melvin L.O. Faisao
DCCA Deputy Director

CC: DCCA Secretary
SAA
Edward Buckingham – AAG/Consent Decree Coordinator
DYS Administrator

**Build Your Own Training Team.**

# BECOME AN AMERICAN RED CROSS AUTHORIZED PROVIDER



**Train More People with Greater Flexibility**

An authorized provider is an organization that has an American Red Cross-trained instructor as an employee. As an authorized provider, you can build your own training team to teach courses to other employees or members of your organization wherever and whenever you want. It's a cost effective way to offer first aid, CPR, automated external defibrillation (AED) and other health and safety training in-house.

**Take Advantage of Multiple Benefits**

- Address regulatory issues specific to your business or industry
- Create in-house experts who are familiar with your specific emergency procedures and equipment
- Train large groups cost-effectively
- Meet training needs on a regular basis and at your convenience
- Work with the best instructor training and support system

**Utilize the Latest Training and Educational Innovations**

In our recently revised First Aid/CPR/AED program, we've incorporated the latest science for first aid, CPR and emergency cardiovascular care and added a wealth of educational innovations to enhance the learning experience of your employees. Combine course content—including adult, child and infant CPR, adult and child AED, and first aid—to create the optimal training program for your business or organization.

**We'll handle the administrative chores**

As an authorized provider, you can focus on training. The Red Cross can issue certificates, process your orders for training materials and equipment, maintain records, provide you with training updates and help you promote courses in your community or organization.

FOR MORE INFORMATION, CONTACT YOUR LOCAL
RED CROSS CHAPTER AT 670-234-3459.



**American Red Cross**

*Together, we can save a life*


**American Red Cross**

# Course: Lay Responder First Aid and CPR/AED Instructor

## Purpose
To train instructor candidates to teach basic-level American Red Cross First Aid, CPR and AED courses for lay responders.

## Prerequisites
- Minimum age of 16.
- Possess a Fundamentals of Instructor Training certificate (Certificate 3007) issued within the last year or a current National Health and Safety CPR Instructor authorization (F5736 or Certificate 3005).
- Pass a precourse written exam with a score of 80 percent or higher on each component and successfully demonstrating competency in the skills evaluation in accordance with the established skill standards.

## Learning Objectives
Upon conclusion of this instructor course, candidates should be thoroughly familiar with course materials and should be able to—
- Demonstrate the characteristics required of an American Red Cross representative and role model.
- Teach courses in a manner that helps participants stay engaged in the learning process.
- Ensure participants' health and safety during training.
- Demonstrate applicable first aid, CPR and AED skills at an appropriate level of performance.
- Maintain complete and accurate records and reports.
- Plan, organize and conduct the first aid, CPR and AED courses in accordance with the requirements of the specific program they will be teaching, and evaluate participants.
- Monitor participants' practice and provide corrective feedback and encouragement consistent with the critical skill performance steps.
- Choose the appropriate course and materials to meet the specific training needs of participants or groups.

## Length
Approximately 16 hours (based on 6 instructor candidates per instructor trainer).

## Instructor
A currently authorized American Red Cross Lay Responder First Aid and CPR/AED Instructor Trainer.

## Certification Requirement
- Successfully complete the precourse session.
- Attend and actively participate in all course sessions.
- Successfully complete class activities, including practice-teaching assignments.
- Pass the instructor course final written exam with a score of at least 80 percent.

**Certificate Issued and Validity Period**

Lay Responder First Aid and CPR/AED Instructor—Authorization is for 2 calendar years. All authorizations expire on December 31 of each year. Initial authorization may be less or more time depending on when training is completed.

**Participant Products/Materials**

- *First Aid/CPR/AED for the Workplace Participant's Workbook* (StayWell Stock No. 656694)
- *First Aid/CPR/AED for Schools and the Community Participant's Manual* (StayWell Stock No. 652145)
- *Adult CPR/AED Skills Card* (StayWell Stock No. 656691)
- *Infant and Child Skills Card* (StayWell Stock No. 656695)
- *First Aid Skills Card* (StayWell Stock No. 656692)



*Together, we can save a life*

# HEALTH AND SAFETY SERVICES
# COURSE CATALOG

Northern Mariana Islands Chapter
P.O.Box 500814
Saipan, MP 96950
Tel: 234-3459  Fax: 234-3457
redcross@pticom.com

## General  Course Delivery Categories

1.  **Community Courses  - "For Individuals"**
    These are regularly scheduled and sponsored by the Chapter. They
    are held at the Chapter location on Airport Road and the participants
    must pay in advance to register for the courses.

2.  **Authorized Provider Courses  -  "Third-Party Providers of Red Cross Courses"**
    These courses are completely setup by the Authorized Provider (AP), who has a
    Agreement with the Chapter and has instructors on their staff, certified to teach
    American Red Cross courses. Authorized Providers are not permitted to charge a fee
    for the classes that they conduct. The AP pays Red Cross a program support <u>fee per
    participant.</u>

3.  **Authorized Provider-Entrepreneur Courses  -  "Third-Party Providers for Profit"**
    These courses are completely set up by the Authorized Provider Entrepreneur,
    who has an agreement with the Red Cross Chapter and has instructors on their staff,
    certified to teach American Red Cross Courses.  Authorized Provider Entrepreneurs
    are allowed to charge a fee for the classes they conduct and pay the Red Cross an
    entrepreneur's <u>fee per participant.</u>

4.  **Full Service Courses  -  "Group Training"**
    These courses are completely sponsored by the Red Cross at the business
    location. The participants are from <u>only</u> that business and the course is taught at the
    convenience of the business and with instructors scheduled by the chapter.  Red Cross
    charges a group fee for a minimum of 6 and maximum of 10 participants.



### Adult CPR(ACPR) 32420

Trains individuals to provide a basic level of care for administering Cardiac Pulmonary Resuscitation and other life-threatening respiratory care on adults in emergency situations.

| | |
|---|---|
| Community Fee | $ 30 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 30 |
| Full Service Fee | $ 40 |

Length of Course:    4 hours
Certificate Valid for:  1 year        Prerequisite: None

### Infant & Child(I/CCPR) 32460

Trains individuals to provide a basic level of care for administering Cardiac Pulmonary Resuscitation and other life threatening respiratory care on Infants and Children in emergency situations.

| | |
|---|---|
| Community Fee | $ 35 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 35 |
| Full Service Fee | $ 45 |

Length of Course:    5 hours
Certificate Valid for:  1 year        Prerequisite: None

### First Aid (FA) 32401

Provides the basic skill levels to provide care to individuals that are experiencing a life-threatening emergency from a sudden illness or injury.

| | |
|---|---|
| Community Fee | $ 30 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 30 |
| Full Service Fee | $ 40 |

Length of Course:    4 hours
Certificate Valid for:  3 years        Prerequisite:   None



## WORKPLACE TRAINING MODULES

Injury Control and Prevention Awareness modules designed for in-service staff training. Each module is one hour and can be taught alone or in combinations, or coupled with any of the Red Cross First Aid and CPR classes. The modules include a comprehensive booklet the student keeps.

- Ergonomics
- Slips, Trips and Falls
- Workplace Violence
- Back Injury Prevention
- Managing Stress
- Your Heart Matters

|  | Individual | Combined with other(s) |
|---|---|---|
| Community Fee | $5.00 | $3.00 |
| Full Service Fee | $6.00 | $4.00 |
| Authorized Provider Fee | $2.00 | $1.00 |
| Authorized Provider Entrepreneur | $5.00 | $3.00 |

Length of Course:    1 hour each          Prerequisite: None
Certification Valid for: None

## Preventing Disease Transmission  -  "Bloodborne Pathogens Training"'

Design to train employees regarding safe workplace practices, to report and follow up on employee exposures to infectious materials, and to reduce the number of employees who contract blood borne infections, such as hepatitis B virus (HBV) and human immunodeficiency virus (HIV), at their work site.

| Community Fee | $25.00 | $15.00 |
|---|---|---|
| Authorized Provider Fee | $15.00 | $10.00 |
| Authorized Provider Entrepreneur | $25.00 | $15.00 |
| Full Service Fee | $35.00 | $20.00 |

Length of Course:    2 hours          Prerequisite: None
Certification Valid for:  None



## CPR/AED for the Professional Rescuer(CPR/AED/FPR) 32800

Trains professional rescuers on advanced lifesaving techniques and EMT standard
2 person CPR and the use of Resuscitation Mask and BVM.

| | |
|---|---|
| Community Fee | $ 60 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 60 |
| Full Service Fee | $ 70 |

Length of Course:     8 hours
Certificate Valid for:  1 year          Prerequisite Class: Adult CPR


## Emergency Response (ER) 32600

This advanced level First Aid/CPR class is designed for the first responder, for personnel
that have a "duty to respond" to emergencies. It is a comprehensive class covering
all areas of First Aid, CPR, AED, PDT and Oxygen Administration.

| | |
|---|---|
| Community Fee | $200 |
| Authorized Provider Fee | $ 25 |
| Authorized Provider Entrepreneur Fee | $200 |
| Full Service Fee | $250 per person (minimum 6) |

Length of Course:     50 hours
Certificate Valid for:  1 year CPR/FPR          Prerequisite Class: FA/CPR/AED
                        3 years ER

4



## Lifeguarding 34700

Teaches lifeguarding skills and the knowledge needed to prevent and respond to aquatic emergencies.   Course includes First Aid Training, CPR/FPR, Lifeguard Training.

| | |
|---|---|
| Community Fee | $125 |
| Authorized Provider Fee | $35 |
| Authorized Provider Entrepreneur Fee | $125 |
| Full Service Fee | $150 per person (minimum 6) |

Length of Course:    30 hours
Certificate Valid for: 3 years - Lifeguarding
                1 year  -  CPR/FPR              Prerequisite: 15 years of age
                3 years – First Aid

## Community Water Safety 3464

Presents information about various aquatic environments and their potential hazards and informs the general public on how to safely participate in aquatic activities. Also contains a section on swimming and aquatic emergencies.

| | |
|---|---|
| Community Fee | $ 30 |
| Authorized Provider Fee | $ 15 |
| Authorized Provider Entrepreneur Fee | $ 30 |
| Full Service Fee | $ 40 per person (minimum 6) |

Length of Course: 2 hours
Certificate Valid for:  none              Prerequisite Courses: None

## Learn to Swim-Levels 1 to 7

Orientates persons to the water and develops swimming skills through the various levels of the program depending on their capabilities.

| | |
|---|---|
| Community Fee | $50 |
| Authorized Provider Fee | $ 2 |
| Authorized Provider Entrepreneur Fee | $50 |
| Full Service Fee | $75 per person (minimum 6) |

Length of Course:    4 two hour sessions
Certificate Valid for:  none              Prerequisite Courses: none



## Fundamentals of Instructor Training (FIT) 3010

Trains instructor candidates in basic teaching skills, provides information on the American Red Cross history, structure and organization of its training materials, and information about the local Chapter's policies and procedures. This is a required class for all new instructor candidates.

Fee included within the Instructor Level Training Course

Length of Course:      4 hours
Certification Valid for: 1 year            Prerequisite Courses: 17 years of age

## Lay Responder First Aid and CPR/AED Instructor Course HSSFA801

Trains candidates as instructors for Adult CPR, Infant & Child CPR, AED, First Aid Basics and Workplace Training modules.

| | |
|---|---|
| Community Fee | $185 |
| Full Service Fee | $195  per person (minimum 4) |
| Authorized Provider Fee | $ 25  (Must be approved by Chapter) |

Length of Course:      17 hours
Certificate Valid for:  2 years            Prerequisite Courses:  FA/CPR/AED basic course
                                                                   17 years of age

## Water Safety Instructor Course 3430I

Trains instructor candidates to teach the infant & Preschool Aquatic Program, the seven Levels of Learn to Swim program and Community Water Safety. Includes Instructor Candidate Training and all materials.

| | |
|---|---|
| Community Fee | $240  per person |
| Full Service Fee | $250  per person (minimum 4) |
| Authorized Provider Fee | $ 25  (Must be approved by Chapter) |

Length of Course:      40 hours
Certificate Valid for:  2 year             Prerequisite Courses:  Level 7 swimming ability
                                                                   17 years of age

## Lifeguarding  Instructor Course 3470I

Trains instructor candidates to teach Lifeguarding by developing their understanding of how to use the course materials and methods of conducting training sessions and evaluating participants progress.  Includes Instructor Candidate Training and all materials.

| | |
|---|---|
| Community Fee | $165 per person |
| Full Service Fee | $175 per person includes training materials |
| Authorized Provider Fee | $ 25 (Must be approved by Chapter) |

Length of Course       20 hours
Certificate Valid for:  2 years            Prerequisite Courses   Complete Pre-course session
                                                                   17 years of age