Edward T. Buckingham
CNMI Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Commonwealth of the Northern Mariana Islands
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Saipan, MP 96950
Tel: (670) 664-2339
Fax: (670) 664-2349

Attorneys for the Commonwealth of the
Northern Mariana Islands Defendants

FILED
Clerk
District Court

DEC 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL ACTION NO. CV 99-0017 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **[INITIAL / ABBREVIATED]** |
| ) | |
| COMMONWEALTH OF THE ) | **QUARTERLY STATUS REPORT** |
| NORTHERN MARIANA ISLANDS, ) | **FOR THE PERIOD ENDING** |
| GOVERNOR OF THE NORTHERN ) | **JANUARY 1, 2007** |
| MARIANA ISLANDS, ) | |
| COMMISSIONER OF THE ) | |
| DEPARTMENT OF PUBLIC ) | |
| SAFETY, SECRETARY OF THE ) | |
| DEPARTMENT OF LABOR AND ) | |
| IMMIGRATION, SECRETARY OF ) | |
| THE DEPARTMENT OF ) | |
| COMMUNITY AND CULTURAL ) | |
| AFFAIRS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### Current Quarterly Report –Initial / Abbreviated

[1]   The Consent Decree requires the Defendants to periodically transmit status reports. The Court Order of March 26, 2003 specified that status reports be filed, beginning on July 1, 2003 on a quarterly basis. Quarterly reports for the period ending July 1, 2003, October 1, 2003, January 1, 2004, May 1, 2004, July 1, 2004, October 1, 2004, January 1, 2005, April 1, 2005,

July 1, 2005, October 1, 2005, January 1, 2006, April 1, 2006, July 1, 2006, and October 1, 2006 were timely filed with the Court and US Department of Justice.

[2]    The Consent Decree was executed on February 25, 1999. Following a period of nearly four years, the parties reviewed the status of the Consent Decree. Concerns arose about the focus and reporting of compliance efforts. To address these concerns and improve future performance, the Commonwealth proposed a change in reporting from reporting once every six months to once per quarter.

[3]    This is an initial, abbreviated version of the quarterly report. Data and facility reports will be submitted within the next thirty (30) days. The reason for this delay is a combination of holidays, the Consent Decree Coordinator assuming additional responsibilities in the Criminal Division of the Attorney General's Office and a transition with the Department of Corrections.

[4]    Communication between the Commonwealth and the US Department of Justice has been ongoing. Conference calls were held on October 27, 20067, November 21, 2006, and December 19, 2006. The next scheduled conference call is January 19, 2006. Counsel for the US Department of Justice has concurred with submission of supplemental materials on or before January 31, 2007.

[5]    Subjects that will be covered in supplemental materials will include:
- Facility operations and compliance status
- Status and progress related to renovation of detention facilities on Rota and Tinian
- Status and projected opening date for new prison
- Implementation status of Memorandum of Understanding between Department of Corrections and Department of Public Health

Respectfully submitted,

Edward T. Buckingham
Consent Decree Coordinator / Attorney for Defendants

## Certificate of Service

The undersigned hereby certifies that the US Postal Service sent a true and correct copy of this INITIAL / ABBREVIATED STATUS REPORT to the following:

>Laura L. Coon, Trial Attorney
>Special Litigation Section – PHB
>950 Pennsylvania Avenue N.W.
>Washington, DC 20530

DATED:    December 28, 2006        By: _____
                                          Edward T. Buckingham