| Consent Decree Requirement | Substantial Compliance Yes / No | Impact: Health, Injury, Security, Other | Estimated Costs to Achieve Compliance | Status |
|---|---|---|---|---|
| **Planning** Defendants shall develop a short-term and long-term plan for operating SPC, SDF, TDF, and RDF. This plan shall address operating these facilities as a system, where practicable. This plan shall correct current deficiencies and address future population growth. In particular, the plan should address: (a) Facility population projections and classification of projected populations; (b) Space requirements for housing and programming population in SPC, SDF, TDF, and RDF; (c) Programming and services at these facilities appropriate to their populations, including medical care, mental health care, food service, and protection from harm; (d) Staffing and training; (e) Security and emergency planning; (f) Funding. | yes | | | |
| The short-term component of the plan shall be completed within 30 days of the entry of this Decree and updated every six months.  [§ II Planning ¶ 9] | | | | |
| Defendants shall obtain the assistance of professional consultants in developing this plan. Defendants may seek the assistance of the National Institute of Corrections in developing the plan. Compliance with this planning requirement shall not be dependent or contingent, however, upon obtaining assistance from the National Institute of Corrections. Defendants may utilize such other professionals to develop this plan as they deem appropriate. [§ II Planning ¶ 10] | yes | | | |
| Defendants shall provide the United States with a copy of the final proposed short-term and long-term plan and their revisions upon completion. The United States shall have the right to review the plans so developed and shall have the authority to disapprove any plan or portion of the plan which it concludes fails to comport with appropriate penological practice. [§ II Planning ¶ 11] | yes | | | |

| | | | |
|---|---|---|---|
| If the Defendants choose to operate RDF and TDF as temporary holding facilities, defined as routinely confining inmates for less than twenty-four (24) hours, absent exigent circumstances, but for no longer than forty-eight (48) hours, then RDF and TDF shall not be required to comply with the following requirements of this Decree: (a) The portion of Paragraph 19 requiring Defendants to provide metal storage lockers; (b) Paragraph 45 which requires Defendant to provide hot water in bathrooms; (c) Paragraph 50 requiring health screening, testing, and examinations; (d) Paragraph 53 requiring the facilities to be staffed by full-time correctional officers; (e) Paragraph 54 requiring training for correctional officers; (f) Paragraph 56 requiring classification of inmates; (g) Paragraph 60 requiring special needs, protective custody, and disciplinary / maximum security housing areas; (h) Paragraph 60 requiring a secure perimeter fence; and (i) Paragraph 62 requiring control of tools and utensils. [§ II Planning ¶ 12] | N̄o | | |
| **Fire Safety**<br>Defendants shall protect persons confined in SPC, SDF, TDF, RDF, KYF, and SIDF from undue risk of harm from fire and smoke. [§ III Fire Safety ¶ 13] | ✓ N̄s | | |
| Within 180 days of entry of this Decree, Defendants shall provide a complete and working fire alarm system with system type smoke detectors in SPC, SDF, TDF, RDF, KYF, and SIDF. Such fire alarm and smoke detection system shall be continuously monitored by staff through a central control panel at each facility and shall directly alert the fire department. Defendants shall test the alarm and smoke detection system monthly, and service or repair as necessary. [§ III Fire Safety ¶ 14]<br>**NOTE: SEE EXCEPTION IN ¶65.a.** | SPC comply<br>Pages 3-4<br><br>KYF comply<br>Page 28<br><br>SIDF NON<br>COMPLIANCE<br>Page 38<br><br>TDF NON<br>COMPLIANCE<br>Page 50<br><br>RDF NON<br>COMPLIANCE<br>Page 60 | *Fire Alarm in MSF is not in operation & for Liu, Smoke detectors are placed in the facility.* | |
| Defendants shall remove all polyurethane foam mattresses, pillows, furniture, and other foam materials, such as insulation, from SPC, SDF, TDF, RDF, KYF, and SIDF. Defendants agree to utilize only fire resistant and/or retardant mattresses, pillows, bedding, furniture, insulation, and other materials. [§ III Fire Safety ¶ 15] | SPC comply<br>Page 4<br><br>KYF comply<br>Page 28<br><br>SIDF comply<br>Page 38 | | |

| Requirement | Status |
|---|---|
| | *Unknown* TDF comply Page 50 *Unknown* RDF comply Page 60 |
| SPC, SDF, TDF, RDF, KYF, and SIDF shall each have a back-up generator for use during power-outages. Each generator shall comply with the National Fire Protection Association Code and be capable of powering all alarms, lights, and other fire-safety and emergency equipment. Defendants shall test and service such generators weekly, including servicing the battery charger, regular oil changes, live load tests, and in-use tests.  [§ III Fire Safety ¶ 16] | SPC comply BUT spill containment is needed for the day tank Pages 5-6<br><br>KYF comply but retrofit needed for automatic engagement Page 28<br><br>SIDF comply but monthly full load tests needed Page 39<br><br>TDF NON COMPLIANCE Pages 50-51<br><br>RDF NON COMPLIANCE pages 60-61 |
| Defendants shall complete a comprehensive survey of all substandard and hazardous electrical conditions and correct such conditions at SPC, SDF, TDF, RDF, KYF, and SIDF. Afterwards, the CNMI Fire Division or other qualified agency shall conduct an inspection of these facilities to identify electrical fire and shock hazards, and the defendants shall correct any hazards.  [§ III Fire Safety ¶ 17] | SPC comply Page 6<br><br>KYF comply Page 29<br><br>SIDF comply Page 39<br><br>TDF comply Page 51<br><br>RDF comply Page 61 |
| Defendants shall install emergency lighting and exit signs | SPC comply |

| | | |
|---|---|---|
| at SPC, SDF, TDF, RDF, KYF, and SIDF. [§ III Fire Safety ¶ 18] | Page 6<br><br>KYF comply<br>Page 29<br><br>SIDF comply<br>Page 39<br><br>TDF NON COMPLIANCE<br>Page 51<br>Unknown<br>RDF comply<br>Page 61 | |
| Within 180 days from entry of this Decree, Defendants shall provide approved metal waste receptacles and metal containers to store personal combustible items for staff and persons confined at SPC, SDF, TDF, RDF, KYF, and SIDF. The storage containers for personal items that inmates are permitted to keep in their cells shall be located in their sleeping areas and provide inmates with easy access to their personal belongings. Defendants shall also remove all unnecessary combustible items and materials from housing unit, storage areas, and common areas. [§ III Fire Safety ¶ 19]<br>**NOTE: EXCEPTION FOR METAL STORAGE LOCKERS ONLY FOR TDF/RDF. ALL OTHER PROVISIONS REMAIN IN EFFECT** | SPC NON COMPLIANCE documentation needed.<br>Page 6<br><br>KYF comply<br>Page 29<br><br>SIDF comply<br>Page 39<br><br>TDF NON COMPLIANCE<br>Page 51<br>Unknown<br>RDF comply<br>Page 61 | None<br><br>tut SPC will comply with requirement at the New Prison Complex |
| Within 180 days from entry of this Decree, Defendants shall provide SPC, SDF, TDF, RDF, KYF, and SIDF, or units of such facilities, each with local common key locks for all cell, ingress/egress, and other locking doors along the path of ingress/egress. Each such facility, or unit of a facility, shall utilize local common keys in a manner that permits speedy evacuation of the facility while ensuring security. Such keys shall be identifiable by sight and touch. All ingress / egress doors shall be able to be unlocked from both sides. No cell doors, ingress/egress door, or other locking door obstructing the path of ingress / egress shall be secured with any lock other than the common-key lock. [§ III Fire Safety ¶ 20] | SPC comply<br>Page 6<br><br>KYF comply<br>Page 29<br><br>SIDF comply<br>Page 39<br><br>TDF NON COMPLIANCE<br>Page 51<br>Unknown<br>RDF comply<br>Page 62 | |
| Defendants shall ensure that a set of emergency keys that | SPC comply | |

| | |
|---|---|
| function appropriately on all exist doors is kept readily accessible to staff on all shifts at SPC, SDF, TDF, RDF, KYF, and SIDF. All corrections staff must be educated with respect to the location of emergency keys within their facility. [§ III Fire Safety ¶ 21] | Page 7<br><br>KYF comply<br>Page 29<br><br>SIDF comply<br>Page 40<br><br>TDF comply *Unknown*<br>Page 52<br><br>RDF comply *Unknown*<br>Page 62 |

*Smoke detectors are Install. Fire Sprinklers @ MSF is Inoperable. Will be in Compliance of New Prison Complex*

| | |
|---|---|
| Within 180 days of entry of this Decree, Defendants shall install at SPC and SDF a complete automatic sprinkler system with quick response heads throughout the facility, including storage and staff areas, except where such sprinklers are unfeasible due to conditions such as high temperatures in equipment rooms. [§ III Fire Safety ¶ 22] **NOTE: SEE ¶65.b. FOR PARTIAL EXCEPTION** | SPC comply Page 7<br><br>SDF **PARTIAL COMPLIANCE** Pages 7, 40<br><br>KYF comply Pages 29-30 |
| Defendants shall provide at SPC, SDF, TDF, RDF, KYF, and SIDF a fire or smoke emergency evacuation safe refuge area at least fifty feet from the facility that is directly accessible to evacuating persons. Such refuge area shall provide sufficient space to safely hold evacuees. [§ III Fire Safety ¶ 23] | SPC comply see page 8<br><br>KYF comply Page 30<br><br>SIDF comply Page 40<br>*Unknown*<br>TDF comply<br>Page 52<br>*Unknown*<br>RDF comply<br>Page 62 |
| Within 180 days from entry of this Decree, Defendants shall cease housing persons in the wood-frame structure at SPC designated the "half-way house." No person shall be housed in wood-frame buildings. As an interim measure until inmates are no longer housed in this wood-frame building, Defendants shall immediately ensure that no cooking or smoking takes place in the building, that inmates' personal items are kept at a minimum and are stored in metal lockers, the building has sufficient single-station fire alarms and smoke detectors, and that the building is continuously supervised by a staff-member inside the building with two-way communication to a central command center capable of calling the fire department. [§ III Fire Safety ¶ 24] | SPC comply Page 8 |
| Defendants shall develop a comprehensive and ongoing fire-safety and other emergency training program for SPC, SDF, TDF, RDF, KYF, and SIDF. Such training shall consist of emergency procedures, use of fire protection and other emergency equipment, and evacuation of inmates and staff, under actual fire or other emergency conditions. Such training shall be conducted at least annually and for all | SPC ~~COMPLY~~ **PARTIAL COMPLIANCE** Pages 8-10<br><br>KYF comply Page 30<br><br>SIDF comply |

| newly hired persons. In addition, defendants shall conduct regular fire and other emergency drills at each facility in which staff use emergency equipment and procedures to evacuate the facilities and respond to a fire or other emergency. [§ III Fire Safety ¶ 25] | with equipment needs Pages 40-41<br><br>SIDF NON COMPLIANCE fire drills Page 41<br><br>TDF NON COMPLIANCE Page 52<br><br>RDF NON COMPLIANCE Pages 61-62 | | |

| | | |
|---|---|---|
| Within 180 days from entry of this Decree, Defendants shall provide SPC/SDF and SIDF with necessary fire evacuation equipment to include two emergency breathing apparatus for each facility and sufficient fire extinguishers. Defendants shall provide RDF, TDF, and KYF with necessary fire evacuation equipment to include one emergency breathing apparatus for each facility and sufficient fire extinguishers. RDF and TDF may use the emergency breathing apparatus located at their respective fire departments. [§ III Fire Safety ¶ 26] | SPC comply Page 10<br><br>KYF comply Page 30<br><br>SIDF comply Page 41<br>Unknown<br>TDF comply Page 52 Training needed<br><br>RDF NON COMPLIANCE Page 63 | |
| Defendants shall establish and document at SPC, SDF, TDF, RDF, KYF, and SIDF a fire safety and emergency equipment maintenance and inspection program to evaluate on a regular basis each facility for fire safety, and test, service, and maintain all fire safety equipment. [§ III Fire Safety ¶ 27] | SPC PARTIAL COMPLIANCE Page 11<br><br>KYF comply Pages 30-31<br><br>SIDF comply Page 40<br><br>TDF NON COMPLIANCE Page 53<br><br>RDF NON COMPLIANCE Page 63 | |
| Defendants shall designate at SPC, SDF, TDF, RDF, KYF, and SIDF a fire safety and emergency coordinator for each facility who shall be responsible for each facility's fire safety and other emergency training, equipment, and other programs. [§ III Fire Safety ¶ 28] | SPC comply Pages 11-12<br><br>KYF comply Page 31<br><br>SIDF comply Page 41<br>Unknown<br>TDF comply Page 53<br><br>RDF NON COMPLIANCE | |

| | | | |
|---|---|---|---|
| Defendants must at all times staff SPC, SDF, TDF, RDF, KYF, and SIDF with at least one staff-person per housing unit directly responsible for and capable of detecting and responding to a fire or other emergency and evacuating persons confined in these facilities. [§ III Fire Safety ¶ 29] | Page 64<br><br>SPC ~~NON~~ COMPLIANCE Page 12<br><br>KYF comply Page 31<br><br>SIDF comply Page 42<br><br>TDF NON COMPLIANCE Page 53<br><br>RDF NON COMPLIANCE Page 64 | | |
| Defendants shall install a second outside exit at SIDF that can be used to evacuate persons during a fire or other emergency. [§ III Fire Safety ¶ 30] | SIDF comply Page 42 | | *As of June 2005, SIDF moved to the DOC in Susupe* |
| **Food Services**<br>Defendants shall provide persons confined in SPC, SDF, TDF, RDF, KYF, and SIDF with food prepared under sanitary conditions. [§ IV Sanitation ¶ 31] | SPC ~~NON~~ COMPLIANCE Page 13<br><br>SIDF comply Pages 42-43 | *Bolis "R" us cafero for the Inmates* | |
| Defendants shall ensure that all personnel supplying or handling food served at SPC, SDF, TDF, RDF, KYF, and SIDF receive training in the basic principles of food protection and food hygiene by the local public health authority or other competent source. Defendants shall maintain records of this training, attested to by the training authority. [§ IV Sanitation ¶ 32] | SPC ~~NON~~ COMPLIANCE Pages 13-14<br><br>KYF NON COMPLIANCE Pages 31-32<br><br>SIDF UNKNOWN Page 43<br><br>TDF NON COMPLIANCE Page 54<br><br>RDF NON COMPLIANCE Page 65 | *Bolis "R" Cafero for the Inmates @ SPC* | *Food is not prepared at SPC but at cafeteria place of business.* |

| Provision | Status | Notes | Handwritten |
|---|---|---|---|
| Defendants shall provide SPC, SDF, TDF, RDF, KYF, and SIDF with food warmers and insulated containers to ensure that hot foods are trans ported and/or stored before and through their service to inmates at or over 140 degrees Fahrenheit and cold foods are kept sufficiently cold to prevent the growth of dangerous bacteria. [§ IV Sanitation ¶ 33] | SPC ~~NON~~ COMPLIANCE Page 14<br><br>KYF comply Page 32<br><br>SIDF UNKNOWN Page 43<br><br>TDF UNKNOWN Page 54<br><br>RDF UNKNOWN Page 66 | Bohs "R" us caters for the Inmates | Food is not prepared at SPC but at the Caterers place of business. |
| Defendants shall ensure that all utensils used to make or distribute any food served at SPC, SDF, TDF, RDF, KYF, and SIDF are lean and sanitized either through chemical sanitation in a three-compartment sink or through steaming the surface of utensils to at least 160 degrees Fahrenheit. [§ IV Sanitation ¶ 34] | SPC ~~NON~~ COMPLIANCE Pages 14-15<br><br>KYF comply Page 32<br><br>SIDF UNKNOWN Page 44<br><br>TDF UNKNOWN Page 54<br><br>RDF UNKNOWN Page 66 | Bohs "R" us Caters for the Inmates. | Food is not prepared at SPC but at the Caterers place of business. |
| Defendants shall ensure all food or consumption at SPC, SDF, TDF, RDF, KYF, and SIDF is stored in a manner to prevent the growth of dangerous bacteria or other dangerous contaminants. Frozen foods shall be stored at or below 0 degrees Fahrenheit. Refrigerated foods shall be stored at or below 45 degrees Fahrenheit. [§ IV Sanitation ¶35] | SPC ~~NON~~ COMPLIANCE Page 15<br><br>KYF UNKNOWN Page 32<br><br>SIDF UNKNOWN Page 44 | Bohs "R" us Catering | Food is not prepared at SPC but at the Caterers place of business. |

| | | | | |
|---|---|---|---|---|
| Defendants shall provide hot water not to exceed 120 degrees Fahrenheit but above 110 degrees Fahrenheit in the food preparation and service areas SPC, SDF, TDF, RDF, KYF, and SIDF, and at any contractor providing food to these facilities, for personal hygiene and cleaning food service utensils. [§ IV Sanitation ¶ 36] | TDF UNKNOWN Page 54<br><br>RDF UNKNOWN Page 66 | | | |
| Defendants shall develop pest control plan and ensure SPC, SDF, TDF, RDF, KYF, and SIDF are free from pest and vermin. Within 180 days from entry of this Decree, all windows that can be opened shall have screens. [§ IV Sanitation ¶ 37] | SPC NON COMPLIANCE Page 16 | | | |
| | SPC NON COMPLIANCE Page 19<br><br>KYF comply Page 32<br><br>SIDF comply Page 44 *(un known)*<br>TDF comply Page 55 *Un known*<br>RDF comply Page 66 | | | |
| Defendants shall supply special diets where medically indicated to persons confined in SPC, SDF, TDF, RDF, KYF, and SIDF. The formulation of these special diets must be approved by a qualified dietician. [§ IV Sanitation ¶ 38] | SPC NON COMPLIANCE Pages 16-18<br><br>KYF comply Page 33<br><br>SIDF NON COMPLIANCE Pages 44-45<br><br>TDF n/a Page 55<br><br>RDF n/a Page 66 | Babis "R" Us Caterers for the Inmates. | | Inmates w/ special diets gets prescription from CHC doctors & then send to the caterer |
| Defendants shall establish and document a regular food service equipment and utensil preventive maintenance program to ensure that equipment is functioning properly and that utensils are clean and sanitary. This program shall | SPC NON COMPLIANCE Page 18 | Babis "R" Us caterers for the Inmates. | | Food is not prepared at SPC but at Caterers place of business. |

| and that utensils are clean and sanitary. This program shall include regular testing of food utensils used by contractors, and food temperatures at all points in the food storage and preparation process. [§ IV Sanitation ¶ 39] | KYF comply<br>Page 33<br><br>SIDF<br>UNKNOWN<br>Page 45<br><br>TDF<br>UNKNOWN<br>Page 55<br><br>RDF<br>UNKNOWN<br>Page 67 | |
| --- | --- | --- |

| Requirement | Compliance |
|---|---|
| **Hygiene and Sanitation** <br> Defendants shall provide persons confined in SPC, SDF, TDF, RDF, KYF, and SIDF with sanitary conditions of confinement. [§ IV Sanitation ¶ 40] | SPC COMPLIANCE Pages 19-21 <br><br> KYF comply Page 33 <br><br> SIDF comply Page 45 <br><br> TDF comply Page 55 *Unknown* <br><br> RDF comply Page 67 *Unknown* |
| Defendants shall establish and implement written policies and procedures for routine daily housekeeping for all areas of SPC, SDF, TDF, RDF, KYF, and SIDF. [§ IV Sanitation ¶ 41] | SPC comply. Pages 21-22 Quarterly fire and health department inspections needed. Copies of routine in-house sanitation inspections needed for review <br><br> KYF comply Page 33 <br><br> SIDF comply Page 45 <br><br> TDF NON COMPLIANCE Page 56 <br><br> RDF comply Page 67 *Unknown* |
| Defendants shall ensure that the local public health authority shall conduct health inspections of all areas of SPC, SDF, TDF, RDF, KYF, and SIDF. Defendants shall implement the public health authority's recommendation within 15 days of receiving them [§ IV Sanitation ¶ 42] | SPC COMPLIANCE Page 22 NOTE: an inspection did occur <br><br> KYF comply |

| Requirement | Compliance |
|---|---|
| | Pages 33-34<br><br>SIDF comply<br>Pages 45-46<br>TDF comply<br>Page 56<br><br>RDF<br>UNKNOWN<br>Page 67 |
| Within 180 days from entry of this Decree, Defendants shall provide at least twenty (20) foot-candles of artificial lighting, measurable thirty-six inches from the floor upward, in all cells and common areas of SPC, SDF, TDF, RDF, KYF, and SIDF. All lighting fixtures should be enclosed in fixtures appropriate for use in a secure or correctional setting and free from electrical hazards and unsecured wiring. [§ IV Sanitation ¶ 43] | SPC comply<br>Pages 22-23<br><br>KYF comply<br>Page 34<br><br>SIDF NON<br>COMPLIANCE<br>Page 46<br><br>TDF<br>UNKNOWN<br>Page 56<br>RDF comply<br>Page 68 |
| Within 180 days from entry of this Decree, Defendants shall provide at least fifteen (15) cubic feet per minute per inmate of fresh forced air via mechanical ventilation with supply and exhaust, temperature controlled or otherwise for all SPC, SDF, TDF, RDF, KYF, and SIDF cells and common areas. [§ IV Sanitation ¶ 44] | SPC comply<br>Page 23<br><br>KYF comply<br>Page 34<br><br>SIDF NON<br>COMPLIANCE<br>Page 46<br><br>TDF<br>UNKNOWN<br>Pages 56-57<br>RDF comply<br>Page 68 |
| Defendants shall provide hot water in all bathrooms at SPC, SDF, TDF, RDF, KYF, and SIDF for personal hygiene and cleaning of the facility. [§ IV Sanitation ¶ 45] NOTE: SEE ¶65.c. FOR PARTIAL EXCEPTION NOTE: SEE ¶12 FOR EXCEPTION FOR RDF/TDF | SPC NON<br>COMPLIANCE<br>Page 23<br><br>KYF comply<br>Page 34 |

| Requirement | Compliance | Notes | Notes |
| --- | --- | --- | --- |
| | Page 34<br><br>SIDF comply Page 46<br><br>TDF UNKNOWN Page 57 *Unknown*<br>RDF ~~comply~~ Page 68 | | *At times due to over population, SPC house inmates in V#1 &2. Sept. Office & library. No toilet & shower. Prisoners Uses Officers toilet & then taken into SMU to Shower.* |
| Defendants shall provide adequate toilet facilities, including one shower for every twelve inmates, and regular access to toilets at SPC, SDF, TDF, RDF, KYF, and SIDF. Defendants shall survey each facility for plumbing deficiencies and repair toilets and urinals on a priority basis. Defendants shall ensure that all toilets flush properly, the septic systems are maintained in good working order, bathrooms have working sinks, and showers are free from mold and mildew. Defendants shall comply with this paragraph within 90 days except that Defendant shall have 180 days to comply at SPC with the requirement that Defendants provide one shower for every twelve inmates and flushing toilets. [§ IV Sanitation ¶ 46] | SPC comply Page 24 *unlawful*<br><br>KYF comply Pages 34-35<br><br>SIDF NON COMPLIANCE Pages 46-47<br><br>TDF UNKNOWN Page 57 *Unknown*<br>RDF ~~comply~~ Page 68 | *It affects the security due to the hall area as are not equipped w/toilet & shower, Office Safety & Security is Compromised when the floor is opened.* | |

| | | | |
|---|---|---|---|
| Defendants shall remove all hazardous chemicals from cells and common areas of SPC, SDF, TDF, RDF, KYF, and SIDF.  [§ IV Sanitation ¶ 47] | SPC comply Page 24<br><br>KYF comply Page 35<br><br>SIDF comply Page 47<br><br>TDF UNKNOWN Page 57<br><br>RDF comply *Unknown* Pages 68-69 | | At times due to overpopulation, inmates are placed in holding, Sgt. Room & Library. They are provided mattresses, but it's placed on the floor. |
| Defendants shall provide each inmate with an appropriate place to sleep at SPC, SDF, TDF, RDF, KYF, and SIDF regardless of crowding.  Defendants shall provide each inmate adequate bedding and a clean sleeping surface at least twelve inches off the floor.  Defendants shall remove all cloth mattress covers and provide all inmates at SPC, SDF, TDF, RDF, KYF, and SIDF with fire, soil, and moisture resistant mattress covers that may be sanitized.  [§ IV Sanitation ¶ 48] | SPC comply Page 24 *(partial)*<br><br>KYF comply Page 35<br><br>SIDF comply with bedding/sleeping Page 47<br><br>SIDF UNKNOWN re fire resistive mattresses Page 47<br><br>TDF UNKNOWN Page 58<br><br>RDF comply *Unknown* Page 69 | Compromises the Security & Safety of Officers & Inmates & the Institution. | |

| Requirement | Reference | Notes |
|---|---|---|
| **Medical Care**<br>Defendants shall provide a complete health screening to all persons at SPC, SDF, TDF, RDF, KYF, and SIDF as follows:  [§ V Medical Care ¶ 49] | SPC comply Page 24<br><br>SDF comply Page 24<br><br>KYF comply Page 35<br><br>SIDF NON COMPLIANCE Page 48 | Only PPD Test & w/assistance from CEC, a psychiatrist came to the Dade SPC. although on 8/7/06 MOA between Doc & DPH was signed, still no nurse & doctor for SPC - no physical exam for the prisoners. |
| Upon admittance Defendants shall administer a health-screening questionnaire designed to determine whether the inmate has a communicable disease, is in need of medical attention, has special medical needs, is taking prescription medication, is mentally ill, or presents a suicide risk. The screening shall be administered by trained staff and kept with the inmate's record  [§ V Medical Care ¶ 49 a.] | SPC comply Page 25 | Due to No Nurse & Doctor at SPC, Prisoners & officers are at high risk for blood & Airborne disease. |
| All inmates confined for seven or more days shall be administered a PPD tuberculosis test within the seven days. Regardless of length of confinement, any person demonstrating symptoms of active tuberculosis or testing positive for tuberculosis shall be administered a chest x-ray within 3 days. All persons with active tuberculosis shall be segregated immediately from the rest of the population in a manner to minimize the risk of tuberculosis transmission and provided appropriate medical care.  [§ V Medical Care ¶ 49 b.] | SPC comply Page 25<br><br>KYF comply Page 36<br>Note: need to shorten processing speed<br><br>SIDF NON COMPLIANCE Page 48 | |
| All inmates at SPC, SDF, TDF, RDF, and KYF confined for fourteen days or longer, or persons confined at SIDF for 21 days or longer, shall be given a physical health assessment by a physician or physician assistant. The assessment shall include a medical history, and a vital signs examination. The results of the assessment shall be recorded and kept in the inmate's medical record along with the inmate's medical intake screening form [§ V Medical Care ¶ 49 c.] | SPC compliance Pages 25-26<br><br>KYF comply Page 36<br><br>SIDF NON COMPLIANCE Page 48 | Unless prisoners are truthful about medical. if not it poses officers & other prisoners @ high risk for blood or Air borne disease.<br><br>Although MOA between DOC & DPH was signed on 8/7/06, no nurse & Doctor available for SPC. Officers are not certified to assess & determine if prisoners are sick. |

| Requirement | Compliance | | | Handwritten Notes |
|---|---|---|---|---|
| Defendants shall administer medication at SPC, SDF, TDF, RDF, KYF, and SIDF only by a nurse or other individual trained in dispensing medications and recognizing and responding to possible side effects of taking medications. [§ IV Medical Care ¶ 50]<br>NOTE: SEE ¶12 FOR EXCEPTION FOR RDF/TDF | SPC NON COMPLIANCE Page 26<br><br>KYF comply Page 36<br><br>SIDF NON COMPLIANCE Page 49 | | | Nurse is needed on a full-time basis<br>— No Nurse & or Doctor for SPC |
| Within 180 days from entry of this Decree, Defendants shall train all staff in preventing the spread of communicable diseases and blood-borne pathogens, including TB and HIV.  [§ IV Medical Care ¶ 51] | SPC NON COMPLIANCE Page 26<br><br>KYF comply Page 37<br><br>SIDF NON COMPLIANCE Page 49<br><br>TDF UNKNOWN Pages 58-59<br>RDF comply Unknown Page 70 | | | |
| **Security and Protection From Harm**<br>Defendants shall staff SPC, SDF, TDF, and RDF with an adequate number of full-time correctional officers. Staff at SPC, SDF, TDF, RDF, KYF, and SIDF shall be sufficient number to supervise inmates in the event of an emergency or routine absences, and, at RDF and TDF, when detainees are escorted to the lavatories.  [§ VI Security and Protection from Harm ¶ 52] | yes | | | |
| Defendants shall train corrections officers, supervisors, and other staff responsible for caring for inmates at SPC, SDF, TDF, RDF, and SIDF in professional corrections practices. All newly hired correctional officers and supervisors shall successfully complete sixty (60) hours of pre-service training before working in the institution, and eighty (80) hours of on the job training supervised by an experienced correctional officer. Defendants shall provide in-service training of a minimum of forty (40) hours per year for all correctional officers after their first year of employment. Training shall include, but is not limited to, certification for | yes | | | |

CPR, fire safety, inmate mental health, security practices, suicide prevention, and other appropriate curriculum. [§VI Security and Protection from Harm ¶ 53]
**NOTE: SEE ¶12 FOR EXCEPTION FOR RDF/TDF**

Within 180 days of entry of this Decree, Defendants shall develop comprehensive facility policies and procedures for SPC, SDF, TDF, RDF, KYF, and SIDF. Such policies and procedures shall include policies regarding supervising inmates of different classifications. Defendants shall regularly review and revise these policies and procedures as necessary. The United States shall be provided a copy of the final proposal policies and procedures upon their completion. The United States shall have the right to review policies and procedures so developed and, if the United States disagrees with any policy or procedure, shall inform and consult with Defendants to improve the policy or procedure. If the parties are unable to agree on whether a particular policy is appropriate, the matter shall be decided by the Court after briefing by the parties. Defendants shall obtain the assistance of professional consultants in developing these policies and procedures, and may seek the assistance of the National Institute of Corrections. Compliance with the requirements of this paragraph shall not be dependent or contingent, however, upon obtaining assistance from the National Institute of Corrections. Defendants may utilize such other professionals to develop these policies and procedures as they deem appropriate. [§VI Security and Protection from Harm ¶ 54]

**NOTE: SEE ¶12 FOR EXCEPTION FOR RDF/TDF**

Defendants shall develop and implement at SPC, SDF, TDF, RDF, KYF, and SIDF an inmate classification plan utilizing objective and behaviorally based classification standards including nature of offense, criminal history, risk of being a predator/prey, and mental health status (e.g., suicide risk). The classification system shall be based upon safety and security considerations unique to the population at each facility. Defendants shall obtain the assistance of professional consultants in developing the inmate classification system, and may seek the assistance of the National Institute of Corrections in developing a classification system. Compliance with the requirements of this paragraph shall not be dependent or contingent, however, upon obtaining assistance from the National Institute of Corrections. Defendants may utilize such other professionals to develop the inmate classification plan as they deem appropriate. [§VI Security and Protection from Harm ¶ 55]

Yes

Yes

| | |
|---|---|
| Defendants shall provide regular sight and sound direct supervision of all persons confined at SPC, SDF, TDF, RDF, KYF, and SIDF. Defendants shall remove sight-line obstructions such as hanging sheets and towels. [§VI Security and Protection from Harm ¶ 56] | see Yes |
| Defendants shall provide correctional officers, and other staff supervising inmates at SPC, SDF, TDF, RDF, KYF, and SIDF with the ability to communicate at all times while supervising or monitoring inmates, with a central command post at each facility. [§VI Security and Protection from Harm 57] | see Yes |
| Defendants shall ensure that correctional officers at SPC, SDF, TDF, RDF, KYF, and SIDF make frequent rounds to monitor activity in inmate housing areas. Appropriate documentation of security checks shall be maintained in a manner that is readily identifiable and verifiable. Sufficient officer rounds shall be made within the housing units to provide inmates reasonable protection from harm. At minimum, in maximum and medium security housing areas such rounds shall be made and recorded on at least fifteen (15) minute intervals. [§VI Security and Protection from Harm ¶ 58] | see Yes |
| Defendants shall provide special needs (e.g., suicide-watch), protective custody, and disciplinary/maximum security housing areas at SPC, SDF, TDF, RDF, KYF, and SIDF for inmates who must be separated from the general population and/or in need of frequent or constant supervision. Suicide-watch cells must be free from "hanging points." Staff shall monitor potentially suicidal inmates at least every fifteen (15) minutes and record such monitoring. Staff shall continuously monitor suicidal inmates. [§VI Security and Protection from Harm ¶ 59] | No    Due to overcrowding, SPC cannot Separate Suicidal. |
| Within 180 days from entry of this Decree, Defendants shall install a secure perimeter fence around SPC, SDF, TDF, RDF, KYF, and SIDF, appropriate to the inmate classification and population at each facility. Each fence shall have adequate lighting and be monitored. [§VI Security and Protection from Harm ¶ 60] NOTE: SEE ¶12 FOR EXCEPTION FOR RDF/TDF | Yes |
| Defendants shall ensure that males and females at KYF do not commingle unless directly supervised by staff. [§VI Security and Protection from Harm ¶ 61] | |

| | | |
|---|---|---|
| Defendants shall control and account for the location of all tools, utensils, and personal effects that could be used as a weapon. Defendants shall secure all areas in which metal objects are stored or disposed. Defendants shall install "shadow boards" in tool storage and kitchen utensil areas and daily account for and document all tools and utensils accessible to inmates. Inmates shall not have access to any area in which metal objects are stored or held for removal as trash, unless directly and constantly supervised by staff. Correctional officers shall search inmates and housing areas for contraband articles. [§VI Security and Protection from Harm ¶ 62] NOTE: SEE ¶12 FOR EXCEPTION FOR RDF/TDF | SPC comply see page 26 SIDF comply Page 49 | |
| New Construction Any new facility(ies) built or operated by Defendants, or their agents or contractors, to detain or confine inmates shall comply with the provisions of this Decree. [§VII New Construction ¶ 63] | Yes | |
| Any new facility(ies) built or operated by Defendants, or their agents or contractors to detain or confine inmates shall be designed by an architect with experience in designing correctional facilities. Defendants shall provide the United States with the architectural plans for such facility(ies) for the United States' review and comments. [§VII New Construction ¶ 64] | Yes | |

| | |
|---|---|
| Defendants have provided the United States with the following schedule termed "Planning Schedule for New Facilities". December 1998, Defendants shall have hired an expert consultant as a project manager for the new facility construction project; September 1999, Defendants shall award the architectural and engineering contract for the new facility; May 2000, Defendants shall begin construction of the new facility. If Defendants follow this schedule and progress at a reasonable pace in constructing the new facility(ies), Defendants need not comply with the following provisions of this Decree for the current facilities, provided that the current facilities are not used to detain and confine inmates upon the opening of the new facility(ies): [§VII New Construction ¶ 65]

Paragraph 14 in that it requires the fire alarm and smoke detection system to operate as an integrated system alerting a central control panel and directly notifying the fire department. Defendants may instead use single unit battery operated alarms and smoke detectors provided such units are tested and serviced weekly. In addition, each unit shall be continuously supervised by staff with two-way communication to a central control that can immediately respond to the emergency, including immediately contacting the fire department. [§VII New Construction ¶ 65 a.]

Paragraph 22 regarding installation of fire sprinklers; [§VII New Construction ¶ 65 b.]

Paragraph 45 as it applies to hot water in the lavatories at SPC and SDF  [§VII New Construction ¶ 65 c.] | Yes |
| **Compliance**

Ninety (90) days following entry of this Decree and every six (6) months thereafter until this Decree is terminated, the CNMI shall file with the Court, with a copy to the United States, a status report delineating all steps taken during the reporting period to comply with each provision of this Decree. The CNMI shall state whether any internal or external audits of the functions of SPC, SDF, TDF, RDF, KYF, and SIDF have been performed and will summarize the subject matter and results of such reports. The CNMI shall provide the United States with copies of these reports or audits upon request. [§VII Compliance ¶ 66] | Yes

Changed to Quarterly Report. |

| Provision | |
|---|---|
| Defendants shall maintain all records necessary to document their compliance with all terms of this Decree. The Defendants shall also maintain any and all records required by or developed under this Consent Decree. [§VIII Compliance ¶ 67] | |
| Defendants shall appoint a consent Decree coordinator to oversee compliance with this Decree, and to serve as a point of contact. [§VIII Compliance ¶ 68] | yes |
| During all times while the Court maintains jurisdiction over this action, the United States shall have access to, and receive copies of, any documents and any databases necessary to evaluate compliance with this Decree. The United States shall have access to all staff and facilities as necessary to evaluate the Defendants' compliance with the terms of this Decree. [§VIII Compliance ¶ 69] | yes |
| The Defendants shall immediately provide copies of, and explain the terms of this Decree to all current and future employees or other staff of SPC, SDF, TDF, RDF, KYF, and SIDF, in order to ensure that they understand the requirements of this Decree an the necessity for its strict compliance. All such individuals shall sign a statement indicating that they have read and understand this Decree and acknowledge receiving an individual copy of the Decree. [§VIII Compliance ¶ 70] | yes |
| Except where otherwise specifically indicated, the Defendants shall implement all provisions of this Decree within 90 days after entry of this Decree. [§VIII Compliance ¶ 71] | |

| | | |
|---|---|---|
| The Court shall retain jurisdiction of this action for all purposes during the term of this Decree. At any time after two (2) years from the date of entry of this Decree, and after substantial compliance has been maintained for no less than one year, the CNMI may move to terminate this Decree. Any motion to terminate must detail all aspects of the Defendants' compliance with each provision of this Decree, supported by affidavits and supporting documentation. The United States shall have ninety (90) days from receipt of the CNMI's motion to terminate to file its objection(s). In the event the United States objects to termination of he Decree, the Court shall hold a hearing, at which both parties may present evidence, before ruling on the motion to terminate. At the hearing, the burden shall be on the CNMI to demonstrate that it has fully and faithfully implemented all provisions of this Consent Decree and maintained substantial compliance for at least one year. [§VIII Compliance ¶72] | Yes | Changed to Quarterly Report. |