# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift: "Alpha"**   **Time:** 0600-1800 Hrs.   **Date :** 10/01/06

| N0 | MEDIUM SECURITY NAME | CELL | N 0 | SPECIAL MANAGEMENT UNIT NAME | CELL |
|----|------|------|-----|------|------|
| 01 | Larry Aguilar | | | | |
| 02 | Jose O. Rabauliman | MH-1 | 01 | Henry Sablan          ISO | B-1 |
| 03 | Luis DLG. Camacho | MH-2 | 02 | Franklin Cepeda | B-2 |
| 04 | George Teregeyo | MH-3 | 03 | Manuel Pangelinan | B-3 |
| 05 | Neildino S. Taisacan | MH-4 | | | |
| 06 | Moses Martin | | | | |
| 07 | Pedro Omar | | 04 | Jesse James B. Camacho     ISO | B-4 |
| 08 | Davis Clyde Diaz | | | | |
| 09 | Collier Siksei | MH-5 | 05 | Dwayne M. Sibetang | B-5 |
| 10 | Ronald Kaipat | MH-6 | 06 | Gerald C. Sablan | B-6 |
| 11 | Anthony P. Rios | | | | |
| 12 | Alonzo S. Igisaiar     ISO | MH-7 | NO | INTAKE HOUSING | |
| | | | | VISITATION ROOM #1 | |
| 13 | Vincent Camacho | MH-8 | 01. | Newton Tmarsel          P/T | |
| 14 | Mark Torres | | | | |
| 15 | Pedro P. Cabrera | MH-9 | | VISITATIONS ROOM #2 | |
| 16 | Athen Remarii     ISO     P/T | MH-10 | | | |
| 17 | Daniel Dela Cruz     ISO | | | | |
| 18 | Ignacio Cabrera | MH-11 | | | |
| 19 | Francisco Pua          A/S | | | SUPERVISORS ROOM | |
| 20 | Alfred Obak | MH-12 | 01 | Julio Litulumar          @ Misd | |
| 21 | George Ilo | | | | |
| 22 | Shawn Appleby | MH-13 | | | |
| 23 | Daniel M. Delos Santos | | | | |
| 24 | Franklin Aldan | MH-14 | | | |
| 25 | William Emil Wanket | | NO | LIBRARY | |
| 26 | Marlon Martin | MH-15 | | | |
| 27 | Manobu Chizuwa | | 01 | Juliam Riklon          @ Fel | |
| 28 | Mino Phillip | | 02 | Calvin Smith          @ Fel | |
| 29 | Faustino Elias | MH-16 | | | |
| N0 | RSAT/FEMALE | CELL | | | |
| | | R-1L | | | |
| | | R-1U | | | |
| | | R-2L | | | |
| | | R-2U | | | |
| | | R-3L | | | |
| | | R-3U | | | |
| 01 | Ming Yan Zheng          FED | R-4L | | | |
| | | R-4U | | | |
| | | R-5L | | | |
| | | R-5U | | | |
| 02 | Huang Zhou Ju | R-6L | | | |
| | | R-6U | | | |
| 03 | Hao Ying Mei Yu | R-7L | | | |
| | | R-7U | | | |
| 04 | Yen Mei Ying | R-8L | NO | SECTION /D" RSAT | CELL |
| | | R-8U | 01 | Roman Agulto | IH-1L |
| | | COT | 02 | Vicente Kaipat | IH-1U |
| | VISITATION ROOM | | 03 | George Cruz | IH-2L |
| 05 | Consolacion Omar          @ Misd. | | 04 | Nestor Taitano | IH-2U |
| | | | 05 | Frank Demapan | IH-3L |
| | | | 06 | Eric Nekaifes | IH-3U |
| | | | 07 | Antonio Masga | IH-4L |
| | | | 08 | Isman Bokuku | IH-4U |

Shift Commander:  Lt. Jose K. Pangelinan          Date: 10/01/06

## DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

Shift: "Alpha"          Time: 0600-1800 Hrs.    Date : 10/01/06

| CENTRAL MALE DETENTION | | | MINIMUM SECURITY | | |
|---|---|---|---|---|---|
| NO | NAME OF PRETRIAL DETAINEES | CELL | NO | NAME | CELL |
| 01 | Jerry Ramon P/T | ISO | 01 | Price Shoiter | MF-01 L |
|  |  |  |  |  | MF-01 U |
|  |  | D-1 | 02 | Tarson Peter | MF-02 U |
|  |  |  | 03 | Zhou Xu | MF-02 L |
| 02 | Binauea Tebwaara P/T | D-2 | 04 | Joaquin S. Peredo | MF-03 L |
| 03 | Xu Dang Xiong P/T |  |  |  | MF-03 U |
|  |  |  | 05 | Chun Shan Xu | MF-04 L |
| 04 | Jeffrey Cabrera P/T | D-3 | 06 | Oscar Meeyog | MF-04 U |
| 05 | Han Xiao Lin P/T |  | 07 | Eugene Repeki | MF-05 L |
|  |  |  | 08 | Emilio Manahane | MF-05 U |
| 06 | Joseph Tesiro P/T | D-4 | 09 | Mariano SN. Camacho | MF-06 L |
| 07 | Nelson Saimon P/T |  | 10 | Hadley Renguul | MF-06 U |
|  |  |  | 11 | Taurus Kapwich | MF-07 L |
|  |  |  | 12 | David Bamba | MF-07 U |
| 08 | James Ordellano | D-5 | 13 | Melvin Dela Cruz | MF-08 L |
|  |  |  | 14 | Anthony M.Barcinas | MF-08 U |
|  |  |  | 15 | Reynaldo Manila | MF-09 L |
| 09 | Lann Billy P/T | D-6 | 16 | Miah Mohammed | MF-09 U |
| 10 | Ramon C. San Nicolas P/T |  | 17 | Rudolpho Michelena | MF-10 L |
|  |  |  | 18 | Hernest Otis | MF-10 U |
| 11 | Francisco R. Santos P/T | D-7 | 19 | Pedro Luis R. Demapan | MF-11 L |
|  |  |  |  |  | MF-11 U |
|  |  |  | 20 | Joaquin Pangelinan | MF-12 L |
| 12 | Michael Peter ISO | D-8 | 21 | Ramon Blas | MF-12 U |
| 13 | Angel Taman P/T |  | 22 | Luis Babauta | MF-13 L |
|  |  |  | 23 | Jin Fu Lin | MF-13 U |
|  |  |  | 24 | Santiago B. Cepeda- H/F | MF-14 L |
| 14 | JamesSanchez P/T | D-9 | 25 | Mitchell Duenas | MF-14 U |
|  |  |  | 26 | Oscar Babauta | MF-15 L |
|  |  |  | 27 | Albert Sana | MF-15 U |
| 15 | Ray Solomon P/T | D-10 | 28 | Jesus N. Dowai | MF-16 L |
| 16 | Hannibal Silvestre P/T |  |  |  | MF-16 U |
|  |  |  |  |  | MF-17 L |
| 17 | Song Hua Li P/T | D-11 | 29 | Marvin L. Somol | MF-17 U |
| 18 | Diego Mundo P/T |  | 30 | Gabriel Grothog | MF-18 L |
|  |  |  | 31 | Lestor Serrilo | MF-18 U |
|  |  |  | 32 | Alfred Aldan | MF-19 L |
|  |  |  | 33 | Anthony Magofna | MF-19 U |
| 19 | Greg T. Magof na FED | D-12 | 34 | David Diaz | MF-20 L |
| 20 | Jie Si Yang P/T |  |  |  | MF-20 U |
| 21 | Angel Ruben P/T | D-13 | 35 | Alexander Reyes Cana | MF-21 L |
| 22 | Nickson Hartman ISO P/T |  |  |  | MF-21 U |
| CIVIL DETENTION | | | 36 | Joselito Castro | MF-22 L |
| 01 | Diego A. Pua Civil | CD-1L | 37 | Charles Quitugua | MF-22 U |
| 02 | Marcelo Lisua Civil B/W | CD-1U | 38 | Michael Tesfour | MF-23 L |
| 03 | James Q. Reyes P/T | CD-2L |  |  | MF-23 U |
| 04 | Mark David Civil B/W | CD-2U | 39 | Carlo Malazarte | MF-24 L |
| 05 | Marcus Ngiradong Civil | CD-3L | 40 | Marco Fitial | MF-24 U |
|  |  | CD-3U | 41 | Aimiji Yoshio | MF-25 L |
| 06 | Chang Da Liu FED | CD-4L | 42 | Joseph Cepeda | MF-25 U |
|  |  | CD-4U | 43 | Hilario Piol | MF-26 U |
| 07 | Anicio Marar Civil | CD-5L | 44 | Alexander Escober | MF-26 L |
|  |  | CD-5U | 45 | Frankie Mafnas | MF-27 L |
| 08 | Daniel Camacho P/T | CD-6L | 46 | Francisco Tydingo | MF-27 U |
|  |  | CD-6U |  |  |  |

Legend: (P/T)-Pre-Trial   (@)-Arrestee (A/S)- Awaiting Sentence (A/W)-Arrest Warrant (TR)-Traffic
(B/W)- Bench Warrant   (Fed.)- Federal Detainee (INO)-Immigration Detainee

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Male | 03 | 25 | 00 | 02 | 94 | 124 | **129** |
| | Arrestees | Pre-Trial | INO | FED | Serving | Total | |
| Female | 01 | 00 | 00 | 01 | 03 | 05 | Grand Total |
| | Arrestees | Pre-Trial | INO | FED | Serving | Total | |

## DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift: "DELTA"**          **Time:** 0600-1800 Hrs.          **Date:** 10/15/06

| NO | MEDIUM SECURITY NAME | CELL | NO | SPECIAL MANAGEMENT UNIT NAME | CELL |
|----|------|------|----|------|------|
| 01 | Larry Aguilar | | 01 | Jerry Ramon            P/T | |
| 02 | Jose O. Rabauliman | MH-1 | | | B-1 |
| | | | | | |
| 03 | Luis DLG. Camacho | | 02 | Franklin Cepeda | |
| | | MH-2 | | | B-2 |
| | | | | | |
| | | MH-3 | 03 | Manuel Pangelinan | |
| | | | | | B-3 |
| 04 | Neildino S. Taisacan | | | | |
| 05 | Moses Martin | | | | |
| 06 | Pedro Omar | MH-4 | | | |
| 07 | Davis Clyde Diaz | | 04 | Jesse James B. Camacho       ISO | B-4 |
| 08 | Collier Siksei | MH-5 | 05 | Dwayne M. Sibetang | |
| | | | | | B-5 |
| 09 | Ronald Kaipat | MH-6 | 06 | Gerald C. Sablan | |
| 10 | Anthony P. Rios | | | | B-6 |
| 11 | Alonzo S. Igisaiar       ISO | MH-7 | NO | **INTAKE HOUSING** | |
| | | | | **VISITATION ROOM #1** | |
| 12 | Vincent Camacho | MH-8 | | | |
| 13 | Mark Torres | | | | |
| 14 | Pedro P. Cabrera | MH-9 | | | |
| 15 | Athen Remarii         P/T | MH-10 | | **VISITATIONS ROOM #2** | |
| 16 | Daniel Dela Cruz | | | | |
| 17 | Ignacio Cabrera | MH-11 | | | |
| 18 | Francisco Pua         A/S | | | **SUPERVISORS ROOM** | |
| 19 | Alfred Obak | MH-12 | | | |
| 20 | George Ilo | | | | |
| 21 | Shawn Appleby | MH-13 | | | |
| 22 | Daniel M. Delos Santos | | | | |
| 23 | Franklin Aldan | MH-14 | | | |
| 24 | William Emil Wanket | | NO | **LIBRARY** | |
| 25 | Marlon Martin | MH-15 | | | |
| 26 | Manobu Chizuwa | | | | |
| 27 | Mino Phillip | | | | |
| | | MH-16 | | | |
| | | | | | |
| **NO** | **RSAT/FEMALE** | **CELL** | | | |
| | | R-1L | | | |
| | | R-1U | | | |
| | | R-2L | | | |
| | | R-2U | | | |
| | | R-3L | | | |
| | | R-3U | | | |
| 01 | Ming Yan Zheng       FED | R-4L | | | |
| | | R-4U | | | |
| 02 | Connie K. Omar       P/V | R-5L | | | |
| | | R-5U | | | |
| 03 | Huang Zhou Ju | R-6L | | | |
| | | R-6U | | | |
| 04 | Hao Ying Mei Yu | R-7L | | | |
| | | R-7U | | **SECTION /D" RSAT** | |
| 05 | Yen Mei Ying | R-8L | NO | | CELL |
| | | R-8U | 01 | Roman Agulto | IH-1L |
| | | COT | 02 | Vicente Kaipat | IH-1U |
| | **VISITATION ROOM** | | 03 | Francisco Tydingco | IH-2L |
| | | | 04 | George Cruz | IH-2U |
| | | | 05 | Frank Demapan | IH-3L |
| | | | 06 | Eric Nekaifes | IH-3U |
| | | | 07 | Antonio Masga | IH-4L |
| | | | 08 | Isman Bokuku | IH-4U |

Shift Commander:  Lt. Alexander P. Sablan          Date: 10/15/06

**DEPARTMENT OF CORRECTION**
**INMATE / DETAINEE CELL ASSIGNMENT**

**Shift: "Delta"**    **Time:** 0600-1800 Hrs    **Date:** 10/15/06

| NO | NAME OF PRETRIAL DETAINEES | CELL | NO | NAME | CELL |
|----|----------------------------|------|----|------|------|
| 01 | Newton Tmarsel P/T | ISO | 01 | Price Shoiter | MF-01 L |
| 02 | Christopher Igisomar A/W | D-1 | 02 | Alfred Saures        misd. | MF-01 U |
|  |  |  | 03 | Zhou Xu | MF-02 U |
|  |  |  | 04 | Tarson Peter | MF-02 L |
| 03 | Song Hua Li P/T | D-2 | 05 | Joaquin S. Peredo | MF-03 L |
|  |  |  | 06 | Hubert Friedle        -        TR | MF-03 U |
|  |  |  | 07 | Chun Shan Xu | MF-04 L |
|  |  | D-3 | 08 | Oscar Meeyog | MF-04 U |
|  |  |  | 09 | Eugene Repeki | MF-05 L |
|  |  |  | 10 | Emilio Manahane | MF-05 U |
|  |  |  | 11 | Mariano SN. Camacho | MF-06 L |
|  |  | D-4 | 12 | Hadley Renguul | MF-06 U |
|  |  |  | 13 | Taurus Kapwich | MF-07 L |
| 04 | Jeffrey Cabrera P/T |  | 14 | David Bamba | MF-07 U |
| 05 | James Ordellano |  | 15 | Melvin Dela Cruz | MF-08 L |
|  |  | D-5 | 16 | Marty Piadozo        -        TR | MF-08 U |
|  |  |  | 17 | Reynaldo Manila | MF-09 L |
| 06 | Lann Billy P/T | D-6 | 18 | June Nunez        -  TR | MF-09 U |
| 07 | Ramon C. San Nicolas P/T |  | 19 | Rudolpho Michelena | MF-10 L |
|  |  |  | 20 | Hernest Otis | MF-10 U |
| 08 | Francisco R. Santos P/T | D-7 | 21 | Pedro Luis R. Demapan | MF-11 L |
|  |  |  | 22 | Joseph Eseted        -      TR | MF-11 U |
|  |  |  | 23 | Joseph Wabol        -      TR | MF-12 L |
| 09 | Michael Peter        ISO | D-8 | 24 | Ramon Blas | MF-12 U |
| 10 | Angel Taman P/T |  | 25 | Jin Fu Lin | MF-13 L |
|  |  |  | 26 | Luis Babauta | MF-13 U |
| 11 | Jie Si Yang P/T |  | 27 | Jury Jacinto        -   TR | MF-14 L |
| 12 | James Sanchez P/T | D-9 |  |  | MF-14 U |
| 13 | Ray Solomon P/T |  | 28 | Oscar Babauta | MF-15 L |
|  |  |  | 29 | Albert Sana | MF-15 U |
| 13 | Ray Solomon P/T |  | 30 | Jesus N. Dowai | MF-16 L |
| 14 | Hannibal Silvestre P/T | D-10 |  |  | MF-16 U |
|  |  |  | 31 | Marvin L. Somol | MF-17 L |
|  |  |  | 32 | Richard Quitugua        -   TR | MF-17 U |
|  |  |  | 33 | Lester Serrilo | MF-18 L |
| 15 | Diego Mundo        ISO    P/T | D-11 | 34 | Gabriel Gothrog | MF-18 U |
|  |  |  | 35 | Alfred Aldan | MF-19 L |
| 16 | Nelson Saimon P/T |  | 36 | Anthony Magofna | MF-19 U |
|  |  |  | 37 | David Diaz | MF-20 L |
|  |  | D-12 |  |  | MF-20 U |
| 17 | Angel Ruben P/T | D-13 | 38 | Alexander Reyes Cana | MF-21 L |
| 18 | Nickson Hartman P/T |  | 39 | Alex Escober        -     TR | MF-21 U |
|  | **CIVIL DETENTION** |  | 40 | Joselito Castro | MF-22 L |
|  |  | CD-1L | 41 | Hilario Pioi        -     TR | MF-22 U |
|  |  | CD-1U | 42 | Michael Tesfour | MF-23 L |
| 01 | James Q. Reyes P/T | CD-2L |  |  | MF-23 U |
|  |  | CD-2U | 43 | Carlo Malazarte | MF-24 L |
| 02 | Greg Magofna FED | CD-3L | 44 | Marco Fitial | MF-24 U |
|  |  | CD-3U | 45 | Aimiji Yoshio | MF-25 L |
| 03 | Chang Da Liu FED | CD-4L | 46 | Mitchell Duenas        -  Fel | MF-25 U |
| 04 | Gug Zhu Hu INO | CD-4U |  |  | MF-26 U |
| 05 | John S. Pangelinan (Fed) A/S | CD-5L | 47 | Joseph Cepeda | MF-26 U |
|  |  | CD-5U | 48 | Anthony Barcinas | MF-27 L |
| 06 | Daniel Camacho P/T | CD-6L | 49 | Nestor Taitano | MF-27 U |
|  |  | CD-6U |  | **Home Furlough** |  |
|  |  |  | 01 | Santiago Cepeda |  |

**Legend:** (P/T)-Pre-Trial   (@)-Arrestee (A/S)- Awaiting Sentence (A/W)-Arrest Warrant (TR)-Traffic (B/W)- Bench Warrant   (Fed.)- Federal Detainee  (INO)-Immigration Detainee   P/V-Parole Violation

| Male | 01 | 24 | 01 | 03 | 86 | 115 | |
|------|----|----|----|----|----|-----|---|
|  | Arrestees | Pre-Trial | INO | FED | Serving | Total | **120** |
| Female | 00 | 01 | 00 | 01 | 03 | 5 | **Grand Total** |
|  | Arrestees | Pre-Trial | INO | FED | Serving | Total | |

## DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift: "Delta"**     **TIME:** 0600-1800 hrs.     **Date:** 11/01/06

| NO | MEDIUM SECURITY NAME | CELL | NO | SPECIAL MANAGEMENT UNIT NAME | CELL |
|---|---|---|---|---|---|
| | | | 01 | Larry Aguillar | |
| 01 | Jose O. Rabauliman | MH-1 | | | B-1 |
| 02 | Luis DLG. Camacho | | 02 | Franklin Cepeda | |
| | | MH-2 | | | B-2 |
| | | MH-3 | 03 | Manuel Pangelinan | |
| | | | | | B-3 |
| 03 | Moses Martin | MH-4 | | | |
| 04 | Pedro Omar | | 04 | Jesse James B. Camacho     ISO | B-4 |
| 05 | Davis Clyde Diaz | | | | |
| 06 | Collier Siksei | MH-5 | 05 | Dwayne M. Sibetang | |
| | | | | | B-5 |
| 07 | Ronald Kaipat | MH-6 | 06 | Gerald C. Sablan | |
| 08 | Anthony P. Rios | | | | B-6 |
| 09 | Alonzo S. Igisaiar     ISO | MH-7 | NO | **INTAKE HOUSING** | |
| | | | | **VISITATION ROOM #1** | |
| 10 | Vincent Camacho | MH-8 | | | |
| 11 | Neildino S. Taisacan | | | | |
| 12 | Pedro P. Cabrera | MH-9 | | | |
| 13 | Ignacio Cabrera | | | **VISITATIONS ROOM #2** | |
| 14 | Athen Remarii     P/T | MH-10 | | | |
| 15 | Daniel Dela Cruz | | | | |
| | | MH-11 | | | |
| 16 | Francisco Pua | | | **SUPERVISORS ROOM** | |
| 17 | Alfred Obak | MH-12 | | | |
| 18 | George Ilo | | | | |
| 19 | Shawn Appleby | MH-13 | | | |
| 20 | Daniel M. Delos Santos | | | | |
| 21 | Franklin Aldan | MH-14 | | | |
| 22 | William Emil Wanket | | NO | **LIBRARY** | |
| 23 | Marlon Martin | MH-15 | | | |
| 24 | Manobu Chizuwa | | | | |
| 25 | Mino Phillip     ISO | MH-16 | | | |

| NO | RSAT/FEMALE | CELL | | | |
|---|---|---|---|---|---|
| 01. | Kaori Sugimoto     @ | R-1L | | | |
| | | R-1U | | | |
| 02 | Hong Ru Gu     @ | R-2L | | | |
| | | R-2U | | | |
| 03 | Ya Wong Lin     @ | R-3L | | | |
| | | R-3U | | | |
| 04 | Ming Yan Zheng     FED | R-4L | | | |
| | | R-4U | | | |
| 05 | Connie K. Omar     P/V | R-5L | | | |
| | | R-5U | | | |
| 06 | Huang Zhou Ju | R-6L | | | |
| | | R-6U | | | |
| 07 | Hao Ying Mei Yu | R-7L | | | |
| | | R-7U | | **SECTION /D" RSAT** | |
| 08 | Yen Mei Ying | R-8L | NO | | CELL |
| | | R-8U | 01 | Roman Agulto | IH-1L |
| | | COT | 02 | Vicente Kaipat | IH-1U |
| | **VISITATION ROOM** | | 03 | Francisco Tydingco | IH-2L |
| | | | 04 | George Cruz | IH-2U |
| | | | 05 | Frank Demapan | IH-3L |
| | | | 06 | Eric Nekaifes | IH-3U |
| | | | 07 | Antonio Masga | IH-4L |
| | | | 08 | Isman Bokuku | IH-4U |

Shift Commander: <u>COIII Ramon Hocog</u>     Date: <u>11/01/06</u>

## DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Delta"  **Time:** 0600-1800 hrs  **Date:** 11/01/06

### CENTRAL MALE DETENTION

| NO | NAME OF PRETRIAL DETAINEES | | CELL |
|----|----------------------------|------|------|
| 01 | Newton Tmarsel | P/T | ISO |
| 02 | Jerry Ramon | P/T | D-1 |
| 03 | Ruben Gamayo | @TR | D-2 |
| 04 | Ties Sachuo | P/T | D-3 |
| 05 | Joaquin Cangco | P/T | D-3 |
| 06 | Ismike Magofna | FED | D-4 |
| 07 | Jeffrey Cabrera  ISO | P/T | D-5 |
| 08 | James Ordellano | P/T | D-5 |
| 09 | Lann Billy | P/T | D-6 |
| 10 | Ramon C. San Nicolas | P/T | D-6 |
| 11 | Francisco R. Santos | P/T | D-7 |
| 12 | James Remarii | P/T | D-7 |
| 13 | Michael Peter  ISO | | D-8 |
| 14 | Angel Taman | P/T | D-8 |
| 15 | Jie Si Yang | P/T | D-9 |
| 16 | James Sanchez | P/T | D-9 |
| 17 | Ray Solomon  ISO | P/T | D-10 |
| 18 | Hannibal Silvestre | P/T | D-10 |
| 19 | Diego Mundo  ISO | P/T | D-11 |
| 20 | Swavnasini Nag Neelawala | P/T | D-11 |
| 21 | Nelson Saimon  ISO | P/T | D-12 |
| 22 | Christopher Igisomar | P/T | D-12 |
| 23 | Angel Ruben | P/T | D-13 |
| 24 | Nickson Hartman | P/T | D-13 |

### CIVIL DETENTION

| NO | NAME | | CELL |
|----|------|------|------|
| | | | CD-1L |
| | | | CD-1U |
| | | | CD-2L |
| | | | CD-2U |
| 01 | Greg Magofna | FED | CD-3L |
| | | | CD-3U |
| 02 | Chang Da Liu | FED | CD-4L |
| | | | CD-4U |
| 03 | John S. Pangelinan  (Fed) | A/S | CD-5L |
| | | | CD-5U |
| 04 | Daniel Camacho | P/T | CD-6L |
| | | | CD-6U |

### MINIMUM SECURITY

| NO | NAME | CELL |
|----|------|------|
| 01 | Price Shoiter | MF-01 L |
| | | MF-01 U |
| 02 | Zhou Xu | MF-02 U |
| 03 | Tarson Peter | MF-02 L |
| 04 | Joaquin S. Peredo | MF-03 L |
| | | MF-03 U |
| 05 | Chun Shan Xu | MF-04 L |
| 06 | Oscar Meeyog | MF-04 U |
| 07 | Eugene Repeki | MF-05 L |
| 08 | Emilio Manahane | MF-05 U |
| 09 | Mariano SN. Camacho | MF-06 L |
| 10 | Hadley Renguul | MF-06 U |
| 11 | Taurus Kapwich | MF-07 L |
| 12 | David Bamba | MF-07 U |
| 13 | Melvin Dela Cruz | MF-08 L |
| | | MF-08 U |
| 14 | Reynaldo Manila | MF-09 L |
| | | MF-09 U |
| 15 | Rudolpho Michelena | MF-10 L |
| 16 | Hernest Otis | MF-10 U |
| 17 | Pedro Luis R. Demapan | MF-11 L |
| | | MF-11 U |
| | | MF-12 L |
| 18 | Ramon Blas | MF-12 U |
| 19 | Jin Fu Lin | MF-13 L |
| 20 | Luis Babauta | MF-13 U |
| | | MF-14 L |
| | | MF-14 U |
| | | MF-15 L |
| 21 | Oscar Babauta | MF-16 L |
| 22 | Jesus N. Dowai | MF-16 U |
| 23 | Mark Wayne Torres | MF-17 L |
| 24 | Marvin L. Somol | MF-17 U |
| 25 | Lester Serrilo | MF-18 L |
| 26 | Gabriel Gothrog | MF-18 U |
| 27 | Alfred Aldan | MF-19 L |
| 28 | Anthony Magofna | MF-19 U |
| 29 | David Diaz | MF-20 L |
| | | MF-20 U |
| 30 | Alexander Reyes Cana | MF-21 L |
| | | MF-21 U |
| 31 | Joselito Castro | MF-22 L |
| | | MF-22 U |
| 32 | Michael Tesfour | MF-23 L |
| | | MF-23 U |
| 33 | Carlo Malazarte | MF-24 L |
| 34 | Marco Fitial | MF-24 U |
| 35 | Aimiji Yoshio | MF-25 L |
| | | MF-25 U |
| | | MF-26 L |
| 36 | Joseph Cepeda | MF-26 U |
| 37 | Anthony Barcinas | MF-27 L |
| 38 | Nestor Taitano | MF-27 U |
| | Home Furlough | |
| 39 | Santiago B. Cepeda | |

**Legend:** (P/T)-Pre-Trial  (@)-Arrestee  (A/S) - Awaiting Sentence  (A/W)-Arrest Warrant  (TR)-Traffic
(B/W)- Bench Warrant  (Fed.)- Federal Detainee  (INO)-Immigration Detainee  P/V-Parole Violation

| | | | | | | | |
|--------|-----------|-----------|------|------|---------|-------|-------------|
| **Male** | 01 | 22 | 00 | 04 | 79 | 106 | **114** |
| | Arrestees | Pre-Trial | INO | FED | Serving | Total | |
| **Female** | 03 | 01 | 00 | 01 | 03 | 08 | **Grand Total** |
| | Arrestees | Pre-Trial | INO | FED | Serving | Total | |

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift: "Delta"**     **TIME:** 0600-1800 hrs.     **Date:** 11/15/06

### MEDIUM SECURITY

| NO | NAME | CELL |
|----|------|------|
| 01 | Jose O. Rabauliman | MH-1 |
| 02 | Luis DLG. Camacho | MH-2 |
| 03 | Price Shoiter ISO | MH-3 |
| 04 | Mino Phillip ISO | MH-3 |
| 05 | Moses Martin | MH-4 |
| 06 | Pedro Omar | MH-4 |
| 07 | Davis Clyde Diaz | |
| 08 | Collier Siksei | MH-5 |
| 09 | Ronald Kaipat | MH-6 |
| 10 | Anthony P. Rios | MH-6 |
| 11 | Alonzo S. Igisaiar | MH-7 |
| 12 | Vincent Camacho | MH-8 |
| 13 | Neildino S. Taisacan | MH-8 |
| 14 | Pedro P. Cabrera | MH-9 |
| 15 | Ignacio Cabrera | MH-9 |
| 16 | Athen Remarii P/T | MH-10 |
| 17 | Daniel Dela Cruz | MH-10 |
| | | MH-11 |
| 18 | Francisco Pua | MH-12 |
| 19 | Alfred Obak | MH-12 |
| 20 | George Ilo | |
| 21 | Shawn Appleby | MH-13 |
| 22 | Daniel M. Delos Santos | MH-13 |
| 23 | Franklin Aldan | |
| 24 | William Emil Wanket | MH-14 |
| 25 | Marlon Martin | MH-15 |
| 26 | Manobu Chizuwa | MH-15 |
| 27 | Lann Billy | |
| 28 | Michael Peter | MH-16 |

| NO | RSAT/FEMALE | CELL |
|----|-------------|------|
| 01 | Sen Hua Yang @ | R-1L |
| | | R-1U |
| | | R-2L |
| | | R-2U |
| | | R-3L |
| | | R-3U |
| 02 | Ming Yan Zheng FED | R-4L |
| | | R-4U |
| 03 | Connie K. Omar P/V | R-5L |
| | | R-5U |
| 04 | Huang Zhou Ju | R-6L |
| | | R-6U |
| 05 | Hao Ying Mei Yu | R-7L |
| | | R-7U |
| 06 | Yen Mei Ying | R-8L |
| | | R-8U |
| | | COT |
| | **VISITATION ROOM** | |
| 07 | Jane Doe @ | |

### SPECIAL MANAGEMENT UNIT

| N0 | NAME | CELL |
|----|------|------|
| 01 | Larry Aguilar | B-1 |
| 02 | Franklin Cepeda | B-2 |
| 03 | Manuel Pangelinan | B-3 |
| 04 | Jesse James B. Camacho ISO | B-4 |
| 05 | Dwayne M. Sibetang | B-5 |
| 06 | Gerald C. Sablan | B-6 |

| NO | INTAKE HOUSING / VISITATION ROOM #1 | |
|----|------|------|
| 01 | | |

| | VISITATIONS ROOM #2 | |
|----|------|------|
| 01 | | |

| | SUPERVISORS ROOM | |
|----|------|------|
| 01 | | |

| NO | LIBRARY | |
|----|------|------|
| 01 | | |
| 02 | | |

### SECTION /D" RSAT

| NO | NAME | CELL |
|----|------|------|
| 01 | Roman Agulto | IH-1L |
| 02 | Vicente Kaipat | IH-1U |
| 03 | Francisco Tydingco | IH-2L |
| 04 | George Cruz | IH-2U |
| 05 | Frank Demapan | IH-3L |
| 06 | Eric Nekaifes | IH-3U |
| 07 | Antonio Masga | IH-4L |
| 08 | Isman Bokuku | IH-4U |

Shift Commander: COIII Tom Muna     Date: 11/15/06

## DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift: "Delta"**   **Time:** 0600-1800 hrs.   **Date:** 11/15/06

### CENTRAL MALE DETENTION

| NO | NAME OF PRETRIAL DETAINEES | | CELL |
|----|-----------------------------|----|------|
| 01 | Newton Tmarsel | P/T | ISO |
| 02 | Jerry Ramon | P/T | D-1 |
| 03 | Rodrick Santos | @Misd | |
| 04 | Jesse Albert - @ Misd | | |
| 05 | Robert Ngiramengior | P/T | D-2 |
| 06 | Paulino Kedes | P/T | |
| 07 | Martin S. Cruz | P/T | D-3 |
| 08 | Greg Arriola - @ Misd | | |
| 09 | Ray Arriola - @ Misd | | D-4 |
| 10 | Jeffrey Cabrera  ISO | P/T | |
| 11 | James Ordellano | | D-5 |
| 12 | Ismike Magofna | FED | |
| 13 | Ties Sachuo  ISO  (Misd.) | P/T | D-6 |
| 14 | Francisco R. Santos | P/T | |
| 15 | James Remarii | P/T | D-7 |
| 16 | Angel Taman | P/T | D-8 |
| 17 | Ray San Nicolas | P/T | |
| 18 | Jie Si Yang | P/T | D-9 |
| 19 | Ray Solomon | P/T | |
| 20 | Hannibal Silvestre | P/T | D-10 |
| 21 | Diego Mundo  ISO | P/T | |
| 22 | Swavnasini Nag Neelawana | P/T | D-11 |
| 23 | Nelson Saimon | P/T | |
| 24 | Christopher Igisomar | P/T | D-12 |
| 25 | Angel Ruben | P/T | D-13 |
| 26 | Nickson Hartman | P/T | |

### CIVIL DETENTION

| NO | NAME | | CELL |
|----|------|----|------|
| | | | CD-1L |
| | | | CD-1U |
| | | | CD-2L |
| | | | CD-2U |
| 01 | Greg Magofna | FED | CD-3L |
| | | | CD-3U |
| 02 | Chang Da Liu | FED | CD-4L |
| | | | CD-4U |
| 03 | John S. Pangelinan | FED | CD-5L |
| | | | CD-5U |
| 04 | Daniel Camacho | P/T | CD-6L |
| | | | CD-6U |

### MINIMUM SECURITY

| NO | NAME | | CELL |
|----|------|----|------|
| 01 | William Kintz | TR | MF-01 L |
| 02 | Richard Asuncion | Misd. | MF-01 U |
| 03 | Zhou Xu | | MF-02 L |
| 04 | Tarson Peter | | MF-02 U |
| 05 | Joaquin S. Peredo | | MF-03 L |
| | | | MF-03 U |
| 06 | Chun Shan Xu | | MF-04 L |
| 07 | Oscar Meeyog | | MF-04 U |
| 08 | Eugene Repeki | | MF-05 L |
| 09 | Emilio Manahane | | MF-05 U |
| 10 | Mariano SN. Camacho | | MF-06 L |
| 11 | Hadley Renguul | | MF-06 U |
| 12 | Taurus Kapwich | | MF-07 L |
| 13 | David Bamba | | MF-07 U |
| 14 | Melvin Dela Cruz | | MF-08 L |
| | | | MF-08 U |
| 15 | Reynaldo Manila | | MF-09 L |
| | | | MF-09 U |
| 16 | Rudolpho Michelena | | MF-10 L |
| 17 | Hernest Otis | | MF-10 U |
| 18 | Pedro Luis R. Demapan | | MF-11 L |
| | | | MF-11 U |
| | | | MF-12 L |
| | | | MF-12 U |
| 19 | Ramon Blas | | MF-13 U |
| 20 | Jin Fu Lin | | MF-13 L |
| 21 | Luis Bauata | | MF-14 L |
| 22 | Santiago Cepeda | | MF-14 U |
| | | | MF-15 U |
| 23 | Oscar Babauta | | MF-15 L |
| 24 | Jesus N. Dowai | | MF-16 L |
| | | | MF-16 U |
| 25 | Mark Wayne Torres | | MF-17 L |
| 26 | Marvin L. Somol | Misd. | MF-17 U |
| 27 | Lester Serrilo | | MF-18 L |
| 28 | Gabriel Gothrog | | MF-18 U |
| 29 | Alfred Aldan | | MF-19 L |
| 30 | Anthony Magofna | | MF-19 U |
| 31 | David Diaz | | MF-20 L |
| | | | MF-20 U |
| 32 | Alexander Reyes Cana | | MF-21 L |
| | | | MF-21 U |
| 33 | Joselito Castro | | MF-22 L |
| 34 | Rodney T. Guerrero | Misd | MF-22 U |
| 35 | Michael Tesfour | | MF-23 L |
| | | | MF-23 U |
| 36 | Carlo Malazarte | | MF-24 L |
| 37 | Marco Fitial | | MF-24 U |
| 38 | Aimiji Yoshio | | MF-25 L |
| | | | MF-25 U |
| | | | MF-26 U |
| 39 | Joseph Cepeda | | MF-26 L |
| 40 | Anthony Barcinas | | MF-27 L |
| 41 | Nestor Taitano | | MF-27 U |
| | Home Furlough | | |

**Legend:** (P/T)-Pre-Trial  (@)-Arrestee (A/S) - Awaiting Sentence (A/W)-Arrest Warrant (TR)-Traffic
(B/W)- Bench Warrant  (Fed.)- Federal Detainee (INO)-Immigration Detainee  P/V-Parole Violation

| | Arrestees | Pre-Trial | INO | FED | Serving | Total | |
|--------|-----------|-----------|-----|-----|---------|-------|----|
| Male | 03 | 22 | 00 | 04 | 84 | 113 | |
| Female | 03 | 01 | 00 | 01 | 03 | 08 | 121 Grand Total |

## DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Delta"      **TIME:** 0600-1800 hrs.      **Date:** 12/01/06

### MEDIUM SECURITY

| N0 | NAME | CELL |
|----|------|------|
| 01 | Jose O. Rabauliman | MH-1 |
| 02 | Luis DLG. Camacho | MH-2 |
| 03 | Price Shoiter | MH-3 |
| 04 | Mino Phillip            ISO | |
| 05 | Moses Martin | MH-4 |
| 06 | Pedro Omar | |
| 07 | Davis Clyde Diaz | MH-5 |
| 08 | Collier Siksei | |
| 09 | Ronald Kaipat | MH-6 |
| 10 | Anthony P. Rios | |
| 11 | Alonzo S. Igisaiar | MH-7 |
| 12 | Vincent Camacho | MH-8 |
| 13 | Neildino S. Taisacan | |
| 14 | Pedro P. Cabrera | MH-9 |
| 15 | Ignacio Cabrera | |
| 16 | Athen Remarii            P/T | MH-10 |
| 17 | Daniel Dela Cruz | |
| | | MH-11 |
| 18 | Francisco Pua | MH-12 |
| 19 | Alfred Obak | |
| 20 | George Ilo | |
| 21 | Shawn Appleby | MH-13 |
| 22 | Daniel M. Delos Santos | |
| 23 | Franklin Aldan | MH-14 |
| 24 | William Emil Wanket | |
| 25 | Marlon Martin | MH-15 |
| 26 | Manobu Chizuwa | |
| 27 | Lann Billy | |
| 28 | Michael Peter | MH-16 |

| N0 | RSAT/FEMALE | CELL |
|----|-------------|------|
| 01 | Yu Li            @    Misd. | R-1L |
| | | R-1U |
| | | R-2L |
| | | R-2U |
| | | R-3L |
| | | R-3U |
| 02 | Ming Yan Zheng            FED | R-4L |
| | | R-4U |
| 03 | Connie K. Omar            P/V | R-5L |
| | | R-5U |
| 04 | Huang Zhou Ju | R-6L |
| | | R-6U |
| 05 | Hao Ying Mei Yu | R-7L |
| | | R-7U |
| 06 | Yen Mei Ying | R-8L |
| | | R-8U |
| | | COT |
| | VISITATION ROOM | |

### SPECIAL MANAGEMENT UNIT

| N0 | NAME | CELL |
|----|------|------|
| 01 | Larry Aguilar | B-1 |
| 02 | Franklin Cepeda | B-2 |
| 03 | Manuel Pangelinan | B-3 |
| 04 | Jesse James B. Camacho | B-4 |
| 05 | Dwayne M. Sibetang | B-5 |
| 06 | Gerald C. Sablan | B-6 |
| NO | **INTAKE HOUSING** **VISITATION ROOM #1** | |
| | **VISITATIONS ROOM #2** | |
| 01 | Joaquin Arriola            @   Misd. | |
| | **SUPERVISORS ROOM** | |
| NO | **LIBRARY** | |

| | SECTION /D" RSAT | |
|----|------|------|
| NO | | CELL |
| 01 | Roman Agulto | IH-1L |
| 02 | Vicente Kaipat | IH-1U |
| 03 | Francisco Tydingco | IH-2L |
| 04 | George Cruz | IH-2U |
| 05 | Frank Demapan | IH-3L |
| 06 | Eric Nekaifes | IH-3U |
| 07 | Antonio Masga | IH-4L |
| 08 | Isman Bokuku | IH-4U |

Shift Commander: COIII. Thomas S. Muna            Date: 12/01/06

## DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift:** "Delta"   **Time:** 0600-1800 hrs.   **Date:** 12/01/06

### CENTRAL MALE DETENTION

| NO | NAME OF PRETRIAL DETAINEES | | CELL |
|----|----------------------------|---|------|
| 01 | Newton Tmarsel | P/T | ISO |
| 02 | Jerry Ramon (Misd.) | P/T | D-1 |
| 03 | Johnny Santiago @ Misd | | D-2 |
| 04 | Bonifacio Camacho Misd. | P/T | D-3 |
| 05 | Fidelito Antiporda Misd. | P/T | D-4 |
| 06 | Jeffrey Cabrera | P/T | D-5 |
| 07 | James Ordellano | | |
| 08 | Ties Sachuo (Misd.) | P/T | D-6 |
| 09 | Jei Si Yan | P/T | |
| 10 | Francisco R. Santos | P/T | |
| 11 | James Remarii | P/T | D-7 |
| | | | D-8 |
| 12 | Ray San Nicolas | P/T | |
| 13 | Ismike Magofna | FED | D-9 |
| 14 | Ray Solomon | P/T | |
| 15 | Paulino Kedhes | P/T | D-10 |
| 16 | Diego Mundo ISO | P/T | |
| 17 | Swavnasini Nag Neelawala | P/T | D-11 |
| 18 | Nelson Saimon | P/T | |
| 19 | Christopher Igisomar | P/T | |
| 20 | Angel Ruben | P/T | D-12 |
| 21 | Nickson Hartman ISO | P/T | D-13 |

### CIVIL DETENTION

| NO | NAME | | CELL |
|----|------|---|------|
| 01 | Juan B. Camacho | | CD-1L |
| | | | CD-1U |
| 02 | Mayo Tayab | INO | CD-2L |
| | | | CD-2U |
| 03 | Greg Magofna | FED | CD-3L |
| | | | CD-3U |
| 04 | Chang Da Liu | FED | CD-4L |
| | | | CD-4U |
| 05 | John S. Pangelinan | FED | CD-5L |
| | | | CD-5U |
| 06 | Daniel Camacho | P/T | CD-6L |
| 07 | Edward Iriarte | FED | CD-6U |

### MINIMUM SECURITY

| NO | NAME | | CELL |
|----|------|---|------|
| 01 | William Kintz | TR | MF-01 L |
| | | | MF-01 U |
| 02 | Zhou Xu | | MF-02 U |
| 03 | Tarson Peter | | MF-02 L |
| 04 | Joaquin S. Peredo | | MF-03 L |
| | | | MF-03 U |
| 05 | Chun Shan Xu | | MF-04 L |
| 06 | Oscar Meeyog | | MF-04 U |
| 07 | Eugene Repeki | | MF-05 L |
| 08 | Emilio Manahane | | MF-05 U |
| 09 | Mariano SN. Camacho | | MF-06 L |
| 10 | Hadley Renguul | | MF-06 U |
| 11 | Taurus Kapwich | | MF-07 L |
| | | | MF-07 U |
| 12 | David Bamba | | MF-08 L |
| | | | MF-08 U |
| 13 | Reynaldo Manila | | MF-09 L |
| | | | MF-09 U |
| 14 | Rodolfo Michelena | | MF-10 L |
| 15 | Hernest Otis | | MF-10 U |
| 16 | Pedro Luis R. Demapan | | MF-11 L |
| | | | MF-11 U |
| 17 | Nestor Taitano | | MF-12 L |
| 18 | Ramon Blas | | MF-12 U |
| 19 | Jin Fu Lin | | MF-13 U |
| 20 | Luis Babauta | | MF-13 L |
| 21 | Santiago B. Cepeda | | MF-14 L |
| | | | MF-14 U |
| | | | MF-15 U |
| 22 | Oscar Babauta | | MF-15 L |
| 23 | Jesus N. Dowai | | MF-16 L |
| | | | MF-16 U |
| 24 | Mark Wayne Torres | | MF-17 L |
| 25 | Marvin L. Somol | Misd. | MF-17 U |
| 26 | Lester Serrilo | | MF-18 L |
| 27 | Gabriel Gothrog | | MF-18 U |
| 28 | Alfred Aldan | | MF-19 L |
| 29 | Anthony Magofna | | MF-19 U |
| 30 | David Diaz | | MF-20 L |
| | | | MF-20 U |
| 31 | Alexander Reyes Cana | | MF-21 L |
| | | | MF-21 U |
| 32 | Joselito Castro | | MF-22 L |
| 33 | Rodney T. Guerrero | Misd | MF-22 U |
| 34 | Michael Tesfour | | MF-23 L |
| | | | MF-23 U |
| 35 | Carlo Malazarte | | MF-24 L |
| 36 | Marco Fitial | | MF-24 U |
| 37 | Aimiji Yoshio | | MF-25 L |
| | | | MF-25 U |
| 38 | Joseph Cepeda | | MF-26 L |
| 39 | Anthony Barcinas | | MF-27 L |
| | | | MF-27 U |
| | **Home Furlough** | | |

**Legend:** (P/T)-Pre-Trial  (@)-Arrestee (A/S) - Awaiting Sentence (A/W)-Arrest Warrant (TR)-Traffic
(B/W)- Bench Warrant  (Fed.)- Federal Detainee  (INO)-Immigration Detainee  P/V-Parole Violation

| | | | | | | | |
|--------|-----------|-----------|-----|-----|---------|-------|-------------|
| **Male** | 02 | 20 | 01 | 05 | 82 | 110 | |
| | Arrestees | Pre-Trial | INO | FED | Serving | Total | **116** |
| **Female** | 01 | 01 | 00 | 01 | 03 | 06 | **Grand Total** |
| | Arrestees | Pre-Trial | INO | FED | Serving | Total | |

# DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift: "DELTA"**          **TIME:** 0600-1800 hrs.          **Date:** 12/15/06

| MEDIUM SECURITY | | | SPECIAL MANAGEMENT UNIT | | |
|---|---|---|---|---|---|
| NO | NAME | CELL | N0 | NAME | CELL |
| 01 | George Ilo | | 01 | Larry Aguilar | |
| 02 | Jose O. Rabauliman | MH-1 | | | B-1 |
| | | | | | |
| 03 | Luis DLG. Camacho | | 02 | Franklin Cepeda | |
| | . | MH-2 | | | B-2 |
| | | | | | |
| 04 | Price Shoiter | MH-3 | 03 | Manuel Pangelinan | |
| 05 | Mino Phillip            ISO | MH-3 | | | B-3 |
| | | | | | |
| 06 | Moses Martin | MH-4 | | | |
| 07 | Pedro Omar | MH-4 | 04 | Jesse James B. Camacho | B-4 |
| 08 | Davis Clyde Diaz | | | | |
| 09 | Mariano  Sn. Camacho | MH-5 | 05 | Dwayne M. Sibetang | |
| | | | | | B-5 |
| 10 | Ronald Kaipat | MH-6 | 06 | Gerald C. Sablan | |
| 11 | Anthony P. Rios | MH-6 | | | B-6 |
| 12 | Alonzo S. Igisaiar | | NO | INTAKE HOUSING | |
| | | MH-7 | | VISITATION ROOM #1 | |
| 13 | Vincent Camacho | MH-8 | | | |
| 14 | Neildino S. Taisacan | MH-8 | | | |
| 15 | Pedro P. Cabrera | MH-9 | | | |
| 16 | Ignacio Cabrera | MH-9 | | VISITATIONS ROOM #2 | |
| 17 | Athen Remarii          P/T | MH-10 | 01 | Calvin Smith            @Misd | |
| 18 | Daniel Dela Cruz | MH-10 | | | |
| | | | | | |
| | | MH-11 | | | |
| 19 | Francisco Pua | | | SUPERVISORS ROOM | |
| 20 | Alfred Obak | MH-12 | | | |
| 21 | Collier Siksei | | | | |
| 22 | Shawn Appleby | MH-13 | | | |
| 23 | Daniel M. Delos Santos | MH-13 | | | |
| 24 | George Cruz | MH-14 | | | |
| 25 | William Emil Wanket | MH-14 | NO | LIBRARY | |
| 26 | Marlon Martin | MH-15 | | | |
| 27 | Manobu Chizuwa | MH-15 | | | |
| 28 | Lann Billy | | | | |
| 29 | Michael Peter | MH-16 | | | |

| N0 | RSAT/FEMALE | CELL | NO | SECTION /D" RSAT | CELL |
|---|---|---|---|---|---|
| | | R-1L | | | |
| | | R-1U | | | |
| | | R-2L | | | |
| | | R-2U | | | |
| 01 | Susan I. Trecho | R-3L | | | |
| | | R-3U | | | |
| 02 | Ming Yan Zheng          FED | R-4L | | | |
| | | R-4U | | | |
| 03 | Connie K. Omar          P/V | R-5L | | | |
| | | R-5U | | | |
| 04 | Huang Zhou Ju | R-6L | | | |
| | | R-6U | | | |
| 05 | Hao Ying Mei Yu | R-7L | | | |
| | | R-7U | | SECTION /D" RSAT | CELL |
| 06 | Yen Mei Ying | R-8L | NO | | CELL |
| | | R-8U | 01 | Roman Agulto | IH-1L |
| | | COT | 02 | Vicente Kaipat | IH-1U |
| | VISITATION ROOM | | 03 | Francisco Tydingco | IH-2L |
| | | | 04 | Jin Fu Lin | IH-2U |
| | | | 05 | Frank Demapan | IH-3L |
| | | | | | IH-3U |
| | | | 06 | Antonio Masga | IH-4L |
| | | | 07 | Isman Bokuku | IH-4U |

**Shift Commander:** COIII. Melissa Appleby          **Date:** 12/15/06

## DEPARTMENT OF CORRECTIONS
## INMATE / DETAINEE CELL ASSIGNMENT

**Shift: "DELTA"**     **Time:** 0600-1800 hrs.     **Date:** 12/15/06

### CENTRAL MALE DETENTION

| NO | NAME OF PRETRIAL DETAINEES | | CELL |
|----|----|----|----|
| 01 | Newton Tmarsel | P/T | ISO |
| 02 | Jerry Ramon (Misd.) | P/T | D-1 |
| | | | D-2 |
| 03 | Kamealoha Oei | P/T | D-3 |
| | | | D-4 |
| | | | D-5 |
| 04 | Ties Sachuo (Misd.) | P/T | D-6 |
| 05 | Jei Si Yan | P/T | |
| 06 | Francisco R. Santos | P/T | |
| 07 | Ramon San Nicolas | P/T | D-7 |
| 08 | Nelson Saimon ISO | P/T | D-8 |
| 09 | Christopher Igisomar | P/T | |
| 10 | Jeffrey Cabrera | P/T | |
| 11 | James Ordellano | | D-9 |
| 12 | Ray Solomon | P/T | |
| 13 | Paulino Kedhes ISO | P/T | D-10 |
| 14 | Diego Mundo ISO | P/T | |
| | | | D-11 |
| 15 | Swaynasini Neelawala | P/T | D-12 |
| 16 | Angel Ruben | P/T | |
| 17 | Nickson Hartman ISO | P/T | D-13 |

### CIVIL DETENTION

| NO | NAME | | CELL |
|----|----|----|----|
| 01 | Juan B. Camacho | | CD-1L |
| | | | CD-1U |
| 02 | Joseph Dela Cruz | TR | CD-2L |
| | | | CD-2U |
| 03 | Ismike Magofna | FED | CD-3L |
| | | | CD-3U |
| 04 | Chang Da Liu | FED | CD-4L |
| | | | CD-4U |
| 05 | John Pangelinan | FED | CD-5L |
| 06 | Danilo Carasig | INO | CD-5U |
| 07 | Daniel Camacho | P/T | CD-6L |
| | | | CD-6U |

### MINIMUM SECURITY

| NO | NAME | | CELL |
|----|----|----|----|
| 01 | William Kintz | TR | MF-01 L |
| | | | MF-01 U |
| 02 | Zhou Xu | | MF-02 U |
| 03 | Tarson Peter | | MF-02 L |
| 04 | Joaquin S. Peredo | | MF-03 L |
| | | | MF-03 U |
| 05 | Taurus Kapwich | | MF-04 L |
| 06 | Oscar Meeyog | | MF-04 U |
| 07 | Eugene Repeki | | MF-05 L |
| 08 | Emilio Manahane | | MF-05 U |
| | | | MF-06 L |
| 09 | Hadley Renguul | | MF-06 U |
| 10 | Chun Shan Xu | | MF-07 L |
| | | | MF-07 U |
| 11 | David Bamba | | MF-08 L |
| | | | MF-08 U |
| 12 | Reynaldo Manila | | MF-09 L |
| | | | MF-09 U |
| 13 | Rodolfo Michelena | | MF-10 L |
| 14 | Hernest Otis | | MF-10 U |
| 15 | Pedro Luis R. Demapan | | MF-11 L |
| | | | MF-11 U |
| 16 | Nestor Taitano | | MF-12 L |
| 17 | Ramon Blas | | MF-12 U |
| | | | MF-13 U |
| 18 | Luis Babauta | | MF-13 L |
| 19 | Santiago Cepeda | | MF-14 L |
| 20 | Franklin Aldan | | MF-14 U |
| | | | MF-15 U |
| 21 | Oscar Babauta | | MF-15 L |
| 22 | Jesus N. Dowai | | MF-16 L |
| | | | MF-16 U |
| 23 | Mark Wayne Torres | | MF-17 L |
| 24 | Marvin L. Somol | Misd. | MF-17 U |
| 25 | Lester Serrilo | | MF-18 L |
| 26 | Gabriel Gothrog | | MF-18 U |
| 27 | Alfred Aldan | | MF-19 L |
| 28 | Anthony Magofna | | MF-19 U |
| 29 | David Diaz | | MF-20 L |
| | | | MF-20 U |
| 30 | Alexander Reyes Cana | | MF-21 L |
| | | | MF-21 U |
| 31 | Joselito Castro | | MF-22 L |
| 32 | Rodney T. Guerrero | Misd | MF-22 U |
| 33 | Michael Tesfour | | MF-23 L |
| | | | MF-23 U |
| 34 | Carlo Malazarte | | MF-24 L |
| 35 | Marco Fitial | | MF-24 U |
| 36 | Aimiji Yoshio | | MF-25 L |
| 37 | Angel Taman | | MF-25 U |
| | | | MF-26 U |
| 38 | Joseph Cepeda | | MF-26 L |
| 39 | Anthony Barcinas | | MF-27 L |
| | Home Furlough | | |

**Legend:** (P/T)-Pre-Trial  (@)-Arrestee (A/S) - Awaiting Sentence (A/W)-Arrest Warrant (TR)-Traffic
(B/W)- Bench Warrant  (Fed.)- Federal Detainee  (INO)-Immigration Detainee  P/V-Parole Violation

| | Arrestees | Pre-Trial | INO | FED | Serving | Total | |
|----|----|----|----|----|----|----|----|
| **Male** | 01 | 18 | 01 | 03 | 83 | 106 | **112** |
| **Female** | 00 | 01 | 00 | 01 | 04 | 06 | **Grand Total** |

# DEPARTMENT OF CORRECTIONS
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**T0:**    Georgia M. Cabrera                                      **Date:**  10/18/06
           Operations Captain, DOC

**From:** COIII Jesse M. Quintanilla
          Shift Bravo Commander

**Subject:** Shake Down Report
**Ref:**    Minimum Security, Male Housing Unit

This report is reference to the above as mention, That Shift Bravo conducted the shake down in Minimum Security Male Unit are listed as the following contrabands and excessive supply were confiscated;

Entered: 08:12 hrs,                                Exited: 09:30 hrs,

**MF-01:** Price Shoiter//Alfred Saures              **MF-02:** Tarson Peter
Price Shoiter: (1) tissue (1) pillow (1) Blanket     None: Trashes
(3) Spoons plastics

**MF-03:** Joaquin Peredo/Hubert Friedle(tr)         **MF-4:** Chun Shan Xu/Oscar Meeyog
 None: trashes                                        Oscar Meeyog: (1) Bedsheets
                                                      Chun Shan Xu: (1) Blanket (2)
                                                      bedsheets (excess)

**MF-05:** Eugene Repeki/Emilio Manahane             **MF-06:** Mariano Camacho/Hadley
Eugene Repeki: (1) Rag                                Mariano Camacho:(2)pillow
                                                      (2)bedsheets(1)blanket(1)porno
                                                      playing cards.
                                                      Hadley Renguul: (1) Blanket

**MF-07:** Taurus Kapwich/David Bamba                **MF-08:** Melvin Dela Cruz
Lower Bunk: (2) brn. Blanket (1) orange towel         (1)green container soap w/clothe
                                                      inside (1) Rag.

Page #02 of # 01,

**MF-09:** Reynaldo Manila
(02) Blankets

**MF-10:** Rudopho Michelena/Hernes
(1) Blanket, (2) towel, (2) sweat shirt
(5) T-shirt, (5) short pants, (2) long
pants

**MF-11:** Pedro Demapan
 (01) Penny

**MF-12:** Ramon Blas
None;

**MF-13:** Luis Babauta/Jin fu lin
Luis Babauta (2) tabs Tylenol (2) towels
(1) Scarf (2) blanket (3) Excess soap (1) toothpaste

**MF-14:** Santiago B. Cepeda
(2) pillow (5) blanket

**MF-15:** Oscar R. Babauta/Albert Sana
Albert Sana : (1) Blanket

**MF-16:** Jesus N. Dowai
NONE : Clear

**MF-17:** Marvin Somol
None: Clear

**MF-18:** Gabriel Gothrog/Lestor
 None: Clear

**MF-19:** Alfred Aldan/A. Magofna
Anthony Magofna: (1) Blanket,deodorant,
Excess clothings,pillow,belt,shaver.
Alfred aldand:(1) Blanket, (1) Bedsheets (1) Pillow

**MF-20:** David T. Diaz
(1) sandwich (4) milk (1) Curtain (1)
Bedsheet, cream sugar excess, white
board cleaner Bottle.

**MF-21:** Alexander Cana
(2) Slippers (1) blanket (1) Pillow w/pillow case

**MF-22:** Joselito Castro
none: Clear

**MF-23:** Michael Tessfour
    (1) Pillow
    (4) blanket

**MF-24:** Carlo Malazarte/Marco fitial
Marco Fitial: (3) towels, (2) blankets
(2)t-shirts.
No Name:(1)pillow(1)blanket(1)scarf

**MF-25:** Aimijii Yoshio/Joseph Cepeda
Aimijii Yoshio (4) short excess (1) Pillow
(1) Bedsheets (2) long pants (1) boxer (1) white
T-shirts.

 **MF-26:** Joseph Cepeda

**MF-27:** Anthony Barcinas/Francisco Tydingco
Anthony Barcinas: (1) towel, (1) newspaper (1) penny.
Nestor Taitano: (2) pillows, (2) blankets (4) key necklace Buckle up
(1) box of colored pencils 36 pieces in it.

**Others:**

MF 13, 14, & 15;

(4) Blankets (4) pants (5) shirts (1) underwear (1) towel.

**CIVIL DETENTION:**

**CD:** 1 Lower: Pepito Ebro (INO)
(1) milk

**CD:2** Lower: James Q. Reyes
None: Clear

**CD: 3** Lower: Greg Magofna (Feds

**CD:4** Lower: Chang Da Liu
(5) Pcs. Beetle Nut, small bag with
Snuff inside, 6 & half sticks of
Cigarettes.

**CD: 5** : Lower: John S. Pangelinan
None : Clear

**CD: 6**: Lower: Daniel Camacho
(1) Lotion Jergen skin Smoothing

Info's:

(01) Transitter small radio NAXA brand found above the television.

Submitted in to your Office for your informations.

Jesse M. Quintanilla

# DEPARTMENT OF CORRECTIONS
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

TO:   Georgia M. Cabrera                    Date:   10/18/06
      Operations Captain, DOC

From: COIII Jesse M. Quintanilla
      Shift Bravo Commander

Subject: Shake Down Report
Ref:   Minimum Security, Male Housing Unit

This report is reference to the above as mention, That Shift Bravo conducted the shake down in Minimum Security Male Unit are listed as the following contrabands and excessive supply were confiscated;

Entered: 08:12 hrs,                    Exited: 09:30 hrs,

**MF-01:** Price Shoiter//Alfred Saures
Price Shoiter: (1) tissue (1) pillow (1) Blanket
(3) Spoons plastics

**MF-02:** Tarson Peter
None: Trashes

**MF-03:** Joaquin Peredo/Hubert Friedle(tr)
 None: trashes

**MF-4:** Chun Shan Xu/Oscar Meeyog
Oscar Meeyog: (1) Bedsheets
Chun Shan Xu: (1) Blanket (2)
bedsheets (excess)

**MF-05:** Eugene Repeki/Emilio Manahane
Eugene Repeki: (1) Rag

**MF-06:** Mariano Camacho/Hadley
Mariano Camacho:(2)pillow
(2)bedsheets(1)blanket(1)porno
playing cards.
Hadley Renguul: (1) Blanket

**MF-07:** Taurus Kapwich/David Bamba
Lower Bunk: (2) brn. Blanket (1) orange towel

**MF-08:** Melvin Dela Cruz
(1)green container soap w/clothe
inside (1) Rag.

Page #02 of # 01,

**MF-09:** Reynaldo Manila
(02) Blankets

**MF-10:** Rudopho Michelena/Hernes
(1) Blanket, (2) towel, (2) sweat shirt
(5) T-shirt, (5) short pants, (2) long
pants

**MF-11:** Pedro Demapan
(01) Penny

**MF-12:** Ramon Blas
None;

**MF-13:** Luis Babauta/Jin fu lin
Luis Babauta (2) tabs Tylenol (2) towels
(1) Scarf (2) blanket (3) Excess soap (1) toothpaste

**MF-14:** Santiago B. Cepeda
(2) pillow (5) blanket

**MF-15:** Oscar R. Babauta/Albert Sana
Albert Sana : (1) Blanket

**MF-16:** Jesus N. Dowai
NONE : Clear

**MF-17:** Marvin Somol
None: Clear

**MF-18:** Gabriel Gothrog/Lestor
None: Clear

**MF-19:** Alfred Aldan/A. Magofna
Anthony Magofna: (1) Blanket,deodorant,
Excess clothings,pillow,belt,shaver.
Alfred aldand:(1) Blanket, (1) Bedsheets (1) Pillow

**MF-20:** David T. Diaz
(1) sandwich (4) milk (1) Curtain (1)
Bedsheet, cream sugar excess, white
board cleaner Bottle.

**MF-21:** Alexander Cana
(2) Slippers (1) blanket (1) Pillow w/pillow case

**MF-22:** Joselito Castro
none: Clear

**MF-23:** Michael Tessfour
(1) Pillow
(4) blanket

**MF-24:** Carlo Malazarte/Marco fitial
Marco Fitial: (3) towels, (2) blankets
(2)t-shirts.
No Name:(1)pillow(1)blanket(1)scarf

**MF-25:** Aimijii Yoshio/Joseph Cepeda
Aimijii Yoshio (4) short excess (1) Pillow
(1) Bedsheets (2) long pants (1) boxer (1) white
T-shirts.

**MF-26:** Joseph Cepeda

**MF-27:** Anthony Barcinas/Francisco Tydingco
Anthony Barcinas: (1) towel, (1) newspaper (1) penny.
Nestor Taitano: (2) pillows, (2) blankets (4) key necklace Buckle up
(1) box of colored pencils 36 pieces in it.

**Others:**

MF 13, 14, & 15;

(4) Blankets (4) pants (5) shirts (1) underwear (1) towel.

**CIVIL DETENTION:**

**CD:** 1 Lower: Pepito Ebro (INO)
(1) milk

**CD:2** Lower: James Q. Reyes
None: Clear

**CD: 3** Lower: Greg Magofna (Feds

**CD:4** Lower: Chang Da Liu
(5) Pcs. Beetle Nut, small bag with
Snuff inside, 6 & half sticks of
Cigarettes.

**CD: 5** : Lower: John S. Pangelinan
None : Clear

**CD: 6**: Lower: Daniel Camacho
(1) Lotion Jergen skin Smoothing

Info's:

(01) Transitter small radio NAXA brand found above the television.

Submitted in to your Office for your informations.

Jesse M. Quintanilla

**MEMORANDUM**                                    **Date 10-20-2006**


TO: Georgia M. Cabrera
      Operations Captain, DOC

Thru : LT. Alex Sablan

From: COIII Joe Cohn
Acting Shift Commander for Delta Shift


Subject: Shake Down Report
Ref:     Central Male Detention


This report is in reference to the above as mention, That Shift Delta conducted a shake down in Central Male Detention Housing Unit. Below are a list of the contraband and excessive supply that were confiscated.


Entered: 1840 hrs                         Exited: 1940 hrs


ISO : Newton Tmarsel                      D-1 : Christopher Igisomar

C28  All Clear                          C28  All Clear


D-2 : Song Hua Li / Alex Augustin         D-3 : Empty

C99 All Clear                             C99 All Clear


D-4 : Empty                               D-5 : Jeffery Cabrera / James Ordillano
                                          C64
                                              1.  01  blue pen    1.01 blue lighter
C64 All Clear                                 2.  01pack coffee  2.01 black pen
                                                                 3. 01 spool of
                                                                    Thred

D-6 : Lann Billy / Ramon C. San Nicolas

C54
1. 01 blue pen        All Clear
2. 01 black pen

D-7 : Francisco R. Santos

C54
1. 01 Lubriderm Lotion
    placed back in control two

D-8 : Michael Peter / Angel Taman

C74

1. 01 excess book        1. 03 hot pepper
2. 01 excess mattress
3. 01 excess pillow
4. 01 excess blanket
5. 3 excess towel
6. small amount of used snuff

D-9 : Jie Si Yang / James Sanchez

C85                    All Clear

1. 03 grape drink
2. 15 sugar's
3. 01 paper picture frame

    DOC computer copy paper!

D-10 : Ray Solomon / Hannibal Silvester

C83

1.  01 sm  paper vase
2.  01 paper pictuer frame

    DOC computer copy paper!

D-11 : Diego Mundo

C83

1. 03 paper picture frame
2. 01 razer blabe 3
3. 01 black pen

D-12 : Nelson Saimon

C41    All Clear

D-13 : Angel Ruben / Nickson Hartman

C41    All Clear        All Clear

Restroom / Common Area's

All Clear

Sumitted by COIII Joe Cohn

Confiscated item's in trash bag's
Held in delta shift's locker.
1. D-11 Diego Mundo
2. D-8  Micheal  Peter
3.D-5 J. Ordillano/J. Cabrera
4.D-9 Jie Si Yang
5. D-10 Ray Solomon
6. D-8 Common Area's

**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**Division of Correctons, Pre-Trial and Civil Detention**
(670) 664-9061 Fax: (670) 664-9065

**To:**    Georgia M. Cabrera                                  Date: 10/25/2006
            Operations Captain

**From:**  C0III Jesse M. Quintanilla
            Shift Bravo Commander

**Date:**   10/25/06

**Subject:** Shake Down
**Ref:**        Medium Housing Unit & Rsat Housing


This report is in reference to the above as mentioned, Bravo shift conducted a shake down and the following contrabands and excessive supplies are as listed the following;

Recording Officers:COII Chris Sn. Warnick,      Strip Search Officers:COII Thomas B. C. Sablan
                    COI Lorraine R. Rios                                COII Stanley Ngircheungel
                    COI Estefania T. Rios

Time Entered: 07:54 hrs.                         Time Exited: 08:56 hrs.,


## MEDIUM HOUSING UNITS

MH-1: Larry Aquilar/Jose Rabauliman                MH-2: Luis DLG. Camacho
Larry Aquilar: (01) Nail Clipper                   Luis Camacho: (02) Excess Toilet Tissue(s)

MH-3: Neildino S. Taisacan                         MH-4: Moses Martin/Pedro Omar
1-excess toilet tissue                             Trashes-Clear
1-plastic ginger coco red
1- Extra safe guard body soap

MH-5: Davis Clyde Diaz/Collier                     MH-6: Ronald Kaipat/Anthony P. Rios
Trashes-Clear                                      Ronald Kaipat: (1) pcs. Of white earring

MH-7: Alonzo Igisiair:                             MH-8: Vincent Camacho
.2 pennies, 1-inner ball pen ink,                  1-porno magazine paper, 1-white necklace,
1-white metal w/string Yellow color,              1-blk/white ring beads,1-light blue bracelet bead
1-lime container white color, 1-blk. Lime          1-purple & yellow anklet bead.
Container (Yap Lime), 1-scissor w/yellow &         51-pcs. Rubber band.
Green Color.

MH-9: Pedro P. Cabrera
Clear

MH-10: Athen Remarii/Daniel Dela Cruz
Clear

MH-11 Ignacio Cabrera/Francisco Pua
Ignacio Cabrera: (2) excess toilet tissues,
1-bag of salt hidden inside the toilet tissue
1-inhalant vicks,1-chain link wire.

MH-12:Alfred Obak/George Ilo
none: Clear

**Others:** MH-11: (1) Cup of fruits,(1) concrete nail 1", 1-blade, 1pcs. Of metal plate (small)

MH-13: Shawn Appleby/Daniel M. Delos Santos
Shawn Appleby: 1-container of Victoria's secret,
1-lime container, 2-hot pepper on a frisbies,
1-container with assorted snacks, 1) roll of white tape

MH-14:Franklin Aldan/William Wanket

MH-15: Marlon Martin/Manobu Chizuwa
1-needle,1-zig zag wrapper, 1-snuff (creamer pack)
1-half stick of cigarette butt.1-soft blue ball
1-porno,1-tooth brush.

MH-16: Mino Phillip
1-Rayovac 9 Volt Battery

### RSAT HOUSING UNIT

**IH-1L**: Roman Agulto-Clear

**IH-1U**: Vicente Kaipat: (1) Excess Toothpaste

**IH-2L**: Francisco Tydingco-Clear

**IH-2U**: George B. Cruz-1-DVD (Joan Of Arc)
5-pcs. Drawing, a bag of napkin (zee brand)
1-excess futon.

**IH-3L**: Francisco R. Demapan
02-Diphenhydramine
01-Hydrochlorothiazide

**IH-3U**: Eric Nekaifes-Clear

**IH-4**: Antonio M. Masga:
1-Excess Futton,1-Colgate

**IH-4U**: Isman Bokuku:-Clear

**Others were found in other locations:**

**Found on the Beam area:** 1-green bottle of Alcohol green cross 40% solution, 3 pcs. Paper clips
small size, 1-body spray 3.4 fl. Oz. 100 ml.

**Found in the Restroom area:** 1-small brown bag inside with (2) bettle nuts and (1) empty lime
container (Yap Lime).

Submitted in to your office for your informations.

Jesse M. Quintanilla

**MEMORANDUM**                                        **Date 10-20-2006**


TO: Georgia M. Cabrera
    Operations Captain, DOC

Thru : LT. Alex Sablan  *10-23-06*

From: COIII Joe Cohn
Acting Shift Commander for Delta Shift


Subject: Shake Down Report
Ref:    Central Male Detention


This report is in reference to the above as mention, That Shift Delta conducted a shake
down in Central Male Detention Housing Unit. Below are a list of the contraband and
excessive supply that were confiscated.


Entered: 1840 hrs                        Exited: 1940 hrs


ISO : Newton Tmarsel                     D-1 : Christopher Igisomar

C28   All Clear                          C28   All Clear


D-2 : Song Hua Li / Alex Augustin        D-3 : Empty

C99 All Clear                            C99 All Clear


D-4 : Empty                              D-5 : Jeffery Cabrera / James Ordillano
                                         C64
                                            1.  01  blue pen      1.01 blue lighter
C64 All Clear                               2.  01 pack coffee    2.01 black pen
                                                                  3. 01 spool of
                                                                       Thred

D-6 : Lann Billy / Ramon C. San Nicolas

C54
  1. 01 blue pen      All Clear
  2. 01 black pen

D-7 : Francisco R. Santos

C54
  1. 01 Lubriderm Lotion
     placed back in control two

D-8 : Michael Peter / Angel Taman

C74

1. 01 excess book     1. 03 hot pepper
2. 01 excess mattress
3. 01 excess pillow
4. 01 excess blanket
5. 3 excess towel
6. small amount of used snuff

D-9 : Jie Si Yang / James Sanchez

C85         All Clear

1. 03 grape drink
2. 15 sugar's
3. 01 paper picture frame

  DOC computer copy paper!

D-10 : Ray Solomon / Hannibal Silvester

C83

  1.  01 sm  paper vase
  2.  01 paper pictuer frame

  DOC computer copy paper!

D-11 : Diego Mundo

C83

1. 03 paper picture frame
2. 01 razer blabe 3
3. 01 black pen

D-12 : Nelson Saimon

C41    All Clear

D-13 : Angel Ruben / Nickson Hartman

C41   All Clear     All Clear

Restroom / Common Area's

All Clear

Confiscated item's in trash bag's
Held in delta shift's locker.
1. D-11 Diego Mundo
2. D-8  Micheal  Peter
3.D-5 J. Ordillano/J. Cabrera
4.D-9 Jie Si Yang
5. D-10 Ray Solomon
6. D-8 Common Area's

Sumitted by COIII Joe Cohn

**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**Office of the Secretary**
(670) 664-9061 Fax: (670) 664-9065

Date        : October 23, 2006

To          : Operation Captain Georgia Cabrera

From        : Alpha Shift Commander

Subject     : Shake Down ~~Monthly Report~~

Housing Unit : Special Management Unit.

On the same date above at 16:29 hours, our personnel Officer Daniel Maliuyaf assisted by Officer Ramon Camacho were conducting random shake down within each cell at SMU Housing. Below are the excess confiscated items in each inmate's assigned cell.

SMU B-01 assigned to Jerry Ramon;
Found nothing

SMU B-03 assigned to Manuel Pangelinan;
Found as follows-
Pants-Excess (01)
Pen-Excess   (02

SMU B-02 assigned to Frank Cepeda;
Found as follows-
Shampoo-Excess (01)
Books-Excess (03)
Blankets-Excess (02)
Shirts-Excess (03)
Short-Excess (01)

SMU B-04 assigned to Jesse James Camacho;
Pen-Excess (01)

SMU B-05 assigned to Dwayne Sibetang;
Found only Trash—

SMU B-06 assigned to Gerald Sablan;
Blanket-Excess (01) Likewise subject told Officer Daniel Maliuyaf to go ahead and dispose it.

In addition to above and for your information, each subject inmate had informed to call up their family member to pick up the confiscated excess items, otherwise, by rules said dispose them.

Sgt. Pius Yaroitemal

CC: Classification Officer, File

# DEPARTMENT OF CORRECTIONS
Susupe, Saipan  MP  96950

Shift      : Charlie

Date       : October 29, 2006

To         : Capt. Georgia M. Cabrera

From       : Lt. Jose K. Pangelinan

Subject    : CMD Housing Shake Down

## Officers Involved in Shake Down:

COIII. Melissa Appleby
COIII. Joseph Delos Santos
COII. Stacey DLGuerrero
COII. Ryan Sablan
COI. Julita Omar
COI. Jonathan Decena

COI. Isamu Jones
COI. Ryan Kaipat
COI. Joaquin Sablan Jr.
COI. David Wabol

On October 29, 2006 a shake down was conducted in CMD Housing and the following items were found and confiscated:

**CELL ISO:  ( (Detainee Newton Tmarsel)**
Clear

**CELL D-01:  (Detainee Jerry Ramon)**
1 excess bar soap

**CELL D-02:    (Vacant)**
Clear

**CELL D-03:  (Detainee Ties Sachuo)**
Clear

**CELL D-04:  (Vacant)**
Clear

**CELL D-05:  (Detainee Jeffrey Cabrera (Upper)/Inmate James Ordillano (Lower)**
Clear

**CELL D-06:  (Detainee Lann Billy (Lower)/Detainee Ramon San Nicolas (Upper)**
1 excess bar soap

**CELL D-07:    (Detainee James Remarii (Upper)/Detainee Francisco Santos (Lower)**
1 bottle of moonshine found on the floor

**CELL D-08:  (Inmate Micheal Peter (Lower)/Detainee Angel Taman (Upper)**
1 screw
1 small bag of laundry soap

**CELL D-09:  (Detainee James Sanchez (Upper)/Detainee Jie Si Yang (Lower)**
Clear

DEPARTMENT OF CORRECTIONS
Susupe, Saipan MP 96950

**CELL D-10:  (Detainee Ray Solomon (Lower)/Detainee Hannibal Silvestre (Upper)**
2 blue pen

**CELL D-11:  (Detainee Swavnasini Neelawala (Lower)/Detainee Diego Mundo (Upper)**
2 excess toilet tissue (Lower)
1 newspaper
1 blk. Pen
1 yellow lighter found inside the toilet tissue of Detainee Diego Mundo

**CELL D-12:  (Detainee Nelson Saimon (Lower)/Detainee Christopher Igisomar (Upper)**
Clear

**CELL D-13:  (Detainee Angel Ruben (Lower)/Detainee Nickson Hartman (Upper)**
Clear

**CMD RESTROOM:**
Clear

Lt. Jose K. Pangelinan

# DEPARTMENT OF CORRECTIONS
## INMATE DISCIPLINARY CITATION

**COPIES TO**   Inmate
Classification Officer (Original)
Operation's Captain

| INMATE NO: | CITATION NO: | VIOLATION DATE: | VIOLATION TIME: | LOCATION OF VIOLATION: |
|---|---|---|---|---|
| * | 06-0083 | 10/29/06 | 06:25 | C MD |

OTHER SPECIFY:

| LAST NAME: | FIRST NAME: | MIDDLE NAME: |
|---|---|---|
| MUNDO | DIEGO | SALAS |

## TYPES OF VIOLATIONS:

### Category III Offenses 300 - High Severity Scale
30 to 60 days isolation and lost of one or more privileges..

- [ ] 301. Any assault resulting in death or serious bodily injury. *
- [ ] 302. Assault with a dangerous weapon *
- [ ] 303. Riot. *
- [ ] 304. Assault on a Corrections Officer. *
- [ ] 305. Arson. *
- [ ] 306. Bribery. *
- [ ] 307. Rape, sexual acts without consent. *
- [ ] 308. Escape. *
- [ ] 309. Extortion*
- [ ] 310. Failure to cooperate in a headcount, shakedown or search.
- [ ] 311. Failure to obey orders of staff.*
- [ ] 312. Damage to Government property (exceeding $100.00). *
- [ ] 313. Possession of Class I contraband. *
- [ ] 314. Tampering with any security device.
- [ ] 315. Threatening any staff member. *.
- [ ] 316. Attempts to commit, assist, or incite others to commit any . of the above. *

### Category II Offenses 200 - Moderate Severity Scale
15 to 30 days isolation and lost of one or more privileges.

- [ ] 201. Assault and Battery. *
- [ ] 202. Counterfeiting, Forgery. *
- [ ] 203. Damage to Government property (Less that $100.00 in value).
- [ ] 204. Destroying the property of another.*
- [ ] 205. Failure to maintain personal hygiene.
- [ ] 206. Failure to maintain sanitary conditions.
- [ ] 207. Fighting. *
- [ ] 208. Interfering with staff.
- [ ] 209. Possession of Class II contraband.
- [ ] 210. Refusal to work.
- [x] 211. Sexual acts with consent.

Violations marked * may result in criminal charges being filed with AG.

- [x] 212. Theft.*
- [ ] 213. Threatening another person.
- [ ] 214. Throwing objects, liquids or food.
- [ ] 215. Violation of visiting rules.
- [ ] 216. Misuse of authorized medication.
- [ ] 217. Tattooing or self-mutilation.
- [x] 218. Attempts to commit, assist or incite others . commit the above. *

### Category I Offenses 100 - Low Severity Scale
7 to 15 days isolation and lost of one or more privileges,

Probation or Written Warning.

- [ ] 101. Being in an unauthorized area.
- [ ] 102. Answering to the name of another.
- [ ] 103. Deception.
- [ ] 104. Disorderly conduct.
- [ ] 105. Disrespect.
- [ ] 106. Failure to maintain personal or common housing area.
- [ ] 107. Unauthorized contact with the public.
- [ ] 108. Unauthorized use of telephone.
- [ ] 109. Failure to perform assigned work.
- [ ] 110. Failure to secure personal property.
- [ ] 111. Violating a condition of furlough, pass, or any other conditional or temporary release.
- [ ] 112. Possession of Class III contraband.
- [ ] 113. False Report.
- [x] 114. Possession of betelnut, cigarette, lighter, chewing tabacco or snuff.
- [ ] 115. Misuse of Government property.
- [ ] 116. Unauthorized possession of another person's property.
- [ ] 117. Gambling.
- [ ] 118. Attempts to commit, assist, or incite others to commit any of the above.

## NARRATIVE:

I OFCR. ISAMU JONES CONDUCTED SHAKE DOWN IN CELL D-10 UPPER BUNK AND DISCOVERED A YELLOW COLOR LIGHTER WRAPPED IN TOILET TISSUE.

| REPORTING OFFICER'S NAME/SIGNATURE: | INMATE'S NAME/SIGNATURE: | SUPERVISOR'S NAME/SIGNATURE: |
|---|---|---|
| *Isamu Jones* | *Diego Mundo* | |

 

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
# DEPARTMENT OF PUBLIC SAFETY
### Division of Corrections
P.O. Box 500791, Civic Center, Susupe, MP 96950
Telephone: (670) 664-9061, Facsimile: (670) 664-9065

## OFFICER'S SELF STATEMENT

**Reporting Officer's Name:**
COI ISAMU JONES

**Date and time reporting:**
10/29/2006 7:13:25 AM

**Date of incident:**
Sunday, October 29, 2006

**Time of incident:**
6:25

**Narrative:**
ON THE DATE AND TIME MENTIONED ABOVE I WAS CONDUCTING SHAKEDOWN IN D-10 INMATE DIEGO MUNDO BUNK ON THE TOP BED WHEN I DISCOVERED A YELLOW COLOR LIGHTER WRAPPED IN TOILET TISSUE, I RELINQUISHED SAID ITEM TO COIII. MELISSA APPLEBY FOR FURTHER INVESTIGATION.

THE TOILET TISSUE THAT THE LIGHTER WAS FOUND HAD AN INTIAL OF D.M. POSSIBLY THE ITEM BELONGS TO DETN. DIEGO MUNDO.

**Reporting Officer's Signature:**

**Reviewed by Supervisor:**
LT. JOSEPH PANGELINAN

**Supervisor Signature:**

**Page 1 of 1**

**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**Division of Correctons, Pre-Trial
and Civil Detention**
(670) 664-9061  Fax: (670) 664-9065

# MEMORANDUM

**Date:** 11/5/06

**To**        : Operations Captain

**From**      : Shift Charlie Commander

**Subject**   : Shake Down (Medium Housing/ RSAT)

On the same date mentioned above, at about 0635 hours, Shift Charlie conducted shake down in Medium Housing and ended at 0706 hours.

Officer listed below are involved during the shake down.
1. Lt. Jose Pangelinan
2. COII Esteven Tenorio
3. COII Stacey Deleon Guerrero
4. COII Ryan Sablan
5. COI Candido Aldan
6. COI Julita Omar
7. COI Cynthia Benavente
8. COI Isamu Jones
9. COI John Steven Santos
10. COI Joaquin Sablan
11. COI Gregorio Blas
12. COI Jonathan Decena
13. COI Iramk Simada
14. COI Patrick Sablan

**MH-1**
Lower Bunk: Jose O. Rabauliman (Clear)
Upper Bunk: vacant

**MH-2**
Lower Bunk: Lius Camacho (Clear)
Upper Bunk: vacant

**MH-3**
Lower Bunk: vacant
Upper Bunk: vacant

**MH-4**
Lower Bunk: Moses Martin (Clear)
Upper Bunk: Pedro Omar (Clear)

**MH-5**
Lower Bunk: Davis Clyde Diaz (Clear)
Upper Bunk: Collier Siksei (Clear)

**MH-6**
Lower Bunk: Ronald Kaipat (Clear)
Upper Bunk: Anthony Rios
- One Tab of Tylenol

**MH-7**
Lower Bunk: Alonzo S. Igisiar
   -   One small clear plastic ziplock containing tobacco (Mickey) and one opened pack
       of cigarette (Doral lights Menthol)

Upper Bunk: vacant

**MH-8**
Lower Bunk: Vincent Camacho (Clear)
Upper Bunk: Nieldino Taisacan (Clear)

**MH-9**
Lower Bunk: Pedro P. Cabrera (Clear)
Upper Bunk: Ignacio Cabrera (Clear)

**MH-10**
Lower Bunk: Athen Remarii (Clear)
Upper Bunk: Daniel Dela Cruz (Clear)

**MH-11**
Lower Bunk: Francisco Pua (Clear)
Upper Bunk: vacant (Clear)

**MH-12**
Lower Bunk: Alfred Obak (Clear)
Upper Bunk: George Ilo (Clear)

**MH-13**
Lower Bunk: Shawn Appleby (Clear)
Upper Bunk: Daniel M. Delos Santos (Clear)


**MH-14**
Lower Bunk: Franklin Aldan (Clear)
Upper Bunk: William Emil Wanket (Clear)

**MH-15**
Lower Bunk: Marlon Martin (Clear)
Upper Bunk: Manabu Chizuwa (Clear)

**MH-16**
Lower Bunk: Mino Phillip (Clear)
Upper Bunk: vacant

After shake down in Medium Housing, at about 0713 hours we conducted shake down in
RSAT and ebded at 0729 hours.

**IH-1**
Lower Bunk: Roman Agulto (Clear)
Upper Bunk: Vicente Kaipat (Clear)

**IH-2**
Lower Bunk: Francisco Tydingco (Clear)
Upper Bunk: George Cruz
    -    One Ibuprofen

**IH-3**
Lower Bunk: Frank Demapan
    -    One capsule of diphenhydramine 50mg
    -    One tab of hydrochlorothiazide 25mg
    -    One pen

Upper Bunk: Eric Nekaifes (03-Bars of bath soap)

**IH-4**
Lower Bunk: Antonio Masga (Clear)
Upper Bunk: Isman Bokuku (Clear)

Shower Room:
-One red cigarette lighter and half stick of cigarette found inside the black shoes.

Items listed below were found on the beam above the water dispenser.
- One blue pen
- One broken AM/FM mini radio with ear phone
- Two small glass of mirrors
- One paper clips
- One small sun glass handle
- One broken razor


End of report.


Lt. Jose K. Pangelinan


Xc     : DOC Secretary (acting)
         Director
         Deputy Director
         File

**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP  96950

**Division of Correctons, Pre-Trial
and Civil Detention**
(670) 664-9061  Fax: (670) 664-9065

# MEMORANDUM

**Date**        : November 22, 2006

**To**          : Operations Captain

**From**        : Shift Delta Commander

**Subject**     : Shake Down (Central Male Detention)


On the same date mentioned above, at about 1829 hours, Shift Delta conducted shake down in CMDHousing and ended at 1903 hours.

Officer listed below are involved during the shake down.

1. COIII Joseph Delos Santos
2. COII Esteven Tenorio
3. COII Stacey Deleon Guerrero
4. COII Ryan Sablan
5. COI Candido Aldan
6. COI Julita Omar
7. COI John Steven Santos
8. COI Joaquin Sablan
9. COI Jonathan Decena
10. COI Brandon B. Agulto
11. COI Jaoquin Jr. Sablan
12. COI David Wabol

**ISO**:
Newton Tmarsel (Clear)

**Cell D-1**
Lower Bunk: Jerry Ramon (Clear)
Upper Bunk: vacant

**Cell D-2**
Lower Bunk: Bonifacio Camacho
- Dinner Plate (Disposed)
Upper Bunk: vacant

**Cell D-3**
Lower Bunk: John Elyiasar (Clear)
Upper Bunk: Vacant

**Cell D-4**
Lower Bunk: Jeffery Cabrera)
- One Orange (fruit)
Upper Bunk: Cui Tie Hu (Clear)

**Cell D-5**
Lower Bunk: Wen Chong Yang (Clear)
Upper Bunk: James Ordellano (Clear)

**Cell D-6**
Lower Bunk: Ties Sachuo
- Dinner Plate (Disposed)
Upper Bunk: vacant

**Cell D-7**
Lower Bunk: Francisco Santos
- Clear Plastic containing Cookies
- Two Pens
- One Orange (fruit)
- Excess books (Returned to Control Two)
- Empty container, Snuff (Top Beam)
Upper Bunk: James Remarii (Clear)
 - One small screw under mattress.

**Cell D-8**
Lower Bunk: Ramon San Nicolas
- Three Orange (fruits)
 Upper Bunk: Angel Taman (Clear)

**Cell D-9**
Lower Bunk:JieSi Yang (Clear)
Upper Bunk: Ismike Magofna
- Five Plastic Strings
- Two Orange
- Two clear plastic of cookies

**Cell D-10**
Lower Bunk: Ray Solomon
Upper Bunk: Pualino Kedhes
-Found Two Cloth strings(center window area)

**Cell D-11**
Lower Bunk: Diego Mundo (Clear)
Upper Bunk: S. Neelawala (Clear)

**Cell D-12**
Lower Bunk: Nelson Saimon (Clear)
Upper Bunk: Christopher Igisomar (Clear)

**Cell D-13**
Lower Bunk: Angel Ruben (Clear)
Upper Bunk: Nickson Hartman(Clear)

Note: Dinner plates, Orange (fruits), and spoil cookies was disposed.

End of report.

COIII Thomas S. Muna

Xc      : DOC Secretary
        : Director
        : Deputy Director
        : Operation Captain
        : File

**DEPARTMENT OF CORRECTIONS**
**Commonwealth of the Northern Mariana Islands**
**P.O. Box 506506**
**Saipan, MP  96950**

**Division of Corrections, Pre-Trial**
**and Civil Detention**
(670) 664-9061  Fax: (670) 664-9065

# MEMORANDUM

| | |
|---|---|
| **Date** | : November 23, 2006 |
| **To** | : Georgia M. Cabrera<br>Operations Captain |
| **From** | : Shift Charlie, Commander |
| **Subject** | : Random Shake Down<br>Re: MSF Male Housing, Civil Detention and Female Housing |

On the same date mentioned above, at about 0432 hours, Shift Charlie conducted a random shake down in MSF Male Housing, Civil Detention and Female Housing.

Officers involved during the shake down as follows:

1. COI. Daniel Maliuyaf
2. COI. Artemio Ma'anao
3. COI. Abigail Borja

**MSF Male Housing Unit:**

***MF-07 (Lower):*** Inmate Taurus Kapwich
1 excess pillow

***MF-09 (Lower):*** Inmate Reynaldo Manila
1 excess blanket

***MF-10 (Lower):*** <u>Inmate Rodolfo Michelena</u>
1 excess blanket

***MF-11 (Lower):*** <u>Inmate Luis Pedro Demapan</u>
1 excess pillow
1 excess blanket
1 mini radio

***MF-12 (Lower):*** <u>Inmate Nestor Taitano</u>
1 excess towel

***MF-13 (Upper):*** <u>Inmate Jin Fu Lin</u>
1 excess pillow

***MF-13 (Lower):*** <u>Inmate Luis Babauta</u>
1 excess blanket

***MF-16 (Lower):*** <u>Inmate Jesus Dowai</u>
1 excess blanket
1 excess towel

***MF-19 (Upper):*** <u>Inmate Anthony Magofna</u>
1 excess towel

***MF-19 (Lower):*** <u>Inmate Alfred Aldan</u>
1 excess towel

***MF-21 (Lower):*** <u>Inmate Alexander Cana</u>
1 excess towel

***MF-25 (Lower):*** <u>Inmate Yoshio Amiji</u>
Excess blankets
1 excess towel

**Civil Detention:**

**_CD-03 (Lower):_** Federal Detainee Greg Magofna
1 excess blanket


**_CD-04 (Lower):_** Federal Detainee Chang Da Liu
1 excess blanket


**Female Housing Unit:**


**_Sallyport:_**
1 cup of orange (fruit)


**_Restroom:_**
Clear


**_R-01 (Lower/Upper):_** Vacant
Clear


**_R-02 (Lower/Upper):_** Vacant
Clear


**_R-03 (Lower/Upper):_** Vacant
Clear


**_R-04 (Lower):_** Federal Detainee Ming Yan Zheng
Towel covering front side of bunk


**_R-05 (Lower):_** Detainee Connie Omar
Towel covering front side of bunk

Note: Excess magazines/books on the table between R-04 and R-05.

***R-06 (Lower):*** Inmate Huang Zhou Ju
Clear


***R-07 (Lower):*** Inmate Hao Ying Mei Yu
Towel covering front side of bunk


***R-08 (Lower):*** Inmate Yen Mei Ying
Clear

Note:  Lockers inspected and found chandelier projects hanging in empty lockers.


End of report.

Sgt. Pius P. Yaroitemal

cc:      DOC Secretary (acting)
         Director`
         Deputy Director
         File

**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
**Saipan, MP  96950**


**T0:**    Georgia M. Cabrera                    **Date:**  12/05/2006
         Operations Captain, DOC

**From:** C0III Jesse M. Quintanilla
        Shift Alpha Commander


**Subject:** Shake Down Report
**Ref:**    Minimum Security, Male Housing Unit


This report is reference to the above as mention, That Alpha Shift conducted the shake down in Minimum Security Male Unit are listed as the following contrabands confiscated;

Entered: 18:40 hrs,                       Exited: 20:23 hrs,

**MF-01:** William Kintz              **MF-02:** Tarson Peter /Zhou Xu
Trash                                    01-small magazine
                                         01-White Necklace/Doral red Open pack
                                            found inside futton


**MF-03:** Joaquin Peredo            **MF-4:** Chun Shan Xu/Oscar Meeyog
Trash                                 1-Hot pepper in stereo foam cups
                                      1-Hot Pepper small container


**MF-05:** Eugene Repeki/Emilio Manahane   **MF-06:** Hadley Renguul
Trash                                        02-AA Battery (Energizer Brand)


**MF-07:** Taurus Kapwich            **MF-08: David Bamba**
Trash                                 Trashes
                                        01-lime container found upper bunk.

Page #02 of # 01,

**MF-09:** Reynaldo Manila
Trash

**MF-10:** Rudopho Michelena/Hernes
Trash

**MF-11:** Pedro Demapan
Trash

**MF-12:** Ramon Blas/Nestor Taitano
Trash

**MF-13:** Luis Babauta
01-Small size Vaporize Vicks

**MF-14:** Santiago B. Cepeda/Franklin Aldan
01-Wrsit Watch Sports Brand

**MF-15:** Oscar R. Babauta
Trash

**MF-16:** Jesus N. Dowai
Trashes

**MF-17:** Marvin Somol/Mark Torres
Mark Torres-16 pcs. Marlboro cig.

**MF-18:** Gabriel Gothrog/Lestor Serillo
Trashes

**MF-19:** Alfred Aldan/A. Magofna
Trashes

**MF-20:** David T. Diaz
20 sticks of Doral Cig.
03-sticks of Malboro Cig.

**MF-21:** Alexander Cana

**MF-22:** Joselito Castro/Rodney Guerrero
25-pieces of Q-tips

**MF-23:** Michael Tessfour

**MF-24:** Carlo Malazarte/Marco fitial

**MF-25:** Aimijii Yoshio

**MF-26:** Joseph Cepeda

**MF-27:** Anthony Barcinas
01-Mirror (small size)
01-twizer
01-Lime

**Others:**

> 01- Open Container of Copenhagen Snuff found hidden behind the Television with the lime container.
> 01- Green Lighter was found behind the urinal.

## CIVIL DETENTION:

**CD: 1** Lower: Juan B. Camacho

Trash

**CD: 3** Lower: Greg Magofna (Feds

Trashes

**CD: 5** : Lower: John S. Pangelinan

1-Hot Pepper

Info's:

**CD:2** Lower: Mayo Tayab -INO

Trash

**CD:4** Lower: Chang Da Liu
1-hot pepper/1-pck brn. Leaves
(possible tea)/1-pencil

**CD: 6**: Lower: Daniel Camacho
        Edward Iriarte-Feds
Trashes

## Female Housing Unit:

R-1 : Vacant upper & Lower Bunk

R-3 : Lower Bunk : Susan Trecho
None

R-5: Connie K. Omar: Lower Bunk
Found inside a plastic of Lime particles

R-7: Hao Ying Mei Yu-Lower Bunk
None

R-2 : Vacant Upper & Lower Bunk

R-4 : Ming Yan Zheng- Lower Bunk
None

R-6: Huang Zhou Ju: Lower Bunk
None

R-8 : Yen Mei Ying: Lower Bunk
None

Others: 06- pieces Q-tips found on the left side of the Officers supply locker (inside locker).

Submitted in to your Office for your informations.

Jesse M. Quintanilla

# DEPARTMENT OF CORRECTIONS

Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**Division of Correctons, Pre-Trial and Civil Detention**
(670) 664-9061 Fax: (670) 664-9065

**To:**    Georgia M. Cabrera
            Operations Captain

Date: 12/13/2006

**From:**  C0III Jesse M. Quintanilla
            Shift Bravo Commander

**Subject:** Shake Down
**Ref:**    Medium Housing Unit & Rsat Housing

Bravo shift conducted a shake down and the items that are confiscated are as listed the
following below:

**Time Entered:** 07:51 hrs                    **Time Exited:** 08:57 hrs

## MEDIUM HOUSING UNITS

MH-1: George Ilo / Jose Rabauliman
Clear

MH-2: Luis DLG. Camacho
02-Tabs. Medicine Container prescription L484

MH-3: Price Shoiter / Mino Phillip
1-excess pillow white, 1-pillow case
2-extra tissues,1-doughnuts,2-pauls milk

MH-4: Moses Martin/Pedro Omar
1-Eucerene cream-by the toilet,1-white ball,
1-ear drop-upper bunk,1-container of pringle
of sour cream & Onions (lower bunk)

MH-5: Davis Clyde Diaz/M. Camacho
Mariano Camacho: (6) green Uniform Shirt
3-photos,1-lime,1-vaseline,1-snuff,1-gum
(Dentyne), 2- tabs acetaminophen

MH-6: R. Kaipat/Anthony P. Rios
1-excess pillow upper bunk,1-excess pillow
1-deodorant lower bunk,1-Moca toothpaste
found in lower bunk.

MH-7: Alonzo Igisiair:
1-white container of lime(small)
1-tupper ware container w/blue cover

MH-8:Vincent Camacho/N. Taisacan
None-Clear

MH-9: Pedro P. Cabrera/I. Cabrera
Upper: (2) excess pillow, Beef Broth

MH-10: A. Remarii/Daniel Dlcruz
None-Clear

MH-11 Francisco Pua
None-Clear

MH-12: Alfred Obak/Collier Siksei
None-Clear

MH-13: S. Appleby/Daniel M. Dlsantos
Appleby-1-Lubriderm Lotion,1-Ping Pong
Set and 1-ear liquid ear drops

MH-14:George Cruz/W.Wanket
None-Clear.

MH-15: Marlon Martin/M. Chizuwa
Upper Bunk: Snuff in non diary cream
Package,1-mirror,1-tape,4-sticks of doral,
1-plastic of carbon paper.
Lower Bunk: (5) adhesive Bandage (New)
(1) sand paper (small)

MH-16: Mino Phillip
None- Clear

Pump Room # 5: In between 5 & 6 -(01) small Lime container
Pump Room # 5: In between 7 & 8 -(01) disk man (1) nail cutter (1) Home made Key Metal
Pump Room # 5: In between 9 & 10- (1) Snuff w/letter & (1) blue lighter
Pump Room # 5: In between 13 & 14-(1) green lighter, (2) mirror
Pump Room # 5: In between 15 & 16-(1) mirror, (1) Nail cutter

Sally Port area in a pile of dirty clothes found 3 bottles of Moon shine hidden.

## RSAT HOUSING UNIT

**Time Entered:**.0906 hrs.,

**Time Exited:** 0933 hrs.,

**IH-1L:** Roman Agulto-
Clear

**IH-1U:** Vicente Kaipat:
Clear

**IH-2L:** Francisco Tydingco
Clear

**IH-2U:** Jin Fu Lin
Clear

**IH-3L:** Francisco R. Demapan
Top bunk area-1-mirror,1-prisolec 7 c tablets
1-30ml Lactulose (cup container)1-prisolec 20mg
1-Hydrochlorothiazide tabs.
Lower Bunk: 6-tablets assorted medications
(1) cup containing of Lactulose

**IH-3U:** Eric Nekaifes
Clear

**IH-4:** Antonio M. Masga:
Underneath Bunk: (1) foam cup containing whole
Hot pepper soak in vinegar.
IH4 Lower=inside pillow (1) open pack of doral
1-twizzer, 1-white container filled with lime in it.

**IH-4U:** Isman Bokuku
Clear

**Others were found in other locations:**


**Found in the Restroom area:** VENTILATOR: Clear plastic filled with bettlenut
1-bag half Mickey, 1-small zip lock bag,
31/2 stick of doral cigarette, 4 pcs. Of pugua.
1-small white container filled with lime.

Restroom shower Hygience Container= (1) mirror

Restroom in one of the legs of table: (3) full stick of Doral Cigarettes.
(3) Pugua in plastic Bag.

Restroom on table= (1) nail clipper

Restroom Underneath sink: (1) plastic zip lock with 2 beetle nut, 1 ½ mickey, 1-Mirror

Top of water Dispenser : (1) Cup Mug


Submitted in to your office for your information.


Jesse M. Quintanilla

**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**Division of Correctons, Pre-Trial and Civil Detention**
(670) 664-9061 Fax: (670) 664-9065

**To:** Georgia M. Cabrera
Operations Captain

**From:** C0III Jesse M. Quintanilla
Shift Bravo Commander

**Date:** 12/20/2006

**Subject:** Shake Down
Ref: Central Male Detention

Bravo shift conducted shake down in Central Male Detention Unit and the following items that are confiscated are as listed below:

Time Enter: 08:23 hrs.,                    Time Exit : 09:17 hrs.,

## Central Male Detention Housing Units

**Isolation Room:** Newton Termasel

**D-1:** Lower-Jerry Ramon
   Clear

**D-2: Rudy D. Dela Rosa (Arrestee)**
   **(01) $20.00 USD found in his pocket during strip search and return back to his**
   **Possession when he was released from custody.**

**D-3:** Kamealoha Oei   (PC)
   Clear

**D-4:** Joseph Crisostomo-Detainee (Arrest Warrant)
   Clear

**D-5:** Seiichi Aoki-Detainee
   Clear

**D-6:** Detainee Ties Sachuo (ISO)/Jei Si Yan
Clear

**D-7:** Detainee Francisco Santos/Ramon C. San Nicolas
Clear

**D-8:** Detainee Nelson Saimon/Christopher Igisomar
Clear

**D-9:** Detainee Jeffrey Cabrera/Inmate James Ordillano
Jeffrey Cabrera-Half Pieces of Beettle Nut

**D-10:** Detainee Ray Solomon/Paulino Khedes
Clear

**D-11:** Detainee Diego S. Mundo
(01) Nystatin & Triamcinolone Ointment
(01) Ketoconazole Cream (01) Shaver
(all Medications confiscate were return back to control )

**D-12:** Detainee Swaynasini Neelawala
Clear

**D-13:** Detainee Angel Ruben/Nickson Hartman
Clear

Restroom was search and no findings of any contraband.

Submit in for your information.

Sincerely,

Jesse M. Quintanilla