**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**Division of Correctons, Pre-Trial
and Civil Detention**
(670) 664-9061 Fax: (670) 664-9065

**To:**   Georgia M. Cabrera
          Operations Captain

**From:**  C0III Jesse M. Quintanilla
           Shift Bravo Commander

**Date:**   12/20/2006

**Subject:** Shake Down
Ref: Special Management Housing Unit

Bravo shift conducted shake down in Special Management Unit and the following items that are confiscated are as listed below:

Time Enter: 09:34 hrs.                    Time Exit:10:00 hrs.

## SPECIAL MANAGEMENT HOUSING UNITS

Cell B-1: Lower (Inmate Larry Aquilar)
          Clear

Cell B-2: Lower (Inmate Franklin Cepeda)
          Clear

Cell B-3: Lower (Inmate Manuel K. Pangelinan)
          Clear

Cell B-4: Lower (Inmate Jesse James B. Camacho)
          Clear

Cell B-5: Lower (Inmate Dwayne M. Sibetang)
          Clear

Cell B-6: Lower (Inmate Gerald C. Sablan)
          Clear

**Others:** (01) Blue Lighter was found by the outlet box of the Utility on the side of the Officers counter.

For your information and dispositions.

Jesse M. Quintanilla
Correction Officer III

**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**Division of Corrections, Pre-Trial and Civil Detention**
(670) 664-9061 Fax: (670) 664-9065

# MEMORANDUM

| | |
|---|---|
| **Date** | : December 22, 2006 |
| **To** | : Georgia M. Cabrera<br>Operations Captain |
| **From** | : Shift Delta, Acting Commander |
| **Subject** | : Shake Down |
| **Re** | : Medium Housing |

On the date mentioned above, at about 1821 hours, Shift Delta conducted a shake down in Medium Housing.

Officers involved during the shake down as follows:

1. COII. Frances Rebuenog
2. COII. Oscar Ogo
3. COI. John Steven Santos
4. COI. Anthony Cruz
5. COI. Daniel Maliuyaf
6. COI. Manuel Quitano
7. COI. Fredrick Billy
8. COI. Leonard Ordonez
9. COI. Simada Iramk
10. COI. Abigail Borja
11. COI. Lianna Peters
12. COI. Mostafa Pasha
13. COI. Thomas Sakuma

**Medium Housing Unit:**

**MH-01:** Inmate Jose Rabauliman (Lower)/Inmate George Ilo (Upper)
- 03 tabs. of Sulfamethazole & Trimethoprim (Upper)
- 01 tab. of Naproxen (Nekaifes imprints on tablet pack)
- 01 table tennis paddle

**MH-02:** Inmate Luis Camacho (Lower)/Vacant (Upper)
- 01 small piece of sand paper found on window in a small container
- 01 blk. thin belt with elastic found on upper bunk.
- 03 rolls of excess toilet tissue
- 01 sm. Tupperware with laundry detergent inside.

**MH-03 :** Inmate Price Shoiter /Inmate Lann Billy
- Excess cream, sugar, ketchup
- Lime container (Upper)

**MH-04:** Inmate Moses Martin /Inmate Pedro Omar
- Excess juice/orange/milk/cupcake
- Toothpaste to make Styrofoam shelf

**MH-05:** Inmate Davis Diaz /Inmate Mariano Camacho
- 1 brown belt (Lower)
- 1 black Permanent marker (Lower)

**MH-06:** Inmate Anthony Rios /Inmate Ronald Kaipat
- Trazodone pill, screw, nail
- Handcuff key taped under the toilet

**MH-07:** Inmate Alonzo Igisaiar Screw found on top of door

**MF-08:** Inmate Vicente Camacho/Neildino Taisacan
- Excess creamer, ketchup, plastic forks.
- Small key with green keyholder
- 1 betelnut (Upper)

**MH-09 :** Inmate Ignacio Cabrera/Inmate Pedro Cabrera
Leafy green substance with wrapper found inside American Bible (Upper)

**MH-10 :** Inmate Daniel Dela Cruz/Detainee Athen Remarii
- 01 Naproxen (Lower)

**_MH-11:_** Inmate Francisco Pua
- 01 excess pillow
- Using toothpaste to make Styrofoam shelf

**_MH-12 :_** Inmate Alfred Obak/Inmate Collier Siksei
- 01 small metal sharp object
- Ibuprofen on the floor

**_MH-13 :_** Inmate Shawn Appleby/Inmate Daniel Delos Santos
- 01 Blue lighter found inside jacket

**_MH-14:_** Inmate George Cruz/Inmate William Wanket
No findings

**_MH-15:_** Inmate Marlon Martin/Inmate Manabu Chizuwa
- Aquamarine lighter found in a hole on the left side of the cell door.
- Window has a crack on the lower left corner when facing the RSAT Housing Unit.
- 01 metal wire object suspected to be used to open cell door.
- The bended end of a metal spoon or fork (Upper)
- 1 tab. of Acetaminophen and Ibuprofen (Upper)

**_MH-16:_** Inmate Mino Phillip/Inmate Michael Peter
- Metal tweezer in a plastic cover on the upper bunk.

**_Restroom:_**
Clear

End of report.

COIII. Melissa Appleby

cc:    DOC Secretary (acting)
       Director
       Deputy Director
       File

**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**Division of Corrections, Pre-Trial and Civil Detention**
(670) 664-9061 Fax (670) 664-9065

# MEMORANDUM

| | |
|---|---|
| **Date** | : December 23, 2006 |
| **To** | : Operations Captain |
| **From** | : Shift Commander "Charlie" |
| **Subject** | : Shake Down (MSF, Male and Female Housing Unit) |

On the same date mentioned above, at about 0605 hours, Shift Charlie conducted shake down at MSF, Male & Female Housing Unit and ended at 0740 hours.

Officer listed below involved during the shake down.

01. COIII Joseph Delos Santos
02. COII Stacey R. Deleon Guerrero
03. COI Cynthia A. Benavente
04. COI Estella M. Cabrera
05. COI Joaquin Jr. C. Sablan
06. COI Brandon B. Agulto
07. COI Candido A. Aldan
08. COI Manuel B. Quitano
09. COII Ryan P. Sablan
10. COII Esteven Tenorio
11. COI Jonathan Sn. Decena
12. COI Julita A. Omar
13. COI Gregorio B. Blas
14. COI David K. Wabol
15. COI Ryan A. Kaipat
16. COI Jesus K. Wabol

---

MF-01
Lower Bunk – William Kintz
- One Needle on the bunk
Upper Bunk – Mohammed S. Uddin
- One Betel Nut

MF-02
Lower Bunk – Tarson Peter - (Clear)
Upper Bunk – Zhou Xu - (Clear)

MF-03
Lower Bunk – None (Scotch Tape)

Upper Bunk – Joaquin Peredo - (Clear)

---

MF-04
Lower Bunk – None
Upper Bunk – Oscar Meeyog - (Clear)

MF-05
Lower Bunk – Eugene Repeki - (Clear)
Upper Bunk – None / found on top
3- Paper clips on top bunk
1- cup of friut

MF-06
Lower Bunk – Rodney Guerrero - (Clear)
Upper Bunk – Hadley Renguul - (Clear)

---

MH-1 LOCKER
Right Side – Clear plastic bag with
              fresh Hot Peppers
Left Side – one small needle

MH-2 LOCKER
Left Side – Strings for sewing rolled
              in a papers / 1- magazine
              Sex, Love and Romance

WINDOW FRAME AREA
Right side / 1- Spit cup
Left Side / 1- Lime container &
1- small plastic container of hot peppers

---

RIGHT WINDOW FRAME AREA
1 – small container of hot peppers

MH-3 LOCKER - Clear

MH-4 LOCKER - Clear

---

MF-07
Lower Bunk – Taurus Kapwich - (Clear)
Upper Bunk – None

MF-08
Lower Bunk – David Bamba
- Empty plastic tobacco
- One cigarette filter
Upper Bunk – None

MF-09
Lower Bunk – Reynaldo Manila (Clear)
Upper Bunk – None

---

MF-10
Lower Bunk – Rodolfo Michelena – (Clear)
Upper Bunk – Hernest Otis – (Clear)
Below Bunk – Foam cup of crushed hot peppers

MF-11
Lower Bunk – Pedro Demapan – (Clear)
Upper Bunk – None, but found on upper bunk
1- Assam bottle containing possible liquor ¾

MF-12
Lower Bunk – Nestor Taitano
1- betel nut / 3- cigarette filter

Upper Bunk – Ramon Blas – (Clear)

---

MF-13
Lower Bunk – Luis Babauta
$12.00 cash on his pillow
1-plastic bag containing catering
    Small pack cake and snacks
Upper Bunk – None

MF-14
Lower Bunk – Santiago Cepeda – (Clear)

Upper Bunk – Franklin Aldan – (Clear)

MF-15
Lower Bunk – Oscar Babauta – (Clear)
Upper Bunk – None

---

MF-16
Lower Bunk – Jesus Dowai – (Clear)
Upper Bunk – None

MF-17
Lower Bunk – Mark Torres – (Clear)
Upper Bunk – Marvin Somol – (Clear)

MF-18
Lower Bunk – Lester Serrilo
1- Red lighter on his bunk
Upper Bunk – Gabriel Gothrog – (Clear)

MH-5 LOCKER
Right side / 1- Crazy glue, 1- small
    blue container & 1-
    Triamcinolone Cream
Left Side - Clear

MH-6 LOCKER
Right Side / (02) roll thread - black
    01 – needle & 1- large
    Coca cola cup (purple)

---

MH-7 LOCKER - Clear

MH-8 LOCKER
Right Side - Clear
Left Side – Cigarette Pack Doral 1/2

CELL CORNER –Ride Side floor
1- black tea bottle, odor of Liquor
(empty)

CELL CORNER – Left side floor
Assam bottle – fina dinni (sauce)

RIGHT WINDOW FRAME
Foam cup – betel nut spit

---

MH-9 & 10 LOCKER - Clear

---

MH-11 LOCKER- Clear

MH-12 LOCKER
Right Side – Excess Family Picture for
    Mark Torres.

RIGHT WINDOW FRAME
One pack of Marlboro Red cigarette

MF-19
Lower Bunk – Alfred Aldan – (Clear)
Upper Bunk – Anthony Magofna – (Clear)

MH-13 & 14 LOCKER - Clear

MF-20
Lower Bunk – David Diaz – (Clear)
Upper Bunk – Hans Ngiraimos
Key chain with yellow ring and nail clipper

MF-21
Lower Bunk – Alexander Cana – (Clear)
Upper Bunk – None

---

MF-22
Lower Bunk – Joselito Castro – (Clear)
Vinegar king carr bottle ¾
Upper Bunk – None

MH-15 LOCKER
Right Side / 1- purple lighter, 5 Halls
            candy & 1 sewing needle
Left Side - Clear

MF-23
Lower Bunk – Michael Tesfour – (Clear)
Upper Bunk – None

MH-16 LOCKER
Right Side / one pack of coloring pencil
            (06)excess phone cards. (PTI)

MF-24
Lower Bunk – Carlo Malazarte – (Clear)
Upper Bunk – Marco Fitial – ( Clear)

LEFT CORNER WINDOW
1- stick of cigarette L & M

---

MF-25
Lower Bunk – Aimiji Yoshio
Two pack of cigarettes L & M hidden inside his futon.
Upper Bunk – Angel Taman – (Clear)

MH-17 & 18 LOCKER - Clear

MF-26
Lower Bunk – None
Upper Bunk – Mitchell Duenas – (Clear)

LEFT CORNER, MOUNT CHAIR
hidden under the chair/1-green ligther

MF-27
Lower Bunk – Anthony Barcinas – (Clear)
Upper Bunk – Greg Sasamoto – (Clear)

Note: Nothing was found inside the restroom or the Dinning Area.

---

## CIVIL DETENTION

CD-01
Lower Bunk – Juan Camacho
Foam cup ½ salt mixed
Upper Bunk - None

CD-02 Upper and Lower Bunk – None

CD-03
Lower Bunk – Ismake Magofna – (Clear)
Upper Bunk – None

CD-04
Lower Bunk – Chang Da Lui
Chinese Kim Chee in foam cup ½
Upper Bunk - None

CD-05
Lower Bunk – John Pangelinan Drawer.
Zip lock Plastic, salt small amount
Foam cup ½  salt mixed
Shoe lace

CD-06 Upper and Lower Bunk - None

FEMALE HOUSING UNIT

R-1
Lower Bunk – Julita Sablan – (Clear)
Upper Bunk – Xu Di Fang – (Clear)

R-2
Lower Bunk – Yu Hui Lei – (Clear)
Upper Bunk – Lin Chong Hua – (Clear)

R-3
Lower Bunk – Susan I. Trecho – (Clear)
Upper Bunk – None

R-4
Lower Bunk – Ming Yan Zheng – (Clear)
Upper Bunk – None

R-5
Lower Bunk – Connie Omar – (Clear)
Upper Bunk – None

R-6
Lower Bunk – Chen Bin – (Clear)
Upper Bunk – None

R-7
Lower Bunk – Hao Ying Mei Yu – (Clear)
Upper Bunk – None

R-8
Lower Bunk – Yen Mei Ying - (Clear)
Upper Bunk – None

Visitation Room
    01. Huang Zho Ju – (Clear)
    02. He Jing Hua – (Clear)

Bath Room:
Window left side found - One small tweezers
Under the sink – 2 packs of Tylenol & 4 pcs in pack of Vicks capsule.


Note: Dinner plates, Orange (fruits) was disposed.


End of report.

COIII Thomas S. Muña

Xc    : DOC Secretary
      : Director
      : Deputy Director
      : Operation Captain
      : File

**DEPARTMENT OF CORRECTIONS**
Commonwealth of the Northern Mariana Islands
P.O. Box 506506
Saipan, MP 96950

**Division of Correctons, Pre-Trial
and Civil Detention**
(670) 664-9061 Fax: (670) 664-9065

To:     Captain G. Cabrera                          Date 12/24/06
        Operations Captain

From:   COIII Joe Cohn
        (Acting) Shift Commander Alpha Shift

Subject: Shakedown
        REF: Random Search

On 12/24/06 Alpha shift conducted a random search of the following section's and cells.
At approximately 05:46hrs Officers J. Quitugua, J. Baumert, A. Cabrera, M.T. Omar, J.
Taisakan, and W. Fryer entered MSF male housing and searched sections MF-17, MF-18,
and MF-25. There were no contraband item's found only excessive trash in all three
sections.

At approximately 05:45hrs Officers N. Kwon, P. Sablan, J. William, D. Camacho entered
Medium Housing Unit and conducted searches of cells MF-04, 05, 07, 13, 15and found
the following contraband.

Cell MF-04
1. Moses Martin   (Clear)
2. Pedro Omar (21 piece of betelnut in his futon )

Cell MF-05
1. Mariano Camacho ( Clear)
2. Davis Clyde Diaz  ( Clear)

Cell MF-07
1. Alonzo Igisaiar  ( one small lime container with lime, and the battery from the smoke
detector of his cell)

Cell MF-13
1. Shawn Appleby ( Clear)
2. Daniel Delos Santos ( 04 stick of cigarette)

Cell MF-15
1. Manabu Chizuwa (Clear)
2. Marlon Martin ( one green BIC lighter )

At approximately05:45hrs Officers J. Rios, S.Norita, A. Maanao entered CMD Housing Unit and conducted searches of cells D-5, D-6, D-7, D-11. There were no contraband item's found, only trash.

At approximately 06:25hrs Officers N.Kwon, D. Camacho, P. Sablan, and J. William entered SMU Housing, and searched cells B-2, B-3, and D-6 only one cell was foud to have contraband.

Cell B-2
1. Franklin Cepeda (one container of lime, and three round hot pepper)

All inmates found to have contraband have been given citations. This report is submitted for your information and records.

COIII Joe Cohn



# COMMONWEALTH HEALTH CENTER
## PRIMARY HEALTH CARE DIVISION

GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF PUBLIC HEALTH-ENVIRONMENTAL SERVICES

## GOVERNMENT AND PUBLIC BUILDING INSPECTION REPORT

Building _Department of Correction_    Location _Susupe_
Person in Charge _Cpt. Georgia Cabrera_    Address _P.O. Box 506506 CK, Saipan MP 96950_

1. Water Supply
   A. _OK_    Source: Approved, Protected and Properly located.
   B. _OK_    Drinking Facilities: Approved type, clean.
   C. _OK_    Waste Water: Approved drainage – no standing pools.
2. Toilet Facilities
   A. _✓_    Type: Adequate, approved.
   B. _OK_    Cross-connection all safety precautions used.
   C. _OK_    Maintenance: In good repair.
   D. _✓_    Floor, stools and seats cleaned daily.
   E. _OK_    Toilet paper: Available and accessible.
   F. _OK_    Light: Condition of seats readily observed.
   G. _OK_    Ventilation: Properly ventilated.
3. Lavatories
   A. _OK_    Hand washing Equipment lavatories, sinks – Approved.
   B. _OK_    Soap: liquid or powdered soap.
   C. _N/A_    Towels: Paper towels provided and properly stored.
   D. _OK_    Waste Water – Approved drainage. No standing pools.
4. Heating and Ventilation
   A. Air Condition
   _OK_    Temperature 68.70°F
   _OK_    Frequency of air change sufficient to prevent odors.
   B. _OK_    Temperature control.

5. Lighting
   Finish:
   _✓_    Light color on wall, ceilings.
   _✓_    Clean.
6. Building
   A. Condition
   _✓_    In reasonably good repair.
   _OK_    No fire or accident hazards.
   _✓_    Neat.
   _✓_    Floor clean.
   B. Floor Space
   _OK_    Adequate for desk space.
   _✓_    Clean.
   C. Cleaning Methods
   _OK_    No dusting and sweeping during work hours.
   D. Grounds
   _OK_    Well drained.
   _✓_    Trash garbage – no fly breeding places.
   _✓_    Clean.
   E. _OK_    Janitors room and supplies neat and clean.
7. Equipment
   _OK_    Waste paper basket approved and use.
8. Ground
   _OK_    No accident hazards.
   _OK_    Others.

DEPARTMENT OF CORRECTIONS

FIRE DRILL REPORT FORM

1. Area of drill: CMD, New Contact Visitations
2. Time of drill: 15:57
3. Name of monitor: COZ Stanley Ngirturngael
4. What route was used, primary or secondary and which exits were used? Primary

5. Elapsed time to evacuate area: 2 Min.
6. Number of staff evacuated: 02 Officers
7. Number of offenders evacuated: 21 Detainees
8. Were staff and offender counts conducted? (X) yes ( ) no
9. Was the evacuation accomplished electrically or by key? Key

10. Did evacuation to safe refuge area? Yes

11. Did staff shut doors and windows upon evacuation? Open

12. Were exits signs lighted? (X) yes (X) no If no, indicated the number of exit lights that needs replacement: 90

13. What alarm pull or detector was tested? NO

14. Did supervisor wait for the all clear before re-entering the building? (X) yes ( ) no

15. General comments, problems and recommendations: DPS/FIRE DID NOT RESPOND FOR DRILL COIII E.V. TANGELINAN STATED THAT FIREMAN JOHN CASTRO STATED THAT AS PER THEIR SUPERVISOR TO JUST LOG DOWN THAT DOC CALLED & INTERESTED CONDUCTED A FIRE DRILL SIMULATION.

Shift Supervisor Signature: _____ Date: 11/13/06

Safety Officer Signature: _____ Date: _____

11





Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

# FOOD HANDLER CERTIFICATE

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
|---|---|---|
| AMADO MATERIOS | 04/30/52 | X ( )M  ( ) F |

| Social Security Number/Entry Permit Card Number | FHC Issue Date |
|---|---|
| 188252 | 06/19/06 |

| Name of Business/Corp. | P.E. Date / Clinic |
|---|---|
| BOLIS R US CATERING | 5/11/06 |

| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) |
|---|---|
| CK 1 | 5/11/07 |

| Occupation | Country/Citizenship |
|---|---|
| BAKER | PI |

( ) New
( X ) Renewal
( ) Duplicate Ref.:_____
( ) Replacement Ref.:_____

Deputy Secretary of Public Health

This Certificate must be readily available upon request by Health Inspectors.

Form DPH-BEH 6
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

28410



**Commonwealth of the Northern Mariana Islands**
**Department of Public Health**
**Division of Public Health**
*Bureau of Environmental Health*

# FOOD HANDLER CERTIFICATE

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
|---|---|---|
| YANSAN, GUILLERMO MACASADIA | 06/25/64 | (X) M ( ) F |

| Social Security Number/Entry Permit Card Number | FHC Issue Date |
|---|---|
| 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 | 05/18/06 |

| Name of Business/Corp. | P.E. Date / Clinic |
|---|---|
| BOLIS R-US CATERING | 04/28/06 |

| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) |
|---|---|
| CK 3 | 04/28/07 |

| Occupation | Country/Citizenship |
|---|---|
| COOK HELPER | PI |

Deputy Secretary of Public Health

(X) New
( ) Renewal
( ) Duplicate Ref.:_____
( ) Replacement Ref.:_____

This Certificate must be readily available upon request by Health Inspectors.

Form DPH-BEH 6

P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

27947



**Commonwealth of the Northern Mariana Islands**
**Department of Public Health**
**Division of Public Health**
*Bureau of Environmental Health*

# FOOD HANDLER CERTIFICATE

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
| --- | --- | --- |
| SANTOS, MARITES A | 12/09/69 | ( )M (X)F |

| Social Security Number/Entry Permit Card Number | FHC Issue Date |
| --- | --- |
| 160751 | 04/10/06 |

| Name of Business/Corp. | P.E. Date / Clinic |
| --- | --- |
| BOLIS "R" US CATERING | 02/16/06 |

| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) |
| --- | --- |
| CHALAN KANOA 3 | 02/16/07 |

| Occupation | Country/Citizenship |
| --- | --- |
| KITCHEN HELPER | FILIPINO |

Deputy Secretary of Public Health

( ) New
(X) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

This Certificate must be readily available upon request by Health Inspectors.

Form DPH-BEH 6
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

27261



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506 CK , Saipan MP 96950
Telephone: (670) 664-9500 Facsimile: (670) 664-9515

## MEMORANDUM OF AGREEMENT

WHEREAS the Department of Public Health has the responsibility and capacity to deliver health care services to all residents on the CNMI; and,

WHEREAS the Department of Corrections has the responsibility and capacity to provide security confinement, and,

WHEREAS the Departments of Public Health and Corrections have areas of interest that present opportunities for efficient and effective collaboration; and,

WHEREAS the CNMI has obligations related to the Consent Decree entered in the case USA v. Governor of CNMI, DPS Commissioner, DoLI Secretary, & DCCA Secretary, Civil Action No. 99-CV-0017,

NOW THEREFORE the Departments of Public Health and Corrections hereby agree as follows:

1. Each agency shall collaborate on areas of defined interest. Services provided hereunder shall be accomplished without transfer of funds between agencies.

2. The Department of Public Health shall provide medical and mental health services for individuals in the custody of the Department of Corrections in a manner consistent with the requirements of the Consent Decree.

3. The Department of Corrections shall provide security as necessary and appropriate for the Department of public Health.

4. Each Department shall designate a contact person who shall be responsible to execute provisions of the Memorandum of Agreement and prepare reports related thereto.

5. Quarterly Reports reflecting services delivered, compliance with provisions of the Consent Decree and such other information as may be appropriate shall be prepared. The first Quarterly Report shall be prepared on or before September 20, 2006. Recipients shall include the Secretary, Department of Public Health, Secretary, Department of Corrections, Governor's Senior Policy Advisor and the Consent Decree Coordinator.

EFFECTIVE: August 7, 2006

J. Kevin P. Villagomez, Secretary
Department of Public Health

John M. Ayuyu, Acting Secretary
Department of Corrections

**Department of Public Safety**
**Division of Corrections**

## SMOKE DETECTOR TEST SHEET

### MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 10-9-06 | CELL MH-01 | BAD GOOD | |
| " | CELL MH-02 | BAD GOOD | |
| " | CELL MH-03 | BAD GOOD | |
| " | CELL MH-04 | BAD GOOD | |
| " | CELL MH-05 | BAD GOOD | |
| " | CELL MH-06 | BAD GOOD | |
| " | CELL MH-07 | BAD GOOD | |
| " | CELL MH-08 | BAD GOOD | |
| " | CELL MH-09 | BAD GOOD | |
| " | CELL MH-10 | BAD GOOD | |
| " | CELL MH-11 | BAD GOOD | |
| " | CELL MH-12 | BAD GOOD | |
| " | CELL MH-13 | BAD GOOD | |
| " | CELL MH-14 | BAD GOOD | |
| " | CELL MH-15 | BAD GOOD | |
| " | CELL MH-16 | BAD GOOD | |
| " | HALL WAY EAST | BAD GOOD | |
| " | HALL WAY WEST | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | HFU | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD | |

### SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 10-5-06 | SALLY PORT | BAD GOOD | N/A |
| " | SALLY PORT | BAD GOOD | |
| " | CELL B-01 | BAD GOOD | |
| " | CELL B-02 | BAD GOOD | |
| " | CELL B-03 | BAD GOOD | |
| " | CELL B-04 | BAD GOOD | |
| " | CELL B-05 | BAD GOOD | |
| " | CELL B-06 | BAD GOOD | N/A |

Inspected by: _____
Logistics/Supply

Acknowledged by: _____
OIC, Logistics/Supply

**Department of Public Safety**
**Division of Corrections**

# SMOKE DETECTOR TEST SHEET

## MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 11/08/0X6 | CELL MH-01 | BAD GOOD | Battery Replace. |
| " | CELL MH-02 | BAD GOOD | No Instrument |
| " | CELL MH-03 | BAD GOOD | New Instrument |
| " | CELL MH-04 | BAD GOOD | New Instrument |
| " | CELL MH-05 | BAD GOOD | New Instrument |
| " | CELL MH-06 | BAD GOOD | New Instrument |
| " | CELL MH-07 | BAD GOOD | New Instrument |
| " | CELL MH-08 | BAD GOOD | New Instrument |
| " | CELL MH-09 | BAD GOOD | New Instrument |
| " | CELL MH-10 | BAD GOOD | New Instrument |
| " | CELL MH-11 | BAD GOOD | New Instrument |
| " | CELL MH-12 | BAD GOOD | New Instrument |
| " | CELL MH-13 | BAD GOOD | New Instrument |
| " | CELL MH-14 | BAD GOOD | Replace Battery |
| " | CELL MH-15 | BAD GOOD | Battery Replace/Tamper |
| " | CELL MH-16 | BAD GOOD | New Instrument |
| " | HALL WAY EAST | BAD GOOD | New Instrument |
| " | HALL WAY WEST | BAD GOOD | New Instrument |
| " | SALLY PORT | BAD GOOD | New Instrument |
| " | SALLY PORT | BAD GOOD | New Instrument |
| " // | ~~SALLY PORT~~ | ~~BAD GOOD~~ | " |
| " // | ~~SALLY PORT~~ | ~~BAD GOOD~~ | " |
| " | HFU (2) R/R | BAD GOOD | New Instrument |
| " | DOC LIBRARY | BAD GOOD | New Instrument |
| " // | ~~DOC LIBRARY~~ | ~~BAD GOOD~~ | " |

## SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 11-08-06 | SALLY PORT | BAD GOOD | N/A |
| " | SALLY PORT | BAD GOOD | |
| " | CELL B-01 | BAD GOOD | |
| " | CELL B-02 | BAD GOOD | |
| " | CELL B-03 | BAD GOOD | |
| " | CELL B-04 | BAD GOOD | |
| " | CELL B-05 | BAD GOOD | |
| " | CELL B-06 | BAD GOOD | N/A |

Inspected by: _____
Logistics/Supply

Acknowledged by: _____
OIC, Logistics/Supply

**Department of Public Safety**
**Division of Corrections**

# SMOKE DETECTOR TEST SHEET

## MEDIUM SECURITY/HFU/LIBRARY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 12/05/06 | CELL MH-01 | BAD GOOD | N/A |
| " | CELL MH-02 | BAD GOOD | |
| " | CELL MH-03 | BAD GOOD | |
| " | CELL MH-04 | BAD GOOD | |
| " | CELL MH-05 | BAD GOOD | |
| " | CELL MH-06 | BAD GOOD | |
| " | CELL MH-07 | BAD GOOD | |
| " | CELL MH-08 | BAD GOOD | |
| " | CELL MH-09 | BAD GOOD | |
| " | CELL MH-10 | BAD GOOD | |
| " | CELL MH-11 | BAD GOOD | |
| " | CELL MH-12 | BAD GOOD | |
| " | CELL MH-13 | BAD GOOD | |
| " | CELL MH-14 | BAD GOOD | |
| " | CELL MH-15 | BAD GOOD | |
| " | CELL MH-16 | BAD GOOD | |
| " | HALL WAY EAST | BAD GOOD | |
| " | HALL WAY WEST | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | HFU | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD | |
| " | DOC LIBRARY | BAD GOOD | N/A |

## SPECIAL MANAGEMENT UNIT (SMU)

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 12/05/06 | SALLY PORT | BAD GOOD | N/A |
| | SALLY PORT | BAD GOOD | |
| " | CELL B-01 | BAD GOOD | |
| " | CELL B-02 | BAD GOOD | |
| " | CELL B-03 | BAD GOOD | |
| " | CELL B-04 | BAD GOOD | |
| " | CELL B-05 | BAD GOOD | |
| " | CELL B-06 | BAD GOOD | N/A |

Inspected by: _____     Acknowledged by: _____
                    Logistics/Supply                                              OIC, Logistics/Supply

# Department of Corrections

## SMOKE DETECTOR TEST SHEET

### Minimum Security Facility – Male Section

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 10-5-6 | Control Room | Bad | |
| " | Foyer to Control Room | Bad | |
| " | Hallway | Bad | |
| " | Hallway | Bad | |
| " | Hallway | Bad | |
| " | Hallway | Bad | |
| " | Restroom/Shower Area | Good | |
| " | Visitation Area | Good | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### Minimum Security Facility – Female Section

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 10-5-06 | Hallway | Good | N/A |
| " | Hallway | Good | |
| " | Restroom/Shower Area | Good | |
| " | Visitation Area | Good | |
| | | | |
| | | | N/A |

Inspected By: _____

Logistics & Supply Officer

**Department of Public Safety
Division of Corrections**

**SMOKE DETECTOR TEST SHEET**

**MINIMUM SECURITY FACILITY**

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 11/08/06 | Control Room | BAD  GOOD | New Replace Battery |
| " | Main Hallway to Control Room | BAD  GOOD | New Replace Battery |
| " | Male Section – H/W | BAD  GOOD | New Instrument |
| " | Male Section – H/W | BAD  GOOD | New Instrument |
| " | Male Section – H/W | BAD  GOOD | New Instrument |
| " | Male Section – H/W | BAD  GOOD | New Instrument |
| " | Male Section- Shower Area | BAD  GOOD | Battery Good |
| " | Male Section- Visitation Area | BAD  GOOD | No Instrument |
| " | RSAT-H/W | BAD  GOOD | No Instrument |
| " | RSAT-H/W | BAD  GOOD | New Instrument |
| " | RSAT-Shower Area | BAD  GOOD | No Instrument |
| " | RSAT-Visitation Area | BAD  GOOD | No Instrument |

Inspected By: _____    Acknowledge By: _____
              Print Name & Sign                    OIC, Logistic & Supply

Department of Public Safety
Division of Corrections

## SMOKE DETECTOR TEST SHEET

### MINIMUM SECURITY FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 10/05/04 | Control Room | BAD ~~GOOD~~ | N/a |
| " | Main Hallway to Control Room | BAD (GOOD) | N/a |
| " | Male Section – H/W | BAD (GOOD) | N/a |
| " | Male Section – H/W | BAD (GOOD) | N/a |
| " | Male Section – H/W | BAD (GOOD) | N/a |
| " | Male Section – H/W | BAD (GOOD) | N/a |
| " | Male Section- Shower Area | BAD (GOOD) | N/a |
| " | Male Section- Visitation Area | (BAD) GOOD | Replace Battery |
| " | RSAT-H/W | BAD (GOOD) | N/a |
| " | RSAT-H/W | BAD (GOOD) | N/a |
| " | RSAT-Shower Area | BAD (GOOD) | N/a |
| " | RSAT-Visitation Area | BAD (GOOD) | N/a |

Inspected By: _____
          Print Name & Sign
          CM J. Babauta

Acknowledge By: _____
          OIC, Logistic & Supply

## Department of Corrections

### SMOKE DETECTOR TEST SHEET

#### Main DOC Control

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 10-5-06 | Processing Area | Bad | Broken |
| " | Kitchen Area | Good | NA |
| " | Entrance to Library | Good | " |

#### Central Male Detention (CMD)

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 10-5-06 | Storage in Control Room | Bad | Broken |
| " | Receiving Area | Bad | " |
| " | Hallway – East Wing | Good | NA |
| " | Hallway – West Wing | Bad | Broken |
| " | Hallway –Center | Good | N/A |
| " | Isolation Cell | Bad | Broken |
| " | D-01 | Bad | |
| " | D-02 | Bad | |
| " | D-03 | Good | N/A |
| " | D-04 | Bad | Broken |
| " | D-05 | Bad | |
| " | D-06 | Bad | |
| " | D-07 | Bad | |
| " | D-08 | Bad | |
| " | D-09 | Bad | |
| " | D-10 | Bad | |
| " | D-11 | Bad | |
| " | D-12 | Bad | |
| " | D-13 | Bad | Broken |

Inspected By: _____
Logistics & Supply Officer

**Department of Public Safety**
**Division of Corrections**

# SMOKE DETECTOR TEST SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| | PROCESSING | BAD  GOOD | New Installment |
| " | KITCHEN AREA | BAD  GOOD | |
| " | ENTRANCE TO LIBRARY | BAD  GOOD | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| 11/08/06 | STORAGE-CONTROL | BAD  GOOD | New Battery Rep. |
| " | RECHIVING AREA | BAD  GOOD | New Instrument |
| " | HALLWAY-E/ WING | BAD  GOOD | No Installment |
| " | HALLWAY-C/WING | BAD  GOOD | New Installment |
| " | HALLWAY-W/WING | BAD  GOOD | No Installment |
| " | ISOLATION CELL | BAD  GOOD | New Instalment |
| " | CELL D-01 | BAD  GOOD | New Instalment |
| " | CELL D-02 | BAD  GOOD | New Instalment |
| " | CELL D-03 | BAD  GOOD | Replace Battery |
| " | CELL D-04 | BAD  GOOD | New Installment |
| " | CELL D-05 | BAD  GOOD | New Installment |
| " | CELL D-06 | BAD  GOOD | New Installment |
| " | CELL D-07 | BAD  GOOD | New Installment |
| " | CELL D-08 | BAD  GOOD | New Installment |
| " | CELL D-09 | BAD  GOOD | New Installment |
| " | CELL D-10 | BAD  GOOD | New Installment |
| " | CELL D-11 | BAD  GOOD | New Installment |
| " | CELL D-12 | BAD  GOOD | New Instalment |
| " | CELL D-13 | BAD  GOOD | New Instalment |

## FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| | SALLY PORT | BAD  GOOD | |
| | SALLY PORT | BAD  GOOD | |
| " | CELL F-01 | BAD  GOOD | |
| " | CELL F-02 | BAD  GOOD | |

INSPECTED BY: _____
Logistic/Supply Officer

ACKNOWLEDGE BY: _____
OIC, Logistic/Supply

**Department of Public Safety**
**Division of Corrections**

# SMOKE DETECTOR TEST SHEET

## MAIN CONTROL – DOC

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 10/05/06 | PROCESSING | BAD GOOD | N/A |
| " | KITCHEN AREA | BAD GOOD | |
| " | ENTRANCE TO LIBRARY | BAD GOOD | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| 10/05/06 | STORAGE CONTROL | BAD GOOD | N/A |
| " | RECEIVING AREA | BAD GOOD | |
| " | HALLWAY-E/WING | BAD GOOD | |
| " | HALLWAY-C/WING | BAD GOOD | |
| " | HALLWAY-W/WING | BAD GOOD | |
| " | ISOLATION CELL | BAD GOOD | |
| " | CELL D-01 | BAD GOOD | |
| " | CELL D-02 | BAD GOOD | |
| " | CELL D-03 | BAD GOOD | |
| " | CELL D-04 | BAD GOOD | |
| " | CELL D-05 | BAD GOOD | |
| " | CELL D-06 | BAD GOOD | |
| " | CELL D-07 | BAD GOOD | |
| " | CELL D-08 | BAD GOOD | |
| " | CELL D-09 | BAD GOOD | |
| " | CELL D-10 | BAD GOOD | |
| " | CELL D-11 | BAD GOOD | N/A |
| " | CELL D-12 | BAD GOOD | Replaced Battery |
| " | CELL D-13 | BAD GOOD | N/A |

## FEMALE FACILITY

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| " | SALLY PORT | BAD GOOD | |
| " | SALLY PORT | BAD GOOD | |
| " | CELL F-01 | BAD GOOD | |
| " | CELL F-02 | BAD GOOD | |

INSPECTED BY: _____        ACKNOWLEDGE BY: _____
Logistic/Supply Officer                                                    OIC, Logistic/Supply

**Department of Public Safety**
**Division of Corrections**

# FIRE EXTINGUISHER INSPECTION SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| 10-6-06 | Control Room | 10 LBS. | BAD GOOD | N/A | Full |
| " | Processing Area | 10 LBS. | BAD GOOD | N/A | Full |

## CENTRAL MALE DETENTION

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Control Room | 10 LBS. | BAD GOOD | NA | Full |
| " | Receiving Area | 10 LBS. | BAD GOOD | " | " |

## MINIMUM SECURITY FACILITY

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| " | Control Room | 10 LBS. | BAD GOOD | NA | Full |
| | Main Hallway to Control Room | 10 LBS. | BAD GOOD | " | " |

## DOC ADMINISTRATION AREA

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|------|----------|--------|--------|----------|---------|
| | Reception Area | 10 LBS. | BAD GOOD | | |
| " | Administrative Lobby | 10 LBS. | BAD GOOD | | |
| " | Admin Hallway to Briefing Room | 10 LBS. | BAD GOOD | | |

## MINIMUM SECURITY FACILITY-FIRE ALARM/WATER SPRINKLER DRAINAGE

| DATE | LOCATION | STATUS | REMARKS |
|------|----------|--------|---------|
| | MSF-Laundry Area | Monthly Water Drainage | / |

Inspected By: _____   Acknowledge By: _____
Print Name & Sign                              OIC, Logistics & Supply

Note: Revised on 04/01/03

Department of Public Safety
Division of Corrections

# FIRE EXTINGUISHER INSPECTION SHEET

## MAIN CONTROL - DOC

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|---|---|---|---|---|---|
| | Control Room | 10 LBS. | BAD  GOOD | | |
| " | Processing Area | 10 LBS. | BAD  GOOD | | |

## CENTRAL MALE DETENTION

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|---|---|---|---|---|---|
| 11/08/06 | Control Room | 10 LBS. | BAD  GOOD | N/A | Full |
| " | Receiving Area | 10 LBS. | BAD  GOOD | N/A | Full |

## MINIMUM SECURITY FACILITY

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|---|---|---|---|---|---|
| 11/08/06 | Control Room | 10 LBS. | BAD  GOOD | N/A | Full |
| " | Main Hallway to Control Room | 10 LBS. | BAD  GOOD | N/A | Full |

## DOC ADMINISTRATION AREA

| DATE | LOCATION | WEIGHT | STATUS | SERIAL # | REMARKS |
|---|---|---|---|---|---|
| | Reception Area | 10 LBS. | BAD  GOOD | | |
| " | Administrative Lobby | 10 LBS. | BAD  GOOD | | |
| " | Admin Hallway to Briefing Room | 10 LBS. | BAD  GOOD | | |

## MINIMUM SECURITY FACILITY-FIRE ALARM/WATER SPRINKLER DRAINAGE

| DATE | LOCATION | STATUS | REMARKS |
|---|---|---|---|
| | MSF-Laundry Area | Monthly Water Drainage | |

Inspected By: _____  Acknowledge By: _____
Print Name & Sign                                              OIC, Logistics & Supply

Note:  Revised on 04/01/03

**Department of Corrections**

**FIRE EXTINGUISHER INSPECTION SHEET**

### Main Control - DOC

| DATE | LOCATION | WEIGHT | STATUS | SERIAL# | REMARKS |
|------|----------|--------|--------|---------|---------|
| 12-16-6 | Control Room | 10 lbs. | Full | N/A | |
| " | Processing Area | 10 lbs. | Full | N/A | |

### Central Male Detention

| DATE | LOCATION | WEIGHT | STATUS | SERIAL# | REMARKS |
|------|----------|--------|--------|---------|---------|
| 12-16-6 | Control Room | 10 lbs. | Full | NA | |
| " | Receiving Area | 10 lbs. | Full | NA | |

### Minimum Security Facility – Male Section

| DATE | LOCATION | WEIGHT | STATUS | SERIAL# | REMARKS |
|------|----------|--------|--------|---------|---------|
| 12-16-6 | Control Room | 10 lbs. | Full | NA | |
| | Hallway to Control Room | 10 lbs. | " | " | |

### Minimum Security Facility – Female Section

| DATE | LOCATION | WEIGHT | STATUS | SERIAL# | REMARKS |
|------|----------|--------|--------|---------|---------|
| 12-16-6 | Control Room | 10 lbs. | Full | NA | |
| " | Processing Area | 10 lbs. | Full | NA | |

Inspected by: _COL. J. Bobsanta_

Logistics & Supply Officer

# SERVICE REPORT

APPROVED BY_____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | | DATE |
|---|---|---|---|---|---|---|---|---|
| | 01 | | | 8031 | 1 | R.   CAMACHO | | 9 29 06 |

| CUSTOMER NAME | | CUST. NO. | STORE | COST CTR | F/R OR EXCH NO |
|---|---|---|---|---|---|
| | | | 82 | FJ | |

- ☐ HMC H190
- ☐ HPS H192
- ☐ HMS H150
- ☐ HDM H191
- ☐ HRIS BR ___
- ☐ HLS RB ___
- ☐ HLS FONT_

| | OT / PT / SPL | START |
|---|---|---|
| | ELAPSED TIME | STOP |
| | OT / PT / SPL | START |
| | ELAPSED TIME | STOP |
| | OT / PT / SPL | START |
| | ELAPSED TIME | STOP |

| MAKE | MODEL | SERIAL NUMBER | ARRG NO | STD HOURS |
|---|---|---|---|---|
| CAT | 3306 | 80UU18065 | | |

JOB DESCRIPTION

| CHG DSL | CHG DEO | MLG | VEH | CHG 10W | CHG 30W | COST | SELL | HOURS, MILES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES  ☐ NO | \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\| |
| | | | | | | ☐ YES  ☐ NO | \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\| |
| | | | | | | ☐ YES  ☐ NO | \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\| |

DESCRIPTIVE CODES
A - Structural
B - Surface
C - Leaks
D - Factory Assembly
E - System Malfunction
F - Factory Shipping
G - General Repair
H - Adjustments
K - Serviceability
N - Abuse
X - OPERATION COMPLAINT

**WHAT WAS THE CUSTOMER COMPLAINT?**

**ADDITIONAL COMMENTS THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?**   Perfor Service on Generator
change oil and filters
warm unit up untill operating temperature

CUSTOMER SIGNATURE

SERVICEMAN SIGNATURE

DEALER - TOP COPY CUSTOMER

# SERVICE REPORT

| WORK ORDER NO. | SEGMENT 01 | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. 8031 | SHIFT 1 | EMPLOYEE NAME  R. CAMACHO | APPROVED BY | DATE 9/29/6 |
|---|---|---|---|---|---|---|---|---|

| CUSTOMER NAME | | CUST. NO. | STORE 82 | COST CTR FJ | F/R OR EXCH NO | ☐ HMC H190 | OT / PT / SPL | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ HPS H192 | ELAPSED TIME | |

| MAKE CAT | MODEL 3512 | SERIAL NUMBER 2420644H | ARRG NO 7C1300 | STD HOURS 218 | ☐ HMS H150 | | |
|---|---|---|---|---|---|---|---|

JOB DESCRIPTION

☐ HDM H191    OT / PT / SPL

☐ HRIS BR ____    ELAPSED TIME

☐ HLS RB ____    OT / PT / SPL

☐ HLS FONT ____

| CHG DSL | CHG DEO | MLG | VEH | CHG 10W | CHG 30W | COST | SELL | HOURS, MILES | ELAPSED TIME |
|---|---|---|---|---|---|---|---|---|---|

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | ☐ NO | ||||||||||||||||||||| |
| | | | | | | ☐ YES | ☐ NO | ||||||||||||||||||||| |
| | | | | | | ☐ YES | ☐ NO | ||||||||||||||||||||| |

**DESCRIPTIVE CODES**
A - Structural   B - Surface   C - Leaks   D - Factory Assembly   E - System Malfuction   F - Factory Shipping   G - General Repair   H - Adjustments   K - Serviceability   N - Abuse   X - OPERATION COMPLAINT

**WHAT WAS THE CUSTOMER COMPLAINT?**   Monthly P.M. inspection

**ADDITIONAL COMMENTS THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?**   Perform monthly P.M. inspection. Run unit and warm up. all system Good

CUSTOMER SIGNATURE

SERVICEMAN SIGNATURE

DEALER - TOP COPY  CUSTOMER - BOTTOM COPY

# HAWTHORNE

# SERVICE REPORT

APPROVED BY_____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | DATE |
|---|---|---|---|---|---|---|---|
| | | | | 8031 | 1 | R.  CAMACHO | 1 17 07 |

| CUSTOMER NAME | CUST. NO. | STORE | COST CTR | F/R OR EXCH NO | | OT / PT / SPL | START |
|---|---|---|---|---|---|---|---|
| D O J | | 82 | | | ☐ HMC H190 | | |
| | | | | | ☐ HPS H192 | ELAPSED TIME | STOP |

| MAKE | MODEL | SERIAL NUMBER | ARRG NO | STD HOURS | | | |
|---|---|---|---|---|---|---|---|
| Cat | 3512 | 24206644 | | 247 | ☐ HMS H150 | OT / PT / SPL | START |
| | | | | | ☐ HDM H191 | | |
| JOB DESCRIPTION | | | | | ☐ HRIS BR ___ | ELAPSED TIME | STOP |
| | | | | | ☐ HLS RB ___ | | |
| | | | | | ☐ HLS FONT. ___ | OT / PT / SPL | START |

| CHG | CHG | MLG | VEH | CHG | CHG | COST | SELL | HOURS, MILES | ELAPSED TIME | STOP |
|---|---|---|---|---|---|---|---|---|---|---|
| DSL | DEO | | | 10W | 30W | | | | | |

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES  ☐ NO | \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| |
| | | | | | | ☐ YES  ☐ NO | \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| |
| | | | | | | ☐ YES  ☐ NO | \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| |

**DESCRIPTIVE CODES**
A - Structural   C - Leaks   E - System Malfuction   G - General Repair   K - Serviceability   X - OPERATION
B - Surface   D - Factory Assembly   F - Factory Shipping   H - Adjustments   N - Abuse   COMPLAINT

**WHAT WAS THE CUSTOMER COMPLAINT?**  Monthly  P.M.  and  inspection.

**ADDITIONAL COMMENTS THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?**  Check  all  fluids  Ran  unit  and  warm  up.

CUSTOMER SIGNATURE  1/17/07

SERVICEMAN SIGNATURE

DEALER - TOP COPY  CUSTOMER - BOTTOM COPY

# HAWTHORNE

# SERVICE REPORT

APPROVED BY_____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | | EMPLOYEE NAME | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 8031 | 1 | R. | CAMACHO | | | 1 17 0? |

| | CUSTOMER NAME | | CUST. NO. | STORE | COST CTR | F/R OR EXCH NO |
|---|---|---|---|---|---|---|
| D | D T | | | 82 | | |

| MAKE | MODEL | SERIAL NUMBER | | ARRG NO | STD HOURS |
|---|---|---|---|---|---|
| Cat | 3300 | 66D46615 | | | 134 |

JOB DESCRIPTION

☐ HMC H190
☐ HPS H192
☐ HMS H150
☐ HDM H191
☐
☐ HRIS BR ____
☐ HLS RB ____
☐ HLS FONT. ____

OT / PT / SPL — START
ELAPSED TIME — STOP
OT / PT / SPL — START
ELAPSED TIME — STOP
OT / PT / SPL — START

| CHG | CHG | MLG | VEH | CHG | CHG | COST | SELL | HOURS, MILES | ELAPSED TIME |
|---|---|---|---|---|---|---|---|---|---|
| DSL | DEO | | | 10W | 30W | | | | STOP |

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |

DESCRIPTIVE CODES: A - Structural  B - Surface   C - Leaks  D - Factory Assembly   E - System Malfunction  F - Factory Shipping   G - General Repair  H - Adjustments   K - Serviceability  N - Abuse   X - OPERATION COMPLAINT

**WHAT WAS THE CUSTOMER COMPLAINT?**  Monthly  P.M.  and  inspection.

**ADDITIONAL COMMENTS THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?**  Check  all  fluids.  Run  unit  and  warm  up.

NOTE:  LEAK  on  Smoke  Stack.

CUSTOMER SIGNATURE

SERVICEMAN SIGNATURE

DEALER - TOP COPY  CUSTOMER - BOTTOM COPY

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 9.28.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
|  |  |  |  |  |

Inspected By: *Coll. CHRIS GN. WARNICK*
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 9.28.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign

*Coll. CHRIS GN. WARNICK*
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.06.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
|  |  |  |  |  |

Inspected By: *COll. CHRIS WARNICK*
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.6.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign

*Coll. CHRIS WARNICK*
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.11.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
|  |  |  |  |  |

Inspected By: *CON. CHRIS WARNICK*
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.11.2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign

*CON. CHRIS WARNICK*
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10. 29. 2006 | Processing | 20 | Doc # 3 | Scratches on mask |
| | | | | |

Inspected By: _Coll. Chris sn. Warnick_
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10. 30. 2006 | Processing | 20 | Doc # 3 | Scratches on mask |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_Coll. Chris sn. Warnick_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10. 30. 2006 | Processing | 20 | Doc # 3 | Scratches on mask |
| | | | | |

Inspected By: _Coll. Chris sn. Warnick_
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10. 31. 2006 | Processing | 20 | Doc # 3 | Scratches on mask |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_Coll. Chris sn. Warnick_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10. 31. 2006 | Processing | 20 | Doc # 3 | Scratches on mask |
| | | | | |

Inspected By: _Coll Chris on. Warnick_
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 01. 2006 | Processing | 20 | Doc # 3 | Scratches on mask |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_Coll Chris on. Warnick_
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.22.2006 | PROCESSING | 20 | DOC # 3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COII. CHRIS W. WARNICK_
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.23.2006 | PROCESSING | 20 | DOC # 3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_COII. CHRIS W. WARNICK_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.23.2006 | PROCESSING | 20 | DOC # 3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COII. CHRIS W. WARNICK_
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.24.2006 | PROCESSING | 20 | DOC # 3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_COII. CHRIS W. WARNICK_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.24.2006 | PROCESSING | 20 | DOC # 3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COII. CHRIS W. WARNICK_
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.25.2006 | PROCESSING | 20 | DOC # 3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_COII. CHRIS W. WARNICK_
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.16.2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |

Inspected By: _COIL. CHRIS SN. Warnick_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.17.2006 | PROCESSING | 20 | Doc#3 | SCRATCHES ON MASK |

Inspected By: _____
Incoming Officer-Print & Sign          _COV. CHRIS ON. Warnick_
                                        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.17.2006 | PROCESSING | 80 | Doc#3 | SCRATCHES ON MASK |

Inspected By: _COIL. CHRIS SN. Warnick_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.18.2006 | PROCESSING | 20 | Doc#3 | SCRATCHES ON MASK |

Inspected By: _____
Incoming Officer-Print & Sign          _COV. CHRIS ON. Warnick_
                                        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.21.2006 | PROCESSING | 30 | Doc#3 | SCRATCHES ON MASK |

Inspected By: _COIL. CHRIS SN. Warnick_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.22.2006 | PROCESSING | 20 | Doc#3 | SCRATCHES ON MASK |

Inspected By: _____
Incoming Officer-Print & Sign          _COV. CHRIS ON. Warnick_
                                        Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.12.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COII. CHRIS WARNICK_
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.12.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____        _COII. CHRIS WARNICK_
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.13.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COII. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.13.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____        _COII. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.15.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COII CHRIS SN. WARNICK_
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.16.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____        _COII. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 25. 2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: 2011 CHRIS SN. WARNICK
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 25. 2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

COII CHRIS SN. WARNICK
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 26. 2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: COII CHRIS ON. WARNICK
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 26. 2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

COII. CHRIS SN. WARNICK
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 27. 2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: COII. CHRIS SN. WARNICK
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 27. 2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

COII. CHRIS SN. WARNICK
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11·14·2006 | PROCESSING | 20 | DOC # 3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: Coll. CHRIS SN. Warnick
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11·14·2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____            Coll. CHRIS SN. Warnick
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11·18·2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: Coll. CHRIS SN. Warnick
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11·19·2006 | PROCESSING | 20 | DOC #3 | SCRATCHED ON MASK |
| | | | | |

Inspected By: _____            Coll. CHRIS SN. Warnick
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11·19·2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: Coll. CHRIS SN. Warnick
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11·19·2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____            Coll. CHRIS SN. Warnick
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11.08.2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COII. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11.09.2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK. |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign          COII. CHRIS SN. WARNICK
                                       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11.12.2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COII. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11.12.2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign          COII CHRIS SN. WARNICK
                                       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11.13.2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COII. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11.13.2006 | PROCESSING | 20 | DOC#3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign          COII. CHRIS SN. WARNICK
                                       Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 05. 2004 | Processing | 90 | Doc # 3 | Scratches on Mask |
| | | | | |

Inspected By: _Coll Chris Sn. Warnick_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 06. 2004 | Processing | 20 | Doc # 3 | Scratches on Mask |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign          _Coll Chris Sn. Warnick_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 06. 2006 | Processing | 20 | Doc # 3 | Scratches on Mask |
| | | | | |

Inspected By: _Coll. Chris Sn. Warnick_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 07. 2004 | Processing | 20 | Doc # 3 | Scratches on Mask |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign          _Coll. Chris Sn. Warnick_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 07. 2004 | Processing | 20 | Doc # 3 | Scratches on Mask |
| | | | | |

Inspected By: _Coll Chris Sn. Warnick_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11. 08. 2004 | Processing | 20 | Doc # 3 | Scratches on Mask |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign          _Coll Chris Sn. Warnick_
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12 23 06 | PROCESSING | 20 | Doc #3 | SCRATCHED Mask |

Inspected By: _____    COI. DAVERRICK CAMACHO
Incoming Officer-Print & Sign             Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/29/06 | PROCESSING | 20 | Doc #3 | SCRATCHED MARK |

Inspected By: COI. DAVERRICK CAMACHO    COI. _____
Incoming Officer-Print & Sign           Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/24/06 | PROCESSING | 20 | Doc #3 | SCRATCHED MASK |

Inspected By: COI. _____    COI. DAVERRICK CAMACHO
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/25/06 | PROCESSING | 20 | Doc #7 | MASK SCRATCHED |
| 12/26/06 | PROCESSING | 20 | Doc #3 | MASK SCRATCHED |

Inspected By: COI. DAVERRICK CAMACHO    COI. _____
Incoming Officer-Print & Sign           Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/25/06 | PROCESSING | 20 | Doc #3 | MASK SCRATCHED |

Inspected By: _____    COI. DAVERRICK CAMACHO
Incoming Officer-Print & Sign             Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| December 30·31, 2006 | Processing | 20 | D.O.C. #3 | Mask Scratch / Casing Damaged |

Inspected By: _____    CDII Thomas C. Sablan C.39
Incoming Officer-Print & Sign             Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION/ | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/16/06 | PROCESSING | 20 | DOC 3 | SCRATCHED MASK |

Inspected By: Col. CHRIS SN. WARNICK        COL. DAVERRICK CAMACHO
Incoming Officer-Print & Sign         Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12.17.2006 | PROCESSING | 20 | DOC #3 | SCRATCHED ON MASK |
| 12/17/06 | PROCESSING | 20 | DOC #3 | SCRATCHED MASK |

Inspected By: COl. DAVERRICK CAMACHO     COl. CHRIS SN. WARNICK
Incoming Officer-Print & Sign         Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/17/06 | PROCESSING | 20 | DOC #3 | SCRATCHED MASK |

Inspected By: _____     COl. DAVERRICK CAMACHO
Incoming Officer-Print & Sign         Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/18/06 | PROCESSING | 20 | DOC #3 | SCRATCHED MASK |

Inspected By: COl. DAVERRICK CAMACHO     _____
Incoming Officer-Print & Sign         Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/18/06 | PROCESSING | 20 | DOC #3 | SCRATCHED MASK |

Inspected By: _____     COl. DAVERRICK CAMACHO
Incoming Officer-Print & Sign         Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/23/06 | PROCESSING | 20 | DOC #3 | SCRATCHED MASK |

Inspected By: COl. DAVERRICK CAMACHO     _____
Incoming Officer-Print & Sign         Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/11/06 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |

Inspected By: Coll. CHRIS SN. WARNICK        Col. DAVERRICK Camacho c-54
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12.12.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |

Inspected By: Col. DAVERRICK Camacho        Coll. CHRIS SN. WARNICK
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/12/06 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |

Inspected By: Coll. CHRIS SN. WARNICK        Col. DAVERRICK Camacho
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12.13.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| 12-13-06 | Processing | 20 | DOC 3 | mash scratch |

Inspected By: Coll. Frances Rebnerez        Coll. CHRIS SN. WARNICK
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-13/14-06 | Processing | 20 | DOC 3 | mash Scratch |

Inspected By: _____        Coll. Frances Rebnerez
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/16/06 | PROCESSING | 20 | DOC 3 | SCRATCHED MASK |

Inspected By: Col. DAVERRICK Camacho        _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.05.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COll CHRIS SN. WARNICK_
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.05.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_COll. CHRIS SN. WARNICK_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.09.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COll CHRIS SN. WARNICK_
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.09.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_COll. CHRIS SN. WARNICK_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.10.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COll. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign

_Jeanette Bennett_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.11.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| 12/11/2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |

Inspected By: _COl. DAVEFRICK CAMACHO_
Incoming Officer-Print & Sign

_COll CHRIS SN. WARNICK_
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.02.2006 | PROCESSING | 20 | DOC #5 | SCRATCHED ON MASK |
| | | | | |

Inspected By: _COll. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.02.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____          _COll. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.03.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COll. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.03.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____          _COll CHRIS SN. WARNICK_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.04.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _COll. CHRIS ON. WARNICK_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.04.2006 | PROCESSING | 20 | DOC #3 | SCRATCHES ON MASK |
| | | | | |

Inspected By: _____          _COll. CHRIS SN. WARNICK_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12·31·06 | Control #2 | 25 | Doc#2 | Mask Scratched / Case Danged |
| 12·31·01·01·07 | " #2 | 25 | " #2 | " " " |

Inspected By: _COI_ _____  
Incoming Officer-Print & Sign

COII W.FRYERuff  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01·01·07 | Control #2 | 25 | DOC#2 | Mask Scratches / Case Danged |
| 01·01·02·07 | " #2 | 25 | " #2 | " " " |

Inspected By: _COI_ _____  
Incoming Officer-Print & Sign

COI ____  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01·02·07 | Control #2 | 25 | DOC#2 | Mask Scratched / Case Danged |
| 01.02.07 | Control II | 25 | #2 | " " " |

Inspected By: _COI L. Quinfaga_  
Incoming Officer-Print & Sign

COI ____  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01.02.07 | Cabra II | 25 | #2 | Mask scratched / |
| 01·02·07 | CONTROL II | 25 | #2 | Mask scratched |

Inspected By: _COI J. _____  
Incoming Officer-Print & Sign

COI L. Quinfagan  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01·03·07 | Control II | 25 | #2 | Mask Scratched |
| 01-03-07 | Control II | 25 | DOC#2 | mask scratched/wrong damaged |

Inspected By: _COII Oscar _____  
Incoming Officer-Print & Sign

COI J. ____  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01·03·07 | Control II | 25 | DOC#2 | mask scratch casing damaged |
| 01-03-07 | CONTROL II | 25 | DOC #2 | mask scratched/case damaged |

Inspected By: _COI. H. Pua _____  
Incoming Officer-Print & Sign

COII Oscar ____  
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12·25·26·06 | Control #2 | 25 | Doc#2 | Mack Scratched |
| 12/2 | | | | |

Inspected By: _____          _Cor f_____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/26-27/06 | CONTROL #2 | 25 | DOC # 2 | MASK SRATCH/CASE DAMAGED |
| 12·27·28·06 | Control#2 | 25 | #2 | " " |

Inspected By: _Cor f_____                        _Cor Apps Pun_____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12·27·28·06 | Control#2 | 25 | DOC#2 | Mask Scratched/Case Damaged |
| 12·28·29·06 | Control# 2 | 25 | #2 | " " " |

Inspected By: _Cor f_____                        _Cor f_____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12·29·06 | Control#2 | 25 | DOC#2 | Mask Scratched / Case Damaged |
| 12/30/06 | CONTROL 2 | 25 | Doc #2 | MASK SCRATCHED /CASE DAMAGED |

Inspected By: COI NAHNKON NORRIS KWON          _Cor f_____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/30/06 | CONTROL II | 25 | DOC #2 | MASK SCRATCHED/CASE DAMAGED. |
| 12/30/06 | Control II | 25 | DOC #2 | Mask Scratched/Case D |

Inspected By: COI Arthur Cabrera              COI NAHNKON NORRIS KWON
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-31-06 | CONTROL II | 25 | DOC# 2 | MASK SCRATCHED |
| 12-31-06 | CONTROL II | 25 | DOC# 2 | MASK SCRATCHED |

Inspected By: COII W.FRYER W.F          _____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign