# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.22.06 | CONTROL II | 25 | DOC# 2 | MASK SCRATCH / CASE DAMAGE |
| 12.22.23.06 | CMD | 25 | " #2 | " " " " " |

Inspected By: _CO2_ _____
Incoming Officer-Print & Sign

_CO. F. Pitty_ _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 18.23.06 | CMD | 25 | DOC#2 | Mask Scratched / Case Damage |

Inspected By: _COII W. FRYER WF_ _____
Incoming Officer-Print & Sign

_CO2_ _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-23-06 | CMD | 25 | DOC# 2 | MASK SCRATCHED |

Inspected By: _COII R. Sablan_ _____
Incoming Officer-Print & Sign

_COII W FRYER_ _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-24-06 | CMD | 25 | DOC#2 | MASK scratched |
| 1.24.25.06 | CMD | 25 | " #2 | " " |

Inspected By: _CO2_ _____
Incoming Officer-Print & Sign

_CO. R. Sablan_ _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-25-06 | CMD | 25 | DOC#2 | Mask scratched |

Inspected By: _COII W.FRYER WF_ _____
Incoming Officer-Print & Sign

_CO2_ _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-25-06 | C.MD | 25 | DOC#2 | MASK SCRATCHed |
| 12-25-06 | CMD | 25 | " | " |

Inspected By: _CO.# S. KAPILEO_ _____
Incoming Officer-Print & Sign

_COII W. FRYER WF_ _____
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

1580-248 4103 / Aprox

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/19-19/06 | CONTROL II (CMD) | 25 | DOC #2 | MASK SCRATCHED/CASE DAMAGED |

Inspected By: _CO. F. Billy_          _CO. HANS PUA_
    Incoming Officer- Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-19-06 | CONTROL II | 25 | DOC #2 | Mask Scratched/Case Damaged |
| 12.19.20.06 | CMD | 25 | #2 | Mask Scratched/Case Damaged |

Inspected By: _CO2_          _CO. F. Billy_
    Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12.19.20.06 | CMD | 25 | DOC#2 | Mask Scratched |

Inspected By: _____          _CO2_
    Incoming Officer-Print & Sign          Outgoing-Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/20/06 | CONTROL II | 25 | D.O.C. #2 | Mask Scratched / Case Damage |

Inspected By: _CO. D. WABOL_          
    Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/21/06 | CONTROL II | 25 | D.O.C. #2 | Mask Scratched / Case Damage |

Inspected By: _CO. F. Billy_          _CO. D. WABOL_
    Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/21/06 | CONTROL II | 25 | DOC #2 | MASK SCRATCH / CASE DAMAGE |
| 12.22.23.06 | CMD | 25 | " " #2 | " " " " |

Inspected By: _CO2_          _CO. F. Billy_
    Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

1222/80

8674

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12·15.16·06 | CMD | 25 | DOC#2 | Mask Scratched / Case Damaged |

Inspected By: _COIT W.FRYER WF_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-16-06 | CMD | 25 | DOC#2 | mask scratched |
| 12-16-17-06 | CMD | 25 | | |

Inspected By: _Co.I S. Kapler_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign   _COII W.FRYER WF_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/16-17/06 | CMD | 25 | | Mask Scratched |

Inspected By: _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/17-18/06 | CMD | 25 | DOC#2 | MASK SCRATCHED CASE DAMAGED |

Inspected By: _Co.I. WABOL_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/17-18/06 | CMD | 28 | DOC#2 | MASK SCRATCHED CASE DAMAGED |

Inspected By: _COII W, FRYER WF_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign   _Co/. T WABOL_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-18-06 | CMD | 25 | DOC#2 | mask scratched |
| 12/18-19/06 | CMD | 25 | DOC#2 | MASK SCRATCHED /CASE DAMAGED |

Inspected By: _COI H. PUA_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign   _COII W.FRYER_

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/10-11/06 | CMD | 25 | DOC #2 | Mosk Scratched / Case Damaged |
| 12/10-1/06 | CMD | 25 | Doc #2 | Plate Scratched / Case Damaged |

Inspected By: CDI D. Voeb lo
Incoming Officer-Print & Sign

COII W. FRYER WF
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/11/06 | CMD | 25 | DOC #2 | Mosk Scratched / Case Scratched |

Inspected By: CO II W. FRYER WF
Incoming Officer-Print & Sign

COI D. Voeb
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/11-12/06 | CMD | 25 | Doc #2 | Mask Scratched / Case Damage |

Inspected By: _____
Incoming Officer-Print & Sign

CDI D. Voeb   COII W. FRYER
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/14/06 | CMD | 25 | Doc #2 | mask scratched |

Inspected By: CO2 M Curtoo
Incoming Officer-Print & Sign

COI Kevin Shanon
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/14-15/06 | CMD | 25 | DOC #2 | mask scratched / case damaged |

Inspected By: _____
Incoming Officer-Print & Sign

CO2 M. Curtoo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12·15·06 | CONTROL II | 25 | DOC #2 | Mask scratch / case damaged |
| 12·15·16·06 | CMD | 25 | " #2 | Mask Scratched / Case Damaged |

Inspected By: _____
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/7-8/06 | CMD | 25 | Doc #2 | mask scratch /case damage |

Inspected By: Col M Quitano _____    Coll R. Sarian _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/8/06 | CMD | 25 | Doc #2 | mask scratch /case damage |

Inspected By: Coll R. Sarian _____    Col M. Quitano _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/08/06 | CMD | 25 | Doc #2 | mask scratched |
| 12-08-06 | Control # | 25 | Doc #2 | mask scratched /casing damaged |

Inspected By: Coll Oscar Gyo _____    Coll R. Sarian _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-09-06 | Control # | 25 | Doc #2 | mask scratched /casing damaged |

Inspected By: _____    Coll Oscar Gyo _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/9-10/06 | Cont. II | 25 | Doc #2 | mask scratch/casing damage |

Inspected By: Col M. Quitano _____    _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/10/06 | Cont. II | 25 | Doc #2 | mask scratch casing damage |
| 12/10-06 | Control II | 25 | Doc #2 | mask scratched / damaged |

Inspected By: Coll W. Fryer wf _____    Col M. Quitano _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-01-06 | Control II | 25 | DOC #2 | mask scratched |

Inspected By: _____  
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12·02·06 | CMD (Control) | 25 | | N/A (mask scratched) |

Inspected By: _____  
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12.02.06 | CMD | 25 | | mask scratched |
| 12.02.06 | | | | |

Inspected By: Col. M. Quitano  
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/3/06 | CMD | 25 | DOC#2 | mask scratched/casing |
| 12/3/06 | CMD | 25 | DOC#2 | Mask Scratched Damaged |

Inspected By: COT D. Joab  
Incoming Officer-Print & Sign

Col. M. Quitano  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/03/06 | CMD | 25 | DOC #2 | Mask Scratched /Casing Damage |
| 12/03/06 | Control II | 25 | DOC #2 | Mask Scratched /Casing Damaged |

Inspected By: Cos. Nannoon Ncbbes Kwon  
Incoming Officer-Print & Sign

Col Daniel T. Joab  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/04/06 | Control II | 25 | DOC #2 | Mask Scratched /Casing Damaged |
| December 04, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch / Casing Damaged |

Inspected By: COII Thomas C. Sablan C-39  
Incoming Officer-Print & Sign

Cos. Nannoon Ncbbes Kwon  
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| December 04, 05, 2006 | Control II | 25 | D.O.C. # 2 | Mask Scratch / Casing Damaged |
| " " | " | " | " | " " |

Inspected By: _____    CO II Thomas C. Sablan C·39
Incoming Officer- Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/5/06 | Cowtrol II | 25 | D.O.C #2 | Mask scratch |
| December 05, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch / Casing Damaged |

Inspected By: CO II Thomas C. Sablan C·39    _____
Incoming Officer- Print & Sign              Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| December 05·06, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch / Casing Damaged |

Inspected By: CO II W. FRYER W.F    CO II Thomas C. Sablan C·39
Incoming Officer- Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-5-06 | CONTROL II | 25 | D.O.C #2 | MASK SCRATCHED / casing damaged |
| 12·06·06 | CMD | 25 | " #2 | " " " |

Inspected By: _____    CO II W. FRYER WF
Incoming Officer- Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12·06·06 | CMD | 25 | DOC #2 | Mask scratched / Damage Casing |
| 12-06-06 | Control II | 25 | Doc #2 | mask scratched / casing Damaged |

Inspected By: CO II Oscar Cruz    _____
Incoming Officer- Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-07-06 | Control II | 25 | Doc #2 | mask scratched / casing Damaged |

Inspected By: _____    CO II Oscar Cruz
Incoming Officer- Print & Sign          Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/27/06 " | C WD " | 25 " | DOC #2 " | MASK Scratch " " |

Inspected By: COII Stanley Ngurdenegel Jr     _____
Incoming Officer-Print & Sign          Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/27/06 | CMD | 25 | DOC #2 | mask scratched |

Inspected By: COII W. FRYER WF     CO2 Stanley Ngurdenegel Jr
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-27-06 | C.M.D | 25 | DOC#2 | mask scratched |

Inspected By: _____     COII W. FRYER WF
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/29/06 11/30/06 | CMD | 25 | DOC #2 | MASK scratchow) casing Damage |

Inspected By: Cesar Cru Taro     COII R. Sablan
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/30/06 | cmd | 25 | Doc #2 | mask scratched / |
| 11/30/06 | Control II | 25 | Doc#2 | casing Damage. |

Inspected By: Cott Oscar Cru Taro     C.I.M. Cru Taro "
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/01/06 | Control II | 25 | Doc #2 | mask scratched/casing Damage |

Inspected By: COII R. Sablan     Cott Oscar Cru Taro
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-24-06 | Control # | 25 | DOC#2 | mask scratched casing Damaged |
| 11-24-06 | Control II | 25. | DOC#2 | " " " " |

Inspected By: _____
Incoming Officer-Print & Sign

Col Oscar C. _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-24/25-06 | Control II | 25 | Doc#2 | mask scratched/casing |
|  |  | 25 | Doc #2 | Damaged |

Inspected By: Col. M. ____
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By: Col.
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/25/06 | Control II | 25 | Doc#2 | Mask Scratched |
| 11/25/06 | Control II | 25 | Doc#2 | " "Casing Damaged |

Inspected By: Col Oscar C. ____
Incoming Officer-Print & Sign

CO II Stanley Ngirchongter
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/26/06 | Control | 25 | DOC#2 | mask scratched casing Damaged |
| November 26, 2006 | Control II | 25 | D.O.C. #2 | " " " " |

Inspected By: CO II Thomas C. Sablan C-39
Incoming Officer-Print & Sign

Col Oscar C. ____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 26-27, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch/Casing Damaged |
| " | " | " | " | " " |

Inspected By: _____
Incoming Officer-Print & Sign

CO II Thomas C. Sablan C-39
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/30/06 | Control II | 25 | DOC #2 | mask scratched/casing Damaged |

Inspected By: COII Oscar _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/30/06 | Control II | 25 | DOC #2 | mask scratched/casing Damaged |

Inspected By: _____        COII Oscar _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/22/06 | Control II | 25 | D.O.L. #2 | Mask Scratched |

Inspected By: COI. M. _____        Col D. _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/23/06 | Control II | 25 | Doc #2 | Mask scratch / casing Damage |

Inspected By: _____        COI. M. _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/23/06 | Control II | 25 | DOC #2 | Mask scratched |
| 11/23/06 | Control II | 25 | Doc #2 | mask scratched/casing Damage |

Inspected By: COII Oscar _____        _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 25 OCT 2006 | CONTROL II | 25 | DOC #2 | scratched mask/Damaged case |
| 24 Oct 2006 | CONTROL II | 25 | Doc #2 | Scratched mask /Damaged case |

Inspected By: Col M. Untamo
Incoming Officer-Print & Sign

Col Lorraine Pios CGS
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/24-25/06 | CONTROL II | 25 | Doc # 2 | Scratched mask /Damage case |
| " " | " " | 25 | " " | " " " " |

Inspected By: Col. D. Kaddat
Incoming Officer-Print & Sign

Col. M. Untamo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/24-25/06 | CONTROL II | 25 | DOC #2 | MASK SCRATCHED /CASE DAMAGED |
| 10/25/06 | CONTROL II | 25 | DOC #2 | Mask scratched /case damaged |

Inspected By: _____
Incoming Officer-Print & Sign

Col. D. Kaddat
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/28-29/06 | CONTROL II | 25 | Doc #2 | MASK SCRATCHED /CASE DAMAGE |

Inspected By: Col. M. Untamo
Incoming Officer-Print & Sign

Col J. Deceus
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/29/06 | CONTROL II | 25 | DOC #2 | MORE SCRATCHED |
| 30/10/29 | " | " | " | CASE DAMAGE. |

Inspected By: Col. J. Twab
Incoming Officer-Print & Sign

Col. M. Untamo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/30/06 | CONTROL II | 25 | DOC #2 | MASK SCRATCHED |
| 10/30/2006 | CONTROL II | 25 | DOC #2 | Scratched mask /Damage case |

Inspected By: Col Lorraine Pios
Incoming Officer-Print & Sign

Col J. Twab
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 19, 06 | Control II | 25 | DOC #2 | mask scratched / Casing Damaged |
| November 19, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch / Casing Damaged |

Inspected By: __COII Thomas C. Sablan C-39__        __COII Oscar Cap__
　　　　　　Incoming Officer-Print & Sign　　　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 19-20, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch / Casing Damaged |

Inspected By: __COII W.F.Yer WF__        __COII Thomas C. Sablan C-39__
　　　　　　Incoming Officer-Print & Sign　　　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 20, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch / Casing Damage |

Inspected By: __COII Thomas C. Sablan C-39__        __COII W.F.Yer WF__
　　　　　　Incoming Officer-Print & Sign　　　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 20-21, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch / Casing Damage |
| November 20, 2006 | Control II | 25 | DOC #2 | mask scratched / Casing Damaged |

Inspected By: __COII Oscar Cap__        __COII Thomas C. Sablan C-39__
　　　　　　Incoming Officer-Print & Sign　　　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 21, 2006 | Control II | 25 | DOC #2 | mask scratched / casing Damaged |

Inspected By: _____        __COII Oscar Cap__
　　　　　　Incoming Officer-Print & Sign　　　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-21-06 | CONTROL II | 25 | DOC #2 | MASK SCRATCHED |
| 11-22-06 | Control II | 25 | DOC #2 | MASK SCRATCHED |

Inspected By: __COII W. FRYER WF__        _____
　　　　　　Incoming Officer-Print & Sign　　　　　　　　Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11 | 16 | 06 | Control # | 25 | DOC#2 | mask scratched / casing Damaged |

Inspected By: _____          COII Oscar Ogo Dydy
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11 | 16-17 | 06 | CONTROL II | 25 | DOC # 2 | MASK SCRATCH / CASING DAMAGE |

Inspected By: COI M. Quitan         Col. R. Sablan
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/17/06 | Carrol II | 25 | DOC #2 | mask scratch / casing Damaged |

Inspected By: COII L. Cohn        Col. M. Quitan
Incoming Officer-Print & Sign       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-17-06 | Control II | 25 | DOC #2 | Scratch mask |
| 11-17-06 | Control II | 25 | DOC #2 | mask scratched / casing Damaged |

Inspected By: COII Oscar Ogo        COII L. Cohn
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-18-06 | Control # | 25 | DOC#2 | mask scratched / casing Damaged |
| November 18, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch / Casing Damaged |

Inspected By: COII Thomas C. Sablan C-34        COII Oscar Ogo
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 18-19, 2006 | Control II | 25 | D.O.C. #2 | Mask Scratch / Casing Damaged |
| November 18, 06 | Control # | 25 | Doc #2 | |

Inspected By: COII Oscar Ogo        COII Thomas C. Sablan C-34
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 12, 2006 | Control II | 25 | D.O.C. # 2 | Mask Scratch / Casing Damaged |

Inspected By: _____
Incoming Officer-Print & Sign

COII Thomas C. Sablan C-39
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/13/06 | Control II | 25 | Doc #2 | Mask scratched |
| " | " | " | " | " |

Inspected By: COII W.F FRYER WF
Incoming Officer-Print & Sign

COII Stanley Nanchangel - Su
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/14/06 | Control II | 25 | Doc #2 | Mask scratched |
| " | " | " | " | " |

Inspected By: COII Stanley Nanchangel Su
Incoming Officer-Print & Sign

COII W.F FRYER WF
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/14/06 | Control II | 25 | DOC #2 | Mask scratched |

Inspected By: _____
Incoming Officer-Print & Sign

COII Stanley Nanchangel Su
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/15/06 | Control II | 25 | D.O.C. #2 | MASK SCRATCHED / CASE DAMAGE |
| " | " | " | " | " |

Inspected By: COI D. WABOL
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/15/06 | Control II | 25 | D.O.C. #2 | Mask Scratched |
| 11/15/06 | Control II | 25 | Doc #2 | mask scratched Casing Damaged |

Inspected By: COII Oscar
Incoming Officer-Print & Sign

COI D. WABOL
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 08, 2006 | Control II | 25 | D.O.C. # 2 | Mask Scratch / Casing Damaged |

Inspected By: _____
Incoming Officer- Print & Sign

CO II Thomas C. Sablan C.39
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 08-09, 2006 | Control II | 25 | D.O.C. # 2 | Mask Scratch / Casing Damaged |
| November 08-09, 2006 | Control II | 25 | D.O.C. # 2 | Mask Scratch / Casing Damaged |

Inspected By: CO II Thomas C. Sablan C.39
Incoming Officer-Print & Sign

Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 09, 2006 | Control II | 25 | D.O.C. # 2 | Mask Scratch / Casing Damaged |

Inspected By: _____
Incoming Officer-Print & Sign

CO II Thomas C. Sablan C.39
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/10/06 | Control II | 25 | D.O.C. # 2 | Mask Scratch / Casing Damage |
| 11/10/06 | Control II | 25 | D.O.C. # 2 | Mask Scratch / Casing Damage |

Inspected By: CO II DAVID WABOL
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/11/06 | Control II | 25 | D.O.C. #2 | Mask Scratch / Case Damage |

Inspected By: Col. M. Ourbano
Incoming Officer-Print & Sign

CO II DAVID WABOL
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-11-12-06 | CONTROL II | 25 | DOC #2 | Mask Scratch / Case Damage |
| November 12, 2006 | Control II | 25 | D.O.C. # 2 | Mask Scratch / Casing Damaged |

Inspected By: CO II Thomas C. Sablan C.39
Incoming Officer- Print & Sign

Col. M. Ourbano
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-22-06 | Control II | 25 | DOC#2 | mask scratched |
| 11/06/06 | Control II | 25 | DOC#2 | mask scratched/casing Damaged |

Inspected By: COII Oscar Cruz
Incoming Officer-Print & Sign

COII Wifredo Cruz
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/06/06 | Control II | 25 | DOC#2 | mask scratched/casing Damaged |
| 11/04/2006 | Control II | 25 | DO2 | mask scratched/case Damaged |

Inspected By: CO Lorraine Rios CUO
Incoming Officer-Print & Sign

COII Oscar Cruz
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/05/2006 | Control II | 25 | DO2 | mask scratch/case Damaged |
| | | | | |

Inspected By: COL. M. Quitano
Incoming Officer-Print & Sign

CO Lorraine Rios CUO
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/6-7/04 | Control II | 25 | DOC 2 | mask scratched/casing Damaged |
| | | | | |

Inspected By: COII Oscar Cruz
Incoming Officer-Print & Sign

COL. M. Quitano
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/6-7/04 | Control II | 25 | DOC 2 | mask scratched/casing Damaged |
| 11/07/06 | Control II | 25 | Doc #2 | " " " " |

Inspected By: COII Oscar Cruz
Incoming Officer-Print & Sign

CO Lorraine Rios
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/07/06 | Control II | 25 | DOC #2 | mask scratched/casing Damaged |
| 11/07/06 | Control II | 25 | DOC #2 | " " " " |

Inspected By: COII Thomas C. Sablan C-39
Incoming Officer-Print & Sign

COII Oscar Cruz
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10 27-28 06 | | | | |
| 10 28 06 | | | | |

Inspected By: _____

Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10 28 06 | Control II | | | |
| 10 08 06 | Control II | 25 | DOC#2 | mask scratch/casing Damaged |

Inspected By: COI Oscar Ojo Tony

Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10 28 06 | Control # | 25 | DOC#2 | mask scratch/casing Demaged |
| 10 28 06 | Control II | 25 | DOC#2 | mask scratch/casing Damaged |

Inspected By: _____

Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign    COI Oscar Ojo Tony

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/3 0/2006 | control 11 | 25 | DOC 2 | mask scratch/Damage Case |
| | | | | |

Inspected By: _____

Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign    coi Lorraine Rios

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/31/2000 | CONTROL 11 | 25 | DOC2 | MASK SCRATCH/ CASE DAMAGE |
| 11/01/2006 | | | | |

Inspected By: _____

Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign    coi Estefania T Rios

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/04/06 | CONTROL II | 25 | DOC 2 | MASK SCRATCH |
| 11/06/06 | " | | | |

Inspected By: _____

Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-21-06 | Control II | 25 | DOC#2 | mask scratch/ Casing Damaged |

Inspected By: COI Oscar (G) Borja
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-21-06 | Control II | 25 | Doc#2 | mask scratch/ Casing Damaged |
| 10/21/06 | CONTROL II | 25 | Doc#2 | " |

Inspected By: COI Lorraine Rios C09
Incoming Officer-Print & Sign

COI Oscar (G) Borja
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/22/06 | CONTROL II | 25 | DOC# 2 | scratched mask/ Damage cree |
| October 22, 2006 | Control II | 25 | Doc#2 | Mask Scratched/ CASING Damaged. |

Inspected By: COI. NAHKOON NORRIS KWON
Incoming Officer-Print & Sign

COI Lorraine Rios C09
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| October 22, 2006 | Control II | 25 | DOC#2 | Mask Scratched/ Casing Damaged |
| 10/22/06 | control II | 25 | DOC#2 | mask scratch/Casing Damaged |

Inspected By: COI Estefania Rios
Incoming Officer-Print & Sign

COS. NAHKOON NORRIS KWON
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| OCTOBER 22, 2006 | CONTROL II | 25 | DOC#2 | NXSK SCRATCHED/ CASING DAM |
| 10/23/06 | Control II | 25 | DOC#2 | mask scratched/ casing Damaged |

Inspected By: COI Oscar (G) Borja
Incoming Officer-Print & Sign

COI Estefania Rios
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/23/06 | Control II | 25 | Doc#2 | mask scratched/ Casing Damaged |
| 10/23/06 | Control II | 25 | Doc#2 | mask scratched/ Casing Damaged |

Inspected By: COI Lorraine Rios C09
Incoming Officer-Print & Sign

COI Oscar (G) Borja
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 14, 2006 | Control II | 25 | DOC #2 | Mask Scratched / Casing Damaged. |
| October 15, 2006 | Control II | 25 | DOC #2 | Mask Scratched / Casing Damaged. |

Inspected By: _____
Incoming Officer-Print & Sign          Outgoing Officer Print & Sign
COI. Maureen Norris Kwon

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/15-16/06 | CONTROL II | 25 | D.O.C #2 | MASK SCRATCHED/CASING DAMAGED |
| 10/16/06 | CONTROL II | 25 | D.O.C #2 | mask scratch/casing Damaged |

Inspected By: COI Oscar Go
Incoming Officer-Print & Sign          COI. Hans Puro
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-16-06 | Control II | 25 | DOC #2 | mask scratch/casing Damaged |
| 10-16-06 | Control II | 25 | DOC #2 | |

Inspected By: COI Lorraine Rios
Incoming Officer-Print & Sign          COI Oscar Go
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 16 OCT 2006 | CONTROL II | 25 | DOC #2 | SCRATCHED MASK/DAMAGED CASE |
| 16 OCT 2006 / 17 OCT | " | " | " | " |

Inspected By: COI Maureen Norris Kwon
Incoming Officer-Print & Sign          COI Lorraine Rios
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 17, 2006 | Control I | 25 | Doc #2 | Mask Scratched / Casing Damaged |
| October 17, 2006 | Control II | 25 | Doc #2 | Mask Scratched / Casing Damaged |

Inspected By: COI Estefania Rios
Incoming Officer-Print & Sign          COI. Maureen Norris Kwon
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| OCTOBER 17/2006 | CONTROL II | 25 | DOC #2 | MASK SCRATCHED/casing Dama |
| | " | 25 | D OC #2 | MASK (SCRATCHED/casing) Damaged. |

Inspected By: COI W. Fever WF
Incoming Officer-Print & Sign          COI Estefania
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/12/06 | CONTROL TWO | 25 | D.O.C #2 | mask scratch/casing Damage |
| 10/12/06 | Control II | 25 | Doa.#2 | Mask Scratd / Casing Damage |

Inspected By: CM Daniel T Volf
Incoming Officer-Print & Sign

Cos R. Camacho
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/12/06 | Control II | 25 | DOC #2 | Mask Scratch / Casing Damag |
| October 12, 2006 | CONTROL II | 25 | DOC #2 | MASK SCRATCHED /CASING DAMAGED |

Inspected By: COS. NANHOON NORRIS Kwon
Incoming Officer-Print & Sign

CM Daniel T Volf
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 13, 2006 | CONTROL II | 25 | DOC #2 | Mask Scratched/Casing Damaged |
| 10/13/2006 | Control TWO | 25 PSI | DOC #2 | mask Scratch/Damaged |

Inspected By: COS Oscar J Guerrero
Incoming Officer-Print & Sign

COS. NANHOON NORRIS KWON
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/13-14 2006 | Control 2 | 25 PSI | DOC #2 | mask Scratch/casing Damaged |
| 10-13-06 | Control II | 25 | DOC #2 | mask scratch/casing Damaged |

Inspected By: COII Oscar J Guerrero
Incoming Officer-Print & Sign

COII. Oscar J Guerrero
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-14-06 | Control II | 25 | DOC #2 | mask scratch/casing Damaged |
| 10-14-06 | Control II | 25 | DOC #2 | mask scratch/casing Damaged |

Inspected By: CM J. Cohn
Incoming Officer-Print & Sign

COII Oscar J Guerrero
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-14-06 | Control II | 25 | DOC #2 | mask scratch/casing Damage |
| " " " | " " " | " | " " " | " " " " |

Inspected By: COS. NANHOON NORRIS KWON
Incoming Officer-Print & Sign

CMII J. Cohn
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/07/06-Sat | CMO CONTROL | 25 | DOC #2 | Mask Scratched/Casing damaged. |
| 16/07/06 | Control # | 25 | DOC #2 | Mask scratch/casing Damaged |

Inspected By: CoII Oscar Cyd
Incoming Officer-Print & Sign

CO3. Regina V. Pangelinan
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-08-06 | Control # | 25 | DOC #2 | Casing Damaged/mask scratched |

Inspected By: Cos. Regina V. Pangelinan-Pangelinan
Incoming Officer-Print & Sign

CoII Oscar Cyd
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/09/2006 | Control II | 25 | D.O.C. #2 | mask scratch scratchy |
| 10/09-08/06 | Control II | 25 | D.O.C. #2 | Mask Scratch/Casing Damaged |

Inspected By: cor Julita Omar
Incoming Officer-Print & Sign

coII. R. Camacho
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.09.06 | CMD | 25 | D.D.C. # 2 | Casing damaged / Masked Scratched |

Inspected By: CoII W. FRYER WF
Incoming Officer-Print & Sign

Cos. Regina V. Pangelinan
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-9-10-06 | CMD | 25 | D-O-C #2 | CASing dam |
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign

CoII W. FRYER WF
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10.11.06 | CMD | 25 | DOC #2 | Casing damaged / Masked Scrtch |
|  |  |  |  |  |

Inspected By: R. Camacho
Incoming Officer-Print & Sign

CoI Daniel J. Webb
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/04/06 | CMD | 25 | DOC #2 | MASK SCRATCHED |
| 10/04/06 | Control II | 25 | DOC #2 | Mask Scratched / Casing Damaged. |

Inspected By: Col. Nahmon Norres Kwan
Incoming Officer-Print & Sign

Col. J. Nob
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/05/06 | CONTROL II | 25 | DOC #2 | Mask Scratched / Casing Damaged |
| 10/05/06 | Control II | 25 | DOC #2 | Mask Scratched / Casing Damaged |

Inspected By: Col Daniel T. Toab
Incoming Officer-Print & Sign

Col. Nahmon Norres Kwan
Outgoing Officer Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/05/06 | Control II | 25 | DOC #2 | Scratched / Casing Damage |
| 10/05/06 | Control II | 25 | DOC #2 | mask scratch casing damaged |

Inspected By: Col Oscar Gio
Incoming Officer-Print & Sign

Col Daniel T. Toab
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-06-06 | Control II | 25 | DOC #2 | mask scratched / casing Damaged |
| 10-06-06 | CONTROL II | 25 | DOC #2 | MASK SCRATCHED / CASING DAMAGED |

Inspected By: Col. Dyan Kaipat
Incoming Officer-Print & Sign

Col Oscar Gio
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-06-06 | CONTROL II | 25 | DOC #2 | MASK SCRATCHED |
| October 06, 2006 | CONTROL II | 25 | DOC #2 | MASK SCRATCHED / CASING DAMAGED |

Inspected By: Col. Nahmon Norres Kwan
Incoming Officer-Print & Sign

Col. Dyan Kaipat
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 07, 2006 | CONTROL II | 25 | DOC #2 | Mask Scratched / Casing Damaged |
| 10/07/06- SAT. | CMD CONTROL | 25 | DOC #2 | Mask scratch/Casing damaged. |

Inspected By: _____
Incoming Officer-Print & Sign

Col. Nahmon Norres Kwan
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/01 | CMD | 25 | DOC #2 | MASK SeRATCH |
| | " | 25 | " | |

Inspected By: _COII W. FRYER WF_
Incoming Officer-Print & Sign

_OOII Ti DeS SaNTOS_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-1-2-06 | CMD | 25 | DOC#2 | mask scratched |
| 10.2.06 | CMD | 25 | DOC #2 | mask scratched / casing damaged |

Inspected By: _COI Julita Omar Omar_
Incoming Officer-Print & Sign

_COII W. FRYER WF_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10.02.06 | CMD | 25 | DOC #2 | Masked scratched / Casing damaged |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

_COI Julita Omar Omar_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10.03.06 | CMD | 25 | Doc#2 | MASK SCRATCHED |
| | | | | |

Inspected By: _COI J. WABO_
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10.03.06 | CMD | 25 | DOC#2 | MASK SCRATCHED |
| | | | | |

Inspected By: _COI J. WABO_
Incoming Officer-Print & Sign

_COI J. WABO_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/03-04/06 | | | | |
| 10/04/06 | CMD | 25 | DOC#2 | MASK SCRATCH |

Inspected By: _COI J. WABO_
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 9/27/06 | Control II | 25 | DOC#2 | mask scratched/casing damaged |

Inspected By: COII Oscar Cojo Bryan
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 9/28/06 | Control II | 25 | DOC#2 | mask scratched/casing Damaged |
| " | Control II | 25 | Doc#2 | |

Inspected By: CO2 Stanley Ngircheunget Jr.        COI Oscar Cojo Bryan
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 9/29/06 | Control II | 25 | Doc #2 | Mask scratched |
| 9/29/06 | Control II | 25 | D.O.C.#2 | Mask Scratched / Casing Damaged. |

Inspected By: COI Nannon Norris Kwon        CO2 Stanley Ngircheunget Jr.
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 9/30/06 | Control II | 25 | D.O.C.#2 | Mask Scratched / Casing Damaged |
| 9.30.06 | Control II | 25 | D.O.C.#2 | CASING DAMAGED / MASKED SCRATCHED |

Inspected By: CII Julita Omar Smar        COI Nannon Norris Kwon
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 9.30.06 | Control II | 25 | D.O.C. #2 | CASING DAMAGED / MASK SCRACTHED |
| 9-30-06 | Control II | 25 | Doe #2 | mask scratch / casing Damaged |

Inspected By COII Oscar Cojo Bryan        CII Julita Omar Smar
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-01-06 | Control II | 25 | Doc #2 | mask scratch / casing Damaged |

Inspected By: COII I ses sowet        COII Oscar Cojo Bryan
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9-23/24-06 | C. M.D Control 2 | 25 | DOC #2 | MASK SCRATCHED |
| " | " | " | " | " |

Inspected By: _COR Stanley Varicheunge_  
Incoming Officer-Print & Sign

_COII W. FRYER_  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/24/06 | Control II | 25 | Doc #2 | Mask scratched |
| 09/24/06 | control 2 | 25 | D.O.C. 2 | mask scratch/casing damaged |

Inspected By: _R. Camacho coII_  
Incoming Officer-Print & Sign

_COR Stanley Varicheunge_  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09/25/06 | CONTROL #2 | 25 | D.O.C. #2 | mask scratch/casing damage |

Inspected By: _CoII J. DOS SANTOS_  
Incoming Officer-Print & Sign

_coII R. Camacho_  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 09/25/06 | CMD | 25 | ADC #2 | MASK SCRATCH |
|  |  | 25 | " | " |

Inspected By: _____  
Incoming Officer-Print & Sign

_CoII J. DOS SANTOS_  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/27/06 | CONTROL II | 25 | D.O.C. #2 | MASK IS SCRATCHED |
| 9/27/06 | Control II | 25 | D.O.C. #2 | Mask Scratched/Casing Damaged |

Inspected By: _Cox. NAHNKON NORRIS KWON_  
Incoming Officer-Print & Sign

_Col. DYAN KAIRAT_  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/28/06 | Control II | 25 | D.O.C. #2 | Mask Scratched/Casing Damaged |
| 9/28/06 | CONTROL II | 25 | D.O.C. #2 | MASH scratched/casing damaged |

Inspected By: _COI D. KAIRAT_  
Incoming Officer-Print & Sign

_COx NAHNKON NORRIS KWON_  
Outgoing Officer- Print & Sign