# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/31/06 | Control III | 18 | DOC # 7 | Mask Scratched |
| 12/31/06 | Control III | 15 | DOC # 8 | Mask Scratched |

Inspected By: CO2 Stanley Nairebeangel
Incoming Officer-Print & Sign

CO2 Nahnoon Norris Kwon
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/01/07 | Control III | 10 | Doc # 7 | Mask scratched |
| " | " | 15 | Doc # 8 | " |

Inspected By: CO2 N.
Incoming Officer-Print & Sign

CO2 Stanley Nairebeangel
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-2/07 | Control III | 18 | Doc # 7 | Mask scratched |
| 1-2/07 | Control 3 | 15 | # 8 | Mask Scratched |

Inspected By: CO3. Regina V. Pangelinan
By pangelinan.
Incoming Officer-Print & Sign

CO. M.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/02/07 | CONTROL 3 | 18 | DOC # 7 | Mask Scratched |
| 01/02/07 | " | 15 | DOC # 8 | Mask scratched |

Inspected By: CO3. Nahnoon Norris Kwon
Incoming Officer-Print & Sign

Coo. Regina V. Pangelinan
By Pangelinan
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/02/07 | Control III | 18 | DOC # 7 | Mask Scratched |
| 1/02/07 | Control III | 15 | DOC # 8 | Mask Scratched |

Inspected By: CO2 Stanley Nairebeangel
Incoming Officer-Print & Sign

CO3. Nahnoon Norris Kwon
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/3/07 | Control III | 10 | Doc # 7 | Mask scratched |
| " | " | 15 | Doc # 8 | " " |

Inspected By: CO. M.
Incoming Officer-Print & Sign

CO2 Stanley Nairebeangel
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/3-4/07 | Control III | 18 | DOC#7 | MASK SCRATCHED |
| " | " | 15 | #8 | |

Inspected By: CO2 Stanley Navicheuerge Jr — Incoming Officer-Print & Sign
COI Mulyson J — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 6/4/06 | Control III | 18 | DOC #7 | Mask scratched |
| " | " | 15 | Doc #8 | " " |

Inspected By: COII oscar G. — Incoming Officer-Print & Sign
CO II Stanley Navicheuerge Jr — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-04-07 | Control III | 18 | DOC#7 | mask scratched |
| 1-04-07 | Control III | 15 | DOC#8 | " " |

Inspected By: CO2 J — Incoming Officer-Print & Sign
COII Oscar G. — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01·04·05·07 | Control#3 | 18 | DOC#7 | Mask Scratched |
| | | 15 | #8 | |

Inspected By: COII W. FRYER WF — Incoming Officer-Print & Sign
CO2 J — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-5-07 | Control#3 | 18 | DOC#7 | mask scratched |
| 1-06-07 | Control #8 | 15 | DOC#8 | mask scratched |

Inspected By: COII OSCAR G. — Incoming Officer-Print & Sign
COII W. FRYER WF — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-06-07 | Control III | 18 | DOC#7 | mask scratched |
| 01/07/07 | " " | " " | " | " |

Inspected By: CO3 J-SANTOS — Incoming Officer-Print & Sign
COII OSCAR G. — Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/20-21/06 | CONTROL III | 18 | DOC # 7 | mask scratcher |
| 12·20·21·06 | Control #3 | 15 | Doc # 8 | " " |

Inspected By: _CO2_ / _____    _Col·M·Gui mo_ wf
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-20-21·06 | Control #3 | 18 | Doc# 7 | Mask Scratched |
|  |  | 15 | 8 |  |

Inspected By: _Col. M. Clay mo_ _____    _CO2_ /
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/21-22/04 | Control III | 18 | Doc # 7 | MASK scratated |
|  |  | 15 | Doc # 8 |  |

Inspected By: _OII R· SABIAN_ fr _____    _Col·M· Gui mo_ wf
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/22/06 | CONTION III | 18 | Doc # 7 | MASK Scratched |
| " | CONTROL III | 15 | Doc # 8 | " |

Inspected By: _COL M· Guy mo_ (wf) _____    _COII R· SABIAN_ wf
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12·22-23/06 | Control III | 18 | Doc # 7 | MASK scratched |
| 12·23·24·06 | Control #3 | 15 | DOC # 8 | " " |

Inspected By: _CO2_ / _____    _Col·m Guy mo_ wf
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12·22·24·06 | Control # 3 | 18 | Doc #7 | Mask Scratched |
|  |  | 15 | " # 8 |  |

Inspected By: _CO II W.FRYER_ wf _____    _CO2_ /
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12 17 06 | Control III | 18 | Doc #7 | Mask scratched |
|  |  | 15 | Doc #8 | " |

Inspected By: _COII W.FRYER WF_
Incoming Officer-Print & Sign　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12 17 06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc #8 | " " |

Inspected By: COII
Incoming Officer-Print & Sign　　　COII W FRYER WF
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12 18 06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc #8 | " " |

Inspected By: _____
Incoming Officer-Print & Sign　　　COII
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12 19 06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc #8 | " |

Inspected By: COI M. Quijano
Incoming Officer-Print & Sign　　　COII
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12 19 20 06 | Control III | 18 | Doc #7 | Mask scratched |
|  |  | 15 | Doc #8 | " " |

Inspected By: COII
Incoming Officer-Print & Sign　　　COI M. Quijano
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12 20 06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc #8 | " |

Inspected By: COI M. Quijano
Incoming Officer-Print & Sign　　　COII
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-24-06 | M.S.F | 18 | Doc47 | MASK SCRATCHED |
| | M.S.F | 15 | Doc48 | |

Inspected By: _CO2 Stanley Navcheurgel_ / _COIIW.FRYER WF_
Incoming Officer-Print & Sign / Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-25-06 | Control III | 18 | Doc #7 | Mask scratches |
| u | u | 15 | Doc #8 | u  u |

Inspected By: _____ / _CO2 Stanley Navcheurgel_
Incoming Officer-Print & Sign / Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/26/06 | Control III | 18 | Doc # 7 | Mask scratched |
| u | u | 15 | Doc # 8 | |

Inspected By: _COIIM-_ / _CO II Stanley Navcheurgel_
Incoming Officer-Print & Sign / Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/26-27/06 | Cont. III | 18 | Doc # 7 | Mask scratches |
| | | 15 | Doc # 8 | |

Inspected By: _CO2 Stanley Navcheurgel_ / _Cesar-_
Incoming Officer-Print & Sign / Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/27/06 | Control III | 18 | Doc #87 | Mask scratchedscratched |
| u | u  u | 15 | Doc #78 | u  u |

Inspected By: _CO2 M_ / _CO2 Stanley Navcheurgel_
Incoming Officer-Print & Sign / Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12/27-28/06 | Con. III | 18 | Doc #7 | Mask scratches |
| | | 15 | # 8 | |

Inspected By: _COII R. Sablan_ / _CO2 M._
Incoming Officer-Print & Sign / Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-28-06 | CONTROL III | 18 | DOC #7 | MASK SCRATCHED |
| " | Control III | 15 | DOC #8 | " " |

Inspected By: _____
Incoming Officer-Print & Sign

CO II R. SABLAN
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/28-29/06 | Cont. III | 18 | DOC #7 | MASK SCRATCHED |
| | | 15 | DOC #B | " " |

Inspected By: _____
Incoming Officer-Print & Sign

COM. Quitano
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/29-30/06 | Cont. III | 18 | DOC #7 | MASK SCRATCHED |
| 12-29-30-06 | Control #3 | 15 | DOC #B | " " |

Inspected By: Cor
Incoming Officer-Print & Sign

CO II M. Quitano
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-30-06 | Control #3 | 18 | DOC #7 | Mask Scratched |
| | | 15 | #8 | " " |

Inspected By: CO II W. FRYER WF
Incoming Officer-Print & Sign

CO2
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-30-06 | M.S.F CONTROL III | 18 | DOC #7 | MASK SCRATCHED |
| | M.S.F CONTROL III | 15 | DOC #8 | MASK SCRATCHED |

Inspected By: CO2 Stanley Ngirchengel
Incoming Officer-Print & Sign

CO II W. FRYER WF
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/31/06 | MSF Control III | 18 | Doc# 7 | Mask scratched |
| " | " | 15 | DOC# 8 | " " |

Inspected By: CPL Anthony Norris Kwan
Incoming Officer-Print & Sign

CO II Stanley Ngirchengel
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12\|13\|06 | Control III | 18 | Doc#7 | Mask scratched |
| " | " | 15 | Doc#8 | |

Inspected By: COL.M. Quitano 1st ___ OOII Stanley Ngirchongel Jr.
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/13-14/06 | Control III | 18 | Doc# 7 | mask scratched |
| 12.13.14.06 | Control #3 | 15 | Doc #8 | " " |

Inspected By: coe ___ Col. M. Quitano off
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.13.14.06 | Control #8 | 18 | Doc#7 | Mask Scratched |
| | | 15 | #8 | " " |

Inspected By: ___
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign: coe

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.14.06 | CONTROL III | 18 | DOC# 7 | MASK SCRATCHED |
| " | " " | 15 | | " |

Inspected By: CON R. Sablan ___ JT Billy
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-15-06 | CONTROL III | 18 | Doc# 7 | Mask Scratched |
| | " " | 15 | Doc #8 | |

Inspected By: Cal.M. Quitano 1st
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign: CON R. Sablan

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-15-16-06 | CONTROL III | | Doc #7 | Mask Scratched |
| | | | Doc #8 | |

Inspected By: ___
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign: Col. M. Quitano

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/9/06 | Control III | 18 | #7 | Mask scratched |
| " " | " " | 15 | #8 | " " |

Inspected By: CO II Thomas C. Sablan C.39
Incoming Officer-Print & Sign

CO I. M. Quizon
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| December 09·10, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratch |
| December 09·10, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |

Inspected By: CO2
Incoming Officer-Print & Sign

CO II Thomas C. Sablan C.39
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12·09·10·06 | Control #3 | 15 | Doc #8 | Mask Scratched |
| 12·10·06 | " " | 18 | " #7 | " |

Inspected By: _____
Incoming Officer-Print & Sign

CO2
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/11/06 | Control III | 15 | DOC #8 | Mask scratched |
| " | " | 18 | DOC #7 | " " |

Inspected By: CO II W. Fryer WF
Incoming Officer-Print & Sign

CO2 Stanley Naircheurgel
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-12-06 | Control III | 15 | Doc #8 | Mask scratched |
| | | 18 | Doc #7 | |

Inspected By: CO II Stanley Naircheurgel
Incoming Officer-Print & Sign

CO II W. Fryer WF
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/12/06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc #8 | " " |

Inspected By: _____
Incoming Officer-Print & Sign

CO II Stanley Naircheurgel
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/6/06 | MSF | 18 | # 7 | M/ Scratched |
| u | u | 15 | #8 | |

Inspected By: _____     _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-6-06 | M.S.F | 18 | #7 | M/Scratched |
| u | u | 15 | #8 | u |

Inspected By: COII W. FRYER WF     _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.07.06 | MSF | 18 | #7 | Mask Scratched |
| 12.07.06 | MSF | 15 | #8 | " " |

Inspected By: _____     COII W FRYER WF
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.07.06 | MSF | 18 | #7 | Mask Scratched |
| 12-07-06 | Control III | 15 | #8 | " " |

Inspected By: COII Oscar G___     cor ___
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-08-06 | Control III | 18 | Doc #7 | Mask scratched |
| 12.08.06 | MSF | 15 | " #8 | " " |

Inspected By: _____     COII Oscar G___
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12.08.06 | MSF | 18 | Doc #7 | Mask Scratched |
| u | " | 15 | #8 | " " |

Inspected By: Colum___     coz___
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12 02 06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc # 8 | " |

Inspected By: _COII J. Cohn_     _COII Stanley Nairhouse_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-2-06 | Control III | 18 | #7 | mask scratches |
| | | 15 | #8 | " " |

Inspected By: _CO2 Stanley Nairchaunge_     _COII J. Cohn_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-3-06 | Control III | 18 | Doc #7 | Mask scratched |
| " | | 15 | Doc #8 | " |

Inspected By: _COII W.FFYER WF_     _CO2 Stanley Nairchaunge_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-3-06 | Control III | 18 | #7 | MASK SCRATCHED |
| ( ) | ( ) | 15 | #8 | MASK SCRATCHED |

Inspected By: _COII W. FRYER WF_     _COII W, FRYER WF_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12-4-06 | Control III | 18 | #7 | MASK SCRATCHED |
| | | 15 | #8 | MASK SCRATCHED |

Inspected By: _CO2 Stanley Nairchaunge_     _COII W. FRYER WF_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 12 5 06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc #8 | " |

Inspected By:     _CO2 Stanley Nairchaunge_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11-29-06 | MSF | 18 | Doc #7 | Mask Scratched |
| 11-29-06 | " | 15 | " #8 | " " |

Inspected By: CO11 Oscar G.O. _____    Co2 _____
Incoming Officer-Print & Sign            Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11 30 06 | Control III | 18 | Doc #7 | mask scratched |
| 11-30-06 | MSF | 15 | #8 | " " |

Inspected By: Co2 _____              CO11 Oscar G.O. _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11-30-06 | MSF | 18 | Doc #7 | Mask Scratched |
| 12/1/06 | " | 15 | " #8 | " " |

Inspected By: Co1.M. Quitano _____    Co2 _____
Incoming Officer-Print & Sign           Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12/1 06 | Control III | 18 | Doc # 7 | mask scratched |
| 12.01.06 | " " | 15 | " 8 | " " |

Inspected By: Co2 _____              Co1.M. Quitano _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-01-06 | MSF | 18 | Doc #7 | Mask Scratched |
| 12-01-06 | " | 15 | #8 | " " |

Inspected By: CO11 Oscar G.O. _____   Co2 _____
Incoming Officer-Print & Sign           Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 12-02-06 | Control III | 18 | Doc #7 | mask scratched |
| " | " | " | " | " |

Inspected By: CO II Stanley _____    CO11 Oscar G.O. _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/26/06 | MSF Control | 18 | Doc 7 | mask scratch |
| 11/26/06 | " | 15 | Doc 8 | mask scratch |

Inspected By: CO II Stanley Nginheeuge Jr    CO M. Chosono OP
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11 26 06 | Control III | 18 | Doc #7 | Mask scratched |
| | | 15 | Doc #8 | " " |

Inspected By: CO II W. FRYER WF    CO II Stanley Nginheeuge Jr
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| November 27, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |
| November 27, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratch |

Inspected By: CO II Thomas C. Sablan C.39    CO II W. FRYER WF
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| November 28 | MSF | 18 | Doc #7 | Mask Scratched |
| 11-28-06 | " | 15 | #8 | " |

Inspected By: CO II    CO
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11-28-06 | MSF | 18 | Doc #7 | Mask Scratched |
| 11-29-30-06 | " | 16 | " #8 | " " |

Inspected By: CO II W. FRYER WF    CO
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11-29-06 | MSF | 18 | Doc #7 | Mask Scratched |
| 11-29-06 | MSF | 15 | " #8 | |

Inspected By: CO    CO II W. FRYER WF
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-23-06 | Control III | 15 | Doc#8 | mark scratched |
| 11.23.06 | MSF | 18 | DOC#7 | " " |

Inspected By: _Cor J_    _Cot Oscar Go Briggs_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11.23.06 | MSF | 15 | DOC#8 | Mask Scratched |
|  |  | 18 | " #7 | " " |

Inspected By: _CO1. M. Cruzmas_    _CO2 J_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/23-24/06 | MSF | 15 | Doc#8 | mask scratched |
| 11.24.06 | MSF | 18 | Doc#7 | " " |

Inspected By: _CO2 J_    _CO1. M. Cruzmas J._
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11.24.06 | MSF | 15 | DOC#8 | Mask Scratched |
| 11/24/06 | MSF Control III | 18 | " #7 | " " |

Inspected By: _Cot Oscar Go Briggs_    _CO J_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/25/06 | MSF Control III | 15 | DOC#8 | mask scratched |
| November 25, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |

Inspected By: _CO1 Thomas C. Sablan C.39_    _Cot Oscar Go Briggs_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| November 25-26, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |
| November 25-26, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratch |

Inspected By: _CO1. M. Cruzmas_    _CO II Thomas C. Sablan C.39_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11 19 06 | Control III | 18 | Doc #7 | Mask scratches |
| " | " | 15 | Doc #8 | |

Inspected By: COII Oscar Q̶  _____ COII Harley Namahinurg
Incoming Officer-Print & Sign　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-19-06 | Control III | 18 | Doc #7 | mask scratched |
| 11-20-06 | Control III | 15 | Doc #8 | " " |

Inspected By: CD  _____ COII Oscar Q̶
Incoming Officer-Print & Sign　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/20/06 | Control III | 18 | Doc #7 | mask Scratched |

Inspected By: COII W. Fryer WF  _____ COII. F. Rebuenog
Incoming Officer-Print & Sign　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11·21·06 | MCF | 15 | #8 | Mask Scratched |
| " | " | 18 | #7 | " " |

Inspected By: _____ COII Fryer WF
Incoming Officer-Print & Sign　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11·21·06 | Control III | 15 | #8 | Scratch mask |
| | | 18 | #7 | " " |

Inspected By: _____ COII I. Colin
Incoming Officer-Print & Sign　　　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-22-06 | Control III | 18 | Doc #7 | mask scratched |

Inspected By: COII Oscar Q̶  _____
Incoming Officer-Print & Sign　　　　　　Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/13/06 | MSF | 18 | # 7 | M/ scratched |
| " | " | 15 | 8 | " |

Inspected By: CO II Thomas C. Sablan C-39
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/14/06 | MSF | 18 | #7 | M/ scratched |
| 11 14 06 | MSF | 15 | # 8 | " |

Inspected By: CO II Thomas C. Sablan C-39
Incoming Officer-Print & Sign                    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/14/06 | MSF | 15 | # 7 | Mark Scratded |

Inspected By: CO II W. FRYER WF
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11-15-06 | m.SF | 15 | L 8 | mask scratched |
| 11-15-06 | m.SF | 15 | L 7 | |

Inspected By: CO II W. FRYER
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11·15·06 | MSF | 15 | #8 | Mask Scratched |
| 11·15·06 | " | 18 | #7 | " |

Inspected By: Col.M. Quitano
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11-16-06 | MSF | 15 | # 8 | mask scratched |
| | | 18 | #7 | |

Inspected By: J. Cohn
Incoming Officer-Print & Sign                    Col. M. Quitano
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11-16-06 | Control III | 18 | DOC #7 | Scratch mask |
| " | " | 15 | " #8 | " " |

Inspected By: COI Oscar O'J _____   _____ I. Cohen _____
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11-16-06 | Control III | 18 | DOC #7 | mask scratched |
| 11.17.06 | " | 15 | #8 | " " |

Inspected By: _____   _____ COI Oscar O'J _____
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11.17.06 | MSF | 18 | #7 | Mask Scratched |
| | | 15 | #8 | " " |

Inspected By: COI M. Quinno _____   _____ CO _____
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/18/06 | MSF Control | 18 | DOC #7 | mask scratched |
| | | 15 | DOC #8 | |

Inspected By: CO2 Stanley Navelrange _____   COI M. Quinno _____
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11 18 06 | Control III | 18 | DOC #7 | Mask scratched |
| " | " | 15 | DOC #8 | " " |

Inspected By: COIIW, FRYER WF _____   CO2 Stanley Navelrange _____
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11 18 06 | Control III | 18 | DOC #7 | Mask scratched |
| " | " | 15 | DOC #8 | " |

Inspected By: CO II Stanley Navelrange _____ COIIW.FRYER WF _____
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-10-06 | MSF | 18 | Doc#7 | Mask Scratched |
| 11-10-06 | " | 15 | Doc#8 | " " |

Inspected By: _____  
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11.10.06 | MSF | 18 | Doc#7 | Mask Scratched |
| 11.10-11.06 | MSF | 15 | Doc#8 | " " |

Inspected By: _____  
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-11-06 | MSF | 18 | #7 | Mask Scratched |
| 11-12-06 | MSF | 15 | #8 | " " |

Inspected By: COII Oscar  
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-12-06 | MSF Control | 18 | Doc#7 | mask scratched |
| 11-11-06 | MSF Control | 15 | Doc#8 | mask scratched |

Inspected By: _____  
Incoming Officer-Print & Sign    COII Oscar — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11.11.12.06 | MSF | 18 | #7 | Mask Scratched |
| 11.12.06 | " | 15 | #8 | " " |

Inspected By: CO2 Stanley  
Incoming Officer-Print & Sign    CO2 — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/12/06 | Control II | 18 | #7 | Mask scratched |
| 11/12/06 | " | 15 | #8 | " " |

Inspected By: _____  
Incoming Officer-Print & Sign    COII Stanley — Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/7/06 | Control III | 18 | Doc # 7 | Mask scratched |
| " | " | 15 | Doc # 8 | " " |

Inspected By: _Col. Billy Fredrick_
Incoming Officer-Print & Sign

_COII Stanley Ngircheangel_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/07/06 | CONTROL III | 18 | Doc 7 | MASK SCRATCHED |
| " | " | 15 | " | " |

Inspected By: _COII Stanley Ngircheangel_
Incoming Officer-Print & Sign

_Col. Billy, Fredrick_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/08/06 | Control III | 18 | Doc # 7 | Mask scratched |
| " | | 15 | Doc # 8 | |

Inspected By: _COII W. Fryer W.F_
Incoming Officer-Print & Sign

_COII Stanley Ngircheangel_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/8/06 | Control III | 18 | Doc # 7 | Mask scratches |
| " | " | 15 | Doc # 8 | " " |

Inspected By: _COII Stanley Ngircheangel_
Incoming Officer-Print & Sign

_COII W, Fryer WF_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/9/06 | Control III | 18 | Doc # 7 | Mask scratches |
| " | " | 15 | Doc # 8 | " " |

Inspected By: _COII W. Fryer WF_
Incoming Officer-Print & Sign

_COII Stanley Ngircheangel_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-09-10-06 | MGF | 18 | Doc # 7 | Mask Scratched |
| 11-10-06 | " | 15 | Doc # 8 | " " |

Inspected By: _Col_
Incoming Officer-Print & Sign

_COII W. Fryer WF_
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11·03·04·06 | MSF | 18 | DOC#7 | Mask Scratched |
| " " " " | " | 15 | " #8 | Mask Scratched |

Inspected By: COI Lianna Peters PP
Incoming Officer-Print & Sign

Cox E
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/04/06 | MSF | 18 | DOC #7 | Mask Scratched |
| | | | | |

Inspected By: COL
Incoming Officer-Print & Sign

COI Lianna Peters PP
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11·04·05·06 | MSF | 18 | DOC#7 | Mask Scratched |
| 11·05·06 | | 16 | " #8 | " " |

Inspected By: Col. M. Quizano
Incoming Officer-Print & Sign

COL
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11-5/6-06 | Control III | 18 | Doc#7 | mask scratched/casms.Dan |
| | | 15 | Doc #8 | " " kgl " |

Inspected By: COII Stanley Nawcheunge
Incoming Officer-Print & Sign

Col. M. Quizano
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/4/06 | Control III | 18 | Doc # 7 | Mask scratched |
| " | " | 15 | Doc# 8 | " " |

Inspected By: COII Oscar Cyd
Incoming Officer-Print & Sign

COII Stanley Nawcheunge
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/06/06 | control III | 18 | DOC#7 | mask scratched |
| 11/06/06 | Control III | 15 | DOC#8 | " " |

Inspected By: COII Stanley Nawcheunge
Incoming Officer-Print & Sign

COII Oscar Cyd
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/30/06 | Control III | 18 | Doc # 7 | Mask scratched |
| " | | 15 | Doc # 8 | " |

Inspected By: COI M. Thptpno
Incoming Officer-Print & Sign

COII Stanley Nguchenrge/ So
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/30-31/06 | Control III | 18 | Doc # 7 | Mask scratched / arms Damage |
| | | 15 | Doc # 8 | " " " " |

Inspected By: COII Stanley Nguchenrge/ Sd
Incoming Officer-Print & Sign

COI M. Thptpno
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/30-31/06 | Control III | 18 | DOC # 7 | Mask scratched |
| | | 15 | DOC # 8 | " |

Inspected By: _____
Incoming Officer-Print & Sign

COII Stanley Nguchenrge/ Sd
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11-1-2 | CONTROL III | 18 | DOC # 7 | MASK SCRATCHED |
| | | 15 | DOC # 8 | " |

Inspected By: _____
Incoming Officer-Print & Sign

COI C. ALPAN
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/01/06 | Control III | 18 | Doc # 7 | Mask scratched |
| " | | 15 | Doc # 8 | " |

Inspected By: COII. Ray Camacho
Incoming Officer-Print & Sign

COII Stanley Nguchenrge/ Sd
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 11/01-02/2006 | CONTROL III | 18 | D.O.C #7 | MASK SCRATCHED |
| " " | " " | 15 | D.O.C # 8 | MASK SCRATCHED |

Inspected By: _____
Incoming Officer-Print & Sign

COII. Ray Camacho
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-27-06 | Control III | 18 | DOC#7 | Scratches mask |
| " | " " | 15 | DOC #8 | " |

Inspected By: _____    _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-28-06 | Control III | 18 | Doc #7 | mask scratched |
| " | " | 15 | Doc #8 | " |

Inspected By: _____    _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/28-29/06 | Control III | 15 | Doc #7 | mask scratches cross damage |
| | | 18 | Doc #8 | " |

Inspected By: _____    _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-28-06 | Control III | 15 | DOC#7 | MASK Scratche |
| " | | 18 | DOC#8 | " |

Inspected By: _____    _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-28-29-06 | USF | 15 | DOC#7 | Mask Scratched |
| 10.28.06 | " | 14 | " #8 | " |

Inspected By: _____    _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-29-06 | Control III | 18 | Doc#7 | mask scratched |
| 10-29-06 | Control III | 15 | Doc#8 | mask scratched |

Inspected By: _____    _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10 24 06 | Control III | 18 | Doc # 7 | Mask scratched |
| " | " | 15 | Doc # 8 | " " |

Inspected By: COII Oscar (signature)    Incoming Officer-Print & Sign    COII Stanley Nairkeurgel (signature)    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10 24 06 | Control III | 18 | Doc #7 | mask scratched |
| 10 24 06 | Control III | 15 | Doc #8 | " " |

Inspected By: COII Stanley Nairkeurgel (signature)    Incoming Officer-Print & Sign    COII Oscar (signature)    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10 25 06 | Control III | 18 | Doc # 7 | Mask scratched |
| " | " | 15 | Doc # 8 | |

Inspected By: COII J. Cohn (signature)    Incoming Officer-Print & Sign    COII Stanley Nairkeurgel (signature)    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-25-06 | Control III | 18 | Doc #7 | MASK Scratch |
| 10-25-06 | USF | 15 | Doc #8 | " " |

Inspected By: (signature)    Incoming Officer-Print & Sign    Bill J. Cohn (signature)    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-25-26-06 | USF | 18 | #7 | M. Scratched |
| " | " | 15 | #8 | " " |

Inspected By: COII J. Cohn (signature)    Incoming Officer-Print & Sign    (signature)    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-26-07 | Control III | 18 | Doc #7 | Mask scratch |
| " " | " " | 15 | Doc #8 | |

Inspected By: _____    Incoming Officer-Print & Sign    Bill J. Cohn (signature)    Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/21/06 | Control III | 18 | Doc #7 | Mask Scratched |
| " | " | 15 | Doc #8 | " |

Inspected By: _____  
Incoming Officer-Print & Sign   COS. NAHNOON NORRIS KWON

_____  
Outgoing Officer- Print & Sign   On Ryan Sablan

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/21/06 | Control III | 18 | Doc #7 | Mask Scratched |
| 10/21/06 | Control III | 15 | Doc #8 | Mask Scratched |

Inspected By: COI Stanley Naircheungel  
Incoming Officer-Print & Sign

COS. NAHNOON NORRIS KWON  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 11/22/06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc #8 | " " |

Inspected By: COI Oscar  
Incoming Officer-Print & Sign

COII Stanley Naircheungel  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/22/06 | Control III | 18 | Doc #7 | mask scratched |
| 10/22/06 | Control III | 16 | Doc #8 | mask scratched |

Inspected By: CO2 Stanley Naircheungel  
Incoming Officer-Print & Sign

COII Oscar  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/23/06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc #8 | " " |

Inspected By: _____  
Incoming Officer-Print & Sign

CO2 Stanley Naircheungel  
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/24/06 | Control III | 18 | Doc #7 | Mask Scratched |
| 10/24/06 | " | 15 | Doc #8 | " |

Inspected By: CO2 Stanley Naircheungel  
Incoming Officer-Print & Sign

_____  
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-9-06 | Control III | 18 | DOC #7 | MASK Scratch |
| " | " " | 15 | DOC #8 | " " |

Inspected By: _____
Incoming Officer-Print & Sign

COIII J Cohn
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-10-06 | Control III | 18 | DOC #7 | MASK Scratch |
| " " | " " | 15 | DOC #8 | " " |

Inspected By: CO2 Stanley Naurehounge
Incoming Officer-Print & Sign

COIII J Cohn
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10/11/06 | Control III | 18 | Doc#7 | Mask scratched |
| 10/11/06 | " | 15 | Doc#8 | " " |

Inspected By: COIII J. Cohn
Incoming Officer-Print & Sign

CO2 Stanley Naurehounge
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-11/12-06 | Control III | 18 | Doc #7 | MASK Scratch |
| " " | " " | 15 | Doc #8 | " " |

Inspected By: CO II Thomas C. Sablan C-39
Incoming Officer-Print & Sign

COIII J. Cohn
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| October 12, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |
| October 12, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratch |

Inspected By: COI OCCer
Incoming Officer-Print & Sign

CO II Thomas C. Sablan C-39
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 10-12-06 | Control III | 18 | Doc #7 | mask scratch |
| 10-13-06 | Control III | 15 | Doc #8 | mask scratch |

Inspected By: CO II Thomas C. Sablan C-39
Incoming Officer-Print & Sign

CO I OCCer
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 13·14, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |
| October 13·14, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratch |

Inspected By: COI NAHNEON NORRIS KWON
Incoming Officer-Print & Sign

CO II Thomas C. Sablan C-39
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/13~14/06 | Control III | 18 | DOC #7 | MASK SCRATCHED |
| 10/13~14/06 | Control III | 15 | DOC #8 | MASK SCRATCHED |

Inspected By: COII J. SANTOS
Incoming Officer-Print & Sign

COI NAHNEON NORRIS KWON
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/14/06 | msf | 18 | #7 | MASK SCRATCHED |
|  | " | 15 | #8 | " |

Inspected By: COI Oscar CO
Incoming Officer-Print & Sign

COII J. SANTOS
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-14-06 | Control III | 18 | DOC#7 | mask scratch |
| 10-15-06 | control III | 15 | DOC#8 | mask scratch |

Inspected By: W. FRYER WF
Incoming Officer-Print & Sign

COI Oscar CO
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-15-06 | CONTROL III | L8 | DOC#7 | MASK SCRATCHED WF |
| 10-15-06 | CONTROL III | 15 | DOC#8 | mask scratched WF |

Inspected By: COI Stanley Narcharuge
Incoming Officer-Print & Sign

CoII W. FRYER WF
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/16/06 | Control III | 18 | DOC#7 | Mask Scratched |
| " | " | 15 | DOC#8 | " " |

Inspected By: COI NAHNEON NORRIS KWON
Incoming Officer-Print & Sign

CO II Stanley Narcharuge
Outgoing Officer- Print & Sign