# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 16, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratched |
| October 16, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratched |

Inspected By: COI Stanley Ngircheungel Jr.
Incoming Officer-Print & Sign

COI Nalthoon Nettels Kwon
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/17/06 | Control III | 18 | DOC #7 | Mask scratched |
| " | " | 15 | DOC #8 | " " |

Inspected By: COII Oscar Ongos
Incoming Officer-Print & Sign

COI Stanley Ngircheungel Jr.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-17-06 | Control III | 18 | DOC #7 | mask scratched |
| 10-17-06 | Control III | 15 | DOC #8 | mask scratched |

Inspected By: COII Stanley Ngircheungel Jr.
Incoming Officer-Print & Sign

COII Oscar Ongos
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/17/06 | Control III | 18 | Doc #7 | Mask Scratched |
|  |  | 15 | Doc #8 | " " |

Inspected By: COII Ryan Sablan
Incoming Officer-Print & Sign

COII Stanley Ngircheungel Jr.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/18-19/06 | Control III | 18 | Doc #7 | mask scratched |
| " | " | 15 | Doc #8 | " " |

Inspected By: COII W. Fryer WF
Incoming Officer-Print & Sign

COII Ryan Sablan
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/20/06 – 10/21/06 | Control III | 18 | DOC #7 | mask scratched |
| " | " | 15 | DOC #8 | " |

Inspected By: COII Ryan Sablan
Incoming Officer-Print & Sign

COII W. Fryer WF
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 03·04, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |
| October 03·04, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratch |

Inspected By: CoIII J. Cohn    CoII Thomas C. Sablan C-39
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-3/4-06 | Control III | 18 | DOC #7 | mask scratch |
| " " " | " " | 15 | DOC #8 | " " |

Inspected By: CoII Thomas C. Sablan C-39    CoIII J. Cohn
Incoming Officer-Print & Sign    Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 04, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |
| October 04, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratch |

Inspected By: COII Oscar    COII Thomas C. Sablan C-39
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-04-06 | Control III | 18 | Doc #7 | mask scratch |
| 10-05-06 | Control III | 15 | DOC #8 | mask scratch |

Inspected By: COII Thomas C. Sablan C-39    COII Oscar
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 05, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |
| October 05, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratch |

Inspected By: COI NAMHOON NORRIS KWON    COII Thomas C. Sablan C-39
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/05-06/06 | CONTROL III | 18 | D.O.C. #7 | MASK SCRATCHED |
| 10/05-06/06 | CONTROL III | 15 | D.O.C. #8 | MASK SCRATCHED |

Inspected By: COII Thomas C. Sablan C-39    COI NAMHOON NORRIS KWON
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| October 06·07, 2006 | Control III | 18 | D.O.C. #7 | Mask Scratch |
| October 06·07, 2006 | Control III | 15 | D.O.C. #8 | Mask Scratch |

Inspected By: COII Oscar G.  _____  COII Thomas C. Sablan C-39
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-06-06 | Control III | 18 | DOC #7 | mask scratch |
| 10-07-06 | Control III | 15 | DOC #8 | mask scratch |

Inspected By: COII Ryan Sablan  _____  COII Oscar G.
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-07-06 | Control III | 18 | DOC #7 | MASK SCRATCH |
| " | " " | 15 | DOC #8 | " " |

Inspected By: COI Nanhoon Norris Kwon  _____  COII Ryan Sablan
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/08/06 | Control III | 18 | D.O.C. #7 | MASK SCRATCHED |
| 10/08/06 | Control III | 15 | D.O.C. #8 | Mask Scratched |

Inspected By: COII Ryan Sablan  _____  COI Nanhoon Norris Kwon
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/08/06 | Control III | 18 | DOC #7 | MASK SCRATCHED |
| " | " | 15 | DOC #8 | " |

Inspected By: COII J. Cohn  _____  COII Ryan Sablan
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-8-06 | Control III | 18 | DOC #7 | mask scratch |
| " | " | 15 | Doc #8 | " " |

Inspected By: COI Harley Ngirchaunge  _____  COII J. Cohn
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9-26-06 | Control III | 18 | DOC #7 | Scratch patch |
| " | " | 15 | DOC #8 | " " |

Inspected By: COII Stanley Ngircheungel  /  COII L. Cohn
　　　　　　Incoming Officer-Print & Sign　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/27/06 | control III | 18 | Doc #7 | mask scratched |
| " | " | 15 | Doc #8 | " " |

Inspected By: COII Oscar Ngo  /  COII Stanley Ngircheungel
　　　　　　Incoming Officer-Print & Sign　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/28/06 | Control III | 18 | Doc #7 | mask scratched |
| " | " | 15 | Doc #8 | Mask scratched |

Inspected By: COII Stanley Ngircheungel  /  COII Oscar Ngo
　　　　　　Incoming Officer-Print & Sign　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/28/06 | Control III | 18 | Doc #7 | Mask scratched |
| " | " | 15 | Doc #8 | " " |

Inspected By: COI. NAMHOON NORRIS KWON  /  COII Stanley Ngircheungel
　　　　　　Incoming Officer-Print & Sign　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/28-29/06 | CONTROL III | 18 | DOC #7 | MASK SCRATCHED |
| 9/28-29/06 | CONTROL III | 15 | DOC #8 | MASK SCRATCHED |

Inspected By: COI. DYAN KAIPAT  /  COI. NAMHOON NORRIS KWON
　　　　　　Incoming Officer-Print & Sign　　　　Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/29/06 | CONTROL III | 18 | DOC #7 | MASK SCRATCHED |
| 9/29/06 | CONTROL III | 15 | DOC #8 | MASK SCRATCHED |

Inspected By: COII Oscar Ngo  /  COI. DYAN KAIPAT
　　　　　　Incoming Officer-Print & Sign　　　　Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/30/06 | Control III | 18 | DOC #7 | mask scratched |
| | | | | |

Inspected By: _COII Ryan Sablan_  _COII Oscar_
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/30/06 | Control III | 14 | DOC #7 | mask scratched |
| " | " | 15 | DOC #8 | " " |

Inspected By: _COI Nanhoon Norris Kwon_   _COII Ryan Sablan_
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 9/30–10/01/06 | Control III | 18 | D.O.C. #7 | Mask Scratched |
| 9/30–10/01/06 | Control III | 15 | D.O.C. #8 | Mask Scratched |

Inspected By: _COII Ryan Sablan_   _COI Nanhoon Norris Kwon_
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/01/06 | Control III | 18 | Doc #7 | mask scratched |
| " | " | 15 | DOC #8 | " |

Inspected By: _COII R. Camacho_   _COII Ryan Sablan_
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10/02/06 | Cont 3 | 18 | D.O.C. #7 | mask scratched |
| 10/02/06 | Cont 3 | 15 | D.O.C. #8 | " " |

Inspected By: _____   _COII R. Camacho_
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 10-2-06 | Control III | 18 | Doc #7 | scratch mask |
| " | " | 15 | Doc #8 | " " |

Inspected By: _COII Thomas C. Sablan C.39_   _COII J. Cohn_
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign