COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Department of Community and Cultural Affairs
Division of Youth Services

Kagman Juvenile Detention and Correctional Facility
Consent Decree Quarterly Report

**COVER MEMORANDUM**

**CERTIFICATION**

**TABLE OF CONTENTS**

| | |
|---|---|
| SECTION 1 | **Consent Decree Quarterly Report** |
| SECTION 2 | **FIRE SAFETY** <br>• Smoke Detectors & Emergency Lights (Safety First) <br>• Generator Inspection Form (Hawthorn Pacific) <br>• Self-Contained Breathing Apparatus <br>• Fire Extinguisher Checks (Safety First) <br>• Dir Drill Log |
| SECTION 3 | **FOOD SERVICES** <br>• CHC – Daily Food Menu /Temperature |
| SECTION 4 | **HYGIENE AND SANITATION** <br>• Air-Conditioning System Service/Repair (Torres Refrigeration) |
| SECTION 5 | **MEDICAL CARE** <br>• Memorandum of Understanding –Dept. of Public Health |
| SECTION 6 | **SECURITY AND PROTECTION FROM HARM** <br>• Staff Training <br>• Juvenile Justice Task Force Training |