COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Department of Community and Cultural Affairs
Division of Youth Services-DCCA
Kagman Juvenile Detention & Correction Facility

# MEMORANDUM

**DATE**      : January 23, 2007

**TO**        : Edward Buckingham
              AAG – Consent Decree Coordinator

**THRU**      : Daisy C. Villagomez-Bier
              DCCA Secretary

**FROM**      : Debra A. Inos
              DYS Director

**SUBJECT**   : 2006 First Quarter Consent Decree Report

---

We hereby submit our first quarter Consent Decree Report for 2006, to your office. The attached binder provides the supporting documents and a copy our Consent Decree Report.

Please feel free to call on me if you have any questions or comments.

Debra A. Inos

File Copy: DCCA Deputy Secretary
          Acting Juvenile Correction Officer (Supervisor)
          File