I, Debra A. Inos, DYS Director of the Division of Youth Services for the government of CNMI, am aware of the reporting requirements pursuant to the Consent Decree in the matter of

UNITED STATES OF AMERICA

V.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLAND, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS  Civil Action No. CV 99-0017

I hereby certify that the statements made in the current reporting period are, to the best of my knowledge, true and accurate.

Date: 1/23/07   By: _____
Debra A. Inos
Division of Youth Service - Director