# SAFETY 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*

P.O. Box 504673   Saipan, MP 96950
Tel: (670) 235-6500   Fax (670) 235-7400

**INVOICE**

**29194**

**Bill To:**

CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 322-1201/2/3 Fax: 664-1215

**Ship To:**

D.Y.S

| Date | ( ) Partial    ( ) Complete | Terms |
|---|---|---|
| 1/2/2007 | | 30 DAYS |
| P.O. # | ( ) Special Order | Sales Rep |
| 461458 | | KJK |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 30 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 90.00 |
| | | | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
| | | | | For the month of December 2006 | | |

**Total** $100.00

I Certify that this is a true and correct invoice and
[ ] Payment has not been received
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.

Signature _____

Print Name _____

Date _____

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.

# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*

P.O. Box 504673  Saipan, MP 96950
Tel: (670) 235-6500  Fax: (670) 235-7400

**INVOICE**

**29195**

**Bill To:**
CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 322-1201/2/3 Fax: 664-1215

**Ship To:**
D.Y.S

| Date | ( ) Partial ( ) Complete | Terms |
|---|---|---|
| 1/2/2007 | | 30 DAYS |
| P.O. # | ( ) Special Order | Sales Rep |
| 461458 | | KJK |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 30 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 90.00 |
| | | | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
| | | | | For the month of January 2007 | | |
| | | | | | **Total** | **$100.00** |

I Certify that this is a true and correct invoice and
[ ] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.

Signature _____

Print Name _____

Date _____

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.

# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*

P.O. Box 504673  Saipan, MP 96950
Tel: (670) 235-6500  Fax (670) 235-7400

**INVOICE**
29040

**Bill To:**
CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 322-1201/2/3 Fax: 664-1213

**Ship To:**
D.Y.S

| Date | | Terms | |
|---|---|---|---|
| 11/21/2006 | ( ) Partial  ( ) Complete | 30 DAYS | |
| **P.O. #** 451458 | ( ) Special Order | **Sales Rep** KJK | |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 30 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 90.00 |
| | | | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
| | | | | For the month of November 2006 | | |

**Total** $100.00

I Certify that this is a true and correct invoice and
[ ] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.
Signature _____
Print Name Ricardo R. Rush
Date 11-29-06

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.

# Commonwealth of the Northern Mariana Islands
## Office of the Governor
Saipan, MP 96950

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

NO. 461458-000 OP

Telephone: (670) 664-1500  Fax: (670) 664-1515

DATE: 09/22/06

VENDOR: SAFETY 1ST SYSTEMS - SAIPAN INC.
P.O. BOX 504673

SAIPAN, MP
96950-4673

### INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.
2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.
3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.
4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.
5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.
6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

FOB POINT :
SHIPPED VIA :
DELIVERY TIME:

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | ONE (1) YEAR SERVICE CHARGE FOR FIRE DISTINGUISHER FOR JUVENILE DET. FAC. IN KAGMAN | .00 | 1,200.0 |

**NOTE TO VENDOR:**
Please provide a copy of invoice showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

DELIVER TO: MARPANDS - SAIPAN  461458-OP
DCCA/DYS-06-1158/1220
P.O. BOX 10008, CK
SAIPAN, MP
SHIP VIA: 96950
Requested By : Youth Services Saipan

TOTAL  1,200.0
RELEASE DATE : 09/22/06

HERMAN SABLAN

VENDOR

# Safety 1st Systems (Saipan), Inc.
*Your Total Safety Solution!*

P.O. Box 504873   Saipan, MP 96950
Tel: (670) 235-6530   Fax (670) 235-7400

**INVOICE**

28872

**Bill To:**

CNMI GOVERNMENT
P.O. Box 5234 CHRB
Saipan, MP 96950
Attn: Mary Masga
Tel: 322-1201/2/3 Fax: 664-1215

**Ship To:**

D.Y.S

| Date | ( ) Partial | ( ) Complete | Terms |
|---|---|---|---|
| 10/12/2006 | | | 30 DAYS |

| P.O. # | ( ) Special Order | Sales Rep |
|---|---|---|
| 451458 | | KJK |

| QTY | B/O | DEL'D | Item # | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | | 30 | INSPECTION | Monthly Inspection of Fire Extinguisher | 3.00 | 90.00 |
| | | | ONSITE | Onsite Service Fee | 10.00 | 10.00 |
| | | | | for the month of October 2006 | | |
| | | | | | **Total** | **$100.00** |

I Certify that this is a true and correct invoice and
[ ] Payment has not been received.
[ ] Deposit has been received.

Vendor Signature: _____

I hereby acknowledge the above goods were received in good condition.

Signature _____
Print Name _____
Date _____

NOTE: All overdue invoices will be assessed interest at the rate of 2% per month beginning the 31st day from this invoice date.