# DIESEL GENERATOR SETS

# OLYMPIAN™

*Exclusively from your Caterpillar® dealer*



## STANDBY    90-150 kW
## PRIME      82.4-114 kW
### 60 Hz

| Model | Standby kW (kVA) | Prime kW (kVA) |
|---|---|---|
| D90P1 | 90 (112.5) | 82.4 (103) |
| D100P1 | 100 (125) | 90 (112.5) |
| D100P2* | 100 (125) | 90 (112.5) |
| D125P1 | 125 (156.3) | 114 (142.5) |
| D125P2* | 125 (156.3) | 114 (142.5) |
| D150P1 | 150 (187.5) | N/A |

*EPA Approved, Emissions Certified

## FEATURES

### GENERATOR SET
- Complete system designed and built at ISO 9001 certified facilities
- Factory tested to design specifications at full load conditions

### ENGINE
- Governor, electronic (D125P1, D125P2, D150P1)
- Governor, mechanical (D90P1, D100P1, D100P2)
- Electrical system, 12 VDC
- Cartridge type filters
- Battery(s), rack and cables
- Coolant and lube drains piped to edge of base

### GENERATOR
- Insulation system, class H
- Drip proof alternator air intake (NEMA 2, IP23)
- Electrical design in accordance with BS5000 Part 99, IEC34-1, VDE0530, UTE51100, NEMA MG-1.22

### CONTROL SYSTEM
- 2001 Autostart control panel
- Vibration isolated NEMA 1 enclosure with lockable hinged door
- DC and AC wiring looms

### MOUNTING ARRANGEMENT
- Heavy-duty fabricated steel base with lifting points
- Directly mounted 10 dB(A) silencer
- Complete OSHA guarding
- Flexible fuel lines to base with NPT connections
- Anti-vibration pads to ensure vibration isolation
- Stub-up pipe ready for connection to silencer pipework

### COOLING SYSTEM
- Radiator and cooling fan complete with protective guards
- Standard ambient temperatures up to 122° F (50° C)

### CIRCUIT BREAKER
- UL/CSA listed
- 3-pole with solid neutral
- NEMA 1 steel enclosure, vibration isolated
- Electrical stub-up area directly below circuit breaker

### AUTOMATIC VOLTAGE REGULATOR
- Voltage within ± 0.5% at steady state from no load to full load
- Provides fast recovery from transient load changes

### EQUIPMENT FINISH
- All electroplated hardware
- Anticorrosive paint protection
- High gloss polyurethane paint for durability and scuff resistance

### QUALITY STANDARDS
- BS4999, BS5000, BS5514, IEC34, VDE0530, NEMA MG-1.22, NFPA 110 (with optional equipment)

### DOCUMENTATION
- Operation and maintenance manuals provided
- Wiring diagrams included

### WARRANTY
- 12 months from date of initial start-up or 18 months from shipping, whichever occurs first

Materials and specifications are subject to change without notice.

## WHERE THE WORLD TURNS FOR POWER

# STANDBY 90-150 kW
# PRIME 82.4-114 kW
# 60 Hz

## OLYMPIAN™

*Exclusively from your Caterpillar® dealer*

## SPECIFICATIONS

### GENERATOR

| | |
|---|---|
| Voltage Regulation | ±0.5% at steady state from no load to full load |
| Frequency | ±0.8% for constant load, no load to full load |
| Waveform Distortion | THD < 1.8%, at no load |
| Radio Interference | Compliance with BS800 and VDE Class G&N |
| Telephone Interference | TIF <50, THF <2% |
| Overspeed Limit | 2250 rpm |
| Insulation | Class H |
| Temperature Rise | Within Class H limits |
| Available Voltages | 277/480, 266/460, 120/240, 127/220, 120/208, 347/600 |
| Deration | Consult factory for available outputs |
| Ratings | At 86° F (30° C), 500 ft. (152.4 m), 60% humidity, 0.8 pf |

### ENGINE

| | |
|---|---|
| Manufacturer | Perkins |
| Type | 4-Cycle |
| Cylinder Configuration | In-line 6 |
| Displacement — cu in (L) | 366 (6.0) |
| Bore — in (mm) | 3.94 (100.0) |
| Stroke — in (mm) | 5.00 (127.0) |
| Compression Ratio | |
| D90P1, D100P1, D100P2, D125P1, D150P1 | 16.0:1 |
| D125P2 | 17.0:1 |
| Governor | |
| Type | |
| D90P1, D100P1, D100P2 | Mechanical |
| D125P1, D125P2, D150P1 | Electronic |
| Class | A1 |
| Piston Speed — ft/sec (m/sec) | 25.0 (7.62) |
| Engine speed — rpm | 1800 |
| Air Cleaner Type | Dry, replaceable paper element type with restriction indicator |
| Regenerative Power — kW | 16.2 |

**D90P1 — 1006TG1A**
Max Power at Rated rpm — hp (kW)
  Standby ................................ 152 (113)
  Prime ................................... 136 (102)
BMEP — psi (kPa)
  Standby ................................ 183 (1259)
  Prime ................................... 164 (1133)
Aspiration ............................... Turbocharged

**D100P1 — 1006TG2A**
Max Power at Rated rpm — hp (kW)
  Standby ................................ 166 (124)
  Prime ................................... 151 (112)
BMEP — psi (kPa)
  Standby ................................ 202 (1393)
  Prime ................................... 182 (1253)
Aspiration ............................... Turbocharged

**D100P2 — 1006-6T**
Max Power at Rated rpm — hp (kW)
  Standby ................................ 166 (124)
  Prime ................................... 150 (112)
BMEP — psi (kPa)
  Standby ................................ 200 (1376)
  Prime ................................... 182 (1253)
Aspiration ............................... Turbocharged

**D125P1 — 1006TAG**
Max Power at Rated rpm — hp (kW)
  Standby ................................ 219 (163)
  Prime ................................... 201 (150)
BMEP — psi (kPa)
  Standby ................................ 266 (1836)
  Prime ................................... 234 (1610)
Aspiration ............................... Turbocharged, AA Charge

**D125P2 — 1006TA**
Max Power at Rated rpm — hp (kW)
  Standby ................................ 216 (162)
  Prime ................................... 197 (147)
BMEP — psi (kPa)
  Standby ................................ 262 (1799)
  Prime ................................... 238 (1635)
Aspiration ............................... Turbocharged, AA Charge

**D150P1 — 1006TAG1**
Max Power at Rated rpm — hp (kW)
  Standby ................................ 219 (163)
  Prime ................................... N/A
BMEP — psi (kPa)
  Standby ................................ 266 (1836)
  Prime ................................... N/A
Aspiration ............................... Turbocharged, AA Charge Cooled

### CONTROL PANEL

NEMA 1 steel enclosure with lockable hinged door
Vibration isolated mounted Autostart control panel
Single location customer connector point
Electrical stub-up area directly below control panel

## RATING DEFINITIONS

**Standby** — Applicable for supplying continuous electrical power (at variable load) in the event of a utility power failure. No overload is permitted on these ratings. The generator is peak rated (as defined in ISO8528-3).

**Prime** — Applicable for supplying continuous electrical power (at variable load) in lieu of commercially purchased power. There is no limitation to the annual hours of operation and the generator set can supply 10 percent overload power for 1 hour in 12 hours.

Consult your Olympian representative for more information.

www.CAT-ElectricPower.com

© 2000 Caterpillar
All rights reserved.
Printed in U.S.A.

LEHX9506-01 (6-00)

Materials and specifications are subject to change without notice.
The International System of Units (SI) is used in this publication.

# HAWTHORNE

# SERVICE REPORT

APPROVED BY _____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | | DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | 8031 | 1 | R. CAMACHO | | 12/15/86 |

| CUSTOMER NAME | CUST. NO. | STORE | COST CTR | F/R OR EXCH NO | | OT / PT / SPL | |
|---|---|---|---|---|---|---|---|
| DYS | | 82 | | | ☐ HMC H190 | | |
| | | | | | ☐ HPS H192 | ELAPSED TIME | |
| MAKE | MODEL | SERIAL NUMBER | | ARRG NO | STD HOURS | ☐ HMS H150 | |
| 6ly | DP150 | | | | | ☐ HDM H191 | OT / PT / SPL |
| JOB DESCRIPTION | | | | | | ☐ HRTS RR | ELAPSED TIME |
| KAGMAN JUVENILE CENTER | | | | | | ☐ HLS RR | |
| | | | | | | ☐ HLS FONT | OT / PT / SPL |

| CHG DSL | CHG DEO | MLG | VEH | CHG 10W | CHG 30W | COST | SELL | HOURS, MILES | ELAPSED TIME |
|---|---|---|---|---|---|---|---|---|---|

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |

DESCRIPTIVE CODES: A - Structural  B - Surface  C - Leaks  D - Factory Assembly  E - System Malfunction  F - Factory Shipping  G - General Repair  H - Adjustments  K - Serviceability  N - Abuse  X - OPERATION COMPLAINT

**WHAT WAS THE CUSTOMER COMPLAINT?** Monthly P.M.

**ADDITIONAL COMMENTS THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?** Check all fluids Run unit and warm up.

CUSTOMER SIGNATURE _____  SERVICEMAN SIGNATURE _____

DEALER - TOP COPY  CUSTOMER - BOTTOM COPY

# HAWTHORNE SERVICE REPORT
Case 1:99-cv-00017    Document 28-13    Filed 02/08/2007    Page 4 of 7

APPROVED BY _____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | DATE |
|---|---|---|---|---|---|---|---|
|  | 01 |  |  | 8031 | 1 | R. CAMACHO | 11 20 6 |

| CUSTOMER NAME | CUST. NO. | STORE | COST CTR | F/R OR EXCH NO |
|---|---|---|---|---|
| DYS |  | 82 | FJ |  |

| MAKE | MODEL | SERIAL NUMBER | ARRG NO | STD HOURS |
|---|---|---|---|---|
| OLY | D150P1 | OLY00000UNAT00127 |  | 410 |

- ☐ HMC H190
- ☐ HPS H192
- ☐ HMS H150
- ☐ HDM H191
- ☐ HRIS BR ____
- ☐ HLS RB ____
- ☐ HLS FONT. ____

OT / PT / SPL — START
ELAPSED TIME — STOP
OT / PT / SPL — START
ELAPSED TIME — STOP
OT / PT / SPL — START
ELAPSED TIME — STOP

JOB DESCRIPTION

| CHG DSL | CHG DEO | MLG | VEH | CHG 10W | CHG 30W | COST | SELL | HOURS, MILES |
|---|---|---|---|---|---|---|---|---|

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ☐ YES ☐ NO |  |
|  |  |  |  |  |  | ☐ YES ☐ NO |  |
|  |  |  |  |  |  | ☐ YES ☐ NO |  |

DESCRIPTIVE CODES: A - Structural  B - Surface  C - Leaks  D - Factory Assembly  E - System Malfuction  F - Factory Shipping  G - General Repair  H - Adjustments  K - Serviceability  N - Abuse  X - OPERATION COMPLAINT

WHAT WAS THE CUSTOMER COMPLAINT? MONTHLY INSPECTION.

ADDITIONAL COMMENTS
THE CAUSE OF FAILURE?

WHAT WAS THE RESULTANT DAMAGE?

HOW DID YOU REPAIR IT? PERFORM MONTHLY INSPECTION. Check all fluids. Run unit and warm up.

CUSTOMER SIGNATURE _____    SERVICEMAN SIGNATURE _____

DEALER - TOP COPY CUSTOMER - BOTTOM COPY

# HAWTHORNE

# SERVICE REPORT

APPROVED BY _____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | DATE |
|---|---|---|---|---|---|---|---|
| | | | | 8031 | 1 | R. CAMACHO | 11/10/06 |

| CUSTOMER NAME | CUST. NO. | STORE | COST CTR | F/C |
|---|---|---|---|---|
| DYS | | 82 | | |

| MAKE | MODEL | SERIAL NUMBER | ARRG NO |
|---|---|---|---|
| Oly | DP 150 | | |

ATTN: NADIA

FROM: RAY

JOB DESCRIPTION

KAGMAN JUVENILE CENTER

| CHG DSL | CHG DEO | MLG | VEH | CHG 10W | CHG 30W | COST |
|---|---|---|---|---|---|---|
| | | | | | | |

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

YES ☐ NO ☐
YES ☐ NO ☐

DESCRIPTIVE CODES: A - Structural  B - Surface  C - Leaks  D - Factory Assembly  E - System Malfunction  F - Factory Shipping  G - General Repair  H - Adjustments  K - Serviceability  N - Abuse  X - OPERATION COMPLAINT

**WHAT WAS THE CUSTOMER COMPLAINT?** Monthly PM

**ADDITIONAL COMMENTS**
**THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?** Perform Monthly PM. Run unit and warm up.

CUSTOMER SIGNATURE _____   SERVICEMAN SIGNATURE _____

DEALER - TOP COPY   CUSTOMER - BOTTOM COPY

# HAWTHORNE

## SERVICE REPORT

APPROVED BY _____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYER NAME | | DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | 8031 | 1 | R. CAMACHO | | 10/15/06 |

| CUSTOMER NAME | CUST. NO. | STORE | COST CTR | F/R OR EXCH NO |
|---|---|---|---|---|
| DYS | | 82 | | |

☐ HMC H190
☐ HPS H192
☐ HMS H150
☐ HDM H191
☐ HRIS BR
☐ HLS RB ____
☐ HLS FONT __

OT / PT / SPL
ELAPSED TIME
OT / PT / SPL
ELAPSED TIME
OT / PT / SPL

| MAKE | MODEL | SERIAL NUMBER | ARRG NO | STD HOURS |
|---|---|---|---|---|
| Oly | DP150 | | | |

JOB DESCRIPTION

KAGMAN JUVENILE CENTER

| CHG DSL | CHG DEO | MLG | VEH | CHG 10W | CHG 30W | COST | SELL | HOURS, MILES | ELAPSED TIME |
|---|---|---|---|---|---|---|---|---|---|

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |
| | | | | | | ☐ YES | ☐ NO | |

DESCRIPTIVE CODES
A - Structural    C - Leaks       E - System Malfunction    G - General Repair    K - Serviceability    X - OPERATION
B - Surface       D - Factory Assembly   F - Factory Shipping      H - Adjustments       N - Abuse             COMPLAINT

WHAT WAS THE CUSTOMER COMPLAINT? Monthly P.M.

ADDITIONAL COMMENTS
THE CAUSE OF FAILURE?

WHAT WAS THE RESULTANT DAMAGE?

HOW DID YOU REPAIR IT? perform Monthly P.M. Run unit and warm up.

CUSTOMER SIGNATURE _____

SERVICEMAN SIGNATURE _____

DEALER - TOP COPY  CUSTOMER - BOTTOM COPY

# HAWTHORNE

# SERVICE REPORT

APPROVED BY _____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | DATE |
|---|---|---|---|---|---|---|---|
|  | 01 |  |  | 8031 | 1 | R. CAMACHO | 9/19/06 |

| CUSTOMER NAME | CUST. NO. | STORE | COST CTR | F/R OR EXCH NO |
|---|---|---|---|---|
| DYS KAGMAN |  | 82 | FJ |  |

| MAKE | MODEL | SERIAL NUMBER | ARRG NO | STD HOURS |
|---|---|---|---|---|
| OLY | D150D1 | OLY00000V0AT00127 |  | 386 |

☐ HMC H190
☐ HPS H192
☐ HMS H150
☐ HDM H191
☐ HRIS BR ____
☐ HLS RB ____
☐ HLS FONT ____

OT / PT / SPL — START
ELAPSED TIME — STOP
OT / PT / SPL — START
ELAPSED TIME — STOP
OT / PT / SPL — START
ELAPSED TIME — STOP

JOB DESCRIPTION

| CHG DSL | CHG DEO | MLG | VEH | CHG 10W | CHG 30W | COST | SELL | HOURS, MILES |
|---|---|---|---|---|---|---|---|---|

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ☐ YES ☐ NO |  |
|  |  |  |  |  |  | ☐ YES ☐ NO |  |
|  |  |  |  |  |  | ☐ YES ☐ NO |  |

DESCRIPTIVE CODES:
A - Structural   C - Leaks   E - System Malfunction   G - General Repair   K - Serviceability   X - OPERATION COMPLAINT
B - Surface   D - Factory Assembly   F - Factory Shipping   H - Adjustments   N - Abuse

WHAT WAS THE CUSTOMER COMPLAINT? MONTHLY D.M. AND INSPECTION.

ADDITIONAL COMMENTS
THE CAUSE OF FAILURE?

WHAT WAS THE
RESULTANT DAMAGE?

HOW DID YOU REPAIR IT? PERFORM MONTHLY D.M. Check all Fluid Levels. Check Belt Tension. Sweep out generator Room. Run unit and warm up.

Day tank Fuel level is 95% Full.

CUSTOMER SIGNATURE [signature]
SERVICEMAN SIGNATURE [signature]

DEALER - TOP COPY CUSTOMER