CUSTOMER: __D.Y.S__   DATE: __12-23-06__   INSPECTOR: __Ricardo R. Pasa__

MONTHLY INSPECTION OF FIRE EXTINGUISHER.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr.Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-787225 | HALL WAY. | | | | | | | | | |
| 2 | SP-784059 | HALL WAY. | | | | | | | | | |
| 3 | SP-784088 | HALL WAY. | | | | | | | | | |
| 4 | SN-821604 | KITCHEN. | | | | | | | | | |
| 5 | SP-784079 | LIBRARY. | | | | | | | | | |
| 6 | SP-784064 | WEIGHTS ROOM. | | | | | | | | | |
| 7 | SP-784062 | CLASS ROOM A. | | | | | | | | | |
| 8 | SP-784089 | CLASS ROOM B. | | | | | | | | | |
| 9 | SP-784052 | HOUSING A MALE. | | | | | | | | | |
| 10 | SP-784051 | HOUSING A MALE. | | | | | | | | | |
| 11 | SP-784080 | HOUSING A MALE. | | | | | | | | | |
| 12 | SP-784075 | HOUSING A.F. | | | | | | | | | |
| 13 | SP-784093 | HOUSING A.F. | | | | | | | | | |
| 14 | SP-784091 | HOUSING A.F. | | | | | | | | | |
| 15 | SN-821590 | METTING ROOM. | | | | | | | | | |
| 16 | SN-821588 | RECEPTION. | | | | | | | | | |
| 17 | SP-784061 | VISITING ROOM. | | | | | | | | | |
| 18 | SN-821601 | GENERATOR ROOM. | | | | | | | | | |
| 19 | SN-821602 | BOILER ROOM | | | | | | | | | |
| 20 | SP-784065 | GARD ROOM. | | | | | | | | | |
| 21 | SN-821605 | GENERATOR ROOM. | | | | | | | | | |
| 22 | MV-080677 | 20LBS | | | | | | | | | |
| 23 | MV-080720 | 20LBS | | | | | | | | | |
| 24 | MV-080724 | 20LBS | | | | | | | | | |
| 25 | MV-080697 | 20LBS | | | | | | | | | |
| 26 | MV-080688 | 20LBS | | | | | | | | | |
| 27 | MV-080658 | 20LBS | | | | | | | | | |
| 28 | MV-080684 | 20LBS | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |

CUSTOMER: D.Y.S  DATE: 11·06·00  INSPECTOR: Picarelo R. Rosa

MONTHLY INSPECTION OF FIRE EXTINGUISHER.

| | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr. Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-787225 | HALL WAY. | | | | | | | | | |
| 2 | SP-784059 | HALL WAY. | | | | | | | | | |
| 3 | SP-784088 | HALL WAY. | | | | | | | | | |
| 4 | SN-821604 | KITCHEN. | | | | | | | | | |
| 5 | SP-784079 | LIBRARY. | | | | | | | | | |
| 6 | SP-784064 | WEIGHTS ROOM. | | | | | | | | | |
| 7 | SP-784062 | CLASS ROOM A. | | | | | | | | | |
| 8 | SP-784089 | CLASS ROOM B. | | | | | | | | | |
| 9 | SP-784052 | HOUSING A MALE. | | | | | | | | | |
| 10 | SP-784051 | HOUSING A MALE. | | | | | | | | | |
| 11 | SP-784080 | HOUSING A MALE. | | | | | | | | | |
| 12 | SP-784075 | HOUSING A.F. | | | | | | | | | |
| 13 | SP-784093 | HOUSING A.F. | | | | | | | | | |
| 14 | SP-784091 | HOUSING A.F. | | | | | | | | | |
| 15 | SN-821590 | METTING ROOM. | | | | | | | | | |
| 16 | SN-821588 | RECEPTION. | | | | | | | | | |
| 17 | SP-784061 | VISITING ROOM. | | | | | | | | | |
| 18 | SN-821601 | GENERATOR ROOM. | | | | | | | | | |
| 19 | SN-821602 | BOILER ROOM | | | | | | | | | |
| 20 | SP-784065 | GARD ROOM. | | | | | | | | | |
| 21 | SN-821605 | GENERATOR ROOM. | | | | | | | | | |
| 22 | MV-080677 | 20LBS | | | | | | | | | |
| 23 | MV-080720 | 20LBS | | | | | | | | | |
| 24 | MV-080724 | 20LBS | | | | | | | | | |
| 25 | MV-080697 | 20LBS | | | | | | | | | |
| 26 | MV-080688 | 20LBS | | | | | | | | | |
| 27 | MV-080658 | 20LBS | | | | | | | | | |
| 28 | MV-080684 | 20LBS | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |

CUSTOMER: D.Y.S            DATE: 10-12-06    INSPECTOR: Ricardo R. Rasa

MONTHLY INSPECTION OF FIRE EXTINGUISHER.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr.Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SP-787225 | HALL WAY. | | | | | | | | | |
| 2 | SP-784059 | HALL WAY. | | | | | | | | | |
| 3 | SP-784088 | HALL WAY. | | | | | | | | | |
| 4 | SN-821604 | KITCHEN. | | | | | | | | | |
| 5 | SP-784079 | LIBRARY. | | | | | | | | | |
| 6 | SP-784064 | WEIGHTS ROOM. | | | | | | | | | |
| 7 | SP-784062 | CLASS ROOM A. | | | | | | | | | |
| 8 | SP-784089 | CLASS ROOM B. | | | | | | | | | |
| 9 | SP-784052 | HOUSING A MALE. | | | | | | | | | |
| 10 | SP-784051 | HOUSING A MALE. | | | | | | | | | |
| 11 | SP-784080 | HOUSING A MALE. | | | | | | | | | |
| 12 | SP-784075 | HOUSING A F. | | | | | | | | | |
| 13 | SP-784093 | HOUSING A F. | | | | | | | | | |
| 14 | SP-784091 | HOUSING A F. | | | | | | | | | |
| 15 | SN-821590 | METTING ROOM. | | | | | | | | | |
| 16 | SN-821588 | RECEPTION. | | | | | | | | | |
| 17 | SP-784061 | VISITING ROOM. | | | | | | | | | |
| 18 | SN-821601 | GENERATOR ROOM. | | | | | | | | | |
| 19 | SN-821602 | BOILER ROOM | | | | | | | | | |
| 20 | SP-784065 | GARD ROOM. | | | | | | | | | |
| 21 | SN-821605 | GENERATOR ROOM. | | | | | | | | | |
| 22 | MV-080677 | 20LBS | | | | | | | | | |
| 23 | MV-080720 | 20LBS | | | | | | | | | |
| 24 | MV-080724 | 20LBS | | | | | | | | | |
| 25 | MV-080697 | 20LBS | | | | | | | | | |
| 26 | MV-080688 | 20LBS | | | | | | | | | |
| 27 | MV-080658 | 20LBS | | | | | | | | | |
| 28 | MV-080684 | 20LBS | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |