**Juvenile Detention Unit**
**Division of Youth Services-DCCA**
**Commonwealth of the Northern Mariana Islands**
**Tel: 256-2550/2551**
**Fax: 256-2558/2557**

**Fire Drill Log**

Date: _12·02·04_                    Time: _1017 HRS_

Group(s): _"A"_

Staff(s) on Duty: _F. George, U. Ohicheng, B. Tagabue/ A. Camacho_
_N. Tagabue / & J. Tanaka._

Other Participants: _clients_

Fire Drill Facilitator: _Ricardo R. Pesn + Clifford Nekai_

All Clear Time: _1019 HRS_            Time Taken to Evacuate: _2 mins_

Facilitator's Comments: communication between ofcrs and clients was good but evacuating to safe area was slow and clients took their time.

Successful Encounters: ofcrs. notice that clients are taking their time and at point ofcrs instructed clients to speed up and take drill has it is real fire

Encountered Problems: clients were taking their time. Social workers didn't evacuated at their respected area.