# Commonwealth of the Northern Mariana Islands
## Office of the Governor
### Saipan, MP 96950

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 167415-000 OF

Telephone: (670) 664-1500  Fax: (670) 664-1515

**DATE:** 06/29/06

**VENDOR:** TORRES REFRIGERATION INT.
P.O. BOX 500714

SAIPAN, MP
96950-0714

**FOB POINT       :**
**SHIPPED VIA     :**
**DELIVERY TIME:**

### INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable. P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | SERVICE CENTRAL AIRCOND (AIR HANDLER & RETURN DUCTING 3/EA) | .00 | 900.00 |
| | LO | FREON CHARGE (3/EA) | .00 | 45.00 |
| | LO | WASHER/SERVICE & REPAIR (1/EA) | .00 | 75.00 |
| | LO | DRYER/SERVICE AND REPAIR (1/EA) | .00 | 75.00 |
| | LO | SPRINKLER SYSTEM REPAIR | .00 | 1,340.00 |
| | | AUTHORIZED PERSONS: | | |
| | | S.S.ADA | | |
| | | R.TEREGEYO | | |
| | | J.TANAKA | | |

**TOTAL** 2,435.00

DE... R TO MARPANDS - SAIPAN
DCCA-06-843/1220.62660
P.O. BOX 10008, CK
SAIPAN, MP
96950

**RELEASE DATE :** 06/29/06

**SHIP VIA:** Requested By : Youth Services Saipan

HERMAN SABLAN

DEPARTMENT

# PURCHASE ORDER

Commonwealth of the Northern Mariana Islands

## Office of the Governor
Saipan, MP 96950

Telephone: (670) 664-1500 Fax: (670) 664-1515

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 439320-000 OP

**DATE:** 06/02/05

**VENDOR:** PACIFIC SECURITY ALARM, INC.
P.O. BOX 504389

SAIPAN, MP
96950-4389

FOB POINT :
SHIPPED VIA :
DELIVERY TIME: 62660

### INSTRUCTIONS

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | INSTALLATION OF TWO (2) SMOKE DETECTOR ANGLED VISION CAMERA W/LENS AND ONE (1) VCR SECURITY LOCKBOX; THESE ITEMS WILL BE INSTALLED TO THE JUVENILE DET UNIT IN KAGMAN. | .00 | 1,747.00 |

NOTE TO VENDOR:

Please provide a copy of invoice showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

| | | | TOTAL | 1,747.00 |
|---|---|---|---|---|

DEL TO MARPANDS - SAIPAN          439320-OP
DCCADYS-05-920/1220.
P.O. BOX 10008, CK
SAIPAN, MP
SHIP VIA: 96950

RELEASE DATE : 06/02/05

Requested By : Youth Services Saipan



HERMAN SABLAN

VENDOR

# Pacific Security Alarm, Inc.

1406 N. Marine Dr. #201
Tamuning, Guam 96911
Tel :  (671) 646 - 2307
Fax :  (671) 649 - 7245

P.O. BOX 504389
Saipan, M.P. 96950
Tel : (670) 234-5626
Fax : (670) 234-5026

| | | | | |
|---|---|---|---|---|
| (1) | NAME: | **DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS (DCCA)** | DATED: | 17 Mar/05 |
| (2) | D.B.A.,AKA, OTHER: | DCCA / DYS JDU | | |
| (3) | LOCATION ADDRESS: | Capitol Hill, CNMI | QUOTE#: | EG1304C |
| | | Saipan | | |
| (4) | LOC. CONTACT | MR. VICTOR A. MESTA (DYS, Director) | SYSTEM#: | |
| (5) | LOC. PHONE | (670) 664-2550      FAX #    (670) 664-2560 | ACCT #: | 2935-1 |
| (6) | MAIL TO: | DCCA / DYS | DIGITAL#: | |
| | | P.O. Box 501000 CK | | |
| | | Saipan, MP 96950 | CONSULT: | GUZMAN |
| (7) | CONTACT: | MR. FLOYD MASGA (KJDCF Supervisor) | | |
| (8) | PHONE: | (670) 664-2530/32    FAX #    (670) 664-2540 | MKT.: | |

Security systems and/or services as listed on page 2 of this Agreement.
Project Title:  DCCA / KJDCF
(ADD-ON CAMERAS II)

| | |
|---|---|
| TOTAL | $ 1,747.00 |
| DOWNPAYMENT | P.O. REQ'D. |
| BALANCE (DUE AT COMPLETION) | $ 1,747.00 |

## OTHER CHARGES APPLICABLE TO THIS PROPOSAL

| Number | System Description | L.R. Radio | Monitor | Service | Service Type | O/C | Other | Total |
|---|---|---|---|---|---|---|---|---|
| | CCTV System | | N/A | N/A | N/A | | | N/A |
| | | | | | | | | |
| | | | | | | | **Total Fee** | **N/A** |

Additional terms and conditions of this agreement are attached hereto as pages 2 to 5 and are incorporated herein by reference. This proposal may be withdrawn if not accepted within 30 days.

Elmer Guzman
Security Consultant

Approved

Date

**Department of Community & Cultural Affairs**
Corporation Name (if Applicable)

Individual(s) Name (if Applicable)

Authorized Signature

Floyd Masga
Print Name

Title (Position Only)

CREDIT CARD AUTHORIZATION

The signature below authorizes Pacific Security Alarm, Inc. to charge by VISA / MASTERCARD

Account Number: _____   Expire Date: _____   a one time charge of $ _____

for system installation, a monthly charge of $ _____ charged on the first day of every month and for any outstanding balances on the account

Signature: _____

3

...ting ☐ Existing --New Location ☐ Referral ☐ Mail ☐ Newspaper ☐ Yellow Pages ☐ TV ☐ Trade Show ☐ Sticker ☐ Cold Call ☐ Sentinel

**...JECT Title: DCCA / KJDCF, Add-On Cameras II**

**...ject Location: Kagman, Saipan**

**...oposal Ref.: EG1304C**

| Item # | Quantity | Description |
|--------|----------|-------------|
|  |  |  |
| 1 | 2 ea. | Smoke Detector Angled Vision Camera with Lens |
| 2 | 1 ea. | VCR Security Lockbox |
|  |  |  |
|  |  | THIS PROPOSAL COVERS THE FOLLOWING |
|  |  | SCOPE OF WORK: |
|  |  |  |
|  | A/ | Furnish and install of the above listed equipment. |
|  | B/ | Location of the two (2) additional cameras: |
|  |  | 1/ Smoke Detector Camera – Floyd's Office |
|  |  | 2/ Smoke Detector Camera – Inside Central Control |
|  | C/ | New Cameras listed above to be tapped to the |
|  |  | Pelco System. |
|  | D/ | This includes system re-programming, testing and |
|  |  | Final turn-over of system. |
|  | E/ | Furnish & install of the Security Lock Box to |
|  |  | Housed the existing Multiplexer & DVR. |
|  |  |  |
|  |  |  |
|  | NOTE: | Existing (8) Channel Multiplexer needs to upgrade |
|  |  | with the (16) Channel Multiplexer in order to |
|  |  | accommodate additional camera inputs. (Please |
|  |  | refer to separate proposal). |
|  |  |  |
|  | DELIVERY: | Please allow us (45) days for delivery of equipment. |
|  |  |  |
|  | OTHERS: | THIS PROPOSAL DOES NOT INCLUDE |
|  |  | WIRES, CABLES AND CONNECTORS. PLEASE |
|  |  | REFER TO SEPARATE PROPOSAL FOR THE |
|  |  | REQUIRED CABLING (EG1304B). |
|  |  |  |

**CHANGES:**

*Any changes in this agreement, design, relocation, modifications and/or size of any and/or*
*other related items thereof, which involve additional labor and/or materials shall be*
*considered as change order to this proposal and may be an additive cost. All modifications*
*to this agreement must be made in writing.*

*Nothing Follows*

| | |
|---|---|
| **TOTAL** | $ 1,747.00 |
| **DOWNPYMNT** | P.O. REQ'D. |
| **BALANCE** | $ 1,747.00 |
| (DUE UPON COMPLETION) | |

# Commonwealth of the Northern Mariana Islands

## Office of the Governor
Saipan, MP 96950

Telephone: (670) 664-1500 Fax: (670) 664-1515

**PURCHASE ORDER**

| THIS NUMBER MUST APPEAR ON ALL INVOICES AND DELIVERY SLIPS |
|---|
| **No.** 455846-000 CF |

**DATE:** 05/12/06

**VENDOR:** TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN, MP
96950-0714

FOB POINT     :
SHIPPED VIA   :
DELIVERY TIME :

### INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 7 | EA | A-CONTRAL A/C REPAIR | 300.00 | 2,100.00 |
| 7 | EA | FREON CHARGE | 15.00 | 105.00 |
| 1 | LO | WASHER UNIT | 75.00 | 75.00 |
| 1 | LO | DRYER UNIT | 75.00 | 75.00 |

ENTER TO: MARPANDS - SAIPAN
DCCA-06-0715/1220.62660
P.O. BOX 10008, CK
SAIPAN, MP
96950

SHIP VIA:

Requested By : Youth Services Saipan

**TOTAL** 2,355.00

RELEASE DATE : 05/12/06

HERMAN SABLAN

VENDOR




# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
### SAIPAN, MP 96950
# PURCHASE REQUISITION

| REQUESTING OFFICE: DIV. OF YOUTH SERVICES Dept. of Comm. & Cult. Affairs | PREPARED BY: D. Rangamar | DATE: 4/26/06 | REQ. NO.: DCCA 06-0715 ORDER NO.: |
|---|---|---|---|

VENDOR NUMBER, NAME & ADDRESS:

TORRES REFRIGERATION INC.
P.O. Box 714 CK, Saipan MP 96950

SHIP TO:

MARPANDS
Gov't of the Northern Mariana Islands
Saipan MP 96950

| FOB POINT: Saipan | SHIP VIA: Gov't pick up | DELIVERY TIME: as needed |
|---|---|---|

| Item No. | Account Number Bus. Unit | Account | Qty. | Unit | Unit Cost | Extended Cost | Description |
|---|---|---|---|---|---|---|---|
| 1 | 1220 | 62660 | 7 | | $300.00 | $2,100.00 | A-Contral A/C (Air handler & Return du |
| 2 | " | " | 7 | | $15.00 | $105.00 | Freon Charge |
| 3 | " | " | 1 | | $75.00 | $75.00 | Washer Unit |
| 4 | " | " | 1 | | $75.00 | $75.00 | Dryer Unit |

authorized personnel to draw:
1. S. Ada
2. J. Tanaka
3. R. Sablan

Concurred by: Debra A. Inos
Acting Director, DYS

| | SUB-TOTAL | $2,355.00 |
|---|---|---|
| | FREIGHT & HANDLING | -0- |
| | OTHER | -0- |
| TOTAL REQUISITION AMOUNT | | $2,355.00 |

JUSTIFICATION: Open acct. for the aboove quota for Servicing & Repairing the above
at the Kagman Juvenile Detention.

| APPROVED BY (Department Head/Expenditure Authority) Danny Villagomez-Pier, Secretary DCCA | DATE 4/27/06 | DIRECTOR PROCUREMENT AND SUPPLY Herman Sablan, Director | DATE |
|---|---|---|---|

DISTRIBUTION: ORIGINAL - ACCOUNTS PAYABLE F & A • YELLOW: PROC. & SUPPLY • PINK: REQUISITIONER



# TORRES REFRIGERATION, INC.

P.O. BOX 714 C.K., SAIPAN, MP 96950
TEL. NO.: (670) 234-6098/235-1662 • FAX: (670) 234-9305
E-MAIL: jtorres@itecnmi.com

April 19, 2006

**DIVISION OF YOUTH SERVICE**
**Juvenile Detention - Kagman**
**Attn: Mr. Syl Ada**
**Saipan, MP 96950**
Tel No.: 664-2550
Fax No.:664-2578

Dear Sir:

     We are please to submit our price quotation for Service of Air-Conditioning unit as follows. This is a Service Agreement Proposal for the maintenance of units for your agency:

| UNIT | QTY. | LABOR | TOTAL |
|------|------|-------|-------|
| A - CENTRAL A/C (Air handler & return ducting) | 7 | $300.00/unit | $ 2,100.00 |
| Freon charge | 7 | 15.00/lb. | 105.00 |
| Total | | | $ 2,205.00 |

## SCOPE OF WORK:

- Service Evaporator/ Blower assembly and panels.
- Remove return air filter/ clean (recommend replacement if needed)
- Disassemble condensing unit completely and power wash condenser.
- Oil and grease all motors and shaft (Air handler and condenser unit).
- Test units for Freon leaks.
- Check and test duct for air leaks and damage.
- Clean all registered and return vents.
- Report necessary repair on the body and ducts.
- Test unit for voltage and amperage, temperature, refrigerant and oil levels.



Refrigeration Service
Engineers Society
BETTER SERVICE **RSES** THROUGH KNOWLEDGE







*MOBILE AIR CONDITIONING SOCIETY*

## B – WASHER/ DRYER: Service and Repair

| UNIT | QTY. | LABOR |
|------|------|-------|
| Washer Unit | 1 | $75.00/unit |
| Dryer Unit | 1 | 75.00/unit |
| Total | | $150.00 |

## SCOPE OF WORK

FOR WASHER:

- Remove front and back panel, lid cover and disassemble the unit.
- Clean body, all panels, control, tub seal cover, basket, tri-pad and motor.
- Remove and replace defective parts (if any).
- Clean basket and tub.
- Oil/ Grease all suspension spring and shaft.
- Assemble the unit and test.

FOR DRYER:

- Disassemble panel cover and complete service.
- Remove and clean all panels, idler pulley, motor control, basket and drum.
- Replace defective parts (if any).
- Clean lint filter screen.
- Clean exhaust vents.
- Oil roller and motor sleeve.
- Assembled back unit and test.

**Total Estimate Amount** ------------------------------------------------    **$ 2,355.00**

Thank you for the opportunity to serve you. Should you have any questions, you may reach me at 235-1662 or my cell phone at 287-1662.

Sincerely,

JOSEPH T. TORRES
General Manager

**Torres Refrigeration, Inc.**
P.O. Box 500714 CK
Saipan MP 96950
Phone: (670)234-6098      (670)234-9305
jtorres@itecnmi.com

## INVOICE

| Bill To: | | |
|---|---|---|
| DIVISION OF YOUTH SERVICE, | | |
| P.O.BOX 1000 CK | | |
| SAIPAN MP  96950 | | |

16717
5/19/2006

Key #:
Date In:      5/12/2006
Time In:          12:01PM
Expected:    5/12/2006
Completed:   5/19/2006
Cust.#:      3610

PO Nbr:  455846-000 OP

| Lic# | Veh ID: |
|---|---|
| VIN: | [] |
| Odometer In: | Out: |
| Inspection Due: | Hrs: |
| 670 664-2555(M | 670 286-5939 |

| Item | Qty/Time | Description | Price/Rate | Amount | |
|---|---|---|---|---|---|
| 0 CAC01 | 1.00 | ********* JUVENILE - ADMIN OFFICE ********* (05.11.06) SERVICE OF CENTRAL EVAPORATOR UNIT. BRAND : YORK  (7.5 TONS) MODEL : K4EU090A33A SERIAL : NHKS005719 | | | 17 |
| | | SERVICE OF CENTRAL CONDENSER UNIT. BRAND : YORK  (7.5 TONS) MODEL : H4CE090AH6C SERIAL : NHKM092647 | | | |
| | | ********************************************* | | | |
| 0 CAC02 | 1.00 | DISASSEMBLED UNIT PANELS, CONTROL, FAN BLOWER  AND EVAPORATOR COIL. | | | 17 |
| | | CLEANED EVAPORATOR COIL, PANELS, AIR FILTERS, DEFFUSER, RETURN GRILLS AND RETURN DUCT SYSTEM. | | | |
| 0 CAC03 | 1.00 | DISSASEMBLED CONDENSING UNIT AND POWER WASH CONDENSER COIL. CLEANED PANELS. | | | 17 |
| | | PULLED-OUT AND REPLACED BELT. | | | |
| 0 CAC04 | 1.00 | FLUSHED DRAIN PIPE AND RETURN AIR FILTER. OIL AND GREASED ALL MOTOR AND SHAFTS. (BOTH AIR HANDLER AND CONDENSER UNIT) | | | 17 |
| | | CHECKED FREON PRESSURE AND BELT TENSION. CHECKED AND TEST DUCTING SYSTEM FOR AIR LEAKS AND DAMAGE. | | | |
| 0 CAC11 | 1.00 | ASSEMBLED THE UNIT AND TEST FOR AMPERAGE, TEMPERATURE, REFRIGERANT AND OIL LEVELS, OK. | 300.00 | 300.00 | 17 |
| | | TEST AND OBSERVED UNIT OPERATION,OK. COMPLETED | | | |

**P A R T S**

| | | | | | |
|---|---|---|---|---|---|
| N A-36 | 2.00 | BELT BELTA (BLOWER WHEEL) CENTRAL A/C | 26.78 | 53.56 | 17 |

**Torres Refrigeration, Inc.**
P.O. Box 500714 CK
Saipan MP 96950
Phone: (670)234-6098        (670)234-9305
jtorres@itecnmi.com



## INVOICE

| Bill To: | | |
|---|---|---|
| DIVISION OF YOUTH SERVICE, | **16717** | |
| | **5/19/2006** | |
| P.O.BOX 1000 CK | | |
| SAIPAN MP 96950 | Key #: | |
| | Date In: | 5/12/2006 |
| | Time In: | 12:01PM |
| | Expected: | 5/12/2006 |
| | Completed: | 5/19/2006 |
| | Cust.#: | 3610 |
| | PO Nbr: 455846-000 OP | |

| Lic# | | Veh ID: |
|---|---|---|
| VIN: | | [] |
| Odometer In: | | Out: |
| Inspection Due: | | Hrs: |
| 670 664-2555(M | 670 286-5939 | |

| Item | Qty/Time | Description | Price/Rate | Amount |
|---|---|---|---|---|
| | | **L A B O R** | | |
| 0 CAC01 | 1.00 | ********* JUVENILE - ADMIN OFFICE ********<br>(05.11.06)<br>SERVICE OF CENTRAL EVAPORATOR UNIT.<br>BRAND : YORK (10 TONS)<br>MODEL : KE120A33B<br>SERIAL : NHKS005808<br><br>SERVICE OF CENTRAL CONDENSER UNIT.<br>BRAND : YORK (10 TONS)<br>MODEL : H2CE120A46E<br>SERIAL : NHKM089555<br><br>*************************************************** | | 17 |
| 0 CAC02 | 1.00 | DISASSEMBLED UNIT PANELS, CONTROL, FAN<br>BLOWER  AND EVAPORATOR COIL.<br><br>CLEANED EVAPORATOR COIL, PANELS, AIR FILTERS,<br>DEFFUSER, RETURN GRILLS AND RETURN DUCT<br>SYSTEM. | | 17 |
| 0 CAC03 | 1.00 | DISSASEMBLED CONDENSING UNIT AND POWER<br>WASH CONDENSER COIL.<br>CLEANED PANELS.<br><br>PULLED-OUT AND REPLACED BELT. | | 17 |
| 0 CAC04 | 1.00 | FLUSHED DRAIN PIPE AND RETURN AIR FILTER. OIL<br>AND GREASED ALL MOTOR AND SHAFTS. (BOTH AIR<br>HANDLER AND CONDENSER UNIT)<br><br>CHECKED FREON PRESSURE AND BELT TENSION.<br>CHECKED AND TEST DUCTING SYSTEM FOR AIR<br>LEAKS AND DAMAGE. | | 17 |
| 0 CAC11 | 1.00 | ASSEMBLED THE UNIT AND TEST FOR AMPERAGE,<br>TEMPERATURE, REFRIGERANT AND OIL LEVELS, OK.<br><br>TEST AND OBSERVED UNIT OPERATION,OK.<br>COMPLETED | 300.00 | 300.00  17 |

**Torres Refrigeration, Inc.**
P.O. Box 500714 CK
Saipan MP 96950
Phone: (670)234-6098      (670)234-9305
jtorres@itecnmi.com

## INVOICE

| | |
|---|---|
| **Bill To:** | 16717 |
| DIVISION OF YOUTH SERVICE, | 5/19/2006 |
| P.O.BOX 1000 CK | |
| SAIPAN MP 96950 | |

Lic#                 Veh ID:

VIN:
Odometer In:                 Out:
Inspection Due:                 Hrs:
670 664-2555(M      670 286-5939

| | |
|---|---|
| Key #: | |
| Date In: | 5/12/2006 |
| Time In: | 12:01PM |
| Expected: | 5/12/2006 |
| Completed: | 5/19/2006 |
| Cust.#: | 3610 |
| PO Nbr: | 455846-000 OP |

| Item | Qty/Time | Description | Price/Rate | Amount |
|---|---|---|---|---|
| Total Parts: | 53.56 | Paid With | | |
| Total Labor: | 600.00 | HOUSE CHARGE        653.56 | Sub Total: | 653.56 |
| Total Sublet: | | | | |
| Tax Exempt- | | | | |
| Writer: | 2 | PO# 455846-000 OP | Invoice Amount: | 653.56 |
| | | | Less Deposits: | |
| | | | **Balance Due:** | **653.56** |

PAYMENT TERMS: This account is due and payable in full w/in 30 days from invoice date (Customer w/ Credit Acct.). Overdue accounts will be charged 1.5% interest per month on the outstanding balance. Attorney fees and related costs will be assessed in case of default in payment:

PARTS DISCLAIMER: The only warranties applying to parts sold are those offered by the manufacturer. The selling dealer expressly disclaims all warranties, either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose. ALL ELECTRICAL PARTS: NO REFUNDS OR RETURNS.

NOTE: All appliances not picked up after 30 days from notice and completion of services shall result in the attachment of a mechanic's lien after which the unit will be sold at the required price for services rendered.
** WARRANTY : 60 DAYS LABOR & MATERIALS ***
** RECEIVED THE ABOVE ARTICLES IN GOOD ORDER AND CONDITION **

Signature: _____      Date: 5/19/06

Int Order#:    4885                      Service is our business!!!

# Commonwealth of the Northern Mariana Islands

## Office of the Governor
### Saipan, MP 96950

Telephone: (670) 664-1500 Fax: (670) 664-1515

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 455846-000 OP

**DATE:** 05/12/06

**VENDOR:** TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN, MP
96950-0714

FOB POINT    :
SHIPPED VIA  :
DELIVERY TIME:

### INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 7 | EA | A-CONTRAL A/C REPAIR | 300.00 | 2,100.00 |
| 7 | EA | FREON CHARGE | 15.00 | 105.00 |
| 1 | LO | WASHER UNIT | 75.00 | 75.00 |
| 1 | LO | DRYER UNIT | 75.00 | 75.00 |
| | | 05.19.06   INV. 16677 | | ⟨ 1,014.56 ⟩ |
| | | 05.19.06   INV. 16717 | | ⟨ 653.56 ⟩ |

TOTAL    2,355.00

DELIVER TO: MARPANDS - SAIPAN
DCCA-06-0715/1220.62660
P.O. BOX 10008, CK
SAIPAN, MP
96950

SHIP VIA:

Requested By : Youth Services Saipan

RELEASE DATE : 05/12/06

HERMAN SABLAN

VENDOR

**Torres Refrigeration, Inc.**
P.O. Box 500714 CK
Saipan MP 96950
Phone: (670)234-6098      (670)234-9305
jtorres@itecnmi.com



# INVOICE

| Bill To: | | |
|---|---|---|
| DIVISION OF YOUTH SERVICE, | | |
| P.O.BOX 1000 CK | | |
| SAIPAN MP 96950 | | |

16677
5/19/2006

Key #:
Date In:      5/ 4/2006
Time In:          10:48AM
Expected:    5/ 4/2006
Completed:  5/19/2006
Cust.#:        3610

PO Nbr: 455846-000 OP

| Lic# | Veh ID: | |
|---|---|---|
| VIN: | | [] |
| Odometer In: | Out: | |
| Inspection Due: | Hrs: | |
| 670 664-2555(M | 670 286-5939 | |

| Item | Qty/Time | Description | Price/Rate | Amount |
|---|---|---|---|---|
| | | **LABOR** | | |
| 0 CAC01 | 1.00 | ***************** HOUSING B ******************* (05.01.06 - UNIT #1) SERVICED CENTRAL EVAPORATOR UNIT. BRAND : YORK  (4 TONS) MODEL : F2FP048H06B SERIAL : XLKS048818 | | 17 |
| | | SERVICED CENTRAL CONDENSING UNIT. BRAND : YORK  (4 TONS) MODEL : H1PA04846A SERIAL : WFKM066003 ****************************************************** | | |
| 0 CAC02 | 1.00 | DISASSEMBLED UNIT PANELS, CONTROL, FAN BLOWER  AND EVAPORATOR COIL. | | 17 |
| | | CLEANED EVAPORATOR COIL, PANELS, AIR FILTERS, DEFFUSER, RETURN GRILLS AND RETURN DUCT SYSTEM. | | |
| 0 CAC03 | 1.00 | DISSASEMBLED CONDENSING UNIT AND POWER WASH CONDENSER COIL. CLEANED PANELS. | | 17 |
| 0 CAC04 | 1.00 | FLUSHED DRAIN PIPE AND RETURN AIR FILTER. OIL AND GREASED ALL MOTOR AND SHAFTS. (BOTH AIR HANDLER AND CONDENSER UNIT) | | 17 |
| | | CHECKED FREON PRESSURE AND BELT TENSION. CHECKED AND TEST DUCTING SYSTEM FOR AIR LEAKS AND DAMAGE. | | |
| 0 CAC11 | 1.00 | ASSEMBLED THE UNIT AND TEST FOR AMPERAGE, TEMPERATURE, REFRIGERANT AND OIL LEVELS, OK. | 300.00 | 300.00  17 |
| | | TEST AND OBSERVED UNIT OPERATION,OK. COMPLETED | | |
| 0 CAC01 | 1.00 | ***************** HOUSING B ******************* (05.01.06 - UNIT #2) SERVICED CENTRAL EVAPORATOR UNIT. BRAND : YORK  (10 TONS) MODEL : KEU120A33B SERIAL : NHKS005807 | | 17 |
| | | SERVICED CENTRAL CONDENSING UNIT. BRAND : YORK  (10 TONS) MODEL : H2CE120A46E SERIAL : NHKM089560 ****************************************************** | | |

**Torres Refrigeration, Inc.**

. Box 500714 CK

Saipan MP 96950

Phone:  (670)234-6098        (670)234-9305

jtorres@itecnmi.com

## I N V O I C E

16677

5/19/2006

| | |
|---|---|
| Lic# | Veh ID: |
| VIN: | [] |
| Odometer In: | Out: |
| Inspection Due: | Hrs: |
| 670 664-2555(M | 670 286-5939 |

**Bill To:**

DIVISION OF YOUTH SERVICE,

P.O.BOX 1000 CK

SAIPAN MP  96950

Key #:

Date In:     5/ 4/2006

Time In:        10:48AM

Expected:    5/ 4/2006

Completed:  5/19/2006

Cust.#:        3610

PO Nbr:  455846-000 OP

| Item | Qty/Time | Description | Price/Rate | Amount | |
|---|---|---|---|---|---|
| | | | | | 17 |
| 0  CAC02 | 1.00 | DISASSEMBLED UNIT PANELS, CONTROL, FAN BLOWER  AND EVAPORATOR COIL. PULLED-OUT AIR FILTER AND WORN-OUT BELT. | | | |
| | | CLEANED EVAPORATOR COIL, PANELS,  DEFFUSER, RETURN GRILLS AND RETURN DUCT SYSTEM. | | | |
| | | REPLACED AIR FILTER AND WORN-OUT BELT. | | | 17 |
| 0  CAC03 | 1.00 | DISSASEMBLED CONDENSING UNIT AND POWER WASH CONDENSER COIL. CLEANED PANELS. | | | 17 |
| 0  CAC04 | 1.00 | FLUSHED DRAIN PIPE AND RETURN AIR FILTER. OIL AND GREASED ALL MOTOR AND SHAFTS.(BOTH AIR HANDLER AND CONDENSER UNIT) | | | |
| | | CHECKED FREON PRESSURE AND BELT TENSION. CHECKED AND TEST DUCTING SYSTEM FOR AIR LEAKS AND DAMAGE. | 300.00 | 300.00 | 17 |
| 0  CAC11 | 1.00 | ASSEMBLED THE UNIT AND TEST FOR AMPERAGE, TEMPERATURE, REFRIGERANT AND OIL LEVELS, OK. | | | |
| | | TEST AND OBSERVED UNIT OPERATION,OK. COMPLETED | | | 17 |
| 0  CAC01 | 1.00 | *********** MAINTENANCE ROOM *********** (05.01.06 - UNIT #3) SERVICED CENTRAL EVAPORATOR UNIT. BRAND : YORK  (7.5 TONS) MODEL : K4EU90A33A SERIAL : NHKS005718 | | | |
| | | SERVICED CENTRAL CONDENSER UNIT. BRAND : YORK  (7.5 TONS) MODEL : H4CE090A46C SERIAL : NHKM092651 ***************************************** | | | 17 |
| 0  CAC02 | 1.00 | DISASSEMBLED UNIT PANELS, CONTROL, FAN BLOWER  AND EVAPORATOR COIL. PULLED-OUT AIR FILTER. | | | |
| | | CLEANED EVAPORATOR COIL, PANELS, AIR FILTERS, DEFFUSER, RETURN GRILLS AND RETURN DUCT SYSTEM. | | | |
| | | REPLACED WORN-OUT BELT. | | | 17 |
| 0  CAC03 | 1.00 | DISSASEMBLED CONDENSING UNIT AND POWER WASH CONDENSER COIL. CLEANED PANELS. | | | |

Page:  2

**Torres Refrigeration, Inc.**
P.O. Box 500714 CK
Saipan MP 96950
Phone:  (670)234-6098        (670)234-9305
jtorres@itecnmi.com

## INVOICE

| Bill To: | | |
|---|---|---|
| DIVISION OF YOUTH SERVICE, | | |
| P.O.BOX 1000 CK | | |
| SAIPAN MP 96950 | | |

| | |
|---|---|
| | **16677** |
| | **5/19/2006** |
| **Key #:** | |
| **Date In:** | 5/ 4/2006 |
| **Time In:** | 10:48AM |
| **Expected:** | 5/ 4/2006 |
| **Completed:** | 5/19/2006 |
| **Cust.#:** | 3610 |

**PO Nbr: 455846-000 OP**

| Lic# | Veh ID: | |
|---|---|---|
| VIN: | | [] |
| Odometer In: | | Out: |
| Inspection Due: | | Hrs: |
| 670 664-2555(M | 670 286-5939 | |

| Item | Qty/Time | Description | Price/Rate | Amount | |
|---|---|---|---|---|---|
| 0  CAC04 | 1.00 | FLUSHED DRAIN PIPE AND RETURN AIR FILTER. OIL AND GREASED ALL MOTOR AND SHAFTS. (BOTH AIR HANDLER AND CONDENSER UNIT) | | | 17 |
| | | CHECKED FREON PRESSURE AND BELT TENSION. CHECKED AND TEST DUCTING SYSTEM FOR AIR LEAKS AND DAMAGE. | | | |
| 0  CAC11 | 1.00 | ASSEMBLED THE UNIT AND TEST FOR AMPERAGE, TEMPERATURE, REFRIGERANT AND OIL LEVELS, OK. | 300.00 | 300.00 | 17 |
| | | TEST AND OBSERVED UNIT OPERATION,OK. COMPLETED | | | |

### P A R T S

| Item | Qty/Time | Description | Price/Rate | Amount | |
|---|---|---|---|---|---|
| N  A-36 | 1.00 | BELT (BLOWER WHEEL)  CENTRAL A/C (UNIT #2) | 26.78 | 26.78 | 17 |
| N  ZLP16251 | 4.00 | AIR FILTER GLASFLOSS (16 X 25 X 1) (UNIT #2) | 15.25 | 61.00 | 17 |
| N  A-36 | 1.00 | BELT BELTA (BLOWER WHEEL)  CENTRAL (UNIT #3) - PENDING | 26.78 | 26.78 | 17 |

| | | | | | |
|---|---|---|---|---|---|
| Total Parts: | 114.56 | Paid With | | | |
| Total Labor: | 900.00 | HOUSE CHARGE | 1014.56 | Sub Total: | 1014.56 |
| Total Sublet: | | | | | |
| | | | | | |
| Tax Exempt- | | | | | |
| Writer:  2 | | PO# 455846-000 OP | | Invoice Amount: | 1014.56 |
| | | | | Less Deposits: | |

### Balance Due:          1014.56

PAYMENT TERMS: This account is due and payable in full w/in 30 days from invoice date (Customer w/ Credit Acct.).
Overdue accounts will be charged 1.5% interest per month on the outstanding balance.  Attorney fees and related costs will be assessed in case of default in payment.
    PARTS DISCLAIMER: The only warranties applying to parts sold are those offered by the manufacturer.  The selling dealer expressly disclaims all warranties, either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose.  ALL ELECTRICAL PARTS: NO REFUNDS OR RETURNS.
    NOTE:  All appliances not picked up after 30 days from notice and completion of services shall result in the attachment of a mechanic's lien after which the unit will be sold at the required price for services rendered.
        **  WARRANTY : 60 DAYS LABOR & MATERIALS ***
        ** RECEIVED THE ABOVE ARTICLES IN GOOD ORDER AND CONDITION **

**Torres Refrigeration, Inc.**
P.O. Box 500714 CK
Saipan MP 96950
Phone: (670)234-6098    (670)234-9305
jtorres@itecnmi.com

# INVOICE

| Bill To: | | |
|---|---|---|
| DIVISION OF YOUTH SERVICE, | 16677 | |
| P.O.BOX 1000 CK | 5/19/2006 | |
| SAIPAN MP 96950 | | |

Key #:
Date In:      5/ 4/2006
Time In:         10:48AM
Expected:    5/ 4/2006
Completed:   5/19/2006
Cust.#:        3610
PO Nbr:  455846-000 OP

Lic#                   Veh ID:

VIN:
Odometer In:            Out:                      []
Inspection Due:         Hrs:
670 664-2555(M       670 286-5939

| Item | Qty/Time | Description | Price/Rate | Amount |
|---|---|---|---|---|

Signature:  _Meragh_          Date:  _5/19/06_

Int Order#:    4863                    Service is our business!!!

# Commonwealth of the Northern Mariana Islands

## Office of the Governor

### Saipan, MP 96950

Telephone: (670) 664-1500  Fax: (670) 664-1515

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 455848-000 OF

**DATE:** 05/12/06

**VENDOR:** TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN, MP
96950-0714

### INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

FOB POINT     :
SHIPPED VIA   :
DELIVERY TIME:

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 7 | EA | A-CONTRAL A/C REPAIR | 300.00 | 2,100.00 |
| 7 | EA | FREON CHARGE | 15.00 | 105.00 |
| 1 | LO | WASHER UNIT | 75.00 | 75.00 |
| 1 | LO | DRYER UNIT | 75.00 | 75.00 |

05.19.06   INV. 16677   〈 1,014.50 〉
05.19.06   INV. 16717   〈 653.50 〉

| | TOTAL | 2,355.00 |
|---|---|---|

DELIVER TO: MARPANDS - SAIPAN
DCCA-06-0715/1220.62660
P.O. BOX 10008, CK
SAIPAN, MP
SHIP VIA: 96950
Requested By : Youth Services Saipan

RELEASE DATE : 05/12/06

HERMAN SABLAN



VENDOR

# Commonwealth of the Northern Mariana Islands

## Office of the Governor
### Saipan, MP 96950

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 454456-000 OF

Telephone: (670) 664-1500  Fax: (670) 664-1515

**DATE:** 04/10/06

**VENDOR:** TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN, MP
96950-0714

FOB POINT      :
SHIPPED VIA    :
DELIVERY TIME:

### INSTRUCTIONS

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | LABOR/MATERIALS FOR REPAIR OF SUBMERSIBLE PUMP UNIT FOR THE FIRE SPRINKLER SYSTEM AT THE DYS KAGMAN JUVINELE DET FAC. | .00 | 2,395.00 |

NOTE TO VENDOR:
Please provide a copy of invoice showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

| | TOTAL | 2,395.00 |

CHARGE TO: MARPANDS - SAIPAN    454456-OF
DCCA/DYS-06-0571/1220.626
P.O. BOX 10008, CK
SAIPAN, MP
SHIP VIA: 96950
Requested By : Youth Services Saipan

RELEASE DATE : 04/10/06

HERMAN SABLAN

VENDOR

 

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
SAIPAN, MP 96950
## PURCHASE REQUISITION

| REQUESTING OFFICE: | PREPARED BY: | DATE: | REQ. NO.: DCCA 06-0571 |
|---|---|---|---|
| Division of Youth Services | M. Camacho | 3/22/06 | ORDER NO.: |

| VENDOR NUMBER, NAME & ADDRESS: | SHIP TO: |
|---|---|
| Torres Refrigeration, Inc.<br>P.O. Box 714 CK<br>Saipan, MP 96950 | MARPANDS<br>Gov't of the Northern Mariana Islands<br>Saipan, MP 96950 |

| FOB POINT: | SHIP VIA: | DELIVERY TIME: |
|---|---|---|
| Saipan | Vendor's Method | 1 Day ARO |

| Item No. | Account Number Bus. Unit | Account | Qty. | Unit | Unit Cost | Extended Cost | Description |
|---|---|---|---|---|---|---|---|
| 1 | 1220 | 62660 | 1 | lot | – | $2,395.00 | Labor and materials needed for the repair of Submersible Pump Unit for the fire sprinkler system at the DYS Kagman Juvenile Detention Facility. |
| | | | | | | | |
| | | | | | | | Concurred By: Debra A. Inos  DYS Director |

| | | |
|---|---|---|
| SUB-TOTAL | $2,395.00 | |
| FREIGHT & HANDLING | – | |
| OTHER | – | |
| TOTAL REQUISITION AMOUNT | $2,395.00 | |

JUSTIFICATION:
**This is in compliance of the Federal Consent Decree.**

| APPR | DATE | DIRECTOR PROCUREMENT AND SUPPLY | DATE |
|---|---|---|---|
| Daisy C. Villagomez-Bier, DCCA Sec. | 3/28/06 | Herman Sablan | |

**Torres Refrigeration, Inc.**
P.O. Box 500714 CK
Saipan MP 96950
Phone: (670)234-6098    (670)234-9305
jtorres@itecnmi.com



## INVOICE

| Bill To: | | | |
|---|---|---|---|
| DIVISION OF YOUTH SERVICE, | | | |
| P.O.BOX 1000 CK | | | |
| SAIPAN MP 96950 | | | |

16573
4/18/2006

Key #:
Date In:    4/12/2006
Time In:      12:06PM
Expected:    4/12/2006
Completed:    4/18/2006
Cust.#:    3610

PO Nbr:  454456-000 OP

| Lic# | Veh ID: |
|---|---|
| VIN: | [] |
| Odometer In: | Out: |
| Inspection Due: | Hrs: |
| 670 664-2555(M | 670 286-5939 |

| Item | Qty/Time | Description | Price/Rate | Amount | |
|---|---|---|---|---|---|
| | | **L A B O R** | | | |
| N  WP001 | 1.00 | ****** JUVENILE DETENTION FACILITY ****** REPLACEMENT OF SUBMERSIBLE PUMP UNIT FOR THE FIRE SPRINKLER SYSTEM. | | | 1 |
| | | BRAND : FRANKLIN (2HP) 3450/2875 RPM 460V - PH3 - 4AMP | | | |
| N  WP002 | 1.00 | SPECAIL ORDER SUBMERSIBLE PUMP PER SPECIFICATION. | | | 1 |
| | | RE-ASSEMBLE PUMP, REPLACED ALL PIPE & FITTINGS AND RE-WIRED WITH WATERPROOFING SILECONE. | | | |
| | | INSTALLED NEW PUMP, MOUNT ALL BRACKER & PLATES. | | | |
| | | REPLACED 15A DUAL ELEMENT TIME DELAY FUSE. RE-WIRED PUMP CONTROL WIRING. | | | |
| N  WP003 | 1.00 | START PUMP FOR TESTING. | 2395.00 | 2395.00 | 1 |
| | | FLUSH ALL WATER IN THE EMERGENCY PIPE OUT. & RE-FILLED. | | | |
| | | OPERATION TEST O.K. | | | |
| | | COMPLETE. | | | |
| | | **P A R T S** | | | |
| N  SPL | 1.00 | 2 HP SUBMERSIBLE PUMP 3450/2875 RPM, 460/380 VOLTS, PH 3, AND 3.4/4.00 AMPS. | | | 1 |
| N  SPL | 3.00 | 15 AMPS DUAL ELEMNT TIME DELAY FUSE | | | 1 |
| N  SPL | 1.00 | GALV. PIPE STEM AND FITTINGS | | | 1 |
| N  SPL | 1.00 | ELECTRICAL TAPE | | | 1 |
| N  SPL | 1.00 | WATERPROOFING ELCTRICAL SEALER | | | 1 |

| Total Parts: | | **Paid With** | | |
|---|---|---|---|---|
| Total Labor: | 2395.00 | HOUSE CHARGE | 2395.00 | Sub Total:  2395.00 |
| Total Sublet: | | | | |

Tax Exempt-
Writer:    2

PO# 454456-000 OP

Invoice Amount:    2395.00
Less Deposits:

**Balance Due:    2395.00**

**Torres Refrigeration, Inc.**
P.O. Box 500714 CK
Saipan MP 96950
Phone:  (670)234-6098     (670)234-9305
jtorres@itecnmi.com

# I N V O I C E

| Bill To: | | Lic# | Veh ID: |
|---|---|---|---|

Bill To:
DIVISION OF YOUTH SERVICE,
P.O.BOX 1000 CK
SAIPAN MP  96950

16573
4/18/2006

Key #:
Date In:     4/12/2006
Time In:       12:06PM
Expected:    4/12/2006
Completed:   4/18/2006
Cust.#:      3610
PO Nbr:  454456-000 OP

Lic#                    Veh ID:

VIN:
Odometer In:            Out:
Inspection Due:         Hrs:
670 664-2555(M          670 286-5939

| Item | Qty/Time | Description | | Price/Rate | Amount |
|---|---|---|---|---|---|

PAYMENT TERMS: This account is due and payable in full w/in 30 days from invoice date (Customer w/ Credit Acct.).
Overdue accounts will be charged 1.5% interest per month on the outstanding balance.  Attorney fees and related costs will be assessed in case of default in payment.
   PARTS DISCLAIMER: The only warranties applying to parts sold are those offered by the manufacturer.  The selling dealer expressly disclaims all warranties, either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose.  ALL ELECTRICAL PARTS: NO REFUNDS OR RETURNS.
   NOTE: All appliances not picked up after 30 days from notice and completion of services shall result in the attachment of a mechanic's lien after which the unit will be sold at the required price for services rendered.
      ** WARRANTY :  60 DAYS LABOR & MATERIALS ***
      ** RECEIVED THE ABOVE ARTICLES IN GOOD ORDER AND CONDITION **

Signature:                                          Date:  4-18-06

Int Order#:     4792                    Service is our business!!!

# Commonwealth of the Northern Mariana Islands
## Office of the Governor
### Saipan, MP 96950

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 454456-000 OF

Telephone: (670) 664-1500  Fax: (670) 664-1515

**DATE:** 04/10/06

**VENDOR:** TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN, MP
96950-0714

FOB POINT    :
SHIPPED VIA  :
DELIVERY TIME:

### INSTRUCTIONS

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | LABOR/MATERIALS FOR REPAIR OF SUBMERSIBLE PUMP UNIT FOR THE FIRE SPRINKLER SYSTEM AT THE DYS KAGMAN JUVINELE DET FAC. | .00  04-18-06  INV. 16573 | 2,395.00  ‹2,395.00› |

**NOTE TO VENDOR:**
Please provide a copy of invoice showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

| | TOTAL | 2,395.00 |
|---|---|---|

DELIVER TO: MARPANDS - SAIPAN    454456-OF
DCCA/DYS-06-0571/1220.626
P.O. BOX 10008, CK
SAIPAN, MP
SHIP VIA:    96950
Requested By : Youth Services Saipan

RELEASE DATE : 04/10/06

HERMAN SABLAN 

VENDOR



# TORRES REFRIGERATION, INC.

P.O. BOX 714 C.K., SAIPAN, MP 96950
TEL. NO.: (670) 234-6098/235-1662 • FAX: (670) 234-9305
E-MAIL: jtorres@itecnmi.com

March 20, 2006

**DIVISION OF YOUTH SERVICE**
**Attn: Mr. Syl Ada**
**Saipan, MP 96950**
Tel No.: 664-2551
Fax No.:664-2578

Dear Sir:

We are please to submit our price quotation for the replacement and repair of Submersible Pump unit for sprinkler system at new correctional facility.

**A - SCOPE OF WORK:**

1. **REPLACEMENT OF 2HP SUBMERSIBLE PUMP 3450/ 2875 RPM, 460/380 VOLTS; PH 3; AMP 3.4/4.00.**
2. **REPLACEMENT OF 15A DUAL ELEMENT TIME DELAY FUSE.**
3. **ELECTRICAL REWIRING OF THE PUMP CONTROL**
4. **REPLACEMENT OF STEEL PIPE FOR THE PUMP.**
5. **TESTING OF SUBMERSIBLE PUMP.**

**TOTAL AMOUNT (LABOR AND MATERIALS)** -------------- **$ 2,395.00**

**B - REPAIR:**

The above is an estimate based our inspection and does not cover additional costs after the unit has been opened up. Defective or Worn parts discovered which are not evident on first inspection will not be covered. We will provide you additional estimate for defective parts.

Thank you for the opportunity to serve you. Should you have any questions, you may reach me at 235-1662 or my cell phone at 287-1662.

Sincerely,

**JOSEPH T. TORRES**
General Manager









# Commonwealth of the Northern Mariana Islands
## Office of the Governor
### Saipan, MP 96950

Telephone: (670) 664-1500  Fax: (670) 664-1515

**DATE:** 04/10/06

**VENDOR:** TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN. MP
96950-0714

FOB POINT    :
SHIPPED VIA  :
DELIVERY TIME:

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 454453-000 OP

### INSTRUCTIONS

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | OPEN ACCOUNT FOR REPAIR OF AIRCONDITION AT KAGMAN JUVENILE DET FACILITY AUTHORIZED PERSONS:  S.S.ADA  R.T.TEREGEYO | .00 | 500.00 |

**NOTE TO VENDOR:**

The Government of the Northern Marianas will not be Held Responsible for any Unauthorized Purchase or Purchases in Excess of the Dollar Amount as Shown on this Order.

Purchase of Nonexpendable Personal Property (CAPITAL ITEM) is not Authorized and the Commonwealth Government will not be Held Responsible for Payment of such Purchases.

This P.O. expires September 30, 2006

**NOTE TO VENDOR:**

Please provide a copy of invoice showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

| | |
|---|---|
| **TOTAL** | 500.00 |

DELIVER TO: MARPANDS - SAIPAN    454453-OP
DCCA/DYS-06-0573/1220.626
P.O. BOX 10008, CK
SAIPAN, MP
SHIP VIA: 96950
Requested By : Youth Services Saipan

RELEASE DATE : 04/10/06

HERMAN SABLAN

VENDOR




# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
SAIPAN, MP 96950
## PURCHASE REQUISITION

| REQUESTING OFFICE: Division of Youth Services Dep't. of Comm. & Cult. Affrs. | PREPARED BY: **Chris Nunez** | DATE 3/29/06 | REQ. NO.: DCCA06- 0572 ORDER NO.: |
|---|---|---|---|

| VENDOR NUMBER, NAME & ADDRESS: Torres Refrigeration Inc. P.O. Box 500714 C.K. Saipan, MP 96950 | SHIP TO: Marpands Gov't. of the Northern Mariana Islands Saipan, MP 96590 |
|---|---|

| FOB POINT: Saipan | SHIP VIA: Vendors Method | DELIVERY TIME: as needed |
|---|---|---|

| Item No. | Account Number Bus. Unit | Account | Qty. | Unit | Unit Cost | Extended Cost | Description |
|---|---|---|---|---|---|---|---|
| 1 | 1220 | 62660 | 1 | lot | – | $ 2,450.00 | For repairs & maintenance of DYS offices. |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Concurred by: *Debra A. Inos* (signature)
Debra A. Inos
DYS Director

| | SUB-TOTAL | $ 2,450.00 |
|---|---|---|
| | FREIGHT & HANDLING | –0– |
| | OTHER | –0– |
| TOTAL REQUISITION AMOUNT | | $ 2,450.00 |

JUSTIFICATION:

| APPROVED BY (Department Head/Expenditure Authority) *Debra A. Inos* (signature) Debra A. Inos, DCCA Acting Secretary | DATE 3/29/06 | DIRECTOR PROCUREMENT AND SUPPLY Herman Sablan | DATE |
|---|---|---|---|

DISTRIBUTION: ORIGINAL - ACCOUNTS PAYABLE F & A • YELLOW: PROC. & SUPPLY • PINK: REQUISITIONER

# Commonwealth of the Northern Mariana Islands

## Office of the Governor
### Saipan, MP 96950

Telephone: (670) 664-1500 Fax: (670) 664-1515

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 453517-000 OP

**DATE:** 03/16/06

**VENDOR:** TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN, MP
96950-0714

### INSTRUCTIONS

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

FOB POINT      :
SHIPPED VIA    :
DELIVERY TIME:

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | REPAIR/SERVICE CENTRAL AIRCOND AT KAGMAN JUVENILE DETENTION UNIT. | .00 | 2,316.9 |

**NOTE TO VENDOR:**
Please provide a copy of invoice showing
receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

**TOTAL** 2,316.9

DELIVER TO: MARPANDS - SAIPAN    453517-OP
DCCA-06-0323/1220.62660
P.O. BOX 10008, CK
SAIPAN, MP
SHIP VIA:    96950
Requested By : Youth Services Saipan

RELEASE DATE : 03/16/06

HERMAN SABLAN

VENDOR

 

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
SAIPAN, MP 96950
**PURCHASE REQUISITION**

| REQUESTING OFFICE: Div. of Youth Services Dept. of Comm. & Cultural Aff. | PREPARED BY: A. Quitugua | DATE: 12/29/05 | REQ. NO.: DCCA 06-0323 |
|---|---|---|---|
| | | | ORDER NO.: |

| VENDOR NUMBER, NAME & ADDRESS: Torres Refrigeration, Inc. P.O. Box 714 CK Saipan, MP 96950 | SHIP TO: MARPANDS GOV'T OF THE NORTHERN MARIANA ISLANDS SAIPAN, MP 96950 |
|---|---|

| FOB POINT: Saipan | SHIP VIA: Vendor's Method | DELIVERY TIME: |
|---|---|---|

| Item No. | Account Number | | Qty. | Unit | Unit Cost | Extended Cost | Description |
|---|---|---|---|---|---|---|---|
| | Bus. Unit | Account | | | | | |
| 1 | 1220 | 62660 | 1 | lot | – | $2,316.95 | Central A/C-Evaporator; Model No. |
| | | | | | | | HICE150A46C; Serial No.: NHKM089562; |
| | | | | | | | Labor, parts, and materials |
| | | | | | | | needed for the service and repair |
| | | | | | | | of Central A/C for Housing Unit |
| | | | | | | | A Juvenile Detention Facility. |
| | Concurred By: Vivian T. Sablan Acting DYS Director | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | SUB-TOTAL | $2,316.95 | |
| | | | | | FREIGHT & HANDLING | – | |
| | | | | | OTHER | – | |
| | | | TOTAL REQUISITION AMOUNT | | | $2,316.95 | |

JUSTIFICATION:

01/05/06

| APPROVED BY (Department Head/Expenditure Authority) Carmen C. Cabrera, Acting DCCA Secretary | DATE | DIRECTOR PROCUREMENT AND SUPPLY Herman Sablan, Director | DATE |
|---|---|---|---|

DISTRIBUTION: ORIGINAL - ACCOUNTS PAYABLE F & A • YELLOW: PROC. & SUPPLY • PINK: REQUISITIONER



# TORRES REFRIGERATION, INC.

P.O. BOX 714 C.K., SAIPAN, MP 96950
TEL. NO.: (670) 234-6098/235-1662 • FAX: (670) 234-9305
E-MAIL: jtorres@itecnmi.com

December 20, 2005

**DIVISION OF YOUTH SERVICE**
**Attention: Ms. Marlyn Igitol**
Kagman
Saipan MP 96950
Tel No. – 664-2555
Fax No. – 664-2560

Dear Ma'am:

We are pleased to submit our Price Quotation for the Service and Repair of your Central A/C for **Housing A Juvenile Detention** as follows:

### CENTRAL A/C – EVAPORATOR

**Scope of Work:**

- Service Evaporator/ Blower assembly and panels.
- Remove return air filter/ clean (recommend replacement if needed)
- Disassemble condensing unit completely and power wash assembly.
- Oil and grease all motors and shaft (Air handler and condenser unit).
- Test units for refrigerant leaks and pressure foe high and low side.
- Check and test duct for air leaks and damage.
- Clean all registered and return vents.
- Report necessary repair on the body and ducts.
- Test unit for voltage and amperage, temperature, refrigerant and oil levels.


Refrigeration Service
Engineers Society
BETTER SERVICE RSES THROUGH KNOWLEDGE






MOBILE AIR CONDITIONING SOCIE

## REPAIR – CENTRAL A/C – CONDENSER

Brand        : York (12 tons)
Model No.    : HICE150A46C
Serial No.   : NHKM089562

**FINDINGS/ COMMENT:**
Found defective Compressor (no. 2), needs to replace.

| PARTS | QTY. | AMOUNT |
|---|---|---|
| Compressor Motor | 1 | $ 1,500.00 |
| Suction Drier | 1 | 150.00 |
| Liquid Line Drier | 1 | 88.95 |
| Silvaloy | 2 | 8.00 |
| Nitrogen | 2 lbs. | 20.00 |
| Freon-22 | 20 lbs. | 300.00 |
| Labor | | 250.00 |
| **TOTAL** | | **$ 2,316.95** |

Note: The above is an estimate based on our inspection and does not cover additional costs after the work has been opened up. Worn parts discovered which are not evident on first inspection will not be covered.

### *ESTIMATE GOOD FOR THIRTY (30) DAYS ONLY*

Thank you for the opportunity to serve you. Should you have any questions, you may call me at 235-1662.

Sincerely,

**JOSEPH T. TORRES**
General Manager

# TORRES REFRIGERATION, INC.

P.O. BBOX 500714 SAIPAN, MP 96950
TEL.: (670) 234-6098/235-1662 • FAX: (670) 234-9305
E-mail: jtorres@itecmni.com

COMPUTER INVOICE NO.:

FIELD INVOICE NO.: 2322

INVOICE DATE:  April 26, 2006    P.O. NO.: 453517-000 OP

CUSTOMER:  Division of Youth Service - Juvenile Det.

ADDRESS:  Kagman

TEL. NO.:  664-2555    CUSTOMER ACCOUNT NO.:

## TERMS OF PAYMENT

☐ CASH   ☐ CHARGE   ☐ OTHER

Brand Name: York (12 Tons)    Model: HICE150A46C

Serial No.: NHKM089562    Merchandise: Central A/C

### Service Requested:

### SERVICE RENDERED

cont.:
* Re-pipe suction line and discharge line.
* Vacuumed the system and charged freon R-22.
* Flushed drain pipe and return air filter-oil.
* Greased all motor and shafts (Both air handler and cond. unit).
* Checked freon pressure and belt tension. Checked and test ducting system for air leaks and damage.
* Assembled the unit and test for amperage, temperature, refrigerant and oil levels, ok.
* Test and observed unit operation, ok. Completed.

* Found defective compressor (No. 2) motor.
* Disassembled unit panels, control,fan blower and evaporator coil.
* Cleaned evaporator coil, panels, air filters, deffuser, return grills and return duct system.
* Disassembled condensing unit and power washed cond. coil.
* Cleaned panels.
* Pulled-out and replaced defective compressor, motor and filter drier. Flushed the system using nitrogen.

| Part No. | Description | Qty. | Unit Price | Total Amount | REF |
|---|---|---|---|---|---|
| SPL | Compressor motor | 1 | | $1,500.00 | |
| R53-412 | Silvaloy | 2 | | 8.00 | |
| B12-275 | Filter Drier (EK-305) | 1 | | 88.95 | |
| SPL | Suction Drier | 1 | | 150.00 | |
| Misc#6 | Nitrogen | 2 lbs. | | 20.00 | |
| Misc#4 | Freon-22 | 20 lbs. | | 300.00 | |
| | | | **TOTAL SALE/S $** | 2,066.95 | |

| | |
|---|---|
| ACCOUNT #470 | SERVICE CALL $ |
| | TOTAL LABOR $ 250.00 |
| ACCOUNT #410 | TOTAL PARTS $2,066.95 |
| | TOTAL AMOUNT $2,316.95 |

Prepared by: /1bq
Technician: Rodel
Approved by:

Received the above articles in good order and condition.

Received by ____ 4-26-06
(Authorized signature over printed n...)

NOTE: All appliance not pick-up after 30 days of notification and completion of services will automatically become the property of Torres Refrigeration and will be sold at the required price.

TERMS: This accounts is due and payable within 30 days from invoice date. Overdue accounts will be charged 1.5% per month on the total outstanding amount plus attorney's fees and other related expenses incurred in case of default in payment.

WARRANTY "0 Days Labor & Materials

# Commonwealth of the Northern Mariana Islands
## Office of the Governor
### Saipan, MP 96950

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 453517-000 OP

Telephone: (670) 664-1500 Fax: (670) 664-1515

**DATE:** 03/16/06

**VENDOR:** TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN, MP
96950-0714

**INSTRUCTIONS**

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

FOB POINT    :
SHIPPED VIA  :
DELIVERY TIME:

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | REPAIR/SERVICE CENTRAL AIRCOND AT KAGMAN JUVENILE DETENTION UNIT. | .00 | 2,316.95 |

NOTE TO VENDOR:
Please provide a copy of invoice showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

| | TOTAL | 2,316.95 |
|---|---|---|

DELIVER TO: MARPANDS - SAIPAN    453517-OP
DCCA-06-0323/1220.62660
P.O. BOX 10008, CK
SAIPAN, MP
SHIP VIA: 96950
Requested By : Youth Services Saipan

RELEASE DATE : 03/16/06

HERMAN SABLAN



VENDOR

# Commonwealth of the Northern Mariana Islands

## Office of the Governor

### Saipan, MP 96950

Telephone: (670) 664-1500 Fax: (670) 664-1515

# JRCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

No.

**DATE:** 03-13-06

**VENDOR:** TORRES REFRIGERATION INT.
P.O. BOX 11714

SAIPAN, MP
96950-0714

FOB POINT :
SHIPPED VIA :
DELIVERY TIME:

## INSTRUCTIONS

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | SERVICE & REPAIR OF A C UNIT FOR KAGMAN JUVENILE DETENTION UNIT INCLUDING LABOR,PARTS AND MATERIALS.A. CONDENSER MODEL NO.F2FF048H06B SRN:XLN5048625 | .00 | 1,422.00 |

ACKNOWLEDGEMENT COPY
Acknowledgement Receipt of this Order
Date: 3/16/06 By: _____
Estimated Delivery Date: _____
Air Mail this copy to:
Marianas Supply Officer
Government of the Northern Marianas
Saipan, MP 96950

DELIVER TO MARPANDS - SAIPAN     452124-1F
DCCA-06-0324/1210.91450
P.O. BOX 10008, CK.
SAIPAN, MP
96950
**SHIP VIA:**
Requested By : Youth Services Center

**TOTAL** 1,422.00

RELEASE DATE : 03.13-06

KAGMAN MARIAN

ACKNOWLEDGEMENT

 

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
SAIPAN, MP 96950
## PURCHASE REQUISITION

| REQUESTING OFFICE:<br>Div. of Youth Services<br>Dept. of Comm. & Cultural Aff. | PREPARED BY:<br>A. Quitugua | DATE:<br>12/29/05 | REQ. NO.:DCCA 06-0324<br>ORDER NO.: |
|---|---|---|---|

| VENDOR NUMBER, NAME & ADDRESS:<br>Torres Refrigeration. Inc.<br>P.O. Box 714 CK<br>Saipan, MP 96950 | SHIP TO:<br>MARPANDS<br>GOV'T OF THE NORTHERN MARIANA ISLANDS<br>SAIPAN, MP 96950 |
|---|---|

| FOB POINT:<br>Saipan | SHIP VIA:<br>Vendor's Method | DELIVERY TIME: |
|---|---|---|

| Item No. | Account Number Bus. Unit | Account | Qty. | Unit | Unit Cost | Extended Cost | Description |
|---|---|---|---|---|---|---|---|
| 1 | 1220 | 62660 | 1 | lot | – | $2,422.65 | Central A/C Condenser; Model No.: |
| | | | | | | | F2FP048H06B; Serial No.:XLK5048825; |
| | | | | | | | Labor, parts, & materials needed |
| | | | | | | | for the service and repair of |
| | | | | | | | Central A/C Housing Unit A |
| | | | | | | | Juvenile Detention Facility. |
| | | | | | | | |
| Concurred By: Vivian T. Sablan<br>Acting DYS Director | | | | | | | |

| | | | SUB-TOTAL | $2,422.65 |
|---|---|---|---|---|
| | | | FREIGHT & HANDLING | – |
| | | | OTHER | – |
| | TOTAL REQUISITION AMOUNT | | | $2,422.65 |

JUSTIFICATION:

| APPROVED BY (Department Head/Expenditure Authority)<br>Carmen C. Cabrera, Acting DCCA Secretary | DATE<br>01/05/06 | DIRECTOR PROCUREMENT AND SUPPLY<br>Herman Sablan, Director | DATE |
|---|---|---|---|

DISTRIBUTION: ORIGINAL - ACCOUNTS PAYABLE F & A • YELLOW: PROC. & SUPPLY • PINK: REQUISITIONER



# TORRES REFRIGERATION, INC.

P.O. BOX 714 C.K., SAIPAN, MP 96950
TEL. NO.: (670) 234-6098/235-1662 • FAX: (670) 234-9305
E-MAIL: jtorres@itecnmi.com

December 20, 2005

**DIVISION OF YOUTH SERVICE**
**Attention: Ms. Marlyn Igitol**
Kagman
Saipan MP 96950
Tel No. – 664-2555
Fax No. – 664-2560

Dear Ma'am:

We are pleased to submit our Price Quotation for the Service and Repair of your Central A/C for **Housing A Juvenile Detention** as follows:

### CENTRAL A/C – CONDENSER

**Scope of Work:**

- Service Evaporator/ Blower assembly and panels.
- Remove return air filter/ clean (recommend replacement if needed)
- Disassemble condensing unit completely and power wash assembly.
- Oil and grease all motors and shaft (Air handler and condenser unit).
- Test units for refrigerant leaks and pressure foe high and low side.
- Check and test duct for air leaks and damage.
- Clean all registered and return vents.
- Report necessary repair on the body and ducts.
- Test unit for voltage and amperage, temperature, refrigerant and oil levels.


Refrigeration Service
Engineers Society
BETTER SERVICE **RSES** THROUGH KNOWLEDGE


MEMBER
**ARW**
Excellence in Distribution


MANUFACTURERS
**IMACA**
FOUNDED 1964


**MACS**
MOBILE AIR CONDITIONING SOCIETY

## REPAIR – CENTRAL A/C – EVAPORATOR

Brand       : York (6 tons)
Model No.   : F2FP048H06B
Serial No.  : XLK5048825

### FINDINGS/ COMMENT:

Found defective Compressor and transformer needs to replace.

| PARTS | QTY. | AMOUNT |
|---|---|---|
| Compressor Motor | 1 | $ 1,810.95 |
| Silvaloy | 2 | 8.00 |
| Nitrogen | 2 lbs. | 20.00 |
| Freon-22 | 20 lbs. | 300.00 |
| Transformer | 1 | 25.70 |
| Labor | | 250.00 |
| TOTAL | | $ 2,422.65 |

Note: The above is an estimate based on our inspection and does not cover additional costs after the work has been opened up. Worn parts discovered which are not evident on first inspection will not be covered.

### *ESTIMATE GOOD FOR THIRTY (30) DAYS ONLY*

Thank you for the opportunity to serve you. Should you have any questions, you may call me at 235-1662.

Sincerely,

**JOSEPH T. TORRES**
General Manager

# TORRES REFRIGERATION, INC.

P.O. BBOX 500714 SAIPAN, MP 96950
TEL. (670) 234-6098/235-1662 · FAX: (670) 234-9305
E-mail: jtorres@itecnmi.com

FIELD INVOICE NO.: **2321**    COMPUTER INVOICE NO.:

INVOICE DATE: April 26, 2006    P.O. NO.: 453224-000 OP

CUSTOMER: Division of Youth Service-Juvenile Det.

ADDRESS: Kagman

TEL. NO.: 664-2555    CUSTOMER ACCOUNT NO.:

## TERMS OF PAYMENT

☐ CASH    ☐ CHARGE    ☐ OTHER

Brand Name: York (4 Tons)    Model: F2FP04H06R

Serial No.: XLK5048825    Merchandise: CAC

## SERVICE RENDERED

Service Requested:

\* Found Defective compressor and low voltage transformer
  (Need to replace).

\* Disassembled unit panels,control, fan blower and evap.
  coil.

\* Cleaned Evaporator coil,panels, air filters, deffuser

  return grills and return duct system.

\* Disassembled condensing unit and power wash cond. coil

\* Cleaned panels.

\* Pulled-out and replaced defective compressor motor.

Prepared by: /jbq

Technician: Rodel

Approved by:

| Part No. | Description | Qty. | Unit Price | Total Amount | REF |
|---|---|---|---|---|---|
| cont:. | | | | | |
| | * Replaced transformer and magnetic contactpr. | | | | |
| | * Flushed the system using nitrogen. | | | | |
| | * Vacuumed the system and charged freon R-2p. | | | | |
| | * Flushed drain pipe and return air filter. Oil and greased | | | | |
| | all motor and shafts(Both air handler and condenser unit). | | | | |
| | * Checked freon pressure and belt tension. | | | | |
| | * Checked and test ducting system for air leaks and damage. | | | | |
| | * Assembled the unit and test for amperage, temp.,refrigerant | | | | |
| | and oil levels, ok. | | | | |
| | * Test and observed unit operation, ok. Completed. | | | | |
| SPL | Compressor Motor | 1 | $ 1,810.95 | | |
| R53-412 | Silvaloy | 4 | 16.00 | | |
| L37-209 | Transformer | 1 | 25.70 | | |
| Misc#6 | Nitrogen | 2lbs. | 20.00 | | |
| Misc#4 | Freon-22 | 20lbs. | 300.00 | | |

TOTAL SALE/S $ 2,172.65

4-6-06

Received the above articles in good
order and condition.

Received by:
(Authorized signature over printed name)

NOTE: All appliance not pick-up after 30 days of notification and completion of services will automatically become the property of Torres Refrigeration and will be sold at the required price.

TERMS: This accounts is due and payable within 30 days from invoice date. Overdue accounts will be charged 1.5% per month on the total outstanding amount plus attorney's fees and other related expenses incurred in case of default in payment.

WARRANTY: 60 Days Labor & Materials

| | | |
|---|---|---|
| SERVICE CALL | | $ |
| TOTAL LABOR | $ | 250.00 |
| ACCOUNT #470 | | |
| TOTAL PARTS | $ | 2,172.65 |
| ACCOUNT #410 | | |
| TOTAL AMOUNT | $ | 2,422.65 |

# Commonwealth of the Northern Mariana Islands

## Office of the Governor

Saipan, MP 96950

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.**   453224-000 OP

Telephone: (670) 664-1500 Fax: (670) 664-1515

**DATE:**   03/13/06

**VENDOR:**   TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN, MP
96950-0714

**INSTRUCTIONS**

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

OB POINT       :
HIPPED VIA    :
ELIVERY TIME:

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | SERVICE & REPAIR OF A/C UNI FOR KAGMAN JUVENILE DETENTION UNIT INCLUDING LABOR,PARTS AND MATERIALS.A/CONDENSER MODEL NO.F2FP048H06B/SR#:XLK5048825 | .00 | 2,422.65 |
| | | **NOTE TO VENDOR:** Please provide a copy of invoice showing receipt of goods/merchandise to: Director, PROCUREMENT & SUPPLY P.O. Box 10008 CK Lower Base, Saipan, MP 96950 | | |
| | | | TOTAL | 2,422.65 |

LI  TO MARPANDS - SAIPAN       453224-OP
    DCCA-06-0324/1220.62660
    P.O. BOX 10008, CK
    SAIPAN, MP
    96950

HIP VIA:

Requested By : Youth   ervices Saipan

RELEASE DATE : 03/13/06

HEF  N SABLAN

# Commonwealth of the ... Mariana Islands

## Office of the Governor

### Saipan, MP 96950

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.**  453084-000 OP

Telephone: (670) 664-1500  Fax: (670) 664-1515

**DATE:**  03/08/06

**VENDOR:**  TORRES REFRIGERATION INC.
P.O. BOX 500714

SAIPAN, MP
96950-0714

**FOB POINT      :**
**SHIPPED VIA    :**
**DELIVERY TIME:**

### INSTRUCTIONS

1. P.O. number must appear on all invoices,, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | OPEN ACCOUNT FOR REPAIR AND MAINTENANCE OF DYS A/C UNITS FOR FOLLOWING GOV'T BLDGS #'S:1361 1324/1342/1340/1354 INCLUDING THE KAGMAN JUVENILE DETENTION FACILTY AUTHORIZED PERSONNEL:MINNA CAMACHO CHRIS A.NUNEZ | .00 | 500.00 |

**NOTE TO VENDOR:**

The Government of the Northern Marianas will not be Held Responsible for any Unauthorized Purchase or Purchases in Excess of the Dollar Amount as Shown on this Order.

Purchase of Nonexpendable Personal Property (CAPITAL ITEM) is not Authorized and the Commonwealth Government will not be Held Responsible for Payment of such Purchases.

This P.O. expires September 30, 9 '06

**NOTE TO VENDOR:**

Please provide a copy of invoice showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

| | TOTAL | 500.0 |
|---|---|---|

DE  R TO MARPANDS - SAIPAN        453084-OP
DCCA-06-0317/1220.62660
P.O. BOX 10008, CK
SAIPAN, MP
**SHIP VIA:**  96950
Requested By : Youth Services Saipan

**RELEASE DATE :** 03/08/06

HERMAN SABLAN

VENDOR




## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
### SAIPAN, MP 96950
## PURCHASE REQUISITION

| REQUESTING OFFICE: | PREPARED BY: | DATE: | REQ. NO.: DCCA–06 |
|---|---|---|---|
| **Div. of Youth Services** | **T. Torres** | 03/28/06 | ORDER NO.: |

| VENDOR NUMBER, NAME & ADDRESS: | SHIP TO: **MARPANDS** |
|---|---|
| **Torres Refrigeration**<br>**P.O. Box 500714**<br>**Saipan, MP  96950** | **Commonwealth of the Northern Mariana Isl.**<br>**Saipan, MP  96950** |

| FOB POINT: | SHIP VIA: | DELIVERY TIME: |
|---|---|---|
| **Saipan** | **Vendor's Method** | |

| Item No. | Account Number | | Qty. | Unit | Unit Cost | Extended Cost | Description |
|---|---|---|---|---|---|---|---|
| | Bus. Unit | Account | | | | | |
| 1. | 1220 | 62660 | 1 | lot | $500.00 | $500.00 | **Open Account for the Kagman** |
| | | | | | | | **Juvenile Detention Facility** |
| | | | | | | | **Air Condition repair.** |
| | **Authorized Personnel to Draw:** | | | | | | |
| | **1. Sylvio S. Ada** | | | | | | |
| | **2. Rose T. Teregeyo** | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **Concurred By: Debra A. Inos**<br>**DYS Director** | | | | | | COPY |

| | SUB-TOTAL | $500.00 |
|---|---|---|
| | FREIGHT & HANDLING | –0– |
| | OTHER | –0– |
| TOTAL REQUISITION AMOUNT | | $500.00 |

| JUSTIFICATION: **Open Account for the repair and maintenance of the DYS Kagman** |
|---|
| **Juvenile Detention Facility.** |

| APPROVED BY (Procurement Head/Expending Authority)<br>**Debra A. Inos, Acting DCCA Sec.** | DATE<br>3/28/06 | DIRECTOR PROCUREMENT AND SUPPLY<br>**Herman Sablan** | DATE |
|---|---|---|---|

DISTRIBUTION: ORIGINAL - ACCOUNTS PAYABLE F & A • YELLOW: PROC. & SUPPLY • PINK: REQUISITIONER