**Saipan Ice & Water Co., Inc.**
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 12 30 04 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

| Visit Frequency | ____:Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

SERVICE REPORT: Check on RO System

FINDINGS/COMMENTS: feed motor pump not function

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | 3/4 | UV Light Unit (s) | |
|---|---|---|---|
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 15 gpg |
| Post-filter | ok | Feed Water TDS | 1603 ppm |
| Feed Pump Pressure | 20/200 psi | Product Water TDS | 47 ppm |
| Permeate Flow Rate (GPM) | 2.0 gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
Check & adjust the pressure for feed motor pump, check hardness, TDS & chlorine of feed & RO product, check floor level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | [signature] |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| **CUSTOMER NAME** | DYS | **DATE** | 12 26 04 |
| **ADDRESS** | KAGMAN | **CONTRACT REF.** | |
| **CONTACT PERSON** | | **TEL. NO.** | |

**Equipment Description:** 3000 GPD

**Visit Frequency** ____ :Week/Month

**Last Microbiology Test Result / Remarks:**

**SERVICE REPORT:** RO system not operating; no water at RO tank

**FINDINGS/COMMENTS:** pressure switch of feed motor not function.

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | 3/4 | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | OK | Hardness Reading | 12 gpg |
| Post-filter | OK | Feed Water TDS | 1060 ppm |
| Feed Pump Pressure | 40/200 psi | Product Water TDS | 56 ppm |
| Permeate Flow Rate (GPM) | 2.0 gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** need check and adjust the pressure of feed motor, check hardness, TDS, chlorine of feed H₂O & RO product, check flocon level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Rey | MARGARET ANTONETTE TEIGITA - JCW MT |

## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

# MAINTENANCE WORK ORDER

No.

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DCN | DATE | 12/22/04 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ____ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check on RO System

FINDINGS/COMMENTS: feed need adjustment at pressure switch

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | 3/4 | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 12 GPG |
| Post-filter | ok | Feed Water TDS | 848 ppm |
| Feed Pump Pressure | 30/200 psi | Product Water TDS | 60 ppm |
| Permeate Flow Rate (GPM) | 1.8 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): adjust the setting of pressure switch for feed motor, check hardness, TDS & chlorine of feed H2O & RO product, check chlorine level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | |

## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

# MAINTENANCE WORK ORDER

No.

| | | | |
|---|---|---|---|
| CUSTOMER NAME | PSS | DATE | 12-11-06 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ___ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Clean the Membrane of RO Unit

FINDINGS/COMMENTS: flow production rate & High TDS

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 16 gpg |
| Post-filter | newly replace | Feed Water TDS | 1125 ppm |
| Feed Pump Pressure | 20/190 psi | Product Water TDS | 80 ppm |
| Permeate Flow Rate (GPM) | 2.3 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
Clean the Membrane, check Hardness, TDS & Chlorine of feed H2O & RO product, check operation present

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rolando R. | Merwin 12/11/06 |

## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 12-J-0? |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency ____ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check on RO System

FINDINGS/COMMENTS:

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 13 gpg |
| Post-filter | ok | Feed Water TDS | 1072 ppm |
| Feed Pump Pressure | 70/200 psi | Product Water TDS | 87 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
Check for floron levels; check hardness, TDS, chlorine of feed, TDS, RO problem

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | [signature] | [signature] |

## Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DPS | DATE | 11-27-06 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

**Visit Frequency** ___ : Week/Month    **Last Microbiology Test Result / Remarks:**

**SERVICE REPORT:** Check on RO system

**FINDINGS/COMMENTS:** need to refill flocon on injector tank

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 11 gpg |
| Post-filter | ok | Feed Water TDS | 958 ppm |
| Feed Pump Pressure | 70/200 psi | Product Water TDS | 63 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check & refill flocon on injector tank, check hardness chlorine & TDS feed & TDS RO product

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | B Sadud |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

## MAINTENANCE WORK ORDER

No.

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DCS | DATE | 11-22-04 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency ____ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check on RO System

FINDINGS/COMMENTS: Schedule for Membrane Cleaning

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 14 Gpg |
| Post-filter | ok | Feed Water TDS | 1224 ppm |
| Feed Pump Pressure | 30/200 psi | Product Water TDS | 27 ppm |
| Permeate Flow Rate (GPM) | 1.5 Gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check TDS
Check & refill chlorine for injector tank, Check TDS
Chlorine & Hardness of feed & RO product

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | [signature] |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 11-15-06 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 3000 GPD

| Visit Frequency | ___ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:**

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 7 gpg |
| Post-filter | need 2 replace | Feed Water TDS | 168 ppm |
| Feed Pump Pressure | 30/200 psi | Product Water TDS | 0 ppm |
| Permeate Flow Rate (GPM) | 1.8 gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):** Check hardness, TDS, & Chloride of feed H2O & RO product. Check operation pressure.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod delos Reyes | [signature] |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DCIS | DATE | 10/31/04 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ____ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check on RO System

FINDINGS/COMMENTS: need to monitor the injector motor pump

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.5 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 14 GPG |
| Post-filter | ok | Feed Water TDS | 877 ppm |
| Feed Pump Pressure | 20 / 200 / 81 | Product Water TDS | 30 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
Check injector pump. Check hardness, TDS & Chlorine of feed H₂O & RO Product. Check operation of RO System

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | A. Tanaka |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DWS | DATE | 10/6/04 |
| ADDRESS | Kagman | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency ___ :Week/Month   Last Microbiology Test Result / Remarks:

**SERVICE REPORT**
Check on RO System

**FINDINGS/COMMENTS:**
need to monitor the injector pump motor

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit(s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | OK |
| Pre-filter | OK | Hardness Reading | 14 GPG |
| Post-filter | OK | Feed Water TDS | 1103 ppm |
| Feed Pump Pressure | 30/700 psi | Product Water TDS | 35 ppm |
| Permeate Flow Rate (GPM) | 1.7 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
Check hardness, TDS & Chlorine of feed H2O & RO product
Check operation pressure & chlorine level of injector tank

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | [signature] |

**Saipan Ice & Water Co., Inc.**
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| CUSTOMER NAME | DCIS | DATE | 10/13/04 |
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency ____ :Week/Month     Last Microbiology Test Result / Remarks:

SERVICE REPORT: check on RO system

FINDINGS/COMMENTS:

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 12 gpg |
| Post-filter | ok | Feed Water TDS | 135 ppm |
| Feed Pump Pressure | 30/200 psi | Product Water TDS | 39 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected):
Check hardness, TDS & chlorine of feed H₂O & RO product
Check operation pressures, check propon level

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de la Rey | 10-13-06 |

Wed & Marces

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DUS | DATE | 10904 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency ____ : Week/Month    Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check on RO System

FINDINGS/COMMENTS: Injector pump for Ficon need to fix.

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | Full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | OK |
| Pre-filter | OK | Hardness Reading | 13 GPG |
| Post-filter | OK | Feed Water TDS | 1091 ppm |
| Feed Pump Pressure | 70/200 psi | Product Water TDS | 8 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | 0 |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check Chlorine tank, check Hardness, Check & fix the injector pump of Florine TDS & Chlorine of feed & RO product, check operation.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | [signature] 10.9.04 |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DYS | DATE | 10 02 04 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

| Visit Frequency | ___ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

SERVICE REPORT: Check on RO system

FINDINGS/COMMENTS: Machine not operation. Pre-filter must be replace 10 micron sediment filter (2x10), low pressure need to check the solenoid value. need to refill freon for injector tank.

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok (newly) | Hardness Reading | 14 gpg |
| Post-filter | ok (replace) | Feed Water TDS | 1205 ppm |
| Feed Pump Pressure | 30/200 psi | Product Water TDS | 109 ppm |
| Permeate Flow Rate (GPM) | 1.5 GPM | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): replace the pre-filter 10 micron, check the solenoid value for RO unit, refill freon for injector tank, check hardness, TDS & chlorine of feed & RO product. Clean RO area.

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | [signature] |

# Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130, 322-5991
*We Care About Your Health*

No.

# MAINTENANCE WORK ORDER

| CUSTOMER NAME | DCS | DATE | 9/25/06 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

Equipment Description: 3000 GPD

Visit Frequency: ____ :Week/Month

Last Microbiology Test Result / Remarks:

SERVICE REPORT: Check RO System

FINDINGS/COMMENTS: check flocon injector need to refill

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | 1.0 mg/L | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | 13 GPG |
| Post-filter | ok | Feed Water TDS | 1083 ppm |
| Feed Pump Pressure | 20/200 psi | Product Water TDS | 95 ppm |
| Permeate Flow Rate (GPM) | 8 gpm | Chlorine Reading | |
| Reject Flow Rate (GPM) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): Check & refill flocon for injector tank, check indoor tds cal check, read out RO product, check pressure

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | R. dela Reyes | B. Sasuk |