# Office of the Public Auditor

## Commonwealth of the Northern Mariana Islands

This Certificate is given to

*Jennifer O. Tanaka*

for having attended the Seminar on
the Government Ethics Code and related matters
on the 27th of November 2006



Michael S. Sablan
Public Auditor



**DEPARTMENT OF PUBLIC SAFETY**
Training and Professional Development Unit
*Commonwealth of the Northern Mariana Islands*

# *CERTIFICATE OF TRAINING*

Is awarded to

*Jennifer O. Tanaka*
For successful completion of
**Basic Officer Survival**
(16 Contacted Hours)
(Mind-Set, Verbal Judo, Handcuffing Techniques, MDTS)
September 5-6, 2006

"For as we fight, so must we train"

_Capt. Pete A. Leon Guerrero_
**Instructor**

_Rebecca M. Warfield_
**Acting Commissioner**

_PO3. Frank S. Pangelinan_
**Instructor**

# Certificate of Completion

### This Is To Certify That

## JENNIFER TANAKA

**Earned 14 CEU Hours in the
2006 Cognitive Behavioral Therapy Training
September 7th and 8th**
Commonwealth of the Northern Mariana Islands, Saipan, MP  96950

Natalie Ornellas
CBT Trainer

Jean Oshiro
CBT Trainer



# CERTIFICATE

*of*

## PARTICIPATION

*This certifies that*

### Benjamín Tagabuel

*Has completed 21 hours of*
*Challenge Masters Training*
*On the*
*Portable Challenge Program*

CHALLENGE MASTERS INCORPORATED

Sept. 19-21, 2006

GIL CHAPA, PRESIDENT

NANCY JO NELSON, VICE-PRESIDENT

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
OFFICE OF PERSONNEL MANAGEMENT

# Certificate of Completion

This is to certify that

*Nadia S. Tagabuel*

has successfully completed sixteen (16) hours of training on

## Timekeeper's Certification Session
### November 29-30, 2006
### Saipan

Joseph M. Pangelinan
Presenter

Mathilda A. Rosario
Director of Personnel



# Office of the Public Auditor

## Commonwealth of the Northern Mariana Islands

This Certificate is given to

*Elizabeth Teregeyo*

for having attended the Seminar on
the Government Ethics Code and related matters
On the 27th of November 2006

Michael S. Sablan
Public Auditor





# Office of the Public Auditor

## Commonwealth of the Northern Mariana Islands

This Certificate is given to

### Joey Teregeyo

for having attended the Seminar on

the Government Ethics Code and related matters

on the 27th of November 2006



Michael S. Sablan

Public Auditor

# Office of the Public Auditor

## Commonwealth of the Northern Mariana Islands

This Certificate is given to

### *Rosa Teregeyo*

for having attended the Seminar on
the Government Ethics Code and related matters
On the 27th of November 2006

Michael S. Sablan
Public Auditor

# Office of the Public Auditor

## Commonwealth of the Northern Mariana Islands

This Certificate is given to

*Kevin Iginoef*

for having attended the Seminar on

the Government Ethics Code and related matters

on the 27th of November 2006

Michael S. Sablan
Public Auditor




# Office of the Public Auditor

## Commonwealth of the Northern Mariana Islands

This Certificate is given to

### *Edwin Lizama*

for having attended the Seminar on
the Government Ethics Code and related matters
on the 27th of November 2006

Michael S. Sablan
Public Auditor




# Office of the Public Auditor

## Commonwealth of the Northern Mariana Islands

This Certificate is given to

### *Asuncion Nekaifes*

for having attended the Seminar on

the Government Ethics Code and related matters

on the 27th of November 2006



Michael S. Sablan

Public Auditor



# Office of the Public Auditor

## Commonwealth of the Northern Mariana Islands

This Certificate is given to

### *John C. Babauta*

for having attended the Seminar on the Government Ethics Code and related matters on the 27th of November 2006.



Michael S. Sablan
Public Auditor

