COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF COMMUNITY & CULTURAL AFFAIRS
DIVISION OF YOUTH SERVICES

KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY
Consent Decree Quarterly Report

COVER MEMORANDUM

CERTIFICATION

TABLE OF CONTENTS

| | |
|---|---|
| SECTION 1 | **Consent Decree Quarterly Report** |
| SECTION 2 | **FIRE SAFETY/SECURITY** |
| | • Generator Inspection from (Hawthorne Pacific) |
| | • Air Conditioning System (Torres Refrigeration) |
| | • Smoke Detector & Emergency Lights (Phoenix Pacific) Fire Extinguishers (Safety First) |
| | • Self-Contained Breathing Apparatus |
| | • Fire Drill Log |
| SECTION 3 | **FOOD SERVICE** |
| | • CHC Daily Food Menu/Temperature |
| SECTION 4 | **HYGIENE AND SANITATION** |
| | • Pacific Pest Control |
| SECTION 5 | **MEDICAL CARE** |
| | • Memorandum of Understanding- CHC/Dept. of Public Health |
| SECTION 6 | **SECURITY AND PROTECTION FROM HARM** |
| | • SCBA, Fire Prevention and Fire Extinguisher Training for the month October 2007 |
| | • CPR, First Aid and Blood borne Pathogens Training in January 2008. |