# HAWTHORNE

# SERVICE REPORT

APPROVED BY _____

| WORK ORDER NO. | SEGMENT | LABOR CHARGE CODE | OPERATION | EMPLOYEE NO. | SHIFT | EMPLOYEE NAME | DATE |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 8031 | 1 | R. CAMACHO | 12/17/07 |

| CUSTOMER NAME | CUST. NO. | STORE | COST CTR | F/R OR EXCH NO |
|---|---|---|---|---|
| DYS KAGMAN |  | 82 |  |  |

| MAKE | MODEL | SERIAL NUMBER | ARRG NO | STD HOURS |
|---|---|---|---|---|
| OLY | D150A1 | OLY00000UNAT00127 |  | 515 |

☐ HMC H190
☐ HPS H192
☐ HMS H150
☐ HDM H191
☐ HRIS BR ___
☐ HLS RB ___
☐ HLS FONT. ___

OT / PT / SPL  START
ELAPSED TIME  STOP
OT / PT / SPL  START
ELAPSED TIME  STOP
OT / PT / SPL  START
ELAPSED TIME  STOP

| CHG DSL | CHG DEO | MLG | VEH | CHG 10W | CHG 30W | COST | SELL | HOURS, MILES | ELAPSED TIME |
|---|---|---|---|---|---|---|---|---|---|

JOB DESCRIPTION

| PART NUMBER RESPONSIBLE | PART NAME | QTY | DESC. CODE | GROUP NUMBER CONTAINING PART | GROUP NAME | DID THIS INCIDENT MAKE THE INOPERABLE PRODUCT YES / NO | DESCRIPTIVE COMMENTS (20 SPACES MAXIMUM PER INCIDENT) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

DESCRIPTIVE CODES: A - Structural   B - Surface   C - Leaks   D - Factory Assembly   E - System Malfunction   F - Factory Shipping   G - General Repair   H - Adjustments   K - Serviceability   N - Abuse   X - OPERATION COMPLAINT

**WHAT WAS THE CUSTOMER COMPLAINT?** MONTHLY INSPECTION.

**ADDITIONAL COMMENTS THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?** CHECK ALL FLUIDS, CLEAN GENERATOR ROOM TEST RUN FUEL DAY TANK PUMP. RUN UNIT AND OBSERVE. ALL SYSTEMS OK.

NOTE: NEED TO SCHEDULE OIL CHANGE AND FILTERS.

CUSTOMER SIGNATURE _____   SERVICEMAN SIGNATURE _____

DEALER - TOP COPY   CUSTOMER - BOTTOM COPY