109 East Harmon Industrial Park Road Tamuning, Guam 96913
Telephone: (671) 646-6129 646-0017 Fax: (671) 649-0483
Email: service@phoenixguam.com

# FIRE ALARM PREVENTIVE MAINTENANCE REPORT

**CUSTOMER NAME:** Dept. of Youth Services  
**BUILDING ADDRESS:** P.O. Box 501000  
Chalan Kanoa, Saipan MP 96950  
**CONTACT PERSON:** Floyd Masga  
**TELEPHONE NUMBER:**  

**INSPECTION DATE:** 11-30-07  
**INSPECTION FOR MONTH OF:** November 2007  
**CONTRACT EXPIRATION DATE:**  
**CONTRACT NUMBER:** March 2008  

**CONTRACT REQUIRES INSPECTION:** MONTHLY ☐  QUARTERLY ☒  SEMI-ANNUALLY ☐  ANNUALLY ☐

| DEVICES OR APPLIANCES | PERIODIC TEST PER NFPA 72H (INDIVIDUAL DEVICE) | COMMENTS | NOT TESTED | TESTED SATISFACTORY | *TESTED DEFICIENT (SEE BELOW) |
|---|---|---|---|---|---|
| FIRE ALARM PANEL | QUARTERLY | | ☐ | ☒ | ☐ |
| PRIMARY/SECONDARY POWER SUPPLIES | QUARTERLY | | ☐ | ☐ | ☐ |
| BATTERY SEALED LEAD ACID | ANNUALLY | | ☐ | ☐ | ☐ |
| REMOTE ANNUNCIATOR | ANNUALLY | | ☐ | ☐ | ☐ |
| AUDIBLE AND VISIBLE TROUBLE SIGNALS | ANNUALLY | | ☐ | ☐ | ☐ |
| ZONE DISCONNECT SWITCHES, TROUBLE SIGNAL | ANNUALLY | | ☐ | ☐ | ☐ |
| GROUND FAULT MONITORING CIRCUIT | ANNUALLY | | ☐ | ☐ | ☐ |
| MANUAL STATIONS | SEMI-ANNUALLY | Tested/cleared | ☐ | ☒ | ☐ |
| HEAT DETECTORS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| SMOKE DETECTORS | ANNUALLY | | ☐ | ☐ | ☐ |
| FLAME, BEAM AND OTHER DETECTORS | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| WATER FLOW ALARM SWITCHES | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| TAMPER SWITCH | SEMI-ANNUALLY | | ☐ | ☐ | ☐ |
| SUPERVISORY SIGNAL DEVICES | QUARTERLY | | ☐ | ☐ | ☐ |
| AUDIBLE, BELLS, HORNS OR OTHERS | ANNUALLY | | ☐ | ☐ | ☐ |
| VISUAL DEVICES | ANNUALLY | | ☐ | ☐ | ☐ |
| EMERGENCY EVACUATION CONTROL PANELS | ANNUALLY | | ☐ | ☐ | ☐ |
| SPEAKERS/VOICE ALARM | ANNUALLY | | ☐ | ☐ | ☐ |
| TELEPHONE (TWO-WAY) | ANNUALLY | | ☐ | ☐ | ☐ |
| EXTINGUISHING SYSTEM ALARM SWITCHES | ANNUALLY | | ☐ | ☐ | ☐ |

* INSPECTION/TEST REPORT IS BASED ON NFPA GUIDLINES SET FOURTH IN NFPA 72, WHEN LESS THAN 100% TEST IS BEING PERFORMED. A CLOSE RECORD SHALL BE MAINTAINED OF THE INDIVIDUAL INITIATING DEVICES AND INDICATING APPLIANCES TESTED EACH TIME TO AVOID SAME DEVICE BEING TESTED ON SUBSEQUENT TESTS.

**TYPE / LOCATION / ADDRESS OF PERIPHERAL DEVICES TESTED THIS INSPECTION:**
Tested and cleared all manual pull station.

Panel is in TROUBLE CONDITION

* **DEFICIENCIES:** - Need to replace (1) SIGA-CR (control relay module) @ Maint. Bldg Rm.177 Attu Room. module is indicating communication fault.