

# Pacific Security Alarm, Inc.

234-5731 Monitoring Station
646-2307~10 Main Office
234-5626 Saipan
P.O. Box 504389 Saipan, MP 96950
E-mail: psatumon@kuentos.guam.net
Webpage: www.psa.com.gu

# SERVICE/WORK ORDER

WORK ORDER DATE: 10/23/07
WORK ORDER NUMBER: SW 12437

### ACCOUNTING USE ONLY
PROCESSED BY _____
DATE _____ INVOICE # _____

ACCT. NO. _____ SER. TYPE __A__ ACT. DATE _____
BILL TO: DYC KAGMAN

PERSON REPORTING PROBLEM: _____
FIELD CONTACT: PICARDO PASA
LOCATION PHONE: 256-2650  FAX: 256-2578

**REASON FOR CALL / WORK DESCRIPTION:**

- ☐ CCTV
- ☐ Hold-Up
- ☐ Intrusion
- ☑ Intercom/Access System
- ☐ Other _____
- ☑ Fire
- ☐ Preventative Maintenance
- ☑ Emergency Service
- ☐ Warranty

SERVICE CALL

RADIO ACCT. NO.: _____
DIGITAL ACCT. NO.: _____

**WORK PERFORMED**
- BLDG. A CONTROL PANEL
- NO POWER / BLOWN FUSE
- INTAKE CAMERA LOST VIDEO, BLOWN FUSE ALSO

| QTY. | EQUIPMENT DESCRIPTION | UNIT | PRICE |
|---|---|---|---|
| 1 | BLDG. A (CONTROL PANEL) | | |
|  | FUSE 250VAC/2A | | |
|  |  | | |
| 1 | INTAKE CAMERA 250VAC/2.5A | | |
|  |  | | |

LIMITED WARRANTY: ALL MATERIALS, PARTS AND EQUIPMENT ARE WARRANTED FOR 1 YEAR AND LABOR IS WARRANTED FOR 90 DAYS AS OTHERWISE INDICATED IN WRITING. PACIFIC SECURITY ALARM COMPANY MAKES NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, AND ITS AGENTS OR TECHNICIANS ARE NOT AUTHORIZED TO MAKE ANY SUCH WARRANTIES ON BEHALF OF PACIFIC SECURITY ALARM, INC.

| DATE | TIME | MAN HOURS |
|---|---|---|
| 10/23 | | |

Equipment Total  $_____
___ Man Hrs. @ $_____ = $_____
LESS, amount covered by contracts:
Equipment $_____ Labor $_____  $_____
Total Payment Due $_____

WORK ORDER WRITTEN BY: _____
(PRINT NAME)

I CERTIFY THAT THE WORK DESCRIBED ABOVE HAS BEEN PERFORMED TO PROFESSIONAL QUALITY STANDARDS. I HAVE TESTED THE SYSTEM AND FIND IT IN GOOD WORKING ORDER.

SIGNATURE OF TECHNICIAN OR INSTALLER

I UNDERSTAND THAT BY SIGNING BELOW I AUTHORIZE THE WORK DESCRIBED IN THE WORK ORDER TO BEGIN.

CUSTOMER _____ TITLE _____

I AGREE THAT THE WORK DESCRIBED IN THIS WORK ORDER HAS BEEN COMPLETED TO MY SATISFACTION

CUSTOMER _____ TITLE _____

**Customer Copy**

# Pacific Security Alarm, Inc.

234-5731 Monitoring Station
646-2307~10 Main Office
234-5626 Saipan
P.O. Box 504389 Saipan, MP 96950
E-mail: psatumon@kuentos.guam.net
Webpage: www.psa.com.gu

# SERVICE/WORK ORDER

WORK ORDER DATE: 10/01/07
WORK ORDER NUMBER: SW 12442

### ACCOUNTING USE ONLY
PROCESSED BY _____
DATE _____ INVOICE # _____

ACCT. NO. _____ SER. TYPE A ACT. DATE _____
BILL TO: DYS - KAGMAN

PERSON REPORTING PROBLEM: _____
FIELD CONTACT: _____
LOCATION PHONE: _____ FAX: _____

## REASON FOR CALL / WORK DESCRIPTION:

- ☐ CCTV
- ☐ Hold-Up
- ☐ Intrusion
- ☐ Intercom/Access System
- ☐ Other _____
- ☐ Fire
- ☐ Preventative Maintenance
- ☐ Emergency Service
- ☐ Warranty

INTAKE CAMERA

RADIO ACCT. NO: _____
DIGITAL ACCT. NO: _____

### WORK PERFORMED

- Intake tug, repaired still has same problem
- Burned camera head
- Model - DD53TC16
- Pelco Cyber Dome
- Kit is to be place

| QTY. | EQUIPMENT DESCRIPTION | UNIT | PRICE |
|---|---|---|---|
|  | PULL - OUT |  |  |
| 1 | PELCO - CYBER DOME |  |  |
|  | MODEL - DD53TC16 |  |  |

| DATE | TIME | MAN HOURS |
|---|---|---|
| 11/1 | 7:45 AM |  |

LIMITED WARRANTY: ALL MATERIALS, PARTS AND EQUIPMENT ARE WARRANTED FOR 1 YEAR AND LABOR IS WARRANTED FOR 90 DAYS AS OTHERWISE INDICATED IN WRITING. PACIFIC SECURITY ALARM COMPANY MAKES NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, AND ITS AGENTS OR TECHNICIANS ARE NOT AUTHORIZED TO MAKE ANY SUCH WARRANTIES ON BEHALF OF PACIFIC SECURITY ALARM, INC.

Equipment Total  $ _____
____ Man Hrs. @ $ _____ = $ _____
LESS, amount covered by contracts:
Equipment $ _____ Labor $ _____ $ _____
Total Payment Due $ _____

WORK ORDER WRITTEN BY: _____
(PRINT NAME)

I UNDERSTAND THAT BY SIGNING BELOW I AUTHORIZE THE WORK DESCRIBED IN THE WORK ORDER TO BEGIN.

_____ N/A
CUSTOMER   TITLE

I CERTIFY THAT THE WORK DESCRIBED ABOVE HAS BEEN PERFORMED TO PROFESSIONAL QUALITY STANDARDS. I HAVE TESTED THE SYSTEM AND FIND IT IN GOOD WORKING ORDER.

SIGNATURE OF TECHNICIAN OR INSTALLER

I AGREE THAT THE WORK DESCRIBED IN THIS WORK ORDER HAS BEEN COMPLETED TO MY SATISFACTION

CUSTOMER   TITLE

**Customer Copy**