

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Department of Community and Cultural Affairs
Division of Youth Services-DCCA
Kagman Juvenile Detention & Correction Facility

## CONSENT DECREE QUARTERLY REPORT

I, **Melvin L.O. Faisao** (FULL NAME), **Acting Secretary** (TITLE), hereby certify that I am aware of the reporting requirements pursuant to the Consent Decree in the matter of

UNITED STATES OF AMERICA

v.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS Civil Action No. CV 99-0017

I hereby certify that the statements made in the attached materials for the current reporting period are, to the best of my knowledge, true and accurate.

Dated: 12/19/2007      Signed By: _____
                                   (FULL NAME/TITLE)