

# ADVANCE EXTERMINATORS & PEST CONTROL
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: **14220**

Name/Company: _DPS_
Address: _Kagman_
Service Location: _DPS Building Interior and Exterior_
Date: _12-7-07_
Phone No: _____

### TYPE OF SERVICE

- [x] Commercial
- [ ] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others _____

### TYPE OF PEST

- [x] Ants
- [x] Roaches
- [ ] Rodents/Shrews
- [ ] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others: _____

### TECHNICIANS NOTE:

**COMMENTS:** _Sprayed liquid insecticide to the interior and exterior facilities of the building to control ants, roaches and other kinds of insects._

**RECOMMENDATIONS:** _____

| MATERIAL/S USED | AMOUNT USED |
|---|---|
| Tempo | 8 ml |

Customer's Name: _____
Signature: _____
Technician(s): _Oger de Guzman_
Time In: _10:20_    Time Out: _11:20_

**"We're ADVANCE!"**



# ADVANCE EXTERMINATORS & PEST CONTROL
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: 13917

Name/Company: DYS
Address: Tinian
Service Location: [illegible]
Date: 11/11/07
Phone No:

### TYPE OF SERVICE

- [x] Commercial
- [ ] Residential
- [ ] Fogging/Fumigation
- [ ] Residual Spray
- [ ] Gelling/Crack & Crevices
- [x] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [x] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [x] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others

### TYPE OF PEST

- [ ] Ants
- [ ] Roaches
- [x] Rodents/Shrews
- [ ] Flies/Gnats
- [ ] Ticks
- [ ] Fleas
- [ ] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:

**COMMENTS:** [handwritten, illegible]

**RECOMMENDATIONS:**

| MATERIAL/S USED | AMOUNT USED |
|---|---|
| [illegible] Bait Blox | 8 pcs. |

Customer's Name: [illegible]
Signature: [illegible]
Technician(s): Richard
Time In: 1:00  Time Out: 2:15

*"We're ADVANCE!"*



# ADVANCE EXTERMINATORS & PEST CONTROL
A division of Advance Group, LLC
PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: 13735

Name/Company: DYS
Address: Kagman
Service Location: Maria Facility
Date: 11-6-07
Phone No:

### TYPE OF SERVICE
- [x] Commercial
- [ ] Residential
- [ ] Fogging/Fumigation
- [x] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [x] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others

### TYPE OF PEST
- [x] Ants
- [x] Roaches
- [x] Rodents/Shrews
- [ ] Flies/Gnats
- [x] Ticks
- [x] Fleas
- [x] Carpenter Ants
- [ ] Termites
- [ ] Others:

### TECHNICIANS NOTE:
**COMMENTS:** Performed residual treatment to the interior and exterior facilities of Unit A & B building, classroom, library and office facilities including kitchen. Also set rodent stations with rodenticide to control rat.

**RECOMMENDATIONS:**

| MATERIAL/S USED | AMOUNT USED |
|---|---|
| Tempo | 16 ml |
| Contrac B/Bx | 11 pcs. |
| Rodent Station | 1 pc. |

Customer's Name: _____
Signature: _____
Technician(s): Roger / Richard
Time In: 9:10   Time Out: 10:10

*"We're ADVANCE!"*



# ADVANCE EXTERMINATORS & PEST CONTROL
A division of Advance Group, LLC

PMB 495 Box 10003, Saipan, MP 96950-8903
Telephone: (670) 233-4747 • Fax: (670) 233-2629
E-mail: advance@vzpacifica.net

**advancegroup, LLC**

## SERVICE ACKNOWLEDGEMENT REPORT

SERVICE TICKET NO.: 13480

Name/Company: DYS
Address: Kagman
Service Location: Interior and Exterior
Date: 10-18-07
Phone No: _____

### TYPE OF SERVICE

- [✓] Commercial
- [ ] Residential
- [ ] Fogging/Fumigation
- [✓] Residual Spray
- [ ] Gelling/Crack & Crevices
- [ ] Inspection/Follow-up
- [ ] Fly Trap/Time Mist
- [ ] Rodent Bait Station
- [ ] Lawn Treatment (Residual Spray)
- [ ] Turf & Ornamental
- [ ] IPM (Integrated Pest Management) Method
- [ ] Termite Bait Station
- [ ] Termite Post-Treatment: Wood Injection/Trenching/Slab Injection/Rodding
- [ ] Soil Treatment
- [ ] Others _____

### TYPE OF PEST

- [✓] Ants
- [✓] Roaches
- [ ] Rodents/Shrews
- [ ] Flies/Gnats
- [✓] Ticks
- [ ] Fleas
- [✓] Carpenter Ants
- [ ] Termites
- [ ] Others: _____

### TECHNICIANS NOTE:

**COMMENTS:** Performed residual treatment to the interior and exterior facilities of the whole building to control insects especially ants, and roaches.

**RECOMMENDATIONS:**

| MATERIAL/S USED | AMOUNT USED |
|---|---|
| Tempo WP | 1/2 Scoop |

Customer's Name: Nilda E. Tagabuel
Signature: _____
Technician(s): Roger de Guzman
Time In: 1:24    Time Out: 2:30

*"We're ADVANCE!"*