# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12/16/07    Day: Sunday

**BREAKFAST** – Arrival Time: 0710    Officer's Signature: [signed]
No of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Blueberry Pancakes | 2 | | |
| Hot Cereal | 150 or More | Banana | 1 | 40° | |
| Juice | 40 | Ham | 3oz | | |
| Milk | 38 - 40 | Margarine | 1 | 40° | |
| | | Syrup, Maple | 1 | 40° | |
| | | Juice | 1/2 c. | 40° | |
| | | Milk | 1 c. | 40° | |

**LUNCH** – Arrival Time: 1200    Officer's Signature:
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | OVEN BAKED CHICKEN | 3/4 c. | 105° | 130° |
| Stew | 160 or more | TITIYAS | 3 pcs. | | |
| Hot Starch | 150 or more | STEAMED RICE | 2/3 c. | 140° | 160° |
| Hot Vegetables | 160 or more | MIXED VEGETABLES | 1 c. | | |
| Canned fruits/Pudding | 40 or less | FRUIT COCKTAIL | 1 c. | 40° | |
| | | 2·/· MILK | 1 c. | 40° | |
| | | SANDWICH | 1 ea. | 40° | |

**DINNER** – Arrival Time: 1645    Officer's Signature:
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BEEF WITH GRAVY | 3/4 c. | 108° | 122° |
| Stew | 160 or more | STEAMED RICE | 2/3 c. | 140° | 157° |
| Soup | 175 or more | CORN SOUP | 1 c. | 168° | 176° |
| Hot Vegetables | 160 or more | SWEET PEAS | 1 c. | | |
| Canned fruits/Pudding | 40 or less | PINEAPPLES | 1 c. | 40° | |
| Milk | 40 or Less | 2·/· MILK | 1 c. | 40° | |
| | | TURKEY SANDWICH | 1 ea. | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

## KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12-15-07　　　　　　　　　　　　Day: SATURDAY

**BREAKFAST** – Arrival Time: 0715　　　　　Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Boiled Egg | 1 ea | | |
| Hot Cereal | 150 or More | Twisted Bread/Marg. | 1 ea | | |
| Juice | 40 | Chilled Juice | 1/2 c. | 40 | |
| Milk | 38 - 40 | Cantaloup/Jelly | 1 ea | 40 | |
| | | Pumpkin Soup | 1 c. | 170 | 180 |
| | | Graham Crackers | 1 ea | 40 | |
| | | Milk | 1 c. | 40 | |

**LUNCH** – Arrival Time: 1145　　　　　Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Steamed Rice | 2/3 c. | 142 | 156 |
| Stew | 160 or more | Chicken Curry with Sauce | 3 oz c. | 105 | 132 |
| Hot Starch | 150 or more | Stirfry oriental vegetables | 1/2 c. | 150 | 162 |
| Hot Vegetables | 160 or more | Homemade White Roll/Margarine | 1 EA | 40 | |
| Canned fruits/Pudding | 40 or less | Fresh Grapes | 1 c. | 40 | |
| | | 2/o milk | 1 c. | 40 | |
| | | Sandwich | 1 EA | 40 | |

**DINNER** – Arrival Time: 1705　　　　　Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Hearty Vegetable Soup | 1 c. | 152 | 163 |
| Stew | 160 or more | Beef Bisteak with Vegetables | 3 oz | 104 | 123 |
| Soup | 175 or more | Steamed Rice | 2/3 | 142 | 152 |
| Hot Vegetables | 160 or more | Steamed Carrots | 1/2 c | | |
| Canned fruits/Pudding | 40 or less | Home made White Roll | 1 | | |
| Milk | 40 or Less | Margarine | 2 | 40 | |
| | | Milk | 1 c. | 40 | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12·12·07    Day: Wednesday

**BREAKFAST** – Arrival Time: 0700    Officer's Signature: AV
No of Meals: 06

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scrambled Eggs | 2/3 c. | 130° | 145° |
| Hot Cereal | 150 or More | Hash Brown Potatoes | 1 c. | 140° | 150° |
| Juice | 40 | Chilled Juice | 1/2 c. | 40° | |
| Milk | 38 - 40 | 2% Milk | 1 c. | 40° | |
| | | Graham Crackers | 1 ea. | 40° | |
| | | Fresh Orange | 1 ea. | 40° | |
| | | Margarine/Jelly | 1 ea. | 40° | |

**LUNCH** – Arrival Time: _____    Officer's Signature: 
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Old fashioned meatloaf | 3oz | 132 | 144 |
| Stew | 160 or more | Buttered mashed potatoes | 1/2 c. | 151 | 168 |
| Hot Starch | 150 or more | Wheat roll & margarine | 2 ea. | 40° | |
| Hot Vegetables | 160 or more | Seasoned mixed peas & carrots | 1/2 c. | | |
| Canned fruits/Pudding | 40 or less | Peach halves and angel cake | 2 ea. | 40° | |
| | | milk | 2 ea. | 40° | |
| | | Tuna Sandwich | 1 ea. | 40° | |

**DINNER** – Arrival Time: _____    Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Turkey adobo w/ vegetable | 3 oz. | 136 | 150 |
| Stew | 160 or more | Steamed rice | 1/3 c. | 152 | 169 |
| Soup | 175 or more | French onion Soup | 1 c. | 158 | 171 |
| Hot Vegetables | 160 or more | Garden Salad w/ Dressing | 1 c. | 40° | |
| Canned fruits/Pudding | 40 or less | Banana | 1 ea. | 40° | |
| Milk | 40 or Less | milk & juice | 1 ea. | 40° | |
| | | Tuna Sandwich | 1 ea. | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12·11·07　　　　　　　　　　　　　Day: Tuesday

**BREAKFAST** – Arrival Time: 0653　　　　Officer's Signature: [signature]
No of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Banana | | 40° | |
| Hot Cereal | 150 or More | Cold Cereal | | | |
| Juice | 40 | Scrambled Egg | 1/2 | | |
| Milk | 38 - 40 | Blue Berry Muffin | 2 | | |
| | | Jelly | 1 | 40° | |
| | | milk | | 40° | |
| | | 3 Graham Cracker Fresh Fruit (vary) | | | |

**LUNCH** – Arrival Time: 1200　　　　　Officer's Signature: [signature]
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | HONEY GLAZED HAM | 3 oz. | 105° | 136° |
| Stew | 160 or more | HOT SPICED ESCALLOPED APPLES | 1/2 c. | | |
| Hot Starch | 150 or more | STEAMED TAPIOCA | 1 c. | 140° | 160° |
| Hot Vegetables | 160 or more | BASIL TOMATO SALAD | 1 EA. | 40° | |
| Canned fruits/Pudding | 40 or less | HOMEMADE WHEAT ROLL / MARGARINE | 2 ea./2 ea | 40° | |
| | | 2% milk | 1 50. | 40° | |

**DINNER** – Arrival Time: NSP 1700　　　　Officer's Signature: [signature]
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BEEF ADOBO | 3 oz. | 100° | 130° |
| Stew | 160 or more | STEAMED RICE | 2/3 c. | 140° | 155° |
| Soup | 175 or more | TURKEY NOODLE SOUP | 1 c. | 140° | 176° |
| Hot Vegetables | 160 or more | MARINATED CUCUMBER SALAD | 1 c. | 40° | |
| Canned fruits/Pudding | 40 or less | MIXED FRUIT CUP | 1/2 c. | 40° | |
| Milk | 40 or Less | 2% MILK | 1/2 c. | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

## KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12/10/07    Day: MONDAY

**BREAKFAST** – Arrival Time: 0723    Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | SCRAMBLED EGGS | 135° | 135° | 145° |
| Hot Cereal | 150 or More | WHEAT TOAST | 2 EA. | | |
| Juice | 40 | CHILLED JUICE | 1/2 C. | 40° | |
| Milk | 38 – 40 | 2·/· MILK | 1 C. | 40° | |
| | | CRACKERS | 2 EA. | 40° | |
| | | SANDWICH | 1 EA. | 40° | |

**LUNCH** – Arrival Time: 1155    Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 – 140 | ITALIAN SPAGHETTI | | | |
| Stew | 160 or more | PASTA | 1 C. | 140° | 160° |
| Hot Starch | 150 or more | MEAT SAUCE | 3 OZ. | 110° | 130° |
| Hot Vegetables | 160 or more | MARINATED TOSSED SALAD | | 40° | |
| Canned fruits/Pudding | 40 or less | TOASTED FRENCH BREAD | | | |
| | | FRESH ORANGE | | 40° | |
| | | SANDWICH | | 40° | |

**DINNER** – Arrival Time: 1656    Officer's Signature: _(signature)_
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity/Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 – 140 | CHICKEN CACCIATORE | 3 OZ. | 110° | 130° |
| Stew | 160 or more | STEAMED RICE | 2/3 C. | 142° | 156° |
| Soup | 175 or more | HOMEMADE MUSHROOM SOUP | 1 EA. | 163° | 177° |
| Hot Vegetables | 160 or more | SAUTEED LOCAL SQUASH W/ CARROTS & BELL PEPPER | 1/2 C. | | |
| Canned fruits/Pudding | 40 or less | HOMEMADE WHITE ROLL/MARGARINE | 1 EA./2 EA. | | |
| Milk | 40 or Less | MILK (2%) | 1 EA. | 40° | |
| | | WATERMELON | 1 EA. | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12/09/07                                           Day: Sunday

---

**BREAKFAST** – Arrival Time: 0727                       Officer's Signature: _____
No of Meals: 6

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | FRENCH TOAST | 2 EA. | | |
| Hot Cereal | 150 or More | TURKEY BACON | 2 PCS. | | |
| Juice | 40 | CHILLED JUICE | 1/2 c. | 40° | |
| Milk | 38 - 40 | 2% MILK | 1 c. | 40° | |
| | | MAPLE SYRUP | 1 EA. | 40° | |
| | | MARGARINE | 1 EA. | 40° | |
| | | SANDWICH | 1 EA. | 40° | |

**LUNCH** – Arrival Time: 1130                           Officer's Signature: _____
No. of Meals: 6

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken soup w/banana | 8 oz | | |
| Stew | 160 or more | Steamed rice | 2/3 | | |
| Hot Starch | 150 or more | lettuce & tomato salad w/dressing | | | |
| Hot Vegetables | 160 or more | 1/2 w/ito roll | 2 | | |
| Canned fruits/Pudding | 40 or less | mangranwt | 2 | | |
| | | cantaloupe | 1 | | |
| | | milk | 1 | | |

**DINNER** – Arrival Time: 1700                          Officer's Signature: _____
No. of Meals: 6

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | HERBED PORK LOIN | 3 oz. | 104° | 138° |
| Stew | 160 or more | STEAMED RICE | 2/3 c. | 145° | 146° |
| Soup | 175 or more | VEGETABLE SOUP | 1 c. | 140° | 142° |
| Hot Vegetables | 160 or more | SEASONED GREEN PEAS | 1 c. | | |
| Canned fruits/Pudding | 40 or less | • PEARS | 1/2 c. | 40° | |
| Milk | 40 or Less | 2% MILK | 1 c. | 40° | |
| | | SANDWICH | 1 EA. | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

### Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12·08·07  Day: Saturday

**BREAKFAST** – Arrival Time: 0730  Officer's Signature: ____
No of Meals: ____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Anusyado | 1c. | 130° | 150° |
| Hot Cereal | 150 or More | Cnro cereal | 1c. | | |
| Juice | 40 | Canned Juice | 1/2c. | 40° | |
| Milk | 38 – 40 | 2% milk | 1c. | 40° | |
| | | Toasted Bread | 2ea. | | |
| | | Fresh Orange | 1ea. | 40° | |
| | | Sandwich | 1ea. | 40° | |

**LUNCH** – Arrival Time: 1200  Officer's Signature: ____
No. of Meals: 7

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 – 140 | Stirfry Turkey w/Broccoli/Bokchoy | 3oz | 167° | 112° |
| Stew | 160 or more | Steamed Rice | 2/3 | 148° | 152° |
| Hot Starch | 150 or more | H/m wheat roll | 2 | | |
| Hot Vegetables | 160 or more | margarines | 1 | 40° | |
| Canned fruits/Pudding | 40 or less | milk 2% | 1 | 40° | |

**DINNER** – Arrival Time: 1650  Officer's Signature: ____
No. of Meals: ____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 – 140 | Turkey Noodle Soup | | 145° | 162° |
| Stew | 160 or more | Beef Adobo | 3oz | 105° | 116° |
| Soup | 175 or more | Steamed Rice | 2/3c | 145° | 160° |
| Hot Vegetables | 160 or more | Marinated Cucumber Salad | | 40° | |
| Canned fruits/Pudding | 40 or less | 2 Homemade Wheat Roll/2 Margarine | | | |
| Milk | 40 or Less | Fresh Island Mixed Fruit Cup | 1/2c | 40° | |
| | | Milk | 1 | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12/07/07   Day: Friday

**BREAKFAST** – Arrival Time: 0710   Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | POACHED EGG | 1 c. | | |
| Hot Cereal | 150 or More | HAM | 2 pcs. | | |
| Juice | 40 | OHIUSO JUICE | 1/2 o. | 40° | |
| Milk | 38 - 40 | 2% MILK | 1 c. | 40° | |
| | | MUFFIN | 1 ea. | | |
| | | MARGARINE | 1 ea. | 40° | |
| | | SANDWICH | 1 ea. | 40° | |

**LUNCH** – Arrival Time: 1150   Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | BBQ Chicken | 3oz | 110° | 120° |
| Stew | 160 or more | Steamed Red Rice | 2/3 | 142° | 155° |
| Hot Starch | 150 or more | Seasoned Green Beans | 1/2 | | |
| Hot Vegetables | 160 or more | Potato Salad | 1/2 | 40° | |
| Canned fruits/Pudding | 40 or less | Homemade White Roll/w margarine | 1 | | |
| | | Fresh Grapes | | 40° | |
| | Crackers | Sandwich Juice | | 40° | |

**DINNER** – Arrival Time: 1640   Officer's Signature: _____
No. of Meals: 7

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | MAHI MAHI/Lemon slice/Tartar sauce | 3oz | 109° | 115° |
| Stew | 160 or more | Steamed Red Rice | 2/3 | 142° | 153° |
| Soup | 175 or more | Tinaktak cooked kangkong or spinach | 1/2 | | |
| Hot Vegetables | 160 or more | H/m White Roll | 1 | | |
| Canned fruits/Pudding | 40 or less | Margarine | 12 | 40° | |
| Milk | 40 or Less | Applesauce / Rosku cookie | 1/2 | 40° | |
| | | Milk | 1 | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc……

# KJD&CF
Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12/06/07  Day: THURSDAY

**BREAKFAST** – Arrival Time: 0655  Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | CHILLED JUICE | 4 EA. | 40° | |
| Hot Cereal | 150 or More | BANANA PANCAKE | 3 EA. | | |
| Juice | 40 | MAPLE SYRUP / MARGARINE | 1EA/2B | 40° | |
| Milk | 38 - 40 | MILK 2% | 1 EA. | 40° | |
| | | GRILLED HAM | 2 oz. | | |

**LUNCH** – Arrival Time: 1157  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Roast Turkey w/ 1/4 homemade dressing & gravy | 3 oz | 109° | 119° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | baked/scored potato | 1/2 | | |
| Hot Vegetables | 160 or more | Season peas & carrots | 1/2 | | |
| Canned fruits/Pudding | 40 or less | homemade wheat roll w/ margarine | | | |
| | | Honey Dew | 1 c | 40° | |
| | Sweets | Sandwich Juice | | 40° | |

**DINNER** – Arrival Time: _____  Officer's Signature: _____
No. of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | PVT RWRST w/ GRAVY | 3 oz. | 106° | 130° |
| Stew | 160 or more | STEAMED RICE | 2/3 c. | 142° | 152° |
| Soup | 175 or more | MIXED SALAD | 1 c. | 40° | |
| Hot Vegetables | 160 or more | HEARTY VEGETABLE SOUP | 1 c. | 150° | 160° |
| Canned fruits/Pudding | 40 or less | FRESH APPLE | 1 EA. | 40° | |
| Milk | 40 or Less | 2% MILK | 1 c. | 40° | |
| | | SANDWICH | 1 EA. | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12·05·07   Day: WEDNESDAY

BREAKFAST – Arrival Time: 0713   Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | SCRAMBLED EGGS | 1/3 c. | | |
| Hot Cereal | 150 or More | HASH BROWN POTATOES | 1 c. | | |
| Juice | 40 | CHILLED JUICE | 1/2 c. | 40° | |
| Milk | 38 – 40 | 2% MILK | 1 c. | 40° | |
| | | FRESH APPLE | 1 EA. | 40° | |
| | | GRAHAM CRACKERS | 2 EA. | 40° | |
| | | MARMALADE / JELLY | 1 EA. | 40° | |

LUNCH – Arrival Time: 1205   Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 – 140 | BBQ CHICKEN | 3 oz. | 105° | 132° |
| Stew | 160 or more | | | | |
| Hot Starch | 150 or more | STEAMED RED RICE | 2/3 c. | 142° | 156° |
| Hot Vegetables | 160 or more | SEASONED GREEN BEANS | 1 c. | | |
| Canned fruits/Pudding | 40 or less | POTATO SALAD | 1/2 c. | 40° | |
| | | 2% MILK | 1 c. | 40° | |
| | | FRESH GRAPES | 1 c. | 40° | |

DINNER – Arrival Time: 1710   Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 – 140 | POT ROAST W/ GRAVY | 3 oz. | 105° | 132° |
| Stew | 160 or more | STEAMED RICE | 2/3 c. | 147° | 160° |
| Soup | 175 or more | HEARTY VEGETABLE SOUP | 1 c. | 160° | 175° |
| Hot Vegetables | 160 or more | MARINATED MIXED SALAD | 1 c. | 40° | |
| Canned fruits/Pudding | 40 or less | PEACH HALVES | 1/2 c. | 40° | |
| Milk | 40 or Less | 2% MILK | 1 c. | 40° | |
| | | ROSKETTI COOKIE | 1 EA. | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12/04/07  Day: Tuesday

**BREAKFAST** – Arrival Time: 0700  Officer's Signature: [signature]
No of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | SCRAMBLED EGGS | 1/4 c | | |
| Hot Cereal | 150 or More | FRENCH TOAST SUPREME | 3 | | |
| Juice | 40 | CHILLED JUICE | 1/2 c. | 40° | |
| Milk | 38 - 40 | MILK | 1 c. | 40° | |
| | | CRISP TURKEY BACON | 2 | | |
| | | MAPLE SYRUP | 1 | 40° | |
| | | MARGARINE | 2 | 40° | |

**LUNCH** – Arrival Time: 1145  Officer's Signature: [signature]
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | GRILLED TURKEY AND SWISS MELT | 1/3 | | |
| Stew | 160 or more | SANDWICH BAKED ON BUN | 1 EA. | | |
| Hot Starch | 150 or more | ITALIAN GARDEN SOUP | 1 c. | 150° | 120° |
| Hot Vegetables | 160 or more | | | | |
| Canned fruits/Pudding | 40 or less | FRUITED COLESLAW | 1 c. | 40° | |
| | | BANANA | 1 EA. | 40° | |
| | | MILK | 1 c. | 40° | |

**DINNER** – Arrival Time: 1700  Officer's Signature:
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | HERBED PORK LOIN | 3 oz. | 108° | 115° |
| Stew | 160 or more | STEAMED RICE | 2/3 c. | 145° | 152° |
| Soup | 175 or more | VEGETABLE SOUP | 1 c. | 142° | 153° |
| Hot Vegetables | 160 or more | GREEN PEAS W/ CAULIFLOWER | 1 c. | | |
| Canned fruits/Pudding | 40 or less | PEARS | 1 ea. | 40° | |
| Milk | 40 or Less | 2-1. MILK | 1 c. | 40° | |
| | | SANDWICH | 1 EA. | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: __Monday__          Day: __12/03/07__

**BREAKFAST – Arrival Time:** __0725__          Officer's Signature: _____
No of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Scramble Eggs | 1/4 c. | | |
| Hot Cereal | 150 or More | Hash browned Potatoes | 1/2 c. | | |
| Juice | 40 | Banana Muffin | | | |
| Milk | 38 – 40 | Jelly | 1 | 40° | |
| | | Margarine | 1 | 40° | |
| | | Juice | 1/2 c. | 40° | |
| | | Milk | 1 c. | 40° | |

**LUNCH – Arrival Time:** __1147__          Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 – 140 | BBQ Pork Chop | 3 oz | 106° | 132° |
| Stew | 160 or more | Gratin Potatoes | 1/2 c. | 117° | 126° |
| Hot Starch | 150 or more | Mixed Veg. | 1/2 c. | 40° | |
| Hot Vegetables | 160 or more | Dinner Rolls | 2 ea. | | |
| Canned fruits/Pudding | 40 or less | Waldorf Salad | 1/2 c. | 40° | |
| | | Margarine | 1 | 40° | |
| | | Milk | 1 c. | 40° | |

**DINNER – Arrival Time:** __1645__          Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 – 140 | Chicken w/ Dumplings | 3 oz | 106° | 122° |
| Stew | 160 or more | Steamed Rice | 2/3 c. | 140° | 150° |
| Soup | 175 or more | Buttered Broccoli | 1/2 c. | | |
| Hot Vegetables | 160 or more | Rolls | 1 | | |
| Canned fruits/Pudding | 40 or less | Margarine | 1 | 40° | |
| Milk | 40 or Less | Cantaloupe | 1 c. | 40° | |
| | | Milk | 1 c. | 40° | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc……

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12/02/07  Day: Sunday

**BREAKFAST** – Arrival Time: 0700  Officer's Signature: _[signed]_
No of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Blueberry Pancakes | 3 | | |
| Hot Cereal | 150 or More | Grilled Ham | 2 oz. | | |
| Juice | 40 | Banana | | 40° | |
| Milk | 38 - 40 | Milk | 1 c. | 40° | |
| | | Margarine | 2 | 40° | |
| | | Syrup | 1 | 40° | |
| | | | | | |

**LUNCH** – Arrival Time: 1155  Officer's Signature: _____
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken Kelaguen | 3 oz | 104° | 115° |
| Stew | 160 or more | Rice | 2/3 c. | | |
| Hot Starch | 150 or more | Sauteed veg. | 1/2 c. | | |
| Hot Vegetables | 160 or more | Titiyas | | | |
| Canned fruits/Pudding | 40 or less | Margarine | | 40° | |
| | | Milk | 1 c. | 40° | |
| | | | | | |

**DINNER** – Arrival Time: 1703  Officer's Signature: _[signed]_
No. of Meals:

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Pot Roast | 3 oz | 110° | 130° |
| Stew | 160 or more | Rice | 2/3 c. | 145° | 155° |
| Soup | 175 or more | Veg. Soup | 1 c. | 145° | 102° |
| Hot Vegetables | 160 or more | Salad | 1/2 c. | 40° | |
| Canned fruits/Pudding | 40 or less | Peach | 2 | 40° | |
| Milk | 40 or Less | Milk | 1 c. | 40° | |
| | | | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs; Each; pieces; etc......

# KJD&CF
## Kagman Juvenile Detention & Correctional Facility

## Daily Menu & Temperature Log of Hot/Cold Meals

Date: 12/01/07            Day: SATURDAY

**BREAKFAST – Arrival Time:** 0730          Officer's Signature: _____
No of Meals: _____

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Eggs/Omelet | 140 or More | Boiled Eggs | | | |
| Hot Cereal | 150 or More | Twisted Bread | | | |
| Juice | 40 | Chilled Juice | 1/2 c. | 40° | |
| Milk | 38 - 40 | 2·/. Milk | 1 c. | 40° | |
| | | Pumpkin Soup | 1 c. | 150° | 170° |
| | | Margarine | 1 ea. | 40° | |
| | | Jelly | 1 ea. | 40° | |

**LUNCH – Arrival Time:** 12          Officer's Signature: ___
No. of Meals: 7

| Description | Actual Temperature | Menu/How meal is cooked | Quantity | Arrival Temp | Reheated Temp |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Chicken curry w/sauce | 3 oz | 110° | 120° |
| Stew | 160 or more | Steamed Rice | 2/3 | 140° | 150° |
| Hot Starch | 150 or more | Stirfry Oriental Veg. | 1/2 | | |
| Hot Vegetables | 160 or more | H/M White Roll | 2 | | |
| Canned fruits/Pudding | 40 or less | Margarine | 2 | 40° | |
| | | Fresh Grapes | 1 | 40° | |
| | | Milk | 1 | 40° | |

**DINNER – Arrival Time:** 1630          Officer's Signature: ___
No. of Meals: 7

| Description | Actual Temperature | Menu/How meal is cooked | Quantity Portion | Arrival Temp. | Reheated Temp. |
|---|---|---|---|---|---|
| Meat | 110 - 140 | Hearty Veg. Soup | 1 | 145° | 160° |
| Stew | 160 or more | Beef Bistook w/Veg. | 3 oz | 110° | 124° |
| Soup | 175 or more | Steamed Rice | 2/3 | 145° | 162° |
| Hot Vegetables | 160 or more | Seasoned Carrots | 1/2 | | |
| Canned fruits/Pudding | 40 or less | H/M White Roll | 2 | | |
| Milk | 40 or Less | Margarine | 2 | 40° | |
| | | Fresh Fuji Apple | 1 | 40° | |
| | | Milk - 1 | | | |

Generally, Temperature standard are:
- Creamed Items and Hot Cereals: 150 Deg. F, or more
- Vegetables and Stews: 160 Deg. F, or more
- Soups and gravies: 175 Deg. F, or more
- Meats (sliced) 140 Deg. F, or more; may be served at no less than 110 Deg. F, for 30 minute serving period
- Milk Products: 40 Deg. F, or less
- Salads, Juices, and Canned Fruits: 40 Deg. F, or less

Quantity/Portion:
Scoops; cups, tblsn; tespn; bowl; handful; slices; slabs;
Each; pieces; etc......