Kagman Juvenile Detention & Correctional Facility
Division of Youth Services
Commonwealth of the Northern Mariana Islands
Tel. 256-2550/2551
Fax: 256-2557/2558

## FIRE DRILL

Date : 12-16-07                Time : 1315

Group(s) : "A"

Staff(s) on Duty : R. Pasa, J. Teregeyo, N. Bermudes N. Santos + S. Iginoef

Other Participants : J.D.U clients.

Fire Drill Facilitator : Ricardo R. Pasa

All Clear Time : 1319    Time Taken to Evacuate : 4 mins

Facilitators Comments: 2nd time on conducting the drill. Clients + staff are prepared. NOTE: (NO SCBA is used)

Successful Encounters: clients and staff did well, communication was good. Procedure was followed, Headcount, radio 1st aid kit logbook was taken out to evacuation area.

Encountered Problems: No problems.

Kagman Juvenile Detention & Correctional Facility
Division of Youth Services
Commonwealth of the Northern Mariana Islands
Tel. 256-2550/2551
Fax: 256-2557/2558

## FIRE DRILL

Date : 12-10-07    Time : 1300 HRS

Group(s) : "A"

Staff(s) on Duty : R. Rosa, J. Teregeyo, N. Bermudes, N. Santos + S. Iginoef

Other Participants : J.D.U clients.

Fire Drill Facilitator : Ricardo P. Rosa

All Clear Time : 1307    Time Taken to Evacuate : 7 mins

Facilitators Comments: did the fire drill without the SCBA, training the new staff on how to prepare for a real fire.

Successful Encounters: communication and clients did well. staff were trying to evacuate on a timely manner with all the procedure on a fire Dr.ill.

Encountered Problems: staff didn't really know what to do.