CUSTOMER: DYS-JDU        DATE: 12/_/7        INSPECTOR: JACK

MONTHLY INSPECTION OF FIRE EXTINGUISHER. — SAFETY 1st SYSTEM SAIPAN.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr. Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SN821588 | Reception | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 2 | SP784052 | CONTROL | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 3 | SP784061 | VISITAYION | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 4 | SP787225 | LOBBY HALL WAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 5 | SP784059 | ADMIN HALL WAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 6 | SN821590 | STAFF ENTRY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 7 | SP784078 | STAFF LOUNGE | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 8 | SN821604 | KITCHEN | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 9 | SP784079 | LIBRARY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 10 | SP784062 | CLASSROOM A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 11 | SP784089 | CLASSROOM B | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 12 | SP784064 | WEIGHT ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 13 | MV080697 | VOCATIONAL | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 14 | MV080677 | INTAKE | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 15 | MV080697 | UNIT A DRYROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 16 | MV080684 | UNIT A POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 17 | MV080685 | UNIT A POD B | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 18 | RB661426 | UNIT B DRYROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 19 | MV080720 | UNIT B POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 20 | MV080724 | UNIT B POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 21 | SN821605 | GEN.RM.HALLWAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 22 | SN821601 | GENERATOR ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 23 | SP784065 | MAINT.ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 24 | SN821602 | BOILER ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 25 | SN821600 | UNIT A AIRCON RM. | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 26 | SN821603 | UNIT B AIRCON RM. | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |
| 33 | | | | | | | | | | | |
| 34 | | | | | | | | | | | |
| 35 | | | | | | | | | | | |

CUSTOMER: DYS-JDU  DATE: 11/ /07  INSPECTOR: JACK

MONTHLY INSPECTION OF FIRE EXTINGUIS... SAFETY 1st SYSTEM SAIPAN.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr.Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SN821588 | Reception | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 2 | SP784052 | CONTROL | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 3 | SP784061 | VISITAYION | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 4 | SP787225 | LOBBY HALL WAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 5 | SP784059 | ADMIN HALL WAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 6 | SN821590 | STAFF ENTRY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 7 | SP784078 | STAFF LOUNGE | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 8 | SN821604 | KITCHEN | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 9 | SP784079 | LIBRARY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 10 | SP784062 | CLASSROOM A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 11 | SP784089 | CLASSROOM B | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 12 | SP784064 | WEIGHT ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 13 | MV080697 | VOCATIONAL | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 14 | MV080677 | INTAKE | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 15 | MV080697 | UNIT A DRYROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 16 | MV080684 | UNIT A POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 17 | MV080685 | UNIT A POD B | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 18 | RB661426 | UNIT B DRYROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 19 | MV080720 | UNIT B POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 20 | MV080724 | UNIT B POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 21 | SN821605 | GEN.RM.HALLWAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 22 | SN821601 | GENERATOR ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 23 | SP784065 | MAINT.ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 24 | SN821602 | BOILER ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 25 | SN821600 | UNIT A AIRCON RM. | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 26 | SN821603 | UNIT B AIRCON RM. | Good | Good | Good | Good | Good | Good | Good | Good | Good |

CUSTOMER: DYS-JDU       DATE: 10/__/07       INSPECTOR: JACK

MONTHLY INSPECTION OF FIRE EXTINGUISHER

SAFETY 1st SYSTEM SAIPAN.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr.Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SN821588 | Reception | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 2 | SP784052 | CONTROL | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 3 | SP784061 | VISITAYION | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 4 | SP787225 | LOBBY HALL WAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 5 | SP784059 | ADMIN HALL WAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 6 | SN821590 | STAFF ENTRY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 7 | SP784078 | STAFF LOUNGE | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 8 | SN821604 | KITCHEN | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 9 | SP784079 | LIBRARY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 10 | SP784062 | CLASSROOM A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 11 | SP784089 | CLASSROOM B | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 12 | SP784064 | WEIGHT ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 13 | MV080697 | VOCATIONAL | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 14 | MV080677 | INTAKE | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 15 | MV080697 | UNIT A DRYROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 16 | MV080684 | UNIT A POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 17 | MV080685 | UNIT A POD B | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 18 | RB661426 | UNIT B DRYROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 19 | MV080720 | UNIT B POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 20 | MV080724 | UNIT B POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 21 | SN821605 | GEN.RM.HALLWAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 22 | SN821601 | GENERATOR ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 23 | SP784065 | MAINT.ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 24 | SN821602 | BOILER ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 25 | SN821600 | UNIT A AIRCON RM. | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 26 | SN821603 | UNIT B AIRCON RM. | Good | Good | Good | Good | Good | Good | Good | Good | Good |

CUSTOMER: DYS-JDU    DATE: 9/ /007    INSPECTOR: JACK
MONTHLY INSPECTION OF FIRE EXTINGUIS.    SAFETY 1st SYSTEM SAIPAN.

| # | SERIAL NUMBER# | Location | Proper location | Access/ Visibility | Operating Instr.Label | Tamper Seal | Weight | Damage/ Corrosion | Nozzle/ Hose | Gauge | HMIS Label |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SN821588 | Reception | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 2 | SP784052 | CONTROL | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 3 | SP784061 | VISITAYION | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 4 | SP787225 | LOBBY HALL WAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 5 | SP784059 | ADMIN HALL WAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 6 | SN821590 | STAFF ENTRY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 7 | SP784078 | STAFF LOUNGE | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 8 | SN821604 | KITCHEN | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 9 | SP784079 | LIBRARY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 10 | SP784062 | CLASSROOM A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 11 | SP784089 | CLASSROOM B | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 12 | SP784064 | WEIGHT ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 13 | MV080697 | VOCATIONAL | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 14 | MV080677 | INTAKE | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 15 | MV080697 | UNIT A DRYROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 16 | MV080684 | UNIT A POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 17 | MV080685 | UNIT A POD B | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 18 | RB661426 | UNIT B DRYROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 19 | MV080720 | UNIT B POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 20 | MV080724 | UNIT B POD A | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 21 | SN821605 | GEN.RM.HALLWAY | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 22 | SN821601 | GENERATOR ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 23 | SP784065 | MAINT ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 24 | SN821602 | BOILER ROOM | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 25 | SN821600 | UNIT A AIRCON RM. | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 26 | SN821603 | UNIT B AIRCON RM. | Good | Good | Good | Good | Good | Good | Good | Good | Good |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |
| 33 | | | | | | | | | | | |
| 34 | | | | | | | | | | | |
| 35 | | | | | | | | | | | |