# Commonwealth of the Northern Mariana Islands
## Office of the Governor
Saipan, MP 96950

Telephone: (670) 664-1500   Fax: (670) 664-1515

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON ALL INVOICES AND DELIVERY SLIPS

**No.** 180336-000 OP

**DATE:** 11/13/07

**VENDOR:** TORRES REFRIGERATION INC.
P.O. BOX 500714
SAIPAN, MP
96950-0714

**INSTRUCTIONS**

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.
2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.
3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.
4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting, Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.
5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.
6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

FOB POINT:
SHIPPED VIA:
DELIVERY TIME: 0

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | OPEN ACCOUNT FOR REPAIRS AND MAINTENANCE OF DYS KAGMAN JUVENILE DET. & CORRECT. FACILITY AIR CONDITIONING SYSTEM AUTHORIZED PERSONS: P. HOCOG R. CASTRO D. INOS | .00 | 1,000.00 |
| | | | TOTAL | 1,000.00 |

ACKNOWLEDGEMENT COPY
Acknowledgement Receipt of this Order
Date: 11/26/07  By: _____
Estimated Delivery Date: _____
Air Mail this copy to:
Marianas Supply Officer
Government of the Northern Marianas
Saipan, MP 96950

DELIVER TO: MAP ANDS - SAIPAN
DCCA/DYS-08-017/1220.6266
P.O. BOX 10008, CK
SAIPAN, MP 96950

SHIP VIA:
Requested By: Youth Services Saipan

RELEASE DATE: 11/13/07

HERMAN SABLAN

ACKNOWLEDGEMENT