# Commonwealth of the Northern Mariana Islands
## Office of the Governor
Saipan, MP 96950

Telephone: (670) 664-1500  Fax: (670) 664-1515

**PURCHASE ORDER**

THIS NUMBER MUST APPEAR ON ALL INVOICES AND DELIVERY SLIPS

**No.** 472999-000 OP

**DATE:** 06/05/07

**VENDOR:** PACIFIC PEST CONTROL
PMB 420, P.O. BOX 10001

SAIPAN MP
96950-8901

FOB POINT        :
SHIPPED VIA      :
DELIVERY TIME:

### INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.
2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.
3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.
4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.
5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.
6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | FOR EMERGENCY FUMIGATION AND PEST CONTROL OF THE KAGMAN JUVENILE DETENTION UNIT FOR SANITOARY REASONS AND TO BE IN COMPLIANCE WITH THE CONSENT DECREE REPORTING. | .00 | 300.00 |

**NOTE TO VENDOR:**
Please provide a copy of invoice showing receipt of goods/merchandise to:
Director, PROCUREMENT & SUPPLY
P.O. Box 10008 CK
Lower Base, Saipan, MP 96950

DELIVER TO MARPANDS - SAIPAN
DCCA-07-662/1220.62660
P.O. BOX 10008, CK
SAIPAN, MP
SHIP VIA:   96950
Requested By : Youth Services Saipan

TOTAL                 300.00

RELEASE DATE : 06/05/07

HERMAN SABLAN

VENDOR

**GUAM**
P.O. Box 6754 • Tamuning, Guam 96931
Tel: (671) 637-8959 • Fax: (671) 637-7996
Email: pacpest@ite.net

**PALAU**
P.O. Box 10241 • Koror, Palau 96940
Tel: (680) 488-8318



PACIFIC PEST CONTROL
*Service Guaranteed*

**SAIPAN**
P.O. Box 5783 CHRB • Saipan, MP 96950
Tel: (670) 235-3041 • Fax: (670) 235-3040
Email: pacpest@pticom.com

Time:

**SERVICE RECORD- 64261**

Customer Name: Jurnal Detention  Date: 1/28/07
Contact Person(s): Pacaebel Nadia
Service Location: Kagman

Mailing Address: _____
Telephone No.: _____

TYPE OF SERVICE: ☐ Commercial ☐ Home Owner ☐ Termites Shield ☐ Termites Inspection ☒ Others
TYPE OF PEST: ☒ Ants ☒ Roaches ☐ Rodents ☒ Flies ☐ Termites ☐ Others

Instructions: _____

Technician Comments: Inspected through out the interior and sprayed along the wall structure base, and all common area.

| MATERIALS USED | AMOUNT USED |
|---|---|
| Suspend SC | 1.75 oz. |

Customer:
Print Name: Benjamin Tagabuel

Technician: [signature]
Time In: _____ Time Out: _____

**THIS IS NOT AN INVOICE**