Saipan Ice & Water Co., Inc.
P.O Box 501808 Saipan MP 96950
Tel. NO. 322-6130, 322-5991

| | No. |
|---|---|

## MAINTENANCE WORK ORDER

| Customer Name | *DYS* | Date | *11 21 07* |
|---|---|---|---|
| Address | *KAGMAN* | Contract Ref. | |
| Contact Person | | Tel. No. | |

| Equipment Description: | *2000 GPD* |
|---|---|

| Visit Frequency | ____ : Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT**

*check on RO System operation*

**FINDINGS/COMMENTS:**

*need to refill flocon & chlorine for injector tank*

### INSPECTION & MAINTENANCE CHECKLIST
#### (Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | *full* | UV-Light Unit(s) | |
| Chlorine Level | *full* | Ozonator | *Ok* |
| Pre-filter | *ok* | Hardness Reading | *15 Gpg* |
| Post-filter | *Ok* | Feed Water TDS | *1003 ppm* |
| Feed Pump Pressure | *30 / 80 psi* | Product Water TDS | *21 ppm* |
| Permeate Flow Rate (GMP) | *1.0 Gpm* | Chlorine Reading | *0.3 mg/L* |
| Reject Flow Rate (GMP) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): *Check & refill flocon & chlorine on injector tanks, check TDS & chlorine residual of feed H2O & RO product, check operational pressure & backwash RO membrane*

| Time Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | *Rod de los Reyes* | *Ricardo Rosa  11 21 07* |

Saipan Ice & Water Co., Inc.
P.O Box 501808 Saipan MP 96950
Tel. NO. 322-6130, 322-5991

No.

# MAINTENANCE WORK ORDER

| Customer Name | Dep | Date | 11 08 07 |
| Address | KAGMAN | Contract Ref. | |
| Contact Person | | Tel. No. | |

Equipment Description: 2,000 GPD

| Visit Frequency | ____ : Week/Month | Last Microbiology Test Result / Remarks: |

SERVICE REPORT    Check on RO system Operation

FINDINGS/COMMENTS: need to refill flocons Chlorine for injector tank

## INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| Anti-scalant Level | full | UV-Light Unit(s) | |
| Chlorine Level | full | Ozonator | OK |
| Pre-filter | OK | Hardness Reading | 7 GPG |
| Post-filter | newly replace | Feed Water TDS | 735 PPM |
| Feed Pump Pressure | 70 / 140 PSI | Product Water TDS | 7 PPM |
| Permeate Flow Rate (GMP) | 1.8 GPM | Chlorine Reading | 0.5 mg/L |
| Reject Flow Rate (GMP) | | Others | |

Recommendation (indicate particular work done or parts of system inspected): check & refill flocon and chlorine for injector tank, check TDS & chlorine residual of feed H2O & RO product, check operational pressure

| Time Start   Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
| | Rod de los Reyes | Ricardo Z. Rosa   11 08 07 |

**Saipan Ice & Water Co., Inc.**
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

NO.

## MAINTENANCE WORK ORDER

| | | | |
|---|---|---|---|
| **CUSTOMER NAME** | DYC | **DATE** | 103007 |
| **ADDRESS** | PTI Garapan | **CONTRACT REF.** | |
| **CONTACT PERSON** | | **TEL. NO.** | |

**Equipment Description:** 2000 GPD

| | | |
|---|---|---|
| **Visit Frequency** | _____ :Week/Month | **Last Microbiology Test Result / Remarks:** |

**SERVICE REPORT** Check on RO System

**FINDINGS/COMMENTS:**

## INSPECTION & MAINTENANCE CHECKLIST
### (Describe briefly result of Inspection and recommendation)

| | | | |
|---|---|---|---|
| **Anti-scalant Level** | full | **UV Light Unit (s)** | |
| **Chlorine Level** | full | **Ozonator** | OK |
| **Pre-filter** | OK | **Hardness Reading** | |
| **Post-filter** | need for replacement | **Feed Water TDS** | 1193 ppm |
| **Feed Pump Pressure** | 40/180 psi | **Product Water TDS** | 12 ppm |
| **Permeate Flow Rate (GPM)** | 1.5 GPM | **Chlorine Reading** | 0.2 mg/L |
| **Reject Flow Rate (GPM)** | | **Others** | |

**Recommendation (indicate particular work done or parts of system inspected):** Checks Test feed to RO proving, check delivery distribution System. Backwash Pre filter.

| Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Rod de los Reyes | |

Saipan Ice & Water Co., Inc.
P.O BOX 501808, SAIPAN MP 96950
Tel. No. 322-6130,322-5991
*We Care About Your Health*

## MAINTENANCE WORK ORDER

No.

| CUSTOMER NAME | DCW | DATE | 102907 |
|---|---|---|---|
| ADDRESS | KAGMAN | CONTRACT REF. | |
| CONTACT PERSON | | TEL. NO. | |

**Equipment Description:** 2000 Gpo

| Visit Frequency | _____ :Week/Month | Last Microbiology Test Result / Remarks: |
|---|---|---|

**SERVICE REPORT** Check on RO System Operation

**FINDINGS/COMMENTS:**

need to refill floron & chlorine for injector tank

### INSPECTION & MAINTENANCE CHECKLIST
(Describe briefly result of inspection and recommendation)

| | | | |
|---|---|---|---|
| Anti-scalant Level | full | UV Light Unit (s) | |
| Chlorine Level | full | Ozonator | ok |
| Pre-filter | ok | Hardness Reading | |
| Post-filter | Ok | Feed Water TDS | 1129 ppm |
| Feed Pump Pressure | 90 / 190 PSI | Product Water TDS | 90 ppm |
| Permeate Flow Rate (GPM) | 1.5 Gpm | Chlorine Reading | 05 mg/L |
| Reject Flow Rate (GPM) | | Others | |

**Recommendation (indicate particular work done or parts of system inspected):**
Check and Refill floron & chlorine, check TDS & Chlorine residual
of feed Hw & RO product, & check operation pressure

| e Start | Time Finished | Work Performed by & Signature | Customer Rep. Name, Signature, Date |
|---|---|---|---|
| | | Koklebor Reym | Nadia S. Jagabuel |