

December 17, 2007

Jennifer Tanaka
Division of Youth Services
P.O. Box 501000
Saipan, MP 96950

Dear Jen,

As per your request, listed below are the fees for the different trainings that you had requested for.

| Type of Training | Training Hours | Validity | Fee |
|---|---|---|---|
| Adult CPR | 4 | 1 year | $30.00 |
| First Aid | 4 | 3 years | $30.00 |
| Bloodborne Pathogens | 2 | 1 year | $15.00 |
| Participants Workbook | | | $5.00 Each |
| Bloodborne Workbook | | | $2.50 Each |

The total cost to train 24 staff in Adult CPR and First Aid including the booklet is $1,980.00

Should you have any question regarding this matter, please do not hesitate to contact our office.

*Maryann Manalo*
Maryann Manalo
Health & Safety Coordinator
Administrative Assistant
American Red Cross
NMI Chapter

---

Northern Mariana Islands Chapter
Post Office Box 500814
Saipan, MP 96950

125 CELEBRATING 125 YEARS OF SERVICE

Phone: 670-234-3459
Fax: 670-234-3457
Email: arcnmi@pticom.com
Website: www.nmi.redcross.org

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Department of Community and Cultural Affairs
Division of Youth Services-DCCA
Kagman Juvenile Detention & Correction Facility

# MEMORANDUM

**DATE**      : October 24, 2007

**TO**        : Debra A. Inos, DYS Administrator

**FROM**      : Nadia S. Tagabuel, KJD&CF Operational Supervisor

**SUBJECT**   : **2007 SCBA and Fire Extinguisher Training**

---

This is to personally inform you that the following DYS/KJD&CF Staff(s) have completed 8 hours of the SCBA and Fire Extinguisher familiarization Training. DPS Fire Personnel's Kevin Aldan, Daniel Suel and Jesse Mesa conducted the training at the Juvenile Facility. The names of the participants are provided below.

1. Clifford Q. Nekai
2. Kevin S. Iginoef
3. Margaret C. Tegita
4. Joey L. Teregeyo
5. Jessica W. Igisomar
6. Ken Francis M. Kaipat
7. Steve T. Lisua
8. Vincent Y. Limes
9. Nathan S. Bermudes
10. Edwin C. Lizama
11. John C. Babauta

_____
Kevin L. Aldan, Fire Lt.

Oct. 24, 2007
Date

_____
Jesse Mesa, Fire Lt.

Oct. 24-07.
Date

_____
Daniel Suel, Fireman II

10/24/07
Date

C/C : Mrs. Daisy Villagomez-Bier, DCCA Secretary
Mr. Melvin L. O. Faisao, DCCA Deputy Secretary
Mr. Edward Buckingham, Consent Decree Coordinator
File Copy

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Department of Community and Cultural Affairs
Division of Youth Services-DCCA
Kagman Juvenile Detention & Correction Facility

# MEMORANDUM

DATE : October 31, 2007

TO : Debra A. Inos, DYS Administrator

FROM : Nadia S. Tagabuel, KJD&CF Operational Supervisor

SUBJECT : **2007 SCBA and Fire Extinguisher Training**

This is to personally inform you that the following DYS/KJD&CF Staff(s) have completed 8 hours of the SCBA and Fire Extinguisher familiarization Training. DPS Fire Personnel's Daniel Suel, Patrick Semens and John Camacho conducted the training at the Juvenile Facility. The names of the participants are provided below.

1. Nadia S. Tagabuel
2. Naomi T. Santos
3. Sharma O. Iginoif
4. Joaquin A. Amirez

5. Francisco B. Robert
6. Benjamain S. Tagabuel
7. Victhor O. Laniyo
8. Juliano Obichang

_____        10/31/07
Daniel Suel, Firefighter II               Date

_____        10/31/07
John Camacho, Firefighter II            Date

_____        10/31/07
Patrick Semens, Firefighter III         Date

C/C : Mrs. Daisy Villagomez-Bier, DCCA Secretary
Mr. Melvin L. O. Faisao, DCCA Deputy Secretary
Mr. Edward Buckingham, Consent Decree Coordinator
File Copy