


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | General Administration | Department Purpose and Mission | 1.1.1 | |
| **ACA Standards** | 3-ALDF: <u>1A-01</u> Authority to Establish Local Detention; <u>1A-02</u> Purpose and Mission; CNMI Constitution, CNMI Public Law 14-25; Saipan Local Law 14-7 | | | |
| **Consent Decree** | <u>Paragraph 54</u> Develop Facility Policies and Procedures | | | |

### I. PURPOSE

To establish in writing the purpose and mission of the Department of Corrections.

### II. POLICY

It is the policy of the Department of Corrections that a written document delineating the Department's purpose and mission be established and made available to members of the Department to ensure successful operation.

### III. PROCEDURES

**A. The Department's Authority and Purpose**

The CNMI Constitution under Section 15: Executive Branch Departments, states in part "The functions and duties of the principal departments and of other agencies of the Commonwealth shall be provided by law."

On August 20, 2004, Governor Juan N. Babauta signed into law House Bill 14-152 and became Public Law 14-25 creating a new Department of Corrections within the Executive Branch of the Commonwealth Government. On May 28, 2004, with the approval of the Governor, Saipan Local Law 14-7 named the new prison/jail facility building as the "Vicente Taman Seman" building.

**B. The Department's Vision**

The Department of Corrections, with the goal of ensuring public safety, will offer inmates opportunities to prepare to return to society as law-abiding citizens through programs and services that focus on positive change. The Department will provide its staff opportunities for professional development to

successfully achieve its mission and goals, and to serve as role models for inmates by conveying societal values.

C. **The Department's Mission**

To improve public safety by housing detainees and inmates in a safe, secure and humane environment that meets constitutional standards for confinement, and to provide inmates opportunities to participate in rehabilitative programs to assist them in becoming law-abiding citizens.

D. **The Department's Values (DESIRE)**

1. **Development**

   a. We will continuously provide current professional development training for our personnel to enhance their job performance.
   b. We will continue to encourage the pursuit of higher education by our employees.
   c. We are committed to contributing to the advancement of the corrections and law enforcement professions.
   d. We will evaluate on a regular scheduled basis all existing departmental policies and procedures, CNMI laws and applicable federal standards to ensure that the department's operations are consistent with the most current standards and generally accepted correctional practices and methods.

2. **Equality**

   a. We will be impartial, considerate, equitable and compassionate when dealing with staff and inmates and vigorously protect the rights of individuals.
   b. We will enforce the CNMI laws, applicable federal laws and the Department's policies and procedures without bias and/or discrimination.
   c. We will treat everyone in a dignified and courteous manner.
   d. We respect all people, promoting unity, trust, pride, and dedication to our mission.

3. **Service**

   a. We will exhibit patience, empathy and understanding when dealing with individuals by being open, and approachable.
   b. We will endeavor to maintain order and facilitate an atmosphere of peace and safety.
   c. We are committed to efficient resource management and superior service delivery.

4. **Integrity**

   a. We will never tolerate the abuse of our delegated powers and authority.
   b. We are committed to the highest performance standards, ethical conduct, and truthfulness in all relationships.

5. **Respect**

   a. We will respect ourselves by being open-minded and doing our best.
   b. We will respect ourselves by staying mentally, physically and emotionally healthy.
   c. We will respect others by positively supporting each other.
   d. We will remain fair and flexible in our relationships.
   e. We hold ourselves accountable for our actions, in both our professional and personal lives.
   f. We support an organizational climate of mutual trust and respect.

6. **Employee**

   a. The Department recognizes that its employees are the vital component to the successful delivery of correctional services. We believe we can achieve our highest potential by actively involving our employees in problem solving and improving correctional services.
   b. The Department will achieve a high quality of work through involvement of all our people in an environment of openness and fairness in which everyone is treated with dignity, honesty, and respect.
   c. The Department will promote good communications among all employees by operating in an open atmosphere with freedom to share ideas and speak one's mind without fear of reprisal.

All employees of the Department of Corrections shall be given a copy of this policy. The Department's Purpose and Mission shall be posted at conspicuous locations to serve as a reminder to all employees on the department's being for existence and to inspire commitment, innovation, and courage.

Prepared By: _____    10-25-07
             John M. Ayuyu                  Date
             Deputy Director of Corrections

Reviewed By: _____    10/25/07
             Gregory F. Castro               Date
             Director of Corrections

Approved By: _____    10/26/07
             Lino S. Tenorio                 Date
             Commissioner of Corrections

3