

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | General Administration | Department Goals and Objectives | 1.1.2 | |
| **ACA Standard** | 3-ALDF-1A-03 Policy and Goal Formulation | | | |

## I. PURPOSE

To establish in writing the goals and objectives of the Department of Corrections.

## II. POLICY

It is the policy of the Department of Corrections that a written document delineating the Department's goals and objectives be established and made available to members to ensure successful operation.

## III. DEFINITIONS

- **Detainee:** Is a person who has been arrested based on probable cause, for traffic and/or criminal offense, CNMI/Federal warrants of arrest, criminal/civil bench warrants, Immigration status violations and a valid Parole/Probation warrant.
- **Inmate:** Is a person who has been ordered into the custody of the Department of Corrections by the CNMI courts to be confined as an inmate or prisoner to serve his/her prison sentence.
- **Staff:** People employed by the Department of Corrections.

## IV. GOAL STATEMENTS AND OBJECTIVES

A. **Goal I: Provide a safe and secure facility for the detention and confinement of detainees and inmates and the staff.**

- Provide regular periodic checks to monitor the integrity of the security perimeter.
- Maintain visual control of all entry points to the security perimeter and insure that there are no overrides to the sally ports.
- Supervisors monitor staff to establish and maintain consistent compliance with facility security procedures.
- All electronic and mechanical security systems are regularly monitored and maintained to keep them functioning effectively.

- Random housing unit searches, unit searches, cell searches and inmate/detainee searches are conducted frequently to insure contraband control and facility security.
- Correctional officers are assigned to all housing units and the detainees and inmates are under continual staff supervision.

B. **Goal II: Maintain operational policies, procedures and practices that are designed for maximum safety to the public, Corrections staff and inmates/detainees.**

- Develop, maintain and internally validate a classification system that classifies inmates/detainees by both security and custody designations.
- Develop and maintain a housing plan that separates inmates based on security (risk), custody (manageability) and need (programming).
- Review and evaluate all security breaches and threats.
- Investigates all incidents of assaults by inmates/detainees.
- Monitor Use-of-Force reports for training purposes and for policy and procedure review and revision.

C. **Goal III: Establish and maintain policies, procedures and practices for the orderly operation of the facility.**

- Develop and maintain a general facility schedule that spreads out inmate movements and avoids conflicting movements.
- Provide inmates with secure storage for their authorized property.
- Monitor use of force by area and individuals involved.
- Monitor incident reports and dispositions by area, individuals involved and sanctions.
- Provide direct supervision of inmates/detainees in all general population-housing units.
- Maintain the inmate population and inmate activities in controllable sized groups.

D. **Goal IV: Establish and maintain policies, procedures and practice that provide a clean and healthful environment for staff and inmates/detainees and access to necessary health services.**

- Provide an initial medical and suicide screening to all newly admitted detainees and inmates.
- Screen inmates for Tuberculosis (PPD) and other communicable diseases.
- Monitor cleanliness and sanitation in all inmate/detainee living areas and food handling areas.
- Provide for and monitor regular pest control services.
- Monitor inmate behavior and condition and refer to Psychiatrist or Nurse if appropriate
- Monitor and maintain housing area temperatures at recommended levels.

- Provide regular sick calls and attend to medical referrals promptly.
- Provide inmates/detainees with the materials necessary to maintain clean cells and clean housing units.

E. **Goal V: Establish and maintain policies, procedures and practices that provide inmates with opportunities to participate in work, recreational, and rehabilitative program during their incarceration.**

- Provide inmates with opportunities to participate in rehabilitative and developmental programming.
- Encourage and provide space, opportunity and assistance for community based agencies and organizations to provide services to detainees and inmates.
- Provide specific programming in education, alcohol abuse and substance abuse.
- Continue and expand the male and female residential Substance Abuse Treatment (RSAT) program.
- Provide selected minimum security/custody inmates with opportunities to provide community service.
- Provide opportunities to participate in regularly scheduled indoor and outdoor recreation and exercise.
- Provide opportunities for those with a demonstrated need to participate in Adult Basic education and GED programs.

F. **Goal VI: Establish and maintain policies, procedures and practices for the operation of the facility that reflect the Commonwealth's commitment for fair treatment of inmates/detainees.**

- Provide detainees and arrestees with an inmate handbook that clearly outlines their rights and their responsibilities and obligations and the department's accountability procedures.
- Maintain an inmate disciplinary procedure that adheres to minimal due process requirements and has both a formal review process and a formal appeal process.
- Maintain a formal grievance procedure that includes a review and appeal process.
- Provide inmates/detainees with access to their attorneys, the courts and to legal materials.

G. **Goal VII: Establish and maintain policies, procedures and practices that address established Constitutional minima for the operation of jails and prisons.**

- Develop policies and procedures and practices that address each of the operational issues noted in the Consent Decree.
- Insure that the policies, procedures and practices developed also comply with the mandatory standards in the 3rd Edition of the Adult Local Detention Facility Standards of the ACA/CAC.
- Maintain inmate housing and housing areas consistent with minimum standards for space, temperature range, lighting and air exchanges.

- Provide adequate toilet and shower facilities in each unit to meet the needs of the assigned detainees and inmates.
- Provide adequate food service for inmates and opportunities to communicate with family through scheduled visitation and phone call opportunities.

**H. Goal VIII: Monitor and modify facility operations to achieve a high level of efficiency in overall operations.**

- Review staff and other cost factors for all facility operations and programs.
- Maintain qualified staffs that are fully trained in facility operations.
- Provide on-going in-service training to increase staff effectiveness and efficiency in job performance.

All employees of the Department of Corrections shall be given a copy of this policy. The Goals and Objectives of the Department of Corrections shall be posted at conspicuous locations to inspire commitment, innovation, and courage.

Prepared By: ______________________ 10-25-07
John M. Ayuyu
Deputy Director of Corrections
Date

Reviewed By: ______________________ 10/25/07
Gregory F. Castro
Director of Corrections
Date

Approved By: ______________________ 10/26/07
Lino S. Tenorio
Commissioner of Corrections
Date