

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Sections | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | General Administration | Policies and Procedures are Accessible to All Employees | 1.1.4 | |
| ACA Standards | | 3 ALDF: <u>1A-13</u> Policies and Procedures are Accessible to all Employees and Public; <u>1A-14</u> Maintains and Makes Available SOP to Employees; <u>1A-15</u> New or Revised Policies and Procedures are Disseminated; <u>1C-02</u> Personnel Policy is Reviewed Annually | | |
| Consent Decree | | <u>Paragraph 54</u> Develop Facility Policies and Procedures | | |

## I. PURPOSE

To establish procedures that will ensure that all employees have access to the Department of Corrections' policies and procedures.

## II. POLICY

It is the policy of the Department of Corrections to maintain departmental policies and procedures, that all employees, volunteers, public and inmates/detainees have access to them and to disseminate to them new and revised policies and procedures that are applicable to them.

## III. PROCEDURES

A. Detailed manuals of standard operating procedures assist employees in successfully carrying out their assignments and help ensure overall conformance to facility policy and procedure. All employees should be thoroughly familiar with the sections concerning their particular assignments. The rapid dissemination of the policies and procedures to employees, volunteers, public, and to inmates/detainees where applicable, increases the effectiveness of the facility's communication system.

B. The Director of Administration will ensure that policies and procedures for operating and maintaining the facility and its satellites are specified in a manual that is accessible to all employees and where applicable to the inmates/detainees, volunteers and public. In addition, the Director of Administration will ensure that at a minimum, the public have access to the Department's mission, goals and objectives and any policies and procedures applicable to them.

C. The Training Officer will establish a training program that ensures that all employees, volunteers, and inmates/detainees are familiarized with the manuals that are applicable to them.

D. The Training Officer will make available to employees, volunteers and inmates/detainees a manual of standard operating procedures that applies to them and the policies and procedures specifies how they are to be implemented.

E. The Training Officer will ensure that new or revised policies and procedures are disseminated to designated staff and volunteers and, when appropriate, to inmates/detainees prior to implementation.

F. The Director of Administration and the Director of Corrections, Pre-Trial & Civil Detention (CPC) will review annually policies and procedures from their respective divisions and submit their recommendations to the Commissioner of Corrections. All policies and procedures will be reviewed annually to ensure that they are up to date with current standards and where appropriate updated as required.

Prepared By: _____  10-25-07
John M. Ayuyu                          Date
Deputy Director of Corrections

Reviewed By: _____  10/25/07
Gregory F. Castro                      Date
Director of Corrections

Approved By: _____  10/26/07
Lino S. Tenorio                        Date
Commissioner of Corrections