

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Sections | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | General Administration | Policies and Procedures are Accessible to All Employees | 1.1.4 | |
| **ACA Standards** | 3 ALDF: 1A-13 Policies and Procedures are Accessible to all Employees and Public; 1A-14 Maintains and Makes Available SOP to Employees; 1A-15 New or Revised Policies and Procedures are Disseminated; 1C-02 Personnel Policy is Reviewed Annually | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PURPOSE**

To establish procedures that will ensure that all employees have access to the Department of Corrections' policies and procedures.

II. **POLICY**

It is the policy of the Department of Corrections to maintain departmental policies and procedures, that all employees, volunteers, public and inmates/detainees have access to them and to disseminate new and revised policies and procedures that are applicable to them.

III. **PROCEDURES**

A. **Policies and Procedures**

1. Detailed manuals of standard operating procedures assist employees in successfully carrying out their assignments and help ensure overall conformance to departmental policies and procedures. All employees should be thoroughly familiar with the policies and procedures concerning their particular assignments. The rapid dissemination of the policies and procedures to employees, volunteers, public, and to inmates/detainees where applicable, increases the effectiveness of the department's communication system.

2. The Director of Corrections will ensure that policies and procedures for operating and maintaining the facility are specified in a manual that is accessible to all employees and where applicable to the inmates/detainees, volunteers and public. In addition, the Director of Corrections will ensure that at a minimum, the public have

1

access to the Department's mission, goals and objectives and any policies and procedures applicable to them.

3. All new employees will be trained with the DOC policies and procedures that are applicable to them as it relates to their duties and responsibilities. Copies of applicable policies and procedures will be provided to each employee and must sign a document attesting that the applicable policies and procedures were reviewed and copies of those policies were received. The Training Coordinator will file the document as part of the training records.

4. Copies of new policies and procedures and/or policies and procedures that are amended will be provided to affected employees, public and/or inmates/detainees.

5. The DOC server has copies of all DOC policies and procedures that can be access by employees.

6. The Commissioner of Corrections will designate an employee from the respective sections and/or unit to review annually policies and procedures relating to the section and/or unit. Where appropriate, new policies and procedures will be developed and/or existing ones amended as required.

Prepared By: _____          11-21-07
              John M. Ayuyu                    Date
              Deputy Director of Corrections

Reviewed By: _____          11/14/07
              Gregory F. Castro                Date
              Director of Corrections

Approved By: _____          _____
              Lino S. Tenorio                  Date
              Commissioner of Corrections