


COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | General Administration | Department Computers | 1.1.6 | |
| **ACA Standard** | 3-ALDF-1A-14 Standard Operating Procedures | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PURPOSE**

To establish guidelines in the use of computer software, usage of department computers by unauthorized personnel, proper Internet/e-mail usage, and safe-guarding of laptop computers.

II. **POLICY**

It is the policy of the Department of Corrections to comply with applicable federal laws regarding electronic communications and software copyright regulations, to safeguard the Department from computer virus infections, and to limit department computer usage for business purposes only.

III. **PROCEDURES**

A. **Computer Software**

1. In compliance with software privacy laws, no software from the Department may be removed from the premises or copied for personal use. No software may be brought to the department and installed into department computers without the express written permission of the Commissioner of Corrections or his designee. When such permission is obtained, the software will be installed by a qualified individual in accordance with licensing agreements only.

2. Requests for new software beneficial to the mission of the Department may be made through the Commissioner of Corrections or his designee. If approved, the software will be purchased and registered to the Department.

3. Software loaded on individual computers is subject to review at any time, and unauthorized software will be removed.

B. **Accessibility to Departmental Computers**

1. Unauthorized personnel are not allowed to access or use Department computers either in the department office space or in the homes of employees.

2. The Department computer system is to be used for the furtherance of official business for the Department. Messages transmitted or received by the e-mail system are messages and property of the Department.

3. All messages sent on the e-mail system are viewed as Department messages and **not** personal, confidential messages of the employee.

4. The Department has the right to enter the agency e-mail system and review, copy, delete, or disclose any message.

5. Passwords will be used to gain access to the computer system for the purposes of protecting the integrity of the Department's computers.

6. E-mail messages are the intellectual property of the Department, not of the employees, and must pertain only to Department business.

7. E-mail messages should not be left on the computer screen when the employee is away from hi/her desk or workstation, in order to protect Department proprietary information.

8. Passwords will be changed frequently to avoid unauthorized access.

9. No information protected by copyright laws, including software, will be sent or copied via e-mail.

10. All messages on the e-mail system are to be business-like. There will be no tolerance for using the system for personal messages or for which contain profanity, vulgarity, and/or harassing (aggravating) or defamatory language.

11. All personnel who use the department Internet Service shall use the service for official business only.

C. **Care of Department's Computers When Removed from the Facility**

1. Items, which are subject to theft such as laptop computers, require extra diligence in safeguarding them when they are removed from the confines of the Department area.

    The following are guidelines to be followed when a laptop and/or related items are carried outside of the Department:

a. Always carry the laptop in its specially padded carrying case.

b. When traveling by air, always carry the laptop on the airplane. <u>Never</u> check the laptop as baggage and never put the laptop inside another case checked as baggage. The only exception to this is that a laptop can be shipped in a special shipping container with padded foam for shipping sensitive items. That case is specially constructed and designed to house sensitive electronic equipment.

c. Always hand-carry the laptop when traveling to and from the airport. Do not put it in the trunk of a cab or on the rack of an airport shuttle.

d. Always make sure that there is no disk in the floppy drive or a CD in the CD ROM drive while traveling. This could cause damage to the laptop.

e. The Commissioner of Corrections may authorize certain departmental employees to take computers home for the performance of official work.

f. Laptop computers are assigned individually or can be borrowed from another employee upon approval from the employee's supervisor.

Prepared By: _____    10-29-07
              John M. Aydya    Date
              Deputy Director of Corrections

Reviewed By: _____    _____
              Gregory F. Castro    Date
              Director of Corrections

Approved By: _____    r/29/07
              Lino S. Tenorio    Date
              Commissioner of Corrections