

### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| PART | SECTION | SUBJECT | POLICY NO. | REVIEW DATE |
|---|---|---|---|---|
| Administration and Management | General Administration | Telephone Reception | 1.1.11 | |
| **ACA Standards** | 3-ALDF-1A-14  Standard Operating Procedures | | | |
| **Consent Decree** | Paragraph 54, Develop Facility Policies and Procedures | | | |

### I.   Purpose:

To provide guidelines and procedures to be utilized by the Department of Corrections employees when answering the telephone, transferring calls, providing information and making referrals.

### II.   POLICY:

It is the Policy of the Department of Corrections to provide professional, efficient and courteous services to its visitors and the public in person and on the telephone through good customer service.

### III.   PROCEDURAL GUIDELINES

#### A. Customer Service

1. Correctional personnel will follow good customer service rules at all times.

2. Attend to the customer at the window/office or on the telephone promptly.

3. Listen attentively.

4. Remember to speak clearly and in plain language. Do not assume the customer understands police or corrections jargon.

5. Handle the customer's requests for information efficiently, intelligently and politely.

6. If the answer to a question is unknown, refer the customer to someone who can assist him/her or pass the message along to someone who can. The customer will appreciate that more than a wrong answer.

7. Maintain a professional appearance and attitude at all times.

8. The customer's attitude should not be taken personally.

## B. Telephone Reception

Often, a citizen's first and/or only contact with the Department was made on the telephone. If the caller was given courteous, intelligent answers to his/her inquiries, he/she will gain a favorable impression of the Department. If he/she was the victim of a poorly handled call, he/she will not forget it easily and you can be assured that he/she will inform friends about the incident the very next time the subject of corrections comes up.

1. Employees will use the following guidelines when answering the telephone:

   a. Incoming calls should be answered as promptly as possible. As a general rule, telephone calls received at the answering points should be responded to within three rings.

   b. To answer incoming calls promptly, it may be necessary to place a current call on hold. Advise the current caller you are placing him/her on hold and why, otherwise the caller may think you have hung up. Periodically check back with a caller on hold, and if the delay will be extensive, take a message or a number where the caller can be re-contacted.

   c. When receiving calls from designated answering points, identify the Department, your location and yourself to let the caller know he/she has reached the correct number, to establish a rapport with the caller, and to reduce confusion:

   d. Properly identify the Department with an appropriate greeting, i.e., "Good Morning, Department of Corrections (DOC), this is _____, how may I help you?"

   e. When transferring calls, advise the caller that the call is being transferred to avoid the perception of being cut off. If possible, give the caller the direct number for future reference. If a telephone extension is busy, the employee should determine whether the caller would like to hold or leave a message. If the caller would like to hold, place the call on hold and route it as soon as the intended line is free.

   f. Full feature telephones: Press "transfer or link" button, then the correct extension number and either hang up or give a message to the individual receiving the transfer, then hang up.

   g. If a caller has been transferred several times and you find you are unable to be of assistance, try to avoid another transfer unless you are sure someone else is available to help. Until someone can help, take the caller's name and number, and assure him/her that someone will return the call as soon as possible.

    h. If a specific employee is requested and determined to be gone from his/her desk or the building, the following information should be obtained:

        1. Identity of the caller.

        2. Telephone number of the caller and how long they can be reached at the number given. Include extension number.

        3. Applicable message.

        4. Date and time the telephone call was received.

2. It is elementary that the employee should have readily available pen and paper for taking notes on pertinent information.

3. Important numbers of the different sections of the Department should be readily available for reference.

4. Telephone conversations conducted by employees shall be professional and courteous in nature.

5. Employees shall make every attempt to supply information or assistance needed or refer the caller to the appropriate authority that can assist.

6. If you perceive a caller has a complex problem and you are unable to assist, explain that to avoid telling the story twice, you are going to let him/her talk to someone who can assist, since you cannot.

7. Be cognizant of the fact that holding your hand over the receiver and talking to someone other than the caller does restrict the caller from hearing you. It is best to place the caller on hold.

8. A person requesting to speak to "someone in charge" should be asked what the call is about to determine who should receive the call.

9. A person who has a complaint against an employee should be referred to the Operations Captain. If unavailable and immediate referral is determined, the caller may be referred to the Deputy Director.

10. Employees should be cognizant that the matter being expressed by the caller may be trivial or unimportant to you, but it is very important for the caller.

11. News media requesting information or a news release should be referred to the Director or Deputy Director.

12. Callers wishing to see a corrections officer should be referred to the Control One at 664-9058.

13. Calls regarding departmental matters should be referred to the Director or the Deputy Director.

14. Personal telephone numbers of employees are confidential. The release of these numbers is prohibited.

15. The department does not authorize the receipt of collect calls from the public.

16. Employees are prohibited from surreptitiously recording telephone conversations. Employees who are discovered surreptitiously recording and/or having installed unauthorized recording devices on department telephones will be subject to disciplinary action.

17. Facsimile devices, whether stand-alone or supported on a department computer will not be used for receiving or transmitting materials that involves the use of obscene language, images, jokes, sexually explicit materials, or messages that attack any person, group, or classification of individuals are prohibited whether or not a recipient has consented to or requested such material.

18. Infrequent personal use of department facsimile devices is permissible if limited in scope and frequency, if in conformance with other elements of this policy, and if not connected with a profit-making business enterprise or the promotion of any product, service, or cause that has not received prior approval of this agency. Personal use shall not cause an employee to accrue extra duty hours or delay the employee's responsibility to accomplish work tasks on schedule.

19. The department recognizes that personal calls must occasionally be made during work times. Personal calls may be made during an employee's work time when necessary for family emergencies such as illness/injury, unanticipated changes in work schedule, emergency child care issues, or other type of home emergencies.

20. Employees may not use government telephones to conduct any illegal activity such as harassing telephone calls, obscene calls, etc.

21. Employees may not use department telephones for sweepstakes drawings, radio contests, or similar activities.

22. If a personal toll or long distance call must be made, the employee must place the call collect, use a personal telephone credit card, or a prepaid debit card.

23. If it is determined telephone use is not in compliance with this policy and procedures, the involved employee(s) may face disciplinary action.

24. Supervisors are responsible for regular surveillance and evaluation of their subordinate's telephone answering and demeanor.

25. The Telephone Usage Procedures will be followed with respect to inmates using the telephone.

Prepared By: _____        10-25-07
           Maj. John M. Ayuyu                              Date
           Deputy Director of Corrections


Reviewed By: _____        10/25/07
           Gregory F. Castro                              Date
           Director of Corrections


Approved By: _____        10/26/07
           Lino S. Tenorio                                Date
           Commissioner of Corrections

5