


**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Physical Plant | Administrative and Staff Areas | Staff Lockers | 1.1.12 | |
| **ACA Standard** | 3-ALDF-2F-02 Staff Areas | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policy and Procedures | | | |

I. **PURPOSE**

To provide guidelines for employees in the use of Department of Corrections lockers.

II. **POLICY**

It is the policy of the Department of Corrections to provide employees with lockers for the purposes of storing department issued equipment and personal items while on the job.

III. **PROCEDURAL GUIDELINES**

Department employees are encouraged to use the lockers to store their department issued equipment and personal items while on duty that are not authorized in the housing unit and/or any other areas of the facility.

A. **Locker Room**

1. The lockers are the Department's property and the Department reserves the right to inspect them in accordance with departmental policies and applicable laws.

2. The inspection of a particular locker will not be conducted unless the Commissioner and/or Director has reasonable suspicion to believe that the locker to be inspected contains items that are contrary to departmental rules and regulations and/or laws.

3. Before a particular locker is inspected, the employee shall be given the opportunity to be present during the inspection unless circumstances require the inspection be conducted without delay in order to protect the health and safety of employees present on the premises. Whenever a particular locker has been inspected under this rule without the employee's presence, the Commissioner and/or Director shall notify the employee of such inspection as soon as practicable.

1

4. If any property is removed from the employee's locker, an inventory will be made on the property(s) that was removed from the locker. This information shall be noted in the Control One logbook. The Commissioner and/or Director shall notify the employee about the property(s) that was removed from the locker.

5. The Department is not responsible for the loss of property while stored in the lockers.

6. Locker assignment will be done by the DOC administration.

7. Once a locker has been assigned to an employee, he/she shall not move from the assigned locker without prior authorization.

8. The male and female locker rooms are located in the DOC administration. The locker rooms are labeled male and female respectively.

9. The Shift Commander will inspect the locker room during the shift to ensure that the room is neat, clean and uncluttered.

10. All employees will assist in keeping the locker room neat, clean and uncluttered.

11. Nothing is to be hung, nailed, tacked, glued, taped, or adhered to the locker room walls, floors, ceilings, doors, benches, or locker fixtures.

12. Employees shall be responsible for the condition of the interior and exterior of their assigned locker.

13. Employees shall not use any writing or marking device on the interior or exterior surfaces of any assigned locker.

14. Employees shall keep all personal and department issued clothing and equipment inside their lockers when not being used.

15. Employees shall not place perishable food in any Department locker.

16. Employees shall not store any chemicals or any hazardous materials in Department locker other than issued/approved firearms, ammunition, and the chemical agent worn on the duty belt.

17. Lockers are to be kept locked at all times.

18. Employees shall not enter into another employee's locker without the employee's permission, or authorized by the Commissioner and/or Director.

19. Employees will not switch lockers with another employee without the authorization of the Commissioner and/or Director.

20. Inappropriate materials or items in violation of the Harassment, including Sexual Harassment, and Discrimination policies, shall not be kept in the locker.

21. When an employee resigns from the Department, he/she shall empty out his/her assigned locker on the effective date of resignation. Personal items left in the locker after the resignation date will become the property of the Department or it will be destroyed.

Prepared By: _____     10-25-07
    John M. Ayuyu                                           Date
    Deputy Director of Corrections

Reviewed By: _____     10/25/07
    Gregory F. Castro                                      Date
    Director of Corrections

Approved By: _____     10/25/07
    Dino S. Tenorio                                         Date
    Commissioner of Corrections

3

Case 1:99-cv-00017   Document 31-13   Filed 04/02/2008   Page 4 of 4