

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | Personnel | Employee Recruitment, Selection, and Promotion | 1.3.2 | |
| **ACA Standard** | 3-ALDF-1C-08; Employee Recruitment, Selection, and Promotion; CNMI PSSR&R Part III Staffing, CNMI PSSR&R Part V.C Alcohol & Drug Free Workplace Policy | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

### I. PURPOSE

To establish departmental procedures for Employee Recruitment, Selection and Promotion.

### I. POLICY

It is the policy of the Department of Corrections (DOC) to maintain its program in compliance with applicable federal and CNMI laws and Civil Service System policies. The DOC personnel program is designed to attract the most qualified applicants according to the principles of Equal Employment Opportunity regardless of age, race, color, religion, sex, national origin, place of origin, marital status, political affiliation or belief, or disability, except where such a factor is a bona fide occupational disqualification.

### III. DEFINITION

**Applicant:** A person who has passed the basic requirements and is under consideration for employment contingent on the person passing all other required examinations but has not yet been offered a position by the Department.

### IV. PROCEDURES

The Department Recruits, Selects and Promotes its s on the basis of merit by means of competitive tests, which are fair, objective and practical in accordance with the position descriptions. The position descriptions derived from a uniform job classification system that was developed by the Office of Personnel Management (OPM) and takes into account experience, training, skills and educational backgrounds. Other requirements may be required in order for the applicant to be eligible for consideration.

1

A. **Examination Announcement**

An Examination Announcement is issued by the OPM after it is determined by the Commissioner of Corrections and the Director of OPM that there is a vacant position and shall contain, as a minimum, the following information:

1. Class title, pay and pay level of the position;

2. Brief description of the duties and responsibilities;

3. Geographical and organizational location of the position;

4. Minimum bona fide occupational qualifications for the position to include general experience, specialized experience, and such qualitative evaluation elements as may be deemed appropriate and necessary;

5. Instructions on how to apply for the examination including the place to apply, form of application required, and documentary support required; and,

6. Period of the announcement. In no instance shall this be less than fifteen (15) calendar days. The Personnel Officer may extend this period if the response has been inadequate, provided that the extension is announced in the same manner as the original announcement.

The examination announcement is unassembled, wherein the applicant will respond to the announcement by submitting to the OPM a completed Application for Employment form that includes records of education, training, experience and such other information as requested in the announcement, to be evaluated and rated by a qualified analyst or by a board of rating examiners in accordance with Personnel Service System Rules and Regulations (PSSR&R).

**Minimum Basic Requirements for All Applicants:**

1. High school diploma or G.E.D. equivalent.

2. Valid CNMI driver's license.

3. Must be 18 years of age.

4. United States citizen, Permanent Resident or Immediate Relative.

5. No felony or serious misdemeanor convictions. Serious misdemeanor convictions are assault and battery relating to domestic violence, theft, driving under the influence of alcohol/drugs and repeated traffic infractions.

6. Be in good physical health with no chronic ailments; be willing to undergo a physical examination.

7. Be of sound mind, with no tendency towards violence, and does not possess any racial, ethnic or religious prejudices, which would distract from the objectivity required in law enforcement.

8. By signing the Application for Employment form, the applicant authorizes OPM and DOC to conduct a background check.

### B. Process

The OPM will notify qualified applicants. A "Certification of Eligible" listing eligible applicants will be forwarded to the Department of Corrections for further hiring and process in order to obtain information through a formal system consisting of several phases. The phases are viewed in the context of pass/fail with an emphasis on integrity, consistency, and on ensuring against biases and prejudicial thinking.

Depending on the type of position applied, some of the phases may not be applied to all applicants. Often, educational background, work experience, oral interview and drug testing will be applicable to applicants except in the case of a Corrections Cadet applicant, whereas a more formal system consisting of several phases will be undergone. Applicants are advised of automatic disqualifiers and general circumstances that would lead to non-selection.

Upon receipt of the Certification of Eligible from the OPM, the DOC Administrative Officer will send letters to inform applicants of the department's hiring process. The process is organized to permit selection of the most qualified applicant for the position. Examinations, assessments and/or interviews are scheduled to evaluate an applicant's qualification and integrity.

A Corrections Cadet position is considered most sensitive and critical. Applicants are required to complete and pass prescribed examinations or show proof of completion of the required examinations. Each applicant must pass each phase of the process before proceeding to the next. Applicants will be informed of their appointments prior to each scheduled exam.

1. Phase I: English Placement Test

   In the absence of an official transcript from an accredited college institution certifying completion or has met the minimum English Level 83 (Reading) and 84 (Writing), a Corrections Cadet applicant will be required to take the English Placement Test. The Northern Marianas College (NMC) in an agreement with the Department of Corrections will administer a Standard English Placement Test that will determine the applicant's English level.

All applicants must meet or pass the minimum English 83 and 84 level courses in order to proceed to the next phase. Based on the NMC's grading system, the applicant must score a minimum of seventy (70) percent in order to pass the course. The English test score submitted to DOC must be authenticated by NMC.

The following ten (10) point scoring system will be used for the different levels of English courses. Applicants are awarded a score (1-4) that correspond to their English level indicated below:

| Level | | Points Earned |
|---|---|---|
| Level One: | English 83 Reading & English 84 Writing | 1 |
| Level Two: | English 93 Reading & English 94 Writing | 2 |
| Level Three: | English 101 | 3 |
| Level Four: | English 202 | 4 |

2. Phase II: Physical Fitness Agility Test

The Physical Fitness Agility Test requires considerable physical exertion. Even though the applicant may be in good physical condition, it is suggested that he/she contact a qualified physician before taking the test. The applicant will sign a liability waiver form releasing the Department, any assisting group and/or agency from liability for any injury, illness or death that may arise as a result of the test. Taking the test is at the applicant's own risk.

The applicant must pass each event with a minimum score of sixty (60) points to qualify for the next phase. The physical fitness agility test consist the following:

- A suggested 10-minute warm-up session
- Push-up for 1-minute
- Sit-up for 1-minute
- Run for 1-mile

The following age groups for male and female should complete a minimum number of push-ups within one minute to pass:

| Age Group | 17 – 21 | | 22 – 26 | | 27 – 31 | | 32- 36 | | 37 - 41 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F |
| | 20 | 15 | 18 | 13 | 16 | 11 | 14 | 7 | 10 | 5 |

The following age groups for male and female should complete a minimum number of sit-ups within one minute to pass:

| Age Group | 17 – 21 | | 22 – 26 | | 27 – 31 | | 32- 36 | | 37 - 41 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F |
| | 15 | 10 | 13 | 8 | 11 | 6 | 9 | 3 | 5 | 2 |

The following age groups for male and female should complete the one-mile run within the minimum time limit to pass:

| Age Group | 17 – 21 | | 22 – 26 | | 27 – 31 | | 32 – 36 | | 37 – 41 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F |
| | 12:40 | 13:30 | 13:00 | 13:50 | 13:20 | 14:10 | 13:40 | 14:50 | 14:20 | 15:10 |

The three (3) physical fitness agility tests shall have a minimum cumulative test score of one hundred eighty (180) or equivalent to seventy (70) percent (refer to percentage scoring system table, pg. 8) in order for the applicant to pass. These standards were established based on other jurisdiction standards that have push-up, sit-up and one mile run standards. The total score for the three events will determine the points earned for the physical fitness agility test.

The total number of push-ups in one (1) minute and the age and sex of the applicant determines the score for the push-up. The number of repetition will correspond with a score under the different age and sex categories. The points earned will be a part of the total overall score. The scoring is the same for the sit-up. The time will determine the score on the one (1) mile run. The time will correspond to a score under the different age and sex categories.

The following are the scoring and grading systems for the three (3) tests.

PHYSICAL FITNESS AGILITY TEST
PUSH-UP SCORING SHEET

| AGE GROUP | 17 - 21 | | 22 - 26 | | 27 - 31 | | 32 - 36 | | 37 - 41 | | 42 - 46 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REPETITION | M | F | M | F | M | F | M | F | M | F | M | F |
| 60 | 100 | | | | | | | | | | | |
| 59 | 99 | | | | | | | | | | | |
| 58 | 98 | | 100 | | | | | | | | | |
| 57 | 97 | | 99 | | | | | | | | | |
| 56 | 96 | | 98 | | 100 | | | | | | | |
| 55 | 95 | 100 | 97 | | 99 | | | | | | | |
| 54 | 94 | 99 | 96 | | 98 | | 100 | | | | | |
| 53 | 93 | 98 | 95 | 100 | 97 | | 99 | | | | | |
| 52 | 92 | 97 | 94 | 99 | 96 | | 98 | | 100 | | | |
| 51 | 91 | 96 | 93 | 98 | 95 | 100 | 97 | | 99 | | | |
| 50 | 90 | 95 | 92 | 97 | 94 | 99 | 96 | | 98 | | 100 | |
| 49 | 89 | 94 | 91 | 96 | 93 | 98 | 95 | 100 | 97 | | 99 | |
| 48 | 88 | 93 | 90 | 95 | 92 | 97 | 94 | 99 | 96 | | 98 | |
| 47 | 87 | 92 | 89 | 94 | 91 | 96 | 93 | 98 | 95 | 100 | 97 | |
| 46 | 86 | 91 | 88 | 93 | 90 | 95 | 92 | 97 | 94 | 99 | 96 | |
| 45 | 85 | 90 | 87 | 92 | 89 | 94 | 91 | 96 | 93 | 98 | 95 | 100 |
| 44 | 84 | 89 | 86 | 91 | 88 | 93 | 90 | 95 | 92 | 97 | 94 | 99 |
| 43 | 83 | 88 | 85 | 90 | 87 | 92 | 89 | 94 | 91 | 96 | 93 | 98 |
| 42 | 82 | 87 | 84 | 89 | 86 | 91 | 88 | 93 | 90 | 95 | 92 | 97 |
| 41 | 81 | 86 | 83 | 88 | 85 | 90 | 87 | 92 | 89 | 94 | 91 | 96 |
| 40 | 80 | 85 | 82 | 87 | 84 | 89 | 86 | 91 | 88 | 93 | 90 | 95 |
| 39 | 79 | 84 | 81 | 86 | 83 | 88 | 85 | 90 | 87 | 92 | 89 | 94 |
| 38 | 78 | 83 | 80 | 85 | 82 | 87 | 84 | 89 | 86 | 91 | 88 | 93 |
| 37 | 77 | 82 | 79 | 84 | 81 | 86 | 83 | 88 | 85 | 90 | 87 | 92 |
| 36 | 76 | 81 | 78 | 83 | 80 | 85 | 82 | 87 | 84 | 89 | 86 | 91 |
| 35 | 75 | 80 | 77 | 82 | 79 | 84 | 81 | 86 | 83 | 88 | 85 | 90 |
| 34 | 74 | 79 | 76 | 81 | 78 | 83 | 80 | 85 | 82 | 87 | 84 | 89 |
| 33 | 73 | 78 | 75 | 80 | 77 | 82 | 79 | 84 | 81 | 86 | 83 | 88 |
| 32 | 72 | 77 | 74 | 79 | 76 | 81 | 78 | 83 | 80 | 85 | 82 | 87 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 71 | 76 | 73 | 78 | 75 | 80 | 77 | 82 | 79 | 84 | 81 | 86 |
| 30 | 70 | 75 | 72 | 77 | 74 | 79 | 76 | 81 | 78 | 83 | 80 | 85 |
| 29 | 69 | 74 | 71 | 76 | 73 | 78 | 75 | 80 | 77 | 82 | 79 | 84 |
| 28 | 68 | 73 | 70 | 75 | 72 | 77 | 74 | 79 | 76 | 81 | 78 | 83 |
| 27 | 67 | 72 | 69 | 74 | 71 | 76 | 73 | 78 | 75 | 80 | 77 | 82 |
| 26 | 66 | 71 | 68 | 73 | 70 | 75 | 72 | 77 | 74 | 79 | 76 | 81 |
| 25 | 65 | 70 | 67 | 72 | 69 | 74 | 71 | 76 | 73 | 78 | 75 | 80 |
| 24 | 64 | 69 | 66 | 71 | 68 | 73 | 70 | 75 | 72 | 77 | 74 | 79 |
| 23 | 63 | 68 | 65 | 70 | 67 | 72 | 69 | 74 | 71 | 76 | 73 | 78 |
| 22 | 62 | 67 | 64 | 69 | 66 | 71 | 68 | 73 | 70 | 75 | 72 | 77 |
| 21 | 61 | 66 | 63 | 68 | 65 | 70 | 67 | 72 | 69 | 74 | 71 | 76 |
| 20 | 60 | 65 | 62 | 67 | 64 | 69 | 66 | 71 | 68 | 73 | 70 | 75 |
| 19 | 59 | 64 | 61 | 66 | 63 | 68 | 65 | 70 | 67 | 72 | 69 | 74 |
| 18 | 58 | 63 | 60 | 65 | 62 | 67 | 64 | 69 | 66 | 71 | 68 | 73 |
| 17 | 57 | 62 | 59 | 64 | 61 | 66 | 63 | 68 | 65 | 70 | 67 | 72 |
| 16 | 56 | 61 | 58 | 63 | 60 | 65 | 62 | 67 | 64 | 69 | 66 | 71 |
| 15 | 55 | 60 | 57 | 62 | 59 | 64 | 61 | 66 | 63 | 68 | 65 | 70 |
| 14 | 54 | 59 | 56 | 61 | 58 | 63 | 60 | 65 | 62 | 67 | 64 | 69 |
| 13 | 53 | 58 | 55 | 60 | 57 | 62 | 59 | 64 | 61 | 66 | 63 | 68 |
| 12 | 52 | 57 | 54 | 59 | 56 | 61 | 58 | 63 | 60 | 65 | 62 | 67 |
| 11 | 51 | 56 | 53 | 58 | 55 | 60 | 57 | 62 | 59 | 64 | 61 | 66 |
| 10 | 50 | 55 | 52 | 57 | 54 | 59 | 56 | 61 | 58 | 63 | 60 | 65 |
| 9 | 49 | 54 | 51 | 56 | 53 | 58 | 55 | 60 | 57 | 62 | 59 | 64 |
| 8 | 48 | 53 | 50 | 55 | 52 | 57 | 54 | 59 | 56 | 61 | 58 | 63 |
| 7 | 47 | 52 | 49 | 54 | 51 | 56 | 53 | 58 | 55 | 60 | 57 | 62 |
| 6 | 46 | 51 | 48 | 53 | 50 | 55 | 52 | 57 | 54 | 59 | 56 | 61 |
| 5 | 45 | 50 | 47 | 52 | 49 | 54 | 51 | 56 | 53 | 58 | 55 | 60 |
| 4 | 44 | 49 | 46 | 51 | 48 | 53 | 50 | 55 | 52 | 57 | 54 | 59 |
| 3 | 43 | 48 | 45 | 50 | 47 | 52 | 49 | 54 | 51 | 56 | 53 | 58 |

## PHYSICAL FITNESS AGILITY TEST
## SIT-UP SCORING SHEET

| AGE GROUP | 17 – 21 | | 22 - 26 | | 27 – 31 | | 32 – 36 | | 37 – 41 | | 42 - 46 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REPETITION | M | F | M | F | M | F | M | F | M | F | M | F |
| 55 | 100 | | | | | | | | | | | |
| 54 | 99 | | | | | | | | | | | |
| 53 | 98 | | 100 | | | | | | | | | |
| 52 | 97 | | 99 | | | | | | | | | |
| 51 | 96 | | 98 | | 100 | | | | | | | |
| 50 | 95 | 100 | 97 | | 99 | | | | | | | |
| 49 | 94 | 99 | 96 | | 98 | | 100 | | | | | |
| 48 | 93 | 98 | 95 | 100 | 97 | | 99 | | | | | |
| 47 | 92 | 97 | 94 | 99 | 96 | | 98 | | 100 | | | |
| 46 | 91 | 96 | 93 | 98 | 95 | 100 | 97 | | 99 | | | |
| 45 | 90 | 95 | 92 | 97 | 94 | 99 | 96 | | 98 | | 100 | |
| 44 | 89 | 94 | 91 | 96 | 93 | 98 | 95 | 100 | 97 | | 99 | |
| 43 | 88 | 93 | 90 | 95 | 92 | 97 | 94 | 99 | 96 | | 98 | |
| 42 | 87 | 92 | 89 | 94 | 91 | 96 | 93 | 98 | 95 | 100 | 97 | |
| 41 | 86 | 91 | 88 | 93 | 90 | 95 | 92 | 97 | 94 | 99 | 96 | |
| 40 | 85 | 90 | 87 | 92 | 89 | 94 | 91 | 96 | 93 | 98 | 95 | 100 |
| 39 | 84 | 89 | 86 | 91 | 88 | 93 | 90 | 95 | 92 | 97 | 94 | 99 |
| 38 | 83 | 88 | 85 | 90 | 87 | 92 | 89 | 94 | 91 | 96 | 93 | 98 |
| 37 | 82 | 87 | 84 | 89 | 86 | 91 | 88 | 93 | 90 | 95 | 92 | 97 |
| 36 | 81 | 86 | 83 | 88 | 85 | 90 | 87 | 92 | 89 | 94 | 91 | 96 |
| 35 | 80 | 85 | 82 | 87 | 84 | 89 | 86 | 91 | 88 | 93 | 90 | 95 |
| 34 | 79 | 84 | 81 | 86 | 83 | 88 | 85 | 90 | 87 | 92 | 89 | 94 |
| 33 | 78 | 83 | 80 | 85 | 82 | 87 | 84 | 89 | 86 | 91 | 88 | 93 |
| 32 | 77 | 82 | 79 | 84 | 81 | 86 | 83 | 88 | 85 | 90 | 87 | 92 |
| 31 | 76 | 81 | 78 | 83 | 80 | 85 | 82 | 87 | 84 | 89 | 86 | 91 |
| 30 | 75 | 80 | 77 | 82 | 79 | 84 | 81 | 86 | 83 | 88 | 85 | 90 |
| 29 | 74 | 79 | 76 | 81 | 78 | 83 | 80 | 85 | 82 | 87 | 84 | 89 |
| 28 | 73 | 78 | 75 | 80 | 77 | 82 | 79 | 84 | 81 | 86 | 83 | 88 |
| 27 | 72 | 77 | 74 | 79 | 76 | 81 | 78 | 83 | 80 | 85 | 82 | 87 |

| 26 | 71 | 76 | 73 | 78 | 75 | 80 | 77 | 82 | 79 | 84 | 81 | 86 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 25 | 70 | 75 | 72 | 77 | 74 | 79 | 76 | 81 | 78 | 83 | 80 | 85 |
| 24 | 69 | 74 | 71 | 76 | 73 | 78 | 75 | 80 | 77 | 82 | 79 | 84 |
| 23 | 68 | 73 | 70 | 75 | 72 | 77 | 74 | 79 | 76 | 81 | 78 | 83 |
| 22 | 67 | 72 | 69 | 74 | 71 | 76 | 73 | 78 | 75 | 80 | 77 | 82 |
| 21 | 66 | 71 | 68 | 73 | 70 | 75 | 72 | 77 | 74 | 79 | 76 | 81 |
| 20 | 65 | 70 | 67 | 72 | 69 | 74 | 71 | 76 | 73 | 78 | 75 | 80 |
| 19 | 64 | 69 | 66 | 71 | 68 | 73 | 70 | 75 | 72 | 77 | 74 | 79 |
| 18 | 63 | 68 | 65 | 70 | 67 | 72 | 69 | 74 | 71 | 76 | 73 | 78 |
| 17 | 62 | 67 | 64 | 69 | 66 | 71 | 68 | 73 | 70 | 75 | 72 | 77 |
| 16 | 61 | 66 | 63 | 68 | 65 | 70 | 67 | 72 | 69 | 74 | 71 | 76 |
| 15 | 60 | 65 | 62 | 67 | 64 | 69 | 66 | 71 | 68 | 73 | 70 | 75 |
| 14 | 59 | 64 | 61 | 66 | 63 | 68 | 65 | 70 | 67 | 72 | 69 | 74 |
| 13 | 58 | 63 | 60 | 65 | 62 | 67 | 64 | 69 | 66 | 71 | 68 | 73 |
| 12 | 57 | 62 | 59 | 64 | 61 | 66 | 63 | 68 | 65 | 70 | 67 | 72 |
| 11 | 56 | 61 | 58 | 63 | 60 | 65 | 62 | 67 | 64 | 69 | 66 | 71 |
| 10 | 55 | 60 | 57 | 62 | 59 | 64 | 61 | 66 | 63 | 68 | 65 | 70 |
| 9  | 54 | 59 | 56 | 61 | 58 | 63 | 60 | 65 | 62 | 67 | 64 | 69 |
| 8  | 53 | 58 | 55 | 60 | 57 | 62 | 59 | 64 | 61 | 66 | 63 | 68 |
| 7  | 52 | 57 | 54 | 59 | 56 | 61 | 58 | 63 | 60 | 65 | 62 | 67 |
| 6  | 51 | 56 | 53 | 58 | 55 | 60 | 57 | 62 | 59 | 64 | 61 | 66 |
| 5  | 50 | 55 | 52 | 57 | 54 | 59 | 56 | 61 | 58 | 63 | 60 | 65 |
| 4  | 49 | 54 | 51 | 56 | 53 | 58 | 55 | 60 | 57 | 62 | 59 | 64 |
| 3  | 48 | 53 | 50 | 55 | 52 | 57 | 54 | 59 | 56 | 61 | 58 | 63 |

## PHYSICAL FITNESS AGILITY TEST
### ONE (1) MILE RUN

| AGE GROUP | 17 – 21 | | 22 - 26 | | 27 – 31 | | 32 – 36 | | 37 – 41 | | 42 - 46 | |
|-----------|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | M | F | M | F | M | F | M | F | M | F | M | F |
| 06:00 | 100 | | | | | | | | | | | |
| 06:10 | 99  | | | | | | | | | | | |
| 06:20 | 98  | | 100 | | | | | | | | | |
| 06:30 | 97  | | 99  | | | | | | | | | |
| 06:40 | 96  | | 98  | | 100 | | | | | | | |
| 06:50 | 95  | 100 | 97 | | 99 | | | | | | | |
| 07:00 | 94  | 99  | 96 | | 98 | | 100 | | | | | |
| 07:10 | 93  | 98  | 95 | 100 | 97 | | 99 | | | | | |
| 07:20 | 92  | 97  | 94 | 99  | 96 | | 98 | | | | | |
| 07:30 | 91  | 96  | 93 | 98  | 95 | 100 | 97 | | | | | |
| 07:40 | 90  | 95  | 92 | 97  | 94 | 99  | 96 | | 100 | | | |
| 07:50 | 89  | 94  | 91 | 96  | 93 | 98  | 95 | 100 | 99 | | | |
| 08:00 | 88  | 93  | 90 | 95  | 92 | 97  | 94 | 99  | 98 | | | |
| 08:10 | 87  | 92  | 89 | 94  | 91 | 96  | 93 | 98  | 97 | | | |
| 08:20 | 86  | 91  | 88 | 93  | 90 | 95  | 92 | 97  | 96 | | 100 | |
| 08:30 | 85  | 90  | 87 | 92  | 89 | 94  | 91 | 96  | 95 | 100 | 99 | |
| 08:40 | 84  | 89  | 86 | 91  | 88 | 93  | 90 | 95  | 94 | 99  | 98 | |
| 08:50 | 83  | 88  | 85 | 90  | 86 | 91  | 89 | 94  | 93 | 98  | 97 | |
| 09:00 | 82  | 87  | 84 | 89  | 85 | 90  | 88 | 93  | 92 | 97  | 96 | |
| 09:10 | 81  | 86  | 83 | 88  | 84 | 89  | 87 | 92  | 91 | 96  | 95 | 100 |
| 09:20 | 80  | 85  | 82 | 87  | 83 | 88  | 86 | 91  | 90 | 95  | 94 | 99 |
| 09:30 | 79  | 84  | 81 | 86  | 82 | 87  | 85 | 90  | 89 | 94  | 93 | 98 |
| 09:40 | 78  | 83  | 80 | 85  | 82 | 87  | 84 | 89  | 88 | 93  | 92 | 97 |
| 09:50 | 77  | 82  | 79 | 84  | 81 | 86  | 83 | 88  | 87 | 92  | 91 | 96 |
| 10:00 | 76  | 81  | 78 | 83  | 80 | 85  | 82 | 87  | 86 | 91  | 90 | 95 |
| 10:10 | 75  | 80  | 77 | 82  | 79 | 84  | 81 | 86  | 85 | 90  | 89 | 94 |
| 10:20 | 74  | 79  | 76 | 81  | 78 | 83  | 80 | 85  | 84 | 89  | 88 | 93 |
| 10:30 | 73  | 78  | 75 | 80  | 77 | 82  | 79 | 84  | 83 | 88  | 87 | 92 |
| 10:40 | 72  | 77  | 74 | 79  | 76 | 81  | 78 | 83  | 82 | 87  | 86 | 91 |
| 10:50 | 71  | 76  | 73 | 78  | 75 | 80  | 77 | 82  | 81 | 86  | 85 | 90 |
| 11:00 | 70  | 75  | 72 | 77  | 74 | 79  | 76 | 81  | 80 | 85  | 84 | 89 |
| 11:10 | 69  | 74  | 71 | 76  | 73 | 78  | 75 | 80  | 79 | 84  | 83 | 88 |
| 11:20 | 68  | 73  | 70 | 75  | 72 | 77  | 74 | 79  | 78 | 83  | 82 | 87 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:30 | 67 | 72 | 69 | 74 | 71 | 76 | 73 | 78 | 77 | 82 | 81 | 86 |
| 11:40 | 66 | 71 | 68 | 73 | 70 | 75 | 72 | 77 | 76 | 81 | 80 | 85 |
| 11:50 | 65 | 70 | 67 | 72 | 69 | 74 | 71 | 76 | 75 | 80 | 79 | 84 |
| 12:00 | 64 | 69 | 66 | 71 | 68 | 73 | 70 | 75 | 74 | 79 | 78 | 83 |
| 12:10 | 63 | 68 | 65 | 70 | 67 | 72 | 69 | 74 | 73 | 78 | 77 | 82 |
| 12:20 | 62 | 67 | 64 | 69 | 66 | 71 | 68 | 73 | 72 | 77 | 76 | 81 |
| 12:30 | 61 | 66 | 63 | 68 | 65 | 70 | 67 | 72 | 71 | 76 | 75 | 80 |
| 12:40 | 60 | 65 | 62 | 67 | 64 | 69 | 66 | 71 | 70 | 75 | 74 | 79 |
| 12:50 | 59 | 64 | 61 | 66 | 63 | 68 | 65 | 70 | 69 | 74 | 73 | 78 |
| 13:00 | 58 | 63 | 60 | 65 | 62 | 67 | 64 | 69 | 68 | 73 | 72 | 77 |
| 13:10 | 57 | 62 | 59 | 64 | 61 | 66 | 63 | 68 | 67 | 72 | 71 | 76 |
| 13:20 | 56 | 61 | 58 | 63 | 60 | 65 | 62 | 67 | 66 | 71 | 70 | 75 |
| 13:30 | 55 | 60 | 57 | 62 | 59 | 64 | 61 | 66 | 65 | 70 | 69 | 74 |
| 13:40 | 54 | 59 | 56 | 61 | 58 | 63 | 60 | 65 | 64 | 69 | 68 | 73 |
| 13:50 | 53 | 58 | 55 | 60 | 57 | 62 | 59 | 64 | 63 | 68 | 67 | 72 |
| 14:00 | 52 | 57 | 54 | 59 | 56 | 61 | 58 | 63 | 62 | 67 | 66 | 71 |
| 14:10 | 51 | 56 | 53 | 58 | 55 | 60 | 57 | 62 | 61 | 66 | 65 | 70 |
| 14:20 | 50 | 55 | 52 | 57 | 54 | 59 | 56 | 61 | 60 | 65 | 64 | 69 |
| 14:30 | 49 | 54 | 51 | 56 | 53 | 58 | 55 | 60 | 59 | 64 | 63 | 68 |
| 14:40 | 48 | 53 | 50 | 55 | 52 | 57 | 54 | 59 | 58 | 63 | 62 | 67 |
| 14:50 | 47 | 52 | 49 | 54 | 51 | 56 | 53 | 58 | 57 | 62 | 61 | 66 |
| 15:00 | 46 | 51 | 48 | 53 | 50 | 55 | 52 | 57 | 56 | 61 | 60 | 65 |
| 15:10 | 45 | 50 | 47 | 52 | 49 | 54 | 51 | 56 | 55 | 60 | 59 | 64 |
| 15:20 | 44 | 49 | 46 | 51 | 48 | 53 | 50 | 55 | 54 | 59 | 58 | 63 |
| 15:30 | 43 | 48 | 45 | 50 | 47 | 52 | 49 | 54 | 53 | 58 | 57 | 62 |

## PERCENTAGE SCORING SYSTEM
## PHYSICAL FITNESS AGILITY TEST

| Score | Percentage | Points Earned |
|---|---|---|
| 180 --- 183 | 70% | 1 |
| 184 --- 187 | 71% | 1 |
| 188 --- 191 | 72% | 1 |
| 192 --- 195 | 73% | 1 |
| 196 --- 199 | 74% | 1 |
| 200 --- 203 | 75% | 1 |
| 204 --- 207 | 76% | 2 |
| 208 --- 211 | 77% | 2 |
| 212 --- 211 | 78% | 2 |
| 216 --- 219 | 79% | 2 |
| 220 --- 223 | 80% | 2 |
| 224 --- 227 | 81% | 2 |
| 228 --- 231 | 82% | 3 |
| 232 --- 235 | 83% | 3 |
| 236 --- 239 | 84% | 3 |
| 240 --- 244 | 85% | 3 |
| 245 --- 248 | 86% | 3 |
| 249 --- 252 | 87% | 3 |
| 253 --- 256 | 88% | 4 |
| 257 --- 260 | 89% | 4 |
| 261 --- 264 | 90% | 4 |
| 265 --- 267 | 91% | 4 |

8

| | | |
|---|---|---|
| 268 --- 270 | 92% | |
| 271 --- 273 | 93% | |
| 274 --- 276 | 94% | |
| 277 --- 279 | 95% | |
| 280 --- 284 | 96% | |
| 285 --- 288 | 97% | |
| 289 --- 292 | 98% | 5 |
| 293 --- 295 | 99% | |
| 296 --- 300 | 100% | |

The physical agility test scores shall be maintained in a secured file along with the applicant's confidential information. No person shall have access to the information unless a written authorization is obtained from the Commissioner of Corrections. An applicant failing the physical fitness agility test may be dismissed after considering other factors in the process.

3. Phase III: Background Investigation

   a. Background investigation is an essential component to the process and must be given careful consideration prior to employment. They are essential because they are capable of verifying past behavior, confirming applicant's truthfulness, and they are good indicators of future performance. The failure to have an exhaustive background investigation may result in the Department being exposed to legal liability.

   b. The Commissioner of Corrections may require background investigations that include but are not limited to the following:

      1. Criminal and motor vehicle history
      2. Personal information listed on the Application for Employment
      3. Employment records
      4. Military background
      5. Residency
      6. Citizens and/or organizations that have personal knowledge on the applicant

   c. The Commissioner of Corrections may eliminate an applicant at any point during the background investigation if justification is found. The applicant will be notified in writing if he/she is disqualified from the process and employment with the Department of Corrections under any of the following conditions:

      1. The applicant has pleaded guilty or nolo contendere to a felony or serious misdemeanor or has a pending indictment of any felony or serious misdemeanor.

9

  2. The applicant has a record of disgraceful conduct or moral turpitude, or has otherwise established a pattern of conduct that would tend to disrupt, diminish, or otherwise jeopardize public trust in the law enforcement profession.

  3. The applicant does not meet or has falsified any one of the requirements or has made a false statement of material fact established concerning the examination for the position of correction officer, or has otherwise been untruthful at any time during the hiring process.

  4. The applicant omits relevant information or fails to submit a complete, accurate and truthful application for employment or background information questionnaire.

  5. The applicant has used, sold, transported, traded or dispensed drugs illegally, or has sold or traded contraband. The applicant has a history of drugs and/or alcohol abuse.

  6. The applicant has established unsatisfactory employment or personnel record evidence by a reference check of such a nature as to demonstrate unsuitability for employment.

  7. The applicant has used or attempted to use political pressure or bribery to secure an advantage in an examination or other determining factor in securing a position as a correction officer.

  8. The applicant has served in the Armed Forces and was released or discharged under less than honorable conditions.

 d. All information or materials received or developed as a part of the background investigation shall be treated as confidential and shall be secured in the personnel office separate from other personnel file. No person shall have access to the information unless a written authorization is obtained from the Commissioner of Corrections.

4. Phase IV: Polygraph Test

The need for public trust, respect and confidence in the Department of Corrections and the responsibilities entrusted to members preclude the employment of the dishonest, the immature, the lazy, the immoral or the unreliable. To determine a person's stability and suitability for employment, the Department relies upon the background investigation and the polygraph examination. The polygraph shall be used as an investigative aid for pre-employment. All pertinent information received during the polygraph session may be used with other relevant information to support decisions on employment.

All polygraph examination will be conducted by a trained polygraph examiner who has completed formal training in the detection of deception at a school approved by the Commissioner of Corrections. The polygraph examiner will use an instrument that permanently and simultaneously records the examinee's galvanic skin response, respiratory patterns, and cardiovascular patterns. This instrument may also record other pertinent physiological changes relative to determining truthfulness or deception of the examinee.

A written consent of the examinee must be obtained prior to the actual polygraph examination. It should be the responsibility of the polygraph examiner to conduct a pre-test interview with all applicants wherein all issues that the polygraph examination will cover are to be discussed with the examinee. All test questions are to be read to the examinee in a random method prior to the actual polygraph examination

The polygraphs and conclusions shall be maintained in a secured file along with the applicant's background investigation report. No person shall have access to the information unless a written authorization is obtained from the Commissioner of Corrections. An applicant failing the polygraph examination will be ground for dismissal after considering other factors in the hiring process.

In the absence of a certified polygraph examiner, the Commissioner of Corrections will waive the polygraph test of the hiring process.

5. Phase V: Psychological Assessment

   The Psychological Assessment is used to determine whether the applicant is mature, emotionally stable, independent, sociable, and capable of functioning in stressful situations. The psychological examination will attempt to identify and measure personal qualities, which are associated with successful law enforcement careers. The psychological screening, in addition to the other factors of the process will lessen the Department's liability caused by hiring errors.

   The DOC Staff Psychiatrist or other contracted Psychiatrist for this purpose will develop a questionnaire that are objective, non-offensive, non-discriminatory using validated psychological instruments for the purpose of eliciting responses from applicants that will assist in making a determination whether the applicant is fit for law enforcement duties. The following should be considered in developing the questionnaire:

   a. Intelligence
   b. Judgment
   c. Lack of impulsivity
   d. Honesty and integrity
   e. Conflict resolution skills

  f. Absence of bias
  g. Attitudes towards supervision
  h. Team orientation
  i. Appropriate motivations
  j. Ability to deal with tedious or boring tasks
  k. Dependability
  l. Reasonable courage
  m. Controlled substance use
  n. Absence of serious psychological problems
  o. Stress tolerance

The psychologist will conduct a one to one interview with the applicants after reviewing all test data and other relevant available information and will make a "hire/no hire" recommendation. The psychologist will provide justification on its findings based on professional judgment pointing out potential problems the applicants may have and suggestions that can be applied during training should the applicant be considered for employment. The Commissioner of Corrections will make the final determination whether or not the applicant will be considered for employment taking into account the staff psychiatrist's recommendations as well as other relevant information such as test scores. The psychologist report will be secured along with other confidential information and separated from other personnel file. No person shall have access to the information unless a written authorization is obtained from the Commissioner of Corrections.

6. Phase VI: Interview Committee

The interview committee is the last phase of the process. All applicants that will appear before the committee have as much chance for hire as the other applicants. The members of the committee will ask structured questions and score each applicant accordingly. The committee will make recommendations to the Commissioner of Corrections as to who should be considered for the vacant positions. The final decision as to who will be hired rest on the Commissioner of Corrections.

The Committee shall consist of at least three (3) corrections officers. They will develop structured questions relating to the corrections officer's position. The questions and scoring methods will be used in determining how well the applicant did on the interview. In developing questions, the committee should consider, but not limited to the following areas:

  a. Appearance and Personality
  b. Communication Skills
  c. Attitudes Towards Supervision
  d. Team Orientation
  e. Judgment
  f. Honesty and Integrity

g. Absence of Bias
h. Adherence to Rules and Regulations
i. Stress Tolerance

The scoring method should be based on a ten (10) point system per ten (10) structured questions in accordance with the following:

| Remarks | | Possible Points per Question | | Overall Possible Points |
|---|---|---|---|---|
| Unsatisfactory | = | Three (3) points | = | < 90 – 150> |
| Satisfactory | = | Five (5) points | = | <150 – 200> |
| Good | = | Seven (7) points | = | <200 – 250> |
| Excellent | = | Ten (10) points | = | <250 – 300> |

The interview results will be secured along with other confidential information and separated from other personnel file. No person shall have access to the information unless a written authorization is obtained from the Commissioner of Corrections.

7. Overall Test Score

The overall tests score will be determine based on the applicant's educational background, workshops and training attended, job related and/or unrelated experience, physical fitness agility test, English test and interview. The following scoring system shall be followed:

a. Applicants that have a high school or G.E.D. equivalent diploma are required to take and pass one of the four levels of English at NMC.

| Educational Background | Points Earned |
|---|---|
| Master's Degree | 20 |
| Bachelor's Degree | 15 |
| Associate's Degree | 10 |
| English 202: Level Four | 4 |
| English 101: Level Three | 3 |
| English 93/94: Level Two | 2 |
| English 83/84: Level One | 1 |

b. Workshops/Training

| Hours | Related Subjects Points Earned | Unrelated Subjects Points Earned |
|---|---|---|
| 0 – 50 | 5 | 3 |
| 51 – 100 | 10 | 7 |
| 101 – 150 | 15 | 11 |
| 151 – 200 | 20 | 15 |
| 201 and above | 25 | 19 |

13

    c. Experience

| | Job Related Points Earned | Unrelated Points Earned |
|---|---|---|
| 1 month – 1 year | 5 | 3 |
| 1 year – 2 years | 7 | 5 |
| 2 years – 3 years | 11 | 7 |
| 3 years – 4 years | 15 | 9 |
| 4 years and above | 17 | 11 |

    d. Physical Fitness Agility Test

| Score | Points Earned |
|---|---|
| 180 – 204 | 1 |
| 205 – 229 | 2 |
| 230 – 254 | 3 |
| 255 – 279 | 4 |
| 280 – 300 | 5 |

    e. Oral Interview: (Based on 10-point system at 3 Interviewers per question)

| Remarks | | Possible Points per Question | | Overall Possible Points |
|---|---|---|---|---|
| Unsatisfactory | = | Three (3) points | = | < 90 – 150> |
| Satisfactory | = | Five (5) points | = | <150 – 200> |
| Good | = | Seven (7) points | = | <200 – 250> |
| Excellent | = | Ten (10) points | = | <250 – 300> |

8. Drug Testing

The PSSR&R, Part V.C6, Alcohol and Drug Free Workplace Policy, requires all government workplace be alcohol and drug free. In line with this policy, applicants are notified that any offer of employment is contingent upon a negative drug test result. OPM will advise applicants on the procedures in obtaining a drug test. If the applicant's test result is positive for the presence of a tested drug, without a legitimate explanation, the offer of employment will be withdrawn. The drug test report will be secured along with other confidential information and separated from other personnel file. No person shall have access to the information unless a written authorization is obtained from the Commissioner of Corrections.

9. Rehiring of Former s

Former officers who left in good standing may be considered for reemployment. PSSR&R Part III.A23 allows any person who has held a permanent position in the Personnel Service and has been demoted or terminated through reduction-in-force shall be permitted to have his/her name placed on a reemployment priority list. The name of such person shall be placed on the reemployment priority list for the same or related class of position as such person last held under a permanent appointment. Names shall be removed from the reemployment priority list at the separation of three years from the date of separation or demotion or sooner if such

person is reemployed in a position at the same or higher pay level as that such person formerly held in the Personnel Service System.

PSSR&R Part III.B7 states that an employee who has successfully completed a probationary period in the Personnel Service and subsequently left the Personnel Service for any reason shall be granted reemployment eligibility for a period following the separation equal to the employee's total full years of creditable service with the government. This means that the former employee may be reappointed to the former position in the Personnel Service at the same pay level and step that the employee held upon separation. If re-appointed to a higher or lower class, the employee shall be allowed to retain the former rate of pay. The status with respect to reemployment eligibility does not thereby provide the person with any mandatory reemployment rights. This means that the individual may be considered for employment only after persons with higher rating on the reemployment priority list has been considered. If it is in the public interest, such person may be reemployed, provided such person meets the noncompetitive qualifications for the position to be filled.

### C. Promotion

Promotional procedures should be in accordance with the PSSR&R. Staff will be promoted on the basis of merit, after review of all available information relating to past and current positions. The Commissioner of Corrections will select from the list of applicants provided by OPM (if deem appropriate), will establish a committee to conduct an interview whereby the committee will make recommendations to the Commissioner of Corrections as to which applicant will be promoted. The decision to promote rest on the Commissioner of Corrections

The Committee will follow the same procedures detailed above (#6) in developing questions and methods consistent with the position being applied. The scoring method is the same with the new recruit.

### D. Reasonable Accommodation

In the event that the applicant appears to have a disability that could affect his or her ability to perform the essential job functions of a correction officer, the Commissioner of Corrections will meet with the applicant to discuss whether the applicant will be able to pass the training necessary to be certified as a correction officer. If so, whether any reasonable accommodation can be made to accommodate the disabling condition, without causing undue hardship to the Department or actual or potential dangers to others. The Department may consult with other appropriate sources or agencies to determine whether the applicant is acceptable for employment.

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the CNMI Government Property Management Policies and Procedures preside over this policy and procedures.

Prepared By: _____     10/24/07
Ms. Rita P. Iglecias                              Date

Reviewed By: _____     10/24/07
Gregory F. Castro                              Date
Director of Corrections

Approved By: _____     10/24/07
Lino S. Tenorio                                Date
Commissioner of Corrections

16