

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|-----------|-------------|
| Administration and Management | Personnel | Personnel Policy Manual | 1.3.4 | |
| **ACA Standard** | 3-ALDF-1C-01 Personnel Policy Manual; CNMI Personnel Service System Rules & Regulations (PSSR&R) | | | |
| **Consent Decree** | Paragraph 54; Develop Facility Policies and Procedures | | | |

## I.  Purpose

The Personnel Policy Manual is intended to provide employment reference and guidelines to all new and season employees of the Department of Corrections (DOC).

## II.  Policy

It is the policy of DOC to ensure that all new employees are given the opportunities to familiarize themselves with the establishment of the department, its mission and goals, department's rules and regulations, policies and procedures, personnel records, evaluations, and benefits, staff development prospects, processes in employment separation.

## III.  Procedures

It is DOC's intent to employ people who will contribute to the overall growth and success of the department and to have an atmosphere in which all employees derive at the maximum satisfaction from their work.  While new employees are selected with care, selection is done with Equal Opportunity for all, regardless of race, color, religion, age, sex, national of origin, place of origin, marital status, political affiliation, belief, or disability.  All of the employment and job-related policies of the department are governed by our commitment to equal opportunity for everyone.  In a very real sense, your progress within the department depends solely upon your ability, willingness and effort. All employees are given the opportunity to review the personnel manual at the time of employment and are encouraged to ask questions about personnel policies.

### A. Organization Chart (Table of Organization)

The Organization Chart is designed to simplify the flow of authority or command within the Department. DOC is composed of three divisions and the administration. The three divisions are: Division of Corrections, Pre-Trial and Civil Detention.

Any questions relating to the Department should be referred to your immediate supervisor. If your supervisor is unable to answer or address your concerns, you may seek the assistance of the Captains and/or the Deputy Director. If you are not satisfied, you may seek the assistance of the Directors or the Commissioner. The chain of command should be used in addressing any concerns, unless the individual in the chain of command is part of your concern that you are addressing. Officers not following the chain of command may be disciplined!

## B. Recruitment and Promotion, Including Equal Employment Opportunity Provisions

DOC's personnel program is designed to attract the most qualified applicants based on the principles of Equal Employment Opportunity regardless of age, race, color, religion, sex, national origin, place of origin, marital status, political affiliation or belief, or disability, except where such a factor is a bona fide occupational disqualification. (See Policy No. 1.3.1) Every eligible employee has the opportunity to compete for advancement based on the merit system.

## C. Job Descriptions and Qualifications, Including Salary Determinations and Physical Fitness Policy

The Department recruits, selects and promotes its employees on the basis of merit by means of competitive tests, which are fair, objective and practical in accordance with the position descriptions. The position descriptions and minimum qualifications requirements are derived from a uniform job classification system that was developed by the Office of Personnel Management (OPM) and takes into account experience, training, skills and educational backgrounds. Other qualifications may be required in order for the applicant to be eligible for consideration.

1. Corrections Officers Position Description and Qualifications

   Position descriptions range from Corrections Cadet to Corrections Commissioner.

| Position | Pay Level | Salary Range | Education | Experience | Other |
|---|---|---|---|---|---|
| Corrections Cadet | 18 | $502-$858 | HS | 0 | |
| **Position Description:** | | | | | |
| Corrections Officer I | 23 | $640-$1055 | HS | 0 | Completion of Corrections Academy |
| **Position Description:** | | | | | |
| Corrections Officer II | 25 | $681-$1163 | HS | 2 yrs. | 1 yr. as COI |
| **Position Description:** | | | | | |
| Corrections Officer III | 27 | $750-$1283 | HS | 3 yrs. | 2 yrs. as COII |

| Position Description: | | | | | |
|---|---|---|---|---|---|
| Corrections Sergeant | 30 | $868-$1485 | BS | 2 yrs. | 2 yrs. as COIII |
| **Position Description:** | | | | | |
| Corrections Lieutenant | 32 | $957-$1637 | BS | 3 yrs. | 2 yrs. as C. SGT. |
| **Position Description:** | | | | | |
| Corrections Captain | 33 | $1005-$1719 | BS | 4 yrs. | 2 yrs. as C. LT. |
| **Position Description:** | | | | | |
| Deputy Director of Corrections | 33 | $1005-$1719 | BA | 5 yrs. | |
| **Position Description:** | | | | | |
| Director of Corrections | 35 | | BA or BS | | Appointed by the Commissioner |
| **Position of Description:** | | | | | |
| | | | | | |
| **Position Description:** | | | | | |
| Commissioner of Corrections | Ung. | $54,000 | | | Appointed by the Governor |
| **Position Description:** | | | | | |

2.  Civilian Personnel Positions Descriptions and Qualifications

   Civilian personnel positions descriptions and qualifications range from Clerk to Administrative Officer or other positions as needed.  Listed below are positions that are or maybe established upon full operation of the new Adult Corrections Facility.

| Position | Pay Level | Salary Range | Education | Experience | Other |
|---|---|---|---|---|---|
| Clerk I | 8 | $320-$546 | HS/GED | 0 | |
| **Position Description:** | | | | | |
| Admin. Assistant | 20 | $553-$946 | HS | 4 yrs. | |
| **Position Description:** | | | | | |
| Admin. Specialist I | 22 | $610-$1005 | BA | 1 yr. | |
| **Position Description:** | | | | | |
| Account Clerk I | 12 | $388-$640 | HS/GED | 1 yr. | |
| **Position Description:** | | | | | |
| Accountant IV | 30 | $868-$1485 | BA | 4 yrs. | |

| | | | | | |
|---|---|---|---|---|---|
| Accountant IV (Supervisor) | 30 | $868-$1485 | BA | 4 yrs. | |
| **Position Description:** | | | | | |
| Secretary I | 20 | $553-$946 | HS | 4 yrs. | +40 wpm |
| **Position Description:** | | | | | |
| Executive Secretary | 29 | $827-$1414 | AA | 6 yrs. | +70 wpm |
| **Position Description:** | | | | | |
| Records Assistant | 13 | $394-$672 | HS | 1 yr. | |
| **Position Description:** | | | | | |
| Admin. Officer I | 26 | $715-$1221 | BA | 3 yrs. | |
| **Position Description:** | | | | | |
| Admin. Officer II | 28 | $788-$1347 | BA | 4 yrs. | |
| **Position Description:** | | | | | |
| Admin. Officer III | 30 | $868-$1485 | BA | 5 yrs. | |
| **Position Description:** | | | | | |
| Custodial Worker I | 13 | $394-$672 | 8th Grade | 0 | |
| **Position Description:** | | | | | |
| Tradesman | 13 | $394-$672 | HS | 1 yr. | |
| **Position Description:** | | | | | |
| Electrician | 19 | $527-$901 | HS | 3 yrs. | |
| **Position Description:** | | | | | |
| | | | | | |
| **Position Description:** | | | | | |

## D. Benefits, Holidays, Leave, and Work Hours

Employees are informed of benefits, holidays, leaves and work hours upon entering the government workforce. The Office of Personnel Management (OPM) conducts orientations to new employees and further guidelines are available within the department throughout an employee's employment.

1. Benefits

Employees are entitled to the following benefits as explained in the PSSR&R Part VII.B:

- Worker's Compensation Coverage
- Group Life Insurance

- Group Health Insurance
- Retirement Program

2.  Holidays

All government employees shall receive leave with pay on each legal holiday:

| | |
|---|---|
| New Year's Day | January 1 |
| Commonwealth Day | January 9 |
| President's Day | Third Monday in February |
| Covenant Day | March 24 |
| Good Friday | April - As Designated in the Annual Calendar |
| Memorial Day | Last Monday in May |
| Independence Day | July 4 |
| Labor Day | First Monday in September |
| Columbus | October 9 |
| Citizenship Day | November 3 |
| Veteran's Day | November 10  11 |
| Thanksgiving Day | Fourth Thursday in November |
| Constitution Day | December 8 |
| Christmas Day | December 25 |

All DOC employees shall receive leave with pay on each legal holiday. An employee required to work on a legal holiday shall be compensated at the base salary rate or the adjusted base salary rate for the hours actually worked, and shall also be paid for the holiday leave with pay as stated in the PSSR&R Part IV.B19.

3.  Leaves

Leaves of absence from work are for mutual benefits of the employees and the department. When leaves of absence are granted, they are considered to be for legitimate reasons not detrimental to the department or the CNMI government. Leaves of absence are either with pay or without pay as follows:

a.  **Annual Leaves:** Employees are entitled to annual leaves, or vacation, based on their length of service. Newly appointed employees shall undergo a waiting period of ninety (90) calendar days before being credited with annual leaves. Annual leaves are earned and not advanced according to the following schedule:

| Creditable Service | Annual Leaves Hours Earned |
|---|---|
| Less than 3 years | 4 hours per pay period |
| With 3 years but less than 6 years | 6 hours pay period |
| With 6 years or more | 8 hours pay period |

Annual leave requests must be made in advance to allow supervisors time to adjust scheduling of manpower.

b. **Sick Leaves:** The purpose of sick leave is to protect the employee from loss of pay due to illness or injury or quarantine. Use of sick leave is appropriate only for medical, dental, optometric or mental health counseling or treatment, which the employee personally must undergo. The employee may be required to furnish a medical certification as to the incapacity from the attending physician. Employees will earn sick leave at the rate of four (4) hours for each biweekly pay period in which they are in pay status for the entire ten (10) days.

c. **Compassionate Leave.** Employees on permanent status may be granted compassionate leave with pay of no more than five (5) consecutive works days in cases of death in the immediate family of the employee. Immediate family is defined as an employee's father, mother, brother, sister, spouse, immediate offspring (natural and culturally or legally adopted), grandfather, grandmother, grandchild, mother-in-law, or father-in-law. Compassionate leave must be taken within eighteen (18) days after the death of the immediate family member.

d. **Administrative Leave.** The Governor, appointing authority or their designees have the responsibility for approving administrative leave requests. There are four (4) general classes into which administrative leaves fall:

(1) Administrative leave is absence authorized under emergency conditions beyond the control of management, e.g., typhoons, or for participation in civic activities of interest to the government, or employment-connected examinations, or as the Governor may determine.

(2) Extended absence required for medical appointments and care following job-related injuries may be authorized.

(3) Managers may place an employee in non-working status with pay for up to three (3) work days pending preparation of a notice of proposed suspension for up to thirty (30) calendar days.

(4) Employees serving on government boards and commissions provided such an employee does not receive compensation from the boards and commissions.

e. **Court Leave.** Court leaves, at the employees option, is granted for such period the jury may be impaneled. Employees who are called upon to jury duty shall present their Juror Summons to their immediate supervisor.

f.  **Maternity Leave.**   A pregnant employee may continue to work, providing she can perform her regular duties, or until her physician certifies she is temporarily disabled and can no longer perform her duties. If the physician certifies the employee cannot perform the full range of her duties, the employee may request a light duty assignment. Light duty assignments are based solely on the needs of the institution and if no light duty exists, the request may be denied. In the interest of safety, the appointing authority may request additional medical documentation.   If her physician certifies the pregnant employee can no longer perform her duties, the employee may request sick leave. If qualified, the employee may apply for donated leave or absence under the Family Medical Leave Act.

g.  **Paternity Leave.**  Paternity leave shall be granted to a male employee on permanent status who is absent from work because of his wife's confinement for childbirth.   Such paternity leave shall not exceed two (2) work days encompassing the date of childbirth.  The appointing authority shall have the responsibility for approving paternity leave requests

h.  **Military Leave.**  Military leaves of absence with pay, not to exceed fifteen (15) work days in any calendar year, regardless of the number of training periods in the year, may be granted by the Personnel Officer to employees who are members of the United States Armed Forces, when directed under orders issued by proper military authority.

i.  **Court Leave.**

j.  **Family and Medical Leave Act of 1993 (FMLA).**  The FMLA  entitles employees who have worked for the government at least one year and who worked at least 1,250 hours over the previous 12 months to take up to 12 weeks of LWOP for any of the following reasons:

   - To care for the employee's child after birth or placement for adoption or foster care;
   - To care for the employee's spouse, son or daughter, or parent who has a serious health condition; or
   - For a serious health condition that makes the employee unable to perform the employee's job.

k.  **Training and Education Leave.**  Employees on permanent status who wish to pursue their education on a full-time basis, without financial assistance by the government, may be granted leaves of absence without pay for a period not to exceed one (1) year.  Employees shall have the right to return to their positions upon satisfactory conclusion of their education or training.  The Personnel Officer is responsible for approving or disapproving this type of requests upon recommendation of the appointing authority.

I.   **Tardiness.** At the end of each pay period, tardiness shall be charged to Leave Without Pay (LWOP). The timekeeper shall determine the total number of minutes the employee has been late during the pay period, and charge LWOP to the hour amount nearest the total minutes tardy.

The leaves of absences are further described under the Personnel Service System Rules & Regulations (PSSR&R) Part VII.A4.

4.   Work Hours

The regular workweek consists of at least forty (40) hours within a seven (7) day period. This is generally established as five (5) working days, eight (8) hours per day. However, the nature of our department's business often makes it impossible to operate on a completely regular schedule. Consequently, you may be required as part of your job to have different starting times or different total working hours from week to week or day to day. All Corrections officers on shift schedule may be required to complete 86 hours on a 14 day period, 12 hours per scheduled work day. Overtime is permitted only as justified and authorized by your supervisor.

Employees are required to record accurately the time that they start work and the time they end their work. In order to accomplish this, the Department has established the use of time cards and time clocks for employees to record their time worked. You will be required to record your working time every day by the use of a time clock and the timecard issued to you.

**No** employee may record the time worked of another. Any employee violating this rule will be subject to disciplinary actions that may lead to discharge. An employee is expected to be ready for work before recording his or her start time.

For purposes of computing pay, the period begins on Sunday at 12:01 AM and continues through Saturday at 12:00 Midnight. You will be paid by check every two weeks on the second Friday following the close of the pay period. If a payday falls on a holiday, employees will be given their check the day before the payday.

Your paycheck is your personal business. If you have questions in regard to your pay, please speak with your immediate supervisor. With each regular paycheck will be your personal "statement of earnings and deductions." This information indicates all deductions for the particular pay period such as Federal Income Tax, other required taxes, retirement contributions and voluntary deductions.

8

### E. Personnel Records and Employee Evaluation

1. Personnel Records

Current, accurate personnel records are maintained on all Department of Corrections employees. Personnel files will contain only such information as is needed to conduct departmental operations. Employee personnel file information will be properly safeguarded for confidentiality and stored in filing cabinets accessible only to authorized personnel. The official Employee Record is maintained in the Department's Administrative Services Section, Personnel Unit.

Your personnel record will consist of pre-employment data, your letter of employment and all subsequent information relevant to your employment. This information includes changes in job positions, wages, education, training, and evaluation reports. It is essential that you notify the Personnel Unit about any change in your name, address, telephone number, marital status, additional education or other accomplishments, in order to keep your record up to date. Upon request, employees may inspect the contents of their personnel file, except for pre-employment data. If you wish to make such an inspection, request it in writing to your supervisor.

2. Employee Evaluation

Employee performance evaluation is essential to improve employee effectiveness, strengthen the employee-supervisory relationship, and provide management with an objective basis for relating employee work performance to a wide variety of pertinent personnel management activities.

Annually, commencing at the employee's employment date, based upon the preceding twelve (12) months performance rating report and other pertinent factors, an annual written rating of performance shall be administered on the employee by the supervisor, and concurred by the Department Head, on CSC-P07 forms prescribed by the Office of Personnel Management.

Supervisors are responsible to assure that position descriptions accurately reflect the duties and responsibilities assigned to an employee. They determine jointly with each employee the performance standards to be met and keep each employee advised of strengths, weaknesses, and opportunities for improvement. Supervisors conduct the annual employee performance reviews and ratings, and initiate appropriate personnel actions in cases of continuing unsatisfactory performance.

Employees are rated on five elements and are given either an "Unsatisfactory", "Satisfactory", or "Exceptional" ratings:

9

a. Volume of Work:  The degree to which quantity of work is performed and measured.
b. Quality of work:  The degree to which quality of work is performed and measured.
c. Work Habits:  The degree to which a certain behavior is demonstrated and measured.
d. Work Attitudes: The degree to which certain opinion, perception, etc., is expressed and measured.
e. Supervisory Abilities:  The degree to which certain skill, talent, etc., is performed and measured.

An employee with a minimum of four (4) exceptional ratings may additionally be granted a merit increase not to exceed one (1) step increase in the base salary upon completion of 52 consecutive calendar weeks of sustained superior work performance.   Within-grade increases may be granted to employees upon completion of 52 consecutive calendar weeks of satisfactory performance.

## F.  Staff Development (Including In-Service Training)

It is the policy of the Department of Corrections to establish and maintain high standards of training for all staff, guided by the standards of the American Correctional Association and other recognized related professional associations. Training provided to the Department of Corrections staff includes typical classroom instruction as well as other recognized educational techniques.  Training of staff will be assigned according to needs.  Training objectives will be established, including written, specific goals expected for the successful completion of the training.  All training programs will include established requirements for completion, attendance recording, and a system for the recognition of successful completion. All employees will receive training consistent with the needs of their respective job classification and fitting to their work.  It shall be detailed enough to enable all personnel who supervise inmates and detainees to be thoroughly familiar with the rules of conduct, the rationale for the rules, and the sanctions available. (See Policy No. 1.4.1 on General Training Standards and Methods)

An employee occupying a permanent position who completes 120 hours of training workshops that are supervised, sponsored, and /or sanctioned by the Director of the Office of Personnel Management may be given a salary increase equivalent to one step.

## G.  Retirement, Resignation, and Termination

1.  Retirement

An employee may be separated from employment for the purpose of voluntary retirement, provided the employee meets the eligibility standards for age and

service covered under the Northern Mariana Islands Retirement Program.

2. **Resignation**

Resignations shall be in writing and shall be submitted at least fourteen (14) calendar days in advance of the effective date.

The Administrative Officer shall submit a copy of the written resignation and the Notification of Personnel Action to officially document resignation to the Office of Personnel Management for consummation of the action.

Personnel actions will not be processed until an exit interview has been conducted. The exit interview will be conducted by the Office of Personnel Management for employees upon notice of resignation or retirement.

3. **Termination**

There are two types of terminations that separate an employee from government services.

a. Separations Not Involving Personal Cause

Termination for medical reasons is when an employee contracts an infectious or contagious disease which endangers the health of others, or becomes mentally incapacitated, or is otherwise permanently physically disabled for the satisfactory performance of duties of the position to which assigned. No suitable reassignment can be made within the department or location to which the employee is assigned and medical examination procedures have been complied with. Employees terminated under medical reasons may be eligible for disability retirement.

b. Separations Involving Personal Cause

An employee may be terminated from employment for job abandonment provided all adverse action procedures are followed. An employee absent without leave (AWOL), without valid reason, for a combined total of ten (10) working days in any twelve (12) month period is considered abandonment of job.

An appointing authority may take removal action against an employee for just cause provided all adverse action procedures are followed. (See Policy No. 1.3.3 on Standards of Conduct)

11

Separation during probation is when it becomes evident that the employee lacks the ability, attitude or desire to become an efficient and productive employee in the position to which appointed, or there is lack of funds or work to be done. The employee shall be separated from government service.

## H. Employee-Management Relations (Including Disciplinary Procedures and Grievance and Appeals Procedures)

Policy No. 1.3.3, Standards of Conduct, clearly defines the department's role in employee-management relations. It is the policy of the Department of Corrections to utilize the disciplinary process in an effort to correct and improve employee conduct and performance in a fair, equitable, and just manner. Consistent with the concept of progressive discipline, the Department uses the least punitive corrective action necessary to promote compliance with department policy. It is the Department's policy to utilize a positive disciplinary system that includes procedures for counseling employees when corrective measures are necessary, providing reward and recognition when appropriate and for taking progressive disciplinary action when required. This policy and procedures are intended to serve as a deterrent against unacceptable and counterproductive behaviors, and to encourage employees to exert their efforts towards efficiency and productivity in their work. This policy adopts and supplements the American Correctional Association Code of Ethics. The Department of Corrections also recognizes that applicable CNMI/Federal laws and provisions of the Personnel Service System Rules and Regulations preside over this policy and procedures.

Consistent with the principles of good management, every effort will be made to settle grievances disciplinary processes at the lowest possible level of supervision. However, employees and appointing authorities are given rights to settle misunderstandings or infractions through either the Personnel Service System or the Civil Service Commission. Employees of the department are entitled to grievance and appeal procedures as covered in the PSSR&R. The Personnel Service Grievance System covers all matters of concern or dissatisfaction to an eligible employee unless excepted by PSSR&R Part III.G4.

Employee appeals are covered under PSSR&R Part III.F which establishes the Personnel Service Appeals System. Any employee may appeal, personally and/or in writing, a decision to take adverse action. In any appeal, the appealing employee and the appointing authority have certain rights which shall not be denied. The appeal must give reasons for contesting the adverse action, together with any proof and pertinent documents the employee desires to submit. Appeals are addressed to the Civil Service Commission.

**I.  Statutes Relating to Political Activities**

PSSR&R Part V.D3 clearly prohibits employees from engaging in political activities during working hours and on government premises.  Therefore, any employee found guilty of this prohibited activity shall be subject to disciplinary action.

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the CNMI Government Property Management Policies and Procedures preside over this policy and procedures.

Prepared By: _____        10-26-07
     John M. Ayuyu             Date
     Deputy Director of Corrections

Reviewed By: _____        10/2a/0a
     Gregory F. Castro           Date
     Director of Corrections

Approved By: _____        1/31/07
     Lino S. Tenorio           Date
     Commissioner of Corrections