

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061  Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | Personnel | Oath of Office/Code of Ethics | 1.3.5 | |
| **ACA Standard** | 3-ALDF-1C-23 Code of Ethics; CNMI Constitution Article 17 Section 1 Oath of Office | | | |
| **Consent Decree** | Paragraph 54, develop facility policies and procedures | | | |

I.  **PURPOSE**

To establish procedures for departmental employees in taking the Oath of Office and to promote professionalism and adherence to ethical principles of law enforcement among its members by adopting and abiding with the Department's Code of Ethics.

II. **POLICY**

In order to protect the integrity of the Department, it is the policy of the Department of Corrections that all employees shall take and subscribe to the Oath of Office and Code of Ethics.

III. **PROCEDURAL GUIDELINES**

A. **Administering the Oath**

Pursuant to Article XVII, Section 1: Oath of Office. All members of the legislature and officers and employees of the Commonwealth and its political subdivisions taking office shall take and subscribe to the following oath or affirmation:

I do solemnly affirm (or swear) that I will support and defend the Constitution and laws of the Commonwealth of the Northern Mariana Islands, the Covenant To Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America, the applicable provisions of the Constitution, laws and treaties of the United States of America, and that I will faithfully discharge my duties as a Corrections Officer to the best of my ability (so help me God).

1. DOC Personnel Section will make arrangements with a judge at the Superior Court to administer the Oath of Office to all nearly hired DOC employees.

2. Corrections officers will take the Oath of Office upon graduation from the corrections academy or upon the discretion of the Commissioner of Corrections.

3. In taking the Oath of Office, the employee will recite the Oath of Office in front of a judge administering the oath.

4. After reciting the oath, the employee and the judge will sign the Oath of Office certificate.

5. A copy of the signed and dated oath will be filed in the personnel file of the newly sworn employee. The newly sworn employee will receive a copy of the signed oath.

6. Corrections Officers who did not take the Oath of Office will not be assigned to regular corrections officer's duties and responsibilities nor be issued non-lethal and/or lethal weapons.

### B. Code of Ethics

Employees of the Department of Corrections are encouraged to be reasonable in their actions and refrain from conduct that threatens the reputation and good order of the Department or that interferes with the Department's ability to carry out its mission. Department employees must be thoroughly familiar with the Code of Ethics and departmental policies and procedures and must be strictly enforced. The American Correctional Association Code of Ethics is hereby adopted as the Code of Ethics for the Department of Corrections.

Preamble: The Department of Corrections expects of its members unfailing honesty, respect for the dignity and individuality of human beings and a commitment to professional and compassionate service. To this end, we subscribe to the following principles:

Members shall respect and protect the civil and legal rights of all individuals.

Members shall treat every professional situation with concern for the welfare of the individuals involved and with no intent to personal gain.

Members shall maintain relationships with colleagues to promote mutual respect within the profession and improve the quality of service.

Members shall make public criticism of their colleagues of their agencies only when warranted, verifiable and constructive.

Members shall respect the importance of all disciplines within the criminal justice system and work to improve cooperation with each segment.

Members shall honor the public's right to information and share information with the public to the extent permitted by law subject to individual's right to privacy.

Members shall respect and protect the right of the public to be safeguarded from criminal activity.

Members shall refrain from using their positions to secure personal privileges or advantages.

Members shall refrain from allowing personal interest to impair objectivity in the performance of duty while acting in an official capacity.

Members shall refrain from entering into any formal or informal activity or agreement, which presents a conflict of interest or is inconsistent with the conscientious performance of duties.

Members shall refrain from accepting any gifts, service, or favor that is or appears to be improper or implies an obligation inconsistent with the free and objective exercise of professional duties.

Members shall clearly differentiate between personal views/statements and views/statements/positions made on behalf of the agency or Association.

Members shall report to appropriate authorities any corrupt or unethical behaviors in which there are sufficient evidence to justify review.

Members shall refrain from discriminating against any individual because of race, gender, creed, national origin, religious affiliation, age, disability, or any other type of prohibited discrimination.

Members shall preserve the integrity of private information; they shall refrain from seeking information on individuals beyond that which is necessary to implement responsibilities and perform their duties; members shall refrain from revealing nonpublic information unless expressly authorized to do so.

Members shall make all appointments, promotions, and dismissals in accordance with established civil service rules, applicable contract agreements, and individual merit, rather than furtherance of personal interests.

Members shall respect, promote, and contribute to a work place that is safe, healthy, and free of harassment in any form.

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the CNMI Government Property Management Policies and Procedures preside over this policy and procedures.

Prepared By: _____    10-25-07
                   John M. Ayuyu        Date
                   Deputy Director of Corrections

Reviewed By: _____    10/25/07
                   Gregory F. Castro        Date
                   Director of Corrections

Approved By: _____    10/26/07
                   Lino S. Tenorio        Date
                   Commissioner of Corrections