


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | Personnel | Employees Hand Book | 1.3.6 | |
| **ACA Standard** | 3-ALDF-1C-01 Personnel Policy Manual; CNMI Personnel Service System Rules & Regulations (PSSR&R) | | | |
| **Consent Decree** | Paragraph 54; Develop Facility Policies and Procedures | | | |

## THE DEPARTMENT OF CORRECTIONS MISSION STATEMENT

To improve public safety by housing detainees and/ or inmates in a safe, secure and humane environment that meets constitutional standards for confinement, and to provide inmates with opportunities to participate in rehabilitative programs so as to assist them in becoming law-abiding citizens.

## THE DEPARTMENT'S VISION

The Department of Corrections (DOC), with the goal of ensuring public safety, will offer inmates opportunities to prepare to return to society as law-abiding citizens through programs and services that focus on positive change. The Department will provide its staff opportunities for professional development to successfully achieve its mission and goals, and to serve as role models for inmates by conveying societal values.

We must nurture public trust and confidence by holding ourselves to the highest standards of performance and ethics. We are dedicated to providing a quality work environment and the development of Department personnel through effective training and leadership.

## American Correctional Association Code of Ethics

Preamble: The American Correctional Association expects of its members unfailing honesty, respect for the dignity and individuality of human beings and a commitment to professional and compassionate service. To this end, we subscribe to the following principles:

Members shall respect and protect the civil and legal rights of all individuals.

Members shall treat every professional situation with concern for the welfare of the individuals

1

involved and with no intent to personal gain.

Members shall maintain relationships with colleagues to promote mutual respect within the profession and improve the quality of service.

Members shall make public criticism of their colleagues of their agencies only when warranted, verifiable and constructive.

Members shall respect the importance of all disciplines within the criminal justice system and work to improve cooperation with each segment.

Members shall honor the public's right to information and share information with the public to the extent permitted by law subject to individual's right to privacy.

Members shall respect and protect the right of the public to be safeguarded from criminal activity.

Members shall refrain from using their positions to secure personal privileges or advantages.

Members shall refrain from allowing personal interest to impair objectivity in the performance of duty while acting in an official capacity.

Members shall refrain from entering into any formal or informal activity or agreement, which presents a conflict of interest or is inconsistent with the conscientious performance of duties.

Members shall refrain from accepting any gifts, service, or favor that is or appears to be improper or implies an obligation inconsistent with the free and objective exercise of professional duties.

Members shall clearly differentiate between personal views/statements and views/statements/positions made on behalf of the agency or Association.

Members shall report to appropriate authorities any corrupt or unethical behaviors in which there are sufficient evidence to justify review.

Members shall refrain from discriminating against any individual because of race, gender, creed, national origin, religious affiliation, age, disability, or any other type of prohibited discrimination.

Members shall preserve the integrity of private information; they shall refrain from seeking information on individuals beyond that which is necessary to implement responsibilities and perform their duties; members shall refrain from revealing nonpublic information unless expressly authorized to do so.

Members shall make all appointments, promotions, and dismissals in accordance with established civil service rules, applicable contract agreements, and individual merit, rather than furtherance of personal interests.

Members shall respect, promote, and contribute to a work place that is safe, healthy, and free of harassment in any form.

The American Correctional Association Code of Ethics is hereby adopted as the Code of Ethics for the Department of Corrections.

*[signature]*
Lino S. Tenorio
Commissioner of Corrections

# PREFACE

## THE DEPARTMENT'S AUTHORITY AND PURPOSE

The CNMI Constitution under Section 15: Executive Branch Departments, states in part "The functions and duties of the principal departments and of other agencies of the Commonwealth shall be provided by law."

On August 20, 2004, Governor Juan N. Babauta signed into law House Bill 14-152 and became Public Law 14-25, an act creating a new Department of Corrections within the Executive Branch of the Commonwealth Government; to transfer responsibility for correctional and detention functions from the Department of Public Safety's Division of Corrections and the Department of Labor and Immigration's Office of Detention to the new department; to provide for the orderly transfer of records, personnel, and property to the new department and for other purposes.

On May 28, 2004, with the approval of the Governor, Saipan Local Law 14-7 named the new prison/jail facility building as the "Vicente Taman Seman" building.

The Department of Corrections is headed by the Commissioner of Corrections. Under the Commissioner is the Director of Corrections and Deputy Director of Corrections.

Throughout your employment, you will meet with the Directors, Deputy Director, Captain of Operations, other captains, lieutenants, sergeants and the rest of the officers and staff.

## EMPLOYEES HANDBOOK

### INTRODUCTION

The Employees Handbook is intended to inform you about your new job and about the Department of Corrections. We are proud of our department and the many employees who have contributed to our excellent public service reputation. We hope that you will share in our pride to be an active and positive participant in our operation. Each employee adds value to the department through positive contribution, short of this compromises our professionalism and must be addressed, so as to not destroy our image of professionalism.

It is this department's intent to employ people who will contribute to the overall growth and success of the department and to have an atmosphere in which all employees derive at the maximum satisfaction from their work. While new employees are selected with care, selection is done with Equal Opportunity for all, regardless of race, color, religion, age, sex, national of origin, place of origin, marital status, political affiliation, belief, or disability. All of the employment and job-related policies of the department are governed by our commitment to equal opportunity for all. In a very real sense, your progress within the department depends solely upon your ability, willingness and attitude.

DOC adheres to the CNMI Government's Alcohol and Drug Free Workplace Policy to ensure safety in the workplace and in the community.

All new employees must demonstrate the capacity for 26 consecutive weeks of satisfactory performance before being eligible to be converted to a permanent status. This period enables the Department to evaluate the new employee's performance and ability. After this probationary period has been successfully completed, the employee may be considered a regular employee and entitled to the benefits described later in this manual.

DOC you to enjoy your work and to fully realize your potential. Shortly after your employment, you will meet with your immediate supervisor who will explain your specific job duties and responsibilities and review the operating policies of the Department.

DOC encourages you to ask questions and consult with your supervisor whenever you wish information about the conditions of your employment. Unless your supervisor knows what may concern you, he or she cannot help. From time to time, you may have a problem, which you do not wish to speak to your supervisor. In these cases, you are invited to talk directly to any other management person you feel may be of help, provided you gain approval through the chain of command..

**ABOUT YOUR JOB**

The following are descriptions of the various benefits available to you as an employee, as well as, the procedures that govern your employment.

**EMPLOYEE RESPONSIBILITY**

As an employee of the CNMI government, you are expected to maintian the highest standards of honesty, integrity, impartiality and conduct to assure the proper performance of government business and maintain the confidence of citizens in their government.

As an employees of the government you are expected to comply with all laws and regulations. Legal requirements are essentially concerned with official conduct, i.e., behavior of the employee in the course of or in relation to official duties. Employees are required to conduct themselves in such a manner that the work of the government is effectively accomplished and to observe the requirements of courtesy, consideration and promptness in dealing with or serving the public or its clientele. Personal and private conduct of an employee (as opposed to official conduct) that reflects adversely upon the dignity and prestige of the Department is also a matter of concern to management. All employees are expected to cultivate those personal qualities which characterize a good civil servant--loyalty to our department and government, a deep sense of responsibility for the public trust and a standard of personal deportment which will be a credit to you the individual.

**EMPLOYMENT CLASSIFICATIONS**

The Personnel Service System Rules and Regulations (PSSR&R) has established the following employment classifications in order that it may relate to you.

*Probationary Employee.* Employees newly hired or rehired shall be considered probationary until they have successfully completed six (6) and not more than twelve (12) months from the beginning of the probationary appointment and shall demonstrate the capacity for 26 consecutive weeks of satisfactory performance before being eligible to be converted to a permanent status.

During the probationary period, an employee may be discharged without prior notice if his or her performance is not satisfactory. His or her performance shall be documented in a written evaluation. During the probationary period, employees will not be eligible for the benefits and privileges given to regular employees.

*Limited-Term Appointment (Employee).* A Limited Term appointment is one in which the appointee is appointed for a period of not more than one (1) year. An employee serving a limited-term may serve in either a full-time or part-time position. Any person given a limited-term appointment must meet the minimum qualifications for the class of position to which appointed. Limited-Term Appointments may be converted to Permanent Appointments at the end of one year, if the position has been found to be permanent, provided that the employee has demonstrated the capacity for 52 consecutive weeks of satisfactory performance.

*Temporary Appointment.* A temporary appointment is utilized when it is anticipated that an employee will temporarily occupy a position for a period in excess of three (3) months. An employee can be temporarily promoted only if the employee meets the qualification standards of the new position. (See PSSR&R Part IV.B6)

*Acting Appointment.* An "Acting" appointment is the official written designation that an employee will act for a period of up to thirty (30) days in place of a supervisor. When the supervisor's absence exceeds the initial thirty (30) days period, a new designation shall be made for an additional thirty (30) days. The thirty (30) day renewal of an "acting" assignment may be repeated until the supervisor returns to the position.

Whenever the "acting" assignment exceeds ninety (90) days, the employee shall be temporarily promoted/appointed to the position if the employee meets the qualification standards of the position. (See PSSR&R Part IV.B7)

*Full-Time Employee.* A regular full-time employee is one who has satisfactorily completed the probationary period and works at least forty (40) hours per week, on a regularly scheduled basis.

*Employee.* Employee includes persons holding sworn or non-sworn (civilian) positions within the Department of Corrections (DOC).

*Sworn Personnel.* Sworn personnel are employees of the department who have taken the Oath of

Office as a Correctional Officer and/or peace officer.

*Non-Sworn Personnel.* Non-sworn personnel are civilian employees of the department who are not correctional officers.

*Standard of Conduct.* Employees of the department shall conduct their private and professional lives in such a manner as to avoid bringing the department into disrepute. Employees shall abide with the DOC Standard of Conduct and all DOC policies and procedures.

*Loyalty.* Loyalty to the department and employees of the department is an important factor in departmental morale and efficiency. All employees shall maintain loyalty to the department and their associates as is consistent with the law and personal ethics.

*Cooperation.* Cooperation between the ranks and units of the department is essential. Therefore, all employees are strictly charged with establishing and maintaining a high spirit of cooperation within the department.

**EMPLOYMENT RECORD**

The official Employee Record is maintained in the Department's Administrative Services Section, Personnel Unit.

Your personnel record will consist of pre-employment data, your letter of employment and all subsequent information relevant to your employment. This information includes changes in job positions, wages, education, training, and evaluation reports. It is essential that you notify the Personnel Unit about any change in your name, address, telephone number, marital status, additional education or other accomplishments, in order to keep your record up to date. Upon request, employees may inspect the contents of their personnel file, except for pre-employment data. If you wish to make such an inspection, request it in writing to the Commissioner of Corrections.

**PROMOTIONS**

The Department of Corrections has a long-standing policy of promotion from within. Jobs are filled by promotion from a lower position within the immediate section or unit involved, if a qualified employee is available. Qualification for promotion includes:

1. Ability to meet the mental and physical demands of the job;
2. Promptness and regularity in reporting to work;
3. Cooperation with supervisors and other employees; and
4. Aptitude and willingness to provide good service to the department and public.

If you are interested in a particular position, notify your supervisor. He or she will assist you in completing the necessary application. Appropriate instructions, as well as, qualifications for each position will be furnished upon request from the Personnel Unit.

## CHAIN OF COMMAND

The Department's Organizational Chart illustrates the chain of command, an approved copy will be provided to all staff. Any questions relating to the Department should be referred to your supervisor. If your supervisor is unable to answer or address your concerns, you may seek the assistance of the captains and/or the Deputy Director. If not satisfied, you may seek the assistance of the Director or the Commissioner of Corrections. The chain of command should be used in addressing any concerns, unless the individual in the chain of command is part of your concern. Officers not following the chain of command may be disciplined!

## ABSENTEEISM AND TARDINESS

When you are absent or late, you create a hardship to your fellow employees who are responsible for work in process and cost the Department additional wages and other expenses. Repeated incidences of unexcused absences or tardiness will result in loss of pay and possible disciplinary action, which may ultimately lead to the termination of your employment. To ensure you will report to work as scheduled, a copy of the Shift Schedule will be provided and available on the DOC server for your reference. Absenteeism and tardiness will reflect negatively on your annual evaluation, promotion and other considerations.

Department personnel shall report for duty in accordance with their assigned schedule and shall not be absent from duty without authorization. Personnel who are unable to report to work at the required time due to unforeseen and unexpected circumstances (not to include sick leave) shall notify their supervisor as soon as possible. Repeated tardiness due to unforeseen and unexpected circumstances may be viewed as a pattern and would result in disciplinary action.

## ABANDONMENT OF POSITION

Absence from work for a combined total of 10 working days in any 12-month period may be considered abandonment of job. Absence from work without proper notification or satisfactory excuse given to your immediate supervisor will also be construed to be an abandonment of your employment and a may lead to your removal.

## RESIGNATION

Resignations shall be in writing and shall be submitted at least fourteen calendar days in advance of the effective date. The Personnel Officer may designate management and highly skilled technical classes for which this period may be extended to thirty days.

The Commissioner of Corrections shall submit a copy of the written resignation and the necessary terminating documents to the Personnel Office for consummation of the action. Withdrawal of a resignation may be permitted provided:

(I) The employee's wishes are made known, in writing, prior to the effective date; and

(II) The appointing authority agrees to the proposed withdrawal.

Exit Interview. An exit interview shall be scheduled and conducted during working hours by the Personnel Officer or his designee for employees upon notice of resignation or retirement. Such interview shall include questions on the reasons for separation and counseling on benefits. The Personnel Officer or his designee shall not process exit documents until the interview is completed. If circumstances make such interview impractical, an employee may ask the Personnel Officer to waive this requirement.

An employee who voluntarily leaves the employment, the employee is entitled to the payment of unused annual leave in a lump sum. Public Law 15-57 requires that excess annual leave of 360 hours will be converted to sick leave. Lump sum payment on annual leave is prohibited beyond 360 hours. Employee is expected to furnish notice of ten (10) working days. However, lump-sum leave payment shall not be processed for an employee who has not completed the Exit Interview requirement by the Office of Personnel Management.

## RESPONSIBILITY AND OBLIGATIONS

No employee will be discharged or disciplined except for just cause. Except in extreme cases warranting immediate discharge, employees will be given corrective discipline. It is our intention with this policy to avoid misunderstanding and to give fair and reasonable notice to our employees of their responsibilities and obligations and an opportunity to correct deficiencies. Occasionally, infractions of department rules may require an immediate disciplinary suspension or discharge. Some examples of such serious violations are falsification of incident reports, application forms, time cards, theft, under the influence of alcohol, insubordination, intentional damaging or misuse of department's property, and willful disregard of safety rules.

## GRIEVANCE AND APPEAL PROCEDURES

Consistent with the principles of good management, every effort will be made to settle grievances disciplinary processes at the lowest possible level of supervision. However, employees and appointing authorities are accorded administrative procedures to settle misunderstandings or infractions through either the Personnel Service System or the Civil Service Commission. Employees of the department are entitled to grievance and appeal procedures as covered in the PSSR&R. The Personnel Service Grievance System covers all matters of concern or dissatisfaction to an eligible employee unless excepted by PSSR&R 10-20.2-288.

Employee appeals are covered under PSSR&R Subpart F which establishes the Personnel Service Appeals System. Any employee may appeal, personally and/or in writing, a decision to take adverse action. In any appeal, the appealing employee and the appointing authority have certain rights which shall not be denied. The appeal must give reasons for contesting the adverse action, together with any proof and pertinent documents the employee desires to submit. Appeals are addressed to the Civil Service Commission.

## RE-EMPLOYMENT

An employee who has been terminated may not be considered for re-employment if the termination was due to:

1. A discharge for cause;
2. Leaving without proper notice; or
3. Failing to meet satisfactory standards during the probationary period.

## WORKING HOURS

The regular workweek consists of at least forty (40) hours within a seven (7) day period. This is generally established as five (5) working days, eight (8) hours per day. However, the nature of the department's business often makes it impossible to operate on a completely regular schedule. Consequently, you may be required as part of your job to have different starting times or different total working hours from week to week or day to day. Your supervisor will inform you of any schedule change as far as in advance of that change as possible.

## RECORDING OF TIME WORKED

Employees are required to record accurately the time they start work and the time they end their work. In order to accomplish this, the Department has established the use of time cards and time clocks for employees to record their time worked. You will be required to record your working time every day by the use of a time clock and the timecard issued to you.

No employee may record the time worked of another. Any employee violating this rule will be subject to disciplinary actions that may lead to discharge. An employee is expected to be ready for work before recording his or her start time.

To ensure that you get paid correctly based on your timecard, you must submit to your Shift Commander all necessary forms prior to the Shift Commander submitting the timecards to the Timekeeper. Failure to submit the required forms may result in inaccurate payment on your paycheck.

## PAY PERIOD

For purposes of computing pay, the period begins on Sunday at 12:01 AM and continues through Saturday at 12:00 Midnight. You will be paid by check every two weeks on the second Friday following the close of the pay period. If a payday falls on a holiday, employees will be given their check the day before the payday.

Your paycheck is your personal business. If you have questions in regard to your pay, please

10

speak with your immediate supervisor. With each regular paycheck will be your personal "statement of earnings and deductions." This information indicates all deductions for the particular pay period such as Federal Income Tax, other required taxes, retirement contributions and voluntary deductions.

**OVERTIME**

Overtime is permitted only as justified and authorized by the Commissioner or the Director of Corrections.

**SALARY INCREASES**

Within-grade increases may be granted to employees upon completion of 52 consecutive calendar weeks of satisfactory performance and upon availability of funds.

An employee with a minimum of four (4) exceptional ratings may additionally be granted a merit increase upon availability of funds not to exceed one (1) step increase in the base salary upon completion of 52 consecutive calendar weeks of sustained superior work performance.

An employee occupying a permanent position who completes 120 hours of training workshops that are supervised, sponsored, and /or sanctioned by the Director of the Office of Personnel Management may be given a salary increase equivalent to one step upon availability of funds.

**TRAINING**

It is the policy of DOC to establish and maintain high standards of training for all staff, guided by the standards of the American Correctional Association and other recognized related professional associations. All scheduled trainings are mandatory and employees must attend the training unless an excuse is authorized by the Director of Corrections or the Commissioner of Corrections.

Training provided to employees includes typical classroom instruction as well as other recognized educational techniques. Training staff will be assigned according to needs. Training objectives will be established, including written test, and specific goals expected for the successful completion of the training. All training programs will include established requirements for completion, attendance recording, and a system for the recognition of successful completion. All employees will receive training consistent with the needs of their respective job classification and fitting to their work. It shall be detailed enough to enable all personnel who supervise inmates and detainees to be thoroughly familiar with the rules of conduct, the rationale for the rules, and the sanctions available.

**HOLIDAYS**

All government employees shall receive leave with pay on each legal holiday:

| | |
|---|---|
| New Year's Day | January 1 |
| Martin Luther King Day | January 21 |
| President's Day | February 18 |
| Good Friday | As Designated in the Liturgical Calendar |
| Commonwealth Covenant Day | March 24 |
| Memorial Day | Last Monday in May (May 26) |
| Independence Day | July 4 |
| Labor Day | First Monday in September |
| Commonwealth Cultural Day | October 13 (Second Monday in October) |
| Citizenship Day | November 4 |
| Veteran's Day | November 11 |
| Thanksgiving Day | Fourth Thursday in November (November 27) |
| Constitution Day | December 8 |
| Christmas Day | December 25 |

All DOC employees shall receive leave with pay on each legal holiday. An employee required to work on a legal holiday shall be compensated at the base salary rate or the adjusted base salary rate for the hours actually worked, and shall also be paid for the holiday leave with pay as stated in the PSSRR Part IV.B19.

**PAID LEAVES OF ABSENCE**

Annual Leaves: Employees are entitled to annual leaves, or vacation, based on their length of service. Newly appointed employees shall undergo a waiting period of ninety (90) calendar days before being credited with annual leaves. Annual leaves are earned and not advanced according to the following schedule:

| Creditable Service | Annual Leaves Hours Earned |
|---|---|
| Less than three (3) years | Four (4) hours per pay period |
| With three (3) years but less than six (6) years | Six (6) hours pay period |
| With six (6) years or more | Eight (8) hours pay period |

Annual leave requests must be made in advance to allow supervisors time to adjust scheduling of manpower.

***Sick Leaves***: The purpose of sick leave is to protect the employee from loss of pay due to illness or injury or quarantine. Use of sick leave is appropriate only for medical, dental, optometric or mental health counseling or treatment, which the employee personally must undergo. The employee may be required to furnish a medical certification as to the incapacity from the attending physician. Employees will earn sick leave at the rate of four (4) hours for each biweekly pay period in which they are in pay status for the entire ten (10) days.

12

*Compassionate Leave.* Employees on permanent status may be granted compassionate leave with pay of no more than five (5) consecutive works days in cases of death in the immediate family of the employee. Immediate family is defined as an employee's father, mother, brother, sister, spouse, immediate offspring (natural and culturally or legally adopted), grandfather, grandmother, grandchild, mother-in-law, or father-in-law. Compassionate leave must be taken within eighteen (18) days after the death of the immediate family member.

*Administrative Leave.* The Governor, appointing authority or their designees have the responsibility for approving administrative leave requests. There are four (4) general classes into which administrative leaves fall:

(1) Administrative leave is absence authorized under emergency conditions beyond the control of management, e.g., typhoons, or for participation in civic activities of interest to the government, or employment-connected examinations, or as the Governor may determine.

(2) Extended absence required for medical appointments and care following job-related injuries may be authorized.

(3) Managers may place an employee in non-working status with pay for up to three (3) work days pending preparation of a notice of proposed suspension for up to thirty (30) calendar days.

(4) Employees serving on government boards and commissions provided such an employee does not receive compensation from the boards and commissions.

*Court Leave.* Court leaves, at the employees option, is granted for such period the jury may be impaneled. Employees who are called upon to jury duty shall present their Juror Summons to their immediate supervisor.

*Maternity Leave.* A pregnant employee may continue to work, providing she can perform her regular duties, or until her physician certifies she is temporarily disabled and can no longer perform her duties. If the physician certifies the employee cannot perform the full range of her duties, the employee may request a light duty assignment. Light duty assignments are based solely on the needs of the institution and if no light duty exists, the request may be denied. In the interest of safety, the appointing authority may request additional medical documentation. If her physician certifies the pregnant employee can no longer perform her duties, the employee may request sick leave. If qualified, the employee may apply for donated leave or absence under the Family Medical Leave Act.

Other Paid Leaves include Military Leave, Paternity Leave, Leave Without Pay (LWOP), Extended Military Leave, FMLA Leave, Training and Education Leave (See PSSR&R Part 600 Subpart A)

**POLITICAL ACTIVITIES**

PSSR&R Subpart E clearly prohibits employees from engaging in political activities during

working hours and on government premises. Therefore, any employee found guilty of this prohibited activity shall be subject to disciplinary action.

## CONFIDENTIAL INFORMATION

Any information to which you have access or of which you become aware regarding records, personnel information, financial information, etc. is to be held in the strictest confidence. Such information is not to be discussed with other employees or persons not employed by the Department of Corrections.

## SAFETY

It is your responsibility to help in the prevention of accidents, as well as to report conditions that may cause accidents to other employees, inmates and the public. Safety is everyone's job.

## LOCKERS

All DOC employees will be assigned a locker to store personal items while at work. The locker is a loan to you for storage of your personal or issued belongings. DOC retains ownership of the locker and reserves the right to examine it for defects and/or contents in accordance with its policy and procedures.

## GENERAL ADVICE

Be familiar with the Department's policies and procedures as well as other CNMI governing policies and procedures and directives affecting your duties and responsibilities as an employee. Do not be ignorant of rules. Our policies and procedures are meant for the security of the institution and the safety of all who enter. Be supportive of your colleagues. Most importantly, remember that security and safety are the top priorities in a prison environment. As with any new teaching environment, you will need to adapt to the specific rules and regulations of our institution. In the spirit of promoting good relations and a positive learning environment, make every effort to work and communicate with everyone in our institution.

In all aspects of our operations, we deal directly with inmates or with support people who deal directly or indirectly with inmates. Inmates are identified as individuals who have been convicted and sentenced to imprisonment and those individuals who are awaiting trial. These individuals may be sentenced and/or awaiting trial by the CNMI Superior Court and/or the Federal District Court. Individuals that are under the jurisdiction of the Immigration and/or the Federal U.S. Marshal are also being housed in our facility.

Because of the nature of the Department's mission, those who work with inmates, or in our institution, need to be more security-oriented than employees of other departments or agencies. Each employee of the Department, whether a uniformed correctional officer or civilian employee, is responsible for security. Each employee needs to be aware of the need for security consciousness. Whether your work takes you inside a secured area of a correctional facility or in

an office removed from secured areas, you may find yourself working around inmates. For this reason, each employee must keep security in mind when on the job.

If you are working in an office or worksite to which inmate-workers are assigned or have access, you should know who the inmate-worker's supervisor is or whom the inmate is visiting. Any problems or complaints regarding an inmate should be discussed with the Shift Commander. Always lock your handbag, briefcase, and other personal items in a secure place and do not allow inmates to have access to your keys, either personal or work. If you witness inmate behavior that you feel is suspicious or inappropriate, immediately discuss this with the supervisor or the official they are visiting.

Over familiarity is a trap into which many well-meaning correctional employees fall on. It involves getting too friendly with an offender. You should always maintain a professional distance. **Do not:**

- Discuss your personal business or private life with or in the presence of offenders. This gives them a chance to gather information about you that you probably do not want them to have.
- Discuss issues regarding other staff in the presence of inmates. This gives them the opportunity to gather information about those staff members that we would not want them to have.
- Spend too much time with any inmate. Others might see this as preferential treatment.
- Allow inmates to engage you in conversation that makes you feel ill at ease. If you feel uncomfortable, discontinue the conversation and return to your business. If the inmate persists, discuss the situation with your supervisor.

Always treat inmates humanely; remembering that part of the job is that of role modeling and rehabilitation.

Consider the "Code of Conduct" when making decisions about discussing your personal life with or dating co-workers. You should not participate in or tolerate any behavior that is, by nature, sexually explicit. Not only is it inappropriate for the workplace, it could be construed as harassment. As a rule, you should treat all employees in a professional manner and demand the same in return.

Communication is one of the keys to an effective work unit. All employees should make concerted efforts to communicate with each other. It is important to prevent things like cultural and gender differences from getting in the way of good communication. Good communication is essential to a smooth-running and efficient workplace.

The DOC has established a dress code that applies to all employees regarding appropriate dress for the workplace. In addition, review the following recommendations:

- Wear shoes that are safe, comfortable, and functional for your job.

- Clothing should fit loosely enough so that you are able to move easily, especially if you are working inside one of the correctional facilities.
- Consider your environment and be mindful of your personal safety. Carefully select your attire, remembering that an agitated or aggressive inmate/probationer can use items like neckties, scarves, dangling earrings or pins as weapons. Consider removing other questionable items, such as pens, pencils, or heavy objects, from your work space when offenders are present.
- While these guidelines give you some direction on appropriate dress for our facilities and institutions, you must check with your assigned location to determine what, if any, specific policies are in effect.

**DOs:**

- Report any significant changes in offender behavior such as personality changes, changes in personal hygiene, etc.
- Keep up on current events, policies and directives. Check bulletin boards regularly.
- Have a working knowledge of employee and offender rules of conduct.
- Ask a co-worker or your supervisor for help with situations that you are having difficulty handling. It is better to do that than to create a bigger problem because of your inaction or inappropriate action.

**DON'Ts:**

- Carry large sums of money
- Give money to offenders
- Give or loan property to offenders
- Leave personal property unprotected
- Leave your keys unprotected
- Take work keys home with you
- Reproduce work keys
- Issue keys to offenders
- Bring anything in for offenders
- Take anything out for offenders
- Agree to deliver a message for an offender
- Discuss your personal problems with, or in the presence of, offenders
- Become involved in offenders' personal problems
- Ignore rules infractions by offenders

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the CNMI Government Property Management Policies and Procedures preside over this policy and procedures.

Prepared by: _____      10-201-07
               John M. Ayuyu                               Date
               Deputy Director of Corrections

Reviewed by: _____     16/01/07
               Gregory F. Castro                        Date
               Director of Corrections

Approved by: _____     11/01/07
               Lino S. Tenorio                          Date
               Commissioner of Corrections