

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**DEPARTMENT OF CORRECTIONS**

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| PART | SECTION | SUBJECT | POLICY NO. | REVIEW DATE |
|---|---|---|---|---|
| Administration and Management | Personnel | Corrections Officer I Duties and Responsibilities | 1.3.11 | |
| **ACA Standards** | 3-ALDF-1C-01 Personnel Policy Manual | | | |
| **Consent Decree** | Paragraph 54, develop facility policies and procedures | | | |

I. **PURPOSE**

To describe the duties and responsibilities of Corrections Officer I.

II. **POLICY**

It is the policy of the Department of Corrections that qualified individuals will be hired as Corrections Officer I and the qualified applicant must meet all training requirements of a Corrections Cadet.

III. **PROCEDURAL GUIDELINES**

A. **Position Description**

Department: Department of Corrections

Class Code: 6110

Official Class Title of Position: Corrections Officer I

Pay Level: 23/01

Minimum Salary: $640.443 Bi-Weekly

Intermediate Salary: $817.050 Bi-Weekly

Maximum Salary: $1,055.286 Bi-Weekly

Supervised By: Corrections Sergeant

1

B. **Nature of Work**

Perform security functions to ensure the safe, effective and efficient operations of the correctional facility while providing care and custody of the inmates and detainees. Corrections Officer I participate in the day-to-day operations of the prison facility such as supervising offenders in their housing units, booking and releasing offenders, maintaining security of the facility, escorting offenders within and/or outside the secure confines of the facility. In addition, Corrections Officer I will supervise offender work crews, dispense medications, effectively manage volatile and violent offenders, and fulfill a number of clerical duties.

C. **Duties and Responsibilities**

1. **Supervising Inmates** - Monitoring, directing, and controlling the activity of inmates during daily interactions, recreational or leisure time activities, work activities, and activities outside the facility. Enforcing rules and disciplinary actions when appropriate. Adhering to appropriate security procedures when escorting inmates.

2. **Searching and Maintaining Security** - Conducting searches, inspections, and counts (of inmates/detainees, visitors, mail, facility, etc.) with thoroughness and accuracy, in a timely manner. Initiating special searches when appropriate. Verifying information and identities, securing evidence, and making security checks. Taking appropriate action in follow-up to searches/inspections/counts. Safeguarding facility keys and potentially dangerous tools and supplies.

3. **Investigating and Detecting Problems** - Investigating suspicious activities, incidents, and situations. Identifying illegal activity and potentially dangerous conditions (e.g., contraband possession/use, gang conflict, etc.). Taking appropriate steps to prevent problems before they occur. Recognizing signs of health problems, suicide risk, assaults, etc., and taking appropriate action to protect the well being of inmates/detainees.

4. **Report Writing** - Writing reports (e.g., incident, disciplinary, escape, and other narrative reports that are clear, complete, accurate, and concise; writes reports in a timely manner.

5. **Record Keeping** - Accurately completing forms, logs, and inventories necessary for the correct and efficient booking, receiving, and releasing of inmates, operation of a facility, and daily custody of inmates.

6. **Handling Emergencies** - Working effectively and taking appropriate actions in emergency or crisis situations (e.g., injuries, suicide attempts, fires, escapes, rioting, physical fights between inmates or attacks upon staff). Using sound judgment and following proper procedures in using

physical force or restraints, sounding and responding to alarms, enlisting and providing appropriate assistance; and rendering appropriate first aid.

7. **Interacting/Communicating with Inmates** - Must communicate effectively with a varied population of offenders, including individuals from diverse ethnic, racial, cultural and economic backgrounds. This may include persons for whom English is not a primary language, persons with developmental and learning disorders, or individuals with a wide variety of psychiatric and physical disorders. Explaining rules, policies, expectations, and consequences to inmates/detainees. Listening and responding appropriately to questions, concerns, complaints, and requests and providing appropriate assistance in working out problems. Respecting inmates' feelings, rights, and privileges and gaining their cooperation and respect.

8. **Interacting/ Communicating with People and Staff** - Conferring with the public and personnel from other agencies. Establishing cooperative relations with community, agencies, and other people external to the staff. Dealing with visitors. Responding to inquiries from regulatory agencies, boards, and the courts.

9. **Working with Staff** - Working cooperatively and effectively with co-workers and supervisors. Following directions and providing assistance and support when needed. Keeping supervisor completely informed regarding inmate status, potential problems, and important shift information. Keeping current on-job-knowledge and all facility rules, procedures, regulations, and other formal written materials relevant to job performance.

10. **Performing Physically Demanding Work** - Working with physical skill sufficient to handle emergency situations such as medical emergencies, defending one self, and pursuing, disarming, subduing and restraining inmates/detainees.

11. **Knowledgeable of DOC Policies and Procedures** - Corrections Officer I shall be knowledgeable of all DOC Rules and Regulations and shall enforce all rules and regulations, including memoranda and directives issued by the Operation's Captain, Deputy Director, Director of Corrections and/or Commissioner of Corrections.

12. Other related duties as assigned.

D. **Minimum Qualification Requirements**

1. Must be 18 years old.
2. High school graduate, GED certificate and/or Advance Development Institute, NMC.
3. Successful completion of the Corrections Academy.
4. U. S. citizen or permanent resident.
5. Valid CNMI driver's license.

6. No criminal conviction.

E. **Desirable Qualifications**

Alertness, caution, integrity, honesty, good judgment, accuracy in work, skill in handling special assignments, initiative, and adaptability. Also, ability to: learn quickly; work under pressure; respond calmly and appropriately in emergencies; plan work; meet work schedules; react positively to constructive criticism; treat others with assertiveness, respect, tact and courtesy; remain objective and impartial; resist coercion.

F. **Working Conditions**

1. Must be proficient in the use of a firearm, firearms and use of force policies and procedures.
2. Must be certified with CPR, pepper spray or mace, ASP, restraining devices, and/or PR-24.
3. Must be knowledgeable in the use of computer and printer and its application software.
4. Must be able to communicate using a portable radio.
5. May require working 12-hour shifts, weekends, holidays and rotating shifts.
6. Attend required in-service training.
7. Must be able to operate facsimile, fingerprint machines, digital imaging camera, fire extinguishers, intercom systems, and telephones.
8. Is subject to be called for duty at any time.
9. Exposed to the harsh and enclosed jail environment, inmate's erratic/inappropriate/violent attitudes, language and behaviors.
10. Exposure to bodily secretions, chemicals, potential weapons, face-to-face interactions/confrontations with hostile or emotionally distraught inmates/detainees.

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the CNMI Government Property Management Policies and Procedures preside over this policy and procedures.

4

Prepared By: _____   10-25-07
      John M. Aguyo        Date
      Deputy Director of Corrections

Reviewed By: _____   10/25/07
      Gregory F. Castro      Date
      Director of Corrections

Approved By: _____   10/26/07
      Lino S. Tenorio       Date
      Commissioner of Corrections