


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*
**DEPARTMENT OF CORRECTIONS**

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| PART | SECTION | SUBJECT | POLICY NO. | REVIEW DATE |
|---|---|---|---|---|
| Administration and Management | Personnel | Corrections Officer II Duties and Responsibilities | 1.3.12 | |
| **ACA Standards** | 3-ALDF-1C-01 Personnel Policy Manual | | | |
| **Consent Decree** | Paragraph 54, develop facility policies and procedures | | | |

I. **PURPOSE**

To describe the duties and responsibilities of Corrections Officer II.

II. **POLICY**

It is the policy of the Department of Corrections that qualified individuals will be hired as Corrections Officer II and the qualified applicant must have one (1) year of experience as a Corrections Officer I.

III. **PROCEDURAL GUIDELINES**

A. **Position Description**

Department: Department of Corrections

Class Code: 6111

Official Class Title of Position: Corrections Officer II

Pay Level: 25/01

Minimum Salary: $680.805 Bi-Weekly

Intermediate Salary: $868.345 Bi-Weekly

Maximum Salary: $1,163.336 Bi-Weekly

Supervised By: Corrections Sergeant

B. **Nature of Work**

Perform security functions to ensure the safe, effective and efficient operations of the correctional facility while providing care and custody of the

1

inmates and detainees. Corrections Officer I participate in the day-to-day operations of the prison facility such as supervising offenders in their housing units, booking and releasing offenders, maintaining security of the facility, escorting offenders within and/or outside the secure confines of the facility. In addition, Corrections Officer I will supervise offender work crews, dispense medications, effectively manage volatile and violent offenders, and fulfill a number of clerical duties.

C. **Duties and Responsibilities**

1. **Supervising Inmates** - Monitoring, directing, and controlling the activity of inmates during daily interactions, recreational or leisure time activities, work activities, and activities outside the facility. Enforcing rules and disciplinary actions when appropriate. Adhering to appropriate security procedures when escorting inmates.

2. **Searching and Maintaining Security** - Conducting searches, inspections, and counts (of inmates/detainees, visitors, mail, facility, etc.) with thoroughness and accuracy, in a timely manner. Initiating special searches when appropriate. Verifying information and identities, securing evidence, and making security checks. Taking appropriate action in follow-up to searches/inspections/counts. Safeguarding facility keys and potentially dangerous tools and supplies.

3. **Investigating and Detecting Problems** - Investigating suspicious activities, incidents, and situations. Identifying illegal activity and potentially dangerous conditions (e.g., contraband possession/use, gang conflict, etc.). Taking appropriate steps to prevent problems before they occur. Recognizing signs of health problems, suicide risk, assaults, etc., and taking appropriate action to protect the well being of inmates/detainees.

4. **Report Writing** - Writing reports (e.g., incident, disciplinary, escape, and other narrative reports that are clear, complete, accurate, and concise; writes reports in a timely manner.

5. **Record Keeping** - Accurately completing forms, logs, and inventories necessary for the correct and efficient booking, receiving, and releasing of inmates, operation of a facility, and daily custody of inmates.

6. **Handling Emergencies** - Working effectively and taking appropriate actions in emergency or crisis situations (e.g., injuries, suicide attempts, fires, escapes, rioting, physical fights between inmates or attacks upon staff). Using sound judgment and following proper procedures in using physical force or restraints, sounding and responding to alarms, enlisting and providing appropriate assistance; and rendering appropriate first aid.

7. **Interacting/Communicating with Inmates** - Must communicate effectively with a varied population of offenders, including individuals from diverse ethnic, racial, cultural and economic backgrounds. This

may include persons for whom English is not a primary language, persons with developmental and learning disorders, or individuals with a wide variety of psychiatric and physical disorders. Explaining rules, policies, expectations, and consequences to inmates/detainees. Listening and responding appropriately to questions, concerns, complaints, and requests and providing appropriate assistance in working out problems. Respecting inmates' feelings, rights, and privileges and gaining their cooperation and respect.

8. **Interacting/ Communicating with People and Staff** - Conferring with the public and personnel from other agencies. Establishing cooperative relations with community, agencies, and other people external to the staff. Dealing with visitors. Responding to inquiries from regulatory agencies, boards, and the courts.

9. **Working with Staff** - Working cooperatively and effectively with co-workers and supervisors. Following directions and providing assistance and support when needed. Keeping supervisor completely informed regarding inmate status, potential problems, and important shift information. Keeping current on-job-knowledge and all facility rules, procedures, regulations, and other formal written materials relevant to job performance.

10. **Performing Physically Demanding Work** - Working with physical skill sufficient to handle emergency situations such as medical emergencies, defending one self, and pursuing, disarming, subduing and restraining inmates/detainees.

11. **Knowledgeable of DOC Policies and Procedures** - Corrections Officer I shall be knowledgeable of all DOC Rules and Regulations and shall enforce all rules and regulations, including memoranda and directives issued by the Operation's Captain, Deputy Director, Director of Corrections and/or Commissioner of Corrections.

12. Other related duties as assigned.

D. **Minimum Qualification Requirements**

1. Must be 18 years old.
2. High school graduate, GED certificate and/or Advance Development Institute, NMC.
3. Two (2) years of experience in correctional field.
4. One (1) year in the position of Corrections Officer I.
5. U. S. citizen or permanent resident.
6. Valid CNMI driver's license.
7. No criminal conviction.

E. **Desirable Qualifications**

Alertness, caution, integrity, honesty, good judgment, accuracy in work, skill in handling special assignments, initiative, and adaptability. Also, ability to: learn quickly; work under pressure; respond calmly and appropriately in emergencies; plan work; meet work schedules; react positively to constructive criticism; treat others with assertiveness, respect, tact and courtesy; remain objective and impartial; resist coercion.

F. **Working Conditions**

1. Must be proficient in the use of a firearm, firearms and use of force policies and procedures.
2. Must be certified with CPR, pepper spray or mace, ASP, restraining devices, and/or PR-24.
3. Must be knowledgeable in the use of computer and printer and its application software.
4. Must be able to communicate using a portable radio.
5. May require working 12-hour shifts, weekends, holidays and rotating shifts.
6. Attend required in-service training.
7. Must be able to operate facsimile, fingerprint machines, digital imaging camera, fire extinguishers, intercom systems, and telephones.
8. Is subject to be called for duty at any time.
9. Exposed to the harsh and enclosed jail environment, inmate's erratic/inappropriate/violent attitudes, language and behaviors.
10. Exposure to bodily secretions, chemicals, potential weapons, face-to-face interactions/confrontations with hostile or emotionally distraught inmates/detainees.

Prepared By: _____   10-25-07
John M. Ayuyu                                  Date
Deputy Director of Corrections

Reviewed By: _____   10/25/07
Gregory F. Castro                              Date
Director of Corrections

Approved By: _____   10/31/07
Lino S. Tenorio                                Date
Commissioner of Corrections