

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| PART | SECTION | SUBJECT | POLICY NO. | REVIEW DATE |
|---|---|---|---|---|
| Administration and Management | Personnel | Corrections Sergeant Duties and Responsibilities | 1.3.14 | |
| **ACA Standards** | 3-ALDF-1C-01 Personnel Policy Manual | | | |
| **Consent Decree** | Paragraph 54, develop facility policies and procedures | | | |

I. **PURPOSE**

To describe the duties and responsibilities of Corrections Sergeant.

II. **POLICY**

It is the policy of the Department of Corrections that qualified individuals will be hired as Corrections Sergeant and the qualified applicant must have two (2) years of experience as a Corrections Officer III.

III. **PROCEDURAL GUIDELINES**

　A. **Position Description**

　　**Department:** Department of Corrections

　　**Class Code:** 6111

　　**Official Class Title of Position:** Corrections Sergeant

　　**Pay Level:** 30/01

　　**Minimum Salary:** $868.345 Bi-Weekly

　　**Intermediate Salary:** $1,005.981 Bi-Weekly

　　**Maximum Salary:** $1,484.668 Bi-Weekly

　　**Supervised By:** Corrections Lieutenant

1

B. **Nature of Work**

The employee under this position assists the Corrections Lieutenant in performing routine supervisory duties during routine shift operations such as supervising corrections officers and inmates/detainees and assumes the duties and responsibilities of a Lieutenant in the absence of the Lieutenant.

C. **Duties and Responsibilities**
   1. Knowledgeable of DOC policies and procedures.

   2. Assists in planning, scheduling, assigning, training and reviewing the work of subordinates.

   3. Conducts and documents equipment and personnel inspection to ensure compliance with department policies and procedures.

   4. Recommends formal disciplinary action as a result of violation of standard operating procedures.

   5. Prepares reports of activities and incidents happened during the shift for superiors.

   6. Takes appropriate action in emergency situations in accordance with established policies and procedures.

   7. Attend staff meetings.

   8. Check the general condition and ensures security of the facility during each shift.

   9. Reviews and interprets commitment papers for persons incarcerated in the facility.

   10. Ability to establish and maintain good working relationships with fellow staff members, inmates, external departments, and agencies.

   11. Ensures that all subordinates completely fill-in all required forms during the shift and submit all documents to the Shift Supervisor at the end of the shift. Disciplinary citation and officer's self-statements will also be submitted at the end of the shift.

   12. Reviews all self-statements submitted by officers for clarity, accuracy and completeness and have his/her signature on the self-statement attesting that it was reviewed prior to being submitted at the end of the shift.

   13. Is fully aware of all activities that are occurring throughout his/her shift. Activities such as court run, hospital run, visitation, number of inmates on each housing unit, programs that are in progress, maintenance problems in the housing units and the conditions of all the inmates in the housing unit and to report findings to the Shift Commander.

14. Inspects all DOC equipment to ensure they are properly maintained, operational and accounted for. Equipment that is defective shall be reported immediately to the Shift Commander.

15. Inspects all officers under his/her command to ensure they are equipped with the required gear prior to being assigned to a post or other assignments. Will inspect all officers for proper grooming, knowledge, condition of equipment and state of readiness. Any discrepancies found will be reported to the Shift Commander.

16. Supervisor will provide counseling and guidance to his/her subordinates regarding his/her duties and responsibilities.

17. Usually assigned to Supervisory Posts.

18. Other related duties as assigned.

### D. Minimum Qualification Requirements

1. Must be 18 years old.
2. Bachelor of Science degree or combination with experience.
3. Two (2) years of experience in correctional field.
4. One (1) year in the position of Corrections Officer III.
5. U. S. citizen or permanent resident.
6. Valid CNMI driver's license.
7. No felony conviction including domestic violence.

### E. Desirable Qualifications

Alertness, caution, integrity, honesty, good judgment, accuracy in work, skill in handling special assignments, initiative, and adaptability. Also, ability to: learn quickly; work under pressure; respond calmly and appropriately in emergencies; plan work; meet work schedules; react positively to constructive criticism; treat others with assertiveness, respect, tact and courtesy; remain objective and impartial; resist coercion. Ability to effectively handle situations requiring tact, diplomacy, fairness, and good judgment; Ability to communicate clearly and concisely, both orally and in writing; Ability to work effectively under stress; Ability to maintain reasonable physical fitness standards in relation to accomplishment of the mission responsibility.

### F. Working Conditions

1. Must be proficient in the use of a firearm, firearms and use of force policies and procedures.

2. Must be certified with CPR, pepper spray or mace, ASP, restraining devices, and/or PR-24.

3. Must be knowledgeable in the use of computer and printer and its application software.

4. Must be able to communicate using a portable radio.

5. May require working 12-hour shifts, weekends, holidays and rotating shifts.

6. Attend required in-service training.

7. Must be able to operate facsimile, fingerprint machines, digital imaging camera, fire extinguishers, intercom systems, and telephones.

8. Is subject to be called for duty at any time.

9. Exposed to the harsh and enclosed jail environment, inmate's erratic/inappropriate/violent attitudes, language and behaviors.

10. Exposure to bodily secretions, chemicals, potential weapons, face-to-face interactions/confrontations with hostile or emotionally distraught inmates/detainees.

11. Able to research and make presentations using that knowledge.

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the CNMI Government Property Management Policies and Procedures preside over this policy and procedures.

Prepared By: _____          10-25-07
              John M. Ayuyu                    Date
              Deputy Director, DOC

Reviewed By: _____          10/25/07
              Gregory F. Castro                Date
              Director of Corrections

Approved By: _____          10/26/07
              Lino S. Tenorio                  Date
              Commissioner of Corrections