**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515   

| PART | SECTION | SUBJECT | POLICY NO. | REVIEW DATE |
|---|---|---|---|---|
| Administration and Management | Personnel | Corrections Lieutenant Duties and Responsibilities | 1.3.15 | |
| **ACA Standards** | 3-ALDF-1C-01 Personnel Policy Manual | | | |
| **Consent Decree** | Paragraph 54, develop facility policies and procedures | | | |

## I. PURPOSE

To describe the duties and responsibilities of Corrections Lieutenant.

## II. POLICY

It is the policy of the Department of Corrections that qualified individuals will be hired as Corrections Lieutenant and the qualified applicant must have three (3) years of experience as a Corrections Sergeant.

## III. PROCEDURAL GUIDELINES

A. **Position Description**

   **Department:** Department of Corrections

   **Class Code:** 6114

   **Official Class Title of Position:** Corrections Lieutenant

   **Pay Level:** 32/01

   **Minimum Salary:** $957.823 Bi-Weekly

   **Intermediate Salary:** $1,221.449 Bi-Weekly

   **Maximum Salary:** $1,636.846 Bi-Weekly

   **Supervised By:** Corrections Captain

B. **Nature of Work**

The employee under this position plans, directs, and controls activities of the correctional facility in accordance with the DOC policies and procedures. The correctional facility includes areas such inmate/detainee meals, booking, inmate services, work release, jail work program, and escorting and transporting inmates/detainees.

This command position requires application of management and organizational principles as well as specialized knowledge of corrections, including correctional law, methods, systems, procedures, and practices which must be interpreted and applied to situations involving numerous aspects of corrections. Tasks are governed by established policies, procedures, statutes, and regulations. The position is responsible for training, development, and supervision of trained corrections professionals and for ensuring all activities are performed efficiently.

C. **Duties and Responsibilities**

1. Receives reports directly from the Lieutenant concerning operations of Department of Corrections.

2. Shall be knowledgeable of all DOC/DPS Rules and Regulations and shall enforce all rules and regulations, including policies, memoranda and directives issued by the Deputy Director and the Director of Corrections, including policies, memoranda and directives issued by the DPS Commissioner.

3. Shall report for duty thirty (30) minutes prior to the actual work schedule for briefing and other purposes relating to his/her tour of duty. Will ensure that all officers under his/her command report to work thirty (30) minutes prior to the actual work schedule for briefing and other purposes. Will keep attendance records on all the officers under his/her command and shall make it available upon request to the Deputy Director.

4. Will have a list of telephone numbers and/or pager numbers on all the officers under his/her command for ready reference and shall be updated regularly.

5. Will completely and/or cause to be filled-in all required forms during the shift and submit all documents to the respective sections at the end of the shift. Disciplinary citation and officer's self-statements will also be submitted at the end of the shift.

6. Will review all self-statements submitted by officers for clarity, accuracy and completeness and have his/her signature on the self-statement attesting that it was reviewed prior to being submitted to the respective sections at the end of the shift.

7. Will maintain a written record on all the officers under his/her command with respect to annual/sick leave and other leaves, and overtime and shall make it available upon request to the Operation's Captain.

8. Will be fully aware of all activities that are occurring throughout his/her shift. Activities such as court run, hospital run, visitation, number of inmates on each housing unit, programs that are in progress, maintenance problems in the housing units and the conditions of all the inmates in the housing unit.

9. Will check or cause it to be checked all DOC equipment to ensure that they are operational and are accounted for. Equipment that is defective shall be reported immediately to the respective section for repair and/or replacement. Defective equipment that is essential to the operation will be followed-up to ensure that they become operational.

10. Will inspect all officers under his/her command to ensure that all the officers are equipped with the required DOC issued equipment prior to being assigned to a post or other assignments and will inspect all officers for proper grooming, knowledge, condition of equipment and state of readiness.

11. Will train; provide counseling and guidance to his/her subordinates and will make recommendations to the Operations Captain for additional training to enhance officer's job performance.

12. Will make recommendations for disciplinary action to the Operation's Captain on officers that are not in compliance with the DOC Rules and Regulations and at the same time will recognize and make recommendations to the Director of Corrections on the officers that are doing commendable job.

13. Will check personally all areas of the facility twice during the shift to ensure that the facility is cleaned, equipment are operational, entrance/exit doors are secured, gates and fencing are secured and officers and inmates are safe and secured. Any problems and/or concerns by officers and inmates must be address immediately, or if not possible, report to the respective section for action and/or to the Operations Captain. Concerns from officers and inmates will be followed-up and the concerned officer and/or inmate will be informed regarding their concerns as soon as possible.

14. Will inform immediately the Director of Corrections, Deputy Director and the Operation's Captain on all serious matters that requires immediate attention such as death, riots, escapes, and injuries to inmates and staff.

15. Will initiate fire drills once a month on all housing units. The fire drill will consist of officers evacuating inmates to the safe refuge area and one officer on each housing unit practice putting on the breathing apparatus. A fire drill report will be submitted to the Operation's Captain at the end of the shift stating the date and time of the fire drill, problems encountered during the drill and recommendations to improve the fire drill.

16. Will do annual performance appraisals on all officers under his direct supervision in accordance with the Personnel Rules and Regulations.

17. Will delegate to subordinates duties and responsibilities required to be performed during the shift and will ensure that subordinates perform the duties and responsibilities as required.

18. Participates in the research and development process. Must be able to effectively teach and /or provide course(s) of instruction as directed to an audience.

19. Other related duties as assigned.

### D. Minimum Qualification Requirements

1. Must be 18 years old.

2. Bachelor of Science degree or combination with experience.

3. Three (3) years of experience in correctional field.

4. Two (2) years in the position of Corrections Sergeant.

5. U. S. citizen or permanent resident.

6. Valid CNMI driver's license.

7. No felony conviction including domestic violence.

### E. Desirable Qualifications

Alertness, caution, integrity, honesty, good judgment, accuracy in work, skill in handling special assignments, initiative, and adaptability. Also, ability to: learn quickly; work under pressure; respond calmly and appropriately in emergencies; plan work; meet work schedules; react positively to constructive criticism; treat others with assertiveness, respect, tact and courtesy; remain objective and impartial; resist coercion. Ability to effectively handle situations requiring tact, diplomacy, fairness, and good judgment; Ability to communicate clearly and concisely, both orally and in writing; Ability to work effectively under stress; Ability to maintain reasonable physical fitness standards in relation to mission responsibility.

### F. Working Conditions

1. Must be proficient in the use of a firearm, firearms and use of force policies and procedures.

2. Must be certified with CPR, pepper spray or mace, ASP, restraining devices, and/or PR-24.

3. Must be knowledgeable in the use of computer and printer and its application software.

4. Must be able to communicate using a portable radio.

4

5. May require working 12-hour shifts, weekends, holidays and rotating shifts.

6. Attend required in-service training.

7. Must be able to operate facsimile, fingerprint machines, digital imaging camera, fire extinguishers, intercom systems, and telephones.

8. Is subject to be called for duty at any time.

9. Exposed to the harsh and enclosed jail environment, inmate's erratic/inappropriate/violent attitudes, language and behaviors.

10. Exposure to bodily secretions, chemicals, potential weapons, face-to-face interactions/confrontations with hostile or emotionally distraught inmates/detainees.

Prepared By: _____      10-25-07
Maj. John M. Ayuyu                                          Date
Deputy Director of Corrections

Reviewed By: _____     10/25/07
Gregory F. Castro                                              Date
Director of Corrections

Approved By: _____    10/25/07
Lino S. Tenorio                                                  Date
Commissioner of Corrections

5