

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

# DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| PART | SECTION | SUBJECT | POLICY NO. | REVIEW DATE |
|---|---|---|---|---|
| Administration and Management | Personnel | Corrections Captain Duties and Responsibilities | 1.3.16 | |
| **ACA Standard** | 3-ALDF-1C-01 Personnel Policy Manual | | | |
| **Consent Decree** | Paragraph 54, develop facility policies and procedures | | | |

I. **PURPOSE**

To describe the duties and responsibilities of Corrections Captain.

II. **POLICY**

It is the policy of the Department of Corrections that only qualified applicants are hired as Corrections Captain and they must have two (2) years of experience as a Corrections Lieutenant.

III. **PROCEDURAL GUIDELINES**

   A. Position Description

      **Department:** Department of Corrections

      **Class Code:** 6115

      **Official Class Title of Position:** Corrections Lieutenant

      **Pay Level:** 33/01

      **Minimum Salary:** $1,005.053 Bi-Weekly

      **Intermediate Salary:** $1,282.516 Bi-Weekly

      **Maximum Salary:** $1,718.688 Bi-Weekly

      **Supervised By:** Deputy Director of Corrections or : Director of Corrections

   B. Nature of Work

The employee under this position plans, directs, and controls activities of the correctional facility in accordance with the DOC policies and procedures. This employee usually supervises the Shift Commanders or is place in charge of unit or section.

This command position requires application of management and organizational principles as well as specialized knowledge of corrections, including correctional law, procedures, and practices which must be interpreted and applied to situations involving numerous aspects of corrections. Tasks are governed by established policies, procedures, statutes, and regulations. The position is responsible for training, development, and supervision of trained corrections professionals and ensures all activities are performed efficiently.

**C. Duties and Responsibilities**

1. Directly receives reports from the shift commanders and determines disposition depending on the nature of the information.

2. As Operations Captain he/she ensures that he is made aware by the shift commanders and/ or supervisors of all activities that are occurring or about to occur with respect to DOC operations. He/she regularly brief the Deputy Director and Director. The Operations Captain will immediately inform the Deputy Director and Director of all serious incidents that occur at DOC.

3. The Operations Captain shall be knowledgeable of all DOC Rules and Regulations and shall enforce all rules and regulations, including policies, memoranda and directives issued by the Deputy Director and/0r the Director of Corrections including policies, memoranda and directives issued by the DPS Commissioner that are applicable to the DOC.

4. The Operations Captain shall hold at least two supervisor's meeting with Shift Commanders (Lieutenant) and Shift Supervisors (Sergeant) every month to discuss shift operation matters, personnel matters and other concerns relating to the DOC operations. All concerns raised by the shift supervisors that can be address by the Operations Captain shall be address. Concerns that require the Director's approval will be brought to the attention of the Director.

5. The Operations Captain will have a list of telephone numbers and/or pager numbers of all the DOC officers for ready reference and shall be updated regularly.

6. The Operations Captain will tour all the DOC facilities at least once during regular working hours to review logbooks and operation forms for completeness, inspect the housing units for cleanliness, breach of security, equipment failures, inmate programs, officer and inmate concerns and other matters pertaining to the efficiency of normal operation. Matters that the Operations Captain can address shall be address. Matters or concerns that require the Director's approval must be brought to the attention of the Director. Further, the Operations Captain will

evaluate the officer/s posted whether the officer/s is complying with all rules and regulations required of him/her at the post. Any discrepancies will be brought to the attention of the Shift Commander and/or Shift Supervisor for corrective action.

7. The Operations Captain will review monthly the annual/sick leave and overtime of all DOC officers. The Shift Commander and/or Shift Supervisor will be notified of officers that are using excessive annual/sick leave and/or overtime and be required that the officer in question be called for counseling. All counseling done by the Shift Commander and/or Shift Supervisor will be documented and a copy is provided to the Operations Captain. After two counseling session has occurred and the officer does not improve he/she will personally meet with the subject officer and attempt to address the problem prior to submitting recommendation to the Director for further disposition.

8. The Operations Captain will review all the required trainings for officers, He/she will coordinate training schedule training with the training and development staff.

9. The Operations Captain will conduct a briefing to all DOC officers regarding new policies, memoranda, and/or directive that are applicable to the officers.

10. The Operations Captain will regularly make recommendations for improvements to the Deputy Director and Director on matters that will enhance the overall DOC operations.

11. The Operations Captain will meet regularly with the Logistic/Supply Sergeant to ensure that all required building and vehicle maintenance are address, supplies are available, and other matters pertaining to DOC facility are kept up to date.

12. The Operations Captain will periodically check inmates at their job site to ensure that they are accounted for and are complying with applicable rules and regulations.

13. The Operations Captain will issue Notice To Impose Sanction to inmates that are cited for DOC rule violation upon proof that the citation is justified.

14. The Operations Captain is authorized to approve overtime request from Shift Commanders and/or Shift Supervisors upon justification.

15. The Operations Captain will develop the monthly Shift Schedule for approval by the Director. In developing the Shift Schedule, it must be reviewed to ensure that officers are assigned to the different shifts equally and that officers are not cause to work double shift when the Shift Schedule changes.

16. The Operations Captain will do annual performance appraisals on all employees that falls directly under his supervision as required by the Personnel Rules and Regulations. Furthermore, will ensure that the Shift Commanders and/or Shift Supervisors do annual performance appraisals on all subordinates under their respective supervision.

17. Failure by the Operations Captain to follow the above prescribed duties and responsibilities may result in disciplinary action.

18. Participates on the research and development process. Able to teach or provide effective instruction to an audience.

### D. Minimum Qualification Requirements

1. Must be 18 years old.

2. Bachelor of Science degree or combination with experience.

3. Four (4) years of experience in correctional field.

4. Two (2) years in the position of Corrections Lieutenant.

5. U. S. citizen or permanent resident.

6. Valid CNMI driver's license.

7. No criminal conviction including domestic violence.

### E. Desirable Qualifications

Alertness, caution, integrity, honesty, good judgment, accuracy in work, skill in handling special assignments, initiative, and adaptability. Also, ability to: learn quickly; work under pressure; respond calmly and appropriately in emergencies; plan work; meet work schedules; react positively to constructive criticism; treat others with assertiveness, respect, tact and courtesy; remain objective and impartial; resist coercion. Ability to effectively handle situations requiring tact, diplomacy, fairness, and good judgment; Ability to communicate clearly and concisely, both orally and in writing; Ability to work effectively under stress; Ability to maintain reasonable physical fitness standards in relation to mission responsibility.

### F. Working Conditions

1. Must be proficient in the use of a firearm, firearms and use of force policies and procedures.

2. Must be certified with CPR, pepper spray or mace, ASP, restraining devices, and/or PR-24.

3. Must be knowledgeable in the use of computer and printer and its application software.

4. Must be able to communicate using a portable radio.

5. May require working 12-hour shifts, weekends, holidays and rotating shifts.

6. Attend required in-service training.

7. Must be able to operate facsimile, fingerprint machines, digital imaging camera, fire extinguishers, intercom systems, and telephones.

8. Is subject to be called for duty at any time.

9. Exposed to the harsh and enclosed jail environment, inmate's erratic/inappropriate/violent attitudes, language and behaviors.

10. Exposure to bodily secretions, chemicals, potential weapons, face-to-face interactions/confrontations with hostile or emotionally distraught inmates/detainees.

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the Personnel Service System Rules and Regulations preside over this policy and procedures.

Prepared By: _____  Date: 10-25-07
Maj. John M. Ayuyu
Deputy Director of Corrections

Reviewed By: _____  Date: 10/27/07
Gregory F. Castro
Director of Corrections

Approved By: _____  Date: 10/26/07
Lino S. Tenorio
Commissioner of Corrections

5