

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| PART | SECTION | SUBJECT | POLICY NO. | REVIEW DATE |
|---|---|---|---|---|
| Administration and Management | Personnel | Corrections Cadet Duties and Responsibilities | 1.3.17 | |
| **ACA Standards** | 3-ALDF-1C-01 Personnel Policy Manual | | | |
| **Consent Decree** | Paragraph 54, develop facility policies and procedures | | | |

I. **PURPOSE**

To describe the duties and responsibilities of a Corrections Cadet.

II. **POLICY**

It is the policy of the Department of Corrections that only qualified applicants are hired as Corrections Cade. These applicants must meet all training requirements of a Corrections Cadet before being promoted as a Corrections Officer I.

III. **PROCEDURAL GUIDELINES**

A. **Position Description**

Department: Department of Corrections

Class Code: 6109

Official Class Title of Position: Corrections Cadet

Pay Level: 18/01

Minimum Salary: $502.038 Bi-Weekly

Intermediate Salary: $640.443 Bi-Weekly

Maximum Salary: $857.805 Bi-Weekly

Supervised By: Training Coordinator or designee

1

B. **Nature of Work**

All Cadets are expected to act in a professional manner at all times. The Academy setting is set in line with a paramilitary organization, one that enforces strict discipline and hold cadets accountable to follow rules and directions without question. All cadets are expected to be prepared mentally and physically to successfully meet the standards of the Corrections Academy.

It is important that demands of the Academy are discussed and understood by the immediate family members of the Cadets; positive family support is vital and necessary for successful completion of the Academy. It is expected that each cadet attending the Academy gives a 100% effort at all times.

C. **Duties and Responsibilities**

1. To attend, participate and successfully complete the assigned curriculum including in-service training as presented by the Department of Corrections Training Academy prior to being commissioned as a Corrections Officer I.

2. The curricula at the Corrections Cadet Academy are as follows:

   a. Academics.

   The Academic portion is composed of education and skill building in nine functional areas including: Standards of Corrections; Ethics and Professionalism; Inmate Management; Legal Issues; Communication; Officer Safety; Security, Custody and Control; Conflict and Crisis Management and Medical and Mental Health Issues. Cadets must pass a weekly academic exam with a minimum grade of 70%.

   b. Physical training program.

   Each cadet is required to participate in a physical fitness and wellness program consisting of physical conditioning, such as running.

   c. Firearms training.

   Each cadet must demonstrate his/her ability to safely and accurately use the .9mm pistol or .38 revolver. Must be knowledgeable with the Firearms and Use of Force policies and procedures.

   d. Restraining devices (handcuff and bellychain).

   Cadets receive instruction in the application and use of restraining devices such as handcuff and bellychain.

   e. Defensive tactics.

   Cadets receive instruction in the application of unarmed self-defense techniques.

2

    f. Defensive weapons (PR-24/ASP).

       Cadets receive instructions and certification in the application and use of the PR-24 or ASP

    g. Chemical agent (pepper spray).

       Cadets received instructions and certification in the application and use of mace or pepper spray.

    h. On-the-job training.

       Under the supervision of an experienced Corrections Officer, Cadets will be given the opportunity to demonstrate his/her knowledge and skills obtained in the academy in an actual work environment.

    i. Perform other related duties.

D. **Minimum Qualification Requirements**

1. Must be 18 years old.

2. Must have a high school diploma or a GED equivalent and/or Advance Development Institute (ADI), Northern Marianas College (NMC).

3. Must have a valid CNMI driver's license.

4. Must be a U.S. citizen, permanent resident or citizen of Federated States of Micronesia, Palau and/or Marshall.

5. At a minimum, must pass NMC English 83 and Writing 84 with a passing score of 70 percent on the tests. The tests must be certified by NMC.

6. Must pass physical and mental examination.

7. Must pass a polygraph examination, when not waived by the Commissioner

8. Must take the pre-employment Drug Test with a negative test result.

9. Must undergo an oral examination from the hiring committee.

10. Must provide police clearance. No conviction, including domestic violence.

11. Must provide a resume.

12. Must undergo corrections academy.

E. **Desirable Qualifications**

Alertness, caution, integrity, honesty, good judgment, accuracy in work, skill in handling special assignments, initiative, and adaptability. Also, ability to: learn quickly; work under pressure; respond calmly and appropriately in emergencies; plan work; meet work schedules; react positively to constructive criticism; treat others with assertiveness, respect, tact and courtesy; remain objective and impartial; resist coercion; equivocally important, maintain a good and positive attitude.

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the Personnel Service System Rules and Regulations preside over this policy and procedures.

Prepared By: _____  10-25-07
John M. Ayuyu                         Date
Deputy Director of Corrections

Reviewed By: _____  10/25/07
Gregory F. Castro                     Date
Director of Corrections

Approved By: _____  10/81/07
Lino S. Tenorio                       Date
Commissioner of Corrections

4