

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | Training and Staff Development | Training and Staff Development Standard | 1.4.1 | |
| **Reference** | ACA Standards 3-ALDF: 1D-01 Training and Staff Development; 1D-04 Outside Resource; 1D-08 Space and Equipment; 1D-11 Clerical and Support Staff receive Training and Orientation; 1D-12 New Corrections Officer's receive Training; 1D-13 Administrative Staff Training; 1D-14 Support Staff Training; 1D-15 Part-Time Staff Training | | | |
| **Consent Decree** | Paragraph 53 Training for New Correctional Officers | | | |

### I. PURPOSE

To outline the general training standards that applies to all Department of Corrections (DOC) staff.

### II. POLICY

It is the policy of the (DOC) to establish and maintain high standards of training for all Correctional officers guided by the standards of the American Correctional Association and other related and recognized professional associations.

### III. DEFINITION

**Training Officer:** Determines the type, quantity and quality of training programs needed for all personnel, establish training record for all employees, and will ensure that all training requirements are met annually. In doing so, the officer In-Charge of the Training Section will devise a training matrix depicting all training programs required to be attended and successfully completed by all officers. The matrix will be posted in plain view and updated on a weekly basis. This matrix will serve as an instrument to easily monitor and schedule training programs for all personnel.

### IV. PROCEDURES

Training provided to the DOC Officers includes typical classroom instruction, as well as, other recognized instructional techniques. Staff will be assigned to the Training Section according to departmental needs. Training objectives will be established, including written, specific goals expected for the successful completion of the training programs. All training programs will include established requirements for completion, attendance recording, and a system for the recognition of successful completion. All employees will

receive training consistent with the needs of their respective job classification and fitting to their work. It shall be detailed enough to enable personnel who supervise inmates and detainees to be thoroughly familiar with the rules of conduct, the rationale for the rules, and the sanctions available.

### A. Training Methods

The Training Officer is responsible for planning and coordinating all training programs to conform to this policy. DOC staff will provide training in all categories, but may rely on subject matter experts for specific training sessions. The Training Officer may utilize the following training options:

- National Institute of Corrections training packages and programs
- Certified instructors and speakers within the Department of Corrections
- Subject specialists (emergency medical technicians, fire personnel, and other similar experts)
- Police Academy staff and facilities
- Audio-visual programs
- Northern Mariana College (NMC)
- Training programs offered by or with other agencies

### B. Training Categories

The following categories of training will be established:

- Initial training for all staff will start upon employment with the Department
- Annual refresher training for all staff to maintain minimum competency in necessary job skills
- Emergency training for all personnel
- Other specialty training mandated by statute, standards, or regulation or deemed appropriate for the improvement of facility operations

### C. Minimum Criteria

The Training Officer, with the input from the Commissioner of Corrections, will develop a mandatory minimum training curriculum for the following categories of personnel: S/he will determine the location of where the programs will be conducted. The area selected will be conducive to learning the program and appropriate in size to accommodate the number of staff being trained. All in-service training will be conducted in the facility's training room.

#### 1. Non-Correctional Employees with Inmate Contact

All new full-time employees, including professional specialists and support staff with significant inmate/detainee contact, will receive 40 hours of correctional training prior to independent assignment on a particular job. A total of 40 hours of training will be provided during the first year of employment and 40 hours every year thereafter. Support Staff typically include employees in health services,

industrial and vocational programs, mechanical areas and food services. Training topics for employees in this category will include:

- An overview of Corrections
- An overview of the Department's mission, and goals
- DOC's rules and regulations
- Security procedures, inmate and detainee discipline
- Emergency procedure (fire, natural disasters, escape, hostage taking)
- A review of employee rights and responsibilities
- A review of working conditions and regulations
- Specific job information as needed
- Task Orientation

Training may also include additional course content designed to sharpen the employee's ability in dealing with facility related activities.

2. **Administrative and Managerial Staff**

All Administrative Staff will be required to receive 40 hours of training in addition to orientation training during the first year of employment. All employees in this category will also be required to receive 40 hours of training annually thereafter. Training topics include:

- General Management
- Labor Law
- Employee/Management relations
- The Criminal Justice System
- Public Relations
- Emergency Procedure (fire, natural disaster, escape, hostage taking)
- Facility Orientation

3. **Correctional Officers Training**

A total of 280 hours of training will be required to new correctional officers. This includes 32 hours of CPR training and 80 hours of On-the-Job-Training (OJT). In addition, 40 hours of in-service training every year thereafter. Other specialized training will also be made available to officers assigned certain duties. Correctional Officer basic training modules and OJT topics include the following:

- Department of Corrections Organization
- Time and Attendance
- Department of Corrections Rules and Regulation
- DOC Standard Operating Policies and Procedures
- The US-CNMI Consent Decree
- ACA Standards applicable to the CNMI Department of Corrections
- Fire Safety
- Searches
- Suicide Prevention

3

- Interpersonal Communication Skills
- Principles of Direct Supervision
- Ethics in Corrections
- Communicable Diseases
- Report Writing
- Defensive Tactics
- Use of Force
- Use of Restraining Devices
- Firearms Training
- PR-24 Baton Training and Certification
- Chemical Agent (Oleoresin Capsicum) Training and Certification
- CPR Training and Certification
- Intake and Booking Procedures
- Release Procedures
- Post Procedures
- Escorting
- Court Appearances
- Inmate Rights and Responsibilities
- Facility Security

In-service and specialized training includes:

- DOC's Policies and Procedures
- Inmate Objective Classification
- Firearms Training
- Inmate and Prison Environment
- Hostage Survival
- Emergency Response Training
- Health and Medical Training
- Facility Security
- Training offered by the Office of Personnel Management
- Training offered by the Training and Development Unit
- Training offered by the National Institute of Corrections

4. **Part-Time and Contract Employees**

Orientation for part-time, volunteer and contract personnel, such as providers of educational and religious programs, caterers, and maintenance personnel will be appropriate to their needs. It shall be based on prior experience, frequency of contract with inmates and detainees or other service recipients and program responsibility. The training shall be provided by the training officer may include:

- Institutional Mission and Philosophy
- Basic Security Procedures (relating to inmates and detainees accountability, tools, keys, and contraband)
- Ethical Conduct
- Rules and Discipline for Inmates and Detainees

4