

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | Training and Staff Development | Annual Refresher Training | 1.4.2 | |
| **ACA Standard** | 3-ALDF-1D-01  Training and Staff Development | | | |
| **Consent Decree** | Paragraph 53   Train corrections staff in professional corrections practices. | | | |

### I. PURPOSE

To describe procedures for scheduling Annual Refresher training programs to all Department of Corrections (DOC) staff.

### II. POLICY

It is the policy of the (DOC) to provide annual refresher training to its staff so as to enable them to carry out their duties and responsibilities in the most efficient manner.

### III. PROCEDURES

Annual refresher training will be scheduled in coordination with the Training Officer and the Captain for Operations and will be provided at time that will minimize disruption of institutional operations. All staff will be required to participate and successfully complete this training program.

Correctional officers, support staff, and all other staff who have direct offender contact will have a minimum of forty (40) hours of refresher training annually. This training will include the following topics:

- Security Procedures
- Accountability and Supervision of Inmates and Detainees
- Report Writing
- Fire Emergency Procedures
- Firearms Training and Certification (for personnel authorized to carry firearms)
- Key and Tool Control
- Interpersonal Communication Skills
- First-Aid and CPR
- Chemical Agents (Oleoresin Capsicum) Training and Certification
- Use of Force
- Hostage Policy

- Inmate/Detainee Rights and Responsibilities
- Communicable Decease
- Fire arms proficiency

The training may also include additional courses required to enhance job skills in the employee's specialty area. This includes, but not limited to training programs from the Office of Personnel Management (OPM) and other recognized law enforcement organizations.

Staff with minimal offender contact will receive sixteen (16) hours of refresher training annually. This training will include a minimum of the following:

- An Overview of Corrections
- An Overview of the Departments Mission, Goals, Policies and Procedures
- Institutional Programs
- Facility Security
- Emergency Procedures
- On-the-job Training

The Training Officer will be responsible for the following:

- Coordinate and schedule all trainings required annually
- Establish individual training record for each employee.
- Order only those training materials approved by the Director.
- Keep-up with the latest corrections standards and best practices from ACA or other recognized law enforcement agencies.
- Keep posted in any correctional issue
- Implement any needed training for employees

The Commissioner and/or Director of Corrections may amend this Standard Operating Procedure to be in accordance with the General Training Standards. The Training Officer will ensure that all employees are in compliance with these procedures.

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the Personnel Service System Rules and Regulations preside over this policy and procedures.

Prepared By: _____          10-25-07
John M. Ayuyu                                  Date
Deputy Director

Reviewed By: _____          10/25/17
Gregory F. Castro                              Date
Director of Corrections

2

Approved By: _____  	10/31/07
Lino S. Tenorio                      	Date
Commissioner of Corrections