

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | Training and Staff Development | Emergency Training | 1.4.5 | |
| **ACA Standards** | 3-ALDF: 1D-17 Use of Force; 1D-18 Use of Firearms; 1D-19 Use of Chemical Agents | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

### I. PURPOSE

To describe the emergency training programs required to be attended by designated Correctional Emergency Response Team.

### II. POLICY

It is the policy of the Department of Corrections (DOC) to provide training annually to all staff that is to be responding to institutional emergencies.

### III. PROCEDURES

As part of the initial and refresher training, the Department will provide training that will enable employees to perform effectively during emergency situations. All corrections officers will be provided a minimum of 16-hours Emergency Training prior to assignment to position. Training will include at a minimum the following:

- Escape Procedure
- Riot Control
- Hostage Policy
- Fire Emergency Procedures

The Training Officer will develop specific training program plan that outlines supplementary instructional programs and materials for staff involved in emergency programs.

#### A. Use of Force

Use-of-Force and defense tactics training is required to all correctional officers. The following training programs are required:

- Use-of-Force Continuum
- Compliance with appropriate medical and physical limitations (tests?)

### B. Use of Firearms

All employees authorized to carry and use firearms will be provided a thorough firearms safety and proficiency training prior to assignment to posts involving the possibility of firearms use; this is to include escort, transportation of inmates/detainees, escape pursuit, or posts where firearms are authorized for use. Successful completion of the training for personnel assigned to these posts will include the following:

- Basic pistol and rifle course (whichever is appropriate), to include qualifying with a proficiency score at or above the minimum score set for qualification of that firearm;
- Instruction on the use, care and handling of firearms including, rifles, and shotguns.

### C. Use of Chemical Agents (Oleoresin Capsicum)

Chemical Agent training will be required for correctional officers and those employees specifically authorized to use chemical agents in the performance of their duties. At a minimum, training will include the following:

- Specific instruction regarding use and precautionary measures of the product specified by the manufacturer.
- Justified use of chemical agents
- Recommended use and restriction of chemical agents
- Care and Treatment for individuals exposed to chemical agents
- Reporting the use of chemical agents

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the Personnel Service System Rules and Regulations preside over this policy and procedures.

Prepared By: _____     10-25-07
Maj. John M. Ayuyu                                Date
Deputy Director, DOC

Reviewed By: _____     10/25/07
Gregory F. Castro                                 Date
Director of Corrections

2

Approved By: _____          12/01/07
             Lino S. Tenorio                   Date
             Commissioner of Corrections