


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | Training and Staff Development | Use of Force Using ASP or PR-24 Batons | 1.4.6 | |
| **ACA Standards** | ACA Standards 3-ALDF: <u>1D-17</u> Use of Force; <u>3A-25</u> Use of Chemical Agents, Disablers and Other Devices; <u>3A-28</u> Submit Written Report; <u>2G-04</u> Security Equipment Storage | | | |
| **Consent Decree** | <u>Paragraph 54</u> Develop Facility Policy and Procedures | | | |

### I.   PURPOSE

To establish guidelines that will be used in training correctional officers on the use of force using Monadnock, Protect and Restraint (PR)-24 and/or Armament Systems Procedure, Inc (ASP) Expandable Baton.

### II.   POLICY

It is the policy of the Department of Corrections (DOC) for all correctional officers to be trained and certify in the use, carry and maintenance of PR-24 and/or expandable baton. Use of these non-lethal weapons as defensive tactics are authorized when officers respond to institutional disturbances order to safely and successfully manage and control the unwelcome situation at hand. All officers and authorized personnel are required to abide with the SOP on the Use of Force when using these equipment.

### III.   PROCEDURES

The Training Officer is responsible to ensure that all correctional officers are trained with the use and maintenance of expandable baton or PR-24 baton and annually thereafter, if required by the manufacturer. This training program will include the department's use of force policy. S/he must ensure Baton Instructors are current in their Baton Instructor certification by the Monadnock and or ASP, whichever is applicable.

#### A.   Training

1. Initial training for both types of batons is included in the 40-hours defense tactics course. It includes the following at a minimum:

1

- Justifiable use and appropriate use of force
- Arm locks for subject control
- Blocking skills
- Active Defensive skills
- Types of draws
- Retention skills
- Stance and pattern of movement
- Methods of carrying

2. The Training Officer will schedule an annual eight (8) hours re-certification course for all correctional officers.

3. The Training Officer will ensure that a certification certificate is issued to officers that successfully completed the training.

4. A copy of the certificates will be filed in the officer's personnel jacket.

**B.     Storage and Control**

A supply of PR-24 and expandable batons will be stored in the Armory. Inventory and distribution of batons will be controlled by the Security officer, however, ordering and distribution of batons must be approved by the Director. Excess equipment must be kept in a manner that makes them readily available for inventory and distribution purposes.

**C.     Use of PR-24 and/ or Expandable Batons**

1. Use of Batons must be reported. At anytime an officer uses any type of baton to control any type of disturbance, he/she must submit an incident report to the Shift Commander prior to the end of that shift. A copy of the report will be submitted to the Operations Captain, the Deputy Director, Director and Commissioner of Corrections. At a minimum, the report should describe include the normal reporting elements, WHO, WHAT, WHERE, WHEN, WHY and HOW, including type of medical treatment required as a result of the incident.

2. The Commissioner of Corrections will determine whether or not an investigation will be initiated for more information and decision, if required.

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the Personnel Service System Rules and Regulations preside over this policy and procedures.

Prepared By: _____           10-25-07
             Maj. John M. Ayuyu                 Date
             Deputy Director, DOC

2

Reviewed By: _____  　　　　　　　　　　 10/25/07
　　　　　　　　Gregory F. Castro　　　　　　　　　　　　　　　　　　　Date
　　　　　　　　Director of Corrections

Approved By: _____  　　　　　　　　　　 10/31/07
　　　　　　　　Lino S. Tenorio　　　　　　　　　　　　　　　　　　　　Date
　　　　　　　　Commissioner of Corrections

3