



*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

# DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061  Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | Citizen and Volunteer Involvement | Citizen Involvement and Volunteers | 1.7.1 | |
| ACA Standards | ACA Standards 3-ALDF:1G-01 Qualified Person Coordinates Volunteer Service Program; 1G-02 Line of Authority for Citizen Involvement and Volunteer Service Program; 1G-03 Screening and Selection of Volunteers; 1G-04 Official Registration and Identification for Volunteers; 1G-05 Volunteer Perform Professional Service when Certified; 1G-06 Volunteers Compete Training Program Prior to Assignment; 1G-07 Volunteers Agree to Abide by the Rules Relating to Security and Confidentiality; 1G-08 Current Schedule of Services is Available to All Inmate/Detainees | | | |
| Consent Decree | Paragraph 54, Develop Facility Policies and Procedures | | | |

I.  **PURPOSE**

To describe the programs that will be used in the Department of Corrections facility to facilitate the us of volunteers.

II. **POLICY**

It is the policy of DOC to include the use of non-staff resources, primarily volunteers, to provide services for the benefit of staff, inmates and detainees

III. **DEFINITION**

**Volunteer:** Any person who, by his or her own free will, provides services with no monetary or material gain.

IV. **PROCEDURES**

All volunteers providing professional services must be certified or licensed for the service he or she is providing for the facility. Volunteers will be under the general supervision of the Program Coordinator when providing service in the facility. All volunteers are required to receive 16-hours of orientation and training prior to assuming their duty in the facility and 16-hours of re-orientation every year thereafter.

1

### A. Types of Volunteers

Types of volunteers are categorized into two categories:

1. Regular volunteers are those who come in the facility for more than once a month.

2. Short-term volunteers are used on an infrequent basis and only called on a needed basis.

### B. Orientation and Training

Volunteers are required to have 8 hours of orientation and training prior to assuming assignment in the facility, and will receive 8 hours annual refresher training every year thereafter.

At a minimum, orientation and training will include the following:

1. Policy Orientation
2. Department of Corrections Rules and Regulation
3. Task Orientation
4. Facility Security
5. Emergency Procedure (fire, natural disaster, escape, hostage taking)
6. Department of Corrections Organization

### C. Functions of Volunteers

Functions of volunteers will be assisting the needs of inmates/detainees and the facility by providing the needed service. Volunteers provide, at a minimum, the following:

1. GED and ABE
2. Religious Service
3. Drug and Alcohol Counseling
4. Parenting Anonymous
5. Community Outreach Program

The services of volunteers may supplement, but not supplant service, activities, and functions of employees of the facility. Recruitment of volunteers may include the media, educational facilities, public agencies and individuals.

### D. Coordination

The Program Coordinator will serve as the Volunteer Coordinator, overseeing the recruitment, screening, orientation, and actual supervision and setting of schedules of all volunteer programs. Scheduled periodic meetings will be conducted for all volunteers to seek suggestions for improving programs and also to discuss any concerns. Minutes will be recorded for documentation purposes.

### E. Eligibility

Any person requesting to be in the volunteer program must meet the following requirements:

1. Must be 21 years of age and older and sufficiently mature to handle the responsibilities of a volunteer.
2. Have no criminal record
3. No history of mental illness
4. Provide credentials for specific services, if applicable
5. Complete required orientation and training

### F. Application and Processing

Individuals wanting to be volunteers must submit a written request to the Program Coordinator, stating the type of program to offer and also submit schedule proposal of the program. The Program Coordinator will review request and will make a recommendation to the Commissioner of Corrections for approval or not. Volunteers will be informed in three to five business days of the result of the request. If approved, the requesting volunteer must meet with the Program Coordinator regarding conditions of the program.

### G. Briefing and Supervision

Approved volunteers will be briefed on all pertinent rules and procedures, particularly the hostage policy, confidentiality of information gained through their program, chain of command, and their responsibilities to staff. Volunteers will be under the supervision of a shift commander when in the facility performing duties as volunteers. All volunteers will agree in writing to abide with all institutional rules, especially those relating to facility security and confidentiality information. Inmates/detainees will be advised that volunteers will enforce all rules and regulation when programs are in session and will terminate the program in the event that any problem arises.

### H. Termination

Volunteers may be terminated for cause or prohibited from entering the facility pending any bona-fide investigation. In the event the volunteer is involved in any pending investigation, he/she will be advised in writing by the Commissioner of the reason administrative action is being taken. The reason may include the following:

1. Breach of Security
2. Breach of Confidentiality
3. Unlawful conduct with institutional rules and regulation
4. Improper contact with inmates/detainees
5. Physical or emotional illness
6. Not willing to cooperate with staff members
7. Not reliable in meeting program schedule
8. Any activity that threatens the facility's order or security of volunteer safety

## I. Recognition

Recognizing the contribution and achievement of a volunteer participant is very important to any volunteer program and as well as to the inmates/detainees. Certificates may be presented at a suitable ceremony to recognize any achievement or award.

## J. Other Information

Available volunteer programs for inmates/detainees will be posted in all housing pods and the Booking area. At no time shall volunteer programs be removed or modified without the approval of the Program Coordinator.

The DOC recognizes that applicable CNMI/Federal laws and provisions of the Personnel Service System Rules and Regulations preside over this policy and procedures.

Reviewed By: _____  12/11/07
Gregory F. Castro                                Date
Director of Corrections

Approved By: _____  12/11/07
Lino S. Tenorio                                  Date
Commissioner of Corrections

4