

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Physical Plant | Environmental Condition | Environmental Conditions | 2.4.1 | |
| ACA Standards | 3-ALDF-2D-05 Dayrooms Have Transparent Glazing to the Outside; | | | |
| Consent Decree | Paragraph 54 Develop Facility Policies and Procedures. | | | |

## I.    PURPOSE

To describe minimum requirements for environmental conditions in the facility.

## II.    POLICY

It is the policy of the Department of Corrections to ensure that all areas of the facility are operated in an environment that is in compliance with applicable standards, particularly those of the American Correctional Association. The establishment and maintenance of these levels will be documented in required annual inspections, and the Maintenance Unit Supervisor will maintain record of inspections.

## III.    DEFINITIONS

**Dayroom:** Space for activities that is situated immediately adjacent to the inmate sleeping areas and separated from them by a wall.

**dBA scale:** A system for measuring the relative loudness of sound.

**Footcandle:** A unit for measuring the intensity of illumination, defined as the amount of light thrown on a surface one foot away from the light source.

## III.    PROCEDURES

Consistent enforcement of code and standard-compliant design and construction standards will provide inmates/detainees and staff with proper environment in which to live and work.

1

## A. Design Considerations

### 1. Lighting

a. Lighting throughout the facility is determined by the task performed in that area. All interior finishes and color and type and placement of windows and lighting took lighting factors and needs into account. Light levels in other areas are appropriate to the activity to be conducted. The establishment and maintenance of these levels will be documented in required annual inspection. The Maintenance Unit Supervisor will maintain record of those inspections.

b. Interior lighting of at least 20 foot-candles is provided at desk level and in the personal grooming area.

c. All inmate cells have access to natural light.

d. Inmates in the general population who are confined in their rooms/cells for 10 or more hours daily have access to natural light by means of a window of at least three square feet with a view to the outside.

e. Inmates in the general population who are confined in their rooms/cells for less than 10 hours daily have access to natural light by means of a window of at least three square feet with a view to the outside.

### 2. Dayroom

a. Each dayroom is provided with a minimum of 12 square feet of transparent glazing with a view to the outside.

b. In dayroom areas, there is a minimum of 12 square feet of transparent glazing with a view to the outside and an additional 2 square feet of glazing for each inmate/detainee whose cell does not contain an opening or window with a view to the outside.

### 2. Noise Levels

Noise levels are kept at and not exceed 17 decibels in the daytime and 45 decibels at night.

### 3. Air Circulation

There is at circulation of at least 15 cubic feet of outside air or re-circulated filtered air per minute per occupant in all inmate/detainee living areas, staff offices, and dining areas.

2

Emergency backup systems for ventilation are available in the event of power failure. A minimum of four air changes per hour will be provided in all areas especially the cells and toilet facilities.

Temperatures in each distinct housing and program area are maintained at levels that are appropriate weather conditions.

## 4. Smoking

The Facility is a smoke free facility. The Maintenance Unit Supervisor will identify areas for staff to smoke in the immediate vicinity of the workplace. Inmates/detainees are NOT PERMMITED to smoke.

## 5. Records of Compliance

All facility environmental features and all renovation and construction that affect such features conform to applicable federal, state, and local building codes. In those areas where a license or permit is not issued for specific construction or renovation, letters or certificates of compliance with applicable codes were obtained and maintained on file by the Maintenance Unit Supervisor.

Reviewed By: _____          __12/11/07__

Gregory F. Castro                                         Date
Director of Corrections


Approved By: _____          __12/11/07__

Lino S. Tenorio                                           Date
Commissioner of Corrections