


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Physical Plant | Program and Service Areas | Program and Service Areas | | |
| Reference | ACA Standards 3-ALDF: 2E-01 Exercise Area for General Population Inmates; 2E-02 Minimum Exercise Space Requirements for Segregation Units; 2E-03 Visiting Room Provided; 2E-04 Classrooms; 2E-06 Food Preparation Area; 2E-07 Food Storage; 2E-08 Sanitation and Hygiene; 2E-09 Housekeeping; 2E-10 Clothing and Supplies; 2E-11 Personal Property; 2E-13 Commissary/Canteen | | | |
| Consent Decree | Paragraph 54 Develop Facility Policies and Procedures | | | |

I.  **PURPOSE**

To describe minimum space and other related requirements for various program and service areas within the Department of Corrections (DOC).

II. **POLICY**

It is the policy of DOC to provide inmates/detainees various program and service areas in compliance with applicable standards, particularly those of the American Correctional Association (ACA).

III. **PROCEDURES**

   A. **Outdoor Recreation and Activity Area**

   Each of the four housing pods is equipped with an outdoor recreation and activity area that inmates/detainees have access to on a daily basis, if weather permits. The outdoor recreation area is designed for basketball and similar activities. It is also designed to allow inmates/detainees to have access to fresh air. Toilet is available within each outdoor recreation and activity areas.

   B. **Visiting Area**

   DOC permits inmates/detainees visits with family members, friends, attorneys, bible studies, ministers, instructors, counselors, mental health personnel, and diplomatic officials provided such visitation would not and does not jeopardize the safety and security of the facility or the visitor.

The facility is equipped with visiting areas that allows contact and non-contact visiting in a relaxed setting that permits normal interaction between inmates/detainees and visitors. Such visiting areas include the following:

1. Non-Contact: The non-contact visiting area has 20 stalls. This area is equipped with appropriate lighting, air circulation, and each stall is auditory fitted.

2. Attorney-Client Non-Contact: There are four rooms available for Attorney-Client non-contact visitation. Each room provides for confidential attorney visits. A paper passage is available in each room for the exchange of legal documents. Appropriate lighting, air circulation and auditory equipment are available in each room.

3. Contact: Contact visitation room is available in the facility. It has 4 tables and 4 chairs to each table. This room is used for approved contact visits. Appropriate lighting and air circulation is available in this room.

C. **Multipurpose Rooms**

A multipurpose room is available in each of the four (4) housing pods. It is separated from the housing units. The multipurpose rooms are furnished with tables and chairs sufficient for inmates/detainees use when scheduled. It is also furnished with a table and chair for use by instructors, volunteers, program providers, and religious providers. Multipurpose rooms are handicapped accessible. The rooms have adequate space and furnishings to allow for a variety of activities such as:

1. Reading
2. Writing
3. Television
4. Educational programs
5. Religious activities
6. Tutoring Services
7. Watching television
8. Playing cards
9. Chess, scrabble, or other board games

D. **Food Preparation, Service and Storage Areas**

The facility's kitchen provide accommodation for food preparation, service and storage. The kitchen must be kept at all times in a sanitary, temperature-controlled condition. It is equipped with industrial food processing equipment and food storage areas such as:

1. Coolers
2. Dry Goods Space
3. Freezer

2

4. General Storage
5. Ice Maker
6. Meat Slicer
7. Blenders/Mixers
8. Stoves
9. Ovens
10. Dishwasher
11. Assembly station for cooked meals to be served to housing units
12. Assembly station to prepare meals to be cooked

The facility's kitchen includes an office space for the kitchen staff and/or nutritionist/dietician. It has separate toilet and wash rooms for inmates and staff use.

**E. Custodial Storage Rooms**

Each custodial storage room within the facility is designed to store janitorial and light maintenance supply. The rooms have storage racks for brooms and mops, a wash basin, and shelves for cleaning supplies.

It is the policy of DOC to ensure that all equipment not being used at all times, be stored in the custodial storage rooms which will be maintained in a clean and orderly condition. Custodial storage rooms are located within the following areas:

1. Administration
2. Housing Pod 1
3. Housing Pod 2
4. Housing Pod 3
5. Housing Pod 4
6. Kitchen
7. Medical Station
8. Booking / Property Corridor
9. Main Corridor

Custodial storage rooms will only be used to store items and/or equipment such as cleaning supplies and materials (e.g. brooms, mops, buckets, extension cords, recreational equipment, etc).

**F. General Storage Room**

The general storage room is located at the end of the Prison Industry Corridor. It is designed to provide greater accommodation for office and operational supplies, bedding supplies, clothing, sanitation and hygiene supplies, and other supplies that are issued daily.

3

### G. Personal Property Storage

The inmates/detainees personal property storage area is located at the Booking/Release area. The storage area is furnished with lockers. Upon admission of an inmate/detainee into the facility, all personal items not permitted in the housing unit areas will be stored in an assigned locker. (See policy on Inmates/Detainees Personal Property).

### H. Commissary

The Commissary is located within the secured area of the facility across from the Laundry Room. It is centrally located to allow for efficient delivery of items to the housing pods. Commissary services are provided to the inmates/detainees so that they may buy certain personal and food items not provided by the DOC.

Reviewed By: _____     12/11/07
              Gregory F. Castro                                         Date
              Director of Corrections

Approved By: _____     12/11/07
              Lino S. Tenorio                                          Date
              Commissioner of Corrections