

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

### DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|-----------|-------------|
| Physical Plant | Administrative and Staff Areas | Administrative and Staff Areas | 2.6.1 | |
| Reference | ACA Standards 3-ALDF: 2F-01 Administrative Areas; 2F-02 Staff Areas; 2F-03 Accessibility to the Handicapped | | | |
| Consent Decree | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PUPOSE**

To describe the minimum space, furnishing, and other related space for the administrative, security, professionals, and clerical staff areas of the facility.

II. **POLICY**

It is the policy of the Department of Corrections to ensure that all administrative and staff areas of the facility are functional for the intended purpose and built and maintained in compliance with applicable standards, particularly those of the American Correctional Association.

III. **PROCEDURES**

Consistent enforcement of code and standard-compliant design and construction standards will provide staff with efficient working conditions. Design and planning activities will focus on incorporating the above requirements and other associated code, statutory, and standard-required features. Before approving all future projects, the Commissioner will review relevant plans and ascertain design staffs certify compliance with this policy.

**A. Administrative Areas**

Space is provided in the facility for administrative, security, professionals, and clerical staff. The space includes the following:

1. Public Lobby
2. Public Restroom
3. Public Search room
4. Public Lockers (12)
5. Gun Locker
6. Receptionist/visitors area
7. Visitation Officers Post

8.  Clerical Support Area
9.  Conference Room
10. Staff Break Room
11. Staff Rest Room
12. Male Staff Locker Room
13. Female Staff Locker Room
14. Record Room
15. Computer Room
16. Custodial Room
17. Staff Exercise Room
18. Amory
19. Training/Briefing Room
20. Office Supply Room
21. Offices for the following:
    a.  Commissioner
    b.  Director
    c.  Major
    d.  Operations Captain
    e.  Program and Support Captain
    f.  Administration Officer
    g.  Accounting Clerk
    h.  Program Officer
    i.  Training Officer
    j.  Safety and Security Officers

## B. Staff Areas

Spaces are provided in the facility for the officers to privately change clothes and shower, which are located in the administrative area of the facility. Staff/Officers toilets and washbasins are available in the work areas throughout the facility. Staff/Officers' dinning/break room is also available in the facility-adjacent to the kitchen-with appropriate vending machines, tables, chair, a microwave and other items so as to provide the staff/officers with a place to relax while on lunch or other breaks. In addition, an exercise room with equipments, which is located in the administrative area of the facility, is provided for the staff/officer. This is accessible to off duty staff and officers.

## C. Handicapped Accessibility

The facility is accessible for handicapped staff or visitors, consistent with security and safety needs. Public areas of the facility are accessible by handicapped individuals, and all designs are in compliance with the Architectural Barriers Act of 1968.

Reviewed By: _____     _____
Gregory F. Castro                              12/11/07
Director of Corrections                           Date

Approved By: _____     _____
Lino S. Tenorio                                12/11/07
Commissioner of Corrections                       Date