

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Physical Plant | Safety and Security | Physical Security of the Institution | 2.7.1 | |
| **Reference** | ACA Standards 3-ALDF-2G-01-05 Physical Security of the Institution ||||
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures ||||

### I. PURPOSE

The purpose is to describe minimum physical security requirements of the facility.

### II. POLICY

It is the policy of the Department of Correction (DOC) to ensure the safety of the public and the security of the institution through an appropriately designed and executed physical plant supported by a through body of operational practice.

### III. PROCEDURES

A. **Security Design Issue**

General design considered for the facility include the following:

1. Ensure the integrity of the control center, inasmuch as control center operations are critical to the security of the institution. (See also policy on Control Center Operations).

2. Ensuring perimeter security features that ensure inmates/detainees are not able to escape the institution and that unauthorized persons do not enter the facility. (See also policy on Perimeter Security).

3. Facilitating the secure, safe operation of all entrance and exits. (See also policy on Entrance Procedures).

4. Ensuring adequate security equipment storage. (See also policy on Emergency Equipment and Armory Operations).

5. Ensuring adequate fire and emergency exits are in place. (See also policy on Fire and Life Safety)

1

**B. Environmental Issues**

All facility environmental features and all renovation and construction that affect such features conform to applicable federal, state, and local building codes. In those areas in which a license or permit is not issue for specific construction or renovation, letter or certificates of compliance with applicable codes are obtained and maintained on file.

Reviewed By: _____  12/11/09
Gregory F. Castro                              Date
Director of Corrections

Approved By: _____  12/11/09
Lino S. Tenorio                                  Date
Commissioner of Corrections