


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Physical Plant | Security | Use of Parking Spaces | 2.7.2 | |
| ACA Standard | 3 ALDF 1A-14 Standard Operating Procedures | | | |
| Consent Decree | Paragraph 54, develop facility policies and procedures | | | |

## I. PURPOSE

To establish guidelines in the use of department parking lots available for staff, visitors and department vehicles.

## II. POLICY

It is the policy of the Department of Corrections (DOC) to provide appropriate and designated parking spaces for its staff, visitors, and department vehicles.

## III. PROCEDURES

The department's designated parking areas are organized to accommodate the employees and visitors proper access into and out of the facility. Both parking area are equipped with security lights.

### A. Employees Parking Area

All employees must park their vehicles at the Employees Parking Area located at the back of the facility and is secured by a chain link fence to ensure safety and security of the parked vehicles.

### B. Visitors Parking Area

All visitors must park their vehicles at the Visitors Parking Area located within the front of the building. Due to security and safety reasons, visitors are not allowed to use the Employees Parking Area at any time, after the public parking spaces has been constructed.

C.  **Department Vehicles Parking Area**

All department vehicles will be parked at their designated parking spaces at the Employees Parking Area. Designation of parking spaces will be available for the following individuals and/or vehicles:

1. Commissioner of Corrections
2. Director of Administration
3. Director of Corrections
4. Deputy Director of Corrections
5. Captain of Operations
6. Parking spaces for each Department of Corrections vehicle

D.  **Handicapped Accessibility**

The facility is accessible for handicapped staff or visitors, consistent with security and safety needs. Public areas of the facility are accessible by handicapped individuals, and all designs are in compliance with the Architectural Barriers Act of 1968. All handicapped parking space for visitors and staff are marked and incompliance with applicable codes.

Reviewed by: _____    12/11/07
Gregory F. Castro                        Date
Director of Corrections

Approved by: _____    12/11/07
Lino S. Tenorio                          Date
Commissioner of Corrections

2