


**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Use of Restraints | 3.1.2 | |
| **ACA Standard** | 3-ALDF-3A-17 Use of Restraints | | | |
| **Consent Decree** | Paragraph 54 Develop Facilities Policies and Procedures | | | |

## I. PURPOSE

To establish guidelines for the safe and proper use of restraints on inmates/detainees who pose a danger to themselves and others.

## II. POLICY

The Department will utilize restraints on inmates/detainees as a precaution against escape during transfer, prevent self-injury, injury to other, prevent property damage and for the safety of the public. Restraints will not be applied for punitive or retaliatory purposes.

## III. DEFINITIONS

a. **Handcuffs:** Is a metallic device that encircles the wrists above the hands and link the wrists closely together, restricting arms and hands movement.

b. **Leg Iron:** Is a metallic device that encircles the ankles above the feet and link the feet closely together, restricting leg and foot movement and prevents running.

c. **Restraints:** Is any device designed to restrict the movement of the limbs or torso. Restraints are attached to the limbs or torso in such a way as to prevent their removal by the person being restrained.

d. **Belly Chains with Handcuffs:** Is a metal device that is secured around the waist above the hips restricting the torso and providing an anchor point to attach handcuffs to restrict the movement of arms more than handcuffing alone will permit.

e. **Plain Belly Chain:** Is a metal device that is secured around the waist above the hips restricting the torso and handcuffs in front to restrict the movement of arms more than handcuffing alone will permit.

1

IV. **PROCEDURES**

   a. **Training and Equipment**

      1. The Training Officer will ensure that all correctional officers are trained in the use of restraining devices.

      2. Training records will be kept on the file by the Training Officer.

      3. Only Department issued restraining device equipment will be used.

   b. **Use of Handcuffs**

      1. All inmates/detainees will be handcuffed when transporting, unless injury, medical condition, deformity, or other extenuating circumstances exist.

      2. Inmates/detainees will be handcuffed with hands behind the back and palms facing out.

      3. Inmates/detainees may be handcuffed with a belly chain. If a belly chain is used, the inmate's/detainee's hands will be secured in front.

      4. The handcuffs must be snug, but with sufficient slack to permit blood circulation and to avoid unnecessary pain and/or discomfort. The officer must be able to insert his/her index finger between the wrist and cuffs to check on the tightness of the handcuffs prior to double locking them.

      5. Handcuffs will be double locked by inserting the tip of the key into the small hole on the body of the handcuff and press downward. Repeat on the second cuff. Check both handcuffs by applying pressure and if they do not move, the handcuffs are double locked.

      6. When properly applied, the backs of the hands should be together, both palms facing out and both keyholes also facing out.

      7. To disengage the double lock, insert the key and turn the flag away from the subject's wrist.

      8. To release the single lock, turn the key flay in the opposite direction (back toward the subject's wrist).

      9. The handcuff case will not be worn in the area of the spine as a fall or impact could cause serious injury.

   c. **Use of Leg Irons**

      1. Leg irons will be used when transporting inmates/detainees outside the facility.

      2. Leg irons will be placed on the ankles with both keyholes facing up.

2

3. Leg irons must be double lock and must have sufficient slack to permit blood circulation to avoid unnecessary pain and/or discomfort.

4. The same procedure as the handcuffs is followed to disengaged and/or released the leg iron.

### d. Other Restraining Devices

1. Restraining devices such as restraint chair and/or straight jacket are prohibited unless authorized by the Commissioner of Corrections.

2. When their use is authorized, a medical staff will be requested to evaluate the inmate/detainee as necessary.

3. The inmate/detainee shall be subject to constant and direct visual monitoring by an officer during the entire period of restraint.

4. An incident report will be submitted to the Shift Commander by the end of the shift.

Prepared By: _____  10-22-07
John M. Ayuyu                                Date
Deputy Director of Corrections

Reviewed By: _____  10/22/07
Gregory F. Castro                            Date
Director of Corrections

Approved By: _____  10/23/07
Lino S. Tenorio                              Date
Commissioner of Corrections