

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Inmate/Detainee Transport Outside the Facility | 3.1.3 | |
| **ACA Standard** | 3-ALDF-3A-16 Transportation of Inmates Outside the Facility and Other Jurisdiction | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I. PURPOSE

To establish procedures and guidelines for correctional officers in transporting inmates/detainees outside the Department of Corrections facility.

## II. POLICY

To provide the necessary supervision and control of inmates/detainees who must be transported and escorted in the community.

## III. DEFINITIONS

a. **Detainee:** Is a person who has been arrested based on probable cause, for traffic and/or criminal offense. CNMI/FEDERAL Warrants of Arrest, Criminal/Civil Bench Warrants, Immigration status violations and a valid Parole/Probation Warrants.

b. **Inmate:** Is a person who has been ordered into the custody of the Department of Corrections by the CNMI Courts to be confined as an inmate or prisoner to serve his/her prison sentence.

c. **Restraints:** Means any device designed to restrict the movement of the limbs or torso. Restraint attach to the limbs or torso in such a way as to prevent their removal by the person being restrained.

## IV. PROCEDURES

Inmates/detainees being escorted outside the facility will be transported in a safe and humane manner under the supervision of experienced and trained officers. Escorting officers are legally responsible for the conduct of all inmates/detainees during the escorted trip. This is to include assault, escape, or any behavior of a negative nature.

A. **Escorting Inmates/Detainees**

1. Prior to any appointment outside the facility, inmates/detainees must be provided with their meals unless instructions are received for the inmates/detainees not to consume their meals prior to their appointments. Inmate's/detainee's meals must be made available upon their arrival back to the facility from their appointments.

2. Treat all inmates/detainees firmly but "politely."

3. Attempts will be made to transport inmates/detainees with minimum display, especially in public. As much as possible, maintain privacy without compromising security.

4. Never tell inmate/detainee when or where they are going.

5. Do not discuss travel plans in front of inmates/detainees.

6. Do not permit inmates/detainees to make telephone calls prior to escorting/transporting.

7. Ensure that all necessary documents are in order prior to leaving the facility.

8. Make all necessary appointments prior to the inmates/detainees leaving the facility. Verify through telephone to ensure that the appointment is not canceled or delayed.

9. All inmates/detainees shall wear proper uniforms prior to leaving the facility.

10. Check all personal belongings for contraband and/or weapons.

11. Never let the inmates/detainees out of your sight.

12. For the safety of the escorting officers, inmates/detainee should stay on the side of the officers, or the officers should be behind the inmates/detainees during escort. The escorting officers should be in control of the inmates/detainees at all times.

13. Never leave the inmates/detainees unattended. When allowing the inmates to use the restroom, leave the door ajar. Maintain privacy without compromising security.

14. Extra caution must be exercised during the final portion of the trip due to officer's fatigue and the inmate's/detainee's stress and anxiety.

15. No inmates/detainees are to be released to anyone without the proper documentation and written approval from the Courts, and/or the Commissioner of Corrections. Escorting officers will communicate with the Shift Commander prior to any release being made.

16. Female inmates/detainees will be escorted/transported by female officers.

17. Additional officers shall be provided to inmates/detainees who are considered dangerous, potential escape risks and during hours of darkness.

18. Escorting officers shall abide with the Superior Courts and Federal Court procedures regarding restraining devices. The Superior Court requires that all inmates/detainees restraining devices shall be taken off prior to entering the courtroom unless prior arrangements with the Judge and/or Court Marshall were made. The Court Marshal will be in-charge of the inmates/detainees while inside the Superior Courts. The Federal court requires that all inmates/detainees shall be transferred to the U.S. Marshal upon arrival at the federal court detention.

19. Escorting officers shall ensure that inmates/detainees are kept away from and prohibited to speak to family members and the media while escorting to and from the Courts and other appointments. Attorneys asking to speak to their clients after court hearing will be inform in a polite manner by the Escorting Officers to meet at the DOC. Attorneys can meet with their clients prior to court hearing.

20. Escorting officers shall prohibit inmates/detainees from smoking and or chewing betelnut. Escorting officers shall ensure that inmates/detainees display proper behavior while in public.

21. Inmates/detainees that will be transported will be instructed to leave all property and reading materials in their cells, except for authorized legal material.

22. Before transporting inmates/detainees, check the inmate's file to learn as much background information as possible on the inmates/detainees.

B. **Restraint Equipment**

1. All inmates/detainees that will be transported out of the facility, other than inmate workers, will be restrained in waist-chains and leg-irons.

2. Correctional officers will follow the Use of Restraints Policy and Procedures.

C. **Searching Inmates/Detainees**

1. All inmates/detainees that will be transported out of the facility will be searched prior to boarding the DOC vehicle.

2. All inmates/detainees will be searched by the officer applying the restraints.

3. Correctional officers will follow the Control of Contraband Policy and Procedures.

D. **Transportation Vehicles and Driving**

1. Prior to placing an inmate/detainee in the vehicle, the officer that will be driving the vehicle will search the vehicle using the following procedures:

3

a. Open all doors.

b. Start the search at the driver's position, by checking under the seat, between the front seats, and between seat cushions.

c. Move to the rear seat, check under floor mats, remove rear seat (if removable), if not, search between seat cushions.

d. Move to front passenger area, repeat same search procedure as before. Check glove compartment and any other storage spaces.

e. Items that could be use as a weapon should be removed from the vehicle. If any contraband or weapon is found during the search, it shall be turned in to the Shift Commander, with a report describing the circumstances.

f. The driver will check the condition of the vehicle using the Motor Vehicle Condition Report (MVCR) form.

g. An inmate/detainee should never be transported in a vehicle with obvious mechanical problems.

h. If the transporting vehicle is parked, the driver will engage the handbrake and lock the vehicle.

i. When leaving the facility, the driver will notify Central Control via radio of the mileage-out reading. When reaching the destination, again, the driver will radio Central Control of the mileage-in. The same procedure is repeated upon return to the facility.

j. While transporting, the officers will be alert at all times for any situation that may arise, be it from the inmates/detainees or from outside sources.

k. Under no circumstances will the driver deviate from the shortest possible route between the facility and the destination.

l. The driver will not make any unscheduled stops, or grant any such requests from the inmate/detainee.

m. Should the vehicle be stopped enroute for emergency reasons, the officer will radio and inform Central Control the reasons for stopping. The officers will take precautionary measures to ensure the inmates/detainees are safe.

E. **Inmates/Detainees to be Transported**

1. The transporting officers will secure their firearms in the gun lockers at the booking entrance gun lockers.

4

2. The transporting officer will radio the roving officer and request that the inmate/detainee be brought over to the Release Sallyport.

3. The roving officer will escort the inmates/detainees from the housing unit to the Release Sallyport.

4. The transporting officer will search the inmates/detainees in the search room at the Release Sallyport.

5. The transporting officer will follow the <u>Use of Restraints Policy and Procedures</u>.

6. The transporting officer will assist the inmates/detainees while getting into and out of the vehicle.

F. **Returning Inmates/Detainees from Transport**

When returning inmates/detainees from any transportation, the officers will:

a. Secure his/her firearm in the gun lockers located outside the booking entrance.

b. The transporting officer will escort the inmates/detainees into the Facility through the Release Sallyport.

c. Remove the restraints from the inmates/detainees.

d. The inmates/detainees will be searched at the Release Sallyport search room.

e. The transporting officer will radio the roving officer and request that the inmates/detainees be picked up at the Release Sallyport and escorted back to their assigned housing unit.

G. **Radio Communication**

1. Ensure that two-way radio communication is obtained.

2. Check the portable radio prior to leaving the facility to ensure that it is functioning properly.

3. Ensure that the battery is fully charged.

4. Transporting officers shall make a radio check to Central Control to ensure that the radio is operational.

5. Alternate means of communication must be considered should the primary method malfunction or become inoperative.

H. **Off-Island Escorting and Transporting**

1. Determine who is to be escorted off-island.

5

   a. Names of the inmates/detainees.

   b. Name of institution the inmates/detainees are to be sent to.

   c. Inmates/detainees should not be informed as to their scheduled departure.

   d. Obtain all documents such as Court Order, Order to Deliver, and airline tickets.

   e. Make inquiries to the off-island institution as to the closest airport.

   f. Have agency provide the names of the officers that will pick up the inmates/detainees upon arrival.

   g. Name of the carrier, flight number, date and time of departure and tentative arrival time at destination. The DOC Administration staff will assist in the purchase of airline tickets through the travel agent.

2. Once the escorting officers are determined by the Commissioner of Corrections, the following must be addressed:

   a. Escorting officers shall secure travel documents and per diem from the DOC Administration staff.

   b. All escorting officers will ensure that they are fully informed as to their duties and responsibilities while transporting the inmates/detainees to the institution.

   c. Contact the Chief of Security at the Saipan International Airport at least twenty four (24) hours prior to the date and time of departure and make appropriate arrangements.

   d. Escorting officers will make arrangements with the airline ticket counter in advance as to the time they should check in. Airline check-in should be accomplished just prior to boarding. Right after check-in, escorting officers and inmates/detainees must go directly to the passenger security screening.

   e. So that security will not be compromised, family members are not allowed to meet with the inmates/detainees prior to departure. The inmates/detainees should make arrangements with family members to meet at the facility prior to the scheduled departure. Family members are not to be informed as to when the inmates/detainees are to depart Saipan.

   f. Escorting officers will ensure that the inmates/detainees are escorted inside the airplane in an inconspicuous manner without compromising security.

   g. All concerned agencies such as office of the Attorney General, Criminal Investigation, Airport Police and the Secretary of Corrections will be notified prior to the inmates/detainees being transported to the airport.

6

    h. The Captain of Operations will call and inform the institution the inmates/detainees are to be transferred to, that the inmates/detainees departed Saipan and will be arriving on the date and time indicated on the travel itinerary.

    i. Upon arrival at the institution where the inmates/detainees are to be housed, the escorting officers will ensure that all documents such as Order to Deliver are signed and returned to the Department of Corrections.

    j. All equipment used for the purposes of transporting the inmates/detainees will be brought back to the Department of Corrections.

    k. Escorting officers will initiate a log entry noting all activities from the time the inmates/detainees are escorted from the facility until they are turned over to the institution they are to be housed in.

    l. Upon arrival on Saipan, the senior escorting officer will submit a written report to the Commissioner of Corrections regarding the travel indicating both favorable and unfavorable incidents during travel.

    m. All travel documents will be turned over to the DOC Administrative staff soon after arrival.

## I. Inmates/Detainees From Off-Island

1. When the Commissioner of Corrections determines that an inmate/detainee is to be picked up from an institution from off-island, the following will be accomplished:

   a. Determine the names of inmates/detainees that are to be picked up.

   b. Determine who is to provide the funding of the trip.

   c. Determine the travel itinerary.

   d. Determine the names of the escorting officers.
   e. Make necessary arrangements with the airline at the Saipan International Airport regarding pick up.

   f. Notify and arrange with the airport security as to the procedures in picking up the inmates/detainees.

   g. Follow the procedures in returning inmates/detainees from transport.

Prepared By: _____       10-22-07
                John M. Ayuyu                                                          Date
                Deputy Director of Corrections

Reviewed By: _____ 10/22/—
Gregory F. Castro                              Date
Director of Corrections

Approved By: _____ 10/23/07
Lino S. Tenorio                                Date
Commissioner of Corrections