

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|------------|-------------|
| Institutional Operations | Security | Control and Use of Keys | 3.1.4 | |
| **ACA Standard** | 3-ALDF-3A-21 Control and Use of Keys | | | |
| **Consent Decree** | III Fire Safety Paragraph 20 Provide Local Common Key Locks for Cells and Other Doors; Paragraph 21 Ensure That Emergency Keys are Accessible to Staff | | | |

## I.   PURPOSE

To describe the general procedures the Department of Corrections (DOC) will use to organize the inventory, storage, issue, distribution and handling of keys.

## II.   POLICY

It is the policy of DOC to maintain a key control program that provides maximum staff control over locks, keys, and locking devices; restricts access to sensitive keys; and enables prompt response to emergencies.

## III.   PROCEDURES

A.  The Deputy Director of Corrections is responsible for the overall operation of the key control program. He will designate a security staff that will manage the Key Control Program and ensure the staff receive the necessary training to manage it; The procedures outlined below is mandatory to be followed:

   1.  All correctional staff issued keys during his/her shift will maintain all those keys in his/her possession at all times. At no time will the keys be passed to anyone else.

   2.  Keys are to be carried and used as inconspicuously as possible and should be kept on the staff member's person at all times.

   3.  No key is to be duplicated by any staff member without the written approval of the Commissioner and or Director of Corrections. Correctional staff are not authorized to alter, mark, manufacture, or make impressions of keys. Any such incident will be reported

immediately in writing to the Shift Commander, the Captain of Operations and the Deputy Director of Corrections. Staff will be subject to disciplinary action in such instances.

4. No key is to be taken outside the facility without the written approval of the Commissioner or Director of Corrections. Any staff inadvertently carrying keys home will be contacted immediately and required to return the keys to the facility promptly.

5. Correctional staff will only carry keys listed on the key assignment list for his/her assigned post.

6. Staff will avoid reference to key numbers or any identifying information in the presence of inmates/detainees.

7. Staff must avoid dropping keys; keys must be exchanged hand-to-hand, never tossed or thrown.

8. Force will not be used to operate locks; if a lock does not function easily, staff must report the malfunction to the Shift Commander, Captain of Operations and Deputy Director of Correction immediately.

9. Staff will not attempt to repair locks; only the locksmith or a certified employee should do this. The certified employee should check all keys annually or as required to ensure that they are functional.

10. Only staff may be issued or handle keys; Under no circumstances will inmate/detainee or other unauthorized person be issued keys of any type.

11. The key count will be verified when exchanging keys from one employee to another, confirming the actual key count against the key assignment list.

12. All broken keys and locking devices will be reported to the Shift Commander immediately. The Shift Commander will submit a written report of the incident up the chain of command via the Captain of Operations.

## B. Master Key Box

1. A secured master key storage box will be located and maintained in Central Control.

2. The key box will have hooks to hang the keys and will be properly labeled so as to indicate the correct location of keys for easy accountability and inventory purposes.

3. All key hooks with labels will be filled at all times unless the key is issued out.

4. The master key storage box has a copy of all keys used in the facility.

2

5. The master key storage box will have within its content a physical plant plan indicating the lock number of each door in the facility.

6. Another master key box with duplicate keys for door locks of the facility is located in the administration building.

7. All emergency and restricted keys are locked in the master key box in the Central Control at all times unless there is an emergency.

8. The key box is locked at all times.

9. Only the officer in charge of Central Control may remove keys from or return them to the box.

10. Any staff requesting use of keys from the master key box must sign them out on the key checkout log that is kept in Central Control. (see pages 5 & 6)

11. The Central Control staff will inventory all keys in the master key box at the beginning of each shift to ensure that all keys are accounted for.

12. The Central Control staff will immediately report to the Shift Commander and Operations Captain any missing keys.

13. In the case of missing keys there will be an automatic lockdown of all inmates/detainees and corrections staff will search for the missing key(s).

14. The Shift Commander will initiate appropriate searches until the key(s) are located. Normal operation will not be re-established without the approval of the Commissioner and/or Director of Corrections. The same procedures are applicable to keys that are stored in the administration building.

## C. Key Accountability

A key accountability system is established using forms for all keys. This form will indicate and track specifically type and number of keys assigned to each staff, as well as, determine at all times who has keys in their possession. During shift change the Central Control officer will inventory all keys in the master storage box and to account for all keys issued and returned throughout his/her shift. All keys received from the outgoing officer will be accurately logged on the Central Control log sheet. The duty officer will carry only keys assigned to the post. Any missing keys will be reported immediately to the Shift Commander, the Captain of Operations and the Deputy Director of Corrections.

## D. Emergency Keys

Emergency keys such as keys for all entrance/exit doors will be used when the doors malfunction. Emergency keys will be secured in the master key box in the Central Control.

3

The emergency keys are identifiable by sight and touch and color coded red. Backup emergency keys should be stored in the administration office. Emergency keys will be tested at least quarterly to ensure effectiveness. All correctional staff should be familiar with all emergency keys and their location in Central Control. During fire drills, obtaining keys required from Central Control will only be simulated. It will not actually be given out for the purpose of the drill.

### E. Lost or Misplaced Keys

At any time a key is discovered missing, all inmates/detainees will be locked down, no movement of inmates/detainees and/or visitors will be allowed and a search will be conducted. Normal operation will not be re-established without the approval of the Commissioner and/or Director of Corrections. An immediate search team will be assembled to look for the missing key(s). When a key is discovered missing, it must be reported immediately to the Shift Commander, the Captain of Operations and the Deputy Director of Corrections stating when the key was discovered lost or misplaced, the circumstances surrounding the incident and the keys involved. A written report will be submitted to the Shift Commander, the Captain of Operations and Deputy Director of Corrections as soon as possible. When keys are lost or misplaced, proper security precautions must be taken immediately against unauthorized access to sensitive areas or escape. If there is a strong suspicion that impressions were made of the keys, the Commissioner and/or Director will be notified immediately and with their approval locks will be changed at once.

### F. Restricted keys

Keys for food service areas, entrance/exit doors, electrical and telephone rooms, maintenance shop, back-up generator, prison industry and custodial storage rooms will be stored in the Central Control and to be issued only to designated employees using the form provided(see pages 5 & 6). These keys will be immediately returned to the Central Control and properly inventoried after usage.

Prepared By: _John M. Ayuyu_         Date **10-23-07**
John M. Ayuyu
Deputy Director of Corrections

Reviewed By: _Gregory F. Castro_         Date 10/23/07
Gregory F. Castro
Director of Corrections

Approved By: _____ Date 10/24/07
Lino S. Tenorio
Commissioner of Corrections

4

**DEPARMTNET OF CORRECTIONS**

Issuance of Keys Log Sheet

| DATE | TIME | SHIFT | NAME OF CENTRAL CONTROL OFFICER | NAME OF OFFICER ISSUED KEY | LOCK NO./KEY NO. | DOOR TO BE OPENED | SIGNATURE OF OFFICER ISSUED KEY |
|------|------|-------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

5.

# DEPARMTNET OF CORRECTIONS

## Return of Keys Log Sheet

| DATE | TIME | SHIFT | NAME OF CENTRAL CONTROL OFFICER | NAME OF OFFICER WHO RETURNED KEY | LOCK NO./KEY NO. | DOOR OPENED | SIGNATURE OF OFFICER WHO RETURNED KEY |
|------|------|-------|--------------------------------|----------------------------------|------------------|-------------|----------------------------------------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

6