

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|-----------|-------------|
| Security and Control Security Manual | Tools and Equipment | Control and Use of Tools, Culinary and Medical Equipment | 3.1.5 | |
| **ACA Standard** | 3-ALDF-3A-22 Control and Use of Tools, Culinary and Medical Equipment | | | |
| **Consent Decree** | Paragraph 62 Develop Policy and Procedure for Tool Control Including Use of Shadow Boards | | | |

## I.    PURPOSE

To establish procedures for correctional staff that will ensure the accountability and safe use of tools and restricted products, including their appropriate storage, inventory and supervision.

## II.    POLICY

It is the policy of the Department of Corrections to maintain in a safe manner all tools for institutional operations and to ensure that these items are used only for their intended purposes.

## III.    DEFINITIONS

**Contractor:** A company or person who has entered into an agreement with the Department of Corrections to perform certain task and/or several tasks.

**Direct Supervision:** Maintaining visual contact and control of the inmate and assigned tools or restricted products.

**Shadow Board:** A secured cabinet where the location of each tool is marked by a white background with colored shadow identical to the shape of the tool positioned in front of it.

**Tool:** Any device or part thereof used to repair, dismantle, install, create, manufacture, prepare, adjust, measure or gauge.

1

## IV.   PROCEDURES

### A.  General Requirements for Tools

The Program Coordinator is responsible for the implementation and supervision of the control and use of tools.

1.   Positive tool control is ultimately the responsibility of every employee who is issued, or otherwise has tools in their work area.

2.   The supervisors of each section will ensure that staff and inmates adhere to this policy and procedure.

3.   The Prison Industry Coordinator will be responsible for tool inventories, tool marking, upkeep of shadow boards, toolboxes, the security, and overall accountability and use of all tools within the DOC.

4.   Tools are stored in a secured area, inaccessible to inmates/detainees and consistent with fire and safety codes.

5.   Accountability of tools is maintained at all times and only minimal amounts of tools are kept on hand.

### B.  Tool Inventories

1.   The Prison Industry Coordinator will:

a.   Ensure that all tools are checked-out and returned using the Tool Check-out form. When the tool is returned, the person returning the tool will sign the Tool Receipt form. The Tool Check-Out form will be maintained in the Maintenance Shop. (see page 10 & 11)

b.   Conduct daily tool inventory, documenting the results of the inventory in the Tool Control Log Book. The Tool Control Log Book will be maintained in the Maintenance Shop.

c.   Be present when inmates are allowed to assist in checking out tools.

d.   Will establish a Master Tool Inventory of all tools that are in the DOC facility.(see page 12)

e.   Ensure that all tools are engraved with an identifying number and color-coded prior to placing them on the Master Tool Inventory. Tools that cannot be engraved or color-coded without damage will be stored in a readily inventoried and secured area. Only the Prison Industry Coordinator will mark the tools.

f.  Will document on the Tool Control Log Book any unserviceable tool when it is removed from the Master Tool Inventory. Unserviceable tools will be disposed of in accordance with Procurement and Supply Rules and Regulations and will be logged in the Tool Control Log Book.

g.  Determine if the tool is unserviceable, worn-out, or broken, and will request a replacement, no change will be made in the inventory. The replacement tool will be issued the same identifying number as the tool being removed from use. An entry will be made on the Tool Log Book as to the disposition of the tool.

## C.  Tool Categories

1.  Categories of tools are established to enable staff to effectively supervise all tools without unduly restricting the use of non-critical items. Although it is difficult to classify every specific tool in use in the Department of Corrections, two general categories of tools are established as follows:

2.  Class A: Class A tools are items that can be used as weapons, or in an escape, or can be used to fabricate weapons or facilitate an escape. Class A tools will only be used under constant, direct staff supervision. For visibility and classification awareness, Class A tools will be color coded, carrying a band of fluorescent red paint at least one inch wide at the point of least wear. Typical examples of Class A tools are:

Abrasive Disc
Aviation Metal Snips
Awls
Axes
Bandsaw Blades
Belt Sanders
Bolt Cutters
Cable
Chains
Chain Saw
Chisel
Cleavers
Come-along
Crow Bars
Cutting torches
Diamond Masonry Blades
Drill
Electric Hammer
Electric Sanders
Electric Welders

End nippers
Files
Ice picks
Knives
Sharpening stones
Gear pullers

3. Class B:    Class B tools are those tools that have nominal weapon or escape potential and are subject to lesser controls.   Class B tools may be issued to offenders under less restrictive circumstances.   Typical examples of Class B tools are:

Extension cords
Hammers
Hand wrenches
Hoses
Ladders
Lineman pliers
Rope
Scaffolding
Scissors
Screwdrivers

**D. Tool Storage**

The Prison Industry Coordinator will:

1.  Establish a tool room and storage area in the Maintenance Shop.

3.  All tools should be stored on a shadow board in such a manner that their presence or absence can be readily determined.

4.  Tools that cannot be adapted to the shadow board will be stored in a secured area as approved by the Programs and Support Captain.

5.  Ladders shall be stored in secure areas, and shall not be used in an unauthorized manner.

6.  Ropes, cables, and extension cords shall be stored in a secure room, and shall remain under direct staff supervision when in use.

7.  When a tool is permanently removed from inventory, the corresponding shadow will be removed from the shadow board immediately.

8.  When a tool is issued from the shadow board, the staff member to whom the tool was issued shall immediately log the removal in the appropriate inventory log.

4

This will identify who is responsible for the tool and its safe and secure use. Tools shall be returned to the shadow board immediately after use, and proper entry made in the log to indicate return of all tools.

9. Will maintain only required tools and, with periodic checks of the Master Inventory List, determine if any tool is in excess of need. All tools in excess of daily needs will be stored in a safe and secure area.

10. Check daily all tools based on the Master Inventory List to ensure their accountability.

11. Submit a tool report each week to the Program Coordinator attesting to the accountability of all tools.

12. Do a tool audit each month, by checking the Tool Log Book, the tool markings, shadow board and tool storage. An audit report with necessary comments and suggestions for improvements will be forwarded to the Program Coordinator.

### E. Lost Tools

1. Any tools determined to be lost shall be reported immediately to the Prison Industry Coordinator and the Program Coordinator.

2. A written report shall be submitted to the Program Coordinator before the end of the shift. The report shall identify the tool lost or missing, and the circumstances surrounding the loss. The Prison Industry Coordinator shall maintain the report until the tool is found. If not found within three months, the tool shall be removed from the Master Inventory List.

3. When a Class A tool is lost or misplaced any ongoing work shall be suspended, any inmates who had access to the tool shall be detained at that location, until a thorough search of the inmates and the area has been made. The search will continue until the tool is found, or the Program Coordinator is satisfied that the tool cannot be recovered.

4. A replacement tool may be issued if necessary, with a new number. The Master Inventory List will be adjusted accordingly.

5. The Prison Industry Coordinator will maintain a file listing all tools reported lost or missing. All contraband tools confiscated during searches shall be checked against the Master Inventory List. Identifiable and serviceable tools that are recovered will be forwarded to the Prison Industry Coordinator with written notice to the Program Coordinator. If they have already been replaced, the recovered tools shall be placed in secure storage. If unserviceable, they shall be destroyed.

5

### F. Contractors' or Other Non-Institutional Tools

1. Contractor's tools will be inspected and a tool inventory completed prior to entering the facility. Re-inspection and reconciliation of the tool inventory will also be completed on exit. Entry will be made on the Tool Log Book stating that all contractor's tools were checked and accounted for prior to entering and leaving the facility. All Class A tools will remain under the direct supervision of a staff member at all times.

2. A corrections officer will escort tradesmen or other non-employee workers while in the DOC. This will ensure that they do not leave any tools behind, that their activities are confined to the authorized area, and that their work is performed with proper safety and security precautions.

3. Contractor will not leave their tools in the facility at the end of the workday unless authorized by the Program Coordinator.

### G. Medical Tools/Instrument Storage

1. Health services staff will ensure that appropriate security measures for controlling access to tools and instruments are maintained at all times.

2. Tools in use will be logged out in the Health Services Log Book and upon completion should be secured and logged in the log book.

3. Surgical, dental, medical equipment, hand-held instruments, needles, syringes, and disposable sets will be considered tools and are maintained in a secured area consistent with professional medical practice and in accordance with applicable Health Services and Technical manual.

4. Needles, syringes, laboratory needles and instrument sets (disposable and non-disposable) will be stored in a manner that allows for a daily count at the beginning and end of work. Daily count will be logged in the Health Services Log Book.

5. Only the minimum number of needles, syringes, laboratory needles and disposable/non-disposable instrument sets needed for proper health services operation will be kept in the Medical Unit.

6. Needles, syringes and disposable/non-disposable instrument sets will be removed from the Master Tool List upon use.

7. Used disposable syringes, needles and instruments that are ready to be destroyed will be treated as infectious waste and disposed of in accordance with professional medical practice.

8. Health services staff will maintain a Master Tool Inventory for all non-disposable surgical and dental tools, medical instruments and devices and hand-held tools used in providing medical and dental services to inmates/detainees.

9. Where practical, any tool identified on the Master Tool Inventory will be engraved to identify it as a health services item.

10. A copy of the Master Tool Inventory will be provided to the Program Coordinator for record purposes.

11. Any tool removed for repair or disposed will be removed from the Master Tool Inventory.

12. Any lost item listed on the Master Tool List will be reported immediately to the Program Coordinator and an immediate search will be conducted. A detailed report will be submitted.

## H. Food Service Tools

1. A Master Tool Inventory of all food service tools will be developed by the Food Service Supervisor. A copy of the Master Tool Inventory will be submitted to the Program Coordinator.

2. Knives will be stored in cabinets with a shadow board and locking device conveniently located in the kitchen area. Only staff will have access to the cabinets.

3. Knives will be checked-out and checked-in using a Tool Check-Out/In form. The form will be filed by the Food Service Supervisor.

4. Inmates may use knives and/or serving tools in the kitchen and preparation areas under the supervision of the kitchen staff.

5. At the beginning and conclusion of each meal served, an inventory will be taken to ensure that all food service tools issued and used for the preparation and dispensing of food are present and accounted for.

6. All inventories will be logged in the Kitchen Log Book.

7. Lost or missing tools will be reported immediately to the Program Coordinator.

**I. Arts and Crafts Tools**

1. A Master Tool Inventory of all arts and crafts tools will be developed by the Service Supervisor. A copy of the Master Tool List will be submitted to the Program Coordinator.

2. Arts and crafts tools will be checked-out and checked-in using a Tool Check-Out/In form. The form will be filed by the Prison Industry Coordinator (see pages 10 & 11).

3. Only tools approved to produce and/or fabricate specific arts and crafts items will used by inmates.

4. All tools will be engraved with an identifying number and color-coded prior to placing them on the Master Tool Inventory. Tools that cannot be engraved or color-coded without damage will be stored in a readily inventoried and secured area. Only the Prison Industry Coordinator will mark the tools.

5. All tools found not in compliance with the Master Tool Inventory will be confiscated as contraband and the inmate in possession will be subject to disciplinary action.

6. All tools used by the inmates will be inventoried daily to ensure their accountability. The results of the inventory will be logged in the Arts and Crafts Log Book.

7. Missing or lost tools will be reported immediately to the Program Coordinator.

**J. Inmate Use of Tools**

1. Tools will be issued to inmates under the direct supervision of a correctional staff.

2. Inmates will not be assigned to an area where tools are stored without direct supervision by correctional staff.

3. At the end of each work period, the correctional staff supervising the inmates will account for all tools prior to releasing the inmate.

4. When inmates are using tools, a correctional staff will be present at all time to ensure that the inmates are using the tools as intended and in accordance with safety regulations.

Prepared By: _John M. Ayuyu_                          10-23-07
           John M. Ayuyu                          Date
           Deputy Director of Corrections

Reviewed By: _____                    _____
                 Gregory F. Castro                                                 Date
                 Director of Corrections

Approved By: _____                    _____
                 Lino S. Tenorio                                                   Date
                 Commissioner of Corrections

# DEPARTMENT OF CORRECTIONS

## Tool Check-Out

| DATE | TIME | TOOL DESCRIPTION | NAME | ISSUANCE OFFICER | SIGNATURE |
|------|------|------------------|------|------------------|-----------|
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |
|      |      |                  |      |                  |           |

_____          _____
**Officer's Name and Signature**                              **Date**

# DEPARTMENT OF CORRECTIONS

## Tool Check-In

| DATE | TIME | TOOL DESCRIPTION | NAME OF PERSON RETURNING TOOL | RECEIVING OFFICER | RECEIVING OFFICER SIGNATURE |
|------|------|------------------|-------------------------------|-------------------|------------------------------|
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |
|      |      |                  |                               |                   |                              |

**Officer Name and Signature**                    **Date**