


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Perimeter Security | Perimeter Security | 3.1.6 | |
| **ACA Standard** | 3-ALDF-2G-02 Perimeter Security | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures; Paragraph 60 Develop Policy and Procedures for Monitoring Fence and Responding to Security Breaches; | | | |

## I.    PURPOSE

To establish guidelines for correctional officers in checking perimeter fences to detect vandalism and trespassers and to identify any damage to the physical plant.

## II.    POLICY

It is the policy of the Department of Corrections to ensure that the perimeter fences, outer areas of the facility, lights, cameras, vehicles and doors are secured. The assigned Perimeter Security officer will make a routine check every hour throughout the shift to identify any damage that may have occurred to the physical plant and to deter and detect vandalism and trespassing.

## III.    PROCEDURES

### A. Posted Signs

1. The Logistics Unit Supervisor will request from the appropriate agency that "no trespassing" and "no parking," signs be posted throughout the outside perimeter of the facility and to ensure that they are maintained in good condition.

### B. Perimeter Routine Check

1. The Shift Commander will assign a Perimeter Security officer to conduct a perimeter check during the shift.

2. The officer conducting the perimeter check will obtain his/her weapon, a flashlight if needed, and a radio. He/she will notify Central Control when he/she begins the check.

3. The officer will check all perimeter doors, driveways, parking lots, windows, cameras, fences and the physical structure of the building for signs of damage, vandalism, or intruders.

4. The officer will ensure that all doors to the facility and the Department vehicles are secured. If the officer discovers a facility door that is not locked he/she will secure it and notify the Central Control.

5. The officer conducting the perimeter check will ensure that no contraband and/or weapon are thrown into the facility grounds. Contraband and/or weapons found within the facility grounds will be confiscated and a report will be submitted to the Shift Commander along with the confiscated evidence at the end of the shift.

6. The officer will advise Central Control when the check has been completed and return to his/her duties in the facility.

7. Central Control will record the check in the Central Control Log.

8. When the officer conducting the perimeter check discovers a situation in which he/she needs back up assistance, he/she will radio Central Control advising the nature of the problem, his/her location and request assistance.

9. Central Control will request the Rover/Escort Officers to respond to the officer's location with any additional required assistance and/or equipment.

10. Depending on the situation, the Shift Commander may request additional assistance from the Department of Public Safety. The Shift Commander may initiate any appropriate emergency procedures as required by the situation.

11. The Central Control officers will monitor, by remote cameras, the staff parking lot, staff entrance and the main entrance 24-hours a day. All intrusions within those areas will be reported immediately to the Shift Commander.

12. Equipment found in need of repair is reported to Central Control. Central Control will submit a maintenance request report to the Logistics Unit Supervisor.

Prepared By: _John M. Ayuyu_         _10-22-07_
            John M. Ayuyu                         Date
            Deputy Director of Corrections

Reviewed By: _Gregory F. Castro_         _10/22/07_
            Gregory F. Castro                    Date
            Director of Corrections

Approved By: _Lino S. Tenorio_          _10/23/07_
          Lino S. Tenorio                      Date
         Commissioner of Corrections

## F. Emergency Counts

An emergency count will be conducted to establish whether an escape has occurred, or in the event of an obvious escape, to determine the exact identity of the inmates/detainees involved. During emergency count, all inmates/detainees will be returned to their assigned housing unit, cell and bunk.

In the event where inmates/detainees must be evacuated from the housing unit, prior to any evacuation, the housing officer will instruct all inmates/detainees to form a line and the officer will check the names of the inmates/detainees against the housing unit cell/bunk assignments. When the evacuation is completed, the officer will again check and verify that all inmates/detainees are accounted for.

## G. Transportation Counts

When large numbers of inmates/detainees are to be transported, escorting officers will ensure that inmates/detainees are properly supervised. One escorting officer will conduct a count to ensure that the proper numbers of inmates/detainees are being transported. Before inmates/detainees are confined to seats in a vehicle, they will be placed in a line and their names are called and properly identified by the officer. Another count will be conducted after all inmates/detainees are seated in the vehicle. Numerical counts will be conducted whenever the vehicle makes a stop where inmates/detainees must disembark the vehicle. The same process will be done when the trip resumes.

## H. Count Slips

Each housing unit will have a different count slip due to the service capacity of the facility. The count slip will indicate the time count commenced, actual number of inmates/detainees counted, housing unit and the names and signatures of the officer/s that conducted the count including officer that assisted on the count. All count slips will be submitted to Central Control as soon as the official counts are completed to support the radioed results. If a count slip reflects any kind of alterations, erasures, and/or strikeouts, Central Control will request that a new count slip be submitted (see page 5).

## I. Count Records

At the beginning of each shift, the Shift Commander will verify the inmate/detainee master list from the previous shift. Any discrepancies, the Shift Commander from the previous shift will be notified and discrepancies will be corrected. The in-coming Shift Commander will print out a copy of the master list of inmates/detainees from each housing unit and provide a copy to the officer assigned to the housing unit. The housing unit officer will verify the list provided by checking each inmate/detainee assigned to a cell and/or bunk whether it is accurate. Any discrepancies will be reported to Central Control. Throughout the shift, the Shift Commander will continuously update the master list regarding inmate/detainee movements, admissions, releases and any other changes that could affect the accountability. At the end of each shift, the master list will reflect the total inmate/detainee population for each housing unit. In addition, the

master list will reflect the number of negative count on each housing unit (see pages 6 to 17).

All count slips will be submitted to the Central Control. The Shift Commander will review all count slips and ensure that they are accurate and correct. Count slips will be forwarded to the logistic section at the end of the shift for filing.

Prepared By: _John M. Ayuyu_ _____ 10-22-07
John M. Ayuyu                                    Date
Deputy Director of Corrections

Reviewed By: _Gregory F. Castro_ _____ 10/22/07
Gregory F. Castro                              Date
Director of Corrections

Approved By: _Lino S. Tenorio_ _____ 10/24/07
Lino S. Tenorio                                  Date
Commissioner of Corrections

# DEPARTMENT OF CORRECTIONS

### Inmate Accountability

### Count Slip

Housing Unit: _____ Time Count Commenced: _____

Actual Number of Inmates Counted: _____

Total Number of Negative Count: _____

Name and Signature of Officer Who Conducted the Count_____

Name and Signature of Other Officer Involved in the Count:

_____

# HOUSING UNIT POD#1

## Females

### General Population Housing Unit

| NO. | NAMES | BUNK ASSIGNMENT |
|-----|-------|-----------------|
| 1. | | 1-A |
| 2. | | 2-A |
| 3. | | 3-A |
| 4. | | 4-A |
| 5. | | 5-A |
| 6. | | 6-A |
| 7. | | 7-A |
| 8. | | 7-B |
| 9. | | 8-A |
| 10. | | 8-B |
| 11. | | 9-A |
| 12. | | 9-B |
| 13. | | 10-A |
| 14. | | 10-B |
| 15. | | 11-A |
| 16. | | 11-B |
| 17. | | 12-A |
| 18. | | 12-B |
| | | |
| | | |
| | | |
| | | |

# HOUSING UNIT POD #3

## Males

## RSAT Housing Unit

| NO. | NAMES | BUNK ASSIGNMENT |
|---|---|---|
| 1. | | 1-A |
| 2. | | 2-A |
| 3. | | 3-A |
| 4. | | 4-A |
| 5. | | 5-A |
| 6. | | 6-A |
| 7. | | 7-A |
| 8. | | 7-B |
| 9. | | 8-A |
| 10. | | 8-B |
| 11. | | 9A |
| 12. | | 9B |
| 13. | | 10A |
| 14. | | 10B |
| 15. | | 11A |
| 16. | | 11B |
| 17. | | 12A |
| 18. | | 12B |

# HOUSING UNIT POD #3

## Males

### Civil Detention Housing Unit

| NO. | NAMES | BUNK ASSIGNMENT |
|---|---|---|
| 1. | | 1-A |
| 2. | | 2-A |
| 3. | | 3-A |
| 4. | | 4-A |
| 5. | | 5-A |
| 6. | | 6-A |
| 7. | | 7-A |
| 8. | | 7-B |
| 9. | | 8-A |
| 10. | | 8-B |
| 11. | | 9-A |
| 12. | | 9-B |
| 13. | | 10-A |
| 14. | | 10-B |
| 15. | | 11-A |
| 16. | | 11-B |
| 17. | | 12-A |
| 18. | | 12-B |

# HOUSING POD #4

## MALES

Maximum Security Housing Unit

| NO. | NAMES | BUNK ASSIGNMENT |
|-----|-------|-----------------|
| 1. | | 1-A |
| 2. | | 2-A |
| 3. | | 3-A |
| 4. | | 4-A |
| 5. | | 5-A |
| 6. | | 6-A |
| 7. | | 7-A |
| 8. | | 8-A |
| 9. | | 9-A |
| 10. | | 10A |
| 11. | | 11-A |
| 12. | | 12-A |
| 13. | | 13-A |
| 14. | | 13-B |
| 15. | | 14-A |
| 16. | | 14-B |
| 17. | | 15-A |
| 18. | | 15-B |
| 19. | | 16-A |
| 20. | | 16-B |
| 21. | | 17-A |
| 22. | | 17-B |
| 23. | | 18-A |
| 24. | | 18-B |
| 25. | | 19-A |
| 26. | | 19-B |
| 27. | | 20-A |
| 28. | | 20-B |
| 29. | | 21-A |
| 30. | | 21-B |
| 31. | | 22-A |
| 32. | | 22-B |
| 33. | | 23-A |
| 34. | | 23-B |
| 35. | | 24-A |
| 36. | | 24-B |

**HOUSING UNIT POD #3**

MALES

**PRE-TRIAL HOUSING UNIT #2**

| NO. | NAMES | BUNK ASSIGNMENT |
|-----|-------|-----------------|
| 1. | | 1-A |
| 2. | | 2-A |
| 3. | | 3-A |
| 4. | | 4-A |
| 5. | | 5-A |
| 6. | | 6-A |
| 7. | | 7-A |
| 8. | | 7-B |
| 9. | | 8-A |
| 10. | | 8-B |
| 11. | | 9-A |
| 12. | | 9-B |
| 13. | | 10-A |
| 14. | | 10-B |
| 15. | | 11-A |
| 16. | | 11-B |
| 17. | | 12-A |
| 18. | | 12-B |

**HOUSING POD #4**

**MALES**
**General Population Housing Unit**

| NO. | NAMES | BUNK ASSIGNMENT |
|---|---|---|
| 1. | | 1-A |
| 2. | | 1-B |
| 3. | | 2-A |
| 4. | | 2-B |
| 5. | | 3-A |
| 6. | | 3-B |
| 7. | | 4-A |
| 8. | | 4-B |
| 9. | | 5-A |
| 10. | | 5-B |
| 11. | | 6-A |
| 12. | | 6-B |
| 13. | | 7-A |
| 14. | | 7-B |
| 15. | | 8-A |
| 16. | | 8-B |
| 17. | | 9-A |
| 18. | | 9-B |
| 19. | | 10-A |
| 20. | | 10-B |
| 21. | | 11-A |
| 22. | | 11-B |
| 23. | | 12-A |
| 24. | | 12-B |
| 25. | | 13-A |
| 26. | | 13-B |
| 27. | | 14-A |
| 28. | | 14-B |
| 29. | | 15-A |
| 30. | | 15-B |
| 31. | | 16-A |
| 32. | | 16-B |
| 33. | | 17-A |
| 34. | | 17-B |
| 35. | | 18-A |
| 36. | | 18-B |
| 37. | | 19-A |
| 38. | | 19-B |
| 39. | | 20-A |
| 40. | | 20-B |

| 41. | | 21-A |
|-----|---|------|
| 42. | | 21-B |
| 43. | | 22-A |
| 44. | | 22-B |
| 45. | | 23-A |
| 46. | | 23-B |
| 47. | | 24-A |
| 48. | | 24-B |
| 49. | | 25-A |
| 50. | | 25-B |
| 51. | | 26-A |
| 52. | | 26-B |
| 53. | | 27-A |
| 54. | | 27-B |
| 55. | | 28-A |
| 56. | | 28-B |
| 57. | | 29-A |
| 58. | | 29-B |
| 59. | | 30-A |
| 60. | | 30-B |
| 61. | | 31-A |
| 62. | | 31-B |
| 63. | | 32-A |
| 64. | | 32-B |

# HOUSING UNIT POD#1

## FEMALES

## RSAT HOUSING UNIT

| No. | NAMES | BUNK ASSIGNMENT |
|-----|-------|-----------------|
| 1 | | 1-A |
| 2 | | 1-B |
| 3 | | 2-A |
| 4 | | 2-B |
| 5 | | 3-A |
| 6 | | 3-B |
| 7 | | 4-A |
| 8 | | 4-B |
| 9 | | 5-A |
| 10 | | 5-B |
| 11 | | 6-A |
| 12 | | 6-B |
| 13 | | 7-A |
| 14 | | 7-B |
| 15 | | 8-A |
| 16 | | 8-B |
| 17 | | 9-A |
| 18 | | 9-B |
| 19 | | 10-A |
| 20 | | 10-B |
| 21 | | 11-A |
| 22 | | 11-B |

# HOUSING UNIT POD#4

## MALES

## ADMINISTRATIVE SEGREGATION HOUSING UNIT

| NO. | NAMES | BUNK ASSIGNMENT |
|---|---|---|
| 1. | | 1-A |
| 2. | | 2-A |
| 3. | | 3-A |
| 4. | | 4-A |
| 5. | | 5-A |
| 6. | | 6-A |
| 7. | | 7-A |
| 8. | | 7-B |
| 9. | | 8-A |
| 10. | | 8-B |
| 11. | | 9-A |
| 12. | | 9-B |
| 13. | | 10-A |
| 14. | | 10-B |
| 15. | | 11-A |
| 16. | | 11-B |
| 17. | | 12-A |
| 18. | | 12-B |

# HOUSING POD #4

## MALES

## DISCIPLINARY SEGREGATION HOUSING UNIT

| NO. | NAMES | BUNK ASSIGNMENT |
|-----|-------|-----------------|
| 1. | | 1-A |
| 2. | | 2-A |
| 3. | | 3-A |
| 4. | | 4-A |
| 5. | | 5-A |
| 6. | | 6-A |
| 7. | | 7-A |
| 8. | | 7-B |
| 9. | | 8-A |
| 10. | | 8-B |
| 11. | | 9-A |
| 12. | | 9-B |
| 13. | | 10-A |
| 14. | | 10-B |
| 15. | | 11-A |
| 16. | | 11-B |
| 17. | | 12-A |
| 18. | | 12-B |

## HOUSING POD#3

MALES

### PRE-TRIAL HOUSING UNIT #1

| NO. | NAMES | BUNK ASIGNMENT |
|-----|-------|----------------|
| 1. | | 1-A |
| 2. | | 2-A |
| 3. | | 3-A |
| 4. | | 4-A |
| 5. | | 5-A |
| 6. | | 6-A |
| 7. | | 7-A |
| 8. | | 7-B |
| 9. | | 8-A |
| 10. | | 8-B |
| 11. | | 9-A |
| 12. | | 9-B |
| 13. | | 10-A |
| 14. | | 10-B |
| 15. | | 1-A |
| 16. | | 11-B |
| 17. | | 12-A |
| 18. | | 12-B |

# HOUSING UNIT POD#3

## MALES

PRE-TRIAL LONG TERM HOUSING UNIT

| NO. | NAMES | BUNK ASSIGNMENT |
|---|---|---|
| 1. | | 1-A |
| 2. | | 2-A |
| 3. | | 3-A |
| 4. | | 4-A |
| 5. | | 5-A |
| 6. | | 6-A |
| 7. | | 7-A |
| 8. | | 8-A |
| 9. | | 9-A |
| 10. | | 10-A |
| 11. | | 11-A |
| 12. | | 12-A |
| 13. | | 13-A |
| 14. | | 13-B |
| 15. | | 14-A |
| 16. | | 14-B |
| 17. | | 15-A |
| 18. | | 15-B |
| 19. | | 16-A |
| 20. | | 16-B |
| 21. | | 17-A |
| 22. | | 17-B |
| 23. | | 18-A |
| 24. | | 18-B |
| 25. | | 19-A |
| 26. | | 19-B |
| 27. | | 20-A |
| 28. | | 20-B |
| 29. | | 21-A |
| 30. | | 21-B |
| 31. | | 22-A |
| 32. | | 22-B |
| 33. | | 23-A |
| 34. | | 23-B |
| 35. | | 24-A |
| 36. | | 24-B |