

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Inmate/Detainee Movement | 3.1.8 | |
| **ACA Standard** | ACA Standard 3-ALDF-3A-15 Staff Regulate Inmate Movement | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PURPOSE**

To describe the procedures that will be used in the Department of Corrections facility to ensure proper control of inmates/detainees movements.

II. **POLICY**

It is the policy of the Department of Corrections to enforce internal movement controls to ensure inmates/detainees do not evade the officer's supervision, plan escapes or engage in other impermissible activities.

III. **PROCEDURAL GUIDELINES**

All inmates/detainees movements from one location to another in the Department of Corrections facility will be controlled and supervised by the Shift Commander. This includes all individual and group of inmates/detainees movements to visitation and other programs.

A controlled movement system will be used to limit the times during the regular business day during which the inmates/detainees may move from one area to another area.

The shift commander and Central Control will coordinate inmate/detainee movement through a schedule and must be supervised by the escorting officer/s.

For activities not regularly scheduled, the shift commander may issue an individual pass to the inmates/detainees involved. Such passes typically are issued for off-island visitors, other law enforcement agency interviews, and attorney visits. Passes will include the following:

    A. Inmates/detainees name and number
    B. Time issued
    C. Destination

  D. Name of employee requesting the pass
  E. Name and signature of officer issuing the pass
  F. Inmates/detainees time of arrival at destination
  G. Time of departure from destination to point of origin
  H. Time of return to point of origin

Escorting officers must be especially alert to the movement of an inmate/detainee or groups of inmates/detainees that appear out of context with scheduled activities.

Prepared By: _____  10-22-07
     John M. Ayuyu          Date
     Deputy Director of Corrections

Reviewed By: _____  10/24/07
     Gregory F. Castro         Date
     Director of Corrections

Approved By: _____  10/26/07
     Lino S. Tenorio          Date
     Commissioner of Corrections