

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Radio Communication | 3.1.9 | |
| **ACA Standards** | 3-ALDF: 3A-02 Control Center; 3A-06 Emergency and Power Communications; 3B-07 Communications Within and Between Facility and Community for Emergency | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

I. **PURPOSE**

To provide guidelines for employees of the Department of Corrections to follow in the use of the radio equipment for the purpose of communicating information.

II. **POLICY**

The Federal Communications Commission (FCC) licenses the Department of Corrections' radios. It is the policy of the Department that all employees are required to follow FCC Rules and Regulations while using the department's radios.

III. **PROCEDURE**

A. **General Information**

The Central Control is the center of communication in the facility and focal point of all external and internal security and communication activity. Radios are one of law enforcement's valuable tools. When used properly, they can be of great benefit.

1. When employees of the Department are to use the radio, it shall be kept in mind that the message to be communicated is urgent in nature and it pertains to official business.

2. The portable radios will be inspected twice each year by the Logistics personnel for inventory control and care of equipment.

3. The Federal Communications Commission (FCC) monitors all licensed stations to ascertain that illegal traffic is not being transmitted. Whenever an illegal message is detected, it is recorded and the operator, who is licensed by the FCC, notified.

Repeated or flagrant violations of FCC rules could result in the cancellation of the department's radio license.

4. Unidentified and/or unnecessary communications, obscene and profane language are strictly prohibited.

5. The responsibility for lost, damaged or destroyed equipment through a deliberate act or willful negligence shall be the same as applied to other Department equipment. Any officer, who has lost, damaged or destroyed any equipment issued to them by the Department, will immediately notify his/her supervisor and may be required to make restitution if the loss or damage is the result of negligence on the part of the officer.

6. Supervisors are responsible in enforcing the provisions of this policy. Any violations of this policy and procedures, the supervisor will investigate and submit a complete report to the Captain of Operations for review, and recommendation made to the Commissioner and/or Director of Corrections for final disposition.

7. Officers engaged in field assignments will be issued a portable radio. The portable radio will be tested and should be fully functional prior to the field assignment.

8. All officers should be familiar with the 10-code and use it routinely when communicating information.

9. All officers and supervisors are expected to constantly monitor Channel 1 frequency while on duty.

10. Officers should be mindful that the radio frequencies of the Department are not encrypted and are susceptible to monitoring through scanner.

B. **General Instructions for Transmitting Radio Communication**

1. There is a delay of approximately 0.8 seconds between the time the radio talk button is keyed and the time transmission can begin. Therefore, it is essential that officers pause briefly before speaking after the talk button is keyed.

2. Words should be slowly and distinctly pronounced.

3. When using the radio, members of the Department shall be referred to by their radio code.

4. Emotion should not be interjected when speaking, as this will cause the speech to become high-pitched and difficult to understand.

5. Messages should be clearly formulated prior to transmission.

6. Lengthy messages should be written down prior to transmission so that the receiver of the message does not receive a mass of garbled words.

7. When transmitting, speech should be directed into the microphone, with the mouth being at the same distance as if speaking into a telephone.

8. Minimum number of words necessary to convey a message should be used.

9. Information used in describing subjects should be given in the following order:

    a. Name
    b. Alias
    c. Race
    d. Sex
    e. Age
    f. Height
    g. Weight
    h. Color of Eyes
    i. Color of Hair
    j. Complexion
    k. Scars or Tattoo Marks
    l. Clothing
    m. Unusual Features

10. When transmitting names or letters that could be misunderstood, the phonetic alphabet should be utilized. Unusual words should be spelled phonetically.

11. Words should not be run together. Each word should be pronounced separately and distinctly using slow, clear speech.

12. Numbers should be grouped together into combinations of three such as 341-165-52.

13. Courtesy shall be exercised while on the air.

14. Messages shall not be transmitted:

    a. During an Emergency Management Office test of the radio communication system.

    b. Within 200 yards of blasting operations or where blasting caps are stored. (These areas are usually posted.)

    c. When transmission will obviously interfere with communications in progress or such communication will obviously make transmission unintelligible.

15. Miscellaneous information and other similar types of information shall not be transmitted over the radio, but relayed through other means, such as written communication or telephone.

16. Time Reference: Time checks, periodic tests, and all references to time shall utilize the 24-hour-clock systems, ("military time") e.g., 12:15 AM shall be referred to as "0015 hours"; 4:31 PM as "1631 hours."

17. When using the radio, as much as possible the "Ten-Series Code and Phonetic alphabets" shall be used.

18. In attempting to contact Central Control or another officer, the officer should, under normal circumstances, wait to be acknowledged before continuing to transmit or request information.

19. All police information of a sensitive nature (e.g., criminal records, prior arrests, prior complaints, outstanding warrants, medical information, and behavioral problems) will be transmitted through telephone unless it is an emergency.

20. Officers should not request Central Control to conduct records checks, make telephone calls, or perform other tasks, which are not immediately necessary.

21. Officers shall listen to the radio before transmitting to determine whether or not the channel is clear.

### C. General Instructions for Receiving Radio Communication

1. The radio shall be turned "on" to DOC Channel 1 whenever employees are on duty. When going on duty, officers will be responsible for ensuring that their assigned radios are functioning properly. Central Control will be called regularly to test the radio and corrective action taken when there is a problem with the radio.

2. The volume control should be utilized and messages kept loud enough to be easily heard yet low enough to avoid unnecessary strain on the ears and to minimize eavesdropping from persons not privy to the information being transmitted.

3. Writing materials should be available so that messages may be copied without error.

4. Messages should not be acknowledged until the entire text of the message is received accurately.

5. The use of plain English is preferred for all radio transmissions rather than using any codes other than the ten-series codes.

6. Officers will acknowledge promptly when their radio code is called by another officer or by Central Control. Clicking the talk button is not sufficient in acknowledging a radio call.

7. Officers must treat Central Control as the heart and brain of the Department. Any activity that takes place anywhere in the facility must be reported to Central Control by portable radios or any means of communication.

### D. Department's Radio Frequencies

All Department radios are programmed with the following channels:

1. DOC 1 – Primary Channel
2. DOC 2 – Secondary Channel
3. DOC 3 – CERT Members Only
4. DOC Talk Around
5. DPS 1
6. Fire
7. EMO

When newly portable radios are purchased, the Commissioner of Corrections will write a letter to the Emergency Management Office requesting that portable radios be programmed with the radio frequencies listed in this procedure. The Department's Logistics Unit Supervisor will make the necessary arrangements in getting the radios programmed, and with this the Department of Corrections is able to communicate not only within the facility but outside in the community as well in case of an emergency.

### E. Inventory, Repair and Maintenance of Radios

The Logistics Unit Supervisor will ensure that all newly purchased portable radios are tagged with Procurement and Supply numbers and properly recorded for inventory purposes. The inventory form will reflect the following information:

1. Name of manufacturer
2. Serial number of the radio
3. Model number
4. Model name
5. Date purchased
6. Procurement and Supply numbers
7. Name of the officer that was issued the radio.
8. Date the radio was issued to the officer.
9. Condition of the radio
10. List of radio accessories issued, such as battery, charger, external microphone, etc.
11. Maintenance information.

The inscription (DOC) will be engraved on each radio, battery and charging unit. Other inscription may be placed on the radio and accessories to identify the radio and its assigned work area.

The Security and Safety officers will inspect all portable radios and the communication system once a month to ensure that they function properly. Any problems relating to the portable radios and/or the communication system, the Safety and Security officers will provide a written report to the Commissioner and/or Director of Corrections. The Security and Safety Officers will forward the report to the Logistics Unit and proper repair will be initiated.

Supervisors and officers will report to the Logistics Unit Supervisor when problems arise relating to the radio during their operations. Employees are not authorized to make repairs to the internal mechanisms of the radio.

### F. Radio Usage During Emergency

When an emergency exists, Central Control will issue an alert using the ten series code. Central Control will issue an advisory to all officers that DOC Channel 2 will be used primarily for emergency communication and all communications unrelated to the emergency will be transmitted through DOC Channel 1. Channel 2 will remain an emergency channel until Central Control advices to resume normal traffic.

During non-emergency, officers may use Channel 2 and the talk around channel for routine messages not intended for everyone to hear.

### G. Department's Ten (10)-Series Radio Codes and Phonetic Alphabets

10-0 Radio Check
10-1 Reception Good
10-2 Reception Poor
10-3 To Gas Vehicle
10-4 Acknowledge Message
10-5 Repeat Transmission
10-6 In-Service
10-7 Negative
10-8 Affirmative
10-9 Standby
10-10 Out of Service
10-11 Return to Headquarters
10-12 Call Headquarters By Telephone
10-13 Calling All Units
10-14 Take Report
10-15 Arrived At Scene
10-16 Finished Last Assignment
10-17 Present Location
10-18 Hourly Check
10-19 Escorting Prisoner
10-20 Ambulance Needed
10-21 Meet An Officer
10-22 Answer Complaint
10-23 Disturbance (Define)
10-24 Disregard Last Assignment
10-25 Sprinkler System Activated
10-26 Smoke Alarm Activated
10-27 Fire Alarm Activated
10-28 Personal Alarm Activated
10-29 Be On the Lookout
10-30 Riot
10-31 Possession of Contraband (Unauthorized Items)

10-32 Tampering With Locking Mechanism
10-33 Hostage Situation
10-34 Shooting
10-35 Attempted Suicide
10-36 Homicide
10-37 Stabbing
10-38 Use Caution
10-39 Use Universal Precaution
10-40 Injured Persons
10-41 Evacuation
10-42 Security is Breach
10-43 Physical Headcount
10-44 Suicide
10-45 Use Radio Voice Procedure
10-46 Officer Need Assistance
10-47 Fire (Define)
10-48 Fire Drill
10-49 Lockdown
10-50 Sexual Assault
10-51 Requesting Description of Person/Vehicle
10-52 Requesting Weather Information
10-53 Stand by For Weather Information
10-54 Requesting Paddy Wagon
10-55 Escaped Prisoner
10-56 Activate Emergency Plan
10-57 Wanted Vehicle
10-58 Bomb Threat
10-59 Issue Citation
10-60 Periodic Check
10-61 All Secured

**Phonetic Alphabets**

| A | Alpha   | N | November |
|---|---------|---|----------|
| B | Bravo   | O | Oscar    |
| C | Charlie | P | Papa     |
| D | Delta   | Q | Quebec   |
| E | Echo    | R | Romeo    |
| F | Foxtrot | S | Sierra   |
| G | Golf    | T | Tango    |
| H | Hotel   | U | Uniform  |
| I | India   | V | Victor   |
| J | Juliet  | W | Whiskey  |
| K | Kilo    | X | Xray     |
| L | Lima    | Y | Yankee   |
| M | Mike    | Z | Zulu     |

Employees will ensure that the ten (10) series codes and the phonetic alphabets are memorized and used appropriately when communicating information over the radio.

Prepared By: _____     10-22-07
               John M. Aguya                                     Date
               Deputy Director of Corrections

Reviewed By: _____     10/22/07
               Gregory F. Castro                                 Date
               Director of Corrections

Approved By: _____     10/23/07
               Lino S. Tenorio                                   Date
               Commissioner of Corrections