Case 1:99-cv-00017  Document 31-49  Filed 04/02/2008  Page 1 of 6




*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Housing Unit Supervision | 3.1.10 | |
| ACA Standards | | 3 ALDF: <u>3A-06</u> Correctional Officer Post is Adjacent to Inmate Living Area; <u>3A-07</u> Personal Contact Between Inmate and Staff; <u>3A-08</u> When Both Males and Females are Housing in the Facility, at least One Male and One Female are on Duty; <u>3A-09</u> No Inmate or Group of Inmates is Given Control or Authority Over Other Inmates; <u>3A-10</u> Staff Maintain Permanent Log and Prepare Shift Reports. | | |
| Consent Decree | | <u>Paragraph 54</u> Develop Facility Policies and Procedure | | |

I.  **PURPOSE**

To develop procedures in the operation and supervision of inmates/detainees in the housing units.

II. **POLICY**

It is the policy of the Department of Corrections that correctional staff will supervise inmates/detainees in each housing unit in accordance with the concept of direct supervision and to record activities that are occurring in the housing units.

III. **PROCEDURES**

A. **Direct Supervision**

1. The housing unit officer will observe inmate's/detainee's behavior and activities as contained in the concepts and principles of Direct Supervision.

2. Housing Unit officer is present at all times when inmates/detainees are out of their cell.

3. No inmate/detainee or group of inmates/detainees is given control or authority over other inmates/detainees.

1

4. The housing unit officer is posted in the inmate/detainee living area to permit the officer to hear and respond promptly to emergency situations and to help prevent inmate/detainee misbehavior.

5. The housing unit officer will observe and facilitate personal contact and interaction between him/her and the inmates/detainees.

6. The desk of the housing unit officer will be located in a strategic location in the housing unit to ensure that views to cell doors, dayroom and housing unit entrance are not obstructed.

7. Housing unit officers will be familiarized with all DOC policies and procedures and consistent in the enforcement of those policies and procedures.

8. Housing unit officers have the authority to administer informal discipline such as counseling or reprimand, extra clean-up duty, and suspension of dayroom privileges for up to twenty-four (24) hours.

9. Inmates/detainees who are not compliant with the orders of the housing unit officer or are disrespectful to the officer will be removed from the unit.

10. When both males and females are housed in the same housing pod, at least one male and one female officer are on duty at all times.

**B. Housing Unit Checks**

1. The housing unit officer will check at least once during the shift all cell doors, cell door locks, toilets, wash basins, showers, sprinkler system, smoke detector, windows, and entrance and exit doors. The officer will make an entry on the housing unit logbook as to the results of the checks.

2. The housing unit officer will report to the Housing Sergeant any discrepancies found in the housing unit as a result of the checks.

3. The housing unit officer will check every fifteen (15) in a random fashion all inmates/detainee to ensure that they are safe and secured. The results of the checks will be entered in the housing unit logbook. Any discrepancies, the Housing Sergeant will be notified.

**C. Housing Unit Logbook**

1. All housing units will have a logbook (Quitman- legal size).

2. The officer will record noteworthy, non-offensive information on the logbook.

3. Officers will maintain a twenty-four hour housing unit Log that will be kept in the Officer's desk. The log will be used to record primary activities such as welfare checks, medication rounds, recreation and meals.

2

5. More serious incidents will be documented by writing an Incident Report (IR).

6. Upon assuming duty, the officer will initiate a new entry on the housing unit logbook by first writing the following:

   a. Name of the shift, date and time.

   b. Name of the officer assigned to the housing unit.

   c. Name of the outgoing officer.

   d. The next entries will be the acknowledged receipt of the items received from the out-going officer, such as keys and logbook. It will be noted whether the items received have any problems.

   e. After the above information are entered, all activities within the housing unit will be recorded in a chronological order, such as inmate/detainee routine checks, incidents, inmate/detainee movements and other activities. The Duty officer will initial after every entry is made.

   f. The duty officer will print and sign name on the logbook at the end of the shift prior to turning it over to the next shift.

   g. The duty officer will write legibly and the information entered in the logbook is complete.

   h. When the logbook is full of entries, a new logbook will be requested from the Housing Sergeant. The Housing Sergeant will deliver the full entry logbook to the Records Section.

**D. Telephone Use**

1. The housing officer will allow inmates/detainees use of the telephone any time during the hours they are allowed in the dayroom.

2. The housing officer will monitor the use of telephones to ensure no misuse occurs and that there is equal access for all inmates/detainees. If problems are observed, the officer will instruct the inmate to stop the behavior.

3. If the inmate/detainee refuses to cooperate, the officer may request back-up assistance at his/her discretion and terminate the call.

4. The officer will determine if a rule violation has been committed and pursue disciplinary action if appropriate.

5. The officer will enforce the <u>Telephone Policy and Procedure</u>.

3

### E. Laundry

1. On scheduled laundry days the officer will contact the designated Laundry Trustee and coordinate the exchange of dirty laundry.

2. The housing officer will instruct all inmates/detainees to place their dirty laundry inside the bag provided and leave it outside their cell or next to their bunk for pick-up.

3. A Trustee will push a dirty laundry cart to the housing unit and collect the dirty laundry. The dirty laundry will be taken to the laundry for washing. Upon completion, the clean laundry will be returned to the housing unit.

4. The housing unit officer will supervise the exchange of dirty laundry and will inspect the cart to ensure no inmate/detainee is in the cart.

5. The officer may issue disciplinary citation against an inmate/detainee who does not follow the officer's instructions regarding the exchange of dirty laundry.

### F. Medical Rounds

1. During medical rounds officers will monitor and supervise the activity to ensure the safety of medical staff and the security of the medical cart.

2. The officer and the medical staff will watch inmates/detainees to ensure that medications are consumed.

3. The officer will document the completion of medical rounds in the housing logbook.

### G. Meals in the Housing Unit

1. At the scheduled times for each of the three daily meals, a Rover will supervise the Food Service Trustee in bringing the meal carts from the kitchen area to the housing unit.

2. The rover officer will notify the housing unit officer of the cart's arrival. The housing unit officer will coordinate with the Rover and trustee to retrieve the carts and return them to the kitchen.

3. The housing officers will monitor the meals served and record the activity on the housing unit logbook.

4. Officers will serve all inmates/detainees their meals in the dayroom, unless they are in lockdown or on a special condition status, which would require them to eat in their cell.

5. The officer may pursue disciplinary action against an inmate/detainee who does not follow the officer's instructions regarding the meal service.

H. **Inmate Mail and Incoming Materials**

1. Housing unit officers will get inmate/detainee mail from the Safety and Security officers and the officer will distribute the mail to the inmates/detainees.

2. All mail will be opened by the officer in front of the inmate/detainee and inspected for contraband before it is disseminated.

3. All incoming materials for inmates/detainees will be received by the Safety and Security officers for inspections and clearance.

4. The Safety and Security officers will deliver to the housing unit officer incoming materials for distribution.

5. If an inmate/detainee receives cash or money orders through the mail, the officer will:

    a. Have the inmate/detainee endorse the money order, then write the amount, date and the officer's initials and badge number on the envelope and return the envelope to the inmate to serve as his/er receipt,

    b. The housing officer will request an envelope from the Housing Sergeant and write the inmate's/detainee's name, date and the amount on the outside,

    c. The Housing Sergeant will deliver the envelop to the DOC Accountant for processing under the inmate's/detainee's name.

I. **Inmate/Detainee Housing and Cell/Bunk Assignment**

1. Prior to Shift Briefing, the Housing Sergeant will obtain from Central Control copies of all Inmate/Detainee Housing and Cell/Bunk assignments. The Housing Sergeant will distribute the copies to the housing officers during briefing.

2. The housing officer will check the Housing and Cell/Bunk Assignment to ensure that it is accurate and to add any notations concerning inmates/detainees. Any discrepancies found on the Housing and Cell/Bunk Assignment, the housing officer will notify the Housing Sergeant. The Housing Sergeant will notify Central Control.

J. **Day Room**

1. The housing unit officer will let out all inmates/detainee to the day room for recreation and relaxation. The number of inmates/detainees that will be let out at any given time will be determined by the Housing Sergeant and housing officer.

2. The Housing Sergeant will be determined in consultation with the Shift Commander and Captain of Operations as to the types of recreational activities that are authorized.

3. The television in the day room is for inmate/detainee use. The housing officer will ensure that majority rules in deciding what channel to watch.

4. The housing officer will cease any and/or all activities in the day room if the inmates/detainees are misbehaving or in violation of DOC rules and regulations. Inmates/detainees that are misbehaving will be secured in their cells and if necessary, disciplinary citation will be issued against the inmate/detainee.

Prepared By: _____   Date: 10-22-07
John M. Ayuyu
Deputy Director of Corrections

Reviewed By: _____   Date: 10/22/07
Gregory F. Castro
Director of Corrections

Approved By: _____   Date: 10/23/07
Lino S. Tenorio
Commissioner of Corrections