

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Security and Control | Patrol and Inspection | Patrol and Inspection | 3.1.13 | |
| **ACA Standards** |  | 3-ALDF: 3A-11 Daily Check of Housing Unit by Supervisor; 3A-12 Administrator or Designee Visit Living and Activity Areas Weekly; 3A-13 Chief Security or Designee Conduct Weekly Inspection of Security Devices | | |
| **Consent Decree** |  | Paragraph 54 Develop Facility Policies and Procedures | | |

## I. PURPOSE

To establish procedures for Shift Commanders, Administrators and Safety and Security personnel in inspecting all areas of the facility to ensure that inmates/detainees and staff are properly supervised.

## II. POLICY

It is the policy of the Department of Corrections to maintain facility security, to ensure proper supervision of staff and inmates/detainees, and to ensure the proper operation of the facility, key staff will inspect all areas of the facility regularly. Outside agencies will provide fire, health, sanitation, and safety inspections on a scheduled basis.

## III. PROCEDURES

### A. Shift Commander/Assistant Shift Commander

1. At least twice during each shift, the Shift Commander or the Assistant Shift Commander will visit and inspect every area of the facility occupied by inmates/detainees.

2. The Shift Commander or the Assistant Shift Commander will observe and confer with the housing unit officers to assess their morale, concerns, and job performances. During visits to the housing units, the Shift Commander or the Assistant Shift Commander will also assess inmate/detainee morale and concerns, and discusses any management problems with the housing unit officers. The housing officer and the Shift Commander or the Assistant Shift Commander will discuss management matters out of the presence of inmates/detainees.

3. Unoccupied areas such as exercise areas, multi-purpose rooms and courtyard are inspected weekly.

4. During facility inspections, the Shift Commander or the Assistant Shift Commander will check for faulty equipment and unsafe or unsanitary conditions.

5. The Shift Commander or the Assistant Shift Commander will submit a report to the Captain of Operations and Logistics Unit Supervisor on faulty equipment, unsafe or unsanitary conditions and/or inmate/detainee or staff concerns discovered during the visit.

6. The Shift Commander or the Assistant Shift Commander will make an entry on the housing unit logbook visited the date and time and signature.

### B. Administrative Staff

1. At least once per week, the Captain of Operations will inspect all the housing units and activity areas.

2. The inspector will check to ensure that the facility is operating according to policy and procedures.

3. During the course of the inspection, the inspector is accessible to both staff and inmates/detainees to facilitate informal communications.

4. The Program Coordinator will visit at least once a week all inmate programs and activities to ensure that the programs and activities are consistent with the DOC policies and procedures. The results of the inspections will be documented in writing for record purposes and if necessary corrective actions be taken.

### C. Safety and Security Officers

1. At least once per week, the Safety and Security officers will conduct inspections on all security devices and report the results of the inspections in writing to the Director of Corrections. Facility devices includes, cell doors, locks, windows, cameras, lights, perimeter fences, radios, radio antennas, smoke detectors, fire alarms and keys.

2. The Safety and Security officers will inspect all areas of the facility at least once a week to ensure that policies and procedures are being followed with respect to safety and security issues. The Safety and Security officers will submit in writing an inspection report to the Director of Corrections.

3. The Director of Corrections will ensure that all security devices needing repairs and/or maintenance are address on a timely fashion.

4. The Safety and Security officers will ensure that fire drills and other requirements are done in accordance with the Fire Prevention Policy and Procedures.

5. The safety and security officers will ensure that health and sanitation requirements are done in accordance with the health and sanitation policies and procedures.

6. The safety and security officers will ensure that the Pest Control Plan Policy and Procedures is enforced.

7. The Security officer will work with the Maintenance Unit Supervisor in ensuring that the pest control contractor is escorted by the security officer when pesticides or other pest controls are to be applied in and around the facility.

8. The Safety and Security officers will ensure that the water supply is tested in accordance to the rules and regulations of the Environmental Protection Agency (EPA).

Prepared By: _____   10-22-07
John M. Ayuyu                                                            Date
Deputy Director of Corrections

Reviewed By: _____   10/22/07
Gregory F. Castro                                                       Date
Director of Corrections

Approved By: _____   10/23/07
Lino S. Tenorio                                                          Date
Commissioner of Corrections

3