

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Use of DOC Vehicles | 3.1.14 | |
| **ACA Standards** | 3-ALDF: <u>3A-23</u> Use and Security of Facility Vehicles; <u>3A-24</u> Use of Personal Vehicles; Government Vehicle Act of 1994 ||||
| **Consent Decree** | <u>Paragraph 54</u> Develop Facility Policies and Procedure ||||

## I. PURPOSE

To establish procedures for Department of Corrections personnel concerning vehicle and equipment safety and regular equipment inspections and preventive maintenance of government vehicles.

## II. POLICY

It is the policy of the Department of Corrections to ensure that the use of government vehicles is in accordance with CNMI laws and the Department of Corrections' policy and procedure.

## III. DEFINITIONS

**Government Vehicle** means any vehicle owned or leased by the Commonwealth Government.

**Motor Vehicle Crash** is any collision of a vehicle with another vehicle, stationary object, or person-owned by or assigned to this agency that results in property damage and/or personal injury.

**Non-Preventable Crash** is when it is concluded that the operator exercised reasonable caution to prevent the crash from occurring and observed applicable departmental policy and traffic codes.

**Unmarked Vehicle** means a vehicle which is not marked as such in order that it may more effectively accomplish the Department's operational objectives and otherwise enforce the CNMI laws.

**Preventable Crash** is when the operator failed to observe departmental policy and/or failed to exercise due caution or defensive driving tactics.

**Vehicle** means any automobile, motorcycle, truck, tractor, or water craft, but not aircraft, and not specialized equipment used largely or entirely for construction purposes, such as bulldozers, backhoes, and cranes.

## IV. PROCEDURES

### A. General Provisions

1. Department personnel using government vehicle shall be responsible for the care and safe use of the vehicle.

2. Department personnel will follow the traffic code while driving.

3. Department personnel will ensure that the vehicle is locked when it is parked.

4. Department personnel will check the vehicle for damages prior to departing.

5. Department personnel will identify maintenance problems and/or concerns, and report it to the Shift Commander or supervisor for proper repair.

6. Department personnel will not utilize a government vehicle that is unsafe.

7. Department personnel will not smoke and/or chew betel nut or chewing tobacco while inside a government vehicle.

8. Department personnel will obtain a government driver's license prior to driving a government vehicle.

9. Corrections officers will abide with DOC policies and procedures with respect to transporting and escorting inmates and detainees using a government vehicle.

10. Department personnel will keep the government vehicle clean after being used.

11. Government vehicle will strictly be used for official business only.

12. No government vehicle shall be operated or otherwise used during any time other than normal working hours unless the driver has in his possession written authorization from the Commissioner of Corrections which certifies that the use of the vehicle outside normal working hours is for official business purposes.

13. No such written authorization shall be considered effective unless it clearly states the reason that the vehicle may be used, the hours and conditions under which it may be used after working hours and the person or persons who may be authorized to so use it.

14. No person who is not a government employee shall operate or drive a government vehicle, regardless of whether an immediate member of his/her family is a government employee.

15. No person shall operate or use a government vehicle that has any tinting materials on its windows unless authorized by the Commissioner of Corrections.

16. All government vehicles except unmarked vehicles shall be clearly and legibly marked on both front doors. The Director of Procurement and Supply shall provide for such marking, and may also assign registration numbers.

17. Only government license plates may be issued to government vehicles except for unmarked vehicles.

18. No government vehicle may be sold, leased, or otherwise transferred without the written consent of the Director of Procurement and Supply.

19. Supervisor and/or subordinate who violate the Use and Security of Facility Vehicle are subject to disciplinary actions.

20. The use of personal vehicle for official business is prohibited unless authorized by the Commissioner of Corrections and the personal vehicle has liability insurance.

B. **Vehicle Inspection**

To ensure that all government vehicles are functioning in a safe manner, it is necessary that they be inspected prior to their use. Department personnel will abide with the following prior to utilizing a government vehicle:

1. Vehicle will be inspected using the Motor Vehicle Condition Report form each time the vehicle is to be used. The form will be completely filled-in and submitted to the Shift Commander. Other sections will do the same when vehicle is to be used.

2. When the operator of the vehicle discovers any discrepancies with the vehicle, it is his/her responsibility to report the discrepancies to his/her supervisor immediately.

3. Vehicle with discrepancies that could result in the operator getting into an accident and/or the operation of the vehicle is unsafe, the operator will refrain from utilizing the vehicle.

4. The Logistics Unit Supervisor will ensure that all DOC vehicles are maintained based on the manufacturer's recommendations. A database will be created that will have the following maintenance information on each DOC vehicle:

   a. Vehicle Make
   b. Model
   c. Year
   d. License plate number
   e. Date of vehicle maintenance
   f. Name of shop the vehicle was serviced
   g. Reason/s for the vehicle to be placed in the shop

      h. Mechanic's report on the vehicle.
      i. Next service date of the vehicle
      j. Total cost of the repair

5. A database will be created that will have the following information on all DOC vehicles:

    a. Vehicle make
    b. Model
    c. Body style
    d. Year
    e. Color
    f. Weight
    g. Cylinder
    h. Capacity
    i. Vehicle Identification Number (VIN)
    j. Registered owner
    k. License plate number
    l. Sticker number
    m. CNMI tag number
    n. Date purchased
    o. Date surveyed
    p. Reason/s for the survey

6. The Logistics Unit Supervisor will ensure that all DOC vehicles are safety inspected annually and the sticker decal and motor vehicle registration are placed on the vehicle. A copy of the Motor Vehicle Registration and Vehicle Safety Inspection will be filed in the Records Sections.

7. Prior to registering the vehicle, the Logistics Unit Supervisor will have the vehicle safety inspected from an authorized safety inspection station. Any rejection on the Vehicle Safety Inspection checklist will be address.

## C. Vehicle Mileage Log

1. All DOC vehicles will have its mileage logged on a Mileage Log Sheet every time the vehicle is used. The vehicles that are not required to log the mileage are the Commissioner of Corrections, Director of Administration, Director of Corrections, Deputy Director of Corrections, and any other vehicle that the Commissioner of Corrections authorizes.

2. The operator will radio the Central Control as to the mileage of the vehicle prior to departure (mileage-out) and will again radio the mileage to the Central Control upon arrival at the destination (mileage-in). Whenever the vehicle depart and arrive at a location, the mileage will be reported to Central Control. Administration vehicles will have the mileage-in and out recorded on a Mileage Log Sheet that is placed in each vehicle.

3. The Shift Commander and Assistant Shift Commander will ensure that the officers on their shift abide with the mileage-in/mileage-out is reported whenever the DOC vehicles are to depart DOC facility. The supervisors on the other sections are responsible in having subordinates log the mileage-in and mileage-out on the Mileage Log Sheet.

4. The Safety and Security officers will ensure that the vehicle mileage is accurately recorded on the Central Control Log as well as the Mileage Lot Sheet in each vehicle. Any discrepancies will be reported to the Director of Corrections for appropriate action.

### D. Vehicle Accident

Motor vehicle crashes involving department vehicles present serious potential risks to department personnel and the public as well as considerable financial loss due to injury, loss of manpower, vehicle damage, and possible tort liability. The following should be abide-with whenever DOC vehicle is involved in an accident:

5. All DOC vehicles involved in an accident that resulted in injury and/or property damage will be reported immediately to Central Control.

6. Unless incapacitated, the operator of the DOC vehicle is responsible for notifying Central Control of motor vehicle crashes. Central Control will notify the on-duty Shift Commander. The Shift Commander will inform immediately the Commissioner of Corrections, Director of Corrections Deputy Director of Corrections, and the Captain of Operations.

7. Central Control will report the motor vehicle crash to the DPS Central.

8. The operator will not cause the DOC vehicle involved in an accident to be moved from its location until the DPS patrol or traffic officer completes its accident investigation at the scene.

9. The Shift Commander will gather pertinent information relating to the motor vehicle crash to include the following and submit a report to the Director of Corrections.

    a. Details of events involved in and contributory to the crash.
    b. Statements of witnesses.
    c. Name and insurance information on involved drivers and others involved in the crash.
    d. The nature/seriousness of injuries and/or property damage.
    e. A statement as to whether the crash was "preventable" or "nonpreventable" based on police reports.
    f. Any recommendations that would help prevent similar crashes in the future.

10. The Director of Corrections will review the report submitted by the Shift Commander and make appropriate recommendations to the Commissioner of Corrections.

11. If the DPS Traffic Investigator concluded that the accident is the result of the DOC vehicle operator's fault, the operator is responsible for the repair of the DOC vehicle and any related costs to the other vehicle or vehicles and/or property damages involved in the accident.

12. If the DPS Traffic Investigator concluded that the accident is the result of the other vehicle operator's fault, the Logistics Unit Supervisor will make arrangements with the operator in having the DOC vehicle repaired.

E. **Take Home Vehicle**

1. Take home vehicles may be used for:

    a. Responding to and from work

    b. Off-duty emergency response

    c. Other Department-related business

    d. Personnel authorized take home vehicle should avoid the appearance of using the vehicle for personal use.

2. The following personnel are authorized to take home a vehicle:

    a. Commissioner of Corrections
    b. Director of Administration
    c. Director of Corrections
    d. Deputy Director of Corrections
    e. Captain of Operations
    f. Other personnel authorized by the Commissioner of Corrections

F. **Unmarked Vehicle**

1. The Commissioner of Corrections may authorize department vehicles to be unmarked for the following reasons:

    a. To be used for investigation and surveillance purposes.
    b. Transporting inmates/detainees that are high risk.

2. The Commissioner of Corrections may authorize department vehicle to be tinted with a private license plate instead of a government license plate.

### G. Vehicle Fuel

1. All DOC vehicles will be provided with a fleet card for the purposes of purchasing fuel for the vehicle.

2. The fleet card should have the following information:

   a. Card number
   b. Department of Corrections
   c. Vehicle license plate number
   d. Expiration date

3. The fleet card issued to a vehicle will only purchase fuel for that vehicle unless the Logistics Unit Supervisor otherwise authorized.

4. The fleet card will only purchase fuel that will fill the gas tank of the vehicle.

5. Gasoline from the DOC vehicle will not be siphoned.

6. The operator of the vehicle will sign the gasoline purchase receipt and deliver the receipt to the Accounts Clerk for filing.

7. The operator of the vehicle will note on the receipt the mileage of the vehicle when gasoline was purchased for the vehicle.

8. The Accounts Clerk will create a database with the following information:

   a. Date the fuel was purchased for the vehicle.
   b. Vehicle license plate number.
   c. Type of vehicle.
   d. Amount (gallons) of gasoline purchased.
   e. Total cost of the gasoline purchased.
   f. Name of the personnel that purchased the gasoline.

Prepared By: _____   10-22-07
             John M. Ayuyu              Date
             Deputy Director of Corrections

Reviewed By: _____   10/22/07
             Gregory F. Castro          Date
             Director of Corrections

Approved By: _____   10/23/07
             Lino S. Tenorio            Date
             Commissioner of Corrections

7