

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

DEPARTMENT OF CORRECTIONS





Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|------------|-------------|
| Institutional Operations | Security and Control | Permanent Log | 3.1.15 | |
| **ACA Standard** | 3-ALDF-3A-10  Permanent Log | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policy and Procedures | | | |

## I.  PURPOSE

To establish guidelines in recording routine information on inmates/detainees activities, emergency situations and unusual incidents.

## II.  POLICY

It is the policy of the Department of Corrections that all activities that occur during the shift are recorded, disseminated and filed.

## III.  PROCEDURE

Report preparation is a major part of each officer's job. The purpose of reports is to document sufficient information to refresh the officer's memory and to provide sufficient information for follow up investigation.

### A.  Housing Unit Logbook

1. All housing units shall have a logbook to record all activities that occur in the housing unit during each shift.  The Shift Commander will ensure that each housing unit has a logbook.

2. The type of logbook to be use should be Quitman legal size.

3. The housing unit logbook should be properly label that can be identified easily.

4. The logbook should not have pages removed due to errors.  Errors in recording should be crossed-out with one line and initialed. Do not use whiteout.  Continue on the next line.

5. Where there are two officers assigned to a housing unit, a decision should be made as to the officer that will make the entries in the logbook. Only the assigned officer to make the entries will be recording routine information on the logbook.

6. At the beginning of each shift, the housing unit officer should initiate a new entry for the shift and should start the shift log by entering the following information:

   a. Name of the shift, date and time.

   b. Name/s of the officer/s assigned to the housing unit.

   c. Name/s of the outgoing officer/s.

   d. The next entries will be the acknowledged receipt of the housing unit officer's equipment listed in the housing unit Post Order by the in-coming officer. It will be noted whether the items received have any problems or an item is missing. Discrepancies found will be reported to Central Control for disposition and/ or corrective action.

   e. After the above information are entered, all activities within the housing unit will be recorded on a chronological order, such as inmate/detainee routine checks, incidents, inmate/detainee movements and other activities.

   f. The housing unit officer will sign the logbook at the end of the shift prior to turning over the logbook to the next shift.

   g. The housing unit officer will write legibly and the information entered in the logbook is complete.

   h. When the Shift Commander, Assistant Shift Commander, or Housing Sergeant visits the housing unit, he/she will review the housing unit logbook and sign the logbook at the time he/she entered the unit.

**B. Central Control Logbook**

1. Central Control will have a logbook that records all activities that occur during each shift.

2. At the beginning of each shift, the assigned officer to Central Control will initiate the logbook entry in accordance to section A-6 above.

3. One officer will be assigned to make entries on the logbook, but not limited to the following activities:

   a. Inmate/detainee official count: Refer to the Inmate Count policy and procedure.

   b. Inmate/detainee movement within and outside the facility: Refer to the Inmate/Detainee Transport Outside the Facility and Inmate/Detainee Movement policies and procedures.

    c.  Names of officers on the shift and their post assignment, including officers that are on leave.  The Shift Information form will also be completed through the computer.

    d.  Vehicle in and out mileage readings.  The Shift Log Sheet will be completed through the computer.

    e.  All noteworthy incidents that occur during the shift.

    f.  Fire alarm activation.

    g.  Emergency drills.

    h.  Safety and security systems malfunctions.

    i.  Activation of the back-up generator.

    j.  Visitors doing business with DOC.

    k.  Names of staff entering the Armory.

    l.  Names of inmates/detainees entering the Medical Station.

## C.  Log Sheet

1.  The following areas should have a log sheet to record information when visitors and/or inmates/detainees are in the area:

    a.  Visitation (see page 8)

    b.  Medical Station (see page 9)

    c.  Loading and unload dock (see page 10)

    d.  Armory (see page 11)

    e.  Administration (see page 12)

    f.  Kitchen (see page 13)

    g.  Exercise Room (see page 14)

    h.  Library (see page 15)

Refer to the form for each area.

2.  Should the Safety and/or Security Officer determine that a logbook or log Sheet be initiated for a particular area, log book or log sheet will be implemented with instructions as to its usage.

## D. Booking/Release Logbook

1. The Booking/Release Sergeant will ensure that a logbook is provided for the Booking/Release area.

1. At the beginning of each shift, the assigned officer to the Booking/Release area will initiate the logbook entry in accordance to section A-6 above.

3. The Booking/Release Officer will enter, but not limited to the following information:

   a. Names of law enforcement officers that brought-in arrestees.

   b. Names of arrestees.

   c. Charge/charges of the arrestees.

   d. Date and time of arrest.

   e. Names of arrestees/inmates that got released.

   f. Date and time arrestees/inmates got released.

   g. All noteworthy activities that occur in the Booking/Release area.

## E. Shift Reports

1. The housing unit officer will complete all required shift reports and submit the reports for review to the Housing Sergeant at the end of the shift.

2. The following Shift Reports should be submitted by the housing unit officer at the end of the shift:

   a. Inmate/Detainee Disciplinary Citation, witness statements and officer/s self-statement.

   b. Inmate/Detainee Cell Assignment.

   c. Inmate/Detainee Meal Count.

   d. Inmate/Detainee Count.

   e. Medication Inventory.

3. The following Shift Reports should be submitted by the Shift Commander to the Logistics section at the end of each shift:

   a. Inmate/Detainee Cell Assignment

4

b. Shift Information Sheet

c. Shift Operational Runs Log Sheet

d. Supply Request Form

e. Inmate/detainee Institutional Conduct Evaluation

f. Transfer of Custody

g. Release from Responsibility for Medical Treatment

h. Fire Drill Report

i. Inmate/Detainee Booking File

j. Personal Property Inventory

k. Inmate Headcount

l. Meal Count.

m. Medication Inventory

n. Operational Run Log Sheet

o. Routine Log Sheet

p. Inmate Disciplinary Citation, witness statements and officer self-statements

q. Motor Vehicle Condition Report (MVCR)

r. Sick Call Request

s. Other reports that were submitted during the previous and current shift.

## F.  General Report Writing Rules

1. Reports should be in chronological order. The report should follow the sequence of events in the order in which they happened. Sentences should be clear, concise and grammatically correct.

2. Reports must be factual. It should answer the who, what, when, where, why and how.

3. Handwritten Reports are not acceptable unless there is no means of writing the report using a computer.  If handwritten reports are necessary, it must be legible.

5

4. Reports should be written in 'first' person prose. Identify yourself in the first sentence in most reports and use 'I' thereafter. Always identify your actions by saying 'I did, or I talked etc. If other officers are present and took some action identify the officer and what they did.

5. The first sentence or two should identify the writer, set the date, time, and location. 'On November 17, 2003 at about 1314 hours I, officer John Doe observed inmate John Smith punched inmate Joe Smith.

6. Use simple language to describe someone else telling you something. The complainant 'said' or 'stated', not advised, subject, relayed, etc.

7. Short simple sentences should be used whenever possible. Many long sentences can be broken down into 2 or 3 shorter sentences that would make the narrative easier to read and understand.

8. Identify all persons by full name and date of birth the first time they are used in the report.

9. After people are identified in the report you may refer to them by last name unless there are multiple people with the same last name. 'Mr. Smith said that he was not going to use the gun.' If multiple people have the same last name then they should be referred to by both first and last name. 'John James told Sarah James to bring-in contraband.'

10. Don't use DOC or police slang or jargon. Many readers might not be familiar with the slang or jargon. The only exception is when you are quoting someone who used it in their statement.

11. Don't use abbreviations (in most cases) and badge numbers only. A few common abbreviations such as Hwy for Highway are acceptable but most are not. Badge numbers alone should not be listed as many readers of the report will not know who it is. Officer should be referred to as 'Officer Johnson' not Johnson.

12. Avoid unnecessary terms or language. Example: 'I then', 'it should be noted', etc.

13. Avoid redundant phrases. Example: 'I arrived at 1227 School St. Upon arrival I saw three suspicious males.'

## G. Supervisory Review and Approval of Reports

1. All reports will be completed on a timely basis, unless prior approval has been received from a supervisor. Once the report is complete, the officer submitting the report will deliver it to the Shift Commander.

2. The Shift Commander or the Assistant Shift commander will review reports prior to the end of the shift for content and accuracy. If corrections are necessary, any corrections that have to be made will be made prior to the officer leaving the facility. It shall be the responsibility of the originating officer to ensure that any report returned for correction is processed in a timely manner.

3. The Shift Commander or the Assistant Shift Commander will sign the report and submit it to the Logistics section.

## H. Filing of Logbooks and Reports

All logbooks and reports submitted by the Shift Commanders will be filed in the Records Section. The Records Section will ensure that a filing system is created for logbooks and shift reports.

Prepared By: _____          _10 - 23 - 07_
         John M. Ayuyu                                    Date
         Deputy Director of Corrections


Reviewed By: _____          _10/24/07_
         Gregory F. Castro                                Date
         Director of Corrections


Approved By: _____          _10/26/07_
         Lino S. Tenorio                                  Date
         Commissioner of Corrections

## DEPARTMENT OF CORRECTIONS
### Visitation Log Sheet

| Date | Time of Visit | Full Name of Visitor | Relationship to Inmate/Detainee | Time Length of Visit | Full Name of Attorney | Full Name of Inmate/Detainee Visited |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8

## DEPARTMENT OF CORRECTIONS
### Medical Station

| Date | Time In | Time Out | Full Name Of Inmate/Detainee | Reason for Visit | Name of Doctor/Nurse |
|------|---------|----------|------------------------------|------------------|----------------------|
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |
|      |         |          |                              |                  |                      |

**DEPARTMENT OF CORRECTIONS**
Loading and Unloading Dock

| DATE | TIME | FULL NAME | PURPOSE | NAME OF OFFICER |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

10

DEPARTMENT OF CORRECTIONS

Armory

| DATE | TIME | FULL NAME OF OFFICER | REASON | NAME OF SAFETY OFFICER |
|------|------|----------------------|--------|------------------------|
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |
|      |      |                      |        |                        |

11

**DEPARTMENT OF CORRECTIONS**
Administration

| DATE | TIME | FULL NAME OF VISITOR | REASON FOR VISIT | PERSON VISITED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

12

DEPARTMENT OF CORRECTIONS

Kitchen

| DATE | TIME ENTERED | FULL NAME | TITLE/POSITION | TIME DEPARTED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

13

**DEPARTMENT OF CORRECTIONS**
Exercise Room

| DATE | TIME ENTERED | FULL NAME | | TIME DEPARTED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

14

DEPARTMENT OF CORRECTIONS

Library

| DATE | TIME ENTERED | FULL NAME | TIME DEPARTED |
|------|--------------|-----------|---------------|
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |
|      |              |           |               |

15