


**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Revi |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Post Orders | 3.1.16 | |
| **ACA Standards** | 3-ALDF: 3A-05 Written Orders for Every Correctional Officer Po Personnel Read Post Order | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

## I. PURPOSE

To establish procedures to ensure that written Post Orders are developed for that is established within the Department of Corrections (DOC) facility.

## II. POLICY

It is the policy of DOC to establish and develop a Post Order on each designated Post established within the facility. A written Post Order is provided to all personnel, as well as, a copy of the applicable Post Order is made readily available and maintained at each post for all personnel to read and understand prior to assuming the Post.

## III. PROCEDURES

### A. Post Orders

1. All designated Posts will have a written Post order.

2. The officer(s) assigned to the post will read and understand the procedures to be followed to carry out the assignment.

3. The officers(s) assigned to a post will read the appropriate post order prior to assuming the Post.

4. All in-coming officerson the Post logbook stating that the Post order was read and understood. The personnel will sign and date the entry in the logbook signifying he/she has read and understood his/her duties, specifically for that Post.

5. All correctional officers will be provided and trained on all Post Orders.

6. The Training Officer will set a designated area and/or access to a computer where applicable policies and procedures and Post Orders can be attained. The Training Officer will ensure that all new personnel are trained in the applicable post orders.

7. Elements of a Post Order.
   a. Title
   b. Duty hours and days
   c. General duties and instructions
   d. Chronological activity
   e. Scheduled duties
   f. Non-scheduled duties
   g. Policy and procedure reference numbers
   h. Required equipment

B. **Post Order Review**

1. All Post Orders will be reviewed annually and if necessary updated by the Deputy Director of Corrections.

2. The Deputy Director of Corrections will request section supervisors to review Post Orders under their section and make recommendations to update the post order as applicable.

3. The Training Officer will ensure that personnel will be trained in the new Post Orders.

Prepared By: _____    10-22-07
John M. Ayuyu                                      Date
Deputy Director of Corrections

Reviewed By: _____    10/25/07
Gregory F. Castro                                  Date
Director of Corrections

Approved By: _____    10/26/07
Lino S. Tenorio                                    Date
Commissioner of Corrections

2