

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Visitation Post Order | 3.1.22 | |
| **ACA Standards** | 3-ALDF-3A-05 Written Post Order for Every Post; 3-ALDF-3A-06 Written Post is Read by Officer | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

**Equipment Inventory:**

Assigned officers to the Visitation Post must conduct a mandatory equipment inventory to ensure that the equipment is functional and accounted for. Inventory must be logged in the Visitation's logbook. The following equipment is issued to the officers at the Visitation Post and must be accounted at all times; 3 hand-held radios, 3 duress alarm, 1-quitman logbook and 1 hand-held metal detector. The Visitation Officer will test the walk-through metal detector to ensure that it is functional.

**Post Overview/General Instructions:** "This is not an Armed Post"

The Visitation Officers will abide with all DOC rules and regulations and ensure that the visitation areas are kept clean, safe and secure at all times. The Visitation Officers will do a walk-through of the DOC main entrance, DOC lobby, non-contact visit areas, contact visit rooms, attorney visit rooms and corridors to ensure that the areas are free from contraband and weapons prior to the commencement of the visitation. Any discrepancy found by the Visitation Officers will be reported to the Shift Commander and Central Control and a written entry must be made in the Visitation logbook. Entries made in the logbook shall be in chronological order and written in a legible manner.

All in-coming officers assigned to the Visitation Post must read and acknowledge the Visitation Post Order and Inmate Visitation policy and procedures and indicate so doing by making an entry in the Visitation logbook as follow: <u>The Visitation Post Order and Inmate Visitation policy and procedures were read and understood by us.</u> All officers will sign his/her name after the underlined entry in the logbook. Copy of the Visitation Post Order and Inmate Visitation policy and procedures will maintained in the Visitation area readily available during visitation for quick reference.

All inmates/detainees shall be supervised at all times while visiting.

All inmates/detainees that are allowed contact visit will be search prior and after the visit at the search area adjacent to the contact visit rooms. All inmate/detainee searches will be logged in the Visitation logbook to include the following:

1. Name of inmate/detainee that was searched.
2. Name of officer that did the search.
3. Date and time of the search.
4. Contraband/weapon found, if any.

All visitors that will visit an inmate/detainee will be patted-down for contraband and/or weapon prior to the visit. The pat-down will be consistent with the Control of Contraband policy and procedures. A sign will be posted in the main entrance area stating "All Visitors are Subject to Pat-down Search Prior to Entering the Facility."

Visitors will be informed prior to going through the walk-through metal detector that all bags and carry-on will be searched if they are to be taken into the visitation areas. Visitors will be further informed that bags and carry-on may be stored in the lockers located at the main entrance or stored in their vehicle. The visitor will remove the key from the locker when personal belongings are stored and the key is kept until personal belongings are taken out of the locker.

Visitation Officers will ensure that all visitors are supervised once they are cleared for visitation until they exited the facility.

Visitation Officers will enforce the Inmate Visitation policy and procedures.

Visitation Officers will ensure that inmates/detainees have their visits in accordance to the established visiting schedule.

Any questions relating to inmate visitation will be forwarded to the Shift Commander.

Prepared By: _____  10-26-03
  John M. Ayuyu                        Date
  Deputy Director of Corrections

Reviewed By: _____  10/25/07
  Gregory F. Castro                    Date
  Director of Corrections

Approved By: _____  10/26/07
  Lino S. Tenorio                      Date
  Commissioner of Corrections

2