

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Title | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Disciplinary Segregation Housing Unit Pod 4 | 3.1.24 | |
| **ACA Standards** | 3-ALDF-3A-05 Written Post Order for Every Post; 3-ALDF-3A-06 Written Post is Read by Officer | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

**Equipment Inventory:**

Assigned officer to the Housing Unit must conduct a mandatory equipment inventory to ensure that all Housing Unit equipment is functional and accounted. Inventory must be logged in the Housing Unit's logbook. The following equipment is issued to the Housing Unit and must be accounted at all times:
- 1-hand held radio
- 1-duress alarm
- 1-quitman logbook

**Post Overview/General Instructions:** "This is not an Armed Post"

The Housing Unit officer will abide with all DOC rules and regulations and ensure that the Housing Unit is kept clean, safe and secure at all times. After briefing, the incoming officer will report immediately to the Housing Unit. The outgoing officer will brief the incoming officer regarding the post to include the following: Inmate/Detainee bunk assignment, headcount, conditions, intelligence information, medication and disciplinary detention. Any discrepancy found by the incoming officer is to be reported to Central Control and the housing sergeant, and a written entry must be made in the housing logbook. Entries made in the logbook shall be in chronological order and written in a legible manner. Inmates shall be supervised at all times using Direct Supervision concept.

Routine headcounts and periodic checks shall be conducted, and logged and reported to Central Control when post is assumed. Whenever a cell or any door is closed, the assigned officer must push & pull to ensure that it is secured.

The Officer assigned to the Housing Unit will make an entry on the Post Logbook stating that the Post Order was read and understood. Officers assigned to the Housing Unit must ensure that all issued equipment is used as intended, functional and accounted.

1

| Night Shift | Day Shift | Duties |
|---|---|---|
| 0600 | | Lights On/Headcount/Personal Grooming |
| 0630 | | Stand Up Count |
| 0630 | | Breakfast Delivery |
| | 0700 | Post Takeover/Headcount |
| | 0730 | Breakfast Completion/ Clean-up |
| | 0800 | Routine Headcount/Medication Rounds |
| | 0900 | Routine Headcount |
| | 0900 | Television/Telephone On **(based on inspection)** |
| | 1000 | Routine Headcount/Television/Telephone Complete |
| | 1100 | Routine Headcount |
| | 1130 | Lunch Delivery |
| | 1200 | Routine Headcount/Medication Rounds |
| | 1230 | Lunch Completion/Clean-up |
| | 1300 | Routine Headcount |
| | 1400 | Routine Headcount/Recreation |
| | 1500 | Routine Headcount/Recreation Complete/Shower |
| | 1600 | Routine Headcount/Shower Complete |
| | 1630 | Dinner Delivery |
| | 1730 | Dinner Completion/Clean Up |
| | 1800 | Routine Headcount |
| 1900 | | Post Takeover/Headcount |
| 1930 | | Stand Up Count |
| 2000 | | Routine Headcount/Medication Rounds |
| 2100 | | Routine Headcount |
| 2145 | | Lights Off Announcement |
| 2200 | | Headcount/Lights Off/Lockdown |
| 2300-0500 | | Routine headcount & Security checks every hour |

**Unscheduled Duties:**
- Emergency Medical Runs
- Medical/Dental Runs
- Court Runs
- Out-door Recreation
- In-door Recreation
- Visitation (see Visitation P&P schedule)
- Key Malfunction (refer to Control and Use of Key P&P)
- Random Checks

Prepared By: _____  10-26-07
John M. Ayuyu                              Date
Deputy Director of Corrections

2

Reviewed By: _____          __10/25/07__
              Gregory F. Castro          Date
              Director of Corrections

Approved By: _____          __10/26/07__
              Lino S. Tenorio          Date
              Commissioner of Corrections