


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061  Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Pre-Trial Housing Unit | 3.1.30 | |
| ACA Standards | 3-ALDF-3A-05 Written Post Order for Every Post; 3-ALDF-3A-06 Written Post is Read by Officer | | | |
| Consent Decree | Paragraph 54 Develop Facility Policies and Procedures | | | |

**Equipment Inventory:**

It is mandatory for all assigned housing unit officers to conduct an inventory of all equipment in the unit to ensure they are complete and functional. Inventories must be logged in the Housing Unit's logbook. The housing unit is furnished with the following equipment and must be accounted for at all times:
- 1-hand held radio
- 1-duress alarm
- 1-quitman logbook

**Post Overview/General Instructions:**  "This is not an Armed Post"

The housing unit officer will abide with all DOC rules and regulations and to ensure that the housing unit is kept clean, safe and secure at all times. After briefing, the incoming officer will report immediately to the housing unit. The outgoing officer will brief the incoming officer regarding the post to include the following: Inmate/Detainee bunk assignment, headcount, conditions, intelligence information, medication and disciplinary detention. Any discrepancy found by the incoming officer will be reported to Central Control and the housing sergeant, a written entry must be made in the housing logbook. Entries made in the logbook shall be in chronological order and written in a legible manner. Inmates shall be supervised at all times using Direct Supervision concept.

Routine headcounts and periodic checks shall be conducted, and logged and reported to Central Control when post is assumed. Whenever a cell or any door is closed, the assigned officer must push & pull to ensure that it is secured.

The Officer assigned to the Housing Unit will make an entry on the Post Logbook stating that the Post Order was read and understood. Officers assigned to the Housing Unit must ensure that all issued equipment is used as intended, functional and accounted.

| Night Shift | Day Shift | Duties |
|---|---|---|
| 0600 | | Lights On/Headcount/Personal Grooming |
| 0630 | | Stand Up Count |
| 0630 | | Breakfast Delivery |
| | 0700 | Post Takeover/Headcount |
| | 0730 | Breakfast Completion/ Clean-up |
| | 0800 | Routine headcount/Medication Rounds |
| | 0900 | Routine headcount/Recreation |
| | 1000 | Routine headcount/Recreation Completion |
| | 1100 | Routine headcount |
| | 1100 | Television/Telephone **(based on inspection)** |
| | 1130 | Lunch Delivery |
| | 1200 | Routine headcount/Medication Rounds |
| | 1230 | Lunch Completion/Clean-up |
| | 1300 | Routine headcount |
| | 1400 | Routine headcount |
| | 1500 | Routine headcount |
| | 1600 | Routine headcount/Shower |
| | 1630 | Dinner Delivery |
| | 1700 | Routine headcount/Shower Completion |
| | 1730 | Dinner Completion/Clean-up |
| | 1800 | Routine headcount |
| 1900 | | Takeover Post/Headcount |
| 1930 | | Stand Up Count |
| 2000 | | Routine headcount/Medication Rounds |
| 2100 | | Routine headcount |
| 2145 | | Lights Off Announcement |
| 2200 | | Headcount/Lights Off/Lockdown |
| 2300-0500 | | Routine headcount & Security checks every hour |

**Unscheduled Duties:**
- Emergency Medical Runs
- Medical/Dental Runs
- Court Runs
- Out-door Recreation
- In-door Recreation
- Visitation (see Visitation P&P schedule)
- Key Malfunction (refer to Control and Use of Key P&P)
- Random Checks

Prepared By: _[signature]_　　　　　　　　　　　10-26-07
　　　　　　　John M. Ayuyu　　　　　　　　　　　Date
　　　　　　　Deputy Director of Corrections

2

Reviewed By: _____          __10/25/07__
                 Gregory F. Castro                     Date
                 Director of Corrections

Approved By: _____          __10/26/07__
                 Lino S. Tenorio                        Date
                 Commissioner of Corrections