

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Title | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Housing Pod 3 Post Order | 3.1.32 | |
| **ACA Standards** | 3-ALDF-3A-05 Written Post Order for Every Post; 3-ALDF-3A-06 Written Post is Read by Officer | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

**Equipment Inventory:**

Assigned officer to the Housing Pod 3 Control must conduct a mandatory equipment inventory to ensure that all Housing Pod 3 Control equipment is functional and accounted for. The inventory must be logged in the Housing Pod 3 Control logbook. The following equipment is issued to the Housing Pod 3 Control and must be accounted at all times:
- 1 hand held radio
- 1 duress alarm
- 1 light key
- 1 Quitman logbook

The Housing Pod 3 Control has a computer, monitor, keyboard, mouse and speakers.

**Post Overview/General Instructions:** "This is not an Armed Post"

The Housing Pod 3 Control Officer will abide with all DOC rules and regulations and ensure that the Housing Pod 3 Control is kept clean, safe and secure at all times. After briefing, the incoming officer assigned to Housing Pod 3 Control will report immediately to the Housing Pod 3 Control and relief the outgoing officer. The outgoing officer will brief the incoming officer regarding the post to include the following: Inmate/Detainee bunk assignment, headcount, conditions of housing pod 3 housing units, intelligence information, medication and disciplinary detention.

The Officer assigned to the Housing Pod 3 Control will make an entry on the Post Logbook stating that the Housing Pod 3 Post Order was read and understood by making an entry and signing his/her name.

The in-coming officer will make a new entry in the logbook with the following information:

1. Date
2. Shift
3. Shift schedule
4. Name of outgoing officer
5. Name of in-coming officer

6. List of equipment received and whether the Housing Pod 3 Control computer is operational.

After the entry of the above information, the Housing Pod 3 Control Officer will enter in the logbook in chronological order all activities that the control officer did throughout the shift. Information such as time when housing unit main entrance door was opened for an officer or inmate/detainee, time when spoke with a particular inmate/detainee over the intercom, time when food cart arrived at Housing Pod 3, etc.

The Housing Pod 3 Control Officer will turn-off or turn-on the lights in the housing pod using the light controls at housing control.

**Operation of the Housing Control Touch Screen**

The housing control computer will remain operational at all times unless the System Administrator shut it down for routine maintenance.

The computer or any of its accessories will not be removed and/or reconfigured by the officer. The System Administrator will be called should there be problems with the computer. The control officer shall not in any way attempt to fix the computer.

The screen will instantly respond to your touch of the tip of your finger and will activate the icon you desired. The screen will not respond to materials such as plastic or metal.

The Housing Pod 3 out-going officer will log-off from the computer and the in-coming officer will log-on using his/her assigned Username and Password.

Housing Control Officer will ensure that the icon to be touched on the touch screen is the main entrance door or cell door that is to be opened. The same is true with the speaker icons.

**Log-In Username and Passwords**

On every shift, the out-going officers will log-out and the in-coming officers will log-in. The opening screen to log-in is the CNMI seal. The in-coming officer will enter his/her username and password.

To enter your user username, use the alphanumeric keyboard. The Username/User ID field will display with a red background to show that it is the active field. As you enter your Username/User ID, it will show on the screen. If you make a mistake, delete it using the backspace key. Upon entering your Username/User ID, press enter.

After pressing enter, the Password field will display with a red background to show that it is active. Enter your password in the manner that you entered your user name. After you entered the correct password, press enter. When you entered the correct Username and Password, you will log unto the facility security system main menu.

**Log-Off**

The out-going officer will log-off at the end of the shift by going through the following procedures:

a. Touch the system Utilities' icon on the menu bar.
b. Select Logoff
c. The screen will show "Are you sure you want to logout?" Touch on the yes icon to log-off. The screen will show the log-on screen.

Once successfully logged-in, the operator is able to navigate to the different housing units in Housing Pod 3 using the screen.

**Cleaning the Touch Screen**

On the screen menu bar, touch on the System Utilities button. The System Utilities menu will open and it has six (6) categories. Touch on the Clean the Screen icon. The Clean Screen Utility turns off the touch sensitivity for a timed period. Follow the instructions on the screen when cleaning the screen. Should you have any questions, refer to the Trentech Touch Screen Manual located in Central Control.

Do not apply abrasive materials to the screen surface. Scratches on the screen will cause the system not to respond when touched.

**Housing Control Panic Button**

All Housing Controls have a panic button on the touch screen. It is located on the top right corner of the screen. When the Housing Control Officer needs assistance or when the control is to be overtaken by inmates/detainees, the panic button will be pressed so the touch screen will shut down automatically. When the panic button is pressed, the touch screen will turn red with the following information "Operation of the touch screen at this location has been removed…Contact Central Control." When the panic button is pressed at Housing Control, an alarm will activate at Central Control notifying the operator of the panic alarm activation. The Central Control Officer will inform immediately the Shift Commander so an officer or officers will be dispatched to the housing pod where the panic button was activated.

**Watch Tour**

To activate the "Watch Tour", press the watch tour button on the menu bar. The alphanumeric key board will appear. The Housing Control Officer must enter his or her password for the "Watch Tour" to activate. When it is activated, the "Watch Tour" button will be blinking red with the word "Active." The green light will appear on the button on the wall where the cells are located. When the "Watch Tour" button is pressed, a small screen appears asking whether you want the "Watch Tour" de-activated. Answer yes or no. When yes is pressed, the "Watch Tour" is de-activated.

When the "Watch Tour" is active, the officer doing the routine check must press the button on the wall where he/she will start checking the cells. When the check is completed, the button on the other end must be pressed to complete the check. When both buttons are pressed, Housing

Control will see a small green screen saying the "Watch Tour" is completed. Press OK for the screen to disappear.

Prepared By: _____  10-26-07
                  John M. Aguyu                              Date
                  Deputy Director of Corrections

Reviewed By: _____  10/26/07
                  Gregory F. Castro                         Date
                  Director of Corrections

Approved By: _____  10/26/07
                  Lino S. Tenorio                           Date
                  Commissioner of Corrections