


## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

### DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Safety and Emergency Procedures | Typhoon Plan | 3.2.1 | |
| **ACA Standard** | 3-ALDF-3B-14 Threats to Security | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I.  PURPOSE

Is to provide guidance and procedures to corrections officers for the safety and security of inmates/detainees and staff during a typhoon.

## II.  POLICY

It is the policy of the Department of Corrections to ensure that the public, inmate/detainee, staff and the prison facility are safe and secured in the event of a typhoon.

## III.  DEFINITIONS

1. **All Clear Condition:** The safety threat is out of our area and we are in a state of readiness.

2. **Command Post:** An office set up within DOC facility to supervise, coordinate and monitor emergency operations.

3. **Damage Assessment:** A survey on property to determine the extent of the damages caused by an emergency for the purpose of repairs or restorations.

4. **Debris:** The scattered remains of something broken or destroyed because of a typhoon, fire, riot, explosion or other catastrophe, which requires removal and disposal.

5. **Emergency:** A typhoon, fire, riot, explosion, or other catastrophe, which requires emergency assistance to save lives and property or to lessen the threat of a major disaster.

6. **Emergency Management Office (EMO)**: By law, EMO has been given the responsibility of coordinating all disaster-related emergencies in the CNMI.

7. **Senior Rank Officer**: Is an officer appointed to assist the Captain of Operations in carrying out the duties and responsibilities of the Command Post.

8. **Shift Commander**: A Corrections Lieutenant or designee that is in-charge of the shift.

## IV.    PROCEDURES

### A. Storm Information

#### Classifications Chart and Disaster Potential Scales:

1. Tropical Storm Formation Alert  -    15 knots or greater
2. Tropical Depression    -    34 knots (39 mph)
3. Tropical Storm    -    35 - 65 knots (39 - 73 mph)

**Potential Effects:**  Winds at this speed damage tropical crops, trees, foliage and unanchored wooden homes.  Typically there is no real damage to building structures and only some damage to poorly constructed signs and bus stop shelters.  Loose sheets of tin or lumber pose a threat as they sometimes act like wind-driven missiles.

Storm surges may reach a height of 4 to 8 feet above normal tide level.  Residents in low-lying areas along the western shorelines may be affected by flooding.  Boats moored in the direction of the surge will most likely break-up and sink or break-free from the mooring.

4. Typhoon    -    64 knots (75 mph or greater)

**Potential Effects:**  Winds at this speed can completely blow-down or up-root trees, power poles and lines.  Major structural damages will occur in exposed wooden homes.  Total damage can be expected for all temporary or poorly constructed signs, shacks, and false fronts.

Extensive damages of roofing materials and structures, doors, and windows on semi-concrete houses can be expected.  Storm surges and wave run-ups may reach the height of 12 to 20 feet above normal tide level.  All areas along the western shorelines are highly vulnerable for flooding and blockage by wind and water-driven debris if the wind direction shifts.  Terrain that is 10 feet or less above mean-sea level may be flooded by wave run-up and surge action.  Major erosion of beach areas can be expected.

5. Super Typhoon    -    130 knots (150 mph or greater)

**Potential Effects:**  Super typhoon force winds are capable of blowing down all trees and demolishing tin structure buildings, wooden houses, semi-concrete houses and pre-fabricated structures that are not well secured.

Severe damage and wave run-up to windows, doors and glass fixtures can be expected for concrete structure houses that are not well secured.

The storm surge may be greater than 20 feet above normal tide level. Typhoon strength and intensity are unpredictable. The Northern Mariana Islands can expect devastating winds from a well-developed storm or typhoon within 90 nautical miles from the islands during any given month. Because of this, the area is continuously in a Condition 4 state of readiness. Massive evacuation of all low-lying residential areas is required. Major floodwater damage to structures in low-lying areas can be expected.

## B. Readiness Conditions

| Condition 4 | State of Readiness |
|---|---|
| Condition 3 | Disaster/emergency anticipated within 48 hours |
| Condition 2 | Disaster/emergency anticipated within 24 hours |
| Condition 1 | Disaster/emergency anticipated within 12 hours |
| All Clear Condition | The Safety Threat is out of our area |

The EMO is responsible for the overall coordination of disaster emergency warning procedures and information dissemination. This includes informing the public as to the meaning of warning signals and preventive actions to be taken. The Joint Typhoon Warning Center (JTWC) and the National Weather Service (NWS) on Guam monitor our area for the development of tropical storm formation.

## IV.   PROCEDURES

### A. Activation of Typhoon Emergency Operations Procedures. :

#### 1. Typhoon Condition III

When the Governor declares Typhoon Condition III, the following procedures shall be activated and employed by the Shift Commander:

a.  Contact the DPS- EMO Liaison Personnel and verify the Typhoon Condition III declaration.

b.  Create Typhoon Activity Log Sheet and enter the date and time of the first warning and the name of the typhoon. The regular Routine Log Sheet shall be ceased and the Typhoon Activity Log Sheet will be used throughout the typhoon emergency.

c.  Immediately inform DOC staff that are working and inmates/detainees about the impending typhoon:

3

d. The Shift Commander will call the Commissioner of Corrections, Director of Corrections, Deputy Director of Corrections, and Captain of Operations to inform them about the impending typhoon.

## B. Emergency Staff Meeting

The Commissioner of Corrections or his designee shall call an emergency staff meeting to review the Typhoon Plan Policy and Procedures and discuss plans of action to be taken in preparation for the typhoon emergency. The following shall be discussed and reviewed during the meeting:

1. Review the Shift Schedule and determine whether additional personnel are necessary.

2. Address inmates/detainees and staff meals.

3. Address the distribution of supplies and emergency equipment.

4. Review Prisoner Escape Policy and Procedures.

5. Review Medical Emergency Plan.

6. Review Policy on Transportation of Inmates Outside the Facility.

7. Review Emergency Generator Procedures.

## C. Command Post

The Captain of Operations will establish a Command Post in the Training/Briefing Room and the following procedures will be executed:

1. The Command Post will be manned with sufficient personnel to ensure that the Typhoon Plan is fully activated.

2. The Captain of Operations will appoint a senior ranking officer to assist him in his duties and responsibilities at the Command Post.

3. The Command Post is for the corrections staff to meet, receive and disseminate pertinent information throughout the typhoon.

4. The Captain of Operations will ensure that typhoon condition declaration is up-to-date by calling EMO. Inform inmates/detainees and corrections officers of the existing typhoon condition as it becomes available; and ensure that all activities are accurately entered in the Typhoon Activity Log Sheet as they occurred throughout the typhoon emergency.

5. The senior ranking officer will seek assistance from corrections officers and inmates in securing office records, office equipment, vehicles, and office furniture to prevent damages from the typhoon. Ensure that all doors, windows and air vents are closed and secured using typhoon shutters to prevent flooding.

6. The senior ranking officer will request the Logistics Unit personnel to inventory all supplies and equipment that are to be used during the typhoon.

7. The senior ranking officer will meet with the Logistic Unit personnel and shift supervisors on a regular basis throughout the typhoon to ensure that emergency equipment such as flashlights, batteries for flashlights and DOC portable radios, raincoats, vehicles, food, mops, brooms, toilet papers, first aid kits and other amenities are sufficient to last throughout the typhoon.

8. The senior ranking officer will ensure that the Logistics Unit personnel properly and accurately record all supplies and equipment used throughout the typhoon.

9. The senior ranking officer will communicate with the food caterer and/or EMO to ensure food services are provided for the inmates/detainees and staff throughout the typhoon.

10. The senior ranking officer through the assistance of the Logistics Unit personnel will ensure that sufficient fuel, oil, and water for all vehicles and emergency generator are available for the duration of the storm prior to the declaration of Typhoon Condition II. The contractor for the back-up generator will be requested to monitor the standby generator throughout the storm to ensure continuous power is available for the facility.

## D. Shift Schedule and Distribution of Personnel

The Captain of Operations will establish work schedules as necessary and the following procedures shall be executed:

1. All corrections officers on annual leave or regular day off will be informed that annual leave or regular day off is canceled and to report to duty as scheduled.

2. The Shift Commander will ensure that all corrections officers come equipped with the basic uniform and equipment.

3. The Shift Commander will assign corrections officers to all posts taking into consideration the inmate population and classification in each housing unit.

4. The Shift Commander will remind all corrections officers that policies and procedures and post orders for each post will be followed to ensure the safety of the inmates/detainees and corrections officers.

**E. Meals**

The Captain of Operations will ensure that meals are provided to inmates/detainees and corrections officers throughout the typhoon and the following procedures shall be employed:

1. When the Governor declares Typhoon Condition III, the senior ranking officer will make all necessary arrangements with caterer to ensure that all inmates/detainees and corrections staff have sufficient food supplies to last throughout the typhoon.

2. The senior ranking officer will remind the manager and employees of the caterer about the proper handling of food consistent with health and sanitation regulations to prevent food contamination.

3. The senior ranking officer will request the caterer to provide disposable food containers when serving meals to limit the use of water at the facility.

4. The senior ranking officer will discuss with the manager of the caterer options in providing meals to the inmates/detainees should their kitchen facility be destroyed by the typhoon. In addition, the senior ranking officer will inquire from the caterer whether LP gas is available in case of power outages. If any of these factors will hamper the meal preparations, alternative caterer shall be contacted.

**F. Distribution of Supplies and Emergency Equipment**

The Captain of Operations will ensure that sufficient supplies and emergency equipment are available to ensure the safety and health of the inmates/detainees and corrections officers and the following procedures shall be employed:

1. The Captain of Operations will assign officers to assist the Logistics Unit personnel make an inventory on all supplies and emergency equipment that are to be used during the typhoon.

2. The Logistics Unit personnel will inform the Captain of Operations the type and quantity of available supplies and emergency equipment. Supplies and equipment that are required to be made available during the emergency will be procured through Purchase Order.

3. The Logistics Unit personnel will check all inmates/detainees in all housing units and provide hygiene supplies as required.

4. The Logistics Unit personnel will provide new batteries to all flashlights; backup batteries to all portable DOC radios; and make available rapid battery chargers for the DOC portable radios.

5. The Logistics Unit personnel will issue the respective Shift Commanders for his corrections officer's usage raincoats and flashlights as required. The Shift Commander will sign an inventory form acknowledging receipt of the raincoats

and flashlights and other equipment. When the "All Clear Condition" is declared, the Shift Commander will collect all raincoats and flashlights and other equipment from the corrections officers and return all items to the Logistic and Support personnel.

6. The Logistics Unit personnel will inventory the first aid kits and replenish essential first aid supplies such as bandages, minor cut ointments, aspirin, Tylenol and disinfectant chemical.

### G. Emergency Medical Treatment

The Captain of Operations will ensure that inmates/detainees be provided emergency medical treatment as required and the following procedures shall be employed:

1. The Shift Commander will inform all inmates/detainees that only emergency medical treatment will be attended during the typhoon emergency. Non-emergency medical/dental treatment will wait until the typhoon has cleared.

2. The Shift Commander will review sick call Procedures.

3. The Shift Supervisor will review the <u>Transporting of Inmates/Detainees Outside the Facility Policy and Procedures</u>.

4. The Shift Commander will request from the Logistics Unit personnel first aid kits to be made available during the typhoon. The first aid kits will only be used for minor injuries not requiring emergency medical attention and treatment at the Commonwealth Health Center.

### H. Emergency Generator

The emergency generator will turn on automatic if the island power is off due to the typhoon. The following procedures shall be employed:

1. The Contractor standby staff will be called when the emergency generator is operating due to island power outage.

2. The Logistics Unit personnel will ensure that fuel, oil, and water will be available to include the generator to run continuously until island power is turned on.

3. The Captain of Operations will discuss options with the Logistics Unit Supervisor should the back up generator fail.

### I. Typhoon Condition II

The Captain of Operations will review all Typhoon Condition III emergency procedures to ensure that they are in place and the following procedures shall be employed:

1. The senior ranking officer will inform inmates/detainees and corrections officers of the upgraded typhoon condition.

2. The senior ranking officer will inform all inmates/detainees that they will be secured in their assigned cells and to limit movements within their sections unless it is an emergency, which will be determined by the Captain of Operations.

3. The senior ranking officer will inspect the facility from the outside to ensure that windows, doors, and other areas are boarded up to prevent flooding.

4. The senior ranking officer will inspect the facility both inside and outside to ensure that precautionary measures were taken to prevent equipment, materials, and objects from wind driven missiles.

5. The Captain of Operations will ensure that no vehicles will be in operation unless it is an emergency. Vehicles will be parked in a protected area, when possible, to prevent damages.

6. The Shift Commander will inform all inmates/detainees that work release, visitation, and telephone usage will cease until the Governor declares the "All Clear Condition."

7. The Shift Commander will require corrections officers to do a headcount on all housing units along with the names of inmate's/detainee's cell assignments. The headcount will be submitted to the Command Post.

8. The Shift Commander will make a regular routine check via DOC radio on all posts to ensure that corrections officers are on the alert for possible flooding and structural damages. If there is flooding, corrections officers will request assistance from inmates to mitigate the flooding by using mops and buckets or provide assistance in putting up additional covers on windows and doors. If there are structural damages, the Shift Commander will relocate inmates/detainees to another housing unit to ensure their safety.

9. The safety and security of all inmates/detainees and corrections officers is paramount when movement is required to prevent flooding or to relocate inmates/detainees because of structural damages. Headcount will be conducted when inmates/detainees relocation is necessary.

10. The Shift Commander will ensure that corrections officers on each post will make a routine radio call to the Command Post informing the status of the inmates/detainees and whether there is flooding or structural damages within their posts.

11. At the discretion of the Captain of Operations, additional officers may be deployed to enhance security during the typhoon.

**J. Typhoon Condition I**

The Captain of Operations will ensure that all inmates/detainees, corrections officers and the entire facility are safe and secured and the following procedures shall be employed:

1. The senior ranking officer will inform all inmates/detainees and corrections officers that the Governor has declared Typhoon Condition I and shall be alerted for possible structural damages, which may jeopardize safety and security.

2. All inmates/detainees will be secured in their assigned cells and their movements shall be restricted unless it is an emergency.

3. The senior ranking officer assigned to each post shall designate corrections officers to maintain flood control at all times. If there is flooding, inmates will be utilized to assist in alleviating flooding.

4. When inmate's assistance is necessary to alleviate flooding or for any other purposes, each inmate who volunteers will sign a waiver form absolving the Department of Corrections from liabilities because of his/her voluntary assistance.

5. Corrections officers shall not initiate any action to prevent flooding and structural damages if it will jeopardize the safety of the officers and/or the inmates/detainees. Any actions with potential health hazard to corrections officers and/or the inmates/detainees shall first be communicated to the Captain of Operations at the Command Post prior to the action being initiated.

6. All corrections officers assigned to a post shall remain at the post throughout the period of Typhoon Condition I unless it is an emergency or instructed to do otherwise by the Command Post. No corrections officers shall be outside the facility during the height of the typhoon unless authorized by the Captain of Operations.

7. Corrections officers on special assignment, such as hospital runs, who are on the road during Typhoon Condition I shall return to the facility ASAP, or seek the nearest shelter immediately. In the event the corrections officer seek shelter else where, he/she will radio the Command Post and inform his/her exact location. The corrections officer will radio the Command Post every half hour to inform about his/her status.

8. During the entire period of Typhoon Condition I, the senior ranking officer assigned to each post will radio the Command Post every thirty (30) minutes and report his/her post status.

9. The senior ranking officer at the Command Post shall maintain an accurate account of all activities that occurred during the typhoon period.

10. In the event any minor or serious injury is sustained by an inmate/detainee or corrections officer, the Command Post will be notified immediately and the following actions will be taken:

    a.  Obtain the name and date of birth of the injured person.

    b.  Name, address, and telephone number of next of kin.

    c.  Determine the extent of the injury and report immediately to the Command Post.

    d.  The Command Post will inform the Commissioner of Correction, Director of Administration, Director of Corrections, Deputy Director of Corrections, and DOC nurse immediately.

    e.  The Command Post will contact the Fire Division and request the Emergency Medical Services (EMS) personnel for immediate assistance at the facility. Inform the EMS personnel what injuries the person sustained.

    f.  Upon the arrival of the EMS personnel, obtain the names of the personnel and enter it in the Typhoon Activity Log Sheet. Assist EMS personnel if necessary in treating the injured person. Enter in the Typhoon Activity Log Sheet the actions and treatment EMS personnel provided to the injured person.

    g.  In the event it is determined by the EMS personnel that the injured person needs medical attention at the Commonwealth Health Center (CHC), refer to the Medical Treatment and Appointment Policy and Procedures and Transporting Inmates/Detainees Outside the Facility Policy and Procedures.

    h.  All corrections officers who have knowledge of the incident shall write complete and accurate report of the incident including the extent of the injury; actions taken; and submit the report to the Command Post.

    i.  In the event of typhoon related Death, the following actions shall be taken:

        1.  Secure the area to ensure that no evidence is tampered or contaminated.

        2.  The body will not be touched or removed by anyone except upon the authorization of the attending physician or pathologist.

        3.  Obtain the name, date of birth and address of the deceased.

        4.  Obtain the name, address and telephone number of the next of kin.

        5.  Radio immediately the Command Post and inform about the death. The Command Post will contact the Criminal Investigation Bureau to investigate and process the scene.

6. The Command Post will inform the Commissioner of Corrections, Director of Corrections and Deputy Director of Corrections immediately.

7. The Command Post will call EMS personnel and a doctor from CHC immediately and request their presence at the facility.

8. All corrections officers who have knowledge of the incident will submit to the Command Post complete and accurate report on the incident at the end of the shift.

j. In the event of fire, the following actions will be taken:

1. Sound the fire alarm and remain calm.

2. Inform the Command Post of the fire and its location.

3. The Command Post will call the Fire Division immediately. The Command Post will inform the Fire Division personnel the closest gate or location to enter to extinguish the fire.

4. Start evacuating all inmates to another location that is safe and secured.

5. Corrections officers shall use fire extinguishers and other fire fighting equipment to extinguish or control the fire. Assist firefighters when they arrive.

6. All corrections officers who have knowledge of the incident shall submit to the Command Post complete and accurate report of the incident.

**K. All Clear Condition**

When the Governor declares the "All Clear Condition" the following actions will be taken:

1. The senior corrections officer on each post will make a headcount on all inmates/detainees to ensure that they are accounted for and in good health.

2. Inmates/detainees who are discovered to be injured or sick will be reported to the Command Post. The nurse will be notified.

3. All inmates/detainees will remain in their assigned cells until it is determined by the Captain of Operations that it is safe and secure to return to the regular assigned housing unit and cell.

4. All supplies and emergency equipment will be inventoried by the Logistic and Supply personnel and secured in there proper location.

5. The Typhoon Activity Log Sheet will cease by writing on the last entry "All Clear Condition." The Routine Log Sheet will commence.

6. The Captain of Operations will cease any typhoon work schedule and assignments and commence the regular work schedule. Corrections officers will be informed to return for duty according to their normal schedule.

7. The senior ranking officer at the Command Post will ensure that all corrections officer's time card are complete and correct and submit them to the Captain of Operations.

8. To prevent electrocution from down power lines, inmates/detainees and corrections officers will not touch any power lines until they are determined that they are not hot. All wires will be considered hot and extreme precaution shall be taken to prevent injuries or death. Inmates/detainees and corrections officers shall take extreme precaution from debris that can cause serious injuries.

**L. Damage Assessment**

The Captain of Operations will create damage assessment team consisting of senior officers to ensure that an accurate and complete report is submitted to the Commissioner of Corrections. The following procedures will be employed:

1. As soon as practicable, taking into consideration the prevailing weather condition, the Captain of Operations will initiate Damage Assessment of the DOC facility, equipment, vehicles and other properties to determine the extent of the damages caused by the typhoon.

2. The team will be divided into groups to assess the following:

    a. DOC building
    b. Electrical
    c. Plumbing
    d. Office equipment and furniture
    e. DOC vehicles
    f. Inmates/detainees personal belongings
    g. Perimeter fencing and lighting

3. The assessment teams will accurately and completely describe what got damaged under each category above.

4. The assessment reports will include a section that addresses emergency repairs. The following criteria will be considered in determining whether emergency repairs are necessary:

    a. The safety and welfare of inmates/detainees and corrections officers.

12

    b. The possibilities of prison escape if repairs are not immediately accomplished.

    c. Additional costs that will be incurred in the future if immediate repairs are withheld.

    d. Job efficiency if immediate repairs are not accomplished.

5. All assessment reports will be submitted to the Director of Corrections for review prior to submitting it to the Commissioner of Corrections.

## M. Debris Clearance

Debris and property damages are a threat to the safety and health of the inmates/detainees and corrections officers because they can injure and provide a means of escape to inmates/detainees. As a result, the Captain of Operations shall create a team to clean up and remove debris from the facility and the following procedures will be employed:

1. The Captain of Operations shall assign a senior ranking officer as officer-in-charge to oversee clean-up operations. The officer-in-charge will select corrections officers and inmates to assist in the clean-up.

2. The officer-in-charge will examine the type of debris that will be cleaned and determines the number of personnel and the type of equipment necessary to accomplish the task. The assistance of other government agencies will be requested if heavy equipment is required.

3. The officer-in-charge will call the Commonwealth Utilities Corporation (CUC) immediately if power lines are down to determine whether the lines are hot. Where there are down power lines, clean up shall not commence until it is determined that the down lines are safe. Extreme precautionary measures will be taken to ensure the safety of all personnel involved in the clean-up.

4. The officer-in-charge will ensure that all personnel involve in the clean-up wear appropriate clothing and use proper equipment and tools in cleaning and removing debris to prevent serious injuries.

5. The officer-in-charge will ensure that any personnel assigned to operate tools and equipment is knowledgeable in the tools and equipment safety operating procedures to prevent injuries.

6. The officer-in-charge will utilize DOC vehicles or seek assistance from other government agencies such as the Mayor's office or Department of Public Works in removing debris from the facility.

Prepared By: _____                    11-9-07
John M. Ayuyu                                                      Date
Deputy Director of Corrections

Reviewed By: _____                    11/3/A
Gregory F. Castro                                                 Date
Director of Corrections

Approved By: _____                    11/14/07
Lino S. Tenorio                                                   Date
Commissioner of Corrections