


COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Safety and Emergency Procedures | Prisoner Escape | 3.2.2 | |
| **ACA Standard** | 3-ALDF-3B-15 Escapes | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I. PURPOSE

To establish procedures and guidelines for corrections officers in the event an inmate/detainee escapes from the facility.

## II. POLICY

The Department of Corrections will maintain safe and secure facility to protect the public, prevent escapes through internal management procedures and is prepared to react to escape attempts and successful escapes.

## III. DEFINITIONS

**Furlough:** Is an approved privilege that allows an inmate to be absent from the facility with specific conditions to re-establish relationships in the community.

**Inmate:** Is a person who has been ordered into the custody of the Department of Corrections by the CNMI Courts to be confined as an inmate or prisoner to serve his/her prison sentence.

**Detainee:** Is a person who has been arrested based on probable cause, for traffic and/or criminal offense. CNMI/FEDERAL Warrants of Arrest, Criminal/Civil Bench Warrants, Immigration status violations and a valid Parole/Probation Warrants.

**Leave:** Is where an inmate has written permission from the Secretary of Corrections allowing to be absent from the facility for a specific period of time.

**Work Release:** Is an approved privilege that allows the inmate to be absent from the facility for a specific number of hours a day in order to hold a job in the community.

1

## IV. PROCEDURES

Corrections officers will ensure that inmates/detainees do not leave the Department of Corrections without authorization from the Commissioner of Corrections and/or by court order. An inmate/detainee who leaves the DOC facility without authorization is considered an escape and will be prosecuted.

### A. Discovery of Escape and Confirmation

At any time it is believed that an inmate/detainee has escaped, the officer assigned to the post will:

1. Advise the inmates/detainees in the housing unit to return to their assigned cells or bunks and wait for further instructions.

2. Contact the Shift Commander by radio and advice of the discovery and the specific location of the escape.

3. Contact Central Control and advise the same. Central Control will advise all posts that the facility is to be immediately placed on lockdown status.

4. Count the inmates/detainees in accordance with the housing unit cell assignment and report the results to Central Control.

5. The officer will provide the Shift Commander with the following information:

    a. Name of inmate(s) and/or detainee (s) involved.
    b. Time of escape.
    c. Number of escapees.
    d. Means of escape (through window, fence, door, etc.).
    e. Whether on foot or by vehicle, if known and give description of vehicles, if vehicle was used, if known:

        1. Type of vehicle.
        2. Model
        3. License plate number.
        4. Color of vehicle.

    f. If armed, type of weapon.
    g. If there is any injury to an inmate/detainee and/or corrections officer, the officer will immediately inform the Shift Commander. The Shift Commander will refer to the Medical Treatment and Appointment Procedures.

6. Secure all obvious means of escape and preserve the crime scene as applicable.

7. Corrections officers in each post will conduct a physical headcount of all inmates/detainees and inform Central Control of the results of the headcount.

2

8. The Shift Commander will assign corrections officers, taking into consideration prison security to search the facility's surrounding areas for the escapee/s. Any findings will be submitted in writing to the Shift Commander prior to the end of the shift.

9. If there is a breach of security, the Shift Commander will take corrective measures immediately to ensure that the breach is secured. If necessary, a corrections officer shall be posted at the area to prevent further escape.

10. The Shift Commander will obtain the following information on the inmate/detainee that escaped from Classification:

    a. Name of the escapee/s.
    b. Description of the clothes being worn by the escapee/s.
    c. Height.
    d. Weight.
    e. Color of eyes.
    f. Color of hair and type of haircut.
    g. Nationality.
    h. Age.
    i. Distinguishing marks such as scars and tattoos.
    j. Photographs shall be made available.
    k. Escapee's conviction charge/s.
    l. Name and address of wife, girlfriend and/or immediate family.
    m. Name of assigned attorney, if any.

11. The Shift Commander will immediately inform the Commissioner of Corrections, Director of Corrections, Deputy Director of Corrections, Captain of Operations, DPS Central, DPS Criminal Investigation, C.E.R.T Team Leader and Logistics Unit Supervisor regarding the escapee(s).

12. The Assistant Shift Commander will provide the respective posts pertinent information regarding the escapee/s.

13. The CERT Team Leader will develop a plan using C.E.RT. members in the apprehension of the escapee (s). If necessary, the C.E.R.T Team Leader will request from the Captain of Operations additional officers to assist in the search of the escapee/s.

14. The Shift Commander will inform the Captain of Operations and the C.E.R.T Team Leader all information received from the public and other concerned individuals regarding the escapee/s. All vital information will be forwarded also to the DPS Central and Criminal Investigation Bureau immediately.

15. The Shift Commander will inform all inmates who are on Work Release, Furlough and other programs that all programs are suspended until further notice. The inmates who are on work release will be reminded to inform their respective employers regarding the suspension.

### B. Escape While Outside the Facility

It is the responsibility of the escorting officer to ensure that inmates/detainees do not escape while being transported to and from the hospital, courts, and other locations by using restraints and direct supervision. The escorting officers will adhere to the following procedures:

1. <u>Inmate/Detainee Transport Outside the Facility Policy and Procedures</u>.

2. In the event an inmate/detainee escapes while being escorted to and from the hospital, courts, and other locations, the officer will radio Central Control and inform the control officer about the escape.

3. Central Control will immediately inform the Commissioner of Corrections, Director of Corrections, Deputy Director of Corrections, and Captain of Operations and the respective sections listed above. All information under sections A5 and A10 shall be gathered and provided to the respective sections.

4. The Shift Commander will enhance security by assigning additional corrections officers to the remaining inmates/detainee who are being transported to and from the hospital, courts and other locations. If an officer is escorting more than one inmate and should there be an escape, the officer will call Central Control for assistance but he/she does not leave the inmate unattended under any circumstances.

5. The officer who had custody of the escapee/s shall submit a detailed written report to the Shift Commander at the end of the shift.

6. In the event of injury sustained by an officer, inmate/detainee and/or anyone, as a result of the escape, the escorting officer shall immediately inform the Shift Commander. The Shift Commander shall call the Fire Division immediately for assistance. The officers who have knowledge of the incident shall submit a complete written report to the Shift Commander at the end of the shift.

7. If the inmate/detainee escapes in the presence of the officer, and the officer has no other inmate/detainee under his/her custody, the officer shall:

    a. Make every effort to recapture the escapee/s.
    b. Radio DPS Central and Central Control and request for immediate assistance. Provide pertinent information to officers involved in the pursuit of the escapee/s.
    c. Firearms shall not be used unless the officer and/or bystander's lives are in danger. Refer to the <u>Use of Firearms Policy and Procedures</u>.

4

Prepared By: _____[signature]_____    10/25/07
John M. Ayuyu                          Date
Deputy Director of Corrections

Reviewed By: _____[signature]_____    10/24/07
Gregory F. Castro                      Date
Director of Corrections

Approved By: _____[signature]_____    10/26/07
Lino S. Tenorio                        Date
Commissioner of Corrections



*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

# DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

## Prisoner Escape Information Sheet

This document will be filled out **immediately** by the **On Duty Commander** for the Commissioner and Director of Corrections on any & all escape in accordance with the Escape Pursuit Procedures.

Notify: Commissioner: _____   Director: _____   Operations Captain: _____

Name of Prisoner: _____ Assigned Housing Unit: _____

Description of Clothing worn: _____

DOB: _____ Age: ____ Height: _____ Weight: _____

Color of Eyes: _____ Type of haircut: _____ Nationality/Ethnicity: _____

Date of Incarceration: _____ How many years to serve: _____
Classification Custody Level: _____
Distinguishing marks such as scars and tattoos: _____
_____
_____

Time of Escape: _____ Number of Escapees: _____ DPS Case#: _____

Means of Escape of Escapee (through window, fence, door, etc.): _____
_____

Whether on foot or by vehicle: _____   If armed, type of Weapon: _____

Give description of vehicle, if vehicle was used:
        1. Type of vehicle: _____
        2. Model: _____
        3. Plate Number: _____
        4. Color of Vehicle: _____

Name & Address of wife, girlfriend &/or immediate family: _____
_____

Location of Escapee Primary Residence: _____
Location of Parents Residence: _____
Name of Person most often called: _____
Last Person contacted prior to escape: _____

Name of Attorney, if any: _____

Synopsis (summary): _____
_____
_____
_____
_____
_____
_____

Name of Commander: _____ Shift: _____
Name of Officer(s) involved: _____
How many on Shift & Where are they Posted: _____
_____
_____
_____
_____
_____
_____
_____
_____

**This form must be available for the Commissioner and Director prior to their arrival to the facility.**

**\*\*The Classification Section will provide the latest photos of the Escapee.**