

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Safety and Emergency Procedures | Bomb Threat | 3.2.4 | |
| **ACA Standard** | 3-ALDF-3B-14 Threats to Security Such as Riots and Hostage Situations | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

## I. PURPOSE

To describe bomb threat procedures for the Department of Corrections.

## II. POLICY

It is the policy of the Department of Corrections to provide facility staff with a bomb threat plan that will enable them to respond effectively and efficiently to prevent property damage and injury to staff, visitors, inmates/detainees and the surrounding community.

## III. PROCEDURES

### A. Bomb Threat

When a staff member receives a bomb threat telephone call or a written bomb threat, the objectives are to find the "bomb," if any, and provide for its removal; to identify the incident as a hoax as quickly as possible in order to minimize time and disruption; to prevent panic; and to prevent any publicity which could instigate other hoax calls or written notes.

### B. Notification

When a staff member receives a bomb threat telephone call or a written bomb threat, the telephone call or the written note will be taken seriously and must be reported immediately to the Shift Commander and Assistant Shift Commander. The Shift Commander and/or Assistant Shift Commander will immediately telephone and notify the Commissioner of Corrections, Director of Administration, Director of Corrections, Deputy Director of Corrections, and the Captain of Operations. Telephone and pager numbers are located at Central Control. In notifying the above

1

individuals and communication with officers and housing units, transmission via radio will not be used as it may set off an electronically actuated device.

### C. Gathering of Information and Evidence

The staff member receiving the bomb threat telephone call will stay calm, courteous, listen (do not interrupt the caller) and will keep the caller on the line as long as possible to obtain as much information about the bomb threat as possible.

The staff member should write down the following information about the call:

1. Date and time when the call was received,
2. Voice: Loud, soft, high pitch, deep, pleasant
3. Sex: Male, female, juvenile
4. Accent: Chamorro, Carolinian, foreign (Chinese, Filipino, Korea, Japanese, etc.)
5. Speech: Fast, slow, distinct, distorted, stutter, nasal and slurred
6. Language: Excellent, good, fair, poor, foul
7. Manner: Calm, angry, rational, irrational, coherent, deliberate, emotional, laughing, and intoxicated
8. Background Noise: Machines, animals, music, airplanes, street traffic, party atmosphere and quiet voices.

The caller should be asked the following questions:

1. When is the bomb going to explode?
2. Where is the bomb located in the facility?
3. What kind of bomb is it?
4. What does it look like?
5. What will cause it to explode?
6. Did you place this bomb?
7. Why did you place the bomb?
8. Who is the target?
9. Where are you calling from?
10. What is your name?

In the case of a written note, the document is an important piece of evidence that must be preserved. The evidence should be handled by as few people as possible and carefully preserved.

### D. Evacuation

Based upon all of the immediate available information at the time the threatening call was received, or written note, the Shift Commander after consulting with the Captain of Operations and the Director of Corrections will make a decision as to whether or not the building will be immediately evacuated. The Shift Commander may authorize evacuation of a housing unit to another safe area in the event of a life-threatening emergency in the immediate area. Prior to evacuation, the Shift Commander and/or Assistant Shift Commander will ensure that sufficient personnel are available to properly supervise inmates/detainees. During evacuation, inmates/detainees do not

2

take any personal belongings with them, unless told to do so. Inmates/detainees with special needs will be given priority in an evacuation. Once all persons have been evacuated into a safe area, the officer will count all inmates/detainee under his/her supervision. If any inmates/detainees are missing, the officer will return to the evacuated area to search for them, if it is safe to do so. Inmates/detainees who are under protective custody and inmates/detainees who are considered security risk will be separated from the other inmates/detainees. Inmates/detainees will not be returned to the housing unit until it has been determined that it is safe to do so. Because the possibility of escape increases when evacuation is necessary, the Shift Commander and/or Assistant Shift Commander will assign officers to maintain perimeter security and lockdown on all housing units not affected. The Commissioner of Corrections, Director of Administration, Director of Corrections, Deputy Director of Corrections, and the Captain of Operations will be notified when evacuation outside the facility is necessary.

E. **Search and Discovery of a Suspected Explosive Device**

Once the evacuation is accomplished, an orderly search may begin if time permits. Officers will search all common areas such as hallways, sallyport, restrooms, showers, dayroom areas, housing units, staff dining, laundry areas, parking lots and outside perimeter areas. Staff will search their offices with which they are familiar. In designating search responsibility, the fact should be considered that familiarity with a given area is paramount to a successful search. It is suggested that designates be determined on the basis of their having frequent exposure to an area. In searching an area, it is important to be aware of the fact that should an unusual or unacceptable object be observed, it should not be touched or moved under any circumstances. The individual who locates such an object should immediately notify the Shift Commander and/or Assistant Shift Commander. When searching, personnel are reminded that lights and other electrical fixtures should not be turned on or off. If an area is too dark to be searched, a flashlight should be used.

A staff member who discovers a suspected explosive device will immediately notify the Shift Commander and/or Shift Supervisor. The Shift Commander and/or Assistant Shift Commander will notify the DOC chain of command. In addition, the DPS Criminal Investigation Bureau will be called. The Commissioner of Corrections will request assistance from the Emergency Management Office to provide ordnance disposal experts.

The Shift Commander and/or Shift Supervisor will inform all personnel through means other than radio that all movements will cease and under no circumstances will a staff touch or try to move a package or device suspected to be an explosive. If evacuation is not completed, evacuate the area where the device is located without breaching security and safety. Open all windows and doors in the area. Control access to the area to ensure that the device is neither approached nor disturbed. Personnel will assist as requested until the device has been removed or disarmed.

### F. Bomb Explosion

If a bomb explodes in the facility, the Shift Commander and/or Assistant Shift Commander will be notified immediately by the DOC Chain of Command, DPS Central and DPS Criminal Investigation Bureau, as well as the agency in-charge of disposing ordnances. The Shift Commander and/or Assistant Shift Commander will ensure that the facility remains secure and prepares affected areas for evacuation, if necessary. All areas not affected will be on locked down. Medical staff and Fire Division will be requested to respond to the affected areas to begin treatment and fire suppression, if necessary.

### G. Reports

All personnel involved in the bomb search and staff who discovered a suspected device will submit a complete and accurate self-statement regarding the incident to the Shift Commander and/or Assistant Shift Commander prior to the end of the shift.

Prepared By: _____   Date: 10-25-07
John M. Ayuyu
Deputy Director of Corrections

Reviewed By: _____   Date: 10/26/07
Gregory F. Castro
Director of Corrections

Approved By: _____   Date: 10/26/07
Lino S. Tenorio
Commissioner of Corrections