

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Safety and Emergency Procedures | Incident Command System (ICS) | 3.2.5 | |
| **ACA Standard** | 3-ALDF-3B-10 Emergency Plans | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I. PURPOSE

To establish an Incident Command System that provides guidelines for correctional staff in situations such as riots, escapes, hostage incidents, bomb threats, typhoons, fire and adverse job actions.

## II. POLICY

It is the policy of the Department of Corrections to maintain an Incident Command System that will enable staff to respond effectively to institutional emergencies, to train staff in those plans and to effectively coordinate them with other law enforcement and emergency service agencies.

## III. DEFINITIONS

**Emergency:** A typhoon, fire, riot, explosion, or other serious incident, which requires emergency response and assistance to save lives and property or to lessen the threat of a major disaster.

**Incident Commander:** The individual, by job title, who assumes and maintains authority over the facility and the emergency once he or she arrives and is briefed. The person who remains in charge until the emergency has been resolved.

**Incident Command Post:** An office set up within DOC facility to supervise, coordinate and monitor emergency operations.

**Incident Command System:** A management organization designed for the on-scene management of major incidents resulting from fires and other natural or man-made emergencies. ICS can be used during serious multi-disciplinary (fire, law, medical) emergencies or for operations involving a single jurisdiction with single or multi-agency involvement.

**Liaison Officer:** Serves as the point of contact for incoming agencies and organization.

**Public Information Officer:** Coordinates all of the activities related to dealing with the media.

**Recorder:** Records all activities for the Incident Commander.

**Safety Officer:** Makes the Incident Commander aware of operational activities that may create an unacceptable safety risk to responders.

**Shift Commanders:** Supervisors that runs the unaffected areas of the facility.

**Triage:** A process by which medical personnel determines the health care needs of an individual through interview and inspection. Appropriate medical care is rendered at this time, or a referral is made to the doctor.

**Unified Command (UC):** Is a structure that brings together the Incident Commanders of all major organizations involved in the incident in order to coordinate an effective response while at the same time carrying out their own jurisdictional responsibilities.

## IV. PROCEDURES

A. The ICS is a management tool that provides continuity of command from the arrival of the first responding personnel through the termination of the incident. Additionally, it permits a clear point of control and can be expanded or contracted with ease to escalating or diminishing situations and when multiple agencies are involved.

The ICS should be implemented in situations such as riots, escapes, hostage incidents, bomb threats, typhoons, fire, terrorist activities, adverse job actions and/or any other incident where the Commissioner of Corrections determines that the activation of the ICS would be beneficial in establishing and maintaining control of a situation.

B. **Initial Response**

1. Upon receiving a report of an emergency, the Shift Commander will assign officers to investigate.

2. Upon arrival at the scene, officers should determine the nature and extent of the problem, and advise the Shift Commander.

3. The Shift Commander should proceed to the scene, evaluate the situation and request for additional manpower as required including assistance from police and fire as needed.

4. The Shift Commander will inform all housing units that the whole facility will be lock-down and inmate/detainee movements will be restricted.

5. The Shift Commander will assume command of the incident and activate the ICS.

2

6. The Shift Commander should stabilize the scene, limit the acceleration and growth of the incident, ensure the safety of inmates/detainees, staff, responding personnel and to identify the initial ICS functions needed to address and mitigate the event. The speed in containing the emergency situation is critical in reducing the possibility of other areas of the facility being affected.

7. The Shift Commander should use the Central Control as the Incident Command Post or another area outside the secure portion of the facility that will not be accessible to the public, unauthorized personnel or the media. An alternate Incident Command Post should be identified in the event the primary Incident Command Post is in jeopardy or otherwise unserviceable.

8. The Shift Commander will designate one officer to record all in-coming and out-going information from the Incident Command Post. Record dates and time of each activity as it occurs.

9. The Shift Commander will be in charge until a complete briefing and a change of command are executed.

10. The Shift Commander will assign an officer to call off duty corrections officers and inform them to immediately report to the Department of Corrections for further instructions and assignments.

11. If an emergency situation occurs at night, illuminate the whole facility as much as possible.

12. All officers in the housing units will initiate inmate/detainee headcount and inform the Incident Command Post of the results. Headcount will be conducted every fifteen (15) minutes thereafter and reported to the Incident Command Post.

13. The corrections officers who first encountered the emergency situation shall provide the Incident Command Post the following information as soon as possible:

    a. Name and location of the reporting officer.

    b. Exact location of the incident.

    c. The nature of the incident.

    d. Injuries, if any, to staff and inmates/detainees.

    e. Names and the number of inmates/detainees involved.

    f. Whether weapons are involved and type of weapons.

    g. Whether there are hostages taken, names and the number of hostages.

3

h. Any other relevant information of the incident.

14. All staff and inmates/detainees who have knowledge of the incident will be interviewed and debriefed by the DPS criminal investigators. They should be placed in a protected area until they are interviewed and debriefed. All inmates/detainees are potential suspects until proven otherwise.

**C. Notification**

The Shift Commander shall immediately inform the following DOC personnel in all emergency incidents that requires the implementation of the ICS:

1. Commissioner of Corrections
2. Director of Corrections
3. Deputy Director of Corrections
4. Captain of Operations
5. Logistics Unit Supervisor
6. DOC Psychiatrist
7. Shift Commanders
8. Administrative Officer
9. C.E.R.T. Team Leader

**D. Incident Command System Organization**

1. The following are the five (5) steps process in the ICS:

   **Report:** Initial report and verification.

   **Contain:** Minimize escalation, secure, and account.

   **Mobilize:** Evacuate people, notify, recall staff, develop action plan.

   **Respond:** Put the plan into action.

   **Recover:** Address post-incident concerns and return to normal operation.

2. The ICS organization consists of five (5) major management activities, which serve as the foundation upon which the ICS operates.

   a. **Incident Commander (IC)**

4

1. The Director of Corrections is the Incident Commander. The Incident Commander may have a Deputy Incident Commander under him/her to assist in carrying out his/her duties and responsibilities. The IC will select a Shift Commander who will be the Deputy Incident Commander.

2. The Public Information Officer, Liaison Officer, Safety Officer, Recorder and Shift Commanders are the command staff of the Incident Commander. Command staff may have assistance as needed. The Shift Commanders will be in-charge of running the housing units and other related operational activities.

3. The heads of the Operations Section, Planning Section, Logistics Section and the Director of Administration Division are the general staff of the Incident Commander.

4. Agency representatives report to Liaison Officer on Command Staff.

5. Duties and Responsibilities of the IC:

    a. Establish immediate priorities especially the safety of responders, other emergency workers, bystanders, and people involved in the incident.

    b. Stabilize the incident by ensuring life safety and managing resources efficiently and cost effectively.

    c. Determine incident objectives and strategy to achieve the objectives.

    d. Establish and monitor incident organization.

    e. In a Unified Command, ensure integration of response organizations into the ICS/UC.

**b. Operations Section**

The C.E.R.T. Team Leader will head the Operations Section. In addition to the CERT members, the head of the Operations Section may have assistance as needed.

1. Develop tactical objectives.

2. Direct all resources.

3. Conducts tactical operations.

4. May request outside resources to accomplish tactical objectives.

**c. Planning Section**

    1. The Captain of Operations will head the Planning Section and may have assistance as needed.

    2. Collects, evaluates and display information.

    3. Prepare incident action plan.

    4. Maintain situation and resource status information.

    5. Maintain incident documentation.

    6. Set up staging areas.

    7. Prepare demobilization plan.

**d. Logistics Section**

    1. The Logistics Unit Supervisor will head the Logistics Section and may have assistance as needed.

    2. Provides support to meet incident needs.

    3. Responsible to acquire services, personnel, equipment and materials to support the incident needs.

**e. Administration Section**

    1. The Director of Administration will head the Administration Section.

    2. Monitor costs related to the incident.

    3. Provides accounting, procurement, time recording and cost analysis.

**Incident Command System Organization**



E.  **Incident Command Post**

All personnel will be informed of the Incident Commander's name. All information will be forwarded to the Incident Command Post.

The gathering and disseminating of information to personnel privy to such information is vital in an emergency. All personnel will be informed that complete and accurate information must be forwarded on a timely manner to the Incident Command Post. The command staff will forward pertinent information to personnel on a need to know basis.

The Incident Command Post will be established outside the secure portion of the facility that will not be accessible to the public, unauthorized personnel or the media. The DOC Conference Room is the designated Incident Command Post. An alternate Incident Command Post should be identified in the event the primary Incident Command Post is in jeopardy or otherwise unserviceable. The Logistic Section

should provide the Incident Command Post with the necessary equipment and supplies to operate throughout the emergency.

To prevent information from being monitored, land lines will be used in forwarding information to the Incident Command Post. When DOC portable radio is to be used, it must be remembered that news media as well as other interested parties with scanner capabilities can monitor the call. As much as possible, sensitive information will be communicated through a landline.

### F. Communication

The ability to communicate quickly and efficiently increases the probability of success in any emergency. Setting priorities and enforcing proper communication discipline will enhance the chances of a successful operation.

The Incident Commander will announce over the radio that the emergency radio frequency channel that will be use throughout the emergency will be DOC channel 2. All personnel involved in the emergency will monitor DOC channel 2 for any information relating to the emergency. CERT members and others who are involved in tactical operations will use DOC channel 3. DOC channel 1 will be use for regular radio communication.

### G. Perimeter Security

The main purpose of perimeter security is to prevent escape and intrusion into the facility and the facility remain safe and secured throughout the emergency. For these reasons, there should be one entrance and exit at the facility during the emergency to control the flow of traffic. Corrections officers will be posted at the gate of the staff parking lot and will log all vehicles and personnel entering and exiting the staff parking lot. Only authorized vehicles and personnel will enter the staff parking lot. Persons requesting access to the inner perimeter zone will be channeled to the Incident Commander for authorization and instructions.

Crowd control is critical in an emergency. Perimeter security personnel will ensure that the crowd is behind the inner perimeter zone as established. Unauthorized individuals shall not be allowed to enter the inner perimeter zone. Should it be necessary, outer perimeter zone will be established for additional security and evacuation.

### H. Primary Assembly Area for Operations Personnel

The primary assembly area for operations personnel will be the Training/Briefing Room. Officers involved in tactical operations will report in full gear. Responding personnel should be instructed to report to a supervisor at a primary or alternate assembly area and not at the scene of the emergency. If an alternate assembly area is to be designated, the following considerations will be given:

1. Adequate telephones.
2. Rest rooms.

3. Parking for responding vehicles.
4. Sufficient area to conduct activities.
5. Access to the area of the incident.

All other personnel that are involved in the emergency will report to the Incident Command Post for instructions.

### I. Staging Area

The Logistics Section will establish staging areas for medical, media, fire, police and other personnel in the outer perimeter zone. The staging areas should have sufficient space for vehicles, equipment and personnel and should be close to the incident scene for rapid response without jeopardizing personnel safety. Representatives of the respective agencies will ensure that vehicles and equipment are clear from roadways and intersections for emergency vehicles.

The Logistics Section staff will ensure that tents, tables and chairs are made available in the staging areas for personnel use throughout the emergency. On each tent location, a sufficient supply of potable water, Styrofoam cups and other amenities are made available.

### J. Media

The Commissioner of Corrections will designate a Public Information Officer (PIO) who will disseminate information to the media relating to the emergency as quickly and accurately as is practical, without compromising the operational requirements of the emergency and without violating privacy laws. All personnel should be reminded not to enter into discussions about the emergency with the media, on or off the job unless approved by the Secretary of Corrections. The PIO will request the media not to interfere with emergency management operations. All personnel shall direct media representatives to the PIO. The PIO will review the Contacts with Public and Media Policy and Procedures.

The PIO ensures that he/she is kept up to date on activities that are occurring during the crisis and the information is passed on to the media on a regular basis. The Commissioner of Corrections will brief the Governor and other public officials as required.

### K. Armory

Weapons, ammunitions, protective equipment and chemical agents will be inventoried and issued to personnel who are trained to use such weapons. Weapons, ammunitions, protective equipment and chemical agents will be returned to the armory and properly inventoried when the emergency is resolved. Report will be submitted to the armory supervisor where ammunitions, chemical agents and/or weapons were used.

L. **Unified Command**

In a Unified Command Organizational structure, the Director of Corrections remains the IC of the emergency. Incident Commanders from the respective agencies that are involved in the emergency will meet with the IC and coordinate an effective response while at the same time carrying out their own jurisdictional responsibilities. The IC and the respective Incident Commanders from other agencies will develop common objectives and strategies, share information, and maximize the use of available resources. To ensure that decisions and communications are fully understood, all involved agencies should use liaison officers.

Agencies that will be involved in the Unified Command structure must:

- Have jurisdictional authority or functional responsibility under a law for the incident;
- Have an area of responsibility that is affected by the incident or response operations;
- Be specifically charged with commanding, coordinating, or managing a major aspect of response;
- Have the resources to support participation in the response organization;
- Agree on common incident objectives and priorities;
- Have the capability to sustain a 24-hour-a-day, 7 –day-a-week commitment to the incident;
- Have the authority to commit agency resources to the incident;
- Have the authority to spend agency funds;
- Agree on an incident response organization;
- Agree on the appropriate Command and General Staff position assignments to ensure clear direction for on-scene tactical resources;
- Commit to speak with "one voice" through the Public Information Officer or Joint Information Center, if established;
- Agree on logistical support procedures; and
- Agree on cost-sharing procedures, as appropriate.

M. **Training**

The Training Officer will ensure that all newly hired corrections officers and staff that will be involved in an emergency are trained in ICS operations and update training as needed. Annual training will be conducted to ensure that personnel are familiar with the ICS. The Training Officer and the Director of Corrections will evaluate the training and make recommendations and improvements to the Commissioner of Corrections.

N. **After Action Report**

At the conclusion of the emergency and when normal department operations are restored, the Incident Commander, and the heads of the respective sections involved in the incident will submit to the Commissioner of Corrections a complete After Action Report detailing the actions and duties of personnel under their immediate

command and supervision. The report will include recommendations in improving the ICS policy and procedures.

Prepared By: _____     10-25-07
John M. Ayuyu                                                                Date
Deputy Director of Corrections

Reviewed By: _____    10/26/07
Gregory F. Castro                                                           Date
Director of Corrections

Approved By: _____    10/20/07
Lino S. Tenorio                                                               Date
Commissioner of Corrections

11