 

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Fire Safety | Flammable, Toxic, and Caustic Materials | 3.2.7 | |
| **Reference** | ACA Standard 3-ALDF-3B-05 Control and Use of Flammable, Toxic and Caustic Materials | | | |
| **Consent Decree** | Paragraph 15 Policy and Procedure on Use and Storage of Combustible Materials | | | |

### I. PURPOSE

To establish procedures in the storage, inventory, and use of all substances that are classified as flammable, toxic, or caustic.

### II. POLICY

It is the policy of the Department of Corrections to prevent hazardous materials accidents and to provide staff with procedures and materials necessary to deal swiftly and safely with them in the event they occur, with due regard for public safety and the welfare of staff and inmates/detainees.

### III. DEFINITIONS

**Flammable Materials:** Any product that may ignite or explode when contacted with flame, sparks, or exposure to excessive heat. Liquids with a flash point below 100 degrees Fahrenheit.

**Toxic Materials:** Any products that are poisonous and may, if ingested, inhaled, or absorbed, destroy the life or health of plants, animals, or humans. Substances that through chemical reaction or mixture can produce possible injury or harm to the body by entering through the skin, digestive tract, or respiratory tract.

**Caustic Materials:** Any product that will corrode or burn persons or objects by chemical action upon contact. Substances that can destroy or eat away by chemical reaction.

**Hazardous Material:** Any flammable, caustic, or toxic material.

### IV. PROCEDURES

#### A. Procurement of Hazardous Materials

Personnel will evaluate supply needs on an on-going basis and try to replace hazardous materials with material that is less likely to be abused in a correctional

1

setting. Personnel will submit request to the Logistics Section for review and approval.

**B. Accountability for Hazardous Substances**

1. The staff that is in-charge of the use of hazardous substances will inventory all substances on an on-going basis to ensure that excess amounts are not being stored.

2. The Custodial Supervisor will ensure that janitorial, laundry, and maintenance inmate workers who use hazardous substances in their duties are given only a supply large enough to complete the task at hand and those materials are used for the stated purpose only.

3. The Custodial Supervisor will explain to the workers and monitor the safe use of these substances.

**C. Storage of Hazardous Materials**

1. Flammable materials used within the facility, including gasoline, oil-based paints, thinner, alcohol, and aerosols are stored exclusively in the maintenance shop. The maintenance shop will remain locked at all times, and no inmate may have access to the shop without a staff supervisor.

2. Special containers will be provided for the disposal of flammable liquid and rags used with flammable liquids. The containers and disposal procedures will be consistent with applicable EPA and local regulations.

3. Toxic materials used within the facility include bleach, dish and laundry detergents, surface active substances, and mop soap. These items are stored in the following locations: laundry room, maintenance shop, dock area, custodial storages, and kitchen cabinet. Access to these supplies is controlled by staff supervising their use. Pharmaceutical supplies are kept in the locked pharmacy area of the Medical Station.

4. Caustic materials used in the facility include floor stripper, bowl cleaner, drain cleaner, and oven cleaner. These supplies are stored in the maintenance shop, the kitchen cabinet, and custodial storage and these areas remain locked.

**D. Use of Hazardous Materials**

1. Staff is aware of the potential danger of misuse or abuse of hazardous materials. Staff in charge of inmates using these substances controls the access to and use of these substances.

2. All hazardous materials are used only from a container labeled to contain that material.

3. Housing officers will supervise inmates/detainees getting supplies and in the use of those supplies. The housing officer distribute in pre-measured amounts mop soap, toilet bowl cleaners and other detergents.

4. When an employee is finished using the chemical, he/she will return it to the Chemical Storage Room where it was taken and log that the substance has been returned.

5. Personnel that are to use any type of hazardous materials will take universal precautions when handling the materials in accordance to the safety data of the material.

6. All hazardous materials will be used as intended and in accordance to the material safety data sheet.

Prepared By: _____    12-25-07
John M. Ayuyu                                Date
Deputy Director of Corrections

Reviewed By: _____    10/26/07
Gregory F. Castro                           Date
Director of Corrections

Approved By: _____    10/26/07
Lino S. Tenorio                             Date
Commissioner of Corrections