

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Safety and Emergency Procedures | Emergency Power | 3.2.8 | |
| **Reference** | ACA Standard 3 ALDF: 3B-06 Emergency Power; 3B-09 Power Generators and Other Emergency Equipment are Tested ||||
| **Consent Decree** | Paragraph 14 Provide Battery Operated Smoke Detection and Fire Alarm Systems; Paragraph 16 Provide NFPA Compliant Backup Generator; Paragraph 27 Establish and Document Fire Safety and emergency Equipment Maintenance Program ||||

I. **PURPOSE**

To describe procedures that will ensure that the backup generator will provide continuous electrical power to operate lights, communication and other equipment in the event of a power failure.

II. **POLICY**

It is the policy of the Department of Corrections to ensure that backup generator is available and functional to provide essential lighting and life sustaining functions within the facility and to maintain outside communication in the event of a power failure.

III. **PROCEDURES**

A. **Information**

The emergency generator is a diesel-powered Onan 750 kilowatt emergency generator system. In the event of power failure, the generator will activate in ten (10) seconds. When the normal supply of electricity is restored, the generator will automatically disengage. When the generator is in operation, it will provide power to the facility's electrical and communications systems.

In addition to the emergency generator, the facility is equipped with an emergency back-up battery system to operate the electronic locks and computer system, fire alarm and smoke detector systems. These systems are designed to provide electrical power in case both the normal power supply and the emergency generator fail.

Certain light fixtures in the facility have their own battery back-up system which will power these lights in the event of a failure of the normal and emergency power systems.

### B. Preventive Maintenance of the Emergency Generator

1. The contractor will be responsible for conducting routine maintenance of the emergency generator, based on recommendations made in the generator's warranty.

2. The generator maintenance will be documented in the Maintenance Log, which will be kept in the office within the backup generator building.

3. The facility maintenance personnel will check the generator's fuel tank level as part of this routine maintenance.

4. Should the fuel tank level fall below one-half full, the Maintenance Unit Supervisor will arrange with the Purchasing Clerk to have the tank refilled.

5. If a problem or breakdown is discovered during the course of routine maintenance or testing, or in the event of a breakdown while the generator is in use, the contractor will be notified.

### C. Power Generators and Other Emergency Equipment are Tested

1. The contractor will test the generator once a week and will log in the Maintenance Log the results of the test.

2. The Maintenance Unit personnel will test other emergency equipment and systems quarterly for effectiveness and are repaired or replaced if necessary.

Prepared By: _____　　　11-9-07
　　　　　　　John M. Ayuyu　　　　　　　　　　　　Date
　　　　　　　Deputy Director of Corrections

Reviewed By: _____　　　11/13/07
　　　　　　　Gregory F. Castro　　　　　　　　　　Date
　　　　　　　Director of Corrections

Approved By: _____　　　11/19/07
　　　　　　　Lino S. Tenorio　　　　　　　　　　　Date
　　　　　　　Commissioner of Corrections