


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

# DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|-----------|-------------|
| Institutional Operations | Safety and Emergency Procedures | Evacuation Plan | 3.2.10 | |
| **Reference** | ACA Standard 3-ALDF-3B-11 Evacuation Plan (M); 3B-12 Immediate Release of Inmates From Locked Areas (M) | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

## I.    PURPOSE

To provide Department of Corrections' staffs, visitors and inmates/detainees with guidelines and procedures for the safe, secure evacuation of the facility in an emergency.

## II.   POLICY

It is the policy of the Department of Corrections to have in place an emergency evacuation plan to ensure the safety of all employees, visitors and inmates/detainees by providing emergency instructions and evacuation routes in the event of a life-threatening emergency. The department will comply with applicable fire codes and other standards to ensure the safety of its employees, visitors and inmates/detainees.

## III.  PROCEDURAL GUIDELINES

The need for emergency evacuation is always a possibility in emergency situations such as fire, natural or man-made disasters, or in the aftermath of an institutional disturbance. Consequently, an evacuation plan is necessary to ensure that staffs, visitors and inmates/detainees are evacuated in an emergency.

### A.    Employee Responsibilities

1. It is the responsibility of each employee to become familiar with the department's Evacuation Plan and other emergency policies and procedures.

2. Employees should also familiarize themselves with the appropriate emergency evacuation plan for their respective work area and be familiar with both the primary and secondary evacuation routes as provided in this policy and procedures in case emergency evacuation is necessary. Supervisors will assist in this endeavor.

3. In an evacuation, when possible, equipment and appliances will be turned off in all work areas and doors should be closed but unlocked by the last employee leaving the area.

4. Employees should feel exit doors before opening them. If they are warm to the touch, employees should utilize an alternate evacuation route.

5. All employees will be responsible for the safe evacuation of visitors in their assigned areas.

6. Officers assigned to a housing unit shall assume responsibility for the safe evacuation of the inmates/detainees in the housing units and will ensure during the evacuation that the inmates/detainees are properly supervised.

Any employee detecting smoke, heat, or fire shall assume the responsibility of sounding the alarm by pulling the nearest fire alarm. Employees should be familiar with the locations of the fire alarm pull stations. If unable to activate the fire alarm, the employee should call Central Control and report the incident. The locations of the fire alarms within the facility are as follows:

  a. Main entrance to DOC
  b. Staff entrance from staff parking lot.
  c. Sallyport adjacent to staff dining.
  d. Inside kitchen adjacent to Cook's office.

7. If trained and knowledgeable in the use of available fire fighting equipment, the employee or employees should attempt to extinguish or contain the fire. Employees shall never jeopardize their personal safety attempting to extinguish or contain a fire.

8. It is the responsibility of all DOC employees to assist another employee and/or inmates/detainees who are injured without endangering themselves.

**B.   Reporting a Fire or Other Emergency**

1. Any employee who discovers a fire or other emergency will report it immediately to the Central Control using the fastest means available. The employee will provide the following information to Central Control:

  a. Name and location of the reporting employee.
  b. Exact location of the emergency.
  c. Type of emergency.
  d. Names of staffs and/or inmates/detainees that are injured.
  e. Types of injuries sustained.
  f. Other relevant information on the emergency.

2.  Any inmate/detainee who discovers a fire or other emergency will report it immediately to the housing unit officer. The housing unit officer will obtain the above information from the inmate/detainee and report it immediately to Central Control.

3.  Upon receiving a report of fire or other emergency, Central Control will report the incident immediately to the Shift Commander. The Shift Commander will instruct an officer to investigate the incident and report his/her findings. The Shift Commander will make a determination whether an evacuation of the area to an adjacent area will be made.

4.  When the Shift Commander determines that evacuation is necessary, the following will be determined and reported to Central Control as well as to the area or areas that will be affected:

    a.  The housing unit or area that will be evacuated.
    b.  The location where the evacuation will be made.
    c.  The number of staffs and/or inmates/detainees that will be evacuated.
    d.  The number of staffs required to make a safe and orderly evacuation.

C.  **Chain of Command Notification**

In an emergency such as riot, escape, typhoon, hostage taking, and/or fire, the Shift Commander will notify the following in the order they appear on the list.

1.  Commissioner of Corrections
2.  Director of Corrections
3.  Deputy Director of Corrections
4.  Operations Captain

When the emergency requires that the Incident Command System (ICS) be implemented, the Incident Command System policy and procedure will be followed.

D.  **Responsibilities During an Emergency**

1.  **Central Control**

    a.  Will ensure that complete and accurate information is obtained regarding the emergency.

    b.  Will record all information relating to the emergency, unless specific instructions are given otherwise. All information relating to the emergency is recorded chronologically throughout the emergency.

    c.  Will disseminate information on a timely manner to the appropriate section/s and/or personnel.

3

d. Will ensure that all doors are secured and will be opened only when instructed to do so.

e. Will monitor all emergency equipment in Central Control and take appropriate action/s in accordance with established procedures.

f. Will call the police, fire and other agencies as required.

## 2. Shift Commanders

a. Will investigate all reports relating to fire and other emergency.

b. Will submit a written preliminary report of the emergency to the Commissioner of Corrections and copies to the Director of Corrections, Deputy Director of Corrections and Operations Captain.

c. Will supervise staffs and inmates/detainees during evacuation.

d. Will ensure that sufficient personnel are available to supervise inmates/detainees in the housing units and during evacuation.

e. Ensure that DOC policies and procedures are followed.

## E. Evacuation

1. Unless previously notified, all employees shall treat every fire alarm as an emergency. When a fire alarm sounds, administrative employees should quickly proceed to the staff parking lot and wait for further instructions. Housing unit officers will remain at their posts for further instruction from the Shift Commander.

2. If the fire alarm is determined to be false, the Central Control will announce this information over the facility's PA system and radio.

3. The Shift Commander will determine based on its investigation whether the housing unit will be evacuated to another housing unit. When a decision to evacuate is made, the Shift Commander will inform Central Control on the planned evacuation.

4. The Shift Commander will not evacuate inmates/detainees outside the facility without first getting authorization from the Commissioner of Corrections or the Director of Corrections. In the event the Commissioner and the Director are not available, the Deputy Director of Corrections will make the authorization.

5. The Shift Commander will inform Central Control that the whole facility will be on lock-down prior to any evacuation. Central Control will inform all areas affected.

4

6. When a decision is made to evacuate a housing unit, the Shift Commander will ensure that the housing unit officer inform the inmates/detainees of the following:

   a. Inmates/detainees will be informed to remain calm.

   b. Time to evacuate.

   c. The housing unit to evacuate to.

   d. Inmates/detainees will stand by their bunk or cell door to be counted using the cell assignment information. When the evacuation is made, the housing unit officer will do another headcount to ensure that all inmates/detainees are accounted for. The officer that did the headcount will report the information to Central Control.

   e. The housing unit officer will check toilet and shower areas and cells to ensure that all inmates/detainees are evacuated.

   f. No personal belongings will be taken.

   g. Form a line and follow officer's instructions during evacuation.

   h. Housing unit officer will request the Shift Commander for additional officers prior to evacuation to ensure that inmates/detainees are properly supervised during and after the evacuation.

   i. The housing unit officer will inform Central Control when evacuation is to commence and when the evacuation is completed.

   j. The housing unit officer that did the headcount prior to the evacuation will do another headcount when the inmates/detainees are safely evacuated and report the count to Central Control.

7. The Operations Captain will do a headcount on all administrative staffs prior and after evacuation to ensure that staffs are accounted and will ensure that all visitors are safely evacuated and are accounted for.

8. Shift Commander and/or available supervisor will ensure that all injured persons receive prioritized medical attention at the staging area by calling the Emergency Medical Services (EMS) at the Fire Division.

9. The Shift Commander will ensure that appropriate reports are submitted regarding all injured persons.

10. The Fire Prevention Officer will ensure that employees do not enter the building after evacuation unless an instruction is disseminated by the Shift Commander or higher that the building is safe to enter.

5

**F.  Evacuation Routes**

The primary and secondary evacuation routes listed below shall be used when it is determined that an evacuation is necessary unless circumstances dictate it otherwise.

When inmates/detainees are evacuated to a housing unit or to open exercise areas, they are to remain at that location until an instruction is issued to that it is okay to re-enter their housing unit.

It should be noted that the letter and numbers next to a room or door is the reference number on the facility floor plan.

**1.  Administration**

**a.  Primary Evacuation Route**

The primary evacuation route for administrative personnel is the staff parking lot using the staff entrance corridor to DOC administration through door A119A (staff entrance door to DOC administration), turn right through door S100A (staff main entrance door from staff parking lot). Refer to Evacuation Plan DOC Administration.

**b.  Secondary Evacuation Route**

The secondary evacuation route is through reception door A105 (main entrance door to reception area), turn left through door A101 (metal detector door) and through doors A100 (main entrance doors). Administrative staffs will use the administrative corridor through the reception entrance door or office corridor through the reception entrance door.

**2.  Main Lobby (A101)**

**a.  Primary Evacuation Route**

The primary evacuation route for the Main Lobby is through door A101 (metal detector door) and out the main entrance doors A100 or A101 (main entrance doors). Refer to Evacuation Plan DOC Administration Main Lobby.

**b.  Secondary Evacuation Route**

The secondary evacuation route is through reception door A105 (main entrance door to reception area), through the administrative or office corridor, turn left and through staff entrance door A119A, turn right through staff entrance door S100A to the staff parking lot. Administrative staffs will assist in the evacuation of visitors to the staff parking lot.

6

### 3. Non-Contact Visit Room (A142)

a.  Primary Evacuation Route - Public

The primary evacuation route for visitors is through door A142A (main entrance to the non-contact visitation room), through door A101 (metal detector door) and through doors A100 (main entrance doors). Refer to <u>Evacuation Plan DOC Administration Non-Contact Visit Public.</u>

b.  Secondary Evacuation Route – Public

The secondary evacuation route for visitors is through sallyport doors A142B and A144, through door A141A (main entrance door to non-contact and contact visit rooms), turn right on the main corridor, through sallyport doors S101A and S100B and through door S100A (staff main entrance door from staff parking lot).

c.  Primary Evacuation Route – Inmates/Detainees

The primary evacuation route for inmates/detainees is through door A141A (main entrance door to non-contact and contact visit rooms) and to the inmate's/detainee's housing unit. Refer to <u>Evacuation Plan DOC Administration Plan Non-Contact Inmate.</u>

d.  Secondary Evacuation Route – Inmates/Detainees

The Secondary evacuation route for inmates/detainees is through sallyport doors A141C and A143, and through door A142A (main entrance to the non-contact visitation room). The inmates/detainees will be escorted from the main lobby to their respective housing units.

### 4. Attorney Visit Rooms

a.  Primary Evacuation Route – Attorneys

The primary evacuation route for attorneys is through door A140 (main entrance to attorney and contact visit rooms), through door A101 (metal detector door) and through the main entrance doors A100. Refer to <u>Evacuation Plan DOC Administration Attorney Visit Rooms.</u>

b.  Secondary Evacuation Route – Attorneys

The secondary evacuation route for attorneys is through A134 door (main entrance to door to contact visit room 2), through A133B door (inmate entrance door to contact visit room 2), through A141B door(inmate main entrance door to contact visit rooms), through A141A door (main entrance door for inmates/detainees to contact and non-contact visit rooms), through sallyport doors S101A and S101B

(sallyport on main corridor) and through S100A door (staff main entrance door from staff parking lot).

c. Primary Evacuation Route – Inmates/Detainees

The primary evacuation route for inmates/detainees is through door A141A (main entrance door to non-contact and contact visit rooms) and to the inmate's/detainee's housing unit.    Refer to Evacuation Plan DOC Administration Attorney Visit Rooms-Inmates.

d. Secondary Evacuation Route – Inmates/Detainees

The Secondary evacuation route for inmates/detainees is through sallyport doors A143C and A143, and through door A142A(main entrance to the non-contact visit room).    The inmates/detainees will be escorted from the Main Lobby to their respective housing units.

## 5. Contact Visit Room 1

a. Primary Evacuation Route – Public

The primary evacuation route for visitors in contact visit room 1 is through door A132 (main entrance to contact visit room 1), through A105 door A140 (main entrance to contact visit rooms), through door A101 (metal detector door) and through the main entrance doors A100.    Refer to Evacuation Plan DOC Administration Contact Visit Room 1 Public.

b. Secondary Evacuation Route – Public

The secondary evacuation route for visitors in contact visit room 1 is through A133A door A133A (main entrance door for inmates to contact visit room 1), through search room door A141B (search area for inmates going to contact visit rooms), through door A141A (main entrance door for inmates/detainees to contact and non-contact visit rooms from the main corridor), turn right through sallyport doors S101A and S100B (sallyport on main corridor) and through door S100A (staff main entrance door from staff parking lot).

c. Primary Evacuation Route – Inmates/Detainees

The primary evacuation route for inmates/detainees from contact visit room 1 is through door A133A (inmate/detainee main entrance door to Contact Visit Room 1), through search room door A141B (search area for inmates going to contact visit rooms), through A141A door (main entrance door for inmates/detainees to contact and non-contact visit rooms) and to the inmate's/detainee's respective housing unit. Refer to Evacuation Plan DOC Administration Contact Visit Room 1 Inmates/detainees.

    d.   Secondary Evacuation Route -- Inmates/Detainees

The secondary evacuation route for inmates/detainees in contact visit room 1 is through the A132 door (visitor main entrance to contact visit room 1), through A105 door (visitors main entrance to contact visit rooms). The inmates/detainees will be escorted from the main lobby to their respective housing units.

### 6. Contact Visit Room 2

    a.   Primary Evacuation Route – Public

The primary evacuation route for visitors in contact visit room 2 is through door A134 (main entrance to contact visit room 2), through door A140 (main entrance to contact visit rooms), through door A101 (metal detector door) and through doors A100 (main entrance doors). Refer to <u>Evacuation Plan DOC Administration Contact Visit Room 2 Public</u>.

    b.   Secondary Evacuation Route - Visitors

The secondary evacuation route for visitors in contact visit room 2 is through door A133B (main entrance door for inmates to contact visit room 2), through search room door A141B (search area for inmates going to contact visit rooms), through door A141A (main entrance door for inmates/detainees to contact and non-contact visit rooms), through sallyport doors S101A and S100B (sallyport on main corridor) and through door S100A (staff entrance door from staff parking lot).

    c.   Primary Evacuation Route – Inmates/Detainees

The primary evacuation route for inmates/detainees from contact visit room 2 is through A133B door (inmate/detainee main entrance door to contact room 2), through search room door A141B (search area for inmates/detainees going to contact visit rooms), through A141A door (main entrance door for inmates/detainees to contact and non-contact visit rooms) and to the inmate's/detainee's respective housing unit. Refer to <u>Evacuation Plan Administration Contact Visit Room 2 Inmates</u>.

    d.   Secondary Evacuation Route – Inmates/Detainees

The secondary evacuation route for inmates/detainees in contact visit room 2 is through the A134 door (visitor main entrance to contact visit room 2), through A105 door (visitors main entrance to contact visit rooms). The inmates/detainees will be escorted from the main lobby to their respective housing units.

### 7. Housing Pod 1

#### a. Prison Dorm Male RSAT (H1111)

##### 1. Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm Male RSAT (H1111) is through side exit door H1109B to Prison Dorm Trustee (H1109). Inmates on the mezzanine can exit through H1209 door. Refer to <u>Evacuation Plans Housing Pod 1 Prison Dorm Male RSAT</u> and <u>Evacuation Plans Housing Pod 1 Prison Dorm Male RSAT Mezzanine Level</u>.

##### 2. Secondary Evacuation Route

The secondary evacuation route is through door H1111 (main entrance door to Prison Dorm Male RSAT) and through door H1107A (main entrance door to Prison Dorm Work Release). Inmates on the mezzanine level must go downstairs prior to evacuation.

#### b. Prison Dorm Female RSAT (H1114)

##### 1. Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm Female RSAT (H1114) is through side exit door H1114B to Female Prison (H1117). Inmates on the mezzanine can exit through H1217 door. Refer to <u>Evacuation Plans Housing Pod 1 Prison Dorm Female RSAT</u> and <u>Evacuation Plans Housing Pod 1 Prison Dorm Female RSAT Mezzanine Level</u>.

##### 2. Secondary Evacuation Route

The secondary evacuation route is through door H1114A (main entrance to Prison Dorm Female RSAT) and through door H1103 (main entrance to Open Exercise (H1103).

#### c. Female Prison (H1117)

##### 1. Primary Evacuation Route

The primary evacuation route for inmates in Female Prison is through side exit door H1114B (to Prison Dorm Female RSAT). Inmates on the mezzanine can exit through H1217 door. Refer to <u>Evacuation Plans Housing Pod 1 Female Prison</u> and <u>Evacuation Plans Housing Pod 1 Female Prison Mezzanine Level</u>.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Female Prison is through side exit door H1117B and through door H1103 (main entrance door to Open Exercise).

d. Prison Dorm General Population 1 (H1105)

1. Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm General Population (1) is through door H1107C (Prison Dorm Work Release). Inmates on the mezzanine level can exit through door H1207. Refer to Evacuation Plans Housing Pod 1 Prison Dorm General Population 1 and Evacuation Plans Housing Pod 1 Prison Dorm General Population Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Prison Dorm General Population (1) is through door H1105A (main entrance door to Prison Dorm General Population (1) and through H1109A door (main entrance door to Prison Dorm Trustee). Inmates on the mezzanine level will have to go downstairs prior to evacuation.

e. Prison Dorm Work Release (H1107)

1. Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm Work Release is through side exit door H1107C (to Prison Dorm General Population 1). Inmates on the mezzanine level can exit through door H1207. Refer to Evacuation Plans Housing Pod 1 Prison Dorm Work Release and Evacuation Plans Housing Pod 1 Prison Dorm Work Release Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Prison Dorm Work Release is through side exit door H1107B (to Prison Dorm Trustee). Inmates on the mezzanine level must go downstairs prior to evacuation.

f. Prison Dorm Trustee (H1109)

1. Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm Trustee is through door H119B (to Prison Dorm Male RSAT). Inmates on the mezzanine level can

exit through door H1209. Refer to Evacuation Plans Housing Pod 1 Prison Dorm Trustee and Evacuation Plans Housing Pod 1 Prison Dorm Trustee Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Prison Dorm Trustee is through side exit door H1107B (to Prison Dorm Work Release). Inmates on the mezzanine level must go downstairs prior to evacuation.

**8. Housing Pod 2**

a. Immigration Dorm Male (1) H2130

1. Primary Evacuation Route

The primary evacuation route for inmates in Immigration Dorm Male (1) is through side exit door H2226B (to Immigration Dorm Male (2)). Inmates on the mezzanine level can use exit door H2226. Refer to Evacuation Plans Housing Pod 2 Immigration Dorm Male (1) and Evacuation Plans Housing Pod 2 Immigration Dorm Male (1) Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Immigration Dorm Male (1) is through the main entrance door H2130A (main entrance to Immigration Dorm Male (1) and through the main entrance door H2103 (main entrance door to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

b. Immigration Dorm Male (2) H2126

1. Primary Evacuation Route

The primary evacuation route for inmates in Immigration Dorm Male (2) is through side exit door H2226B (to Immigration Dorm Male 1). Inmates on the mezzanine level can use side exit door H2226. Refer to Evacuation Plans Housing Pod 2 Immigration Dorm Male (2) and Evacuation Plans Housing Pod 2 Immigration Dorm Male (2) Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Immigration Dorm Male (2) is through the main entrance door H2126A (main entrance to Immigration Dorm Male (2) and through the main entrance door H2103 (main entrance door to

Open Exercise).  Inmates on the mezzanine level must go downstairs prior to evacuation.

c.  Immigration Dorm Female (H2123)

1.  Primary Evacuation Route

The primary evacuation route for inmates in Immigration Dorm Female is through the main entrance door H2123A (main entrance to Immigration Dorm Female) and through main entrance door H2134A (main entrance to Female Pre-Trial).  Inmates on the mezzanine level must go downstairs prior to evacuation.  Refer to Evacuation Plans Housing Pod 2 Immigration Dorm Female

2.  Secondary Evacuation Route

The secondary evacuation route for inmates in Immigration Dorm Female is through the main entrance door H2123A (main entrance to Immigration Dorm Female) and through the main entrance door H2103 (main entrance to Open Exercise).  Inmates on the mezzanine level must go downstairs prior to evacuation.

d.  Medical (1) H2114

1.  Primary Evacuation Route

The primary evacuation route for inmates in Medical (1) is through side exit door H2105C (to Medical (2)).  Inmates on the mezzanine level can use side exit door H2205.  Refer to Evacuation Plans Housing Pod 2 Medical (1) and Evacuation Plans Housing Pod 2 Immigration Dorm Male (1) Mezzanine Level.

2.  Secondary Evacuation Route

The secondary evacuation route for inmates in Medical (1) is through the main entrance door H2114A (main entrance door to Medical (1) and through the main entrance door H2103 (main entrance door to Open Exercise).  Inmates on the mezzanine level must go downstairs prior to evacuation.

e.  Medical (2) H2105

1.  Primary Evacuation Route

The primary evacuation route for inmates in Medical (2) is through side exit door H2105C (to Medical (1)).  Inmates on the mezzanine level can use side exit door H2205.  Refer to Evacuation Plans Housing Pod 2 Medical (2) and Evacuation Plans Housing Pod 2 Medical (2) Mezzanine Level.

13

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Medical (2) is through the main entrance door H2105A (main entrance door to Medical (2) and through the main entrance door H2103 (main entrance door to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

f.  Female Pre-Trial (H2134)

1. Primary Evacuation Route

The primary evacuation route for inmates in Female Pre-Trial is through main entrance door H2134A (main entrance door to Female Pre-Trial) and through the main entrance door H2123A (main entrance door to Immigration Dorm Female). Inmates on the mezzanine level must go downstairs prior to evacuation. Refer to Evacuation Plans Housing Pod 2 Female Pre-Trial.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Female Pre-Trial is through the side exit door H2134B (side exit door leading to corridor) and through the main entrance door H2103 (main entrance to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

**9. Housing Pod 3**

a.  Intake (H3105)

1. Primary Evacuation Route

The primary evacuation route for inmates in Intake is through side exit door H3105C (to Male General Population). Inmates on the mezzanine level can use side exit door H3205. Refer to Evacuation Plans Housing Pod 3 Intake and Evacuation Plans Housing Pod 3 Intake Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Intake is through the main entrance door H3105A (main entrance door to Intake), and through the main entrance door H3103 (main entrance door to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

14

b. Male General Population (H3113)

1. Primary Evacuation Route

The primary evacuation route for inmates in Male General Population is through side exit door H3105C (to Intake). Inmates on the mezzanine level can use side exit door H3205. Refer to Evacuation Plans Housing Pod 3 Male General Population and Evacuation Plans Housing Pod 3 Male General Population Mezzanine Level

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Male General Population is through the side exit door H3113B (side entrance Disciplinary Segregation. Inmates on the mezzanine level must go downstairs prior to evacuation.

c. Disciplinary Segregation (H3121)

1. Primary Evacuation Route

The primary evacuation route for inmates in Disciplinary Segregation is through side exit door H3129B (to Protective Custody). Inmates on the mezzanine level can use side exit door H3229. Refer to Evacuation Plans Housing Pod 3 Disciplinary Segregation and Evacuation Plans Housing Pod 3 Disciplinary Segregation Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Disciplinary Segregation is through side exit door H3113B (to Male General Population). Inmates on the mezzanine level must go downstairs prior to evacuation.

d. Protective Custody (H3129)

1. Primary Evacuation Route

The primary evacuation route for inmates in Protective Custody is through side exit door H3129B (to Disciplinary Segregation). Inmates on the mezzanine level can use side exit door H3229. Refer to Evacuation Plans Housing Pod 3 Protective Custody and Evacuation Plans Housing Pod 3 Protective Custody Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Protective Custody is through the side exit door H3129C (to Long Term). Inmates on the mezzanine level can use side exit door H3237.

e. Long Term (H3137)

1. Primary Evacuation Route

The primary evacuation route for inmates in Long Term is through side exit door H3129C (to Protective Custody). Inmates on the mezzanine level can use side exit door H3237. Refer to Evacuation Plans Housing Pod 3 Long Term and Evacuation Plans Housing Pod 3 Long Term Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Long Term is through the main entrance door H3137A (main entrance to Long Term) and through the main entrance door H3121 (main entrance door to disciplinary Segregation). Inmates on the mezzanine level must go downstairs prior to evacuation.

**10. Booking/Releasing (R119)**

a. Primary Evacuation Route

The primary evacuation route for inmates/detainees in Intake Holding cells is through R120 corridor (booking corridor), through main entrance door R120 (main entrance door to booking from the main corridor), turn left on the main corridor, through door H3101B (main entrance to Housing Pod 3) and through the main entrance door H3105A (main entrance to Intake). Refer to Evacuation Plan Booking.

b. Secondary Evacuation Route

The secondary evacuation route for inmates/detainees in Intake Holding cells is through the release sallyport doors R124 and R127, and into the vehicular sallyport.

**11. Nurse's Station (M101)**

a. Primary Evacuation Route

The primary evacuation route for medical staff at the Nurse's Station is through the main entrance door M100 (main entrance to the Nurse's Station), turn left on the main corridor (main corridor S101), through sallyport doors S101A and S100B and

16

through the staff entrance door S100A (staff main entrance door from the staff parking lot). Refer to <u>Evacuation Plan Nurse's Station</u>.

Inmates and detainees will be escorted to their respective housing units.

    b. Secondary Evacuation Route

The secondary evacuation route for medical staffs at the Nurse's Station is through door R119A (exit to Booking from Nurse's Station).

Inmates and detainees will be escorted to their respective housing units.

## 12. Housing Pod 4

### a. Maximum Security (H4124)

1. Primary Evacuation Route

The primary evacuation route for inmates in Maximum Security is through side exit door H4116C (to Disciplinary Segregation). Inmates on the mezzanine level can use side exit door H4224. Refer to <u>Evacuation Plans Housing Pod 4 Maximum Security</u> and <u>Evacuation Plans Housing Pod 4 Maximum Security Mezzanine Level</u>.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Maximum Security is through the side exit door H4124B (to Open Exercise corridor) and through the main entrance door H4103 (main entrance door to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

### b. Disciplinary Segregation (H4116)

1. Primary Evacuation Route

The primary evacuation route for inmates in Disciplinary Segregation is through side exit door H4116C (to Maximum Security). Inmates on the mezzanine level can use side exit door H4224. Refer to <u>Evacuation Plans Housing Pod 4 Disciplinary Segregation</u> and <u>Evacuation Plans Housing Pod 4 Disciplinary Segregation Mezzanine Level</u>.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Disciplinary Segregation is through side exit door H4116B (to Administrative Segregation). Inmates on the mezzanine level can use side exit door H4216.

c.  Administrative Segregation (H4108)

   1.  Primary Evacuation Route

The primary evacuation route for inmates in Administrative Segregation is through side exit door H4116B (to Disciplinary Segregation). Inmates on the mezzanine level can use side exit door H4216. Refer to <u>Evacuation Plans Housing Pod 4 Administrative Segregation</u> and <u>Evacuation Plans Housing Pod 4 Administrative Segregation Mezzanine Level</u>.

   2.  Secondary Evacuation Route

The secondary evacuation route for inmates in Administrative Segregation is through the main entrance door H4108 (main entrance door to Administrative Segregation) and through the main entrance door H4124A (main entrance door to Maximum Security). Inmates on the mezzanine level must go downstairs prior to evacuation.

d.  Prison Dorm General Population (2) H4105

   1.  Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm General Population (2) is through the side exit door H4105C (to Exercise Yard). Inmates on the mezzanine level must go downstairs prior to evacuation. Refer to <u>Evacuation Plans Housing Pod 4 Prison Dorm General Population (2)</u>.

   2.  Secondary Evacuation Route

The secondary evacuation route for inmates in Prison Dorm General Population (2) is through the main entrance door H4105A (main entrance to Prison Dorm General Population (2)), through the main entrance door H4103 (main entrance to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

e.  Exercise Yard (S126)

Inmates/detainees will be escorted to their housing unit.

## 13. Prison Industry (K113)

a.  Primary Evacuation Route

Assigned staff to the Prison Industry will evacuate inmates to their respective housing units using main entrance door K113A (main entrance door to Prison Industry). Refer to <u>Evacuation Plans Prison Industry</u>.

b. Secondary Evacuation Route

Assigned staff to the Prison Industry will evacuate inmates to their respective housing units using side exit door K113B (side entrance door to Prison Industry from the loading dock corridor) and through main entrance door to loading dock corridor (K106A).

### 14. Staff Dining (K117)

a. Primary Evacuation Route

The primary evacuation route for staffs in Staff Dining is through the main entrance door S117 (main entrance to Staff Dining) and turn right on the main corridor and head to the staff parking lot. Refer to Evacuation Plans Staff Dining.

b. Secondary Evacuation Route

The secondary evacuation route for staffs in Staff Dining is through door K100C (entrance to Kitchen from Staff Dining), turn left and through door K100B (main entrance door to Kitchen from the loading dock corridor), turn left on the loading dock corridor, go through door K106A (main entrance to loading dock corridor) into the main corridor, turn right and head to the staff parking lot.

### 15. Kitchen (K100)

a. Primary Evacuation Route

The primary evacuation route for the Kitchen is through the main entrance door K100B or K100A (main entrance doors to Kitchen from the Loading Dock corridor), turn left and exit through door K106A (entrance door to the loading dock corridor from the main corridor). Proceed to the staff parking lot. Refer to Evacuation Plans Kitchen

b. Secondary Evacuation Route

The secondary evacuation route for the Kitchen is through door K100C (to Staff Dining), through door S117 (main entrance door to Staff Dining) and into the main corridor. Turn right on the main corridor and proceed to the staff parking lot.

### 16. Maintenance Shop (K111)

a. Primary Evacuation Route

The primary evacuation route for staffs in the Maintenance Shop, is through the main entrance door K111 (main entrance door to Maintenance Shop), turn right and exit door K106A (main entrance door to the Loading Dock corridor) and into the

main corridor. Turn right on the main corridor and proceed to the staff parking lot. Refer to Evacuation Plans Maintenance Shop.

b.  Secondary Evacuation Route

The secondary evacuation route for staffs in the Maintenance Shop is through the main entrance door K111 (main entrance door to Maintenance Shop), turn left and go through the loading dock sallyport doors K107A and K107B (sallyport doors at Loading Dock) and into the Loading Dock area.

## 17. Maintenance Office (K110)

a.  Primary Evacuation Route

The primary evacuation route for staffs in the Maintenance Office, is through the main entrance door K110 (main entrance door to Maintenance Office), turn right and exit door K106A (main entrance door to the Loading Dock corridor) and into the main corridor. Turn right on the main corridor and proceed to the staff parking lot. Refer to Evacuation Plans Maintenance Office.

b.  Secondary Evacuation Route

The secondary evacuation route for staffs in the Maintenance Office is through the main entrance door K110 (main entrance door to Maintenance Shop), turn left and go through loading dock sallyport doors K107A and K107B (sallyport doors at Loading Dock) and into the Loading Dock area.

## 18. General Storage (K109)

a.  Primary Evacuation Route

The primary evacuation route for staffs in the General Storage, is through the main entrance door K109A (main entrance door to General Storage), exit door K106A (main entrance door to the Loading Dock corridor) and into the main corridor. Turn right on the main corridor and proceed to the staff parking lot. Refer to Evacuation Plans General Storage.

b.  Secondary Evacuation Route

The secondary evacuation route for staffs in the General Storage is through the main entrance door K109A (main entrance door to General Storage), turn left and go through the loading dock sallyport doors K107A and K107B (Loading Dock sallyport) and into the Loading.

### 19. Loading Dock (K108)

   a.  Primary Evacuation Route

The primary evacuation route for staffs in the Loading Dock, is through the sallyport doors K107B and K107A (Loading Dock sallyport), turn left and exit door K106A (main entrance door to the Loading Dock corridor) and into the main corridor. Turn right on the main corridor and proceed to the staff parking lot. Refer to Evacuation Plans Loading Dock.

   b.  Secondary Evacuation Route

The secondary evacuation route for staffs is through the Loading Dock roll-up gate K108C (roll-up gate), and into Texas Road. Staff will request assistance from Central Control using the intercom at the sallyport in opening the gate.

### 20. Vehicular Sallyport (R100)

   a.  Primary Evacuation Route

The primary evacuation route for staffs in the Vehicular Sallyport, is through the Vehicular Sallyport roll-up gates R100A (Vehicular Sallyport roll-up gate) and into Texas Road. Staff will request assistance from Central Control using the intercom at the Intake entrance door (R101A). Refer to Evacuation Plan Vehicular Sallyport.

   b.  Secondary Evacuation Route

The secondary evacuation route for staffs in the Loading Dock is through the roll-up gate K108C (roll-up gate), and into Texas Road. Staff will request assistance from Central Control using the intercom at the Release Sallyport in opening the gate.

### 21. Pump/RO Room (P101)

   a.  Primary Evacuation Route

The primary evacuation route for the Pump/RO Room is through the main entrance door P101 (main entrance door to the Pump/RO Room). Refer to Evacuation Plan Pump RO Room.

   b.  Secondary Evacuation Route

The secondary evacuation route for the Pump/RO Room is through the entrance door to the Generator Room (P104B) from the Pump/RO Room, through door P104A (side door of the Generator Room).

The office in the Pump/RO Room (P102) has the same primary and secondary evacuation routes.

## 22. Generator Room (P104)

### a. Primary Evacuation Route

The primary evacuation route for the Generator Room is through the main entrance door P104B (main entrance door to the Generator Room), through the main entrance door to the Pump/RO Room (P101). Refer to <u>Evacuation Plan Generator Room</u>.

### b. Secondary Evacuation Route

The secondary evacuation route for the Generator Room is through the side door to the Generator Room (P104A).

## 23. Switch Gear Room (P103)

### a. Primary Evacuation Route

The primary evacuation route for the Switch Gear Room is through the main entrance door A104C (main entrance door to the Switch Gear Room), through the main entrance door to the Generator Room (P104B), and out the main entrance door to the Pump/RO Room (P101). Refer to <u>Evacuation Plan Switch Gear Room</u>.

### b. Secondary Evacuation Route

The secondary evacuation route for the Switch Gear Room is through the side door (P103).

## 24. LPG Tank Room (P106)

### a. Primary Evacuation Route

The primary evacuation route for the LPG Tank is through the main entrance door P106 (main entrance door to the LPG Tank room). Refer to <u>Evacuation Plan LPG Tank Room</u>.

## 25. Commissary (S122)

### a. Primary Evacuation Route

The primary evacuation route for the Commissary is through the main entrance door S122 (main entrance door to the Commissary) and into the main corridor.

Turn right and proceed to the staff parking lot.  Refer to <u>Evacuation Plans Commissary</u>.

### 26. Library (S123)

a.  Primary Evacuation Route

The primary evacuation route for the Library is through the main entrance door S123 (main entrance door to the Library) and into the main corridor.  Turn right and proceed to the staff parking lot.  Refer to <u>Evacuation Plans Library</u>.

### 27. Laundry Room (S112)

a.  Primary Evacuation Route

The primary evacuation route for the Laundry Room is through the main entrance door S112 (main entrance door to the Laundry Room) and into the main corridor.  Turn left on the main corridor and proceed to the staff parking lot.  Refer to <u>Evacuation Plans Laundry</u>.

### 28. Barber (S111)

a.  Primary Evacuation Route

The primary evacuation route for the Barber is through the main entrance door S111 (main entrance door to the Barber) and into the main corridor.  Turn left on the main corridor and proceed to the staff parking lot.  Refer to <u>Evacuation Plans Barber</u>.

### 29. Counsel Room (Shift Commander's Office) S114

a.  Primary Evacuation Route

The primary evacuation route for the Commander's Office is through the main entrance door S114 (main entrance door to the Commander's Office and into the main corridor.  Turn left on the main corridor and proceed to the staff parking lot.  Refer to <u>Evacuation Plans Commander</u>.

### 30. Central Control (S108)

a.  Primary Evacuation Route

The primary evacuation route for the Central Control is through the sallyport doors S108 and S106 (sallyport doors to Central Control) and into the main corridor.  Refer to <u>Evacuation Plans Central Control</u>.

**31. Facility Evacuation**

a. Primary Evacuation Route

1. In the event the Commissioner of Corrections decides to evacuate the whole facility, the primary evacuation route will be the staff entrance to the staff parking lot.

2. Inmates/detainees in the housing Pods will exit through the main entrance door of the housing unit and through the main entrance door to the housing pod and proceed through the sallyport doors S101A and S100B (sallyport doors adjacent to the staff entrance to the administration) and through the staff entrance door S100A (staff entrance door from the staff parking lot). The staging area will be the staff parking lot.

3. The Shift Commander will ensure a safe and orderly evacuation of each housing unit by ensuring that sufficient personnel are available to supervise inmates/detainees during the evacuation and while at the staging area.

4. Central Control will announce via the facility public address system that the facility will be evacuated and all staff and visitors will proceed through the staff entrance door to the staff parking lot. This announcement should be made at least three (3) times.

5. Central Control will call DPS Central and request for police assistance in patrolling the perimeter of the staging area.

6. Central Control will call the Fire Division and request the presence of the EMS at the staging area.

7. The Shift Commander will ensure that the gate to the staff parking lot is secured prior to the commencement of the evacuation and an officer posted at the gate to ensure no one leaves and/or enters the gate without authorization.

8. The Shift Commander will determine with the assistance of the Classification Officer as to the inmates/detainees that will be secured with leg irons and belly chains prior to the evacuation.

9. The Shift Commander and the Classification Officer will ensure that inmates/detainees are separated from known enemies and other conflicts.

10. The Shift Commander will ensure that a headcount is initiated prior to evacuating a housing unit and when they are at the staging area. This information will be reported to Central Control.

11. When all the housing pods are evacuated, the Shift Commander will instruct several officers to check each housing unit, booking holding cells, contact and non-contact visitation areas, attorney rooms, laundry, barber, prison industry, kitchen and library to ensure that no one was left behind. The result of the check will be reported to Shift Commander and Central Control.

12. The Operations Captain will ensure that all administrative personnel and visitors are accounted for at the staging area.

13. The Logistics Section will make available tables and chairs for Central Control officers to record events as they unfold.

14. If re-entry will take more than two (2) hours, the Logistics Section will make necessary arrangements to have tents, chairs, water and other amenities available.

15. When it is determined that it is safe to re-enter the building, the Shift Commander will make an announcement that it is safe to enter the building.

16. The Shift Commander will ensure that inmates/detainees are safely and orderly returned to their respective housing units.

b. Secondary Evacuation Route

1. The secondary evacuation route for the whole facility is through the sallyport doors S101B and S116 (sallyport doors adjacent to Staff Dining). Inmates and detainees will be escorted from the sallyport doors to the perimeter gate located on Texas Road, south of the building. When inmates/detainees are in the perimeter fence, they will be escorted to the staff parking lot.

2. The Shift Commander will ensure that the gate is opened and an officer posted prior to the evacuation. The officer posted at the gate will ensure that no unauthorized person or persons enters and/or exit the gate.

3. Procedures under the primary evacuation route above applies.

**G.    Safety Officer**

The Safety Officer will ensure that the following are in place:

1. Facility emergency evacuation plans and Evacuation Plan policy and procedure and other related emergency policies and procedures are in Central Control and in the Safety Officer's Office.

2. Exit signs are properly posted in all areas of the facility.

3. Emergency Evacuation Plans are properly posted in all areas of the facility.

4. Ensure that all fire fighting equipment are checked and if necessary repair and/or replaced on a regular basis.

5. Will ensure that emergency exit doors and evacuation routes are free from obstructions at all times.

6. Does a quarterly evacuation drill in all areas of the facility, except for extremely dangerous inmates.

7. Maintain up-to-date listing of all personnel with respect to their work stations.

8. Ensure that officers assigned to maximum security housing units will be knowledgeable of the evacuation plan for the housing unit even if inmates/detainees are not involved in the evacuation drill.

9. Coordinate with the Training Coordinator to ensure that new employees are properly trained in the Evacuation Plan policy and procedures.

10. Ensure that emergency numbers to the police, fire, hospital and other agencies are up-to-date and are made available to all sections of the facility.

11. Ensure that contact numbers to DOC personnel essential in an emergency are up-to-date and readily available in case of an emergency.

**H.   Immediate Release of Inmates/Detainees From Locked Areas**

1. Officers assigned to the housing units that are equipped with cells must be knowledgeable in opening the cells using a key in the event the electronic lock mechanism malfunctions.

2. Each housing pod has a different key to open the cell and emergency exit doors, therefore, officers must be knowledgeable of the cell key number and exit door number for each housing unit. The keys are located at Central Control.

3. Officers assigned to housing units with cells must be aware that cell doors can be electronically opened and locked as a group. Cell doors group open should be carefully considered prior to the system being overridden. In the interest of safety and security, the Shift Commander will decide when the cell group unlock will be used.

4. The Shift Commander and Classification Officer will determine as to the inmates/detainees that will be secured with leg irons and bellychains prior to being let out of their cells for evacuation.

**I.  Emergency Keys**

    1.  Emergency exit keys will be used when the electronic lock mechanism malfunctions and cannot be opened.  When this occurs, the staff will contact the Central Control and inform as to the location of the emergency exit door so that the key can be issued.

    2.  The Safety and Security Officers will ensure that all emergency exit keys and keys associated with the safety and security of the facility are properly stored in the Central Control key box and are inventoried daily by the Central Control Officer.  All emergency exit keys will be properly labeled in the Central Control key box.  Refer to the Key Control policy and procedures.

    3.  The Safety Officer will have a secured key box installed in the Pump/RO Room office.  All emergency exit keys for the building will be properly stored, labeled and inventoried.  A key for the key box will be provided to the supervisor of the building.

    4.  The Security Officer's Office will have a secured key box installed and all duplicate emergency exit keys will be stored, labeled and inventoried.

    5.  Emergency exit keys will be logged-out and logged-in when issued.

    6.  The Security Officer will test emergency exit keys in all areas of the facility on a weekly basis to ensure that the locks are functioning when the key is used.

    7.  The Security Officer will ensure that all emergency locks are maintained on a regular basis to ensure that the locks are functioning properly.

    8.  The Security Officer will ensure that all DOC staffs that are responsible in evacuating the facility are properly trained in the use of emergency exit keys and the locations of the keys.

**J.  Training**

    1.  All department employees will be trained in the emergency Evacuation Plan and other related emergency policies and procedures.  The training will be documented by the Training Coordinator.

    2.  All department employees will undergo annual refresher training in the emergency Evacuation Plan and other related emergency policies and procedures.

    3.  All department employees will be trained in the emergency Evacuation plan and other relate emergency policies and procedures when the emergency policies and procedures are amended and/or changed.

4.  All department employees will receive a copy of the emergency policies and procedures.

**K.  Evacuation Plan Review**

1.  Prior to the approval by the Commissioner of Corrections, this Evacuation Plan policy and procedures will be reviewed and approved by certified Fire Division personnel who are trained in the enforcement of the applicable Fire Safety Codes.

2.  When the Evacuation Plan is updated and/or amended, a review and approval by certified Fire Division personnel is required.

3.  The Evacuation Plan policy and procedures will be reviewed annually to ensure that it is up to date with respect to current applicable Fire Safety Codes.

Prepared By: _____          _10-25-07_
John M. Ayuyu                                      Date
Deputy Director of Corrections

Reviewed By: _____          _10-25-07_
Capt. Julian Tagabuel                             Date
Fire Division, DPS

Reviewed By: _____          _10/25/07_
Gregory F. Castro                                 Date
Director of Corrections

Approved By: _____          _10/26/07_
Ling S. Tenorio                                   Date
Commissioner of Corrections