

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Safety and Emergency | Preventive Maintenance Program | 3.2.11 | |
| **ACA Standards** | 3-ALDF-2A-01 Facility Conforms to Applicable Building Codes; 3-ALDF-2A-02 Facility Conforms to Applicable Fire Safety Codes (M); 3-ALDF-3B-08 Preventive Maintenance of the Plant ||||
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure ||||

I. **PURPOSE**

To describe the preventive maintenance program of the Department of Corrections' (DOC) facility.

II. **POLICY**

It is the policy of DOC to ensure that the facility is operated in a safe and efficient manner through regular preventive maintenance program on all its equipment and property.

III. **PROCEDURES**

The Maintenance Unit will establish a comprehensive preventive maintenance program for its physical plant that provides for emergency repairs or replacement in life-threatening situations. The program will prolong the useful life of all department property through predetermined and scheduled inspections and preventive maintenance program of all equipment and property.

A. **Locks**

1. Officers will check all locks within their assigned housing unit before taking over the shift to ensure that all locks function properly. Any discrepancies found will be noted in the logbook and immediately reported to the Shift Commander and Central Control.

2. It is the responsibility of the Housing Unit Officer to immediately notify the Shift Commander of any discrepancies discovered. The Shift Commander will notify the Safety and Security officers and Maintenance Unit Supervisor to ensure that any discrepancies and/or locks needing repair are address. The Safety and Security officers will report in writing without delay to the Director and the Commissioner on actions taken to address the problem/s.

3. At no time will the inmate(s) be authorized to repair or assist in repairs of any security locking devices. Any staff that does not adhere to this procedure will be dealt with accordingly.

**B. Toilet/Sink Leaks/Lightings**

1. The Shift Commander will be informed of any repairs needed and he or she will initiate a Maintenance Request Form and then submit it to the Maintenance Unit for repair.

2. The Maintenance Unit will assess and repair the damage, if for any reason the Maintenance Unit is not able to repair the damage, he/she will find out on whom is qualified to repair the damage reported and supervise the repair through completion.

3. Inmates can be allowed to help the Maintenance Unit personnel for the other repairs, such as pipe leaks, toilets, sinks and lights.

**C. Generator**

The Maintenance Unit Supervisor will be responsible to arrange for contractors to inspect and maintain the generator once every two weeks to ensure proper function. The maintenance of the back-up generator will include servicing the battery charger, regular oil changes, live load tests, and in-use tests. Inmate workers will not be permitted to maintain or repair the generator. All maintenance and test procedures should be documented and maintained in an orderly manner.

The Maintenance Unit Supervisor will ensure that the back-up generator provides essential lights, life sustaining functions, power for computers, locks and communications systems for emergency situation.

**D. Air Condition**

The Maintenance Unit Supervisor will be responsible to arrange for contractors to inspect and maintain the air condition systems at least once every two weeks in order to ensure it functions properly.

**E. Fire Safety and Emergency Equipment**

The Maintenance Unit Supervisor will arrange for contractors to inspect, maintain and test regularly the sprinkler, Reverse Osmosis, smoke detector, fire alarm, exhaust fans and pump systems in order to ensure that they are properly maintained and operational at all times. All maintenance and test procedures should be documented and maintained in an orderly manner.

## F. Fire and Other Emergency Training Program

The Safety and Security Officers will establish fire and other emergency training programs in accordance with established policies and procedures. The Training Coordinator will ensure that all newly hired employees are trained in fire and other emergency procedures. All other employees will be train annually.

The Safety and Security Officers will ensure that all inmates/detainees are trained on the evacuation plan and other emergency procedures.

Reviewed By: _____          12/6/0A
               Gregory F. Castro                                         Date
               Director of Corrections

Approved By: _____          12/06/07
               Lino S. Tenorio                                           Date
               Commissioner of Corrections