

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|-----------|-------------|
| Institutional Services | Inmates Rights | Protection from Harm | 3.5.3 | |
| **ACA Standard** | 3-ALDF-3E-08  Protection From Harm (M) | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

### I.     PURPOSE

To establish procedure to ensure that inmates/detainees will not be harmed throughout their confinement in the Department of Corrections (DOC) facility.

### II.    POLICY

It is the policy of the DOC to protect inmates/detainees from personal abuse, corporal punishment, personal injury, disease, property damage, and harassment of any kind while incarcerated in the facility.

### III.   PROCEDURE

The DOC staff will not use as punishment any type of physical force on inmate(s)/detainee(s). In situations where physical force is required, only reasonable force to secure order or control will be used. (See Inmate Prohibited Act & Discipline) Special Management units are available and used to house inmates/detainees who need protection from themselves or from other inmates/detainees.

#### A.  Personal Abuse

Inmates/detainees who abuse themselves in anyway will be housed in Administrative Segregation Housing Unit to be closely monitored.  The facility psychiatrist will evaluate the inmate/detainee to determine appropriate treatment. Inmates/detainees displaying this type of behavior will be monitored in accordance to the physician's instructions to ensure the inmate/detainee personal safety and the safety of others.

#### B.  Corporal Punishment

The DOC staff will not use corporal punishment as disciplinary action against any inmate/detainee for any facility rule violation. (See policy on Inmate Prohibited Acts and Discipline)

### C. Personal Injury

Inmates/detainees inflicts injury to himself/herself will be housed in administrative segregation in order for close monitor to ensure that inmate/detainee does not inflict anymore injuries to himself or herself, while assessment is done to see how the inmate/detainee can be helped. Staff will not inflict injuries on inmates/detainees as disciplinary.

### D. Disease

Upon admission, all inmates/detainees will go through initial health screening. When information is obtained regarding an inmate/detainee having any type of disease, the facility nurse will be advised and a determination made as what steps are to be taken. The Commissioner, Director, Deputy Director of Corrections, and Captain of Operations will be made aware of the situation. All staff must exercise universal precaution at all times during the admission process of inmates/detainees.

### F. Property Damage

Inmates/detainees authorized personal properties will not be damaged or taken away as a form of discipline.

### G. Harassment

Inmates/detainees will not be sexually, physically, mentally and/or verbally harassed. Staff will treat inmates/detainees in a fairly in a consistent manner and in accordance to the department's rules and regulations as it relates to inmates.


Prepared By: _____          10-25-07
           John M. Ayuyu                              Date
           Deputy Director of Corrections

Reviewed By: _____          10/25/04
           Gregory F. Castro                          Date
           Director of Corrections

Approved By: _____          10/26/07
           Lino S. Tenorio                            Date
           Commissioner of Corrections