

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Inmates Rights | Access to Programs and Services | 3.5.4 | |
| **ACA Standard** | 3-ALDF-3E-04 Inmates Access to Programs and Services; 3-ALDF-3E-05 Male and Female Have Equal Access to Programs and Services; 3-ALDF-3E-06 Male and Female are Provided Separate Sleeping Quarters | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

### I. PURPOSE

To describe procedures that will apply to inmates/detainees to ensure that they are not subject to discrimination as it relates to programs and services.

### II. POLICY

It is the policy of the Department of Corrections (DOC) to establish policies and procedures that ensures no form of discrimination against inmates/detainees as it relates to inmate/detainee programs and services.

### III. PROCEDURES

#### A. Access to Programs

No inmate/detainee will be denied access to program, work assignments, housing unit, classification status and administrative decisions solely on the basis of race, religion, national origin, sex, handicap, political views or other category proscribed by statute or regulations.

#### B. Female Inmates/Detainees

1. Should males and females be housed in the same facility, equal opportunities are provided for participation in programs and services.

2. Female inmates/detainees will be housed separately from male inmates/detainees.

3. Housing features and amenities will be consistent with those provided to male offenders as it relate to the needs of the female offender population.

Reviewed By: _____    12/11/07
              Gregory F. Castro                                          Date
              Director of Corrections

Approved By: _____    12/11/07
              Lino S. Tenorio                                          Date
              Commissioner of Corrections