


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Reception and Orientation | Inmates/Detainees Personal Property | 4.1.1 | |
| ACA Standards | 3-ALDF-2E-11 Space for Storing Inmate Personal Property; 3-ALDF-4A-04 Personal Property Inventory | | | |
| Consent Decree | Paragraph 55 Develop Facility Policies and Procedures | | | |

### I. PURPOSE

To describe the procedures that will be used to process the inmate's/detainee's personal property upon admission into the Department of Corrections (DOC) facility.

### II. POLICY

It is the policy of the DOC to thoroughly search the inmates/detainees and their personal property and to allow only those items that are authorized for the safety of staff reasons.

### III. PROCEDURES

**A. Secure Storage Space**

1. The DOC will provide a secure storage space for inmate/detainee property.

2. The Inmate/detainee Property Storage Space entrance door will be secured at all times. All entry will be controlled by Central Control.

3. Central Control will make an entry in the Central Control Log Book names of all personnel gaining access into the Inmate/Detainee Property Storage Space

4. Central Control will monitor the camera located at the entrance to the Inmate/Detainee Property Space to ensure that only authorized personnel enter the space.

**B. Personal Searches**

1. All newly admitted inmate/detainee will be properly searched upon admission into the Booking/Release area and only allow or removes items in accordance to the Control of Contraband policy and procedures.

2. Searched inmate/detainee will be separated from non-searched inmate/detainee.

1

### C. Property Searches

1. Clothing worn and personal property of the inmate/detainee will be carefully inspected for contraband upon admission into the DOC facility.

2. Personal property that is not authorized in the facility will be placed in a container and the inmate/detainee will be advised so that he/she could arrange for the property to be picked-up within three working days or it will be destroyed.

3. Care must be taken not to damage personal property. If any damage should happens a report will be completed by the Booking/Release Officer involved and turned in to the Shift Commander along with the damaged or destroyed property.

### D. Property Inventory

1. The <u>Inmate/Detainee Personal Property Inventory</u> form will have the following information:

   a. Shift.

   b. Shift date.

   c. Shift Time.

   d. Type of inmate.

   e. Date and Time the inmate/detainee property was inventoried.

   f. The full name of the officer that did the inventory.

   g. Last, first and middle name of the inmate/detainee.

   h. Description of inmate/detainee personal property.

   In describing the property, the description should be in detail to enable easy identification such as brand name, color, serial number and manufacture.

   i. Inmate/detainee initials.

   j. Comments.

   The Property Storage Officer will make an entry under comments regarding specific property that requires explanation.

   k. Date property was released.

   l. Time property was released.

  m. Inmate/detainee signature.

   The Inmate/detainee will be informed that the form must be signed attesting the properties listed are correct. If the inmate/detainee refused to sign, the Property Storage Officer will make a note on the form and report it.

  n. Releasing officer's name.

  o. Supervisor's name.

  p. Name and signature of third party that received the inmate/detainee property.

   When the inmate/detainee property is to be released to a third party, the Property Storage Officer will print the person's name and have the person sign the form. No property will be release without approval from the inmate/detainee.

  q. Property Storage Officer Signature.

 2. All inmate/detainee property will be inventoried using the Inmate/Detainee Personal Property Inventory form. A copy of the form will be provided to the inmate/detainee, another will be placed in the inmate/detainee file, and a copy will be kept in the Inmate/Detainee Property Storage.

 3. When inmate/detainee property is to be released, the Property Storage Officer will ensure that all property is accounted and the inmate/detainee signed the form acknowledging receipt of the property.

**E. Approved Property Items**

 1. Allowable items for inmates/detainees retention may include any of the following:

   a. One comb (unbreakable plastic, not pointed)
   b. Toothbrush.
   c. Toothpaste.
   d. Rubber slipper.
   e. Five books (combination of bible, reading books, or magazines which are non-sexual or non-violent in nature).
   f. Prescription Eyeglasses or Contact Lens.
   g. Hearing Aids.
   h. Dentures.
   i. One unframed picture of a size not larger than 8" by 10". Photographs and or pictures of a sexual nature are not allowed.
   j. Non-Medal Religious Materials.
   k. Legal Documents.
   l. One pair of shoes.
   m. Personal letters.
   n. One notepad. Pencil or pen must be requested from the housing officer and returned to him/her when writing is completed.

      o. Three pairs of prison issued clothing.
      p. Three pairs of socks.
      q. Shampoo.
      r. Soap.
      s. Three under wears.
      t. Three bras with no wires (female).

2. All items not listed as authorized items are considered contraband.

Reviewed By: _____ 12/11/07
Gregory F. Castro                          Date
Director of Corrections

Approved By: _____ 12/11/07
Lino S. Tenorio                            Date
Commissioner of Corrections

4

# INMATE/DETAINEE PERSONAL PROPERTY INVENTORY

**SHIFT: (a)**       **SHIFT DATE: (b)**       **SHIFT TIME: (c)**       **TYPE OF INMATE: (d)**

**DPS FILE NO:**   **DOC INMATE NO:**   **INVENTORY DATE & TIME: (e)**   **INVENTORY OFFICER'S NAME: (f)**

**LAST NAME: (g)**       **FIRST NAME: (g)**       **MIDDLE NAME: (g)**

## DESCRIPTION OF INMATE/DETAINEE PERSONAL PROPERTY (h)
(DESCRIBE INMATE/DETAINEE PROPERTY IN DETAIL, SUCH AS BRAND NAME, SERIAL NUMBER AND MANUFACTURE.)

INITIALS (i)

| # | Description | Initials |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

**COMMENTS: (j)**

**INMATE RELEASE DATE: (k)**   **INMATE RELEASE TIME: (l)**   **INMATE NAME/SIGNATURE: (m)**

**RELEASING OFFICER'S NAME: (n)**   **SUPERVISOR'S NAME: (o)**

**NAME AND SIGNATURE OF THIRD PARTY: (p)**   **PROPERTY STORAGE OFFICER'S SIGNATURE: (q)**

**DATE/TIME:**   **DATE/TIME:**

5