Case 1:99-cv-00017    Document 31-90    Filed 04/02/2008    Page 1 of 3

 

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Reception and Orientation | Inmate/Detainee Orientation | 4.1.2 | |
| **ACA Standards** | 3-ALDF-4A-01 Admission of New Inmate to the System; 3-ALDF-4A-03 New Inmates are Separated During Admission Process | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PURPOSE**

To describe the orientation process to be used when new inmates/detainees are confined in the Department of Corrections (DOC) facility.

II. **POLICY**

It is the policy of DOC to orientate inmates/detainees on the facility's programs, services, and rules and regulations.

III. **PROCEDURES**

The orientation process is vital to ensure that inmates/detainees being admitted into the facility are formally advised on the facility's available programs, services, and rules and regulations in their initial period of confinement. Orientation shall be given after the booking process is completed. The Booking/Release area will be the designated station for all orientations under the supervision of the Booking/Release Sergeant.

A. **Orientation Content**

The orientation will address the following:

- Explanation of the facility's rules and regulations.
- Available programs and eligibility criteria.
- Health examination requirements.
- Other pertinent information.
- Services being provided.

B. **Orientation Process**

Any inmate/detainee being admitted into the facility for confinement will be detained in the holding cell at the Booking/Release area. The inmate/detainee

1

will be separated from the inmate/detainee population until the orientation process is completed.

The inmate/detainee will be given an orientation if he/she is to be confined for more than twenty-four (24) hours. The orientation process will be scheduled once daily and are as follows:

- The assigned Booking/Release Officer will be tasked in conducting the inmate/detainee orientation.
- The Booking/Release Officer will review and then explain each section listed on the orientation form.
- Inmate/detainee will acknowledge the orientation by putting his/her initial on the blank space provided for this purpose.
- After reviewing each section on the Orientation Form, both the officer giving the orientation and the inmate/detainee receiving the orientation, will print and sign his/her name on the designated area of the form.

Upon completion of the orientation, the form will be attached to the inmate's/detainee's file for record. The Booking/Release Sergeant will review all documents being submitted to ensure that required orientation documented process are fulfilled. Before moving the inmate/detainee to his/her assigned housing unit, an inmate handbook will be given to the inmate/detainee.

Reviewed By: _____  
Gregory F. Castro  
Director of Corrections  

Date: 12/3/07

Approved By: _____  
Lino S. Tenorio  
Commissioner of Corrections  

Date: 12/06/07

2

**DEPARTMENT OF CORRECTIONS**
**Inmate/Detainee Orientation Form**

This orientation will give you important information regarding your stay in the "Vicente T. Seman" Correctional Facility. We would like for you to keep a positive attitude with our staff members. Federal and local laws guide our facility. If you engage in any criminal act during your confinement, you may be charged and prosecuted in court. Disciplinary actions may be taken against you when violating any of the facility's rules and regulations.

1) **Health Service and Examinations** _____

While you are confined, you are required to undergo a physical examination that will be provided by the Department, to ensure that you are free from any communicable deceases, and generally to keep you in good health. If in need of any medical attention, you must request the duty officer for a "sick call slip" request form. Upon filling the request form, you must submit it back to the duty officer. Should you need assistance in filling the request form, ask the duty officer for assistance.

2) **Inmate/Detainee Count** _____

Assigned unit officer will announce "inmate/detainee count." You are required to stop what you are doing and stand in front of your assigned bunk/cell for official count. Upon completion of headcount, housing officer will announce to the housing unit of the completion of inmate/detainee count. Any interruption of this process will constitute a citation and disciplinary action.

3) **Search** _____

You are subject to search (pat down or strip search) at any time when probable cause exists or when returning back into your housing unit. Any contraband (unauthorized item) found in your possession will be confiscated and will become the property of the Department of Corrections and will decide how and when to dispose the confiscated contraband.

4) **Telephone** _____

Using the telephone for personal call is a privilege. You can be denied to make personal phone calls at any time. While using the phone, you are not to use profanity words. In the event that you do, the unit officer will terminate your call and you may be cited. Calling your attorney is your right. The designated time for personal calls will be posted in each housing unit.

5) **Visitation** _____

Visitation schedule will be determined based on you assigned housing unit. You are required to submit a visitation list form, which includes all of your possible visitors, their contact numbers and age. You will be notified of your approved visitors. You are only authorized to have three (3) visitors at a time during your visitation schedule and to be visited once on that day. Your visitors will be subject to search prior to entering the designated visiting area. Minor children are to be accompanied by an adult when visiting.

6) **Contraband** _____

Any unauthorized items listed in your inmate/detainee handbook are contrabands. Excess amount of authorized items are also considered contrabands.

7) **Shower/Fresh Air** _____

Shower time will start from 6:00 p.m. to 9:00 p.m. No one is authorized to be in the shower before 6:00 p.m. unless you are on work detail, scheduled court hearings or jury trials. Fresh air will be conducted one (1) hour per day before 5:00 p.m. except inclement weather.

8) **Clothing and Personal Hygiene** _____

All necessary clothing and personal hygiene will be provided by the Department of Corrections except for sneakers.

9) **Programs** _____

Inmate/detainee programs are available. You may be eligible for programs depending on your classification or commitment order. Programs offered by the facility will be announced and the eligibility criteria for each program.

10) **Religious Service** _____

The Department of Corrections has a chaplain available should you need any spiritual guidance. You are required to request in writing if you need to meet with the chaplain.

11) **Inmate/Detainee Responsibilities** _____

While confined, you are required to treat all staff with respect and fairness, as well as other inmates/detainees. Your bunk/cell must be clean at all times, you must assist in keeping your assigned housing unit clean at all times, and most importantly, you are required to abide with the rules and regulations of the Department of Corrections.

_____          _____
Inmate's/Detainee's Name and Signature                    Date

_____          _____
Orientating Officer's Name and Signature                  Date