# INITIAL CUSTODY ASSESSMENT SCALE

## I. IDENTIFICATION

| INMATE ID # | Classification Officer's Name: | ASSESSMENT DATE |
|---|---|---|
| | | |

| LAST NAME | FIRST NAME | FULL MIDDLE NAME |
|---|---|---|
| | | |

## II. CUSTODY EVALUATION

**1. SEVERITY OF CURRENT CHARGES/CONVICTIONS** (Use the Severity of Offense Scale. Rate the most serious charge/conviction, including any detainer/warrant.

Low _____ 0
Moderate _____ 2
High _____ 5
Highest _____ 7

**SCORE (1)**: 0

**2. VIOLENT OFFENSE HISTORY** (Use the Severity of Offense Scale.) Rate the most serious prior arrest/conviction.

None or low _____ 0
Moderate _____ 1
High _____ 4
Highest _____ 7

**SCORE (2)**: 0

**3. ESCAPE HISTORY PAST FIVE YEARS** (Excluding current charges.)

No escape or attempts _____ 0
Walkaway or attempted escape from mimimum security facility or failure to return from authorized asbsence ____ 3
Escape or attempted escape from medium or maximum security settings _ 6

**SCORE (3)**: 0

**MAXIMUM CUSTODY SCORE(MCS)** (Add items 1, 2 and 3.) With a score of 7 or higher, assign to maximum custody. Always complete the remaining items, but do not total score if the inmate has already been assigned to maximum custody.

**MCS**: 0

**4. INSTITUTIONAL DISCIPLINARY HISTORY** (Use the Disciplinary Severity Scale.)

None or minor with no segregation time _____ 0
One or more major disciplinary reports and/or time in segregation ____ 3

**SCORE (4)**: 0

**5. PRIOR FELONY CONVICTIONS** (Excluding current charges.)

None _____ 0
One _____ 1
Two or more _____ 4

**SCORE (5)**: 0

**6. STABILITY FACTORS** (Add scores that are applicable.)

Age 25 or under _____ 1
No high school or GED diploma _____ 1
Not living with family _____ 1
Unemployed for six months prior to arrest _____ 1

**SCORE (6))**: 0

**COMPREHENSIVE CUSTODY SCORE** (Add items 1 - 6 )

**TOTAL SCORE**: 0

## III. SCALE SUMMARY AND RECOMMENDATIONS

### A. CUSTODY LEVEL INDICATED BY SCALE

1 = MINIMUM    2 = MEDIUM    3 = MAXIMUM

| Custody Level |
|---|
| |

Custody Classification Score

- 7 or more points on items 1 - 3 .................................................. Maximum
- 5 or fewer points on items 1 - 6 .................................................. Minimum
- 5 or fewer points on items 1 - 6, with detainer/warrant ............... Medium
- 6 to 10 points on items 1 - 6 ....................................................... Medium
- 11 or more points on items 1- 6 .................................................. Maximum

### B. SPECIAL MANAGEMENT ISSUES (Check (x) all that apply to this inmate)

- ☒ Known Enemies
- ☒ Psychological Impairment
- ☒ Mental Deficiency
- ☒ Substance Abuse Problem
- ☒ Suicide Risk
- ☒ Medical Problem
- ☒ Known Management Problem
- ☒ Physical Impairment
- ☒ Relative Incarcerated at DOC
- ☒ Co-defendant Incarcerated at DO
- ☒ Serious Violence Threat
- ☒ Escape Threat
- ☒ Known Homosexual
- ☒ Physically Small/Weak
- ☒ Prior Good Conduct

### C. OVERRIDE OF SCALE CUSTODY LEVEL IS RECOMMENDED

1 = Yes    2 = No

| OVERRIDE CODE |
|---|
| 0 |

If yes, give rationale (required)

### D. RECOMMENDED CUSTODY LEVEL AND HOUSING ASSIGNMENT

| HOUSING ASSIGNMENT |
|---|
| |

Custody Level (Check One)
- ☒ 3 Maximum Custody
- ☒ 2 Medium Custody
- ☒ 1 Minimum Custody

| CLASSIFICATION OFFICER SIGNATURE | DATE |
|---|---|
| | |

## IV. SUPERVISOR APPROVAL OF OVERRIDE

### A. RECOMMENDED CUSTODY LEVEL

1 = APPROVED    2 = DISAPPROVED (Complet

| APPROVAL CODE |
|---|
| 0 |

### B. FINAL CUSTODY LEVEL AND HOUSING ASSIGNMENT

| FINAL CUSTODY LEVEL | FINAL HOUSING ASSIGNMENT |
|---|---|
| | |

Rationale (required if different from recommendation)

Supervisor's Signature:    DATE:

# CUSTODY REASSESSMENT SCALE

## I. IDENTIFICATION

| LAST NAME: | FIRST NAME: | FULL MIDDLE NAME: |
|---|---|---|
| | | |

| INMATE ID #: | REASSESSMENT REASON: | ASSESSMENT DATE: | CLASSIFICATION OFFICER: |
|---|---|---|---|
| | | | |

## II. CUSTODY EVALUATION

**1. SEVERITY OF CURRENT CHARGES** (Use the Severity of Offense: Rate the most serious charge/conviction, including any detainer/warrants)

    Low _____ 0
    Moderate _____ 1
    High _____ 4
    Highest _____ 6

SCORE (1): 0

**2. SERIOUS OFFENSE HISTORY** (Use the Severity of Offense Scale: Rate the most serious prior offense during the past five years)

    None or Low _____ 0
    Moderate _____ 1
    High _____ 3
    Highest _____ 6

SCORE (2): 0

**3. ESCAPE HISTORY** (Excluding current charges)

    No escape or attempts _____ 0
    Walkay or attempted escape from Minimum Security Facility or failure to return from authorized absence _____ 2
    Escape or attempted escape from medium or maximum security setting _____ 6

SCORE (3): 0

**MAXIMUM CUSTODY SCORE** (Add items 1,2 and 3)

With a score of 7 or higher, assign to maximum custody. (Always complete the remaining items, but do not total score if the inmate has already been assigned to maximum custody.)

MCS: 0

**4. NUMBER OF DISCIPLINARY CONVICTIONS** (Since last classification)

    None _____ 0
    One _____ 2
    Two _____ 4
    Three or more _____ 6

SCORE (4): 0

**5. MOST SERIOUS DISCIPLINARY CONVICTION** (Use the Disciplinary Severity Scale)

    None _____ 0
    Low _____ 1
    Moderate _____ 2
    High _____ 5
    Highest _____ 7

SCORE (5): 0

**6. VOLUNTARY PROGRAM PARTICIPATION**

    High _____ 0
    Moderate _____ 1
    Low _____ 2

SCORE (6)): 0

**7. INSTITUTIONAL CONDUCT** (Since last classification: Use Monthly Evaluation Form)

    Good _____ 0
    Poor _____ 4

SCORE (7): 0

**COMPREHENSIVE CUSTODY SCORE** (Items 1 - 7)

TOTAL SCORE: 0

## III. SCALE SUMMARY AND RECOMMENDATIONS

**A. CUSTODY LEVEL INDICATED BY SCALE** _____  **CODE:** `0`

1. Minimum     2. Medium     3. Maximum

**Custody Classification Score**

- 7 or more points on items 1 - 3 _____ Maximum
- 5 or fewer points on items 1 - 7 _____ Minimum
- 5 or fewer points on items 1 - 7 with detainer/warrant _____ Medium
- 6 to 10 points on items 1 - 7 _____ Medium
- 11 or more points on items 1 - 7 _____ Maximum

**B. SPECIAL MANAGEMENT ISSUES (Check all that apply to this inmate.)**

| ☒ Known Enemies | ☒ Medical Problem | ☒ Serious Violence Threat |
| ☒ Psychological Impairment | ☒ Known Management Problem | ☒ Escape Threat |
| ☒ Mental Deficiency | ☒ Physical Impairment | ☒ Known Homosexual |
| ☒ Substance Abuse Problem | ☒ Relative Incarcerated at DOC | ☒ Physically Small/Weak |
| ☒ Suicide Risk | ☒ Co-defendant Incarcerated at DOC | ☒ Prior Good Conduct |

**C. OVERRIDE OF SCALE CUSTODY LEVEL IS RECOMMENDED** _____  **OVERRIDE CODE:** `0`

1 = Yes     2 = No

If yes, give rationale (required):

**D. RECOMMENDED CUSTODY LEVEL AND HOUSING ASSIGNMENT**

HOUSING ASSIGNMENT: _____     CUSTODY LEVEL: _____

CLASSIFICATION OFFICER SIGNATURE: _____     DATE: _____

## IV. CLASSIFICATION SUPERVISOR APPROVAL OF OVERRIDE

**A. RECOMMENDED CUSTODY LEVEL** _____ 1    **APPROVAL CODE:** `0`

= Approved     2 = Disapproved (Complete B.)

**B. FINAL CUSTODY LEVEL AND HOUSING ASSIGNMENT**

FINAL HOUSING ASSIGNMENT: _____     FINAL CUSTODY LEVEL: _____

Rationale (required if different from recommendation):

SUPERVISOR SIGNATURE: _____     DATE:: _____

## Severity of Offense Scale

**HIGHEST**
**Up to Ten (10) or more than Ten (10) years Imprisonment**

1. 1st Degree Murder
2. 1st Degree Sexual Assault
3. 1st Degree Sexual Assault of a Minor
4. 2nd Degree Murder
5. 2nd Degree Sexual Assault
6. 2nd Degree Sexual Assault of a Minor
7. Aggravated Assault and Battery
8. Arson (Damaging Structure)
9. Arson (Damaging Property to Collect Insurance)
10. Assault with a dangerous weapon
11. Burglary (Inflict bodily injury or used a dangerous weapon)
12. Counterfeiting
13. Criminal Mischief Over $20,000
14. Distribution to Person Under 18 Years Controlled Substance Under Schedule I or II
15. Homicide by vehicle
16. Importation of Controlled Substance Under Schedule I or II
17. Issuance of Bad Check Over $20,000
18. Kidnapping
19. Promoting Prostitution in the 1st Degree
20. Misuse of Credit Card Over $20,000
21. Robbery
22. Theft over $20,000
23. Trafficking Narcotic Drugs or Methamphetamine
24. Unlawful Exploitation of a Minor
25. Usurping Control of an Aircraft
26. Voluntary Manslaughter
27. Possession of Child Pornography

**HIGH**
**Up to Five (5) Years Imprisonment**

1. 3rd Degree Sexual Assault
2. 3rd Degree Sexual Assault of a Minor
3. Bribery
4. Burglary- (Enter dwelling after sunset/before sunrise)
5. Child Abuse/Neglect
6. Criminal Coercion with dangerous weapon
7. Criminal Mischief Under $20,000
8. Distribute Under the age of 18 Narcotic or Controlled Substance
9. DUI With Serious Bodily Injury
10. Forgery
11. Fraudulent Destruction, Removal, Concealment of Recordable Instruments
12. Impersonating an Officer While Committing a Felony
13. Importation of Firearms Dangerous Device and Ammunition
14. Incest
15. Indecent Exposure in the 1st Degree
16. Involuntary Manslaughter
17. Issuance of Bad Check under $20,000
18. Manufacture or Distribution Fraud of Controlled Substance
19. Misuse of Credit Card under $20,000
20. Mutiny on a Vessel on the High Seas
21. Possession of Controlled Substance
22. Possession of Control Substance and Firearm
23. Possession of a Firearm, Dangerous Device or Ammunition
24. Possession of Forged Writing of Forgery Device
25. Possession or Marijuana Over 2.2 lbs.
26. Promoting Prostitution in the 2nd Degree
27. Stalking in the 1st Degree
28. Tampering With Jury
29. Tampering With Judicial Records or Process
30. Theft under $20,000
31. Trafficking Other Controlled Substance Under Schedule I, II, III or IV

## MODERATE:
### Up to Three (3) Years Imprisonment

1. 3rd Offense Perjury
2. Arson (Reckless burning or exploding)
3. Burglary (Enter a dwelling)
4. Criminal Coercion
5. Distributing or Selling Narcotic Drugs or Controlled Substance within 1000 feet from School
6. Escape
7. Importation of Controlled Substance
8. Indecent Exposure in the 1st Degree
9. Mutiny on a Vessel
10. Rescue of Prisoner

---

## LOW
### Up to One (1) Year Imprisonment

1. 1st and 2nd Offense Perjury
2. 4th Degree Sexual Assault
3. Assault
4. Assault and Battery
5. Bigamy
6. Carrying a Firearm without ID
7. Cockfighting
8. Compounding a Crime
9. Contempt
10. Criminal Mischief under $20,000.00
11. Criminal Trespass
12. Deception Business Practices
13. Disturbing the Peace
14. Domestic Violence
15. DUI
16. Duty to Report Wounds or Death
17. Eluding Police Officer
18. False Arrest
19. Fireworks Permit
20. Gambling
21. Impersonating an Officer While Committing Misdemeanor
22. Indecent Exposure in the 2nd Degree
23. Inhalants
24. Interference with Domestic Violence Report
25. Interference with Service of Process
26. Issuance of Bad Check under $250.00
27. Misuse of Credit Card Under $250.00
28. Misconduct in Public Office
29. No Vehicle Registration
30. Nuisance
31. Obstructing Justice
32. Possession of Less Than 1 Gram of Ice
33. Possession of Marijuana Less Than 2.2 lbs.
34. Possession or Removal of Government Property
35. Prostitution
36. Prostitution Loitering
37. Refused Breath Test
38. Receiving Deposits in a Financial Institution
39. Reckless Driving
40. Resisting Arrest of Law Enforcement Officer
41. Riot
42. Sales Receipt Act
43. Senior Citizen Physical/Mental Abuse
44. Sexual Contact With a Prisoner
45. Speeding
46. Stalking in the 2nd Degree (Domestic Violence)
47. Tampering With Mail
48. Tampering With a Vehicle
49. Theft Under $250.00
50. Theft of Vehicle
51. Violating an Order For Protection (Domestic Violence)
52. Unlawful Contact (Domestic Violence)

# INMATE DISCIPLINARY CITATION

Original Copy: Classification Officer
Copies: Inmate/Operation's Captain

| INMATE NO | CITATION NO | VIOLATION DATE | VIOLATION TIME | LOCATION OF VIOLATION |
|---|---|---|---|---|
|  |  |  |  |  |

| Other Specify |  |
|---|---|
|  |  |

| Last Name | First Name | Middle Name |
|---|---|---|
|  |  |  |

**TYPES OF VIOLATIONS:**
Category III Offenses 300 – High Severity Scale (30 to 60 days isolation and lost of one or more privileges)

- ☐ 301. Any assault resulting in death or serious bodily injury.*
- ☐ 302. Assault with a dangerous weapon.*
- ☐ 303. Riot.*
- ☐ 304. Assault on a Corrections Officer.*
- ☐ 305. Arson.*
- ☐ 306. Bribery.*
- ☐ 307. Rape, sexual acts without consent.*
- ☐ 308. Escape.*
- ☐ 309. Extortion, Blackmail, Protection: That is demanding or receiving anything of value in return fro protection against others to avoid bodily harm or under threat of informing.*
- ☐ 310. Failure to cooperate in a headcount, shakedown or search.
- ☐ 311. Failure to obey orders of staff.
- ☐ 312. Damage to Government property (exceeding $250.00).*
- ☐ 313. Possession of Class I contraband.*
- ☐ 314. Tampering with any security device.
- ☐ 315. Threatening any staff member.*
- ☐ 316. Possession of Cellular Telephone.
- ☐ 317. Adulteration of any food or drink.

Category II Offenses 200 – Moderate Severity Scale (15 to 30 days isolation and lost of one or more privileges).

- ☐ 201. Assault and Battery.*
- ☐ 202. Counterfeiting and/or Forgery.*
- ☐ 203. Damage to Government property (Less than $250.00 in value).*
- ☐ 204. Destroying the property of another.
- ☐ 205. Failure to maintain personal hygiene.
- ☐ 206. Failure to maintain sanitary conditions.
- ☐ 207. Fighting.*
- ☐ 208. Interfering with staff.
- ☐ 209. Possession of Class II contraband.
- ☐ 210. Refusal to work.
- ☐ 211. Sexual acts with consent.
- ☐ 212. Theft.*
- ☐ 213. Threatening another person.
- ☐ 214. Throwing objects, liquids or food.
- ☐ 215. Violation of visiting rules.
- ☐ 216. Misuse of authorized medication.
- ☐ 217. Tattooing or self-mutilation.

Category I Offenses 100 – Low Severity Scale (7 to 15 days isolation and lost of one or more privileges, probation or written warning).

- ☐ 101. Being in an unauthorized area.
- ☐ 102. Answering to the name of another.
- ☐ 103. Deception.
- ☐ 104. Disorderly conduct.
- ☐ 105. Disrespect to staff or another inmate/detainee.
- ☐ 106. Being unsanitary or untidy; failing to keep one's person, cell and/or day room area clean.
- ☐ 107. Unauthorized contact with the public.
- ☐ 108. Unauthorized use of telephone.
- ☐ 109. Failure to perform assigned work.
- ☐ 110. Failure to secure personal property.
- ☐ 111. Violating a condition of furlough, pass, or any other conditional or temporary release.
- ☐ 112. Possession of Class III contraband.
- ☐ 113. False Report.
- ☐ 114. Possession of betelnut, cigarette, lighter, chewing tobacco or snuff.
- ☐ 115. Misuse of Government property.
- ☐ 116. Unauthorized possession of another person's property.
- ☐ 117. Gambling.
- ☐ 118. Disruption of any institutional activity.
- ☐ 119. Possession of clothing, bedding, and/or linen in excess of the amount authorized.
- ☐ 120. Abuse of intercom system.

**Violations marked * may result in criminal charges being filed with the Attorney General's Office.**

**NARRATIVE**

|  |
|---|
|  |

| Reporting Officer's Name/Signature | Inmate's Name/Signature | Supervisor's Name/Signature |
|---|---|---|
|  |  |  |

# DIVISION OF CORRECTIONS
## CLASSIFICATION
## INMATE NEEDS REASSESSMENT

| Inmate ID #: | Last Name: | First Name: | Middle Name: |

| Reassessment Date: | Reassessment Officer: |

### Health

**REASSESSMENT**

1. Limited physical capacity, acute illness; needs hospitalization or outpatient treatment
2. Mild disability or illness; outpatient treatment required; non-strenuous work
3. No problem that limit housing or work assignments

Code

### Emotional Stabilit

1. Severe impairment; danger to self, others; needs hospital environment
2. Moderate impairment; requires monitoring, individual or group
3. Emotionally stable; no inidications of mental illness

Code

### Education

1. 5th grade or below reading, math skills; needs remedial or special education classes
2. No high school diploma; needs adult education or GED program
3. High school diploma, GED, or equivalent

Code

### Vocational Skills

1. No discernible skill, needs training
2. Limited skills; ability to hold semi-skilled position; needs training
3. Possesses marketable skill or trade

Code

### Substance Abuse

1. Frequent abuse resulting in social, economic, or legal problems; needs treatment
2. Occasional abuse causing disruption of functioning
3. No disruption of functioning or legal difficulties

Code

### Mental Ability

1. Serious disability limiting ability to function; needs sheltered living, work situations
2. Mild disability limiting educational, vocational potential
3. No discernible disability

Code

Other: (1) describe:

**Other Code**

| | New Program Recommendations | Program Code | Priority Code |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |

**Program Codes**   **Priority Code**

# CLASSIFICATION PLAN

**1. IDENTIFICATION**

| INMATE ID # | CURRENT DATE OF PLAN | CLASSIFICATION OFFICER |
|---|---|---|
| | | |

| LAST NAME | FIRST NAME | FULL MIDDLE NAME |
|---|---|---|
| | | |

**TYPE OF CLASSIFICATION ASSESSMENT:**

☒ INITIAL

☒ REASSESSMENT

☒ SPECIAL (INDICATE REASON)

**CURRENT CUSTODY LEVEL**

IF CURRENT CUSTODY LEVEL DIFFERENT FROM LEVEL INDICATED ON CLASSIFICATION FORM, PROVIDE RATIONALE.

**RATIONALE**

**ASSIGNED PROGRAMS**

1.
2.
3.

**OTHER PROGRAM CONSIDERATION**

1.
2.
3.

**CURRENT PRIVILEGES**

**RATIONALE:**

| ASSIGNED HOUSING UNIT | NEXT CLASSIFICAITON DATE |
|---|---|
| | |

| OFFICER SIGNATURE | DATE |
|---|---|
| | |

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF CORRECTIONS

INMATE INSTITUTIONAL CONDUCT EVALUATION:

INMATE NAME: _____ DATE: ___/___/___

ID NUMBER: _____ CELL ASSIGNMENT: _____ SECTION: _____

INSTRUCTIONS: The evaluation of conduct for each inmate shall be in accordance with the Rules and Regulations of the Department of Corrections. The rating elements below constitute a general observation of the inmate's institutional behavior for the past month. The reasons for a Good or Poor rating shall be entered in the "Comments" space. If any disciplinary charges and dispositions have been brought against the inmate during the past month, this shall be noted in the appropriate "Comments" section. The information entered in this form will be used in the Department of Corrections Objective Classification procedures and a copy will be placed in the inmate's personal file.

| | | GOOD | POOR | |
|---|---|---|---|---|
| 1. | OBSERVANCE OF DOC INMATE RULES AND REGULATIONS. | ☐ | ☐ | Comments: |
| 2. | OBSERVANCE OF RULES OF WORK RELEASE, VISITATION, AND PHONE USE. | ☐ | ☐ | Comments: |
| 3. | CLEANLINESS OF ASSIGNED QUARTERS. | ☐ | ☐ | Comments: |
| 4. | PERSONAL APPEARANCE, HYGIENE AND GROOMING. | ☐ | ☐ | Comments: |
| 5. | WILLINGNESS TO ACCEPT AND COMPLETE ASSIGNED WORK DETAILS. | ☐ | ☐ | Comments: |
| 6. | COOPERATION AND RESPECT IN DEALING WITH STAFF. | ☐ | ☐ | Comments: |
| 7. | COOPERATION WITH OTHER INMATES. | ☐ | ☐ | Comments: |

COMPUTATION OF TOTAL SCORE: If the inmate has scored Good on the majority of items (five out of seven) he/she should be given a total rating of Good. If less than five, the rating should be Poor.

I, the undersigned officer, do rate the institutional conduct of this inmate as:    ☐ GOOD    ☐ POOR

COMMENTS REGARDING RATING, REFUSAL TO SIGN OR NON-CONCURRENCE: _____
_____
_____

EVALUATED BY: _____    RADIO CALL#: _____    DATE: _____
                     Corrections Officer

ACKNOWLEDGED BY INMATE: _____    DATE: _____
                                    Signature

☐ CONCURRED    ☐ NOT CONCURRED BY: _____    DATE: _____
                                              Supervisor