


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

# DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Food Service | General Food Service Operations | 4.3.1 | |
| **ACA Standards** | | 3-ALDF-4C-01 Food Service Operations are Supervised by Experienced Staff; 3-ALDF-4C-09 Food Service Facilities Meet Governmental Health and Safety Codes (M); 3-ALDF-4C-10 Staff are Trained in Equipment Safety Procedures; 3-ALDF-4C-11 Food Handler Health Protection (M); 3-ALDF-4C-12 Food Products that are Grown are Inspected; 3-ALDF-4C-13 Weekly Inspections on Food Service Areas (M); 3-ALDF-4C-14 Dry and Frozen Goods are Maintained at Certain Temperature | | |
| **Consent Decree** | | Paragraph 31 Food Prepared Under Sanitary Conditions; Paragraph 32 Training For Food Handlers; Paragraph 33 Food Warmers And Insulated Containers; Paragraph 34 Food Utensils Chemically Sanitized; Paragraph 35 Store Food To Prevent Bacterial Growth; Paragraph 36 Provide Hot Water, Paragraph 39 Food Service Equipment and Utensil Maintenance Program | | |

## I.   PURPOSE

To provide general guidelines to the Department of Corrections (DOC) personnel and/or contractor regarding institutional food service operations.

## II.   POLICY

It is the policy of the Department of Corrections (DOC) to provide inmates/detainees confined in the facility with nutritious, attractively presented meals and prepared in accordance with health and sanitation regulations.

## III.   DEFINITIONS

**Contractor:** A person or organization that agrees to furnish materials or to perform services for the facility or jurisdiction at a specified price. Contractors operating in correctional facilities are subject to all applicable rules and regulations for the facility.

**Health Requirements:** Rules and regulations established by the Department of Health, Sanitation Division relating to food handlers, food service facilities and equipment relating to health and safety issues.

## IV.   PROCEDURES

**A. Food Service Management**

1. The food service manager should have sufficient experience in food service management.

2. The food service manager should have the resources, authority, and responsibility to provide complete food service for the facility, including three nutritionally adequate, palatable, and attractive meals a day produced under sanitary conditions and at reasonable costs.

**B. Health and Safety Regulations**

1. The Department of Health, Division of Sanitation will inspect the food facility and equipment to ensure that health and safety requirements are met.

2. Any discrepancies and/or recommendations made by the sanitation inspection must be address within fifteen (15) days from the date the report was received.

3. Reports on the corrective actions taken will be filed at the food service manager's office.

4. The food service manager will ensure that all food service employees are trained in the use of equipment that will be used in food preparation.

5. All food service employees shall undergo physical examination consistent with health and sanitation regulations, including a test for tuberculosis before they begin work to ensure that they are free from communicable disease.

6. All food service employees shall receive training in the basic principles of food protection and food hygiene by the local health and sanitation authorities or other competent source.

7. The food service manager or contractor shall provide copies of the training records to the DOC.

8. Food handlers will be monitored daily to ensure compliance with standard personal hygiene requirements, including freedom from open or infected wounds; maintaining clean hands and fingernails by washing hands with soap after using toilet facilities; when handling food shall wear clean clothing, hair nets, apron, disposable plastic glove and shoes.

9. The Maintenance supervisor will monitor the hot water to ensure that it is operational for personal hygiene and cleaning of food service utensils. Notice of reminders for cleanliness will be placed at conspicuous areas in the food service areas.

10. A sample of each meal served shall be stored in the freezer for at least twenty-four (24) hours. The sample can be tested if any health problem arise which might be related to the food served.

11. Food products that are grown or produced within the system are inspected and approved by the appropriate government agency.

12. Food carts must be insulated when used to transport food that requires being at a certain temperature.

13. Insulated food containers will be used to ensure that hot foods are transported and/or stored before and through their service to inmates at or over 140 degrees Fahrenheit and cold foods are kept sufficiently cold to prevent the growth of dangerous bacteria.

14. The contractor shall establish and document a regular food service equipment and utensil preventive maintenance program to ensure that equipment is functioning properly and that utensils are clean and sanitary. This program shall include regular testing of food utensil sanitization and food temperatures at all points in the food storage and preparation process.

**C. Safety and Sanitation**

1. The Maintenance and Housekeeping Unit Supervisor will inspect the facility's food service area weekly including equipment to make sure they meet safety and sanitation standards. These inspections will be documented and filed. Any repair problems noted shall be immediately addressed.

2. To prevent the growth of dangerous bacteria or other dangerous contaminants, the food service contractor must ensure that food are kept in sanitary, temperature-controlled storage containers consistent with the following:

   - Shelf goods are maintained at 45 to 80 degrees Fahrenheit.
   - Refrigerated foods at 35 to 40 degrees Fahrenheit.
   - Frozen foods at 0 degrees Fahrenheit or below.

3. The food service contractor is required to provide documentation quarterly on food service equipment and utensil preventive maintenance program to ensure that equipment is functioning properly and that utensils are clean by being sanitized either through chemical sanitization in three compartment sinks or through steaming the surface of utensils to at least 160 degrees Fahrenheit.

4. Further, the food service contractor will provide food warmers and insulated containers to ensure that hot foods are transported and/or stored before and through their service to inmate/detainees at or over 140 degrees Fahrenheit and cold foods are kept sufficiently cold to prevent the growth of dangerous bacteria.

5. The contractor will ensure that floors, walls and ceilings are kept clean to promote safe and sanitary operations. Furthermore, hot water is provided at the food preparation and service areas of the facility for personal hygiene and cleaning food service utensils.

**D.    Special Food Service Practices**

3

Special food service sanitation related practices would include ensuring the following:

    a. The kitchen has twenty-gallon, plastic, leak-proof, waterproof garbage containers with plastic liners.
    b. Eating and cooking utensils are inspected and replace when needed.
    c. The air vents are cleaned monthly.
    d. All food service cleaning items, dishwashing materials, and utensils are kept separate from those used for general cleaning.
    e. All kitchen equipment and utensils should be properly stowed.
    f. Food will be stored on shelves and racks, not on floor surfaces.

### E. Inspections

The Maintenance and Housekeeping Unit Supervisor will request the sanitation inspector from the Division of Sanitation to inspect the food service facility every quarter and provide inspection report to the DOC. The Maintenance and Housekeeping Unit Supervisor will also request the sanitation inspector to inspect the DOC facility every quarter to ensure that all health and sanitation requirements are being complied with. The Maintenance and Housekeeping Unit Supervisor will submit a report to the Director of Corrections on the actions taken based on the sanitation inspector's recommendations. All reports will be filed.

Prepared By: _____       11-21-03
               John M. Ayuyu                                        Date
               Deputy Director of Corrections

Reviewed By: _____       11/26/07
               Gregory F. Castro                    Date
               Director of Corrections

Approved By: _____       11/26/07
               Lino S. Tenorio                       Date
               Commissioner of Corrections