

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Food Service | Meal Services | 4.3.4 | |
| **ACA Standards** | | 3-ALDF-4C-03 Accurate Records are Maintained for Meals Served; 3-ALDF-4C-08 Use of Food as a Disciplinary Measure Prohibited; 3-ALDF-4C-15 Meals are Served With Staff Supervision; 3-ALDF-4C-16 Three Meals are Served Per Day | | |
| **Consent Decree** | | Paragraph 54 Develop Facility Policies and Procedures | | |

I. **PURPOSE**

To establish guidelines in providing meals to inmates/detainees while incarcerated in the Department of Corrections (DOC) facility.

II. **POLICY**

It is the policy of DOC to provide incarcerated offenders meals, which are nutritiously adequate, and properly prepared in a manner consistent with applicable health and sanitation requirements.

III. **PROCEDURAL GUIDELINES**

A. **Three Meals per Day**

1. All inmates/detainees incarcerated in the DOC facility for more than 24 hours will be provided three (3) meals per day.

2. The Housing Unit Officer will do a headcount on all the inmates/detainees in the housing unit 2 hours prior to each scheduled meal and report the count to Central Control. The headcount result is the number of meals that will be served in the housing unit.

3. At least two (2) hot meals will be served during the 24 hour period.

    4. Variations in meals served may be allowed based on weekend and holiday food service demands provided basic nutritional goals are met.

    5. Meal schedules

        a. Breakfast – 6:30 a.m. to 7:30 a.m.
        b. Lunch – 11:30 a.m. to 12:30 p.m.
        c. Dinner – 4:30 p.m. to 5:30 p.m.

**B. Meal Service**

    1. All inmate/detainee meals will be served in the housing unit dayrooms unless conditions dictate otherwise, and to have inmates/detainees eat in his/her cell.

    2. Food cart will be brought to the housing unit dayrooms based on the meal schedule. The Housing Unit Officer will ensure that all inmates/detainees received their meals.

    3. All inmates/detainees will consume their meals in accordance to the meal schedule. No left-over food will be taken to the sleeping areas.

    4. All inmates/detainees will return their meal containers including left-over meals to the food cart. The food cart will be returned to the kitchen soon after the meal schedule for cleaning.

    5. Housing Unit Officer will observe all the inmates/detainees and report to the Shift Commander inmates/detainees that did not consume their meals. These inmates/detainees will be seen by the Shift Commander to determine if there is a problem with the meal and/or have other problems.

    6. The Housing Unit Officer will ensure that no inmate/detainee is taking someone else's meal. Inmate/detainee observed taking another inmate's/detainee's meal will be issued a citation.

**C. Use of Food as Disciplinary Measure is Prohibited**

    1. All inmates/detainees except those on special medical or religious diets should eat the same meals.

    2. Food should not be withheld, nor the standard menu varied, as a disciplinary sanction against an inmate/detainee.

2

Reviewed By: _____    12/5/07
                Gregory F. Castro                                           Date
                Director of Corrections

Approved By: _____    12/06/07
                Lino S. Tenorio                                             Date
                Commissioner of Corrections