

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Sanitation and Hygiene | Disposal of Waste Materials | 4.4.1 | |
| **ACA Standard** | 3-ALDF-4D-03 Plan for the Disposal of Liquid, Solid and Toxic Wastes ||||
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures ||||

I. **PURPOSE**

To describe the procedures for the disposal of waste materials for the Department of Corrections (DOC). There is a written plan for the disposal of waste materials to maintain sanitary working and living conditions.

II. **POLICY**

It is the policy of the Department of Corrections (DOC) to provide a safe, clean and healthy environment for the staff, inmates, detainees and visitors by conforming to appropriate requirements in disposing of liquid, solid and toxic waste materials. Methods of handling and dispensing of refuse must be in compliance with the requirements of local and federal statutes and regulations. Trash and rubbish should be removed to avoid creating a menace to health and as often as necessary to maintain good sanitary conditions.

III. **DEFINITION**

**Trash:** Is any garbage and other refuse to include rubbish and other decomposable and non-decomposable solid waste.

IV. **PROCEDURES**

A. The Maintenance and Logistics Unit will provide garbage and other waste disposal services. Garbage and other refuse include all trash, rubbish, ashes, and other decomposable and non-decomposable solid waste.

B. Trash from the housing units will be collected and removed by inmate workers with the escort or monitor of an officer at least twice a day and delivered to the trash bin located at the loading dock. Trash is not allowed to accumulate unnecessarily in any location prior to being properly disposed.

C. Food service waste is delivered to the trash bin as required to keep the food service areas free of waste. Trash is not allowed to accumulate unnecessarily in any location prior to being taking out. Kitchen grease is deposited into grease receptacles and placed in trash bins for proper disposal. An officer will escort the inmate worker when disposing of trash to the trash bin.

D. Trash or any other waste material is not allowed to accumulate unnecessarily in the Prison Industry Shop. Assigned staff/officer will escort the inmate worker when disposing of trash to the trash bin.

E. Medical Station staff must ensure that medical waste is handled as follows:

1. All contaminated "sharps" (including hypodermic needles, syringes, Pasteur pipettes, and scalpel blades) are packed in "sharp's containers" which are hard plastic sealable containers.

2. All other medical waste such as blood soaked items, body fluids, etc., is placed in containers designed for the disposal of medical waste.

3. The medical waste is picked up at the Medical Station for proper disposal at the Commonwealth Health Center.

F. Inspections of all waste material disposal programs are a part of the facility's Sanitation and Hygiene Inspection program and will be conducted quarterly by the Department of Public Health, Sanitation Division. Reports will be forwarded to the Supervisor of the Maintenance and Logistics Unit, Director and the Commissioner.

G. The Maintenance and Logistics Unit Supervisor will oversee and document all services on the removal of Liquid, Solid, and Toxic Wastes by a professional licensed trash removal services contractor. Removal of all waste materials shall be conducted three times a week to ensure good sanitary and health conditions so as to prevent undesirable odors and excess accumulation of trash.

H. All completed reports will be forwarded to and maintained by the Maintenance and Logistics Unit Supervisor. If necessary, additional trash removal services may be scheduled to maintain cleanliness of facility.

I. For security and safety purposes, the Loading Dock Sally Port entrance and Prison Industry Corridor receiving vestibule doors will be secured and only opened when someone is actually entering &/or exiting.

Reviewed By: _____    _____
Gregory F. Castro                                 Date
Director of Corrections

Approved By: _____    12/06/07
Lino S. Tenorio                                   Date
Commissioner of Corrections