


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Sanitation and Hygiene | Pest Control Plan | 4.4.2 | |
| **Reference** | ACA Standard 3-ALDF-4D-04 Pest Control Plan | | | |
| **Consent Decree** | Paragraph 37 Pest Control Plan | | | |

I. **PURPOSE**

To describe the pest control plan of the Department of Corrections (DOC). There is a written plan for the control of vermin and pests that includes, at a minimum, Monthly inspections by a qualified person.

II. **POLICY**

It is the policy of the Department of Corrections (DOC) to provide a clean, pest and vermin free environment for the staff, inmates and visitors. The pest control program conforms to appropriate local and professional requirements to provide protection to the health and safety of inmates, staff, and visitors.

III. **DEFINITION**

**Pest:** Any destructive insect, animal, or vermin that causes annoyance, discomfort, or disease.

IV. **PROCEDURES**

A. Pests are any destructive insect, animal, or vermin that cause annoyance, discomfort, or disease. The pest control plan is managed by the Logistic & Supply Lieutenant through a regular preventive program for the control of pests.

B. The Maintenance and Housekeeping Unit staff will inspect the facility monthly under the pest control plan and file report of those inspections to the Director of Administration and the Commissioner of Corrections.

C. A monthly inspection and pest control service are provided by contract with a licensed professional pest control service. The contract requires inspection and spraying of pesticide chemicals that are appropriate and safe for the environment and the health of those within all areas of the facility and outside surrounding areas. The Maintenance and Housekeeping Unit Supervisor or a designated officer monitors

spraying and other pest control activities. Each activity shall be documented and maintained by the Maintenance and Housekeeping Unit Supervisor. The purpose of the pest control service is to eliminate pest infestations and provide preventive treatments for future infestations.

D. All corrections officers are required to submit an incident report to the Maintenance and Housekeeping Unit Supervisor on any observation of any pest within the facility. The Maintenance and Housekeeping Unit Supervisor will take corrective action by contacting the pest control contractor.

E. If necessary, additional preventive treatments may be scheduled such as the kitchen area where treatment will be after food preparation hours.

Prepared By: _____  15-20-07
John M. Ayuyu                         Date
Deputy Director of Corrections

Reviewed By: _____  11/26/07
Gregory F. Castro                     Date
Director of Corrections

Approved By: _____  11/26/07
Lino S. Tenorio                       Date
Commissioner of Corrections