

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Sanitation and Hygiene | Custodial Storage | 4.4.3 | |
| **ACA Standard** | 3-ALDF-2E-09 Janitorial Closets Accessible to Living and Activity Areas | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I.    PURPOSE

To establish policy and procedures on what is to be stored in the custodial storage rooms, how this will be maintained and who will have access to it.

## II.    POLICY

It is the policy of the Department of Corrections (DOC) to ensure that all equipment not being used be stored in the custodial storage rooms, which will be maintained in a clean and orderly condition.

## III.    PROCEDURES

A. Each area of the facility has a custodial storage room. The storage room will be used for storing cleaning supplies and materials for that area of the facility.

B. Custodial storage rooms will only be used to store items and/or equipment such as cleaning supplies and materials (e.g. brooms, mops, buckets and cleaning supplies.)

C. DOC staff is the only personnel authorized to have access to the custodial storage rooms. At no time will any inmate/detainee be allowed access to the custodial storage rooms without the supervision of a staff/officer.

D. After equipment/materials are used, it is the responsibility of the facility staff directly supervising the activity to have the equipment/materials stored in the proper custodial storage room.

E. A designated inmate/detainee can have the responsibility of maintaining cleanliness in the custodial storage rooms in that area, but only under the direct supervision of a facility staff/officer.

Reviewed By: _____          _____
                  Gregory F. Castro                              Date
                  Director of Corrections


Approved By: _____          _____
                  Lino S. Tenorio                               Date
                  Commissioner of Corrections

2