


## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

## DEPARTMENT OF CORRECTIONS



Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Sanitation and Hygiene | Housekeeping | 4.4.4 | |
| ACA Standards | 3-ALDF: 4D-01 Sanitation Inspections; 4D-05 Daily Housekeeping and Regular Maintenance | | | |
| Consent Decree | Paragraph 42 Ensure that the local public health authority shall conduct health inspections; Paragraph 54 Develop Facility Policy and Procedures | | | |

## I.    PURPOSE

To establish housekeeping procedures for the Department of Corrections (DOC) facility.

## II.    POLICY

It is the policy of DOC to promote a healthy and safe living and work environment by requiring all inmates/detainees to maintain cleanliness in their individual work/living cells, dayrooms, shower facilities and exercise yard, staff offices and duty stations.

## III.    DEFINITIONS

**Custodian:** Is a civilian or an inmate who is responsible for cleaning specific areas in the facility.

**Common Areas:** Are authorized areas within the housing unit where inmates/detainees spend their time as scheduled on a basis (e.g. Dayrooms and recreational areas).

**Rover:** Is an escort officer within the facility.

**Medical Staff:** Is a physician, physician assistant and/or nurse.

**Inmate Worker:** Is an inmate assigned to a task/duty within the facility.

## IV.    PROCEDURES

### A. Daily Housekeeping

1. The Housekeeping policy and procedures is established to ensure the facility is clean, safe and sanitary consistent with general sanitation standards and that it is inspected quarterly by the Sanitation Division, Department of Public Health.

2. The Logistics Section will establish a daily housekeeping schedule for each housing unit and other areas of the facility.

3. The following areas will be cleaned by officers or maintenance staffs:

   a. Central Control
   b. Housing Control
   c. Booking/Release Counter
   d. Property Room
   e. Nurse Station
   f. Electrical Rooms/Computer Rooms
   g. Armory

4. The daily housekeeping schedule will include specific assignments for inmates/detainees assigned to housekeeping duties and a time schedule for completion.

5. The daily Shift Commander will ensure the duty officer on each housing unit carries out the daily housekeeping schedule.

6. The duty officer will ensure that waste disposal procedures are followed.

7. Mops, rags, plastic containers are cleaned prior to storage. Any hazards or unclean conditions will be addressed by the duty officer. Any hazards or unclean conditions that cannot be addressed by the duty officer must be reported to the Shift Commander for corrective action.

8. The duty officer will submit to the Shift Commander a list of needed cleaning supplies and equipment. The Shift Commander will deliver the list of necessary cleaning supplies and equipment to the Maintenance and Housekeeping Unit for procurement.

9. The duty officer will supervise all inmates/detainees who are on housekeeping assignments and will ensure that housekeeping activities are done properly and thoroughly.

10. All exits are clear for passage & not blocked in any manner. Floors are clean, dry and free of hazardous substances; fire equipment is accessible; no vermin or pest infestation is evident; and no plumbing leaks in the water system.

**B. Cells**

1. All housing units will be cleaned by inmates/detainees and inmate custodians under direct supervision of the Housing Unit officer or staff.

2. Individual inmates/detainees will be responsible for the cleaning of their cells and common areas. Inmate custodian will be responsible for cleaning the cells of inmates with mental disability, violent inmates and inmates who refuse to clean their cells. The Shift Commander will acknowledge and approve the removal of these inmates/detainees prior to cleaning their cells. The Housing Unit officer will supervise and ensure that the following are performed:

    a. The floor is swept.
    b. Sinks and toilets are clean.
    c. Beds are made.
    d. Trash is taken out of the dayroom for disposal.
    e. Laundries are removed and send to be washed.
    f. Dust &/or wipe down all other areas not mentioned, i.e. stairway rails, bunks, tables & chairs etc.
    g. Any additional cleaning duties as assigned by the Housing unit officer are completed.

## C. Common Areas

1. Inmates/Detainees will be responsible for the cleaning of the common areas such as dayrooms, shower facilities and exercise yards in their housing pods. The Housing Unit officer will ensure that the following are done:

    a. Stairways are swept.
    b. Floor is mopped.
    c. Exercise yard is swept and cleaned.
    d. Windows are cleaned.
    e. Telephones, televisions, furniture, door- frames and light fixtures are wiped down.
    f. Clean and disinfects dayroom and inmate showers, toilets, and sinks.
    g. Dayroom trash containers are emptied and liners replaced.
    h. Soap dispensers are filled.
    i. Additional duties assigned by the Housing Unit Officer are completed.

2. Cleaning supplies will be secured in the housing unit Custodial Storage Room and distributed to the inmates/detainees or inmate workers by the Housing Unit Officer as required.

## D. Medical Station

1. The Medical Station will be cleaned by medical staff and/or maintenance staffs.

2. Medical staff will be responsible for cleaning all medical equipment in accordance with applicable health standards.

3

3. All needles, scalpels, razors, and infectious/hazardous waste will be placed into separate storage by a medical staff member and brought to the Commonwealth Health Center for proper disposal.

**E. Food Service Areas**

1. It is the responsibility of the food contractor to ensure that all food service areas are cleaned consistent with sanitation standards. The contractor will supervise employees in daily routine cleaning duties.

2. The sanitation inspector will inspect on a quarterly basis the food service areas to ensure compliance with all applicable health and sanitation rules and regulations. The sanitation inspector's recommendations shall be implemented within fifteen (15) days from the time it was received.

3. All kitchen cleaning equipment will be kept separate from the other cleaning equipment.

4. All cleaning equipment and supplies will be secured in the Custodial Storage Room and issued when needed.

**F. Laundry**

1. Based on the laundry scheduled, the assigned housing unit officers will ensure that all inmates/detainees will get all their laundry out and place it outside their assigned cells to be picked up by the assigned inmate for washing, according to the laundry schedule posted in each housing unit. (Refer to the policy on Laundry).

2. The inmate worker assigned to do laundry and the rover will pick up all laundry to be washed and returned to each inmate/detainee. (Refer to the policy on Laundry).

3. After laundry, the inmate assigned to the laundry duties will perform the following functions:

    a. Clean and wipe down all equipment.
    b. Sweep and mop all tiled floor areas.
    c. Wipe down all windows, walls and doorframes.
    d. Empty all trash containers, replace liners and remove bagged trash to the loading dock for pick up and disposal.
    e. Will never attempt to touch the door knob of hail hole leading to the roof.

4

## G. Inmate Custodians

1. All inmate custodians will be under direct supervision of the rover when cleaning the following areas:

    a. Staff Locker Rooms.
    b. Briefing Room.
    c. Administrative Office and Public Lobby.
    d. Laundry Room.
    e. Staff Offices.
    f. Public and Inmate Visiting Area.
    g. Corridors and Sally Port Areas.

2. The inmate custodians will perform the following functions:

    a. Sweep, mop and polish tiled floor areas.
    b. Clean all accessible windows.
    c. Clean and disinfect staff and public restrooms.
    d. Empty all trash containers and replace with new liners.
    e. Remove bagged trash.
    f. Wipe down all furniture, walls, windowsills and doorframes.

## H. Inspection

1. The Sanitation Inspector from the Commonwealth Health Center will inspect the facility to ensure that all sanitation and health rules and regulations are being complied with. A copy of the Sanitation Inspector's report shall be filed at the Maintenance and Housekeeping Unit.

2. Internal inspection of the facility will by conducted as follows:

    a. The Shift Commander will inspect each housing unit, toilets, lavatory sinks, shower areas, sally port and common areas soon after daily housekeeping assignment is completed to ensure cleanliness. Any hazards and/or unsatisfactory conditions must be corrected.

    b. The Housing Unit Officer will inspect daily all cells to ensure that bed is neatly and tightly made, clothing and other authorized items in the cells are properly stowed in the storage bin and floor is swept and mopped.

    c. The Housing Unit Officer will inform the inmate/detainee any unsatisfactory conditions in the cell and will require the inmate/detainee to correct the unsatisfactory conditions.

    d. The Housing Unit Officer will issue Inmate Disciplinary Citation on inmate/detainee who does not comply with the housekeeping rules and regulations.

3. The Safety Officer will inspect once a week all housing units, food service areas, common areas, storage areas, toilets and shower areas to ensure that they are cleaned and properly maintained. A written report will be submitted to the Shift Commander and Maintenance and Housekeeping Unit for corrective action on all unsatisfactory conditions.

Reviewed By: _____    _12/17/07_
                Gregory F. Castro                                     Date
                Director of Corrections

Approved By: _____    _12/17/07_
                Lino S. Tenorio                                     Date
                Commissioner of Corrections