


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Sanitation and Hygiene | Laundry | 4.4.5 | |
| **Reference** | ACA Standards 3-ALDF: 4D-07 Accountability for Inmate Clothing and Bedding; 4D-08 Issuing of Inmate Clothing; 4D-10 Cleaning and Storing of Inmate Clothing; 4D-11 Issuing of Bedding and Linen to Inmate; 5A-01 Inmate Work Plan; 5A-06 Work Assignments that Afford Inmates to Learn Job Skills; 5A-07 Inmates Work in Correctional Industries and Facility Maintenance; 5A-08 Inmates Work Plan Includes Facility Maintenance and Operations | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PURPOSE**

To describe procedures for issue and cleaning of inmates/detainees clothing, bedding and other cloth materials.

II. **POLICY**

The Department of Corrections (DOC) provides each inmate/detainee a clean set of facility-issued clothing materials upon admission in order to maintain sanitation and hygiene. Facility-issued clothing and linen are laundered according to established schedules.

III. **PROCEDURES**

A. **Laundry Issue For New Inmates/Detainees**

Immediately following the admission search and shower, each new inmate/detainee is given facility clothing, which includes:

<u>Males</u>

1. two shirt (red or khaki)
2. two pair of socks
3. three under shorts
4. one pair of zories/flip-flop

<u>Females</u>

1. two sport bras
2. three underwear
3. two pair of socks
4. one pair of zories

1

If an inmate/detainee remains in custody, clothing issued is increased to total three red/khaki shirts and three under shorts for males. This increase occurs during regularly scheduled laundry exchanges.

The issuing officer makes sure the clothes are in good condition when issued. If the facility does not have adequate clothing sizes on hand, the shift supervisor may authorize an inmate/detainee to wear their personal clothing, which is laundered according to the schedule for facility-issued clothing. Should a female inmate/detainee be authorized to wear their personal bra it may not contain any type of "stay" or "under wire." Any personal clothing authorized for wear is thoroughly searched prior to being issued to the inmate/detainee.

When the inmate/detainee goes to his/her assigned housing area, he/she is issued one blanket, one mattress cover, one pillowcase, one washcloth, and one towel. The receiving housing unit officer notes all clothing and linen issued on the Property Accountability Sheet. High Security, Administrative Segregation, Disciplinary Segregation and other inmates/detainees identified by need may have only one set of clothing issued to them at any given time.

Inmates/detainees must care and account for all clothing, linen, and bedding issued to them. The facility may exhaust all legal means to recover the value of items maliciously damaged.

**B. Laundry Exchange**

All facility-issued clothing, linen, and towels are exchanged and laundered according to set schedules, twice a week for all inmates/detainees, except inmate workers, whose clothes are exchanged and laundered daily. High Security, Administrative Segregation, Disciplinary Segregation and other inmates/detainees identified by need, may only have one set of clothing issued to them at any given time and also have their laundry exchanged on a daily basis, including linens, towel and washcloth. Blankets are exchanged and laundered, as needed, on a regular basis. For emergency laundry issue, the Housing Sergeant shall contact the Logistics Section. Laundry is exchanged for inmates/detainees on a piece-by-piece basis for quantity control and accountability. Kitchen and medical laundry is laundered daily.

Clothing turned in by released inmates/detainees is laundered before re-issue.

**C. Personal Inmate Clothing**

Personal inmate/detainee clothing is laundered, as staff deems necessary. Any personal clothing that may present a health hazard or is excessively soiled will be washed at the direction of the Captain of Operations or medical staff. Booking officers document the articles of clothing, inmate/detainee name, property bin storage number, and the date and time soiled clothing is given to the Laundry Room workers to be laundered. The Booking officer will verify the return of all articles of clothing, places the clothing in the correct property bin, and documents the date and time.

### D. Infectious or Parasite-Infected Material

Laundry of infectious or parasite-infected material is handled using gloves, is double bagged in water soluble material, labeled, and delivered to the Laundry Room for cleaning.

### E. Laundry Storage

Clean laundry is stored on the Laundry Room shelves. A supply of clean clothing for new inmates/detainees is maintained on the shelves in the Property Storage Room Clean linen and bedding are stored in General Storage Room.

### F. Laundry Inmate Workers

Laundry inmate workers report to and are supervised by the Supervisor of Logistics Section. They exchange laundry only under the direct supervision of an officer or a staff from the Logistics Section, and launder all facility-issued clothing, linen, and bedding on a scheduled basis. They launder kitchen and medical laundry daily. Clothings turned in by released inmates/detainees are laundered daily. They also launder personal inmate/detainee clothing from the Property Storage Room only at the direction of the Booking Sergeant.

Laundry inmate workers are issued supplies as needed to repair worn or damaged facility clothing.

### G. Laundry Room Searches

The Logistics Supervisor thoroughly searches the laundry room at least once a week and documents these searches. The CERT will periodically search the laundry room as well. Any contraband found will be confiscated and appropriate disciplinary action is initiated, if applicable.


Reviewed By: _____                    _12/5/07_
              Gregory F. Castro                                   Date
              Director of Corrections

Approved By: _____                    _12/06/07_
              Lino S. Tenorio                                    Date
              Commissioner of Corrections