


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061　Facsimile: (670) 664-9515

| Part | Section | Title | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Sanitation and Hygiene | Inmate Hygiene | 4.4.6 | |
| **ACA Standards** | 3-ALDF-4D-12  Hygiene Articles are Issued to Inmates;  3-ALDF-4D-13  Hair Care Services are Available to Inmates | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

### I. PURPOSE

To provide corrections officers guidelines on inmate hygiene while housed in the Department of Corrections facility.

### II. POLICY

It is the policy of the Department of Corrections (DOC) to provide inmates/detainees with personal hygiene supplies to maintain them in a clean hygienic manner.

### III. PROCEDURAL GUIDELINES

**A. Hygiene Supplies**

1. The Logistics Section will issue the same hygiene supplies to all inmates/detainees unless a medical prescription is issued stating otherwise. The medical prescription will state the length of time the inmate/detainee will be under the prescription. The inmate/detainee will be monitored to ensure that the prescription is helping. If not, the inmate/detainee will be checked by his/her attending physician and a medical opinion issued on the matter. If no other treatment is required, the inmate/detainee will be issued the regular hygiene supply.

2. The Logistics Section will issue the following supplies to inmates/detainees housed in the facility for more than 24 hours:

    a. Toilet Tissue

    Each inmate/detainee shall be issued one (1) roll of toilet tissue once a week. Should an inmate/detainee require additional tissue due to health reasons, the inmate/detainee shall make a request to the Housing Unit Officer. The request will be forwarded to the Logistics Section for issuance of extra tissue if the request is justified.

1

b. Toothpaste

Each inmate/detainee shall be issued one (1) 150g tube of toothpaste every month. The Logistics personnel shall not issue new toothpaste unless the inmate/detainee returns the empty tube to the person issuing the supply.

c. Toothbrush

Each inmate/detainee shall be issued one (1) toothbrush every three (3) months. The supply person shall not issue a new toothbrush unless the inmate/detainee returns the old one.

d. Razor (Shaver)

Each inmate/detainee shall be issued one (1) disposable razor once a week. The old razor shall be returned to the supply person before a new one is issued. The supply person shall inspect the used razor for any damage such as removed blades before issuing a new one. Any tampering with the used razor blade should be reported to the Shift Commander and an investigation be initiated. The Classification Section and Shift Commander will jointly determine the inmates/detainees that are not authorized to store razors in their storage bins. Where inmates/detainees are not authorized, the razors will be stored in a secured area until it is needed by the inmate/detainee.

e. Soap

Each inmate/detainee shall be issued one (1) bar of soap every three weeks. The soap shall be of bath size (4.5 oz.). If the inmate/detainee has sufficient supply of soap, a new supply may not be issued. Used soap will be collected by the supply person when a new supply is issued.

f. Shampoo

Each inmate/detainee shall be issued one (1) 15 oz. Bottle of shampoo once a month. The empty bottle shall be returned to the supply person before a new one is issued.

g. Comb

Comb that is rounded on the ends will be issued. Request for a new comb will not be honored unless the old is surrendered.

h. Kotex Pads

Kotex pads for females will be issued upon request.

2

**B. Hygiene Supplies Inventory**

1. The Logistics personnel will keep a detailed inventory of all hygiene supplies issued to the inmates/detainees. The Inmate Hygiene Supply Inventory form will have at the minimum, the following information:

    a. Name of Inmate/Detainee.

    b. Housing Unit.

    c. Type of Supply issued.

    d. Date Issued.

    e. Time Issued.

    f. Name of Issuing Personnel.

    g. Comments.

**C. Issuance of Hygiene Supplies**

1. The Logistics Supervisor will develop a schedule for the issuance of hygiene supplies to all housing units.

2. Copies of the schedule will be provided to the following:

    a. Central Control.

    b. Shift Commander's Office.

    c. All housing units.

    d. Operations Captain.

    e. Classification Section.

3. The Logistics Supervisor will ensure that sufficient inmate hygiene supplies are available at the Booking/Release for new inmates/detainees.

4. The supplies will be inventoried to ensure proper accountability.

**D. Hair care Services**

1. Hair care services will be provided to inmates/detainees who need it in accordance with the hair care services schedule.

2. The Barbershop should be equipped with basic hair care equipment.

3. Special Programs personnel will develop schedule for hair care services and the schedule will be posted in all the housing units.

4. Inmates/detainees are responsible for getting their hair cut on a regular basis.

5. Special Programs personnel will ensure that inmates/detainees receiving hair care services are properly supervised.

6. The barber will ensure that all hair care equipment are properly cleaned, inventoried, and stored upon usage.

7. Haircut standards for male:

    a. Hair will be cut above the ear and off the collar.

    b. Hair must be kept clean and groomed at all times.

8. Haircut standards for female:

    a. Hair should not exceed shoulder length.

    b. Hair will be pulled-back into a "pony tail" and tucked under (if length permits).

    c. Hair band or tie may be used.

    d. Hair must be kept clean and groomed at all times.

9. Religious Exception.

    a. Any inmate/detainee requesting that their hair not be cut due to religious reasons will obtained a letter from the Chaplain stating the reasons or reasons for the exception.

10. The DOC reserved the right to have the inmate's/detainee's hair cut for health and sanitary reasons.

Prepared by: _____   10-25-07
John M. Ayuyu                               Date
Deputy Director of Corrections

Reviewed by: _____   10/25/07
Gregory F. Castro                           Date
Director of Corrections

Approved By: _____   10/26/07
Lino S. Tenorio                             Date
Commissioner of Corrections