


# DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|------------|-------------|
| Institutional Services | Health Care | Sick Call | 4.5.1 | |
| **ACA Standard** | 3-ALDF–4E-26 Sick Call | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I. PURPOSE

To establish procedures that will provide day-to-day access to health services.

## II. POLICY

It is the policy of the Department of Corrections (DOC) to provide all inmates/detainees with regular access to a health care staff member who is qualified to screen, refer or provide basic treatment for ongoing or emerging health care problems.

## III. DEFINITION

**Sick Call:** Is an organized method for screening inmates/detainees with health problems through a regular schedule. It provides inmates/detainees with the opportunity to report a medical illness or other health problem and to receive diagnosis and/or treatment or referral to alleviate the condition if possible.

## IV. PROCEDURES

### A. Sick Call

1. A Sick call will be conducted daily by the Department's nurse from Monday to Friday. In the absence of a nurse the Housing Unit Officer will check all inmates/detainees for sick call request.

2. An inmate/detainee fills out a Sick Call Form turns it into the housing unit officer. The Housing Unit Officer will turn all sick call after review to the Shift Commander for further action.

3. The inmate/detainee will be seen by the nurse to determine if an assessment by a physician or other medical professional is required.

4. If an inmate/detainee, seen by a nurse on a sick call, presents a medical need requiring a physician assessment, the nurse will place the inmate/detainee on the

1

schedule for appointments with the physicians at the Commonwealth Health Center (CHC).

5. If an inmate/detainee has a chronic or an acute medical need as determined by the intake health assessment, the nurse will place the inmate/detainee on a schedule for an appointment with the physician at CHC.

6. The nurse will prepare the Consultation Form for all inmates/detainees scheduled to see the physician up at CHC.

7. The nurse will provide the inmate/detainee's appointment date to the Captain of Operations who will schedule the transporting officer(s).

8. The escorting officer will provide CHC with the Consultation Form of the inmate/detainee, including his/her name, date of birth, hospital number and the reason for the appointment with a physician.

9. The escorting officer will escort the inmate/detainee and will stay with the inmate/detainee throughout the time of the inmate/detainee's assessment.

10. At the conclusion of the examination and verbal instructions from the physician to the inmate/detainee, the escorting officer will escort the inmate/detainee out to the waiting area, to allow the physician to complete his/her orders and chart notes. The officer will escort the inmate/detainee back to DOC with the inmate's/detainee's physician's orders or recommendations to be given to the Department's nurse.

11. The nurse will transcribe the physician's orders or recommendations, and initiate the procedures as per the physician's orders.

12. The nurse will schedule the next round for the physician; hence, one (1) week or again in the same week, if inmate/detainee needs dictate.

13. Appointments with the physician will be scheduled according to the triage assessment of the facility's nurse. Inmates/detainees who request to see the physician, but do not have an immediate medical need, are seen when an appointment time permits.

14. Daily sick call records will be documented or logged by the nurse conducting the sick call or by the assisting officer.

**B. Lock Units Sick Call Access**

1. All inmates/detainees under protective, medical, and disciplinary segregation will remain in their units. The nurse will make rounds in their units for sick call. The

2. A sick call review will be conducted daily by the facility's nurse. Reviews will include an examination of the Sick Call Request Forms, a review of referrals made by the housing unit officer, oral discussion with the housing unit officer that made the referrals, appointments with the physician at CHC will be made by the facility's nurse.

3. The nurse will inform the Captain of Operations and transport officers assigned to transport the inmate/detainee. All inmates/detainees under protective, medical, and discipline segregation will not be transported with other inmates/detainees from the general population.

Prepared By: _____     __10-23-07__
                  John M. Ayuyu                                Date
                  Deputy Director of Corrections

Reviewed By: _____     __10/24/07__
                  Gregory F. Castro                              Date
                  Director of Corrections

Approved By: _____     __10/31/07__
                  Lino S. Tenorio                               Date
                  Commissioner of Corrections

3