

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

# DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061  Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Inmate/Detainee Illness or Death | 4.5.2 | |
| **ACA Standard** | 3-ALDF-4E-44 Individuals Designated by Inmate are Notified in Case of Serious Illness or Injury; 3-ALDF-4E-45 Inmate Death ||||
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures ||||

### I. PURPOSE

To establish procedures that will be used by staff in the event of inmate/detainee's illness or death.

### II. POLICY

It is the policy of the Department of Corrections (DOC) to ensure proper actions are taken and notification of the inmate/detainee's next of kin in the event of illness or death.

### III. PROCEDURES

Inmates/detainee's illness or death is of immediate concern to the inmate's/detainee's family. The name of the inmate/detainee's next of kin will be obtained at the time of admission. In the event of inmate/detainee's illness or death, the individuals so designated as the next of kin will be notified immediately.

#### A. Inmate Death

In the event of inmate/detainee's death in the DOC, the officer discovering the dead person will do the following:

1. Remain at the scene; secure the area, <u>DO NOT TOUCH ANYTHING</u> and call the Shift Commander immediately.

2. Report to the Shift Commander all pertinent information regarding the dead person.

3. Shift Commander will report the incident to DPS central and then wait for CIB to conduct the necessary investigation, preserving the scene from contamination. The Lead Detective will control the scene immediately upon arrival.

1

4. Isolate the dead person from all inmates/detainees by securing them in their cells. Staff will not touch or move the body from where it is found.

5. Write and submit a self-statement regarding the incident immediately to the Shift Commander.

6. Cooperate with investigators, to include allowing medical personnel or other experts deemed necessary for the purpose of processing the scene.

7. Inventory on the decedent's property will be made.

**B. Inmate Death Notification**

In the event an inmate/detainee dies or seriously ill, the Shift Commander will contact and brief the following as to the name of the inmate/detainee, date, time and actions taken:

1. Commissioner of Corrections
2. Director of Corrections
3. Deputy of Corrections
4. Operations Captain

**C. Notification of the Next of Kin**

1. The Commissioner of Corrections or his/her designee will notify the inmate's/detainee's next of kin in the event an inmate/detainee dies.

2. When an inmate/detainee is seriously ill, the Shift Commander will notify the next of kin of the inmate/detainee. Prior to notifying the next of kin, the inmate/detainee's consent will be obtained.

**D. Shift Commander duties in the event of inmate/detainee death**

The Shift Commander will do the following in the event of an inmate's/detainee's death in the facility:

1. Notify the individuals listed above, i.e., Commissioner, Director, Deputy Director and Operations Captain.
2. Call DPS Central and report the incident.
3. Call the Fire Division and request for the emergency medical technician.
4. Doctor from CHC will be requested to be present at the scene.
5. Ensure that the body is not touched or removed.
6. Ensure that all inmates/detainees are secured.
7. Secure all gates and limit access to the facility to essential personnel.
8. Request additional corrections officers if necessary.
9. Ensure that all reports are submitted to the Operations Captain as soon as possible.
10. A copy of the final report is submitted to the Commissioner of Corrections and a copy placed in the inmate/detainee's medical record.

2

E. **Postmortem Examination**

1. Postmortem examination will be conducted under the following conditions:

    a. Death is unknown.
    b. Death occurred under suspicious circumstances.
    c. If the inmate/detainee was not under current medical care.
    d. Death by violence.

Prepared By: _____    Date: 10-30-07
John M. Ayuyu
Deputy Director of Corrections

Reviewed By: _____    Date: 10/30/A
Gregory F. Castro
Director of Corrections

Approved By: _____    Date: 10/31/07
Eino S. Tenorio
Commissioner of Corrections

3