



### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
### DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Notification of Next of Kin on Serious Illness or Injury | 4.5.3 | |
| **ACA Standard** | 3-ALDF-4E-44 Notification of Next of Kin on Serious Illness or Injury | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I. PURPOSE

Department of Corrections (DOC) in notifying the inmate's/detainee's next-of-kin of any Serious injury, illness (including mental illness).

## II. POLICY

It is the policy of the Department of Corrections (DOC) to ensure that proper notification is provided to the next-of-kin of inmates/detainees in the event of a serious illness or injury (mental illness).

## III. PROCEDURES

The inmate's/detainee's serious illness or injury is of immediate concern to the inmate's/detainee's family. The name of the inmate's/detainee's next-of-kin will be obtained at the time of admission. In the event an inmate/detainee has a serious illness or injury, the Commissioner of Corrections will be notified.

### A. ILLNESS/INJURY NOTIFICATION

In the event an inmate/detainee is seriously ill or injured, the Shift Commander will contact and brief the following as to the nature of the illness or injury, date and time and actions taken:

1. Commissioner of Corrections
2. Director of Corrections
3. Deputy Director of Corrections
4. Operations Captain

The telephone/pager numbers are available in the Central Control.

1

Based on the information provided by the attending physician, a decision will be made if an inmate's/detainee's illness is sufficiently serious or condition so grave as to require notification of the next-of-kin. The Shift Commander will notify the Commissioner of Corrections and he/she or her/his designee will notify the inmate's/detainee's next-of-kin.

At no time will the public and media be informed as to the inmate's/detainee's illness/injury prior to informing the designated individuals. The Commissioner of Corrections or his designee will notify the inmate's/detainee's next-of-kin or the person to be contacted in case of an emergency. This information can be obtained in the inmate's/detainee's file.

Prepared By: _____    10-23-07
John M. Ayuyu                            Date
Deputy of Corrections

Reviewed By: _____    10/23/07
Gregory F. Castro                        Date
Director of Corrections

Approved By: _____    10/23/07
Lino S. Tenorio                          Date
Commissioner of Corrections