

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|------------|-------------|
| Institutional Services | Health Care | Privacy of Care | 4.5.4 | |
| **ACA Standards** | 3-ALDF-4E-14 Health Authority Determine Health Care Personnel Requirements | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policy and Procedures | | | |

## I.  PURPOSE

To establish policy and procedure on privacy of care for all inmates/detainees under the custody of the Department of Corrections (DOC).

## II.  POLICY

It is the policy of the DOC to ensure that health services be provided with full consideration for the inmate's/detainee's dignity and privacy. All inmates/detainees, without exception, who seek health care services and/or are in need of health services, must be treated with dignity, respect and privacy.

## III.  PROCEDURES

A.   Clinical encounters and examinations should be done in a manner designed to encourage the patient's (inmate/detainee) subsequent use of health services.

B.   Neither by words nor actions should a message be conveyed to the inmate/detainee that he/she is not worthy of the common courtesies that are the hallmark of health services, i.e. privacy of consultation and respect for the patient.

C.   All clinical encounters should be conducted in private and not observed by any corrections officer unless the inmate poses a probable risk to the safety of the health services provider, of others in the area, the public safety, or to him/herself.

D.   In cases where a corrections officer is required for disruptive patients, every effort should be made to provide either auditory or visual privacy.

E.   The corrections officer observing health encounters should be the same gender as the inmate/detainee when possible. However, no woman shall undergo a pelvic exam observed by male custody staff. Additionally, correctional staff observing health encounters should be made aware that law mandates to keep any health information obtained confidential.

Prepared By: _____

John M. Ayuyu
Deputy Director of Corrections

_/0-23-07_____
Date


Reviewed By: _____

Gregory F. Castro
Director of Corrections

_10/24/07_____
Date


Approved By: _____

Lino S. Tenorio
Commissioner of Corrections

_10/24/07_____
Date