

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Informed Consent | 4.5.6 | |
| **ACA Standard** | 3-ALDF-4E-42 Informed Consent ||||
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures ||||

## I. PURPOSE

To describe procedures that will be used by health services staff that will ensure that inmates/detainees are appraised of the facts and risks of treatment and have the right to give consents or refuse treatment.

## II. POLICY

It is the policy of Department of Corrections (DOC) that all inmates/detainees undergoing health care treatment are properly informed of the condition they have, all relevant treatment options, and the likely course of recommended treatment before undergoing any health care treatments.

## III. DEFINITION

**Informed Consent:** Is the written agreement by a patient (inmate/detainee) to a treatment; examination or procedure after the inmate/detainee receives the material facts about the nature, consequences, and the risk of the proposed treatment. For invasive procedures where there is some risk to the patient, informed consent is documented on a written form containing the inmate/detainee's signature.

## IV. PROCEDURES

  a. Prior to initiation of a medical procedure such as an invasion of a body cavity, surgery, or any medical procedure presenting a potential risk to the individual's life or health status the physician or dentist will explain the procedure, alternatives, and potential risks to the inmate/detainee.

  b. The inmate/detainee will be requested to sign a written consent form authorizing the specific treatment contemplated.

  c. The signed and witnessed form will be placed in the inmate's/detainee's medical record.

1

d. These consent requirements will be waived in the event of an emergency that requires immediate medical intervention for the safety of the inmate/detainee or for emergency care involving inmates/detainees who do not have the capacity or ability to understand the given information.

e. In cases involving inmates/detainees who are diagnosed as having a communicable disease and who refuse appropriate treatment, medical quarantine authorized by the treating physician will be used. For life, the Commissioner of Corrections may seek court order for threatening cases where an inmate/detainee refuses treatment.

f. The facility nurse should enter in the health record all aspects of the patient's condition and the reasons for medical intervention.

Revised By: _____        10-25-07
            John M. Ayuyu                    Date
            Deputy Director of Corrections

Reviewed By: _____        10/29/07
             Gregory F. Castro                Date
             Director of Corrections

Approved By: _____        10/26/07
             Lino S. Tenorio                  Date
             Commissioner of Corrections

2