

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Service | Special Health Care Programs | 4.5.7 | |
| **ACA Standard** | 3-ALDF-4E-33 Specialized Programs | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PURPOSE**

To establish health evaluation program for inmates/detainees.

II. **POLICY**

It is the policy of the Department of Corrections (DOC) to ensure that inmates/detainees are made aware of medical services available and are educated regarding communicable diseases, substance abuse, chronic diseases and etc., so that their health is protected.

III. **PROCEDURE**

Upon admission into the facility, during the intake screening procedure, if the booking officer becomes aware of a 'special needs' issue, the officer will immediately notify the Booking/Release Sergeant. The Booking/Release Sergeant will review the needs issue and inform the Facility Nurse and the Operations Captain. These two persons will collaboratively decide on the immediate needs of that inmate/detainee. During the next regularly scheduled workday, the nurse will completely assess the inmate/detainee and then meet with the Operations Captain. At that time a complete 'Special Needs' treatment plan will be put in place for the Facility Nurse, Facility Psychologist and correctional staff. This treatment plan will be placed in the inmate's file.

To establish maximum cooperation between custody personnel and health care providers is essential so that both groups are aware of movements and decisions regarding special patients. Medical or mental health problems may complicate housing assignment, work assignments, program assignments or disciplinary management. Communication between prison administration and health staff assures that these problems are considered and the prisoner's health and safety are protected.

Included among special needs patients are the following:

a. *Chronically ill:* Those requiring care and treatment over a long period of time and are usually not cured. The goal is to restore and maintain a person's activities of daily

1

living to the extent possible. These conditions would include Asthma, heart disease, diabetes, and hypertension.

b. *Communicable disease:* Would include those that are transmitted sexually, through the respiratory tract, or by infected blood. (Syphilis, gonorrhea, Chlamydia, HIV, tuberculosis, hepatitis)

c. *Physically handicapped:* These conditions can refer to mobility impairments (amputations, paraplegia) or to other disabilities that limit a person's daily functioning (visual impairments, hearing impairments, and speech impairments)

d. *Pregnant inmates/detainees:* Will be checked and given proper pre-natal care.

e. *Frail elderly inmates/detainees:* This would include those who suffer from conditions that impair their ability to function to the extent that they require assistance in daily living activities, such as dress, feed, use of restroom, transferring

f. *Terminally ill:* This would include inmates/detainees with a life expectancy of less than one year due to illness. They may require special health services to provide comfort, relief from pain, and special counseling and support in anticipation of death.

g. *Psychotic or have special mental health needs:* These would include inmates/detainees with serious mental illness needs, basic psychotic disorders, or mood disorders (manic-depressive): self-mutilators; the aggressive mentally ill; and suicidal inmates.

h. *Developmentally disabled:* These would include inmates/detainees who may need habitation planning (housing), assistance in accepting the limitations of their conditions and special attention to their physical safety in the correctional environment.

i. *Substance Abuse:* These would include inmates/detainees with drug and/or alcohol problems who may need assistance in accepting and dealing with their problem.

Reviewed By: _____    12/5/0_
Gregory F. Castro                        Date
Director of Corrections

Approved By: _____    _____
Lino S. Tenorio                          Date
Commissioner of Corrections

2