

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Initial Health Screening | 4.5.9 | |
| **ACA Standards** | 3-ALDF-4E-19 Initial Health Screening and Examination | | | |
| **Consent Decree** | Paragraph 49a Initial Health Screening | | | |

### I.  PURPOSE

To establish a structured system to be performed by health-trained personnel during the booking process to ensure that newly admitted inmates/detainees who pose a health or safety threat to themselves or others from being admitted to the general population.

### II.  POLICY

Due to the diversity of the individuals being admitted into the Department of Corrections (DOC) facility, it is necessary that newly admitted inmates/detainees are properly screened during the booking process to ensure that they are free from medical and mental problems that may pose a health and safety threat to themselves or others in the facility. To this end, it is the policy of the DOC that all newly admitted inmates/detainees receive initial health screening when they are first admitted.

### III.  PROCEDURES

#### A. Initial Health Screening

1. All new detainees that are to be admitted into DOC with obvious injuries or trauma i.e. unconscious, semiconscious, bleeding, mentally unstable, and difficulty breathing must be transported to the Commonwealth Health Center (CHC) for medical clearance by the arresting agency. New inmate will go through the initial health screening process upon admission.

2. New detainees refusing treatment as a result of injuries will be documented, photographed and witnessed.

3. All newly admitted inmates/detainees will receive initial health screening during the booking process.

4. The initial screening should inquire into the following:

    a. Current illness and health problems, including venereal diseases and other infectious diseases.

    b. Any past history of tuberculosis or other infectious or communicable illness, or symptoms e.g. chronic cough, hemoptysis (spitting up blood), lethargy, weakness, weight loss, loss of appetite, fever, night sweats- suggestive of illness.

    c. Mental health problems including suicidal ideation.

    d. Dental problems.

    e. Allergies.

    f. Medications taken and special health (including dietary) requirements.

    g. For women, date of last menstrual period, current gynecological problems, and pregnancy.

    h. Use of alcohol and other drugs, including types, methods (including needle sharing) date or time of last use and problems that may have occurred after ceasing use (e.g. seizures).

5. The initial health screening should observe the following behaviors:

    a. Behavior, which includes state of consciousness, mental status (including suicidal ideation), appearance, conduct, tremors and sweating.

    b. Body deformities and ease of movement, etc.

    c. Persistent cough or lethargy, etc.

    d. Condition of skin, including scars, tattoos bruises, lesions, jaundice, rashes, infestations, and needle marks or other signs of drug abuse.

5. When any of the above conditions is observed, the inmate/detainee will be referred immediately to the CHC for further evaluation and/or treatment.

6. Based on the initial health screening information, the Booking/Release Officer will make a housing unit assignment.

7. All documents relating to the initial health screening will be placed in the inmate's/detainee's medical file and secured at the Nurse's Station.

2

Prepared By: _____    __10-24-07__
               John M. Ayuyu                                       Date
               Deputy Director of Corrections

Reviewed By: _____    __10/24/07__
               Gregory F. Castro                                 Date
               Director of Corrections

Approved By: _____    __10/26/07__
               Lino S. Tenorio                                       Date
               Commissioner of Corrections