

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061, Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Pharmaceutical | 4.5.10 | |
| **ACA Standard** | 3-ALDF-4E-17 Dispensing of Medications, Accountability and Storage ||||
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures ||||

### I. PURPOSE

To establish procedures that ensures accountability in the administration of medications to inmates/detainees.

### II. POLICY

It is the policy of the Department of Corrections (DOC) to ensure safe and secure use of pharmaceutical products prescribed to inmates/detainees.

### III. PROCEDURE

**A. Pharmaceuticals**

1. All drugs will be stored under proper conditions of sanitation, temperature, light, moisture, ventilation, segregation, and security.

2. Antiseptics, other drugs for external use and disinfectants are stored separately from internal and injectable medications. Drugs requiring special storage for stability are so stored.

3. The facility nurse and the Operations Captain will be responsible for the security and control of all pharmaceutical products.

4. The pharmacist consultant from the Commonwealth Health Center (CHC) will do on-site quarterly review of records, procedures, storage of pharmaceuticals, administration of medications, drug recall and conduct biannual inventory of all controlled drugs.

5. An adequate and proper supply of antidotes and other emergency medications, and related information (including posting of the poison control telephone number in areas where overdoses or toxicologic emergencies are likely) in accordance to applicable standards.

6. The facility nurse will develop a formulary (drug list) for pharmaceuticals stocked by him/her in the facility pharmacy.

7. All prescription medications will be obtained in the following manner:

    a. A qualified health care professional licensed to do so will write the prescription.

    b. This prescription is given to the nurse.

    c. The nurse then gives the prescription to the Operations Captain who will assign a roving officer to take it to the Inpatient Pharmacy at CHC to be filled.

    d. The officer will accept the medication from pharmacy personnel and sign receipt of the medication.

    e. The officer will deliver the medication to the nurse.

    f. The facility nurse then secures the medication in the facility pharmacy and notes the medication information on the medication Log-out Sheet, to be followed by officers during his/her absence. See attachment A.

    g. If the nurse is not on duty, the roving officer takes the medication to the Housing Sergeant to be stored in the facility pharmacy. The Housing Sergeant then notes the prescription information on the medication administration sheet.

8. If medications are brought in with the arrestee *after processing has been completed*, the Intake and Booking Sergeant will notify the nurse that there are medications from home. The nurse will retrieve those medications, take them to the Medical Station and inventory them. The nurse will then contact the:

    a. Prescribing physician to verify order.

    b. Medical Director for updated orders. The Medical Director will then submit updated prescriptions to the CHC in-patient pharmacy to be filled. (Who is the Medical Director?)

    c. Either a correctional officer or the nurse will bring the medication to DOC and the facility nurse will place them in the facility pharmacy.

    d. The nurse will **never** be involved in the booking procedures involving medications, as the arresstee is not legally confined until the booking procedures are completed.

2

9. Medication will be administered in the following manner:

   a. Daily when the nurse is on duty, he/she will go to each living unit and administer medications at the appropriate time as noted on the medication administration sheet and document it.

   b. When the facility nurse is not on duty, the housing sergeant will be responsible to get the prepared medication by the nurse and deliver them to each housing unit for the housing officer to administer. The officer's name will be documented in the housing unit logbook in order to assure accountability. The officer will note on the Medication Administration Sheet form the inmates/detainees that are to receive medication and at the specified times. The officer will be responsible for administering medications at the correct times and documenting them appropriately in the MAS (attachment B).

   c. When medication is administered, the person administering the medication will verify the inmate's/detainee's name against the medication container. The administering person will then verify with MAS information against information on the medication label. The five (5) 'R's will be considered and verified.

      1. Right Person
      2. Right Medication
      3. Right Time
      4. Right Dose
      5. Right Route (oral, inhaled, and topical)

   d. When medication is administered, it is the responsibility of the administering person to observe the medication being swallowed. The oral cavity is then inspected and both hands, to ascertain that the medication was not 'palmed'. This procedure is referred to as DOT-directly observed therapy.

   e. If a medication is prescribed 'as ordered'; it becomes the responsibility of the inmate/detainee to request the medication according to the need decided on by the prescribing physician and the inmate/detainee. The officer designated as responsible for dispensing medications on that shift for the housing unit should then supply the inmate/detainee with the medication within 10 minutes of the request.

   f. If the inmate/detainee refuses his/her medication, the officer administering the medication will note in the housing unit logbook that the inmate/detainee refused the medication. This information will then be forwarded to the nurse if on duty or the Housing Sergeant to be noted in the MAS for documentation.

10. Maintenance of records will occur in the following manner:

    a. Monthly, on the last working day of the month, the nurse will go to each housing unit, review all Medication Administration Sheet (MAS)-removing expired ones and replacing with the new months MAS. At that time, the nurse will note what medications need to be refilled.

11. Adequate control and accountability of medication will occur in the following manner.

    a. Any medications no longer ordered or outdated in dose packs will be returned to CHC in-patient pharmacy for disposition.

    b. Medications in bulk containers that have expired prescriptions will be brought to CHC by the nurse for disposal.

    c. All expired MAS's will be collected monthly by the nurse and placed in the inmates'/detainee's medical file. At that time, the nurse will review the MAS's for doses missed and incorrect documentation. If trends are noted, the nurse will notify the Operations Captain, so that issues are addressed in a timely manner. Feed back of actions taken will be given to the nurse so that she may report this information to the consulting pharmacist.

    d. No correctional officer can discontinue prescribed medication.

    e. Psychotropic or behavior-modifying medication will be prescribed only when clinically indicated (as one facet of a program of therapy) and not for disciplinary reasons.

    f. Medications will be maintained under the control of the nurse except for 'Keep on Person', must be approved by the Director. Inmates/detainees do not prepare, dispense or administer medication.

    g. The facility pharmacy will be devoid of drugs that are outdated, discontinued, or recalled. No other items will be kept in the pharmacy without the authorization of the Commissioner or Director.

    h. All medications brought to the facility by inmates/detainees will be noted in the appropriate section of the Intake Health Screening form. The medications will be given to the nurse for safekeeping and the dispensing of the medication will be in accordance to the above procedures. The officer who receives the inmate/detainee on the housing unit will note in the housing unit log book- the name of the medication, the amount of the medication and the name of the person for whom it was prescribed. The Commander will then notify the nurse of the presence of the medication. When an inmate is released his medication will be released with him. The officer who releases the

4

inmate/detainee will note in the housing unit log book the name of the medication and the amount in the container.

i. If an inmate is transferred to another living unit, the nurse on duty will be notified by the Housing Sergeant. The nurse will take that inmate's medication and MAS to the receiving living unit and secure the medication in the medication storage age. The MAS will be placed in the appropriate section of the Medication log, located in the medication storage area.

j. DEA controlled substances will be stored in the pharmacy (Medical Station) in the locked cabinet. Only authorized Health Services staff will access to this cabinet. There will be a drug inventory form- Narcotics Documentation Roster sheet in the cabinet. This form will be a perpetual inventory. Any time a controlled substance is removed for administration a count will be done to verify the remaining quantity.

When controlled substances enter the facility, the receiving nurse will enter them in the Narcotic Documentation Roster and secure the medication in the facility pharmacy in the Medical station. When the nurse's shift is over she will turn over the controlled medication for the inmate/detainee to the Housing Sergeant. The Housing Sergeant and the nurse will count the amount of medication and document this information on the Roster sheet. When there is a shift change the out-going Housing Sergeant and the in-coming Housing Sergeant will count the controlled medication and the information along with the time, date and both officers signatures will be entered on the Roster sheet. The sheet and the medication will be kept in the facility pharmacy. It will never be left anywhere other than the pharmacy. The Housing Sergeant will administer the controlled medication as ordered by the prescribing physician. No other officer may administer the controlled medication.

If at any time, controlled medication is unaccounted for, the Housing Sergeant will notify the nurse. The nurse will notify the following:

1. Captain of Operations
2. Deputy Director
3. Director
4. Commissioner

The nurse will write an incident report and deliver it to the Operations Captain, who will then initiate an investigation into the unaccounted medications. A report of that investigation and its conclusion will be given to the Commissioner, Director and the Deputy Director. A copy of that report will be given to the nurse and he/she will submit a copy of that report to the Medical Director and the consulting pharmacist.

5

    k. Medications will be stored at room temperature, unless otherwise specified. Medication requiring refrigeration will be stored in the Medical Station refrigerator, dedicated for that purpose. The temperature is maintained at 35 to 45 degrees Fahrenheit. This temperature will be checked daily and documented in the Medical Station logbook.

    l. Labels for all individual medications will include the following information:

1. Name of supplying pharmacy
2. Rx Number
3. Drug name
4. Instructions for administering
5. Amount of medication dispensed
6. Date prescribed
7. Date expired
8. Inmates name
9. Physician Name
10. Refill information

Reviewed By: _Gregory F. Castro_     12/17/17
Gregory F. Castro     Date
Director of Corrections

Approved By: _Lino S. Tenorio_     12/17/07
Lino S. Tenorio     Date
Commissioner of Corrections