

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Written and Verbal Clinical Orders | 4.5.11 | |
| **ACA Standard** | 3-ALDF-4E-05 Continuity of Care | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PURPOSE**

To ensure that clinical treatment in correctional facilities is performed pursuant to written or telephone orders.

II. **POLICY**

It is the policy of the Department of Corrections (DOC) to ensure that inmate/detainee treatment is performed pursuant to written or telephone orders by authorized medical personnel.

III. **PROCEDURE**

    A.    The order must include the following information:

        1. Inmate name
        2. Date of Birth
        3. Drug allergies
        4. Date
        5. Time
        6. Order
        7. Name of physician

    B.    All written and telephone orders will be signed by the physician at the time of the written order or for telephone orders during his next scheduled clinical visit.

    C.    The nurse will transcribe the order:

        1. Nurse signature and title
        2. Bracket the order
        3. Date and time of transactions

D.  NO BLANK SPACES OR LINES between entries.

E.  Physician's written medical orders for inmates/detainees will be followed by the Medical Staff, consistent with the Departments' Policy and Procedures.

Reviewed By: _____        12/5/07
Gregory F. Castro                                                                Date
Director of Corrections

Approved By: _____        12/06/07
Lino S. Tenorio                                                                  Date
Commissioner of Corrections