

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Female Health Care Issues | 4.5.12 | |
| **ACA Standard** | 3-ALDF-4E-05  Continuity of Care From Admission to Release | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

### I. PURPOSE

To establish procedures that will be used in the Department of Corrections facility to provide necessary specialized health care services to female inmates/detainees.

### II. POLICY

It is the policy of the Department of Corrections to provide all necessary specialized health care services for female inmates/detainees that may be required, and consistent with the standards of contemporary community health care.

### III. PROCEDURES

Gynecological and obstetrical services, medical consultations and necessary medical treatment will be provided to female inmates/detainees in the normal course of sick call request, and clinic services offered by the Department of Corrections. Family planning and health education services will be offered as needed.

#### A. Pregnancy

Pregnant inmates/detainees will be provided with special health care counseling, regular examination and treatment, and such dietary supplements as may be necessary to their condition. Pregnant inmates/detainees will be examined vaginally only by a physician.

#### B. Medications

Inmates/detainees will not be provided birth control medications while in custody, provided that medically necessary medications that have birth control as a side effect are permissible.

### C. Post-Partum Issues

Inmates/detainees giving birth while in custody will not be permitted to bring their newborn child back into the facility but will be required to arrange with the help of staff for the temporary custody of the child. The infant may be brought into the facility by approved visitors during regular visiting schedule. Inmates/detainees who may wish to permanently place their child for adoption or foster placement will be provided information and counseling regarding available options under the Commonwealth of the Northern Mariana laws and the local social services resources available.

### D. Abortion

Decisions by inmates/detainees who wish to obtain an abortion will be regulated by CNMI law. The inmates/detainee's medical file will reflect the counseling provided to the inmate/detainee considering an abortion, as well as medically and legally required steps taken by medical staff.

Prepare By: _____  10-24-07
John M. Ayuyu                           Date
Deputy Director of Corrections

Reviewed By: _____  10/25/07
Gregory F. Castro                       Date
Director of Corrections

Approved By: _____  10/25/07
Lino S. Tenorio                         Date
Commissioner of Corrections