

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Prohibition on Inmate/Detainee Experiments | 4.5.13 | |
| **ACA Standards** | 3-ALDF-4E-43 Use of Inmates for Medical, Pharmaceutical or Cosmetic Experiments is Prohibited | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PURPOSE**

To establish policy and procedures that will ensure that experimentation on inmates/detainees confined in the Department of Corrections (DOC) facility is prohibited.

II. **POLICY**

It is the policy of the DOC not to permit medical, pharmaceutical or cosmetic experimentations in its facility.

III. **PROCEDURE**

A. Staff will not permit any form of medical, dental, mental, and/or pharmaceutical research on inmates/detainees or staff.

B. This policy does not preclude individual treatment of an inmate/detainee based on his/her need for a specific medical procedure that is not generally available.

Prepared By: _____          10-23-07
John M. Ayuyu                                          Date
Deputy Director of Corrections

Reviewed By: _____          10/24/A
Gregory F. Castro                                      Date
Director of Corrections

Approved By: _____          10/26/07
Lino S. Tenorio                                        Date
Commissioner of Corrections

1