

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Health Training for Correctional Staff | 4.5.15 | |
| **ACA Standards** | 3-ALDF-4E-13  Qualified Health Personnel Coordinate Health Care Delivery; 3-ALDF-1D-12  New Correctional Officers Receive Training | | | |
| **Consent Decree** | Paragraph 51 Train Staff in Preventing Spread of Communicable Diseases | | | |

### I. PURPOSE

To establish training guidelines for health services and corrections officers that work and have direct contact with inmates/detainees.

### II. POLICY

It is the policy of the Department of Corrections (DOC) to conduct continuing health related training to all health services staff and correctional staff that work and have direct contact with inmates/detainees. The training is on-going during subsequent years of employment to enable employees to sharpen their skills and keep abreast of changes in operational procedures.

### III. PROCEDURES

A. All Correctional staff who work and have direct contact with inmates/detainees will receive in-service training in health-related matters during the corrections academy, other in-service trainings and a refresher training annually.

B. Trainings in specialized health-related topics will be provided and will be conducted by a staff from the Health Services or from CHC.

C. The health training curriculum must be approved by a physician. The training curriculum includes, but is not limited to the following areas:

- The need for emergency care in life-threatening situations such as heart attacks or obstructed airways.

- Recognizing signs and symptoms of mental illness and suicide prevention.

- Precautions and procedures with respect to infectious and communicable deceases.

1

- Cardiopulmonary resuscitation (CPR)

- Procedures for appropriate referral for health complaints (sick calls).

- Appropriate and specific methods for administering medications and documentation. Observation of common side and adverse effects of common medications used in the facility.

- Initial health screening assessment.

D. All health-related training will be documented, filed and should include the following:

- Type of health training or course content.
- Name of instructor conducting training.
- Name of participants attending training.
- List of successful completion of participants.
- Date and time of training conducted.

Prepared By: _____     10-23-07
John M. Ayuyu                              Date
Deputy Director of Corrections

Reviewed By: _____     10/24/4
Gregory F. Castro                         Date
Director of Corrections

Approved By: _____     10/24/07
Lino S. Tenorio                           Date
Commissioner of Corrections

2