

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Service | Responsible Health Authority | 4.5.17 | |
| **Reference** | ACA Standard 3-ALDF-4E-33 Specialized Programs | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I.  PURPOSE

To establish and provide a procedure for administrative and clinical responsibility for health care services for the Department of Corrections (DOC). Health care services are the sum of all actions, preventative and therapeutic, taken for the physical and mental well being of the inmate population. This shall include medical, dental, mental health, and dietetic services, as well as environmental conditions.

A health administrator is a person who by virtue of education, experience or certification is capable of assuming these responsibilities. There must be a designated health authority at the local level to ensure that policies are carried out. When this authority is other than a physician, final medical judgments rest with a <u>single</u> designated, licensed responsible physician as designated by the Secretary of Health.

## II.  POLICY

It is the policy of DOC to provide administrative supervision and define clinical responsibility for all medical/dental/mental health services for inmates incarcerated at the DOC.

## III.  PROCEDURES

   A.  The health authority will be responsible for:

   1. Making recommendations for health care staffing for the facility.

   2. Assisting in recruiting health care personnel and participating in the selection process of key providers.

   3. Determining medical equipment requirements and executing staff responsibility to assist in procurement of equipment.

   4. Making recommendations for facility design to allow for delivery of services.

   5. Preparing a training program for all health professionals within the system.

1

6. Executing staff responsibility for the preparation of the Health Services needs.

7. Coordinate with other agencies to facilitate continuity of care and to acquire services whenever possible that are not available within the DOC.

8. Conduct staff visits to the facility and make recommendations to responsible officials for improvements in service delivery.

9. Recommend to the Director, policies and/or procedures, which specifically address the delivery of health services.

B. The final medical/clinical judgments will rest with the <u>single</u> designated licensed responsible physician.

C. Matters of Clinical Judgment

The provision of health care is a joint effort of correctional administrators and health care providers and can be achieved only through mutual trust and cooperation. These services must be provided in keeping with the security regulations of DOC.

Reviewed By: _____  12/5/0̶
Gregory F. Castro                                    Date
Director of Corrections

Approved By: _____  _____
Lino S. Tenorio                                       Date
Commissioner of Corrections

2