

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Services | Health Care Qualifications | 4.5.19 | |
| **ACA Standard** | 3-ALDF-4E-09  Personnel Who Provide Health Care Services are Certified (M) | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

### I. PURPOSE

To establish guidelines for health service workers in the delivery of health services to inmates/detainees.

### II. POLICY

All health services personnel who provide services to inmates/detainees must submit to the Commissioner or designee, a valid state license when such licensure is required as a condition of employment. Proper credential of qualified health care professionals is essential to maintain quality health care.

All prescribing personnel are also required to submit current CNMI certificates for controlled substances.

### III. PROCEDURES

  a. A copy of these licenses is kept on file in the Medical Station.

  b. The Medical Director at CHC may at his/her discretion grant temporary privileges. Full privileges must be obtained within six (6) months.

  c. When an educational degree or certification is a condition of employment, primary verification from the educational institution/certifying agency will be obtained.

  d. Written job description should include the required professional qualifications and the individual's specific role in the health care delivery system.

Prepared By: _____      12/5/07
Ms. Rita P. Iglecias                             Date

Reviewed By: _____     12/5/07
Gregory F. Castro                              Date
Director of Corrections

Approved By: _____     12/06/07
Lino S. Tenorio                                 Date
Commissioner of Corrections