

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Medical Management of HIV-Positive Inmates/Detainees | 4.5.20 | |
| **ACA Standard** | 3-ALDF-4E-35 Serious and Infectious Diseases | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

### I. PURPOSE

To establish procedure that shall be used in the Department of Corrections (DOC) to manage HIV-positive inmates/detainees.

### II. POLICY

It is the policy of DOC to provide necessary health care services to inmates/detainees who have been found to be HIV-positive.

### III. PROCEDURES

Inmates/detainees who are known or subsequently found to be HIV-positive may be housed in the facility. Department staffs/officers shall respond to all inmate's/detainee's emergencies and other institutional duties in which contact with bodily fluids is a possibility with the view that all bodily fluid is contaminated.

a. If a known HIV-positive inmate/detainee is brought to DOC, the facility nurse, Commissioner, Director and psychiatrist will be informed immediately, and the inmate/detainee shall be placed in locked medical status pending evaluation of the medical needs of his/her case. HIV-positive and HIV-positive suspected inmates/detainees shall be provided test and medical care commensurate with their condition by institutional and health care officials. Inmates/detainees who were receiving medications at the time of commitment shall be continued on those medications, provided those medications are fully approved and not experimental in nature. Inmates/detainees developing symptoms shall be recommended to professionals for further assessment. A sentenced inmate with fully developed AIDS who is believed to be in imminent danger of death may be recommended for early release for humanitarian reason under CNMI law regarding imminent death. Cases of detainees in danger of imminent death shall be referred to court.

1. Housing

    The facility nurse shall evaluate all HIV-positive inmates/detainees as to their health care and housing needs. Otherwise a symptomatic HIV-positive inmate/detainee shall be housed with the general population. Such inmate/detainee may be moved to administrative segregation unit their sentence/trial if they demonstrate predatory or sexually promiscuous behavior.

2. Testing

    Inmate/detainee shall be brought to the Commonwealth Health Center for testing of HIV-positive. An inmate/detainee may request a test of HIV status.

3. Counseling

    Inmates and detainees shall be provided information regarding HIV transmission. HIV-positive inmates/detainees shall be offered counseling regarding their condition and other concerns and/or information regarding the course of the disease and its transmission.

4. Confidentiality

    The HIV status of an inmate/detainee shall be treated as highly confidential. The HIV status of the individual shall be disclosed only to the Commissioner, Director, facility nurse, facility psychiatrist.

5. Inmates/Detainees who are HIV positive will not be discriminated against.

Reviewed By: _____  12/5/0
Gregory F. Castro                                Date
Director of Corrections

Approved By: _____  12/06/07
Lino S. Tenorio                                  Date
Commissioner of Corrections