


**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Title | Policy No. | Review Date |
|---|---|---|---|---|
| Health Services | Prostheses and Orthodontic Devices | Orthoses, Prostheses, and Other Aids to Impairment | 4.5.22 | |
| **ACA Standard** | 3-ALDF-4E-29  Medical and Dental Prostheses are Provided ||||
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures ||||

## I.   PURPOSE

To ensure adequate diagnostic care, treatment and provision of equipment and supplies as medically necessary.

## II.   POLICY

It is the policy of the Department of Corrections (DOC) to assure and assist inmates/detainees with health care needs as determined by the Medical Director at the time of admission, Health Assessment or at any time that a need is demonstrated. Such items might include eyeglasses, dentures, hearing aids, canes, walkers, crutches or other equipment to deal with special mobility problems.

## III.   PROCEDURES

### A. Health Assessment

1. During the Health Assessment, a Snellen Vision test will be performed. If the test result is 20/40 or worse, the nurse will make an appointment with the service provider for additional diagnostic evaluation. If the inmate returns with a prescription for eyeglasses, arrangements will be made to procure the eye glasses if funding is available.

2. Orthopedic supplies will be obtained from local venders as required.

3. If a deficit in hearing exists, the inmate will be referred to the Audiologist at the Commonwealth Health Center for additional diagnostic evaluation.

1

Reviewed By: _____      _____
                 Gregory F. Castro                  Date
                 Director of Corrections

Approved By: _____      _____
                 Lino S. Tenorio                    12/16/07
                 Commissioner of Corrections         Date