
 

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Title | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Health Care | Photographic Documentation | 4.5.23 | |
| **ACA Standard** | 3-ALDF-4E-19  Health Trained Do Initial Health Screening on all Inmates (M) | | | |
| **Consent Decree** | Paragraph 49a Administer health screening questionnaire to inmates at admittance. | | | |

### I.  PURPOSE

To describe procedures for staff in the Department of Corrections (DOC) facility that provides accurate documentation of injuries or conditions apparent upon admission or having occurred during confinement at the DOC.

### II.  POLICY

It is the policy of DOC to provide accurate photographic as well as written documentation of visible injuries or conditions present upon admission or having occurred while confined within the facility.

### III.  PROCEDURE

**A.  Inmate/Detainee Health Screening**

1. During the booking process, the Booking/Release Officer will inquire from the detainee whether he/she has any rash, cuts, boils, abscesses or injury. If the arrestee replies in the affirmative, if the officer observes such conditions, or if the officer observes the detainee behaving in a fashion that would indicate an injury, the Booking Sergeant will be notified.

2. The Booking Sergeant will refer to the facility nurse and if no nurse available, will call the medics for further evaluation.

3. The Booking/Release Officer will submit at the end of the shift a self-statement stating the types of injuries observed on the detainee.

4. The Booking Sergeant will submit a detailed written report to the Shift Commander, with copies to the Operations Captain, Director and Commissioner on the incident.

5. The detainee will be strip searched in accordance with the Search policy and procedures and any rashes, wounds (cuts), boils, abscesses, injuries or skin conditions are visible, *two* photographs will be obtained and placed in the medical record.

### B. Inmate/Detainee Injury During Confinement

1. During confinement at DOC, all injury or injuries sustained by an inmate/detainee will be photographed. The photographs will be placed in the inmate/detainee medical record.

2. The officer who discovered the injury will submit a self-statement of the incident to the Shift Commander at the end of his/her shift.

3. The Shift Commander will submit a detailed written report about the incident to the Operations Captain, with copies to the Director and Commissioner. The report should be accompanied with photographic evidence.

### C. Photographic Documentation

1. Medical personnel will request that photographs be taken on any injuries observed on the inmate/detainee.

2. Medical personnel will inquire from the inmate/detainee as to how the injuries were sustained.

3. Female staff will obtain photographic documentation of female inmates/detainees.

4. All photographic evidence relating to inmate/detainee injuries are considered confidential information and must be treated as such.

Reviewed by: _____          12/5/17
Gregory H. Castro                                Date
Director of Corrections

Approved by: _____          12/06/07
Lino S. Tenorio                                  Date
Commissioner of Corrections

2