

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Inmate Programs | Social Service | Social Service Programs | 4.6.1 | |
| **ACA Standards** | 3-ALDF: 4F-04 Counseling for Pregnant Inmates; 4F-05 Substance Abuse Programs | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I. PURPOSE

To describe the social service programs that will be available to inmates in the Department of Corrections (DOC).

## II. POLICY

It is the policy of DOC to offer the broadest possible range of social service programs to meet the needs of confined inmates, as funded by the legislature.

## III. PROCEDURES

Social service programs ordinarily include planned activities designed to promote an inmate's social adjustment in order to help him or her resolve personal or family problems and deal with family planning, parental education, and community services issues.

### A. Programs

Available programs will include the following:

1. Typical individual and group counseling to help inmates deal with personal and family problems. This will be conducted by the program Coordinator who have receive specialized training and are qualified to provide such service and will be available during hours when inmates are in their housing unit.

2. Selected substance abuse programs for drugs and alcohol addiction, based on group technique.

3. Outside community services is being provided by the court through conditions during sentencing.

1

4. Family planning, parental education, health education, and child placement programs that assist pregnant inmates in planning with respect to their unborn children.

## B. Program Assessment

The Program Coordinator will maintain records reflecting the number and type of programs, participants, and hours of participation in all programs offered. Staffs in other departments providing these services will make these figures available to unit staff on a monthly basis.

Using this information, an annual assessment will be made of the inmate's population's social service needs, to be completed by an aggregated assessment process coordinated by the Program Coordinator and forwarded to the Director of Administration. This evaluation will include a review of statistics concerning the activities of previews twelve (12) months. Recommendation will be submitted to the Director of Administration.

Reviewed By: _____          _____
Gregory F. Castro                                          Date
Director of Corrections

Approved By: _____          _____
Lino S. Tenorio                                             Date
Commissioner of Corrections