


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Inmate Programs | Release | Community Release Programs | 4.7.2 | |
| **ACA Standards** | | 3-ALDF: 4G-01 Release Preparation; 4G-04 Temporary Release and Graduate Release; 5A-04 Prohibit Discrimination | | |
| **Consent Decree** | | Paragraph 54 Develop Facility Policies and Procedures | | |

## I.    PURPOSE

To describe the Department of Corrections (DOC) Community Release Program.

## II.    POLICY

Consistent with the Department's mission to provide inmates opportunities to participate in rehabilitative programs to assist them in becoming law-abiding citizens, it is the policy of the Department of Corrections (DOC) to provide non-dangerous inmates with opportunities to maintain close family ties while incarcerated in preparation for their eventual release through a Community Release Program. To this end, it is the program's intention to ensure that eligible inmates will conform to the conditions stated in this policy and procedures.

## III.    DEFINITIONS

**Custody Level** - Based on objective classification policy, the inmate's custody level such as maximum, medium or minimum is determined.

**Detainee** - Is a person who have been arrested based on probable cause, for traffic and/or criminal offense, CNMI/Federal Warrants of Arrest, Criminal/Civil Bench Warrants, Immigration status violations and a valid Parole/Probation Warrants.

**Escorted Trips** – An approved privilege that allows an inmate/detainee to be absent from the Department of Corrections (DOC) facility for the purposes of visiting critically-ill immediate family member, attend family member funeral and other activities.

**Family Member** - Immediate family such as spouse, children, parents, foster parents, foster children, grandchildren, siblings, and common law relationships.

**Furlough** – An approved privilege that allows an inmate to be absent from the Department of Corrections (DOC) facility for the purposes of re-establishing family ties and participate in educational, religious, medical, social and recreation-related activities.

**Inmate** – An individual sentenced by the court to be incarcerated in the Department of Corrections (DOC) facility.

**Violent Offenses** – Crimes characterized by extreme physical force such as murder, sexual assaults, and assault and battery by means of a dangerous weapon.

## IV.    PROCEDURAL GUIDELINES

### A. Discrimination Prohibited

It is the policy of the Department of Corrections (DOC) to provide eligible inmates equal opportunity to be involved in this program, regardless of age, race, color, religion, sex, national origin, place of origin, marital status, political affiliation, or disability.

### B. Screening and Selection Procedures

Inmate screening and selection for the Community Release Program will be based on rational objective criteria taking into consideration the inmate's safety, security, institutional behavior, family, victim and the public's sentiments.

1.  The Classification Section will be in-charge of reviewing all applications relating to the Community Release Program (see pages 6 & 7).

2.  The Classification Section will review all applications submitted by eligible inmates and in consultation with the Operations Captain, submit a written report with appropriate recommendations to the Commissioner of Corrections in accordance with this policy and procedures. The report will include information relating to the following:

    a.  Inmate Safety and security.
    b.  Inmate's Institutional behavior history.
    c.  Family's reasons for supporting the inmate application to be in the program.
    d.  Victim's sentiments on the inmate being release under the Community Release Program.
    e.  Public's sentiments if any.

3.  Except for detainees having emergency-related family matters, to attend family member funeral, and/or a court order, detainees are not eligible to participate in the Community Release Program.

4.  Inmates who are convicted of violent offenses, sex offenses, weapons offenses and/or escape risk are not eligible under this program unless the Classification Section override through justification the inmate's custody level.

2

5. Inmates Eligible for Community Release Program:

   a. Inmates who have six (6) months left on their sentence.

   b. Inmates who will be eligible for parole within six (6) months.

   c. Inmates with custody level override through justification from the Classification Section.

   d. Inmates with court order conditions.

   e. Inmates with medical conditions.

   f. Inmates that are evaluated by Classification Section and are recommended to the Commissioner of Corrections for their involvement in the program. The Commissioner of Corrections reserved the right to deny such recommendation in the interest of public safety, safety of the inmate and victim.

6. Inmate release conditions when Community Release Program application is approved by the Commissioner of Corrections:

   a. Inmates approved for home furlough must provide transportation to the residence and back to DOC unless DOC makes such arrangements. Inmates will call DOC to inform that they arrived at the residence.

   b. Family member residing at the same house that the inmate will be staying while on home furlough will pick-up the inmate from DOC and will drop-off inmate at DOC at the time and date indicated on the application form. Only the name and/or names listed on the application are authorized to pick-up and drop-off the inmate.

   c. Inmates or detainees approved for emergency visit or funeral must be escorted by corrections officers. Corrections officers assigned for escorting will abide with the Inmate/Detainee Transport outside the Facility policy and procedures.

   d. Inmate shall depart and return to DOC on the date and time specified on the application. Failure to return to DOC on the specified date and time constitute escape.

   e. In the event inmate is to be late in returning to DOC due to unforeseen circumstances, the inmate must call DOC immediately and inform of the situation.

   f. Inmate will take the most direct route to the residence and back to DOC and will not stop at any location while traveling unless it is an emergency. When emergency stop is necessary, efforts will be made to call DOC and inform of the situation.

g. Inmate will not leave residence to any other location without first getting authorization from DOC.

h. Inmate will not consume any alcohol and/or drugs while on the Community Release Program.

i. Inmates approved for home furlough will reside at the residence of the spouse, parents and/or children. Request to reside with other family members is prohibited.

j. Inmate will submit to a random urine test for alcohol and/or drugs while on the Community Release Program. Refusal to test for alcohol and/or drugs will result in the inmate being terminated from the Community Release Program.

k. Inmate will abide with DOC rules and regulations and CNMI laws while on the Community Release Program. Violation of any of the release conditions, DOC rules and regulations and/or CNMI laws will result in the inmate being terminated from the Community Release Program.

l. Inmate will be in possession of the approved Community Release Program application when released from DOC.

m. When the inmate is terminated from the Community Release Program, the Commissioner of Corrections will issue a written notice to the inmate informing of the reason or reasons for the termination.

n. In the even the inmate is terminated from the Community Release Program, the inmate may resort to the Inmate Grievance policy and procedures.

o. The Commissioner of Corrections may suspend the Community Release Program at any time for security reasons, and/or prison emergency.

7. The Classification Section will submit to the Commissioner of Corrections a monthly report on all inmates that applied for the program, and the reason or reasons for the approval or disapproval. The report will include any problems regarding the program and recommendations to improve the effectiveness of the program.

8. The Classification Section will ensure that sufficient Community Release Program application forms are available on each housing unit for inmate use.

9. Inmates approved for home furlough will not exceed forty eight (48) hours of release, unless exempted by the Commissioner of Corrections.

10. The Shift Commander will assign an officer on the shift to do a site visit on the inmate at least once during the shift. When the inmate is not found at the residence, the inmate will be considered in violation of the release condition and therefore must be located and brought back to DOC.

11. All inmates arriving DOC from the Community Release Program will be searched in accordance with the Search policy and procedures prior to admission into their housing unit.

Prepared By: _____          /2-23-07
John M. Ayuyu                                                        Date
Deputy Director of Corrections

Reviewed By: _____          10/24/07
Gregory F. Castro                                                   Date
Director of Corrections

Approved By: _____          12/06/07
Lino S. Tenorio                                                     Date
Commissioner of Corrections

5



*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



**Community Release Program**

Date: _____                    Inmate No.: _____

_____    _____        _____
**Inmate Last Name**        **Inmate First Name**       **Inmate Middle Name**

_____            _____
**(1) Name of Person to Pick-up Inmate**    **(2) Name of Person to Pick-up Inmate**

_____            _____
**Name of Residence Owner   Residential Address**    **Residential Telephone/Cellular**

**Reason/s for Home Furlough:**

_____

_____

_____

_____

**Release Conditions:  (Inmate must initial each condition)**

_____    Inmate approved for home furlough will provide transportation to the residence and back to DOC unless DOC makes such arrangements. Inmates will call DOC to inform that they arrived at the residence.

_____    Family member residing at the same house that the inmate will be staying while on home furlough will pick-up the inmate from DOC and will drop-off inmate at DOC at the time and date indicated on the application form.  Only the name and/or names listed on the application are authorized to pick-up and drop-off the inmate.

_____    Inmate or detainees approved for emergency visit or funeral must be escorted by corrections officers.  Corrections officers assigned for escorting will abide with the Inmate/Detainee Transport outside the Facility policy and procedures.

_____    Inmate shall depart and return to DOC on the date and time specified on the application.  Failure to return to DOC on the specified date and time constitute escape.

_____    In the event inmate is to be late in returning to DOC due to unforeseen circumstances, the inmate must call DOC immediately and inform of the situation.

_____    Inmate will take the most direct route to the residence and back to DOC and will not stop at any location while traveling unless it is an emergency.  When emergency stop is necessary, efforts will be made to call DOC and inform of the situation.

_____    Inmate will not leave residence to any other location without first getting authorization from DOC.

_____    Inmate will not consume any alcohol and/or drugs while on the Community Release Program.

_____    Inmate approved for home furlough will reside at the residence of the spouse, parents and/or children.  Request to reside with other family members is prohibited.

_____    Inmate will submit to a random urine test for alcohol and/or drugs while on the Community Release Program.  Refusal to test for alcohol and/or drugs will result in the inmate being terminated from the Community Release Program.

_____    Inmate will abide with DOC rules and regulations and CNMI laws while on the Community Release Program.

_____    Inmate will be in possession of the approved Community Release Program application when released from DOC.

6

_____    When the inmate is terminated from the Community Release Program, the Commissioner of Corrections will issue a written notice to the inmate informing of the reason or reasons for the termination.

_____    In the event the inmate is terminated from the Community Release Program, the inmate may resort to the Inmate Grievance policy and procedures.

_____    The Commissioner of Corrections may suspend the Community Release Program at any time for security reasons, and/or prison emergency.

(  ) Approved            (  ) Disapproved

**Commissioner of Corrections:** _____    **Date:** _____
                     Lino S. Tenorio

**Comments:**

_____

_____

_____

_____

_____

7