


*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Inmate Programs | Recreation and Activities | Recreation | 5.2.1 | |
| **ACA Standards** | 3-ALDF: 3D-20 Exercise Out of Cell; 4F-01 Social Services; 5C-01 Comprehensive Recreational Program; 5C-02 Equipment & Facilities ||||
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures ||||

### I. PURPOSE

To provide recreational programs for the inmates and detainees.

### II. POLICY

The Department of Corrections (DOC) will provide inmates/detainees with variety of leisure activities. All inmates/detainees may participate in programs and activities, unless security and safety dictate otherwise. Inmates/detainees in administrative segregation and disciplinary lockdown are not permitted to attend programs outside their housing area, but are permitted one hour of exercise a day either in the housing dayroom or in the adjacent outdoor recreation area.

### III. PROCEDURES

**A. Day Room Recreation**

1. The Housing Sergeant will determine the types of activities in the day room. Inmates have access to a variety of day room recreation materials and equipment such as playing cards, board games, and television.

2. The Housing Officer will monitor the use of day room recreation materials and equipment. Any inmates/detainees who abuse the recreation materials and equipment will be subject to disciplinary action. All programs scheduled in the day room area should be coordinated with the Housing Officer and the Program Coordinator.

**B. Open Exercise**

1. Inmates'/detainees' scheduled activities for the Open Exercise include:

   a. Exercise Class

      b. Basketball Games
      c. Volleyball Games
      d. Table Tennis Games

2. The Housing Sergeant may limit the number of inmates/detainees participating according to the type of activity and will schedule the inmates/detainees activities from each housing.

3. No equipment or supplies may leave the recreation area unless authorized by Housing Sergeant. The Housing Sergeant will ensure that equipment and/or supplies are inventoried regularly for accountability.

4. Eating is prohibited in the Open Exercise.

**C. Courtyard Recreation**

1. The Housing Sergeant posts a Courtyard recreation schedule for each housing unit. Inmates/Detainees may use the Courtyard recreation area at there scheduled times when weather permits. Officers will monitor the Courtyard recreation area by direct supervision and via T.V. monitors from Central Control.

2. Inmates in general population areas will be scheduled a minimum of one hour of Courtyard recreation each day. Intake, Administrative Segregation and Special Management inmates/detainees will also be scheduled one hour of Courtyard recreation each day.

3. The length of time on the use of the Courtyard recreation offered to Administrative Segregation inmates/detainees is at the Captain of Operations discretion based on inmate/detainee segregation level, inmate/detainee behavior and facility needs. Courtyard recreation should be offered to approve Administrative Segregation inmates/detainees at least one hour per day unless there are documented behavior problems or facility needs preventing this.

4. Approval on the use of the Courtyard recreation is at each pod's Housing Sergeant's discretion. Inmates from different housing pods will not be combined during the use of the Courtyard recreation.

5. The Housing Sergeant will monitor the use of all Courtyard recreation equipment kept in the storage equipment room. The Program Coordinator inventories and inspects all equipment on a regular basis.

6. All programs schedule to be held in the Courtyard recreation area are coordinated with the Housing Sergeant.

7. Eating is prohibited in the Courtyard recreation area during recreational activities.

8. The Shift Commander may limit the number of inmates participating according to the type of activity. The Housing Sergeant will schedule the inmates/detainees on each pod for the activities.

9. The Housing Unit Officer of each section in the housing pod is responsible to do a headcount for all inmates/detainees going to the recreation area, and must be logged in and out for record purposes/accountability.

10. The Escorting officer will conduct searches of the recreation areas before and after each use for the purpose of detecting altered or damaged equipment, hidden contraband, and security breaches. Any damage equipment and breach of security will be reported to the Housing Sergeant and a self-statement will be provided.

11. The Escorting officer will announce to the inmates/detainees five minutes before the end of the recreational period that it is time to stop all activities. He/She will issue instruction regarding the collection and storage of equipment.

12. The Escorting officer will inform all the inmates/detainees to form one line at the entrance/exit of the recreation area for accountability before proceeding to their respective housing units.

### C. Special Activities

Special activities may be scheduled, from time to time in addition to the regular daily activities. The type of activity and the location of the activity determine the number of inmates/detainees allowed to participate in the special activity.

### D. Maintenance Inventory, and New Supplies

The Housing Sergeant shall inventory all recreation equipment on a scheduled basis and reports any repair and replacement needs to the Logistic Officer. Missing equipment is reported to Logistic officer and the Operations Captain.

### E. Medical Concerns

1. The Shift Commander reports inactive inmates/detainees he/she observe to medical personnel for individual consideration.

2. During counseling sessions, sick call, and medication rounds, the nurse encourages attendance and recreational activities when appropriate as a means of health maintenance, stress relief, etc.

3. Medical attention is given to inmate/detainee complaints of muscle strain (especially large muscle) and skeletal discomfort resulting from exercising.

Reviewed By: _____ 12/19/97
Gregory F. Castro                          Date
Director of Corrections

Approved By: _____ 12/17/7
Lino S. Tenorio                            Date
Commissioner of Corrections

4