

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Title | Policy No. | Review Date |
|---|---|---|---|---|
| Inmate Programs | Recreation and Activities | Recreation Activities | 5.3.1 | |
| ACA Standards | 3-ALDF-5C-01 Inmate Have Access to Recreational Opportunities and Equipment; 3-ALDF-5C-02 Inmate Have Opportunities to Participate in Leisure Activities outside the Cell Daily; 3-ALDF-3D-20 Inmates in SMU are let out of their Cells for Exercise ||||
| Consent Decree | Paragraph 54 Develop Facility Policies and Procedures ||||

### I. PURPOSE

To describe the recreation activities that will be made available to inmates/detainees confined in the Department of Corrections (DOC).

### II. POLICY

It is the policy of DOC that all inmates/detainees are given the opportunity to participate in recreational activities to reduce stress and to keep physically and mentally healthy.

### III. PROCEDURAL GUIDELINES

The DOC will provide an indoor and outdoor recreational activity that includes leisure-time activities to all inmates/detainees that are willing to participate. The Special Programs Supervisor will develop recreational programs for inmates/detainees consistent with their custody level. All indoor and outdoor recreational activities will be supervised by corrections officers.

#### A. Indoor Activities

1. Each Housing Pod is equipped with a multipurpose room for activities such as educational programs, bible studies and other approved activities.

2. Each housing unit has a day room and is equipped with tables and chairs that inmates/detainees can use during their leisure-time. Each table has board games imprinted on them such as checkers and backgammon. Inmates/detainees wanting to play any of the board games will request the Housing Unit Officer for the game's accessories.

3. The housing unit day rooms are also equipped with a television for inmate/detainee use. Television rules will be enforced.

4. Day room recreational activities will be governed by the housing unit Post Order.

B. **Outdoor Activities**

1. Each Housing Pod is equipped with a half-court open-exercise yard. The exercise yard has a backboard for basketball and toilet.

2. Other recreational games and/or activities may be included consistent with the size of the exercise yard and the availability of the equipment.

3. The use of the Housing Pod outdoor exercise yard will be governed by schedule when weather permits it.

C. **Outdoor Open Exercise Yard**

1. The facility is equipped with an open exercise yard. The open exercise yard has a full-court basketball and toilet.

2. Other recreational and/or sports activities may be included provided equipment is available.

3. The use of the open exercise yard will be based on schedule when weather permits it.

D. **Inmates/Detainees in Special Management Housing**

1. All inmates/detainees in special management housing units are entitled to at least one (1) hour of fresh, except inclement weather.

2. Inmates/detainees in special management housing units will be allowed out of their cells in accordance with conditions established based on their custody level.

Reviewed By: _____   12/17/A
Gregory F. Castro                      Date
Director of Corrections

Approved By: _____   12/17/07
Lino S. Tenorio                        Date
Commissioner of Corrections

2

 

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Title | Policy No. | Review Date |
|---|---|---|---|---|
| Inmate Programs | Recreation and Activities | Recreation Activities | 5.3.1 | |
| **ACA Standards** | 3-ALDF-5C-01 Inmate Have Access to Recreational Opportunities and Equipment; 3-ALDF-5C-02 Inmate Have Opportunities to Participate in Leisure Activities outside the Cell Daily; 3-ALDF-3D-20 Inmates in SMU are let out of their Cells for Exercise | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I. PURPOSE

To describe the recreation activities that will be made available to inmates/detainees confined in the Department of Corrections (DOC).

## II. POLICY

It is the policy of the DOC that all inmates/detainees are given the opportunity to participate in recreational activities to reduce stress and to keep physically and mentally healthy.

## III. PROCEDURAL GUIDELINES

The DOC will provide an indoor and outdoor recreational activity that includes leisure-time activities to all inmates/detainees that are willing to participate. The Special Programs Supervisor will develop recreational programs for inmates/detainees consistent with their custody level. All indoor and outdoor recreational activities will be supervised by corrections officers.

### A. Indoor Activities

1. Each Housing Pod is equipped with a multipurpose room for activities such as educational programs, bible studies and other approved activities.

2. Each housing unit has a day room and is equipped with tables and chairs that inmates/detainees can use during their leisure-time. Each table has board games imprinted on them such as checkers and backgammon. Inmates/detainees wanting to play any of the board games will request the Housing Unit Officer for the game's accessories.

3. The housing unit day rooms are also equipped with a television for inmate/detainee use. Television rules will be enforced.

4. Day room recreational activities will be governed by the housing unit Post Order.

### B. Outdoor Activities

1. Each Housing Pod is equipped with a half-court open-exercise yard. The exercise yard has a backboard for basketball and toilet.

2. Other recreational games and/or activities may be included consistent with the size of the exercise yard and the availability of the equipment.

3. The use of the Housing Pod outdoor exercise yard will be governed by schedule when weather permits it.

### C. Outdoor Open Exercise Yard

1. The facility is equipped with an open exercise yard. The open exercise yard has a full-court basketball and toilet.

2. Other recreational and/or sports activities may be included provided equipment is available.

3. The use of the open exercise yard will be based on schedule when weather permits it.

### D. Inmates/Detainees in Special Management Housing

1. All inmates/detainees in special management housing units are entitled to at least one (1) hour of fresh air per day.

2. Inmates/detainees in special management housing units will be allowed out of their cells for fresh air in accordance with conditions established based on their custody level.

Prepared By: _____   10-23-07
John M. Ayuyu                           Date
Deputy Director of Corrections

Reviewed By: _____   10/24/07
Gregory F. Castro                       Date
Director of Corrections

Approved By: _____   1/24/07
Lino S. Tenorio                         Date
Commissioner of Corrections

2