

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Inmate Programs | Main, Telephone, Visiting | Inmate Access to Telephone | 5.4.3 | |
| **ACA Standards** | 3-ALDF-5D-09 Inmate Access to Telephone | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I. PURPOSE

To establish guidelines and procedures in permitting inmates/detainees access to telephones while in the Department of Corrections (DOC).

## II. POLICY

It is the policy of the DOC to permit inmates/detainees reasonable access to telephones in order to maintain contacts with his/her family, community and legal counsel.

## III. DEFINITIONS

**Attorney or legal counsel:** Is any lawyer hired, appointed or designated to represent an inmate/detainee.

**Emergency:** Any serious immediate family illness, death, or impending disaster related to the inmate's/detainee's immediate family or property.

**Family members:** Is defined as immediate family such as spouse, children, parents, foster parents, foster children, grandchildren, and siblings.

**Profanity:** Is cursing, cussing and swearing.

## IV. PROCEDURAL GUIDELINES

A. Telephone Hours and Days

1. The use of a telephone is a privilege and may be denied and/or suspended by the duty officer when inmate/detainee behavior violates any DOC Rules and Regulations and/or the inmate/detainee is under disciplinary action.

1

2. Telephone calls may be suspended by the Commissioner and/or Director of Corrections during an emergency and/or if it involves prison security.

3. Inmates/detainees may use the telephone between 0800 hours to 1100 hours and between 1300 hours to 1500 hours Monday through Sunday.

4. Inmate/detainee is limited to one (1) call per day for three (3) minutes unless authorized by the Commissioner and/or Director of Corrections.

B. Regular Telephone Calls

1. Inmate/detainee will request permission from the Housing Unit Officer to use the telephone.

2. The Housing Unit Officer will request from the inmate/detainee the number and the name of the person to be called.

3. The Housing Unit Officer will dial the number provided and request for the person that the inmate/detainee wish to speak to.

4. The Housing Unit Officer will enter in the Telephone Record Sheet the number called, the person contacted, and the time and date. The inmate/detainee will sign the Telephone Record Sheet attesting that the telephone call was made.

5. All incoming telephone calls must be limited to one (1) call per day per inmate/detainee and the calls are limited to three (3) minutes per call. All incoming call information will be entered in the Telephone Record Sheet and the inmate/detainee will sign the form attesting the call was received.

6. Inmate/detainee will exercise appropriate behavior while talking over the telephone. Inappropriate conversations such as yelling, uttering profanities and/or threatening the other person on the telephone is caused for the Housing Unit Officer to cease the telephone conversation.

7. Telephone calls may be monitored, and/or tape recorded without the authorization of the inmate/detainee that made the call or the caller. If the Shift Commander determined that the call must be monitored or taped in the interest of prison security, the Commissioner and/or Director of Corrections will be notified prior to any action being taken.

8. The Shift Commander may allow new detainees to make more than one call per day for purposes of arranging with family members bail requirements. Detainees may be allowed to meet with family members for this purpose.

9. Inmates/detainees will be allowed to make long distance telephone calls provided it is a collect call. Housing Unit Officers shall not accept long distance collect calls for an inmate/detainee unless authorized by the Commissioner and/or Director of Corrections.

10. Inmate/detainee may be assisted by Housing Unit Officers in purchasing calling cards for the purposes of making long distance calls. Inmate/detainee will purchase calling cards at his/her own expenses. The purchase of calling cards by officers will be recorded in the housing unit logbook.

C. Emergency Telephone Calls

1. All emergency calls received for an inmate/detainee will be entered in the Telephone Record Sheet as to the time and date, the name of the person that called, and the reason or basis for the emergency. If the Housing Unit Officer determined that the call is a bonafide emergency, the inmate/detainee will be inform immediately. The Shift Commander will assist the inmate/detainee to an extent possible without compromising prison security. Unjustified emergency calls will be denied by the Shift Commander and/or Housing Unit Officer. Notation will be entered on the housing unit logbook regarding the unjustified emergency call. All emergency calls will be reported in writing to the upper chain of command. Emergency calls will not be counted against the one call per day requirement.

D. Legal Calls

1. Inmates/detainees have a legal right to communicate with their attorney. In addition, based on the Geneva Convention, inmates/detainees have a right to communicate with diplomatic officials of the country of their nationality. Correction officers will ensure that these rights are not violated.

2. All inmates/detainees requesting to place a telephone call to his/her attorney will be accommodated during reasonable and convenient hours. After working hours, the Shift Commander will assist the inmate/detainee in contacting the attorney if there is an emergency.

3. When the inmate/detainee requests to call his/her attorney, the duty officer and/or Shift Commander will request the inmate/detainee attorney's name and telephone number. The Housing Unit Officer will call the telephone number provided and ask for the attorney.

4. Attorneys calling DOC to speak to their clients will be accommodated right away by immediately summoning the inmate/detainee being requested. If the inmate/detainee is unavailable at that moment, the attorney will be informed that the inmate/detainee will return his call immediately upon being available by leaving his/her name and the telephone number to be contacted. The Housing Unit Officer will ensure that the message is delivered to the inmate/detainee.

5. All outgoing telephone calls by inmates/detainees and incoming calls from attorneys will be entered in the Telephone Record Sheet as to the date and time, the name of the inmate/detainee and the name of the attorney. The inmate/detainee will sign the Telephone Record Sheet attesting that the call was made or a call was received.

6. Inmates/detainees in disciplinary detention will be permitted emergency and attorney telephone calls.

7. All legal calls are not subject to monitoring.

Prepared By: _____    10-23-07
          John M. Ayuyu                                          Date
          Deputy Director of Corrections

Reviewed By: _____    10/24/07
          Gregory F. Castro                                    Date
          Director of Corrections

Approved By: _____    10/31/07
          Lino S. Tenorio                                       Date
          Commissioner of Corrections