

***COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS***

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|-----------|-------------|
| Inmate Programs | Library Services | Library Services | 5.5.1 | |
| **ACA Standard** | 3-ALDF-5E-01 Library Services Are Available to all Inmates; 5E-02 Qualified Staff to Supervise Library Services; 5E-03 Criteria Used in Selection and Maintenance of Library Materials; 5E-04 Library Participates in Interlibrary Loan Programs | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I.     PURPOSE

To provide inmates/detainees access to reading materials to relieve them from boredom and to reduce aggressiveness through recreational reading.

## II.     POLICY

It is the policy of the Department of Corrections (DOC) to provide library services to inmates/detainees and to ensure that library materials are available in the languages represented by significant numbers of inmates/detainees in the population and allow for maximum inmate access and participation.

## III.     PROCEDURES

### A.  Qualified Staff

1.  The Director of Corrections will designate a qualified staff that will coordinate and supervise the library services.

2.  The person appointed should be qualified, if not, training should be provided to the person in providing library services.

3.  The appointed staff will develop procedures for the library, but not limited to the following:

    a.  Library use.
    b.  Library materials check-out procedures.
    c.  Number of library materials that can be borrowed at one time.
    d.  Replacement costs for materials that are damaged, including issuance of disciplinary citation and suspension of library privileges.

1

e.  Procedures in delivering check-out materials to the housing units.

## B.  Library Services

1.  Library services should be provided to all inmates/detainees.

2.  Library materials should include at the minimum, the following:

   a.  Materials responsive to the interest and educational needs of users.

   b.  Information service to locate facts needed.

   c.  Programs for individuals or group information and enjoyment, such as books, media, discussion groups, music, creative writing, and speakers.

   d.  Distinct library setting.

## C.  Inter-Library Loan Program

1.  The Librarian will establish inter-Library loan program to enhance the types of materials that can be made available to inmates/detainees.

2.  The Librarian will take into consideration the inmates/detainee's reading preferences when obtaining books from the inter-library loan program.

## D.  Selection of Library Materials

1.  The library materials that may be made available to inmates/detainees can be any of the following types:

   a.  Meet the information needs of the inmate/detainee.
   b.  Meet the recreational needs of the inmate/detainee.
   c.  Supplement formal and informal study.
   e.  Reflect a variety of opinions on a subject.
   f.  Stimulate self-understanding and growth.
   g.  Enhance job-related knowledge and skills.
   h.  Increase knowledge of and participation in the affairs of the community, the country and the world.

All acquisitions, whether purchased or donated, are considered based on the above criteria. Though, an item need not meet all the above-based criteria to be acceptable, the material may be judged primarily on artistic merit.

## E.  Donation

1.  Persons or organizations who want to donate materials to the library will be referred to the Librarian. Donors will be informed of the types of materials that can be accepted for inmate/detainee use.

2

2.  The Librarian will inspect all accepted donations for contents. Materials with questionable contents will be referred to the Director of Corrections for further evaluation. The Director of Corrections or his designee will make the final determination on accepting library materials.

3.  The Librarian will dispose donated materials that are deemed obscene and/or could threaten facility safety and security.

Prepared By: _____

        John M. Ayuyu

        Deputy Director of Corrections

Reviewed By: _____

        Gregory F. Castro

        Director of Corrections

Approved By: _____

        Dino S. Tenorio

        Commissioner of Corrections

10-24-07

Date

10/24/07

Date

10/31/07

Date

3