


**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061  Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Inmate Programs | Religious Programs | Religion | 5.6.1 | |
| **ACA Standards** | 3-ALDF-5F-01 Chaplains with Two Minimum Qualifications; 3-ALDF-5F-03 Chaplain Supervise all Aspects of the Religious Programs; 3-ALDF-5F-04 Chaplain has Access to all Areas of the Facility to Minister; 3-ALDF-5F-06 Inmate Have the Opportunity to Practice Their Religious Faith; Chaplain Develops and Maintain Relationship with Community Religious Resources; Chaplain Assist Inmate in Contacting Religious Leader of an Inmate's Faith; 5F-09 Facility Provides Space and Equipment for the Conduct of Religious Program; 5F-10 Chaplain Develops and Maintains Communications with Faith Communities | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

I. **PURPOSE**

To provide religious program for all the inmates/detainees so they can practice their belief.

II. **POLICY**

The Department of Corrections (DOC) allows inmate/detainees the opportunity to assemble and worship in the recognized religion of their choice, receive religious counseling and attend in-housed religious programs.

III. **DEFINITIONS**

**Religion:** A system of faith and/or worship.

**Religious Professionals:** A member of the clergy of any faith or denomination.

**Religious Program:** A program or meeting of a religious professional with a group of inmates.

**Religious Ministry:** Individual faith counseling by religious professional or religious volunteer.

**Religious Volunteer:** Lay ministers cleared by the minister advisory board.

1

III. **PROCEDURES**

   A. **Security**

      1. Religious professionals and religion volunteers who want to provide scheduled religious programs are subject to a background check

      2. The receptionist or the program officer issues each religious visitor an identification card or visitor's pass that the visitor wears while in the facility. The admitting staff notifies main control and appropriate housing officers that the volunteer is entering the facility.

      3. Religious volunteers may provide religious ministry in the multi-purpose room on scheduled evenings. Housing officers may end the ministry or limit the number of religious volunteers if necessary. The person conducting religious programs supervise the inmates/detainees attending. If special security is needed, the housing sergeant will assign additional officers to provide supervision.

   B. **Religious Services and Programs**

   Religious services are generally scheduled for Saturday, and/or Sunday mornings. Special services may be scheduled for other times with the Program Coordinator's approval. The facility provides space and equipment adequate for the conduct and administration of religious programs.

   Approved religious volunteers may provide religious programs. All programs are scheduled based on space, time, and staff availability.

   C. **Personal Religious Materials**

   Donations of religious materials are accepted from local faith communities and distributed by the chaplain or the volunteer's, during religious programs. Inmates/detainees are allowed to have bible books and religious materials as long as it's not metal or any sharp object that can be use for weapons.

   D. **Baptism and Marriage**

   Baptisms are scheduled and approved at the request of the inmate/detainee. The DOC does not facilitate the marriage of inmates/detainees while incarcerated. If the inmate/detainee insists in getting married, he/she need to request approval from the Commissioner of Corrections.

   E. **Religious Ministry**

   Religious ministry visits will be scheduled by the program officer. The Director of Corrections or designee approves exceptions. These visits take place in the housing pod multipurpose room. One volunteer may visit with one or two inmates/detainee at a time in the multipurpose room; two volunteers may visit with one inmate/detainee

2

in the multipurpose room. The Housing Sergeant may limit each visiting group to 30 minutes in order to accommodate more than one group.

When the volunteers have finished visiting at one housing pod, the housing sergeant tells the other housing officers that the volunteers are coming to their housing pod. If they cannot be accommodated, they may be asked to return later.

Religious volunteers may use personal bibles during their services only. All religious materials for inmates/detainees are handled through the volunteer coordinator.

**F. Religious Artifacts**

Inmates/detainees may possess and wear religious artifacts that do not contain or are not made of metal, glass, wire or any other material that can be sharpened or fashioned into a weapon of any kind.

**G. Personal Services**

The Chaplain will be immediately notified when information is received concerning death or serious illness to an inmate's/detainee's family or events that may be disturbing to the inmate/detainee and will notify the inmate/detainee. The Chaplain will notify an inmate's/detainee's family of serious illness or death of the inmate/detainee.

**H. Change of Religious Preference or Faith**

The Chaplain will not attempt to influence an inmate/detainee to change religious preference or faith. If an inmate/detainee expresses a desire to change religious preference or faith, the Chaplain will encourage that inmate/detainee to seriously consider all implications of such change. The inmate/detainee must confirm the conversion in written statement to the Chaplain, citing the former religious designation and affiliation under which he or she would like to be recorded.

Prepared By: _____  10-24-07
John M. Ayuyu                                    Date
Deputy Director of Corrections

Reviewed By: _____  10/24/07
Gregory F. Castro                                Date
Director of Corrections

Approved By: _____  10/31/07
Lino S. Tenorio                                  Date
Commissioner of Corrections

3