

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

**DEPARTMENT OF CORRECTIONS**
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Physical Plant | Inmate/Detainee Housing | Inmate Access to Toilets, Wash basins and Showers | 2.3.2 | |
| **ACA Standards** | \multicolumn{4}{l|}{3-ALDF-2C-08 Inmates Have Access to Toilets and Washbasins 24 Hours Per Day; 3-ALDF-2C-09 Inmates Have Access to Wash Basins With Hot Water; 3-ALDF-2C-10 Inmates Have Access to Shower With Hot and Cold Water; 3-ALDF-2E-08 Toilet and Wash Basin in Food Preparation Area} |
| **Consent Decree** | \multicolumn{4}{l|}{Paragraph 54, Develop Facility Policies and Procedures} |

### I. PURPOSE

To ensure that inmates/detainees have access to toilets, wash basins and shower 24 hours per day while housed in the Department of Corrections (DOC) facility.

### II. POLICY

It is DOC policy that inmates/detainees practice good hygiene and to this end, all inmates/detainees will have access to toilets, wash basins and shower 24 hours per day.

### III. PROCEDURES

A. **Toilets**

1. All inmates/detainees confined in cells will have access to toilets without staff assistance.

2. Toilets are provided at a minimum ratio of one for every 12 inmates in male facilities and one for every eight inmates in female facilities.

3. Urinals may be substituted for up to one-half of the toilets in male facilities.

4. All housing units with three or more inmates have a minimum of two toilets.

5. Toilet is available for staff at kitchen.

B. **Wash basins**

1. Inmates/detainees have access to operable wash basins with hot and cold running water in the housing units at a minimum ratio of one basin for every 12 occupants.

1

2. Inmates/detainees confined in cells have access to wash basins.

3. Inmates/detainees have access to wash basins in housing unit day rooms and other areas of the facility such as exercise yards.

4. Wash basin is available for staff at kitchen.

**C. Showers**

1. Inmates/detainees have access to operable showers with temperature-controlled hot and cold running water at a minimum ratio of one shower for every eight inmates/detainees.

2. Water for showers is thermostatically controlled temperature ranging from 100 degrees to 120 degrees Fahrenheit to ensure the safety of inmates/detainees and to promote hygienic practice.

Prepared By: _____    11-21-07
John M. Aydyu                              Date
Deputy Director of Corrections

Reviewed By: _____    11/24/07
Gregory F. Castro                          Date
Director of Corrections

Approved By: _____    11/26/07
Lino S. Tenorio                            Date
Commissioner of Corrections

2