FILED
Clerk
District Court

MAY 15 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br><br>v. )<br><br>COMMONWEALTH OF THE )<br>NORTHERN MARIANA ISLANDS, )<br>*et al.*, )<br><br>Defendants ) | Civil No. 99-0017<br><br>ORDER SETTING<br>STATUS CONFERENCE |

IT IS ORDERED that a status conference in this matter will be held in chambers on **Tuesday, June 2, 2009, at 8:00 a.m.** Off-island counsel wishing to appear by telephone may do so by providing, no later than Monday, June 1, 2009, a direct line phone number at which they can be reached.

DATED this 15th day of May, 2009.

*Alex R. Munson*

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)