Edward T. Buckingham
CNMI Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Commonwealth of the Northern Mariana Islands
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Saipan, MP  96950
Tel:  (670) 664-2361
Fax: (670) 234-7016

Attorneys for the Commonwealth of the
Northern Mariana Islands Defendants

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEDICAL AND OTHER INFORMATION RESPONSIVE TO JUNE 4, 2009 COURT ORDER**<br><br>**REQUEST TO RESCHEDULE NEXT STATUS CONFERENCE TO SEPTEMBER 9, 2009 8:00 am (SAIPAN TIME)** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court issued its Order on June 4, 2009 directing the compilation and transmittal of certain information to the US Department of Justice. The Commonwealth herewith provides a report on the status of information exchange.

The next steps are:

- US Department of Justice review of Commonwealth information

- Continuing information exchange of information between the Commonwealth and the US Department of Justice

- Status Conference – telephonic with the Court and parties to assess case status and possible closure.

- **Request To Reschedule Next Status Conference:** The next Status Conference is currently scheduled for September 8, 2009 at 8:00 am (Saipan time). Since this would be on the Labor Day Holiday September 7, 2009 (Washington, DC time), the parties request that the Status Conference be rescheduled to September 9, 2009 at 8:00 am (Saipan time).

**Summary of Information Provided To US Department of Justice**

**1.      A random sample of 10% of the medical records of all male inmates**

As of June 19, 2009, the male inmate population of the Department of Corrections is 124. 10% of this population is 12.4, rounded up to 13. Responsive medical records have been sent to the US Department of Justice. The accuracy of medical records has been certified by the Acting Secretary of the Department of Public Health (attached hereto and incorporated by reference).

**2.      A random sample of 10% of the medical and mental health records of all inmates who have been identified as in need of mental health services**

Responsive medical records of the eight (8) inmates have been sent to the US Department of Justice. DOC does not currently maintain separate mental health records for its population.

**3.    A random sample of 50% of the medical records of all female inmates**

As of June 19, 2009, the female population of the Department of Corrections is 4. 50% of this population is 2. Since the population is so small, medical records related to all four (4) cases have been sent to the US Department of Justice.

**4. The medical and mental health records of all juveniles currently housed at the Juvenile Detention Unit**

Responsive records have been sent to the US Department of Justice.

**5.    The medical records of any inmates who have been identified to be transferred from DOC facilities for mental health reasons**

Records related to the one (1) responsive case have been sent to the US Department of Justice.

**6.    A random sample of 50% of all inmates receiving chronic care or medication for cancer, diabetes, HIV, cardiovascular disease, and other chronic illnesses**

Response Number 16 relates to approximately 95% of all identified chronic care cases. Twenty eight (28) case records have been sent to the US Department of Justice.

**7.    A random sample of 25% of the records of inmates transferred to the hospital for emergency and/or inpatient treatment in the past year**

Records related to approximately 95% of all transferred cases (109) have been sent to the US Department of Justice. Please note: Orthopedic and dental cases constitute outside referrals. Some referrals for x-ray only may not be included.

**8.      Polices at the Adult Correctional Facility and Juvenile Detention Unit regarding infection control and chronic illness**

Responsive policies have been sent to the US Department of Justice.

**9.      The names of inmates who have died in the past year, if any, and a copy of both their records and mortality reviews**

None.

**10.     The names of any inmates diagnosed with active TB in the past year and a copy of their medical records**

None.

**11.     All relevant forms regarding medical, mental health, and dental care**

Forms have been submitted to the US Department of Justice.

**12.     Medical, dental, and mental health care staffing rosters with titles and status and an indication whether staff is part-time or full-time (if part-time, indicate hours worked at the facility per week)**

Responsive information has been submitted to the US Department of Justice. The commitment of resources includes a physician (50%+ time), a full time nurse (with backup coverage during vacation periods), and a DOC position dedicated to medical records and staff support. Additional resources are accessed through transport of cases when necessary and appropriate to the Commonwealth Health Center.

**13.    Staffing schedule for the past two (2) months for all providers of medical, mental health, and dental care, including on-call schedules for the same time period**

Please Response Number 12.

**14.    Job descriptions of all providers of medical, mental health, and dental care**

Job description information is being collected with receipt anticipated on or before July 15, 2009.

**15.    Tracking logs for consults, chronic illness, PPD testing, health assessments, and inmates sent to the emergency room.**

Please Response Number 7.

**16.    A roster of all inmates enrolled in chronic illness clinics**

Please Response Number 6.

17.    **Medical profile/roster of all chronic illness medications being administered at the facility**

Please Response Number 6.


18.    **Minutes of any meetings that have taken place between security and medical in the past year**

None



19.    **A list of all emergency equipment on-site and the location of such equipment**

Responsive information has been sent to the US Department of Justice.



20.    **A list of all medical diets available and the identify of inmates who receive such diets**

Responsive information has been sent to the US Department of Justice.



21.    **The past 2 months of sick call logs and chronic illness appointments**

Please Response Number 7.


22.    **A copy of the nursing protocols**

Nursing protocols information is being collected with receipt anticipated on or before

July 15, 2009.

**23.    A copy of the inmate handbook**

Responsive information has been sent to the US Department of Justice.

**24.    The names of the inmates who are followed by mental health staff or who are on mental health medications**

Please see Response Number 2.

**25.    The medical records of any inmates who have committed suicide or seriously attempted suicide in the past year**

None.

**26.    Status of Memorandum of Agreement between Department of Public Health and Department of Corrections**

The Memorandum of Agreement has been implemented. Documentation of medical care consistent with the MOA is contained herein. Overall, medical care provided to detainees is equal to or better than the average person residing in the Commonwealth of the Northern Mariana Islands.

**27.    Status of health assessment being completed for all adult detainees housed at the Adult Correctional Facility within 2 weeks of intake by health care professional**

Compliance.

**28.    Status of health assessment being completed for all juvenile detainees housed at the Juvenile Detention Unit within 2 weeks of intake by health care professional**

Compliance.


**29.    Status of nurse / EMT / Paramedic support for physician to ensure coverage 5 days per week on site and weekend on call for both adult and juvenile detainees**

The Commonwealth has employed a full-time on-site nurse dedicated to the Department

of Corrections (with supplemental support to the Juvenile Detention Unit). The Juvenile

Detention Unit also accesses nearly paramedic resources.



DATED: July 2, 2009



Respectfully submitted,



Edward T. Buckingham, Assistant Attorney General
Consent Decree Coordinator