UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUL -6 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS,<br><br>Defendants. | Case No. 99-0017<br><br>Order Rescheduling Status Conference |

The status conference in this case scheduled for Tuesday, September 8, 2009, is rescheduled to Wednesday, September 9, 2009, at 8:00 a.m.

IT IS SO ORDERED.

DATED THIS 6th day of July, 2009.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)