Edward T. Buckingham
CNMI Attorney General
Joseph L.G. Taijeron, Jr.
CNMI Deputy Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Commonwealth of the Northern Mariana Islands
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Saipan, MP  96950
Tel:  (670) 664-2325
Fax: (670) 664-2349

Attorneys for the Commonwealth of the
Northern Mariana Islands Defendants

F I L E D
Clerk
District Court

OCT -  2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| Plaintiff, | ) | |
| v. | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS, | ) | **FINDINGS AND ORDER** |
| Defendants. | ) | |

**September 9, 2009 Status Conference**

    DOJ Principal Deputy Chief Tammy Gregg, Esq. [via conference call]
    DOJ Senior Trial Attorney Laura L. Coon, Esq. [via conference call]

1

>    DOJ Investigator Jeff Murray [via by conference call]
>    DOJ Kirk W. Schuler, Assistant US Attorney
>    CNMI Edward T. Buckingham, Attorney General / Consent Decree Coordinator
>    CNMI Joseph L.G. Taijeron, Jr., Deputy Attorney General

[1]   The Court reviewed the present status of the Consent Decree and observed that cooperation, coordination and good faith efforts by all parties has been ongoing.

[2]   The parties identified the following as areas of appropriate follow up during the status conference:

- Confirmation that policies and practices regarding medical evaluation within fourteen (14) days of commitment to the CNMI Department of Corrections or Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.
- Confirmation that policies and practices regarding fire safety at the Juvenile Detention Unit consistent with paragraph 20 of the Consent Decree [including recent training curriculum] are in effect and, pursuant to policy, are sustainable for the future.
- Confirmation that policies and practices regarding PPD testing and evaluation consistent with provisions of the Consent Decree by the CNMI Department of Corrections and Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.
- Documentation that Juvenile Detention Unit staff is familiar with key identification and are able to unlock doors during a fire emergency.
- Confirmation that policies and practices regarding medication administration consistent with provisions of the Consent Decree by the CNMI Department of Corrections and Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.
- Confirmation that policies and practices consistent with paragraphs 49 and 50 of the Consent Decree by the CNMI Department of Corrections and Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.

2

- Confirmation that policies and practices regarding communicable disease consistent with provisions of the Consent Decree by the CNMI Department of Corrections and Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.
- Confirmation that the Commonwealth has an appropriate contingency plan to replace the services of Dr. Wilgus should her services no longer be available to the Commonwealth.

**Information Exchange Between the Commonwealth and the US Department of Justice**

[3]   On or before October 19, 2009, the Commonwealth shall provide the US Department of Justice information responsive to the issues listed in Paragraph [2] herein.

[4]   Within two (2) weeks of the transmittal of information by the Commonwealth to the US Department of Justice or sooner if mutually agreed by the parties, the Commonwealth and the US Department of Justice shall arrange a conference call with medical experts Dr. Janna Wilgus and Dr. Joseph Fowlkes to discuss information responsive to the issued listed in Paragraph [2] herein.

**Review of Information by Department of Justice**

[5]   As soon as practicable, the Department of Justice shall, in consultation with such assistants and experts as it may deem appropriate, review information provided by the Commonwealth.

**Continuing Exchange of Information Between the Parties**

[6]   The Courts encourages the parties to continue the open communication and collaboration that has marked progress in this case.

**Next Status Conference / Case Closure**

[7]     A conference call shall be held at 8:00 am on Wednesday, November 18, 2009 between the parties to review case status and possible case closure. Each party shall appear with the person or persons with full and complete authority to settle or otherwise resolve all matters relevant to this case.

[8]     Counsel for all parties have consulted and concur with this Order.

Dated: __October 1, 2009__          By: _____
                                          Hon. Alex R. Munson
                                          Judge

4