LORETTA KING
Acting Assistant Attorney General
SHANETTA Y. CUTLAR
Chief
Special Litigation Section
TAMMIE M. GREGG
Deputy Chief
Special Litigation Section
LAURA L. COON
Senior Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
601 D. Street, N.W.
Washington, D.C.  20004
Tele: (202) 514-6255

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam   96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.,<br><br>Defendants. | CIVIL CASE NO.  CV99-0017<br><br>**MOTION FOR STATUS HEARING TO BE CONDUCTED ON THE RECORD; REQUEST FOR CO-COUNSEL TO ATTEND HEARING VIA TELECONFERENCE**<br><br>**Date:  November 18, 2009**<br>**Time: 8:00 a.m.** |

Plaintiff, United States of America, hereby requests that the hearing now set for

1

November 18, 2009 at 8:00 a.m. be conducted on the record. The United States believes a record would be of assistance in fully briefing the issues before the Court. CNMI Attorney General Ed Buckingham, counsel for the Defendants, does not object to holding these proceedings on the record.

Further, Plaintiff requests the Court's permission for three individuals from the U.S. Department of Justice to be permitted to call in for the status conference: (1) Civil Rights Division, Special Litigation Section Deputy Chief Tammie Gregg; (2) Special Litigation Section Attorney Laura Coon; and (3) Special Litigation Section Investigator Jeff Murray.

RESPECTFULLY SUBMITTED: this 6th day of October, 2009.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and NMI
>
> By:   /s/ Mikel W. Schwab
> MIKEL W. SCHWAB
> Assistant U.S. Attorney