| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
|  | United States Attorney |
| 2 | MIKEL W. SCHWAB |
|  | Assistant U.S. Attorney |
| 3 | JESSICA F. CRUZ |
|  | Assistant U.S. Attorney |
| 4 | Sirena Plaza, Suite 500 |
|  | 108 Hernan Cortez Avenue |
| 5 | Hagåtña, Guam 96910 |
|  | PHONE: (671) 472-7332 |
| 6 | FAX: (671) 472-7215 |

FILED
Clerk
District Court

OCT -6 2009

For The Northern Mariana Islands
By_____
                (Deputy Clerk)

7  Attorneys for the United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  DISTRICT OF THE NORTHERN MARIANA ISLANDS

10  UNITED STATES OF AMERICA,                    CIVIL CASE NO. CV99-0017

11              Plaintiff,                      ~~(PROPOSED)~~ ORDER GRANTING
                                                MOTION FOR STATUS HEARING TO
12       vs.                                    BE CONDUCTED ON THE RECORD
                                                AND FOR CO-COUNSEL TO ATTEND
13  COMMONWEALTH OF THE NORTHERN                 HEARING VIA TELECONFERENCE
    MARIANA ISLANDS, et al.,
14
                Defendants.                     Date: November 18, 2009
15                                              Time: 8:00 a.m.

16    The Court, having reviewed Plaintiff's Motion for Status Hearing to be Conducted on the

17  Record and for Co-Counsel to Attend Hearing Via Teleconference, and good cause being found,

18  hereby GRANTS the Motion.

19    SO ORDERED:  10 - 6 - 09.

20

21                                          _____
                                            HON. ALEX R. MUNSON
22                                          Chief Judge, District Court of the NMI

23

24