LORETTA KING
Acting Assistant Attorney General
SHANETTA Y. CUTLAR
Chief
Special Litigation Section
TAMMIE M. GREGG
Deputy Chief
Special Litigation Section
LAURA L. COON
Senior Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
601 D. Street, N.W.
Washington, D.C. 20004
Tele: (202) 514-6255

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.,<br><br>    Defendants. | CIVIL CASE NO. CV99-0017<br><br>**NOTICE OF FILING OF JOINT STATUS REPORT** |

Plaintiff, United States of America, hereby submits the parties' Joint Status Report

Notice of Filing of Joint Status Report - 1

1  attached herewith.

2      RESPECTFULLY SUBMITTED: this 5th day of March, 2010.

3                                            LEONARDO M. RAPADAS  
                                          United States Attorney

4                                            Districts of Guam and NMI

5

                        By:    /s/ Mikel W. Schwab

6                                            MIKEL W. SCHWAB  
                                          Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24