### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  CV 99-0017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, | ) | **PARTIES' JOINT STATUS REPORT** |
| GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States and the Commonwealth of the Northern Mariana Islands ("CNMI") and, jointly, the "Parties") file this joint status report in order to update the Court following the Court's November 18, 2009 status conference with the Parties.

Cooperation, coordination and good faith efforts by the Parties has been ongoing.  The Parties continue to have at least biweekly conference calls regarding the following items to be completed in order for CNMI to achieve substantial compliance with the Consent Decree in this case.

- Development and Implementation of Medical Policies regarding the Following Areas:
  a. Intake screening,
  b. Infection control,
  c. Nurse sick call,

1

    d.   Health assessments,
    e.   Chronic care,
    f.   Medications administration,
    g.   Quality improvement,
    h.   Mental health,
    i.   Women's health, and
    j.   Officer/staff training.

- Completion of Training and Submission of Training Curricula and Staff Attendance Sheets in the following areas:

    a.   Medication administration, and
    b.   Infectious diseases

- USDOJ Expert Review of 10% Sample of full Inmate/Detainee/Youth Medical Records to Confirm Adherence to Consent Decree Requirements and Policies and Procedures. Medical records should include:

    a.   Intake questionnaire completed by trained staff, including evidence of appropriate referrals, where necessary,
    b.   PPD tuberculosis test administered within 7 days and appropriate follow-up action taken, where necessary, and
    c.   Health assessment completed within fourteen (14) days.

- Outstanding Issues regarding Kagman Juvenile Facility:

    a.   Follow-up and information submission, as available, regarding allegations of incidents of sexual misconduct, and
    b.   Production of documentation of ongoing, periodic, documented training of staff regarding staff's ability to access appropriate youth exit from facility in fire emergency.

The Parties continue to work on additional areas of follow-up previously identified during court status conferences:

- Confirmation that policies and practices regarding medical evaluation within fourteen (14) days of commitment to the CNMI Department of Corrections or Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.

2

- Confirmation that policies and practices regarding fire safety at the Juvenile Detention Unit consistent with paragraph 20 of the Consent Decree [including recent training curriculum] are in effect and, pursuant to policy, are sustainable for the future.
- Confirmation that policies and practices regarding PPD testing and evaluation consistent with provisions of the Consent Decree by the CNMI Department of Corrections and Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.
- Documentation that Juvenile Detention Unit staff is familiar with key identification and are able to unlock doors during a fire emergency.
- Confirmation that policies and practices regarding medication administration consistent with provisions of the Consent Decree by the CNMI Department of Corrections and Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.
- Confirmation that policies and practices consistent with paragraphs 49 and 50 of the Consent Decree by the CNMI Department of Corrections and Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.
- Confirmation that policies and practices regarding communicable disease consistent with provisions of the Consent Decree by the CNMI Department of Corrections and Juvenile Detention Unit are in effect and, pursuant to policy, are sustainable for the future.
- Confirmation that the Commonwealth has an appropriate contingency plan to replace the services of Dr. Wilgus should her services no longer available to the Commonwealth.

The Parties anticipate continued cooperation regarding these issues with the goal of CNMI achieving substantial compliance with the Consent Decree this year.

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

SAMUEL R. BAGENSTOS
Deputy Assistant
Attorney General

3

SHANETTA Y. CUTLAR
Chief

TAMMIE M. GREGG
Deputy Chief

LAURA L. COON
Senior Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
601 D. Street, N.W.
Washington, D.C. 20004
(202) 514-6255

LEONARDO M. RAPADAS
United States Attorney

MIKEL SCWHAB
Assistant U.S. Attorney
Sirena Plaza
108 Hernan Cortez
Suite 500
Hagatna, Guam 96910
(671) 472-7332

Attorneys for the United States
of America

Edward T. Buckingham
CNMI Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
Commonwealth of the Northern Mariana Islands
2nd Floor, Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Saipan, MP 96950
Tel: (670) 664-2325
Fax: (670) 664-2349

Attorneys for the Commonwealth of the
Northern Mariana Islands Defendants

4