OFFICE OF THE ATTORNEY GENERAL
JOEY PATRICK SAN NICOLAS (F0342)
Attorney General
TERESITA SABLAN (T0089)
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:     (670) 664-2341
Fax:               (670) 664-2349
E-mail:          tjsablan.cnmi.aag@gmail.com


Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>              **Plaintiff**<br><br>                    **vs.**<br><br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE DEPARTMENT OF COMMUNITY AND CULTURAL AFFAIRS**<br>              **Defendants.** | **Civil Case No. 99-0017**<br><br><br>**NOTICE OF APPEARANCE;**<br>**CERTIFICATE OF SERVICE** |

        COMES NOW the Office of the Attorney General and enters the appearance of the undersigned

counsel as an attorney who will participate on behalf of Defendants in the above-captioned matter.

1

Defendants request that copies of all filings and correspondence be sent to the above-noted address.

2

3

Respectfully submitted,

4

OFFICE OF THE ATTORNEY GENERAL

5

6

7

Dated: April 5, 2013                              /s/

TERESITA SABLAN (T0089)

8

Assistant Attorney General

Attorneys for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been electronically filed this 5th day of April

2013, with service requested to all parties of record.

_____/s/_____
TERESITA SABLAN (T0089)
Assistant Attorney General