THOMAS E. PEREZ
Assistant Attorney General
JONATHAN M. SMITH
Chief
Special Litigation Section
SHELLEY R. JACKSON
Deputy Chief
Special Litigation Section
JEFFREY R. MURRAY
Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
601 D. Street, N.W.
Washington, D.C. 20004
PHONE: (202) 353-9269
FAX: (202) 514-0212

ALICIA A.G. LIMTIACO
United States Attorney
MIKEL SCWHAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 99-17 |
| Plaintiff, vs. | **NOTICE OF APPEARANCE** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al., | |
| Defendants. | |

1

COMES NOW, Jeffrey R. Murray, Trial Attorney in the Special Litigation Section, Civil Rights Division, of the U.S. Department of Justice, and hereby enters his appearance on behalf of the United States of America, Plaintiff, in the above-entitled action.

Respectfully Submitted,

/s/ Jeffrey R. Murray
JEFFREY R. MURRAY
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
601 D Street, N.W.
Washington, D.C.  20004
(202) 353-9269

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been electronically filed this 18th day of April 2013, with service to all parties of record.

<pre>
                    /s/ Jeffrey R. Murray
                    JEFFREY R. MURRAY
                    Trial Attorney
                    U.S. Department of Justice
                    Civil Rights Division
                    Special Litigation Section
                    601 D Street, N.W.
                    Washington, D.C. 20004
                    (202) 353-9269
</pre>