THOMAS E. PEREZ
Assistant Attorney General
ROY L. AUSTIN
Deputy Assistant Attorney General
JONATHAN M. SMITH
Chief
SHELLEY R. JACKSON
Deputy Chief
JEFFREY R. MURRAY
Trial Attorney
U.S. Department of Justice
Civil Rights Division
601 D. Street, N.W.
Washington, D.C.  20004
PHONE: (202) 514-6255
FAX: (202) 514-0212

ALICIA A.G. LIMTIACO
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam   96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.,<br><br>Defendants. | CIVIL CASE NO.  CV 99-0017<br><br>**REQUEST FOR PLAINTIFF'S ATTORNEYS TO ATTEND HEARING VIA TELECONFERENCE**<br><br>Date:  June 17, 2013<br>Time:  9:00 a.m. |

Plaintiff, United States of America, hereby requests the Court's permission for its two

1

lead attorneys from the U.S. Department of Justice to call in for the status conference: (1) Civil Rights Division, Special Litigation Section Deputy Chief Shelley Jackson and (2) Special Litigation Section Attorney Jeffrey Murray.

RESPECTFULLY SUBMITTED: this 28th day of May, 2013.

                                ALICIA A.G. LIMTIACO  
                                United States Attorney  
                                Districts of Guam and NMI

By:   /s/ Jessica F. Cruz  
        JESSICA F. CRUZ  
        Assistant U.S. Attorney