# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.,<br><br>　　　　　Defendants. | Case 1:99-CV-00017<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF'S ATTORNEYS TO ATTEND HEARING VIA TELECONFERENCE**<br><br>**Date: June 17, 2013**<br>**Time: 9:00 a.m.** |

　　　Plaintiff's request (ECF No. 46) for permission for its two lead attorneys from the United States Department of Justice, Ms. Shelley Jackson and Mr. Jeffrey Murray, to appear telephonically at the status conference on June 17, 2013, is GRANTED. Plaintiff is ordered to contact the Clerk's Office, at (670) 236-2902, for call-in instructions.

　　　**SO ORDERED** on May 29, 2013.

　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　RAMONA V. MANGLONA, Chief Judge