# EXHIBIT G

# JDU VISITOR REGISTRATION FORMS FOR NMPASI

Visitor Registration Forms (Feb. 2012 to May 2013)............................................................1–8

EXHIBIT G

 

# DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P.O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711  Facsimile: (670) 664-9515

## VISITOR REGISTRATION FORM

Date of Request: **5/28/13**

Date and Time of Visit: **May 30, 2013 @ 1:00 pm**

Name of Inmate(s)/Detainee(s): 1. **All JDU Detainees**
2. _____

Name of Visitor(s):
1. **Greg Borja** — Contact Number: **235-7273**
   **503529, Saipan, MP** (Mailing Address/Village) — Fax Number: **235-7275**
2. **Tom Thornburgh** — Contact Number: **235-7273**
   **503529, Saipan, MP** (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family   [ ] Legal Counsel
[ ] Relative           [ ] Clergy
[ ] Friend             [X] Other: **NMPASI**

Reason(s) for the Visit: **Information and education**

### VISITATION CONDITIONS
1. Visitation Hours: Between 8:00 am – 1130 am and 1230 pm – 4:30 pm only. No visits during lunch hour (1130am-1230pm).
2. Visitors are allowed to visit only at the approved date and time. (*Exceptions may be arranged upon request for special purposes only.)
3. Visitors are allowed to visit one (1) inmate or detainee at a time at the designated area only.
4. Visitors are subject to pad-down or body search.    *Legal defense & prosecutorial purposes, counseling, etc.

Do Not Write Below This Line

[X] Approved    [ ] Disapproved

By: _____ Commissioner of Corrections / Designee    Date: **5/28/13**

CNMI DOC VRF-006-March 2011 Revised

EXH G 000001

EXHIBIT G

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P.O. Box 506500, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

### VISITOR REGISTRATION FORM

Date of Request: __2/20/13__

Date and Time of Visit: __2/21/13 at 1:30 pm__

Name of Inmate(s)/Detainee(s): 1. __ALL JDY Detainees__
2. _____

Name of Visitor(s):
1. __Greg Buja__                                     __235-7273__ Contact #
   __SO 3529    SAIPAN, MP__                         __235-7275__ Fax #
   (Mailing Address/Village)
2. __Tom Thornburgh__                                __235-7273__ Contact #
   __SO 3529    SAIPAN__
   (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family          [ ] Legal Counsel
[ ] Relative                  [ ] Clergy
[ ] Friend                    [✗] Other: __NMPASI__

Reason(s) for the Visit: __Information & Education__

### VISITATION CONDITIONS
1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm – 4:30 pm only. No visits during lunch hour (11:30am–12:30pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[✗] Approved      [ ] Disapproved

By: _____                      Date: __2/20/13__
Commissioner of Corrections / Designee




**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
Vicente Tamon Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

## VISITOR REGISTRATION FORM

Date of Request: 1/16/13

Date and Time of Visit: 1/17/13 at 1:30p

Name of Inmate(s)/Detainee(s):
1. JD4 Detainees
2. _____

Name of Visitor(s):
1. Greg Borja           Contact #: 235-7273
   503529   SAIPAN     Fax #: 235-7275
   (Mailing Address/Village)

2. Tom Thornburgh       Contact #: 235-7273
   503529   SAIPAN
   (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family        [ ] Legal Counsel
[ ] Relative                [ ] Clergy
[ ] Friend                  [X] Other: NMPASI

Reason(s) for the Visit: Information & Education

### VISITATION CONDITIONS

1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm – 4:30 pm only. No visits during lunch hour (11:30am-12:30pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit Inmate(s)/Detainee(s) at the designated area only.
4. Visitors are subject to search.

_Do Not Write Below This Line_

[X] Approved    [ ] Disapproved

By: _____              Date: 1/17/13
    Commissioner of Corrections / Designee




EXHIBIT G

DEPARTMENT OF CORRECTIONS
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9615

## VISITOR REGISTRATION FORM

Date of Request: 9/10/12

Date and Time of Visit: 9/11 @ 2pm @ JDU

Name of Inmate(s)/Detainee(s):
1. Vincent Sanches and all others
2. ~~inmates~~ at JDU
(b) Clients/Residents

Name of Visitor(s):
1. Tom Thornburgh
   P.O. Box 503529
   (Mailing Address/Village)
   287-9205
   235-7275 Fax #

2. Greg Pama
   P.O. Box 503529
   (Mailing Address/Village)
   235-7275 Contact #

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family          [ ] Legal Counsel
[ ] Relative                  [ ] Clergy
[ ] Friend                    [✓] Other: P&A

Reason(s) for the Visit: Monitoring visit w/ emphasis on isolation.

### VISITATION CONDITIONS
1. Visitation Hours: Between 9:00 am – 11:30 am and 12:30 pm – 4:30 pm only. No visits during lunch hour (11:30am-12:30pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[✓] Approved    [ ] Disapproved

By: _____    Date: 9/10/12
Commissioner of Corrections / Designee

EXH G 000004

EXHIBIT G



## DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Tamen Seman Building
P. O. Box 506506, Susupe, Saipan MP 96960
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

### VISITOR REGISTRATION FORM

Date of Request: 7/16/12

Date and Time of Visit: 7/17/12 at 10 AM

Name of Inmate(s)/Detainee(s): 1. JDU Detainees
2.

Name of Visitor(s):
1. Greg Borja — 235-7273 Contact #
   503529 SAIPAN — 235-7275 Fax #
   (Mailing Address/Village)

2. Tom Thornburgh — 235-7273 Contact #
   503529 SAIPAN
   (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family
[ ] Relative
[ ] Friend
[ ] Legal Counsel
[ ] Clergy
[x] Other: NMPASI

Reason(s) for the Visit: Education & Training

### VISITATION CONDITIONS
1. Visitation Hours: Between 8:00 am – 1130 am and 1230 pm – 4:30 pm only. No visits during lunch hour (1130am-1230pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[x] Approved    [ ] Disapproved

By: _____    Date: 7/16/12
Commissioner of Corrections/Designee

EXH G 000005




...COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

## VISITOR REGISTRATION FORM

Date of Request: APRIL 24, 2012

Date and Time of Visit: 4/25/12 — 1:00 PM

Name of Inmate(s)/Detainee(s):
1. ALL JUVENILES
2. _____

Name of Visitor(s):
1. ELSIE TILIPAO                                235-7273/4
   NMPASI PO BOX 503529, CK, SAIPAN  235-7275
   (Mailing Address/Village)                   Contact #

2. LORAINE CAMACHO                              235-7273/4
   PO BOX 503529 CK, SAIPAN
   (Mailing Address/Village)                   Contact #

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family
[ ] Relative                    [ ] Legal Counsel
[ ] Friend                      [ ] Clergy
                                [X] Other: NMPASI

Reason(s) for the Visit: MONITOR SPU (KAGMAN FACILITY)

### VISITATION CONDITIONS
1. Visitation Hours: Between 8:00 am – 1130 am and 1230 pm – 4:30 pm only. No visits during lunch hour (1130am-1230pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[X] Approved      [ ] Disapproved

By: _____                     Date: 04/24/12
   Commissioner of Corrections/Designee

* Note: I wrote in 1:00PM. The clients have class from 8am – 11am and then Lunch.
   Thanks,

Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711  Facsimile: (670) 664-9515

256-2557

## VISITOR REGISTRATION FORM

Date of Request: 2/23/12

Date and Time of Visit: 2/24/12 at 1PM

Name of Inmate(s)/Detainee(s):
1. ALL juvenile detainees.
2. _____

Name of Visitor(s):
1. Greg Borja                           235-7273  Contact #
   503529   SAIPAN                      235-7275  Fax #
   (Mailing Address/Village)

2. Thomas Thornburgh                    235-7273  Contact #
   503529   SAIPAN
   (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family
[ ] Relative                    Legal Counsel
[ ] Friend                      Clergy
                                Other: NMPASI

Reason(s) for the Visit: Care f__ -up; Information on
Substance Abuse  prevention.

### VISITATION CONDITIONS

1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm - ___ only. No visits during lunch hour (1130am-1230pm).
2. Visitors are allowed to visit only at the approved date and tim__
3. Visitors are allowed to visit inmate(s)/detainee(s) at the desig____ only.
4. Visitors are subject to search.

Do Not Write ____ This Line

[X] Approved    [ ] Disapproved

By: _____          Date: 2/23/12
Commissioner of Corrections / Designee

01/25/2012 09:0... FAX ... 01-26-12;12:07AM;NMPASI ;2357275 #1/1

 

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

256-2558

## VISITOR REGISTRATION FORM

Date of Request: 1/25/12

Date and Time of Visit: 1/26/12 at ~~11AM~~ 1:00PM

Name of Inmate(s)/Detainee(s):
1. ALL DETAINEES at JDU
2. _____

Name of Visitor(s):
1. Gregory Borja — 235-7273 Contact #
   503529 SAIPAN, MP 96950 — 235-7275 Fax #
   (Mailing Address/Village)

2. Thomas Thornburgh — 235-7273 Contact #
   503529 SAIPAN MP 96950
   (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family       [ ] Legal Counsel
[ ] Relative               [ ] Clergy
[ ] Friend                 [X] Other: NMPASI

Reason(s) for the Visit: Education & Training

### VISITATION CONDITIONS

1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm – 4:30 pm only. No visits during lunch hour (1130am-1230pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[✓] Approved     [ ] Disapproved

By: _(signature)_ Commissioner of Corrections/Designee     Date: 1/25/12

EXH G 000008