OFFICE OF THE ATTORNEY GENERAL
Joey Patrick San Nicolas
Attorney General

Teresita J. Sablan (T0089)
Assistant Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel:   (670)-664-2341
Fax:  (670)-664-2349
e-mail: sablan.teresita@gmail.com

*Counsel for Defendants*

FILED
Clerk
District Court

JUN 18 2013

for the Northern Mariana Islands
By_____
(Deputy Clerk)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS** et al.,<br><br>Defendants. | CIVIL CASE No. 99-00017<br><br>**EXHIBIT H TO CONSENT DECREE STATUS REPORT**<br><br>Judge: Hon. Ramona V. Manglona<br>Date:<br>Time: |

COMES NOW the Defendants, the Commonwealth of the Northern Mariana Islands, the Governor of the Northern Mariana Islands, the Commissioner of the Department of Corrections,[1] and the Secretary of the Department of Community and Cultural Affairs (collectively, "the Commonwealth"), through undersigned counsel, and respectfully submits this exhibit to its report on the status of the Consent Decree.

//

//

//

//

---

[1] The Commissioner of Corrections succeeded the Commissioner of Public Safety, the Secretary of Labor, and the Secretary of Community and Cultural Affairs as the official in charge of the detention facilities that are the subject of the Consent Decree.

At the status hearing on June 17, 2013, the Court granted the Commonwealth's request to file the attached medical records under seal to protect the privacy of the inmates and detainees who are the subjects of the records. Accordingly, the Commonwealth submits the attached exhibit for filing under seal.

RESPECTFULLY SUBMITTED this 18th day of June 2013.

OFFICE OF THE ATTORNEY GENERAL

/s/_____
Teresita J. Sablan
Assistant Attorney General