1
2

OFFICE OF THE ATTORNEY GENERAL
Joey Patrick San Nicolas
Attorney General

3
4
5
6

Teresita J. Sablan (T0089)
Assistant Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:     (670)-664-2341
Fax:     (670)-664-2349
e-mail: sablan.teresita@gmail.com

7

*Counsel for Defendants*

8
9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

10
11
12
13
14
15

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS** et al.,<br><br>Defendants. | CIVIL CASE No. 99-00017<br><br>**CONSENT DECREE STATUS REPORT** [AMENDED]<br><br>Judge: Hon. Ramona V. Manglona<br>Date:<br>Time: |

16
17
18
19
20
21

COMES NOW the Defendants, the Commonwealth of the Northern Mariana Islands, the Governor of the Northern Mariana Islands, the Commissioner of the Department of Corrections,[1] and the Secretary of the Department of Community and Cultural Affairs (collectively, "the Commonwealth"), through undersigned counsel, and respectfully submits this report on the status of the Consent Decree.

22
23
24
25
26

1.     On June 17, 2013, the parties appeared before the Court for a status hearing. At the status hearing the Court addressed two outstanding Consent Decree issues that the parties raised in their Joint Request for a Status Hearing: (1) continued medical care for inmates and detainees, and (2) the safety of juveniles who are detained at the Kagman Juvenile Detention

27
28

---

[1] The Commissioner of Corrections succeeded the Commissioner of Public Safety, the Secretary of Labor, and the Secretary of Community and Cultural Affairs as the official in charge of the detention facilities that are the subject of the Consent Decree.

Unit ("JDU"). *See* ECF No. 44.

2.      The Department of Corrections ("DOC") relies on the Commonwealth Healthcare Corporation ("CHC") to provide medical care for the inmates and detainees: a CHC nurse is stationed at DOC on a full-time basis; a CHC physician provides medical care at DOC on a weekly basis; and, if care cannot be provided at DOC, inmates and detainees are transported to CHC for treatment. *See* Exhs. D, H.

On April 16, 2013, the local news reported that CHC would terminate services for DOC if a new agreement providing for payment of services was not implemented. *See* Exh. A at 1. In response, the Governor stated that funding would be set aside for DOC medical care. *See id.* at 2. This funding is reflected in the Governor's Proposed Budget for Fiscal Year 2014 by a $2 million appropriation to CHC, a portion of which is to be used to cover the costs of providing medical services to DOC. *See* Exh. B at 9, 24.[2]

The Commissioner of DOC also contacted CHC to stress the importance of continued medical services for inmates and detainees, and the need to honor the previous memoranda of understanding between DOC and the Department of Public Health. *See* Exh. C at 1–3. The interim Chief Executive Officer responded and assured the Commissioner that CHC would continue to provide medical services to DOC. *See* Exh. C at 7.

3.      Ensuring the safety of the minors detained at JDU is a priority for the Commonwealth. The Commonwealth believes that this can be achieved through sound policy, increased staffing and adequate training for staff, and the support of the community.

First, JDU has sound policies in place. Currently, there are JDU policies that address the following: (1) requirement that a minimum of one female staff member be present at all times when there is a female minor under JDU custody, (2) mandate that JDU staff report suspected

---

[2] In the Governor's Proposed Budget, the line-item appropriation to CHC is referred to as "DPH Subsidy."

child abuse to Child Protective Services, (3) procedure for staff members to implement if a minor detained at JDU is sexually assaulted, and (4) procedure through which a minor detained at JDU can request to communicate with his or her probation officer, social worker, or attorney, or a JDU supervisor. *See* Exh. E. These policies function to prevent abuse of minors and to ensure that, in the event of abuse, such abuse is duly reported and addressed. The policies can be updated as necessary to increase the safety of minors at JDU.

Second, JDU must be staffed with well-trained personnel. DOC is working to increase staffing for JDU and is planning to open the DOC training academy to JDU staff. *See* Exh. F. The Commonwealth will provide additional information on staffing and training as it becomes available.

Third, the support of the community is a key component to promoting accountability and safety. The Northern Marianas Protection and Advocacy Systems, Inc. ("NMPASI"), a non-profit organization, makes regular visits to the minors detained at JDU. *See* Exh. G. NMPASI provides the minors with information and education, and serves as another outlet for reporting abuse or other improprieties. These visits provide another check for the safety of the minors at JDU.

//

//

//

//

//

//

//

//

4.      The Commonwealth submits that this report and the accompanying exhibits address the issues raised at the status hearing. The Commonwealth is dedicated to closing out the Consent Decree and will continue to work closely with the Department of Justice to resolve any outstanding issues under the Consent Decree.

RESPECTFULLY SUBMITTED this 18th day of June 2013.

OFFICE OF THE ATTORNEY GENERAL


_/s/_____
Teresita J. Sablan
Assistant Attorney General