# EXHIBIT D

# TIMESHEETS FOR MEDICAL SERVICES PROVIDED TO DOC

Timesheets for CHC Nurses ..............................................................................................1

Timesheets for CHC Physician.........................................................................................6

**Commonwealth HealthCare Corporation**
**Time and Attendance Summary**

Unit: DOC
PP # 4

Pay Period Ending: Feb. 09, 2013

| NAME | REG | CTA | CTO | OT | AL | SL | ADMIN | HOL | LWOP | AWOL | TOTAL HRS | 1st week | | | | | | | | 2nd week | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | SUN 1/27 | MON 28 | TUES 29 | WED 30 | TH 31 | FRI 2/1 | SAT 2 | REG OT | SUN 3 | MON 4 | TUES 5 | WED 6 | TH 7 | FRI 8 | SAT 9 | REG OT |
| Emp. No: 102840 | 1 | 85 | 330 | 150 | 300 | 520 | 410 | 350 | 900 | 520 | | | 28 | 29 | 30 | 31 | 2/1 | 2 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 9 |
| Camacho, Elaine | 80 | | | 24 | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | 8 | 40 |
| Espanola, Renato | | | | | | | | | | | 104 | | | 8 OT | 8 OT | 8 OT | 1.5 OT | 10.5 | 15 | | 8 | 8 OT | 8 | 8 | 8 | 8 | 8 |

Prepared By (please print): _____
Approved By Division Director: _____ Date: 2/11/13
Ann Millan L. Wabol
Final Review By HR Certified Timekeeper: _____ Date: 2/18/13
Date: _____

**LEGEND:**
REG = REGULAR HOUR  HOL = HOLIDAY
OC = ON CALL  LWOP = LEAVE WITHOUT PAY
OT = OVERTIME  AWOL = ABSENCE WITHOUT LEAVE
AL = ANNUAL LEAVE  CTA = COMP-TIME ACCRUAL
SL = SICK LEAVE  CTO = COMP-TIME OFF
ADMIN = ADMINISTRATIVE LEAVE

06/06/2013 THU 9:44 FAX 2368756 Comnwlth Healthcare Corp    ☒003/008
Case 1:99-cv-00017   Document 53-4   Filed 06/18/13   Page 3 of 8

EXHIBIT D

Commonwealth HealthCare Corporation
Time and Attendance Summary

Unit: DOC
PP # 08

Pay Period Ending: April 06, 2013

| NAME | REG | OT | GTO | OT | AL | SL | ADMIN | HOL | LWOP | AWOL | TOTAL HRS | SUN 3/24 | MON 3/25 | TUES 3/26 | WED 3/27 | TH 3/28 | FRI 3/29 | SAT 3/30 | 1st week REG | 1st week OT | SUN 3/31 | MON 4/1 | TUES 4/2 | WED 4/3 | TH 4/4 | FRI 4/5 | SAT 4/6 | 2nd week REG | 2nd week OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 185 | 330 | 150 | 300 | 320 | 410 | 350 | 900 | 920 | | | | | | | | | | | | | | | | | | | |
| Emp. No: 102840 | | | | | | | | 8HD 1½ | | | | | | 0.25 | | 2.25 | | 2.5 | 9.5 | | | | | | | 11.5 | |
| Camacho, Elaine | 80.0 | 14.0 | | | | | | 8HTW 1½ | | 94.0 | off | 8.25 | 8.25 | 8 | 8 | 7.5 | off | 40.0 | | | 8.25 | 8.25 | 8.25 | 8 | 7 | off | 40 | |
| | (14) | | | | | | | (14) | | | | | | | | | | | | | | | | | | | | | |
| Espanola, Renato | | | | | | | | | | | | 8 | | | | | | 8 | 16 | | | | | | | | 8 | 8 |

Prepared By (please print): Owen    Date: 4/9/13

Approved By Division Director: Ann Mililan L. Wabol    Date: 4/10/13

Final Review By HR Certified Timekeeper: _____    Date: _____

LEGEND:
REG= REGULAR HOUR HOL = HOLIDAY
OC = ON CALL       LWOP= LEAVE WITHOUT PAY
OT = OVERTIME   AWOL= ABSENCE WITHOUT LEAVE
AL = ANNUAL LEAVE   CTA = COMP-TIME ACCRUAL
SL = SICK LEAVE   CTO = COMP-TIME OFF
ADMIN= ADMINISTRATIVE LEAVE

EXHIBIT D

**Commonwealth HealthCare Corporation**
**Time and Attendance Summary**

Unit: DOC
PP # 09

Pay Period Ending: April 20, 2013

| NAME | REG | CTA | CTO | OT | AL | SL | ADMN | HOL | LWOP | AWOL | TOTAL HRS | 1st week SUN 4/7 | MON 4/8 | TUES 4/9 | WED 4/10 | TH 4/11 | FRI 4/12 | SAT 4/13 | OT REG | SUN 4/14 | MON 4/15 | TUES 4/16 | WED 4/17 | TH 4/18 | FRI 4/19 | 2nd week SAT 4/20 | OT REG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 185 | 330 | 150 | 300 | 320 | 410 | 350 | 900 | 920 | | | | | | | | | | | | | | | | | 0.0 |
| Emp. No: 102840 | | | | | | | | | | | | | 3.00 | 0.25 | 0.25 | | | | 3.5 | | | | | | 6AL | 4/20 | |
| Chokider, Elaine | 74.0 | | | 3.5 | 6.0 | | | | | | 83.5 | off | 8.00 | 8.00 | 8 | 8 | 8 | off | 40.0 | off | 8.50 | 8.50 | 8.25 | 8.25 | | off | 34 |
| Espanola, Renato | | | | | | | | | | | | 8 | | | | | | 8 | 16 | 8 | | | | | 8 | 8 | 24 |

Prepared By (please print): [signature] Date: 4/23/13
Ana Millian L. Wabol

Approved By Division Director: [signature] Date: 04/25/13

Final Review By HR Certified Timekeeper: _____ Date: _____

LEGEND:
REG = REGULAR HOUR   HOL = HOLIDAY
OC = ON CALL   LWOP = LEAVE WITHOUT PAY
OT = OVERTIME   AWOL = ABSENCE WITHOUT LEAVE
AL = ANNUAL LEAVE   CTA = COMP-TIME ACCRUAL
SL = SICK LEAVE   CTO = COMP-TIME OFF
ADMIN = ADMINISTRATIVE LEAVE

EXH D000003

**Commonwealth HealthCare Corporation**
**Time and Attendance Summary**

Unit: DOC
PP # 10

Pay Period Ending: May 04, 2013

| NAME: | REG | GTA | CTO | OT | AL | SL | ADMIN | HOL | LWOP | AWOL | TOTAL HRS | SUN 4/21 | MON 4/22 | TUES 4/23 | WED 4/24 | TH 4/25 | FRI 4/26 | SAT 4/27 | OT REG | SUN 4/28 | MON 4/29 | TUES 4/30 | WED 5/1 | TH 5/2 | FRI 5/3 | SAT 5/4 | OT REG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 185 | 335 | 155 | 300 | 325 | 410 | 350 | 800 | 920 | | | | | | | | | | | | | | | | | |
| Emp. No: 102840 Chokider, Elaine C. | 80.0 | | | 10.3 | | | | | | | 90.3 | off | 8 | 0.50 | 8 | 1 | 0.5 | off | 2.0 | off | 0.5 | 1.5 | 1.75 | 0.5 | 4 | 5/4 | 8.3 40 |
| Espanola, Renato | | | | | | | | | | | | 8 | | | | 8 | 8 | 8 | 40.0 | 8 | 8 | 8 | 8 | 8 | 8 | off | 16 |
| | | | | | | | | | | | | | | | | | | 8 | 16 | | | | | | | 8 | |

LEGEND:
REG= REGULAR HOUR   HOL = HOLIDAY
OC = ON CALL   LWOP= LEAVE WITHOUT PAY
OT = OVER TIME   AWOL= ABSENCE WITHOUT LEAVE
AL = ANNUAL LEAVE   CTA = COMP-TIME ACCRUAL
SL = SICK LEAVE   CTO = COMP-TIME OFF
ADMIN= ADMINISTRATIVE LEAVE

Prepared By (please print): _Chokider_   Date: 5/8/13
Approved By Division Director: Ann Millian L. Wabol   Date: 5/9/13
Final Review By HR Certified Timekeeper: _____   Date: _____

EXH D000004

EXHIBIT D

Commonwealth HealthCare Corporation
Time and Attendance Summary

Unit: DOC
PP #11

Pay Period Ending: May 18, 2013

| NAME: | REG | CTA | CTO | OT | AL | SL | ADMN | HOL | LWOP | AWOL | TOTAL HRS | 1st week |||||||| 2nd week ||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 125 | 330 | 150 | 300 | 320 | 410 | 350 | 800 | 820 | | SUN 5/5 | MON 5/6 | TUES 5/7 | WED 5/8 | TH 5/9 | FRI 5/10 | SAT 5/11 | OT REG | SUN 5/12 | MON 5/12 | TUES 5/14 | WED 5/15 | TH 5/16 | FRI 5/17 | SAT 5/18 | OT REG |
| Emp. No: 102840 | | | | | | | | | | | | | 1.00 | 0.25 | | 0.5 | | 9 | 10.5 | | 0.25 | | | 0.5 | 0.5 | 0.5 | 1.8 |
| Chokider, Elaine G. | 80.0 | | | 12.6 | | | | | | | 92.6 | off | 8 | 8 | 8 | 8 | 8 | | 40.0 | off | 8 | 8 | 8 | 8 | 8 | off | 40 |
| Espanola, Renato | | | | | | | | | | | | 8 | | | | | | | 8 | 10 | | | | | | | 10 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |

LEGEND:
REG= REGULAR HOUR  HOL = HOLIDAY
OC = ON CALL  LWOP= LEAVE WITHOUT PAY
OT = OVER TIME  AWOL= ABSENCE WITHOUT LEAVE
AL = ANNUAL LEAVE  CTA  = COMP-TIME ACCRUAL
SL = SICK LEAVE  CTO  = COMP-TIME OFF
ADMIN= ADMINISTRATIVE LEAVE

Prepared By (please print): _____ Date: _5/6/13_

Approved By Division Director: Anu/Millian L. Wabol _____ Date: _6/22/13_

Final Review By HR Certified Timekeeper: _____ Date: _____

EXH D000005

# DR. GREGORY KOTHEIMER TIME SCHEDULE

## FOR DEPARTMENT OF CORRECTIONS

| May—2013 | | | (DR) | July—2013 | | | (DR) |
|---|---|---|---|---|---|---|---|
| DATE: | TIME-IN | TIME-OUT | INT'L | DATE: | TIME-IN | TIME-OUT | INT'L |
| 5/11/13 | 0935 | 11 35 | K | | | | |
| 5/14/13 | 1420 | 1620 | K | | | | |
| 5/30/13 | | 3 hrs | K | | | | |

| June—2013 | | | (DR) | Aug.—2013 | | | (DR) |
|---|---|---|---|---|---|---|---|
| DATE: | TIME-IN | TIME-OUT | INT'L | DATE: | TIME-IN | TIME-OUT | INT'L |

FAX  236-8608

EXHIBIT D

# DR. GREGORY KOTHEIMER TIME SCHEDULE
## FOR DEPARTMENT OF CORRECTIONS

### Jan.-2013 (DR)

| DATE: | TIME-IN | TIME-OUT | INT'L |
|---|---|---|---|
| 1/11/13 | 2:45 pm | 1735 | K |
| 1/12/13 | 3:15 pm | 6:15 pm | K |
| 1/26/13 | 3:00 pm | 5:25 pm | K |
| 1/30/13 | 3:00 pm | 5:15 pm | K |
| 1/31/13 | 3:00 pm | 5:15 pm | K |

### March-2013 (DR)

| DATE: | TIME-IN | TIME-OUT | INT'L |
|---|---|---|---|
| 3/21/13 | 0759 | R110 (...) planning early | K |
| 3/22/13 | 1600 | R.r's | K |
| 3/26/13 | 0835 | | K |

### Feb.-2013 (DR)

| DATE: | TIME-IN | TIME-OUT | INT'L |
|---|---|---|---|
| 2-1-13 | 1300 h | 1700 h | K |
| 2-5-13 | 1430 | 1730 h | K |
| 2-12-13 | 1500 h | 1700 h | K |
| 2-14-13 | 1535 p | 1800 h | K |
| 2-19-13 | 1500 h | 1700 h | K |
| 2-26-13 | 1:15 pm | 4:30 pm | K |
| 2-28-13 | 1730 | 1530 h | R |

### Apr.-2013 (DR)

| DATE: | TIME-IN | TIME-OUT | INT'L |
|---|---|---|---|
| 4/8/13 | 0745 | 1545 | K |
| 4/19/13 | 1600 h | 1800 h | K |
| 4/25/13 | 1400 h | 1700 h | K |
| 4/29/13 | 1730 h | 1630 | K |