# EXHIBIT F

# INCREASED STAFFING AT JDU

Requests for Personnel Action..............................................................................................1–4

EXHIBIT F

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
**OFFICE OF THE GOVERNOR**
**OFFICE OF THE PERSONNEL MANAGEMENT**
P.O. BOX 5153 CHRB, SAIPAN, MP 96950-5153
TEL. NOS.: (670) 234-6925 / 6958 / 8036
FAX NO.: (670) 234-1013

RECEIVED
FEB 13 2013
Secretary of
Finance Office

**REQUEST FOR PERSONNEL ACTION**

NO.: _____

DATE: _____ 1/15/2013

OPM 01
**PART I. REQUESTING OFFICE**
NAME (CAPS) Last, First, Middle

| EMPLOYEE NO. | SOCIAL SECURITY NO. | BIRTHDATE |

**BACKMAN, Leeland E.**

| PERSONNEL ACTION REQUESTED | AUTHORITY: | PROPOSED EFFECTIVE DATE |
|---|---|---|
| **PROBATIONARY APPOINTMENT** | | 02/04/13  4|8|13 |

| FROM POSITION TITLE: | **Juvenile Corrections Worker I** | PL/STEP: | 14/03 |
|---|---|---|---|
| OCCUPATION CLASS CODE: | **2165** | BI-WEEKLY: | $   455.46 |
| DUTY STATION: | **SAIPAN** | PER ANNUM: | $ 11,841.97 |
| DIVISION: | **Juvenile Detention Unit** | DIFFERENTIAL: | |
| DEPARTMENT: | **DEPARTMENT OF CORRECTIONS** | FLSA: EXEMPT / COVERED | |

| TO POSITION TITLE: | | PL/STEP: |
|---|---|---|
| OCCUPATION CLASS CODE: | | BI-WEEKLY: |
| DUTY STATION: | | PER ANNUM: |
| DIVISION: | | DIFFERENTIAL: |
| DEPARTMENT: | | FLSA: EXEMPT / COVERED |

REQUESTED BY: **Gregory F. Castro**    1/15/13
TITLE: **Director**    DATE:

REQUEST APPROVED BY: **Ramon C. Mafnas**    17 Jan 13
TITLE: **Commissioner**    DATE:

REMARKS BY REQUESTING OFFICE:
Limes, Vincent
Limes, Vic
L+3anc, Edwin

CONTACT PERSON: Julene P. Santos    TEL. NO.    237-2704

Approved By: Benigno R. Fitial, Governor    29 JAN 2013

FUNDING ACCT. No.: _____

APPROVED BY: **Vicky C. Villagomez**    2/6/13
SA-OMB    DATE:

**Larrisa A. Larson**
SEC. FINANCE    DATE

PID# 2165008    *PERSONNEL OFFICE USE ONLY*

**POSITION OCCUPIED BY:**
☐ CIVIL SERVICE    ☐ EXCEPTED SERVICE
VICE: _____

| CLEARANCES | INITIALS | DATE |
|---|---|---|
| C&C | | |
| EDS | | |
| EER | | |

☐ RECOMMENDED    ☐ NOT RECOMMENDED
REASON: _____

CHIEF, CLASSIFICATION & COMPENSATION    DATE

☐ APPROVED    ☐ DISAPPROVED
REASON: _____

Isidro K. Seman
DIRECTOR OF PERSONNEL    DATE

EXHIBIT F

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
OFFICE OF THE GOVERNOR
OFFICE OF THE PERSONNEL MANAGEMENT
P.O. BOX 5153 CHRB SAIPAN MP 96950-5153
TEL. NO.: (670) 234-6925 / 6958 / 8036
FAX NO.: (670) 234-1013

MAR 0 6 2013

REQUEST FOR PERSONNEL ACTION

NO.: _____

DATE: _____ 1/15/2013

OPM 01
**PART I. REQUESTING OFFICE**
<u>NAME</u> (CAPS) Last, First, Middle          EMPLOYEE NO.          SOCIAL SECURITY NO.          BIRTHDATE

**IGUEL, Matthew O.**

| PERSONNEL ACTION REQUESTED | AUTHORITY: | PROPOSED EFFECTIVE DATE |
|---|---|---|
| **PROBATIONARY APPOINTMENT** | | 02/04/13  4/8/13 |

| | | |
|---|---|---|
| **FROM POSITION TITLE:** | **Juvenile Corrections Worker I** | PL/STEP: 14/03 |
| OCCUPATION CLASS CODE: | **2165** | BI-WEEKLY: $  455.46 |
| DUTY STATION: | **SAIPAN** | PER ANNUM: $ 11,841.97 |
| DIVISION: | **Juvenile Detention Unit** | DIFFERENTIAL: |
| DEPARTMENT: | **DEPARTMENT OF CORRECTIONS** | FLSA: EXEMPT / COVERED |

| | | |
|---|---|---|
| **TO POSITION TITLE:** | | PL/STEP: |
| OCCUPATION CLASS CODE: | | BI-WEEKLY: |
| DUTY STATION: | | PER ANNUM: |
| DIVISION: | | DIFFERENTIAL: |
| DEPARTMENT: | | FLSA: EXEMPT / COVERED |

REQUESTED BY: **Gregory F. Castro**     1/15/13     REQUEST APPROVED BY: **Ramon C. Mafnas**     17 Jan '13
TITLE: **Director**     DATE     TITLE: **Commissioner**     DATE:

REMARKS BY REQUESTING OFFICE:     CONTACT PERSON: Julene P. Santos     TEL. NO. 237-2704

Ltsnis, Stev
Arriola, Eugene
Approved By: Benigno R. Fitial, Governor     2 9 JAN 2013

FUNDING
ACCT No.: _____     APPROVED BY: Vicky C. Villagomez  2/6/13          Larrisa A. Larson
                          SA-OMB          DATE          SEC. FINANCE          DATE

PID# 21650116     *PERSONNEL OFFICE USE ONLY*

| POSITION OCCUPIED BY: | | RECOMMENDED     NOT RECOMMENDED |
|---|---|---|
| ☐ CIVIL SERVICE     ☐ EXCEPTED SERVICE | | REASON: |
| VICE: _____ | | |
| | | CHIEF, CLASSIFICATION & COMPENSATION     DATE |
| CLEARANCES     INITIALS     DATE | | ☐ APPROVED     ☐ DISAPPROVED |
| C&C | | REASON: |
| EDS | | EXH F 000002 |
| EER | | **Isidro K. Seman** |
| | | DIRECTOR OF PERSONNEL     DATE |

EXHIBIT F

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
**OFFICE OF THE GOVERNOR**
**OFFICE OF THE PERSONNEL MANAGEMENT**
P.O. BOX 5153 CHRB, SAIPAN, MP 96950-5153
TEL. NOS.: (670) 234-6925 / 6958 / 8036
FAX NO.: (670) 234-1013

**REQUEST FOR PERSONNEL ACTION**

NO.: _____

DATE: _____ **1/15/2013**

OPM 01
**PART I. REQUESTING OFFICE**

| NAME (CAPS) Last, First, Middle | EMPLOYEE NO. | SOCIAL SECURITY NO. | BIRTHDATE |
|---|---|---|---|
| **SANTOS, Sheelane S.** | | ▓▓▓▓▓ | |

| PERSONNEL ACTION REQUESTED | AUTHORITY: | PROPOSED EFFECTIVE DATE |
|---|---|---|
| Change of Status: From Limited Term Appt. to Probationary Appt. | | 02/04/13  4/8/13 |

| **FROM POSITION TITLE:** | Juvenile Corrections Worker I | PL/STEP: | 14/03 |
|---|---|---|---|
| OCCUPATION CLASS CODE: | 2165 | BI-WEEKLY: | $    455.46 |
| DUTY STATION: | **SAIPAN** | PER ANNUM: | $ 11,841.97 |
| DIVISION: | **Juvenile Detention Unit** | DIFFERENTIAL: | |
| DEPARTMENT: | **DEPARTMENT OF CORRECTIONS** | FLSA: EXEMPT / COVERED | |

| **TO POSITION TITLE:** | | PL/STEP: | |
|---|---|---|---|
| OCCUPATION CLASS CODE: | | BI-WEEKLY: | |
| DUTY STATION: | | PER ANNUM: | |
| DIVISION: | | DIFFERENTIAL: | |
| DEPARTMENT: | | FLSA: EXEMPT / COVERED | |

REQUESTED BY: **Gregory F. Castro**    1/15/13
TITLE: **Director**    DATE:

REQUEST APPROVED BY: **Ramon C. Mafnas**    17 Jan 13
TITLE: **Commissioner**    DATE:

REMARKS BY REQUESTING OFFICE:    CONTACT PERSON: Julene P. Santos   TEL. NO.   237-2704

Deposit
James, Jackson

Approved By: Benigno R. Fitial, Governor    **2 9 JAN 2013**

FUNDING ACCT No.: ▓▓▓▓▓

APPROVED BY: Vicky C. Villagomez   2/6/13    Larrisa A. Larson

SA-OMB    DATE:    SEC. FINANCE    DATE

PID# 2165002    *PERSONNEL OFFICE USE ONLY*

POSITION OCCUPIED BY: 2165003

☐ CIVIL SERVICE   ☐ EXCEPTED SERVICE

VICE: _____

| CLEARANCES | INITIALS | DATE |
|---|---|---|
| C&C | | |
| EDS | | |
| EER | | |

☐ RECOMMENDED   ☐ NOT RECOMMENDED
REASON: _____

CHIEF, CLASSIFICATION & COMPENSATION    DATE

☐ APPROVED   ☐ DISAPPROVED
REASON: _____

Isidro K. Seman
DIRECTOR OF PERSONNEL    DATE

EXH F 000008

EXHIBIT F

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## OFFICE OF THE GOVERNOR
## OFFICE OF THE PERSONNEL MANAGEMENT
P.O. BOX 5153 CHRB, SAIPAN, MP 96950-5153
TEL. NOS.: (670) 234-6925 / 6958 / 8036
FAX NO.: (670) 234-1013

RECEIVED
FEB 13 2013
Secretary of
Finance Office

### REQUEST FOR PERSONNEL ACTION

NO.: _____

DATE: _____ 1/15/2013

OPM 01

**PART I. REQUESTING OFFICE**
NAME (CAPS) Last, First, Middle

EMPLOYEE NO.    SOCIAL SECURITY NO.    BIRTHDATE

**TEREGEYO, Sylvan Lisua**

| PERSONNEL ACTION REQUESTED | AUTHORITY: | PROPOSED EFFECTIVE DATE |
|---|---|---|
| **PROBATIONARY APPOINTMENT** | | 02/04/13  4/8/13  P.1. |

| FROM POSITION TITLE: | **Juvenile Corrections Worker I** | PL/STEP: | **14/03** |
|---|---|---|---|
| OCCUPATION CLASS CODE: | **2165** | BI-WEEKLY: | **$    455.46** |
| DUTY STATION: | **SAIPAN** | PER ANNUM: | **$ 11,841.97** |
| DIVISION: | **Juvenile Detention Unit** | DIFFERENTIAL: | |
| DEPARTMENT: | **DEPARTMENT OF CORRECTIONS** | FLSA: EXEMPT / COVERED | |

| TO POSITION TITLE: | | PL/STEP: | |
|---|---|---|---|
| OCCUPATION CLASS CODE: | | BI-WEEKLY: | |
| DUTY STATION: | | PER ANNUM: | |
| DIVISION: | | DIFFERENTIAL: | |
| DEPARTMENT: | | FLSA: EXEMPT / COVERED | |

REQUESTED BY: **Gregory F. Castro**    of Cast    1/15/13
TITLE: **Director**    DATE:

REQUEST APPROVED BY: **Ramon C. Mafnas**    17 Jan 13
TITLE: **Commissioner**    DATE:

REMARKS BY REQUESTING OFFICE:
Tagabuel Calvin
Tagabuel, Rosa
Tagabuel, Benjamin

CONTACT PERSON: Julene P. Santos    TEL. NO.    237-2704

Approved By: Benigno R. Fitial, Governor
29 JAN 2013

APPROVED BY: Vicky C. Villagomez    2/6/13    Larrisa A. Larson
SA-OMB    DATE:    SEC. FINANCE    DATE

FUNDING ACCT. No.: ▮▮▮▮▮

PIDA 2165012

### PERSONNEL OFFICE USE ONLY

POSITION OCCUPIED BY:

☐ CIVIL SERVICE    ☐ EXCEPTED SERVICE

VICE: _____

| CLEARANCES | INITIALS | DATE |
|---|---|---|
| C&C | | |
| EDS | | |
| EER | | |

☐ RECOMMENDED    ☐ NOT RECOMMENDED

REASON: _____

CHIEF, CLASSIFICATION & COMPENSATION    DATE

☐ APPROVED    ☐ DISAPPROVED

REASON: _____

Isidro K. Seman
DIRECTOR OF PERSONNEL    DATE

EXH F 000004

