# EXHIBIT G

# JDU VISITOR REGISTRATION FORMS FOR NMPASI

Visitor Registration Forms (Feb. 2012 to May 2013)............................................................1–8

EXHIBIT G



# DEPARTMENT OF CORRECTIONS
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515



## VISITOR REGISTRATION FORM

Date of Request: **5/28/13**

Date and Time of Visit: **May 30, 2013 @ 1:00 pm**

Name of Inmate(s)/Detainee(s):
1. **All JDU Detainees**
2. _____

Name of Visitor(s):
1. **Greg Borja** — Contact Number: **235-7273**
   **503529, Saipan, MP** (Mailing Address/Village) — Fax Number: **235-7275**
2. **Tom Thornburgh** — Contact Number: **235-7273**
   **503529, Saipan, MP** (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family    [ ] Legal Counsel
[ ] Relative            [ ] Clergy
[ ] Friend              [X] Other: **NMPASI**

Reason(s) for the Visit: **Information and education**

### VISITATION CONDITIONS
1. Visitation Hours: Between 8:00 am – 1130 am and 1230 pm – 4:30 pm only. No visits during lunch hour (1130am-1230pm).
2. Visitors are allowed to visit only at the approved date and time. (*Exceptions may be arranged upon request for special purposes only.)
3. Visitors are allowed to visit one (1) inmate or detainee at a time at the designated area only.
4. Visitors are subject to pad-down or body search.   *Legal defense & prosecutorial purposes, counseling, etc.

Do Not Write Below This Line

[X] Approved    [ ] Disapproved

By: _____ (Commissioner of Corrections / Designee)    Date: **5/28/13**

CNMI DOC VRF-006-March 2011 Revised

EXH G 000001




**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
Vicente Taman Seman Building
P.O. Box 506500, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

## VISITOR REGISTRATION FORM

Date of Request: **2/20/13**

Date and Time of Visit: **2/21/13 at 1:30 pm**

Name of Inmate(s)/Detainee(s): 1. **ALL JDU Detainees**
2. _____

Name of Visitor(s):
1. **Greg Buja** — Contact #: **235-7273**
   **SO 3529 SAIPAN, MP** — Fax #: **235-7275**
   (Mailing Address/Village)

2. **Tom Thornburgh** — Contact #: **235-7273**
   **SO 3529 SAIPAN**
   (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family       [ ] Legal Counsel
[ ] Relative                [ ] Clergy
[ ] Friend                  [✓] Other: **NMPASI**

Reason(s) for the Visit: **Information & Education**

### VISITATION CONDITIONS

1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm – 4:30 pm only. No visits during lunch hour (11:30am to 12:30pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[✓] Approved    [ ] Disapproved

By: _____    Date: **2/20/13**
Commissioner of Corrections / Designee






**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

## VISITOR REGISTRATION FORM

Date of Request: 1/16/13

Date and Time of Visit: 1/17/13 at 1:30p

Name of Inmate(s)/Detainee(s):
1. JD4 Detainees
2. ___

Name of Visitor(s):
1. Greg Borja          Contact # 235-7273
   503529    SAIPAN    Fax # 235-7275
   (Mailing Address/Village)

2. Tom Thornburgh     Contact # 235-7273
   503529    SAIPAN
   (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family           [ ] Legal Counsel
[ ] Relative                   [ ] Clergy
[ ] Friend                     [X] Other: NMPASI

Reason(s) for the Visit: Information & Education

### VISITATION CONDITIONS

1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm – 4:30 pm only. No visits during lunch hour (11:30am-12:30pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit Inmate(s)/Detainee(s) at the designated area only.
4. Visitors are subject to search.

---Do Not Write Below This Line---

[X] Approved       [ ] Disapproved

By: _____          Date: 1/17/13
    Commissioner of Corrections / Designee

EXH G 000003

EXHIBIT G




**DEPARTMENT OF CORRECTIONS**
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Saipan, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9615

## VISITOR REGISTRATION FORM

Date of Request: 9/10/12

Date and Time of Visit: 9/11 @ 2pm @ JDU

Name of Inmate(s)/Detainee(s):
1. Vincent Sanches and all others
2. ~~[crossed out]~~ at JDU
(b) Clients/Residents

Name of Visitor(s):
1. Tom Thornburgh — 287-9205
   P.O. Box 503529
   (Mailing Address/Village)
   235-7275 Fax #

2. Greg Pomo — 235-7275
   P.O. Box 503529
   (Mailing Address/Village)
   Contact #

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family
[ ] Relative
[ ] Friend
[ ] Legal Counsel
[ ] Clergy
[✓] Other: P&A

Reason(s) for the Visit: Monitoring visit w/ emphasis on isolation.

### VISITATION CONDITIONS

1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm – 4:30 pm only. No visits during lunch hour (11:30am–12:30pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[✓] Approved    [ ] Disapproved

By: [signature]
Commissioner of Corrections / Designee

Date: 9/10/12

EXH G 000004

# DEPARTMENT OF CORRECTIONS
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Tamen Seman Building
P.O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

## VISITOR REGISTRATION FORM

Date of Request: 7/16/12

Date and Time of Visit: 7/17/12 at 10 AM

Name of Inmate(s)/Detainee(s):
1. JDU Detainees
2.

Name of Visitor(s):
1. Greg Borja — 235-7273 (Contact #)
   503529 SAIPAN (Mailing Address/Village) — 235-7275 (Fax #)
2. Tom Thornburgh — 235-7273 (Contact #)
   503529 SAIPAN (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family
[ ] Relative
[ ] Friend
[ ] Legal Counsel
[ ] Clergy
[X] Other: NMPASI

Reason(s) for the Visit: Education & Training

### VISITATION CONDITIONS
1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm – 4:30 pm only. No visits during lunch hour (11:30am-12:30pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[X] Approved    [ ] Disapproved

By: _____ Date: 7/16/12
Commissioner of Corrections / Designee

04/24/2012 12:38 FAX 6649515
04-24-12;11:27PM;NMPASI ;2357275 # 1/ 1


Vicente Toman Seman Building
P.O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515



## VISITOR REGISTRATION FORM

Date of Request: APRIL 24, 2012

Date and Time of Visit: 4/25/12 — 1:00 PM

Name of Inmate(s)/Detainee(s):
1. ALL JUVENILES
2. _____

Name of Visitor(s):
1. ELSIE TILIPAO    235-7273/4
   NMPASI PO BOX 503529, CK, SAIPAN   235-7275
   (Mailing Address/Village)    Contact #

2. CORAINE CAMACHO    235-7273/4
   PO BOX 503529 CK, SAIPAN
   (Mailing Address/Village)    Contact #

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family     [ ] Legal Counsel
[ ] Relative     [ ] Clergy
[ ] Friend     [X] Other: NMPASI

Reason(s) for the Visit: MONITOR SPU (KAGMAN FACILITY)

### VISITATION CONDITIONS
1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm – 4:30 pm only. No visits during lunch hour (11:30am-12:30pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[✓] Approved    [ ] Disapproved

By: _____    Date: 04/24/12
Commissioner of Corrections/Designee

* Note: I wrote in 1:00pm. The clients have class from 8am – 11am and then Lunch.

Thanks,



Vicente Tamon Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

256-2557

# VISITOR REGISTRATION FORM

Date of Request: 2/23/12

Date and Time of Visit: 2/24/12 at 1pm

Name of Inmate(s)/Detainee(s):
1. ALL Juvenile detainees.
2. _____

Name of Visitor(s):
1. Greg Borja — 235-7273 Contact #
   503529    SAIPAN — 235-7275 Fax #
   (Mailing Address/Village)

2. Thomas Thornburgh — 235-7273 Contact #
   503529    SAIPAN
   (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family
[ ] Relative
[ ] Friend

Legal Counsel
Clergy
Other: NMPASI

Reason(s) for the Visit: Care f... -up; Information on
Substance Abuse    ...evention.

## VISITATION CONDITIONS

1. Visitation Hours: Between 8:00 am – 11:30 am and 12:30 pm – ... only. No visits during lunch hour (1130am-1230pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the des... only.
4. Visitors are subject to search.

Do Not Write ... This Line

[X] Approved    [ ] Disapproved

By: _____ (signature)    Date: 2/23/12
Commissioner of Corrections / Designee




## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515

256 - 2558

## VISITOR REGISTRATION FORM

Date of Request: 1/25/12

Date and Time of Visit: 1/26/12 at ~~11:15~~ 1:00PM

Name of Inmate(s)/Detainee(s):
1. ALL DETAINEES at JDU
2. ___

Name of Visitor(s):
1. Gregory Borja — Contact #: 235-7273
   503529 SAIPAN, MP 96950 (Mailing Address/Village) — Fax #: 235-7275
2. Thomas Thornburgh — Contact #: 235-7273
   503529 SAIPAN MP 96950 (Mailing Address/Village)

Inmate/Detainee Relationship to Visitor:
[ ] Immediate Family
[ ] Relative
[ ] Friend
[ ] Legal Counsel
[ ] Clergy
[X] Other: NMPASI

Reason(s) for the Visit: Education & Training

### VISITATION CONDITIONS
1. Visitation Hours: Between 8:00 am - 1130 am and 1230 pm - 4:30 pm only. No visits during lunch hour (1130am-1230pm).
2. Visitors are allowed to visit only at the approved date and time.
3. Visitors are allowed to visit inmate(s)/detainee(s) at the designated area only.
4. Visitors are subject to search.

Do Not Write Below This Line

[X] Approved    [ ] Disapproved

By: _[signature]_ Commissioner of Corrections/Designee    Date: 1/25/12

EXH G 000008