# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-99-0017                                                                                      June 17, 2013
                                                                                                        9:10 a.m.

**UNITED STATES OF AMERICA -vs- COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
                   TINA MATSUNAGA, COURTROOM DEPUTY
                   GARTH BACKE, ATTORNEY FOR PLAINTIFF
                   SHELLEY JACKSON, ATTORNEY FOR PLAINTIFF
                   JEFFREY MURRAY, ATTORNEY FOR PLAINTIFF
                   JESSICA CRUZ, ATTORNEY FOR PLAINTIFF
                   TERESITA SABLAN, ATTORNEY FOR DEFENDANTS

PROCEEDINGS:   STATUS CONFERENCE

   Attorney Garth Backe appeared on behalf of the Plaintiff.  Attorneys Jessica Cruz, Shelley Jackson, and Jeffrey Murray, appeared telephonically on behalf of the Plaintiff. Attorney Teresita Sablan appeared on behalf of the Defendants.

   Court made full disclosure regarding its former status as Attorney General for the CNMI in November, 2002 through May, 2003 and inquired if the parties had any concerns regarding this disclosure.  Parties stated they had no concerns.

   Attorney Sablan submitted documents to the Court regarding Medical Services from CHC.  Attorney Sablan apprised the Court that the only issues outstanding were that of CHC and JDU.

   Commissioner Ramon C. Mafnas updated the Court with the status of the Juvenile Detention Unit.

   Attorney Sablan inquired as to the filing of the Medical Services of CHC.  Court ordered that all medical records be filed under seal, all other documents will not be sealed.

   Court set the matter for another **Status Conference** on **October 8, 2013** at **8:30 a.m.**

                                                                                  Adjourned 9:50 a.m.


                                                                                  */s/*Tina P. Matsunaga, Courtroom Deputy