OFFICE OF THE ATTORNEY GENERAL
Joey Patrick San Nicolas
Attorney General

Teresita J. Sablan (T0089)
Assistant Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:    (670)-664-2341
Fax:    (670)-664-2349
e-mail: sablan.teresita@gmail.com

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS** et al., <br><br> Defendants. | CIVIL CASE No. 99-00017 <br><br> **CONSENT DECREE STATUS REPORT** <br><br> Judge: Hon. Ramona V. Manglona <br> Date: October 8, 2013 <br> Time: 8:30 a.m. |

COMES NOW the Defendants, the Commonwealth of the Northern Mariana Islands, the Governor of the Northern Mariana Islands, the Commissioner of the Department of Corrections,[1] and the Secretary of the Department of Community and Cultural Affairs (collectively, "the Commonwealth"), through undersigned counsel, and respectfully submits this report on the status of the Consent Decree.

1.    At the status hearing on June 17, 2013, the parties reported that the United States had two outstanding concerns that needed to be addressed under the Consent Decree: (1) the continued provision of medical care for DOC inmates by the Commonwealth Healthcare Corporation ("CHC"), and (2) the safety of juveniles detained and the Juvenile Detention Unit

---

[1] The Commissioner of Corrections succeeded the Commissioner of Public Safety, the Secretary of Labor, and the Secretary of Community and Cultural Affairs as the official in charge of the detention facilities that are the subject of the Consent Decree.

("JDU"). Many of the issues surrounding these two concerns were addressed in the last Status Report and the accompanying exhibits. *See* ECF Nos. 52, 53. The two unresolved matters after the last status hearing were whether the Fiscal Year 2014 Budget would include the proposed $2 million appropriation to CHC and whether DOC had a procedure in place through which juveniles detained and JDU could submit complaints and comments to non-JDU staff. Those two matters are resolved in this status report.

2.      First, the Fiscal Year 2014 Budget includes an appropriation to CHC to cover the costs of medical care for DOC. The Commonwealth's last status report included the Governor's Budget Proposal for Fiscal Year 2014 as an exhibit. *See* Exh. B to Status Rept., ECF No. 53-2. The Budget Proposal included a $2 million appropriation to CHC, a portion of which was intended to be used to cover the costs of providing medical services to DOC. *See id.*

The Fiscal Year 2014 Budget was passed and signed into law on September 18, 2013. *See* Pub. L. No. 18-18, attached hereto as Exh. A. The $2 million appropriation to CHC is included in the Budget. *See* Exh. A at 36 ($779,238 appropriated from Compact-Impact funds), 44 ($1,220,762 appropriated as "CHC Subsidy"). Thus, the first outstanding matter has been addressed—monies have been appropriated in the FY 2014 Budget to cover the costs of DOC medical care.

3.      Second, DOC installed a locked "Suggestion Box" at JDU. *See* Exh. C ¶ 3. DOC amended Policy No. 4.22 and included a provision for a Suggestion Box at JDU. *See* Exh. B at 3. The Suggestion Box is locked and the Commissioner of DOC is the lone key-holder. *Id.* The Suggestion Box provides a way for detainees at JDU to submit grievances or address other matters without fear of reprisal or retaliation from JDU staff. Thus, the second outstanding concern has been addressed—the Suggestion Box provides a mechanism for juvenile detainees to submit complaints and grievances to the Commissioner of DOC.

4.　　Based on the foregoing, the Commonwealth believes that the outstanding concerns under the Consent Decree have been addressed.

RESPECTFULLY SUBMITTED this 7th day of October 2013.

OFFICE OF THE ATTORNEY GENERAL


　/s/
Teresita J. Sablan
Assistant Attorney General

3