EXHIBIT A 000001



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Eloy S. Inos**
Governor

**Jude U. Hofschneider**
Lieutenant Governor

## 1 8 SEP 2013

The Honorable Joseph P. Deleon Guerrero
Speaker, House of Representatives
Eighteen Northern Marianas Commonwealth Legislature
Saipan, MP  96950

The Honorable Ralph DLG. Torres
Senate President
Eighteen Northern Marianas Commonwealth Legislature
Saipan, MP  96950

Dear Mr. Speaker and Mr. President:

This is to inform you that I have signed into law, with reservations, House Bill 18-098, HD6, SS1, CCS1 entitled, "to make appropriations for the operations and activities of the Government of the Commonwealth of the Northern Mariana Islands, its agencies, instrumentalities, and independent programs, and to provide budget authority for the government corporations for Fiscal Year 2014," which was passed by the Eighteen Northern Marianas Commonwealth Legislature.

Northern Mariana Islands Constitution's Article III §IX (a) provides a timeline for when the Governor and the Legislature must submit and pass a balanced budget. 1CMC §7205 requires the Governor to submit a balanced budget to the legislature on or before April 1st. The statute further provides that when there is a change in Administration, the Governor may submit his budget proposal on or before May 1st. The Legislature is mandated to pass a balanced budget by October 1st, and I have twenty (20) days to consider the appropriation bill.  If no budget is passed by the first day of the fiscal year, there shall be a Government shutdown where no funds will be expended from the General Fund, except for essential services.

Our paramount goal in this budget is to maintain fiscal sustainability in the midst of meager resources. While we see growth in the local economy, serious implications lie ahead if additional revenue generating measures are not in place to address our current obligations to the Northern Mariana Islands Retirement Fund (NMIRF). As I have indicated in several leadership meetings with the members of the Legislature, an additional $12 million is needed to meet our initial payment under the Settlement Agreement. Without the enactment of any new and major revenue generating measures within the next 30 days, I may be forced to implement austerity measures which may affect personnel services. This is certainly a route I deeply prefer to avert. Thus, I urge you to act on measures critical towards addressing the Commonwealth's current financial needs.

My reservations in the bill are as follows:

•Section 103. Definitions. I had requested further clarification that the definition of "part-time" employees not performing more than 40 hours in any bi-weekly pay period shall not require an approved NOP. This section allows only certain agencies to employ part-time employees. However, part time employees are also needed in our medical referral offices in Guam and Honolulu to address the ever changing needs of our patient services. Also, other activities such as the Commonwealth Election Commission which requires election assistant coordinators to assist in election year activities should also be considered as an activity authorized to hire temporary part-time employment.

•Section 201. Estimated Revenues. This section addressed how appropriated funds shall be allotted monthly and authorized the Commonwealth Election Commission to receive advance monthly operation allotments to prepare for the 2014 elections. The section did not recognize the need for advance allotments to the CNMI Scholarship program for the purposes of issuing the education assistance grant awards and honors scholarship. We recommend that they be considered in future appropriations acts.

•Section 301. Chapter III. Appropriation and Budget Authority. Section 301(e) did not address our request to change the summary sheet affecting the allocation of funds for the NMIRF to include the anticipated operational expenses and pension costs to retirees which was omitted in the original submission. Although budget submissions by government corporations are for informational purposes only, Section 301 approved the budget authority for each government corporation and restricted expenditures to the lesser of funds actually generated, collected or received, or the amounts indicated. As it stands, the omission of some $80 million limits NMIRF's operational expenditure to $4,030,350, an amount that does not cover even a month's operating expenses. I urge the immediate passage of the attached legislation to effectuate this needed amendment.

•Section 501(c). Reprogramming Authority. Unlike this year's full reprogramming authority, Fiscal Year 2014 budget lowers the Governor's flexibility by reducing it to 50% within the Executive Branch. At a time when resources are limited, maximum flexibility is necessary in the reallocation of appropriated funds so as not to impair delivery of essential public services.

•Section 601. Utilities. Major reduction in utilities allocation were made in the First and Second Senatorial Districts, NMASA and the Office of Personnel Management amounting to $539,190.00, which were redistributed amongst respective departments and agencies for non-utility expenditures. The reduction applicable to the First and Second Senatorial Districts would be replenished (see Sec. 605) by transferring lapses from the funds appropriated for the Office of the Public Auditor to pay for the Liaison Guest Houses of Tinian and Rota, and the Valley Inn, housing inter-island referral patients in Saipan. The decentralization of utilities from the central government back to the respective departments and agencies is to make each activity responsible for their energy consumption and implementation of energy-saving measures by 20%.

•Section 602. Hiring Restriction. This section prohibits hiring to fill a position which has been vacant for more than 90 days. However, the execution of a Notice of Personnel Action (NOPA) by the hiring agency within the 90 day period indicating the name of the employee selected, or a NOPA initiated to fill the position by any department and filed with the Office of Personnel management stops the 90 day clock from running.

•Section 605. Public Auditor's Fee. This section did not address our recommendation to include a provision to ensure government corporations pay outstanding Public Auditor's fees from prior fiscal years, and requiring all payments made by a government corporation pertaining to such outstanding fees to be deposited into the "Deferred Define Benefit Restoration Fund".

•Section 607. Salary Cap Exemption. This section provides for the amended salaries of the Secretary of Finance and Commerce. It did not address my request to include the salary of the Secretary of the Department of Community and Cultural Affairs at $54,000. Since these changes require a change in permanent law, I urge the passage of a separate legislation amending 1 CMC Section 8245 at the earliest possible time.

•Section 704 Executive Branch. Subsection (b) mandates the Veteran's Affairs Office to allocate one (1) NOP each to Tinian and Rota. No explanation of the duties was provided to support this provision.

•Section 709. Independent Programs. Subsection 2 mandates the Joeten Kiyu Public Library to allocate one (1) librarian aide each for Rota and Tinian. We note that one additional NOP is already allocated and funded under the First Senatorial District's appropriations for the Rota Public Library.

EXHIBIT A 000004

I urge the legislature to address the foregoing concerns as appropriate.

This bill becomes Public Law No. 18-18. Copies bearing my signature are forwarded for your reference.

Sincerely,

**ELOY S. INOS**

cc:     Lt. Governor
        Press Secretary, Office of the Governor
        Special Assistant for Programs & Legislative Review
        All Branches, Municipalities, Departments and Agencies

# EIGHTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

_____ __ ___ ___ SESSION, 2013          H. B. No. ___ __ _____

_____ _____ _____ _____ _____ _____ ____ ____ ___ _____ ____

_____ _____ _____ _____ _____ _____ _____ ____ ___ _____ ____

## A BILL FOR AN ACT

1    TO MAKE AMENDMENTS TO PUBLIC LAW 18-18 "TO MAKE
2    APPROPRIATIONS FOR THE OPERATIONS AND ACTIVITIES OF THE
3    GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN
4    MARIANA ISLANDS, ITS AGENCIES, INSTRUMENTALITIES, AND
5    INDEPENDENT PROGRAMS, AND TO PROVIDE BUDGET AUTHORITY FOR
6    GOVERNMENT CORPORATIONS FOR FISCAL YEAR 2014."

## BE IT ENACTED BY THE EIGHTEENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:

7    **Section 1. Amendment.** Section 301 is hereby amended as follows:

8    "Pursuant to 1 CMC §7206 and as provided herein, budget and expenditure authority for

9    the following activities is hereby approved. Expenditures in excess of the budget

10   authority approved herein for agencies to which public funds are appropriated shall not

11   be incurred or committed, and hiring in excess of the number of positions authorized by

12   this Act is prohibited, unless authorized by a legislative joint resolution in accordance

13   with Section 7, Article X of the N.M.I. Constitution.

| ACTIVITIES | NOP | PERSONNEL | OPERATIONS | TOTAL |
|---|---|---|---|---|
| (a) Commonwealth Development Authority | 12 | 726,944 | 382,585 | 1,109,529 |
| (b) Commonwealth Ports Authority | 187 | 5,260,118 | 4,404,858 | 9,664,976 |
| (c) Commonwealth Utilities Corporation | 401 | 14,489,887 | 26,740,966 | 41,230,853 |
| (d) NM Housing Corporation | 26 | 1,110,251 | 1,189,126 | 2,299,377 |
| (e) NMI Retirement Fund | 26 | 1,163,209 | ~~4,030,350~~83,602,276 | ~~5,193,559~~84,765,485 |
| (f) Office of the Public Auditor | 22 | 1,179,787 | 895,530 | 2,075,317 |
| (g) Public Utilities Commission | 2 | 74,903 | 138,350 | 213,253 |
| (h) Commonwealth Healthcare Corporation | 496 | 22,507,865 | 13,434,269 | 35,942,134 |
| Grand Total | 1172 | 46,512,964 | ~~51,216,034~~130,787,960 | ~~97,728,998~~177,300,924 |

14

**HOUSE BILL NO.** _____ ___ _____

1        Notwithstanding the above dollar amounts, the entities above shall expend only
2  the lesser of funds actually generated, collected or received, or the amounts indicated
3  above."

4

5        **Section 2. <u>Severability</u>.**  If any provision of this Act or the application of any
6  such provision to any person or circumstance should be held invalid by a court of
7  competent jurisdiction, the remainder of this Act or the application of its provisions to
8  persons or circumstances other than those to which it is held invalid shall not be affected
9  thereby.

10      **Section 3. <u>Savings Clause</u>.**  This Act and any repealer contained herein shall not
11  be construed as affecting any existing right acquired under contract or acquired under
12  statutes repealed or under any rule, regulation, or order adopted under the statutes.
13  Repealers contained in this Act shall not affect any proceeding instituted under or
14  pursuant to prior law.  The enactment of the Act shall not have the effect of terminating,
15  or in any way modifying, any liability, civil or criminal, which shall already be in
16  existence on the date this Act becomes effective.

17      **Section 4. <u>Effective Date</u>.**  This Act shall take effect upon its approval by the
18  Governor or becoming law without such approval.


Prefiled: ___ ___ ___

Date: ___ ___        Introduced By: _____ _____ ____ _____
                                 Rep.


Reviewed for Legal Sufficiency by:

_____ _____ ___ ____

House Legal Counsel



# *House of Representatives*

18th NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

P.O. BOX 500586

SAIPAN, MP 96950

September 11, 2013

The Honorable Eloy S. Inos
Governor
Commonwealth of the Northern
    Mariana Islands
Capitol Hill
Saipan, MP 96950

Dear Governor Inos:

I have the honor of transmitting herewith for your action **H. B. No. 18-98, HD6, SS1, CCS1**, entitled: "To make appropriations for the operations and activities of the Government of the Commonwealth of the Northern Mariana Islands, its agencies, instrumentalities, and independent programs, and to provide budget authority for government corporations for Fiscal Year 2014.", which was passed by the House of Representatives and the Senate of the Eighteenth Northern Marianas Commonwealth Legislature.

Sincerely yours,

Linda B. Muña
House Clerk

Attachment

EXHIBIT A 000008 Public Law No. 18-18



### *Eighteenth Legislature*
### *of the*
### *Commonwealth of the Northern Mariana Islands*

## IN THE HOUSE OF REPRESENTATIVES

**Sixth Special Session**

**July 19, 2013**

**Representative Antonio P. Sablan**, of Saipan, Precinct 1 (*for himself,* Representatives Antonio R. Agulto, and Ramon A. Tebuteb,) in an open and public meeting with an opportunity for the public to comment, introduced the following Bill:

---

# H. B. No. 18-98

## AN ACT

## TO MAKE APPROPRIATIONS FOR THE OPERATIONS AND ACTIVITIES OF THE GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, ITS AGENCIES, INSTRUMENTALITIES, AND INDEPENDENT PROGRAMS, AND TO PROVIDE BUDGET AUTHORITY FOR GOVERNMENT CORPORATIONS FOR FISCAL YEAR 2014.

---

The Bill was not referred to a House Committee.

**THE BILL WAS PASSED BY THE HOUSE OF REPRESENTATIVES ON
FIRST AND FINAL READING, JULY 19, 2013;**
*with amendments* in the form of H. B. 18-98, HD6 and transmitted to the
**THE SENATE.**

The Bill was not referred to a Senate Committee.
**THE BILL WAS PASSED BY THE SENATE ON FIRST AND FINAL READING, AUGUST 21, 2013;**
*with amendments* in the form of H. B. 18-98, HD6, SS1;
and returned to the House of Representatives.

The House of Representatives rejected the Senate amendments and the Bill was sent to Conference, which submitted Conference Committee Report 18-2.

**THE BILL WAS FINALLY PASSED ON SEPTEMBER 11, 2013.**

**Linda B. Muña, House Clerk**



*Eighteenth Legislature*
*of the*
*Commonwealth of the Northern Mariana Islands*

# IN THE HOUSE OF REPRESENTATIVES

### THIRD DAY, SECOND REGULAR SESSION
### SEPTEMBER 11, 2013

## H. B. 18-98, HD6, SS1, CCS1

### AN ACT

### TO MAKE APPROPRIATIONS FOR THE OPERATIONS AND ACTIVITIES OF THE GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, ITS AGENCIES, INSTRUMENTALITIES, AND INDEPENDENT PROGRAMS, AND TO PROVIDE BUDGET AUTHORITY FOR GOVERNMENT CORPORATIONS FOR FISCAL YEAR 2014.

**Be it enacted by the Eighteenth Northern Marianas Commonwealth Legislature:**

### CHAPTER 1. PRELIMINARY PROVISIONS.

1

2    **Section 101. <u>Short Title</u>.** This Act may be cited as the "Appropriations and Budget

3    Authority Act of 2014."

4    **Section 102. <u>Purpose</u>.** This Act appropriates local funds for the operations and

5    activities of the Government of the Northern Mariana Islands, its agencies, instrumentalities,

6    independent agencies and political subdivisions, and provides authority for government

EXHIBIT A 000010

## HOUSE BILL 18-98, HD6, SS1, CCS1

1  corporations for Fiscal Year 2014 commencing October 1, 2013 and ending September 30,

2  2014.

3      **Section 103. Definitions.** As used in this Act:

4  (a) "B.U." means business unit.

5  (b) Government of the Commonwealth of the Northern Mariana Islands includes:

6          (1) Legislative Branch, which includes the following business units:

7                  1722    House of Representative Salaries

8                  1722a  House Member Account & Employees

9                  1754    House Leadership Account

10                 1770    Legislative Bureau

11                 1593    Youth Congress

12                 1762    Senator Salaries

13                 1764a  Senate Members Account & Employees

14                 1764    Senate Leadership Account

15         (2) Judicial Branch, which includes the following:

16                 1690    Superior Court

17                 1691    Supreme Court

18                 1692    Law Revision Commission

19                 1694    Judicial Administration

20         (3) Executive Branch, which includes the following departments and offices:

21                 (A) Offices of the Governor, which includes business units:

22                 1011    Office of the Governor

2

EXHIBIT A 000011

## HOUSE BILL 18-98, HD6, SS1, CCS1

1         (B)  Office of the Lt. Governor

2         1050    Lt. Governor's Office

3         (C)  Other Offices of the Governor and Lt. Governor

4         1014    Management and Budget

5         1016    Administrative Services

6         1017    Governor's Press Secretary

7         1018    Programs and Legislation

8         1019    Homeland Security and Emergency Management Office

9         1020    Youth Affairs

10         1023    Board of Parole

11         1033    Scholarship Fund

12         1190    Public Defender

13         1201    Carolinian Affairs

14         1202    Indigenous Affairs

15         1251    Veteran's Affairs

16         1260    Women's Affairs

17         1492    DEQ Environmental Protection

18         1493    DEQ Litter Control

19         1494    DEQ – Tinian

20         1495    DEQ – Rota

21         1496    DEQ Groundwater Protection

22         1555    Zoning

3

## HOUSE BILL 18-98, HD6, SS1, CCS1

1          1584   Criminal Justice Planning Agency

2          1915   Vocational Rehabilitation

3          1043   Office of Grants Management

4          New   Vacant Holding Account

5        (D)  Office of the Attorney General, which includes business units:

6          1170   Attorney General's Office

7          1185   AGO Consumer Counsel

8          1187   AGO – Investigations

9        (E)  Department of Community and Cultural Affairs, which includes

10   business units:

11         1200   CCA - Secretary's Office

12         1220   CCA - Div. Youth Services

13         1223   CCA - Child Care Licensing Program

14         1230   CCA - Historic Preservation

15         1240   CCA - Office on Aging

16         1250   CCA - Council for Arts & Culture

17         1252   CCA - LIHEAP

18         1557   Chamorro/Carolinian Language Commission

19        (F)  Department of Commerce, which includes business units:

20         1300   Commerce - Secretary's Office

21         1310   Commerce - Economic Dev

22         1331   Commerce - Central Statistics

4

**HOUSE BILL 18-98, HD6, SS1, CCS1**

1      1332    Commerce - ABTC

2      1333    Commerce – Enforcement

3      1334    Workers Compensation Commission

4      (G)    Department of Corrections, which includes business units:

5      1335    Department of Corrections

6      1335A Juvenile Detention

7      (H) Department of Finance, which includes business units:

8      1100    DOF - Secretary's Office

9      1110    DOF Finance and Accounting SPN

10     1120    DOF Treasury

11     1130    DOF Revenue and Taxation - Saipan

12     1140    DOF Procurement -Saipan

13     1150    DOF Customs - Saipan

14     1160    DOF Electronic Data Processing

15     1024    Passport Office

16     (I) Department of Labor, which includes business units:

17     1275    Labor - Secretary's Office

18     1280    Labor - Labor

19     1283    Administrative Hearing Office

20     1330    Labor - Employment Services

21     1583    Workforce Investment Agency

22     3430    Labor - Enforcement Fund

5

**HOUSE BILL 18-98, HD6, SS1, CCS1**

1         (J)   Department of Lands and Natural Resources, which includes

2   business units:

3         1400   DLNR - Secretary's Office

4         1410   DLNR - Agriculture - Saipan

5         1420   DLNR - Fish & Wildlife - Saipan

6         1440   DLNR - Parks & Grounds

7         1461   DLNR - Soil & Water (SPN & NI)

8         1467   DLNR - Land Registration & Survey

9         (K) Department of Public Lands, which includes business units:

10         1950   Department of Public Lands

11         (L) Department of Public Safety, which includes business units:

12         1340   DPS - Commissioner's Office

13         1350   DPS - Police - Saipan

14         1362   DPS - Administrative Div

15         1365   DPS - Bureau of Motor Vehicles

16         1370   DPS - Investigative Div

17         1380   DPS - Fire

18         1390   DPS - Boating Safety

19         1360   DPS - Training and Academy

20         1361   DPS - Criminal Justice Information Systems

21         (M)   Department of Public Works, which includes business units:

22         1470   DPW - Building Safety Code

6

## House Bill 18-98, HD6, SS1, CCS1

1     1471   DPW - Secretary's Office

2     1484   DPW - Roads and Grounds Div.

3     1485   DPW - Solid Waste Management

4     1490   DPW - Technical Services

5     (4)   First Senatorial District (Rota) which includes the following business

6     units:

7     1065   Office of the Mayor - Rota

8     1068   Mayor's Contingency Fund

9     1066   Municipal Council - Rota

10    1112   DOF - Finance & Acctg - Rota

11    1132   DOF - Revenue & Tax - Rota

12    1142   Finance - Procurement - Rota

13    1152   DOF - Customs - Rota

14    1232   Historic Preservation - Rota

15    1272   CCA - Sports & Recreation- Rota

16    1282   DOL - Labor - Rota

17    1312   Commerce - Economic Dev - Rota

18    1352   DPS - Police - Rota

19    1353   DPS - Property and Protection Fire

20    1412   DLNR - Agriculture - Rota

21    1422   DLNR - Fish & Wildlife - Rota

22    1442   DLNR - Parks & Recreation - Rota

7

## HOUSE BILL 18-98, HD6, SS1, CCS1

1      1468    DLNR - Land Registration & Survey

2      1482    DPW - Operations & Maintenance - Rota

3      1523    Public Library - Rota

4      (5) Second Senatorial District (Tinian and Aguiguan) which includes the

5      following business units:

6      1063    Mayor of Tinian - Office

7      1067    Mayor's Contingency Fund

8      1064    Municipal Council - Tinian

9      1111    Finance & Accounting - Tinian

10      1131    DOF - Revenue & Tax - Tinian

11      1141    DOF - Procurement - Tinian

12      1151    DOF - Customs - Tinian

13      1231    CCA - Historic Preservation - Tinian

14      1271    CCA - Sports & Rec - Tinian

15      1281    Labor - Tinian

16      1311    Commerce - Economic Dev - Tinian

17      1351    DPS - Police - Tinian

18      1411    DLNR - Agriculture - Tinian

19      1421    DLNR - Fish & Wildlife - Tinian

20      1441    DLNR - Parks & Recreation - Tinian

21      1462    DLNR - Soil & Water Cons - Tinian

22      1481    DPW - Operations & Maintenance - Tinian

8

### House Bill 18-98, HD6, SS1, CCS1

1        1524    Public Library – Tinian

2        New     Aging Program

3    (6)  Third Senatorial District (Saipan and the Northern Islands) which includes

4    the following governmental offices:

5        1060    Mayor of Northern Islands

6        1061    Mayor of Saipan - Mayor's Office

7        1062    Saipan and Northern Islands - Municipal Council

8    (7)  Boards and Commissions which includes the following business units:

9        1540    Civil Service Commission

10       1026    Office of Personnel Management – Saipan

11       1027    Office of Personnel Management – Tinian

12       1028    Office of Personnel Management – Rota

13       1551    Commission on Election

14       1556    Board of Professional Licensing

15       New     Public Utilities Commission

16   (8)  Other Programs which includes the following Autonomous Agencies and

17   Public Corporations:

18       1507    Commonwealth Healthcare Corp.

19       1605    Northern Marianas College

20       1606    Marianas Visitors Authority

21       1607    Public School System

22       1624    Board of Education

9

**HOUSE BILL 18-98, HD6, SS1, CCS1**

1      (9) Public Corporations which includes the following business units:

2            1605   Northern Marianas College

3            1606   Marianas Visitors Authority

4            1624   Board Of Education

5            1607   Public School System

6            1507   Commonwealth Health Care Corporation

7                    Commonwealth Development Authority

8                    Commonwealth Ports Authority

9                    Commonwealth Utilities Corporation

10                    Northern Marianas Housing Corporation

11                    Northern Mariana Retirement Fund

12                    Office of the Public Auditor

13                    Public Utilities Commission

14                    Northern Marianas Amateur Sports Association

15      (c)   "Independent programs" means government programs under separate

16 boards established by law (unless receiving appropriations or budget authority under

17 another heading), specialized general items of appropriations, and those non-profit

18 corporations and associations or organizations established outside of the Government

19 of the Commonwealth of the Northern Mariana Islands to which the Commonwealth

20 Government provides financial assistance including business units:

21            1515   PA Program Matching

22            1549   Humanities Council

10

HOUSE BILL 18-98, HD6, SS1, CCS1

1           1562    Ayuda Network

2           1568    Domestic Violence

3           1577    Marianas Bound - Karidat

4           1592    Joeten/Kiyu Public Library

5           1623    Judgments Against Government

6           3661    Commonwealth Museum

7           1951    Medicaid Reimbursement

8           1975/1979    Medical Referral

9           1980    Medicaid Agency Saipan

10         1533    Gov. Health Insurance

11         1601    MNIRF Gov/Lt.Gov Pension

12         1526    NMI DB Employer Contribution

13         1508    Substance abuse prevention

14         New    NMI DC Employer Contribution

15         New    NM Amateur Sports Association

16         1532    La Fiesta Lease

17         1534    DDC CNMI Respite Services Program P.L. 14-36

18         New    Micronesian Legal Services

19         New    Deferred Defined Benefit Restoration Fund Account

20      (d)   "Local funds" means locally generated revenues and revenues received

21      pursuant to Section 702 (a) of the Covenant.

11

 (e) "Operations" means appropriations for all lawful activities other than personnel.

 (f) "Personnel" means appropriations for salaries, employer's contribution to the Northern Marianas Retirement Fund, the Defined Contribution Plan, overtime, night differential, hazardous pay and other employee wages and benefits.

 (g) "Number of Positions"(NOP) means the maximum number of persons that may be employed, pursuant to Article X, Section 7 of the Commonwealth Constitution but does not include Workforce Investment Agency, substitute teachers, summer trainees, teacher aides, physicians, licensed professional nurses and licensed allied health providers working part-time and paid only for instructional time, student teacher trainees, or short term specialized instructors, such as visiting artists, performers, writers, and the like. For purposes of this exception, "part-time" means employment not exceeding 40 hours in any biweekly pay period, and "short-term" means not more than 90 instructional days employment within the Public School System during the fiscal year.

## CHAPTER II.  ESTIMATED REVENUES

 **Section 201.  Estimated Revenues.** Pursuant to House Concurrent Resolution No. 18-1 the total estimated revenues and resources approved and identified for FY 2014 are as follows:

I. Total identified budgetary resources     $145,954,000

II. This amount is subject to the following adjustments

 (a) Less revenue transfer to other funds:

12

## HOUSE BILL 18-98, HD6, SS1, CCS1

1　　　(1) PL 13-38 Cigarette Excise Tax to Tobacco Control　　<1,365,000>

2　　　(2) 10% Excise Tax Transfer to Solid Waste Revolving Fund　<1,585,000>

3　　　(3) CIQ reimbursement for airport overtime　　　<400,000>

4　　　(4) 4 CMC Section 1803 (b) NMIRF Hotel/container tax

5　　　　　per court order　　　　　　<2,010,000>

6　　　(5) 4 CMC Section 1803 (b) MVA hotel container tax

7　　　　　earmarking　　　　　　<7,340,000>

8　　　(6) MPLT interest for CUC under P.L. 17-7　　　<1,300,000>

9　　(b) Less debt services previously appropriated:

10　　　(1) 2003A $40 million bond repayment　　　<$960,750>

11　　　(2) 2007A refunding bond payment　　　<$5,158,500>

12　　　(3) 2007B refunding bond payment　　　<u><$2,434,750></u>

13　Subtotal　　　　　　　<$19,321,000>

14　　(c) Net FY 2014 budgetary resources available

15　　　　for appropriation　　　　　<u>$123,400,000</u>

16　　(d) Department of Public Lands　　　<u>$5,260,796</u>

17　　　Grand Total:　　　　　<u>$128,660,796</u>

18　　　　　Notwithstanding 1 CMC §7204, funds appropriated for FY 2014 shall be allotted

19　monthly except that the Commonwealth Election Commission may receive advanced monthly

20　operation allotments to prepare for the 2014 elections.

21　　　　　**Section 202. <u>Suspension of Earmarked Funds.</u>** Except for debt service obligations

22　and other earmarking of funds as permitted in Section 201 of this Chapter, the earmarking,

13

1   reservation, commitment, allotment, or allocation of funds pursuant to the following public

2   laws are hereby suspended for Fiscal Year 2014:

3           (a)  Public Laws 15-5 and 14-54 (Non-resident Worker Fund Fees to NMC and

4       PSS and 10% of Gaming Jackpot Tax to PSS); and

5           (b)  4 CMC § 1508(a) and (b) (10% of General Fund poker fees to the Human

6       Resources Development Fund [WIA] and 50% to the Retirement Fund).

7                                   **CHAPTER III.**

8   **GOVERNMENT CORPORATIONS AND DESIGNATED AGENCIES/ACTIVITIES**

9           **Section 301.  Appropriation and Budget Authority**.  Pursuant to 1 CMC § 7206 and

10  as provided herein, budget and expenditure authority for the following activities is hereby

11  approved.  Expenditures in excess of the budget authority approved herein for agencies to

12  which public funds are appropriated shall not be incurred or committed, and hiring in excess

13  of the number of positions authorized by this Act is prohibited, unless authorized by a

14  legislative joint resolution in accordance with Section 7, Article X of the N.M.I. Constitution.

| ACTIVITIES | FTE | PERSONNEL | OPERATIONS | TOTAL |
|---|---|---|---|---|
| (a)  Commonwealth Development Authority | 12 | 726,944 | 382,585 | 1,109,529 |
| (b)  Commonwealth Ports Authority | 187 | 5,260,118 | 4,404,858 | 9,664,976 |
| (c)  Commonwealth Utilities Corporation | 401 | 14,489,887 | 26,740,966 | 41,230,853 |
| (d) Northern Marianas Housing Corporation | 26 | 1,110,251 | 1,189,126 | 2,299,377 |
| (e) Northern Mariana Retirement. Fund | 26 | 1,163,209 | 4,030,350 | 5,193,559 |
| (f) Office of the Public Auditor | 22 | 1,179,787 | 895,530 | 2,075,317 |
| (g) Public Utilities Commission | 2 | 74,903 | 138,350 | 213,253 |
| (h) Commonwealth Healthcare Corporation | 496 | 22,507,865 | 13,434,269 | 35,942,134 |
| **Grand Total:** | **1172** | **$46,512,964** | **$51,216,034** | **$97,728,998** |

14

1    Notwithstanding the above dollar amounts, the entities above shall expend only the

2    lesser of funds actually generated, collected or received, or the amounts indicated above.

3    **Section 302.  Prior Certification of Funds.**

4    No contract shall be enter into with the Commonwealth or any government entity

5    therein without first receiving from the Secretary of the Department of Finance certification

6    that lawful and sufficient funds have been appropriated.  This section shall not apply to the

7    Public School System and the Northern Marianas College.

8    **Section 303.  Reporting Requirement.**  The expenditure authorities of the foregoing

9    activities listed in Section 301 shall submit to the presiding officers of the legislature, at the

10    end of each quarter, an itemized report on the expenditures for personnel and operations of

11    each government entity, and the payments of the public auditor's fee, for the quarter ended

12    and, if applicable, year-to-date totals as of the close of the reporting period.

13    Furthermore, notwithstanding any provisions or laws to the contrary, all additional

14    resources realized within the fiscal year outside of the those specified and identified under

15    this Act shall be reported to the Legislature for informational and appropriation purposes.

16    **CHAPTER IV.  ADMINISTRATION OF APPROPRIATED FUNDS**

17    **Section 401.  Management of Funds.**

18    The expenditure of the funds appropriated and allocated under this Act shall be

19    regulated and controlled by the Secretary of Finance so that no agency, department,

20    instrumentality, program, or activity may expend the funds contrary to the law or fiscal

21    management policies and practices of the Commonwealth.  Provided further that, in addition

22    to the report required under 1 CMC §7209, the Secretary of Finance shall submit at the end of

15

## HOUSE BILL 18-98, HD6, SS1, CCS1

1   each quarter, an itemized report on the expenditures for personnel and operations of each

2   business unit funded in whole or in part by the General Fund for the quarter ended and, if

3   applicable, year-to-date totals as of the close of the reporting period.

4   **Section 402. <u>Number of Positions(s) (NOP) Ceiling.</u>**

5   Employment Ceilings. Pursuant to Article X, § 7 of the Commonwealth Constitution,

6   the employment ceilings relative to the number of positions are hereby established as set

7   forth herein.

8   **Section 403. <u>Expenditure Authority.</u>**

9   (a)   The distribution and expenditure of funds shall be in compliance with the fiscal

10   expenditure authority the listed agencies have pursuant to statute and the administrative

11   provisions of this Act.

12   (b)   Except as provided in this Act, the funds appropriated pursuant to this Act shall

13   be expended by the respective expenditure authority pursuant to 1 CMC section 7401.

14   (c)   For all government agencies receiving appropriated funds for personnel or staff

15   housing, administrative and expenditure authority over housing and accompanying funds,

16   including but not limited to approval of lease agreements, is vested in the appropriate agency

17   officials designated by law as having expenditure authority.

18   **CHAPTER V. REPROGRAMMING AUTHORITY**

19   **Section 501. <u>Reprogramming Authority</u>**

20   (a) Authority to reprogram appropriated funds shall be as provided under 1 CMC §§

21   7402 and 7504, unless otherwise specified in this Act such as in section 700.

16

## HOUSE BILL 18-98, HD6, SS1, CCS1

1    (b) Notwithstanding 1 CMC §7402, in the event that the Department of Lands and

2   Natural Resources, Division of Parks and Grounds is not privatized, the Secretary of Lands

3   and Natural Resources shall have 100% reprogramming authority over the funds allocated to

4   the Division of Parks and Grounds.

5    (c) 1 CMC §7402(b) is suspended to provide the Governor with 50% reprogramming

6   authority within the Executive Branch.

7    **CHAPTER VI. SUPPLEMENTAL ADMINISTRATIVE PROVISIONS**

8    **Section 601. Utilities.** The amount appropriated for the payment of utilities shall not

9   be reprogrammed, nor shall other appropriations be reprogrammed for the payment of

10   utilities, except for the purpose of covering increased utility costs due to rate increases.

11    **Section 602. Hiring Restriction.**

12    (a) No new or vacant position shall be filled in the executive branch, except for

13   positions which are essential for the delivery of public services as determined by the

14   Governor.  The Governor shall approve the filling of new and vacant position prior to the

15   announcement of the position.

16    (b) In order to reduce the size of the Government, except for the Public School

17   System, the Northern Marianas College, the Department of Public Safety, the Department of

18   Corrections, and the Department of Finance, any position that becomes vacant shall be

19   blocked if it is not filled within 90 days.  Provided however, (1) if a Notice of Personnel

20   Action has been executed by the hiring agency and a candidate to fill the vacancy has been

21   selected or (2) an action has been initiated to fill the position by any department or agency

22   and filed at the Office of Personnel Management in Rota, Tinian, and Saipan prior to the

17

## HOUSE BILL 18-98, HD6, SS1, CCS1

1  expiration of the 90 day requirement, the vacant position(s) shall be deemed in conformance

2  within the 90 day requirement. The renewal of the contract for an existing employee shall

3  not be considered creating a vacant position. Any funds realized as a result of position

4  vacancies shall be transferred forthwith to the new Deferred Defined Benefit Restoration

5  Fund Account provided that the NOPs remain with the department or agency. The provisions

6  of 1 CMC §8135 and 1 CMC §8253 are suspended for the period of this Act.

7  **Section 603.  Additional NOPs.**

8  Notwithstanding the maximum NOPs set forth in Schedule A, the NOP ceiling for the

9  entire Executive Branch shall include an additional 50 NOPs which shall be allocated to a

10  Vacant Holding Account in the Other Offices of the Governor and Lt. Governor, which may

11  be filled at the Governor's discretion subject to the following:

12  (a) The NOPs shall be restricted to positions that are essential to the delivery

13  of public services.

14  (b) The Governor submits a quarterly report to the legislature on the utilization

15  of these 50 NOPs as follows:

16  (1) Job title and job code

17  (2) Department to which the NOP is assigned

18  (3) Base salary, grade/step if applicable

19  (4) Date of hire

20  **Section 604.  Litigation Expenditures Restricted.**

21  Except for the Governor, the Attorney General, the Chief Justice of the

22  Commonwealth Supreme Court, presiding officers of the Legislature, Mayors and municipal

18

## HOUSE BILL 18-98, HD6, SS1, CCS1

1    councils, and notwithstanding any law to the contrary, no agency expenditure authority may

2    use any part of their appropriations in connection with prosecuting a legal matter against

3    another agency, unless authorized by the Chief Justice in the case of agencies within the

4    Judicial Branch, the Governor in the case of agencies within the executive branch, and the

5    both presiding officers in the case of both houses of the Legislature, and with the concurrence

6    of the Director of the Legislative Bureau where the Legislative Bureau is a named party, and

7    Mayors in the case of agencies under their authority. The terms 'agency' and 'agencies,' as

8    used in this section, shall be liberally construed to include all instrumentalities and

9    subdivisions of the Commonwealth Government.

10    **Section 605. Public Auditor's Fee.**

11    The Public Auditor's Fee is 1% (one percent) of the total appropriations for each

12    government agency's operations and activities. Notwithstanding any other provision of law,

13    any lapsed funds from the Office of Public Auditor shall be applied first to the utility

14    payments for the Tinian Liaison Patient Guest Houses, Valley Inn (Tinian), and Rota Liaison

15    Patient Guest Houses located in Navy Hill, Valley Inn (Rota), in the event of a utility funding

16    shortfall for these specific entities, within the respective Municipality's budget. Any

17    remaining balance shall be applied to the Deferred Defined Benefit Restoration Fund

18    Account.

19    **Section 606. Northern Marianas Islands Retirement Fund.**

20    The amount of $20,000,000 is hereby appropriated to the Northern Marianas Islands

21    Retirement Fund as a single amount in lieu of payments by the Judicial Branch, Legislative

22    Branch, Executive Branch, First Senatorial District, Second Senatorial District, Third

19

1    Senatorial District, legally applicable Boards and Commissions and Independent Programs,

2    as defined in this Act.  The appropriation to the Northern Marianas Islands Retirement Fund

3    shall not be subject to the 1% Public Auditor's Fee.  Said $20,000,000 shall only be used for

4    payment of active members' and/or retirees' benefits and shall not be used for any other

5    obligations such as legal fees.

6        **Section 607.  Salary Cap Exemption.**

7        1 CMC § 8245 is hereby amended to increase the salary of the Secretary of Finance

8    up to $60,000 per annum and the salary of the Secretary of Commerce up to $54,000 per

9    annum for fiscal year 2014.

10        **CHAPTER VII.  APPROPRIATIONS.**

11        **Section 700.  In General.**

12        (a)  Funds designated in Chapter II as available for appropriation for FY 2014 are

13    hereby appropriated pursuant to this Chapter.

14        (b)  No business unit's maximum number of positions shall exceed the authorized

15    number of positions established in this Chapter, unless authorized by a joint resolution of the

16    legislature.

17        **Section 701.  Appropriation.**

18        The amount of $128,660,796 is hereby appropriated as set forth in the attached

19    Schedule A.

20        **Section 702.  Judicial Branch.**

21        (a) Notwithstanding 1 CMC §7204, without prior legislative approval, no funds

22    appropriated to the Judicial Branch in schedule A in Business Units 1690, 1691, 1692, and

20

1 1694 shall be reduced.  The Chief Justice shall be the expenditure authority for the Judicial

2 Branch.

3 **Section 703. Legislative Branch.**

4 (a) Notwithstanding 1 CMC §7204, without prior legislative approval, no funds

5 appropriated to the Legislature shall be reduced.

6 (b) Salaries of Legislative Members.

7 (1) The amount appropriated under this section to the House of

8 Representatives under "personnel" shall be used to fund the salaries and benefits of

9 the members of the House of Representatives.  The expenditure authority for the

10 amounts appropriated shall be the Secretary of Finance.

11 (2) The amount appropriated under this section to the Senate under

12 "personnel" shall be used to fund the salaries and benefits of the members of the

13 Senate.  The expenditure authority for the amounts appropriated shall be the Secretary

14 of Finance.

15 (c) Members' Office Accounts and Employees.

16 (1) Notwithstanding 1 CMC §7401(c) to the contrary, each member shall be

17 the expenditure authority of the funds allocated to their individual sub-account.

18 (2) Funds allocated for the operation of the member's office, including, but

19 not limited to, the personnel costs of the member's employees and expenditures as

20 authorized by the adopted rules of the Senate in the case of the Senate member, or the

21 adopted rules of the House of Representatives in the case of a House member, or the

22 Legislative Bureau, may be expended to defray travel and incidental expenses for the

21

**HOUSE BILL 18-98, HD6, SS1, CCS1**

1   purpose of attending to legislative business outside the member's senatorial district;

2   provided that a member may receive up to a one quarter advancement of funds

3   allocated to his or her office for expenditures.

4   (3)  Allocation of the maximum number of positions among House members

5   shall be governed by the rules of the House.

6   (4)  Allocation of the maximum number of positions among Senate members

7   shall be governed by the rules of the Senate.

8   (d)  Senate and House Leadership Accounts.

9   The presiding officer of each respective house, or his lawfully authorized

10   designee, shall be the expenditure authority and shall use such funds to support the

11   operations and activities of the House of Representatives and Senate in accordance

12   with its rules, provided that the presiding officer distributes a portion of the total

13   appropriation in equal amounts to all the standing committees for their operations and

14   activities.

15   (e) Legislative Bureau.  The expenditure authority of the funds appropriated for the

16   Legislative Bureau shall be the Director of the Legislative Bureau or his or her lawfully

17   authorized designee.

18   (f) Northern Marianas Youth Congress. The expenditure authority is vested in the

19   Director of the Legislative Bureau with the consent of the Speaker of the Northern Mariana

20   Islands Youth Congress.

21   **Section 704. Executive Branch.**

22

1    (a) Except as provided in this section, the Governor shall have authority to expend,

2    obligate, encumber, otherwise commit, all the funds appropriated to the Office of the

3    Governor and all Other Offices of the Governor and Lt. Governor.

4    (b) The Veteran's Affairs Office shall allocate 1 NOP each to Tinian and Rota and

5    these two positions shall be funded through the Veteran's Affairs Office personnel account.

6    **Section 705. First Senatorial District – Rota.**

7    (a) Except as provided in this section, the Mayor of Rota shall have authority to

8    expend, obligate, encumber, otherwise commit, without limitation or restriction, all the funds

9    appropriated to the First Senatorial District except for DPS and DPW; provided the amount

10   of $200,000 from the Mayor's allocation shall be appropriated and disbursed equally as

11   partial payment to the employees of the First Senatorial District pursuant to Public Law 7-31.

12   The resident directors of DPS and DPW shall be the expenditure authority of the funds

13   appropriated to the said departments.   Appropriations to the Municipal Council shall be

14   divided and distributed equally to each member of the Municipal Council in separate

15   accounts.   Each Municipal Council member shall be the expenditure authority of funds

16   distributed to him/her. Additionally, except as provided in this section, in accord with the

17   Superior Court's decision in the case of Inos v. Tenorio, the Mayors shall also have

18   expenditure authority over resident government departments in the First and Second

19   Senatorial districts respectively unless the Governor revokes expenditure authority in a

20   manner consistent with the Superior Court's holding in Inos v. Tenorio, to wit: expenditure

21   authority over resident departments that are primarily concerned with the delivery of public

22   services can be revoked only on a prior showing of just cause, but the Governor has

23

### HOUSE BILL 18-98, HD6, SS1, CCS1

1     discretion to revoke expenditure authority over those departments that are primarily
2     concerned with enforcing the law.

3         (b) Any shortfall in the funds from the funds appropriated as a result or due to
4     payment of overtime, retirement, or benefits shall be borne by the municipality.

5         **Section 706. Second Senatorial District – Tinian & Aguiguan.**

6         (a)  Except as provided in this section, Mayor of Tinian and Aguiguan shall have
7     authority to expend, obligate, encumber, otherwise commit or reprogram, without limitation
8     or restriction, all the funds appropriated to the Second Senatorial District; provided the
9     amount of $100,000 from the Mayor's allocation shall be appropriated and disbursed equally
10    as partial payment to the employees of the Second Senatorial District pursuant to Public Law
11    7-31. The amount of $100,000 allocated to the employees' partial payment shall not be
12    reprogrammed for any other purpose.  The chairman of the Municipal Council shall be the
13    expenditure authority of funds distributed to municipal council.  Additionally, in accord with
14    the Superior Court's decision in the case of Inos v. Tenorio, the Mayors shall also have
15    expenditure authority over resident government departments in the First and Second
16    senatorial districts respectively unless the Governor revokes expenditure authority in a
17    manner consistent with the  Superior Court's holding in Inos v. Tenorio, to wit: expenditure
18    authority over resident departments that are primarily concerned with the delivery of public
19    services can be revoked only on a prior showing of just cause, but the Governor has
20    discretion to revoke expenditure authority over those departments that are primarily
21    concerned with enforcing the law.

24

## HOUSE BILL 18-98, HD6, SS1, CCS1

1    (b)  Any shortfall in the funds from the funds appropriated as a result or due to

2    payment of overtime, retirement, or benefits shall be borne by the municipality.

3    **Section 707. Third Senatorial District – Mayor of Saipan; Mayor of the Northern**

4    **Islands; and Saipan and Northern Islands Municipal Council.**

5    The Mayor of Saipan, the Mayor of the Northern Islands, and the Chairperson of the

6    Municipal Council for Saipan and the Northern Islands shall be the expenditure authority for

7    appropriations for their respective offices.

8    **Section 708. Other Programs.**

9    (a)  Northern Marianas College.  The president of the Northern Marianas College

10   shall be the expenditure authority of the appropriated funds.

11   (b)  Marianas Visitors Authority.  The chairman of the Board of Directors of the

12   Marianas Visitors Authority shall be the expenditure authority of the appropriated funds.

13   (c) Public School System.  The Commissioner of Education or his/her designee shall

14   be the expenditure authority of the appropriated funds.

15   (d)  Board of Education.  The chairperson of the Board of Education shall be the

16   expenditure authority of the appropriated funds.

17   **Section 709.  Independent Programs.**

18   (a) Joeten-Kiyu Public Library.

19   (1) The  chairperson  of  the  Commonwealth  Library  Council  shall  be  the

20   expenditure authority of the appropriated funds.

21   (2) The Joeten Kiyu Public Library shall allocate 1 librarian aid for Rota and one

22   librarian for Tinian and these two positions shall be funded accordingly.

25

1    (b) Commonwealth Museum.  The chairperson of the Board of Governors of the

2    Commonwealth Museum or his/her designee shall be the expenditure authority of the

3    appropriated funds.

4    (c) Ayuda Network.    The chairperson of the board of directors shall be the

5    expenditure authority of the appropriated funds.

6    (d) KARIDAT.    The executive director of KARIDAT shall be the expenditure

7    authority of the appropriated funds.

8    (e) For the Domestic Violence Task Force, expenditure authority is vested in the

9    Family Violence Task Force chairperson with concurrence of the Family Violence Task

10    Force coordinator.

11    (f)  For programs and activities not specifically mentioned, the expenditure authority

12    shall be the Secretary of Finance.

13    **Section 710. Department of Public Lands.**

14    (a) Pursuant to Section 103 of Public Law 15-2, $5,260,796 is appropriated to the

15    Department of Public Lands as set forth in Schedule A; provided that $2,000,000 from

16    operations shall be allocated to develop and disburse homestead lots from Rota, Tinian, and

17    Saipan, as follows:

18        1.  $100,000 for Finafa Subdivision, Rota;

19        2.  $100,000 for West San Jose, Tinian;

20        3.  $500,000 for Marpo Heights, Tinian;

21        4.  $200,000 for Marpo San Isidro, Tinian;

22        5.  $200,000 for Marpo Pina Point, Tinian;

26

HOUSE BILL 18-98, HD6, SS1, CCS1

6.  $200,000 for Marpo Valley, Tinian;

7.  $200,000 for I Denni, Saipan;

8.  $500,000 for Baranka Subdivision, Tinian.

(b) No funds received or collected by or remitted to the Department of Public Lands pursuant to Public Law 15-2 that are in excess of the amount appropriated in this section may be reprogrammed or expended absent legislative appropriation or in violation of the Constitution.

**Section 711. Reporting Requirements.**

The expenditure authorities of the foregoing activities listed in Chapter VII shall submit to the presiding officers of the legislature, at the end of each quarter, an itemized report on the expenditures for personnel and operations of each government entity, and the payments of the public auditor's fee, for the quarter ended and, if applicable, year-to-date totals as of the close of the reporting period.

**Section 712. Outside Sources.**

The Administration's proposed expenditures include the following amounts from sources outside the General Fund which have not been identified as available for appropriation.  The Administration's proposed expenditures have been reduced by the following amounts and reflected in the amount of appropriations:

(a) Tobacco Settlement and Tobacco Control Fund

| | |
|---|---|
| (1) Medical Referral | $2,924,237 |
| (2) Medicaid Reimbursement | $355,763 |
| Total | $3,280,000 |

27

**HOUSE BILL 18-98, HD6, SS1, CCS1**

1    (b) Compact Impact

2        (1) Commonwealth Healthcare Corp.         $779,238

3        (2) Dept. of Community & Cultural Affairs

4            Division of Youth Services              $53,061

5        (3) Department of Public Safety           $516,472

6        (4) Department of Corrections             $186,653

7        (5) Office of the Governor                 $23,443

8        (6) Office of the Public Defender          $27,203

9        (7) Northern Marianas College            $167,233

10       (8) Public School System                 $177,140

11           Total                              $1,930,443

12   (c) Commonwealth Worker Fund

13       (1) Public School System                 $700,000

14       (2) Northern Marianas College            $700,000

15           Total                              $1,400,000

16       **Total Outside Sources**              $6,610,443

17   **Section 713. Allocation of Commonwealth Worker Funds.**

18       The Commonwealth Worker Funds are subject to appropriation and should have been

19   identified by the Governor as available for appropriation.  Therefore, it is recommended that

20   the Governor reallocate the distribution of the Commonwealth Worker Funds as follows:

21       (1) Public School System                 $500,000

22       (2) Northern Marianas College            $500,000

28

**HOUSE BILL 18-98, HD6, SS1, CCS1**

1    (3) Northern Marianas Trade Institute or

2    other appropriate job training program          $400,000

3                    **CHAPTER VIII. GENERAL PROVISIONS**

4    **Section 801. Severability.**  If any provision of this Act, or its application to any

5    person or circumstance, is held invalid, the invalidity does not affect other provisions or

6    applications of the Act which can be given effect without the invalid provision or

7    applications, and to this end the provisions of this Act are severable.

8    **Section 802. Savings Clause.**  This Act and any repealer contained herein shall not be

9    construed as affecting any existing right acquired under contract or acquired under statutes

10   repealed or under any rule, regulation or order adopted under the statutes.  Repealers contained

11   in this Act shall not affect any proceeding instituted under or pursuant to prior law.  The

12   enactment of this Act shall not have the effect of terminating, or in any way modifying, any

13   liability civil or criminal, which shall already be in existence at the date this Act becomes

14   effective.

29

EXHIBIT A 000038    **Public Law No. 18-18**

## HOUSE BILL 18-98, HD6, SS1, CCS1

1    **Section 803. Effective Date.**  This Act shall become law upon its approval by the

2    Governor or it becoming law without such approval.


*Attested to by:* _____

**Linda B. Muña, House Clerk**


*Certified by:* _____

**SPEAKER JOSEPH P. DELEON GUERRERO**
*House of Representatives*
*18th Northern Marianas Commonwealth Legislature*


APPROVED this 18 TH day of SEPTEMBER, 2013

_____

**ELOY S. INOS**
*Governor*
*Commonwealth of the Northern Mariana Islands*


30

## H.B 18-98, HD6, SS1, CCS1

### Schedule A

| Judicial Branch | NOP | Personnel | Operations | Utilities | Total |
|---|---|---|---|---|---|
| Supreme Court | 11 | 833,308 | 8,333 | 0 | $841,641 |
| Superior Court | 42 | 1,849,396 | 18,494 | 0 | $1,867,890 |
| Administration | 18 | 516,485 | 398,583 | 544,000 | $1,459,068 |
| Law Revision Comm. | 4 | 195,252 | 29,033 | 0 | $224,285 |
| | | | | | |
| Total | 75 | $3,394,441 | $454,443 | $544,000 | $4,392,884 |

| Legislative Branch | NOP | Personnel | Operations | Utilities | Total |
|---|---|---|---|---|---|
| House Member's Salary | 20 | 862,242 | 0 | 0 | $862,242 |
| House Member's Allocation | 45 | 0 | 1,532,107 | 0 | $1,532,107 |
| House Leadership Account | 0 | 0 | 179,388 | 0 | $179,388 |
| Senate Member''s Salary | 9 | 389,031 | 0 | 0 | $389,031 |
| Senate Member's Allocation | 27 | 0 | 689,448 | 0 | $689,448 |
| Senate Leadership Account | 0 | 0 | 179,388 | 0 | $179,388 |
| Legislative Bureau | 24 | 1,193,885 | 151,355 | 67,626 | $1,412,866 |
| CNMI Youth Congress | 1 | 21,095 | 16,596 | 0 | $37,691 |
| | | | | | |
| Total | 126 | $2,466,253 | $2,748,282 | $67,626 | $5,282,161 |

| Executive Branch | NOP | Personnel | Operations | Utilities | Total |
|---|---|---|---|---|---|
| Office of the Governor | 7 | 414,580 | 350,000 | 23,304 | $787,884 |
| Office of the Lt. Governor | 4 | 211,654 | 300,000 | 15,000 | $526,654 |
| Other Offices of Gov. & Lt. Gov. | | | | | |
| OMB | 6 | 263,083 | 16,124 | 0 | $279,207 |
| Admin | 15 | 430,816 | 108,004 | 85,558 | $624,378 |
| CNMI HSEMA | 15 | 147,162 | 43,805 | 193,325 | $384,292 |
| Youth Affairs | 3 | 105,828 | 1,058 | 0 | $106,886 |
| Board of Parole | 3 | 93,526 | 10,965 | 7,200 | $111,691 |
| Scholarship | 3 | 92,026 | 1,224,104 | 3,368 | $1,319,498 |
| PDO | 8 | 413,027 | 20,000 | 37,800 | $470,827 |
| Carolinian Affairs | 3 | 106,918 | 9,180 | 3,116 | $119,214 |
| Indegenous Affairs | 0 | 1 | 0 | 0 | $1 |
| Veterans Affairs | 4 | 110,598 | 1,328 | 11,818 | $123,744 |
| Women's Affairs | 2 | 76,588 | 190 | 0 | $76,778 |
| Environmental Protection | 1 | 19,072 | 191 | 0 | $19,263 |
| DEQ Liter Control | 2 | 49,364 | 65,263 | 0 | $114,627 |
| DEQ Tinian | 1 | 17,456 | 175 | 0 | $17,631 |
| Zoning Board | 6 | 208,382 | 6,153 | 2,880 | $217,415 |

1

| | NOP | Personnel | Operations | Utilities | Total |
|---|---|---|---|---|---|
| CJPA | 2 | 82,916 | 949 | 12,000 | $95,865 |
| Vocational Rehab. | 0 | 0 | 55,866 | 0 | $55,866 |
| Office of Grants Manage. | 5 | 217,110 | 6,534 | 0 | $223,644 |
| Vacant Holding Account | 50 | 0 | 0 | 0 | $0 |
| **Subtotal Other Offices of Gov. & Lt. Gov.** | | 2,433,873 | 1,569,889 | 357,065 | $4,360,827 |
| | | | | | |
| **Total** | **140** | **$3,060,107** | **$2,219,889** | **$395,369** | **$5,675,365** |
| | | | | | |
| | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
| **Attorney General** | 41 | 1,935,981 | 220,384 | 48,880 | $2,205,245 |
| Consumer Counsel | 1 | 38,200 | 382 | 0 | $38,582 |
| Investigation Unit | 2 | 80,217 | 802 | 0 | $81,019 |
| Special Investigation | 0 | 0 | 0 | | $0 |
| **Total** | **44** | **$2,054,398** | **$221,568** | **$48,880** | **$2,324,846** |
| | | | | | |
| **Dept. of Commerce** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
| Office of the Secretary | 10 | 326,198 | 34,282 | 33,200 | $393,680 |
| Economic Development | 6 | 183,244 | 2,082 | 0 | $185,326 |
| Cntr Stats | 2 | 88,732 | 887 | 0 | $89,619 |
| ABTC | 3 | 86,567 | 1,103 | 0 | $87,670 |
| Enforcement & Comp. | 4 | 122,834 | 1,228 | 0 | $124,062 |
| Workers Comp Comm | 3 | 99,562 | 1,000 | 0 | $100,562 |
| **Total** | **28** | **$907,137** | **$40,582** | **$33,200** | **$980,919** |
| | | | | | |
| **Community and Cult. Aff.** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
| Office of the Secretary | 5 | 163,984 | 31,155 | 768,680 | $963,819 |
| DYS | 14 | 295,055 | 32,089 | 0 | $327,144 |
| Child Care Lic | 2 | 32,409 | 6,946 | 0 | $39,355 |
| Historic Preserv. | 5 | 145,527 | 17,615 | 0 | $163,142 |
| Aging | 6 | 109,835 | 67,287 | 0 | $177,122 |
| Arts Council | 7 | 156,774 | 35,908 | 0 | $192,682 |
| LIHEAP | 2 | 40,550 | 9,447 | 80,000 | $129,997 |
| Sports and Rec | 0 | 0 | 0 | 0 | $0 |
| Chamorro/Carolinian Lge Comm | 5 | 141,513 | 7,718 | 0 | $149,231 |
| **Total** | **46** | **$1,085,647** | **$208,165** | **$848,680** | **$2,142,492** |
| | | | | | |
| **Dept. of Corrections** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
| Corrections | 86 | 1,823,314 | 751,855 | 293,912 | $2,869,081 |
| Juvenile Detention | 18 | 403,456 | 38,765 | 160,000 | $602,221 |
| **Total** | **104** | **$2,226,770** | **$790,620** | **$453,912** | **$3,471,302** |
| | | | | | |
| **Department of Finance** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |

2

000040

| Office of the Secretary | 8 | 324,624 | 81,210 | 201,224 | $607,058 |
|---|---|---|---|---|---|
| Finance & Accounting | 23 | 633,235 | 32,996 | 0 | $666,231 |
| Treasury | 5 | 137,459 | 84,599 | 0 | $222,058 |
| Rev. & Tax | 33 | 810,472 | 169,645 | 0 | $980,117 |
| Procurement & Supply | 7 | 222,195 | 37,947 | 0 | $260,142 |
| Customs | 52 | 1,076,410 | 200,505 | 0 | $1,276,915 |
| EDP | 11 | 279,696 | 296,465 | 0 | $576,161 |
| Passport Office | 3 | 82,597 | 6,482 | 0 | $89,079 |
| **Total** | **142** | **$3,566,688** | **$909,849** | **$201,224** | **$4,677,761** |

| **Department of Labor** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
|---|---|---|---|---|---|
| Office of the Secretary | 5 | 167,278 | 43,215 | 22,400 | $232,893 |
| Labor | 2 | 49,846 | 498 | | $50,344 |
| Admin Hearing | 2 | 81,704 | 817 | | $82,521 |
| Employment Service | 4 | 99,980 | 1,000 | | $100,980 |
| WIA | 4 | 107,474 | 3,563 | 6,400 | $117,437 |
| C/L Enforcement | 4 | 97,296 | 1,000 | | $98,296 |
| **Total** | **21** | **$603,578** | **$50,093** | **$28,800** | **$682,471** |

| **Department of Lands & Nat. Resources** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
|---|---|---|---|---|---|
| Office of the Secretary | 5 | 202,644 | 12,491 | 198,020 | $413,155 |
| Agriculture | 25 | 567,589 | 15,829 | 0 | $583,418 |
| FWL | 7 | 163,409 | 4,260 | 0 | $167,669 |
| Parks and Grounds | 25 | 0 | 468,079 | 0 | $468,079 |
| Soil & Water | 1 | 24,332 | 2,263 | 0 | $26,595 |
| Land Registration | 12 | 258,908 | 4,771 | 0 | $263,679 |
| **Total** | **75** | **$1,216,882** | **$507,693** | **$198,020** | **$1,922,595** |

| **Department of Public Safety** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
|---|---|---|---|---|---|
| Commissioner | 6 | 199,409 | 48,536 | 0 | $247,945 |
| Police | 103 | 2,280,967 | 412,986 | 0 | $2,693,953 |
| Training & Academy | 0 | 0 | 0 | 0 | $0 |
| Administration | 8 | 218,894 | 70,034 | 694,087 | $983,015 |
| Motor Vehicle | 9 | 194,034 | 33,048 | | $227,082 |
| Investigation Division | 16 | 531,110 | 19,451 | | $550,561 |
| Fire | 70 | 2,276,996 | 160,130 | | $2,437,126 |
| Boating Safety | 3 | 74,200 | 1,954 | | $76,154 |
| **Total** | **215** | **$5,775,610** | **$746,139** | **$694,087** | **$7,215,836** |

| **Department of Public Works** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
|---|---|---|---|---|---|
| Office of the Secretary | 14 | 454,138 | 199,459 | 1,649,653 | $2,303,250 |
| Objective Classification 65350 | 0 | 0 | 50,000 | 0 | $50,000 |

3

| | 8 | 236,292 | 22,058 | 0 | $258,350 |
|---|---|---|---|---|---|
| Building Safety | 8 | 236,292 | 22,058 | 0 | $258,350 |
| Roads & Grounds | 23 | 516,345 | 40,954 | 0 | $557,299 |
| Solid Waste | 13 | 275,313 | 2,753 | 0 | $278,066 |
| Technical Services | 19 | 597,596 | 4,976 | 0 | $602,572 |
| **Total** | **77** | **$2,079,684** | **$320,200** | **$1,649,653** | **$4,049,537** |

| First Senatorial District-Rota | NOP | Personnel | Operations | Utilities | Total |
|---|---|---|---|---|---|
| Mayor Rota | 96 | 1,490,900 | 341,786 | 465,136 | $2,297,822 |
| Mayor Rota Contingency | 0 | 0 | 0 | 0 | $0 |
| Municipal Council Rota | 12 | 195,832 | 20,000 | 0 | $215,832 |
| Finance & Acctg. Rota | 3 | 88,059 | 1,593 | 0 | $89,652 |
| Revenue & Tax Rota | 3 | 47,202 | 1,813 | 0 | $49,015 |
| Procurement & Supply Rota | 2 | 41,393 | 546 | 0 | $41,939 |
| Customs Service Rota | 6 | 111,345 | 4,587 | 0 | $115,932 |
| Historic Preservation Rota | 2 | 34,025 | 3,000 | 0 | $37,025 |
| Sports & Rec. Rota | 6 | 147,530 | 5,828 | 0 | $153,358 |
| Labor Rota | 4 | 112,099 | 10,000 | 0 | $122,099 |
| Commerce | 7 | 182,530 | 10,000 | 0 | $192,530 |
| Police | 30 | 605,734 | 33,931 | 0 | $639,665 |
| Prot. & Prop. | 13 | 219,360 | 6,629 | 0 | $225,989 |
| Agriculture Rota | 18 | 432,013 | 57,124 | 0 | $489,137 |
| Fish & Wildlife Rota | 5 | 58,982 | 3,668 | 0 | $62,650 |
| Parks & Recreation Rota | 2 | 28,997 | 20,000 | 0 | $48,997 |
| Land Registration Rota | 3 | 65,985 | 1,444 | 0 | $67,429 |
| DPW | 26 | 560,000 | 50,000 | 0 | $610,000 |
| Rota Public Library | 2 | 50,000 | 1,000 | 0 | $51,000 |
| **Total** | **240** | **$4,471,986** | **$572,949** | **$465,136** | **$5,510,071** |

| Second Senatorial District-Tinian & Aguiguan | NOP | Personnel | Operations | Utilities | Total |
|---|---|---|---|---|---|
| Mayor of Tinian | 111 | 2,302,937 | 365,016 | 583,691 | $3,251,644 |
| Mayor Tinian Contingency | 0 | 0 | 0 | 0 | $0 |
| Municipal Council Tinian | 5 | 86,382 | 109,748 | 5,000 | $201,130 |
| Finance & Acctg. Tinian | 2 | 70,706 | 18,786 | 0 | $89,492 |
| Revenue & Tax Tinian | 1 | 20,274 | 2,223 | 0 | $22,497 |
| Procurement & Supply Tinian | 2 | 41,314 | 413 | 0 | $41,727 |
| Customs Service Tinian | 3 | 95,437 | 4,237 | 0 | $99,674 |
| Historic Preservation Tinian | 2 | 53,682 | 4,223 | 0 | $57,905 |
| Sports & Rec. Tinian | 3 | 83,739 | 6,796 | 0 | $90,535 |
| Labor Tinian | 6 | 171,329 | 30,655 | 0 | $201,984 |
| Commerce | 5 | 95,079 | 23,100 | 0 | $118,179 |
| Police | 38 | 934,275 | 85,598 | 0 | $1,019,873 |
| Agriculture Tinian | 11 | 283,819 | 25,134 | 0 | $308,953 |

4

| | 4 | 52,456 | 4,262 | 0 | $56,718 |
|---|---|---|---|---|---|
| Fish & Wildlife Tinian | 4 | 52,456 | 4,262 | 0 | $56,718 |
| Parks & Recreation Tinian | 3 | 67,480 | 5,220 | 0 | $72,700 |
| Aging Program | 2 | 45,812 | 10,558 | 0 | $56,370 |
| DPW | 6 | 145,492 | 30,749 | 0 | $176,241 |
| Tinian Public Library | 2 | 39,276 | 12,008 | 0 | $51,284 |
| **Total** | **206** | **$4,589,489** | **$738,726** | **$588,691** | **$5,916,906** |

| Third Senatorial District- Spn N.I. Mayors an | NOP | Personnel | Operations | Utilities | Total |
|---|---|---|---|---|---|
| Saipan Mayor | 39 | 928,191 | 379,805 | 37,600 | $1,345,596 |
| N.I. Mayor | 17 | 219,424 | 83,730 | 5,600 | $308,754 |
| Saipan Mun. Council | 3 | 72,839 | 32,514 | 3,304 | $108,657 |
| Third Sen. Dist. Del., SLL 16-4, sec. 2c | 0 | 0 | 0 | | $0 |
| **Total** | **59** | **$1,220,454** | **$496,049** | **$46,504** | **$1,763,007** |

| **Boards and Commissions** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
|---|---|---|---|---|---|
| Civil Service Commission | 2 | 93,004 | 70,378 | 2,694 | $166,076 |
| OPM Saipan | 14 | 492,017 | 55,423 | 30,000 | $577,440 |
| OPM Tinian | 2 | 72,847 | 8,298 | 3,360 | $84,505 |
| OPM Rota | 2 | 49,934 | 7,049 | 1,933 | $58,916 |
| Election Commission | 5 | 151,120 | 124,006 | 7,325 | $282,451 |
| Board of Professional Licensing | 3 | 110,851 | 15,472 | 4,371 | $130,694 |
| **Total** | **28** | **$969,773** | **$280,626** | **$49,683** | **$1,300,082** |

| **Independent Programs** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
|---|---|---|---|---|---|
| Public Assistance | 0 | 0 | 12,928 | 0 | $12,928 |
| Humanities Council | 0 | 0 | 2,303 | 0 | $2,303 |
| Ayuda Network | 0 | 0 | 24,207 | 0 | $24,207 |
| Domestice Violence | 0 | 0 | 17,304 | 0 | $17,304 |
| Karidat | 0 | 0 | 27,070 | 0 | $27,070 |
| Government Utilities | 0 | 0 | 0 | 0 | $0 |
| Joeten Kiyu Library | 10 | 269,633 | 18,895 | 144,000 | $432,528 |
| Judgments | 0 | 0 | 8,000 | 0 | $8,000 |
| CNMI Museum | 2 | 85,098 | 9,810 | 19,200 | $114,108 |
| Medicaid Reimbursement | 0 | 0 | 3,945,306 | 0 | $3,945,306 |
| Medical Referral | 16 | 556,801 | 314,272 | 0 | $871,073 |
| Medicaid Admin | 10 | 100,639 | 50,809 | 6,397 | $157,845 |
| Government Health Ins. | 0 | 700,000 | 7,000 | 0 | $707,000 |
| Retmt Gov/L Gov | 0 | 141,570 | 1,416 | 0 | $142,986 |
| NMI DB Employer Cont. | 0 | 20,000,000 | 0 | 0 | $20,000,000 |
| Substance Abuse Prevention | 0 | 0 | 23,800 | 0 | $23,800 |
| NMI DC Employer Cont. | 0 | 436,809 | 4,368 | 0 | $441,177 |

| NM Amateur Sports Assoc. | 4 | 84,660 | 72,568 | 36,000 | $193,228 |
| La Fiesta Lease | 0 | 0 | 0 | 0 | $0 |
| DDC CNMI Respite Service Prog. | 0 | 0 | 49,742 | 3,360 | $53,102 |
| Micronesian Legal Services | 0 | 0 | 10,000 | 0 | $10,000 |
| **Total** | **42** | **$22,375,210** | **$4,599,798** | **$208,957** | **$27,183,965** |

| **Other Programs** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
|---|---|---|---|---|---|
| CHC Subsidy | 0 | 0 | 1,220,762 | 0 | $1,220,762 |
| NMC | 117 | 0 | 4,162,667 | 0 | $4,162,667 |
| MVA | 37 | 0 | 1,161,650 | 0 | $1,161,650 |
| PSS | 808 | 0 | 32,190,464 | 0 | $32,190,464 |
| PSS Board | 3 | 0 | 172,257 | 0 | $172,257 |
| **Total** | **965** | **$0** | **$38,907,800** | **$0** | **$38,907,800** |

| **GENERAL FUND GRAND TOTAL:** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
|---|---|---|---|---|---|
| | **2,633** | **62,064,107** | **54,813,471** | **6,522,422** | **$123,400,000** |

| **Department of Public Lands** | **NOP** | **Personnel** | **Operations** | **Utilities** | **Total** |
|---|---|---|---|---|---|
| | 67 | 2,018,750 | 3,142,686 | 99,360 | $5,260,796 |

| **GRAND TOTAL INCLUDING DPL** | **$2,700** | **$64,082,857** | **$57,956,157** | **$6,621,782** | **$128,660,796** |