EXHIBIT B 000001

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION IV
SECURITY PROCEDURES

| | |
|---|---|
| TOPIC: **COMMUNICATONS** | POLICY STATEMENT NO; 4.22 |
| DATE ORIGINATED: 4/03 | PAGE 1 OF 3 |
| REVISED: August 9, 2013 | |

### I. PURPOSE

To establish ways for minors detained at the Kagman Juvenile Detention and Correctional Facility to communicate with officials, friends, relatives and others who may not be allowed to visit.

### II. TELEPHONE POLICY

A. A minor shall have the opportunity to call (telephone) his/her parents, attorney and/or employer at the time s/he is admitted to the facility.

B. Staff members shall allow minors to make earned telephone calls at convenient times during Housing/Living Unit activities. Earned telephone calls shall be limited to 10 minutes. If a minor's earned telephone call is interrupted because of telephone problems or for safety and security reasons, the minor shall be allowed to place a second call at a later time to finish the authorized 10 minutes. Telephone calls shall not extend past a minor's assigned bedtime and no telephone call shall be initiated after 2200 hours.

C. A minor shall be allowed to call his/her attorney upon request during normal business hours. If a minor wants to call his/her attorney during non-business hours, the minor must have written instructions from his/her attorney to do so. The length of time of the attorney telephone call shall not be restricted. Staff shall proceed as follows:

   (1) The minor shall tell staff they wish to call their attorney.

   (2) Staff will dial the number provided by the minor and wait until the person answering the telephone identifies him/herself as the named attorney.

   (3) Staff shall then give the telephone to the minor and shall not monitor the conversation in any manner.

### III. MAIL POLICY

A. Mail To and From Legal Counsel: Residents will be allowed to receive and send mail to their legal counsel and/or the courts without censorship. Staff is not allowed to read incoming or outgoing mail to the resident's legal counsel and/or the courts. Incoming mail from a resident's legal counsel and/or the courts will be opened in front of the

000001

resident and shaken out to ensure that no contraband is coming into the facility. Minors and Staff delivering this mail shall together with the minor initial the envelope after the minor has taken possession of the mail. Letters written by the resident to their legal counsel and/or the courts will be put into an envelope and sealed in front of a staff member and minor.

B. There shall be no limitation of the volume of mail a minor may send or receive while in custody.

C. All incoming mail, other than mail from legal counsel and/or the courts shall be opened by the minor in the presence of the Supervisor and shall be inspected for contraband. The Supervisor will scan/browse the mail for any threats to the Safety and Security of the institution.

D. Mail will be given to the resident the same day it is received.

E. If any contraband is seized from incoming mail, it will be disposed in accordance with applicable facility procedures. If contraband is found in any outgoing mail the sender shall be subject to disciplinary action. Residents mail can not be censored (sections deleted, crossed out or altered) by facility staff, if staff feels that a letter contains information which threatens the safety or security of the institution or the general public s/he may withhold mailing the letter and report the incident up the chain of command for further action

F. All outgoing mail to persons other than legal counsel, the courts and/or parents will be put in an addressed envelope and given to facility staff, unsealed. Staff will inspect to ensure the mail is free from contraband and/or escape plans prior to sealing the envelope.

G. All mail will come and go through the Postal System. Persons or visitors are not allowed to be used as carriers for mail.

H. Staff shall ensure that resident's mail are delivered to and picked up from the post office daily.

I. Stamps and envelopes will be provided to all residents as needed free of charge.

## IV. KITES (Mail System within a Correctional Institution)

A. If a minor wants to communicate with any Official, Commissioner, Director, Probation Officer, Social Worker, an Attorney or Supervisor, s/he may complete a "Kite" containing:

    (1) Minor's name
    (2) Name of the person the minor wishes to contact
    (3) Contact information (i.e. phone number, address, etc.)
    (4) Reason for the contact.

B. The minor shall give the Kite to any staff member, who shall then take the Kite immediately to the Shift Supervisor. The Shift Supervisor shall immediately bring the Kite to the attention of the Juvenile Corrections Officer without delay. The Juvenile

EXHIBIT B 000003

Corrections Officer shall forward the Kite to the appropriate person, or shall call that person if the minor request indicates that the matter is urgent.

C. The Minor can communicate urgent matters or grievances directly to the Commissioner and/or Director of Corrections by depositing a kite directly into the "Suggestion Box" provided specifically for this purpose without fear of reprisal or retaliation. All kites received in this manner will be treated with confidence. Only the Commissioner of Corrections has the key to this box.

Any changes to this Policy Statement must be approved by Commissioner and/or Director of Corrections.

Approved by: _____          Date: _____
Gregory F. Castro
Director, DOC

EXHIBIT B 000004




# DEPARTMENT OF CORRECTIONS

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515

**Eloy S. Inos**
GOVERNOR

**Jude U. Hofschneider**
LT. GOVERNOR

RECEIVED
Office of the Attorney General
Civil Division
Date: 8.14.80/3
Time: 1123 am
Rec'd by:

**Ramon C. Mafnas**
COMMISSIONER

**Training for KJD&CF**
**Subject: Communication**
**Policy Statement No: 4.22**

**Date: August 13, 2013**

| Name | Rank | Signature | Date |
|------|------|-----------|------|
| AUGUSTIN C. AGUON | TT | | 8/13/12 |
| Iguel, Matthew | JCWI | | 08/13/13 |
| Santos, Sheelane S. | JCW I | | 08/13/13 |
| TEIGITA, MARGARET ANTONETTE | JCW III | | 08.13.13 |
| Joey Teregeyo | JCW III | | 08.13.13 |
| HENRY KAIPAT | JCW 1 | | 08.13.13 |
| Pedro I. Ngotel | JCW1 | | 8.13.13 |
| TEREGEYO, SYLVAN L. | JCWI | | 08.13.13 |
| Claudia Guerrero | JCW/ | | 8.13.13 |
| DUWAYNIU SAKISAT | JCW i | | 08.13.13 |
| Benjamin Tagabuel | JCW III | | 8.13.13 |
| LEELAND BACKMAN | JCW.1 | | 8/13/13 |
| Ricardo Raza | JCW | | 8/13/13 |
| VINCENT LIMES | JCW II | | 08/13/13 |
| Thelma Kapileo | JCW I | | 8/13/13 |
| Bill John Tagabuel | JCW I | | 8/13/13 |
| David Dibuhurus | Cpt. | | 8/13/13 |

**Training Conducted by:** _____
Georgia M. Cabrera
Corrections Captain

**Date:** 8/13/13

Page 1 of 1.