1  OFFICE OF THE ATTORNEY GENERAL
   Joey Patrick San Nicolas
2  Attorney General

3  Teresita J. Sablan (T0089)
   Assistant Attorney General
4  Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
   Saipan, MP  96950-8907
5  Tel:   (670)-664-2341
   Fax:   (670)-664-2349
6  e-mail: sablan.teresita@gmail.com

7  *Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS et al.,<br><br>　　　　Defendants. | CIVIL CASE No. 99-00017<br><br>**DECLARATION OF GEORGIA M. CABRERA**<br><br>Judge: Hon. Ramona V. Manglona<br>Date:<br>Time: |

I, Georgia M. Cabrera, hereby declare as follows:

1. I am over the age of eighteen years old. I have personal knowledge of the matters stated herein and, if called upon to testify, could and would testify competently thereto.

2. I began working at the Department of Corrections ("DOC") in 1995. Aside from an eight-month separation in 2010, I have been employed at DOC since 1995. I am currently a Captain at DOC, and I am familiar with the policies and procedures at the Juvenile Detention Unit ("JDU").

3. Pursuant to Policy No. 4.22, a "Suggestion Box" was installed at JDU. The box is locked and only the Commissioner of DOC has a key to the box. The Suggestion Box is checked each week, unless the Commissioner is on leave.

4. On a weekly basis, the Commissioner gives the key to the officer assigned to the

Professional Standard Unit ("PSU"). The PSU Officer then goes to JDU to collect the contents of the Suggestion Box. If there are any submissions in the Suggestion Box, the PSU Officer has been directed to deliver such submissions directly to the Commissioner. As of the date of this declaration, there have been no comments or grievances submitted to the Suggestion Box.

I declare under penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands that the foregoing is true and correct and was executed this 7th day of October 2013.

Georgia M. Cabrera