# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-99-0017                                                                October 8, 2013
                                                                          8:35 a.m.

**UNITED STATES OF AMERICA -vs- COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           TINA MATSUNAGA, COURTROOM DEPUTY
           BERTHA CAMACHO, COURT RECORDER
           JEFFREY MURRAY, ATTORNEY FOR PLAINTIFF *(via Telephone)*
           TERESITA SABLAN, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   STATUS CONFERENCE

Attorney Jeffrey Murray appeared telephonically on behalf of the Plaintiff. Attorney Teresita Sablan appeared on behalf of the Defendants. Also present in court were Director Gregory Castro and Captain Georgia Cabrera, Department of Corrections.

Court reviewed the Status Report and discussed its concerns with the parties.

Court set another Status Conference on December 3, 2013 at 8:30 a.m. Should the parties reach a resolution before this date, this hearing shall be vacated.

                                        Adjourned 8:50 a.m.


                                        */s/*Tina P. Matsunaga, Courtroom Deputy