JOCELYN SAMUELS
Acting Assistant Attorney General
JONATHAN M. SMITH
Chief
Special Litigation Section
SHELLEY R. JACKSON
Deputy Chief
Special Litigation Section
JEFFREY R. MURRAY
Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
601 D. Street, N.W.
Washington, D.C.  20004
PHONE:  (202) 353-9269
FAX:  (202) 514-0212

ALICIA A.G. LIMTIACO
United States Attorney
MIKEL SCWHAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS** et al., <br><br> Defendants. | CIVIL CASE No. 99-00017 <br><br> **REQUEST FOR PLAINTIFF'S ATTORNEY TO ATTEND HEARING VIA TELECONFERENCE** <br><br> Judge: Hon. Ramona V. Manglona <br> Date: December 6, 2013 <br> Time: 8:30 a.m. |

1

2       Plaintiff, United States of America, hereby requests the Court's permission for its

3  attorney, Jeffrey Murray, of the U.S. Department of Justice, Civil Rights Division, Special

4  Litigation Section, to appear telephonically for the status conference scheduled for Friday,

5  December 6, 2013 at 8:30 am.

6       RESPECTFULLY SUBMITTED: this 4th day of December, 2013.

7                                        JOCELYN SAMUELS
                                         Acting Assistant Attorney General
8                                        United States Department of Justice
                                         Civil Rights Division
9
                                    By:  /s/ Jeffrey R. Murray
10                                       JONATHAN M. SMITH
                                         Chief
11                                       SHELLEY R. JACKSON
                                         Deputy Chief
12                                       JEFFREY R. MURRAY
                                         Trial Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28