# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-99-0017                                                                December 6, 2013
                                                                          8:30 a.m.

**UNITED STATES OF AMERICA -vs- COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           AMANDA HAYES, COURTROOM DEPUTY
           DANIEL BROWN, COURT RECORDER
           JEFFREY MURRAY, ATTORNEY FOR PLAINTIFF *(via Telephone)*
           TERESITA SABLAN, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   STATUS CONFERENCE

Attorney Jeffrey Murray appeared telephonically on behalf of the Plaintiff. Attorney Teresita Sablan appeared on behalf of the Defendants. Also present in court were Commissioner Ray Mafnas, Director Gregory Castro, Captain Georgia Cabrera, and Captain Jose Pangelinan, Department of Corrections.

Attorney Sablan informed the Court that a joint motion is being finalized to terminate the Consent Decree. Attorney Murray concurred.

Court set another Status Conference on January 16, 2014 at 8:30 a.m. Should the parties reach a resolution before this date, this hearing shall be vacated.

                                                  Adjourned 8:40 a.m.

                                                  */s/* Amanda Hayes, Courtroom Deputy