JOCELYN SAMUELS
Acting Assistant Attorney General
ROY L. AUSTIN
Deputy Assistant Attorney General
JONATHAN M. SMITH
Chief
SHELLEY R. JACKSON
Deputy Chief
JEFFREY R. MURRAY
Trial Attorney
Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
PHONE: (202) 353-9269
FAX: (202) 514-0212

ALICIA A.G. LIMTIACO
United States Attorney
MIKEL SCWHAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

*Attorneys for the United States of America*

OFFICE OF THE ATTORNEY GENERAL
Joey Patrick San Nicolas
Attorney General

Teresita J. Sablan (F0480)
Assistant Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel:   (670)-664-2341
Fax:   (670)-664-2349
e-mail: sablan.teresita@gmail.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS** et al., <br><br> Defendants. | CIVIL CASE No. 99-00017 <br><br> **JOINT MOTION TO CONTINUE STATUS CONFERENCE** <br><br> Judge: Hon. Ramona V. Manglona <br> Date: January 16, 2014 <br> Time: 8:30 a.m. |

Plaintiff United States of America, and Defendants, the Commonwealth of the Northern Mariana Islands, the Governor of the Northern Mariana Islands, the Commissioner of the Department of Corrections,[1] and the Secretary of the Department of Community and Cultural Affairs (collectively, "the Commonwealth"), through undersigned counsel, respectfully request that the Status Conference scheduled for January 16, 2014, at 8:30 a.m. be continued and rescheduled for January 30, 2014. As reported to the Court during the December 6, 2014 status conference, the United States and the Commonwealth have been working together on a motion to terminate the Consent Decree in this case with the intention of filing the motion prior to the next status conference. Additional time is needed to finalize and submit the joint motion.

Further, Plaintiff requests the Court's permission for its attorney, Jeffrey R. Murray, of the United States Department of Justice, Civil Rights Division, Special Litigation Section, to participate telephonically in the status conference.

RESPECTFULLY SUBMITTED this 15th day of January 2014.

---

[1] The Commissioner of Corrections succeeded the Commissioner of Public Safety, the Secretary of Labor, and the Secretary of Community and Cultural Affairs as the official in charge of the detention facilities that are the subject of the Consent Decree.

**For the Commonwealth Defendants:**

/s/ Teresita J. Sablan
Teresita J. Sablan (T0089)
Assistant Attorney General

**For the United States:**

JOCELYN SAMUELS
Acting Assistant Attorney General
United States Department of Justice
Civil Rights Division

By:  /s/ Jeffrey R. Murray
JEFFREY R. MURRAY
Trial Attorney