F I L E D
Clerk
District Court
JAN 15 2014
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS et al.,

    Defendants.

Case No. 1:99-CV-00017

**ORDER GRANTING JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The Court, having reviewed the parties' Joint Motion to Continue Status Conference (ECF No. 59), and good cause being found, hereby GRANTS the Motion. The Status Conference set for January 16, 2014, at 8:30 a.m. is rescheduled to January 30, 2014, at 8:30 a.m. Plaintiff's attorney Jeffrey R. Murray may appear by telephone.

                  **SO ORDERED** on January 15, 2014.

_____
RAMONA V. MANGLONA, Chief Judge