F I L E D
Clerk
District Court

JAN 30 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CV-99-0017                                                January 30, 2014
                                                          8:41 a.m.

**UNITED STATES OF AMERICA -vs- COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           MICHELLE C. MACARANAS, DEPUTY CLERK
           DANIEL ISAAC BROWN, DEPUTY CLERK
           JEFFREY MURRAY, ATTORNEY FOR PLAINTIFF USA *(via Telephone)*
           TERESITA SABLAN, ATTORNEY FOR DEFENDANT CNMI

PROCEEDINGS:   STATUS CONFERENCE

Attorney Jeffrey Murray appeared telephonically on behalf of the Plaintiff. Attorney Teresita Sablan appeared on behalf of the Defendant. Also present in court were DPS Commissioner Ray Mafnas and Director Gregory Castro.

Court apprised all parties with the court's tentative ruling.

After hearing all arguments from counsels, Court ordered the parties to submit a draft final report in February and that the final report be filed no later than **April 30, 2014.** Court further ordered that the final report be in compliance with the consent decree.

Court set the joint motion to terminate hearing **for Thursday, May 15, 2014 at 8:30 a.m.** Should all documents filed be satisfactory to court the status conference hearing may be vacated.

                                                Adjourned 9:04 a.m.

                                                /s/ Michelle C. Macaranas, Deputy Clerk