# EXHIBIT A

Declaration of DOC Commissioner
Ramon C. Mafnas; Certifications from
DOC officials and officers

**EXHIBIT A**

OFFICE OF THE ATTORNEY GENERAL
Joey Patrick San Nicolas
Attorney General

Teresita J. Sablan (T0089)
Assistant Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel:    (670)-664-2341
Fax:    (670)-664-2349
e-mail: sablan.teresita@gmail.com

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS et al.,<br><br>      Defendants. | CIVIL CASE No. 99-00017<br><br>**DECLARATION OF COMMISSIONER RAMON C. MAFNAS IN SUPPORT OF SUBSTANTIAL COMPLIANCE WITH THE CONSENT DECREE** |

I, Ramon C. Mafnas, hereby declare as follows:

1.      I am over the age of eighteen (18).  I have personal knowledge of the matters stated herein, and if called to testify, could and would testify competently thereto.

2.      I am the Commissioner of the Commonwealth of the Northern Mariana Islands Department of Corrections ("CNMI DOC") and have served in that capacity since February 16, 2010 for more than four (4) consecutive years and intermittently in the acting capacity from January 09, 2006 until February 2010 for a total of eight (8) years. My duties include overseeing the operations and administration of the CNMI Department of Corrections composed of (1) Division of Pre-Trial Detention, (2) Division of Civil Detention, (3) Division of Corrections and, (4) Kagman Juvenile Detention Facility (Ref: Governor's Executive Order No. 2011-04).

3.      The Consent Decree requires the Commonwealth to meet certain standards related

**000001**

**EXHIBIT A**

to planning, fire safety, sanitation, medical care, security and protection from harm, new construction, and compliance. The Commonwealth Adult Correctional Facility ("ACF") and the Juvenile Detention Unit ("JDU") are both in substantial compliance with these provisions.

4.  Currently, there are seventy-three correctional officers assigned to ACF, and fourteen staff assigned to JDU. The respective populations of ACF and JDU are 200 and 3.

5.  The policies and procedures in place at ACF and JDU are reviewed and updated as necessary to address changes over time. The policies and procedures are enforced at the facilities.

6.  Each employee has received a copy of the Consent Decree and a copy of the policies and procedures for either ACF or JDU (depending on his or her assignment).

7.  CNMI DOC maintains files of the relevant documents that support compliance with the Consent Decree.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed this 29th day of April 2014.

Ramon C. Mafnas
Commissioner

2

**000002**

**EXHIBIT A**

## CERTIFICATION

I, Ramon C. Mafnas, Commissioner for the CNMI Department of Corrections, am fully aware of the reporting requirements pursuant to the Consent Decree in the matter of

**UNITED STATES OF AMERICA**

**v.**

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMETN OF LABOR AND IMMIGRATION, SECRETARY OF THE COMMUNITY AND CULTURAL AFFAIRS**
Civil Action No. CV 99-0017

I hereby certify that the attached materials in support of compliance with provision of the Consent Decree are to the best of my knowledge, true and accurate.

Ramon C. Mafnas, Commissioner
Print Name & Sign

3/07/14
Date

**000003**

**EXHIBIT A**



# DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
**GOVERNOR**

Jude U. Hofschneider
**LT. GOVERNOR**

Ramon C. Mafnas
**COMMISSIONER**

### Certification

I, *Georgia M. Cabrera* , am aware of the reporting requirements pursuant to the Consent Decree in the matter of

## UNITED STATES OF AMERICA

## v.

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE COMMUNITY AND CULTURAL AFFAIRS
Civil Action No. CV 99-0017

I hereby certify that the attached materials in support of compliance with P31-40, 42, 45, 46, 49, 50, 54, 55 provision of the consent decree are to the best of my knowledge, true and accurate.

*Georgia M. Cabrera*
Print Name & Sign

*03/07/14*
Date

**000004**

**EXHIBIT A**



# DEPARTMENT OF CORRECTIONS
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
**GOVERNOR**

Jude U. Hofschneider
**LT. GOVERNOR**

Ramon C. Mafnas
**COMMISSIONER**

### Certification

I, _Jose K. Pangelinan_____, am aware of the reporting requirements pursuant to the Consent Decree in the matter of

**UNITED STATES OF AMERICA**

**v.**

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE COMMUNITY AND CULTURAL AFFAIRS**
Civil Action No. CV 99-0017

I hereby certify that the attached materials in support of compliance with _P-14, 39, 52, 57 -61_ provision of the consent decree are to the best of my knowledge, true and accurate.

_Jose K. Pangelinan_____          _3/7/14_____
Print Name & Sign                     Date

Page 1 of 1.

**EXHIBIT A**



# DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
GOVERNOR

Jude U. Hofschneider
LT. GOVERNOR

Ramon C. Mafnas
COMMISSIONER

## Certification

I, David M. Delcon Guerrero                    , am aware of the reporting requirements
pursuant to the Consent Decree in the matter of

## UNITED STATES OF AMERICA

**v.**

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE COMMUNITY AND CULTURAL AFFAIRS

Civil Action No. CV 99-0017

I hereby certify that the attached materials in support of compliance with P-15,16,19,26,37,41,48 provision of the consent decree are to the best of my knowledge, true and accurate. 62

David M. Delcon Guerrero
_____
Print Name & Sign

3/7/14
_____
Date

Page 1 of 1.

**EXHIBIT A**



# DEPARTMENT OF CORRECTIONS
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
GOVERNOR

Jude U. Hofschneider
LT. GOVERNOR

Ramon C. Mafnas
COMMISSIONER

## Certification

I, _____Frances Rebuenog_____, am aware of the reporting requirements
pursuant to the Consent Decree in the matter of

**UNITED STATES OF AMERICA**

**v.**

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF
THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT
OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND
IMMIGRATION, SECRETARY OF THE COMMUNITY AND CULTURAL AFFAIRS**
Civil Action No. CV 99-0017

I hereby certify that the attached materials in support of compliance with
P 13,17, 20-23,25, 27,28 provision of the consent decree are to the best of my knowledge, true
and accurate.          ' 40, 44 ~ 47

_____Frances Rebuenog_____          _____3/7/14_____
Print Name & Sign          Date

Page 1 of 1.

**EXHIBIT A**



# DEPARTMENT OF CORRECTIONS
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
GOVERNOR

Jude U. Hofschneider
LT. GOVERNOR

Ramon C. Mafnas
COMMISSIONER

### Certification

I, _____Thomas Cepeda Sablan_____, am aware of the reporting requirements pursuant to the Consent Decree in the matter of

## UNITED STATES OF AMERICA

**v.**

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE COMMUNITY AND CULTURAL AFFAIRS
Civil Action No. CV 99-0017

I hereby certify that the attached materials in support of compliance with P 21, 25, 32, 51, 53 & 70 provision of the consent decree are to the best of my knowledge, true and accurate.

_____Thomas Cepeda Sablan_____
Print Name & Sign

_____March 07, 2014_____
Date

**EXHIBIT A**



# DEPARTMENT OF CORRECTIONS

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
**GOVERNOR**

Jude U. Hofschneider
**LT. GOVERNOR**

Ramon C. Mafnas
**COMMISSIONER**

## Certification

I, ALBERT S. DELOS REYES _____, am aware of the reporting requirements pursuant to the Consent Decree in the matter of

## UNITED STATES OF AMERICA

**v.**

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE COMMUNITY AND CULTURAL AFFAIRS

Civil Action No. CV 99-0017

I hereby certify that the attached materials in support of compliance with _____ provision of the consent decree are to the best of my knowledge, true and accurate.

ALBERT S. DELOS REYES _____    3-6-14 _____
Print Name & Sign                                              Date

**000009**

Page 1 of 1.

**EXHIBIT A**



# DEPARTMENT OF CORRECTIONS
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
GOVERNOR

Jude U. Hofschneider
LT. GOVERNOR

Ramon C. Mafnas
COMMISSIONER

## Certification

I, _Cynthia B. Santos_, am aware of the reporting requirements pursuant to the Consent Decree in the matter of

**UNITED STATES OF AMERICA**

**v.**

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, GOVERNOR OF THE NORTHERN MARIANA ISLANDS, COMMISSIONER OF THE DEPARTMENT OF PUBLIC SAFETY, SECRETARY OF THE DEPARTMENT OF LABOR AND IMMIGRATION, SECRETARY OF THE COMMUNITY AND CULTURAL AFFAIRS**
Civil Action No. CV 99-0017

I hereby certify that the attached materials in support of compliance with _Paragraph 55_ provision of the consent decree are to the best of my knowledge, true and accurate.

_Cynthia D. Santos_
Print Name & Sign

_March 07, 2014_
Date

Page 1 of 1.