# EXHIBIT B

## Documents in Support of Compliance with Planning Section (¶¶ 8–12)

**EXHIBIT B**
**PLANNING SECTION**
Case 1:99-cv-00017   Document 532   Filed 04/30/14   Page 2 of 12
Case 1:99-cv-00017   Document 532-1   Filed 04/08/05   Page 2 of 21

## SAIPAN CORRECTIONAL/DETENTION FACILITY
### VINCENTE TAMAN SEMAN BUILDING
### SUSUPE, SAIPAN MP

## Occupancy Strategy and Recommended Staffing Patterns

### General

The new prison/jail complex at the Vincente Taman Seman Building is near completion and tentatively scheduled for opening in February 2006. A transition team has been trained and put in place (8/26/05) to work on logistical, operational and staff training issues relative to the move. New staff are being hired and trained to fill the existing vacancies that will bring the staffing levels up to the current approved level. Additional staff will also be hired and trained to bring staffing levels up to the level necessary to operate the new facility in a safe, secure and efficient manner.

The purpose of this report is to present an occupancy strategy and staffing plan for the new facility. The current average daily population (ADP) is approximately150 inmates. This includes Adult Males (Pre-trial, Sentenced, and RSAT); Immigration Detainees; and, Females. This is considerably below both the single cell design capacity (342) and the maximum rated capacity for the new facility (513). For this reason the Secretary has requested the Consent Decree Coordinator and the Department to explore various occupancy schemes that would fully meet the correctional and detention needs of the Commonwealth and be consistent with Constitutional minima; the specific requirements of the Consent Decree; and, ACA Standards. The proposal presented below meets all those criteria.

The jail/prison facility was designed with a mix of single cell units and low occupancy dormitory units. The design capacity of the facility for that configuration is 342. However, each cell in the facility, except for the single handicapped access cell in each unit, has sufficient square footage to be double bunked. Additionally, the day room space in each unit is sufficiently large enough to meet the minimum square footage requirements if all the cells in the housing units were double bunked. The number of beds in the dormitory units could be increased by 50% or even 100% and still meet the minimum square footage requirements. The volume of the units and the air change capacity is also sufficient for that level of occupancy.

The recommendation in this report is to open only two (2) of the four (4) Housing Quads and to increase the number of beds in the dormitories by 50% and to double bunk 50% of the cells in each housing units. This will maintain an adequate number of single cells in each unit for inmate management purposes, and Consent Decree and Standards compliance. It also supports unit management/direct supervision management principles.

None of these modifications will adversely impact any of the program, support or service functions in the facility, since the core functions and support areas were built to accommodate an inmate population at the maximum rated facility capacity of 513.

CNMI DOC                                                                 9/23/2005

**EXHIBIT B**
Case 1:99-cv-00017  Document 543-2  Filed 04/30/14  Page 3 of 12
Case 1:99-cv-00017  Document 532  Filed 11/03/05  Page 3 of 21

**PLANNING SECTION**

It would also be staff inefficient to open all four of the large housing pods, when opening only two of those pods will provide adequate housing and inmate separation capacity for both current and projected near future housing needs.  For example:

### Housing Unit 4 (SW Quad)

| Proposed Capacity | Designation | Configuration | Actual |
|---|---|---|---|
| 64 Bed Dorm | Minimum Custody | 32 Double Bunks | (42) |
| 18 Cell Unit | Administrative Segregation | 6 Double/6 Single | (10) |
| 18 Cell Unit | Disciplinary Segregation | 6 Double/6 Single | |
| 36 Cell Unit | Med/Max Custody | 12 Double/12 Single | (33) |

**136 TOTAL BEDS FOR SW QUAD # 4**

### Housing Unit 3 (SE Quad)

| Proposed Capacity | Designation | Configuration | Actual |
|---|---|---|---|
| 36 Cell Unit | Central Mens Detention (PT) | 12 Double/12 Single | (33) |
| 18 Cell Unit | Intake Unit (PT) | 6 Double/6 Single | (12) |
| 18 Cell Unit | Immigration (CD) | 6 Double/6 Single | (7) |
| 18 Cell Unit | RSAT Males | 6 Double/ 6 Single | (6) |
| 18 Cell Unit | Females | 6 Double/6 Single | (9) |

**108 TOTAL BEDS FOR SE QUAD**          **Total Actual 9/1/05**  **(152)**

**244 TOTAL BEDS, BOTH QUADS.**

A proposed modification to this scheme is to separate the Females from the males and move them into a connecting 12-bed dormitory and 12 cell housing unit in the NW Quad # 1. In that double unit the females would have adjacent private exercise areas, multipurpose room and counseling room for their exclusive use. They would also have adequate housing options to separate various female inmates – something that cannot be done now. The Females would also be adjacent to the visiting area.  This option would resolve almost all of the sight and sound issues as well as improve inmate management overall.  The staffing impact would be two officers per shift in operations for a total of 8 CO's.

This option would also open up a "swing" pod in the male housing area between the Intake Pod and the Immigration Pod - a significant population management tool.

### 268 TOTAL BEDS, BOTH QUADS, PLUS SEPARATE FEMALE HOUSING

The vacant NE Quad # 2 and 2/3 of the NW Quad # 1 remaining after female housing will be available for future CNMI expansion and/or for lease to other governmental units or agencies.

CNMI DOC                                                            9/23/2005

## Staffing Plan Comments

### General

I refer to this as a staffing plan rather than a staffing analysis because the analytical elements of staffing are part of the facility design process – the layout of the physical plant – and the development of an operational philosophy –generally reflected in the policies and procedures. The new facility was described in the planning documents as a "modified" direct supervision facility. The operational philosophy was initially direct supervision. During the design and construction phase training was provided in "Interpersonal Communications "(IPC), a direct supervision skill, and "How to Run a Direct Supervision Housing Unit".

The facility, as constructed, is primarily a remote surveillance facility with opportunities for direct supervision in some of the larger dormitory and 24/36 cell housing units. The rest of units are currently set up to be monitored and controlled from a remote station in each housing Quad. If actually operated this way, in addition to two officers in central control, each of these stations will need to be staffed 24/7. Given the current staffing guidelines it will not be possible to both staff these Quad Control Centers and provide adequate staff to supervise inmates in the smaller housing units.

If the Quad control functions can be reverted to Central Control there would be sufficient staff for direct supervision in the larger units, and modified direct supervision in the smaller units as originally envisioned in the programming phase. However, if the electronic retrofit cannot be accomplished, or is cost prohibitive, the facility will need to operate as a hybrid – partially direct supervision and partially remote surveillance. The staffing will remain the same, but the quality of inmate supervision in the remote surveillance areas will be marginal.

Regardless of the what happens with Quads 3 & 4, if the decision is to operate a separate women's section in a Quad # 1, those housing units will be so small that it would not make sense to open the Quad control. Consequently, the Female housing areas will be strictly direct supervision.

The staffing plan is divided into three (3) functional sections: Administration; Operations; and Programs & Support Services. Included below is a brief commentary on the staffing plan for each of those sections.

### Administration

There are no "Shift Relief Factors" for any of the 10 positions here. The Undersecretary and the Major will coordinate their leave and off Island time to maximize coverage and availability. The Administrative Officer manages the office staff and regulates leave time to maintain an even flow of necessary support work. The Administrative Officer could be a civilian since he/she will supervise an all civilian staff.

### Operations

There are four (4) operations teams under the command of the Operations Captain. Again, there is no SRF applied here. These teams cover the facility operation 24/7.

CNMI DOC                                                                 9/23/2005

Regular days off are built into the team schedule. The only time off that needs to be managed by the Shift Lieutenants is Annual Leave, Training Leave, Sick Leave and Holiday Leave. If properly managed, the current leave patterns indicate that for every five (5) officers assigned to a shift, one will be out on some form of leave. The teams are structured so that the facility will be adequately staffed with up to four (4) officers on leave. Beyond that, some overtime will be required. There are sufficient staff in each specialized category to generally insure adequate coverage provided that the Lieutenants manage the leave function properly.

## Programs and Support Services

Most of these are "business hours" functions that do not need relief. Some positions, however, need to provide expanded coverage, six (6) day or seven (7) day coverage. Some others have special hours. Those positions are marked with an "*". The positions and functions are self explanatory through the job title.

CNMI DOC                                                                9/23/2005

**000004**

# EXHIBIT B
# PLANNING SECTION

# PRELIMINARY STAFFING RECOMMENDATION (2 UNITS)
## MINIMUM STAFFING LEVEL
## CNMI DOC

| Position/Post | Day | Team A | Team B | Team C | Team D | |
|---|---|---|---|---|---|---|
| **ADMINISTRATIVE** | | | | | | |
| Undersecretary | 1 | | | | | |
| Major | 1 | | | | | |
| Admin Officer (Lt.) | 1 | (Could be civilian, supervises all civilians) | | | | |
| Secretary | 1 | (Civilian) | | | | |
| Legal Secretary | 1 | (Civilian) | | | | |
| Clerks | 2 | (Civilian) | | | | |
| Receptionist/Visit | 2 | (Civilian) | | | | |
| Accounting Clerk | 1 | (Civilian) | | | | |
| **Subtotal** | **10** | | | | | |
| **OPERATIONS** | | | | | | |
| Operations Captain | 1 | | | | | (1) |
| Shift Lts. | | 1 | 1 | 1 | 1 | (4) |
| Asst. Shift Com/Sgts | | 1 | 1 | 1 | 1 | (4) |
| Housing Sgts | | 1 | 1 | 1 | 1 | (4) |
| Intake/Book Sgt. | | 1 | 1 | 1 | 1 | (4) |
| Booking /Rel Officer (III) | | 2 | 2 | 2 | 2 | (8) |
| **Central Control  (III)** | | **2** | **2** | **2** | **2** | **(8)** |
| **Housing Pod 4** | | **3** | **3** | **3** | **3** | **(12)** |
| **Housing Pod 3** | | **3** | **3** | **3** | **3** | **(12)** |
| Rover/Relief/Escort | | 3 | 3 | 3 | 3 | (12) |
| Perimeter | | 1 | 1 | 1 | 1 | (4) |
| **Subtotals** | **1** | **18** | **18** | **18** | **18** | **(73)** |
| **Fem Option** | | **2** | **2** | **2** | **2** | |
| **Subtotal** | | **20** | **20** | **20** | **20** | **(81)** |

CNMI DOC                                                                9/23/2005

000005

# EXHIBIT B
# PLANNING SECTION

## PRELIMINARY STAFFING RECOMMENDATION (2 UNITS)
## MINIMUM STAFFING LEVEL
## CNMI DOC

| Position/Post | Day | Team A | Team B | Team C | Team D |
|---|---|---|---|---|---|
| **PROGRAMS & SUPPORT SERVICES** | | | | | |
| Programs/Sup Capt. | 1 | | | | |
| Logistics/Supply Lt. | 1 | | | | |
| PIPC | 1 | | | | |
| Safety OfficerI | 1 | | | | |
| Security officer | 1 | | | | |
| Program Officer III | 1 | | | | |
| Classification Off*II. | 2 | | | | |
| Counselors* | 4 | (VOITIS/TIS) | | | |
| Visitation Off II* | 3 | (Tuesday-Sunday 1200 to 2000) | | | |
| Ct/Med Trans Off II | 2 | | | | |
| Laundry | 1 | Civilian | | | |
| Custodial Sup* | 2 | Civilian | | | |

**Subtotal**      **20**

**TOTAL**      **103**

**OPT. TOTAL 111  (with separate female housing in Pod 1)**

**Assumes a Food Service Contract**

**Assumes a Medical Contract**

**Assumes a Systems Infrastructure Contract**

No Shift Relief Factor .

**All Bold Print** in operations section indicates mandatory staffing level for these posts 24/7 – No exceptions.

* Indicates Captain must coordinate days off/leave to achieve 6/7 day coverage.

CNMI DOC      9/23/2005

# ORGANIZATION CHART
# VICENTE TAMAN SEMAN FACILITY







*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Administration and Management | General Administration | Department Goals and Objectives | 1.1.2 | |
| **ACA Standard** | 3-ALDF-1A-03 Policy and Goal Formulation | | | |

## I.   PURPOSE

To establish in writing the goals and objectives of the Department of Corrections.

## II.   POLICY

It is the policy of the Department of Corrections that a written document delineating the Department's goals and objectives be established and made available to members to ensure successful operation.

## III.   DEFINITIONS

- **Detainee:** Is a person who has been arrested based on probable cause, for traffic and/or criminal offense, CNMI/Federal warrants of arrest, criminal/civil bench warrants, Immigration status violations and a valid Parole/Probation warrant.

- **Inmate:** Is a person who has been ordered into the custody of the Department of Corrections by the CNMI courts to be confined as an inmate or prisoner to serve his/her prison sentence.

- **Staff:** People employed by the Department of Corrections.

## IV.   GOAL STATEMENTS AND OBJECTIVES

### A. Goal I:  Provide a safe and secure facility for the detention and confinement of detainees and inmates and the staff.

- Provide regular periodic checks to monitor the integrity of the security perimeter.
- Maintain visual control of all entry points to the security perimeter and insure that there are no overrides to the sally ports.
- Supervisors monitor staff to establish and maintain consistent compliance with facility security procedures.
- All electronic and mechanical security systems are regularly monitored and maintained to keep them functioning effectively.

**000008**

- Random housing unit searches, unit searches, cell searches and inmate/detainee searches are conducted frequently to insure contraband control and facility security.
- Correctional officers are assigned to all housing units and the detainees and inmates are under continual staff supervision.

**B. Goal II: Maintain operational policies, procedures and practices that are designed for maximum safety to the public, Corrections staff and inmates/detainees.**

- Develop, maintain and internally validate a classification system that classifies inmates/detainees by both security and custody designations.
- Develop and maintain a housing plan that separates inmates based on security (risk), custody (manageability) and need (programming).
- Review and evaluate all security breaches and threats.
- Investigates all incidents of assaults by inmates/detainees.
- Monitor Use-of-Force reports for training purposes and for policy and procedure review and revision.

**C. Goal III: Establish and maintain policies, procedures and practices for the orderly operation of the facility.**

- Develop and maintain a general facility schedule that spreads out inmate movements and avoids conflicting movements.
- Provide inmates with secure storage for their authorized property.
- Monitor use of force by area and individuals involved.
- Monitor incident reports and dispositions by area, individuals involved and sanctions.
- Provide direct supervision of inmates/detainees in all general population-housing units.
- Maintain the inmate population and inmate activities in controllable sized groups.

**D. Goal IV: Establish and maintain policies, procedures and practice that provide a clean and healthful environment for staff and inmates/detainees and access to necessary health services.**

- Provide an initial medical and suicide screening to all newly admitted detainees and inmates.
- Screen inmates for Tuberculosis (PPD) and other communicable diseases.
- Monitor cleanliness and sanitation in all inmate/detainee living areas and food handling areas.
- Provide for and monitor regular pest control services.
- Monitor inmate behavior and condition and refer to Psychiatrist or Nurse if appropriate
- Monitor and maintain housing area temperatures at recommended levels.

**000009**

- Provide regular sick calls and attend to medical referrals promptly.
- Provide inmates/detainees with the materials necessary to maintain clean cells and clean housing units.

E. **Goal V: Establish and maintain policies, procedures and practices that provide inmates with opportunities to participate in work, recreational, and rehabilitative program during their incarceration.**

- Provide inmates with opportunities to participate in rehabilitative and developmental programming.
- Encourage and provide space, opportunity and assistance for community based agencies and organizations to provide services to detainees and inmates.
- Provide specific programming in education, alcohol abuse and substance abuse.
- Continue and expand the male and female residential Substance Abuse Treatment (RSAT) program.
- Provide selected minimum security/custody inmates with opportunities to provide community service.
- Provide opportunities to participate in regularly scheduled indoor and outdoor recreation and exercise.
- Provide opportunities for those with a demonstrated need to participate in Adult Basic education and GED programs.

F. **Goal VI: Establish and maintain policies, procedures and practices for the operation of the facility that reflect the Commonwealth's commitment for fair treatment of inmates/detainees.**

- Provide detainees and arrestees with an inmate handbook that clearly outlines their rights and their responsibilities and obligations and the department's accountability procedures.
- Maintain an inmate disciplinary procedure that adheres to minimal due process requirements and has both a formal review process and a formal appeal process.
- Maintain a formal grievance procedure that includes a review and appeal process.
- Provide inmates/detainees with access to their attorneys, the courts and to legal materials.

G. **Goal VII: Establish and maintain policies, procedures and practices that address established Constitutional minima for the operation of jails and prisons.**

- Develop policies and procedures and practices that address each of the operational issues noted in the Consent Decree.
- Insure that the policies, procedures and practices developed also comply with the mandatory standards in the 3rd Edition of the Adult Local Detention Facility Standards of the ACA/CAC.
- Maintain inmate housing and housing areas consistent with minimum standards for space, temperature range, lighting and air exchanges.

- Provide adequate toilet and shower facilities in each unit to meet the needs of the assigned detainees and inmates.
- Provide adequate food service for inmates and opportunities to communicate with family through scheduled visitation and phone call opportunities.

**H. Goal VIII: Monitor and modify facility operations to achieve a high level of efficiency in overall operations.**

- Review staff and other cost factors for all facility operations and programs.
- Maintain qualified staffs that are fully trained in facility operations.
- Provide on-going in-service training to increase staff effectiveness and efficiency in job performance.

All employees of the Department of Corrections shall be given a copy of this policy. The Goals and Objectives of the Department of Corrections shall be posted at conspicuous locations to inspire commitment, innovation, and courage.

Prepared By: _____     10-25-07
John M. Ayuyu     Date
Deputy Director of Corrections

Reviewed By: _____     10/25/07
Gregory F. Castro     Date
Director of Corrections

Approved By: _____     10/26/07
Lino S. Tenorio     Date
Commissioner of Corrections