# EXHIBIT C

Documents in Support of Rota Detention
Facility Compliance

OFFICE OF THE ATTORNEY GENERAL
Joey Patrick San Nicolas
Attorney General

Teresita J. Sablan (T0089)
Assistant Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670)-664-2341
Fax: (670)-664-2349
e-mail: sablan.teresita@gmail.com

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS et al.,

    Defendants.

CIVIL CASE No. 99-00017

DECLARATION OF MANUEL C. ATALIG IN SUPPORT OF ROTA DETENTION FACILITY'S COMPLIANCE WITH THE APPLICABLE CONSENT DECREE PROVISIONS

I, Manuel C. Atalig, hereby declare as follows:

1. I am over the age of eighteen. I have personal knowledge of the matters stated herein, and if called to testify, could and would testify competently thereto.

2. I am the Resident Director for the Department of Safety ("DPS") on Rota and have served in that capacity for two years. I am responsible for overseeing the operations of DPS on Rota, including the operations of the Rota Detention Facility.

3. The Rota Detention Facility has been operated as a temporary holding facility for at least the past two years. Absent exigent circumstances, individuals arrested by Rota DPS are transferred to the Adult Correctional Facility on Saipan within twenty-four hours.

    a. Attached hereto are true and correct copies of DPS booking sheets for

**000001**

Rota. The individuals were transported to Saipan within twenty-four hours.

4.    On or about March 26, 2014, I received a directive from DPS Commissioner James De Leon Guerrero formalizing the procedure for using the Rota Detention Facility as a temporary holding facility. The directive also states the standards that apply when individuals are temporarily detained at the Rota Detention Facility.

5.    The Fire Safety Division is housed in the same building as the Rota Detention Facility.

5.    I am familiar with the Consent Decree requirements for the Rota Detention Facility and hereby certify that the Rota Detention Facility is in substantial compliance with the applicable provisions of the Consent Decree.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed this _7th_ day of April 2014.

Manuel C. Atalig

2

000002

## DEPARTMENT OF PUBLIC SAFETY
### BOOKING AND PROPERTY RECORD

| | YES | NO |
|---|---|---|
| HAVE DIABETES | ✓ | |
| HAVE VD | | ✓ |
| HAVE HEPATITIS | | ✓ |
| HAVE TB | | ✓ |
| EVER HAVE TB | | ✓ |

**BOOKING NO.** 13-013
**DR. LIC. NO.**
**CNMI or STATE**

**STATION RECORDS**

**ARRESTEE'S NAME (LAST, FIRST, MIDDLE)** SABLAN, MELVIN ATALIG

**LENGTH OF TIME RESIDED AT PRESENT RESIDENCE** 1 yr. 8 months

**ADDRESS** PO BOX 1253 SINAPALU 1
**SEX** M

**LENGTH OF TIME RESIDED WITHIN CNMI** 28 yrs

**DESCENT** CHAM. **HAIR** BLK **EYES** BRWN **HEIGHT** 5'10 **WEIGHT** 251 **BIRTHDATE** SEPT. 26, 1973 **AGE** 39

**LENGTH OF TIME EMPLOYED BY PRESENT EMPLOYER** 0

**VEH. LIC. NO.** **STATE** **RPT. DIST.** **AKA/NICKNAME** NONE

**MARITAL STATUS** SINGLE

**BIRTHPLACE** SAIPAN **FILE NO.** DPS CS# 13-124 **AD. CHG.**

**NUMBER OF DEPENDENTS** 1 **AGES** 8

**AG'Y. OR DETAIL ARRESTING** **DATE & TIME ARRESTED** JUNE 13, 2013 1458 **TIME BKD.** 1530

**HOLD** **CITE**

**MISDEMEANOR DISPOSITION BY:**

**LOCATION OF ARREST** SINAPALU 1 **TOTAL BAIL** $10,000

**REASON**

**CHARGE** 1801(a) (b-1) 1601(a) 1803(a-1)
**WARR./COMM. NO.**

**JAIL LOC.** **ARRAIGN. DATE** **TIME** **COURT**

**PRISONER'S SIGNATURE WHEN BOOKED** X

**SOC. SEC. NO.** 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 **OBSERVABLE PHYSICAL ODDITIES** NONE

**OCCUPATION** NONE

**EMPLOYER (FIRM OR PERSON'S NAME AND PHONE NO.)** NONE

**SPECIAL MEDICAL PROBLEM**

**CLOTHING WORN** BLK SHIRT, BLK SHORTS, SLIPPERS **LOCATION OR DISPOSITION OF VEHICLE** NONE

**IN CASE OF EMERGENCY NOTIFY (NAME, RELATIONSHIP, ADDRESS, CITY & PHONE NO.)** SABLAN, NOREEN, SISTER PO BOX 1279 ROTA (671) 888-1387

**ARRESTING OFFICER** Sgt. E. MANGLONA/PO2 R. TAISACAN **BOOKING EMPLOYEE** PO1 C. HOCOG **SEARCHING OFFICER** Sgt. E. MANGLONA **TRANSPORTING OFFICER** Sgt. E. MANGLONA

**CASH RETAINED** 0 **PROPERTY** MEDICATION, #1 FLUOXETINE #2 PRAVASTATIN #3 HUMULIN

**PRISONER'S SIG., FOR REC'T. OF FOREGOING CASH & PROPERTY** X

**CASH DEPOSITED** 0 **PROPERTY** MEDICATION, #1 FLUOXETINE, #2 PRAVASTATINE, #3 HUMULIN

**PRISONER'S SIG. FOR REC'T OF REMAINING CASH & PROPERTY** X

7686508-SH-J-29 3 5/84

IN THE SUPERIOR COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Commonwealth of the Northern ]
Mariana Islands ]

Court Case No#. _____
DPS Case No#. 13-124

]
Plaintiff, ]
]
VS. ]
]

**ARREST WARRANT**

SABLAN, Melvin Atalig ]
D.O.B: 09/26/1973

]
_____Defendant. ]

TO ANY POLICE OFFICER, DETECTIVE, MARSHALL OR ANY PEACE OFFICER IN THE COMMONWEALTH; approved ( ) Oral (X) Written declaration provided before me by Detective Randy Jesse S.N. Taisacan on this date, here is an Arrest Warrant issued for the arrest of the above mentioned defendant for the charges of **Burglary, Criminal Mischief and Theft** in violation of Title-VI of the laws of the Commonwealth Criminal Code.

**YOU ARE HEREBY COMMANDED** to arrest the above named defendant and to bring him/her before a judge without unnecessary delay.

[X]/ Confiscate Travel Documents.

[X] Cash bail of $ ~~6,250.00~~ $10,000 USD.

This warrant is issued on this 13 day of June 2013 at 12:40 a.m. /p.m in the village of cusuye , Saipan, Commonwealth of the Northern Mariana Islands.

BY THE COURT:

_____
SUPERIOR COURT JUDGE

Commonwealth of the Northern Mariana Islands

**RETURN OF OFFICER:** I hereby certify that I have issued this arrest warrant to the above named defendant at 2:58 a.m./p.m. on the 13th day of June 2013 at Sinapalo I, Rota .
Dated this 13th day of June 2013.

_____
POII R8NTais
Police Officer

3

**EXHIBIT C**
**RDF COMPLIANCE**



# DEPARTMENT OF PUBLIC SAFETY
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Jose M. Sablan Building
Caller Box 10007 Susupe, Saipan, MP  96950
Telephone:  (670) 664-9000 (24 Hours) Facsimile:  (670) 664-9019



# DIRECTIVE

| Date of Issuance: | Effective Date: | Directive No.: |
|---|---|---|
| March 26th, 2014 | March 31st, 2014 | 2014-002 |

TO:       Resident Directors of the Tinian and Rota Detention Facilities

FROM:   Commissioner

SUBJECT:   Tinian and Rota Detention Facilities

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

The Resident Directors of the Departments of Public Safety, and staff, of the Tinian and Rota Detention Facilities will adhere to the following Directive:

## I.   TEMPORARY HOLDING FACILITIES

A. The TDF and the RDF will only be operated as temporary holding facilities.

B. The TDF and the RDF will not incarcerate any person for more than twenty-four (24) hours, absent exigent circumstances.

C. The TDF and the RDF are prohibited from incarcerating any person for longer than forty-eight (48) hours.

D. The Resident Director is responsible for arranging transportation off-island of any person that will be held in custody for more than twenty-four (24) hours.

## II.   SANITATION

### A. FOOD SERVICE

1. The facility will provide any persons confined with food prepared under sanitary conditions.

2. All personnel supplying or handling food must be trained in the basic principles of food protection and food hygiene by the local public health authority or other competent source. The Resident Director will maintain records of the required training.

**000005**

**EXHIBIT C
RDF COMPLIANCE**

3. Hot meals must be delivered at over 140 degrees Fahrenheit. Cold foods must be kept sufficiently cold to prevent the spread of bacteria.

4. Utensils used to make and distribute food must be properly sterilized. The utensils must be sterilized in one of the following ways: (1) chemical sanitization in a three compartment sink; (2) steam cleaning the surface of the utensils to at least 160 degrees Fahrenheit.

5. Food stored at the facility must be stored in a manner that will prevent the growth of dangerous bacteria. Frozen foods will be stored at or below 0 degrees Fahrenheit. Refrigerated foods will be stored at or below 45 degrees Fahrenheit.

6. Hot water will be available in the food preparation area. The temperature of the hot water will be greater than 110 degrees Fahrenheit, but less than 120 degrees Fahrenheit.

7. The facility must be free of pests and vermin. The Resident Director will take whatever steps are necessary to ensure that the facility maintains a clean and sanitary environment.

8. All windows that can be opened will be equipped with screens.

9. If a facility is holding a person that requires a special diet, then the facility must consult with that person and a registered dietician to ensure that the meals provided are adequate for the person in confinement.

10. The Resident Director shall establish and document a regular food service equipment and utensil preventative maintenance program. This program shall include regular testing of food sanitization, including utensils used by contractors, and food temperatures at all points in the food storage and preparation process.

B. **HYGIENE AND SANITATION**

1. The facility shall maintain sanitary conditions at all times.

2. The Resident Director shall establish and implement a written policy for routine daily housekeeping of all areas in the facility.

3. The local publish health authority shall conduct regular health inspections of all areas of the facility. If the health authority makes a recommendation, then that recommendation must be adopted within fifteen (15) days of receipt.

**EXHIBIT C**
**RDF COMPLIANCE**

4. The facility will be equipped with lighting that provides 20 foot-candles of artificial lighting, measurable thirty-six inches from the floor upward, in all ceilings and common areas of the facility. All lighting fixtures must be enclosed in fixtures appropriate for use in a correctional setting and free from electrical hazards and unsecure wiring.

5. The facility shall be equipped with ventilation capable of supplying fifteen (15) cubic feet per minute per inmate of fresh forced air for all cells and common areas.

6. The facility shall maintain adequate toilet facilities. The facility shall have one shower and shall provide inmates with regular access to the toilet facilities. Plumbing deficiencies, toilets, and urinals shall be repaired on a priority basis.

7. Bathrooms must have working sinks and the showers must be free from mold and mildew.

8. Hazardous chemicals will never be stored in cells or common areas.

9. Each inmate will have an appropriate place to sleep. This means that each inmate will have, at minimum, adequate bedding and a clean sleeping surface that is at least twelve inches off the floor.

10. Cloth mattress covers will not be used. The facility will provide inmates with fire, soil, and moisture resistant mattress covers that are regularly sanitized.

## C. MEDICAL CARE

1. Medication may only be distributed by qualified personnel. Only a nurse or other individual trained in dispensing medications and recognizing and responding to possible side effects of taking medications will administer medication.

2. All staff must be trained in preventing the spread of communicable diseases and blood-borne pathogens. The Resident Director will ensure that records of the training are placed in each employee's personnel file.

## D. SECURITY AND PROTECTION FROM HARM

1. Inmates will be supervised by regular and direct sight and sound. Sight-line obstructions, such as hanging towels, are prohibited.

**000007**

2. All employees that are required to supervise inmates shall be provided with the equipment necessary to communicate with the central command post of the facility.

3. Correctional officers shall make frequent rounds to monitor the security of inmates. Documentation of the rounds shall be maintained in a manner that is readily identifiable and verifiable. Rounds shall be made at least every fifteen minutes.

4. Male and Female inmates are **absolutely prohibited** from commingling unless they are under **DIRECT** supervision of staff.

III.    **ENFORCEMENT**

A. This Directive shall have the full effect of policy in the CNMI Department of Public Safety.

B. This Directive is meant to comply with the requirements of the Consent Decree issued in CV-99-0017 on February 25, 1999. If any portion of this Directive is in conflict with the Consent Decree, then the Consent Decree controls.

C. The affected Resident Director will ensure that all provisions of this Directive are enforced by all staff assigned under his/her respective command. The Resident Director shall immediately inform the Commissioner if any portion of this Directive cannot be complied with immediately.

**JAMES C. DELEON GUERRERO**
Commissioner, CNMI Department of Public Safety

Cc:    Director, Division of Administration and General Support
       Officer-in-Charge, Professional Accountability and Standards Section
       DPS Timekeeper
       File

**EXHIBIT C**
**RDF COMPLIANCE**



**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
# DEPARTMENT OF PUBLIC SAFETY
POLICE OPERATION
P.O. Box 917 Songsong Village Rota MP, 96951
Tel. No: (670) 532-9433 / 9490 Fax No: (670) 532-9434



04/22/2014

As per request of numbers of arrest for the year 2012 and 2013 , breakdown are as follows;

**2012 number of arrest**

Female- 01

Male- 29

**2013 number of arrest**

Female- 03

Male- 10

If any question(s) or comment, please contact me at 6760-287-9490.

Sgt. Peter M. Manglona

**000009**

EXHIBIT C
RDF COMPLIANCE

Case 1:99-cv-00017     Document 64-3     Filed 04/30/14     Page 11 of 19



**000010**

**EXHIBIT C**
**RDF COMPLIANCE**



Fire alarm

000011



FIRE EMERGENCY EXIT PLAN
DEPARTMENT OF PUBLIC SAFETY ROTA DETENTION FACILITY

**RDF Evacuation Plan**

EXHIBIT C
RDF COMPLIANCE

000013



000013



Artificial lighting

Smoke alarm

Fire-resistant bedding

000014

**EXHIBIT C**
**RDF COMPLIANCE**



**Emergency lighting**

**Common key locks**

**000015**

EXHIBIT C
RDF COMPLIANCE



**000016**

EXHIBIT C
RDF COMPLIANCE



000017

**EXHIBIT C**
**RDF COMPLIANCE**



000018