# EXHIBIT D

## Documents in Support of Tinian Detention Facility Compliance

# EXHIBIT D--TINIAN DETENTION FACILITY

OFFICE OF THE ATTORNEY GENERAL
Joey Patrick San Nicolas
Attorney General

Teresita J. Sablan (T0089)
Assistant Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel:    (670)-664-2341
Fax:    (670)-664-2349
e-mail: sablan.teresita@gmail.com

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE No. 99-00017 |
| Plaintiff, | DECLARATION OF RAY S. PANGELINAN IN SUPPORT |
| v. | OF TINIAN DETENTION FACILITY'S COMPLIANCE |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS et al., | WITH THE APPLICABLE CONSENT DECREE |
| Defendants. | PROVISIONS |

I, Ray S. Pangelinan, hereby declare as follows:

1.    I am over the age of eighteen.  I have personal knowledge of the matters stated herein, and if called to testify, could and would testify competently thereto.

2.    I am the Resident Director for the Department of Safety ("DPS") on Tinian and have served in that capacity for four years. I am responsible for overseeing the operations of DPS on Tinian, including the operations of the Tinian Detention Facility.

3.    The Tinian Detention Facility has been operated as a temporary holding facility for at least the past four years. Absent exigent circumstances, individuals arrested by Tinian DPS are transferred to the Adult Correctional Facility on Saipan within twenty-four hours.

    a.    Attached hereto are true and correct copies of DPS booking sheets for

**000001**

# EXHIBIT D--TINIAN DETENTION FACILITY

04/17/2014 14.34 FAX 6649515          DOC                                    002

Tinian. The individuals were transported to Saipan within twenty-four hours.

4.    On or about March 26, 2014. I received a directive from DPS Commissioner James De Leon Guerrero formalizing the procedure for using the Tinian Detention Facility as a temporary holding facility. The directive also states the standards that apply when individuals are temporarily detained at the Tinian Detention Facility.

5.    The Tinian Detention Facility is located in the same building as our Fire Safety Division.

6.    I am familiar with the Consent Decree requirements for the Tinian Detention Facility and hereby certify that the Tinian Detention Facility is in substantial compliance with the applicable provisions of the Consent Decree.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed this ___ day of April 2014.

Ray S. Pangelinan

000002

RUN DATE:    10-14-2012
RUN TIME:    14:21

DEPARTMENT OF CORRECTIONS

# EXHIBIT D--TINIAN DETENTION FACILITY

## BOOKING SHEET

SELECTED FILTER: BOOKING NUMBER(S): 121043

INMATE NAME:  SANCHEZ, LEON JOAQUIN A.

BOOKING #:  121043

JAIL ID:    080389

CELL #:

### PERSONAL

| | |
|---|---|
| ADDRESS: | TINIAN MARPO VALLEY |
| | TINIAN, 96950 |
| TELEPHONE #: | |
| COUNTY RESIDENT: | YES |
| DRIVER'S LICENSE: | |
| LICENSE STATE: | |
| BIRTH PLACE: | SAIPAN, MP |
| MARITAL STAUS: | SI |
| MILITARY: | NO |
| US CITIZEN: | YES |
| ALIAS: | |
| NICKNAME: | |

### PHYSICAL

| | |
|---|---|
| GENDER: | MALE |
| RACE: | CHAMORRO |
| COMPLEXION: | MEDIUM BROWN |
| BUILD: | MEDIUM |
| HAIR COLOR: | BLACK |
| EYE COLOR: | BLACK |
| HEIGHT: | 508 |
| WEIGHT: | 180 |
| GLASSES: | |
| WRITING HAND: | RIGHT |

### IDENTIFICATION

| | |
|---|---|
| SSN: | 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 |
| DATE OF BIRTH: | 10-15-1980 |
| AGE: | 31 |

### SENTENCE

| | |
|---|---|
| SENTENCE STARTS: | |
| SENTENCE LENGTH: | 0 |
| SENTENCE ENDS: | |

### ARREST

| | |
|---|---|
| ARRESTING AGENCY: | 05 |
| ARRESTED BY: | POI. EUGENE MENDIOLA |
| ARREST DATE: | 10-13-2012 |
| ARREST TIME: | 09:11 |
| NCIC CHECK: | NO |
| HOLDS FOR: | |
| VEHICLE INFO: | |
| BOOKING DATE: | 10-14-2012 |
| BOOKING TIME: | 14:14 |
| BOOKING OFFICER: | 514377 |
| | SABLAN, COI JOAQUIN CHISATO JR. |

### SUPPLEMENT

| | |
|---|---|
| FBI #: | |
| STATE #: | |
| FP#: | |
| ALIEN #: | |
| PHONE CALLS: | YES |
| JAIL RULES: | YES |
| NEW FINGERPRINTS: | YES |
| NEW PHOTO: | YES |
| RELIGION: | CATHOLIC |
| TRANSFER IN: | YES |

### RELEASE

| | |
|---|---|
| RELEASE DATE: | |
| RELEASE TIME: | |
| RELEASED BY: | |
| RELEASE INFO: | |

| CASE # | COURT | COURT DATE | JUDGE | BOND INFORMATION |
|---|---|---|---|---|
| CHARGE CODE\DEGREE | CHARGE DESCRIPTION | CHARGING AGENCY | DISPOSITION | TRANSPORT BY |
| 12-000214 | | | | |
| | SEXUAL ABUSE OF A MINOR -2ND DEGREE | 05 | ARREST WARRANT | |
| | | | BOOKED AND DETAINED | |

| SMTO | SMTO TYPE | SMTO LOCATION | SMTO DESCRIPTION |
|---|---|---|---|
| 1 | TATTOO | NECK | STAR |
| 2 | TATTOO | ANKLE, LEFT | DRAGON SLEEVE |

*****

**000003**

BOK00021.RPT

Page 1 of 1

# EXHIBIT D--TINIAN DETENTION FACILITY

## DEPARTMENT OF PUBLIC SAFETY

### BOOKING AND PROPERTY RECORD

| | YES | NO |
|---|---|---|
| HAVE DIABETES | | ☑ |
| HAVE VD | | ☑ |
| HAVE HEPATITIS | | ☑ |
| HAVE TB | | ☑ |
| EVER HAVE TB | | ☑ |

**STATION RECORDS**

| BOOKING NO. | | DR. LIC. NO. | CNMI or STATE | |
|---|---|---|---|---|
| 17-00074 | | | | |

ARRESTEE'S NAME (LAST, FIRST, MIDDLE): Sanchez Ivan Joaquin

LENGTH OF TIME RESIDED AT PRESENT RESIDENCE: 3/yrs.

ADDRESS: P.O. Box 967 Tinian MP 96957  SEX: M

LENGTH OF TIME RESIDED WITHIN CNMI: 3/yrs.

| DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|
| Chm. | Blk. | Brn | 5'8" | 190 lbs. | 8/15/80 | 31 |

LENGTH OF TIME EMPLOYED BY PRESENT EMPLOYER: 0yrs.

| VEH. LIC. NO. | STATE | RPT. DIST. | AKA/NICKNAME |
|---|---|---|---|
| | | | LJ |

MARITAL STATUS: Single

BIRTHPLACE: Saipan   FILE NO.

NUMBER OF DEPENDENTS: 1   AGES: 11yrs.

AG'Y OR DETAIL ARRESTING: Tinian DPS. Patrol   DATE & TIME ARRESTED: 9:15 am 1/13/17   TIME BKD: 9:48 a.m.

MISDEMEANOR DISPOSITION BY:    HOLD  CITE

LOCATION OF ARREST: D.P.S. Front Desk   TOTAL BAIL

REASON:

CHARGE: Sexual Abuse of a Minor   WARR./COMM. NO.

| JAIL LOC. | ARRAIGN. DATE | TIME | COURT |
|---|---|---|---|

PRISONER'S SIGNATURE WHEN BOOKED: X LJ

SOC. SEC. NO.: 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   OBSERVABLE PHYSICAL ODDITIES: Left Arm tattoo sleeve, Right arm tattoo

OCCUPATION: Mayor's Office

EMPLOYER (FIRM OR PERSON'S NAME AND PHONE NO.)

SPECIAL MEDICAL PROBLEM: None

CLOTHING WORN: Black Tank top, Blue T-shirt, Brown short pants.   LOCATION OR DISPOSITION OF VEHICLE

IN CASE OF EMERGENCY NOTIFY (NAME, RELATIONSHIP, ADDRESS, CITY & PHONE NO.): Carmen Sanchez (Mother) P.O. Box 467 Tinian MP 96952

| ARRESTING OFFICER | BOOKING EMPLOYEE | SEARCHING OFFICER | TRANSPORTING OFFICER |
|---|---|---|---|
| PO/E. Macholo | PO/E. Ulloa Osorio | PO/E. Ulloa Osorio | |

| CASH RETAINED | PROPERTY |
|---|---|
| 0 | tooth brush, perfume, toothpaste, cigarette, lighter |

PRISONER'S SIG., FOR REC'T. OF FOREGOING CASH & PROPERTY: X LJ

| CASH DEPOSITED | PROPERTY |
|---|---|

PRISONER'S SIG. FOR REC'T OF REMAINING CASH & PROPERTY: X

76B650B-SH-J-29 3 6/84

**000004**

**EXHIBIT D--TINIAN DETENTION FACILITY**

| | |
|---|---|
| RUN DATE: 06-06-2013 | DEPARTMENT OF CORRECTIONS |
| RUN TIME: 20:08 | |

BOOKING SHEET (RELEASED)

SELECTED FILTER: BOOKING NUMBER(S): 121044

| | |
|---|---|
| INMATE NAME: ENRIQUEZ, GELNN LESTER S. | BOOKING #: 121044 |
| JAIL ID: 082962 | CELL #: |

## PERSONAL

ADDRESS:            SAN JOSE
                    TINIAN, 96950
TELEPHONE #:        433-3663
COUNTY RESIDENT:    NO
DRIVER'S LICENSE:
LICENSE STATE:
BIRTH PLACE:        QUEZON CITY, PI,
MARITAL STAUS:      SI
MILITARY:           NO
US CITIZEN:         NO
ALIAS:
NICKNAME:

## PHYSICAL

GENDER:         MALE
RACE:           FILIPINO
COMPLEXION:     MEDIUM BROWN
BUILD:          MEDIUM
HAIR COLOR:     BLACK
EYE COLOR:      BROWN
HEIGHT:         504
WEIGHT:         130
GLASSES:
WRITING HAND:   RIGHT

## IDENTIFICATION

SSN:
DATE OF BIRTH: 10-11-1986
AGE:    26

## SENTENCE

SENTENCE STARTS:
SENTENCE LENGTH:   0
SENTENCE ENDS:

## ARREST

ARRESTING AGENCY: 05
ARRESTED BY:      POI. EUGEN MENDIOLA
ARREST DATE:      10-14-2012
ARREST TIME:      07:50
NCIC CHECK:       NO
HOLDS FOR:
VEHICLE INFO:
BOOKING DATE:     10-14-2012
BOOKING TIME:     14:39
BOOKING OFFICER:  514377
                  SABLAN, COI JOAQUIN CHISATO JR.

## SUPPLEMENT

FBI #:
STATE #:
FP#:
ALIEN #:
PHONE CALLS:        YES
JAIL RULES:         YES
NEW FINGERPRINTS:   YES
NEW PHOTO:          YES
RELIGION:           CATHOLIC
TRANSFER IN:        YES

## RELEASE

RELEASE DATE:   05-22-2013
RELEASE TIME:   09:00
RELEASED BY:    514377
                SABLAN, COI JOAQUIN
                CHISATO JR.
RELEASE INFO:   14 - RELEASED UNDER
                PRE-TRIAL

| CASE # | COURT | COURT DATE | JUDGE | BOND INFORMATION |
|---|---|---|---|---|
| CHARGE CODE/DEGREE | CHARGE DESCRIPTION | CHARGING AGENCY | DISPOSITION | TRANSPORT BY |
| 12-000205 | | | | |
| | SEXUAL ABUSE OF A MINOR -2ND DEGREE | 05 | ARREST WARRANT | |
| | | | BOOKED AND DETAINED | |

| SMTO | SMTO TYPE | SMTO LOCATION | SMTO DESCRIPTION |
|---|---|---|---|

★★★★★

**000005**

| | |
|---|---|
| BOK00022.RPT | Page 1 of 1 |

**EXHIBIT D--TINIAN DETENTION FACILITY**



# DEPARTMENT OF PUBLIC SAFETY
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Jose M. Sablan Building
Caller Box 10007 Susupe, Saipan, MP  96950
Telephone:  (670) 664-9000 (24 Hours) Facsimile:  (670) 664-9019



# DIRECTIVE

| Date of Issuance: | Effective Date: | Directive No.: |
|---|---|---|
| March 26ᵗʰ, 2014 | March 31ˢᵗ, 2014 | 2014-002 |

**TO:**       Resident Directors of the Tinian and Rota Detention Facilities

**FROM:**    Commissioner

**SUBJECT:**  Tinian and Rota Detention Facilities

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Resident Directors of the Departments of Public Safety, and staff, of the Tinian and Rota Detention Facilities will adhere to the following Directive:

## I.    TEMPORARY HOLDING FACILITIES

A.  The TDF and the RDF will only be operated as temporary holding facilities.

B.  The TDF and the RDF will not incarcerate any person for more than twenty-four (24) hours, absent exigent circumstances.

C.  The TDF and the RDF are prohibited from incarcerating any person for longer than forty-eight (48) hours.

D.  The Resident Director is responsible for arranging transportation off-island of any person that will be held in custody for more than twenty-four (24) hours.

## II.    SANITATION

### A. FOOD SERVICE

1.  The facility will provide any persons confined with food prepared under sanitary conditions.

2.  All personnel supplying or handling food must be trained in the basic principles of food protection and food hygiene by the local public health authority or other competent source. The Resident Director will maintain records of the required training.

**000006**

**EXHIBIT D--TINIAN DETENTION FACILITY**

3.  Hot meals must be delivered at over 140 degrees Fahrenheit. Cold foods must be kept sufficiently cold to prevent the spread of bacteria.

4.  Utensils used to make and distribute food must be properly sterilized. The utensils must be sterilized in one of the following ways: (1) chemical sanitization in a three compartment sink; (2) steam cleaning the surface of the utensils to at least 160 degrees Fahrenheit.

5.  Food stored at the facility must be stored in a manner that will prevent the growth of dangerous bacteria. Frozen foods will be stored at or below 0 degrees Fahrenheit. Refrigerated foods will be stored at or below 45 degrees Fahrenheit.

6.  Hot water will be available in the food preparation area. The temperature of the hot water will be greater than 110 degrees Fahrenheit, but less than 120 degrees Fahrenheit.

7.  The facility must be free of pests and vermin. The Resident Director will take whatever steps are necessary to ensure that the facility maintains a clean and sanitary environment.

8.  All windows that can be opened will be equipped with screens.

9.  If a facility is holding a person that requires a special diet, then the facility must consult with that person and a registered dietician to ensure that the meals provided are adequate for the person in confinement.

10. The Resident Director shall establish and document a regular food service equipment and utensil preventative maintenance program. This program shall include regular testing of food sanitization, including utensils used by contractors, and food temperatures at all points in the food storage and preparation process.

## B. HYGIENE AND SANITATION

1.  The facility shall maintain sanitary conditions at all times.

2.  The Resident Director shall establish and implement a written policy for routine daily housekeeping of all areas in the facility.

3.  The local publish health authority shall conduct regular health inspections of all areas of the facility. If the health authority makes a recommendation, then that recommendation must be adopted within fifteen (15) days of receipt.

000007

# EXHIBIT D--TINIAN DETENTION FACILITY

4. The facility will be equipped with lighting that provides 20 foot-candles of artificial lighting, measurable thirty-six inches from the floor upward, in all ceilings and common areas of the facility. All lighting fixtures must be enclosed in fixtures appropriate for use in a correctional setting and free from electrical hazards and unsecure wiring.

5. The facility shall be equipped with ventilation capable of supplying fifteen (15) cubic feet per minute per inmate of fresh forced air for all cells and common areas.

6. The facility shall maintain adequate toilet facilities. The facility shall have one shower and shall provide inmates with regular access to the toilet facilities. Plumbing deficiencies, toilets, and urinals shall be repaired on a priority basis.

7. Bathrooms must have working sinks and the showers must be free from mold and mildew.

8. Hazardous chemicals will never be stored in cells or common areas.

9. Each inmate will have an appropriate place to sleep. This means that each inmate will have, at minimum, adequate bedding and a clean sleeping surface that is at least twelve inches off the floor.

10. Cloth mattress covers will not be used. The facility will provide inmates with fire, soil, and moisture resistant mattress covers that are regularly sanitized.

## C. MEDICAL CARE

1. Medication may only be distributed by qualified personnel. Only a nurse or other individual trained in dispensing medications and recognizing and responding to possible side effects of taking medications will administer medication.

2. All staff must be trained in preventing the spread of communicable diseases and blood-borne pathogens. The Resident Director will ensure that records of the training are placed in each employee's personnel file.

## D. SECURITY AND PROTECTION FROM HARM

1. Inmates will be supervised by regular and direct sight and sound. Sight-line obstructions, such as hanging towels, are prohibited.

**EXHIBIT D--TINIAN DETENTION FACILITY**

2. All employees that are required to supervise inmates shall be provided with the equipment necessary to communicate with the central command post of the facility.

3. Correctional officers shall make frequent rounds to monitor the security of inmates. Documentation of the rounds shall be maintained in a manner that is readily identifiable and verifiable. Rounds shall be made at least every fifteen minutes.

4. Male and Female inmates are **absolutely prohibited** from commingling unless they are under **DIRECT** supervision of staff.

## III.  ENFORCEMENT

A. This Directive shall have the full effect of policy in the CNMI Department of Public Safety.

B. This Directive is meant to comply with the requirements of the Consent Decree issued in CV-99-0017 on February 25, 1999. If any portion of this Directive is in conflict with the Consent Decree, then the Consent Decree controls.

C. The affected Resident Director will ensure that all provisions of this Directive are enforced by all staff assigned under his/her respective command. The Resident Director shall immediately inform the Commissioner if any portion of this Directive cannot be complied with immediately.

**JAMES C. DELEON GUERRERO**
Commissioner, CNMI Department of Public Safety

Cc:  Director, Division of Administration and General Support
Officer-in-Charge, Professional Accountability and Standards Section
DPS Timekeeper
File

# EXHIBIT D--TINIAN DETENTION FACILITY

## DEPARTMENT OF PUBLIC SAFETY

### BOOKING AND PROPERTY RECORD

|  | YES | NO |
|---|---|---|
| HAVE DIABETES | | ☒ |
| HAVE VD | | ☒ |
| HAVE HEPATITIS | | ☒ |
| HAVE TB | | ☒ |
| EVER HAVE TB | | ☒ |

**STATION RECORDS**

BOOKING NO. | DR. LIC. NO. | CNMI or STATE

ARRESTEE'S NAME (LAST, FIRST, MIDDLE)
ENRIQUEZ GLENN LESTER

ADDRESS

SEX: M

LENGTH OF TIME RESIDED AT PRESENT RESIDENCE: 4 yrs

| DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|
| FHIL. | BLK | BRN | 130 | 5'4 | 10-11-1986 | 26 |

LENGTH OF TIME RESIDED WITHIN CNMI: 17 yrs

VEH. LIC. NO. | STATE | RPT. DIST. | AKA/NICKNAME

LENGTH OF TIME EMPLOYED BY PRESENT EMPLOYER: 4 yrs

MARITAL STATUS: SINGLE

BIRTHPLACE: PHILIPPINES | FILE NO. | AD. CHG.

NUMBER OF DEPENDENTS: 0   AGES: 0

AG'Y. OR DETAIL ARRESTING: TINIAN DPS PATROL | DATE & TIME ARRESTED: 10-14-12  7:50 | TIME BKD.: 7:51

HOLD   CITE

MISDEMEANOR DISPOSITION BY:

LOCATION OF ARREST: DPS FRONT DESK | TOTAL BAIL

REASON

CHARGE: SEXUAL ABUSE OF A MINOR | WARR./COMM. NO.: 12-00205

JAIL LOC. | ARRAIGN. DATE | TIME | COURT

PRISONER'S SIGNATURE WHEN BOOKED
X _[signature]_

SOC. SEC. NO. | OBSERVABLE PHYSICAL ODDITIES

OCCUPATION

EMPLOYER (FIRM OR PERSON'S NAME AND PHONE NO.)
MR. JAMES MANALONA.

SPECIAL MEDICAL PROBLEM: NONE.

CLOTHING WORN: BLACK SHIRT, BROWN SHORTS, BROWN SLIPPERS. | LOCATION OR DISPOSITION OF VEHICLE

IN CASE OF EMERGENCY NOTIFY (NAME, RELATIONSHIP, ADDRESS, CITY & PHONE NO.)
JAMES MANALONA. (00) 433-3603 (H)

| ARRESTING OFFICER | BOOKING EMPLOYEE | SEARCHING OFFICER | TRANSPORTING OFFICER |
|---|---|---|---|
| P01. D. ALDAN | P01 J. ALDAN | P01 V. ALDAN | |

CASH RETAINED | PROPERTY: 1 BROWN BELT, 2 CIGARETTE, 1 LIME, PUGUA.

PRISONER'S SIG., FOR REC'T. OF FOREGOING CASH & PROPERTY
X _[signature]_

CASH DEPOSITED | PROPERTY

PRISONER'S SIG. FOR REC'T OF REMAINING CASH & PROPERTY
X _[signature]_

7686505-SH-J-29 3 5/64

# EXHIBIT D--TINIAN DETENTION FACILITY



Hallway to Detention

Entrance to Detention/ Fire Ext.

Exit from Detention

Separation bars for Females and Males Hallway



Female Cell Entrance



Female's bedding



Female's Shower room

Fire Alarm and A/C Unit 24,000 BTU

**000011**

# EXHIBIT D--TINIAN DETENTION FACILITY



3 Male's Cells

Male's bedding

Male's Toilet

Male's Shower room

Fire Alarm

Master Lock System for all Bars

Emergency Lights

**000012**