# EXHIBIT E

## Documents in Support of Compliance with Fire Safety Section (¶¶ 13–30)

**EXHIBIT E**
**FIRE SAFETY**

000001





000003

**EXHIBIT E**
**FIRE SAFETY**



**ACF fire-resistant bedding**



000005                              JDU fire-resistant bedding

Case 1:99-cv-00017    Document 64-5    Filed 04/30/14    Page 7 of 85



000006                    **ACF backup generator**



ACF backup Generator

000007

**EXHIBIT E**
**FIRE SAFETY**



# Standby Generator Maintenance
## Department of Corrections
### Susupe

*Monthly Service Inspection of One Onan Standby Generator*

## Price

A) Generator Maintenance –Monthly Inspection: $200.00 ea.

B) Corrective and Emergency Repairs will be assessed in accordance with the following:

- Monday through Friday (Saipan)

    8 a.m. to 5 p.m. : $45.00 per man hour
    5 p.m. to 8 a.m. : $75.00 per man hour

- Weekends and Holidays: $75.00 per man hour (Saipan)

- Emergency callout : same as above schedule with a 2(two) hour minimum

## Contract

This contract is valid beginning on _____ and will continue until terminated upon giving the other party 30 days advance written notice.

| Elliott Systems LLC | Department of Corrections |
|---|---|
| **Jeff Elliott** | Print _Gregory W. Castro_ |
| Signature _Jeff Elliott_ | Signature _Greg Cast_ |
| Date _2/21/14_ | Date _2/21/14_ |

P.O. Box 5568 • Saipan, MP 96950 • Fax: 670.322.7374
Cell: 670.285.5333 • Email: jeff@elliottsystemsllc.com



**000008**

## *Monthly Inspection Check List*

- Check oil level
- Check coolant level
- Test coolant inhibitor and glycol levels
- Check fuel level
- Test and check day tank and fuel system
- Check air filter differential pressure
- Check coolant temperature
- Check oil pressure
- Check fuel pressure
- Check and adjust belts and hoses
- Check, clean and seal battery connections
- Check battery charger voltage and connections
- Load test batteries
- Test specific gravity of batteries
- Inspect radiator
- Inspect dampers and/or louvers
- Check for intake and exhaust leaks
- Verify generator voltage and adjust as needed
- Verify generator frequency and adjust as needed
- Check current of all phases
- Verify gauges and adjust if needed
- Test run engine
- Lubricate governor linkage
- Test and verify engine safeties
- Check air filter
- Check all exposed fasteners
- Clean and inspect all electrical connections
- Inspect and adjust generator switchgear and controls
- Verify all gauges
- Run and load test unit if applicable
- Test parallel operation if applicable
- Test transfer switch
- Inspect vibration isolators
- Inspect vibration damper
- Clean magnetic pick-up as needed
- Check and adjust generator droop if applicable
- Inspect daytank for proper operation
- Inspect transfer switch for proper operation
- Derust and paint areas of the generator as needed

**EXHIBIT E**
**FIRE SAFETY**



## JD Auto Parts & Services

P.O. Box 500714 CK
Saipan MP 96950
Phone (670)234-6098   (670)235-1662  Fax (670)234-9305
jttorres@pticom.com

Bill To:
DOC DEPARTMENT OF CORRECTIONS
P.O.Box 506506
Saipan MP  96950

**INVOICE**

2210
10/21/2013

Lic#                    Veh ID:

VIN:                              []
Odometer In:         Out:
Inspection Due:            Hrs:

Key #:
Date In:   8/08/2013
Time In:       8:01AM
Completed: 10/21/2013
Cust.#:       18

256-2551

PO Nbr:   565616-000 OP
Ref/Ser:   TRI INV.# 24533

| Item | Qty/Time | Description | Price/Rate | Amount | | |
|------|----------|-------------|-----------|--------|---|---|
| | | LABOR | | | | |
| GENERATOR-01 | 1.00 | BRAND: CUMMINS  (2004 POWER GENERATOR) MODEL: VTA-28-G7 SERIAL: 25291781  (C040614713) CPL : 8207 | 35.00 | 35.00 | 3 | 2 |
| | | GENERATOR : ONAN MODEL : DFGE-5664178 | | | | |
| | | TO REPLACE ALL FOUR GENERATOR BATTERIES. | | | | |
| | | REMOVED AND REPLACED ALL FOUR BATTERIES. SECURE TERMINAL WIRING & TERMINAL TO THE BATTERY. | | | | |
| | | TEST START GENERATOR AND BATTERY CHARGING O.K. | | | | |
| | | COMPLETE | | | | |
| GENERATOR-01 | 1.00 | NOTE: NEED TO CREATE THIS INVOICE BECAUSE PO# 562175-000 OP IS NOT ENOUGH TO COVER THE FULL AMOUNT OF THE PROJECT. (REFER TO INVOICE # 2207) | | | 3 | 2 |
| | | PROJECT AMT.  ($ 1,858.20) ****************************************************** | | | | |
| | | PARTS | | | | |
| N SPL | 1.00 | 12 VOLTS HIGH CRANKING GENERATOR BATTERY (NP-# 7269) | 615.30 | 615.30 | 3 | 1 |
| | | PRICE :  $ 455.80 x 4      =      $ 1,823.20 INV. # 2210                              ($  615.30) | | | | |
| | | AMT. CHARGE TO INV.# 2207      $  1,207.90 ========================================= | | | | |

Paid With
CASH                650.30

Sub Total:           650.30

Writer:   2

PO# 565616 / BOG-407819

Invoice Amount:      650.30
Less Deposits:

**Balance Due:**

DOC DEPARTMENT OF CORRECTIONS        2210        PO:565616-000 OP        Page   1  Of  2

**000010**

## JD Auto Parts & Services

P.O. Box 500714 CK

Saipan MP 96950

Phone (670)234-6098   (670)235-1662  Fax (670)234-9305

jttorres@pticom.com

| Bill To: | | INVOICE | Lic# | Veh ID: |
|---|---|---|---|---|
| DOC DEPARTMENT OF CORRECTIONS | | 2210 | VIN: | [] |
| P.O.Box 506506 | | 10/21/2013 | Odometer In: | Out: |
| Saipan MP  96950 | | | Inspection Due: | Hrs: |

Key #:

Date In:   8/08/2013     256-2551

Time In:        8:01AM

Completed: 10/21/2013     PO Nbr:   565616-000 OP

Cust.#:      18            Ref/Ser:   TRI INV.# 24533

| Item | Qty/Time | Description | Price/Rate | Amount |
|---|---|---|---|---|

PAYMENT TERMS: This account is due and payable in full w/in 30 days from invoice date (Customer w/ Credit Acct). Overdue accounts will be charged 1/5% interest per month on the outstanding balance. Attorney fees and related costs will be assessed in case of default in payment.

PARTS DISCLAIMER :  The only warranties applying to parts sold are those offered by the manufacturer. The selling dealer  expressly disclaims all warranties, either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose. ALL ELECTRICAL PARTS : NO REFUNDS OR RETURNS.

** WARRANTY : 60 DAYS LABOR AND MATERIALS

** RECEIVED THE ABOVE ARTICLES IN GOOD ORDER AND CONDITION

Customer Received Old Parts

Signature:                              Date:               ☐ Yes    ☐ No

Order#:   2210      ii                     Thank You for Your Business



## JD Auto Parts & Services
P.O. Box 500714 CK
Saipan MP 96950
Phone (670)234-6098   (670)235-1662  Fax (670)234-9305
jttorres@pticom.com

**Bill To:**
DOC DEPARTMENT OF CORRECTIONS
P.O.Box 506506
Saipan MP  96950

| INVOICE | | |
|---|---|---|
| 2207 | | |
| 8/09/2013 | | |

Key #:
Date In:   8/06/2013
Time In:       9:57AM
Completed:  8/08/2013
Cust.#:      18

Lic#                              Veh ID:

VIN:                                        [ ]
Odometer In:                  Out:
Inspection Due:               Hrs:
256-2551

PO Nbr:   562175-000 OP
Ref/Ser:

| Item | Qty/Time | Description | Price/Rate | Amount | | |
|---|---|---|---|---|---|---|
| | | **LABOR** | | | | |
| GENERATOR-01 | 1.00 | **************** GENERATOR REPAIR **************** (08.02.13) | | | 4 | 2 |
| | | BRAND: CUMMINS  (2004 POWER GENERATOR) MODEL: VTA-28-G7 SERIAL: 25291781  (C040614713) CPL : 8207 | | | | |
| | | GENERATOR : ONAN MODEL : DFGE-5664178 | | | | |
| | | TO REPLACE ALL FOUR GENERATOR BATTERIES. | | | | |
| | | REMOVED AND REPLACED ALL FOUR BATTERIES. SECURE TERMINAL WIRING & TERMINAL TO THE BATTERY. | | | | |
| | | TEST START GENERATOR AND BATTERY CHARGING O.K. | | | | |
| | | COMPLETE | | | | |
| GENERATOR-01 | 1.00 | NOTE: REFER TO INVOICE # 2210 TO SATISFY THE FULL AMOUNT OF PROJECT (WORK). | | | 4 | 2 |
| | | PO# 562175-000 IS NOT ENOUGH TO COVER THE FULL AMOUNT OF THE WORK DONE. | | | | |
| | | **PARTS** | | | | |
| N  SPL | 1.00 | 12 VOLTS HIGH CRANKING GENERATOR BATTERY (NP-# 7269) | 1207.90 | 1207.90 | 4 | 1 |
| | | PRICE :  $ 455.80 x 4      =      $ 1,823.20 PO AMT :                      ($ 1,207.90) | | | | |
| | | AMT. CHARGE TO INV.# 2010     $  615.30 | | | | |

Paid With
HOUSE CHARGE     1207.90

Sub Total:          1207.90

Writer:   2                    PO# 562175-000 OP

Invoice Amount:     1207.90
Less Deposits:

**Balance Due:      1207.90**

DOC DEPARTMENT OF CORRECTIONS        2207        PO:562175-000 OP        Page  1  Of  2

**000012**

**EXHIBIT E**
**FIRE SAFETY**

## JD Auto Parts & Services

P.O. Box 500714 CK

Saipan MP 96950

Phone (670)234-6098   (670)235-1662  Fax (670)234-9305

jttorres@pticom.com

| Bill To:<br>DOC DEPARTMENT OF CORRECTIONS<br>P.O.Box 506506<br>Saipan MP 96950 | **INVOICE**<br>2207<br>8/09/2013 | Lic#<br>VIN:<br>Odometer In:<br>Inspection Due: | Veh ID:<br>[ ]<br>Out:<br>Hrs: |
|---|---|---|---|
| | Key #:<br>Date In:  8/06/2013<br>Time In:      9:57AM<br>Completed:  8/08/2013<br>Cust.#:        18 | 256-2551<br><br>PO Nbr:   562175-000 OP<br>Ref/Ser: | |

| Item | Qty/Time | Description | Price/Rate | Amount |
|---|---|---|---|---|

PAYMENT TERMS: This account is due and payable in full w/in 30 days from invoice date (Customer w/ Credit Acct). Overdue accounts will be charged 1/5% interest per month on the outstanding balance. Attorney fees and related costs will be assessed in case of default in payment.

PARTS DISCLAIMER :  The only warranties applying to parts sold are those offered by the manufacturer. The selling dealer  expressly disclaims all warranties, either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose. ALL ELECTRICAL PARTS : NO REFUNDS OR RETURNS.

\*\*  WARRANTY : 60 DAYS LABOR AND MATERIALS
\*\* RECEIVED THE ABOVE ARTICLES IN GOOD ORDER AND CONDITION

Customer Received Old Parts

Signature: _____  Date: _____   ☐ Yes   ☐ No

Order#:    2207    ii                          Thank You for Your Business



## JD Auto Parts & Services

P.O. Box 500714 CK
Saipan MP 96950
Phone (670)234-6098   (670)235-1662  Fax (670)234-9305
jttorres@pticom.com

**Bill To:**
DOC DEPARTMENT OF CORRECTIONS
P.O.Box 506506
Saipan MP 96950

| INVOICE | Lic# | | Veh ID: |
|---|---|---|---|
| 2137 | VIN: | | [] |
| 5/02/2013 | Odometer In: | Out: | |
| | Inspection Due: | Hrs: | |

Key #:
Date In:  5/02/2013
Time In:      2:55PM
Completed:  5/02/2013
Cust.#:     18

256-2551

PO Nbr:  556794-000 OP
Ref/Ser:

| Item | Qty/Time | Description | Price/Rate | Amount | | |
|---|---|---|---|---|---|---|
| | | **LABOR** | | | | |
| AU001 | 1.00 | ************ JUVENILE DETENTION UNIT *************** | 120.00 | 120.00 | 3 | 2 |
| | | SPECIAL ORDER FOR THE BUILDING GENERATOR AUTOMATIC BATTERY CHARGING MACHINE. | | | | |
| | | ORDER DIRECTLY FROM THE MANUFACTURE. | | | | |
| | | REMOVED AND INSTALLED NEW BATTERY CHARGER. REWIRED POWER SUPPLY. | | | | |
| | | TEST CHARGING O.K. | | | | |
| | | COMPLETE | | | | |
| | | NOTE: POWER GENERATION FOR THE GENERATOR STILL ON FACTORY BACK ORDER. | | | | |
| | | **PARTS** | | | | |
| N SPL | 1.00 | GENERATOR AUTOMATIC BATTERY CHARGER. (# NRG22-10-RC) | 898.72 | 898.72 | 3 | 1 |

Paid With
HOUSE CHARGE    1018.72

Sub Total:      1018.72

Writer:  3

PO#556794-000 OP

Invoice Amount:      1018.72
Less Deposits:

**Balance Due:      1018.72**

PAYMENT TERMS: This account is due and payable in full w/in 30 days from invoice date (Customer w/ Credit Acct). Overdue accounts will be charged 1/5% interest per month on the outstanding balance. Attorney fees and related costs will be assessed in case of default in payment.
PARTS DISCLAIMER : The only warranties applying to parts sold are those offered by the manufacturer. The selling dealer  expressly disclaims all warranties, either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose. ALL ELECTRICAL PARTS : NO REFUNDS OR RETURNS.

** WARRANTY : 60 DAYS LABOR AND MATERIALS
** RECEIVED THE ABOVE ARTICLES IN GOOD ORDER AND CONDITION

DOC DEPARTMENT OF CORRECTIONS        2137 **000014**    PO:556794-000 OP        Page  1  Of  2

**EXHIBIT E**
**FIRE SAFETY**

## JD Auto Parts & Services

P.O. Box 500714 CK

Saipan MP 96950

Phone (670)234-6098   (670)235-1662   Fax (670)234-9305

jttorres@pticom.com

Bill To:
DOC DEPARTMENT OF CORRECTIONS
P.O.Box 506506
Saipan MP  96950

**I N V O I C E**

| 2137 |
| --- |
| 5/02/2013 |

Key #:
Date In:  5/02/2013
Time In:      2:55PM
Completed:  5/02/2013
Cust.#:      18

Lic#          Veh ID:

VIN:                          []
Odometer In:         Out:
Inspection Due:       Hrs:

256-2551

PO Nbr:  556794-000 OP
Ref/Ser:

| Item | Qty/Time | Description | Price/Rate | Amount |
| --- | --- | --- | --- | --- |

Signature:                          Date:

Customer Received Old Parts

☐ Yes      ☐ No

Order#:     2137      ii

Thank You for Your Business

DOC DEPARTMENT OF CORRECTIONS          2137          PO:556794-000 OP

**000015**

| Page | 2 | Of | 2 |
| --- | --- | --- | --- |

**EXHIBIT E**
**FIRE SAFETY**



## JD Auto Parts & Services

P.O. Box 500714 CK

Saipan MP 96950

Phone (670)234-6098  (670)235-1662  Fax (670)234-9305

jttorres@pticom.com

Bill To:

JUVENILE DETENTION UNIT DOC

P.O.BOX 506506

Saipan MP  96950

**INVOICE**

| | |
|---|---|
| 2072 | |
| 5/29/2013 | |

Key #:
Date In:   1/26/2013
Time In:        12:59PM
Completed:  5/29/2013
Cust.#:        102

Lic#              Veh ID:

VIN:                          []
Odometer In:          Out:
Inspection Due:       Hrs:
256-2550          285-4366

PO Nbr:   558532-000 OP
Ref/Ser:

| Item | Qty/Time | Description | Price/Rate | Amount |
|---|---|---|---|---|
| | | **LABOR** | | |
| AU001 | 1.00 | ************ JUVENILE DETENTION UNIT ************ (01-23-13) ***************************************************** EMERGENCY CALL: STAND-BY PERKINS GENERATOR IS NOT WORKING DURING POWER OUTAGE. FOUND GENERATOR WAS NOT WORKING DUE TO NO DIESEL FUEL GOING TO THE INJECTORS. CHECK FUEL FILTER ON THE ENGINE AND BOTH FILTERS ARE FILLED WITH MIX DIESEL & WATER. CHECK FUEL PIPE FROM THE SECONDARY STORAGE TANK TO THE GENERATOR ARE COMPLETELY PLUG UP. | | 3    2 |
| AU002 | 1.00 | NEED TO REMOVED SECONDARY STORAGE TANK NEXT TO THE GENERATOR (BRING TO THE SHOP) AND COMPLETELY DISASSEMBLE TO DRAIN & CLEAN CONTAMINATED DIESEL FUEL. REMOVED STORAGE TANK FROM THE OVER-FLOW TANK AND DRAIN CONTAMINATED FUEL. REMOVED DRAIN PLUG TO DRAIN OUT CONTAMINATED DIESEL. REMOVED ALL CONTROLS AND PUMP MOTOR ON TOP OF THE TANK. CLEAN INSIDE & OUTSIDE OF THE SECONDARY & OVER-FLOW TANKS. CLEAN AND AIR BLOW ALL FUEL PIPES AND CONTROLS. CHECK AND TEST FLOAT SWITCH (DEFECTIVE) NEED TO ORDER PARTS. CANNOT TEST BOARD CAUSE FLOAT SWITCH IS NOT WORKING. | | 3    2 |

JUVENILE DETENTION UNIT DOC             2072             PO:558532-000 OP                  Page    1   Of   4

**000016**

**EXHIBIT E**
**FIRE SAFETY**

## JD Auto Parts & Services

P.O. Box 500714 CK

Saipan MP 96950

Phone (670)234-6098   (670)235-1662  Fax (670)234-9305

jttorres@pticom.com

Bill To:

JUVENILE DETENTION UNIT DOC

P.O.BOX 506506

Saipan MP  96950

| | |
|---|---|
| **I N V O I C E** | Lic#          Veh ID: |
| 2072 | VIN: |
| 5/29/2013 | Odometer In:          Out: |
| | Inspection Due:          Hrs: |
| Key #: | 256-2550          285-4366 |
| Date In:  1/26/2013 | |
| Time In:       12:59PM | PO Nbr:  558532-000 OP |
| Completed:  5/29/2013 | Ref/Ser: |
| Cust.#:      102 | |

| Item | Qty/Time | Description | Price/Rate | Amount |
|---|---|---|---|---|
| AU003 | 1.00 | NOTE:<br>ALL OF THIS REPAIR ARE DUE TO LACK OF WEEKLY INSPECTION BY BUILDING MAINTENANCE. STAFF AT JDU.<br><br>(HAD BEEN ADVISED TO REMOVE SECONDARY TANK AND COMPLETELY DRAIN & CLEAN TANK).<br><br>ALSO, NOTED BY PREVIOUS MAINTENANCE CONTRACTOR  HAWTHORNE HAD A QUOTATION FOR THE SAME WORK THAT WE ARE DOING.<br>************************************************* | | 3   2 |
| AU004 | 16.00 | ASSEMBLE BACK ALL CONTROLS, PUMP MOTOR. AND FUEL PIPING.<br><br>RE-INSTALL TANK ASSEMBLY TO JDU. RECONNECT SUPPLY & RETURN FUEL SUPPLY PIPE. CONNECT POWER SUPPLY TO PUMP MOTOR.<br><br>RE-FILL SECONDARY TANK WITH DIESEL FUEL.<br><br>BLEED AND CLEAN ALL FUEL INJECTOR LINES. REPLACED FUEL WATER SEPARATOR FILTERS.<br><br>START UP GENERATOR FOR TESTING. | | 3   2 |
| AU005 | 1.00 | **************** REPIPING OF FUEL LINE ***************<br>(01.29.13)<br>***********************************************<br>INSTALL 1/2" GALVANIZE UNION ON BOTH SUPPLY AND RETURN PIPE. ALSO INSTALL 1/2" GATE VALVE ON THE SUPPLY SIDE TO SHUT OFF WHENEVER A REPAIR IS NEEDED. | | 3   2 |

| | | | |
|---|---|---|---|
| JUVENILE DETENTION UNIT DOC | 2072 | PO:558532-000 OP | Page   2  Of  4 |

**000017**

# JD Auto Parts & Services

P.O. Box 500714 CK
Saipan MP 96950
Phone (670)234-6098   (670)235-1662 Fax (670)234-9305
jttorres@pticom.com

| Bill To: | | INVOICE | Lic# | | Veh ID: |
|---|---|---|---|---|---|

Bill To:
JUVENILE DETENTION UNIT DOC
P.O.BOX 506506
Saipan MP 96950

**INVOICE**

2072
5/29/2013

Key #:
Date In:  1/26/2013
Time In:      12:59PM
Completed:  5/29/2013
Cust.#:      102

Lic#

Veh ID:

VIN:                              []
Odometer In:          Out:
Inspection Due:
256-2550          285-4366    Hrs:

PO Nbr:   558532-000 OP
Ref/Ser:

| Item | Qty/Time | Description | Price/Rate | Amount | | |
|---|---|---|---|---|---|---|
| AU006 | 6.00 | ********** POWER GENERATION REPAIR ********* (05.18.13) *************************************************** INSTALLATION OF NEW SPECIAL ORDER DIODE INTO THE MOTOR GENERATING WINDING. REMOVED AND REPLACE DAMAGE GROUNDING WIRES. ASSEMBLE BACK COVER PANELS AND SECURE WIRES. START UP GENERATOR AND LOAD TEST INTO THE BUILDING. LOAD AMPERAGE READING AND VOLTAGE READING ARE NORMAL. COMPLETE. ****************************************************** | | | 3 | 2 |
| AU007 | 1.00 | ****************************************************** THIS INVOICE IS FOR PARTS ONLY ****************************************************** | | | 3 | 2 |

**PARTS**

| | Qty | Description | Price/Rate | Amount | | |
|---|---|---|---|---|---|---|
| N SPL | 2.00 | FUEL WATER SEPARATOR (NP-# FS19530) | 42.15 | 84.30 | 3 | 1 |
| N SPL | 2.00 | FUEL FILTER BASE CAP O-RING (SPECIAL ORDER HAWTHORNE) | 12.50 | 25.00 | 3 | 1 |
| N SPL | 2.00 | DIESEL FUEL (CLEANING SECONDARY TANK) | 7.00 | 14.00 | 3 | 1 |
| N SPL | 1.00 | PIPE TREAT PASTE SEALER | 7.60 | 7.60 | 3 | 1 |
| N SPL | 1.00 | GALVANIZE COUPLING1" | 3.65 | 3.65 | 3 | 1 |
| N SPL | 1.00 | GALVANIZE ELBOW 90' | 6.10 | 6.10 | 3 | 1 |
| N SPL | 1.00 | GALVANIZED NIPPLE 1" | 1.45 | 1.45 | 3 | 1 |
| N SPL | 1.00 | THREAD SEAL TAPE (1x2x600) (PN# 40973) | 4.50 | 4.50 | 3 | 1 |
| N SPL | 1.00 | VALVE GATE BRASS (1/2"IPS) (PN# 44036) | 16.15 | 16.15 | 3 | 1 |
| N SPL | 2.00 | UNION (1/2' GAVANIZE) (PN# 47813) | 9.45 | 18.90 | 3 | 1 |
| N SPL | 1.00 | BATTERY (GENERATOR) NP-# 7237 - INV#424256 | 256.30 | 256.30 | 3 | 1 |
| N SPL | 1.00 | AUTOMATIC VOLTAGE REGULATOR (AVR) LEROY SOMER R230, R250, R230B, AEM110RE014 #290684603486 | 895.05 | 895.05 | 3 | 1 |
| N SPL | 1.00 | DIODE BRIDGE ASSEMBLY (CATAPILLAR #922-230) SPECIAL ORDER FROM MANUFACTURE | 1066.05 | 1066.05 | 3 | 1 |
| N SPL | 8.00 | ELECTRIC GROUNDING CABLE #4 (NP-# 736120) | 10.15 | 81.20 | 3 | 1 |
| N SPL | 3.00 | #4 CABLE LUG (NP-# 728036) | 4.75 | 14.25 | 3 | 1 |
| N SPL | 1.00 | ELECTRICAL GREEN COLOR TAPE | 5.50 | 5.50 | 3 | 1 |

JUVENILE DETENTION UNIT DOC          2072          PO:558532-000 OP          Page   3  Of  4

**EXHIBIT E**
**FIRE SAFETY**

## JD Auto Parts & Services

P.O. Box 500714 CK
Saipan MP 96950
Phone (670)234-6098   (670)235-1662  Fax (670)234-9305
jttorres@pticom.com

| Bill To: | | | | |
|---|---|---|---|---|
| JUVENILE DETENTION UNIT DOC | | | | |
| P.O.BOX 506506 | | | | |
| Saipan MP  96950 | | | | |

**INVOICE**

| | |
|---|---|
| 2072 | |
| 5/29/2013 | |

| Lic# | Veh ID: |
|---|---|
| VIN: | [ ] |
| Odometer In: | Out: |
| Inspection Due: | Hrs: |

Key #:
Date In:   1/26/2013
Time In:      12:59PM
Completed:  5/29/2013
Cust.#:     102

256-2550        285-4366

PO Nbr:   558532-000 OP
Ref/Ser:

| Item | Qty/Time | Description | | Price/Rate | Amount |
|---|---|---|---|---|---|
| | | — Paid With — | | | |
| | | HOUSE CHARGE | 2500.00 | Sub Total: | 2500.00 |

Tax Exempt-
Writer:   1

PO# 558532-000 OP

| | |
|---|---|
| Invoice Amount: | 2500.00 |
| Less Deposits: | |
| **Balance Due:** | **2500.00** |

PAYMENT TERMS: This account is due and payable in full w/in 30 days from invoice date (Customer w/ Credit Acct). Overdue accounts will be charged 1/5% interest per month on the outstanding balance. Attorney fees and related costs will be assessed in case of default in payment.
PARTS DISCLAIMER :  The only warranties applying to parts sold are those offered by the manufacturer. The selling dealer  expressly disclaims all warranties, either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose.
ALL ELECTRICAL PARTS : NO REFUNDS OR RETURNS.

** WARRANTY : 60 DAYS LABOR AND MATERIALS
** RECEIVED THE ABOVE ARTICLES IN GOOD ORDER AND CONDITION

Customer Received Old Parts

Signature:                                    Date:                    ☐ Yes   ☐ No

Order#:    2072     ii                    Thank You for Your Business

| JUVENILE DETENTION UNIT DOC | 2072 | PO:558532-000 OP | Page   4  Of   4 |
|---|---|---|---|



# Standby Generator Maintenance
## Department of Corrections
### Susupe

*Monthly Service Inspection of One Onan Standby Generator*

## Price

A) Generator Maintenance –Monthly Inspection: $200.00 ea.

B) Corrective and Emergency Repairs will be assessed in accordance with the following:

- Monday through Friday (Saipan)

  8 a.m. to 5 p.m. : $45.00 per man hour
  5 p.m. to 8 a.m. : $75.00 per man hour

- Weekends and Holidays: $75.00 per man hour (Saipan)

- Emergency callout : same as above schedule with a 2(two) hour minimum

## Contract

This contract is valid beginning on _____ and will continue until terminated upon giving the other party 30 days advance written notice.

| Elliott Systems LLC | Department of Corrections |
|---|---|
| Jeff Elliott | Print  GREGORY G CASTRO |
| Signature  *[signature]* | Signature  *[signature]* |
| Date  2/21/14 | Date  2/21/14 |

P.O. Box 5568 • Saipan, MP 96950 • Fax: 670.322.7374

Cell: 670.285.5333 • Email: jeff@elliottsystemsllc.com



**000020**



**000021**



POD 1



POD 2

| LEGEND | |
|---|---|
| KEY#1: KEY ATTACHED TO LARGE KEY RING. | |
| KEY#2: KEY ATTATCHED TO SMALL KEY RING. | |
| RED W/ONE PUNCHED HOLE: | POD 1 |
| WHITE W/TWO PUNCHED HOLES: | POD 2 |
| BLUE W/THREE PUNCHED HOLES: | POD 3 |
| YELLOW W/FOUR PUNCHED HOLES: | POD 4 |



POD 3

| ACCESS |
|---|
| KEY #1: ALL INGRESS/EGRESS DOORS |
| KEY #2: ALL CELLS WITHIN POD/SECTIONS |





POD 4

**ACF Common Keys**

**000022**



ACF Emergency Key

**EXHIBIT E**
**FIRE SAFETY**

Case 1:99-cv-00017 Document 54-543 Filed 04/30/14 Page 25 of 85
Case 1:99-cv-00017 Document 541-5 Filed 04/02/08 Page 1 of 6



## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security | Control and Use of Keys | 3.1.4 | |
| **ACA Standard** | 3-ALDF-3A-21 Control and Use of Keys | | | |
| **Consent Decree** | III Fire Safety Paragraph 20 Provide Local Common Key Locks for Cells and Other Doors; Paragraph 21 Ensure That Emergency Keys are Accessible to Staff | | | |

### I.   PURPOSE

To describe the general procedures the Department of Corrections (DOC) will use to organize the inventory, storage, issue, distribution and handling of keys.

### II.  POLICY

It is the policy of DOC to maintain a key control program that provides maximum staff control over locks, keys, and locking devices; restricts access to sensitive keys; and enables prompt response to emergencies.

### III. PROCEDURES

A. The Deputy Director of Corrections is responsible for the overall operation of the key control program.  He will designate a security staff that will manage the Key Control Program and ensure the staff receive the necessary training to manage it; The procedures outlined below is mandatory to be followed:

1. All correctional staff issued keys during his/her shift will maintain all those keys in his/her possession at all times.  At no time will the keys be passed to anyone else.

2. Keys are to be carried and used as inconspicuously as possible and should be kept on the staff member's person at all times.

3. No key is to be duplicated by any staff member without the written approval of the Commissioner and or Director of Corrections.  Correctional staff are not authorized to alter, mark, manufacture, or make impressions of keys.  Any such incident will be reported

immediately in writing to the Shift Commander, the Captain of Operations and the Deputy Director of Corrections. Staff will be subject to disciplinary action in such instances.

4. No key is to be taken outside the facility without the written approval of the Commissioner or Director of Corrections. Any staff inadvertently carrying keys home will be contacted immediately and required to return the keys to the facility promptly.

5. Correctional staff will only carry keys listed on the key assignment list for his/her assigned post.

6. Staff will avoid reference to key numbers or any identifying information in the presence of inmates/detainees.

7. Staff must avoid dropping keys; keys must be exchanged hand-to-hand, never tossed or thrown.

8. Force will not be used to operate locks; if a lock does not function easily, staff must report the malfunction to the Shift Commander, Captain of Operations and Deputy Director of Correction immediately.

9. Staff will not attempt to repair locks; only the locksmith or a certified employee should do this. The certified employee should check all keys annually or as required to ensure that they are functional.

10. Only staff may be issued or handle keys; Under no circumstances will inmate/detainee or other unauthorized person be issued keys of any type.

11. The key count will be verified when exchanging keys from one employee to another, confirming the actual key count against the key assignment list.

12. All broken keys and locking devices will be reported to the Shift Commander immediately. The Shift Commander will submit a written report of the incident up the chain of command via the Captain of Operations.

**B. Master Key Box**

1. A secured master key storage box will be located and maintained in Central Control.

2. The key box will have hooks to hang the keys and will be properly labeled so as to indicate the correct location of keys for easy accountability and inventory purposes.

3. All key hooks with labels will be filled at all times unless the key is issued out.

4. The master key storage box has a copy of all keys used in the facility.

5. The master key storage box will have within its content a physical plant plan indicating the lock number of each door in the facility.

6. Another master key box with duplicate keys for door locks of the facility is located in the administration building.

7. All emergency and restricted keys are locked in the master key box in the Central Control at all times unless there is an emergency.

8. The key box is locked at all times.

9. Only the officer in charge of Central Control may remove keys from or return them to the box.

10. Any staff requesting use of keys from the master key box must sign them out on the key checkout log that is kept in Central Control. (see pages 5 & 6)

11. The Central Control staff will inventory all keys in the master key box at the beginning of each shift to ensure that all keys are accounted for.

12. The Central Control staff will immediately report to the Shift Commander and Operations Captain any missing keys.

13. In the case of missing keys there will be an automatic lockdown of all inmates/detainees and corrections staff will search for the missing key(s).

14. The Shift Commander will initiate appropriate searches until the key(s) are located. Normal operation will not be re-established without the approval of the Commissioner and/or Director of Corrections. The same procedures are applicable to keys that are stored in the administration building.

## C. Key Accountability

A key accountability system is established using forms for all keys. This form will indicate and track specifically type and number of keys assigned to each staff, as well as, determine at all times who has keys in their possession. During shift change the Central Control officer will inventory all keys in the master storage box and to account for all keys issued and returned throughout his/her shift. All keys received from the outgoing officer will be accurately logged on the Central Control log sheet. The duty officer will carry only keys assigned to the post. Any missing keys will be reported immediately to the Shift Commander, the Captain of Operations and the Deputy Director of Corrections.

## D. Emergency Keys

Emergency keys such as keys for all entrance/exit doors will be used when the doors malfunction. Emergency keys will be secured in the master key box in the Central Control.

3

Case 1:99-cv-00017 Document 54-543 Filed 04/30/14 Page 28 of 85
Case 1:99-cv-00017 Document 54-543 Filed 04/02/08 Page 4 of 5

**EXHIBIT E**
**FIRE SAFETY**

The emergency keys are identifiable by sight and touch and color coded red. Backup emergency keys should be stored in the administration office. Emergency keys will be tested at least quarterly to ensure effectiveness. All correctional staff should be familiar with all emergency keys and their location in Central Control. During fire drills, obtaining keys required from Central Control will only be simulated. It will not actually be given out for the purpose of the drill.

### E. Lost or Misplaced Keys

At any time a key is discovered missing, all inmates/detainees will be locked down, no movement of inmates/detainees and/or visitors will be allowed and a search will be conducted. Normal operation will not be re-established without the approval of the Commissioner and/or Director of Corrections. An immediate search team will be assembled to look for the missing key(s). When a key is discovered missing, it must be reported immediately to the Shift Commander, the Captain of Operations and the Deputy Director of Corrections stating when the key was discovered lost or misplaced, the circumstances surrounding the incident and the keys involved. A written report will be submitted to the Shift Commander, the Captain of Operations and Deputy Director of Corrections as soon as possible. When keys are lost or misplaced, proper security precautions must be taken immediately against unauthorized access to sensitive areas or escape. If there is a strong suspicion that impressions were made of the keys, the Commissioner and/or Director will be notified immediately and with their approval locks will be changed at once.

### F. Restricted keys

Keys for food service areas, entrance/exit doors, electrical and telephone rooms, maintenance shop, back-up generator, prison industry and custodial storage rooms will be stored in the Central Control and to be issued only to designated employees using the form provided(see pages 5 & 6). These keys will be immediately returned to the Central Control and properly inventoried after usage.

Prepared By: _____  10-23-07
    John M. Ayuyu                                    Date
    Deputy Director of Corrections

Reviewed By: _____  10/23/07
    Gregory F. Castro                               Date
    Director of Corrections

Approved By: _____  10/24/07
    Lino S. Tenorio                                 Date
    Commissioner of Corrections

# DEPARMTNET OF CORRECTIONS

## Issuance of Keys Log Sheet

| DATE | TIME | SHIFT | NAME OF CENTRAL CONTROL OFFICER | NAME OF OFFICER ISSUED KEY | LOCK NO./KEY NO. | DOOR TO BE OPENED | SIGNATURE OF OFFICER ISSUED KEY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT E
FIRE SAFETY

000028

## DEPARMTNET OF CORRECTIONS

### Return of Keys Log Sheet

| DATE | TIME | SHIFT | NAME OF CENTRAL CONTROL OFFICER | NAME OF OFFICER WHO RETURNED KEY | LOCK NO./KEY NO. | DOOR OPENED | SIGNATURE OF OFFICER WHO RETURNED KEY |
|------|------|-------|----------------------------------|----------------------------------|------------------|-------------|----------------------------------------|
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |
|      |      |       |                                  |                                  |                  |             |                                        |

000029

EXHIBIT E
FIRE SAFETY

**EXHIBIT E**
**FIRE SAFETY**

## CNMI DOC ACADEMY CLASS ROSTER

Course/Subject: Security and Control:                    Date: Oct. 03, 2013
                 Control and Use of Keys

| Name: | Signature: |
|-------|-----------|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Josuua K. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Tawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guererro, Cris R. | |
| Flores, Audrea | |
| Funkugub, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansaniel    SanSannie T. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes Abraham T. | |
| Reyes, Luizl Angui | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. R. | |
| Sanchez, Monette C. | |
| Santor, Sheelane S. | |
| Somorang, Peter N. | |
| Taisakan, Koji | |
| Taitano, Vincent M. | |
| Yamada, Bo Naputi | |

Instructor: Sgt. Jose T. Castro/Sgt. Thomas Sablan   Date: Oct. 03, 2013

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION IV
SECURITY PROCEDURES

---

TOPIC: **KEY CONTROL**                            POLICY STATEMENT NO: 4.06

DATE ORIGINATED: 4/03                              PAGE 1 OF 3

REVISED:

---

### I. PURPOSE

To establish procedures for providing control and accountability for keys used in the Kagrnan Juvenile Detention and Correctional Facility; safe guarding residents and property.

### II. POLICY

A.   Control of keys used by the Kagman Juvenile Detention and Correctional Facility is very important for safeguarding the facility, minors and staff. A Key Control Logbook will be maintained by the Facility Supervisor that will identify the key, quantity of a specific key, location of the various key sets (which lock box location) that are issued.

B.   Keys are maintained either in the Control Room Key Box or in the Shift Supervisor's Office Key Box. The Control Room Post Duty employee is responsible for ensuring proper issue and recovery of keys and logging these activities.

C.   Keys will not be moved from one key set ring to another. Unserviceable keys will be reported to the Facility Supervisor or designee for replacement.

### III. PROCEDURE

A.   The Control Room Key Box and the key box located in the Shift Supervisor's office shall remain locked except when issuing or recovering keys. Keys to the shift supervisors lockbox shall only be in the possession of the Juvenile Correction Officer III or the Facility Supervisor.

B.   Key sets will be identified by "numbered key ring". The keys on each key ring set will be identified in the Master Key Control Register, located in the Facility Supervisors office.

C.   Key sets for the secure sections of the Facility, except for keys to exterior boundary doors shall be located in the Control Room Key Box.

**000031**

**EXHIBIT E**
**FIRE SAFETY**

D.      Key sets containing exterior boundary door keys, sally port gate keys, any key for the perimeter fence line gates and specified keys for offices in the administrative area shall be located in the Shift Supervisor's office key box. Only Shift Supervisors shall a key to this lock box.

E.      Key Box "hooks" shall identify the key set belonging to that particular "hook".

F.      Staff members shall be issued key sets and return key sets as follows:

   (l)     Key issue will take place in the Control Room where the issue or recovery shall be documented in the Master Security Logbook. A Shift Supervisor shall receive and issue all key sets during this process.
   (2)     All staff members shall surrender a set of personal keys before being issued a set of facility keys. These personal keys shall be placed on the appropriate "hook" in the lock box.
   (3)     Housing/Living Unit Duty Post employees coming on duty shall be issued a set of appropriate keys before they depart the Control Room area on their way to the Unit.
   (4)     Housing/Living Unit Duty Post employees shall note the key set identity number in their possession in the Unit logbook when signing in.
   (5)     Housing/Living Unit Duty Post employees going off duty shall turn in the. facility keys before being signed out in the Master Security Logbook.
   (6)     Other Duty Post employees shall surrender and receive Duty Post keys as staff, change shifts.
   (7)     Key sets to exterior boundary doors/gates shall only be issued to the Floater/Rover Duty Post employee and the on duty Shih Supervisor.
   (8)     Shift Supervisors and Floater/Rover Duty Post employees shall exchange their key sets in the Shift Supervisor's office and log the exchange in the Shift Supervisor's Logbook.

D.       Other Keys

   (l)     Keys to evidence lockers, security safes, vehicle keys, gun lockers and extra keys for the Control Room Lock Box lock along with any other keys shall be located in the lock box in the Shift Supervisor's office.
   (2)     There shall be at least one complete set of facility keys located in the Shih Supervisor's office.

E.      Key Transport

   (l)     Transportation Duty Post employees shall not take any keys to the facility out of the facility or off the property of the facility.

   (2)     Employees shall not take any facility key out of the facility except as noted in (3) below. Staff who take key sets home shall be subject to discipline up to and including termination and shall be required to immediately return the keys upon discovery of the error regardless of when the error is discovered.
   (3)     Shift Supervisors and Floater/Rover Duty Post employees shall be allowed to take key sets outside the secure boundary in the course of their duties.

**000032**

F.    Lost Keys

Staff members shall exercise good judgment and extreme caution in handling facility key sets. lf any facility key is lost or stolen, the staff member who was issued the key set shall notify his/her supervisor immediately upon discovering the keys are missing. The employee shall also notify the supervisor if a missing key set is recovered.

(l)    If a key set is reported lost or misplaced the Shih Supervisor shall immediately order a lock down of the facility until the keys are found or returned. A facility search shall ensue immediately.

(2)    Once a lock down is instituted in re missing keys only the Facility Supervisor or designee may "recall" the lock down order.

(3)    Residents who are found to be in possession of a key set or key pattern will receive a major disciplinary report and appropriate discipline up to an including criminal charges for theft.

(4)    Employees responsible for misplacing or losing a key set may receive discipline up to termination.

G.    Emergency Access Key Set

A complete set of keys for the Kagman Juvenile Detention and Correctional Facility shall be provided to the Department of Public Safety. This set of keys shall be located in the Watch Commanders Office and under the direct control of the On Duty Watch Commander. This and any other emergency key set shall have each key identified as to lock location with a stamped metal tag.

The Fire Division of DPS shall know the location of this extra set of Facility keys and shall have access to them during any fire emergency.

In the event of an actual emergency where facility staff deem it necessary to contact either the Law Enforcement or Fire Division of the Department of Public Service for assistance the facility staff member making the contact call shall direct the responding DPS employees to bring their set of facility keys.

**000033**

**KAGMAN JUVENILE DETENTI ON & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MA**NUAL
SECTION IV
SECURITY PROCEDURES

| | |
|---|---|
| TOPIC: **DOOR LOCKS** | POLICY STATEMENT NO: 4.07 |
| DATE ORIGINATED: 4/O3 | PAGE 1 OF 2 |
| REVISED | |

**I. PURPOSE**

To establish procedures for securing doors, cabinets, gates, lockers, etc.

**II. POLICY**

All doors, cabinets, gates and lockers inside the secure facility equipped with a locking devise shall be locked unless in use. All doors in the line of ingress/egress shall use keys common to the area and that are readily identifiable by sight and touch.

**III. PROCEDURE**

A. Public entrance doors and administration office doors in use may be left unlocked during normal business hours.

B. Exterior doors in the secure facility shall be closed and locked at all times except while persons are entering or leaving the facility.

C. Sally port gates shall be closed and locked at all times except while vehicles are entering or leaving the facility. These gates shall be closed before any minor is removed from a vehicle (Post a sign on the inside of the exit gate for DPS to read).

D. Doors to Housing/Living Units shall be closed and locked at all times except while persons are entering or leaving the Unit. When the air conditioning is insufficient for adequate ventilation, the Shift Supervisor may grant permission for staff to open the Unit doors leading to the enclosed recreation yard. Staff must ensure the recreation yard gate is locked before allowing the Unit door to remain open. This activity shall be noted in the Unit Logbook

E. Doors to sleeping rooms and all holding cells and "padded/quiet" rooms shall be locked at all times except when persons are entering, exiting or cleaning them.

F. Doors to the clothing rooms, storage areas and closets shall be closed and locked at all times except when someone is actually working in those areas.

**000034**

G.       Doors or cabinets where cleaning supplies and/or chemicals are stored shall be closed and locked at all times except when the cleaning supplies and /or chemicals are actually being used.

H.       Exterior doors leading to the education programming areas shall be closed and locked at all times except while persons are passing through them.

I.       The Control Room door shall be closed and locked at all times except when persons are passing through it. Only Control Room Duty Post employees and the Shift Supervisor are allowed to be inside the Control Room at any time except upon direct permission of the Shift Supervisor or higher authority. No employee shall loiter in the Control Room .

J.       Whenever two doors lead to the same secure area of the facility both doors to that secure area shall not be opened at the same time.

K.       All locks shall be opened/unlocked and closed/locked at least once a week to insure proper operation.

**000035**

**EXHIBIT E
FIRE SAFETY**



**JDU emergency keys**

000036

**EXHIBIT E
FIRE SAFETY**

## KEY GUIDE

### HUA KEY BOX KEY

Key box key will be attached to a pipe
with one hole in the center and
one groove at the base. This key opens
key box in Housing Unit A.

### HUA MASTER KEY

HUA Master key will be attache to a pipe
with two holes in the center and
two grooves at the base. This key opens
all doors in Housing Unit A (Entrance, padded
room, basketball court, and client rooms)

### SKD 18

SKD 18 key will be attached to a pipe
with three holes in the center and
three grooves at the base. This key opens
all inner perimeter doors except HUA entrance,
HUB entrance, and pantry in sally port.



**JDU key guide**

000037

Case 1:99-cv-00017    Document 64-5    Filed 04/30/14    Page 39 of 85



ACF Sprinkler system

000038

# EXHIBIT E
## FIRE SAFETY



**JDU sprinkler**

**000039**


COPY

13-146                          INSTALLATION OF SPRINKLER SYSTEMS

Figure 10-1(a)  Contractor's material and test certificate for aboveground piping.

## Contractor's Material and Test Certificate for Aboveground Piping

**PROCEDURE**

Upon completion of work, inspection and tests shall be made by the contractor's representative and witnessed by an owner's representative. All defects shall be corrected and system left in service before contractor's personnel finally leave the job.

A certificate shall be filled out and signed by both representatives. Copies shall be prepared for approving authorities, owners, and contractor. It is understood the owner's representative's signature in no way prejudices any claim against contractor for faulty material, poor workmanship, or failure to comply with approving authority's requirements or local ordinances.

| Property name | DEPARTMENT OF CORRECTIONS | Date | 12-18-2008 |
|---|---|---|---|

| Property address | SUSUPE, SAIPAN, CNMI |
|---|---|

| | | | |
|---|---|---|---|
| **Plans** | Accepted by approving authorities (names) CNMI FIRE DEPT. | | |
| | Address  CAPITAL HILL, CNMI | | |
| | Installation conforms to accepted plans | ☒ Yes | ☐ No |
| | Equipment used is approved | ☒ Yes | ☐ No |
| | If no, explain deviations | | |

| | | | |
|---|---|---|---|
| **Instructions** | Has person in charge of fire equipment been instructed as to location of control valves and care and maintenance of this new equipment? If no, explain? | ☒ Yes | ☐ No |
| | Have copies of the following been left on the premises? | ☒ Yes | ☐ No |
| | 1. System components instructions | ☒ Yes | ☐ No |
| | 2. Care and maintenance instructions | ☒ Yes | ☐ No |
| | 3. NFPA 25 | ☒ Yes | ☐ No |

| Location of system | Supplies buildings |
|---|---|

| | Make | Model | Year of manufacture | Orifice size | Quantity | Temperature rating |
|---|---|---|---|---|---|---|
| **Sprinklers** | VIKING | PEND | 2005 | ½ | | 155 |
| | VIKING | HSW | " | ½ | | 155 |
| | VIKING | UP | " | ½ | | 155 |
| | VIKING | CONC. HEAD. | " | ½ | | 155 |

| Pipe and fittings | Type of pipe ANSI Type of fittings ASME |
|---|---|

| Alarm valve or flow indicator | Alarm device | | | Maximum time to operate through test connection | |
|---|---|---|---|---|---|
| | Type | Make | Model | Minutes | Seconds |
| | FLOW SWITCH | | | | |

| | Dry valve | | | Q.O.D. | | |
|---|---|---|---|---|---|---|
| | Make | Model | Serial no. | Make | Model | Serial no. |
| | | | | | | |

| Dry pipe operating test NA | | Time to trip through test connection[1] | Water pressure | Air pressure | Trip point air pressure | Time water reached test outlet[1] | Alarm operated properly |
|---|---|---|---|---|---|---|---|
| | | Minutes / Seconds | psi | psi | psi | Minutes / Seconds | Yes / No |
| | Without Q.O.D. | | | | | | |
| | With Q.O.D. | | | | | | |
| | If no, explain | | | | | | |

[1] Measured from time inspector's test connection is opened

1999 Edition


RECEIVED 2/2/09

**000040**

**EXHIBIT E**
**FIRE SAFETY**
SYSTEMS ACCEPTANCE

Figure 10-1(a) *(Continued)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Deluge and preaction valves**<br><br>N A | **Operation** ☐ Pneumatic ☐ Electric ☐ Hydraulics | | | | | | | | | |
| | Piping supervised ☐ Yes ☐ No | | Detecting media supervised | | | | | ☐ Yes ☐ No | | |
| | Does valve operate from the manual trip, remote, or both control stations? | | | | | | | ☐ Yes ☐ No | | |
| | Is there an accessible facility in each circuit for testing? ☐ Yes ☐ No | | | | | If no, explain | | | | |
| | Make | Model | Does each circuit operate supervision loss alarm? | | | Does each circuit operate valve release? | | | Maximum time to operate release | |
| | | | Yes | No | | Yes | No | | Minutes | Seconds |

| **Pressure reducing valve test**<br>N A | Location and floor | Make and model | Setting | Static pressure | | Residual pressure (flowing) | | Flow rate |
|---|---|---|---|---|---|---|---|---|
| | | | | Inlet (psi) | Outlet (psi) | Inlet (psi) | Outlet (psi) | Flow (gpm) |
| | | | | | | | | |

**Test description**

Hydrostatic: Hydrostatic tests shall be made at not less than 200 psi (13.6 bar) for 2 hours or 50 psi (3.4 bar) above static pressure in excess of 150 psi (10.2 bar) for 2 hours. Differential dry-pipe valve clappers shall be left open during the test to prevent damage. All aboveground piping leakage shall be stopped.

Pneumatic: Establish 40 psi (2.7 bar) air pressure and measure drop, which shall not exceed 1½ psi (0.1 bar) in 24 hours. Test pressure tanks at normal water level and air pressure and measure air pressure drop, which shall not exceed 1½ psi (0.1 bar) in 24 hours.

**Tests**

All piping hydrostatically tested at *200* psi (___ bar) for *2* hours    If no, state reason
Dry piping pneumatically tested ☒ Yes ☐ No
Equipment operates properly ☒ Yes ☐ No

Do you certify as the sprinkler contractor that additives and corrosive chemicals, sodium silicate or derivatives of sodium silicate, brine, or other corrosive chemicals were not used for testing systems or stopping leaks?
☒ Yes ☐ No

| Drain test | Reading of gauge located near water supply test connection: *100* psi (___ bar) | Residual pressure with valve in test connection open wide: *100* psi (___ bar) *PUMP* |
|---|---|---|

Underground mains and lead in connections to system risers flushed before connection made to sprinkler piping
Verified by copy of the U Form No. 85B    ☒ Yes ☐ No    Other    Explain
flushed by installer of underground sprinkler piping    ☒ Yes ☐ No

If powder-driven fasteners are used in concrete, has representative sample testing be satisfactorily completed?    ☒ Yes ☐ No    If no, explain

| **Blank testing gaskets** | Number used *0* | Locations | Number removed |
|---|---|---|---|

**Welding**

Welding piping ☒ Yes ☐ No
If yes...

Do you certify as the sprinkler contractor that welding procedures comply with the requirements of at least AWS B2.1?    ☒ Yes ☐ No

Do you certify that the welding was performed by welders qualified in compliance with the requirements of at least AWS B2.1?    ☒ Yes ☐ No

Do you certify that the welding was carried out in compliance with a documented quality control procedure to ensure that all discs are retrieved, that openings in piping are smooth, that slag and other welding residue are removed, and that the internal diameters of piping are not penetrated?    ☒ Yes ☐ No

| **Cutouts (discs)** | Do you certify that you have a control feature to ensure that all cutouts (discs) are retrieved?    ☒ Yes ☐ No |
|---|---|

1999 Edition

000041

13–148                          INSTALLATION OF SPRINKLER SYSTEMS

Figure 10-1(a)  *(Continued)*

| Hydraulic data nameplate | Nameplate provided ☒ Yes ☐ No | | If no, explain |
|---|---|---|---|
| Remarks | Date left in service with all control valves open  12-18-2008 | | |
| Signatures | Name of sprinkler contractor  TELESOURCE | | |
| | | Tests witnessed by | |
| | For property owner (signed) | Title | Date |
| | For sprinkler contractor (signed)  Gary Lansing, PE | PROFESSIONAL ME. ENGINEER | Date  12-18-08 |

Additional explanations and notes

1. REPAIR LEAKING FITTING AT FS BFV 4.

2. HAVE FIRE ALARM CONTRACTOR CHECK ALL FLOW
    SWITCHES.



12 - 08 - 2008

1999 Edition

**EXHIBIT E**

## FIRE SAFETY



Figure A-11-2.6.3(f)  Pump acceptance test data. *(Courtesy of Factory Mutual Research Corp.)*

1. PROVIDE ALARM CONN. AT CONTROLLER:
   A. LOSS OF POWER
   B. PHASE REVERSAL.

2. FIX JOCKEY PUMP.

**EXHIBIT E**
**FIRE SAFETY**

Case 1:99-cv-00017 Document 54-531 Filed 04/30/14 Page 45 of 85
Case 1:99-cv-00017 Document 54-531 Filed 04/02/08 Page 45 of 85



*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*



### DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|-----------|-------------|
| Administration and Management | Training and Staff Development | Emergency Training | 1.4.5 | |
| **ACA Standards** | 3-ALDF: <u>1D-17</u> Use of Force; <u>1D-18</u> Use of Firearms; <u>1D-19</u> Use of Chemical Agents | | | |
| **Consent Decree** | <u>Paragraph 54</u> Develop Facility Policies and Procedures | | | |

### I. PURPOSE

To describe the emergency training programs required to be attended by designated Correctional Emergency Response Team.

### II. POLICY

It is the policy of the Department of Corrections (DOC) to provide training annually to all staff that is to be responding to institutional emergencies.

### III. PROCEDURES

As part of the initial and refresher training, the Department will provide training that will enable employees to perform effectively during emergency situations. All corrections officers will be provided a minimum of 16-hours Emergency Training prior to assignment to position. Training will include at a minimum the following:

- Escape Procedure
- Riot Control
- Hostage Policy
- Fire Emergency Procedures

The Training Officer will develop specific training program plan that outlines supplementary instructional programs and materials for staff involved in emergency programs.

### A. Use of Force

Use-of-Force and defense tactics training is required to all correctional officers. The following training programs are required:

**000045**

**EXHIBIT E**
**FIRE SAFETY**

- Use-of-Force Continuum
- Compliance with appropriate medical and physical limitations (tests?)

### B. Use of Firearms

All employees authorized to carry and use firearms will be provided a thorough firearms safety and proficiency training prior to assignment to posts involving the possibility of firearms use; this is to include escort, transportation of inmates/detainees, escape pursuit, or posts where firearms are authorized for use. Successful completion of the training for personnel assigned to these posts will include the following:

- Basic pistol and rifle course (whichever is appropriate), to include qualifying with a proficiency score at or above the minimum score set for qualification of that firearm;
- Instruction on the use, care and handling of firearms including, rifles, and shotguns.

### C. Use of Chemical Agents (Oleoresin Capsicum)

Chemical Agent training will be required for correctional officers and those employees specifically authorized to use chemical agents in the performance of their duties. At a minimum, training will include the following:

- Specific instruction regarding use and precautionary measures of the product specified by the manufacturer.
- Justified use of chemical agents
- Recommended use and restriction of chemical agents
- Care and Treatment for individuals exposed to chemical agents
- Reporting the use of chemical agents

The Department of Corrections recognizes that applicable CNMI/Federal laws and provisions of the Personnel Service System Rules and Regulations preside over this policy and procedures.

Prepared By: _____      10-25-07
Maj. John M. Ayuyu      Date
Deputy Director, DOC

Reviewed By: _____     10/25/07
Gregory F. Castro      Date
Director of Corrections

2
**000046**

Case 1:99-cv-00017 Document 54-531 Filed 04/30/14 Page 47 of 85
Case 1:99-cv-00017 Document 54-531 Filed 04/02/08 Page 3 of 85

Approved By: _____     __10/01/07_____

Lino S. Tenorio                                          Date
Commissioner of Corrections

EXHIBIT E
FIRE SAFETY

Case 1:99-cv-00017 Document 64-578 Filed 04/30/14 Page 48 of 85
Case 1:99-cv-00017 Document 64-578 Filed 04/02/08 Page 1 of 30




*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|------------|-------------|
| Institutional Operations | Safety and Emergency Procedures | Evacuation Plan | 3.2.10 | |
| **Reference** | ACA Standard 3-ALDF-3B-11 Evacuation Plan (M); 3B-12 Immediate Release of Inmates From Locked Areas (M) | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

### I.  PURPOSE

To provide Department of Corrections' staffs, visitors and inmates/detainees with guidelines and procedures for the safe, secure evacuation of the facility in an emergency.

### II.  POLICY

It is the policy of the Department of Corrections to have in place an emergency evacuation plan to ensure the safety of all employees, visitors and inmates/detainees by providing emergency instructions and evacuation routes in the event of a life-threatening emergency. The department will comply with applicable fire codes and other standards to ensure the safety of its employees, visitors and inmates/detainees.

### III.  PROCEDURAL GUIDELINES

The need for emergency evacuation is always a possibility in emergency situations such as fire, natural or man-made disasters, or in the aftermath of an institutional disturbance. Consequently, an evacuation plan is necessary to ensure that staffs, visitors and inmates/detainees are evacuated in an emergency.

#### A.  Employee Responsibilities

1. It is the responsibility of each employee to become familiar with the department's Evacuation Plan and other emergency policies and procedures.

2. Employees should also familiarize themselves with the appropriate emergency evacuation plan for their respective work area and be familiar with both the primary and secondary evacuation routes as provided in this policy and procedures in case emergency evacuation is necessary. Supervisors will assist in this endeavor.

**EXHIBIT E**
**FIRE SAFETY**

3. In an evacuation, when possible, equipment and appliances will be turned off in all work areas and doors should be closed but unlocked by the last employee leaving the area.

4. Employees should feel exit doors before opening them. If they are warm to the touch, employees should utilize an alternate evacuation route.

5. All employees will be responsible for the safe evacuation of visitors in their assigned areas.

6. Officers assigned to a housing unit shall assume responsibility for the safe evacuation of the inmates/detainees in the housing units and will ensure during the evacuation that the inmates/detainees are properly supervised.

Any employee detecting smoke, heat, or fire shall assume the responsibility of sounding the alarm by pulling the nearest fire alarm. Employees should be familiar with the locations of the fire alarm pull stations. If unable to activate the fire alarm, the employee should call Central Control and report the incident. The locations of the fire alarms within the facility are as follows:

    a. Main entrance to DOC
    b. Staff entrance from staff parking lot.
    c. Sallyport adjacent to staff dining.
    d. Inside kitchen adjacent to Cook's office.

7. If trained and knowledgeable in the use of available fire fighting equipment, the employee or employees should attempt to extinguish or contain the fire. Employees shall never jeopardize their personal safety attempting to extinguish or contain a fire.

8. It is the responsibility of all DOC employees to assist another employee and/or inmates/detainees who are injured without endangering themselves.

**B. Reporting a Fire or Other Emergency**

1. Any employee who discovers a fire or other emergency will report it immediately to the Central Control using the fastest means available. The employee will provide the following information to Central Control:

    a. Name and location of the reporting employee.
    b. Exact location of the emergency.
    c. Type of emergency.
    d. Names of staffs and/or inmates/detainees that are injured.
    e. Types of injuries sustained.
    f. Other relevant information on the emergency.

**000049** 2

EXHIBIT E
FIRE SAFETY

Case 1:99-cv-00017  Document 54-578  Filed 04/30/14  Page 50 of 85
Case 1:99-cv-00017  Document 54-52  Filed 04/02/08  Page 5 of 30

2. Any inmate/detainee who discovers a fire or other emergency will report it immediately to the housing unit officer. The housing unit officer will obtain the above information from the inmate/detainee and report it immediately to Central Control.

3. Upon receiving a report of fire or other emergency, Central Control will report the incident immediately to the Shift Commander. The Shift Commander will instruct an officer to investigate the incident and report his/her findings. The Shift Commander will make a determination whether an evacuation of the area to an adjacent area will be made.

4. When the Shift Commander determines that evacuation is necessary, the following will be determined and reported to Central Control as well as to the area or areas that will be affected:

   a. The housing unit or area that will be evacuated.
   b. The location where the evacuation will be made.
   c. The number of staffs and/or inmates/detainees that will be evacuated.
   d. The number of staffs required to make a safe and orderly evacuation.

## C. Chain of Command Notification

In an emergency such as riot, escape, typhoon, hostage taking, and/or fire, the Shift Commander will notify the following in the order they appear on the list.

1. Commissioner of Corrections
2. Director of Corrections
3. Deputy Director of Corrections
4. Operations Captain

When the emergency requires that the Incident Command System (ICS) be implemented, the Incident Command System policy and procedure will be followed.

## D. Responsibilities During an Emergency

### 1. Central Control

   a. Will ensure that complete and accurate information is obtained regarding the emergency.

   b. Will record all information relating to the emergency, unless specific instructions are given otherwise. All information relating to the emergency is recorded chronologically throughout the emergency.

   c. Will disseminate information on a timely manner to the appropriate section/s and/or personnel.

Case 1:99-cv-00017   Document 64-578   Filed 04/30/14   Page 51 of 85
Case 1:99-cv-00017   Document 61-3   Filed 04/02/08   Page 6 of 30

**EXHIBIT E**
**FIRE SAFETY**

    d.  Will ensure that all doors are secured and will be opened only when instructed to do so.

    e.  Will monitor all emergency equipment in Central Control and take appropriate action/s in accordance with established procedures.

    f.  Will call the police, fire and other agencies as required.

**2. Shift Commanders**

    a.  Will investigate all reports relating to fire and other emergency.

    b.  Will submit a written preliminary report of the emergency to the Commissioner of Corrections and copies to the Director of Corrections, Deputy Director of Corrections and Operations Captain.

    c.  Will supervise staffs and inmates/detainees during evacuation.

    d.  Will ensure that sufficient personnel are available to supervise inmates/detainees in the housing units and during evacuation.

    e.  Ensure that DOC policies and procedures are followed.

**E.  Evacuation**

1.  Unless previously notified, all employees shall treat every fire alarm as an emergency. When a fire alarm sounds, administrative employees should quickly proceed to the staff parking lot and wait for further instructions. Housing unit officers will remain at their posts for further instruction from the Shift Commander.

2.  If the fire alarm is determined to be false, the Central Control will announce this information over the facility's PA system and radio.

3.  The Shift Commander will determine based on its investigation whether the housing unit will be evacuated to another housing unit. When a decision to evacuate is made, the Shift Commander will inform Central Control on the planned evacuation.

4.  The Shift Commander will not evacuate inmates/detainees outside the facility without first getting authorization from the Commissioner of Corrections or the Director of Corrections. In the event the Commissioner and the Director are not available, the Deputy Director of Corrections will make the authorization.

5.  The Shift Commander will inform Central Control that the whole facility will be on lock-down prior to any evacuation. Central Control will inform all areas affected.

EXHIBIT E
FIRE SAFETY

Case 1:99-cv-00017   Document 64-578   Filed 04/30/14   Page 52 of 85
Case 1:99-cv-00017   Document 54-72   Filed 04/02/08   Page 7 of 30

6. When a decision is made to evacuate a housing unit, the Shift Commander will ensure that the housing unit officer inform the inmates/detainees of the following:

   a. Inmates/detainees will be informed to remain calm.

   b. Time to evacuate.

   c. The housing unit to evacuate to.

   d. Inmates/detainees will stand by their bunk or cell door to be counted using the cell assignment information. When the evacuation is made, the housing unit officer will do another headcount to ensure that all inmates/detainees are accounted for. The officer that did the headcount will report the information to Central Control.

   e. The housing unit officer will check toilet and shower areas and cells to ensure that all inmates/detainees are evacuated.

   f. No personal belongings will be taken.

   g. Form a line and follow officer's instructions during evacuation.

   h. Housing unit officer will request the Shift Commander for additional officers prior to evacuation to ensure that inmates/detainees are properly supervised during and after the evacuation.

   i. The housing unit officer will inform Central Control when evacuation is to commence and when the evacuation is completed.

   j. The housing unit officer that did the headcount prior to the evacuation will do another headcount when the inmates/detainees are safely evacuated and report the count to Central Control.

7. The Operations Captain will do a headcount on all administrative staffs prior and after evacuation to ensure that staffs are accounted and will ensure that all visitors are safely evacuated and are accounted for.

8. Shift Commander and/or available supervisor will ensure that all injured persons receive prioritized medical attention at the staging area by calling the Emergency Medical Services (EMS) at the Fire Division.

9. The Shift Commander will ensure that appropriate reports are submitted regarding all injured persons.

10. The Fire Prevention Officer will ensure that employees do not enter the building after evacuation unless an instruction is disseminated by the Shift Commander or higher that the building is safe to enter.

Case 1:99-cv-00017 Document 64-578 Filed 04/30/14 Page 53 of 85
Case 1:99-cv-00017 Document 64-578 Filed 04/02/08 Page 8 of 30

**F.  Evacuation Routes**

The primary and secondary evacuation routes listed below shall be used when it is determined that an evacuation is necessary unless circumstances dictate it otherwise.

When inmates/detainees are evacuated to a housing unit or to open exercise areas, they are to remain at that location until an instruction is issued to that it is okay to re-enter their housing unit.

It should be noted that the letter and numbers next to a room or door is the reference number on the facility floor plan.

**1. Administration**

   a. Primary Evacuation Route

The primary evacuation route for administrative personnel is the staff parking lot using the staff entrance corridor to DOC administration through door A119A (staff entrance door to DOC administration), turn right through door S100A (staff main entrance door from staff parking lot). Refer to Evacuation Plan DOC Administration.

   b. Secondary Evacuation Route

The secondary evacuation route is through reception door A105 (main entrance door to reception area), turn left through door A101 (metal detector door) and through doors A100 (main entrance doors). Administrative staffs will use the administrative corridor through the reception entrance door or office corridor through the reception entrance door.

**2. Main Lobby (A101)**

   a. Primary Evacuation Route

The primary evacuation route for the Main Lobby is through door A101 (metal detector door) and out the main entrance doors A100 or A101 (main entrance doors). Refer to Evacuation Plan DOC Administration Main Lobby.

   b. Secondary Evacuation Route

The secondary evacuation route is through reception door A105 (main entrance door to reception area), through the administrative or office corridor, turn left and through staff entrance door A119A, turn right through staff entrance door S100A to the staff parking lot. Administrative staffs will assist in the evacuation of visitors to the staff parking lot.

EXHIBIT E
FIRE SAFETY

Case 1:99-cv-00017 Document 64-578 Filed 04/30/14 Page 54 of 85
Case 1:99-cv-00017 Document 64-578 Filed 04/02/08 Page 9 of 30

### 3. Non-Contact Visit Room (A142)

a. Primary Evacuation Route - Public

The primary evacuation route for visitors is through door A142A (main entrance to the non-contact visitation room), through door A101 (metal detector door) and through doors A100 (main entrance doors). Refer to Evacuation Plan DOC Administration Non-Contact Visit Public.

b. Secondary Evacuation Route – Public

The secondary evacuation route for visitors is through sallyport doors A142B and A144, through door A141A (main entrance door to non-contact and contact visit rooms), turn right on the main corridor, through sallyport doors S101A and S100B and through door S100A (staff main entrance door from staff parking lot).

c. Primary Evacuation Route – Inmates/Detainees

The primary evacuation route for inmates/detainees is through door A141A (main entrance door to non-contact and contact visit rooms) and to the inmate's/detainee's housing unit. Refer to Evacuation Plan DOC Administration Plan Non-Contact Inmate.

d. Secondary Evacuation Route – Inmates/Detainees

The Secondary evacuation route for inmates/detainees is through sallyport doors A141C and A143, and through door A142A (main entrance to the non-contact visitation room). The inmates/detainees will be escorted from the main lobby to their respective housing units.

### 4. Attorney Visit Rooms

a. Primary Evacuation Route – Attorneys

The primary evacuation route for attorneys is through door A140 (main entrance to attorney and contact visit rooms), through door A101 (metal detector door) and through the main entrance doors A100. Refer to Evacuation Plan DOC Administration Attorney Visit Rooms.

b. Secondary Evacuation Route – Attorneys

The secondary evacuation route for attorneys is through A134 door (main entrance to door to contact visit room 2), through A133B door (inmate entrance door to contact visit room 2), through A141B door (inmate main entrance door to contact visit rooms), through A141A door (main entrance door for inmates/detainees to contact and non-contact visit rooms), through sallyport doors S101A and S101B

(sallyport on main corridor) and through S100A door (staff main entrance door from staff parking lot).

c. Primary Evacuation Route – Inmates/Detainees

The primary evacuation route for inmates/detainees is through door A141A (main entrance door to non-contact and contact visit rooms) and to the inmate's/detainee's housing unit. Refer to <u>Evacuation Plan DOC Administration Attorney Visit Rooms-Inmates.</u>

d. Secondary Evacuation Route – Inmates/Detainees

The Secondary evacuation route for inmates/detainees is through sallyport doors A143C and A143, and through door A142A(main entrance to the non-contact visit room). The inmates/detainees will be escorted from the Main Lobby to their respective housing units.

## 5. Contact Visit Room 1

a. Primary Evacuation Route – Public

The primary evacuation route for visitors in contact visit room 1 is through door A132 (main entrance to contact visit room 1), through A105 door A140 (main entrance to contact visit rooms), through door A101 (metal detector door) and through the main entrance doors A100. Refer to <u>Evacuation Plan DOC Administration Contact Visit Room 1 Public.</u>

b. Secondary Evacuation Route – Public

The secondary evacuation route for visitors in contact visit room 1 is through A133A door A133A (main entrance door for inmates to contact visit room 1), through search room door A141B (search area for inmates going to contact visit rooms), through door A141A (main entrance door for inmates/detainees to contact and non-contact visit rooms from the main corridor), turn right through sallyport doors S101A and S100B (sallyport on main corridor) and through door S100A (staff main entrance door from staff parking lot).

c. Primary Evacuation Route – Inmates/Detainees

The primary evacuation route for inmates/detainees from contact visit room 1 is through door A133A (inmate/detainee main entrance door to Contact Visit Room 1), through search room door A141B (search area for inmates going to contact visit rooms), through A141A door (main entrance door for inmates/detainees to contact and non-contact visit rooms) and to the inmate's/detainee's respective housing unit. Refer to <u>Evacuation Plan DOC Administration Contact Visit Room 1 Inmates/detainees.</u>

Case 1:99-cv-00017   Document 54-72   Filed 04/02/04   Page 56 of 85

d.  Secondary Evacuation Route – Inmates/Detainees

The secondary evacuation route for inmates/detainees in contact visit room 1 is through the A132 door (visitor main entrance to contact visit room 1), through A105 door (visitors main entrance to contact visit rooms).  The inmates/detainees will be escorted from the main lobby to their respective housing units.

**6.  Contact Visit Room 2**

a.  Primary Evacuation Route – Public

The primary evacuation route for visitors in contact visit room 2 is through door A134 (main entrance to contact visit room 2), through door A140 (main entrance to contact visit rooms), through door A101 (metal detector door) and through doors A100 (main entrance doors).  Refer to <u>Evacuation Plan DOC Administration Contact Visit Room 2 Public</u>.

b.  Secondary Evacuation Route - Visitors

The secondary evacuation route for visitors in contact visit room 2 is through door A133B (main entrance door for inmates to contact visit room 2), through search room door A141B (search area for inmates going to contact visit rooms), through door A141A (main entrance door for inmates/detainees to contact and non-contact visit rooms), through sallyport doors S101A and S100B (sallyport on main corridor) and through door S100A (staff entrance door from staff parking lot).

c.  Primary Evacuation Route – Inmates/Detainees

The primary evacuation route for inmates/detainees from contact visit room 2 is through A133B door (inmate/detainee main entrance door to contact room 2), through search room door A141B (search area for inmates/detainees going to contact visit rooms), through A141A door (main entrance door for inmates/detainees to contact and non-contact visit rooms) and to the inmate's/detainee's respective housing unit.  Refer to <u>Evacuation Plan Administration Contact Visit Room 2 Inmates</u>

d.  Secondary Evacuation Route – Inmates/Detainees

The secondary evacuation route for inmates/detainees in contact visit room 2 is through the A134 door (visitor main entrance to contact visit room 2), through A105 door (visitors main entrance to contact visit rooms).  The inmates/detainees will be escorted from the main lobby to their respective housing units.

EXHIBIT E
FIRE SAFETY

Case 1:99-cv-00017   Document 64-52   Filed 04/02/04   Page 57 of 85
Case 1:99-cv-00017   Document 54-52   Filed 04/02/04   Page 12 of 85

**7. Housing Pod 1**

   a.  Prison Dorm Male RSAT (H1111)

      1.  Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm Male RSAT (H1111) is through side exit door H1109B to Prison Dorm Trustee (H1109). Inmates on the mezzanine can exit through H1209 door. Refer to Evacuation Plans Housing Pod 1 Prison Dorm Male RSAT and Evacuation Plans Housing Pod 1 Prison Dorm Male RSAT Mezzanine Level.

      2.  Secondary Evacuation Route

The secondary evacuation route is through door H1111 (main entrance door to Prison Dorm Male RSAT) and through door H1107A (main entrance door to Prison Dorm Work Release). Inmates on the mezzanine level must go downstairs prior to evacuation.

   b.  Prison Dorm Female RSAT (H1114)

      1.  Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm Female RSAT (H1114) is through side exit door H1114B to Female Prison (H1117). Inmates on the mezzanine can exit through H1217 door. Refer to Evacuation Plans Housing Pod 1 Prison Dorm Female RSAT and Evacuation Plans Housing Pod 1 Prison Dorm Female RSAT Mezzanine Level.

      2.  Secondary Evacuation Route

The secondary evacuation route is through door H1114A (main entrance to Prison Dorm Female RSAT) and through door H1103 (main entrance to Open Exercise (H1103).

   c.  Female Prison (H1117)

      1.  Primary Evacuation Route

The primary evacuation route for inmates in Female Prison is through side exit door H1114B (to Prison Dorm Female RSAT). Inmates on the mezzanine can exit through H1217 door. Refer to Evacuation Plans Housing Pod 1 Female Prison and Evacuation Plans Housing Pod 1 Female Prison Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Female Prison is through side exit door H1117B and through door H1103 (main entrance door to Open Exercise).

d. Prison Dorm General Population 1 (H1105)

1. Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm General Population (1) is through door H1107C (Prison Dorm Work Release). Inmates on the mezzanine level can exit through door H1207. Refer to Evacuation Plans Housing Pod 1 Prison Dorm General Population 1 and Evacuation Plans Housing Pod 1 Prison Dorm General Population Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Prison Dorm General Population (1) is through door H1105A (main entrance door to Prison Dorm General Population (1) and through H1109A door (main entrance door to Prison Dorm Trustee). Inmates on the mezzanine level will have to go downstairs prior to evacuation.

e. Prison Dorm Work Release (H1107)

1. Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm Work Release is through side exit door H1107C (to Prison Dorm General Population 1). Inmates on the mezzanine level can exit through door H1207. Refer to Evacuation Plans Housing Pod 1 Prison Dorm Work Release and Evacuation Plans Housing Pod 1 Prison Dorm Work Release Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Prison Dorm Work Release is through side exit door H1107B (to Prison Dorm Trustee). Inmates on the mezzanine level must go downstairs prior to evacuation.

f. Prison Dorm Trustee (H1109)

1. Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm Trustee is through door H119B (to Prison Dorm Male RSAT). Inmates on the mezzanine level can

exit through door H1209. Refer to <u>Evacuation Plans Housing Pod 1 Prison Dorm Trustee</u> and <u>Evacuation Plans Housing Pod 1 Prison Dorm Trustee Mezzanine Level</u>.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Prison Dorm Trustee is through side exit door H1107B (to Prison Dorm Work Release). Inmates on the mezzanine level must go downstairs prior to evacuation.

**8. Housing Pod 2**

a. Immigration Dorm Male (1) H2130

1. Primary Evacuation Route

The primary evacuation route for inmates in Immigration Dorm Male (1) is through side exit door H2226B (to Immigration Dorm Male (2)). Inmates on the mezzanine level can use exit door H2226. Refer to <u>Evacuation Plans Housing Pod 2 Immigration Dorm Male (1)</u> and <u>Evacuation Plans Housing Pod 2 Immigration Dorm Male (1) Mezzanine Level</u>

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Immigration Dorm Male (1) is through the main entrance door H2130A (main entrance to Immigration Dorm Male (1) and through the main entrance door H2103 (main entrance door to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

b. Immigration Dorm Male (2) H2126

1. Primary Evacuation Route

The primary evacuation route for inmates in Immigration Dorm Male (2) is through side exit door H2226B (to Immigration Dorm Male 1). Inmates on the mezzanine level can use side exit door H2226. Refer to <u>Evacuation Plans Housing Pod 2 Immigration Dorm Male (2)</u> and <u>Evacuation Plans Housing Pod 2 Immigration Dorm Male (2) Mezzanine Level</u>

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Immigration Dorm Male (2) is through the main entrance door H2126A (main entrance to Immigration Dorm Male (2) and through the main entrance door H2103 (main entrance door to

Open Exercise).  Inmates on the mezzanine level must go downstairs prior to evacuation.

c.  Immigration Dorm Female (H2123)

1.  Primary Evacuation Route

The primary evacuation route for inmates in Immigration Dorm Female is through the main entrance door H2123A (main entrance to Immigration Dorm Female) and through main entrance door H2134A (main entrance to Female Pre-Trial).  Inmates on the mezzanine level must go downstairs prior to evacuation.  Refer to <u>Evacuation Plans Housing Pod 2 Immigration Dorm Female</u>

2.  Secondary Evacuation Route

The secondary evacuation route for inmates in Immigration Dorm Female is through the main entrance door H2123A (main entrance to Immigration Dorm Female) and through the main entrance door H2103 (main entrance to Open Exercise).  Inmates on the mezzanine level must go downstairs prior to evacuation.

d.  Medical (1) H2114

1.  Primary Evacuation Route

The primary evacuation route for inmates in Medical (1) is through side exit door H2105C (to Medical (2)).  Inmates on the mezzanine level can use side exit door H2205.  Refer to <u>Evacuation Plans Housing Pod 2 Medical (1)</u> and <u>Evacuation Plans Housing Pod 2 Immigration Dorm Male (1) Mezzanine Level.</u>

2.  Secondary Evacuation Route

The secondary evacuation route for inmates in Medical (1) is through the main entrance door H2114A (main entrance door to Medical (1) and through the main entrance door H2103 (main entrance door to Open Exercise).  Inmates on the mezzanine level must go downstairs prior to evacuation.

e.  Medical (2) H2105

1.  Primary Evacuation Route

The primary evacuation route for inmates in Medical (2) is through side exit door H2105C (to Medical (1)).  Inmates on the mezzanine level can use side exit door H2205.  Refer to <u>Evacuation Plans Housing Pod 2 Medical (2)</u> and <u>Evacuation Plans Housing Pod 2 Medical (2) Mezzanine Level.</u>

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Medical (2) is through the main entrance door H2105A (main entrance door to Medical (2) and through the main entrance door H2103 (main entrance door to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

f. Female Pre-Trial (H2134)

1. Primary Evacuation Route

The primary evacuation route for inmates in Female Pre-Trial is through main entrance door H2134A (main entrance door to Female Pre-Trial) and through the main entrance door H2123A (main entrance door to Immigration Dorm Female). Inmates on the mezzanine level must go downstairs prior to evacuation. Refer to Evacuation Plans Housing Pod 2 Female Pre-Trial.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Female Pre-Trial is through the side exit door H2134B (side exit door leading to corridor) and through the main entrance door H2103 (main entrance to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

9. **Housing Pod 3**

a. Intake (H3105)

1. Primary Evacuation Route

The primary evacuation route for inmates in Intake is through side exit door H3105C (to Male General Population). Inmates on the mezzanine level can use side exit door H3205. Refer to Evacuation Plans Housing Pod 3 Intake and Evacuation Plans Housing Pod 3 Intake Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Intake is through the main entrance door H3105A (main entrance door to Intake), and through the main entrance door H3103 (main entrance door to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

b.  Male General Population (H3113)

   1.  Primary Evacuation Route

   The primary evacuation route for inmates in Male General Population is through side exit door H3105C (to Intake).  Inmates on the mezzanine level can use side exit door H3205.  Refer to <u>Evacuation Plans Housing Pod 3 Male General Population</u> and <u>Evacuation Plans Housing Pod 3 Male General Population Mezzanine Level</u>

   2.  Secondary Evacuation Route

   The secondary evacuation route for inmates in Male General Population is through the side exit door H3113B (side entrance Disciplinary Segregation.  Inmates on the mezzanine level must go downstairs prior to evacuation.

c.  Disciplinary Segregation (H3121)

   1.  Primary Evacuation Route

   The primary evacuation route for inmates in Disciplinary Segregation is through side exit door H3129B (to Protective Custody).  Inmates on the mezzanine level can use side exit door H3229.  Refer to <u>Evacuation Plans Housing Pod 3 Disciplinary Segregation</u> and <u>Evacuation Plans Housing Pod 3 Disciplinary Segregation Mezzanine Level</u>.

   2.  Secondary Evacuation Route

   The secondary evacuation route for inmates in Disciplinary Segregation is through side exit door H3113B (to Male General Population).  Inmates on the mezzanine level must go downstairs prior to evacuation.

d.  Protective Custody (H3129)

   1.  Primary Evacuation Route

   The primary evacuation route for inmates in Protective Custody is through side exit door H3129B (to Disciplinary Segregation).  Inmates on the mezzanine level can use side exit door H3229.  Refer to <u>Evacuation Plans Housing Pod 3 Protective Custody</u> and <u>Evacuation Plans Housing Pod 3 Protective Custody Mezzanine Level</u>.

EXHIBIT E
FIRE SAFETY

Case 1:99-cv-00017 Document 54-72 Filed 04/30/14 Page 63 of 85
Case 1:99-cv-00017 Document 54-72 Filed 04/02/04 Page 18 of 30

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Protective Custody is through the side exit door H3129C (to Long Term). Inmates on the mezzanine level can use side exit door H3237.

e. Long Term (H3137)

1. Primary Evacuation Route

The primary evacuation route for inmates in Long Term is through side exit door H3129C (to Protective Custody). Inmates on the mezzanine level can use side exit door H3237. Refer to Evacuation Plans Housing Pod 3 Long Term and Evacuation Plans Housing Pod 3 Long Term Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Long Term is through the main entrance door H3137A (main entrance to Long Term) and through the main entrance door H3121 (main entrance door to disciplinary Segregation). Inmates on the mezzanine level must go downstairs prior to evacuation.

10. Booking/Releasing (R119)

a. Primary Evacuation Route

The primary evacuation route for inmates/detainees in Intake Holding cells is through R120 corridor (booking corridor), through main entrance door R120 (main entrance door to booking from the main corridor), turn left on the main corridor, through door H3101B (main entrance to Housing Pod 3) and through the main entrance door H3105A (main entrance to Intake). Refer to Evacuation Plan Booking.

b. Secondary Evacuation Route

The secondary evacuation route for inmates/detainees in Intake Holding cells is through the release sallyport doors R124 and R127, and into the vehicular sallyport.

11. Nurse's Station (M101)

a. Primary Evacuation Route

The primary evacuation route for medical staff at the Nurse's Station is through the main entrance door M100 (main entrance to the Nurse's Station), turn left on the main corridor (main corridor S101), through sallyport doors S101A and S100B and

Case 1:99-cv-00017 Document 54-52 Filed 04/30/14 Page 64 of 85

through the staff entrance door S100A (staff main entrance door from the staff parking lot). Refer to Evacuation Plan Nurse's Station.

Inmates and detainees will be escorted to their respective housing units.

b. Secondary Evacuation Route

The secondary evacuation route for medical staffs at the Nurse's Station is through door R119A (exit to Booking from Nurse's Station).

Inmates and detainees will be escorted to their respective housing units.

**12. Housing Pod 4**

a. Maximum Security (H4124)

1. Primary Evacuation Route

The primary evacuation route for inmates in Maximum Security is through side exit door H4116C (to Disciplinary Segregation). Inmates on the mezzanine level can use side exit door H4224. Refer to Evacuation Plans Housing Pod 4 Maximum Security and Evacuation Plans Housing Pod 4 Maximum Security Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Maximum Security is through the side exit door H4124B (to Open Exercise corridor) and through the main entrance door H4103 (main entrance door to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

b. Disciplinary Segregation (H4116)

1. Primary Evacuation Route

The primary evacuation route for inmates in Disciplinary Segregation is through side exit door H4116C (to Maximum Security). Inmates on the mezzanine level can use side exit door H4224. Refer to Evacuation Plans Housing Pod 4 Disciplinary Segregation and Evacuation Plans Housing Pod 4 Disciplinary Segregation Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Disciplinary Segregation is through side exit door H4116B (to Administrative Segregation). Inmates on the mezzanine level can use side exit door H4216.

c. Administrative Segregation (H4108)

1. Primary Evacuation Route

The primary evacuation route for inmates in Administrative Segregation is through side exit door H4116B (to Disciplinary Segregation). Inmates on the mezzanine level can use side exit door H4216. Refer to Evacuation Plans Housing Pod 4 Administrative Segregation and Evacuation Plans Housing Pod 4 Administrative Segregation Mezzanine Level.

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Administrative Segregation is through the main entrance door H4108 (main entrance door to Administrative Segregation) and through the main entrance door H4124A (main entrance door to Maximum Security). Inmates on the mezzanine level must go downstairs prior to evacuation.

d. Prison Dorm General Population (2) H4105

1. Primary Evacuation Route

The primary evacuation route for inmates in Prison Dorm General Population (2) is through the side exit door H4105C (to Exercise Yard). Inmates on the mezzanine level must go downstairs prior to evacuation. Refer to Evacuation Plans Housing Pod 4 Prison Dorm General Population (2).

2. Secondary Evacuation Route

The secondary evacuation route for inmates in Prison Dorm General Population (2) is through the main entrance door H4105A (main entrance to Prison Dorm General Population (2)), through the main entrance door H4103 (main entrance to Open Exercise). Inmates on the mezzanine level must go downstairs prior to evacuation.

e. Exercise Yard (S126)

Inmates/detainees will be escorted to their housing unit.

13. Prison Industry (K113)

a. Primary Evacuation Route

Assigned staff to the Prison Industry will evacuate inmates to their respective housing units using main entrance door K113A (main entrance door to Prison Industry). Refer to Evacuation Plans Prison Industry.

b. Secondary Evacuation Route

Assigned staff to the Prison Industry will evacuate inmates to their respective housing units using side exit door K113B (side entrance door to Prison Industry from the loading dock corridor) and through main entrance door to loading dock corridor (K106A).

### 14. Staff Dining (K117)

a. Primary Evacuation Route

The primary evacuation route for staffs in Staff Dining is through the main entrance door S117 (main entrance to Staff Dining) and turn right on the main corridor and head to the staff parking lot. Refer to <u>Evacuation Plans Staff Dining</u>.

b. Secondary Evacuation Route

The secondary evacuation route for staffs in Staff Dining is through door K100C (entrance to Kitchen from Staff Dining), turn left and through door K100B (main entrance door to Kitchen from the loading dock corridor), turn left on the loading dock corridor, go through door K106A (main entrance to loading dock corridor) into the main corridor, turn right and head to the staff parking lot.

### 15. Kitchen (K100)

a. Primary Evacuation Route

The primary evacuation route for the Kitchen is through the main entrance door K100B or K100A (main entrance doors to Kitchen from the Loading Dock corridor), turn left and exit through door K106A (entrance door to the loading dock corridor from the main corridor). Proceed to the staff parking lot. Refer to <u>Evacuation Plans Kitchen</u>

b. Secondary Evacuation Route

The secondary evacuation route for the Kitchen is through door K100C (to Staff Dining), through door S117 (main entrance door to Staff Dining) and into the main corridor. Turn right on the main corridor and proceed to the staff parking lot.

### 16. Maintenance Shop (K111)

a. Primary Evacuation Route

The primary evacuation route for staffs in the Maintenance Shop, is through the main entrance door K111 (main entrance door to Maintenance Shop), turn right and exit door K106A (main entrance door to the Loading Dock corridor) and into the

main corridor. Turn right on the main corridor and proceed to the staff parking lot. Refer to <u>Evacuation Plans Maintenance Shop</u>.

b. Secondary Evacuation Route

The secondary evacuation route for staffs in the Maintenance Shop is through the main entrance door K111 (main entrance door to Maintenance Shop), turn left and go through the loading dock sallyport doors K107A and K107B (sallyport doors at Loading Dock) and into the Loading Dock area.

### 17. Maintenance Office (K110)

a. Primary Evacuation Route

The primary evacuation route for staffs in the Maintenance Office, is through the main entrance door K110 (main entrance door to Maintenance Office), turn right and exit door K106A (main entrance door to the Loading Dock corridor) and into the main corridor. Turn right on the main corridor and proceed to the staff parking lot. Refer to <u>Evacuation Plans Maintenance Office</u>.

b. Secondary Evacuation Route

The secondary evacuation route for staffs in the Maintenance Office is through the main entrance door K110 (main entrance door to Maintenance Shop), turn left and go through loading dock sallyport doors K107A and K107B (sallyport doors at Loading Dock) and into the Loading Dock area.

### 18. General Storage (K109)

a. Primary Evacuation Route

The primary evacuation route for staffs in the General Storage, is through the main entrance door K109A (main entrance door to General Storage), exit door K106A (main entrance door to the Loading Dock corridor) and into the main corridor. Turn right on the main corridor and proceed to the staff parking lot. Refer to <u>Evacuation Plans General Storage</u>.

b. Secondary Evacuation Route

The secondary evacuation route for staffs in the General Storage is through the main entrance door K109A (main entrance door to General Storage), turn left and go through the loading dock sallyport doors K107A and K107B (Loading Dock sallyport) and into the Loading.

### 19. Loading Dock (K108)

    a.  Primary Evacuation Route

The primary evacuation route for staffs in the Loading Dock, is through the sallyport doors K107B and K107A (Loading Dock sallyport), turn left and exit door K106A (main entrance door to the Loading Dock corridor) and into the main corridor. Turn right on the main corridor and proceed to the staff parking lot. Refer to Evacuation Plans Loading Dock.

    b.  Secondary Evacuation Route

The secondary evacuation route for staffs is through the Loading Dock roll-up gate K108C (roll-up gate), and into Texas Road. Staff will request assistance from Central Control using the intercom at the sallyport in opening the gate.

### 20. Vehicular Sallyport (R100)

    a.  Primary Evacuation Route

The primary evacuation route for staffs in the Vehicular Sallyport, is through the Vehicular Sallyport roll-up gates R100A (Vehicular Sallyport roll-up gate) and into Texas Road. Staff will request assistance from Central Control using the intercom at the Intake entrance door (R101A). Refer to Evacuation Plan Vehicular Sallyport.

    b.  Secondary Evacuation Route

The secondary evacuation route for staffs in the Loading Dock is through the roll-up gate K108C (roll-up gate), and into Texas Road. Staff will request assistance from Central Control using the intercom at the Release Sallyport in opening the gate.

### 21. Pump/RO Room (P101)

    a.  Primary Evacuation Route

The primary evacuation route for the Pump/RO Room is through the main entrance door P101 (main entrance door to the Pump/RO Room). Refer to Evacuation Plan Pump RO Room.

    b.  Secondary Evacuation Route

The secondary evacuation route for the Pump/RO Room is through the entrance door to the Generator Room (P104B) from the Pump/RO Room, through door P104A (side door of the Generator Room).

The office in the Pump/RO Room (P102) has the same primary and secondary evacuation routes.

## 22. Generator Room (P104)

a. Primary Evacuation Route

The primary evacuation route for the Generator Room is through the main entrance door P104B (main entrance door to the Generator Room), through the main entrance door to the Pump/RO Room (P101). Refer to <u>Evacuation Plan Generator Room</u>.

b. Secondary Evacuation Route

The secondary evacuation route for the Generator Room is through the side door to the Generator Room (P104A).

## 23. Switch Gear Room (P103)

a. Primary Evacuation Route

The primary evacuation route for the Switch Gear Room is through the main entrance door A104C (main entrance door to the Switch Gear Room), through the main entrance door to the Generator Room (P104B), and out the main entrance door to the Pump/RO Room (P101). Refer to <u>Evacuation Plan Switch Gear Room</u>.

b. Secondary Evacuation Route

The secondary evacuation route for the Switch Gear Room is through the side door (P103).

## 24. LPG Tank Room (P106)

a. Primary Evacuation Route

The primary evacuation route for the LPG Tank is through the main entrance door P106 (main entrance door to the LPG Tank room). Refer to <u>Evacuation Plan LPG Tank Room</u>.

## 25. Commissary (S122)

a. Primary Evacuation Route

The primary evacuation route for the Commissary is through the main entrance door S122 (main entrance door to the Commissary) and into the main corridor.

**EXHIBIT E**
**FIRE SAFETY**
Case 1:99-cv-00017 Document 54-52 Filed 04/30/14 Page 70 of 85
Case 1:99-cv-00017 Document 54-52 Filed 04/02/04 Page 23 of 30

Turn right and proceed to the staff parking lot. Refer to Evacuation Plans Commissary.

### 26. Library (S123)

    a.  Primary Evacuation Route

The primary evacuation route for the Library is through the main entrance door S123 (main entrance door to the Library) and into the main corridor. Turn right and proceed to the staff parking lot. Refer to Evacuation Plans Library.

### 27. Laundry Room (S112)

    a.  Primary Evacuation Route

The primary evacuation route for the Laundry Room is through the main entrance door S112 (main entrance door to the Laundry Room) and into the main corridor. Turn left on the main corridor and proceed to the staff parking lot. Refer to Evacuation Plans Laundry.

### 28. Barber (S111)

    a.  Primary Evacuation Route

The primary evacuation route for the Barber is through the main entrance door S111 (main entrance door to the Barber) and into the main corridor. Turn left on the main corridor and proceed to the staff parking lot. Refer to Evacuation Plans Barber.

### 29. Counsel Room (Shift Commander's Office) S114

    a.  Primary Evacuation Route

The primary evacuation route for the Commander's Office is through the main entrance door S114 (main entrance door to the Commander's Office and into the main corridor. Turn left on the main corridor and proceed to the staff parking lot. Refer to Evacuation Plans Commander.

### 30. Central Control (S108)

    a.  Primary Evacuation Route

The primary evacuation route for the Central Control is through the sallyport doors S108 and S106 (sallyport doors to Central Control) and into the main corridor. Refer to Evacuation Plans Central Control.

**31. Facility Evacuation**

    a.  Primary Evacuation Route

        1.  In the event the Commissioner of Corrections decides to evacuate the whole facility, the primary evacuation route will be the staff entrance to the staff parking lot.

        2.  Inmates/detainees in the housing Pods will exit through the main entrance door of the housing unit and through the main entrance door to the housing pod and proceed through the sallyport doors S101A and S100B (sallyport doors adjacent to the staff entrance to the administration) and through the staff entrance door S100A (staff entrance door from the staff parking lot). The staging area will be the staff parking lot.

        3.  The Shift Commander will ensure a safe and orderly evacuation of each housing unit by ensuring that sufficient personnel are available to supervise inmates/detainees during the evacuation and while at the staging area.

        4.  Central Control will announce via the facility public address system that the facility will be evacuated and all staff and visitors will proceed through the staff entrance door to the staff parking lot. This announcement should be made at least three (3) times.

        5.  Central Control will call DPS Central and request for police assistance in patrolling the perimeter of the staging area.

        6.  Central Control will call the Fire Division and request the presence of the EMS at the staging area.

        7.  The Shift Commander will ensure that the gate to the staff parking lot is secured prior to the commencement of the evacuation and an officer posted at the gate to ensure no one leaves and/or enters the gate without authorization.

        8.  The Shift Commander will determine with the assistance of the Classification Officer as to the inmates/detainees that will be secured with leg irons and belly chains prior to the evacuation.

        9.  The Shift Commander and the Classification Officer will ensure that inmates/detainees are separated from known enemies and other conflicts.

       10.  The Shift Commander will ensure that a headcount is initiated prior to evacuating a housing unit and when they are at the staging area. This information will be reported to Central Control.

11. When all the housing pods are evacuated, the Shift Commander will instruct several officers to check each housing unit, booking holding cells, contact and non-contact visitation areas, attorney rooms, laundry, barber, prison industry, kitchen and library to ensure that no one was left behind. The result of the check will be reported to Shift Commander and Central Control.

12. The Operations Captain will ensure that all administrative personnel and visitors are accounted for at the staging area.

13. The Logistics Section will make available tables and chairs for Central Control officers to record events as they unfold.

14. If re-entry will take more than two (2) hours, the Logistics Section will make necessary arrangements to have tents, chairs, water and other amenities available.

15. When it is determined that it is safe to re-enter the building, the Shift Commander will make an announcement that it is safe to enter the building.

16. The Shift Commander will ensure that inmates/detainees are safely and orderly returned to their respective housing units.

b. Secondary Evacuation Route

1. The secondary evacuation route for the whole facility is through the sallyport doors S101B and S116 (sallyport doors adjacent to Staff Dining). Inmates and detainees will be escorted from the sallyport doors to the perimeter gate located on Texas Road, south of the building. When inmates/detainees are in the perimeter fence, they will be escorted to the staff parking lot.

2. The Shift Commander will ensure that the gate is opened and an officer posted prior to the evacuation. The officer posted at the gate will ensure that no unauthorized person or persons enters and/or exit the gate.

3. Procedures under the primary evacuation route above applies.

**G. Safety Officer**

The Safety Officer will ensure that the following are in place:

1. Facility emergency evacuation plans and Evacuation Plan policy and procedure and other related emergency policies and procedures are in Central Control and in the Safety Officer's Office.

2. Exit signs are properly posted in all areas of the facility.

3. Emergency Evacuation Plans are properly posted in all areas of the facility.

4. Ensure that all fire fighting equipment are checked and if necessary repair and/or replaced on a regular basis.

5. Will ensure that emergency exit doors and evacuation routes are free from obstructions at all times.

6. Does a quarterly evacuation drill in all areas of the facility, except for extremely dangerous inmates.

7. Maintain up-to-date listing of all personnel with respect to their work stations.

8. Ensure that officers assigned to maximum security housing units will be knowledgeable of the evacuation plan for the housing unit even if inmates/detainees are not involved in the evacuation drill.

9. Coordinate with the Training Coordinator to ensure that new employees are properly trained in the Evacuation Plan policy and procedures.

10. Ensure that emergency numbers to the police, fire, hospital and other agencies are up-to-date and are made available to all sections of the facility.

11. Ensure that contact numbers to DOC personnel essential in an emergency are up-to date and readily available in case of an emergency.

## H. Immediate Release of Inmates/Detainees From Locked Areas

1. Officers assigned to the housing units that are equipped with cells must be knowledgeable in opening the cells using a key in the event the electronic lock mechanism malfunctions.

2. Each housing pod has a different key to open the cell and emergency exit doors, therefore, officers must be knowledgeable of the cell key number and exit door number for each housing unit. The keys are located at Central Control.

3. Officers assigned to housing units with cells must be aware that cell doors can be electronically opened and locked as a group. Cell doors group open should be carefully considered prior to the system being overridden. In the interest of safety and security, the Shift Commander will decide when the cell group unlock will be used.

4. The Shift Commander and Classification Officer will determine as to the inmates/detainees that will be secured with leg irons and bellychains prior to being let out of their cells for evacuation.

**000073**[26]

## I.   Emergency Keys

1. Emergency exit keys will be used when the electronic lock mechanism malfunctions and cannot be opened. When this occurs, the staff will contact the Central Control and inform as to the location of the emergency exit door so that the key can be issued.

2. The Safety and Security Officers will ensure that all emergency exit keys and keys associated with the safety and security of the facility are properly stored in the Central Control key box and are inventoried daily by the Central Control Officer. All emergency exit keys will be properly labeled in the Central Control key box. Refer to the Key Control policy and procedures.

3. The Safety Officer will have a secured key box installed in the Pump/RO Room office. All emergency exit keys for the building will be properly stored, labeled and inventoried. A key for the key box will be provided to the supervisor of the building.

4. The Security Officer's Office will have a secured key box installed and all duplicate emergency exit keys will be stored, labeled and inventoried.

5. Emergency exit keys will be logged-out and logged-in when issued.

6. The Security Officer will test emergency exit keys in all areas of the facility on a weekly basis to ensure that the locks are functioning when the key is used.

7. The Security Officer will ensure that all emergency locks are maintained on a regular basis to ensure that the locks are functioning properly.

8. The Security Officer will ensure that all DOC staffs that are responsible in evacuating the facility are properly trained in the use of emergency exit keys and the locations of the keys.

## J.   Training

1. All department employees will be trained in the emergency Evacuation Plan and other related emergency policies and procedures. The training will be documented by the Training Coordinator.

2. All department employees will undergo annual refresher training in the emergency Evacuation Plan and other related emergency policies and procedures.

3. All department employees will be trained in the emergency Evacuation plan and other relate emergency policies and procedures when the emergency policies and procedures are amended and/or changed.

Case 1:99-cv-00017 Document 64-72 Filed 04/02/14 Page 75 of 85

4. All department employees will receive a copy of the emergency policies and procedures.

**K. Evacuation Plan Review**

1. Prior to the approval by the Commissioner of Corrections, this Evacuation Plan policy and procedures will be reviewed and approved by certified Fire Division personnel who are trained in the enforcement of the applicable Fire Safety Codes.

2. When the Evacuation Plan is updated and/or amended, a review and approval by certified Fire Division personnel is required.

3. The Evacuation Plan policy and procedures will be reviewed annually to ensure that it is up to date with respect to current applicable Fire Safety Codes.

Prepared By: _____     10-25-07
        John M. Ayuyu                    Date
        Deputy Director of Corrections

Reviewed By: _____     10-25-07
        Capt. Julian Tagabuel               Date
        Fire Division, DPS

Reviewed By: _____     10/25/A
        Gregory F. Castro                Date
        Director of Corrections

Approved By: _____     10/26/07
        Lino S. Tenorio                Date
        Commissioner of Corrections

# EXHIBIT E
# FIRE SAFETY

Vicente T. Seman Building
Emergency Evacuation Plan
Housing Pod 1 – Prison Dorm General Population (1)



Legend:

Primary Evacuation Route     Secondary Evacuation Route     You are here.     Manual Pull Station     Fire Extinguisher Cabinet

**000076**

# EXHIBIT E
# FIRE SAFETY

Vicente T. Seman Building
Emergency Evacuation Plan
DOC Administration



**000077**

**EXHIBIT E**
**FIRE SAFETY**
Vicente T. Seman Building
Emergency Evacuation Plan
Housing Pod 2 – Immigration Dorm Female



**000078**

**EXHIBIT E**
**FIRE SAFETY**

## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Typhoon Plan     **Date:** 10-08-2013

| Name: | Signature: |
|---|---|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Tawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Funkugub, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Igiebas, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansannie J. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luizi Angui | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. K. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Tatsukan, Koj | |
| Taitano, Vincent M. | |
| Yamada, Bo Naputi | |

**Instructor:** Sgt. Jose Castro / Sgt. Thomas Sablan     **Date:** Oct. 08, 2013

000079

**EXHIBIT E**
**FIRE SAFETY**

## CNMI DOC ACADEMY CLASS ROSTER

Course/Subject: Emergency Power        Date: 10/10/13

| Name: | Signature: |
|---|---|
| Aloste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Naedson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Tawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swan Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Gris R. | |
| Flores, Audrea | |
| Funkugub, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansanniel J. | |
| Ngeskebel, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luizy Augul | |
| Sablan, Mart Camacho | |
| Saldsat, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. K. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Tatsakeu, Koji | |
| Taitano, Vincent M. | |
| Yamada, Bo Napuli | |

Instructor: LT. F. REPOLLENTO        Date: 10/10/13

**EXHIBIT E**
**FIRE SAFETY**

## CNMI DOC ACADEMY CLASS ROSTER

Course/Subject: Escape Pursuit Plan          Date: Oct. 08, 2013

| Name: | Signature: |
|---|---|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhulvan, Tawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Funkugub, Tessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram L. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sausannie J. | |
| Ngeskebei, Marvin M. | |
| Oguinoro, Trevol John | |
| Reyes, Abraham T. | |
| Reyes, Luizl Angui | |
| Sablan, Mart Camacho | |
| Sadsad, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. K. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Taisakan, Kol | |
| Taitano, Vincent M. | |
| Yamada, Bo Naputi | |

Instructor: Sgt. Jose Castro / Sgt. Thomas Sablan          Date: Oct. 08, 2013

000081

## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Hostage/Riot Response Plan    **Date:** Oct. 08, 2013

| Name: | Signature: |
|---|---|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angul, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Tawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Funkugub, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo T. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansannie J. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luizi Angui | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. K. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Taisakan, Koi | |
| Taitano, Vincent M. | |
| Yamada, Bo Napuli | |

**Instructor:** Sgt. Jose Castro / Sgt. Thomas Sablan    **Date:** Oct. 08, 2013

**EXHIBIT E**
**FIRE SAFETY**

## CNMI DOC ACADEMY CLASS ROSTER

Course/Subject: _Bomb Threat_     Date: Oct. 08, 2013

| Name: | Signature: |
|---|---|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua R. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Tawhid Kapilco | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kainat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Funkugub, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo I. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram C. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansannie J. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luiz Angui | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. K. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Tatsakan, Koji | |
| Taitano, Vincent M. | |
| Yamada, Bo Naputi | |

Instructor: Sgt. Jose Castro / Sgt. Thomas Sablan     Date: Oct. 08, 2013

000083

**EXHIBIT E**
**FIRE SAFETY**

## CNMI DOC ACADEMY CLASS ROSTER

Course/Subject: _Use of Fire Extinguisher / SCBA_    Date: _Oct. 09, 2013_

| Name: | Signature: |
|---|---|
| Aiosta, Basilio Bryan R. | |
| Aldan, Nina Demapan | |
| Ambalan, Nandson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhulyan, Tawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swath Poten D. | |
| Chen, Derick | |
| Davis, Jackson Kalpat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Furukuguh, Jassie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Gavis Dela Cruz | |
| Ilek, Domingo M. | |
| Kalpat, Vincent | |
| Laniyo, Bert Limes | |
| Manatha, Jake Ubam Jr. | |
| Masga, Shawn Sablan | |
| Matsunaro, Sansamn Jr. | |
| Ngeskebel, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luizi Angui | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayno A. | |
| Salas, Michael M. | |
| Sanchez, Johny K. | |
| Sanchez, Monette C. | |
| Shirlos, Sheolano S. | |
| Somorang, Peter N. | |
| Taisaken, Koji | |
| Taitano, Vincent M. | |
| Yamada, Bo Napue | |

Instructor: _DANIEL R. SUEZ_    Date: _10/09/13_

000084

**EXHIBIT E**
**FIRE SAFETY**

## CNMI DOC ACADEMY CLASS ROSTER

Course/Subject: Evacuation Plan　　　　　Date: Oct. 10, 2013

| Name: | Signature: |
|---|---|
| Aloste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua R. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Jaychila Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kainat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Furikugua, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansamile J. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luizi Angui | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. R. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Taisakan, Koji | |
| Taitano, Vincent M. | |
| Yamada, Bo Naputi | |

Instructor: Lt. Frances Rebueno　　　　　Date: Oct. 10, 2013