

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
# DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506501 Chalan Kanoa, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



### FIRE DRILL REPORT FORM

1. Area of drill: **FSD 4 A/P CELL 137**
2. Time of drill: **0910**
3. Name of monitor: **LT. F. REGUENDG**
4. What route was used, primary or secondary and which exits were used?
   **Primary**

5. Elapsed time to evacuate area: **2 MINUETS**
6. Number of staff evacuated: **3**
7. Number of offenders evacuated: **39**

8. Were staff and offender counts conducted: **✓** yes ( ) no
9. Was the evacuation accomplished electrically or by key? **ELECTRICALLY**

10. Did evacuation to safe refuge area? **YES**
11. Did staff shut doors and windows upon evacuation? **YES**

12. Were exits signs lighted? ( ) yes **✓** no  If no, indicate the number of exit lights that need replacement: **1**
13. What alarm pull or detector was tested? **NONE**

14. Did supervisor wait for the "all clear" before re-entering the building: (✓) yes ( ) no

15. General comments, problems and recommendations: _____

Shift Supervisor Signature _____ Date: **2/14/14**

Safety Officer Signature _____ Date: **2/4/14**



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
# DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Chalan Kanoa, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

## FIRE DRILL REPORT FORM

1. Area of drill: __POO 4 D__
2. Time of drill: __0920__
3. Name of monitor: __LT F. REBUENOG__
4. What route was used, primary or secondary and which exits were used?
   __Primary__

5. Elapsed time to evacuate area: __2 MINUTES__
6. Number of staff evacuated: __3__
7. Number of offenders evacuated: __16__

8. Were staff and offender counts conducted: (✓) yes ( ) no

9. Was the evacuation accomplished electrically or by key? __ELECTRICALLY__

10. Did evacuation to safe refuge area? __YES__
11. Did staff shut doors and windows upon evacuation? __YES__

12. Were exits signs lighted? ( ) yes (✓) no. If no, indicate the number of exit lights
    that need replacement: __1__
13. What alarm pull or detector was tested? __NONE__

14. Did supervisor wait for the "all clear" before re-entering the building: (✓) yes
    ( ) no.

15. General comments, problems and recommendations: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

Shift Supervisor Signature: _____ Date: __2/14/14__

Safety Officer Signature: _____ Date: __2/14/14__




**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
## DEPARTMENT OF CORRECTIONS
Vicente Tamar Seman Building
P.O. Box 506506 Chalan Kanoa, MP 96950
Telephone (670) 664-506 Facsimile: (670) 664-9515

### FIRE DRILL REPORT FORM

1. Area of drill: **POD 4 E/P**
2. Time of drill: **0914**
3. Name of monitor: **LT F. REBUENCK**
4. What route was used, primary or secondary and which exits were used?
   **Primary**

5. Elapsed time to evacuate area: **3 MINUTES**
6. Number of staff evacuated: **3**
7. Number of offenders evacuated: **42**

8. Were staff and offender counts conducted: **✓ yes** ( ) no

9. Was the evacuation accomplished electrically or by key? **ELECTRICALLY**

10. Did evacuation to safe refuge area? **YES**
11. Did staff shut doors and windows upon evacuation? **YES**

12. Were exits signs lighted? ( ) yes **✓** If no, indicate the number of exit lights that need replacement: **1**
13. What alarm pull or detector was tested? **NONE**

14. Did supervisor wait for the "all clear" before re-entering the building: ( **✓** yes
    ( ) no.

15. General comments, problems and recommendations: _____

Shift Supervisor Signature: _____ Date: **2/14/14**

Safety Officer Signature: _____ Date: **2/14/14**

**EXHIBIT E**
**FIRE SAFETY**

 

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
# DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Chalan Kanoa, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

## FIRE DRILL REPORT FORM

1. Area of drill: _Pod 4 "D" Lower level_
2. Time of drill: _2117 Hrs._
3. Name of monitor: _____
4. What route was used, primary or secondary and which exits were used?
   _Primary_

5. Elapsed time to evacuate area: _2 minutes_
6. Number of staff evacuated: _01_
7. Number of offenders evacuated: _112_

8. Were staff and offender counts conducted: ( ✓ ) yes ( ) no

9. Was the evacuation accomplished electrically or by key? _Electrically_

10. Did evacuation to safe refuge area? _Yes_
11. Did staff shut doors and windows upon evacuation? _No_

12. Were exits signs lighted? ( ) yes ( ) no. If no, indicate the number of exit lights
    that need replacement: _No. (Fire drill)_
13. What alarm pull or detector was tested? _No. (Fire drill)_

14. Did supervisor wait for the "all clear" before re-entering the building: ( ✓ ) yes
    ( ) no.

15. General comments, problems and recommendations: _CONTINUE_
_THE GOOD WORK. PRACTICE MAKES_
_PERFECT.._
_FF-II F.I. MANGLOOA_

Shift Supervisor Signature: _____  Date: _2/8/14_

Safety Officer Signature: _____  Date: _2/10/14_

**000089**

**EXHIBIT E**
**FIRE SAFETY**



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Chalan Kanoa, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



### FIRE DRILL REPORT FORM

1. Area of drill: _Housing Pod 2 Sectons B,C,D_
2. Time of drill: _1545 Hrs._
3. Name of monitor: _____
4. What route was used, primary or secondary and which exits were used?
   _Primary_

5. Elapsed time to evacuate area: _08 minutes_
6. Number of staff evacuated: _09_
7. Number of offenders evacuated: _39_

8. Were staff and offender counts conducted: ( ✓ ) yes ( ) no

9. Was the evacuation accomplished electrically or by key? _Electrically._

10. Did evacuation to safe refuge area? _Yes_
11. Did staff shut doors and windows upon evacuation? _No_

12. Were exits signs lighted? ( ) yes ( ✓ ) no. If no, indicate the number of exit lights
    that need replacement: _NO. (Fire drill)_
13. What alarm pull or detector was tested? _NO. (Fire drill)_

14. Did supervisor wait for the "all clear" before re-entering the building: ( ✓ ) yes
    ( ) no.

15. General comments, problems and recommendations: _In the future_
    _Relay info on radio, such as "10-47 housing_
    _Pod 2 + ensure Control acknowledged. Inmates_
    _were evacuating before Control & myself_
    _acknowledged the drill. Inp. Lt. Feleway._

Shift Supervisor Signature: _____  Date: _2/7/14_

Safety Officer Signature: _W. L. Feleway_  Date: _2/10/14_

000090



**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
# DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Chalan Kanoa, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



## FIRE DRILL REPORT FORM

1. Area of drill: POD 4 Section C Cell 223
2. Time of drill: 1029 a.m
3. Name of monitor: Alpha Shift, Max Cruz, Billy Fred, Stacey DLG, Roy Camacho, F. Rubenog.
4. What route was used, primary or secondary and which exits were used?

   ~~Secondary~~ Primary, Main exit

5. Elapsed time to evacuate area: 5 minutes
6. Number of staff evacuated: ~~8~~ 10 officers
7. Number of offenders evacuated: (17) Assigned (17) Present

8. Were staff and offender counts conducted: (✓) yes ( ) no

9. Was the evacuation accomplished electrically or by key?
   electrically
10. Did evacuation to safe refuge area? Yes
11. Did staff shut doors and windows upon evacuation? Yes

12. Were exits signs lighted? (X) yes ( ) no. If no, indicate the number of exit lights
    that need replacement: _____
13. What alarm pull or detector was tested? None

14. Did supervisor wait for the "all clear" before re-entering the building: (X) yes
    ( ) no.

15. General comments, problems and recommendations: All clear.

Shift Supervisor Signature: Sgt. M. _____    Date: 02/07/14

Safety Officer Signature: _____    Date: 2/7/14

**000091**




# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Chalan Kanoa, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

## FIRE DRILL REPORT FORM

1. Area of drill: JDU JUVENILE DETENTION UNIT.
2. Time of drill: FRM· 1930 1439 HRS.
3. Name of monitor: CCI· DUWAYNE SAKISAT
4. What route was used, primary or secondary and which exits were used?

   HOUSING UNIT A. TO OPEN FIELD. (PRIMARY ROUTE)

5. Elapsed time to evacuate area: 1439 HRS
6. Number of staff evacuated: 4 BRAVO
7. Number of offenders evacuated: 1

8. Were staff and offender counts conducted: (✓) yes ( ) no

9. Was the evacuation accomplished electrically or by key? KEY

10. Did evacuation to safe refuge area? yes
11. Did staff shut doors and windows upon evacuation? yes No yes

12. Were exits signs lighted? (✓) yes ( ) no. If no, indicate the number of exit lights that need replacement: _____
13. What alarm pull or detector was tested? MAIN CONTROL DRILL BOTTON

14. Did supervisor wait for the "all clear" before re-entering the building: (✓) yes ( ) no.

15. General comments, problems and recommendations: MORE FIRE DRILL EXCERCISE TRAINING.

Shift Supervisor Signature: _____ Date: 02-17-2014

Safety Officer Signature: _____ Date: 2·19·14

**000092**



# DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
GOVERNOR

Jude U. Hofschneider
LT. GOVERNOR

Ramon C. Mafnas
COMMISSIONER

## FIRE DRILL REPORT FORM

1. Area of Fire: _Juvenile Detention Facility_
2. Time of Set Offl: _0148 Hrs_
3. Name of Reporter: _Claudia_
4. What route was used, primary or secondary and which exits were used: _Primary route_

5. Elapsed time to evacuate the area: _1 Minute_
6. Number of staff evacuated: _4_
7. Number of clients evacuated: _2_
8. Were staff and client counts conducted: _Yes_
9. Was the evacuation accomplished electrically or by Key: _Actual Smoke detected_
10. Did evacuation route safe to refuge area _yes_
11. Did staff shut doors and windows upon evacuation: _Yes_
12. Were exit signs lighted: (✓) yes ( ) no  if no, Indicate the number of exit lights that needs replacement: _____

13. What alarm pull or detector was tested: _Actual Fire Alarm_
14. Did supervisor wait for the All Clear before re-entering the building: (✓) Yes ( ) No
15. General comments, problems and recommendations: _Smoke detected in Maintenance Room 171, DOC personnel ofor. R. Camacho arrive to Assist._

Shift Supervisor Signature: _lin_    Date: _____
Safety Officer Signature: _lin_    Date: _Feb. 18, 2014_

**000093**    Page 1 of 1.



# DEPARTMENT OF CORRECTIONS
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P.O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
GOVERNOR

Jude U. Hofschneider
LT. GOVERNOR

Ramon C. Mafnas
COMMISSIONER

## FIRE DRILL REPORT FORM

1. Area of drill: Juvenile Detention Facility
2. Time of drill: 1858 Hrs.
3. Name of monitor: Claudia
4. What route was used, primary or secondary and which exits were used: primary route, exit Through Unit exit door to path of Housing unit B gate. Secondary route exit Through Lobby Area to parking lot.

5. Elapsed time to evacuate the area: 1 min. 46 Sec.
6. Number of staff evacuated: 9
7. Number of clients evacuated: 2
8. Were staff and client counts conducted: Yes by Radio Means
9. Was the evacuation accomplished electrically or by Key: by Key
10. Did evacuation route safe to refuge area yes
11. Did staff shut doors and windows upon evacuation: no
12. Were exit signs lighted: (✓) yes ( ) no  if no, Indicate the number of exit lights that needs replacement:

13. What alarm pull or detector was tested: DRILL
14. Did supervisor wait for the All Clear before re-entering the building: (✓) Yes ( ) No
15. General comments, problems and recommendations: prior to drill, Alpha shift was on alert of Training and were ready, Incoming shift was not briefed of drill, but acted professional. all Staff + Clients were accounted for, Radio and Flash lights were available for communications.

Shift Supervisor Signature: _____  Date: 02/10/14
Safety Officer Signature: _____  Date: Feb. 10, 2014

Page 1 of 1.

**000094**

EXHIBIT E
FIRE SAFETY



ACF Fire drill



ACF fire drill

000096

**EXHIBIT E**
**FIRE SAFETY**





EXHIBIT E
FIRE SAFETY

000098

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/01/14. | BOOKing | 5 | DOC 6 | |

2700-1500 Inspected By: COB Barata, Kevin Q.
*Incoming Officer-Print & Sign*
COO Saman, Marvin
1500-1800

COO. Soelan, Joaquin C. Jr.
*Outgoing Officer- Print & Sign*
COB. Barata, Kevin Q.

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/01/14 01/01-02/14 | BOOKing | 5 | DOC 6 | |

2300-0700 Inspected By: COO. Evangelista, Giancarlo
*Incoming Officer-Print & Sign*

COO. Saman, Marvin
*Outgoing Officer- Print & Sign*

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/02/14 | BOOKing | 5 | DOC 6 | |

0700-1500 Inspected By: COB. Barata, Kevin Q.
*Incoming Officer-Print & Sign*
COO. Saman, Marvin
1500-2300

COO. Evangelista, Giancarlo
*Outgoing Officer- Print & Sign*

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/02/14 01/02-03/14 | BOOKing | 5 | DOC 6 | |

2300-0700 Inspected By: COO. Evangelista. Giancarlo
*Incoming Officer-Print & Sign*

COB. Barata, Kevin Q
*Outgoing Officer- Print & Sign*
COO. Saman, Marvin

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/03/14 | BOOKing | 5 | DOC 6 | |

0700-1500 Inspected By: COB. Barata, Kevin Q.
*Incoming Officer-Print & Sign*
COO. Saman, Marvin
1500-2300

COO. Evangelista, Giancarlo
*Outgoing Officer- Print & Sign*

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/03/14 01/03-04/14 | BOOKing | 5 | DOC 6 | |

2300-0700 Inspected By: COO. Saman, Joaquin. JR.
*Incoming Officer-Print & Sign*

COB. Barata, Kevin Q.
*Outgoing Officer- Print & Sign*
COO. Saman, Marvin B.

**000099**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/04/14 | BOOKING | 5 | DOC6 | |

2100-1500   Inspected By: CO2. Evangelista, Giancarlo   CO2. Sablan, Joaquin C. Jr.
Incoming Officer-Print & Sign   Outgoing Officer- Print & Sign
1500-2300   CO2. Seman, Marvin B.

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/04/14 01/04-05/14 | BOOKING | 5 | DOC6 | |

2300-0100   Inspected By: CO2. Sablan, Joaquin C. Jr.   CO2. Evangelista, Giancarlo
Incoming Officer-Print & Sign   Outgoing Officer- Print & Sign
CO2. Seman, Marvin B.

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/05/14 | BOOKING | 5 | DOC 6 | |

0100-1500   Inspected By: CO2. Damasta, Kevin Q.   CO2. Sablan, Joaquin C. Jr.
Incoming Officer-Print & Sign   Outgoing Officer- Print & Sign
1500-2300   CO2. Evangelista, Giancarlo

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/05/14 01/05-06/14 | BOOKING | 5 | DOC 6 | |

2300-0100   Inspected By: CO2. Seman, Marvin B.   CO2. Damasta, Kevin Q.
Incoming Officer-Print & Sign   Outgoing Officer- Print & Sign
CO2. Evangelista, Giancarlo

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/06/14 | BOOKING | 5 | DOC 6 | Have Been Taken FOR REPAIR. CO2. Camacho |

0100-1500   Inspected By: CO2. Sablan, Joaquin C. Jr.   CO2. Seman, Marvin B.
Incoming Officer-Print & Sign   Outgoing Officer- Print & Sign
1500-2300   CO2. Damasta, Kevin Q.

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/06/14 01/06-07/14 | BOOKING | 5 | DOC 6 | |

Inspected By: _____   _____
Incoming Officer-Print & Sign   Outgoing Officer- Print & Sign

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb 11. 2014 / Feb 12-11-2014 | booking | | DOC 6 | |

Inspected By: COR. Evangaista, Giancarlo
Incoming Officer-Print & Sign

COR. samian, Joaquin c. Jr /col. Ilek
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb 11 2014 | Booking | | DOC 6 | |

Inspected By: COR. Soman. Marvin M.
Incoming Officer-Print & Sign
COR. Samian. Joaquin c. Jr.

COR. Evangaista, Giancarlo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb. 11. 2014 / Feb 11-12. 2014 | booking | | DOC 6 | |

Inspected By: COR. Evangaista, Giancarlo
Incoming Officer-Print & Sign

COR. soman, Marvin M.
Outgoing Officer- Print & Sign
COR. Samian, Joaquin c. Jr.

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb 12 - 2014 | Booking | | DOC 6 | |

Inspected By: COR. Soman, Marvin M.
Incoming Officer-Print & Sign
COR. Samian Joaquin

COR. Evangaista, Giancarlo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb 12 2014 / Feb 12-13-2014 | Booking | | DOC 6 | |

Inspected By: COR. Samian. Joaquin /col. Ilek
Incoming Officer-Print & Sign

COR. soman, Marvin M.
Outgoing Officer- Print & Sign
Samian, Joaquin c. Jr

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb 12. 2014 | booking | | DOC 6 | |

Inspected By: COR. nalouta, Kevin Q.
Incoming Officer-Print & Sign
COR. Samian. Joaquin c. Jr.

COR. Samian, Joaquin c. Jr /col. Ilek
Outgoing Officer- Print & Sign

**000101**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| FEB 13 2014 | Booking | | Doc 6 | |
| FEB 13-14 2014 | | | | |

Inspected By: CO2. samian, Joaquin
Incoming Officer-Print & Sign

COB. Babauta, Kevin Q.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb 14 | Booking | | Doc 6 | |

Inspected By: COR. Seman, Marvin M
Incoming Officer-Print & Sign
CO3. Babauta, Kevin Q.

CO2. sasian, Joaquin.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb. 14 2014 | | | . | |
| Feb 14-15 2014 | | | | |

Inspected By: CO2. Evangelista, Giancarlo
Incoming Officer-Print & Sign

CO2. Seman, Marvin R.
Outgoing Officer- Print & Sign
CO3. Babauta, Kevin Q

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb 16 | CO2T Booking | 70 | Doc 806 | Scratch On Mark |

Inspected By: CO2 m.Seman
Incoming Officer-Print & Sign

CO2 C. Evangelista
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb 16 2014 | Booking | 70 | Doc 6 | |

Inspected By: COTI. J.Sablan
Incoming Officer-Print & Sign

CO2 m.Seman
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb 16,14 | Booking | 70 | Doc #6 | Okay |

Inspected By: COTI. K. Babauta
Incoming Officer-Print & Sign/ Q.

COTI J. Sablan
Outgoing Officer- Print & Sign

000102

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| Feb. 16/17, 2014 | BOOKING | 20 | DOC #6 | OKay. |

Inspected By: Carlo Evangelista — Incoming Officer-Print & Sign     COIII. K. Babauta — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 7/06/14 | Booking | 20 | Doc #06 | OKM |

Inspected By: CO2 M Seman — Incoming Officer-Print & Sign     Carlo Evangelista — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/18/14 | Booking | 70 | Doc 6 | Okay |

Inspected By: COIII. K. Babauta — Incoming Officer-Print & Sign     CO2 M. Seman — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/18/14 | BOOKING | 20 | DOC #6 | GOOD. |

Inspected By: COII. C. Evangelista #33 — Incoming Officer-Print & Sign     COIII. K. Babauta — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/18/14 | BOOKING | 20 | Doc #6 | GOOD |

Inspected By: CO2 M. Seman — Incoming Officer-Print & Sign     COI. C. Evangelista #33 — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/18-19/14 | Booking | 20 | Doc#6 | Good |

Inspected By: COIII K. Babauta — Incoming Officer-Print & Sign     Seman — Outgoing Officer- Print & Sign

**000103**

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/20·2/14 2/21/14 | Booking | 90 | DOC #06 | Good |

Inspected By: *Carlo Evangelists*
Incoming Officer-Print & Sign

*CO2 Marvin B. Sema*
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |

Inspected By: *CO2 Joaquin*
Incoming Officer-Print & Sign

*Carlo Evangelists*
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |

Inspected By: *CO3 kevin*
Incoming Officer-Print & Sign

*CO2 J. Sablan*
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/22/14 2/21·22 | Booking | 20 | DOC 6 | Good |

Inspected By: *CO2 M. Sema*
Incoming Officer-Print & Sign

*CO3 kevin*
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/22/14 | Booking | 20 | DOC 6 | Good |

Inspected By: *CO2 J. Sablan*
Incoming Officer-Print & Sign

*CO2 M. Sema*
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/22/14 | Booking | 90 | DOC #6 | |

Inspected By: *COII T. Sablan*
Incoming Officer-Print & Sign

*CO2 M. Sema*
Outgoing Officer- Print & Sign

**000104**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/19/14 | BOOKING | 20 | DOC #6 | GOOD OKAY |

Inspected By: COII. C. Evangelista Cpl. 33
Incoming Officer-Print & Sign

COII. K. Oobanfa
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/19/14 | BOOKING | 20 | DOC #6 | GOOD |

Inspected By: COII J. Sablan
Incoming Officer-Print & Sign

COII C. Evangelista Cpl 33
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2-19-2014 | Booking | 70 | DOC #6 | Good |

Inspected By: CO2 M. Seman
Incoming Officer-Print & Sign

CO1 D. Ilek
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/20/14 | Booking | 20 | DOC 6 | Good |

Inspected By: CO2 C. Evangelista
Incoming Officer-Print & Sign

CO2 M. Seman
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/20/14 | Booking | 20 | DOC 6 | |

Inspected By: J. Sablan J. Sablan
Incoming Officer-Print & Sign

C. Evangelista
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/20-21/14 2/20/14 | BOOKING | 20 | DOC #6 | Good |

Inspected By: CO2 M. Seman
Incoming Officer-Print & Sign

CO2 J. Sablan
Outgoing Officer- Print & Sign

000105

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/22-23/14. 02/23/14 | BOOKING | 20 | 006 #6 | GOOD |

Inspected By: COII. K. Cabauta
Incoming Officer-Print & Sign

CO2. T. Sablan Jr.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/22/14 | BOOKING | 20 | DOC #6 | GOOD |

Inspected By: Carlo
Incoming Officer-Print & Sign

COII. K. Cabauta
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/23/14 | Booking | 20 | DOC #6 | Good |

Inspected By: Seman mc
Incoming Officer-Print & Sign

Carlo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/23/14 | Booking | 20 | DOC #6 | Good |

Inspected By: CO2 T. Sablan
Incoming Officer-Print & Sign

CO2 M. Seman
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/24/14 | Booking | 20 | DOC #6 | Good |

Inspected By: COII G. Evangelists
Incoming Officer-Print & Sign

COII. T. Sablan
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/25/14 | Booking | 20 | DOC #6 | GOOD |

Inspected By: COII. K. Cabauta
Incoming Officer-Print & Sign

COII. T. Sablan
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/25/14 | BOOKING | 20 | DOC #6 | GOOD |

Inspected By: COII. G. Evangelista
Incoming Officer-Print & Sign

COII. K. Babauta
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/25/14 02/25-26/14 | BOOKING | 20 | DOC #6 | GOOD |

Inspected By: COII T. Sablan Jr.
Incoming Officer-Print & Sign

COII. G. Evangelista
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/26/14 | BOOKING | 20 | DOC #6 | GOOD |

Inspected By: COII. K. Babauta
Incoming Officer-Print & Sign

COII. T. Sablan Jr.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/26/14 | BOOKING | 20 | DOC #6 | GOOD |

Inspected By: CO2 M. Semun
Incoming Officer-Print & Sign

COII. K. Babauta
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/26/14 2/26-27/14 | Booking | 20 | #06 | good |

Inspected By: CO2 C. Evangelista
Incoming Officer-Print & Sign

CO2 M. Semun
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/27/14 | BOOKING | 20 | #06 | GOOD |

Inspected By: COII. K. Babauta
Incoming Officer-Print & Sign

CO2. C. Evangelista
Outgoing Officer- Print & Sign

**000107**

**EXHIBIT E
FIRE SAFETY**

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/27/14 | Booking | 20 | Doc #6 | Good |

Inspected By: CO2 M. Seman — Incoming Officer-Print & Sign — COII K. Babauta — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/27/14 | Booking | 20 | Doc #6 | Good |

Inspected By: COII C. Evangelista — Incoming Officer-Print & Sign — CO2 M. Seman — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/28/14 | Booking | 20 | Doc #6 | Good |

Inspected By: COII K. Babauta — Incoming Officer-Print & Sign — COII C. Evangelista — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/28/14 | Booking | 20 | Doc #6 | Good |

Inspected By: CO2 M. Seman — Incoming Officer-Print & Sign — COII K. Babauta — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/28/14 | Booking | 20 | Doc #6 | Good |

Inspected By: COII P. Sablan — Incoming Officer-Print & Sign — CO2 M. Seman — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 03/01/14 | Booking | 20 | Doc #6 | Good |

Inspected By: Carlo — Incoming Officer-Print & Sign — COII J. Sablan — Outgoing Officer- Print & Sign

**000108**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3/03/14 | Booking | 20 | Doc#6 | Good |

Inspected By: _____                    COH. T. Sabla
Incoming Officer-Print & Sign                              Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |

Inspected By: _____                    _____
Incoming Officer-Print & Sign                              Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |

Inspected By: _____                    _____
Incoming Officer-Print & Sign                              Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |

Inspected By: _____                    _____
Incoming Officer-Print & Sign                              Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |

Inspected By: _____                    _____
Incoming Officer-Print & Sign                              Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |

Inspected By: _____                    _____
Incoming Officer-Print & Sign                              Outgoing Officer- Print & Sign

**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/01/14 | Booking | 20 | DOC 6 | Good |

Inspected By: Seman MB — Incoming Officer-Print & Sign  Carlo Evangelista — Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3/01/14 | Booking | 20 | DOC #6 | Good |

Inspected By: COII. T. Sablan Jr. — Incoming Officer-Print & Sign  CO2 M. Seman — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/02/14 | Booking | 20 | DOC #6 | GOOD |

Inspected By: COII. K. Babauta — Incoming Officer-Print & Sign  COII. T. Sablan Jr. — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/02/14 | Booking | 20 | DOC #6 | GOOD |

Inspected By: COII. C. Evangelista — Incoming Officer-Print & Sign  COII. K. Babauta — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 03/02/14 | BOOKING | 20 | DOC #6 | GOOD |

Inspected By: CO2 M. Seman — Incoming Officer-Print & Sign  COII. C. Evangelista — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 3/2-3/14 | Booking | 20 | DOC #6 | Good |

Inspected By: COII. J. Sablan — Incoming Officer-Print & Sign  CO2 M. Seman — Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02 21-22 14 | Pon #2 | 10 | #4 | Needs Refil |
| 02 22 14 | Pod 2 | 10 | #04 | Needs Refill |

Inspected By: _CO1 SHAUN MASGA_       _COT. Jeremy Faisao Jr_
Incoming Officer-Print & Sign       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02 22 14 | Pod 2 | 10 | #04 | Need Refill. |

Inspected By: _____       _CO1 SHAWN MASGA_
Incoming Officer-Print & Sign       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02 22 14 | Pod. 2 | 10 | #04 | Needs Refill |
| 1500-2300 | | | | |

Inspected By: _COT. Jeremy Ionsao Jr_       _____
Incoming Officer-Print & Sign       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02 22 14 | POD #2 | 10 | #04 | Need refill |

Inspected By: _____       _COT. Jeremy Faisao Jr_
Incoming Officer-Print & Sign       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/23/14 | POD #2 | 10 | #04 | Needs Refill |
| 02/23/14 | Pod #2 | 10 | #04 | Needs Refill |

Inspected By: _CO1 SHAUN MASGA_       _COT E. Munsala_
Incoming Officer-Print & Sign       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/23/14 | Pod #2 | 10 | #04 | Needs Refill |
| 02/23/14 | | | | |

Inspected By: _CO2. V. Aguon Jr_       _CO1 SHAUN MASGA_
Incoming Officer-Print & Sign       Outgoing Officer- Print & Sign

**000111**

**EXHIBIT E**
**FIRE SAFETY**

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/23-24/14 | Pod #02 | 10 | 1202 | Needs Refill |
| | | | | |

Inspected By: COII Jeremy Faxago — Incoming Officer-Print & Sign
CO2. K. Aguero — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/24/14 | Pod #2 | 10 | #04 | Needs Refill |
| 02/24/14 | Pod #2 | 19 | #04 | Good Condition |

Inspected By: COII A. Lamijo — Incoming Officer-Print & Sign
COII. Jeremy Faisao — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/24/14 | Pod #2 | 19 | #04 | Good Condition |
| | | | | |

Inspected By: COII. S. Aguu — Incoming Officer-Print & Sign
COII A. Lamijo — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/24-25/14 | Pod 2 | #19 | 1102 | Use |
| 1200-6200 | | | | |

Inspected By: COII. Jeremy Faisao — Incoming Officer-Print & Sign
COII. S. Aguu — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/25/14 | Pod 2 | #19 | #04 | Needs to be checked got refilled yesterday. |
| | | | | |

Inspected By: — Incoming Officer-Print & Sign
COII. Jeremy Faisao — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/25/14 | Pod #2 | 19 | #04 | Good |
| | | | | |

Inspected By: COII A. Lamijo — Incoming Officer-Print & Sign
— Outgoing Officer- Print & Sign

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/06/14 | POD 2 | 20 | #4 | |
| 01/06/14 | Pod 2 | 20 | #4 | GOOD CONDITION |

Inspected By: Col S. MASGA _____ Col D. SOTMORANG
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/6-7/14 | Pod 2 | 20 | #4 | Good Condition |
| 01/7/14 | POD 2 | 20 | #4 | Good Condition |

Inspected By: Col Moolang _____ Col S. Masya
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/7/14 | POD 2 | 20 | #4 | Good Condition |

Inspected By: _____ Col Moolang
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/07/14 | Pod 2 | 20 | #4 | Good Condition |
| 01/07/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: Col S. Masya _____ Col V. Kay
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/07-08/14 | Pod 2 | 20 | #4 | Good Condition |
| 01/08/14 | POD 2 | 20 | #4 | Good Condition |

Inspected By: _____ Col S. Masya
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/08/14 | POD 2 | 20 | #4 | Good Condition |
| 01/08/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: M.A. Lamiyo _____ Col Moolang
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

**000113**

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/08/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: _Corr. T. Faisao Jr._   _Cor. A. Laniyo AK_
Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/08-01/14 | POD #2 | 20 | #4 | Good Condition |
| 1/09/14 | POD #2 | 20 | #4 | Good Condition |

Inspected By: _Corr. Moolaha_   _Corr. T. Faisao Jr._
Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/09/14 | Pod 2 | 20 | #4 | Good Condition |
| 1/09/14 | pod 2 | 20 | #4 | Good Condition |

Inspected By: _Corr. A. Laniyo AK_   _Cor. Moolaha_
Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/9/14 | Pod 2 | 30 | #4 | Good Condition |

Inspected By: _Corr. T. Faisao Jr._   _Corr A. Laniyo AK_
Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/09-10/14 | POD #2 | 20 | #4 | Good Condition |
| 01/10/14 | POD 2 | 20 | #4 | Fair |

Inspected By: _Corr. B. Ngamu_   _Corr. T. Faisao Jr._
Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/10/14 | POD 2 | 20 | #4 | Fair |
| 1/10/14 | " | " | " | |

Inspected By: _Corr. A. Laniyo AK_   _Corr. B. Ngamu_
Incoming Officer-Print & Sign      Outgoing Officer-Print & Sign

**FIRE SAFETY**

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1/10/14 | POD #2 | 20 | #4 | Good Condition |
| 1/10/14 | POD#2 | 20 | #4 | Good Condition |

Inspected By: COI S. MASGA — Incoming Officer-Print & Sign    COI A.Laniyo — Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1/10-11/14 | POD #2 | 20 | #4 | GOOD CONDITION |

Inspected By: COII J. Faisao — Incoming Officer-Print & Sign    COI S. MASGA — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/11/14 | POD#2 | 20 | #4 | Good Condition |
| JAN 11/14 | POD #2 | 20 | #4 | Good Condition |

Inspected By: COII A.Laniyo — Incoming Officer-Print & Sign    COII J. Faisao — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/11/14 | Pod # 2 | 20 | #4 | Good Condition |
| JAN/11/14 | Pod # 2 | 20 | #4 | Good Condition |

Inspected By: COI S. MASGA — Incoming Officer-Print & Sign    COII A.Laniyo — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/11/14 | Pod | 20 | #4 | Good Condition |

Inspected By: COII J. Faisao — Incoming Officer-Print & Sign    COI S. MASGA — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/12/14 | POD #4 | 20 | #4 | Good Condition |

Inspected By: COII B. Aguero — Incoming Officer-Print & Sign    COII J. Faisao — Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01-12-14 | Pod. 2 | 10. | #4 | FAIL |
| | | | | |

Inspected By: COII J. Faisao
Incoming Officer-Print & Sign

Cor B. Aguao
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/12/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/12/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: COII A.Laniyo
Incoming Officer-Print & Sign

COII J. Faisao
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/13/14 | Pod #2 | | #4 | Good Condition |
| 01/13/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: CO.1 S. MASGA
Incoming Officer-Print & Sign

COII A.Laniyo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/13/14 | Pod 2 | 20 | #4 | Good Condition |
| | | | | |

Inspected By: CO2 S. AGUIO
Incoming Officer-Print & Sign

CO1 S. MASGA
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/13/14 | Pod. 2 | 20 | #04 | Good Condition |
| 1/13/14 | Pod 2 | 20 | #04 | Good Condition |

Inspected By: COII A.Laniyo
Incoming Officer-Print & Sign

CO2 S. Aguio
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/14/14 | Pod 2 | 20 | #4 | Good Condition |
| 01/14/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: CO1 S. MASGA
Incoming Officer-Print & Sign

COII A. Laniyo
Outgoing Officer- Print & Sign

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/19/14 | Pod. 2 | 10 | #04 | Needs Refill |
| 02/19/14 | Pod 2 | 10 | #04 | Needs Refill |

Inspected By: Col Shawn Masga _____    Cor. B. Aguiso _____
Incoming Officer-Print & Sign            Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/20/14 | Pod 2 | 10 | #04 | Needs Refill |
| 02/20/14 | POD 2 | 10 | #04 | NEEDS REFILL |

Inspected By: CRF A. LANNO AF _____    Col Shawn Masga _____
Incoming Officer-Print & Sign            Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By: Cor. B. Aguilo _____    _____
Incoming Officer-Print & Sign            Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/20/14 | Pod. 2 | 10 | #04 | Needs Refill |
| 02/20/14 | Pod 2 | 10 | #04 | Needs Refill |

Inspected By: Col Shawn Masga _____    Cor B Aguilo _____
Incoming Officer-Print & Sign            Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/20/14 | Pod 2 | 10 | #04 | Need Refil |
|  |  |  |  |  |

Inspected By: Cor. B. Aguilo _____    Col Shawn Masga _____
Incoming Officer-Print & Sign            Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/21/14 | Pod 2 | 10 | #04 | Needs Refill |
|  |  |  |  |  |

Inspected By: Cpl. Jimmy Fausa Jr. _____    Cor S Aguilo _____
Incoming Officer-Print & Sign            Outgoing Officer- Print & Sign

**000117**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/17-18/14 | POD #2 | 10 | #04 | Need refill |

Inspected By: CPL T. Faijao
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 04/18/14 | POD #2 | 10 | #04 | Needs refill |

Inspected By: CPL A. Laniyo
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/18/14 | POD #2 | 10 | #04 | NEEDS REFILL |
| 02/18/14 | POD #2 | 10 | #04 | NEEDS REFILL |

Inspected By: CO1 SHAWN MASGA        CPL A. LANIYO
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/18/14 | POD #2 | 10 | #04 | NEEDS REFILL |

Inspected By: CPL T. Faijao        CO1 SHAWN MASGA
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/18-19/14 | POD #2 | 10 | #04 | Needs refill |
| 02/19/14 | POD #2 | 10 | #04 | NEEDS REFILL |

Inspected By: CPL A. LANIYO        CPL T. Faijao
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/19/14 | POD #2 | 10 | #04 | NEEDS REFILL |

Inspected By: CO2 B. Aguiro        CPL A. LANIYO
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/16/14 | Pod #2 | 10 | #04 | Good Condition |
| 02/16/14 | Pod | | | |

Inspected By: CO1 SHAWN MASGA

Incoming Officer-Print & Sign    CO1 A. Laniyo

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/16/14 | Pod #2 | 10 | #04 | Need Refill - Fair. |

Inspected By:

Incoming Officer-Print & Sign    CO1 SHAWN MASGA

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/16/14 | Pod # 2 | 10 | #04 | Need Refill |
| 1800-2300 | | | | |

Inspected By: CO1 T. Faisao

Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/16-17/14 | Pod #2 | V | #04 | Needs refill |
| 02/17/14 | Pod #2 | 10 | #04 | Needs refill |

Inspected By: CO1 A. Laniyo

Incoming Officer-Print & Sign    CO1 T. Faisao

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/17/14 | Pod # 2 | 10 | #04 | Needs Refill |
| 02/17/14 | Pod #2 | 10 | #04 | Need Refill |

Inspected By: CO1 SHAWN MASGA

Incoming Officer-Print & Sign    CO1 A. Laniyo

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/17/14 | Pod #2 | 10 | #04 | Need Refill |

Inspected By: CO1 T. Faisao

Incoming Officer-Print & Sign    CO1 SHAWN MASGA

Outgoing Officer- Print & Sign

000119

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/13/14 | pod 2 | 16 | #04 | Good Condition |

Inspected By: Cor. B. Aguo ___ Incoming Officer-Print & Sign    Cor. T. Frisono ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/13-14/14 | Pod-2 | 16 | #04 | Good Condition |
| 02/14/14 | Pod 2 | 16 | #04 | Good Condition |

Inspected By: CO I SHAWN MASGA ___ Incoming Officer-Print & Sign    Cor. B. Aguo ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/14/14 | pod #2 | 10 | #04 | Good Condition |
| 2/14/14 | pod #2 | 10 | #04 | Good Condition |

Inspected By: Cor. T. Frisono ___ Incoming Officer-Print & Sign    COII A. Laniyo ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/15/14 | Pod #2 | 10 | #04 | Good Condition |

Inspected By: Cor B. Aguo ___ Incoming Officer-Print & Sign    COII A. Laniyo ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/15/14 | Pod #2 | 10 | #04 | Good condition |

Inspected By: ___ Incoming Officer-Print & Sign    Cor. B. Aguo ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/15-16/14 | Pod #2 | 10 | #04 | Good Condition |

Inspected By: COII A. LANIYO ___ Incoming Officer-Print & Sign    ___ Outgoing Officer- Print & Sign

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/11/14 | Pod. 2 | 16 | #04 | Good Condition |
| 02/11-12/14 | pod 2 | 16 | #04 | Good Condition |

Inspected By: CO2. A. Laniyo
Incoming Officer-Print & Sign

CO2 S. Akeuro
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/12/14 | Pod # 2 | 16 | #04 | Good Condition |
| 02/12/14 | Pod # 2 | 16 | #04 | Good Condition |

Inspected By: CO1 SHAWN MASGA
Incoming Officer-Print & Sign

CO2 A. Laniyo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/12/14 | Pod #2 | 16 | #04 | Good Condition |
| 02/12/14 | Pod #2 | 16 | #04 | |

Inspected By: CO1 R. Sengstia
Incoming Officer-Print & Sign

CO1 SHAWN MASGA
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| | | | | |
| | | | | |

Inspected By: CO2. S. Akeuro
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/12-13/14 | Pod. 2 | 16 | #04 | Good Condition. |
| 02/13/14 | Pod 2 | 16 | #04 | Good Condition |

Inspected By: CO1 SHAWN MASGA
Incoming Officer-Print & Sign

CO2 S. Akeuro
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/13/14 | Pod 2 | 16 | #04 | Good Condition |
| | | | | |

Inspected By: CO1. T. Faisao
Incoming Officer-Print & Sign

CO1 SHAWN MASGA
Outgoing Officer- Print & Sign

**000121**

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 8/09/14 | P 0D#2 | 16 | #04 | good Condition |
| 02/09/14 | POD # 2 | 16 | #04 | Good Condition |

Inspected By: COII A. Laniyo III
Incoming Officer-Print & Sign

Cr. J. Farjao J.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/10/14 | Pod #2 | 16 | #04 | Good Condition |
| 02/10/14 | Pod #2 | 16 | #4 | Good Condition |

Inspected By: COI SHAWN MASGA
Incoming Officer-Print & Sign

COII A. Laniyo III
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/10/14 | Pod 2 | 16 | # 4 | Good Condition |

Inspected By: Cor. B. Aguto
Incoming Officer-Print & Sign

COI SHAWN MASGA
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/10/14 | Pod 2 | 16 | #04 | Good Collection |
| 02/10/14 | pod 2 | 16 | # 04 | Good Condition |

Inspected By: COII A. Laniyo III
Incoming Officer-Print & Sign

cor. B. Aguto
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/11/14 | POD #2 | 16 | #04 | Good Condition |
| 02/11/14 | Pod #2 | 16 | #04 | |

Inspected By: COI SHAWN MASGA
Incoming Officer-Print & Sign

COII A. Laniyo III
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/11/14 | Pod #2 | 16 | #04 | Good condition |

Inspected By: CO2. B. Aguto
Incoming Officer-Print & Sign

COI SHAWN MASGA
Outgoing Officer- Print & Sign

**000122**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| FEB/07/14 | Pod - 2 | 2016 | #04 | Good Condition |
| 02/07/14 | Pod 2 | 16 | #04 | Good Condition |

Inspected By: CO1 SHAWN MASGA
Incoming Officer-Print & Sign

OIC A. Laniyo AIC
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/08/14 | Pod 2 | 16 | #4 | Good Condition |

Inspected By: COII Jeremy Faisao f
Incoming Officer-Print & Sign

CO1 SHAWN MASGA
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/08/14 | Pod #2 | 16 | #04 | Good Condition |
| 02/08/14 | Pod #2 | 16 | #04 | Good Condition |

Inspected By: COII A. Laniyo AIC
Incoming Officer-Print & Sign

COII T. Faisao f.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/08/14 | Pod #2 | 16 | #04 | Good Condition |
| 02/09/14 | Pod #2 | 16 | #04 | Good Condition |

Inspected By: CO1 SHAWN MASGA
Incoming Officer-Print & Sign

COII A. Laniyo AIC
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/09/14 | Pod #2 | 16 | #4 | Good Condition. |

Inspected By: COI B. Aquino
Incoming Officer-Print & Sign

CO1 SHAWN MASGA
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/09/14 | Pod #L | 16 | #4 | Good Condition. |

Inspected By: COII T. Faisao f.
Incoming Officer-Print & Sign

OIC B. Aquino
Outgoing Officer- Print & Sign

000123

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| FEB/05/14 | POD-2 | 20 | #4 | Good Condition |

Inspected By: COI J. FAISAO
Incoming Officer-Print & Sign

COZ. A. Laniyo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/05/06/14 | POD 2 | 20 | #4 | Good Condition |

Inspected By: COZ B. Aguiro
Incoming Officer-Print & Sign

COI J. Faisao
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/06/14 | Pod #2 | 20 | #04 | Good Condition. |
| 02/06/14 | pod # 2 | 20 | #04 | Good Condition |

Inspected By: COZ A. Laniyo
Incoming Officer-Print & Sign

COz. B. Aguiro
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/6/14 | pod #2 | 20 | #04 | Good Condition |

Inspected By: COI J. Faisao
Incoming Officer-Print & Sign

COI A. Laniyo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/06-07/14 | POD #2 | 20 | #04 | Good Condition. |

Inspected By: COZ. B. Aguiro
Incoming Officer-Print & Sign

COI J. Faisao
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/07/14 | Pod. 2 | 20 | #04 | Good condition |
| " | " | 20 | " | " |

Inspected By: COI A. Laniyo
Incoming Officer-Print & Sign

COZ. B. Aguiro
Outgoing Officer- Print & Sign

**000124**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/03/14 | Pod #2 | 20 | # 04 | Good Condition |
| 02/03/14 | Pod #2 | 20 | # 04 | Good Condition |

Inspected By: COI SHAWN MASGA _____ Incoming Officer-Print & Sign     CWO T. FARSAO _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/03/14 | Pod #2 | 20 | #04 | Good Condition |

Inspected By: CO2 Brandon Ault _____ Incoming Officer-Print & Sign     _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/04/14 | Pod 2 | 20 | #04 | Good Condition |

Inspected By: COI T. FARSAO _____ Incoming Officer-Print & Sign     COI Brandon Ault _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/04/14 | Pod #2 | 20 | #04 | Good Condition |
| 02/04/14 | Pod 2 | 20 | #04 | Good Condition |

Inspected By: CO/ SHAWN MASON _____ Incoming Officer-Print & Sign     CWO J. FARSAO _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/04/14 | Pod 2 | 20 | #04 | Good Condition |

Inspected By: CO2. B. Aguon _____ Incoming Officer-Print & Sign     CO/ SHAWN MARTA _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/05/14 | Pod 2 | 20 | #04 | Good Condition |
| FEB/05/14 | Pod 2 | 20 | # 04 | Good Condition |

Inspected By: CO2. A. Laniyo _____ Incoming Officer-Print & Sign     CO2. B. Aguon _____ Outgoing Officer- Print & Sign

**000125**

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/01/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: COR B. Aquin
Incoming Officer-Print & Sign

CO1 Shawn Masba
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/07/22/14 | Pod 2 | 20 | #04 | Fair |

Inspected By: COR J. Faisao
Incoming Officer-Print & Sign

cor B. Aquino
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/02/14 | Pod 2 | 20 | #04 | Good Condition |
| 02/02/14 | Pod #2 | 20 | #04 | Good Condition |

Inspected By: COR A. Lauiyo
Incoming Officer-Print & Sign

COR J. Faisao
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| FEB/02/14 | POD-2 | 20 | #4 | Good Condition |
| 02/02/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: CO1 Shawn Masga
Incoming Officer-Print & Sign

COR A. Lauiyo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/02/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: POJ B. Aquino
Incoming Officer-Print & Sign

CO1 Shawn Masga
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/03/14 | Pod. 2 | 20 | #04 | Good Condition |

Inspected By: COR J. Faisao
Incoming Officer-Print & Sign

COR B. Aquino
Outgoing Officer- Print & Sign

**000126**

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/30/14 | Pod 2 | 20 | #4 | Good Conditione |
| 01/30/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: CO1 SHAWN MASGA — Incoming Officer-Print & Sign  
COr-T. Faisao — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/30/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/30/14 | | | | |

Inspected By: ( ) — Incoming Officer-Print & Sign  
CO1 SHAWN MASGA — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/31/14 | Pod 2 | 20 | #4 | Good Condition |
| 01/31/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: CO1 SHAWN MASGA — Incoming Officer-Print & Sign  
CO1 A. Faison — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/31/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: COr- B. Aquino — Incoming Officer-Print & Sign  
CO1 SHAWN MASGA — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/31-02/01/14 | Pod 2 | 20 | #04 | Good Condition |
| 02/01/14 | Pod 2 | 20 | #04 | Good Condition |

Inspected By: CO1 A. Lanivo — Incoming Officer-Print & Sign  
COr- B. Aquino — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/01/14 | Pod-2 | 20 | #4 | Good Condition |
| 2/01/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: CO1 SHAWN MASGA — Incoming Officer-Print & Sign  
CO1 A. Lanivo — Outgoing Officer- Print & Sign

**000127**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/28/14 | Pod #2 | 20 | #04 | Good Condition |
| 01/28/14 | Pod #2 | 20 | #04 | Good |

Inspected By: CPT A. Laniyo _____ Incoming Officer-Print & Sign

COII. T. Faisao _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/28/14 | Pod #2 | 20 | #04 | Good Condition |

Inspected By: Cor. B Acunto _____ Incoming Officer-Print & Sign

CPT A. Laniyo _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/28-29/14 | Pod #2 | 20 | #02 | Good condition |

Inspected By: CPT J. Faisao _____ Incoming Officer-Print & Sign

Cor. B. Acunto _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/29/14 | Pod #2 | 20 | #04 | Good Condition |
| 01/29/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: COI SHAWN MASGA _____ Incoming Officer-Print & Sign

_____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/29/14 | Pod #2 | 20 | #04 | Good Condition |

Inspected By: Cor. A Laniyo _____ Incoming Officer-Print & Sign

COI SHAWN MASGA _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/30/14 | Pod #2 | 20 | #04 | Good Condition |

Inspected By: COII. T. Faisao _____ Incoming Officer-Print & Sign

COI A. Laniyo _____ Outgoing Officer- Print & Sign

000128

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/26/2014. | POD 2 | 20 | # 4 | Good Conditions |
| 01/26/14 | POD 2 | 20 | #4 | Good Condition |

Inspected By: _CO1 SHAUN MASGA_     _COI E. MENSAH_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/26/14 | POD 2 | 20 | #4 | Good Condition |

Inspected By: _Cor. B. Aguito_     _CO1 SHAWN MASGA_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/26-27/14 | Pod-2 | 20 | #04 | Good Condition. |

Inspected By: _Cor. T. Faisao_    
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/27/14 | Pod #2 | 20 | #04 | Good Condition |
| 01/27/14 | Pod #2 | 20 | #04 | Good Condition |

Inspected By: _CO1 A. Lainyo_     _Cor. T. Faisao_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/27/14 | POD II 2 | 20 | #04 | Good Condition |

Inspected By: _CO1 B. Aguito_     _CO1 A. Lainyo_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/27-28/14 | Pod 2 | 20 | #04 | Good Condition |

Inspected By: _CO1 T. Faisao_     _Cor. B. Aguito_
Incoming Officer-Print & Sign     Outgoing Officer- Print & Sign

000129

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/24/14 | Pod # 2 | 20 | #4 | Good Condition |

Inspected By: Corl. B. Agulto ___ Incoming Officer-Print & Sign
CoE A. Lamiyo ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/24/14 | Pod # 2 | 20 | #04 | Good Condition. |

Inspected By: COE. J. Faisao ___ Incoming Officer-Print & Sign
COL. B. Agulto ___ Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/24/14 | Pod # 2 | 20 | #04 | Good Condition |
| 01/25/14 | Pod 2 | 20 | #04 | Good Condition |

Inspected By: COL Shawn Masga ___ Incoming Officer-Print & Sign
Com. J. Faisao J. ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/25/14 | Pod 2 | 20 | #04 | Good Condition |

Inspected By: COL. B. Agulto ___ Incoming Officer-Print & Sign
Col Shawn Masga ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/25/14 | Pod. 2 | 20 | #04 | Good Condition |

Inspected By: COE. J. Faisao Jr. ___ Incoming Officer-Print & Sign
Cor. B. Agulto ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/25-26/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: Col E Munsaf ___ Incoming Officer-Print & Sign
COE. J. Faisao J. ___ Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/22/14 | Pod 2 | 20 | #4 | Good condition |
| | | | | |

Inspected By: Cpl. B Aguon _____
Incoming Officer-Print & Sign

acott A. Laniyo _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01-22-14 | Pod 2 | 20 | #4 | FAIR |
| 01/22/14 | Pod 2 | 20 | #4 | Good condition |

Inspected By: CO 1 SHAWN MASGA _____
Incoming Officer-Print & Sign

Cor. B. Aguon _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/22/14 | Pod 2 | 20 | #4 | Good condition. |
| 01/22/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: COII A. Laniyo At _____
Incoming Officer-Print & Sign

CO 1 SHAWN MASGA _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/23/14 | Pod # 2 | 20 | #4 | Good Condition |
| | | | | |

Inspected By: Cpl. B. Aguon _____
Incoming Officer-Print & Sign

coII A. Laniyo At _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/23/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/23/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: CO1 SHAWN MASGA _____
Incoming Officer-Print & Sign

Cpl. B. Aguon _____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/24/14 | Pod # 2 | 20 | #04 | Good Condition |
| 01/24/14 | pod #2 | 20 | #04 | Good Condition |

Inspected By: COII A. Laniyo At _____
Incoming Officer-Print & Sign

CO1 SHAWN MASGA _____
Outgoing Officer- Print & Sign

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/30/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/20/14 | Pod #2 | 30 | #4 | Good Condition |

Inspected By: CO1 S. MASGA _____  COII A. Laniyo _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/20/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: COII J. Faisao _____  CO1 S. MASGA _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/20-21/14 | Pod #4 | 20 | #4 | Good Condition |
| 01/21/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: COII A. Laniyo _____  COII J. Faisao _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/21/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/21/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: CO1 S. MASGA _____  COII A. Laniyo _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/21/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: COII J. Faisao _____  CO1 S. MASGA _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/21-22/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/22/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: COII A. Laniyo _____  COII J. Faisao _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

000132

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/18/14 | Pod # 2 | 20. | #04 | Fair |
| 6700-1500 | | | | |

Inspected By: _CPL. T. Faisao_      _COII. B. Acuno_
    Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/18/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/18/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: _CO2. A. Laniyo_      _CPL. T. Faisao_
    Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/19/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/19/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: _COI. S. Masga_      _COII A. Laniyo_
    Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/19/14 | Pod #2 | 20 | #4 | Good condition |

Inspected By: _CO2. B. Acuno_      _COI S. Masga_
    Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/19/14 | Pod #2 | 20 | #02 | Good condition |
| 1580-2300 | | | | |

Inspected By: _CPL. T. Faisao_      _CO2. B. Acuno_
    Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/19/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/20/14 | Pod 2 | 20 | #4 | Good Condition |

Inspected By: _COII A. Laniyo_      _CPL. T. Faisao_
    Incoming Officer-Print & Sign      Outgoing Officer- Print & Sign

**000133**

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/16 | Pod 2 | 20 | #4 | Good Condition |
|  |  |  |  |  |

Inspected By: CPL. J. Faisao
Incoming Officer-Print & Sign

COI S. Masga
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/16/14 | Pod #2 | 20 | #4 | Good Condition |
|  |  |  |  |  |

Inspected By: COI B. Aguiro
Incoming Officer-Print & Sign

CPL. J. Faisao
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/16-17/14 | Pod # 2 | 20 | #04 | Good condition |
| 2302-0700 | Pod #2 | 20 | #4 | Good Condition |

01/17/14 Inspected By: COI S. MASGA
Incoming Officer-Print & Sign

COI. B. Aguilo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/17/14 | Pod 2 | 20 | #4 | Good Condition |
|  |  |  |  |  |

Inspected By: CPL. J. Faisao
Incoming Officer-Print & Sign

COI S. Masga
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/17/14 | Pod #2 | 20 | #4 | Good Condition |
| 01/17/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: COO. A. Laniyo
Incoming Officer-Print & Sign

CPL J. Faisao
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/17/14 | Pod #2 | 20 | #4 | Good Condition |
|  |  |  |  |  |

Inspected By: COII B. Aguiro
Incoming Officer-Print & Sign

COO. A. Laniyo
Outgoing Officer- Print & Sign

**EXHIBIT E**
**FIRE SAFETY**

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/14/14 | Dod 2 | 20 | #4 | Good Condition |

Inspected By: COZ B. _____ — Incoming Officer-Print & Sign          COI S. MASGA — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/14/14 1500-2300 | Pod 2 | 20 | #04 | Good Condition |
| 01/14/14 | pod 2 | 20 | #04 | Good Condition |

Inspected By: COII A. Larrijo — Incoming Officer-Print & Sign          COZ. B. Aquino — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/15/14 | pad # 2 | 20 | #4 | Good Condition |
| 01/15/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: COI S. MASGA — Incoming Officer-Print & Sign          COII A. Larrijo — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/15/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: COII T. Faisao — Incoming Officer-Print & Sign          COI S. MASGA — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/15/14 | Pod #2 | 20 | #4 | Good Condition |

Inspected By: COZ. B. Aquino — Incoming Officer-Print & Sign          COII. T. Faisao — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/16/14 | Pod. 2 | 20 | #4 | Fair. |
| 01/15-16/14 | Pod 2 | 20 | #4 | Good Condition |

2300-0700hrs
01/16/14 Inspected By: COI S. Masga — Incoming Officer-Print & Sign          COZ. B. Aquino — Outgoing Officer- Print & Sign

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/25/14 | pod # 2 | 19 | # 04 | Good Condition |
| | | | | |

Inspected By: COZ. S. opela
Incoming Officer-Print & Sign

cett A. Laniyo Att
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/25-26/14 | Pod 2 | 19 | #02 | Good Condition |
| 2300-0700 | | | | |

Inspected By: CVI. Jeremy Faisao J.
Incoming Officer-Print & Sign

co2. S. Aeuwo Kp
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/26/14 | Pod 2 | 19 | # 04 | Good Condition |
| 02/26/14 | Pod 2 | 19 | #02 | Good Condition |

Inspected By: COI. Shawn Masga
Incoming Officer-Print & Sign

COI. Jeremy Faisao J.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/26/14 | Pod 2 | 19 | #2 | Good Condition |
| 02/26/14 | pod 2 | 19 | #2 | Good Condition |

Inspected By: cett A. Laniyo Att
Incoming Officer-Print & Sign

COI SHAWN MASGA
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/27/14 | pod 2 | 19 | #2 | Good Condition |
| | | | | |

Inspected By: COI. Jeremy Faisao
Incoming Officer-Print & Sign

cett A. Laniyo Att
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/27/14 | Pod 2 | 19 | #2 | Good Condition |
| 02/27/14 | Pod 2 | 19 | #2 | Good Condition |

Inspected By: COI SHawn MASGA
Incoming Officer-Print & Sign

COI. Jeremy Faisao J.
Outgoing Officer- Print & Sign

**000136**

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/28/14 | POD 4 | 20 | #4 | mark scratch |

Inspected By: cot J. carruolo
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/28/14 | POD 4 | 20 | #4 | mask scratch |

Inspected By: _____
Incoming Officer-Print & Sign          cot J. carruolo
                                       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/28-29/4 | POD 4 | 20 | #4 | Good |

Inspected By: COII B. Lizama
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/28-29/14 | POD 4 | 20 | #4 | Good |

Inspected By: COII P. teneacto
Incoming Officer-Print & Sign          COII B. Lizama
                                       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 03/01/14 | POD 4 | 20 | #4 | Good |

Inspected By: COII C. ALDAN
Incoming Officer-Print & Sign          COII D Tenereto
                                       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 3 1 14 | POD-4 | 20 | H 4 | Good |
| 3/1-2/14 | POD 4 | 20 | #4 | Good |

Inspected By: COII B. Lizama
Incoming Officer-Print & Sign          COII C. ALDAN
                                       Outgoing Officer- Print & Sign

**000137**

**EXHIBIT E
FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/26/14 | POO 4 | 20 | # 4 | mask scratch |

Inspected By: _cor. J. Carbeno_
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/26/14 | POO 4 | 20 | # 4 | mask scratch |

Inspected By: _____        _cor. J. Carbeno_
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/27/14 | POO 4 | 20 | # 4 | mask scratch |

Inspected By: _cor. J. Carbeno_
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/27/14 | POO 4 | 20 | # 4 | mask scratch |

Inspected By: _____        _cor. J. Carbeno_
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |

Inspected By: _____        _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|      |          |     |               |         |

Inspected By: _____        _____
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

**000138**

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01·10·24 | POD 4 | 20 | # 2 | SCBA CASE BROKEN |

Inspected By: CO1 J. DAVIS
Incoming Officer-Print & Sign

Koji TAISAKA
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01·10·14 | POD 4 | 20 | # 2 | |
| 01-01-14 | pod 4 | 20 | # 2 | SCBH case is Broken |

Inspected By: CO1 M. Ambalan
Incoming Officer-Print & Sign

CO1 M. Ambalan  M.A
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01-11-14 | pod 4 | 20 | # 2 | SCBA case is Broken |

Inspected By: CO1 DAVIS
Incoming Officer-Print & Sign

CO1 M. Ambalan
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01·11·14 | POD 4 | 20 | # 2 | SCBA CASE BROKEN |

Inspected By: _____
Incoming Officer-Print & Sign

CO1 J. DAVIS
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/12/14 | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: COR. J. Carsormo
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/12/14 | POD 4 | 20 | #2 | DAMAGE CASE |
| 01/12/14 | POD 4 | 20 | #2 | FAIR |

Inspected By: CO1 R. TEVERINO
Incoming Officer-Print & Sign

CO2 J. Carsormo
Outgoing Officer- Print & Sign

**000139**

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/24/14 | Pod 4 | 10 | #2 | Damage Cage |

Inspected By: COIIR. Segoho _____ Incoming Officer-Print & Sign      _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/24/14 | Pod 4 | 20 | #2 | Damage Cage |

Inspected By: _____ Incoming Officer-Print & Sign      COII R. Segoher _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |

Inspected By: _____ Incoming Officer-Print & Sign      _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |

Inspected By: _____ Incoming Officer-Print & Sign      _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/26/14 | Pod 4 | 20 | #4 |  |

Inspected By: COII R. Segoher _____ Incoming Officer-Print & Sign      _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/28/14 | Pod 4 | 20 | #4 |  |

Inspected By: _____ Incoming Officer-Print & Sign      COII R. Segoher _____ Outgoing Officer- Print & Sign

000140

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2\22\14 | POD-4 | 10 | #2 | DAMAGE CASE |
| | | | | |

Inspected By: _____    COII C. ALDAN
                Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/22/14 | Pod 4 | 10 | #2 | Damage Case |

Inspected By: COII R. Segatin _____    _____
                Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/23/14 | Pod 4 | 10 | #2 | Damage Case |
| 02/23/14 | " | " | " | " |

Inspected By: COII R. tevega #o _____    COII R. Segatin _____
                Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/23/14 | Pod 4 | 10 | #2 | Damage Case. |
| 02/23/14 | " | " | " | " |

Inspected By: CO2. O. Malump _____    COII R. tevegayo _____
                Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/24/14 | POD 4 | 10 | #2 | Damage Case |

Inspected By: COII R. tevegayo _____    _____
                Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/24/14 | POD 4 | 10 | #2 | Damage Case |

Inspected By: _____    COII R. tevegayo _____
                Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

000141

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/19 | POD 4 | 10 | #2 | Damage Case |

Inspected By: _____    COII R. Tevea ___
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/19 | POD-4 | 10 | #2 | Damage Case |
| 02/20/14 | POD-4 | 10 | #2 | Damage Case |

Inspected By: COII R. Tevea ___    COII C. ALDAN
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| COII 02/19/14 | POD 4 | 10 | #2 | Damage Case |

Inspected By: _____    COII R. Tevea ___
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/20/14 | POD-4 | 10 | #2 | Damage Case |

Inspected By: _____    COII C. ALDAN
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/27/14 | POD 4 | 10 | #2 | Damage Case |

Inspected By: COII B. Lizama    ___
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/01/14 | POD 4 | 10 | #2 | Damage Case |

Inspected By: COII C. ALDAN    COII B. Lizama
Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

**000142**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/17/14 | POD 4 | 10 | #2 | Damage Case |

Inspected By: _____ Incoming Officer-Print & Sign   COII R. Tevengua ___ Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/17-14/14 | POD 4 | 10 | #2 | DAMAGE CASE |

Inspected By: COII J. CAMACHO Incoming Officer-Print & Sign   _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/18/14 | POD 4 | 10 | #2 | DAMAGE CASE |

Inspected By: _____ Incoming Officer-Print & Sign   COII J. CAMACHO Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/18/14 | POD 4 | 10 | #2 | Damage Case |

Inspected By: COII R. Tevengua Incoming Officer-Print & Sign   _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/18/18/14 | POD 4 | 10 | #2 | Damage Case |
|  | POD 4 | 10 | #2 | DAMAGE CASE |

Inspected By: COII J. CAMACHO Incoming Officer-Print & Sign   COII R. Tevengua Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/19/14 | POD 4 | 10 | #2 | Damage Case |
| 02/19/14 | POD 4 | 10 | #2 | Damage Case |

Inspected By: COII R. Tevengua Incoming Officer-Print & Sign   COII J. CAMACHO Outgoing Officer- Print & Sign

**000143**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/15/14 | POD 4 | 20 | #2 | Damage Case |
| 02/15/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: _COII J. CARMELLO_  Incoming Officer-Print & Sign    _COII B. [___]_ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/15/14 | POD 4 | 20 | #2 | Damage Case |
| 02/15-16/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: _COII R. Tevequyo Jr._  Incoming Officer-Print & Sign    _COII J. CARACHO_ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/15-16/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: _COII C. ALDAN_  Incoming Officer-Print & Sign    _COII R. Tevequyo Jr._ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/16/14 | POD-4 | 10 | #2 | DAMAGE Case |

Inspected By: _____  Incoming Officer-Print & Sign    _COII C. ALDAN_ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/16-17/14 | POD 4 | 10 | #2 | DAMAGE Case |

Inspected By: _COII J. CARMALIO_  Incoming Officer-Print & Sign    _____ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/17/14 | POD 4 | 10 | #2 | DAMAGE Case |
| 02/17/14 | POD 4 | 10 | #2 | Damage Case |

Inspected By: _COII R. Tevequyo Jr._  Incoming Officer-Print & Sign    _COII J. CARMALIO_ Outgoing Officer- Print & Sign

**EXHIBIT E**

**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/13/14 | Pod 4 | 20 | #2 | DAMAGE CASE |

Inspected By: COII J. CAMACHO
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/18/14 | Pod 4 | 20 | #2 | DAMAGE CASE |
| 2/13-14/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII B. Lizama
Incoming Officer-Print & Sign

COII J. Camacho
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/13-19/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: _____
Incoming Officer-Print & Sign

COII B. Lizama
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/14/14 | Pod 4 | 20 | #2 | DAMAGE CASE |

Inspected By: COII J. Camacho
Incoming Officer-Print & Sign

_____
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/14/14 | Pod 4 | 20 | #2 | DAMAGE CASE |
| 02/14-15/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII R. Teregeyo Jr.
Incoming Officer-Print & Sign

COII J. Camacho
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/14-15/14 | POD 4 | 20 | #2 | Damage Case |
| 2-15-14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII B. Lizama
Incoming Officer-Print & Sign

COII R. Teregeyo Jr.
Outgoing Officer- Print & Sign

**000145**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/10/14 | POD 4 | 20 | #2 | Damage case |
| 02/10 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII D.Tevegno ___ Incoming Officer-Print & Sign    COII B. Lizama ___ Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/10/14 | POD4 | 20 | #2 | Damage Case |
| 2/11/14 | POD4 | 20 | #2 | " " |

Inspected By: COII B.Lizama ___ Incoming Officer-Print & Sign    COII R.Tevegno ___ Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/11/14 | POD 4 | 20 | #2 | Damage case |

Inspected By: ___ Incoming Officer-Print & Sign    COII B-Lizama ___ Outgoing Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |

Inspected By: ___ Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/12/14 | POD 4 | 20 | #2 | DAMAGE CNG |
| | | | | |

Inspected By: CO2 V.Carsacho ___ Incoming Officer-Print & Sign    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/12 - 02/13 | Pod A | 20 | #2 | Damage case |
| 02/12/14 | Pod 4 | 20 | #2 | DAMAGE CASE |

Inspected By: COI J. Bahillo ___ Incoming Officer-Print & Sign    CO2.V. Carsacho ___ Outgoing Officer- Print & Sign

**000146**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/07/14 | Pod 4 | 20 | #02 | Damage Case |
| 2/7/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII B. Lizama
Incoming Officer-Print & Sign

COII N. Camacho
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/7/14 | POD 4 | 20 | #2 | Damage Case |
| 02/07/14 | POD 4. | 20 | #2 | Damage Case |

Inspected By: COII R. Teregeyo Jr.
Incoming Officer-Print & Sign

COII B. Lizama
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/07/14 | POD 4 | 20 | #2 | Damage Case |
| 02/07/14 | Pod 4 | 20 | #2 | Damage Case |

Inspected By: COII N. Camacho
Incoming Officer-Print & Sign

COII R. Teregeyo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/08/14 | POD 4 | 20 | #C | Damage Case |
| 02/08/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII R. Teregeyo
Incoming Officer-Print & Sign

COII J. Camacho
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 02/08/14 | POD 4 | 20 | # | Damage Case |
| 02/08/14 | POD 4 | 20 | #2 | Damage case |

Inspected By:
Incoming Officer-Print & Sign

COII R. Teregeyo
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 2/10/14 | POD-4 | 2.0 | #2 | Damage Case |
| 2/10/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII B. Lizama
Incoming Officer-Print & Sign

COII C. Aldan
Outgoing Officer- Print & Sign

**000147**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/4/14 | POD-4 | 20 | #2 | CASE DAMAGR |
| 2/5/14 | POD 4 | 20 | #2 | Damage case |

Inspected By: COII B. Lizama
Incoming Officer-Print & Sign

COII C. ALPAN
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/5/14 | POD 4 | 20 | #2 | Damage Case |
| 02/05/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII R. Teven WU
Incoming Officer-Print & Sign

COII B. Lizama
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/05/14 | POD 4 | 20 | #2 | Damage Case |
| 02/05-06/ | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: COII J. Camacho
Incoming Officer-Print & Sign

COII R. Teven WU
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/06/14 | POD 4 | 20 | #2 | DAMAGE CASE |
| 02/06/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII B. Lizama
Incoming Officer-Print & Sign

COII J. Camacho
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/06/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: _____
Incoming Officer-Print & Sign

COII B. Lizama
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/06-07/14 | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: COII J. Camacho
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

**000148**

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/3/14 | POD 4 | 60 | #2 | Damaged Case |
|  |  |  |  |  |

Inspected By: COII B. Lizama
_Incoming Officer-Print & Sign_ _Outgoing Officer- Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/3/14 | POD 4 | 40 | #2 | Damaged Case |
| 02/03/14 | Pod 4 | 20 | #2 | Damage Case |

Inspected By: COII J. Coraccito
_Incoming Officer-Print & Sign_ COII B. Lizama _Outgoing Officer- Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/03/14 | Pod 4 | 20 | #2 | DAMAGE CASE |
|  |  |  |  |  |

Inspected By: ___
_Incoming Officer-Print & Sign_ COII J. Coraceno _Outgoing Officer- Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/4/14 | POD 4 | 20 | #2 | Damage case |
| 2/4/14 | POD |  |  |  |

Inspected By: COII B. Lizama
_Incoming Officer-Print & Sign_ _Outgoing Officer- Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/4/14 | POD 4 | 20 | #2 | Damage Case |
| 2/4/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: COII J. Camacho
_Incoming Officer-Print & Sign_ COII B. Lizama _Outgoing Officer- Print & Sign_

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/4/14 | POD 4 | 20 | #2 | Damage Case |
|  |  |  |  |  |

Inspected By: Cpll C. ALDAN
_Incoming Officer-Print & Sign_ COII J. Camacho _Outgoing Officer- Print & Sign_

**000149**

**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/27/14 | Pod 4 | 20 | #2 | DAMAGE CASE |

Inspected By: Coll C. ALDAN — Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1/29/14 | POD-4 | 20 | # 2 | DAMAGE CASE |
| 01/29.20/14 | Pod 4 | 20 | 02 | DAMAGE CASE |

Inspected By: CO2 R. Teregeyo — Incoming Officer-Print & Sign        CO2 C. ALDAN — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/29.20/14 | POD 4 | 20 | 2 | Damage Case |
| 01/31/14 | Pod 4 | 20 | #2 | DAMAGE CASE |

Inspected By: — Incoming Officer-Print & Sign        CO2 R. Teregeyo — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/31/14 | Pod 4 | 20 | #2 | DAMAGE CASE |

Inspected By: Coll C. ALDAN — Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1/31/14 | POD-4 | 20 | # 2 | CASE Damage |
| 1/31-2/1/14 | POD 4 | 20 | # 2 | Damaged Case |

Inspected By: CO2 B. Lizama — Incoming Officer-Print & Sign        Coll C. ALDAN — Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1/31-2/1/14 | POD 4 | 20 | # 2 | Damaged Case |
| 02/04/14 | Pod 4 | 20 | 2 | Damage Case |

Inspected By: CO2 R. Teregeyo — Incoming Officer-Print & Sign        CO2 Ron Lizama — Outgoing Officer- Print & Sign

**EXHIBIT E**
**FIRE SAFETY**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/01/14 | POD 4 | 20 | 02 | Damage Case |
| | | | | |

Inspected By: Coll C. ALDAN
Incoming Officer-Print & Sign

Coll P. Tavegeyo Jr.
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/1/14 | POD-4 | 20 | 02 | DAMAGE CASE |
| 2/1-2/14 | POD 4 | 80 | 02 | Damaged Case |

Inspected By: Coll B. Lizama
Incoming Officer-Print & Sign

Coll C. ALDAN
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/1-2/14 | POD 4 | 20 | 02 | Damaged Case |
| 02/05/14 | POD 4 | 20 | #02 | Damage Case |

Inspected By: Coll J. Cepero
Incoming Officer-Print & Sign

Coll B. Lizama
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/02/14 | POD 4 | 20 | #02 | DAMAGE CNG |
| 02/02 | POD 4 | 20 | 02 | |

Inspected By:
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 02/02 | POD | 20 | 02 | DAMAGE Case |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 2/2/14 | POD-4 | 20 | #2 | DAMAGE CASE |
| | | | | |

Inspected By: _____
Incoming Officer-Print & Sign

Coll C. ALDAN
Outgoing Officer- Print & Sign

000151

# EXHIBIT E
# FIRE SAFETY

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/27/14 | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: _____     _cor. J. camacho_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/27-28/14 | POD 4 | 20 | #2 | Damaged Case |

Inspected By: _COII B. Lizama_     _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/27/28/14 | POD 4 | 20 | #2 | Damaged Case |
| 01/28/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: _cor. J. camacho_     _COII B. Lizama_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/28/14 | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: _____     _cor. J. camacho_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/28-29/14 | POD 4 | 20 | #2 | Damaged Case |

Inspected By: _COII B. Lizama_     _____
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1/28-29/14 | POD 4 | 20 | #2 | Damaged Case |
| 01/29/14 | POD 4 | 20 | #2 | Damage Case |

Inspected By: _cor. J. camacho_     _COII B. Lizama_
Incoming Officer-Print & Sign          Outgoing Officer- Print & Sign

000152

## DEPARTMENT OF CORRECTION
### BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/25-26/14 | Pob 4 | 20 | #2 | Damage Case |

Inspected By: CO2. J. Carracuo
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/26/14 | Pod 4 | 20 | #2 | Damage Case |
| 01/26/14 | Pod 4 | 20 | #2 | Damage Case |

Inspected By: CEII R. Tereaeno
Incoming Officer-Print & Sign          CO2 J. Carracuo
                                       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/26/14 | Pod 4 | 20 | #2 | Damage Case |

Inspected By: _____
Incoming Officer-Print & Sign          CEII R. Tereaeno
                                       Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/27/14 | Pod 4 | 20 | #2 | Damage Case |

Inspected By: CO2. J. Carracuo
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

**000153**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/23/2014 | POD 4 | 20 | 02 | Damage Case |

Inspected By: CPT R. Teveagi yo _____
            Incoming Officer-Print & Sign                 Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/23/2014 | POD 4 | 20 | 02 | Damage Case |

Inspected By: _____                 CPT R. Teveagi
            Incoming Officer-Print & Sign                 Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
|  |  |  |  |  |

Inspected By: _____                 _____
            Incoming Officer-Print & Sign                 Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
|  |  |  |  |  |

Inspected By: _____                 _____
            Incoming Officer-Print & Sign                 Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/24-25/14 | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: COZ. J. Camaeho _____
            Incoming Officer-Print & Sign                 Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/25/14 | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: _____                 COZ. J. CAMACHO
            Incoming Officer-Print & Sign                 Outgoing Officer- Print & Sign

**000154**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/20-21/14 | POD 4 | 20 | #2 | DAMAGE CASE |
| 2800-0700 | | | | |

Inspected By: COZ.J. CAMACHO _____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/21/14 | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: _____
Incoming Officer-Print & Sign        COZ.J. CAMACHO
                                     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
|  |  |  |  |  |

Inspected By: _____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/21-22/14 | POD 4 | 20 | #2 | DAMAGE CASE |
| 2800-0700 | | | | |

Inspected By: COZ.J. CAMACHO _____
Incoming Officer-Print & Sign                    Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/22/14 | POD 4 | 20 | #2 | DAMAGE CASE |
| 01/20/14 | POD 4 | 20 | #2 | "    " |

Inspected By: CPT R.TAREN WD _____
Incoming Officer-Print & Sign        COZ.J. CAMACHO
                                     Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 9/22/14 | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: _____
Incoming Officer-Print & Sign        CPT R.TAREN WD
                                     Outgoing Officer- Print & Sign

**000155**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01·10·19·2014 | POD 4 | 20 | #2 | DAMAGE CASE |
| 01/14/14 | POD 4 | 10 | #2 | DAMAGE CNG |

Inspected By: CO2 R. TERELEYO _____  Incoming Officer-Print & Sign

CO2 J. CARDELLO _____  Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01·18·19·2014 | POD 4 | 20 | #2 | DAMAGE CASE |

Inspected By: _____  Incoming Officer-Print & Sign

CO2 R. TERELEYO _____  Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1·19·14 | POD 4 | 20 | #2 | Damaged Case |

Inspected By: COII Ben Lizama _____  Incoming Officer-Print & Sign

_____  Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 1·19·14 | POD 4 | 20 | #2 | Damaged Case |
| 01/19/14 | POD 4 | 20 | #2 | DAMAGE CNG |

Inspected By: CO2 J. CARDELLO _____  Incoming Officer-Print & Sign

COII Ben Lizama _____  Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/19·20/14 | POD 4 | 20 | #2 | DAMAGE CNG |
| 01/20/2014 | POD 4 | 20 | 02 | |

Inspected By: CO2 R. TERELEYO _____  Incoming Officer-Print & Sign

CO2 J. CARDELLO _____  Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/20/2014 | POD 4 | 20 | 03 | D. CASE |

Inspected By: _____  Incoming Officer-Print & Sign

CO2 R. TERELEYO _____  Outgoing Officer- Print & Sign

**000156**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/16/14 | POD 4 | 20 | #02 | DAMAGE CASE |
| 1800-2300 | | | | |

Inspected By: _COL J. Camacho_
Incoming Officer-Print & Sign | Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/16/14 | POD 4 | 20 | #02 | DAMAGE CASE |

Inspected By: _____
Incoming Officer-Print & Sign | Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/17/14 | POD 4 | 20 | #02 | DAMAGE CASE |
| 1800-2300 | | | | |

Inspected By: _COL J. Camacho_
Incoming Officer-Print & Sign | Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/17/14 | POD 4 | 20 | #02 | DAMAGE CASE |
| 01/17-18/14 | POD 4 | 20 | 02 | DAMAGE CASE |

Inspected By: _COII R. Terlaje_
Incoming Officer-Print & Sign | _COL J. Camacho_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 01/17-18/14 | POD 4 | 20 | 02 | DAMAGE CASE |
| 1-18-14 | POD 4 | 20 | 02 | " " |

Inspected By: _COII R. Lizama_
Incoming Officer-Print & Sign | _CO2 R. Terlaje_
Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|---|---|---|---|---|
| 1-18-14 | POD 4 | 20 | 02 | Damage Case |
| 01/18/14 | POD 4 | 20 | 02 | DAMAGE CASE |

Inspected By: _COL J. Camacho_
Incoming Officer-Print & Sign | _COII R. Lizama_
Outgoing Officer- Print & Sign

**000157**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/13/14 | POD A | 20 | 2 | FAIR |

Inspected By: _____        CØ R. Tevegu up  Pwo
Incoming Officer-Print & Sign                Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/14·15/14 | POD 4 | 20 | 02 | Damage case |

Inspected By: CØ R. TEREGEYO JR         _____
Incoming Officer-Print & Sign              Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01.15.14 | POD 4 | 20 | 02 | DAMAGE CASE |

Inspected By: _____        CØ R. TEREGEYO  Pwo
Incoming Officer-Print & Sign                Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/15/14 | POD 4 | 20 | #02 | DAMAGE CASE |

Inspected By: COE J Camacho         _____
Incoming Officer-Print & Sign              Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/15/14 | POD 4 | 20 | #02 | Damaged Case |
| 01/15-16/14 | POD 4 | 20 | #2 | Damaged Case |

Inspected By: CØ B. Leama         COE J. Camacho
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/15-16/14 | POD 4 | 20 | #2 | Damaged Case |
| 01/16-17/14 | POD 4 | 20 | #2 | Damaged Case |

Inspected By: COI Batilli         CØ B. Leama
Incoming Officer-Print & Sign        Outgoing Officer- Print & Sign

**000158**

# DEPARTMENT OF CORRECTION
## BREATHING APPARATUS INSPECTION SHEET

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/08/14 | Pod 4 | 20 | #4 | Case damage |
| | | | | |

Inspected By: _COII R.Tevegino_     Outgoing Officer- Print & Sign _____
Incoming Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/08/14 | Pod 4 | 20 | #4 | Case damage |
| 01/08-09/14 | Pod 4 | 20 | #4 | Fair |

Inspected By: _COII J. Camcho_     Outgoing Officer- Print & Sign _COII R.Tevegino_
Incoming Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/09/14 | Pod 4 | 20 | #4 | Fair |
| | | | | |

Inspected By: _COII B.Flewn_     Outgoing Officer- Print & Sign _COII J. Camacho_
Incoming Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/09/13 | Pod 4 | 20 | #4 | Fair |
| 01/09/14 | Pod 4 | 20 | #4 | Fair |

Inspected By: _COII H.Tevegino Jr._     Outgoing Officer- Print & Sign _COII B. Aquito_
Incoming Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/09/14 | Pod 4 | 20 | #4 | Fair |
| 01/09-10/14 | Pod 4 | 20 | #4 | Fair |

Inspected By: _COII J. Camacho_     Outgoing Officer- Print & Sign _COII R.Tevegino Jr._
Incoming Officer-Print & Sign

| DATE | LOCATION | PSI | SERIAL NUMBER | REMARKS |
|------|----------|-----|---------------|---------|
| 01/10/14 | Pod 4 | 20 | #4 | Fair |
| | | | | |

Inspected By: _____     Outgoing Officer- Print & Sign _COII J. Camacho_
Incoming Officer-Print & Sign

**EXHIBIT E**
**FIRE SAFETY**



# DEPARTMENT OF CORRECTIONS
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
GOVERNOR

Jude U. Hofschneider
LT. GOVERNOR

Ramon C. Mafnas
COMMISSIONER

## MEMORANDUM

February 19, 2014

TO:         Mr. Albert Delos Reyes

FROM:       Director

SUBJECT:    Fire Safety and Emergency Coordinator

You were once and for a lengthy period of time, designated as the Fire Safety and Emergency Coordinator for the Adult Correctional Facility (ACF). While serving in that capacity, you acquired sound knowledge and experience not only during the performance of your duties, but also received formal and On the Job training from the appropriate manufacturer's representatives as the Fire Safety and Emergency systems were being installed and made operational in the ACF. This being said, it is not only prudent, but also appropriate to reinstate you back in that capacity.

Effective this date, I am once again designating you as this department's Fire Safety and Emergency Coordinator. You will be responsible for all Fire Safety and other Emergency training, equipment and other programs.

Gregory F. Castro

Page 1 of 1.



# DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Eloy S. Inos
GOVERNOR

Jude U. Hofschneider
LT. GOVERNOR

Ramon C. Mafnas
COMMISSIONER

## PERSONNEL ORDER

| Issued Date | Effective Date | Personnel Order No. |
|---|---|---|
| March 15, 2013 | March 17, 2013 | DOC-PO-161 |

To:    Corrections Sergeant Jose T. Castro

From:    **COMMISSIONER**
**Department of Corrections**
**Commonwealth of the Northern Mariana Islands**

Subject:    **Personnel Assignment Order**
**Re: (1) Safety & Security Officer, Safety & Security Unit, and**
**(2) Assistant Shift Commander, Shift Alpha "A", Division of Corrections**

Pursuant to the authority of the Commissioner, CNMI Department of Corrections, your appointment as (1) Safety & Security Officer, Safety & Security Unit, Office of the Commissioner shall continue, (Ref. DOC-PO-154, Effective Date of February 10, 2013) and (2) Assistant Shift Commander, Shift Alpha "A". (Ref. DOC Organizational Chart, Dated May 2012)

The effective date of Section (2) of this Order, see above, shall be March 17, 2013.

Do not hesitate to communicate and consult with competent authorities to assist you in the performance of your duties and responsibilities. The Office of the Commissioner and the Director of Adult Corrections are prepared to offer assistance and provide you with all the required and necessary briefings to assist in familiarizing yourself with the details of your assignment.

Your continuing role as Safety & Security Officer, and henceforth, as Alpha "A" Shift Assistant Shift Commander are significant to our Department and the Commonwealth. The Director of Adult Corrections and I encourage you to perform your duties and responsibilities at highest standards of conduct and integrity and to exercise compassion, impartiality and justice in all your decisions and actions during the course of the performance of your duties and responsibilities.

**RAMON C. MAFNAS**
**Commissioner of Corrections**

**GREGORY F. CASTRO**
**Director of Corrections**

cc:    Operations Commander
All DOC Units and Sections

Page 1 of 1.

**000161**



# DEPARTMENT OF CORRECTIONS

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2700 Facsimile: (670) 664-9515



## PERSONNEL ASSIGNMENT ORDER

| Date Issued | Effective Date | Personnel Order No. |
|---|---|---|
| May 16, 2012 | May 17, 2012 | DOC-PO-149 |

TO:        Corrections Officers III Joe T. Cohn

FROM:      COMMISSIONER

SUBJECT:   Safety and Security Unit Officer in Charge, Assignment as

Pursuant to the authority of the Commissioner of Corrections, CNMI Department of Corrections, you are hereby appointed and assigned as Officer in Charge of the Safety and Security Unit, under the Administrative Division, Department of Corrections. You are to report directly to the Office of the Commissioner. (Ref. DOC Organizational Chart, Dated May 2012)

The effective date of this Order shall be May 17, 2012.

You are encouraged to exercise compassion, impartiality and justice in all your decisions and actions during the course of the performance of your duties and responsibilities.

Please do not hesitate to communicate and consult with competent authorities to assist you in the performance of your duties and responsibilities. The Office of the Commissioner is ready to offer assistance to you and your Unit to ensure that your administrative responsibilities are carried out and met with highest standards of integrity and quality of services.

RAMON G. MAFNAS
Commissioner of Corrections

**000162**