# EXHIBIT F

# Documents in Support of Compliance with Sanitation Section

**EXHIBIT F--SANITATION**



# Department of Finance
### Division of Procurement and Supply
E-mail: procurement@gtepacifica.net

P.O. BOX 510008 CK SAIPAN, MP 96950    TEL. (670) 664-1500    FAX (670) 664-1515



## MEMORANDUM

DATE        : November 26, 2012

TO          : Commissioner-DOC

FROM        : Director Procurement & Supply

**SUBJECT   : Completion of Contract Processing**

Pursuant to Section 2-104 (7a) of the CNMI Procurement Regulations, this is to inform you that processing of the attached contract no. **552899-OC** for **Department of Corrections, Food Services Program** vs. **Herman's Modern Bakery** is complete. You may proceed with contract implementation according to the terms contained therein. Please provide this office a copy of the **"NOTICE TO PROCEED"** if applicable.

Herman S. Sablan

Attachment:-

Cc:    Attorney General
       Acting Director of Finance & Accounting
       Contract File (With Attachment)
       Vendor (With Attachment)



**000001**

**EXHIBIT F--SANITATION**



# DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515



November 27, 2012


Mr. Juan T. Guerrero
President / General Manager
Herman's Modern Bakery, Inc.
P.O. Box 500002
Saipan, MP 96950

Subject:       Notice to Proceed
               Ref: ITB11-DOC-059

Hafa Adai Mr. Guerrero:

The Department of Corrections (DOC) hereby issues this Notice to Proceed to Herman's Modern Bakery, Inc. reference ITB11-DOC-059. Herman's Modern Bakery, Inc. has been selected and awarded the DOC's Food Service Program Contract, Contract No. 552899-OC. Effective December 1, 2012, Herman's Modern Bakery, Inc. will deliver and serve meals to the Adult Correctional Facility and Juvenile Detention Unit Facility. A copy of the contract is enclosed.

In addition to the Performance Specification listed on the DOC's Food Service Program, DOC will provide the staffs of Herman's Modern Bakery, Inc. an orientation on DOC's policies on Safety & Security and Access into the facility. The orientation and tour of the facility will take place on Thursday, November 29, 2012 at 1:30 p.m. DOC suggests that Herman's Modern Bakery, Inc. bring key staff in charge of delivering and serving food to attend this orientation and tour.

Congratulations on being awarded this project and DOC looks forward to a successful working relationship with Herman's Modern Bakery, Inc.

Sincerely,


RAMON C. MAFNAS
Commissioner of Corrections

cc:      Director, Procurement & Supply Division


**000002**

**EXHIBIT F--SANITATION**



# DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2711 Facsimile: (670) 664-9515



# MEMORANDUM

**July 18, 2012**



**TO:**  Director Herman S. Sablan
Division of Procurement & Supply
Department of Finance

**FROM:**  COMMISSIONER

**SUBJECT:**  Invitation to Bid
Re:  DOC Food Service Program

The Department of Corrections (DOC) hereby submits this request for an Invitation to Bid (ITB) to invite any potential food service (catering) provider to bid on the department's Food Service Program. The current food service contract will expire on September 30, 2012. DOC requests that the new contract run for two (2) years. Attached are the department's food service program specifications and other food service guidelines for interested bidders.

Your assistance is appreciated.

**RAMON C. MAFNAS**

Attachment:  DOC Food Service Program Bid Specifications
Federal Bureau of Prisons Food Service Manual
Food Guide Pyramid, U.S. Dept. of Agriculture

**000003**

# EXHIBIT F--SANITATION

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## DEPARTMENT OF CORRECTIONS

### Food Service Program

### STATEMENT OF PRINCIPLE

A. A primary responsibility of the Department of Corrections (DOC) is the confinement of persons charged with and/or convicted of an offense and placed in the care and custody of the Department.

B. While fulfilling this responsibility, the Department through its Food Service Program is required to provide all persons confined in its facilities with nutritious meals that are sufficient in quality and quantity. All meals must meet the minimum, Recommended Daily Allowance certified by a nutritionist. These meals should be properly prepared and served in a reasonably attractive manner to the departmental facility.

C. All personnel directly involved in preparing and serving the meals are required to obtain their food handling certifications and meet other requirements (if any) by the Bureau of Environmental Health (BEH).

D. Meals described above are vital to DOC's operations, as they positively contribute to the overall institutional climate that is conducive to security and rehabilitation of those confined.

### BID SPECIFICATIONS

A. All bidders must be actively licensed in the Commonwealth of the Northern Mariana Island (CNMI) as a bonafide Food Catering Service vendor. A certified copy of its business license must accompany all official bids and/or proposals.

B. All bidders' food service facilities and operation must pass a preliminary inspection conducted by the Bureau of Environmental Health (BEH), Commonwealth Health Corporation (CHC).

C. All bidders must submit sample menus covering a period of four (4) weeks encompassing breakfast, lunch, and dinner. The menus must be reviewed and approved by a registered dietician to ensure they meet the daily recommended nutrition as well as quality and quantity. The same meals shall not be served twice in any seven (7) day period. Any changes on the menu must be reviewed and approved by a registered dietician and a copy (of the approval) must be provided to DOC administration. The menus submitted must be a true representation of the level of food service the bidder will provide for the entire period of any subsequent award of the contract. The menus provided by bidder(s), shall

Page 1 of 4

**000004**

become the guideline and performance standard for the bidder upon award of the contract. In the event the successful bidder failed to maintain the level of food service throughout the period of the resulting contract, such documented failure shall be considered sufficient grounds to terminate the contract.

The menus for breakfast, lunch, and dinner shall be categorized *Using the Food Guide Pyramid - A Resource for the Nutritional Educator, U.S. Department of Agriculture.* A copy of the *Food Guide Pyramid* will be provided. The menus shall be reviewed and approved by a registered dietician to ensure compliance with Recommended Dietary Allowances and in accordance with the Food Guide Pyramid. Menus not reviewed and approved by a registered dietician will not be used. Menu evaluation will be conducted at least quarterly by DOC to verify adherence to established basic daily servings.

D. The awarded contractor shall comply with all applicable provisions of the BEH rules and regulations and DOC policies and procedures on food preparation and distribution. The awarded contractor shall use as a guide the *Bureau of Prison Food Service Manual* in the preparation and distribution of meals. This will be distributed along with this specification.

## AWARDS SHALL BE MADE ONLY TO RESPONSIBLE CONTRACTORS

To be determined responsible, a prospective contractor must:

A. Have adequate financial resources to perform the contract;

B. Be able to comply with the required delivery or performance schedule;

C. Have a satisfactory performance record;

D. Have a satisfactory record of integrity and business ethics;

E. Have the necessary organization, experience and skills, required to successfully perform the contract; and,

F. Have the necessary, utensils, equipment and resources.

## PERFORMANCE SPECIFICATIONS

### THE AWARDEE WILL:

A. Prepare and deliver three (3) meals per day to the DOC at prescribed meal hours. Evening and breakfast meals shall not be more than fourteen (14) hours apart. Three (3)

Page 2 of 4

**000005**

# EXHIBIT F--SANITATION

meals per day, in conformance with the DOC Bid Specification. All housing units will be served the same menu unless otherwise instructed by DOC.

B. Provide all food service accessories, e.g. plastic utensils, plastic/foam cups, napkins, salt, pepper, sugar and condiments as applicable.

C. Ensure that food service staff successfully completes the Food Handlers training provided by BEH, undergo physical examination and were issued Food Handlers certificate and other BEH requirements. The contractor will provide DOC copies of all Food Handlers certificates on all food service staff working at the DOC kitchen facilities. The contractor will ensure that Food Handlers certificates on staff working at DOC kitchen facilities are updated.

D. Ensure that sufficient food service staff is available for the preparation and delivery of the meals. All food service staff are properly trained with respect to basic food handling and supervised while preparing and serving the meals.

E. Ensure that staff wears appropriate clothing while preparing food such as aprons, hairnet, shoes, etc. Staff working in dish washing machine area shall be provided a suitable rubber or plastic apron. An insulated coat should be provided for staff working in refrigerated and freezer areas.

F. Ensure that persons working in the kitchen facilities do not have open lesions, infected wounds, sore throats, and/or communicable diseases.

## THE DEPARTMENT OF CORRECTIONS WILL:

A. Provide copies of Using the Food Guide Pyramid, A Resource for the Nutritional Educator, U.S. Department of Agriculture and the Bureau of Prisons Food Service Manual. Such information package may be picked up at the Procurement and Supply Office, Department of Finance.

B. Forward each day meal count to the food service vendor via telephone, no later than two (2) hours prior to each prescribed mealtime.

C. Provide contractual agreement for two (2) years with the awarded vendor, based upon a per meal day cost (per vendor's bid) and the total estimated number of regular meals to be served on a monthly basis extended to cover the duration of the contract.

D. Pay vendor monthly and payment will be based upon actual meal counts, as documented by the Commissioner of Corrections and the awarded contractor.

Page 3 of 4

000006

# EXHIBIT F--SANITATION

## SPECIALIZED FOOD SERVICE PROGRAM

A. Special Meals

Medical and/ or religious dietary meals will be requested as necessary. The DOC will provide detailed instructions for special meals in advance to the Contractor. The special meals will be under the guidance of a physician and/or clergymen. Special meals will be reviewed and approved by a dietician in consultation with the attending physician and/or clergymen.

B. Holiday Meals

The menus provided below are substitute for dinner on the specified holidays:

1. Easter

Carved Smoked Ham (not Pullman)
Red Rice
Steamed Vegetable
Fresh Fruit Salad
Ice Cream

2. Thanksgiving

Roast Boneless Turkey
Mashed Potatoes
Turkey Gravy
Corn on the Cob
Pumpkin Pie
Ice Cream

3. Christmas

Pot Roast
Red Rice
Salad (Vegetable, Potato or Broccoli w/Crab)
Fresh Fruit
Cake & Ice Cream

000007

## DOC MENU - ITB11.DOC.059, EXHIBIT NO. 2.0.C

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Special Holiday Meals |
|---|---|---|---|---|---|---|---|---|
| **Week** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Rotating Holiday Meals |
| **BREAKFAST** | Sotanghon Soup | Ham & Cheese Casserole | French Toast | Fried Rice | Egg Salad Sandwich | Corn Beef w/Onions & Eggs | Scrambled Eggs & Bacon | Fritata (Baked scrambled eggs |
| | Dinner Roll | Rice | Sausage | Chicken Nuggets | | Rice | Rice | with Sausage & vegetables), Rice, |
| | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Cinnamon Roll & Roll |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice |
| **LUNCH** | Bulgogi | Chicken Salad Sandwich | Turkey, Ham & Cheese | Beef Macaroni Bake | Gingered Pork | Tuna Casserole | Chicken Curry | Pot Roast |
| | Rice | Veggie Sticks | Sandwich | Garlic Bread | Rice | Garlic Bread | Rice | Red Rice, Macaroni Salad, |
| | Sauteed Local Vegetables | | Veggie Sticks | | Sauteed Local Veg. | | | Roll, canned or fresh fruit |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| **DINNER** | Pork Adobo | Meat Loaf | Pulled BBQ Pork | Honey Baked Chicken | Kadun Manok w/Gr. Veg | Ground Beef w/Mixed Veg | Katdun Katni w/Green Vegetables | Roast Turkey, |
| | Rice | Rice | Rice | Red Rice | Rice | in Oyster Sauce | Rice | Mush Potatoes, Green Beans |
| | Green Salad & Roll | Coleslaw & Roll | Steamed Vegetable & Roll | Corn & Roll | Roll | Rice & Roll | Roll | Casserole, Roll, Dessert |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| **Week** | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Rotating Holiday Meals |
| **BREAKFAST** | Arrozcaldo soup | Ham omelet | Pancakes | Fried Rice | Ham & Cheese Roll | Sauteed Sausage w/MixVeg | Eggs & Sausage | Fritata (Baked scrambled eggs |
| | Pan De Sal | Rice | Sausage Patties | Grilled Ham | | in tomato Sauce & Eggs | Rice | with Sausage & vegetables), Rice, |
| | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Rice | Canned or Fresh Fruit | Cinnamon Roll & Roll |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice |
| **LUNCH** | Chicken Stir Fry | Cheese Burger | Beef adobo w/Gr. Beans | Pepperoni Pizza | Spaghetti in Meat Sauce | Hotdog | Seafood Mix Chopsuey | Smoked Ham, Mashed Potatoes |
| | Rice | Oven Fried Potatoes | Rice | Veggie Sticks | Dinner Roll | Oven Fried Potatoes | Rice | Red Rice, Green Beans, |
| | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit, Dessert |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea & Milk | Drinks: Iced Tea | Drinks: Iced Tea |
| **DINNER** | Hamburger Steak | Fried Fish | Grilled Chicken Cutlet | Pot Roast | Spicy Chicken | Pork Sukiyaki | Katdun Pika | Roasted Ham |
| | Rice | Rice, Roll | Rice, Roll | Rice & Roll | Rice & Roll | Rice & Roll | Rice and Roll | Red Rice, Potato Salad |
| | Corn & Roll | Cucumber/Papaya Koko | Green Salad | Sauteed Green Vegetables | Green Beans | Canned or Fresh Fruit | Steamed Vegetables | Green Beans Casserole, Dessert |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| **Week** | 15 | 16 | 17 | 18 | 19 | 20 | 21 | Rotating Holiday Meals |
| **BREAKFAST** | Corn & Egg Soup | Mushroom, Cheese | French Toast | Fried Rice | Ham & Cheese Melt | Pancakes | Ham & Egg Sandwich | Scrambled Eggs & Bacon, |
| | Dinner Roll | Omelet, Rice | Sausage | Bacon & Eggs | Fresh Fruits | Fruits | Fruits | Garlic Fried Rice, |
| | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | and Cinnamon Roll & Roll |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice |
| **LUNCH** | Bisteak | Club Howgie | Chicken Teriyaki | Beef Brocolli | Chicken Curry | Pork Sinigang | Grilled Saba (Sama') | Excaveche |
| | Rice | Veggie Sticks | Red Rice | Rice | Rice | Rice | Rice, and Fruit | Rice & Roll, |
| | Sauteed Loca Vegetables | | Steamed Vegetables | | | | | canned or Fresh Fruit |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| **DINNER** | Pork Chopsuey | Beef Strips w/Bell Peppers | Pork Sukiyaki | Honey Baked Chicken | Meatballs | Chicken Brocolli | Karekare | Roast Pig |
| | Rice | in Oyster Sauce | Rice | Red Rice | Red Rice | Rice | Rice | Red Rice, Potato Salad, Roll |
| | Roll | Rice & Roll | Roll | Corn & Roll | Green Beans & Roll | Roll | Roll | Green Beans Casserole, Dessert |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| **Week** | 22 | 23 | 24 | 25 | 26 | 27 | 28 | Rotating Holiday Meals |
| **BREAKFAST** | Corn Soup (Ilotts) | SOS | Chicken Soup | Fried Rice | Cinnamon Rolls | Eggs & Link Sausage | Cinnamon Rolls | |
| | Dinner Roll, c/f Fruit | Rice, c/f Fruit | Pan de Sal, c/f Fruit | Sausage Patty | Canned or Fresh Fruit | Toast | & Ham | |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee, Milk & Juice | Coffee or Juice | |
| **LUNCH** | BBQ Chicken | Teriyaki Burger with | Pork Chop | Pepperoni Pizza | Oven Fried Chicken | Lasagna | Pork & Veggie Saute | |
| | Rice | Carmelized Onions | Red Rice | Veggie Sticks | Rice | Garlic Bread | Rice, and Fruit | |
| | Corn Salad | Coleslaw | Cucumber Salad | Canned or Fresh Fruit | Coleslaw | Canned or Fresh Fruit | Canned or Fresh Fruit | |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | |
| **DINNER** | Breaded Pork | Chopped Steak with | Baked Chicken w/Creamy | Beef Tinaktak | Spicy Chicken & Rice | Katdun Katni w/Gr. Veg | Chicken Curry | |
| | Rice & Steamed Vegetable, Roll | w/Green Peppers, Rice & Roll | mushroom sauce, Rice & Roll | Rice & Roll | w /Green Beans & Roll | Rice & Roll | Rice & Roll | |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | |
| **Week** | 29 | 30 | 31 | | | | | |
| **BREAKFAST** | Sotanghon Soup | Ham & Cheese Casserole | Chicken Soup | Menu options for Diabetic and | Menu options for Diabetic and | Menu options for Diabetic and | Menu options for Diabetic and | Menu options for Diabetic and |
| | Toast, C/F Fruit | Rice | Pan de Sal | Religious inmates may be served | Religious inmates may be served | Religious inmates may be served | Religious inmates may be served | Religious inmates may be served |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | upon request. | upon request. | upon request. | upon request. | upon request. |
| **LUNCH** | Bulgogi | Chicken Salad Sandwich | Turkey, Ham & Cheese | Menu options for Diabetic and | Menu options for Diabetic and | Menu option for Diabetic and | Menu options for Diabetic and | Menu options for Diabetic and |
| | Rice | Veggie Sticks | Sandwich | Religious inmates may be served | Religious inmates would be served | inmates would be served | Religious inmates may be served | Religious inmates may be served |
| | Sauteed Local Veg. | Canned or Fresh Fruit | Canned or Fresh Fruit | upon request. | upon request. | | | upon request. |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | | | | | |
| **DINNER** | Meat Loaf | Pork Adobo | Pulled BBQ Pork | Menu options for Diabetic and | Menu options for Diabetic and | Menu options for Diabetic and | Menu options for Diabetic and | Menu options for Diabetic and |
| | Rice | Green salad | Rice | Religious inmates may be served | Religious inmates may be served | Religious inmates may be served | Religious inmates may be served | Religious inmates may be served |
| | Coleslaw, Roll | Roll | Steamed Vegetable & Roll | upon request. | upon request. | upon request. | upon request. | upon request. |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | | | | | |

This 31 days menu cycle has been received, analyzed and recommended by Jill L. Vanderkin, Registered Dietician.
Registration ID Number 863369, Expiration: 08/31/2015

*Approved for use on 10/10/11 JVanderkin, RD*

## EXHIBIT F--SANITATION

October 8, 2011

To Whom It May Concern:

I have analyzed the 1 month cycle menu that Herman's Bakery is proposing for the DOC meals, and have found that the daily meals planned exceed the DOC requirements and fall well within the USDA guidelines.

The average total daily caloric value served is 1900-2000 which is appropriate for the majority of healthy adults. The kitchen staff is well trained in healthy food preparation techniques and portion sizes. The following portions are measured/weighed for each meal:

> Meat (including boneless chicken)= 3 ounces
> Bone-in chicken= 6 ounces
> Ground beef "dish" (lasagna, casserole, etc)= 9 ounces
> Fried rice= 1.5 cups
> Steamed or red rice= 1.25 cups
> Vegetables= ½ cup
> Canned fruit= 1/3 cup
> Fresh fruit= 1 medium piece

Whole wheat bread products are used, no MSG is used, and the menu is low in sodium.

The proposed menu is healthy, while also being culturally appropriate.

I recommend the Herman's Bakery proposed DOC menus based on these above observations.

Jill Vanderkin
Registered Dietitian
PO Box 505785
Saipan, MP 96950

000009

**EXHIBIT F-SANITATION**

*NOTE TO BIDDER:* Failure to Provide Company Name, Address, Phone & Fax number on this INVITATION TO BID FORM may result in **bid rejection**.

Company Name: Herman's Modern Bakery

Address: P.O. Box 500002
Saipan, MP 96950

Phone No.: 234-1726 to 29
Fax No.: 288-1726

INVITATION NO.: ITB11-DOC-059

BID MUST BE IN OUR OFFICE BY:

TUESDAY, OCTOBER 11, 2011 AT 10:00 A.M.

SPECIAL NOTICE TO BIDDER

EACH ITEM MUST BE PRICED SEPARATELY FROM OTHERS. THIS REQUEST DOES NOT COMMIT THE GOVERNMENT OF THE NORTHERN MARIANAS IN ANYWAY TO PAY ANY COSTS INCURRED IN THE PREPARATION OR THE SUBMISSION OF THIS QUOTATION OR TO PROCURE OR CONTRACT FOR SUPPLIES AND SERVICES

ADDRESS ALL CORRESPONDENCE TO:

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
PROCUREMENT AND SUPPLY
P.O. BOX 510008 CK
LOWER BASE, SAIPAN, MP 96950
ATTN: DIRECTOR
PHONE NO. 664-1500  FAX 664-1515

| ITEM | SUPPLIES OR SERVICES | QTY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | BREAKFAST | 1 | $ 2.50 /meal | $_____ |
| | LUNCH | 1 | $ 3.00 /meal | $_____ |
| | DINNER | 1 | $ 3.25 /meal | $_____ |
| | HOLIDAY MENU (EASTER) | 1 | $ 3.50 /meal | $_____ |
| | HOLIDAY MENU (THANKSGIVING) | 1 | –Same– | $_____ |
| | HOLIDAY MENU (CHRISTMAS) | 1 | –Same– | $_____ |

Note: Total amount of Bid is not provided due to unavailability of total no. of meals

TOTAL BID: $_____

ORIGINAL AND 3 COPIES MUST BE SUBMITTED IN A SEALED ENVELOPE MARKED ITB11-DOC-059 TO THE DIRECTOR OF PROCUREMENT AND SUPPLY, LOWER BASE, SAIPAN, NO LATER THAN 10:00 A.M., TUESDAY, OCTOBER 11, 2011.

NOTE TO BIDDER(S):
Preference is available to U.S. Citizens or Permanent Residents as per Public Law 15-95 and as further amended by Public Law 15-118 and the application must be submitted with the BID if preference is claimed.

*The Duration of Contract will be for two (2) years.*

NOTE: FAILURE TO SIGN THIS BID SUBMISSION WILL RESULT IN ITS REJECTION.

PRINT NAME: Juan Pan T. Guerrero

Signature: _____

Date: 10/10/11

**000010**

# PROPOSAL

# For

# Food Service Program for the Department of Corrections

# (ITB11–DOC-059)

Signed: Herman's Modern Bakery, Inc.

Juan Pan T. Guerrero
President/General Manager

000011

**EXHIBIT F--SANITATION**

# 1.0  Underline:Underline General Information

| | | |
|---|---|---|
| Name | : | **Herman's Modern Bakery, Inc.** |
| Address | : | Tun Herman Pan Road<br>P.O. Box 500002<br>Saipan, MP 96950 |
| Telephone Number | : | (670) 234-1726 to 1729 |
| Fax Number | : | (670) 288-1726 |
| Email | : | sales.saipan@hermansbakery.com |
| Website | : | www.hermansmodernbakery.com |
| Name of proposal author & position | : | Juan Pan T. Guerrero<br>President/General Manager |
| Type of business | : | CNMI Corporation |
| Date & place of incorporation | : | June 7, 1979<br>Saipan, CNMI |
| Date licensed to do business in CNMI: | | June 7, 1979 |
| Name of principal officers | : | Juan T. Guerrero<br>President/General Manager<br><br>Herman T. Guerrero<br>Vice President<br><br>Anna G. Hayes<br>Secretary/Asst. GM<br><br>Joseph T. Guerrero<br>Treasurer<br><br>John D. Guerrero<br>Director |

**000012**

## 2.0 Bid Specification

**a.** Herman's Modern Bakery, Inc. (HMB) is licensed in the Commonwealth of the Northern Marianas Island (CNMI) as a bonafide Food Catering Service vendor. A copy of business license is attached marked as **Exhibit No. 2.0.A.**

**b.** Bureau of Environmental Health, Department of Public Health is very much welcome to conduct inspection of HMB's food service operation. BEH conducted an inspection at HMB's Facility last August 24, 2011. Please refer to the attached BEH Sanitary Permits per **Exhibit No. 2.0.b.**

**c.** Sample menus covering a period of four (4) weeks for breakfast, lunch and dinner provides for average 1900-2000 total daily caloric supplement required for majority of healthy adults is attached per **Exhibit No. 2.0.C.** The submitted menu is analyzed and recommended by Ms. Jill L. Vanderkin, who is a Registered Dietitian with Commission on Dietetic Registration of the American Dietetic Association under Registration ID Number 863368 as per attached **Exhibit No. 2.0.C.2.** We are aware that any changes on the menu must be reviewed and approved by a registered dietician and a copy must be provided to the Department of Corrections (DOC).

**d.** HMB ensures that its operating facility is maintained to acceptable operating standards and requirements by BEH and DOC. HMB facility includes bakery plant, multiple kitchens, warehouse spaces, and various walk-in and stand alone refrigerated storage units necessary for multiple operations.

**e.** HMB shall comply with all applicable provisions of the BEH rules and regulations and DOC policies and procedures on food preparation and distribution.

**f.** HMB has implemented the Hazard Analysis Critical Control Program (HACCP) and has established Standard Operating Procedure manuals and in-house training for all employees including food service staff in food safety and plant safety operations. The HACCP is a requirement to be accepted as federal contractor and a prime contractor for the US Military to which HMB is an approved vendor/provider as shown on the military                                                                website: http://veda.amedd.army.mil/86256F90007C2D1D/Pacific

**000013**

## 3.0 <u>Responsible Contractor</u>

**a.** HMB has the financial resources and facility to perform this contract. In addition, HMB maintains an average inventory of materials and supplies valued at $450,000 to $500,000. Further, HMB has secured lines of credits with local wholesales such as Yaong Corporation, J.C. Tenorio Enterprises, Leung Fung, Triple J Wholesale, D&Q, and other wholesalers for the acquisition of frozen meat, poultry, fish, vegetables, fruits and other essential ingredients. In addition, US and Australian suppliers, as follows: Lumina Distributors from U.S. provides mixed dry supplies, bakery products and food service products; Foodlinx U.S. company specializes and provides frozen meat, poultry, fish, vegetables and ingredients and Geoffrey Hughes (Export) PTY Ltd. of Australia provides flour, sugar, oil, and other bakery supplies.

**b.** HMB maintains sufficient and adequate manpower capacity to cater and deliver prepared meals for up to 300 persons within a few hours' notice. With ample notice, HMB can cater meals in the 1000s. Currently, HMB has 102 employees, 26 of whom are assigned to food service, snack bar and catering services and remaining staff are for the bakery operations and support staff. It should be noted that HMB staff is cross-trained to enable HMB to utilize them in areas where assistance is most needed.

**c.** HMB has a satisfactory performance record in the field of catering services. Attached is a list of our current and former government and private contracts for the past 3 years marked as ***Exhibit No. 3.0.C.*** Many are repeat customers.

**d.** HMB has a satisfactory record of integrity and business ethics. Please see our certification of good standing with the Department of labor marked as ***Exhibit No. 3.0.D.***

**e.** HMB has the necessary organization, experience and skills required to successfully perform the contract.

**f.** HMB has the necessary utensils, equipment and resources.

**EXHIBIT F--SANITATION**

**g.** HMB is a current contractor for the School Breakfast and Lunch program, and has been for the last 3 years.   On a week's average, HMB serves an estimate of about 10,000 meals.

Case 1:99-cv-00017    Document 65    Filed 04/30/14    Page 17 of 109

EXHIBIT F - SANITATION

| | Monday 1 | Tuesday 2 | Wednesday 3 | Thursday 4 | Friday 5 | Saturday 6 | Sunday 7 | Special Holiday Meals |
|---|---|---|---|---|---|---|---|---|
| **Week 1** | | | | | | | | Rotating Holiday Meals |
| BREAKFAST | Sotanghon Soup | Ham & Cheese Casserole | French Toast | Fried Rice | Egg Salad Sandwich | Corn Beef w/Onions & Eggs | Scrambled Eggs & Bacon | Pritata (Baked scrambled eggs |
| | Dinner Roll | Rice | Sausage | Chicken Nuggets | | Rice | Rice | with Sausage & vegetables), Rice, |
| | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Cinnamon Roll & Roll |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice |
| LUNCH | Bulgogi | Chicken Salad Sandwich | Turkey, Ham & Cheese | Beef Macaroni Bake | Gingered Pork | Tuna Casserole | Chicken Curry | Pot Roast |
| | Rice | Veggie Sticks | Sandwich | Garlic Bread | Rice | Garlic Bread | Rice | Red Rice, Macaroni Salad, |
| | Sauteed Local Vegetables | | Veggie Sticks | | Sauteed Local Veg. | | | Roll, canned or fresh Fruit |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| DINNER | Pork Adobo | Meat Loaf | Pulled BBQ Pork | Honey Baked Chicken | Kadun Manok w/Gr. Veg | Ground Beef w/Mixed Veg | Katdun Katni w/Green. Vegetables | Roast Turkey, |
| | Rice | Rice | Rice | Red Rice | Rice | in Oyster Sauce | Rice | Mash Potatoes, Green Beans |
| | Green Salad & Roll | Coleslaw & Roll | Steamed Vegetables & Roll | Corn & Roll | Roll | Rice & Roll | Roll | Casserole, Roll, Dessert |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| **Week** | 8 | 9 | 10 | 11 | 12 | 13 | 14 | Rotating Holiday Meals |
| BREAKFAST | Arrozcaldo soup | Ham omelet | Pancakes | Fried Rice | Ham & Cheese Roll | Sauted Sausage w/MixVeg | Eggs & Sausage | Pritata (Baked scrambled eggs |
| | Pan De Sal | Rice | Sausage Patties | Grilled Ham | | in tomatoe Sauce & Eggs | Rice | with Sausage & vegetables), Rice, |
| | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Rice | Canned or Fresh Fruit | Cinnamon Roll & Roll |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice |
| LUNCH | Chicken Stir Fry | Cheese Burger | Beef adobo w/Gr. Beans | Pepperoni Pizza | Spaghetti in Meat Sauce | Hotdog | Seafoof Mix Chopsuey | Smoked Ham, Mashed Potatoes |
| | Rice | Oven Fried Potatoes | Rice | Veggie Sticks | Dinner Roll | Oven Fried Potatoes | Rice | Red Rice, Green Beans Casserole, |
| | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit | Canned or Fresh Fruit, Dessert |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea & Milk | Drinks: Iced Tea | Drinks: Iced Tea |
| DINNER | Hamburger Steak | Fried Fish | Grilled Chicken Cutlet | Pot Roast | Spicy Chicken | Pork Sukiyaki | Katdun Pika | Roasted Ham |
| | Rice | Rice, Roll | Rice, Roll | Rice & Roll | Rice & Roll | Rice & Roll | Rice and Roll | Red Rice, Potato Salad |
| | Corn & Roll | Cucumber/Papaya Koko | Green Salad | Sauteed Green Vegetables | Green Beans | Canned or Fresh Fruit | Steamed Vegetables | Green Beans Casserole, Dessert |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| **Week** | 15 | 16 | 17 | 18 | 19 | 20 | 21 | Rotating Holiday Meals |
| BREAKFAST | Corn & Egg Soup | Mushroom, Cheese | French Toast | Fried Rice | Ham & Cheese Melt | Pancakes | Ham & Egg Sandwich | Scrambled Eggs & Bacon, |
| | Dinner Roll | Omelet, Rice | Sausage | Bacon & Eggs | Fresh Fruits | Fruits | Fruits | Garlic Fried Rice, |
| | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | canned or Fresh Fruit | and Cinnamon Roll & Roll |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice |
| LUNCH | Bistzak | Club Hoagie | Chicken Teriyaki | Beef Brocolli | Chicken Curry | Pork Sinigang | Grilled Saba (Sarsa') | Escaveche |
| | Rice | Veggie Sticks | Red Rice | Rice | Rice | Rice | Rice, and Fruit | Rice & Roll |
| | Sauteed Loca Vegetables | | Steamed Vegetables | | | | | canned or Fresh Fruit |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| DINNER | Pork Chopsuey | Beef Strips w/Bell Peppers | Pork Sukiyaki | Honey Baked Chicken | Meatballs | Chicken Brocolli | Karekare | Roast Pig |
| | Rice | in Oyster Sauce | Rice | Red Rice | Red Rice | Rice | Rice | Red Rice, Potato Salad, Roll |
| | Roll | Rice & Roll | Roll | Corn & Roll | Green Beans & Roll | Roll | Roll | Green Beans Casserole, Dessert |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea |
| **Week** | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
| BREAKFAST | Corn Soup (Ilotis) | SOS | Chicken Soup | Fried Rice | Cinnamon Rolls | Eggs & Link Sausage | Cinnamon Rolls | |
| | Dinner Roll, c/f Fruit | Rice, c/f Fruit | Pan de Sal, c/f Fruit | Sausage Patty | Canned or Fresh Fruit | Toast | & Ham | |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee or Juice | Coffee, Milk & Juice | Coffee or Juice | |
| LUNCH | BBQ Chicken | Teriyaki Burger with | Pork Chop | Pepperoni Pizza | Oven Fried Chicken | Lasagna | Pork & Veggie Saute | |
| | Rice | Carmelized Onions | Red Rice | Veggie Sticks | Rice | Garlic Bread | Rice, and Fruit | |
| | Corn Salad | Coleslaw | Cucumber Salad | Canned or Fresh Fruit | Coleslaw | Canned or Fresh Fruit | Canned or Fresh Fruit | |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | |
| DINNER | Breaded Pork | Chopped Steak with | Baked Chicken w/Creamy | Beef Tinaktak | Spicy Chicken & Rice | Katdun Katni w/Gr. Veg | Chicken Curry | |
| | Rice & Steamed Vegetable, Roll | w/Green Peppers, Rice & Roll | mushroom sauce, Rice & Roll | Rice & Roll | w /Green Beans & Roll | Rice & Roll | Rice & Roll | |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | |
| **Week** | 29 | 30 | 31 | | | | | |
| BREAKFAST | Sotanghon Soup | Ham & Cheese Casserole | Chicken Soup | Menu options for Diebetic and | Menu options for Diebetic and | Menu options for Diebetic and | Menu options for Diebetic and | Menu options for Diebetic and |
| | Toast, C/F Fruit | Rice | Pan de Sal | Religious Inmates may be served | Religious Inmates may be served | Religious Inmates may be served | Religious Inmates may be served | Religious Inmates may be served |
| | Coffee or Juice | Coffee or Juice | Coffee or Juice | upon request. | upon request. | upon request. | upon request. | upon request. |
| LUNCH | Bulgogi | Chicken Salad Sandwich | Turkey, Ham & Cheese | Menu options for Diebetic and | Menu options for Diebetic and | Menu option for Diebetic and | Menu options for Diebetic and | Menu options for Diebetic and |
| | Rice | Veggie Sticks | Sandwich | Religious Inmates would be served | Religious Inmates would be served | Inmates would be served | Religious Inmates may be served | Religious Inmates may be served |
| | Sauteed Local Veg | Canned or Fresh Fruit | Canned or Fresh Fruit | upon request. | upon request. | upon request. | upon request. | upon request. |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | | | | | |
| DINNER | Meat Loaf | Pork Adobo | Pulled BBQ Pork | Menu options for Diebetic and | Menu options for Diebetic and | Menu options for Diebetic and | Menu options for Diebetic and | Menu options for Diebetic and |
| | Rice | Green salad | Rice | Religious Inmates may be served | Religious Inmates may be served | Religious inmates may be served | Religious Inmates may be served | Religious Inmates may be served |
| | Coleslaw, Roll | Roll | Steamed Vegetable & Roll | upon request. | upon request. | upon request. | upon request. | upon request. |
| | Drinks: Iced Tea | Drinks: Iced Tea | Drinks: Iced Tea | | | | | |

This 31 days menu cycle has been received, analyzed and recommended by Jill L Vanderkin, Registered Dietician.
Registration ID Number 863369, Expiration: 08/31/2015

Approved for use on 10/10/11 JVanderkin, RD

# EXHIBIT F--SANITATION

October 8, 2011

To Whom It May Concern:

I have analyzed the 1 month cycle menu that Herman's Bakery is proposing for the DOC meals, and have found that the daily meals planned exceed the DOC requirements and fall well within the USDA guidelines.

The average total daily caloric value served is 1900-2000 which is appropriate for the majority of healthy adults. The kitchen staff is well trained in healthy food preparation techniques and portion sizes. The following portions are measured/weighed for each meal:

    Meat (including boneless chicken)= 3 ounces
    Bone-in chicken= 6 ounces
    Ground beef "dish" (lasagna, casserole, etc)= 9 ounces
    Fried rice= 1.5 cups
    Steamed or red rice= 1.25 cups
    Vegetables= ½ cup
    Canned fruit= 1/3 cup
    Fresh fruit= 1 medium piece

Whole wheat bread products are used, no MSG is used, and the menu is low in sodium.

The proposed menu is healthy, while also being culturally appropriate.

I recommend the Herman's Bakery proposed DOC menus based on these above observations.

Jill Vanderkin
Registered Dietitian
PO Box 505785
Saipan, MP 96950

**000017**

**EXHIBIT F--SANITATION**

EXHIBIT NO. 2.0.C.2

CDR certifies that

Jill L. Vanderkin

has successfully completed

requirements for dietetic

registration.

Registration Payment Period: 09/01/2010 - 08/31/2015

**Commission on Dietetic Registration**

the credentialing agency for the American Dietetic Association

eat right.

_____ Registered Dietitian (RD)
Signature

Registration I.D. Number

Barbara L. Grant MS, RD, CSO

Chair, Commission on Dietetic Registration

863368

**EXHIBIT F--SANITATION**





# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## DEPARTMENT OF LABOR
### DIVISION OF LABOR

Second Floor Afetña Square Building, San Antonio, P.O. Box 10007, Saipan, MP 96950
Telephone no. (670) 236-0900 or 0911 Facsimile no

GIL M. SAN NICOLAS
SECRETARY

EXHIBIT NO. 3.0.D

# CERTIFICATION

This is to certify that HERMAN'S MODERN BAKERY, INC., has no pending Labor and Compliance Agency case before the Division of Labor, Department of Labor.

Should you have any questions regarding this matter, feel free to contact our office at your earliest convenience.

Dated this _October_ day of _Le ᵗᵉᵗ_ 2011.

James M. Ulloa / DESIGNEE

**000019**


On VEDA

Approved Sources

Word Search: [            ]    🔍 ⑦    Sign Off
Returns per page: [50 ▼]

Anonymous
07 October 2011

← Prev | → Next | 🖨 Print | ⇥📄 Exit

Main View
Listing Req
Europe
Europe AMC Caterers
Pacific Region

By State or Country
By Establishment
By Product

-- Other Sources --
Show All
CENTCOM
VETCOM
Korea

Federal Approved Src
Database Help
Search

VETCOM Home

*VETCOM Cir 40-1

DEPARTMENT OF THE ARMY
HEADQUARTERS, UNITED STATES ARMY VETERINARY COMMAND
2748 Worth Road, Suite 5
Fort Sam Houston, Texas 78234-6005

VETCOM Circular 3 June 2011
No. 40-1

Expires 3 June 2012
Medical Services

WORLDWIDE DIRECTORY OF SANITARILY APPROVED FOOD ESTABLISHMENTS
FOR ARMED FORCES PROCUREMENT
Effective 4 June 2010

1. HISTORY. This issue publishes a revision of this publication. Because the publication has been revised extensively, the changed portions have not been highlighted.

2. PURPOSE. This circular lists sanitarily approved establishments located worldwide as processors and distributors of food for Armed Forces procurement, as required by AR 40-657, 21 January 2005, Veterinary/Medical Food Safety, Quality Assurance, and Laboratory Service. The Commander, U.S. Army Veterinary Command, 2748 Worth Road, Suite 5, Fort Sam Houston, Texas 78234-6005, compiled and prepared this circular.

3. REFERENCES.

a. AR 40-657/NAVSUPINST 4355.4H, MCO P10110.31H, 21 January 2005, Veterinary/Medical Food Safety, Quality Assurance, and Laboratory Service.

b. AFI 48-116, 17 March 2004, Food Safety Program.

4. GENERAL.

a. U.S. Army Veterinary Service has audited the establishments listed in this publication for sanitation. These establishments are subject to sanitary surveillance to ensure continued approval as a source of subsistence for Armed Forces procurement.

b. An approved item list and inspection responsibility code (IRC) representing the responsible military veterinary service charged with providing the audit, follow each establishment name and address. This code is keyed to the responsibility code listed in Appendix L.

c. At the discretion of the Commander, VETCOM, this Directory will list food establishments which possess and/or distribute food, beverages, and related products that normally present little or no health hazard.

d. Additional guidance on specific listing requirements for plants included in or exempt from listing in this publication and information on other publications acceptable as approved source listings is provided in Appendix A.

e. Suppliers proposing to bid on Armed Forces contracts, and whose establishments are not approved as sources of supply, must submit written requests for audits, signed by management, through either local or central purchasing agencies (see Appendix B for details and forwarding addresses).

f. The responsible veterinary service will perform sanitary audits at prescribed intervals, and report changes in plant status, etc., in accordance with applicable regulations and directives.

(MCVS-FA)


OFFICIAL

ERIK H. TORRING
Colonel, VC
Commander

SCOTT R. SEVERIN
Colonel, VC
Chief of Staff

SPECIAL DISTRIBUTION:
MCVS-FA (Editor) (1 cy)

**On VEDA**

**Approved Sources**

Word Search: [ ]
Returns per page: [ 50 ]

🔍 ❓  | **Sign Off**

Anonymous
07 October 2011

Main View
Listing Req
Europe
Europe AMC Caterers
Pacific Region

By State or Country
By Establishment
By Product

-- Other Sources --
Show All
CENTCOM
VETCOM
Korea

Federal Approved Src
Database Help
Search

VETCOM Home

**2. Approved Sources - 9. Pacific Establishments**

▶ **American Samoa**
▶ **Australia**
▶ **Brunei**
▶ **Cambodia**
▶ **Guam**
▶ **Hawaii**
▶ **Hong Kong**
▶ **Indonesia**
▶ **Japan**
▶ **Malaysia**
▶ **New Zealand**
▼ **Northern Mariana Islands**
    Herman's Modern Bakery, Inc.
    L S G Sky Chefs
    Naked Fish Bar & Grill
    R & M Reyes, Inc. (aka - M V Reyes Catering)
    Saipan Aquaculture Co., Inc.
    Saipan Ice & Water Co., Inc.
    S.T.a.R. Marianas, Inc.
    T J Enterprises
    U S A Islands Seafood Inc.
▶ **Palau**
▶ **Philippines**
▶ **Singapore**
▶ **Taiwan**
▶ **Thailand**
▶ **Vietnam**

**EXHIBIT F--SANITATION**

Approved Establishment: Herman's Modern Bakery, Inc.

Page 1 of 1


← Prev | → Next | 🖶 Print | ⤷ Exit |

## Herman's Modern Bakery, Inc. 69-0005

**Alias:**

**Plant Address:**    Tun Herman Pan Road
Saipan, Northern Mariana Islands 96950

**Mailing Address:**    PO Box 500002
Saipan, MP 96950-0002

**Phone Number:**    670-234-1726, Fax 670-288-1726
E-mail sales.saipan@hermansbakery.com, annie.hayes@hermansbakery.com, jtgpan@aol.com

**Approved for:**    bagels, breads, buns, cakes, cookies, pies, & turnovers (fruit filled); excluding dairy or meat filled items

**IRC:**    1520

**EXHIBIT F--SANITATION**

EXHIBIT NO. 2.0.A



*Business License*

## DEPARTMENT OF FINANCE
### Division of Revenue and Taxation
### Commonwealth of the Northern Mariana Islands

*IN COMPLIANCE WITH PUBLIC LAW 11-73, AND ALL OTHER APPLICABLE LAWS IN THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, THE LICENSEE:*

Herman's Modern Bakery, Inc.

*LOCATED AT*

San Vicente

*IS HEREBY LICENSED TO ENGAGE IN THE BUSINESS OF*

Catering Services                    72232

*THE AUTHORITY OF WHICH TO OPERATE UNDER SECTION* 5611(d)

*THIS LICENSE IS NON-TRANSFERABLE AND SHALL COMMENCE ON* 12/23/2010 *AND EXPIRE ON* 12/23/2011

NO. 1817 - 0005 - 2

12/24/2010
DATE OF ISSUE

Asuncion S. Agulto
SECRETARY OF FINANCE

*(This license must be displayed in a conspicuous place)*

**000023**

**EXHIBIT F--SANITATION**

**Commonwealth of the Northern Mariana Islands** 18405

DEPARTMENT OF PUBLIC HEALTH
P.O. Box 500409 CK Saipan, MP 96950

☒ RENEWAL
☐ NEW

H.34

# SANITARY PERMIT
## Bureau of Environmental Health
Tel: (1-670) 664-4870/1/2/3   Fax: (1-670) 664-4871

HERMAN'S MODERN BAKERY INC.                                    IS HEREWITH GRANTED

NAME

PERMISSION TO OPERATE A ___CATERING___   ___SAN VICENTE___   IN DISTRICT NO. __10__

TYPE OF ESTABLISHMENT

SUBJECT TO THE REQUIREMENTS OF THE CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH BEH PERTAINING TO SANITATION. THIS PERMIT IS NON-TRANSFERABLE AND MAY BE REVOKED AT ANY TIME BY THE DEPARTMENT OF PUBLIC HEALTH FOR NON-COMPLIANCE WITH CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH.

08/23/11
DATE ISSUED
08/23/12
DATE EXPIRED

DEPUTY SECRETARY FOR PUBLIC HEALTH ADMINISTRATION

Revised 5/9/01

*THIS PERMIT SHALL BE POSTED FOR PUBLIC DISPLAY*
*VALID FOR ONE YEAR FROM DATE OF ISSUE*

EXHIBIT NO. 2.0.B

**Commonwealth of the Northern Mariana Islands** 18406

DEPARTMENT OF PUBLIC HEALTH
P.O. Box 500409 CK Saipan, MP 96950

☒ RENEWAL
☐ NEW

H.34

# SANITARY PERMIT
## Bureau of Environmental Health
Tel: (1-670) 664-4870/1/2/3   Fax: (1-670) 664-4871

HERMAN'S MODERN BAKERY INC.                                    IS HEREWITH GRANTED

NAME

PERMISSION TO OPERATE A ___BAKERY___   ___SAN VICENTE___   IN DISTRICT NO. __10__

TYPE OF ESTABLISHMENT

SUBJECT TO THE REQUIREMENTS OF THE CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH BEH PERTAINING TO SANITATION. THIS PERMIT IS NON-TRANSFERABLE AND MAY BE REVOKED AT ANY TIME BY THE DEPARTMENT OF PUBLIC HEALTH FOR NON-COMPLIANCE WITH CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH.

08/23/11
DATE ISSUED
08/23/12
DATE EXPIRED

DEPUTY SECRETARY FOR PUBLIC HEALTH ADMINISTRATION

Revised 5/9/01

*THIS PERMIT SHALL BE POSTED FOR PUBLIC DISPLAY*
*VALID FOR ONE YEAR FROM DATE OF ISSUE*

000024

**EXHIBIT F--SANITATION**

# Commonwealth of the Northern Mariana Islands 18403

### DEPARTMENT OF PUBLIC HEALTH
P.O. Box 500409 CK Saipan, MP 96950

[X] RENEWAL

[ ] NEW

H.34

# SANITARY PERMIT
### Bureau of Environmental Health
Tel: (1-670) 664-4870/1/2/3   Fax: (1-670) 664-4871

TAN MARIKITA'S CAFE/HERMAN'S MODERN BAKERY INC.

IS HEREWITH GRANTED

NAME

PERMISSION TO OPERATE A     COFFEE SHOP     SAN VICENTE     IN DISTRICT NO.     10

TYPE OF ESTABLISHMENT

SUBJECT TO THE REQUIREMENTS OF THE CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH BEH PERTAINING TO SANITATION. THIS PERMIT IS NON-TRANSFERABLE AND MAY BE REVOKED AT ANY TIME BY THE DEPARTMENT OF PUBLIC HEALTH FOR NON-COMPLIANCE WITH CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH.

08/23/11
DATE ISSUED
08/23/12
DATE EXPIRED

DEPUTY SECRETARY FOR PUBLIC HEALTH ADMINISTRATION

*THIS PERMIT SHALL BE POSTED FOR PUBLIC DISPLAY*
*VALID FOR ONE YEAR FROM DATE OF ISSUE*

Revised 5/9/01

---

# Commonwealth of the Northern Mariana Islands 18404

### DEPARTMENT OF PUBLIC HEALTH
P.O. Box 500409 CK Saipan, MP 96950

[X] RENEWAL

[ ] NEW

H.34

# SANITARY PERMIT
### Bureau of Environmental Health
Tel: (1-670) 664-4870/1/2/3   Fax: (1-670) 664-4871

HERMAN'S MODERN BAKERY INC.

IS HEREWITH GRANTED

NAME

PERMISSION TO OPERATE A     WHOLESALE     SAN VICENTE     IN DISTRICT NO.     10

TYPE OF ESTABLISHMENT

SUBJECT TO THE REQUIREMENTS OF THE CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH BEH PERTAINING TO SANITATION. THIS PERMIT IS NON-TRANSFERABLE AND MAY BE REVOKED AT ANY TIME BY THE DEPARTMENT OF PUBLIC HEALTH FOR NON-COMPLIANCE WITH CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH.

08/23/11
DATE ISSUED
08/23/12
DATE EXPIRED

DEPUTY SECRETARY FOR PUBLIC HEALTH ADMINISTRATION

*THIS PERMIT SHALL BE POSTED FOR PUBLIC DISPLAY*
*VALID FOR ONE YEAR FROM DATE OF ISSUE*

Revised 5/9/01

000025

**EXHIBIT F--SANITATION**



# Commonwealth of the Northern Mariana Islands
## Department of Public Health
## Bureau of Environmental
### P.O. Box 409 CK Saipan, MP 96950

HERMAN'S MODERN BAKERY INC.        (BAKERY)

NAME

FOR COMPLYING WITH ENVIRONMENTAL
HEALTH AND SANITATION STANDARDS.
THIS ESTABLISHMENT IS HEREBY AWARDED

# GRADE
# A

08/23/11

DATE ISSUED

DEPUTY SECRETARY FOR
PUBLIC HEALTH ADMINISTRATION

THIS CARD IS TO BE POSTED CONSPICUOUSLY

# Commonwealth of the Northern Mariana Islands
## Department of Public Health
## Bureau of Environmental
### P.O. Box 409 CK Saipan, MP 96950

HERMAN'S MODERN BAKERY INC.   (CATERING)

NAME

FOR COMPLYING WITH ENVIRONMENTAL
HEALTH AND SANITATION STANDARDS.
THIS ESTABLISHMENT IS HEREBY AWARDED

# GRADE
# A

08/23/11

DATE ISSUED

DEPUTY SECRETARY FOR
PUBLIC HEALTH ADMINISTRATION

THIS CARD IS TO BE POSTED CONSPICUOUSLY

000026

# EXHIBIT F--SANITATION



Commonwealth of the Northern Mariana Islands
Department of Public Health
Bureau of Environmental
P.O. Box 409 CK Saipan, MP 96950

TAN MARIKITA'S CAFE/HERMAN'S MODERN BAKERY INC.
NAME

FOR COMPLYING WITH ENVIRONMENTAL
HEALTH AND SANITATION STANDARDS.
THIS ESTABLISHMENT IS HEREBY AWARDED

GRADE **A**

DEPUTY SECRETARY FOR
PUBLIC HEALTH ADMINISTRATION

08/23/11
DATE ISSUED

THIS CARD IS TO BE POSTED CONSPICUOUSLY

**000027**

# EXHIBIT F--SANITATION

*EXHIBIT NO. 3.0.C*

Herman's Modern Bakery, Inc.
List of Catering Services
For the years 2009, 2010, 2011

| | NAME | TEL.NO. | TYPE OF SVC. | DATE OF CONTRACT | CONTACT PERSON | REMARKS |
|---|---|---|---|---|---|---|
| 1 | AGNES DIAZ | 285-7379 | Catering Full Service | July 13, 2011 | same | One Time Contract |
| 2 | Melissa Jack | 236-8201 | Catering Full Service | October 31, 2010 | same | One Time Contract |
| 3 | AMERICAN RED CROSS | 234-3457 | Catering delivery | January 9, 2010 | John D. | |
| 4 | AMERICAN RED CROSS | 234-3457 | Catering pick up | April 7, 2010 | Mary Ann | |
| 5 | AMERICAN RED CROSS | 989-1380 | Catering Full Service | August 15, 2010 | Mary Ann | Six Catering Services |
| 6 | AMERICAN RED CROSS | 234-3459 | Catering Pick up | October 16, 2010 | Mary Ann | |
| 7 | AMERICAN RED CROSS | 234-3459 | Catering Pick up | November 11, 2010 | Mary Ann | |
| 8 | AMERICAN RED CROSS | 234-3457 | Catering delivery | April 30, 2011 | John Hirsh | |
| 9 | ANGEL KINDERGARTEN | 2881004 | PSS School Meals | Sept. 2010 - June 2012 | Novie | 3 year contract |
| 10 | ANGIE GUERRERO | | Catering Full Service | January 18, 2010 | same | One Time Contract |
| 11 | ARTHUR CAMACHO | 287-16-88 | Catering Full Service | Sept. 14, 2011 | same | One Time Contract |
| 12 | BANK OF GUAM | 236-2700 | Catering delivery | March 11, 2010 | Marcie Tomokane | |
| 13 | BANK OF GUAM | 236-2700 | Catering delivery | March 13, 2010 | Marcie Tomokane | |
| 14 | BANK OF GUAM | 236-2700 | Catering delivery | March 20, 2010 | Marcie Tomokane | |
| 15 | BANK OF GUAM | 236-2700 | Catering delivery | April 30, 2010 | Marcie Tomokane | |
| 16 | BANK OF GUAM | | Catering delivery | May 13, 2010 | Marcie Tomokane | Nine (9) Catering Contracts |
| 17 | BANK OF GUAM | 236-2700 | Catering Full Service | September 9, 2010 | Marcie Tomokane | |
| 18 | BANK OF GUAM | 2870604 | Catering delivery | November 23, 2010 | Tanya | |
| 19 | BANK OF GUAM | | Catering delivery | August 6, 2011 | Marcie Tomokane | |
| 20 | BANK OF GUAM | | Catering delivery | September 8, 2011 | Marcie Tomokane | |
| 21 | BECKY SANTOS | 664-4760 | Catering Full Service | August 4, 2010 | same | One Time Contract |
| 22 | BERGER & COMER | 235-8722 | Catering Pick up | November 24, 2010 | Jocelyn Doreza | One Time Contract |
| 23 | BERNIE CABRERA | 233-1747 | Catering Full Service | April 30, 2011 | same | One Time Contract |
| 24 | BILL PENDERGRASS | 287-14334 | Catering Full Service | June 5, 2010 | same | One Time Contract |
| 25 | BOARD OF EDUCATION | 237-3001 | Catering pick up | October 23, 2009 | Valerie Mahwelbug | |
| 26 | BOARD OF EDUCATION | 237-3027 | Catering pick up | November 19, 2009 | Valerie Mahwelbug | Four (4) Catering Contracts |
| 27 | BOARD OF EDUCATION | 237-3027 | Catering pick up | March 12, 2010 | Valerie Mahwelbug | |
| 28 | BOARD OF EDUCATION | 237-3027 | Catering pick up | March 17, 2010 | Valerie Mahwelbug | |
| 29 | BRIDGE CAPITAL, LLC | 322-2222 | Catering Full Service | April 24, 2010 | Lisa Frederickson | Two (2) Catering Contracts |
| 30 | BRIDGE CAPITAL, LLC | 322-2222 | Catering Full Service | May 7, 2011 | Lisa Frederickson | |
| 31 | CARMEN OLOPAI | 287-0684 | Catering delivery | September 27, 2010 | same | One Time Contract |
| 32 | CHILDREN'S WORLD | 288-5162 | PSS School Meals | September 2009-June 2012 | Abby Alamo | 3 year contract |
| 33 | COASTAL RESOURCE MNGT. | 664-8307 | Catering delivery | October 27, 2010 | Kina Borja | |
| 34 | COASTAL RESOURCE MNGT. | 664-8300 | Catering Pick up | September 8, 2011 | Kina Borja | Four (4) Catering Contracts |
| 35 | COASTAL RESOURCE MNGT. | 664-8307 | Catering delivery | October 28, 2011 | Kina Borja | |
| 36 | COASTAL RESOURCE MNGT | | Catering delivery | February 23 - 24, 2011 | Kina Borja | |
| 37 | COMMONWEALTH HEALTH CENTER | 236-8353 | Catering delivery | December 23, 2009 | Joe Tudela | One Time Contract |
| 38 | DARLENE GUENAS | 287-5683 | Catering Full Service | June 3, 2010 | same | One Time Contract |
| 39 | DAVID BLANCO | 287-5972 | Catering Pick up | December 8, 2010 | same | One Time Contract |
| 40 | DCCA Child Care | 664-2576 | Catering Pick up | June 30, 2011 | Rita Olopai | Two (2) Catering Contracts |
| 41 | DCCA Child Care | 285-3222 | Catering Pick up | August 27, 2011 | Rita Olopai | |
| 42 | DEPT. OF PUBLIC HEALTH | 285-3735 | Catering Pick up | June 20, 2011 | Trina Sablan | Two (2) Catering Contracts |
| 43 | DEPT. OF PUBLIC HEALTH | 285-3735 | Catering Pick up | June 22, 2011 | Trina Sablan | |

# EXHIBIT F--SANITATION

| # | NAME | TEL.NO. | TYPE OF SVC. | DATE OF CONTRACT | CONTACT PERSON | REMARKS |
|---|------|---------|--------------|------------------|----------------|---------|
| 44 | DIABETES PREVENTION PROG. | | Catering delivery | March 5, 2011 | Trina Sablan | Two (2) Catering Contracts |
| 45 | DIABETES PREVENTION PROG. | 664-4032 | Catering Pick up | September 24, 2011 | Trina Sablan | |
| 46 | Diana Chong | 789-5238 | Catering Full Service | September 24, 2011 | same | One Time Contract |
| 47 | DIVISION OF YOUTH SERVICES | 664-2562 | Catering pick up | December 23, 2009 | Resel Billy | |
| 48 | DIVISION OF YOUTH SERVICES | 256-2550 | Catering Pick up | November 24, 2010 | Resel Billy | |
| 49 | DIVISION OF YOUTH SERVICES | 287-2873 | Catering delivery | February 10, 2011 | Resel Billy | Six (6) Catering Contracts |
| 50 | DIVISION OF YOUTH SERVICES | 287-2873 | Catering delivery | February 11, 2011 | Resel Billy | |
| 51 | DIVISION OF YOUTH SERVICES | 287-2873 | Catering Pick up | April 14, 2011 | Resel Billy | |
| 52 | DYS - JP & SCS Unit | 256-2550 | Catering delivery | August 10 -11, 2010 | Peter Reyes | |
| 53 | Docomo Pacific | 483-1112 | Catering delivery | May 30, 2010 | Pauline Johnson | Two (2) Catering Contracts |
| 54 | Docomo Pacific | | Catering Full Service | September 4, 2010 | James Nelson | |
| 55 | DOMESTIC VIOLENCE | 234-7469 | Catering Pick up | October 1, 2011 | | One Time Contract |
| 56 | ED DE LEON GUERRERO | | Catering Full Service | March 31, 2011 | same | One Time Contract |
| 57 | ERLINDA VILLAGOMEZ | 236-2991 | Catering pick up | October 14, 2009 | same | One Time Contract |
| 58 | FATHER ISAAC | 483-4543 | Catering Full Service | August 30, 2011 | same | One Time Contract |
| 59 | FATHER JESSIE REYES | | Catering Full Service | February 28, 2011 | same | One Time Contract |
| 60 | FELIPE TORRES FEJERAN | 234-0080 | Catering Full Service | April 13, 2010 | same | Two (2) Catering Contracts |
| 61 | FELIPE TORRES FEJERAN | 234-0080 | Catering Full Service | April 13, 2011 | same | |
| 62 | FRANNIE SALAS | 789-8336 | Catering Full Service | December 11, 2010 | same | One Time Contract |
| 63 | HOMELAND SECURITY | 287-7156 | Catering Pick up | April 06 - 07, 2011 | JOEY DELA CRUZ | Two (2) Catering Contracts |
| 64 | HOMELAND SECURITY | 664-2216 | Catering Pick up | August 5, 2011 | JOEY DELA CRUZ | |
| 65 | HUMANITIES COUNCIL | 235-4785 | Catering delivery | Sept. 19 ; Sept. 26, 2009. October 10; Oct. 17, Oct. 24, 2009 | Honora Tenorio | Five (5) Catering Services |
| 66 | JAPAN Enterprises | | Catering delivery | December 24, 2009 | John D. | One Time Contract |
| 67 | JIM SIROK | 234-7796 | Catering delivery | November 06 - 07, 2009 | same | One Time Contract |
| 68 | JJ CABRERA | 287-5222 | Catering Full Service | October 17, 2009 | same | One Time Contract |
| 69 | JOCELYN DELEON GUERRERO | 287-3655 | Catering Full Service | January 30, 2010 | same | One Time Contract |
| 70 | JOHN VILLAGOMEZ | 789-8667 | Catering Full Service | March 2, 2011 | same | One Time Contract |
| 71 | JOSHUA GEN. INT'L ACADEMY | 235-2487 | PSS School Meals | September 2009-June 2012 | Lilian | One Time Contract |
| 72 | JOYCE SLABAUGH | 989-0380 | Catering Pick up | June 22, 2011 | same | 3 year contract |
| 73 | KAGMAN ELEM. SCHOOL | 237-3965 | Catering delivery | May 11, 2010 | Mike Muna | |
| 74 | KAGMAN ELEM. SCHOOL | 237-2511 | Catering delivery | November 3, 2009 | Rizalina Purugganan | |
| 75 | KAGMAN ELEM. SCHOOL | 237-2511 | Catering pick up | December 1, 2009 | Erika Thornburg | |
| 76 | KAGMAN ELEM. SCHOOL | 664-3961 | Catering delivery | March 27, 2010 | Ellen Piled | Eight (8) Catering Contracts |
| 77 | KAGMAN ELEM. SCHOOL | 285-6372 | Catering pick up | April 20, 2010 | Erika Thornburg | |
| 78 | KAGMAN ELEM. SCHOOL | 664-3911 | Catering delivery | May 5, 2010 | Celine Romulor-Route | |
| 79 | KAGMAN ELEM. SCHOOL | 237-3965 | Catering delivery | June 1, 2010 | Celine Romulor-Route | |
| 80 | KAGMAN ELEM. SCHOOL | 237-3030 | Catering delivery | March 25 - 27, 2010 | Matilde Nakamura | |
| 81 | KAGMAN ELEM. SCHOOL | 237-3030 | PSS School Meals | September 2009-June 2012 | Rizalina Purugganan | Three (3) Catering Contracts |
| 82 | LAILA BOYER | 285-7638 | Catering Pick up | August 16, 2011 | same | One Time Contract |
| 83 | LAOLAO BAY RESORT | 236-8829 | Catering Full Service | December 13, 2010 | Ren | One Time Contract |
| 84 | LEONARD LAM / JOE VILLAGOMEZ | 664-4032 | Catering delivery | September 26, 2011 | same | One Time Contract |

000030

| | NAME | TEL.NO. | TYPE OF SVC. | DATE OF CONTRACT | CONTACT PERSON | REMARKS |
|---|---|---|---|---|---|---|
| 85 | LOLENG BABAUTA | 235-3000 | Catering delivery | November 27, 2009 | same | One Time Contract |
| 86 | LOU SABLAN | | Catering Full Service | March 13, 2011 | same | One Time Contract |
| 87 | LOURDES SANCHEZ | | Catering Full Service | April 22, 2010 | same | One Time Contract |
| 88 | LT. GOVERNOR'S OFFICE | | Catering delivery | November 18, 2009 | John D. | One Time Contract |
| 89 | LYDIA PARKS | 287-5726 | Catering Pick up | February 20, 2011 | same | One Time Contract |
| 90 | MARCIE CEPEDA | | Catering Full Service | October 26, 2010 | same | One Time Contract |
| 91 | MARCIE CEPEDA | | Catering Full Service | November 2, 2010 | same | One Time Contract |
| 92 | MARIANA CONCEPCION | 483-6664 /4837259 | Catering Full Service | February 19, 2011 | same | One Time Contract |
| 93 | MARIANAS CLEANERS | | Catering pick up | November 26, 2009 | John Guzman | One Time Contract |
| 94 | MARIANAS VISITORS AUTHORITY | 664-320 | Catering delivery | January 23, 2010 | Ed Diaz | Three (3) Catering Contracts |
| 95 | MARIANAS VISITORS AUTHORITY | | Catering delivery | March 4, 2011 | Ed Diaz | |
| 96 | MARIANAS VISITORS AUTHORITY | 664-3210 | Catering Pick up | June 17, 2011 | Ed Diaz | |
| 97 | MARY LOU ADA | 483-6572 | Catering Full Service | March 2, 2011 | same | One Time Contract |
| 98 | Mercedarian Missionaries of Berriz | 234-6247 | Catering delivery | June 06 - 18, 2011 | Martha Ramarui | Two (2) Catering Contracts |
| 99 | Mercedarian Missionaries of Berriz | 234-6247 | Catering delivery | April 06 - 17, 2011 | Martha Ramarui | |
| 100 | Minnie Castro | 285-2171 | Catering Full Service | September 3, 2010 | same | One Time Contract |
| 101 | MR. JAY SANTOS | | Catering delivery | October 17, 2010 | same | One Time Contract |
| 102 | Mr. Roberto Felipe | | Catering Full Service | April 12, 2010 | same | One Time Contract |
| 103 | MRD Micronesia | 635-1127 | Catering Full Service | September 4, 2010 | Boots Bonifacio | One Time Contract |
| 104 | MS.PORTIA | | Catering Pick up | November 22, 2010 | same | One Time Contract |
| 105 | NAISLEEN ADA | 235-0730 | Catering delivery | November 1, 2010 | same | One Time Contract |
| 106 | Ning Calvo | 287-2482 | Catering Full Service | September 22, 2010 | same | One Time Contract |
| 107 | NMC | 483-5726 | Catering delivery | August 11, 2010 | Becky Santos | Two (2) Catering Contracts |
| 108 | NMC | 4835726 | Catering Pick up | February 19, 2011 | Helen Camacho | |
| 109 | NORTHERN MARIANAS COALITION | | Catering delivery | April 26, 2011 | Maisie Tenorio | One Time Contract |
| 110 | CONG. G. "KILILI" SABLAN | 323-2647 | Catering Full Service | July 6, 2011 | Paula Bermudez Castro | Two (2) Catering Contracts |
| 111 | CONG. G. "KILILI" SABLAN | 3232647 | Catering Full Service | November 26, 2010 | Paula Bermudez Castro | |
| 112 | PDI | 322-8770 | Catering delivery | May 28, 2011 | Gordon Marciano | One Time Contract |
| 113 | Polly De Leon Guerrero | 285-9125 | Catering Full Service | August 5, 2011 | same | One Time Contract |
| 114 | PSS HEADSTART | 664-3751 | Catering delivery | March 26, 2011 | Candace Celis | Six (6) Catering Contracts |
| 115 | PSS HEADSTART | 664-3751 | Catering delivery | March 25, 2011 | Candace Celis | |
| 116 | PSS HEADSTART | 989-7322 | Catering delivery | September 29, 2011 | Candace Celis | |
| 117 | PSS HEADSTART | 664-3751 | Catering delivery | May 14, 2011 | Naydine Aguon | |
| 118 | PSS HEADSTART | 664-3751 | Catering Pick up | May 31, 2011 | Naydine Aguon | |
| 119 | PSS HEADSTART | 664-3751 | Catering Pick up | March 17, 2011 | Naydine Aguon | |
| 120 | CHALAN KANOA HEADSTART | | Catering delivery | March 29, 2011 | Naydine Aguon | One Time Contract |
| 121 | SAIPAN CHAMBER OF COMMERCE | 233-7150 | Catering pick up | August 14, 2011 | Jim Arenovski | One Time Contract |
| 122 | SAIPAN INTERNATIONAL SCHOOL | 288-9660 | PSS School Meals | August 2009 - May 2012 | Julie Newman | 3 year contract |

000031

| | NAME | TEL.NO. | TYPE OF SVC. | DATE OF CONTRACT | CONTACT PERSON | REMARKS |
|---|---|---|---|---|---|---|
| 123 | SAIPAN MAYOR'S OFFICE | 234-6208 | Catering delivery | August 3, 2011 | Larissa Flores | Five (5) Catering Contracts |
| 124 | SAIPAN MAYOR'S OFFICE | 234-6208 | Catering Pick up | September 15, 2011 | Terry Camacho | |
| 125 | SAIPAN MAYOR'S OFFICE | 287-6307 | Catering Pick up | October 21, 2011 | Jeff Cabrera | |
| 126 | SAIPAN MAYOR'S OFFICE | 287-6307 | Catering Pick up | October 21, 2011 | Jeff Cabrera | |
| 127 | SAIPAN MAYOR'S OFFICE | 287-6307 | Catering Pick up | October 21, 2011 | Jeff Cabrera | |
| 128 | SAIPAN SOUTHERN HIGH SCHOOL | 237-3710 | Catering delivery | September 1, 2010 | Alice Duenas | One Time Contract |
| 129 | SAIPAN SOUTHERN HIGH SCHOOL | 237-3710 | PSS School Meals | September 2009-June 2012 | Alice Duenas | Three (3) Year Contracts |
| 130 | SARAH YOUNIS | 285-2977 | Catering Pick up | September 17, 2011 | same | One Time Contract |
| 131 | TANAPAG ELEM. SCHOOL | 664-3425 | Catering pick up | October 26-30, 2009 | Lavina Babauta | Three (3) Catering Contracts |
| 132 | TANAPAG ELEM. SCHOOL HEADST. | 664-3426 | Catering delivery | March 8, 2011 | Candace Celis | |
| 133 | TANAPAG ELEM. SCHOOL HEADST. | 664-3427 | Catering Pick up | March 31, 2011 | Lavina Babauta | |
| 134 | Tani Salas | | Catering Full Service | September 25, 2010 | same | Two (2) Catering Contracts |
| 135 | Tani Salas | | Catering Full Service | October 2, 2010 | Jean Sablan | |
| 136 | TINA SABLAN | 285-3935 | Catering Pick up | February 23, 2011 | same | One Time Contract |
| 137 | US DISTRICT COURT | 236-2902 | Catering delivery | November 5, 2009 | Lyn Lemieux | Three (3) Catering Contracts |
| 138 | US. DISTRICT COURT | 236-2902 | Catering delivery | March 18, 2011 | Lyn Lemieux | |
| 139 | US. DISTRICT COURT | 236-2902 | Catering delivery | July 27, 2011 | Amanda Hayes | |
| 140 | Vicky Benavente | 237-5103 | Catering delivery | Septembet 19, 2010 | same | One Time Contract |
| 141 | VICTORIA DE LEON GUERRERO | 256-0623 | Catering delivery | March 22, 2011 | same | One Time Contract |
| 142 | PSS-COMMISSIONER'S OFFICE | 237-3007 | Catering pick up | October 22, 2009 | Kimberly Camacho | |
| 143 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering pick up | October 27, 2009 | Elia Odoshi | |
| 144 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | January 7, 2010 | Eula Matsumoto | |
| 145 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | January 11, 2010 | Eula Matsumoto | |
| 146 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | January 21, 2010 | Eula Matsumoto | |
| 147 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering pick up | February 3, 2010 | Elia Odoshi | |
| 148 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | April 6, 2010 | Elia Odoshi | |
| 149 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering pick up | April 15, 2010 | Elia Odoshi | |
| 150 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | April 22, 2010 | Elia Odoshi | |
| 151 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | May 20, 2010 | Elia Odoshi | |
| 152 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | May 26, 2010 | Elia Odoshi | |
| 153 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | September 10, 2010 | Elia Odoshi | |
| 154 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Full Service | September 16, 2010 | Elia Odoshi | |
| 155 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering delivery | December 10, 2010 | Eula Matsumoto | |
| 156 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering delivery | February 11, 2011 | Eula Matsumoto | |
| 157 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | February 18, 2011 | Elia Odoshi | |
| 158 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Pick up | March 5, 2011 | Eula Matsumoto | |
| 159 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Pick up | March 7, 2011 | Eula Matsumoto | |
| 160 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Pick up | March 8, 2011 | Eula Matsumoto | |
| 161 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering delivery | March 10, 2011 | Eula Matsumoto | |
| 162 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering Pick up | March 15, 2011 | Eula Matsumoto | |
| 163 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering Pick up | March 16, 2011 | Eula Matsumoto | |
| 164 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering delivery | March 22, 2011 | Eula Matsumoto | |

| | NAME | TEL.NO. | TYPE OF SVC. | DATE OF CONTRACT | CONTACT PERSON | REMARKS |
|---|---|---|---|---|---|---|
| 165 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering Pick up | April 1, 2011 | Eula Matsumoto | |
| 166 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering Pick up | April 14, 2011 | Eula Matsumoto | |
| 167 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering Pick up | April 27, 2011 | Eula Matsumoto | Fifty (50) Catering Services |
| 168 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Pick up | May 4, 2011 | Eula Matsumoto | |
| 169 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering delivery | May 10, 2011 | Eula Matsumoto | |
| 170 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering delivery | May 10, 2011 | Eula Matsumoto | |
| 171 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Pick up | May 10, 2011 | Eula Matsumoto | |
| 172 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Pick up | May 11, 2011 | Eula Matsumoto | |
| 173 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering delivery | June 2, 2011 | Eula Matsumoto | |
| 174 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering delivery | June 3, 2011 | Eula Matsumoto | |
| 175 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering delivery | June 3, 2011 | Eula Matsumoto | |
| 176 | PSS-COMMISSIONER'S OFFICE | 4839079 | Catering Pick up | June 20, 2011 | Eula Matsumoto | |
| 177 | PSS-COMMISSIONER'S OFFICE | 4839079 | Catering delivery | June 21, 2011 | Eula Matsumoto | |
| 178 | PSS-COMMISSIONER'S OFFICE | 4839079 | Catering delivery | June 22, 2011 | Eula Matsumoto | |
| 179 | PSS-COMMISSIONER'S OFFICE | 4839079 | Catering delivery | June 23, 2011 | Eula Matsumoto | |
| 180 | PSS-COMMISSIONER'S OFFICE | 4839079 | Catering Pick up | June 23, 2011 | Eula Matsumoto | |
| 181 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Pick up | June 24, 2011 | Eula Matsumoto | |
| 182 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Pick up | June 30, 2011 | Eula Matsumoto | |
| 183 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering Pick up | August 3, 2011 | Eula Matsumoto | |
| 184 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering Pick up | October 6, 2011 | Eula Matsumoto | |
| 185 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering delivery | October 14, 2011 | Eula Matsumoto | |
| 186 | PSS-COMMISSIONER'S OFFICE | 237-3075 | Catering pick up | Aug. 03 - 06, 2010 | Elia Odoshi | |
| 187 | PSS-COMMISSIONER'S OFFICE | 237-3075 | Catering pick up | Aug. 07, 2010 | Eula Matsumoto | |
| 188 | PSS-COMMISSIONER'S OFFICE | 237-3001 | Catering pick up | Dec. 16 - 17, 2009 | Elia Odoshi | |
| 189 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering delivery | Dec. 21-22, 2010 | Eula Matsumoto | |
| 190 | PSS-COMMISSIONER'S OFFICE | 237-3061 | Catering pick up | Feb. 09,12, &13, 2011 | Elia Odoshi | |
| 191 | PSS-COMMISSIONER'S OFFICE | 237-3027 | Catering pick up | November 18-19, 2009 | Elia Odoshi | |

000032

## EXHIBIT F--SANITATION



### *Business License*

## DEPARTMENT OF FINANCE
### Division of Revenue and Taxation
### Commonwealth of the Northern Mariana Islands

*IN COMPLIANCE WITH PUBLIC LAW 11-73, AND ALL OTHER APPLICABLE LAWS IN THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, THE LICENSEE:*

HERMAN'S MODERN BAKERY, INC.

*LOCATED AT*

San Vicente

*IS HEREBY LICENSED TO ENGAGE IN THE BUSINESS OF*

Catering Services                                           72232

*THE AUTHORITY OF WHICH TO OPERATE UNDER SECTION* ___5611(d)___

*THIS LICENSE IS NON TRANSFERABLE AND SHALL COMMENCE ON* ___12/23/2013___ *AND EXPIRE ON* ___12/23/2014___

*NO.* ___1817 - 0005 - 2___

12/30/2013

DATE OF ISSUE



Marriba Larson
SECRETARY OF FINANCE

*(This license must be displayed in a conspicuous place)*

---

### *Business License*

## DEPARTMENT OF FINANCE
### Division of Revenue and Taxation
### Commonwealth of the Northern Mariana Islands

*IN COMPLIANCE WITH PUBLIC LAW 11-73, AND ALL OTHER APPLICABLE LAWS IN THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, THE LICENSEE:*

HERMAN'S MODERN BAKERY, INC.

*LOCATED AT*

San Vicente

*IS HEREBY LICENSED TO ENGAGE IN THE BUSINESS OF*

Bakery (Manufacture)                                        311812

*THE AUTHORITY OF WHICH TO OPERATE UNDER SECTION* ___5611(d)___

*THIS LICENSE IS NON TRANSFERABLE AND SHALL COMMENCE ON* ___12/23/2013___ *AND EXPIRE ON* ___12/23/2014___

*NO.* ___1817 - 0001 - 1___

12/30/2013

DATE OF ISSUE

Marriba Larson
SECRETARY OF FINANCE

*(This license must be displayed in a conspicuous place)*

# EXHIBIT F--SANITATION

## FOOD HANDLER CERTIFICATE

Division of Public Health
Bureau of Environmental Health

No. 09079

Name (Last, First, Middle Initial): MASGA, PETER
Date of Birth: 08/03/88
Sex: (X) M ( ) F
Social Security Number/Entry Permit Card Number:
FHC Issue Date: 12/24/13
Name of Business/Corp.: HERMAN'S MODERN BAKERY
P.E. Date / Clinic: 11/22/13
Location of Business/Employee: AIRPORT
Date of Expiration (Coincide w/ Entry Permit): 12/22/14
Country/Citizenship: SAIPAN
Occupation: MAINTENANCE
(X) New ( ) Renewal ( ) Duplicate Ref.: ( ) Replacement Ref.:

Deputy Secretary of Public Health
This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871
Form DPH-BEH 6



## FOOD HANDLER CERTIFICATE

Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
Bureau of Environmental Health

No. 09352

Name (Last, First, Middle Initial): CRUZ, BYRON
Date of Birth: 10/17/89
Sex: (X) M ( ) F
Social Security Number/Entry Permit Card Number:
FHC Issue Date: 12/05/13
Name of Business/Corp.: HERMAN'S MODERN BAKERY
P.E. Date / Clinic:
Location of Business/Employee: AIRPORT
Date of Expiration (Coincide w/ Entry Permit): 12/06/14
Country/Citizenship: SAIPAN
Occupation: FOOD HANDLER
( ) New ( ) Renewal ( ) Duplicate Ref.: ( ) Replacement Ref.:

Deputy Secretary of Public Health
This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871
Form DPH-BEH 6

## FOOD HANDLER CERTIFICATE

Division of Public Health
Bureau of Environmental Health

No. 08085

Name (Last, First, Middle Initial): PANER, JOSELITO
Date of Birth: 03/18/66
Sex: (X) M ( ) F
Social Security Number/Entry Permit Card Number:
FHC Issue Date: 08/09/13
Name of Business/Corp.: HERMAN'S MODERN BAKERY
P.E. Date / Clinic: 08/08/13
Location of Business/Employee: AIRPORT
Date of Expiration (Coincide w/ Entry Permit): 08/08/14
Country/Citizenship: P.I.
Occupation: WAREHOUSEMAN
( ) New (X) Renewal ( ) Duplicate Ref.: ( ) Replacement Ref.:

Deputy Secretary of Public Health
This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871
Form DPH-BEH 6

## FOOD HANDLER CERTIFICATE

Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
Bureau of Environmental Health

No. 08599

Name (Last, First, Middle Initial): RIOS, JEREMY
Date of Birth: 10/07/97
Sex: (X) M ( ) F
Social Security Number/Entry Permit Card Number:
FHC Issue Date: 09/05/13
Name of Business/Corp.: HERMAN'S MODERN BAKERY
P.E. Date / Clinic: 09/23/13
Location of Business/Employee: AIRPORT
Date of Expiration (Coincide w/ Entry Permit): 09/23/14
Country/Citizenship: SAIPAN
Occupation: DRIVER/FOOD ATTENDANT
(X) New ( ) Renewal ( ) Duplicate Ref.: ( ) Replacement Ref.:

Deputy Secretary of Public Health
This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871
Form DPH-BEH 6



## Commonwealth of the Northern Mariana Islands
### Department of Public Health
### Division of Public Health
#### Bureau of Environmental Health



# FOOD HANDLER CERTIFICATE

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
|---|---|---|
| PAYONG, RAMON | 06/12/64 | (X) M ( ) F |

| Social Security Number/Entry Permit Card Number | EHC Issue Date |
|---|---|
| | 09/09/13 |

| Name of Business/Corp. | PIE Date / Clinic |
|---|---|
| HERMAN'S MODERN BAKERY | 08/07/13 |

| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) |
|---|---|
| AIRPORT | 08/07/14 |

| Occupation | Country/Citizenship |
|---|---|
| COOK | P-I |

| | ( ) New |
| | (X) Renewal |
| | ( ) Duplicate Ref.: |
| | ( ) Replacement Ref.: |



Deputy Secretary of Public Health

This Certificate must be readily available upon request by Health Inspectors.
Form DPH-BEH 6
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

08083





## Commonwealth of the Northern Mariana Islands
### Department of Public Health
### Division of Public Health
#### Bureau of Environmental Health

# FOOD HANDLER CERTIFICATE

| Name (Last, First, Middle Initial) | Date of Birth | Sex |
|---|---|---|
| DELLOTA, WILMA | 10/09/59 | ( ) M (X) F |

| Social Security Number/Entry Permit Card Number | EHC Issue Date |
|---|---|
| | 08/08/13 |

| Name of Business/Corp. | PIE Date / Clinic |
|---|---|
| HERMAN'S MODERN BAKERY | 06/18/13 |

| Location of Business/Employer | Date of Expiration (Coincide w/ Entry Permit) |
|---|---|
| AIRPORT | 06/18/14 |

| Occupation | Country/Citizenship |
|---|---|
| COOK | P-I |

| | ( ) New |
| | (X) Renewal |
| | ( ) Duplicate Ref.: |
| | ( ) Replacement Ref.: |

Deputy Secretary of Public Health

This Certificate must be readily available upon request by Health Inspectors.
Form DPH-BEH 6
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

0778

000035

EXHIBIT F--SANITATION



Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

## FOOD HANDLER CERTIFICATE

09354

Name (Last, First, Middle Initial): DELA ROSA, TERESITA
Sex: ( ) M (X) F
Date of Birth: 10/09/53

Social Security Number/Entry Permit Card Number:
FHC Issue Date: /14
PE Date/Clinic: 13
Date of Expiration (Coincide w/ Entry Permit): 4

Name of Business/Corp.: HERMAN'S MODERN BAKERY
Country/Citizenship

Location of Business/Employer: AIRPORT
( ) New ( ) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

Occupation: COOK

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

Deputy Secretary of Public Health

Form DPH-BEH 6



Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

## FOOD HANDLER CERTIFICATE

08602

Name (Last, First, Middle Initial): SAN PEDRO, CATALINA
Sex: ( ) M (X) F
Date of Birth: /17/62

Social Security Number/Entry Permit Card Number:
FHC Issue Date: 1/05/13
PE Date/Clinic: 10/01/13
Date of Expiration (Coincide w/ Entry Permit): /01/14

Name of Business/Corp.: HERMAN'S MODERN BAKERY
Country/Citizenship

Location of Business/Employer: AIRPORT
( ) New ( ) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

Occupation: COOK

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

Deputy Secretary of Public Health

Form DPH-BEH 6





Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

## FOOD HANDLER CERTIFICATE

08078

Name (Last, First, Middle Initial): DACUCOS, IMELDA
Sex: ( ) M (X) F
Date of Birth: 01/13/66

Social Security Number/Entry Permit Card Number:
FHC Issue Date: /09/13
PE Date/Clinic: 03/13/13
Date of Expiration (Coincide w/ Entry Permit): 08/13/14
Country/Citizenship

Name of Business/Corp.: HERMAN'S MODERN BAKERY

Location of Business/Employer: AIRPORT
( ) New ( ) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

Occupation: COOK

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

Deputy Secretary of Public Health

Form DPH-BEH 6



Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

## FOOD HANDLER CERTIFICATE

09085

Name (Last, First, Middle Initial): MIRASOL, CYNTHIA
Sex: ( ) M (X) F
Date of Birth: 01/13/56

Social Security Number/Entry Permit Card Number:
FHC Issue Date: 12/05/13
PE Date/Clinic: 12/16/13
Date of Expiration (Coincide w/ Entry Permit): 11/16/14
Country/Citizenship

Name of Business/Corp.: HERMAN'S MODERN BAKERY

Location of Business/Employer: AIRPORT
( ) New ( ) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

Occupation: COOK

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/2/3/4 • Fax: (1-670) 664-4871

Deputy Secretary of Public Health

Form DPH-BEH 6

**EXHIBIT F--SANITATION**




## FOOD HANDLER CERTIFICATE

Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

07787

Date of Birth: 03/30/90   Sex: (X) M  ( ) F

Name (Last, First, Middle Initial): AGUON, KENNETH

Social Security Number/Entry Permit Card Number:

FHC Issue Date: 08/08/13

PIE Date / Clinic: 07/09/13

Date(s) of Expiration (Coincide w/ Entry Permit): 07/09/14

Country/Citizenship: SAIPAN

Name of Business/Corp.: HERMAN'S MODERN BAKERY

Location of Business/Employer: AIRPORT

Occupation: SALES REPRESENTATIVE

( ) New
(X) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

Deputy Secretary of Public Health

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670)-664-4870/23/4 • Fax: (1-670) 664-4871
Form DPH-BEH 6

---

## FOOD HANDLER CERTIFICATE

Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

08247

Date of Birth: 06/12/72   Sex: ( ) M  (X) F

Name (Last, First, Middle Initial): DIAZ, TRICIA

Social Security Number/Entry Permit Card Number:

FHC Issue Date: 05/27/13

PIE Date / Clinic: 05/06/13

Date(s) of Expiration (Coincide w/ Entry Permit): 05/06/14

Country/Citizenship: SAIPAN

Name of Business/Corp.: HERMAN'S MODERN BAKERY

Location of Business/Employer: AIRPORT

Occupation: CATERING COORDINATOR

( ) New
(X) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

Deputy Secretary of Public Health

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670)-664-4870/23/4 • Fax: (1-670) 664-4871
Form DPH-BEH 6

---

## FOOD HANDLER CERTIFICATE

Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

08086

Date of Birth: 04/03/67   Sex: (X) M  ( ) F

Name (Last, First, Middle Initial): AMARO, ALEX

Social Security Number/Entry Permit Card Number:

FHC Issue Date: 09/13

PIE Date / Clinic: 07/24/13

Date(s) of Expiration (Coincide w/ Entry Permit): 07/24/14

Country/Citizenship:

Name of Business/Corp.: HERMAN'S MODERN BAKERY

Location of Business/Employer: AIRPORT

Occupation: CATERING COORDINATOR

( ) New
(X) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:

Deputy Secretary of Public Health



This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Tel: (1-670) 664-4870/23/4 • Fax: (1-670) 664-4871
Form DPH-BEH 6



---

## FOOD HANDLER CERTIFICATE

Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Environmental Health*

08076

Date of Birth: 02/25/60   Sex: (X) M  ( ) F

Name (Last, First, Middle Initial): KAIPAT, CESARIO

Social Security Number/Entry Permit Card Number:

FHC Issue Date: 09/13

PIE Date / Clinic: 08/24/13

Date(s) of Expiration (Coincide w/ Entry Permit): 08/24/14

Country/Citizenship: SAIPAN

Name of Business/Corp.: HERMAN'S MODERN BAKERY

Location of Business/Employer: AIRPORT

Occupation: DISPATCHER

( ) New
(X) Renewal
( ) Duplicate Ref.:
( ) Replacement Ref.:



Deputy Secretary of Public Health

This Certificate must be readily available upon request by Health Inspectors.
P.O. Box 500409 CK, Saipan, MP 96950
Form DPH-BEH 6

Case 1:99-cv-00017   Document 65   Filed 04/30/14   Page 39 of 109

EXHIBIT F--SANITATION

000038



**Commonwealth of the Northern Mariana Islands** 01296

DEPARTMENT OF PUBLIC HEALTH
P.O. Box 500409 CK Saipan, MP 96950

☒ RENEWAL
☐ NEW

# SANITARY PERMIT
## Bureau of Environmental Health
Tel: (1-670) 664-4870/1/2/3   Fax: (1-670) 664-4871

H.34

HERMAN'S MODERN BAKERY INC. _____ IS HEREWITH GRANTED
                        NAME                            SAN VICENTE

PERMISSION TO OPERATE A ___CATERING___ IN DISTRICT NO. _10_
                        TYPE OF ESTABLISHMENT

SUBJECT TO THE REQUIREMENTS OF THE CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH BEH PERTAINING TO SANITATION. THIS PERMIT IS NON-TRANSFERABLE AND MAY BE REVOKED AT ANY TIME BY THE DEPARTMENT OF PUBLIC HEALTH FOR NON-COMPLIANCE WITH THE CNMI P.L. 12-48 AND REGULATIONS OF THE DEPARTMENT OF PUBLIC HEALTH.

JULY 30, 2013
DATE ISSUED
JULY 30, 2014
DATE EXPIRED

DEPUTY SECRETARY FOR PUBLIC HEALTH ADMINISTRATION

Revised 5/9/01

*THIS PERMIT SHALL BE POSTED FOR PUBLIC DISPLAY*

*VALID FOR ONE YEAR FROM DATE OF ISSUE*

# EXHIBIT F--SANITATION
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Security and Control: Control and **Date:** Oct. 03, 2013
Use of Tools, Culinary and Medical Equipment

| Name: | Signature: |
|-------|-----------|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Amlalan, Nardsoun S. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joseph R. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Tawhid Kabir oc | |
| Camacho, Edwin B. | |
| Cangco, Syann Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kapal | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Gus R. | |
| Flores, Audrea | |
| Funkuguo, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo I. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kapat, Vincent J. H. | |
| Laniyo, Bert Limes | |
| Moralez, Jake Uram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Subeantes Can Castro, T. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes Abraham T. | |
| Reyes, Rui Z. Aljec | |
| Sablan, Mart Camacho | |
| Sakisat Nauwayne A. | |
| Salas, Michael M. | |
| Sanchez, John F. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Taisakan, Ron | |
| Taitano, Vincent M. | |
| Yamada, Jiu Nannu | |

**Instructor:** Sgt. Jose T. Castro/Sgt. Thomas Sablan   **Date:** Oct. 03, 2013

# EXHIBIT F--SANITATION
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Food Handling / Food Safety   **Date:** Oct. 07, 2013

| Name: | Signature: |
|---|---|
| Abstes, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalin, Nardson C. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua R. | |
| Bahillo, Jason Aranda | |
| Buluan, Taylnil Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kalpa | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Crisb. | |
| Flores, Audrea | |
| Funkugup, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglesias, Travis Delacruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Manalili, Jake Hiram D. | |
| Masga, Shawn Sablan | |
| Matagolai, Sansanni T. | |
| Ngeskebei, Marvin M. | |
| Oginng, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luiz Angel P. | |
| Sablan, Mart Camacho | |
| Sarisal, Dwayne A. S. | |
| Salas, Michael M. | |
| Sanchez, John Jr. R. | |
| Sanchez, Monette C. | |
| Santos, Sheela T. S. | |
| Somorang, Peter N. | |
| Takaki, Ron | |
| Taitano, Vincent M. | |
| Yamada, Bonapatt | |

**Instructor:** Lily Kapileo & Lau Laniyo   **Date:** 10/07/13

000040

**EXHIBIT F--SANITATION**




*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

### DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Food Service | General Food Service Operations | 4.3.1 | |
| **ACA Standards** | | 3-ALDF-4C-01  Food Service Operations are Supervised by Experienced Staff; 3-ALDF-4C-09  Food Service Facilities Meet Governmental Health and Safety Codes (M); 3-ALDF-4C-10  Staff are Trained in Equipment Safety Procedures; 3-ALDF-4C-11  Food Handler Health Protection (M); 3-ALDF-4C-12  Food Products that are Grown are Inspected; 3-ALDF-4C-13  Weekly Inspections on Food Service Areas (M); 3-ALDF-4C-14  Dry and Frozen Goods are Maintained at Certain Temperature | | |
| **Consent Decree** | | Paragraph 31 Food Prepared Under Sanitary Conditions; Paragraph 32 Training For Food Handlers; Paragraph 33 Food Warmers And Insulated Containers; Paragraph 34 Food Utensils Chemically Sanitized; Paragraph 35 Store Food To Prevent Bacterial Growth; Paragraph 36 Provide Hot Water; Paragraph 39 Food Service Equipment and Utensil Maintenance  Program | | |

## I. PURPOSE

To provide general guidelines to the Department of Corrections (DOC) personnel and/or contractor regarding institutional food service operations.

## II. POLICY

It is the policy of the Department of Corrections (DOC) to provide inmates/detainees confined in the facility with nutritious, attractively presented meals and prepared in accordance with health and sanitation regulations.

## III. DEFINITIONS

**Contractor:** A person or organization that agrees to furnish materials or to perform services for the facility or jurisdiction at a specified price. Contractors operating in correctional facilities are subject to all applicable rules and regulations for the facility.

**Health Requirements:** Rules and regulations established by the Department of Health, Sanitation Division relating to food handlers, food service facilities and equipment relating to health and safety issues.

## IV. PROCEDURES

### A. Food Service Management

1

**000041**

# EXHIBIT F--SANITATION

1. The food service manager should have sufficient experience in food service management.

2. The food service manager should have the resources, authority, and responsibility to provide complete food service for the facility, including three nutritionally adequate, palatable, and attractive meals a day produced under sanitary conditions and at reasonable costs.

## B. Health and Safety Regulations

1. The Department of Health, Division of Sanitation will inspect the food facility and equipment to ensure that health and safety requirements are met.

2. Any discrepancies and/or recommendations made by the sanitation inspection must be address within fifteen (15) days from the date the report was received.

3. Reports on the corrective actions taken will be filed at the food service manager's office.

4. The food service manager will ensure that all food service employees are trained in the use of equipment that will be used in food preparation.

5. All food service employees shall undergo physical examination consistent with health and sanitation regulations, including a test for tuberculosis before they begin work to ensure that they are free from communicable disease.

6. All food service employees shall receive training in the basic principles of food protection and food hygiene by the local health and sanitation authorities or other competent source.

7. The food service manager or contractor shall provide copies of the training records to the DOC.

8. Food handlers will be monitored daily to ensure compliance with standard personal hygiene requirements, including freedom from open or infected wounds; maintaining clean hands and fingernails by washing hands with soap after using toilet facilities; when handling food shall wear clean clothing, hair nets, apron, disposable plastic glove and shoes.

9. The Maintenance supervisor will monitor the hot water to ensure that it is operational for personal hygiene and cleaning of food service utensils. Notice of reminders for cleanliness will be placed at conspicuous areas in the food service areas.

10. A sample of each meal served shall be stored in the freezer for at least twenty-four (24) hours. The sample can be tested if any health problem arise which might be related to the food served.

2

**EXHIBIT F--SANITATION**

11. Food products that are grown or produced within the system are inspected and approved by the appropriate government agency.

12. Food carts must be insulated when used to transport food that requires being at a certain temperature.

13. Insulated food containers will be used to ensure that hot foods are transported and/or stored before and through their service to inmates at or over 140 degrees Fahrenheit and cold foods are kept sufficiently cold to prevent the growth of dangerous bacteria.

14. The contractor shall establish and document a regular food service equipment and utensil preventive maintenance program to ensure that equipment is functioning properly and that utensils are clean and sanitary. This program shall include regular testing of food utensil sanitization and food temperatures at all points in the food storage and preparation process.

## C. Safety and Sanitation

1. The Maintenance and Housekeeping Unit Supervisor will inspect the facility's food service area weekly including equipment to make sure they meet safety and sanitation standards. These inspections will be documented and filed. Any repair problems noted shall be immediately addressed.

2. To prevent the growth of dangerous bacteria or other dangerous contaminants, the food service contractor must ensure that food are kept in sanitary, temperature-controlled storage containers consistent with the following:

   - Shelf goods are maintained at 45 to 80 degrees Fahrenheit.
   - Refrigerated foods at 35 to 40 degrees Fahrenheit.
   - Frozen foods at 0 degrees Fahrenheit or below.

3. The food service contractor is required to provide documentation quarterly on food service equipment and utensil preventive maintenance program to ensure that equipment is functioning properly and that utensils are clean by being sanitized either through chemical sanitization in three compartment sinks or through steaming the surface of utensils to at least 160 degrees Fahrenheit.

4. Further, the food service contractor will provide food warmers and insulated containers to ensure that hot foods are transported and/or stored before and through their service to inmate/detainees at or over 140 degrees Fahrenheit and cold foods are kept sufficiently cold to prevent the growth of dangerous bacteria.

5. The contractor will ensure that floors, walls and ceilings are kept clean to promote safe and sanitary operations. Furthermore, hot water is provided at the food preparation and service areas of the facility for personal hygiene and cleaning food service utensils.

## D. Special Food Service Practices

3

**000043**

# EXHIBIT F--SANITATION

Special food service sanitation related practices would include ensuring the following:

    a. The kitchen has twenty-gallon, plastic, leak-proof, waterproof garbage containers with plastic liners.
    b. Eating and cooking utensils are inspected and replace when needed.
    c. The air vents are cleaned monthly.
    d. All food service cleaning items, dishwashing materials, and utensils are kept separate from those used for general cleaning.
    e. All kitchen equipment and utensils should be properly stowed.
    f. Food will be stored on shelves and racks, not on floor surfaces.

## E. Inspections

The Maintenance and Housekeeping Unit Supervisor will request the sanitation inspector from the Division of Sanitation to inspect the food service facility every quarter and provide inspection report to the DOC. The Maintenance and Housekeeping Unit Supervisor will also request the sanitation inspector to inspect the DOC facility every quarter to ensure that all health and sanitation requirements are being complied with. The Maintenance and Housekeeping Unit Supervisor will submit a report to the Director of Corrections on the actions taken based on the sanitation inspector's recommendations. All reports will be filed.

Prepared By: _____     11-21-03
        John M. Ajuyu                                        Date
        Deputy Director of Corrections

Reviewed By: _____     11/26/4
        Gregory F. Castro                                      Date
        Director of Corrections

Approved By: _____     11/24/07
        Lino S. Tenorio                                     Date
        Commissioner of Corrections

4

# EXHIBIT F--SANITATION



## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

### DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Title | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Food Service | Special Diets | 4.3.2 | |
| **ACA Standards** | 3-ALDF-4C-06 Special Diets (M); 3-ALDF-4C-07 Religious Diets | | | |
| **Consent Decree** | Paragraph 38 Special Diets | | | |

## I.    PURPOSE

To establish guidelines for Department of Corrections (DOC) personnel and vendor to follow in providing necessary medical and religious diets to inmates/detainees.

## II.    POLICY

It is the policy of DOC to provide inmates/detainees who have a legitimate medical or religious basis for a special diet with the means to fulfill those dietary needs, through the assistance of a nutritionist, medical professional and/or from a clergy for religious diets.

## III.    DEFINITIONS

**Medical Diet** - Specific foods and/or food preparation techniques that satisfy medical diet therapy (including dental) requirements as prescribed by a qualified health care professional.

**Religious Diet** - Specific foods and/or food preparation techniques that satisfy religious dietary requirements.

## IV.    PROCEDURAL GUIDELINES

Special diets should be kept as simple as possible and should conform as closely as possible to the foods served other inmates/detainees.

### A. Special Diets

1. Medical Diets

   a. Medical diets may be prescribed by a physician or dentist as part of the patient's treatment.

I

**000045**

**EXHIBIT F--SANITATION**

b. Only a qualified health care professional may approve a medical diet for an inmate/detainee. If an inmate/detainee wants a medically-related diet, they must obtain approval from a qualified health care professional.

c. Medical diets will not be ordered to accommodate an inmate's food preference, special request, or religious preference.

d. Medically-ordered supplemental snacks will be handled in the same manner as a medical diet.

e. The cost and content of a medical diet may, if necessary, exceed that of the typical diet provided to inmates/detainees in the facility.

f. Medical diets should not exceed thirty (30) days unless specified by the attending physician. Medical diets will be reviewed by the attending physician every thirty (30) days to determine whether the diet will be continued.

g. To ensure that the inmate/detainee is receiving the Recommended Dietary Allowance (RDA) and in accordance with the attending physician's recommendations, the food service manager or vendor will ensure that all special diets are reviewed by a registered or licensed dietitian.

h. All medical diets prescribed by the attending physician will be made a part of the inmate/detainee medical records.

i. An inmate/detainee may refuse a medical diet prescribed by the attending physician. In this instance, the inmate/detainee will sign a statement on the medical diet prescription or doctor's report that he/she is refusing the medical diet as prescribed. The attending physician should also make a notation on his/her report that after counseling on the importance and medical necessity of the medical diet, the patient refused the prescribed diet.

2. **Religious Diet**

a. Inmates/detainees for whom the regular meal does not satisfy religious dietary requirements may request a religious diet meal as prescribed by the Chaplain of their religion.

b. Religious diet prescriptions should be specific and complete, furnished in writing and rewritten monthly.

c. Where religious holidays specify particular dietary requirements (e.g., Passover, month of Ramadan), special arrangements should be made so that inmates/detainees shall be able to adhere to their religious beliefs. Special occasion meals may not be approved more than once a year per religious group.

2

**000046**

**EXHIBIT F--SANITATION**

    d.  The cost and contents of a religious meal generally may not exceed those of meals provided to the general population.

    e.  Religious diets will be composed of regular staple foodstuffs unless specifically approved by a registered dietitian.

    f.  In cases where special meal purchases appear to be unavoidably required, the food service manager or vendor, Commissioner and/or Director of Corrections and DOC legal counsel will meet and discuss the matter to determine appropriate plan of action.

    g.  When an inmate/detainee is transferred to another facility, it is the inmate's/detainee's responsibility to notify food services staff that religious diet is being received at the previous facility.

    h.  Inmate/detainee requesting that religious diet be cancelled must be made in writing and will be made effective immediately.

    i.  An inmate/detainee who voluntarily requests that their religious diet be cancelled must wait one (1) year before requesting the current diet be reinstated, unless a change of religious affiliation is approved.

3.  **Removal From a Special Diet**

    a.  An inmate/detainee may be removed from a special diet program:

    b.  When there is no longer a medical need.

    c.  When the inmate/detainee no longer adheres to the religion involved.

    d.  When a staff member observes the inmate/detainee failing to observe the dietary restriction. The staff member will inform the inmate/detainee of the observation and a report submitted to the Shift Commander of the incident.

    e.  Inmate/detainee observed failing to adhere to medical diet will be referred to the attending physician for counseling before removal from the program. The same procedure will be followed for religious diets.

B.  **Special Management Housing**

    b.  Inmates/detainees in special management housing units retain the right to participate in the special diet program in accordance with this policy.

    c.  In the interest of safety and security, the manner of food service and packaging may be modified.

3

C. Food Allergies

a. True food allergies are extremely rare. Individuals who have a true food allergy will usually have some systemic reaction consistent with allergy within 15 to 30 minutes of ingestion of the substance to which the person is allergic. The symptoms includes:

1. Throat closing.
2. Rashes.
3. Abdominal pain.
4. Bloody diarrhea.
5. Dizziness.

b. It should be noted that the following items should be of concern when evaluating food allergies: nuts, milk, eggs, wheat, shellfish and fish.

c. Inmates/detainees complaining about their food causing them allergies or appeared to be food contamination will be referred to a physician for further evaluation.

d. Inmates/detainees with true allergies as a result of medical diagnosis will have a medical prescription stating that the inmate/detainee is allergic to certain foods and therefore qualified to be on special diet if a particular food that causes allergic reaction to the inmate/detainee is served.

Prepared By: _____     11-20-07
    John M. Ayuyu                                      Date
    Deputy Director of Corrections

Reviewed By: _____     11/23/A
    Gregory F. Castro                                 Date
    Director of Corrections

Approved By: _____     11/27/07
    Lino S. Tenorio                                   Date
    Commissioner of Corrections

4

**000048**

**EXHIBIT F--SANITATION**



## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

### DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Food Service | Meal Services | 4.3.4 | |
| **ACA Standards** | 3-ALDF-4C-03 Accurate Records are Maintained for Meals Served; 3-ALDF-4C-08 Use of Food as a Disciplinary Measure Prohibited; 3-ALDF-4C-15 Meals are Served With Staff Supervision; 3-ALDF-4C-16 Three Meals are Served Per Day | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures | | | |

## I.   PURPOSE

To establish guidelines in providing meals to inmates/detainees while incarcerated in the Department of Corrections (DOC) facility.

## II.   POLICY

It is the policy of DOC to provide incarcerated offenders meals, which are nutritiously adequate, and properly prepared in a manner consistent with applicable health and sanitation requirements.

## III.   PROCEDURAL GUIDELINES

### A.  Three Meals per Day

1. All inmates/detainees incarcerated in the DOC facility for more than 24 hours will be provided three (3) meals per day.

2. The Housing Unit Officer will do a headcount on all the inmates/detainees in the housing unit 2 hours prior to each scheduled meal and report the count to Central Control. The headcount result is the number of meals that will be served in the housing unit.

3. At least two (2) hot meals will be served during the 24 hour period.

1

4. Variations in meals served may be allowed based on weekend and holiday food service demands provided basic nutritional goals are met.

5. Meal schedules

    a. Breakfast – 6:30 a.m. to 7:30 a.m.
    b. Lunch – 11:30 a.m. to 12:30 p.m.
    c. Dinner – 4:30 p.m. to 5:30 p.m.

## B. Meal Service

1. All inmate/detainee meals will be served in the housing unit dayrooms unless conditions dictate otherwise, and to have inmates/detainees eat in his/her cell.

2. Food cart will be brought to the housing unit dayrooms based on the meal schedule. The Housing Unit Officer will ensure that all inmates/detainees received their meals.

3. All inmates/detainees will consume their meals in accordance to the meal schedule. No left-over food will be taken to the sleeping areas.

4. All inmates/detainees will return their meal containers including left-over meals to the food cart. The food cart will be returned to the kitchen soon after the meal schedule for cleaning.

5. Housing Unit Officer will observe all the inmates/detainees and report to the Shift Commander inmates/detainees that did not consume their meals. These inmates/detainees will be seen by the Shift Commander to determine if there is a problem with the meal and/or have other problems.

6. The Housing Unit Officer will ensure that no inmate/detainee is taking someone else's meal. Inmate/detainee observed taking another inmate's/detainee's meal will be issued a citation.

## C. Use of Food as Disciplinary Measure is Prohibited

1. All inmates/detainees except those on special medical or religious diets should eat the same meals.

2. Food should not be withheld, nor the standard menu varied, as a disciplinary sanction against an inmate/detainee.

2

**EXHIBIT F--SANITATION**

Reviewed By: _____          _____
Gregory F. Castro                                                    Date
Director of Corrections

Approved By: _____          _____
Lino S. Tenorio                                                       Date
Commissioner of Corrections

3

**EXHIBIT F--SANITATION**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION VII
OPERATIONS

| | |
|---|---|
| TOPIC: **MEAL SERVICE** | POLICY STATEMENT NO: 7.21 I |
| **FOOD SERVICE COORDINATOR** | |
| DATE ORIGINATED: 4/03 | PAGE 1 OF 2 |
| REVISED | |

### I. PURPOSE

To establish procedures for the serving of nutritious meals and snacks to the minors detained in the Kagman Juvenile Detention and Correctional Facility.

### II. POLICY

A.   All foodstuff shall be prepared and served only under the immediate supervision of the Food Service Coordinator or a staff member trained in basic food protection and hygiene techniques.

B.   All staff members assigned to supply or handle food shall receive training in the basic principles of food protection and food hygiene by the local public health authority or other competent source. All training shall be documented and records maintained in that staff members training tile.

    (1)   All persons handling food shall have a current negative TB screening. *Refer to Policy Statement 8.28.*

C.   All food transport carts or warmers shall be insulated to ensure that hot foods are transported and/or stored before and through their service to the detainees at or over 140 degrees Fahrenheit. Cold foods shall be kept sufficiently cold to prevent the growth of dangerous bacteria, generally below 40 degrees Fahrenheit.

D.   Food service shall ensure a fair and equal portion is given to each minor in a sanitary manner.

E.   Minors assisting with food service must wash their hands immediately prior to starting the work assignment, be properly dressed, including hairnet, if required, wear rubber gloves and not be exhibiting any signs of being ill (coughing, sneezing, runny nose, etc.),

F.   Any food or consumables that are stored at the facility in a frozen condition shall be maintained at or below 0 degrees Fahrenheit.

**000052**

**EXHIBIT F--SANITATION**

**III. PROCEDURE**

A.      The Community Health Center Main Kitchen shall provide prepared food to the facility and shall be responsible for meeting all requirements of the applicable Health and Sanitation Codes.

B.      Facility staff shall transport food stuffs from CHC kitchen and bring it to the facility per Policy Statement 7.27.

C.      Staff transporting food shall take it directly into the Kitchen/Pantry where it will be prepared for delivery to the Housing/Living Units.

    (1)      Food carts will not be left standing outside.

D.      Staff members shall directly supervise all work crew members during food service.

E.      Only minors on Behavior Level B or higher and security classification l or 2 shall be allowed to work on the food service crew. Refer to Policy Statement 7.29.

F.      Before allowing a meal to be served, the staff` member who will supervise the food service shall insure that all food has been delivered per the menu, and that the hot food is at least l40° fC

G.      The staff member shall record the number of all meals served at each meal time in the Meals I and also note in each minors Unit file if and how much that minor ate at each meal (Food In' - Log sheet).

H.      Staff members shall insure that meals are served and consumed in an orderly fashion, and that Unit security is maintained before, during and after meals.

I.      If a minor misses a regularly scheduled facility meal, she/he shall be provided with a sandwich or a substitute meal and beverage.

J.      Minors who are segregated for discipline or other purposes shall be served their food in their rooms. All other minors shall be served in the dining area. Minors who are disruptive may not be denied the opportunity to finish eating, but may be sent to their rooms to finish the meal.

**000053**

**EXHIBIT F--SANITATION**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION VII
OPERATIONS

---

TOPIC: **FREQUENCY OF MEALS**                    POLICY STATEMENT NO: 7.22

DATE ORIGINATED: 4/03                            PAGE l OF l

REVISED:

---

**I. PURPOSE**

To establish guidelines for providing meals to minors detained in the Kagman Juvenile Detention and Correctional Facility.

**II. POLICY**

A.      Food shall be served three times in any 24-hour period.

(1)      At least one meal shall include hot food;
(2)      If more than l4 hours passes between meals, supplemental food shall be served.

B.      Minors on medical diets, requiring more than three meals shall be served supplemental food as prescribed by their diets.

C.      A minimum of 20 minutes shall be allowed for the actual consumption of each meal, excluding meal service time.

D.      Minors missing a scheduled meal or during admission shall be provided with a sandwich or a substitute meal and beverage upon completion of the Housing/Living Unit booking process. *Refer to Policy Statement 7.01.*

E.      Supplemental food will be served in less than the l4—hour period for minors on medical diets requiring more than three meals daily.

**000054**

**EXHIBIT F--SANITATION**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION VII
OPERATIONS

| | |
|---|---|
| TOPIC: **DIET** | POLICY STATEMENT NO: **7.23** |
| DATE ORIGINATED: 4/03 | PAGE 1 OF 1 |
| REVISED: | |

**I. PURPOSE**

To establish policies on a proper diet for minors detained in the Kagman Juvenile Detention and Correctional Facility.

**II. POLICY**

A.    All meals and snacks shall be provided by or through the Kagman Juvenile Detention and Correctional Facility.

B.    All meals shall be prepared and/or deliver under the supervision of stat? members trained per Policy Statement 7.21.

C.    Food not specifically provided by the facility shall not be allowed into the facility.

**III. PROCEDURE**

A registered dietitian experienced in adolescent nutrition requirements shall plan the menu for the facility.

**EXHIBIT F--SANITATION**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION VII
OPERATIONS

---

TOPIC: **THERAPEUTIC DIET**                    POLICY STATEMENT NO: 7.24

DATE ORIGINATED: 4/O3                          PAGE l OF l

REVISED:

---

I. PURPOSE

   To provide guidance for administering therapeutic diets requirements.

II. POLICY

   A      Special nutritional needs of individual minors in detention shall be accommodated. Prescription
          of therapeutic diets is the sole province of the attending physician.

   B.     Diets required by religious beliefs shall be similarly delivered. See Policy Statement 9.05.

III. PROCEDURE

   A.     The Community Health Center Kitchen Food Service Supervisor shall be notified of any special
          dietary needs by the dietitian.

   B.     A registered dietitian experienced in adolescent nutrition shall plan any special therapeutic diet.

   C.     The registered dietitian shall retain the special diet orders for at least one year.

   D.     Facility staff shall ensure that the minor received the special diet as prescribed and prepared for
          him/her.

**000056**

**EXHIBIT F--SANITATION**

**KAGMAN JUVENILE DETENTI ON & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION VII
OPERATIONS

| | |
|---|---|
| TOPIC: **FOOD HANDLERS** | POLICY STATEMENT NO: 7.25 |
| **DISH WASHERS** | |
| DATE ORIGINATED: 4/O3 | PAGE 1 OF 2 |
| REVISED: | |

### I. PURPOSE

To establish policies and procedures for the handling of foodstuffs and cleaning of serving and eating utensils.

### II. POLICY

A.   Prior to assignment to the pantry/kitchen or other food handling tasks, minors shall be screened for food-borne contagious diseases, shin lesions and jaundice. Rejizr to Policy Statement 7.21 & 8.28.

B.   Food handlers, under the supervision of staff} shall be made aware of acceptable sanitary practices covering proper food handling and personal hygiene.

C. Food handlers, both adults and minors shall ware hairnets/hats, gloves and aprons while preparing or serving food.

D.   The importance of hand washing in particular shall be emphasized:
(1)   Prior to unpacking food;
(2)   Before serving food;
(3)   As often as necessary, during food preparation, to remove soil ar1d contamination and to prevent cross contamination;
(4)   When touching bare human body parts other than clean hands;
(5)   After using the toilet;
(6)   After coughing, sneezing, using a handkerchief or disposable tissue;
(7)   After using soiled equipment or utensils.

### III. PROCEDURE

A.   A health assessment of both minor and staff} including TB testing, shall be done prior to assignment to the kitchen/pantry.

B.   There must be an absence of recent exposure to and symptoms of food-bome contagious diseases, especially hepatitis and diarrheal disease by medical history.

**000057**

**EXHIBIT F--SANITATION**

C.      The intake health screening/physical shall be completed and the results placed in the minor's facility file prior to assignment to food service tasks.

D.      Minors successfully screened for food handling shall be advised of acceptable sanitary practices covering proper food handling techniques and personal hygiene, and the importance of hand washing shall be emphasized.

E.      There shall be a periodic reassessment of the health status of food handlers.

**000058**

# EXHIBIT F--SANITATION

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION VII
OPERATIONS

| | |
|---|---|
| TOPIC: **KITCHEN/PANTRY SANITATION** | POLICY STATEMENT NO: 7.26 . |
|       **& FOOD STORAGE ;** | |
| DATE ORIGINATED: 4/03 | PAGE l OF I |
| REVISED: | |

## I. PURPOSE

Establishing guidelines for kitchen/pantry facilities, sanitation and food storage in the Kagman Juvenile Detention and Correctional Facility.

## II. POLICY

A.    Kitchen/Pantry, sanitation, and food preparation service and storage shall comply with standard set forth in THE APPLICABLE HEALTH DEPARTMENT CODE SECTIONS. These policies shall apply to any and all contract vendors and the facility.

B.    Prior to handling or preparing food, cleaning and storing dishes or utensils, all minors and staff members shall thoroughly wash their hands using hot water and a disinfectant soap.

C.    All food trays, eating utensils and food storage containers shall be washed and rinsed in hot water (maximum l20'f ) prior to being placed in any sanitizing machine or solution.

D. All storage cabinets will remain locked when immediate access is not required.

## III. PROCEDURE

A.    In the absence of a sanitizing machine the following procedure shall be followed: (three sinks are required) .

    (1)    All sinks shall be filled with hot water. One sink will also contain dish soap and another with household bleach diluted to l00 PPM;

    (2)    Dishes/utensils shall be thoroughly washed in the soapy, hot water, ensuring that all foodstuffs are removed;

    (3)    The dishes/utensils will be rinsed in hot water, ensuring that all soap residue is removed;

    (4)    The dishes/utensils will be rinsed in the bleach solution;

        a.    They shall be submerged for a minimum of 30 seconds, then placed on the counter to air dry.

**000059**

# EXHIBIT F--SANITATION

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION VII
OPERATIONS

---

TOPIC: **FOOD SERVING**                     POLICY STATEMENT NO: **7.27**

DATE ORIGINATED: 4/03                     PAGE 1 OF 1 '

REVISED:

---

### I. PURPOSE

To establish guidelines for serving and ordering food in the Kagman Juvenile Detention and Correctional Facility.

### II. POLICY

A.   Food service shall be under the immediate supervision of trained facility staff members and as soon as possible after receiving the meal from the Community Health Center.

B.   Food shall be transported in insulated/heated carts or served on insulated containers/trays. *Refer to Policy Statement 7.21.*

### III. PROCEDURE

A.   Meals shall be ordered from the Community Health Centefs Main Kitchen:
  (1)   The Juvenile Correction Officer III shall confirm the number of meals required prior to ordering.
  (2)   Orders shall be telephoned into the CHC Kitchen no later than:
    a      Breakfast---0500
    b.     Lunch ------ 0900
    c.     Dinner ----- 1500

B. When ordering meals facility staff shall remind Kitchen staff of the need for fresh milk.

C. Meals are to be picked up at the CHC Kitchen by facility staff no later than:
  (1)   Breakfast ---- 0620
  (2)   Lunch ---·—-- 1 100 .
  (3)   Dinner ------- 1630

D. Meals shall be served at the following times:
  (1)   Breakfast —·----- 0700
  (2)   Lunch -—--·—--- 1200
  (3)   Dinner ------- 1700

000060

# EXHIBIT F--SANITATION

**Minimum Diet.**

The minimum diet which shall be met is based upon the current Recommended Dietary Allowances (RDA) of the Food and Nutrition Board of the National Research Council, National Academy of Sciences and the current Dietary Guidelines for Americans. The average daily caloric allowance for girls, 11-18 years of age, is 2000-2200 calories. An average caloric allowance for boys, ll-18 years of age, is 2500-3000 calories. Based on activity levels additional servings from the milk, vegetable-fruit, and bread-cereal groups shall be provided in amounts to assure caloric requirements. Pregnant minors shall be provided with a supplemental snack. In keeping with chronic disease prevention goals, total dietary fat should not exceed 30 percent of total calories on a weekly basis. Facilities electing to provide vegetarian diets for any reason shall also conform to the LI; dietary guidelines. The minimum diet in every 24 hour period shall consist of the full number of servings specified from each of the food groups below. Snacks may be included as part of the minimum diet.

(a) Protein Group. Includes beef veal, lamb, pork, poultry, fish eggs, cooked dry beans, peas, lentils, nuts, and peanut butter. The daily requirements shall be two servings selected from the combinations listed below. In addition, there shall be a requirement to serve a third serving from the legumes three days a week. <u>One serving equals one of the following examples:</u>

     2 to 3 oz. (without bone) lean, cooked meat, poultry or fish
     2 medium eggs
     1 cup cooked dry beans, peas or lentils
     3 Tbsp. peanut butter
     6 oz. Tofu

(b) Milk Group. Shall include milk or milk equivalents. A sewing provides at least 250 mg of calcium. All milk shall be pasteurized and fortified with vitamins A and D. The fortification standards shall: for vitamin D, 400 1.U. per Quart; for vitamin A, 2000 I.U. per quart. The daily requirement for milk or milk equivalent shall be 32 fluid ounces for persons 11-18 years of age, including pregnant and lactating women.

One serving is equivalent to 8 oz. (1 cup) of fluid milk (nonfat or lowfat, l or 2 percent), or <u>one of the following examples:</u>

     1 cup buttermilk
     1-1/2 oz. natural cheese
     2 oz. processed cheese
     1-1/2 cups of lowfat/nonfat cottage cheese
     1-1/2 cups of ice milk or ice cream
     1/3 cup nonfat dry milk
     1/2 cups nonfat or lowfat evaporated milk
     1 cup plain yogurt, nonfat or lowfat

## EXHIBIT F--SANITATION

(c) Vegetable-Fruit Group. Shall include all fresh, frozen and/or canned vegetables and fruits. One serving equals l/2 cups fruit or vegetable, or l/2 cups of full-strength juice; 1 medium apple, orange, banana, or potato; 1/2 grapefruit, or 1/6 large melon. The daily requirement shall be at least six servings including the specified type and frequency in each of the following categories:

(1)    One serving of a fresh fruit or vegetable

(2)    One serving of a Vitamin C containing 30 mg or more. The following are examples of` vitamin C sources:

| | |
|---|---|
| Orange | Orange Juice |
| Grapefruit | Grapefruit Juice |
| Broccoli | Cantaloupe or honeydew melon |
| Brussels Sprouts | Tomato Juice |
| Green and Red Peppers (not dehydrated) | Vegetable Juice Cocktail |
| Strawberries | Tangerine, large |
| Cauliflower | Cabbage |
| Asparagus | Tomato puree |
| Greens, including collards, kale | Tomato paste |
| turnip and mustard greens | Tomato sauce (6 oz.) |
| Potatoes (baked only) | |

(3)    One sewing of a Vitamin A source fruit or vegetable containing 2000 I.U. The following are examples of vitamin A sources:

| | |
|---|---|
| Cantaloupe | Peas and carrots |
| Carrots | Red peppers |
| Greens, including kale, beets, chard, mustard, turnips or spinach | Sweet potatoes or yams |
| | Apricot nectar (8 oz.) |
| Mixed vegetables with carrots (frozen) | Apricots |
| Pumpkin | Vegetable juice cocktail (8 oz.) |
| | Winter squash |

(d) Grain Group: Shall include bread, rolls pancakes, sweet rolls, ready—to-eat cereals, cooked cereals, com bread, pasta, rice, tortillas, etc. and any food item containing whole or enriched grains. At least three servings from this group shall be make or partially (50-100%) made with whole grain products. The daily requirement for minors shall bg minimum of six servings. One serving equals one of the following examples:

| | |
|---|---|
| White (including French and Italian), whole wheat, rye, pumpemickel, or raisin bread | l slice |
| Bagel, small | 1/2 |
| English muffin, small | 1/2 |
| Plain roll, muffin or biscuit | 1 |
| Frankfurtcr roll | 1/2 |
| Hamburger bun | 1/2 |
| Dry bread crumbs | 3 Tbsp. |

**000062**

# EXHIBIT F--SANITATION

Crackers:

| | |
|---|---|
| Arrowroot | 3 |
| Graham, 2-1/2" | 2 |
| Matzo, 4" x 6" | 1/2 |
| Oyster | 20 |
| Pretzels, 3·l/8"long, l/8"dia. | 25 |
| Rye wafers, 2" x 3 l/2" | 3 |
| Saltines | 6 |
| Soda crackers, 2-1/2"sq. | 4 |

| | |
|---|---|
| Ready-to-eat unsweetened cereal | 3/4 cup |
| Cereal, cooked | 1/2 cup |
| Rice, barley, pastas, spaghetti, macaroni, noodles, etc. | 1/2 cup |
| Cornmeal, dry | 2 Tbsp. |
| Flour (wheat, whole wheat, carob, soybean, cornmeal, etc.) | 2-1/2 Tbsp |
| Wheat germ | 1/4 cup |
| Pancakes, 5" | 1 |
| Waffle, 5" | 1 |
| Tortilla, 6" | 1 |

The following grains are <u>examples that meet</u> the whole grain requirement:

| | |
|---|---|
| Barley | Popcorn |
| Rolled Oats | Couscous |
| Cracked wheat (bulgur) | Rye |
| Bran | Com meal (germed) |
| Whole wheat flour | Soybean flour |
| Brown rice | Carob flour |

The following bread-cereal products are examples that meet the whole grain requirement:

| | |
|---|---|
| Oatmeal | Whole wheat bread |
| Pumpernickel bread | Corn tortilla |
| Whole wheat rolls | Whole grain hot cereal |
| Whole wheat flour tortilla | Grits |
| Whole grain bagels, muffins and crackers | Whole grain pancakes and waffles |
| Whole grain ready—to—eat cereal | Graham crackers |

**Therapeutic Diets.**

<u>Only the attending physician shall prescribe a therapeutic diet</u>. The therapeutic diets utilized by a facility shall be planned, prepared and served with consultation of a registered <u>dietitian.</u> The facility manager shall comply with any therapeutic diet prescribed for a minor. Diet orders shall be maintained on tile for at least one year.

Each facility <u>will provide therapeutic diets and maintain a therapeutic diet manual</u>, which - includes <u>current</u> sample menus. lt shall be available to in-facility medical personnel and food service staff for reference and information. A registered dietitian shall review, and the responsible physician shall approve, the diet manual on an annual basis.

**000063**

**EXHIBIT F--SANITATION**

**Menus.**

Menus shall be planned at least one month in advance of their use where kitchen facilities are a part of the facility. Such menus shall be planned to provide a variety of foods considering the cultural and ethnic makeup of the facility, thus preventing repetitive meals. Menus shall be approved by a registered dietitian before being used.

If any meal served varies from the planned menu, the change shall be noted in writing on the menu.

Menus, as planned and including changes, shall be retained for one year and evaluated by a registered dietitian at least annually.

**EXHIBIT F--SANITATION**

# NO KA OI

Termite & Pest Control (Saipan), Inc.
P.O. Box 500768 Saipan, MP 96950-0768
Phone: (670) 322-BUGS-2847
Fax: (670) 322-PEST-7378

Date of Service ___ 02 11 13
Time In ___ 8:30 ___ Time Out ___ 10:40
Name ___ DEPT. OF CORRECTIONS
Service Address ___ SUSUPE

## DESCRIPTION OF SERVICE

SENTRICON / PEST CONTROL

CHECKED ALL BAITED PERIMETER TERMITE STATIONS. FOUND
ST # 73 & #74 BAITS CONSUMED AT 20% / 15% RESPECTIVELY.
INTERIOR / EXTERIOR SPRAYING FOR ANTS / ROACH & OTHER
CRAWLING PESTS USING RESIDUAL INSECTICIDE - ESCORTED BY
**Remarks:** CAPT. PANGELINAN

3 GAL SUSPEND SC

A.45

ST # 73 & 74 = BOTH INACTIVE

I hereby acknowledge the satisfactory
completion of the above described work ___

Technician ___ LOUIE C.

---

# NO KA OI

Termite & Pest Control (Saipan), Inc.
P.O. Box 500768 Saipan, MP 96950-0768
Phone: (670) 322-BUGS-2847
Fax: (670) 322-PEST-7378

Date of Service ___ 4.02.13
Time In ___ 8:20 ___ Time Out ___ 9:50
Name ___ DEPARTMENT OF CORRECTION
Service Address ___ SUSUPE

## DESCRIPTION OF SERVICE

- SENTRICON -

CHECKED ALL IN-GROUND TERMITE STATIONS AROUND THE PERIMETER
OF THE BUILDING. FOUND NO NEW TERMITE ACTIVITY. SEEN ALL THE
STATIONS ALL ARE WITH ALWAYS ACTIVE. NO BAITS. STATION #73
IS ALREADY INACTIVE

**Remarks:**

½ GAL SUSPEND SC

4/45

- RESIDUAL SPRAYING FOR INTERIOR
AREAS OF THE LIBRARY AND THE
POD 4 HALLWAYS AND VACANT ROOM
WHERE WE SEEN ANTS SEEN. THE KES
NOTE SHELVING (WOODEN) THE LIBRARY IS

I hereby acknowledge the satisfactory
completion of the above described work ___

Technician ___ JEFF C.

# EXHIBIT F--SANITATION



## NO KA OI
Termite & Pest Control (Saipan), Inc.
P.O. Box 500768 Saipan, MP 96950-0768
Phone:  (670) 322-BUGS-2847
Fax:    (670) 322-PEST-7378

Date of Service _____

Time In _8:16_    Time Out _____

Name _DEPARTMENT OF CORRECTION BLDG_

Service Address _SUSUPE_

### DESCRIPTION OF SERVICE

- SENTRICON/GPC -

TECH INSPECTED ALL IN-GROUND STATIONS AROUND THE ENTIRE BUILDING. FOUND NO NEW SIGN OF TERMITES ACTIVITY SEEN. STATION #112 ALREADY INACTIVE. LIKE 30% BAIT CONSUMPTION. ALL IN ALWAYS ACTIVE BAIT. TECH ALSO TREATED INTERIOR AREAS OF THE BUILDING.

Remarks: POD 1,2,3,4 INCLUDING INMATE BUNKS, HALLWAY, SERVER AREA, CONTROL, LAUNDRY, STAFF CAFETERIA, STORAGE TOGETHER WITH THE ADMIN AREAS USING TEMPO ULTRA VP INSECTICIDE.

A. 45

2 GALS. TEMPO ULTRA VP INSECTICIDE (DILUTED)

I hereby acknowledge the satisfactory completion of the above described work  Capt. Joseph K. _____    Technician  ERNIE M.
Print name and sign

---

## NO KA OI
Termite & Pest Control (Saipan), Inc.
P.O. Box 500768 Saipan, MP 96950-0768
Phone:  (670) 322-BUGS-2847
Fax:    (670) 322-PEST-7378

Date of Service _12.12.12_

Time In _8:30_    Time Out _9:30_

Name _DEPT. OF CORRECTIONAL BUILDING_

Service Address _SUSUPE_

### DESCRIPTION OF SERVICE

- TERMITE INSPECTION / SENTRICON -

CONDUCT INTERIOR TERMITE INSPECTION @ THE LIBRARY, DOCTORS OFFICE, ROOM, KITCHEN STORAGE, INTERIOR BACKSIDE PLUMBING PIPELINES. FOUND ALL AREAS ARE DRY AND NO MORE TERMITE ACTIVITY SEEN. INSPECTED ALSO IN-GROUND TERMITE STATIONS AROUND THE PERIMETER

Remarks: OF THE BUILDING. FOUND STATION #30 ACTIVE WITH TERMITES. ALL OTHER STATIONS ARE WITH NEW ALWAYS ACTIVE NO BAIT.

A/30

I hereby acknowledge the satisfactory completion of the above described work  Capt. Jos _____    Technician  JEFF C. _____
Print name and sign



000066

# EXHIBIT F--SANITATION

## NO KA OI

Termite & Pest Control (Saipan), Inc.
P.O. Box 500768 Saipan, MP 96950-0768
Phone: (670) 322-BUGS-2847
Fax: (670) 322-PEST-7378

Date of Service _____
Time In 8:10  Time Out _____
Name DEPARTMENT OF CORRECTION BLDG
Service Address SUSUPE

### DESCRIPTION OF SERVICE

— SENTRICON/GPC —

TECH INSPECTED ALL IN-GROUND STATIONS AROUND THE ENTIRE BUILDING & FOUND NO NEW SIGN OF TERMITES ACTIVITY SEEN. STATION #22 ALREADY INACTIVE / LIKE 30% BAIT CONSUMPTION. ALL IN ARE NO ACTIVE BAIT. TECH ALSO TREATED INTERIOR AREAS OF THE BUILDING

Remarks: POD 1, 2, 3, 4 INCLUDING INMATE BUNKS, HALLWAY, CONTROL LAUNDRY, STAFF CAFETERIA / STORAGE TOGETHER WITH THE ADMIN AREAS USING TEMPO ULTRA/VP INSECTICIDE

A. 45

½ GALS. TEMPO ULTRA VP INSECTICIDE (DILUTED)

I hereby acknowledge the satisfactory completion of the above described work _____ Technician

## NO KA OI

Termite & Pest Control (Saipan), Inc.
P.O. Box 500768 Saipan, MP 96950-0768
Phone: (670) 322-BUGS-2847
Fax: (670) 322-PEST-7378

Date of Service 12.12.12
Time In 8:30  Time Out 9:30
Name DEPT. OF CORRECTION BUILDING
Service Address SUSUPE

### DESCRIPTION OF SERVICE

— TERMITE INSPECTION / SENTRICON —

CONDUCT INTERIOR TERMITE INSPECTION @ THE LIBRARY LADIES, STAFF ROOM, KITCHEN, STORAGE, INTERIOR BLOCKS/SIDE PLUMBING PIPELINE ALL AREAS ARE DRY AND NO MORE TERMITE ACTIVITY INSPECTED ALSO IN-GROUND TERMITE STATIONS AROUND THE ENTIRE

Remarks: ENTIRE BUILDING, FOUND STATION # 30 ACTIVE WITH TERMITE OTHER STATIONS ARE WITH NEW ALWAYS ACTIVE NO BAIT

A. 30

I hereby acknowledge the satisfactory completion of the above described work Capt. Jose P_____ Technician


000067

**EXHIBIT F--SANITATION**

# NO KA OI

**Termite & Pest Control (Saipan), Inc.**
P.O. Box 500768 Saipan, MP 96950-0768
Phone:    (670) 322-BUGS-2847
Fax:      (670) 322-PEST-7378

Date of Service _01~23~13_

Time in _8:50_          Time Out _9:45_

Name _Kagman Juvenile Detention_

Service Address _Kagman_

| DESCRIPTION OF SERVICE |
|---|
| ~ General Pest Control ~ |
| Residual Spraying Treatment of all Exterior Areas of Buildings and Walkways as well as Interior of Housing Unit A using Tempo Ultra WP for Ants and other Crawling Insects. |
| Remarks: 2½ gallons Tempo |

I hereby acknowledge the satisfactory completion of the above described work _____
Print name and sign

Technician _Chris D.S. / SCPCC._
Signature

**000068**

**EXHIBIT F--SANITATION**

# NO KA OI

Termite & Pest Control (Saipan), Inc.
P.O. Box 500763 Saipan, MP 96950-0766
Phone: (670) 322-8(NO)-2847
Fax: (670) 322-PEST-7378

Date of Service _10~30~12_

Time in _8:35_   Time Out _9:25_

Name _Juvenile Detention Facility_

Service Address _Kagman_

## DESCRIPTION OF SERVICE

~ General Pest Control ~

Residual Spraying Treatment of Interior Areas of Courtyard and Exterior of Building using Suspend SC Insecticide for Ants and other Crawling Pests.

Chemical: 2 gallons Suspend SC

I hereby acknowledge the satisfactory completion of the above described work _Ricardo Pasa_  Technician _Lonie / Chris_

Print name and sign    Signature

**000069**

## EXHIBIT F--SANITATION

**NO KA OI**

Termite & Pest Control (Saipan), Inc.
P.C. Box 500768 Saipan, MP 96950-0768
Phone: (670) 322-BUGS-2847
Fax: (670) 322-PEST-7378

Date of Service: 10~30~12

Time in: 8:35    Time Out: 9:25

Name: Juvenile Detention Facility

Service Address: Kagman

---

### DESCRIPTION OF SERVICE

~ General Pest Control ~

Residual Spraying Treatment of Interior Areas of Courtyard and Exterior of Building using Suspend SC Insecticide for Ants and other Crawling Pests.

Remedies: 2 gallons Suspend SC

I hereby acknowledge the satisfactory completion of the above described work  Ricardo Pass    Print name and sign    Pest Technician  Lowie / Chris    Signature

**000070**

**EXHIBIT F--SANITATION**

## NO KA OI

Termite & Pest Control (Saipan), Inc.
P.O. Box 500768 Saipan, MP 96950-0768
Phone: (670) 322-BUGS-2847
Fax:     (670) 322-PEST-7378

Date of Service _____ 07.24.12

Time In 8:30 ___ Time Out 10:00

Name ___ KAGMAN JUVENILE DETENTION

Service Address ___ KAGMAN

### DESCRIPTION OF SERVICE

PEST CONTROL

RESIDUAL SPRAYING FOR ANTS/ROACH & OTHER
CRAWLING INSECTS USING TEMPO WP. TREATED
EXTERIOR AREAS/WALKWAYS, DOOR/WINDOW FRAMINGS
& INTERIOR — VACANT/AVAILABLE ROOMS/KITCHEN AREA.

Remarks: 3 GAL TEMPO WP.

JDU FY13

I hereby acknowledge the satisfactory
completion of the above described work : Gus
Print name and sign

Technician ___ WILLIE B.
Signature

---

## NO KA OI

Termite & Pest Control (Saipan), Inc.
P.O. Box 500768 Saipan, MP 96950-0768
Phone: (670) 322-BUGS-2847
Fax:     (670) 322-PEST-7378

Date of Service 01~23~13

Time In 8:50 ___ Time Out 9:45

Name Kagman Juvenile Detention

Service Address Kagman

### DESCRIPTION OF SERVICE

~ General Pest Control ~

Residual Spraying Treatment of all Exterior Areas of Buildings
and Walkways as well as Exterior of Housing Unit A
using Tempo Ultra WP for Ants and other Crawling
Insects.

Remarks: 2½ gallons Tempo

I hereby acknowledge the satisfactory
completion of the above described work
000071
Print name and sign

Technician Chris D.S. / Scott
Signature

**EXHIBIT F--SANITATION**

Date of Service ___07.24.12___

Time in __8:30__ Time Out __10:00__

Name ___KAGMAN JUVENILE DETENTION___

Service Address ___KAGMAN___

## DESCRIPTION OF SERVICE

PEST CONTROL

RESIDUAL SPRAYING FOR ANTS / ROACH & OTHER CRAWLING INSECTS USING TEMPO WP. TREATED EXTERIOR AREAS / WALKWAYS, DOOR / WINDOW FRAMINGS & INTERIOR - VACANT / AVAILABLE ROOMS / KITCHEN AREA.

Remarks: 3 GAL TEMPO WP.

Gus AGUON          Technician ___LONIE B.___

**000072**

**EXHIBIT F--SANITATION**

# Commonwealth of the Northern Mariana Islands
## Office of the Governor
### Saipan, MP 96950

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON ALL INVOICES AND DELIVERY SLIPS

**No.** 573054-000 OP

Telephone: (670) 664-1500 Fax: (670) 664-1515

**DATE:** 02/28/14

**VENDOR:** NO KA OI TERMITE & PEST CONTROL
P.O.BOX 500768

SAIPAN, MP
96950

B POINT     :
IPPED VIA   :
LIVERY TIME:

### INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable, P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | GENERAL PEST CONTROL SERVICE (RODENTS) AT THE JUVENILE DETENTION FACILITY. AUTHORIZED PERSONNEL: ALBERT DELOS REYES JCO RICARDO RASA | .00 | 279.57 |
| | | | TOTAL | 279.57 |

ELIVER TO: MARPANDS - Saipan
COR-14-158/3022.62660
P.O. Box 10008  CK
Saipan MP
HIP VIA:  96950
Requested By : Dept. of Corrections-DPS

RELEASE DATE: 02/28/14

HERMAN S. SABLAN

**000073**
VENDOR

**EXHIBIT F--SANITATION**

# Commonwealth of the Northern Mariana Islands
## Office of the Governor.
### Saipan, MP 96950

Telephone: (670) 664-1500 Fax: (670) 664-1515

**DATE:** 02/28/14

**VENDOR:** NO KA OI TERMITE & PEST CONTROL
P.O.BOX 500768

SAIPAN, MP
96950

FOB POINT     :
SHIPPED VIA   :
DELIVERY TIME:

# PURCHASE ORDER

THIS NUMBER MUST APPEAR ON
ALL INVOICES AND DELIVERY SLIPS

**No.** 573053-000 OP

### INSTRUCTIONS

1. P.O. number must appear on all invoices, packages, packing lists, and other related documents.

2. Payments requests, prior to receipt of shipment, must include proof of shipment with invoice.

3. The CNMI Government reserves the right to reject any or all items received that are not in compliance with ordered specifications.

4. AIRMAIL original invoices attached to the original corresponding CNMI Government Purchase Orders to the Division of Finance & Accounting. Att: Accounts Payable P.O. Box 5234 CHRB Saipan, MP 96950. All correspondence with regards to payments must be directed to the above.

5. All correspondence regarding shipment of this order is to be directed to the Director, Procurement & Supply, CNMI.

6. Any refund check should be made payable to CNMI Treasury. Mail all refund to the above address.

| QUANTITY | UNITS OF ISSUE | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | LO | GENERAL PEST CONTROL SERVICE (ANTS, ROACHES, AND OTHER CRAWLING BUGS) AT THE JUVENILE DETENTION FACILITY AUTHORIZED PERSONNEL: ALBERT DELOS REYES JCO RICARDO RASA | .00 | 250.50 |
| | | | TOTAL | 250.5 |

DELIVER TO: MARPANDS - Saipan
COR-14-159/3022.62660
P.O. Box 10008  CK
Saipan MP
SHIP VIA: 96950
Requested By : Dept. of Corrections-DPS

RELEASE DATE : 02/28/14

HERMAN S. SABLAN

**000074**

VENDOR

## EXHIBIT F--SANITATION



### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

### DEPARTMENT OF CORRECTIONS



Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|------------|-------------|
| Institutional Services | Sanitation and Hygiene | Housekeeping | 4.4.4 | |
| ACA Standards | 3-ALDF: 4D-01 Sanitation Inspections; 4D-05 Daily Housekeeping and Regular Maintenance | | | |
| Consent Decree | Paragraph 42 Ensure that the local public health authority shall conduct health inspections; Paragraph 54 Develop Facility Policy and Procedures | | | |

I.　PURPOSE

To establish housekeeping procedures for the Department of Corrections (DOC) facility.

II.　POLICY

It is the policy of DOC to promote a healthy and safe living and work environment by requiring all inmates/detainees to maintain cleanliness in their individual work/living cells, dayrooms, shower facilities and exercise yard, staff offices and duty stations.

III.　DEFINITIONS

**Custodian:** Is a civilian or an inmate who is responsible for cleaning specific areas in the facility.

**Common Areas:** Are authorized areas within the housing unit where inmates/detainees spend their time as scheduled on a basis (e.g. Dayrooms and recreational areas).

**Rover:** Is an escort officer within the facility.

**Medical Staff:** Is a physician, physician assistant and/or nurse.

**Inmate Worker:** Is an inmate assigned to a task/duty within the facility.

IV.　PROCEDURES

A. Daily Housekeeping

1. The Housekeeping policy and procedures is established to ensure the facility is clean, safe and sanitary consistent with general sanitation standards and that it is inspected quarterly by the Sanitation Division, Department of Public Health.

1

**000075**

# EXHIBIT F--SANITATION

2. The Logistics Section will establish a daily housekeeping schedule for each housing unit and other areas of the facility.

3. The following areas will be cleaned by officers or maintenance staffs:

    a. Central Control
    b. Housing Control
    c. Booking/Release Counter
    d. Property Room
    e. Nurse Station
    f. Electrical Rooms/Computer Rooms
    g. Armory

4. The daily housekeeping schedule will include specific assignments for inmates/detainees assigned to housekeeping duties and a time schedule for completion.

5. The daily Shift Commander will ensure the duty officer on each housing unit carries out the daily housekeeping schedule.

6. The duty officer will ensure that waste disposal procedures are followed.

7. Mops, rags, plastic containers are cleaned prior to storage. Any hazards or unclean conditions will be addressed by the duty officer. Any hazards or unclean conditions that cannot be addressed by the duty officer must be reported to the Shift Commander for corrective action.

8. The duty officer will submit to the Shift Commander a list of needed cleaning supplies and equipment. The Shift Commander will deliver the list of necessary cleaning supplies and equipment to the Maintenance and Housekeeping Unit for procurement.

9. The duty officer will supervise all inmates/detainees who are on housekeeping assignments and will ensure that housekeeping activities are done properly and thoroughly.

10. All exits are clear for passage & not blocked in any manner. Floors are clean, dry and free of hazardous substances; fire equipment is accessible; no vermin or pest infestation is evident; and no plumbing leaks in the water system.

**B. Cells**

1. All housing units will be cleaned by inmates/detainees and inmate custodians under direct supervision of the Housing Unit officer or staff.

2

**000076**

# EXHIBIT F--SANITATION

2. Individual inmates/detainees will be responsible for the cleaning of their cells and common areas. Inmate custodian will be responsible for cleaning the cells of inmates with mental disability, violent inmates and inmates who refuse to clean their cells. The Shift Commander will acknowledge and approve the removal of these inmates/detainees prior to cleaning their cells. The Housing Unit officer will supervise and ensure that the following are performed:

  a. The floor is swept.
  b. Sinks and toilets are clean.
  c. Beds are made.
  d. Trash is taken out of the dayroom for disposal.
  e. Laundries are removed and send to be washed.
  f. Dust &/or wipe down all other areas not mentioned, i.e. stairway rails, bunks, tables & chairs etc.
  g. Any additional cleaning duties as assigned by the Housing unit officer are completed.

## C. Common Areas

1. Inmates/Detainees will be responsible for the cleaning of the common areas such as dayrooms, shower facilities and exercise yards in their housing pods. The Housing Unit officer will ensure that the following are done:

  a. Stairways are swept.
  b. Floor is mopped.
  c. Exercise yard is swept and cleaned.
  d. Windows are cleaned.
  e. Telephones, televisions, furniture, door- frames and light fixtures are wiped down.
  f. Clean and disinfects dayroom and inmate showers, toilets, and sinks.
  g. Dayroom trash containers are emptied and liners replaced.
  h. Soap dispensers are filled.
  i. Additional duties assigned by the Housing Unit Officer are completed.

2. Cleaning supplies will be secured in the housing unit Custodial Storage Room and distributed to the inmates/detainees or inmate workers by the Housing Unit Officer as required.

## D. Medical Station

1. The Medical Station will be cleaned by medical staff and/or maintenance staffs.

2. Medical staff will be responsible for cleaning all medical equipment in accordance with applicable health standards.

3

3. All needles, scalpels, razors, and infectious/hazardous waste will be placed into separate storage by a medical staff member and brought to the Commonwealth Health Center for proper disposal.

E. **Food Service Areas**

1. It is the responsibility of the food contractor to ensure that all food service areas are cleaned consistent with sanitation standards. The contractor will supervise employees in daily routine cleaning duties.

2. The sanitation inspector will inspect on a quarterly basis the food service areas to ensure compliance with all applicable health and sanitation rules and regulations. The sanitation inspector's recommendations shall be implemented within fifteen (15) days from the time it was received.

3. All kitchen cleaning equipment will be kept separate from the other cleaning equipment.

4. All cleaning equipment and supplies will be secured in the Custodial Storage Room and issued when needed.

F. **Laundry**

1. Based on the laundry scheduled, the assigned housing unit officers will ensure that all inmates/detainees will get all their laundry out and place it outside their assigned cells to be picked up by the assigned inmate for washing, according to the laundry schedule posted in each housing unit. (Refer to the policy on Laundry).

2. The inmate worker assigned to do laundry and the rover will pick up all laundry to be washed and returned to each inmate/detainee. (Refer to the policy on Laundry).

3. After laundry, the inmate assigned to the laundry duties will perform the following functions:

   a. Clean and wipe down all equipment.
   b. Sweep and mop all tiled floor areas.
   c. Wipe down all windows, walls and doorframes.
   d. Empty all trash containers, replace liners and remove bagged trash to the loading dock for pick up and disposal.
   e. Will never attempt to touch the door knob of bail hole leading to the roof.

4

**000078**

# EXHIBIT F--SANITATION

### G. Inmate Custodians

1. All inmate custodians will be under direct supervision of the rover when cleaning the following areas:

   a. Staff Locker Rooms.
   b. Briefing Room.
   c. Administrative Office and Public Lobby.
   d. Laundry Room.
   e. Staff Offices.
   f. Public and Inmate Visiting Area.
   g. Corridors and Sally Port Areas.

2. The inmate custodians will perform the following functions:

   a. Sweep, mop and polish tiled floor areas.
   b. Clean all accessible windows.
   c. Clean and disinfect staff and public restrooms.
   d. Empty all trash containers and replace with new liners.
   e. Remove bagged trash.
   f. Wipe down all furniture, walls, windowsills and doorframes.

### H. Inspection

1. The Sanitation Inspector from the Commonwealth Health Center will inspect the facility to ensure that all sanitation and health rules and regulations are being complied with. A copy of the Sanitation Inspector's report shall be filed at the Maintenance and Housekeeping Unit.

2. Internal inspection of the facility will by conducted as follows:

   a. The Shift Commander will inspect each housing unit, toilets, lavatory sinks, shower areas, sally port and common areas soon after daily housekeeping assignment is completed to ensure cleanliness. Any hazards and/or unsatisfactory conditions must be corrected.

   b. The Housing Unit Officer will inspect daily all cells to ensure that bed is neatly and tightly made, clothing and other authorized items in the cells are properly stowed in the storage bin and floor is swept and mopped.

   c. The Housing Unit Officer will inform the inmate/detainee any unsatisfactory conditions in the cell and will require the inmate/detainee to correct the unsatisfactory conditions.

5

**000079**

# EXHIBIT F--SANITATION

      d. The Housing Unit Officer will issue Inmate Disciplinary Citation on inmate/detainee who does not comply with the housekeeping rules and regulations.

3. The Safety Officer will inspect once a week all housing units, food service areas, common areas, storage areas, toilets and shower areas to ensure that they are cleaned and properly maintained. A written report will be submitted to the Shift Commander and Maintenance and Housekeeping Unit for corrective action on all unsatisfactory conditions.

Reviewed By: _____   12/17/14

        Gregory F. Castro                             Date

        Director of Corrections

Approved By: _____   12/17/07

        Lino S. Tenorio                             Date

        Commissioner of Corrections

6

# EXHIBIT F--SANITATION



### DEPARTMENT OF CORRECTIONS
#### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Tamla Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2703 Facsimile: (670) 664-9515



Eloy S. Inos
GOVERNOR

Jude U. Hofschneider
LT. GOVERNOR

Ramon C. Mafnas
COMMISSIONER

## Pod 2 Housing Unit Housekeeping Schedule

Date_____

0715-0900 Cell Rooms and Common Areas_____
1500-2100 Laundry_____

The duty officer will ensure that waste disposal procedures are followed in disposing trash and other waste materials. Mops, rags, plastic containers are cleaned prior to storage. Any hazards or unclean conditions will be addressed by the duty officer. Any hazards or unclean conditions that cannot be addressed by the duty officer must be reported to the shift supervisor for corrective action.

The duty officer will supervise all inmates/detainees who are on housekeeping assignments and will ensure that all exits are not blocked and are usable; floors are clean, dry and free of hazardous substances; fire equipment is accessible; no vermin or pest infestation is evident; and no plumbing leaks in the water system.

**The Following instruction must be used as basis for the daily housekeeping of the housing unit/Sections.**

A. Cells

1. All housing units will be cleaned by inmates/detainees and inmate custodians under direct supervision of the Housing Unit officer.

2. Individual inmates/detainees will be responsible for the cleaning of their cells and common areas. Inmate custodian will be responsible for cleaning the cells of inmates with mental disability, violent inmates and inmates who refuse to clean their cells. The Shift Commander will acknowledge and approve the removal of these inmates/detainees prior to cleaning their cells. The Housing Unit officer will supervise and ensure that the following are performed:

   a. The floor is swept.
   b. Sinks and toilets are clean.
   c. Beds are made.
   d. Trash is taken out of the dayroom for disposal.
   e. Laundries are removed and send to be washed.
   f. Any additional cleaning duties as assigned by the Housing unit officer are completed.

B. Common Areas

1. Inmates/Detainees will be responsible for the cleaning of the common areas such as dayrooms, shower facilities and exercise yards in their housing pod. The Housing unit officer will ensure that the following are done:

   a. Stairways are swept.
   b. Floor is mopped.
   c. Exercise yard are swept and cleaned.
   d. Windows are cleaned.
   e. Telephones, televisions, furniture, door-frames and light fixtures are wiped down.
   f. Clean and disinfects dayroom and inmate showers, toilets, and sinks.
   g. Dayroom trash containers are emptied and liners replaced.
   h. Soap dispensers are filled.
   i. Additional duties assigned by the Housing unit Officer are completed.

2. Cleaning supplies will be secured in the housing unit custodial closet and distributed to the inmates/detainees or inmate workers by the housing unit officer as required.

Mini Control Officer: _____    Shift Commander: _____
                              Print and Sign                                    Print and Sign

# EXHIBIT F--SANITATION



## DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Soman Building
P. O. Box 906505, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2710 Facsimile: (670) 664-9515



Eloy S. Inos
**GOVERNOR**

Jude U. Hofschneider
**LT. GOVERNOR**

Ramon C. Mafnas
**COMMISSIONER**

## Pod 4 Housing Unit Housekeeping Schedule

**Date** _____

0715-0900 Cell Rooms and Common Areas_____
0715-1430 Laundry_____

The duty officer will ensure that waste disposal procedures are followed in disposing trash and other waste materials. Mops, rags, plastic containers are cleaned prior to storage. Any hazards or unclean conditions will be addressed by the duty officer. Any hazards or unclean conditions that cannot be addressed by the duty officer must be reported to the shift supervisor for corrective action.

The duty officer will supervise all inmates/detainees who are on housekeeping assignments and will ensure that all exits are not blocked and are usable; floors are clean, dry and free of hazardous substances; fire equipment is accessible; no vermin or pest infestation is evident; and no plumbing leaks in the water system.

**The Following instruction must be used as basis for the daily housekeeping of the housing unit/Sections.**

### A. Cells

1. All housing units will be cleaned by inmates/detainees and inmate custodians under direct supervision of the Housing Unit officer.

2. Individual Inmates/detainees will be responsible for the cleaning of their cells and common areas. Inmate custodian will be responsible for cleaning the cells of inmates with mental disability, violent inmates and Inmates who refuse to clean their cells. The Shift Commander will acknowledge and approve the removal of these inmates/detainees prior to cleaning their cells. The Housing Unit officer will supervise and ensure that the following are performed:

   a. The floor is swept.
   b. Sinks and toilets are clean.
   c. Beds are made.
   d. Trash is taken out of the dayroom for disposal.
   e. Laundries are removed and send to be washed.
   f. Any additional cleaning duties as assigned by the Housing unit officer are completed.

### B. Common Areas

1. Inmates/Detainees will be responsible for the cleaning of the common areas such as dayrooms, shower facilities and exercise yards in their housing pod. The Housing unit officer will ensure that the following are done:

   a. Stairways are swept.
   b. Floor is mopped.
   c. Exercise yard are swept and cleaned.
   d. Windows are cleaned.
   e. Telephones, televisions, furniture, door-frames and light fixtures are wiped down.
   f. Clean and disinfects dayroom and inmate showers, toilets, and sinks.
   g. Dayroom trash containers are emptied and liners replaced.
   h. Soap dispensers are filled.
   i. Additional duties assigned by the Housing unit Officer are completed.

2. Cleaning supplies will be secured in the housing unit custodial closet and distributed to the inmates/detainees or inmate workers by the housing unit officer as required.

**Mini Control Officer:** _____     **Shift Commander:** _____
                    Print and Sign                                    Print and Sign

**EXHIBIT F--SANITATION**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION VII
OPERATIONS

---

TOPIC: **FACILITY CLEANING**                         POLICY STATEMENT NO: **7.29**
      **AND MAINTENANCE**

DATE ORIGINATED: 4/03                                 PAGE l OF 4

REVISED:

---

**I. PURPOSE**

    To provide guidance for maintaining the Kagman Juvenile Detention and Correctional Facility. _

**II. POLICY**

A.    The Kagman Juvenile Detention and Correctional Facility shall maintain a healthy living environment.

    (l)    Pest and vermin control inspection and preventative action shall be provided by a professional/commercial pest control service at least once each six (6) months.

B.    Facility maintenance tasks/work details shall be meaningful and constructive based on each minor's security classification and the needs of the facility and its grounds.

C.    Employees are ultimately responsible for the cleanliness of the facility and shall do what cleaning and maintenance minors can not accomplish.

D.    Each work detail shall benefit the facility and not any individual person. Minors will not do any work for the private gain of any employee.

**III. PROCEDURE**

A.    Work Program Standards: will ensure that the work programs for the residents are meaningful, safe, and done properly. Work assignments for minors shall be subject to the following standards and restrictions:

    (1)    Regular tasks include basic house chores and ground maintenance;
    (2)    Other task(s) shall be developed based on the needs of the facility;
    (3)    Extra cleaning details could include painting, cleaning facility vehicles, moving furniture(s) and/or supplies.

**000083**

# EXHIBIT F--SANITATION

B.      Work assignments: shall provide the residents with training and experience that may be user · vocational purposes and shall contribute to a minor's sense of personal responsibility and his/her responsibility for the environment. Assignments shall be for one week in duration and assigned at the time weekly Behavior Levels arc awarded.

      (1)      Assignments shall be based on classification and Behavior Program Level;
      (2)      Minors on Disciplinary Restriction shall not be allowed to participate in work assignments
            a.      DR and Temp. Seg. Status minors shall be required to clean their own sleeping rooms.
      (3)      Health care restrictions shall not limit a minors participation in work details except as necessary to protect the health of the Minor or others;

C.      Areas of assignment are the responsibility of the Juvenile Correction Officer HI working the day shift and shall be developed on the last day of the minor's workweek cycle. The new assignments shall be posted in each Housing/Living Unit, the Control Room and the Library.

      (1)      Only minors on Level IV of the Behavior Program and classified Level l or 2 security risk may participate in work programs outside the secure boundaries of the facility and in the administrative/education/pantry areas of the buildings
      (2)      Classification Level 3 and Behavior Program Level HI and H may work inside tlne secure boundaries of the facility, including the education and pantry areas.
      (3)      Classification Level 4 and Behavior Program Level I shall be restricted to work within I Housing/Living Unit and the adjacent secure recreational yard.

D.      Staff members shall provide direct supervision to all minors on all work details and shall provide training to minors regarding proper procedures.

E.      Each staff member shall be responsible for ensuring acceptable levels of cleanliness and safety is maintained through the facility.

F.      The Juvenile Correction Officer III on duty shall be responsible for observing the condition of the facility and directing staff members to perform housekeeping chores as needed.

## IV. STANDARDS FOR FACILITY SAN ITATION AND MAINTENANCE

Most housekeeping tasks are performed by minors or by work crews consisting of minors and supervised by staff The following minimum standards for housekeeping shall apply:

A.      All bathrooms in the facility shall be cleaned thoroughly a minimum of once a day.
B.      All dinning tabletops and seats shall be wiped clean with a disinfectant solution alter each meal. l
C.      The floors in each dinning area shall be wet mopped with a disinfectant solution after each meal.
D.      Trashcans in each dinning area shall be emptied and scrubbed with a disinfectant solution after each meal. The cans will be dried before the plastic trash bag is replaced.

**000084**

**EXHIBIT F--SANITATION**

E.        All areas of the facility shall be swept and wet mopped at the end of each day.

      (1)      Access to the administrative areas shall be restricted to the permission of those employees working in those areas, whether that employee is working or not.

F.        The laundry machines shall be wiped down at the end of any day when they are used.

## V. STANDARDS FOR M1NOR'S ROOMS

Minors are responsible for keeping their rooms in good order. Staff` shall check rooms at least once each shift to make sure the rooms meet standards. It is important for staff members to be consistent in their expectations so that the minors understand the standards and can be held accountable. The basic standards for a minor's room shall be:

A.        Bed shall be made neatly whenever the minor leaves the room:

      (1) The bed shall be made with two sheets, one blanket, one pillow, and one pillowcase.
      (2) Additional blankets shall be folded neatly on the foot of the bed.

B.        The walls, windows, windowsills and door shall be clean and free of graffiti.

C.        The floor shall be free of dust, dirt, graffiti, and the authorized items;

D.        Any clothing items not being work shall be put away in the furniture provided.
        **REMOVE IN THE EVENT FACILITY SUPPLIES CLOTHING.**

      (1)      Clothing in drawers shall be neatly folded and organized.
            a. Five pairs of pants or shorts or combination thereof
            b. Seven t-shirts
            c. Seven under ware
            d. Two bras, if applicable
            e. One pair of zories.
            f. Hard sole shoes shall remain outside the minor's room.
      (2)      Dirty clothing shall be separated from clean clothes.

E.        Each minor shall be allowed certain items in his/her room. These items shall be organized neatly when not in use. Possession of these items is a privilege and unacceptable behavior or failure to keep the room clean may result in loss of these privileges. The items a minor may have are:

      (1)      One copy each of the Basic Information for Minors and the Discipline Guide for Minors;
      (2)      No more that three books, magazines or a combination of books and magazines;
      (3)      One Bible or other religious book; ~
          a.      All books, magazines and religious books shall be stored neatly and be graffiti free and in good condition.
          b.      All books and magazines not in good condition or defaced shall be discarded.
      (4)      The linen issue per **V.** A above.

**000085**

**EXHIBIT F--SANITATION**

      (5) One towel and one styro foam cup

      (6) Four 5"X8" family or religious pictures without frames.

      (7) Five greeting cards and letters or combination thereof

      (8) There is no restriction on legal correspondence or material, fire safety being the exception.

      (9) Once a minor places any of these personal items into property storage s/he may not have it back in the room.

Staff shall hold minors accountable for any damage to their rooms, as well as any damage to the facility that can be reliably attributed to any specific minor. Facility staff shall record any graffiti and/or maintenance problems so they can be repaired in a timely manner. The release procedure for inspecting rooms shall be followed explicitly. Refer to Policy Statements 3.07 & 7.15.

## VI. HAZARDOUS CHEMICALS

    A.      All chemicals listed in the attached " Guidelines for the Control and Use of Flammable, Toxic, and Caustic Substances" shall be stored away from any common area, living area, food pantry/kitchen or any other area accessed by detainees during a normal day;

    B.      Storage areas shall be outside the secure area of the facility except as noted in D below;

    C.      Staff trained in the use of chemicals/cleaning products shall provide direct supervision to any mix using such products. Protective clothing, gloves and/or eye protection shall be provided and used during any work detail requiring the use of such products;

    D.      Normal cleaning products regularly used in the maintenance of the secure areas of the facility may be stored under lock and key in areas convenient for their use.

**000086**

# EXHIBIT F--SANITATION



# COMMONWEALTH HEALTH CENTER

### PRIMARY HEALTH CARE DIVISION

GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF PUBLIC HEALTH ENVIRONMENTAL SERVICES

## INSTITUTIONAL HYGIENE INSPECTION FORM

| | |
|---|---|
| **NO. CLEARED:** | |
| **STATUS OF CLEARANCE:** | |
| **DAYS FOR COMPLIANCE:** | |

| | |
|---|---|
| **SANITARIAN:** | |
| **RECORDED BY:** | |
| **DATE** | |

NAME OF COMPANY: Dept. of Correction/JDU    NUMBER OF ALIENS TO BE HOUSED: M 1  F 0

LOCATION OF ALIEN HOUSING: Kagman    NUMBER OF UNITS TO BE OCCUPIED: 1

OWNER OF COMPANY: Gov't    IS HOUSE OWNED OR RENTED: Gov't

STRUCTURAL MAKE OF BUILDING:    DATE AND NUMBER OF HEALTH PERMIT: N/A

| | | YES | NO | Demerits | | | YES | NO | Demerits |
|---|---|---|---|---|---|---|---|---|---|
| **A.** | **DORMITORY AREAS** | | | | | | | | |
| 1. | Sound Weatherproof Construction | | | 2 | 6. | Individual Utensils Sanitarily Controlled and Maintained | | | 2 |
| 2. | Roof in Sound Condition | | | 2 | 7. | Properly Screened and 1 Louvered | | | 2 |
| 3. | Foundation Sound | | | 2 | 8. | No Evidence of Vermin Infestation | | | |
| 4. | Minimum of Two Exits for Fire Safety | | | 2 | 9. | Storage, Display, Preparation and Handling of Foods and Utensils Protected from Contamination | | | 4 |
| 5. | Adequate Lighting Provided | | | 2 | 10. | Valid Health Permit and Certificates | | | 4 |
| 6. | Minimum of 50 Sq. Ft. per Bunk | | | 2 | **D.** | **SOLID WASTE AND REFUSE DISPOSAL** | | | |
| 7. | Minimum of 7 Ft. Ceiling Height | | | 2 | 1. | Proper Containers, Lids, Elevated and Adequate | | | 2 |
| 8. | Wardrobes and Lockers Provided | | | 2 | 2. | Area Clean, No Overflowing and No Burning | | | 4 |
| 9. | Screened and Louvered Openings Clean | | | 2 | **E.** | **PREMISES SANITATION** | | | |
| 10. | Adequate Ventilation Provided | | | 3 | 1. | Grounds Well Graded and Adequate Drainage | | | |
| 11. | Floors, Walls and Ceiling in Good Repair and in Clean Sanitary Condition | | | 4 | 2. | Clean and Orderly Surroundings | | | 4 |
| 12. | Extinguishers, Electrical, Writings and Outlets, Properly Installed | | | 2 | 3. | Presence of Junk, Cars and Other Vehicles | | | 2 |
| 13. | "Bay-type" Facilities - 4 Ft. Passage Ways | | | 2 | 4. | Combustible Materials Properly Stored | | | |
| 14. | "Bay-Type Facilities - Heads Alternate | | | 2 | 5. | Construction Materials Properly Stored | | | 2 |
| 15. | "Individual Rooms" Facilities - Min 100 Sq. Ft. Per Bunk | | | 2 | **F.** | **INSECTS, RODENTS, ANIMAL CONTROL** | | | |
| 16. | "Double-Bunks" Facilities - Min 100 Sq. Ft. floor Space | | | 4 | 1. | Harborage and Feeding Prevented | | | 2 |
| 17. | Supplemental Food and "Light Snack" Sanitarily Controlled and Maintained | | | 4 | 2. | Outer Openings Protected-Rodent-Proof | | | 2 |
| 18. | Soiled Garments and Working Gears Properly Stored and Arranged | | | 2 | 3. | Cats and Dogs Properly Controlled | | | 2 |
| | | | | | 4. | Fighting Rooster Caged 100 Ft. Away and Clean | | | 2 |
| 19. | Dormitory Areas Free From Litters Rubbish, Junk and Other Materials | | | 4 | **G.** | **WATER SUPPLY** | | | |
| | | | | | 1. | From Approved Source, Adequate | | | |
| 20. | Mattress, Pillows, Linens and Related, Garments Sanitarily Maintained | | | 2 | | Easily Available, Free from Contamination | | | 2 |
| | | | | | 2. | Hot and Cold Water Provided | | | 2 |
| **B.** | **TOILET, SHOWER, LAUNDRY, SEWAGE** | | | | | | | | |
| 1. | Adequate Sewage Disposal A. Sub-Surface B. Sewer Line | | | 6 | | | | | |
| 2. | All Waste Water Sanitarily Handled | | | | | | | | |
| 3. | Facilities Centrally Located, Ventilated and Entry of Vermin Minimized | | | 2 | | | | | |
| 4. | Floors and Walls Clean, Smooth and Good Repair | | | 2 | | | | | |
| 5. | Plumbing Installation Complied with | | | 2 | | | | | |
| 6. | Toilets, Lavatories, Urinal and Other Fixtures Clean, Good Repair and Accessible | | | | | | | | |
| 7. | Toilet Tissue, Soap and Other Supplies Provided | | | 4 | | | | | |
| 8. | Adequacy of Facilities - in proportion to occupants | | | | | | | | |
| | LAVATORY - 1 Unit for 6 occupants | | | 6 | | | | | |
| | TOILET - 1 Unit for 15 occupants | | | 6 | | | | | |
| | URINAL - 1 Unit for 15 occupants | | | 6 | | | | | |
| | SHOWER - 1 Unit for 10 occupants | | | 6 | | | | | |
| **C.** | **FOOD SANITATION** | | | | | | | | |
| 1. | Kitchen and Dining Areas Properly Constructed | | | 2 | | | | | |
| 2. | Floors, Walls and Ceiling in Good Repair and Clean | | | 4 | | | | | |
| 3. | Equipment and Utensils in Good Repair and Clean | | | 2 | | | | | |
| 4. | Temperature Control Properly Adhered | | | | | | | | |
| 5. | Sanitizing Techniques Properly Utilized | | | 4 | | | | | |

TOTAL DEMERIT SCORE THIS INSPECTION

REMARKS AND RECOMMENDATIONS:

(Regular Inspection)

Living Quarters Shower Spall + Cafeteria Are in Good Sanitary Conditions

- All Jenand to be in Good Conditions

Sign _____   Date: 2-20-14

000087

# EXHIBIT F--SANITATION

## COMMONWEALTH HEALTH CENTER
### PRIMARY HEALTH CARE DIVISION
GOVERNMENT OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF PUBLIC HEALTH ENVIRONMENTAL SERVICES

## INSTITUTIONAL HYGIENE INSPECTION FORM

**NO. CLEARED:**
**STATUS OF CLEARANCE:**
**DAYS FOR COMPLIANCE:**

**SANITARIAN:**
**RECORDED BY:**
**DATE** 02/20/14

**NAME OF COMPANY:** Dept of Correction
**LOCATION OF ALIEN HOUSING:** Susupe
**OWNER OF COMPANY:** Gov't
**STRUCTURAL MAKE OF BUILDING:**

**NUMBER OF ALIENS TO BE HOUSED:** M 86 F 10
**NUMBER OF UNITS TO BE OCCUPIED:** 10
**IS HOUSE OWNED OR RENTED:** Gov't
**DATE AND NUMBER OF HEALTH PERMIT:** N/A

| A. | DORMITORY AREAS | YES | NO | Demerits |
|---|---|---|---|---|
| 1. | Sound Weatherproof Construction | | | 2 |
| 2. | Roof in Sound Condition | ✓ | | 2 |
| 3. | Foundation Sound | | | 2 |
| 4. | Minimum of Two Exits for Fire Safety | | | 2 |
| 5. | Adequate Lighting Provided | ✓ | | 2 |
| 6. | Minimum of 50 Sq. Ft. per Bunk | | | 2 |
| 7. | Minimum of 7 Ft. Ceiling Height | | | 2 |
| 8. | Wardrobes and Lockers Provided | | | 2 |
| 9. | Screened and Louvered Openings Clean | | | 2 |
| 10. | Adequate Ventilation Provided | | | 3 |
| 11. | Floors, Walls and Ceiling in Good Repair and in Clean Sanitary Condition | ✓ | | 4 |
| 12. | Extinguishers, Electrical, Writings and Outlets, Properly Installed | | | 2 |
| 13. | "Bay-type" Facilities - 4 Ft. Passage Ways | | | 2 |
| 14. | "Bay-Type Facilities - Heads.Alternate | | | 2 |
| 15. | "Individual Rooms" Facilities - Min 100 Sq. Ft. Per Bunk | | | 2 |
| 16. | "Double-Bunks" Facilities - Min 100 Sq. Ft. floor Space | | | 4 |
| 17. | Supplemental Food and "Light Snack" Sanitarily Controlled and Maintained | | | 4 |
| 18. | Soiled Garments and Working Gears Properly Stored and Arranged | | | 2 |
| 19. | Dormitory Areas Free From Litters Rubbish, Junk and Other Materials | ✓ | | 4 |
| 20. | Mattress, Pillows, Linens and Related, Garments Sanitarily Maintained | | | 2 |

| B. | TOILET, SHOWER, LAUNDRY, SEWAGE | | | |
|---|---|---|---|---|
| 1. | Adequate Sewage Disposal | | | 6 |
| | A. Sub-Surface  B. Sewer Line | | | |
| 2. | All Waste Water Sanitarily Handled | | | |
| 3. | Facilities Centrally Located, Ventilated and Entry of Vermin Minimized | | | 2 |
| 4. | Floors and Walls Clean, Smooth and Good Repair | | | 2 |
| 5. | Plumbing Installation Complied with | | | 2 |
| 6. | Toilets, Lavatories, Urinal and Other Fixtures Clean, Good Repair and Accessible | | | |
| 7. | Toilet Tissue, Soap and Other Supplies Provided | | | 4 |
| 8. | Adequacy of Facilities - In proportion to occupants | | | |
| | LAVATORY -  1 Unit for 6 occupants | | | 6 |
| | TOILET -  1 Unit for 15 occupants | | | 6 |
| | URINAL -  1 Unit for 15 occupants | | | 6 |
| | SHOWER -  1 Unit for 10 occupants | | | 6 |

| C. | FOOD SANITATION | | | |
|---|---|---|---|---|
| 1. | Kitchen and Dining Areas Property Constructed | | | 2 |
| 2. | Floors, Walls and Ceiling in Good Repair and Clean | | | 4 |
| 3. | Equipment and Utensils in Good Repair and Clean | | | 2 |
| 4. | Temperature Control Property Adhered | | | |
| 5. | Sanitizing Techniques Properly Utilized | | | 4 |

| | | YES | NO | Demerits |
|---|---|---|---|---|
| 6. | Individual Utensils Sanitarily Controlled and Maintained | ✓ | | 2 |
| 7. | Properly Screened and 1 Louvered | | | 2 |
| 8. | No Evidence of Vermin Infestation | | | |
| 9. | Storage, Display, Preparation and Handling of Foods and Utensils Protected from Contamination | | | 4 |
| 10. | Valid Health Permit and Certificates | | | 4 |
| **D.** | **SOLID WASTE AND REFUSE DISPOSAL** | | | |
| 1. | Proper Containers, Lids, Elevated and Adequate | | | 2 |
| 2. | Area Clean, No Overflowing and No Burning | | | 4 |
| **E.** | **PREMISES SANITATION** | | | |
| 1. | Grounds Well Graded and Adequate Drainage | | | |
| 2. | Clean and Orderly Surroundings | | | 4 |
| 3. | Presence of Junk, Cars and Other Vehicles | | | 2 |
| 4. | Combustible Materials Properly Stored | | | |
| 5. | Construction Materials Properly Stored | | | 2 |
| **F.** | **INSECTS, RODENTS, ANIMAL CONTROL** | | | |
| 1. | Harborage and Feeding Prevented | | | 2 |
| 2. | Outer Openings Protected-Rodent-Proof | | | 2 |
| 3. | Cats and Dogs Properly Controlled | | | 2 |
| 4. | Fighting Rooster Caged 100 Ft. Away and Clean | | | 2 |
| **G.** | **WATER SUPPLY** | | | |
| 1. | From Approved Source, Adequate | | | |
| | Easily Available, Free from Contamination | ✓ | | 2 |
| 2. | Hot and Cold Water Provided | | | 2 |

**TOTAL DEMERIT SCORE THIS INSPECTION**

**REMARKS AND RECOMMENDATIONS:**

(Regular Inspection)
=> Conducted inspection
of living quarters (PCD 1),
cafeteria, commissary,
court yard & shower stall/
restroom.
=> Each inmate cleans their
own living quarters.
=> All found to be clean &
in good living condition.

Sign _____  Date: 2/20/14

000088

**EXHIBIT F--SANITATION**



Commonwealth of the Northern Mariana Islands
Department of Public Health
Division of Public Health
*Bureau of Enviromental Health*

Phone #: _____
FHC: _____
S.P. Exp. Date: _____

## FOOD AND DRINK ESTABLISHMENT INSPECTION REPORT

( ) Pre-operation
( ) New Permit
( ) Permit Renewal
( ) Regular
( ) Follow-up
( ) Complaint
( ) Others _____

Name of Establishment _____
Name of Operator _____
Location _____
Date _____ Time: (in) _____ (Out) _____

An inspection of your establishment has been made on this date and you are herewith notified of deficiencies found and corrective measures to be taken. All operators of such establishments are mandated to comply with Public Law 12-48 in its entirety. Failure to correct the deficiencies may result in monetary penalties, temporary suspension or revocation of your Sanitary Permit.

Research: _____

Rating Points: _____  Water Heater Temp: _____  DPW CO #: _____

INSPECTORS (Signature) _____  ESTABLISHMENT REP. _____  DATE _____

FOLLOW-UP INSPECTION DATE: _____
I have read and understand the above violation (s) and I am aware of the corrective measures to be taken.

P.O. Box 500409 Saipan, MP 96950. Telephone: (1-670) 664-4870/2/3 • Fax: (1-670) 664-4871

Case 1:99-cv-00017 Document 65-3 Filed 04/30/14 Page 91 of 109
Case 1:99-cv-00017 Document 51-3 Filed 04/02/08 Page 1 of 9
**EXHIBIT F--SANITATION**



*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

### DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|-----------|-------------|
| Physical Plant | Environmental Condition | Environmental Conditions | 2.4.1 | |
| **ACA Standards** | 3-ALDF-2D-05 Dayrooms Have Transparent Glazing to the Outside; | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedures. | | | |

## I. PURPOSE

To describe minimum requirements for environmental conditions in the facility.

## II. POLICY

It is the policy of the Department of Corrections to ensure that all areas of the facility are operated in an environment that is in compliance with applicable standards, particularly those of the American Correctional Association. The establishment and maintenance of these levels will be documented in required annual inspections, and the Maintenance Unit Supervisor will maintain record of inspections.

## III. DEFINITIONS

**Dayroom:** Space for activities that is situated immediately adjacent to the inmate sleeping areas and separated from them by a wall.

**dBA scale:** A system for measuring the relative loudness of sound.

**Footcandle:** A unit for measuring the intensity of illumination, defined as the amount of light thrown on a surface one foot away from the light source.

## III. PROCEDURES

Consistent enforcement of code and standard-compliant design and construction standards will provide inmates/detainees and staff with proper environment in which to live and work.

**000090**

Case 1:99-cv-00017 Document 65 Filed 02/08 Page 2 of 4

# EXHIBIT F--SANITATION

## A. Design Considerations

### 1. Lighting

a. Lighting throughout the facility is determined by the task performed in that area. All interior finishes and color and type and placement of windows and lighting took lighting factors and needs into account. Light levels in other areas are appropriate to the activity to be conducted. The establishment and maintenance of these levels will be documented in required annual inspection. The Maintenance Unit Supervisor will maintain record of those inspections.

b. Interior lighting of at least 20 foot-candles is provided at desk level and in the personal grooming area.

c. All inmate cells have access to natural light.

d. Inmates in the general population who are confined in their rooms/cells for 10 or more hours daily have access to natural light by means of a window of at least three square feet with a view to the outside.

e. Inmates in the general population who are confined in their rooms/cells for less than 10 hours daily have access to natural light by means of a window of at least three square feet with a view to the outside.

### 2. Dayroom

a. Each dayroom is provided with a minimum of 12 square feet of transparent glazing with a view to the outside.

b. In dayroom areas, there is a minimum of 12 square feet of transparent glazing with a view to the outside and an additional 2 square feet of glazing for each inmate/detainee whose cell does not contain an opening or window with a view to the outside.

### 2. Noise Levels

Noise levels are kept at and not exceed 17 decibels in the daytime and 45 decibels at night.

### 3. Air Circulation

There is at circulation of at least 15 cubic feet of outside air or re-circulated filtered air per minute per occupant in all inmate/detainee living areas, staff offices, and dining areas.

**EXHIBIT F--SANITATION**

Emergency backup systems for ventilation are available in the event of power failure. A minimum of four air changes per hour will be provided in all areas especially the cells and toilet facilities.

Temperatures in each distinct housing and program area are maintained at levels that are appropriate weather conditions.

## 4. Smoking

The Facility is a smoke free facility. The Maintenance Unit Supervisor will identify areas for staff to smoke in the immediate vicinity of the workplace. Inmates/detainees are NOT PERMMITED to smoke.

## 5. Records of Compliance

All facility environmental features and all renovation and construction that affect such features conform to applicable federal, state, and local building codes. In those areas where a license or permit is not issued for specific construction or renovation, letters or certificates of compliance with applicable codes were obtained and maintained on file by the Maintenance Unit Supervisor.

Reviewed By: _____          12/11/07
Gregory F. Castro                                         Date
Director of Corrections


Approved By: _____          12/11/07
Lino S. Tenorio                                            Date
Commissioner of Corrections


**000092**

EXHIBIT F--SANITATION



Smoke detector

Fire alarm

Sprinkler

Artificial Lighting

Central air

000093

ACF

**EXHIBIT F--SANITATION**



**JDU Artificial Lighting**

**000094**

**EXHIBIT F--SANITATION**



**ACF Water Heater**

**000095**

EXHIBIT F--SANITATION



ACF running water

000096

**EXHIBIT F--SANITATION**



**JDU water heater**

**EXHIBIT F--SANITATION**



**JDU water heater**

**000098**

# EXHIBIT F--SANITATION



## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

### DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Physical Plant | Inmate/Detainee Housing | Inmate Access to Toilets, Wash basins and Showers | 2.3.2 | |
| **ACA Standards** | 3-ALDF-2C-08 Inmates Have Access to Toilets and Washbasins 24 Hours Per Day; 3-ALDF-2C-09 Inmates Have Access to Wash Basins With Hot Water; 3-ALDF-2C-10 Inmates Have Access to Shower With Hot and Cold Water; 3-ALDF-2E-08 Toilet and Wash Basin in Food Preparation Area | | | |
| **Consent Decree** | Paragraph 54, Develop Facility Policies and Procedures | | | |

## I. PURPOSE

To ensure that inmates/detainees have access to toilets, wash basins and shower 24 hours per day while housed in the Department of Corrections (DOC) facility.

## II. POLICY

It is DOC policy that inmates/detainees practice good hygiene and to this end, all inmates/detainees will have access to toilets, wash basins and shower 24 hours per day.

## III. PROCEDURES

### A. Toilets

1. All inmates/detainees confined in cells will have access to toilets without staff assistance.

2. Toilets are provided at a minimum ratio of one for every 12 inmates in male facilities and one for every eight inmates in female facilities.

3. Urinals may be substituted for up to one-half of the toilets in male facilities.

4. All housing units with three or more inmates have a minimum of two toilets.

5. Toilet is available for staff at kitchen.

### B. Wash basins

1. Inmates/detainees have access to operable wash basins with hot and cold running water in the housing units at a minimum ratio of one basin for every 12 occupants.

**000099**

# EXHIBIT F--SANITATION

2. Inmates/detainees confined in cells have access to wash basins.

3. Inmates/detainees have access to wash basins in housing unit day rooms and other areas of the facility such as exercise yards.

4. Wash basin is available for staff at kitchen.

## C. Showers

1. Inmates/detainees have access to operable showers with temperature-controlled hot and cold running water at a minimum ratio of one shower for every eight inmates/detainees.

2. Water for showers is thermostatically controlled temperature ranging from 100 degrees to 120 degrees Fahrenheit to ensure the safety of inmates/detainees and to promote hygienic practice.

Prepared By: _____     11-21-07
         John M. Ayuyu                                                                 Date
         Deputy Director of Corrections

Reviewed By: _____     11/24/7
         Gregory F. Castro                                                          Date
         Director of Corrections

Approved By: _____     11/26/07
         Lino S. Tenorio                                                             Date
         Commissioner of Corrections

# EXHIBIT F--SANITATION



**ACF**



**EXHIBIT F--SANITATION**



*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Physical Plant | Size, Organization, and Location | Rated Bed Capacity | 2.2.2 | |
| **ACA Standard** | 3-ALDF-2B-04 Rated Capacity | | | |
| **Consent Decree** | Paragraph 54; Develop Facility Policies and Procedures | | | |

## I.    PURPOSE

To establish procedures for correctional staff to take in the event the inmate/detainee population exceeds the Department of Corrections facility rated bed capacity.

## II.    POLICY

It is the policy of DOC that actual inmate population does not exceed the Rated Bed Capacity of the facility where inmates/detainees are housed.  In the event that the actual inmate/detainee population exceeds the Rated Bed Capacity, steps should be taken to reduce the population to the Rated Bed Capacity level or below.

## III.    PROCEDURES

A. To ensure the safety and security of staff and inmates/detainees in the facility, every effort will be taken so as the inmate/detainee population does not exceed the Rated Bed Capacity of each housing unit.  To accomplish this, the Shift Commander, Operations Captain and the Classification Section are tasked to regularly monitor the inmate/detainee population and take action that is consistent with this policy and procedures.

B. **Housing Units Rated Bed Capacity**

Rated Bed Capacity is considered to be the original design capacity, plus or minus capacity changes resulting from building additions, reductions, or revisions.  Provided below is a breakdown of the Rated Bed Capacities for the housing units indicated:

**Housing Pod #1**                                                           **Rated Bed Capacity**

**1st Floor**

Prison Dorm General Population (H1105)            6 Single Bunk (6)

# EXHIBIT F--SANITATION

Prison Dorm Work Release (H1107)           4 Double Bunk (8)
Prison Dorm Trustee (H1109)                4 Double Bunk (8)
Prison Dorm Male RSAT (H1111)              4 Double Bunk (8)
Prison Dorm Female RSAT (H1114)            6 Double Bunk (12)
Female Prison (H1117)                      6 Cells Single Bunk (6)

Total Bed Spaces                           48 (36 Males and 12 Females)

## 2nd Floor (Mezzanine)

Prison Dorm General Population (H1205)     6 Double Bunk (12)
Prison Dorm Work Release (H1207)           6 Double Bunk (12)
Prison Dorm Trustee (H1209)                6 Double Bunk (12)
Prison Dorm Male RSAT (H1211)              6 Double Bunk (12)
Prison Dorm Female RSAT (H1214)            6 Double Bunk (12)
Female Prison (H1217)                      6 Double Bunk (12)

Total Bed Spaces                           72 (60 Males and 12 Females)

Housing Unit Pod #1 Grand Total Rated Bed Capacity = 120

**Housing Pod #2**                         **Rate Bed Capacity**

## 1st Floor

Female Pre-Trial (H2134)                   6 Cells Single Bunks (6)
Immigration Dorm Male #1 (H2130)           5 Double Bunk and 2 Cells (12)
Immigration Dorm Male #2 (H2126)           5 Double Bunk and 2 Cells (12)
Immigration Dorm Female (H2123)            3 Double Bunk and 1 Cell (7)
Medical #1 (H2114)                         6 Cells Single Bunk (6)
Medical #2 (H2105)                         6 Cells Single Bunk (6)

Total Bed Spaces                   49 (36 Males and 13 Females)

Housing Pod #2

## 2nd Floor (Mezzanine)

Female Pre-Trial (H2234)                   6 Cells Single Bunk (6)
Immigration Dorm Male #1 (H2230)           5 Double Bunk and 2 Cells (12)
Immigration Dorm Male #2 (H2226)           6 Double Bunk (12)
Immigration Dorm Female (H2223)            5 Double Bunk and 1 Cell (11)
Medical #1 (H2214)                         6 Cells Single Bunk (6)
Medical #2 (H2205)                         6 Cells Single Bunk (6)

Total Bed Spaces                           53 (36 Males and 17 Females)

**000103**

# EXHIBIT F--SANITATION

Housing Unit Pod #2 Grand Total Rated Bed Capacity = 102

| Housing Pod #3 | Bed Space |
|---|---|

1st Floor

| | |
|---|---|
| Long Term (Pre-Trial Long Term) (H3137) | 12 Cells Single Bunk (12) |
| Protective Custody (RSAT Male) (H3129) | 6 Cells Single Bunk (6) |
| Disciplinary Segregation (Civil Detention) (H3121) | 6Cells Single Bunk (6) |
| Male General Population (Pre-Trial Housing #2) (H3113) | 6 Cells Single Bunk (6) |
| Intake (Pre-Trial Housing #1) (H3105) | 6 Cells Single Bunk (6) |

| Total Bed Spaces | 36 |
|---|---|

| Housing Pod #3 | Bed Space |
|---|---|

2nd Floor (Mezzanine)

| | |
|---|---|
| Long Term (Pre-Trial Long Term) (H3237) | 12 Cells Double Bunks (24) |
| Protective Custody (RSAT Male) (H3229) | 6 Cells Double Bunks (12) |
| Disciplinary Segregation (Civil Detention) (H3221) | 6 Cells Double Bunks (12) |
| Male General Population (Pre-Trial Housing #2) (H3213) | 6 Cells Double Bunks (12) |
| Intake (Pre-Trial Housing #1) (H3205) | 6 Cells Double Bunks (12) |

| Total Bed Spaces | 36 |
|---|---|

Housing Unit Pod #3 Grand Total Rated Bed Capacity = 72

| Housing Pod #4 | Bed Space |
|---|---|

1st Floor

| | |
|---|---|
| General Population #2 (H4105) | 13 Double Bunks (26) |
| Administrative Segregation (H4108) | 6 Cells Single Bunk |
| Disciplinary Segregation (H4116) | 6 Cells Single Bunk |
| Maximum Security (H4124) | 12 Cells Single Bunk |

| Total Bed Spaces | 50 |
|---|---|

2nd Floor (Mezzanine)

| | |
|---|---|
| General Population #2 (H4205) | 13 Double Bunks (26) |
| Administrative Segregation (H4208) | 6 Cells single Bunk |
| Disciplinary Segregation (H4216) | 6 Cells single Bunk |
| Maximum Security (H4224) | 12 Cells single Bunk |

| Total Bed Spaces | 50 |
|---|---|

3

# EXHIBIT F--SANITATION

Housing Unit Pod #4 Grand Total Rated Bed Capacity = 100

Grand Total Rated Bed Capacity = 472

Prepared By: _____      _____

John M. Ayuyu                                       Date
Deputy Director of Corrections

Reviewed By: _____      _____

Gregory F. Castro                                   Date
Director of Corrections

Approved By: _____      _____

Lino S. Tenorio                                     Date
Commissioner of Corrections

4

**000105**

**EXHIBIT F--SANITATION**

## Commonwealth of the Northern Mariana Islands
# CERTIFICATE OF OCCUPANCY

THIS CERTIFICATE IS ISSUED PURSUANT TO THE REQUIREMENTS OF SECTION 306, PUBLIC LAW 6-45 CNMI BUILDING SAFETY CODE, CERTIFYING THAT AT THE TIME OF ISSUANCE THIS STRUCTURE WAS IN COMPLIANCE WITH THE VARIOUS CODES REGULATING BUILDING CONSTRUCTION OR USE.

Use Classification __Adult Correctional Facility__   Building Permit No. __BSC-02G-S-007__

Group Classification __I-3__

Owner __CNMI Government - Dept. of Public Safety__   Address __Susupe, Saipan, MP 96950__

Building Address __Susupe, Saipan__

Remarks   This certificate of occupancy is hereby issued certifying that the work completed conforms to the requirements of the 1991 UBC as per Public Law 6-45. Periodic inspections of this building/structure shall be made by the Building Safety Code Office to ensure that life safety requirements are being maintained

Issued by __FRANCISCO Q. GUERRERO, AIA__   Date __June 13, 2005__
Building Safety Official

## POST IN A CONSPICUOUS PLACE.

Removal of this Certificate is ONLY allowed by the Building Official

**EXHIBIT F--SANITATION**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION III
RECORDS and PUBLIC INFORMATION

---

TOPIC: **JUVENILE FACILITY CAPACITY**                      POLICY STATEMENT NO: **3.04**

DATE ORIGINATED: 4/03                                         PAGE 1 OF 1

REVISED:

---

I.      **PURPOSE**

To establish the Kagman Juvenile Detention and Correctional Facility's capacity and notifications of over crowding.

II.     **POLICY**

*Refer to ACA Standards for Juvenile Detention Facilities, 3-JDF-2B-06 & State of California Minimum Standards for Juvenile Facilities, Title 24, Part 2, Division VIL Section 460.1.5*

A.      The rated bed capacity is considered to be the original design capacity plus or minus capacity changes resulting from building additions, reductions, or revisions (ACA). The Housing/Living Unit capacity of a self contained Unit "shall not exceed 30" (Title 24).

B.      The capacity of the Kagman Juvenile Detention and Correctional Facility is established at 24. The Facility Supervisor or designee shall provide a Crowded Assessment Report to the Presiding Judge of the Superior Court, the Attorney General and the Director, DYS when the population of the facility exceeds the rated capacity for more than 15 continuous days.

C.      The Director, DYS will be notified each day the rated capacity of the facility (24 minors) is exceeded.

**000107**