# EXHIBIT H

Documents in Support of Compliance with Security and Protection from Harm Section (¶¶ 52–62)

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM



### *COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

**DEPARTMENT OF CORRECTIONS**

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|------|---------|---------|-----------|-------------|
| Institutional Operations | Security and Control | Designated Security Post | 3.1.17 | |
| **ACA Standard** | 3-ALDF-3A-04 Sufficient Staff to Cover Designated Security Post | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

## I.   PURPOSE

To establish designated security posts and the number of staff to each post.

## II.   POLICY

It is the policy of the Department of Corrections to provide full coverage of designated posts to ensure that inmates/detainees are properly supervised and to perform all ancillary functions.

## III.   PROCEDURES

### A.  Designated Posts and the Number of Officers Assigned

To ensure the safety and security of staff, visitors and inmates/detainees in the facility, the Shift Commander and the Captain of Operations will ensure that the following designated posts are manned on every shift:

1.  Central Control (Two COIII Officers)

2.  Housing Pod #1 Control (One Officer)

3.  Female Prison (H1117) and Female RSAT (H1114) (One female officer)

4.  Housing Pod #3 Control

5.  Pre-Trial #1 (One officer)

6.  Pre-Trial #2 (One officer)

7.  Male RSAT and Civil Detention (One officer)

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

8. Pre-Trial Long Term (One officer)

9. Housing Pod #4 Control

10. General Population #2 (H4105) (One officer)

11. Administrative Segregation (H4108) and Disciplinary Segregation (H4116) (One officer)

12. Maximum/Medium Security (H4124) (One officer)

13. Booking and Release Counter (Two officers)

14. Reception/Visit (One civilian)

15. Visitation Officers (Three officers)

16. Perimeter Security (One officer)

17. Rover/Escort (Three officers)

Prepared By: _____     _____
       John M. Ayuyu                                          Date
       Deputy Director of Corrections

Reviewed By: _____     _____
       Gregory F. Castro                                     Date
       Director of Corrections

Approved By: _____     _____
       Lino S. Tenorio                                       Date
       Commissioner of Corrections

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**




*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Post Orders | 3.1.16 | |
| **ACA Standards** | 3-ALDF: 3A-05 Written Orders for Correctional Officer's Post; 3A-06 Personnel Read Post Order | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

## I.   PURPOSE

To establish procedures to ensure that written Post Orders are developed for every post that is established within the Department of Corrections (DOC) facility.

## II.   POLICY

It is the policy of this department to develop a Post Order for each designated Post established within the facility. A written Post Order is provided to all personnel, and a copy of the applicable Post Order is made readily available and maintained at each and every post for all personnel to read and understand prior to assuming the Post.

## III.   PROCEDURES

### A. Post Orders

1. All designated Posts will have a written Post order.

2. The officer(s) assigned to the post shall read and understand the procedures to be followed in order to carry out the assignment.

3. The officers(s) assigned to a post shall read the appropriate post order prior to assuming the Post.

4. All in-coming officers on the Post logbook must state that the Post order has been read and understood.  The personnel will sign and date the entry in the logbook signifying he/she has read and understood his/her duties, specifically for that Post.

5. All correctional officers will be provided and trained on all Post Orders.

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

6. The Training Officer will set a designated area and/or access to a computer where applicable policies and procedures and Post Orders can be attained. The Training Officer will ensure that all new personnel are trained in the applicable post orders.

7. Elements of a Post Order

   a. Title
   b. Duty hours and days
   c. General duties and instructions
   d. Chronological activity
   e. Scheduled duties
   f. Non-scheduled duties
   g. Policy and procedure reference numbers
   h. Required equipment

**B. Post Order Review**

1. All Post Orders will be reviewed annually and if necessary updated by the Deputy Director of Corrections.

2. The Deputy Director of Corrections will request section supervisors to review Post Orders under their section and make recommendations to update the post order as applicable.

3. The Training Officer will ensure that personnel will be trained in the new Post Orders.

Prepared By: _____   10-22-07
John M. Ayuyu                                      Date
Deputy Director of Corrections

Reviewed By: _____   10/25/07
Gregory F. Castro                                 Date
Director of Corrections

Approved By: _____   10/26/07
Lino S. Tenorio                                   Date
Commissioner of Corrections

2

**000004**

## Personnel Roster and Shift Schedule for Period: February 23, 2014 to March 08, 2014

| No. | SHIFT ALPHA "A" | Code |
|---|---|---|
| 1 | Sgt. Quitano, Manuel | 13 |
| 2 | COIII Rios, Lorraine | 23 |
| 3 | COII Peter, Bradford | 40 |
| 4 | COII Agulto, Brandon | 26 |
| 5 | COII Uzama, Benjamin | 37 |
| 6 | COII Norita, Serafin | 39 |
| 7 | COI Babilo, Jason | 55 |
| 8 | COI Ilck, Domingo | 68 |
| 9 | COI Ngeskebei, Marvin | 76 |
| 10 | COI Bhuiyan, Tawhid | 56 |
| 11 | COI DLGuerrero, Cris | 62 |
| 12 | COI Moalang, Louisa | 75 |
| 13 | COI Camacho, Edwin | 57 |
| 14 | COII Sablan, Joaquin-Booking | 42 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT CHARLIE "C" | Code |
|---|---|---|
| 1 | COIII Billy, Frederick | 19 |
| 2 | COIII Camacho, Ray | 18 |
| 3 | COII Sablan, Ryan | 43 |
| 4 | COIII Aldan, Candido | 27 |
| 5 | COII Maluyat, Daniel | 38 |
| 6 | COI Funkugub, Jessie | 64 |
| 7 | COI Ascano, Ralph | 54 |
| 8 | COI Reyes, Abraham | 78 |
| 9 | COI Ogumoro, Trevor | 77 |
| 10 | COI Davis, Jackson | 60 |
| 11 | COI Cangco, Swain | 58 |
| 12 | COI Reyes, Luizi | 79 |
| 13 | COI Masga, Shawn | 72 |
| 14 | COI Ajoste, Basilio | 50 |
| 15 | COII Seman, Marvin-Booking | 46 |
| 16 | | |
| 17 | | |

| No. | SHIFT ECHO "E" | Code |
|---|---|---|
| 1 | Director Castro, Gregory | 02 |
| 2 | Capt. Pangelinan, Jose - Ops Cmdr | 4 |
| 3 | Lt. Yaroitemal, Pius - PI | B |
| 4 | COII Cabrera, Arthur | 28 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT BRAVO "B" | Code |
|---|---|---|
| 1 | Sgt. DLGuerrero, Stacey | 15 |
| 2 | COIII Kaipat, Ryan | 35 |
| 3 | COII Faisao, Jeremy | 34 |
| 4 | COII Camacho, Jason | 31 |
| 5 | COII Segatier, Roemer | 45 |
| 6 | COI Flores, Andrea | 63 |
| 7 | COI Maratita, Jake | 71 |
| 8 | COI Matsutaro, Sansannie | 73 |
| 9 | COI Angul, Harvin | 53 |
| 10 | COI Ichihara, Paul Jr. | 66 |
| 11 | COI Kaipat, Vincent | 69 |
| 12 | COI Somorang, Peter | 84 |
| 13 | COI Sablan, Merl | 80 |
| 14 | COIII Babauta, Kevin-Booking | 20 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT DELTA "D" | Code |
|---|---|---|
| 1 | Sgt. Maanao, Artemio | 14 |
| 2 | COIII Max Cruz | 22 |
| 3 | COII Sablan, Vince | 44 |
| 4 | COII Laniyo, Anthony | 36 |
| 5 | COII Teregeyo, Romaldo | 47 |
| 6 | COIII Cruz, Anthony | 32 |
| 7 | COI Mensah, Estefania | 74 |
| 8 | COI Ambatali, Nardson | 52 |
| 9 | COI Iglecias, Travis | 67 |
| 10 | COI Taitano, Vincent | 86 |
| 11 | COI Gatarse, Leo | 85 |
| 12 | COI Taisakan, Koji | 85 |
| 13 | COI Dela Cruz, Eloy | 61 |
| 14 | COI Yamada, Bo | 87 |
| 15 | COI Evangelista, Giancarlo-Booking | 33 |
| 16 | | |
| 17 | | |

| No. | COMMISSIONER'S OFFICE | Code |
|---|---|---|
| 1 | Commissioner Mafnas, Ramon C. | 01 |
| 2 | Capt.Deleon Guerrero, David - L&S | 6 |
| 3 | Capt. Cabrera, Georgia-CU/Trng. | 07 |
| 4 | Lt. Rebuenog, Frances - SS | 09 |
| 5 | Sgt. Castro, Jose - PSU** | 11 |
| 6 | Sgt. Sablan, Thomas - Trng/Armory** | 12 |
| 7 | COIII Santos, Cynthia - CU** | 21 |
| 8 | COII Camacho, Felix - Log.&Supply | 30 |
| 9 | COI Sanchez, Monette | 82 |
| 10 | COI Aldan, Nina | 51 |
| 11 | Iglecias, Rita - Exer. Sec. | A-1 |
| 12 | Sablan, George - IT | A-2 |
| 13 | Dela Cruz, Vincent - IT | A-3 |
| 14 | Albert Delos Reyes - BMS | M-1 |
| 15 | Dr. Kolhelmer, Gregory - MOA | |
| 16 | DOC Nurse | |

### [02/23-03/01/2014]

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| B | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| D | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| C | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| A | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

### [ 03/02-08/2014 ]

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| A | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| B | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| D | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| C | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**Authorize to assist Operations

BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING
REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED ON THE DAILY SHIFT
INFORMATION SHEET AND MUST NOT GO BEYOND RELIEF TIME.

APPROVED BY:

GREGORY F. CASTRO, COMMISSIONER (actual)          DATE

Case 1:99-cv-00017 Document 65-2 Filed 04/30/14 Page 6 of 157

EXHIBIT G--SECURITY AND PROTECTION FROM HARM

000035

EXHIBIT G-SECURITY AND PROTECTION FROM HARM

# DEPARTMENT OF CORRECTIONS

P.O. Box 506506, Saipan, MP 96950

TEL.: (670) 237-2700 / 2701  FAX: (670) 664-0515

**Personnel Roster and Shift Schedule for Period: February 09, 2014 to February 22, 2014**

| No. | SHIFT ALPHA "A" | Code |
|---|---|---|
| 1 | Sgt. Quitano, Manuel | 13 |
| 2 | COII Peter, Bradford | 40 |
| 3 | COII Norita, Serafin | 39 |
| 4 | COII Aguito, Brandon | 26 |
| 5 | COII Lizama, Benjamin | 37 |
| 6 | COI Mootang, Louisa | 75 |
| 7 | COI Bahilto, Jason | 55 |
| 8 | COI Ilek, Domingo | 68 |
| 9 | COII Ngeskebei, Marvin | 76 |
| 10 | COI Shuiyan, Tawhid | 56 |
| 11 | COI DiGuerrero, Cris | 52 |
| 12 | COI Funkugub, Jossie | 64 |
| 13 | COI Camacho, Edwin | 57 |
| 14 | COII Sablan, Joaquin-Booking | 42 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT CHARIE "C" | Code |
|---|---|---|
| 1 | COIII Bily, Frederick | 19 |
| 2 | COIII Camacho, Ray | 18 |
| 3 | COIII Rios, Lorraine | 41 |
| 4 | COII Sablan, Ryan | 43 |
| 5 | COII Aldan, Candido | 27 |
| 6 | COII Maluyaf, Daniel | 38 |
| 7 | COI Ascano, Ralph | 54 |
| 8 | COI Reyes, Abraham | 78 |
| 9 | COI Ogumoro, Trevor | 77 |
| 10 | COI Davis, Jackson | 60 |
| 11 | COI Cangco, Swain | 56 |
| 12 | COI Reyes, Luizi | 79 |
| 13 | COI Masga, Shawn | 72 |
| 14 | COI Aceta, Basilio | 50 |
| 15 | COII Seman, Marvin-Booking | 46 |
| 16 | | |
| 17 | | |

| No. | SHIFT ECHO "E" | Code |
|---|---|---|
| 1 | Director Castro, Gregory | 02 |
| 2 | Capt. Pangelinan, Jose - Ops Cmdr | 4 |
| 3 | Lt. Yaroitemal, Pius - P1 | 8 |
| 4 | Sgt. Maanao, Artemio ** | 14 |
| 5 | COII Cabrera, Arthur | 28 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT BRAVO "B" | Code |
|---|---|---|
| 1 | Sgt. DLGuerrero, Stacey | 15 |
| 2 | COI Kaipat, Ryan | 35 |
| 3 | COII Faisao, Jeremy | 34 |
| 4 | COII Camacho, Jason | 31 |
| 5 | COII Segotier, Roemar | 45 |
| 6 | COI Flores, Audrea | 63 |
| 7 | COI Maralita, Jake | 71 |
| 8 | COI Matsutaro, Sansasine | 73 |
| 9 | COI Angui, Marvin | 53 |
| 10 | COI Ichihara, Paul Jr. | 66 |
| 11 | COI Kaipat, Vincent | 89 |
| 12 | COI Somoxang, Peter | 84 |
| 13 | COI Sablan, Mart | 80 |
| 14 | COII Babauta, Kevin-Booking | 20 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT DELTA "D" | Code |
|---|---|---|
| 1 | COIII Max Cruz | 22 |
| 2 | COII Sablan, Vince | 44 |
| 3 | COII Laniyo, Anthony | 36 |
| 4 | COII Toregeyo, Romaldo | 47 |
| 5 | COII Cruz, Anthony | 32 |
| 6 | COI Mensah, Estefania | 74 |
| 7 | COI Yamada, Bo | 87 |
| 8 | COX Anibalan, Nerdson | 52 |
| 9 | COI Iglecias, Travis | 67 |
| 10 | COI Taitano, Vincent | 86 |
| 11 | COI Galaese, Leo | 65 |
| 12 | COI Taisakan, Koji | 85 |
| 13 | COI Dela Cruz, Eloy | 61 |
| 14 | COII Evangelista, Giancarlo-Booking | 33 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | COMMISSIONER'S OFFICE | Code |
|---|---|---|
| 1 | Commissioner Mafnas, Ramon C. | 01 |
| 2 | Capt.DLeon Guerrero, David - L&S | 6 |
| 3 | Capt. Cabrera, Georgia-CU/Trng. | 07 |
| 4 | Lt. Rebuenog, Frances - SS | 09 |
| 5 | Sgt. Castro, Jose - PSU** | 11 |
| 6 | Sgt. Sablan, Thomas - Armory** | 12 |
| 7 | COIII Santos, Cynthia - CU** | 21 |
| 8 | COII Camacho, Felix - Log.&Supply | 30 |
| 9 | COI Sanchez, Monette | 82 |
| 10 | COI Aldan, Nina | 51 |
| 11 | Iglecias, Rita - Exer. Sec. | A-1 |
| 12 | Sablan, George - IT | A-2 |
| 13 | Dela Cruz, Vincent - IT | A-3 |
| 14 | Albert Delos Reyes - BMS | M-1 |
| 15 | Dr. Katheimer, Gregory - MOA | |
| 16 | DOC Nurse | |

**[02/09-15/2014]**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| C | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| A | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| B | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| D | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**[ 02/16-22/2014 ]**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| D | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| C | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| A | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| B | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**Authorize to assist Operations

BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING
REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED ON THE DAILY SHIFT
INFORMATION SHEET AND MUST NOT GO BEYOND RELIEF TIME.

APPROVED BY:

RAMON C. MAFNAS, COMMISSIONER

DATE 2/07/14

# DEPARTMENT OF CORRECTIONS

P.O. Box 506506, Saipan, MP 96950

TEL: (670) 237-2700 / 2701  FAX: (670) 664-9515

## Personnel Roster and Shift Schedule for Period: January 26, 2014 to February 08, 2014

| No. | SHIFT ALPHA "A" | Code |
|---|---|---|
| 1 | Sgt. Quitano, Manuel | 13 |
| 2 | COII Peter, Bradford | 40 |
| 3 | COII Norita, Serafin | 39 |
| 4 | COII Aguito, Brandon | 26 |
| 5 | COII Lizama, Benjamin | 37 |
| 6 | COI Moolang, Luisa | 75 |
| 7 | COI Bahilo, Jason | 55 |
| 8 | COI Ilek, Domingo | 68 |
| 9 | COI Ngeskebei, Marvin | 76 |
| 10 | COI Bhuiyan, Tawhid | 56 |
| 11 | COI DIGuerrero, Chris | 62 |
| 12 | COI Funkugub, Jessie | 64 |
| 13 | COI Camacho, Edwin | 57 |
| 14 | COII Sablan, Joaquin-Booking | 42 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT CHARIE "C" | Code |
|---|---|---|
| 1 | COIII Billy, Frederick | 19 |
| 2 | COIII Camacho, Ray | 18 |
| 3 | COII Sablan, Ryan | 43 |
| 4 | COII Cabrera, Arthur | 28 |
| 5 | COII Aldan, Candido | 27 |
| 6 | COII Rios, Lorraine | 41 |
| 7 | COI Ascano, Ralph | 54 |
| 8 | COI Reyes, Abraham | 78 |
| 9 | COI Ogumoro, Trevor | 77 |
| 10 | COI Davis, Jackson | 60 |
| 11 | COI Cangco, Swain | 58 |
| 12 | COI Reyes, Luizi | 79 |
| 13 | COI Masga, Shawn | 72 |
| 14 | COI Ajoste, Basilio | 50 |
| 15 | COII Seman, Marvin-Booking | 46 |
| 16 | | |
| 17 | | |

| No. | SHIFT ECHO "E" | Code |
|---|---|---|
| 1 | Director Castro, Gregory | 02 |
| 2 | Capt. DLGuerrero, David-Ops Cmdr. | 06 |
| 3 | Lt. Yarofemal, Pius - PI | 8 |
| 4 | Sgt. Maanao, Artemio ** | 14 |
| 5 | COI Cabrera, Estella | 29 |
| 6 | COIII Maliuyaf, Daniel | 38 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT BRAVO "B" | Code |
|---|---|---|
| 1 | COIII DLGuerrero, Stacey | 15 |
| 2 | COII Kalpat, Ryan | 35 |
| 3 | COII Faisao, Jeremy | 34 |
| 4 | COII Camacho, Jason | 31 |
| 5 | COII Segotier, Rodmar | 45 |
| 6 | COI Flores, Audrea | 63 |
| 7 | COI Maratita, Jake | 71 |
| 8 | COI Matsutaro, Sansannie | 73 |
| 9 | COI Angui, Harvin | 53 |
| 10 | COI Ichihara, Paul Jr. | 66 |
| 11 | COI Kaipat, Vincent | 69 |
| 12 | COI Somorang, Peter | 84 |
| 13 | COI Sablan, Matt | 80 |
| 14 | COIII Babauta, Kevin-Booking | 20 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT DELTA "D" | Code |
|---|---|---|
| 1 | COII Max Cruz | 22 |
| 2 | COII Sablan, Vince | 44 |
| 3 | COII Lantyo, Anthony | 36 |
| 4 | COII Toregeyo, Romaldo | 47 |
| 5 | COII Cruz, Anthony | 32 |
| 6 | COI Mensah, Estefania | 74 |
| 7 | COI Yamada, Bo | 87 |
| 8 | COI Ambalan, Nardson | 52 |
| 9 | COI Iglecias, Travis | 67 |
| 10 | COI Taitano, Vincent | 86 |
| 11 | COI Galarse, Leo | 65 |
| 12 | COI Tsisaken, Koji | 85 |
| 13 | COI Dela Cruz, Eloy | 61 |
| 14 | COII Evangelista, Giancarlo-Booking | 33 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | COMMISSIONER'S OFFICE | Code |
|---|---|---|
| 1 | Commissioner Mafnas, Ramon C. | 01 |
| 2 | Capt. Pangelinan, Jose - BMS | 04 |
| 3 | Capt. Cabrera, Georgia-CU/Trng. | 07 |
| 4 | Lt. Rebuenog, Frances - SS | 09 |
| 5 | Sgt. Castro, Jose - PSU** | 11 |
| 6 | Sgt. Sablan, Thomas - Armory** | 12 |
| 7 | COIII Santos, Cynthia - CU** | 21 |
| 8 | COII Camacho, Felix - Log.&Supply | 30 |
| 9 | COI Sanchez, Monette | 82 |
| 10 | COI Aldan, Nina | 51 |
| 11 | Iglecias, Rita - Exer. Sec. | A-1 |
| 12 | Sablan, George - IT | A-2 |
| 13 | Dela Cruz, Vincent - IT | A-4 |
| 14 | Dr. Kothelmer, Gregory - MOA | |
| 15 | DOC Nurse | |
| 16 | | |

### [01/26-02-01/2014]

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| B | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| D | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| C | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| A | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

### [ 02/2-8/2014 ]

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| A | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| B | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| D | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| C | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**Authorize to assist Operations

BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING. REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED ON THE DAILY SHIFT INFORMATION SHEET AND MUST NOT GO BEYOND RELIEF TIME.

APPROVED BY:

RAMON C. MAFNAS, COMMISSIONER

DATE  1/22/14

# DEPARTMENT OF CORRECTIONS

P.O. Box 506506, Saipan, MP 96950

TEL: (670) 237-2700 / 2701  FAX: (670) 664-9615

## Personnel Roster and Shift Schedule for Period: January 12, 2014 to January 25, 2014

| No. | SHIFT ALPHA "A" | Code |
|-----|-----------------|------|
| 1. | Sgt. Quitano, Manuel | 13 |
| | COII Peter, Bradford | 40 |
| | COI Norita, Serafin | 39 |
| | COII Agulto, Brandon | 26 |
| | COII Lizama, Benjamin | 37 |
| | COI Mooteng, Luisa | 75 |
| | COI Bakalio, Jason | 55 |
| | COI Ilek, Domingo | 68 |
| | COI Ngeskebei, Marvin | 76 |
| 10 | COI Bhuiyan, Tawhid | 66 |
| 11 | COI DlGuerrero, Chris | 62 |
| 12 | COI Funkugub, Jessie | 64 |
| 13 | COI Camacho, Edwin | 57 |
| 14 | COII Sablan, Joaquin-Booking | 42 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT BRAVO "B" | Code |
|-----|-----------------|------|
| 1 | DLGuerrero, Stacey | 15 |
| 2 | COI Kaipat, Ryan | 35 |
| 3 | COII Feisao, Jeremy | 34 |
| 4 | COII Camacho, Jason | 31 |
| 5 | COII Segotier, Roemar | 45 |
| 6 | COI Flores, Audrea | 83 |
| 7 | COI Marafita, Jake | 71 |
| 8 | COI Matsutaro, Sansonnie | 73 |
| 9 | COI Aogul, Harvin | 53 |
| 10 | COI Ichihara, Paul Jr. | 66 |
| 11 | COI Kaipat, Vincent | 69 |
| 12 | COI Somorang, Peter | 84 |
| 13 | COI Sablan, Mart | 80 |
| 14 | COIII Babauta, Kevin-Booking | 20 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT CHARIE "C" | Code |
|-----|------------------|------|
| 1 | COII Billy, Frederick | 19 |
| 2 | COIII Camacho, Ray | 18 |
| 3 | COII Sablan, Ryan | 43 |
| 4 | COII Cabrera, Arthur | 28 |
| 5 | COI Aldan, Candido | 27 |
| 6 | COII Rios, Lorraine | 41 |
| 7 | COI Ascano, Ralph | 54 |
| 8 | COI Reyes, Abraham | 78 |
| 9 | COI Ogumoro, Trevor | 77 |
| 10 | COI Davis, Jackson | 60 |
| 11 | COI Cangco, Swain | 58 |
| 12 | COI Reyes, Luizi | 79 |
| 13 | COI Masga, Shawn | 72 |
| 14 | COI Ajoste, Basilio | 50 |
| 15 | COII Seman, Marvin-Booking | 46 |
| 16 | | |
| 17 | | |

| No. | SHIFT DELTA "D" | Code |
|-----|-----------------|------|
| 1 | COIII Max Cruz | 22 |
| 2 | COII Sablan, Vince | 44 |
| 3 | COII Laniyo, Anthony | 36 |
| 4 | COII Teregeyo, Romaldo | 47 |
| 5 | COII Cruz, Anthony | 32 |
| 6 | COI Mensah, Estefania | 74 |
| 7 | COI Cepeda, Edward | 59 |
| 8 | COI Yamada, Bo | 67 |
| 9 | COI Ambalan, Nardson | 52 |
| 10 | COI Iglecias, Travis | 67 |
| 11 | COI Taitano, Vincent | 86 |
| 12 | COI Galarse, Leo | 65 |
| 13 | COI Taisakan, Koji | 85 |
| 14 | COI Dela Cruz, Eloy | 61 |
| 15 | COII Evangelista, Giancarlo-Booking | 33 |
| 16 | | |
| 17 | | |

| No. | SHIFT ECHO "E" | Code |
|-----|----------------|------|
| 1 | Director Castro, Gregory | 02 |
| 2 | Capt. DLGuerrero, David-Ops Cmdr. | 06 |
| 3 | Lt. Yaroitemal, Pius - PI | 8 |
| 4 | Sgt. Maanao, Artemio ** | 14 |
| 5 | COII Cabrera, Estella | 29 |
| 6 | COII Maituyaf, Daniel | 38 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | COMMISSIONER'S OFFICE | Code |
|-----|----------------------|------|
| 1 | Commissioner Mafnas, Ramon C. | 01 |
| 2 | Capt. Pangelinan, Jose - BMS | 04 |
| 3 | Capt. Cabrera, Georgia-CU/Trng. | 07 |
| 4 | Lt. Rebuenog, Frances - SS | 09 |
| 5 | Sgt. Castro, Jose - PSU** | 11 |
| 6 | Sgt. Sablan, Thomas - Armory** | 12 |
| 7 | COIII Santos, Cynthia - CU** | 21 |
| 8 | COIII Camacho, Felix - Log.&Supply | 30 |
| 9 | COI Sanchez, Monette | 82 |
| 10 | COI Aldan, Nina | 51 |
| 11 | Iglecias, Rita - Exer. Sec. | A-1 |
| 12 | Sablan, George - IT | A-2 |
| 13 | Dela Cruz, Vincent - IT | A-4 |
| 14 | Mendiola, Juan - Cust. Worker II | M-16 |
| 15 | Dr. Kotheimer, Gregory - MOA | |
| 16 | DOC Nurse | |

### [01/12-18/2014]

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|-------|-----|-----|-----|-----|-----|-----|-----|
| C | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| A | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| B | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| D | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

### [01/19-25/2014]

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|-------|-----|-----|-----|-----|-----|-----|-----|
| D | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| C | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| A | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| B | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**Authorize to assist Operations

BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING. REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED ON THE DAILY SHIFT INFORMATION SHEET AND MUST NOT GO BEYOND RELIEF TIME.

APPROVED BY:

RAMON C. MAFNAS, COMMISSIONER

DATE  1/8/14

# DEPARTMENT OF CORRECTIONS

## Juvenile Detention Unit

P.O. BOX 506506, SAIPAN, MP 96950

TEL: (670) 256-2550 / 2551  FAX: (670) 256-2558

## PERSONNEL ROSTER & SHIFT SCHEDULE FOR PERIOD: January 12, 2014 to January 25, 2014

| SHIFT ALPHA "A" | No. | SHIFT BRAVO "B" | No. | SHIFT CHARLIE "C" | No. | SHIFT DELTA "D" |
|---|---|---|---|---|---|---|
| COI Santos, Sheelane | 1 | COI Sakisat, Duwayne | 1 | COI Laniyo, Bert | 1 | Capt. DLGuerrero, David M. - Ops Cmdr |
| JCWIII Teregeyo, Joey | 2 | JCWI Kapileo, Thelma | 2 | JCWIII Telgita, Margaret | 2 | Rasa, Ricardo - JCO /OIC |
| JCWI Kaipat, Fisanmal | 3 | JCWI Backman, Leeland | 3 | JCWI Iguel, Matthew | 3 | Aguon, Augustin - TT |
| JCWI LGuerrero, Claudia | 4 | JCWIII Tagabuel, Benajmain | 4 | JCWI Ngotel, Pedro | | |
| | | | 5 | JCWI Tagabuel, Bill John | | |

Week 1 (01/12-18/2014)

600000

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| A | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| B | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| C | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

Week 2 (01/19-25/2014)

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| C | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| A | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| B | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING**

REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED ON THE DAILY SHIFT INFORMATION SHEET.

REVIEW OF THE SOP MUST NOT GO BEYOND RELIEF TIME!

APPROVED BY:

RAMON C. MAFNAS
COMMISSIONER

1/4/14
Date

# DEPARTMENT OF CORRECTIONS

P.O. Box 506506, Saipan, MP 96950

TEL: (670) 237-2700 / 2701  FAX:  (670) 664-9515

## Personnel Roster and Shift Schedule for Period: December 29, 2013 to January 11,, 2014

| No. | SHIFT ALPHA "A" | Code |
|---|---|---|
| 1 | Sgt. Quitano, Manuel | 13 |
| 2 | COII Peter, Bradford | 40 |
| 3 | COII Norita, Serafin | 39 |
| 4 | COII Aguito, Brandon | 26 |
| 5 | COII Lizama, Benjamin | 37 |
| 6 | COI Moofang, Luisa | 76 |
| 7 | COI Batillio, Jason | 55 |
| 8 | COI Rak, Domingo | 68 |
| 9 | COI Ngeskebei, Marvin | 76 |
| 10 | COI Bhuiyan, Tawhid | 56 |
| 11 | COI Laniyo, Berl | 70 |
| 12 | COI DiGuerrero, Chris | 62 |
| 13 | COI Funkugub, Jessie | 64 |
| 14 | COI Camacho, Edwin | 57 |
| 16 | COII Sablan, Joaquin-Booking | 42 |
| 16 | | |
| 17 | | |

| No. | SHIFT CHARLIE "C" | Code |
|---|---|---|
| 1 | COIII Billy, Frederick | 19 |
| 2 | COIII Camacho, Ray | 18 |
| 3 | COII Sablan, Ryan | 43 |
| 4 | COII Cabrera, Arthur | 26 |
| 5 | COII Aldan, Candido | 27 |
| 6 | COII Rios, Lorraine | 41 |
| 7 | COI Ascano, Ralph | 54 |
| 8 | COI Reyes, Abraham | 78 |
| 9 | COI Ogumoro, Trevor | 77 |
| 10 | COI Davis, Jackson | 60 |
| 11 | COI Cangco, Swein | 56 |
| 12 | COI Reyes, Luizl. | 79 |
| 13 | COI Masga, Shawn | 72 |
| 14 | COI Ajesto, Basilio | 50 |
| 15 | COII Semen, Marvin-Booking | 46 |
| 16 | | |
| 17 | | |

| No. | SHIFT ECHO "E" | Code |
|---|---|---|
| 1 | Director Castro, Gregory | 02 |
| 2 | Capt. DLGuerrero, David-Ops Cmdr. | 06 |
| 3 | Lt. Yarofemal, Plus | 8 |
| 4 | Sgt. Maanao, Artemio | 14 |
| 5 | COII Cabrera, Estella | 29 |
| 6 | COII Malluyat, Daniel | 38 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT BRAVO "B" | Code |
|---|---|---|
| 1 | Sgt. DLGuerrero, Stacey | 15 |
| 2 | COII Keipat, Ryan | 35 |
| 3 | COII Falsao, Jeremy | 34 |
| 4 | COII Camacho, Jason | 31 |
| 5 | COII Sogotier, Roemar | 45 |
| 6 | COI Flores, Audrea | 63 |
| 7 | COI Maratita, Jake | 71 |
| 8 | COI Matsutaro, Sansainie | 73 |
| 9 | COI Angui, Harvin | 53 |
| 10 | COI Ichihara, Paul Jr. | 66 |
| 11 | COI Keipat, Vincent | 69 |
| 12 | COI Somorang, Peter | 84 |
| 13 | COI Sablan, Mart | 80 |
| 14 | COIII Babauta, Kevin-Booking | 20 |
| 15 | | |
| 16 | | |
| 17 | | |

| No. | SHIFT DELTA "D" | Code |
|---|---|---|
| 1 | COIII Max Cruz | 22 |
| 2 | COII Sablan, Vince | 44 |
| 3 | COII Laniyo, Anthony | 36 |
| 4 | COII Terogeyo, Romaldo | 47 |
| 5 | COII Cruz, Anthony | 32 |
| 6 | COI Mensah, Estefania | 74 |
| 7 | COI Cepeda, Edward | 59 |
| 8 | COI Yamada, Bo | 87 |
| 9 | COI Ambetan, Nardsan | 52 |
| 10 | COI Iglecias, Travis | 67 |
| 11 | COI Taitano, Vincent | 86 |
| 12 | COI Gefarse, Leo | 65 |
| 13 | COI Talsakan, Koj | 85 |
| 14 | COI Dela Cruz, Eloy | 61 |
| 15 | COII Evangelista, Giancarlo-Booking | 33 |
| 16 | | |
| 17 | | |

| No. | COMMISSIONER'S OFFICE | Code |
|---|---|---|
| 1 | Commissioner Mafnas, Ramon C. | 01 |
| 2 | Capt. Pangelinan, Joco | 04 |
| 3 | Capt. Cabrera, Georgia | 07 |
| 4 | Lt. Rebuenog, Frances | 09 |
| 5 | Sgt. Castro, Jose | 11 |
| 6 | Sgt. Sablan, Thomas | 12 |
| 7 | COIII Santos, Cynthia | 21 |
| 8 | COII Camacho, Felix | 30 |
| 9 | COI Sanchez, Monette | 82 |
| 10 | COI Aldan, Nina | 51 |
| 11 | Iglecias, Rita | A-1 |
| 12 | Sablan, George | A-2 |
| 13 | Dela Cruz, Vincent | A-4 |
| 14 | Mendiola, Juan | M-16 |
| 15 | Dr. Kotheimer, Gregory | |
| 16 | DOC Nurse | |

[ 12/29/13-01/04/2014 ]

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| B | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| D | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| C | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| A | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

[01/05-01/11/2014]

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| A | OFF | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | 0700-1500 | OFF |
| B | 0700-1500 | 1500-2300 | 1500-2300 | 2300-0700 | 2300-0700 | OFF | 0700-1500 |
| D | 1500-2300 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 | 1500-2300 |
| C | 2300-0700 | 2300-0700 | 2300-0700 | OFF | OFF | 2300-0700 | 2300-0700 |
| E | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING
REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED ON THE DAILY SHIFT
INFORMATION SHEET AND MUST NOT GO BEYOND RELIEF TIME.

APPROVED BY:

RAMON C. MAFNAS, COMMISSIONER

DATE

Case 1:99-cv-00017  Document 65-2  Filed 04/30/14  Page 12 of 157
EXHIBIT G-SECURITY AND PROTECTION FROM HARM

# DEPARTMENT OF CORRECTIONS
## Juvenile Detention Unit
P.O. BOX 506506, SAIPAN, MP 96950

TEL:  (670) 256-2550 / 2551  FAX: (670) 256-2558

## PERSONNEL ROSTER & SHIFT SCHEDULE FOR PERIOD: February 23 to March 08, 2014

| No. | SHIFT ALPHA "A" | No. | SHIFT BRAVO "B" | No. | SHIFT CHARLIE "C" | No. | SHIFT DELTA "D" |
|---|---|---|---|---|---|---|---|
| 1 | COI Santos, Sheelane | 1 | COI Sakisat, Duwayne | 1 | COI Laniyo, Bert | 1 | Capt. Pangelinan, Jose K.  - Ops Cmdr |
| 2 | JCWIII Teregeyo, Joey | 2 | JCWI Kaplleo, Thelma | 2 | JCWIII Teigita, Margaret | 2 | Rasa, Ricardo - JCO /OIC |
| 3 | JCWI Kaipat, Fisarimal | 3 | JCWI Backman, Leeland | 3 | JCWI Iguel, Matthew | 3 | Aguon, Augustin - TT |
| 4 | JCWI LGuerrero, Claudia | 4 | JCWIII Tagabuel, Benajmain | 4 | JCWI Ngotel, Pedro | | |
| | | | | 5 | JCWI Tagabuel, Bill John | | |

**Week 1 (02/23-3/01/2014)**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| C | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| A | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| B | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**Week 2 (03/02-08/2014)**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| B | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| C | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| A | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING**

REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED

ON THE DAILY SHIFT INFORMATION SHEET.

REVIEW OF THE SOP MUST NOT GO BEYOND RELIEF TIME!

APPROVED BY:

GREGORY F. CASTRO
COMMISSIONER (acting)

Date

# DEPARTMENT OF CORRECTIONS
## Juvenile Detention Unit
P.O. BOX 506506, SAIPAN, MP 96950
TEL: (670) 256-2550 / 2551  FAX: (670) 256-2558

## PERSONNEL ROSTER & SHIFT SCHEDULE FOR PERIOD: February 09, 2014 to February 22, 2014

| No. | SHIFT ALPHA "A" | No. | SHIFT BRAVO "B" | No. | SHIFT CHARLIE "C" | No. | SHIFT DELTA "D" |
|---|---|---|---|---|---|---|---|
| 1 | COI Santos, Sheelane | 1 | COI Sakisat, Duwayne | 1 | COI Laniyo, Bert | 1 | Capt. Pangelinan, Jose K. - Ops Cmdr |
| 2 | JCWIII Teregeyo, Joey | 2 | JCWI Kapileo, Thelma | 2 | JCWIII Teigita, Margaret | 2 | Rasa, Ricardo - JCO /OIC |
| 3 | JCWI Kaipat, Fisanmal | 3 | JCWI Backman, Leeland | 3 | JCWI Igual, Matthew | 3 | Aguon, Augustin - TT |
| 4 | JCWI LGuerrero, Claudia | 4 | JCWIII Tagabuel, Benejmain | 4 | JCWI Ngotel, Pedro | | |
| | | | | 5 | JCWI Tagabuel, Bill John | | |

**Week 1 (02/09-15/201...)**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| C | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| A | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| B | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**Week 2 (02/16-22/2014)**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| B | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| C | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| A | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING**

REVIEW OF POLICES AND PROCEDURES MUST BE INDICATED

ON THE DAILY SHIFT INFORMATION SHEET.

REVIEW OF THE SOP MUST NOT GO BEYOND RELIEF TIME!

APPROVED BY:

RAMON C. MAFNAS
COMMISSIONER

2/07/14
Date

# DEPARTMENT OF CORRECTIONS

## Juvenile Detention Unit

P.O. BOX 506506, SAIPAN, MP 96950

TEL.: (670) 256-2550 / 2551  FAX: (670) 256-2558

## PERSONNEL ROSTER & SHIFT SCHEDULE FOR PERIOD: January 26, 2014 to February 08, 2014

| No. | SHIFT ALPHA "A" | No. | SHIFT BRAVO "B" | No. | SHIFT CHARLIE "C" | No. | SHIFT DELTA "D" |
|---|---|---|---|---|---|---|---|
| 1 | COI Santos, Sheelane | 1 | COI Sakisat, Duwayne | 1 | COI Laniyo, Bert | 1 | Capt. DLGuerrero, David M. - Ops Cmdr |
| 2 | JCWIII Teregeyo, Joey | 2 | JCWI Kapileo, Thelma | 2 | JCWIII Teigita, Margaret | 2 | Rosa, Ricardo - JCO /OIC |
| 3 | JCWI Kaipat, Fisarmal | 3 | JCWI Backman, Leeland | 3 | JCWI Igual, Matthew | 3 | Aguon, Augustin - TT |
| 4 | JCWI LGuerrero, Claudia | 4 | JCWIII Tagabuel, Benajmain | 4 | JCWI Ngotel, Pedro | | |
| | | | | 5 | JCWI Tagabuel, Bill John | | |

**Week 1 (01/26-2-1/20)**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| B | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| C | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| A | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**Week 2 (02/2-8/2014)**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| A | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| B | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| C | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING**

REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED

ON THE DAILY SHIFT INFORMATION SHEET.

REVIEW OF THE SOP MUST NOT GO BEYOND RELIEF TIME!

APPROVED BY:

RAMON C. MAFNAS
COMMISSIONER

1/22/14
Date

EXHIBIT G-SECURITY AND PROTECTION FROM HARM

# DEPARTMENT OF CORRECTIONS

## Juvenile Detention Unit

P.O. BOX 506506, SAIPAN, MP 96950

TEL: (670) 256-2550 / 2551  FAX: (670) 256-2558

**PERSONNEL ROSTER & SHIFT SCHEDULE FOR PERIOD: January 12, 2014 to January 25, 2014**

| | SHIFT ALPHA "A" | No. | SHIFT BRAVO "B" | No. | SHIFT CHARLIE "C" | No. | SHIFT DELTA "D" |
|---|---|---|---|---|---|---|---|
| | COI Santos, Sheelane | 1 | COI Sakisat, Duwayne | 1 | COI Lanlyo, Bert | 1 | Capt. DLGuerrero, David M. - Ops Cmdr |
| | JCWIII Teregeyo, Joey | 2 | JCWI Kapileo, Thelma | 2 | JCWIII Telgita, Margaret | 2 | Rasa, Ricardo - JCO /OIC |
| | JCWI Kalpat, Fisarrmal | 3 | JCWI Backman, Leeland | 3 | JCWI Iguel, Matthew | 3 | Aguon, Augustin - TT |
| | JCWI LGuerrero, Claudia | 4 | JCWIII Tagabuel, Berajmain | 4 | JCWI Ngotel, Pedro | | |
| | | | | 5 | JCWI Tagabuel, Bill John | | |

000014

**Week 1 (01/12-18/201**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| A | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| B | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| C | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**Week 2 (01/19-25/2014**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| C | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| A | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| B | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING**

REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED

ON THE DAILY SHIFT INFORMATION SHEET.

REVIEW OF THE SOP MUST NOT GO BEYOND RELIEF TIME!

APPROVED BY:

RAMON C. MAFNAS

COMMISSIONER

1/4/14

Date

# DEPARTMENT OF CORRECTIONS

## Juvenile Detention Unit

P.O. BOX 506506, SAIPAN, MP 96950

TEL: (670) 256-2550 / 2551  FAX: (670) 256-2558

## PERSONNEL ROSTER & SHIFT SCHEDULE FOR PERIOD: December 29, 2013 to January 11, 2014

| SHIFT ALPHA "A" | No. | SHIFT BRAVO "B" | No. | SHIFT CHARLIE "C" | No. | SHIFT DELTA "D" |
|---|---|---|---|---|---|---|
| JCWI LGuerrero, Claudia | 1 | JCWIII Tagabuel, Benajmain | 1 | JCWI Tagabuel, Bill John | 1 | Capt. DLGuerrero, David M. - Ops Cmdr |
| JCWIII Teregeyo, Joey | 2 | JCWI Kapileo, Thelma | 2 | JCWIII Telgita, Margaret | 2 | Rasa, Ricardo - JCO /OIC |
| JCWI Kalpat, Flearrmal | 3 | JCWI Beckman, Leeland | 3 | JCWI Iguel, Matthew | 3 | Aguon, Augustin - TT |
| COI Sakisat, Duwayne | 4 | COI Santos, Sheelane | 4 | JCWI Ngotel, Pedro | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Week 1 (12/29-01-04.)**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| C | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| A | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| B | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**Week 2 (01/05-11/2014)**

| SHIFT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| B | OFF | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | 0700-1900 | OFF |
| C | 0700-1900 | 1900-0700 | 1900-0700 | OFF | OFF | OFF | 0700-1900 |
| A | 1900-0700 | OFF | OFF | 1900-0700 | 1900-0700 | 1900-0700 | 1900-0700 |
| D | OFF | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | 0730-1630 | OFF |

**BRIEFING WILL BE CONDUCTED 30 MINUTES PRIOR TO POSTING**

REVIEW OF POLICIES AND PROCEDURES MUST BE INDICATED

ON THE DAILY SHIFT INFORMATION SHEET.

REVIEW OF THE SOP MUST NOT GO BEYOND RELIEF TIME!

APPROVED BY:

RAMON C. MAFNAS
COMMISSIONER

12/26/13

Date

**Department of Corrections**
**Training Academy**
**Course List and Syllabus**

September 9 to December 19, 2013

Case 1:99-cv-00017 Document 65-2 Filed 04/30/14 Page 17 of 157

EXHIBIT G--SECURITY AND PROTECTION FROM HARM

| Course Name | Course Description | Contact Hours | Class Schedule | Classroom | Instructor |
|---|---|---|---|---|---|
| **Orientation**<br><br>**1.1 General Administration** | 1.1.1 Purpose and Mission<br>1.1.2 Goals and Objectives<br>1.1.3 Organizational Chart<br>1.1.4 Policies and Procedures accessible to all employees | 22 | 0730 – 1630<br>09/09-11/13 | Training Room | Sgt J. Castro<br>Sgt T. Sablan |
| **Corrections in America** Then and Now<br><br>Consent Decree | Enables the students to understand how corrections evolved from what is was then to what is today, including different types of sentencing used by the courts | 12<br><br><br><br>3 | 09/16-19/13 &<br>09/23-26/13 &<br>09/30-10/03/13<br>8:30 – 09:30<br>Mon thru Thurs | Training Room | Director G.F. Castro |
| Correctional Law for the Correctional Officer, 5th Edition, by William C. Collins, J.D. | Provides guidance to correctional officers so they understand their rights and the rights of inmates. It also serves as a quick reference for information that correctional officers need to perform their jobs within the law | 2 | 10/24/13 | Training Room | AAG T. Sablan<br>Legal Counsel |

000016

| DOC Policies and Procedures<br><br>Professional Standard Unit (PSU):<br><br>a. Sexual Harassment in the Workplace<br>b. EEOC | Standards of Employee Conduct | 15 | 0830-1130<br>09/12/13<br>1330-1630<br>09/12/13<br>1230-1630<br>09/13/13<br>1230-1530<br>09/16-20/13<br>0830-1130<br>09/27/13 | Training Room | Sgt. J. Castro<br>Sgt. T. Sablan |
|---|---|---|---|---|---|
| Report Writing | Reports can cover a wide range of topics, but usually focus on transmitting information with a clear purpose, to a specific audience. Good reports are documents that are accurate, objective and complete. | 3 | 1230-1530<br>10/02/13 | Training Room | AAG N. Driscoll |
| Dynamics of Substance Abuse | | 4 | 0730-1130<br>09/13/13 | Training Room | Joseph K. Villagomez |
| DOC Policies and Procedures<br><br>3.1 Security and Control | 3.1.1 Control of Contraband<br>3.1.2 Use of Restraints<br>3.1.3 Inmate/Detainee Transport<br>3.1.7 Inmate/Detainee Count<br>3.1.9 Radio Communication<br>3.1.10 Housing Unit Supervision<br>3.1.12 Use of Firearms<br>3.1.13 Patrol and Inspection<br>3.1.14 Use of DOC Vehicles<br>3.1.16 Permanent Logs<br>3.1.35 Handling and Storage of Firearms and Ammunition | 22 | 0930-1130<br>09/26/13<br>0830-1130<br>09/27/13<br>0930-1130<br>09/30/13<br>0930-1130<br>10/01-03/13<br>0830-1130<br>10/04/13<br>0830-1130<br>10/07/13<br>0830-1530<br>10/08/13 | Training Room & Designated Area | Sgt. J. Castro<br>Sgt. T. Sablan |
| DOC Policies and Procedures<br><br>3.1 Security and Control | 3.1.4 Control of Keys | 3 | 1230-1530<br>09/27/13 | Training Room | Capt. J. Pangelinan |
| DOC Policies and Procedures<br><br>3.2 Safety & Emergency Procedures | 3.2.1 Typhoon Plan<br>3.2.2 Prisoner Escape<br>3.2.3 Hostage & Riot Response Plan<br>3.2.4 Bomb Threat<br>3.2.5 Incident Command System<br>3.2.9 Earthquake Response Plan | 12 | 1230-1530<br>09/23/13<br>0930-1130<br>09/24/13<br>0830-1530<br>09/25/13 | Training Room | Lt. F. Rebuenog<br>Sgt. J. Castro<br>Sgt. T. Sablan |

| | | | | | |
|---|---|---|---|---|---|
| DOC Policies and Procedures<br><br>Safety & Security | 3.1.6 Perimeter Security<br>3.2.6 Fire Prevention<br>3.2.7 Flammable, Toxic & Caustic Materials | 3 | 1230-1530<br>09/20/13 | Training Room | Lt. F. Rebuenog<br>Sgt. J. Castro<br>Sgt. T. Sablan |
| DOC Policies and Procedures<br><br>3.1.17 Post Orders | Step by Step procedures explained | 1 | 1230-1330<br>09/30/13 | Training Room | Capt. D. DIGuerrero |
| DOC Policies and Procedures<br><br>Reception & Orientation | 4.1.1 Inmates/Detainees Personal Property<br>4.1.2 Inmate/Detainee Orientation<br>4.1.3 Booking Procedure & Fingerprint | 2 | 0930-1130<br>09/16-17/13 | Training Room | Capt. D. DIGuerrero |
| DOC Policies and Procedures<br><br>3.3 Rule and Discipline<br>4.2 Classification | 3.3.1 Inmate Prohibited Acts and Discipline<br>4.2.1 Classification | 2 | 0930-1130<br>09/18-19/13 | Training Room | Capt. D. DIGuerrero |
| DOC Policies and Procedures<br><br>4.5 Health Care | 4.5.24 Suicide Prevention<br>4.5.25 Universal Precaution<br>Administration of Medication(s) | 4 | 1330-1530<br>09/30/13<br>10/22/13 | Training Room | Constantino Gabasan,RN<br>Rocel Cariaso,RN |
| DOC Policies and Procedures<br><br>Release | 4.7.1 Inmate/Detainee Release<br>4.7.2 Community Release Program | 4 | 0830-1130<br>10/23/13 | Training Room | Sgt. J. Castro<br>Sgt. T. Sablan |
| DOC Policies and Procedures<br><br>Interpersonal Communication<br>Direct Supervision | Provides guidance to Corrections Officers to communicate both directly and/or indirectly with inmates. This tool assists Corrections Officers with prevention of fights.<br>3.1.10 Housing Unit Supervision | 16 | 0830-1130<br>09/20/13<br>0930-1130<br>09/23/13<br>1230-1530<br>09/24/13 | Training Room/Housing Pod | Capt. J.K. Pangelinan |
| Northern Marianas Protection and Advocacy System Inc. (NMPASI)<br><br>American Disability Act | Provides guidance to understand and how to assist those with disabilities. | 1 | 1230-1330<br>09/12/13 | Training Room | NMPASI Staff |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Self-Contained Breathing Apparatus (SCBA) | SCBA is a respiratory protection device that provides the highest level of protection to the wearer against respiratory hazards. The proper use of the SCBA is extremely important for personnel safety. | 3 | 1230-1530 10/09/13 | Training Room | Fire Division |
| Cardiopulmonary Resuscitation (CPR) | CPR is an emergency procedure, performed in an effort to manually preserve intact brain function until further measures are taken to restore spontaneous blood circulation and breathing in a person in cardiac arrest. It is indicated in those who are unresponsive with no breathing or abnormal breathing. | 14 | 0830-1530 02/20/14 02/25/14 02/27/14 03/04/14 03/06/14 | Training Room | Fire Division |
| Fire Extinguisher | Fire extinguisher, flame extinguisher, or simply an extinguisher, is an active fire protection device used to extinguish or control small fires, often in emergency situations. | 3 | 0830-1130 10/09/13 | Training Room & Designated Area | Fire Division |
| Food Safety | Food Handling | 3 | 1230-1530 10/07/13 | Training Room | BEH Staff |
| DOC Policies and Procedures<br><br>Recreation and Activities<br>Religion<br>Mail | 5.3.1 Recreation Activities<br>5.6.1 Religion<br>5.4.1 Inmate Mail | 3 | 1230-1530 10/24/13 | Training Room | Sgt. J. Castro<br>Sgt. T. Sablan |
| Officer Survival:<br><br>a. Restraining Devices<br>b. Transporting Inmates<br>c. Escorting Inmates<br>d. ASP Baton<br>e. Use of Deadly Force | Survival education and drills provide officers a safe environment in which to think critically through scenarios. Practicing tactical thinking is essential to officer survival and provides experience for the officer to be able to response during real life situation. | 40 | 10/28-11/01/13 0730 – 1630 | 4 H Club Multi Purpose Cntr. DOC Parking Lot | Capt. Pete LGuerrero<br>Sgt. J. Saures<br>DPS-Training |
| Defensive Driving | Provides officers education on safety when escorting/transporting inmates in DOC Vehicles | | 0830-1130 11/06/13 | DOC Training | POI N. Kwon<br>DPS-Traffic |
| Firearms | Qualification | 40 | 0730 – 1630 10/15-18/13 10/21/13 | Range (San Juan) | POI D. Hosono<br>POI D. Fitial<br>DPS Range |

| | | | | | |
|---|---|---|---|---|---|
| On the Job Training (OJT) | | 80 | 11/13-12/19/13 0830-1530 | DOC Facility | Cadres/Senior Officers |
| Handcuff/Escort | Provides officers knowledge on how to apply handcuff & escort of Federal Prisoners | 2.5 | 0900-1130 12/18/13 | Training Room/DOC Parking Lot | Don Hall, DUSM John Vega, DUSM |

000020

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM



# DEPARTMENT OF CORRECTIONS
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Course/Subject: **CPR - Heartsaver**          Date: **FEB·20·2014**

| | Name | Rank | Signature | Date |
|---|---|---|---|---|
| 1 | Faisao, Jeremy | COII | | 02/20/14 |
| 2 | Sablan, Mart | COI | | 02/20/14 |
| 3 | Matsutaro, SanSannie | COI | | FEB·20·2014 |
| 4 | Babauta, Kevin Q. | COIII | | " |
| 5 | Somorang, Peter | COII | | FEB·20·2014 |
| 6 | Angui, Harvin | COI | | Feb 20 2014 |
| 7 | Kaipat, Vincent | COI | | Feb 20 2014 |
| 8 | Kilitamra, Paul Jr. C. | COI | | FEB 20 2014 |
| 9 | FLORES, AUDREA A. | COI | | 20·FEB·2014 |
| 10 | Rogmar, Segotin | COII | | 02/20/14 |
| 11 | D/g. Stacey | Sgt. | S. Guerrero | 2/20/14 |
| 12 | MARATITA, JAKE | COI | | 2/20/14 |
| 13 | Ngotel, Pedro I. | JCWI | | 2/20/14 |
| 14 | Tagabuel, BillJohn | JCWI | | 2/20/14 |
| 15 | LANNO, BERT | COI | | 2/20/14 |
| 16 | Rebuenog, Frances | W. | | 2/20/14 |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Instructor: **Jon Kapileo**          Date: **2/20/14**

**000021**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**



## DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Salpan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Course/Subject: _____ CPR - Heartsaver _____        Date: _____ Feb. 25, 2014 _____

|  | Name | Rank | Signature | Date |
|---|---|---|---|---|
| 1 | TREVOR OGUMORO | CO I | | 2/25/14 |
| 2 | Luizi Reyes | COI | | 02/25/14 |
| 3 | Abraham Reyes | COI | | 02/25/14 |
| 4 | SHAUN S. MASGA | COI | | 02/25/14 |
| 5 | Seman, Marvin B. | COII | | 02/25/14 |
| 6 | Ascano, Ralph | C 61 | | 02/25/14 |
| 7 | Finkugvb, Jessie Ann S. | COI. | | 2/25/14 |
| 8 | RYAN SABLAN | COII | | 2/25/14 |
| 9 | Ray Camacho | CO3 | | 02/25/2014 |
| 10 | FREDRICK K. BILLY | CO3 | | 2/25/2014 |
| 11 | DAVIS JACKSON K. | CO I | | 2·25·14 |
| 12 | Daniel Palluyof | COII | | 2/25/14 |
| 13 | SWAIN CANGCO | C-OI | | 2-25-14 |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Instructor: PAUL MANGLONA        Date: 2-25-14

JUAN RA        2-25-14

000022

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM



## DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515

Course/Subject: __CPR-Heartsaver__          Date: __Feb. 27, 2014__

| | Name | Rank | Signature | Date |
|---|---|---|---|---|
| 1 | JASON A. BAHILLO | COI | | 02/27/14 |
| 2 | Tawhid K. Bhuiyan | COI | | 02-27-14 |
| 3 | Quitano, Manuel B. | SGZ | | 02-27-14 |
| 4 | BRADFORD PETER | CO2 | | 02/27/14 |
| 5 | JOAQUIN C. SABLAN JR. | COII | | 2/27/14 |
| 6 | Domingo Ilek | COI | Domingo | 02-27-14 |
| 7 | Serafin Norita | CO2 | | 02/27/14 |
| 8 | Moolang, Louisa | COI | | 02/27/14 |
| 9 | Aldan, Nina | CDI | | 2/27/14 |
| 10 | Brandon B. Agulto | CO2 | | 2/27/14 |
| 11 | RYAN A. KAIPAT | CO2 | | 2/27/14 |
| 12 | THELMA S. KAPILED | JCLOI | | 2/27/14 |
| 13 | DIWAYNE A. SAKISAT | COI | | 02-27-14 |
| 14 | Cris Deleon Guerrero | CoI | | 02/27/14 |
| 15 | Benjamin Tagabun | OICWTI | | 2/27/14 |
| 16 | LELAND BAEPATN | Jcai | | 2/27/14 |
| 17 | MARVIN M. NGESKEBEI | COI | | 27 FEB 14 |
| 18 | Camacho, Edwin | COI | | 27 Feb, 2014 |
| 19 | RIOS, LORRAINE | COTII | | 27 FEB2014 |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Instructor: __Patricia Corcoran__          Date: __2/27/14__

**000023**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM



## DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Course/Subject: ___CPR - Heartsaver___    Date: Mar. 04, 2014

| | Name | Rank | Signature | Date |
|---|---|---|---|---|
| 1 | YAROI TEMAL Pius P. | LIEUTENANT | | 03-04-2014 |
| 2 | SANTOS. CYNTHIA B. | CO3 | | 03·04·2014 |
| 3 | MAANAO ARTEMIO C. | SGt. | | 3 04, 2014 |
| 4 | Taitano Vincent M. | COI | | 03/04/2014 |
| 5 | Yamada Bo | COI | | 03/04/14 |
| 6 | Ambalan Nardson L. | COI | | 03/04/14 |
| 7 | TEREGEYO, RONALDO L. JR. | CoII | | 03/04/2014 |
| 8 | Iglecias, Travis DelaCruz | COI | | 03/04/2014 |
| 9 | Galarse, LEO C. | COI | | 03/04/2014 |
| 10 | Taisakan, Koji Maurice N | COI | | 2014 MAR 04 |
| 11 | Dela Cruz Eloy R. | CoI | | 3/4/14 |
| 12 | Cruz Anthony LG. | COII. | | 03/04/14 |
| 13 | Cruz, Max B. | COIII | | 3/4/14 |
| 14 | Sablan Vince Anthony | C.II. | | 03/04/14 |
| 15 | Anthony Lannyo H. | COI | | 03/04/14 |
| 16 | ESTEFANIA MENSAH R. | COI | | 03/04/14 |
| 17 | Evangelista, Gioncarlo P. | COII | | 03/04/14 |
| 18 | Pangelinan, Jose K. | Capt. | | 03 04 14 |
| 19 | Sanchez, Monette camacho | COI | | 03·04·14 |
| 20 | TEIGITA, MARGARETE ANTONETTE | JM 3 | | 03·04·14 |
| 21 | Camacho, Felix JM. | JOII | | 03·04·2014 |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Instructor: FRANCIS MABOLOM    Date: 03/04/14

**000024**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**



# DEPARTMENT OF CORRECTIONS
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Vicente Taman Seman Building
P. O. Box 506506, Susupe, Saipan MP 96950
Telephone: (670) 237-2701 or 2700 Facsimile: (670) 664-9515



Course/Subject: __CPR-Heartsaver__         Date: __Mar. 06, 2014__

|    | Name | Rank | Signature | Date |
|----|------|------|-----------|------|
| 1  | Sablan, Thomas C. | SGT. | | 03·06·2014 |
| 2  | Rasa   Ricardo  R. | JCO | Rasa | 03·06·2014 |
| 3  | Iguel, Matthew O. | JCWI | | 03·06·14 |
| 4  | ALBERT S. DELOSREYES | MI (BMU) | | 03-06-14 |
| 5  | Claudia Leon Guerrero | JCW | | 3.6.14 |
| 6  | Santos, Shoolane S. | COI | | 03/06/14 |
| 7  | Henry Kazert | JCU | | 03/06/14 |
| 8  | Agoste, Basilio-Bryan P. | COI | | 03/06/14 |
| 9  | CAMACHO, JASON T. | COII | | 03/06/14 |
| 10 | Delos Guerrero, David M. | CoN. | | 3/6/14 |
| 11 | Benjamin Lizama | COII | | 3/6/14 |
| 12 | CANDIDO ALDAN | COII | | 3/6/14 |
| 13 | Joey Teregeyo | JCW III | | 03·06·14 |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Instructor: __PAUL MANGLONA__         Date: __3-6-14__

**000025**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Corrections in America: Then & Now    **Date:** Sep. 16-19, 2013

| Name: | Signature: |
|---|---|
| Ajoster, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Tawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Davis, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. B. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Funkugub, Jessie Ann S. | |
| Galarse, Leo G. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansannie J. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luizi Angui | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne A. | |
| Sanchez, Monette C. | |
| Santos, Sheelanie S. | |
| Somorang, Peter N. | |
| Taisakan, Koji | |
| Taitano, Vincent M. | |
| Yamada, Bo Napuri | |
| | |
| | |
| | |

**Instructor:** Director Gregory F. Castro    **Date:** Sep. 19, 2013

**000026**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Corrections in America: Then & Now    **Date:** Sep. 23-26, 2013

| Name: | Signature: |
|---|---|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Tawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Davis, Jackson Kalpat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Funkugub, Jessie Ann S. | |
| Galarse, Leo C. | |
| Ichihara, Paul Jr. Cepeda | |
| Igleclas, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kalpat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansannie J. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luizi Angui | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne A. | |
| Sauchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Taisakan, Koji | |
| Taitano, Vincent M. | |
| Yamada, Bo Naputi | |
| | |
| | |
| | |
| | |

**Instructor:** Director Gregory F. Castro    **Date:** Sep. 26, 2013

**000027**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Corrections in America: Then & Now    **Date:** Sep. 30 - Oct. 03, 2013

| Name: | Signature: |
|---|---|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson I. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhulyan, Tawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Davis, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Funkugub, Jessie Ann S. | |
| Galarse, Leo C. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansannie I. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luizi Angui | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne A. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Taisakan, Koji | |
| Taitano, Vincent M. | |
| Yamada, Bo Naputi | |
| | |
| | |
| | |
| | |

**Instructor:** Director Gregory F. Castro    **Date:** Oct. 03, 2013

**000028**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Report Writing          **Date:** Oct. 02, 2013

| Name: | Signature: |
|---|---|
| Aloste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Jaschid Rapileo | |
| Camacho, Edwin B. | |
| Cuego, Swan Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, C. Jr. R. | |
| Flores, Audrea | |
| Finkug(b) Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Ronico J. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Masga, Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansanrel | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes Abraham T. | |
| Reyes, Luiz Lango | |
| Sablan, Mart Camacho | |
| Sakisat, Dwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Eras | |
| Sanchez, Monette C. | |
| Santos, Charlene S. | |
| Somorang, Peter N. | |
| Tarsa, Kaid Toll | |
| Taitano, Vincent M. | |
| Yamada, Bonapua | |

**Instructor:** _____          **Date:** 10/2/13

Nicole D. Driscoll          000029

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Inmate / Detainee Count　　　　**Date:** 10·04·2013

| Name: | Signature: |
|---|---|
| Ajoste Bashio Bryan R. | |
| Aldan, Nina Demapan | |
| Anibalan Nardson L. | |
| Angui, Harvin D. | |
| Ascabo Rafil Joshua L. | |
| Bahillo, Jason Aranda | |
| Bhuyan Tuhin Kanti C. | |
| Camacho, Edwin B. | |
| Cangco Sixain Peter D. | |
| Chen, Derick | |
| Davis Jackson Calra | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero Cris R. | |
| Flores, Audrea | |
| Funkuen Jessie Ann S. | |
| Galarse, Leo C. | |
| Hernan Bonifacio S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias Travis Del Cruz | |
| Ilek, Domingo M. | |
| Kaipat Vincent | |
| Laniyo, Bert Limes | |
| Maratita Jake Hiram U. | |
| Masga, Shawn Sablan | |
| Matsutaro Sansann J. | |
| Ngeskebei, Marvin M. | |
| Orumoro Trevor John | |
| Reyes, Abraham T. | |
| Reyes Ruiz Angel | |
| Sablan, Mart Camacho | |
| Salsa Diwata A. | |
| Salas, Michael M. | |
| Sanchez John Jr. K. | |
| Sanchez, Monette C. | |
| Santos Sheelane S. | |
| Somorang, Peter N. | |
| Taisakan Roll | |
| Taitano, Vincent M. | |
| Yamada D. Napul J. | |

**Instructor:** Sgt. Jose Castro / Sgt. Thomas Sablan　　　**Date:** October 04, 2013

**000030**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Patrol and Inspection          **Date:** Oct. 07, 2013

| Name: | Signature: |
|---|---|
| Aloste Hasilio Bryan T. | |
| Aldan, Nina Demapan | |
| Ambalin Naidson L. | |
| Angui, Harvin D. | |
| Ascano Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhutan Tawn Ikapi 601 | |
| Camacho, Edwin B. | |
| Cangco Sean Peter D. | |
| Chen, Derick | |
| Davis Jackson Carra | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero C Us R | |
| Flores, Audrea | |
| Fukumoto Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman Romeo N S | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat Mitchell | |
| Laniyo, Bert Limes | |
| Maratita Jake Brian L | |
| Masga, Shawn Sablan | |
| Matsutaro Sans Annie L | |
| Ngeskebei, Marvin M. | |
| Osimora Trevor John | |
| Reyes, Abraham T. | |
| Reyes Luiz Angui | |
| Sablan, Mart Camacho | |
| Sablan Dwayne A | |
| Salas, Michael M. | |
| Sanchez John Jake | |
| Sanchez, Monette C. | |
| Santos Sherlane S | |
| Somorang, Peter N. | |
| Taisakan Rob | |
| Taitano, Vincent M. | |
| Wamada In Napud | |

**Instructor:** Sgt. Jose Castro / Sgt. Thomas Sablan          **Date:** Oct. 07, 2013

000031

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Radio Communication          **Date:** Oct. 07, 2013

| Name: | Signature: |
|-------|------------|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhuiyan, Lawhid Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| DeleonGuerrero, C.J.S R. | |
| Flores, Audrea | |
| Furukichi, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo B. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Igisalas, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Miram. | |
| Masga, Shawn Sablan | |
| Matsutaro, Shisania J. | |
| Ngeskebei, Marvin M. | |
| Quitano, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luiz Angel | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. A. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Talsikan, Rolf | |
| Taitano, Vincent M. | |
| Yamada, Bo Naputi | |

**Instructor:** Sgt. Jose Castro / Sgt. Thomas Sablan          **Date:** Oct. 07, 2013

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Use of D.O.C. Vehicles          **Date:** Oct. 08, 2013

| Name: | Signature: |
|---|---|
| Aoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson E. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua S. | |
| Bahilo, Jason Aranda | |
| Bhuiyan, Jawhd Kapileo | |
| Camacho, Edwin B. | |
| Cargco, Sean Peter D. | |
| Chen, Derick | |
| Dada, Jackson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Gus R. | |
| Flores, Audrea | |
| Furikugul, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hocim T. | |
| Masga, Shawn Sablan | |
| Mitsuko, Susanna R. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luiz Angui | |
| Sablan, Mart Camacho | |
| Sakkat, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. R. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Tatsukau, Kol J. | |
| Taitano, Vincent M. | |
| Yamada, Bo Napui | |

**Instructor:** Sgt. Jose Castro / Sgt. Thomas Sablan          **Date:** Oct. 08, 2013

000033

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Housing Unit Supervision     **Date:** Oct. 07, 2013

| Name: | Signature: |
|---|---|
| Abte, Basilio Bryan B. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bitdvan, Tawhidkapido | |
| Camacho, Edwin B. | |
| Cairos, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jackson Calpat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Chris S. | |
| Flores, Audrea | |
| Funkugun, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Igledis, David DelaCruz | |
| Ilek, Domingo M. | |
| Kanai, Vincent L. | |
| Laniyo, Bert Limes | |
| Maratita, Jake Huan P. | |
| Masga, Shawn Sablan | |
| Matsutaro, Susanne L. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Revou John | |
| Reyes, Abraham T. | |
| Reyes, Luiz Angui | |
| Sablan, Mart Camacho | |
| Sarisai, Duryayne A. | |
| Salas, Michael M. | |
| Smithe, John D. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Tatsakai, Koili I. | |
| Taitano, Vincent M. | |
| Yamada, So Napui | |

**Instructor:** Sgt. Jose Castro / Sgt. Thomas Sablan     **Date:** Oct. 07, 2013

**000034**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Handling and Storage of Firearm and Ammunition    **Date:** Oct. 07, 2013

| Name: | Signature: |
|---|---|
| Ajoste, Basilio Bryan P. | |
| Aldan, Nina Demapan | |
| Ambalan, Nardson L. | |
| Angul, Harvin D. | |
| Ascaño, Rauji Ijoshtak | |
| Bahillo, Jason Aranda | |
| Blmbyan, David Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Sean Pete Dr. B. | |
| Chen, Derick | |
| Davis, Jackson Kalbat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Luis R. | |
| Flores, Audrea | |
| Fumagdub, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglesias, Juan Dela Cruz | |
| Ilek, Domingo M. | |
| Kalbat, Vincent | |
| Laniyo, Bert Limes | |
| Martha, Jake Juan L. | |
| Masga, Shawn Sablan | |
| Matsutaro, Sansaquel J. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Luiz Angul | |
| Sablan, Mart Camacho | |
| Sakisat, Duwayne W. | |
| Salas, Michael M. | |
| Sanchez, John Jr. K. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Tabsalan, Roh | |
| Taitano, Vincent M. | |
| Tamadu, Ho Napu | |

**Instructor:** Sgt. Jose Castro / Sgt. Thomas Sablan    **Date:** Oct. 07, 2013

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Use of Firearm       **Date:** Oct. 07, 2013

| Name: | Signature: |
|---|---|
| Joste, Basilio Bivan R. | |
| Aldan, Nina Demapan | |
| Ambal, Jackson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhuvan, Lavmil Kapileo | |
| Camacho, Edwin B. | |
| Cangco, Swain Reterio | |
| Chen, Derick | |
| Davis, Jackson Kama | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Gil S. R. | |
| Flores, Audrea | |
| Fitial, Jesse Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo L. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maratita, Jake Hillman D. | |
| Masga, Shawn Sablan | |
| Matsutaro, Scott Andler | |
| Ngeskebei, Marvin M. | |
| Ogomoro, Trevor John | |
| Reyes, Abraham T. | |
| Reyes, Uriz Ango | |
| Sablan, Mart Camacho | |
| Saksai, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. Ic. | |
| Sanchez, Monette C. | |
| Santos, Sheelane S. | |
| Somorang, Peter N. | |
| Tabak, Jr. Kol R. | |
| Taitano, Vincent M. | |
| Yamada, Bonardo | |

**Instructor:** Sgt. Jose Castro / Sgt. Thomas Sablan      **Date:** Oct. 07, 2013

**000036**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Suicide Prevention        **Date:** Oct. 22, 2013

| Name: | Signature: |
|---|---|
| Josef Basilio Bryan R. | |
| Aldan, Nina Demapan | |
| Ambian, Nardson L. | |
| Angui, Harvin D. | |
| Ascaro Ralph Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhuyan, David Kapileo | |
| Camacho, Edwin B. | |
| Cing o Swan Peter D. | |
| Chen, Derick | |
| Davis Jackson Kama | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero Gi SiR. | |
| Flores, Audrea | |
| Funkngun, Jessie Ann Sc. | |
| Galarse, Leo C. | |
| Herman Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Heleras Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Isaipat, Vincent | |
| Laniyo, Bert Limes | |
| Maraga Oso Hiram O. | |
| Masga, Shawn Sablan | |
| Marciano Sansanit. | |
| Ngeskebei, Marvin M. | |
| Oguroro Trevor John | |
| Reyes, Abraham T. | |
| Reyes Luiz Angui | |
| Sablan, Mart Camacho | |
| Sarkar Dwayne A. | |
| Salas, Michael M. | |
| Sachez John Turk | |
| Sanchez, Monette C. | |
| Santos Shenane S. | |
| Somorang, Peter N. | |
| Tuksalan Koil | |
| Taitano, Vincent M. | |
| Tarara Bo Napuli | |

**Instructor:** CONSTANTINO C. GABASAU R.N **Date:** 10/22/13

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

Course/Subject: Inmate Release          Date: Oct. 23, 2013

| Name: | Signature: |
|---|---|
| Ajosto, Basilo Boum p. | |
| Aldan, Nina Demapan | |
| Attpalan, Nelson I. | |
| Angui, Harvin D. | |
| Asohe, Babir ostra ic | |
| Bahillo, Jason Aranda | |
| Bituan, Taylor Kenten | |
| Camacho, Edwin B. | |
| Cango, Swait Pale ID | |
| Chen, Derick | |
| Davis, Jackson Balilac | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cria R. | |
| Flores, Audrea | |
| Fukikaub, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Romeo Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Ilelas, Irwyn Dela Cruz | |
| Ilek, Domingo M. | |
| Ishikal, Vincent c. | |
| Laniyo, Bert Limes | |
| Mafnas, Jake Dj P. | |
| Masga, Shawn Sablan | |
| Matsumoto, Sansville J. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Trevo John | |
| Reyes, Abraham T. | |
| Reyes, Luiz Angel | |
| Sablan, Mart Camacho | |
| Salas, Joreane A. | |
| Salas, Michael M. | |
| Sanchez, John L. R. | |
| Sanchez, Monette C. | |
| Santos, Theodhe S. | |
| Somorang, Peter N. | |
| Tachibana, Koll | |
| Taitano, Vincent M. | |
| Santos, Bo Napuli | |

Instructor: Sgt. Jose Castro / Sgt. Thomas Sablan  Date: Oct. 23, 2013

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Community Release Program / Recreation  **Date:** Oct. 23, 2013

| Name: | Signature: |
|---|---|
| Aldan, Nina Demapan | |
| Angui, Harvin D. | |
| Bahillo, Jason Aranda | |
| Camacho, Edwin B. | |
| Chen, Derick | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Flores, Audrea | |
| Galarse, Leo C. | |
| Ichihara, Paul Jr. Cepeda | |
| Ilek, Domingo M. | |
| Laniyo, Bert Limes | |
| Masga, Shawn Sablan | |
| Ngeskebei, Marvin M. | |
| Reyes, Abraham T. | |
| Sablan, Mart Camacho | |
| Salas, Michael M. | |
| Sanchez, Monette C. | |
| Somorang, Peter N. | |
| Taitano, Vincent M. | |

**Instructor:** _____   **Date:** 10/23/13

000039

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

## CNMI DOC ACADEMY CLASS ROSTER

Course/Subject: _Recreation Activities / Religion / Inmate Mail_  Date: _Oct. 24, 2013_

| Name: | Signature: |
| --- | --- |
| Apste, Raul Brian B. | [signature] |
| Aldan, Nina Demapan | [signature] |
| Amblan, Nadison L. | [signature] |
| Angui, Harvin D. | [signature] |
| Asanda, Ralph Joshua K. | [signature] |
| Bahillo, Jason Aranda | [signature] |
| Bhutan, David Isabilo | [signature] |
| Camacho, Edwin B. | [signature] |
| Ganged, Swam, Peter D. | [signature] |
| Chen, Derick | [signature] |
| Davis, Jackson Cabrera | [signature] |
| Dela Cruz, Eloy Franklin Jr. R. | [signature] |
| Deleon Guerrero, Chris R. | [signature] |
| Flores, Audrea | [signature] |
| Fonkeath, Jessie Anil S. | [signature] |
| Galarse, Leo C. | [signature] |
| Guman, Romeo Jr. S. | [signature] |
| Ichihara, Paul Jr. Cepeda | [signature] |
| Ilikes, Travis Dela Cruz | [signature] |
| Ilek, Domingo M. | [signature] |
| Kapal, Vincent | [signature] |
| Laniyo, Bert Limes | [signature] |
| Marial, Jake William | [signature] |
| Masga, Shawn Sablan | [signature] |
| Matsutaro, San Gabriel Jr. | [signature] |
| Ngeskebei, Marvin M. | [signature] |
| Oguntro, Trevor John | [signature] |
| Reyes, Abraham T. | [signature] |
| Reyes, Luis Angel | [signature] |
| Sablan, Mart Camacho | [signature] |
| Salkeb, Dewayne A. | [signature] |
| Salas, Michael M. | [signature] |
| Sanchez, John J. S. | [signature] |
| Sanchez, Monette C. | [signature] |
| Santos, Spencer S. | [signature] |
| Somorang, Peter N. | [signature] |
| Taisakan, Koh | [signature] |
| Taitano, Vincent M. | [signature] |
| Yamada, Bo Napui | [signature] |

Instructor: _Sgt. Jose Castro / Sgt. Thomas Sablan_    Date: _Oct. 24, 2013_

000040

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Correctional Law for the Correctional Officer   **Date:** Oct. 24, 2013

| Name: | Signature: |
|---|---|
| Aldan, Bailey Ivan B. | |
| Aldan, Nina Demapan | |
| Ambalan Natoson L. | |
| Angui, Harvin D. | |
| Ascano, Ralph Joshua C. | |
| Bahillo, Jason Aranda | |
| Brigham David Castro | |
| Camacho, Edwin B. | |
| Cabrera Sean Peter D. | |
| Chen, Derick | |
| Davis Jackson Kapileo | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero Cris R. | |
| Flores, Audrea | |
| Funkuab Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman Romeo Jr. S. | |
| Ichthara, Paul Jr. Cepeda | |
| Iglesias Travis Dela Cruz | |
| Ilek, Domingo M. | |
| Kalpat Wilson | |
| Laniyo, Bert Limes | |
| Maratita Jake John G. | |
| Masga, Shawn Sablan | |
| Nakatsukasa Saisan Jose J. | |
| Ngeskebei, Marvin M. | |
| Osmund Trevor John | |
| Reyes, Abraham T. | |
| Reyes Luizi Angui | |
| Sablan, Mart Camacho | |
| Sablan Duwayne A. | |
| Salas, Michael M. | |
| Sanchez J Emil E. K. | |
| Sanchez, Monette C. | |
| Santos Sheldon S. | |
| Somorang, Peter N. | |
| Tasakan Ron | |
| Taitano, Vincent M. | |
| Yamada Bo Sam H. | |

**Instructor:** Terenta Sablan   **Date:** 10/24/13

**000041**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CNMI DOC ACADEMY CLASS ROSTER

**Course/Subject:** Defensive Driving     **Date:** Nov. 6, 2013

| Name: | Signature: |
|---|---|
| Abas, Basilio Lymari | |
| Aldan, Nina Demapan | |
| Amilin, Nelson Y. | |
| Angui, Harvin D. | |
| Ascano, Rahul Joshua K. | |
| Bahillo, Jason Aranda | |
| Bhutani, Jaylin Kapileo | |
| Camacho, Edwin B. | |
| Cango, Sivan Peter D. | |
| Chen, Derick | |
| Davis, Nelson Kaipat | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, G. JSRai | |
| Flores, Audrea | |
| Furlongib, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Ronico Jr. S. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Ivan Vir dela cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vinton | |
| Laniyo, Bert Limes | |
| Mareita, Jake Ionario | |
| Masga, Shawn Sablan | |
| Matsutalo, Salsamuel K. | |
| Ngeskebei, Marvin M. | |
| Orlundo, Jesus John | |
| Reyes, Abraham T. | |
| Reyes, Luis Angel | |
| Sablan, Mart Camacho | |
| Saksai, Duwayne A. | |
| Salas, Michael M. | |
| Sanchez, John Jr. K. | |
| Sanchez, Monette C. | |
| Santos, Sheeanne S. | |
| Somorang, Peter N. | |
| Tebsal, Ian Joji | |
| Taitano, Vincent M. | |
| Yamada, Bo Nana U. | |

**Instructor:** Norris Kuron Tony     **Date:** Nov. 6, 2013

000042

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

## CNMI DOC ACADEMY CLASS ROSTER

Course/Subject: HANDCUFFING/ESCORT    Date: 12.18.13

| Name: | Signature: |
|-------|-----------|
| Aloste, Basilio Bryan R. | |
| Aldan, Nina Demapan | |
| Atibalin, Narciso L. | |
| Angui, Harvin D. | |
| Ascano, Raiflan Rualo | |
| Bahillo, Jason Aranda | |
| Bhuyan, Jay Uel Kanico | |
| Camacho, Edwin B. | |
| Gangco, Swain Peter D. | |
| Chen, Derick | |
| Davis, Jerkson Ralpas | |
| Dela Cruz, Eloy Franklin Jr. R. | |
| Deleon Guerrero, Cris R. | |
| Flores, Audrea | |
| Fujikawa, Jessie Ann S. | |
| Galarse, Leo C. | |
| Herman, Ronuel L. Sr. | |
| Ichihara, Paul Jr. Cepeda | |
| Iglecias, Ray Dela Cruz | |
| Ilek, Domingo M. | |
| Kaipat, Vincent | |
| Laniyo, Bert Limes | |
| Metai, A.J. Reklai ani | |
| Masga, Shawn Sablan | |
| Matsutaro, San San H. | |
| Ngeskebei, Marvin M. | |
| Ogumoro, Theo John | |
| Reyes, Abraham T. | |
| Reyes, Luiz Angel | |
| Sablan, Mart Camacho | |
| Saralu, Ruwe Wilfred A. | |
| Salas, Michael M. | |
| Sanchez, John J. Jr. | |
| Sanchez, Monette C. | |
| Santos, Stephanie S. | |
| Somorang, Peter N. | |
| Unsiog Kelen R. | |
| Taltano, Vincent M. | |
| Yamada, Bo Napoli | |

Instructor: DON HALL / JOHN VEGA    Date: 12.18.13

USM 000043




DEPARTMENT OF CORRECTIONS

POLICIES
&
PROCEDURES

Vicente Taman Seman Building
Tekken Street • P.O. Box 506506 • Saipan, MP 96950

000044

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

---

## DOC POLICIES AND PROCEDURES
## TABLE OF CONTENTS

---

**Part 1:**      **ADMINISTRATION AND MANAGEMENT**

**Section A:**      **General Administration**

| | |
|---|---|
| 1.1.0 | Consent Decree Table of Contents |
| 1.1.1 | Department Purpose and Mission |
| 1.1.2 | Department Goals and Objectives |
| 1.1.3 | Department of Corrections Organizational Chart |
| 1.1.4 | Policies and Procedures are Accessible to All Employees |
| 1.1.5 | Public Service and Telephone Reception |
| 1.1.6 | Department Computers |
| 1.1.7 | Monitoring and Assessment |
| 1.1.8 | Contacts with Public and Media |
| 1.1.9 | Professional Standards Unit |
| 1.1.10 | Court Testimony |
| 1.1.11 | Telephone Reception |
| 1.1.12 | Employee Lockers |

**Section B:**      **Fiscal Management**

| | |
|---|---|
| 1.2.1 | Budgeting Procedures |
| 1.2.2 | Accounts Management |
| 1.2.3 | Purchasing Management |
| 1.2.4 | Timekeeping and Payroll Management |
| 1.2.5 | Travel Management |
| 1.2.6 | Inventory Control |
| 1.2.7 | Authorized Forms |

**Section C:**      **Personnel**

| | |
|---|---|
| 1.3.1 | Personnel Records Management |
| 1.3.2 | Employee Recruitment, Selection, and Promotion |
| 1.3.3 | Standards of Conduct |
| 1.3.4 | Personnel Policy Manual |
| 1.3.5 | Oath of Office and Code of Ethics |
| 1.3.6 | Employees Handbook |
| 1.3.7 | Awards and Recognition |
| 1.3.8 | Uniform Policy and Appearance |
| 1.3.9 | Equal Employment Opportunity Program (EEOP) |
| 1.3.10 | Harassment |
| 1.3.11 | COI Duties and Responsibilities |

**000045**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

| 1.3.12 | COII Duties and Responsibilities |
| 1.3.13 | COIII Duties and Responsibilities |
| 1.3.14 | Sergeant Duties and Responsibilities |
| 1.3.15 | Lieutenant Duties and Responsibilities |
| 1.3.16 | Captain Duties and Responsibilities |
| 1.3.17 | Corrections Cadet Duties and Responsibilities |
| 1.3.18 | Basic Corrections Academy Handbook |

**Section D:     Training and Staff Development**

| 1.4.1 | General Training Standards and Methods |
| 1.4.2 | Annual Refresher Training |
| 1.4.3 | Firearms Training |
| 1.4.4 | Training Requirement for CERT Members |
| 1.4.5 | Emergency Training |
| 1.4.6 | Use of Force Using ASP or PR-24 Batons |
| 1.4.7 | Use of OC – Pepper Spray |

**Section E:     Case Records**

| 1.5.1 | Inmate/Detainee Records Management |

**Section F:     Information System and Research**
                 [Reserved]

**Section G:     Citizen Involvement and Volunteers**

| 1.7.1 | Use of Volunteers |

## Part 2:       PHYSICAL PLANT

**Section A:     Building Safety Codes**

| 2.1.1 | Building and Fire Codes |

**Section B:     Size, Organization, and Location**

| 2.2.1 | Facility Design |
| 2.2.2 | Rated Capacity |

**Section C:     Inmate/Detainee Housing**

| 2.3.1 | Inmate/Detainee Housing |
| 2.3.2 | Inmate Access to Toilets and Washbasins |

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

**Section D:    Environmental Conditions**

2.4.1        Environmental Conditions


**Section E:    Program and Service Areas**

2.5.1        Program and Service Areas
2.5.2        [Reserved]


**Section F:    Administrative and Staff Areas**

2.6.1        Administrative and Staff Areas
2.6.2        Accessibility and Accommodation to the Disabled (Handicapped)


**Section G:    Security**

2.7.1        Use of Parking Spaces



**Part 3:       INSTITUTIONAL OPERATIONS**


**Section A:    Security and Control**

3.1.1        Control of Contraband
3.1.2        Use of Restraints
3.1.3        Inmate Detainee Transport Outside the Facility
3.1.4        Control and Use of Keys
3.1.5        Control and Use of Tools, Culinary and Medical Equipment
3.1.6        Perimeter Security
3.1.7        Inmate/Detainee Count
3.1.8        Inmate/Detainee Movement
3.1.9        Radio Communication
3.1.10       Housing Unit Supervision
3.1.11       Armory
3.1.12       Use of Firearms
3.1.13       Patrol and Inspection
3.1.14       Use of DOC Vehicles
3.1.15       Permanent Log
3.1.16       Post Orders
3.1.17       Designated Security Posts
3.1.18       Metal Detectors
3.1.19       Central Control Post Order
3.1.20       Male RSAT Housing Unit Post Order
3.1.21       Female RSAT Housing Unit Post Order
3.1.22       Visitation Post Order

3

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

| 3.1.23 | Administrative Segregation Housing Unit Post Order |
|--------|---------------------------------------------------|
| 3.1.24 | Civil Detention Housing Unit Post Order |
| 3.1.25 | Female General Population Housing Unit Post Order |
| 3.1.26 | Maximum Security Housing Unit Post Order |
| 3.1.27 | Disciplinary Segregation Housing Unit Post Order Pod 4 |
| 3.1.28 | Maximum Security Housing Unit Post Order |
| 3.1.29 | Disciplinary Segregation Housing Unit Post Order Pod 3 |
| 3.1.30 | Housing Pod 3 Control Post Order |
| 3.1.31 | Incident Report |
| 3.1.32 | Housing Pod 4 Control Post Order |
| 3.1.33 | Handling and Storage of Firearms and Ammunitions |

**Section B:**     **Safety and Emergency**

| 3.2.1 | Typhoon Plan |
|-------|--------------|
| 3.2.2 | Escape Pursuit Plan |
| 3.2.3 | Riot/Hostage Control Plan |
| 3.2.4 | Bomb Threat |
| 3.2.5 | Incident Command System |
| 3.2.6 | Fire Prevention |
| 3.2.7 | Flammable, Toxic, and Caustic Materials |
| 3.2.8 | Emergency Power |
| 3.2.9 | Earthquake Response Plan |
| 3.2.10 | Evacuation Plan |
| 3.2.11 | Preventive Maintenance Program |
| 3.2.12 | Universal Precaution Against Infectious Diseases |

**Section C:**     **Rules and Discipline**

| 3.3.1 | Inmate Prohibited Acts and Discipline |
|-------|----------------------------------------|

**Section D:**     **Special Management**
| 3.4.1 | [Reserved] |
|-------|------------|

**Section E:**     **Inmate Rights**

| 3.5.1 | Law Library |
|-------|-------------|
| 3.5.2 | Inmate Detainee Grievance |
| 3.5.3 | Protection from Harm |
| 3.5.4 | Inmate Access to Programs and Services |

**Part 4:**     **INSTITUTIONAL SERVICES**

**Section A:**     **Reception and Orientation**

| 4.1.1 | Inmates/Detainees Personal Property |
|-------|--------------------------------------|

4

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

| 4.1.2 | Inmate/Detainee Orientation |
|-------|------------------------------|
| 4.1.3 | Booking Procedures |
| 4.1.4 | Inmate handbook |

**Section B:**     **Classification**

| 4.2.1 | Classification |
|-------|----------------|
| 4.2.2 | Inmate Monthly Evaluation |

**Section C:**     **Food Service**

| 4.3.1 | General Food Service Operation |
|-------|--------------------------------|
| 4.3.2 | Special Diet |
| 4.3.3 | Sanitation and Hygiene |
| 4.3.4 | Meal Service |

**Section D:**     **Sanitation and Hygiene**

| 4.4.1 | Waste Disposal Procedure |
|-------|--------------------------|
| 4.4.2 | Pest Control |
| 4.4.3 | Custodial Storage |
| 4.4.4 | Housekeeping |
| 4.4.5 | Laundry |
| 4.4.6 | Inmate Hygiene |
| 4.4.7 | Inmate Sanitation and Hygiene |

**Section E:**     **Health Care**

| 4.5.1 | Sick Call |
|-------|-----------|
| 4.5.2 | Inmate Detainee Illness or Death |
| 4.5.3 | Notification of Next-of-Kin on Serious Illness or Injury |
| 4.5.4 | Privacy of Care |
| 4.5.5 | Inmates Detainees Medical Records |
| 4.5.6 | Informed Consent |
| 4.5.7 | Special Health Care Programs |
| 4.5.8 | Access to Care |
| 4.5.9 | Initial Health Screening |
| 4.5.10 | Pharmaceuticals |
| 4.5.11 | Written and Verbal Clinical Orders |
| 4.5.12 | Female Health Care Issues |
| 4.5.13 | Prohibition on Medical Experiment |
| 4.5.14 | Health Assessment |
| 4.5.15 | Health Training for Correctional Staff |
| 4.5.16 | Dental Care |
| 4.5.17 | Responsible Health Authority |
| 4.5.18 | Administration |

**000049**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

| | |
|---|---|
| 4.5.19 | Health Care Qualifications |
| 4.5.20 | Medical Management of HIV-Positive Inmates/Detainees |
| 4.5.21 | MOU between DPS and DPH |
| 4.5.22 | Orthoses, Protheses, and Other Aids to Impairment |
| 4.5.23 | Photographic Documentation |
| 4.5.24 | Suicide Prevention |

**Section F:     Social Services**

| | |
|---|---|
| 4.6.1 | Social Service |

**Section G:     Release**

| | |
|---|---|
| 4.7.1 | Inmate Release |
| 4.7.2 | Community Release Program |

**Part 5:     INMATE PROGRAMS**

**Section A:     Work and Correctional Industries**

| | |
|---|---|
| 5.1.1 | Program Activity |
| 5.1.2 | RSAT Program |
| 5.1.3 | [Reserved] |

**Section B:     Academic and Vocational Education**

| | |
|---|---|
| 5.2.1 | [Reserved] |

**Section C:     Recreation and Activities**

| | |
|---|---|
| 5.3.1 | Recreation Activities |

**Section D:     Mail, Telephone, and Visiting**

| | |
|---|---|
| 5.4.1 | Inmate Mail |
| 5.4.2 | Inmate Visitation |
| 5.4.3 | Inmate Access to Telephone |

**Section E:     Library**

| | |
|---|---|
| 5.5.1 | Library Services |

**Section F:     Religious Programs**

| | |
|---|---|
| 5.6.1 | Religion |

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY
POLICIES AND PROCEDURES MANUAL**

# SECTION I  INTRODUCTION

**SECTION I** (§ and¶ indicate relevant section and paragraph of the Consent Decree)

POLICY NUMBER AND TITLE                    NO. OF PAGES PER POLICY

1.01    LEGISLATIVE and GOVERNING AUTHORITY............................................... 2

1.02    POLICIES and PROCEDURES MANUAL .................................... **§ VI ¶ 54** ..... 2

1.03    PURPOSE and PHILOSOPHY ............................................................... 2
        • Objectives of Detention

1.04    ORGANIZATIONAL CHAIN OF COMMAND .................................................... 2

1.05    DELEGAT ION of AUTHORITY ......................................................... 1
        • Facility Operations Responsibility
        • Case Plan / Treatment Responsibility

1.06    GENERAL INSTRUCTIONS ........................... **§ III ¶ 17** ......... **§ IV ¶ 42** ....... 2
        • Severability
        • Other Standards and Requirements
        • Applicability of Standards
        • Emergency Suspension of Standards or Requirements
        • Inspections and Evaluations

1.07    DEFINITION of TERMS ...................................................................... 6

**000051**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY
POLICIES AND PROCEDURES MANUAL**

## SECTION II TRAINING PERSONNEL and MANAGEMENT

**SECTION II ( § and ¶ indicate relevant section and paragraph of the Consent Decree)**

POLICY NUMBER AND TITLE                                NO. OF PAGES PER POLICY

2.01    ADMINISTRATION ………….......................................................................... 1

2.02    APPOINTMENTS ......................................... **§ III ¶ 26, 29** .......... **§ VI ¶ 52, 56** ...... . 2

2.03    PERSONNEL ADMINISTRATION ................................................................ 2

2.04    AFFIRMATIVE ACTION ............................................................................. 2
        • Harassment
2.05    SELECTION, RETENTION and PROMOTION ............................................ 3
        • Minimum Standards

2.06    PERSONNEL RECORDS ............................................................................. 2

2.07    DRESS CODE .............................................................................................. 2

2.08    STAFF RESPONSIBILITIES and DUTIES .............. **§ III ¶ 21, 25** ....... **§ VI ¶ 53** ....... 3
        • Training of Child Supervision Classification
        • Training Officer
        • JCO Academy

2.09    KJD & CF POLICY and PROCEDURES MANUAL ..................................... 1
        • Employee Review

2.10    DISTRIBUTION OF MANUAL ............................................. **§ VI ¶ 54** ..... 2

2.11    TELEPHONES ................................................................ **§ VI ¶ S7** ...... 2

2.12    SHIFT and RELIEF ISSUES ........................................................................ 2

2.13    ALCOHOL, DRUGS and BETEL NUT ........................................................ 2

2.14    SMOKING and TOBACCO PRODUCTS ..................................................... 1

2.15    KJ D & CF SUPERVISOR DUTIES ............................................................ 2

2.16    KJD & CF ASSISTANT SUPERVISOR DUTIES .........................................2

**000052**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

<u>**SECTION II**</u> cont.

2.17    JUVENILE CORRECTION OFFICER III DUTIES ........................................................ 3

2.18    JUVENILE CORRECTION OFFICER II and I DUTIES .................................................. 3

2.19    SOCIAL WORKER II DUTIES ...................................................................................... 2

2.20    SOCIAL WORKER I DUTIES ....................................................................................... 2

2.21    POST ORDERS …………........................................................................................  8

2.22    CONFLICT OF INTEREST …………........................................................................ 2

2.23    WORKING WITH MINORS OF THE OPPOSITE SEX ................................................... 2

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

### KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY
### POLICIES AND PROCEDURES MANUAL

## SECTION III RECORDS and PUBLIC INFORMATION

**SECTION III**  ( § and {[ indicate relevant section and paragraph of the Consent Decree)

POLICY NUMBER AND TITLE                                    NO. OF PAGES PER POLICY

3.01    RECORDS KEEPING ................................................................................................................ 1

3.02    REPORT OF LEGAL ACTIONS ............................................................................................. 2

3.03    POPULATION ACCOUNTING ............................................................................................... 1

3.04    JUVENILE FACILITY CAPACITY ....................................................................................... 1

3.05    DAILY POPULATION REPORT ............................................................................................ 2

3.06    COMPACT DATA SHEET ....................................................................................................... 1

3.07    COMMENTS and REPAIRS REPORT ................................................................................... 1

3.08    LOCK-UP REPORT ................................................................................................................. 1

3.09    COURT LIST .............................................................................................................................. 1

3.10    INTAKE REFERRAL LIST ..................................................................................................... 1

3.11    INDIVIDUAL FILES FOR MINORS ..................................................................................... 2

3.12    RELEASE OF INFORMATION ............................................................................................... 4
             • General Instructions
             • Case Confidentiality
             • Inter-Intra Agency Confidentiality
             • Case File Management and Security

3.13    HOUSING/LIVING UNIT LOGBOOK ……………….............................................................. 2

3.14    SHIFT SUPERVISOR'S LOGBOOK ..................................................................................... 1

3.15    INTAKE/RECEIVING LOGBOOK ......................................................................................... 1

3.16    MASTER SECURITY LOGBOOK ......................................................................................... 3
             • Example of Entries

3.17    ATTORNEY OF RECORD ....................................................................................................... 1

**000054**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

### KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY
### POLICIES AND PROCEDURES MANUAL

---

# SECTION IV SECURITY PROCEDURES I

---

**SECTION IV** ( § and ¶ indicate relevant section and paragraph of the Consent Decree)

POLICY NUMBER AND TITLE                                    NO. OF PAGES PER POLICY

4.01    GENERAL INSTRUCTIONS ................................................................................ 4
        • Security Philosophy
        • Internal Security
        • External Security

4.02    SECURITY REVIEW ................................................................................... I

4.03    CONTROL OF PERIMETER ...................................................,.......................... 1

4.04    SECURITY CHECKS ....................................................................................... 1

4.05    CHANGE OF SHIFT ACTIVITIES ................................................................... 1

4.06    KEY CONTROL ................................................................... **§ III ¶ 21** ....... 3
        • Emergency Access Keys

4.07    DOOR LOCKS ..................................................................... **§ III ¶ 20** ........ 2

4.08    BADGES and IDENTIFICATION ................................................................... 1

4.09    HEAD COUNTS ................................................................... **§ VI ¶ 58** ...... 2

4.10    ROOM CHECKS ................................................................. **§ VI ¶ 58** ...... 1

4.11    HOLDING CELL CHECKS ................................................... **§ VI ¶ 59** ...... 1

4.12    CONTRABAND .....................................................,.................................... 2

4.13    RETENTION OF EVIDENCE ........................................................................ 2

4.14    Left Blank

4.15    FACILITY SEARCHES .................................................................................... 3
        • Shakcdowns
        • Lockdown

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

**SECTION IV** cont.

4.16 VISITING ................................................................................................................ 7
         • Parental Visits
         • Oflicial Visits
         • Clergy Visits

4.17 RADIO COMMUNICATIONS ................................................................ **§ VI ¶ 57** .... .4
         • Radio Call Signs
         • Radio Codes

4.18 USE OF RESTRAINTS ....................................................................................... .. 3
         • Handcuffs and Shackles
         • Soft Restraints

4.19 USE OF FORCE ................................................................................................. 10
         • Escalation of Force
         • Pepper Spray
         • Administrative Review

4.20 CLASSIFICATION OF MINORS ........................................................ **§ VI ¶ 55** .... 5
         • Movement of Minors

4.21 VOLUNTEERS ................................................................................................... 3

4.22 COMMUNICATIONS ........................................................................................ 3
         • Telephones
         • Mail
         • Kites

4.23 CONTROL OF FIREARMS, AMMUNITION and EXPLOSIVES………………….................................. 2

**000056**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**

## SECTION V EMERGENCY PROCEDURES I

**SECTION V ( § and ¶ indicate relevant section and paragraph of the Consent Decree)**

<u>POLICY NUMBER AND TITLE</u>                                        <u>NO. OF PAGES PER POLICY</u>

5.01 EMERGENCY PROCEDURES and INSTITUTIONAL CONTROL………………...**§ III ¶ 13, 16, 23** ....... I4
  • Emergency Conditions
  • Ambulance Transport
  • Bomb Threat
  • Earthquake
  • Emergency Services
  • Evacuation
  • Fire
  • Emergency Evacuation
  • Power Outage
  • Suicide/Serious Attempt
  • Testing and Storage of Emergency Equipment
  • Typhoon/Tropical Storms

5.02 FIRE and LIFE SAFETY EMERGENCY COORDINATOR ......................................... **§ III ¶ 25, 27, 28** ..... 1

5.03 FIRE and LIFE SAFETY ....................................................................................... . ........ I

5.04 FIRE SAFETY PLAN ......................................................................... **§ III ¶ 13, 14, 18, 19, 25** ..... 6

5.05 DEATH OF A MINOR ..................................................................................................... 2

5.06 BOMB THREAT ............................................................................................................. 2

5.07 ESCAPES ......................................................................... .................................. 3

5.08 FIRE ...................................................................................................... **§ III ¶ 2**3 .... .. 2

5.09 SUICIDAL PREVENTION PROGRAM ..................................... ..................................... **§ VI ¶ 59** .... .. 2

5.10 SUICIDE ATTEMPTS ...................................................................................................... 2

5.11 MEDICAL EMERGENCIES ........................................................................................... 3

5.12 MENTAL HEALTH EMERGENCIES ............................................................................. 2

5.13 USE OF SAFETY CELL .................................................................................................. 2

5.14 EMERGENCY GENERATOR ................................................................... **§ III ¶ 16** .... ...1

**000057**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**

## SECTION VI DISCIPLINE PROCEDURES

**SECTION VI** **( § and ¶ indicate relevant section and paragraph of the Consent Decree)**

<u>POLICY NUMBER AND TITLE</u>                                    NO. OF PAGES PER POLICY

6.01 CLIENT DISCIPLINE ................................................................................................ 12
- •          Notification of Standards
- •          Levels of Discipline
- •          Basic Rules for Discipline
- •          Due Process
- •          Major and Minor Violations
- •          Referral for Prosecution
- •          Minor's Response to Discipline
- •          Administrative Review
- •          Grievances Regarding Discipline

6.02 MINOR VIOLATIONS ................................................................................................ 1

6.03 MAJOR VIOLATIONS ............................................................................................... 2

6.04 GUIDELINES FOR DISCIPLINE .............................................................................. 2

- •          Notice to Minors
- •          Guidelines for Behavior
- •          Discipline Guidelines for Minors
- •          Basic Information for Minors

**000058**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**

## SECTION VII  OPERATIONS

**SECTION VII ( § and ¶ indicate relevant section and paragraph of the Consent Decree)**

<u>POLICY NUMBER AND TITLE</u>                                                       <u>NO. OF PAGES PER POLICY</u>

7.01    INTAKE/BOOKING ................................................................................................ 6

7.02    MEDICAL CLEARANCE .................................................................. **§ V ¶49C** ..... 3

7.03    INTOXICATED MINORS ................................................................................... 1

7.04    BOOKING CRITERIA ...................................................................................... 2

7.05    RELEASE ON PROMISE TO APPEAR ........................................................... 2

7.06    HEALTH and MENTAL HEALTH SCREENING ................................. **§ V ¶ 49A, 49C** ....... 1

7.07    UNIT ASSIGNMENTS ...................................................................... **§ VI ¶ 61** ...... 2

7.08    ORIENTATION OF MINORS .............................................................. 2

7.09    HOUSING/LIVING UNIT ADMITTANCE PROCEDURES ........................... **§ IV ¶ 48** ...... 3

7.10    CHILD ABUSE REPORTING ............................................................... 2

7.11    SPECIAL INCIDENT REPORTS ........................................................ 3

7.12    RANSPORTING MINORS .................................................................. 3

7.13    SEGREGATED MINORS ................................................................... 2

                • Minor's Rights and Privileges
                • Review of Segregation Status

7.14    GRIEVANCE PROCEDURE ............................................................... 3

7.15    RELEASE PROCEDURE .................................................................. 3

                • Temporary Release

7.16    ABANDONED PROPERTY .................................................................... 1

7.17    CLOTHING and LINEN ................................................................... **§ III ¶ I5** .... .. 2

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

**SECTION VII cont.**

7.18    INVENTORY and CHECK·OUT OF EQUIPMENT ......................................................... **§ VI ¶ 62** ...... 1

7.19    LABELING and STORING OF MATERIALS ................................................................................. 2

7.20    PERSONAL HYGIENE .................................................................................................................. 2

7.21    MEAL SERVICE ...................................................................................... **§ IV ¶ 31, 33, 35, 39** ...... 2

7.22    FREQUENCY OF MEALS ............................................................................................................. 1

7.23    DIET ....,................................................................................................................................. 1
         • Minimum Diet

7.24    THERAPEUTIC DIET ................................................................................................... **§ IV ¶ 38** ...... 1

7.25    FOOD HANDLERS/DISHWASHERS…………………............................................... **§ IV ¶ 32, 39** ...... 2

7.26    KITCHEN/PANTRY SANITATION ..................................................................... **§ IV ¶ 34, 36, 39** ...... 1

7.27    FOOD SERVING ............................................................................................................................ 1

7.28    STAFF MEALS .............................................................................................................................. 2

7.29    FACILITY CLEANING and MAINTENANCE ............................................. **§ IV ¶ 37, 40, 41, 47** ...... 3

         • Standards for Sanitation
         • Standards for Minor's Rooms
         • Guidelines for Storage and Use of Flammable, Toxic and Caustic Materials

7.30    RESIDENT DRESS CODE ............................................................................................................. 2

7.31    INVENTORY OF PROPERTY ....................................................................................................... 2

**000060**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**

# SECTION VIII  MEDICAL PROCEDURES

**SECTION VIII ( § and ¶ indicate relevant section and paragraph of the Consent Decree)**

POLICY NUMBER AND TITLE                                            NO. OF PAGES PER POLICY

8.01    ACCESS TO PRIVATE PHYSICIANS ........., ...................................................................... 2

8.02    ACCESS TO SPECIALIZED MEDICAL CLINICS .................................................................... 1

8.03    AIDS / HIV .................................................................................................... **§ V ¶ Sl** ...... 2

8.04    FORENSIC EVIDENCE ........................................................................................... 1

8.05    COMMUNICABLE DISEASES ...................................................................................... 3

8.06    CONSENT FOR HEALTH CARE .................................................................................... 1

8.07    SICK CALL ....................................................................................................... I

8.08    DEVELOPMENT ALLY DISABLED PLACEMENTS ...............................................................1

8.09    FEMALE FAMILY PLANNING ................................................................................,. I

8.10    MALE FAMILY PLANNING ...................................................................................... I

8.11    HEALTH EDUCATION .......................................................................... . ... I

8.12    MEDICAL CONFIDENTIALITY ................................................................................... 2

8.13    TRANSFER OF MEDICAL INFORMATION ........................................................................ 2

8.14    DETOXIFICATION ............................................................................................... 2

8.15    PHARMACEUTICAL MANAGEMENT .............................................................................. 3

8.16    MEDICAL PROCEDURES FOR MEDICATION ............................................................ **§ V ¶ 50** ...... 4

8.17    FIRST AID KIT ................................................................................................... I

8.18    MEDICAL SEGREGATION ........................................................................................ I

8.I9    QUALITY ASSURANCE and MEDICAL SERVICES ................................................................ 2

**000061**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

## <u>SECTION VIII</u> cont.

8.20    MENTAL HEALTH SERVICES ........................................................................................ . 2

8.21    MENTAL HEALTH and INDIVIDUAL TREATMENT PLANS ................................................ 2

8.22    MENTAL HEALTH SERVICES and TRANSFER TO A TREATMENT FACILITY ............................ 1

8.23    PREGNANT and LACTATING FEMALES ............................................................................ 1

8.24    PROSTHESIS and MEDICAL APPARATUS .......................................................................... 1

8.25    PSYCHOTROPHIC MEDICATIONS ................................................................................... 3

8.26    SEXUAL ASSAULT ........................................................................................................ 1

8.27    SHARPS DISPOSAL ........................................................................................................ 1

8.28    TUBERCULOSIS SCREENING ................................................................... **§ V ¶ 49B, 5l** ...... 2

8.29    CHARTING MEDICATIONS .............................................................................................. 1

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

## KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY
## POLICIES AND PROCEDURES MANUAL

# SECTION IX PROGRAMS, ACTIVITIES and SERVICES

**SECTION IX** ( § and 1] indicate relevant section and paragraph of the Consent Decree)

POLICY NUMBER AND TITLE                                    NO. OF PAGES PER POLICY

9.01    PROGRAM PHILOSOPHY ................................................................................ 1
            • Parental Involvement

9.02    BASIC COUNSELING ATTITUDES ........................................................... 5

9.03    COUNSELING SERVICES ............................................................................ 4

9.04    ASSESSMENT and PLAN ............................................................................ 2

9.05    RELIGIOUS PROGRAMS ............................................................................ 2

9.06    ALCOHOL and DRUG ABUSE AWARENESS ...................................... 1

9.07    EDUCATION PROGRAM ............................................................................ 4

9.08    RECREATIONAL ACTIVITIES .................................................................. 2

9.09    WORK ASSIGNMENTS ............................................................................. . 2

9.10    LEVEL and PRIVILEGE SYSTEM ........................................................... 5

9.11    POINT SYSTEM ............................................................................................ 5
                • Canteen
                • Areas Deserving Attention

9,12    SOCIAL AWARENESS PROGRAMS ........................................................ 1

9.13    GOOD TIME REWARDS ................,............................... . ....................... 2

9.l4    WEEKEND COMMITMENT PROGRAM ................................................ 1

**000063**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

**KAGMAN JUVENILE DETENTION & CORRECTIONAL
FACILITY
POLICIES AND PROCEDURES MANUAL**

## SECTION X APPENDIX --- FORMS

| APPENDIX NUMBER | POLICY NUMBER | TITLE |
|---|---|---|
| A-1 | 8.16 | 15 DAY MEDICATION LOG |
| A-2 | 2.08 | TRAINING INDOCTRINATION |
| A-3 | 9.04 | CASEPLAN WORKSHEET |
| A-4 | 4.16 | LAW ENFORCEMENT CLEAR |
| A-5 | 4.22 | CONFISCATED LETTER |
| A-6 | 7.08 | HEALTH HISTORY |
| A-7 | 6.01 | DUE PROCESS HEARING FORM |
| A-8 | 6.01 | NOTICE OF DUE PROCESS |
| A-9 | 9.11 | EARLY BEDS |
| A-10 | 2.12 | 1" sum DUTIES |
| A-11 | 7.21 | FOOD INTAKE LOG |
| A-12 | 7.08 | HEALTH QUESTIONNAIRE |
| A-13 | 7.08 | JUVENILE RISK QUESTIONS |
| A-14 | 7.21 | MEALS SERVED LOG |
| A-15 | 7.02 | MEDICAL RECORDS SUMMARY |
| A-16 | 7.02 | MEDICAL INFO TRANSFER |
| A-17 | 4.22 | MINOR'S REQUEST (Kite) |
| A·18 | 5.04 | MONTHLY FIRE DIRLL LOG |
| A-19 | 9.04 | LETTER TO PARENTS |
| A-20 | 3.07 | REPAIRS/MAINTENANCE FORM |
| A-21 | 7.13 | ROOM RESTRICT ION LOG |
| A-22 | 7.05 | PROMISE TO APPEAR |
| A-23 | 4.20 | CLASSIFICATION FORM |
| A-24 | 9.11 | DAILY POINT SHEET |
| A-25 | 8.07 | MEDICAL PROGRESS NOTES |
| A-26 | 5.13 | SECURITY CHECK SHEET |
| A-27 | 8.07 | SICK CALL LIST |
| A-28 | 7.15 | TEMPORARY RELEASE FORM |
| A-29 | 4.16 | VISITOR'S SIGN-IN LOG |
| A-30 | 7.14 | GRIEVANCE FORM |
| A-31 | 9.14 | WEEK-END COMMITMENTS |
| A-32 | 5.02 | WEEKLY FIRE INSPECITONS |

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM



### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

### DEPARTMENT OF CORRECTIONS



Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Services | Classification | Objective Classification | 4.2.1 | |
| ACA Standards | 3-ALDF-1E-06 Inmate Case Records; 3-ALDF-2B-02 Inmates Are Separated Based on Classification; 3-ALDF-4B-01 Inmate Classification; 3-ALDF-4B-02 Inmate Classification Plan Specifies Criteria in Changing Inmate Status; 3-ALDF-4B-03 Separate Management of Inmates; 3-ALDF-4B-04 Confinement of Juveniles Prohibited | | | |
| Consent Decree | Paragraph 55 Inmate Classification Plan | | | |

## I.  INTRODUCTION

Historically, the Commonwealth of the Northern Mariana Island (CNMI), Department of Corrections has operated with a minimum of formalized Classification Policy and Procedures. As the system expands, a greater need will be created for a more objective method for screening and classifying inmates. This objective classification system can be expected to identify the level of risk presented by newly admitted inmates and the current inmate population, based on the use of valid and reliable information. This system should provide Division administrators and staff with invaluable data to better carry out their daily responsibilities and project future needs.

## II.  POLICY

It is the policy of the Department of Corrections to classify inmates confined in its facility in a way not only to assure public safety but also to provide for safe and humane treatment of the inmate by housing inmates together to the extent possible. It is also the policy of the Department to provide regular reviews for all inmates confined in its facility, in order to assure that proper and just classification and program status is maintained. Inmates will not be classified or housed by race, color, religious beliefs, or national origin, but will be separated by gender, legal status, or for correctional reasons. The duty of the CNMI Department of Corrections is to provide custody and control of the inmate population. A secondary responsibility involves the development of programs to

1

000065

**EXHIBIT G—SECURITY AND PROTECTION FROM HARM** return to productive life outside the jail/prison (correctional) environment. The mission of the Classification System is to carry out this responsibility in a manner that satisfies society, the correctional system and the inmates.

## III.   DEFINITIONS

**Classification:**  The process of placing people into groups according to some rationale idea or plan.

**Classification Officer:**  A staff member assigned by the secretary to perform inmate classification related functions, and who has received specialized training in objective classification procedures.

**Classification Plan:**  A detailed, written outline of the individual inmate's planned housing arrangement, custody level, programs, privileges, special needs and other factors affecting the inmate during his/her term of incarceration.

**Custody Assessment:**  Periodic re-evaluation of the inmate's custody level, housing needs which may cause a lower or higher custody level and/or a change in housing or program assignments.

**Custody Assessment Scale:**  A form used to assess an inmate's custody level according to a standardized accumulative point system.

**Custody Level:**  Level of supervision required based on the custody classification score.

**Commissioner:**  Commissioner of the Department of Corrections.

**DOC:**  Department of Corrections.

**Housing:**  The section and/or cell in the doc, which is assigned as the inmate's living quarters.

**Intake Screening:**  The initial interview with a new inmate, which takes place immediately after the physical processing/booking.  The interview will give staff a general profile of the inmate and serves as an important source of information for the classification process.

**Initial Needs Assessment:**  Identifies any special needs of the inmate such as medical treatment, mental counseling, drug treatment, educational or vocational needs.

**PSI:**  Pre-Sentence Investigation.  An investigation and report prepared by the probation division to assist the court in applying an appropriate sentence on an offender.

**Psycho-Tropical Medication:**  Any medication used to treat mental disorders/illnesses.

**Step-Down Process:**  A structure process for an inmate to be re-introduced from segregation status into the general population.

2

**000066**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

IV.   SCOPE

    A. Purpose of Objective Classification
    B. Purpose of this Document
    C. Intake Screening Process and Form
    D. Instructions for the Intake Screening Form
    E. Initial Classification Process and Assessment
    F. Instructions for the Initial Custody Classification Scale
    G. Instructions for the Initial Needs Assessment Form
    H. Custody Reassessment Process and Forms
    I. Instructions for Custody Reassessment Scale
    J. Instructions for Needs Reassessment Form
    K. Classification Plan/Summary
    L. Department of Corrections Classification Team Process and Hearing
    M. Custody Designations
    N. Housing Plan
    O. Monthly Institutional Conduct Evaluation
    P. Records
    Q. Attachments

## A. Purpose of Objective Classification

The Department of Corrections' primary responsibility is to safely and securely detain all individuals committed/remanded to its custody. The Department's Objective Classification System is an essential management tool for performing this function. By definition, Objective Classification is a formal process for separating and managing inmates and administering facilities based upon the Department's mission, classification goals, Department resources and inmate custody and program needs. The process relies on trained classification staff; the use of reliable and valid data and process and outcome evaluation. Classification is the ongoing process of collecting and evaluating information about each inmate to determine the inmate's risks and needs level for appropriate confinement location, treatment, programs, and work assignment in the facility. An objective system of classifying inmates will reduce escapes and escape attempts, suicide and suicide attempts, the unnecessary incarceration of non-threatening inmates, and unwarranted inmate-on-inmate assault. It also allows for inmates to achieve lower custody levels and increased privileges through the objective assessment of their institutional behavior.

Intake classification can lead to more effective facility operations and more consistent decision-making regarding the assignment of inmates to appropriate custody levels. An effective classification system is one, which meets identified goals and objectives while adhering to the fundamental principles of inmate management. A consistent classification process is one, which facilitates the same classification and screening conclusions among all classification staff, and assures fair and equitable processing of the inmate.

The Department's objective classification system should contribute to saving funds, by placing inmates inappropriately held in highly secured/costly jail and prison

3

**000067**

...ation allows for the redistribution of personnel according to the custody requirements of inmates, which permit better daily administration and management. However, it is not reasonable to expect classification, by itself, to reduce the level of staffing needed in the department's facility.

**The goals of the Department's Classification System are to:**

- Ensure the safety and well-being of the community, facility, staff and inmates;
- Apply a consistent and reliable classification and assessment system that assigns inmates to a level of confinement consistent with the protection of the community, facility, staff and inmates;
- Recommend inmate programs and activities according to specific needs;
- Develop, record and analyze data necessary for individual decision making and program and facility planning; and,
- Ensure that staff and inmates understand the procedures and criteria used in the classification process.

The Classification system is designed to objectively assess an inmate's security, custody, and program needs. The Department uses the Objective Classification System for all inmates regardless of legal status or sentence length. The Classification ratings track an inmate throughout the term of confinement.

The system is intended to provide for scheduled reviews/reassessments for custody and program changes. Classification is used to best match the individual characteristics of the inmate with the facility and programs of the Department of Corrections. The Objective Classification System is based on an inmate's risks and program needs. An inmate's overall risk level is determined by the following factors:

1. Severity of Current Charges/Convictions;
2. Violent Offense History;
3. Escape History (Past 5 Years);
4. Institutional Disciplinary History;
5. Prior Felony Convictions; and,
6. Stability Factors

After independently rating each of these factors, an overall risk level is established. Risk levels primarily reflect the structural constraints or securities required to house and supervise the inmate. Further, inmate needs are assessed in six (6) areas: Health, Emotional Stability, Education, Vocational Skills, Substance Abuse, and Mental Ability. For each of the inmate needs, the level of need for program or services is evaluated and a plan developed.

As an inmate progresses through the confinement period, individual behavior is monitored as well as time remaining on the sentence. A regular schedule of reclassification reviews will examine the present level of risk and current inmate needs. Classification levels are dynamic. Through reassessment, risks and needs levels are monitored and modified as required.

4

000068

**EXHIBIT G: SECURITY AND PROTECTION FROM HARM**

This document explains the CNMI Department of Corrections Classification System and procedures for use of the classification instrument. This document also serves as a reference tool developed to assist classification staff in performing classification actions. Specifically, it will assist staff to:

- Understand the goals and objectives of classification;

- Improve the system of classifying and assigning inmates;

- Provide for more appropriate classification decision making;

- Standardize classification on a department-wide basis; and,

- Educate and explain the rationale and need for a classification system.

## C. Intake Screening Process and Form

### 1. Purpose

Intake screening shall be conducted on all new inmates committed, and inmates recommitted to the Department to prevent new inmates who pose a health or safety threat to themselves, or others, from being admitted to the facility's general population by placing these individuals in administrative segregation. When indicated, the Department will promptly provide necessary health services. This process recognizes that only limited information is typically available on inmates during their first hours of custody. Therefore, the ultimate objective of this screening form is to identify any emergency needs and make appropriate initial treatment referrals and if appropriate, housing, and supervision decisions.

### 2. Completion Policy

The Intake Health Screening Form is to be completed on all newly committed inmates within 72 hours of admission.

### 3. Procedures

a. Each inmate's commitment papers will be reviewed by the processing person and Booking/Release Sgt. and delivered to the classification person for processing.

b. Each inmate will be searched for contraband.

c. Each inmate's property and money will be handled in accordance with Departmental procedures.

d. Each inmate will be fingerprinted and photographed.

5

**000069**

would be interviewed to determine if he/she requires immediate medical or mental health care. The information is documented on the **Intake Health Screening Form**.

f.  The Intake Health Screening Form contains information that identifies the inmate and his/her substance abuse treatment needs, suicide risk, mental health needs, and medical health needs. At this point in the screening process, only simple yes/no responses are needed. Qualified medical or mental health professionals will complete in-depth assessments of persons identified as presenting these types of needs/risks.

g.  An inmate who requires immediate medical or mental health care, or appears to be a substance abuser, or presents a potential suicide threat will be referred to the appropriate health services professional staff for evaluation and;

h.  After the intake screening process is completed, both the processing person completing the process and the inmate shall sign the form in the appropriate sections indicated.

### D. Instructions for the Intake Health Screening Form

#### 1. Identification

a.  <u>DOC Inmate No.</u>: Enter the inmate's current institutional number that was assigned during the admission process. This number must be used on all subsequent classification forms.

b.  <u>Screening Date and Time</u>: Enter the two digits Month, two digits Day, four digits Year, and military Time screening was conducted.

c.  <u>Inmate Name</u>: Enter the inmate's full name, i.e., last name followed by first name and middle name.

d.  <u>DOB</u>: Enter the date of birth.

#### 2. Risks and Needs Screening

a.  <u>Substance Abuse</u>:

(1) Signs of being Under the Influence/Withdrawal: This section requires "Yes/No" responses. A "Yes" response should result in referral to a qualified staff to complete an in-depth evaluation of the inmate identified as presenting an alcohol or drug needs/risks.

(2) Types and Amount of Alcohol/Drugs Used: In space(s) provided, document the type(s) and amount of alcohol or drugs used by the inmate.

Comments: This section is reserved for any additional observation or

6

**EXHIBIT G—SECURITY AND PROTECTION FROM HARM**

information.

b. Suicide Risk:

(1) Threats, Stress, Nervousness, Depression, and Withdrawn Assessment: These items require "Yes/No" responses from the inmate being interviewed. A "Yes" response should result in referral to qualified mental health staff to complete an in-depth evaluation of the inmate identified as presenting a needs/risks.

Comments: This section is reserved for any additional observation or information.

c. Mental Health:

(1) Past Mental Health Problems/Use of Psychotropic Medication.

(2) Medication/Abnormal Behavior: These items require "Yes/No" responses. If the inmate indicates a "Yes" response to the use of psychotropic medication, information should be obtained on the Type, Frequency and Amount of medication used. A "Yes" response should result in referral to qualified mental health staff to complete an in-depth evaluation of the inmate identified as presenting a needs/risks.

Comments: This section is reserved for any additional observation or information.

d. Medical Health

Medical History Questions: In this section, there is a series of questions that requires "Yes/No" responses to obtain a medical history of the inmate. Several questions (e.g., Current Treatment for Medical Problem, Use of Prescription Medication, etc.) require additional information. A "Yes" response to any of these questions should result in referral to qualified medical staff to complete an in-depth evaluation of the inmate identified as presenting a needs/risks.

Comments: This section is reserved for any additional observation or information.

e. Interviewing Officer's Observation

In this section the processing person check mark categories observed during the interview.

3. Signature

a. Inmate's Signature: Once the Intake Health Screening Interview and Form has been completed, the processing person should have the inmate sign the form.

7

000071

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

This provides documentation that the process had been conducted and that the inmate participated in the process.

    b. <u>Interviewer's Signature</u>: The processing person should enter his/her signature on the form upon completion of the interview. This provides documentation as to who conducted the intake health-screening interview.

## E. Initial Classification Process and Assessment

### 1. Purpose

The initial reception and classification process is an integral part of the total management of the inmate. Persons committed to the Department of Corrections in a pre-trial status for more than 72 hours, or who are sentenced to the Department; receive a comprehensive evaluation before placement in a permanent housing unit. The classification officer shall complete a social history, a legal/criminal history check, alcohol/drugs and tobacco information, and education/military/religion information and assess for special needs on each newly committed inmate. The standardized format and instruments are used to ensure the custody requirements and needs for each inmate is assessed. Additional information such as police reports on the incident that resulted in the inmate being brought to DOC, and where the inmate was convicted of an offense, the pre-sentence report and any related information on the inmate for the purposes of properly classifying the inmate.

The full assessment process provides a classification profile that ensures proper placement within the Department's facilities. The implementation of the initial classification assessment process strives for consistency and the flexibility that individual situations demand. A condensed process (needs assessment), may be used for pre-trial or sentenced inmates who are likely to be committed beyond 72 hours but for a term of less than six months.

The general intent of the initial classification assessment is to empower department staff to use professional judgment, within specific guidelines and the authority of their position. The process is designed to be flexible (e.g., room for professional judgment and discretion), yet provide a sound foundation for consistent decision making for the Department.

### 2. Completion Policy

The Initial Classification Process is to be completed for all inmates within 3 days of commitment to the custody of the Department of Corrections.

The forms (initial custody assessment and needs assessment) must be completed before an inmate is moved to permanent housing from the Department's intake and initial classification assessment areas.

8

**000072**

# EXHIBIT G—SECURITY AND PROTECTION FROM HARM

3. Procedures

a. Initial Interview: The classification officer or designee conducts this interview with each inmate. Each inmate will be interviewed to determine the following:

- Gender
- Age
- Prior criminal and escape history
- Seriousness of charge
- Detainer or other warrant, pending charges
- Assaultive and passive tendencies
- Evidence of suicidal tendencies
- Family relations with other inmates
- Known enemies or co-defendants in the facility
- Other information as available from verified sources.

b. Initial Classification Custody Process and Instrument: The Department of Corrections will use the standard Initial Custody Assessment Scale Instrument. The Initial Classification Custody Instrument is prepared by the assigned classification officer on each inmate and is used to establish initial custody level rating and initial housing assignment. The custody rating is based upon the classification officer's assessment of the six items that are scored on a numerical scale. Research on a national level has found these items to be associated with future institutional conduct and to help identify the types of risks likely to be presented by the inmate.

The custody level numerical ratings are used when making decisions relating to housing assignments and supervision requirements. The custody rating recommendations may be changed, using the Special Management Issues Section and Override of Custody Level Recommendation, due to management considerations that warrant special attention or intervention by staff. After the form is completed, the Initial Custody Assessment Scale Instrument will be placed in the inmate's case file.

c. Inmate Needs Assessment Form: This form has been established to provide standardized information from which programs may be developed. The form is designed to indicate areas of programming need, and to distinguish between the following types of inmates: The ones who definitely need programming, those who require some programming and those who need no programming. After scoring the Needs Assessment Form, the classification officer should discuss the results with the inmate. In those areas where programming is definitely needed or may be needed, the classification officer should discuss the various options. After discussing the areas of needed programming and the options available, the classification officer and the inmate should attempt to arrive at a mutual agreement on a classification plan.

The goal of the Needs Assessment Form is to eliminate subjectivity and

9

**000073**

personal interpretation from the classification decision-making process. The classification process should consist of decisions based upon objective criteria. It is believed that this process will be beneficial to both classification staff that justifies their decisions, as well as the inmate who deserves fairness.

d. Orientation: During the initial classification process every inmate is provided an orientation. The orientation program will be presented to all inmates using the following basic outline:

- Department staff and facilities; Inmate Rights, Privileges and Responsibilities
- Rule Violation and Disciplinary Process/Procedures
- Health Services
- Classification
- Inmate Programs
- Inmate-Staff Relations
- Mail
- Visitation Policy
- Telephone Procedures
- Daily Routine/Housekeeping
- Policy on Money Left for Inmates
- Attorney Visitation
- Consulate Visitation

F. Instructions for the Initial Custody Assessment Scale Form

1. Identification Information

a. Inmate ID No.: Enter the inmate's current institutional number that was assigned during the admission process. This number must be used on all subsequent classification forms.

b. Classification Officer's Name: The classification officer enters his/her name in this space.

c. Assessment Date: Enter the Month, Day, and Year assessment was conducted.

d. Inmate's Name: Enter the inmate's full name, i.e., last name followed by first name and middle name.

2. Custody Evaluation

a. Severity of Current Charges/Convictions: To determine the severity of current charge/conviction use the Commonwealth Code in the Severity of Offense Scale rating the most serious charge/conviction, including any detainer/warrant from one of the four categories on the scale – Highest, High, Moderate or Low. The scores range from 0 for Low, 2 for Moderate, 5 for High and 7 for Highest. In a situation where the inmate is charged/convicted

10

**000074**

the individual charges/convictions, score should be scored by rating the most serious of the individual charges/convictions. No inmate charged/convicted of offenses rated in the "Highest" category in the Severity of Offense Scale will be placed in a low-risk or minimum security/custody category.

b. Violent Offense History: Use the Severity of Offense Scale and rate the most serious prior arrest/conviction. The scores range from 0 for none or Low, 1 for Moderate, 4 for High, and 7 for Highest.

c. Escape History Past 5 Years: Consider the inmate's escape history for the past five years, excluding any current charges for this offense. Inmates who have no escape history during the past five years will receive zero points. Inmates who have walked away, attempted to escape from minimum security, or failed to return from an authorized absence will receive 3 points. Inmates who escaped or attempted to escape from medium or maximum security will receive 7 points.

Maximum Custody Score: Add points for sections a, b, and c if an inmate receives a score of 7 or higher, they should be designated to maximum custody. Even if an inmate receives a maximum custody level after completing the first three items on the Initial Custody Assessment Scale Form, always complete the remaining items, but do not total the score if the inmate has already been assigned to maximum custody.

d. Institutional Disciplinary History: Use the Department of Corrections Disciplinary Severity Scale to score the most serious known institutional offense. The scores range from 0 for none or minor with no segregation time to 3 for One or one major disciplinary reports and/or time in segregation.

e. Prior Felony Convictions: Enter any prior felony convictions derived from the individual's criminal history records. All felonies should be considered, including non-violent ones. The scores under this category range from 0 for none, 1 for one and 4 for two or more prior felony convictions.

f. Stability Factors:

1. Age: Information for this section may be obtained from any documented source or by interviewing the inmate. In cases where the information is obtained by interview an attempt should be made to verify the information through other sources. The score for this section will be based on the inmate's age at the time of admission. The score for age 25 or under is 1.

2. No High School or GED Diploma: Information for this section may be obtained by interviewing the inmate. In cases where the information is obtained by interview, an attempt should be made to verify the information through other sources. The score under this category is 1.

3. Not Living with Family: Family heritage and involvement are extremely influential criteria in the Commonwealth community. Scoring for this

11

000075

section will take into account with which the inmate was living at the time of the initial assessment. Having his/her own family (spouse and/or children) is considered a stabilizing factor or influence, as is living with parents or relatives. Information for this section may be obtained from any documented source or by interviewing the inmate. In cases where the information is obtained by interview an attempt should be made to verify the information through other sources. The score under this category is 1.

4.  Unemployed for 6 Months Prior to Arrest: Extended unemployment is an indicator of lack of stability. Short-term unemployment (less than six months) can be caused by external factors to no fault of the inmate. The score under this category is 1.

Comprehensive Custody Score: Enter sum of Items a through f on the total score line.

3.  **Scale Summary and Recommendations**

    a.  Custody Level Indicated by Scale: Use the total score entered under the comprehensive custody score to arrive at the custody level for the inmate. If an inmate's score was 7 or more points on sections 1, 2 and 3 or 11 or more points on sections 1 through 6, the inmate receives a maximum custody code of 3. An inmate, who receives 6 to 10 points of sections 1 through 6, or 5 or fewer points on sections 1 to 6 with detainers/warrants, should be placed in a medium custody status with a custody code of 2. An inmate with a score of 5 or fewer points should receive a custody code of 1 for minimum custody status.

    b.  Special Management Issues: No classification system will always assign all inmates to the most appropriate custody level. Therefore, the classification system allows for staff to recommend a custody level other than the one designated by the scored custody form, based on their professional judgment and factors that are not captured by the classification form. These are called overrides.

    Each of the overrides listed on the Initial Custody Assessment Scale Form should only be used in situations where the classification officer believes that the initial custody level obtained from the point score is inappropriate. The overrides allow the classification officer to reflect his/her professional judgment and are based on information regarding the inmate's crime, prior record, or institutional judgment. The following sections provide an explanation of each override and its appropriate use.

    1.  Known Enemies: An inmate who states that he has known enemies in the institution should not be placed in housing where the inmate or the enemy may be in danger from each other.

    2.  Psychological Impairment: All sex offenders shall initially be placed in maximum custody.

12

000076

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

3. Mental Deficiency: An inmate with mental deficiency such as retardation as diagnosed by a professional should be placed in a mental health unit if available. Otherwise administrative segregation should be considered.

4. Substance Abuse Problems: Screening for possible referral to the RSAT Unit should be considered.

5. Suicide Risk: If an inmate is considered a suicide risk, he/she shall be placed in special housing under a suicide watch.

6. Medical Problem: Dependant on the severity of the medical problem, various options should be considered ranging from minimum security housing to administrative segregation or hospital confinement under guard.

7. Known Management Problem: Inmate has a documented history of management problems while incarcerated. Inmate is known to have incited, provoked and/or agitated peers; disrupted facility operations; and/or have demonstrated a substantial lack of cooperation.

8. Physical Impairment: An inmate with a physical impairment such as confinement to wheelchair etc. needs to be placed in housing unit where the inmate can function without assistance. Access to handicap shower, bathroom should be considered.

9. Relative Incarcerated at DOC: Family members should be separated if there are documented reasons to believe that the inmates may engage in activities disrupting facility safety based on their relationship.

10. Co-Defendant Incarcerated at DOC: Co-defendants should be separated from each other, especially during pre-trial stages and also after conviction while appeals process continues.

11. Serious Violence Threat: Violence threats include a documented history of violent conduct, such as murder, rape, assault, arson, and intimidation involving a weapon. This conduct may have occurred while confined or while in the community. This also includes inmates known to be members of groups or gangs that use violence to achieve their goals within a correctional setting and/or in the community and this affiliation is considered to be a management issue in the facility.

12. Escape Threat: Inmate has made significant threats to escape or has a documented history of escape(s), and/or attempted to escape.

13. Known Homosexual: If a new inmate is known to be a homosexual, the possibility of sexual assaults by other inmates should be considered and this inmate should not be placed in the general population.

13

**000077**

14. Physically Small/Weak: An inmate who is physically small and weak will invite predatory behavior from other inmates. Care has to be taken to place this inmate in housing where the risk of being victimized is minimized.

15. Prior Good Conduct: Documented information of the inmate's ability to successfully cope with a lower level of custody level may be considered as a prior period of successful minimum custody (such as assignment to minimum security/custody) or an extensive period of clear conduct.

   c. Override of Scale Custody Level is Recommended: After reviewing the special management issues that have been marked, if any, enter the Override Code – 1=Yes, 2=No and provide a rationale if an override is recommended.

   d. Recommended Custody Level and Housing Assignment: After reviewing the custody scale score and all information which may justify an override, enter both the Custody Level and Housing Assignment Code. If no override is recommended, the Recommended Custody Level should be the same as custody level indicated under III A of the form.

   e. Classification Signature and Date: The Classification Officer must sign and date the form.

4. **Supervisory Approval of Override**

   a. Recommended Custody Level: On "Approval/Disapproval," approval by the Classification Supervisor is required if the classification officer recommends an override.

   b. Final Custody Level and Housing Assignment/Rationale: After reviewing the rationale for overriding the preliminary/recommended custody level, the supervisor must enter the final custody level. Written rationale must be provided if this level is different from the Recommended Custody Level.

   c. Supervisor Signature and Date: This section must be signed and dated upon review by the Classification Supervisor.

G. **Instructions for the Initial Needs Assessment Form**

Under each need, select the category that best describes the inmate and enter the number, either 1, 2 or 3 in the score box. Where appropriate, refer to the Program, Priority, and Adjustment Codes to determine the proper code to enter in the section marked score or priority code next to each need area (i.e., Health, etc.) Where referral(s) and program(s) are being recommended.

**Inmate ID Number:** Enter the inmate's ID number that was assigned during the initial intake process.

**Inmate's Name:** Enter the inmate's full name, i.e., last name followed by first name and middle name.

14

**EXHIBIT G - SECURITY AND PROTECTION FROM HARM**

Assessment Date: Enter the date the assessment was conducted.

**Classification Officer:** The classification officer enters his/her name in this space.

1. **Health (H)**

Decisions regarding the health of the inmate can be critical. A medical examination and medical records are the primary source of such information. However, on the Intake Assessment Form, other indicators, such as observed behavior during the interview (obvious wounds, excessive perspiration, handicaps, or symptoms of disease/s) or inmate statements indicating illness or handicap, should be taken seriously and indicated appropriately on the form.

a. <u>Limited Physical Capacity</u>: Inmate has a condition, which severely restrict job assignments and program participation. He/she requires frequent medical attention and may be on medication.

b. <u>Mild Disability or Illness</u>: Inmate may have a condition which restricts job assignment, requires light duty assignment, requires occasional medical attention, i.e., high blood pressure, heart condition, missing limb, back problem, diabetic, etc.

c. <u>No Problems</u>: Inmate does not indicate or display any signs of ill health, disease, or handicap; inmate receives rating to work from medical personnel and has no condition, which restricts job assignment or requires regular medication or attention.

2. **Emotional Stability (ES)**

This need area is very broad and summarizes the appropriateness of an inmate's response to his/her environment. When available, psychological evaluations, hospital discharge summaries, use of medication, etc., should be used as the source of information as opposed to the interviewer's impressions.

a. <u>Severe Impairment</u>: Inmate may have a history of hospitalization for emotional problems, two or more suicide attempts, lack of control over impulses as reflected by extensive assaultive behavior, and usually has poor related test results.

b. <u>Moderate Impairment</u>: Inmate may be experiencing family problems or adjustment problems to new environment. Included in this group are inmates who are immature or who find difficulty in dealing with stress. Some problems controlling impulses are apparent as reflected by minor behavior problems. Inmate may have attempted suicide on one occasion.

c. <u>Emotionally Stable</u>: Inmate has exhibited no inappropriate emotional responses to his/her stay in the intake/initial classification section/housing, and has no history of such indicated in court and probation reports (e.g., PSI) or other information sources. Inmate appears to deal with stress appropriately in most situations.

15

**000079**

**EXHIBIT G—SECURITY AND PROTECTION FROM HARM**

3. Education (E)

Assessment of this item must be related to the level of education achieved and any formal recognition such as a diploma or GED.

    a.  5th Grade or Below: Grade level must be obtained from inmate or other document sources. If possible, educational testing may assist in determining performance levels in math, reading, or identify special educational needs.

    b.  No High School Diploma: Inmate may not have a diploma or GED but may show potential and/or interest in further educational opportunities. Additional testing, if available, may assist in determining educational interests and deficits.

    c.  High School Diploma: This inmate may be interested in vocational programming.

4. **Vocational Skills (VS)**

Criteria include: prior employment history; training such as the amount of training or work experience. May also look at job related skills, which may include criteria such as length of employment, reason for leaving, and ability to get along in any vocation or employment situation.

    a.  No Discernible Skill: All previous employment has been unskilled and/or inmate has no specialized training in any vocation.

    b.  Limited Skills: Inmate's work history or training may indicate partially developed skills and some direction in terms of interest (semi-skilled). The inmate may have served as an apprentice trainee or been involved in a family business without acquiring a full range of marketable skills. Others included in this category are inmates who may be skilled but due to the nature of their crimes will have to change vocations.

    c.  Possesses Marketable Skill/Trade: Inmate has a marketable skill as evidenced by prior work history or training. A marketable skill is defined as a skill obtained through post high school training or a skill obtained as an apprentice/work experience that will result in an adequate salary and employment that is not seasonal.

5. **Substance Abuse (SA) (Alcohol and Drug Use)**

Criteria may include alcohol related arrest, use of alcohol at the time of the crime, self-admission or indication from other sources of information. For abuse of other substances, criteria may include: drug related arrests, use of drugs/substances at the time of the crime, self-admission or indications from other sources.

    a.  Frequent Abuse: The inmate has an increased tolerance for alcohol and/or

16

**000080**

**EXHIBIT G—SECURITY AND PROTECTION FROM HARM**

drugs and important social, occupational or recreational activities are given up or reduced. A great deal of time is spent in activities necessary to get alcohol and/or drugs and major role obligations of work, school and home are missed because of frequent intoxication/addiction or withdrawal symptoms. The inmate has a previous alcohol and/or substance abuse history.

    b. <u>Occasional Abuse</u>: Inmate demonstrates continued use of alcohol and/or drugs despite knowledge of having a persistent or recurrent social, occupational, psychological or physical problem that is caused by or magnified by use of alcohol/drugs. There is a recurrent use of alcohol and/or drugs in situations in which use is physically hazardous. Some symptoms of the disturbance have persisted for at least a month or have occurred repeatedly over a longer period of time.

    c. <u>No Disruption of Functioning</u>: Inmate has no prior history of alcohol and/or substance abuse, was not under the influence of alcohol and/or was not using drugs at the time of the offense, and denies alcohol and/or substance abuse.

6. **Mental Ability (MA)**

While in intake and initial classification status, the inmate should be assessed for intellectual ability and/or given a mental ability test.

    a. <u>Serious Disability</u>: (IQ may be below 70 if information is available.) Inmate requires much counseling, guidance and support, has many problems adapting to new environments, and cannot function independently. The inmate will likely require remedial programming and special attention. This inmate may become a target of abuse and manipulation.

    b. <u>Mild Disability</u>: (Inmate has an IQ of 70 to 90 on IQ exam, if such information is available.) The inmate has some problems functioning independently, adapting to strange environments, and may or may not require additional counseling and guidance/support. This type of inmate may become attached to another inmate and rely on that person for direction.

    c. <u>No Discernible Disability</u>: (The inmate has an IQ of 90 or higher, if score or testing is available.) He/she is able to adapt to a new environment with a minimum of guidance.

7. **Other**

If other needs are identified that are not on the Form they should be described.

8. **Initial Program Recommendation**

After completing the Initial Needs Assessment in the 6 need areas, list the appropriate program or programs being recommended using the Program Code and enter a priority using the Priority Code. The Program Priority and Adjustment Codes are as follows:

17

**000081**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

- **Program Codes**

  1 - College
  2 - Adult Basic Education
  3 - Vocational Training
  4 - Drug Treatment (RSAT)
  5 - Alcoholics Anonymous
  6 - Arts and Crafts
  7 - Work Release
  8 - Psychiatric Counseling

- **Priority Codes**

  1- Urgent immediate need
  2 - Problem directly related to criminal behavior; high priority.
  3 - Problem resolution would enhance ability to succeed in community.

- **Adjustment Codes**

  1 - Completed program satisfactorily
  2 - Completed program unsatisfactorily
  3 - Currently enrolled; satisfactorily participation
  4 - Currently enrolled; adjustment problems noted
  5 - Inmate dropped from program; lack of interest, progress
  6 - Inmate refused participation
  7 - Program or program space not available

## H. CUSTODY REASSESSMENT PROCESS AND FORMS

### 1. Purpose

The reclassification or reassessment process is used to update and review an inmate's previous custody and needs assessments. The premise of reassessment process is that "errors" may be made at the initial assessment stage and they should be corrected based on the inmate's current behavior. It is especially important for sentenced inmates who face lengthy incarceration terms and for detainees likely to spend several months awaiting a court disposition. The reassessments are necessary to assure that each inmate's case is current, that programs, services and privileges provided are appropriate, and that timely planning is undertaken for major changes in the inmate's status.

The reassessment process does not necessarily result in a change of custody, housing, services or programs. Its primary function is to monitor the inmate's adjustment and bring attention to problems that may have arisen. The reassessment process is similar to the initial classification assessments (i.e., custody and needs), but places greater emphasis on recent institutional conduct and progress in programs to reflect the inmate's actual behavior while

18

**000082**

EXHIBIT G - SECURITY AND PROTECTION FROM HARM

...classified security applicant an inmate with long term... may have the opportunity for reduced custody levels based on compliance with facility requirements.

## 2. Completion Policy

### A. Reassessment:

Reassessments may be made any time new information is received that may affect an inmate's security, control, service or program needs, but in any case, at least every 12 months. An inmate will have a reassessment within 90 days prior to a parole review. The custody and needs reassessments forms should be completed:

* Every 30 days, for inmates currently assigned to protective custody housing.

* Within 48 hours of the receipt of new information potentially affecting the inmate's management (e.g., detainer, conviction on new charge).

* Within 48 hours prior to an inmate leaving disciplinary segregation and returning to the general population.

* Every 3 months, for inmates serving 18 months or less.

* Every 6 months, for inmates serving between 18 months to 5 years.

* Every 12 months, for inmates serving sentences longer than 5 years.

### B. Step-Down Process

Inmates who are housed in the Special Management Unit due to failure to adhere to the Department of Corrections rules and regulations will be eligible for return to the general population after completing a three tier step-down process. This process consists of the following:

* Every month, for inmates serving sentence 18 months or less.
* Every 3 months, for inmates serving sentence between 18 months to 5 years.
* Every 6 months, for inmates serving longer than 5 years.

**LEVEL 3:** Upon completion of sanction. The inmate/detainee is subject to full restraints when taken out of his/her assigned cell. Allowed one hour for recreation including shower. Fifteen (15) minutes non-contact visitation. Telephone privileges allowed.

**LEVEL 2:** Inmates without any Disciplinary Citations or Poor overall rating on the monthly evaluation form, from the time of being in level three to his/her reassessment date based on the length of term of incarceration. The inmate will be subject to Leg Irons when taken out of his/her assigned cell. Allowed two hours for recreation including shower time. Thirty (30) minutes non-contact visitation.

19

000083

**EXHIBIT G - SECURITY AND PROTECTION FROM HARM**

**LEVEL 1:** Inmates without any Disciplinary Citations or Poor Overall rating on the monthly evaluation form from the time of being level two tow his/her reassessment date based on the length of time of incarceration. The inmate will be subject to no restraints when taken out of his/her assigned cell. Allowed three hours for recreation including shower time. Thirty (30) minutes contact visitation. Telephone privileges allowed.

**Note: Six (6) months from the date of entering level one, inmates will be reassessed to determine if he/she is eligible to return to the general population.**

3. Procedures

Criteria for scheduling a classification reassessment will consist of, but not be limited to, requests by staff members, legal status change of inmates, or completion by the inmate of a major program or assignment. An inmate will have a reassessment within 90 days prior to a parole review. That assessment will include a summary of the inmate's activities in the institution and a proposed parole plan. These reports will comply with the requirements of the Parole Board as to format and content. An inmate may request a special reassessment hearing for good cause by presenting new or significant information that may result in a custody classification change.

While a classification officer will complete the custody and needs reassessments forms and classification, any changes in the inmate's classification status will be made by the classification team (refer to Section "G") with the participation of the inmate, whenever possible or appropriate. The inmate will be given notice 48 hours prior to the classification team review and may request or waive, in writing, the appearance before the classification team. Each month the classification officer will post a classification schedule including cases to be reviewed. The inmate may be requested to be present at the classification hearing unless precluded for security or other substantial reasons. An inmate need not appear for minor or routine reassessment matters or when:

- It is likely that the behavior of the inmate would disrupt the meeting.

- The inmate has a physical or mental handicap that would preclude understanding of and participation in the process.

At the time of the reassessment/classification review, the classification team may recommend qualified inmates for participation in optional programming such as education, vocational training or substance abuse treatment.

I. Instructions for Custody Reassessment Scale

1. Identification

**Inmate Name:** Enter the inmate's full name, i.e., last name followed by first

20

**000084**

**EXHIBIT G – SECURITY AND PROTECTION FROM HARM**

**Inmate ID#:** Enter the inmate's current DOC number that was assigned during the admission process. This number must be used on all subsequent classification forms.

**Assessment Date:** Enter the two digits Month, two digits Day, and four digits Year assessment was conducted.

**Classification Officer Name:** The classification officer enters his/her name in this space.

**Reassessment Reason:** In this section, the classification officer will enter a code in the space provided indicating why the reassessment is being conducted.

- Code 1 = routine reassessment
- Code 2 = a reassessment for disciplinary review
- Code 3 = other reasons

2. **Custody Evaluation**

    a. Severity of Current Charges: To determine the severity of current charge/conviction, use the Severity of Offense Scale rating the most serious conviction, including any detainer/warrant from one of the four categories on the scale – Highest, High, Moderate or Low. In a situation where the inmate is convicted of multiple crimes/offenses, the score should be obtained by rating only the most serious of the individual convictions.

    Severity of Current Charges scores are as follows: Low = 0, Moderate = 1, High = 4, and Highest = 6

    b. Serious Offense History: To determine the severity of offenses for the past five years, use the Commonwealth Code in the Severity of Offense Scale rating the most serious conviction, including any detainer/warrant from one of the four categories on the scale – Highest, High, Moderate or Low. In a situation where the inmate is convicted of multiple offenses, the score should be obtained by rating only the most serious of the individual convictions.

    Serious Offense History scores are as follows: None or Low = 0, Moderate = 1, High = 3 and Highest = 6.

    c. Escape History (excluding current charges): Consider the inmate's escape history. If the inmate is currently incarcerated on an escape conviction, it shall be included in this score. All documented escapes or attempted will be scored. This will include inmates convicted of complicity, accessory, facilitation, and aiding and abetting escape. Documentation will include past escape convictions, disciplinary convictions, and/or appropriate written reports indicating that an escape or attempt did occur.

21

**000085**

who were walk away or attempted to escape from a minimum custody facility or fail to return from an authorized absence will receive 2 points. Inmates who escaped or attempted to escape from medium or maximum security will receive 6 points.

**Maximum Custody Score:** Add items 1, 2, and 3. If an inmate receives a score of 7 or higher, they should be designated to maximum custody. Even if an inmate receives a maximum custody level after completing the first three items on the Custody Reassessment Scale, always complete the remaining items, but do not total the score if the inmate has already been assigned to maximum custody.

d. Number of Disciplinary Convictions: Score all disciplinary convictions since last classification. Unresolved disciplinary charges need not be considered.

   Inmates, who have received no disciplinary convictions since the last classification, will receive 0 points. Enter 2 points if an inmate received one disciplinary conviction, 4 points for 2 convictions and 6 points for 3 or more convictions.

e. Most Serious Disciplinary Conviction: Use the Disciplinary Severity Scale to score the most serious known institutional conviction during the past 5 years of this term of incarceration. The scores ranges from 0 for no offenses, 1 for low, 2 for moderate, 5, for high category.

f. Voluntary Program Participation: Consider the inmate's participation during the past 6 months or since the last reassessment.

   1. Enter 0 for high, if the inmate has completed the program or is currently participating fully with the program.

   2. Enter 1 for moderate, if the inmate is waiting for a slot. The inmate must already have signed up for a program, but has not attended/participated because no slots are available.

   3. Enter 2 for poor, if the inmate has not volunteered for a program or receives unsatisfactory reports in a program that he/she volunteered to participate in.

g. Institutional Conduct: Check the inmate's monthly evaluations to assess his/her behavior during the past 6 months or since last reassessment. If the inmate generally receives "Good" ratings, he/she will score 0 points. An inmate receiving primarily ratings of "Poor" on the monthly form should be rated a "Poor" and receive 4 points.

**Comprehensive Custody Score (Sections a – g in the policy and procedure and 1 – 7 on the form):** Enter sum of Items 1 through 7 on the total score line.

22

**000086**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

3. **Scale Summary and Recommendations**

a. Custody Level Indicated by Score: Using the total score entered under the comprehensive custody score to arrive at the custody level for the inmate. If an inmate's score was 7 or more points on the first three items or 11 or more points on all 7 items, the inmate receives a maximum custody code of 3. An inmate who receives 5 to 10 points on items 1 through 7 or 5 or fewer points on item 1 to 3 with detainer and/or warrant should be placed in a medium custody status with a code of 2. An inmate with a score of 5 or fewer points should receive a code of 1 for minimum custody status.

b. Special Management Issues: No classification system will always assign all inmates to the most appropriate custody level. Therefore, the classification system allows for staff to recommend a custody level other than the one designated by the scored custody form, based on their professional judgment and factors that are not captured by the classification form. These are called overrides.

Each of the overrides listed on the Custody Reassessment Scale should only be used in situations where the classification officer believes that the initial custody level obtained from the point score is inappropriate. The overrides allow the classification officer to reflect his/her professional judgment and are based on information regarding the inmate's crime, prior record, or institutional judgment. The following sections provide an explanation of each override and its appropriate use.

1. Known Enemies: An inmate who states that he has known enemies in the institution should not be placed in housing where the inmate or the enemy may be in danger from each other.

2. Psychological Impairment: All sex offenders shall initially be placed in maximum custody.

3. Mental Deficiency: An inmate with mental deficiency such as retardation as diagnosed by a professional should be placed in a mental health unit if available. Otherwise administrative segregation should be considered.

4. Substance Abuse Problems: Unless the inmate poses a security threat, placement in the Residential Substance Abuse Treatment program should be considered.

5. Suicide Risk: If an inmate is considered a suicide risk, he/she shall be placed in special housing under a suicide watch.

6. Medical Problem: Dependant on the severity of the medical problem, various options should be considered ranging from minimum security housing to administrative segregation or hospital confinement under guard.

23

**000087**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

7. Known Management Problem: Inmate has a documented history of management problems while incarcerated. Inmate is known to have incited, provoked and/or agitated peers; disrupted facility operations; and/or to have demonstrated a substantial lack of cooperation.

8. Physical Impairment: An inmate with a physical impairment such as confinement to wheelchair etc. needs to be placed in a housing unit where the inmate can function without assistance. Access to handicap shower, bathroom should be considered.

9. Relative Incarcerated at DOC: Family members should be separated if there is documented reason to believe that the inmates may engage in activities disrupting facility safety based on their relationship.

10. Co-defendant incarcerated at DOC: Co-defendants should be separated from each other, especially during pre-trial stages and also after conviction while appeals process continues.

11. Serious Violence Threat: Violence threats include a documented history of violent conduct, such as murder, rape, assault, arson, and intimidation involving a weapon. This conduct may have occurred while confined or while in the community. This also includes inmates known to be members of groups or gangs that use violence to achieve their goals within a correctional setting and/or in the community and this affiliation is considered to be a management issue in the facility.

12. Escape Threat: Inmate has made significant threats to escape or has a documented history of escape (s), and/or attempted to escape.

13. Known Homosexual: If a new inmate is known to be a homosexual, this inmate should not be placed in the general population, in order to avoid any sexual assaults by other inmates.

14. Physically Small/Weak: An inmate who is physically small and weak will invite predatory behavior from other inmates. Care has to be taken to place this inmate in housing where the risk of being victimized is minimized.

15. Prior Good Conduct: Documented information of the inmate's ability to successfully cope with a lower level of custody level may be considered as a prior period of successful minimum custody (such as assignment to minimum security/custody) or an extensive period of clear conduct.

c. Override of Scale Custody Level is Recommended/Rationale: After reviewing the special management issues that have been marked, if any, enter the Override Code – 1=Yes, 2=No and provide a rationale if an override is recommended.

24

**000088**

**EXHIBIT G—SECURITY AND PROTECTION FROM HARM**

d. Recommended Custody Level and Housing Assignment: After reviewing the custody scale score and all information which may justify an override, enter both the Custody Level and Housing Assignment Code. If no override is recommended, the "Recommended Custody Level" should be the same as custody level indicated under III A of this form.

e. Classification Signature and Date: The Classification Officer must sign and date the form.

4. **Supervisory Approval of Override**

a. Recommended Custody Level: Approval/Disapproval: The Classification Supervisor's approval is required if the classification office recommends an override.

b. Final Custody Level and Housing Assignment/Rationale: After reviewing the rationale for overriding the preliminary/recommended custody level, the supervisor must enter the final custody level. Written rationale must be provided if this level is different from the Recommended Custody Level.

c. Supervisor Signature and Date: This section must be signed and dated by the Classification Supervisor upon reviewing the instrument.

J. **Instructions for Needs Reassessment Form**

Under each need select the answer, which best describes the inmate and enter the number in the space marked "Code" to the right of the answers. Where appropriate, refer to the Program, Priority, and Adjustment Code to determine the proper code to enter to in the section marked "Code" next to each need area (i.e., Health, etc.) where a referral(s) and program(s) is being recommended. This form is the same form as the Initial Needs Assessment, except that the scoring will be used under the reassessment category.

**Reassessment Date:** Enter the date the assessment was conducted.
**Classification Officer:** The classification officer enters his/her name in this space.
**Inmate Name:** Enter the inmate's full name, i.e., last name followed by first name and middle name.

1. **Health**

Decisions regarding the health of the inmate can be critical ones. A medical examination and medical records are the primary source of such information. However, the: Intake Assessment Form, other indicators, such as observed behavior during the interview (obvious wounds, excessive perspiration, handicaps, or symptoms of disease) or inmate statements indicating illness or handicap, should be taken seriously and indicated appropriately on the form.

a. Limited Physical Capacity: Inmate has a condition that severely restricts job assignments and program participation. He/she requires frequent medical attention and may be on medication.

25

**000089**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

b. <u>Mild Disability or Illness</u>: Inmate may have a condition which restricts job assignment, requires light duty assignment, requires occasional medical attention, i.e., high blood pressure, heart condition, missing limb, back problem, diabetic, etc.

c. <u>No Problems</u>: Inmate does not indicate or display any signs of ill health, disease, or handicap; inmate receives rating to work from medical personnel during the medical screening, and has no condition, which restricts job assignment or requires regular medication or attention.

2. **Emotional Stability**

This need area is very broad and summarizes the appropriateness of an inmate's response to his/her environment. When available, psychological evaluations, hospital discharge summaries, use of medication, etc., should be used as the source of information as opposed to the interviewer's impressions, if possible.

a. <u>Severe Impairment</u>: Inmate may have a history of hospitalization for emotional problems, two or more suicide attempts, lack of control over impulses as reflected by extensive assaultive behavior, and usually has poor related testing.

b. <u>Moderate Impairment</u>: Inmate may be experiencing family problems or adjustment problems to new environment. Included in this group are inmates who are immature or who find difficulty in dealing with stress. Some problems controlling impulses are apparent as reflected by minor behavior problems. Inmate may have attempted suicide on one occasion.

c. <u>Emotionally Stable</u>: Inmate has exhibited no inappropriate emotional responses to his/her stay in the intake/initial classification section/housing, and has no history of such indicated in court and probation reports (e.g., PSI) or other information sources. Inmate appears to deal with stress appropriately in most situations.

3. **Education**

Assessment of this item related to level of education achieved and any formal recognition such as a diploma or GED.

a. <u>5th Grade or Below</u>: Grade level obtained from inmate or other document sources. If possible, educational testing may assist in determining performance level in math, reading or special education needs.

b. <u>No High School Diploma</u>: Inmate may not have a diploma or GED but may show potential and/or interest in further educational opportunities. Additional testing, if available, may assist in determining educational interests and deficits.

26

    c. High School Diploma: This inmate may be interested in vocational programming.

4. **Vocational Skills**

Criteria include: prior employment history; training such as the amount of training or work experience. May also look at job related skills, which may include criteria such as length of employment, reason for leaving, and ability to get along in any vocation or employment situation.

    a. No Discernible Skill: All previous employment has been unskilled and/or inmate has no specialized training in any vocation.

    b. Limited Skills: Inmate's work history or training may indicate partially developed skills and some direction in terms of interest (semi-skilled). The inmate may have served as an apprentice trainee or been involved in a family business without acquiring a full range of marketable skills. Others included in this category are inmates who may be skilled but due to the nature of their crimes will have to change vocations.

    c. Possesses Marketable Skill/Trade: Inmate has a marketable skill as evidenced by prior work history or training. A marketable skill is defined as a skill obtained through post high school training, or a skill obtained as an apprentice, or work experience that will result in an adequate salary and employment that is not seasonal.

5. **Substance Abuse (Alcohol and Drug Use)**

Criteria may include alcohol related arrest, use of alcohol at the time of the crime, self-admission or indication from other information sources. For abuse of other substances, criteria may include: drug related arrests, use of drug/substances at the time of the crime, self-admission or indications from other sources.

    a. Frequent Abuse: The inmate has an increased tolerance for alcohol and/or drugs and important social, occupational or recreational activities are given up or reduced. A great deal of time is spent in activities necessary to get alcohol and/or drugs and major role obligations of work, school and home are missed because of frequent intoxication/addiction or withdrawal symptoms. The inmate has a previous alcohol and/or substance abuse history.

    b. Occasional Abuse: Inmate demonstrates continued use of alcohol and/or drugs despite knowledge of having a persistent or recurrent social, occupational, psychological or physical problem that is caused by or exacerbated by use of alcohol/drugs. There is a recurrent use of alcohol and/or drugs in situations in which use is physically hazardous. Some symptoms of the disturbance have persisted for at least a month or have occurred repeatedly over a longer period of time.

    c. No Disruption of Functioning: Inmate has no prior history of alcohol and/or

000091

substance abuse, was not under the influence of alcohol and/or was not using drugs at the time of the offense, and denies alcohol and/or substance abuse.

### 6. Mental Ability

While in intake and initial classification status the inmate should be assessed for intellectual ability and/or given a mental ability test.

a. Serious Disability: (IQ may be below 70 if information or testing available.) Inmate requires much counseling, guidance and support, has many problems adapting to new environments, and cannot function independently. The inmate will likely require remedial programming and special attention. This inmate may become a target of abuse and manipulation.

b. Mild Disability: (Inmate has an IQ of 70 to 90 on IQ exam, is such information is available.) The inmate has some problem functioning independently, adapting to strange environments, and may or may not require additional counseling and guidance/support. This type of inmate may become attached to another inmate and rely on that person for direction.

c. No Discernible Disability: (The inmate has an IQ of 90 or higher, if score or testing available.) He/she is able to adapt to a new environment with a minimum of guidance.

### 7. Other

If other needs not listed on the Form are identified, the need should be described.

### 8. Adjustment Code

During this reassessment process, a review should be conducted of an inmate's participation in programs recommended during the initial needs assessment or other reassessments. Use the Program, Priority and Adjustment Codes Sheet to enter the Adjustment Codes that best describes the inmate's performance in programs.

### 9. Reassessment Program Recommendation

After conducting the Needs Reassessment in the needed areas, list the inmate Need area(s) and beside each Need area (i.e., Health, Emotional Stability, etc.) list the appropriate program being recommended using the Program Code and enter a priority using the Priority Code. (See page 18)

### K. Classification Plan/Summary

### 1. Purpose

The Classification Plan is used to summarize the classification, housing, and programming status of the inmate upon completion of an initial or reassessment/reclassification form.

28

**000092**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

2. **Completion Policy**

The Classification Plan should be developed:

a. upon completion of the initial classification process/forms by the classification officer – custody and needs;

b. upon completion of the reassessment process/forms by the classification officer – custody and needs; and,

c. prior to making special changes in custody or programs.

3. **Instructions**

a. <u>Identification</u>

1. Inmate Name: Enter the inmate's full name, i.e., last name followed by first and middle initial.

2. Inmate Number: Enter the inmate's ID number that was assigned during the initial intake process.

3. Current Date of Plan: Enter the numbers representing the Month, Day, and Year, of the date that this summary was completed.

4. Classification Officer: The classification officer enters his/her name in this space.

b. <u>Type of Classification Assessment</u>: Circle/indicate the type of classification: initial, reassessment, or special – that prompted this Plan/Summary. If this is a special classification, specify the reason.

c. <u>Current Custody Level</u>: Indicate the custody level (Maximum, Medium, or Minimum) designated on the initial/reclassification scale unless after reviewing the rationale for the custody level, it is determined that another custody level is more appropriate. Written rationale must be provided if the current custody level is different from the custody level designated on the classification scale.

d. <u>Assigned Programs</u>: This section sets forth the type of referral and the inmate's current status of his/her recommended programs. Indicate the program(s) and enter the program code(s).

e. <u>Other Program Considerations</u>: Specify any program/service(s) not listed on the initial/reassessment scale and supporting codes that have been recommended.

f. <u>Current Privileges</u>: Specify any appropriate privileges that should be afforded

29

**000093**

# EXHIBIT G—SECURITY AND PROTECTION FROM HARM

the inmate.

    g.  Rationale: Explain the rationale for the privilege(s).

    h.  Housing Assignment: Specify the housing unit to which the inmate has been assigned and/or should be considered for placement in. Generally, the custody rating and housing assignment should match. In the event this is not the case, a rationale should be provided.

    i.  Next Appropriate Classification Date: Enter the numbers representing the Month, Day, and Year of the date that the inmate's custody level and needs should be reassessed according to the classification completion policy – see Page 19-20 of this manual.

    j.  Other Comments: This space is available for additional comments, or documentation to explain the custody recommendation, housing assignment recommendation, program(s) recommendations and/or work assignments.

    k.  Signature and Date: This section must be signed and dated (month, day, and year) by the classification officer or the staff completing the summary.

## L. Department of Corrections Classification Team Process and Hearing

### 1. Purpose

The Department of Corrections Classification Team is responsible for making classification decisions relative to an inmate's needs. Review of the inmate's custody designations (initial assessment and reassessments), job assignments, housing assignments, and placement from security detention status. The Department of Corrections Classification Team will also approve treatment programming. Classification Team reviews may also be conducted as a result of changes in an inmate's custody and/or service/program needs. It is the general policy of the Department of Corrections that the Classification Team hearings shall be conducted in such a manner as to ensure that each inmate is properly classified through the consistent and objective application of classification criteria and on the basis of the inmate's safety, custody and program needs.

### 2. Completion Date

The Department Classifications Team meeting will take place after all available information regarding the inmate has been gathered. This meeting will be conducted within 7 days for pre-sentence, and within 30 days for sentenced inmates. The inmate will be provided with 48 hours advanced notice of the Team meeting.

### 3. Team Membership

The Department of Corrections Classification Team will consist of the following members:

30

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

- Director of Corrections
- Operations Captain
- Classification Officer
- One Line Supervisor appointed by the Commissioner of Corrections
- One Additional Staff appointed by the Commissioner of Corrections

4. **Procedures**

The Department Classification Team Proceedings will be conducted as follows:

a. The Director of Corrections or in his absence, the Captain of Operations, will chair the Team.

b. The Classification Officer will meet with the inmate prior to the Team meeting to discuss all available information, solicit the inmate's preliminary input into the classification process, and brief the inmate on the Classification Process.

c. The Classification Team's action will be based on additional, verifiable information regarding the inmate that was not available at the time of intake. To make this detailed level of individualized assessment, the Classification Officer will solicit information from the courts, social service agencies, defense attorneys and other resources to assure that the broadest possible range of information is available for this process. If not readily available, a specific effort will be made to obtain a copy of the pre-sentence investigation report compiled for the court before sentencing.

d. Each inmate will appear individually before the Team unless meeting conditions for non-appearance discussed above. The reasons for the Team hearing will be explained to the inmate.

e. The inmate will be given the opportunity to ask questions and to present information at the Team meeting, which may affect the Team's decision. The information used by the Team in making classification decisions will be available to the inmate so that the inmate may participate in the Classification process.

f. The Classification Officer shall present each inmate's case to the Classification Team. All relevant documents and information contained in the inmate's records will be presented to the Team – e.g., initial/reassessment custody scales, initial/reassessment needs forms, monthly reports, etc.

g. The Team Chairperson will oversee the Team hearing. Each Team member will have one vote with the Team Chairperson voting last. The majority vote will rule.

h. The information on which the Classification Team bases its decisions will be documented in the inmate's case file.

31

**000095**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

    i.   At the end of the Classification Team hearing, the Team notifies the inmate of its decision.

5. **Final Approval by the Commissioner of Corrections**

Upon completion of the Classification Team initial and reassessment hearings, the Commissioner of the Department of Corrections reviews the Team decisions and takes one of the following actions:

    a.  Approves the Team's decision.
    b.  Denies the Team's decision and requests that the Team makes further study and review.
    c.  Remands the decision to the Team based on determination that a specific procedural requirement was not met.
    d.  Remands the decision to the Team based on the need for additional information or justification.
    e.  Overrules the Team decision and makes a different decision.

6. **Appeals Procedure**

Inmates may appeal the recommendations of the Classification Team through the DOC Inmate Grievance Procedures.

## M. Custody Designations

Custody designations reflect the department's policy with regard to perceived risk. The basis of the assignment of custody level is dependent upon how much security is required to supervise an individual under all circumstances inside and outside the physical control of the Department of Corrections. The guidelines for security of inmates of the various custody levels are divided into detention for pre-trial inmates and corrections facility for sentenced inmates.

1. **Detention Facility**

Custody designations are available for the inmates in detention status as follows:

    a.  <u>Maximum Security</u>: Any inmate scoring over 10 points on the initial or reassessment custody scales will, if space is available, be housed in single-cell housing pending a full classification review. These are inmates who, by their verifiable misconduct, may present a serious assault or escape risk. These inmates will be placed in lock-down status pending further evaluation by the operations Captain and/or the Classification Team.

    b.  <u>Medium Security</u>: General population, single or double-cell cases with less then 10 points on the classification assessment/reassessment scale. These are inmates who, on intake, do not present any immediate management problems, are not reported by arresting officers to have presented any serious management problems, and are not in any of the other categories enumerated

32

**000096**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

below.

c. Minimum Security: These are general population cases with less than 5 points on the classification assessment scale. These are inmates who, on intake, do not appear likely to present any management problems and are not in any of the categories enumerated below.

d. Protected Witnesses. Verified Protection Cases: Inmates identified by the arresting officers or other official sources as being verified protection cases or who provide staff with information that leads to a reasonable belief the inmate will be endangered if placed in the general population. These inmates will be placed in a separate cell in the special management unit.

e. Females: Females will be kept separately at all times, including during intake processing.

f. Suicide Risks: Inmates with a history of suicide attempts or threats, or otherwise identified as suicide risks, will be placed in a continuous-observation cell, or referred to the Commonwealth Health Center mental ward regardless of their custody score, pending further review and evaluation by mental health staff.

g. Correctional Facility: Sentenced Population: Custody designations are available for the inmates in sentenced status as follows:

2. **Intake Status/Designations for Sentenced Inmates Awaiting Classification**

a. General Population Cases: Inmates who, upon intake, do not present any immediate management problems; are not reported to have caused any serious management problems while confined prior to this period; score less than 10 points on the custody assessment scale; and are not in any of the other categories described below, are to be placed in the orientation section.

b. Maximum Security Cases: Inmates who, by their verifiable misconduct at any time, may present a serious misconduct problem, or are likely by virtue of any other verifiable background, sentence, or charge-related factor to present a serious assault or escape risk, are to be placed in lock-down status pending further evaluation by the Operations Captain and/or the Classification Team.

c. Medical Cases: Inmate identified as having communicable diseases shall be housed in a single cell until such time medical staff advises it is safe to transfer the inmate into the general population.

d. Protected Witnesses. Verified Protection Cases: Inmates identified as being verified protection cases, or where staff has been provided with information that leads to a reasonable belief the inmate will be endangered if placed in the orientation unit, will be placed in the special management unit.

e. Opposite Gender Cases: If on intake an inmate is found to be of the opposite

33

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

gender of the facility population, he/she will be housed separately at all times, including when confined in holding cells in the receiving area, pending removal. An inmate who has partially completed a gender change procedure will initially be placed in administrative segregation, pending review by the Commissioner and a physician. Genital status will determine the gender by which the department staff will classify such an individual.

3. **Custody Designations for Inmates Objectively Assessed and Classified by the Classification Team for Placement in the Correctional Facility**

   a. <u>Maximum Custody</u>: This designation/custody level will be assigned to inmates who are considered a serious threat to the community. Inmates in this category were convicted of serious violent criminal acts. Pre-release planning for these inmates will generally be limited to a decreased supervision level within the facility.

   b. <u>Medium Custody</u>: This designation will be assigned to inmates who do not present a serious threat to the community. Inmates in this category include those who have been convicted of property crimes not of a violent nature and do not have a significant background of violent behavior. Inmates in this category may be authorized to participate in decreased supervision programs and community programming.

   c. <u>Minimum Custody</u>: This custody level will be assigned to inmates who are convicted of non-violent crimes and do not have a significant history of criminal behavior. Inmates in this category may be approved for community programming.

N. **Housing Plan (Categories and Types of Confinement Space Available Within the Department of Corrections Facility)**

   The Department of Corrections is presently utilizing the following housing sections:

   1. Housing Unit Pod 4:
      a. Maximum Security Housing Unit (Single)
      b. Disciplinary Segregation Housing Unit (Single)
      c. Administrative Segregation Housing Unit (Single)
      d. General Population Housing Unit (Dormitory)

   2. Housing Unit Pod 3:
      a. Pre-trial Housing Unit #1 (Single)
      b. Pre-trial Housing Unit #2 (Single)
      c. Civil Detention Housing Unit (Immig. Detainees) - Single
      d. RSAT Housing Unit (Single) **Females**
      e. Pre-trial long term Housing Unit (Single)

   3. Housing Unit Pod 1:
      a. General Population Housing Unit (Dormitory)
      b. Work Release Housing Unit (Dormitory)

34

000098

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

c. Trustee Housing Unit (Dormitory)
d. Male RSAT Housing Unit (Dormitory)
e. Female RSAT Housing Unit (Dormitory)
f. Female Prison Housing Unit (Dormitory)

## O. Monthly Institutional Conduct Evaluation

### 1. Overview

The Department of Corrections strives towards cognitive inmate behavior management by rewarding good conduct, and discouraging behavior that is disruptive to the management of the institution. This includes all individuals incarcerated or detained at the DOC facility.

### 2. Purpose

The Monthly Institutional Conduct Evaluation of the individual inmate's observance of rules and regulations, appearance and behavior is designed to provide management with a comprehensive profile of the individual inmate's adherence to DOC rules and regulations, and general institutional attitude and behavior. The scores from the evaluation will be used as an integral part in the periodic reclassification of each inmate, and when correctly scored, will identify both individuals who are management problems and individuals striving for rehabilitation.

### 3. Completion Date

The monthly evaluation must be completed on each inmate in all housing sections at the end of each month. Once the shift supervisor has received the evaluation forms for his/her shift, he/she shall turn the form in to the Classification Section within 12 hours of completion. The forms will be filed in each inmate's file to be available for evaluating the inmate at the next reclassification session.

### 4. Procedures

In order for any evaluation to have its desired effect, better management of the inmate population, the scoring has to be fair and equal for all inmates. It is counterproductive to cite an inmate for a rule violation, if another inmate's violation of the same rule is ignored.

For the evaluation system to achieve its intended purpose, the officers also have to observe DOC rules and regulations, especially in the presence of the inmate. All violations that the officer has observed, and the inmate has been cited for, even minor ones, have to be taken into account in the monthly evaluations. It is only this way that the system will be effective, and the evaluations will act as incentives for the inmates to improve their behavior while incarcerated. Third party recommendations from other officers or inmates should not be considered unless supporting documentation is provided. The shift supervisor shall assign a number of inmates to each officer on his/her shift for evaluation. The evaluations

35

will rotate between the shifts, so that different officers on different shifts can evaluate the inmates. This is to ensure that the inmates get fair and equal evaluation. When the officer has conducted the evaluation, he/she shall present the form to the inmate in a one-on-one meeting, explain the rating, and what the inmate needs to do to improve a bad rating. The inmate shall also be made aware that all ratings will be considered at reclassification time, and that consistent good ratings may bring better housing assignments, privileges and other benefits.

5. **Instructions for Completing the Form**

   a. Inmate Name: Enter the inmate's full name, i.e., last name followed by first and middle name.

   b. Date: Enter the numbers representing the Month, Day, and Year, of the date that this summary was completed.

   c. ID Number: Enter the inmate's ID number that was assigned during the initial intake process.

   d. Cell Assignment/Section: Enter the inmate's cell assignment and section in which he/she is housed.

   e. Observance of DOC Rules and Regulations: This shall be scored to reflect the inmate's observance of posted DOC rules and regulations. If the inmate habitually violates rules, such as smoking or being disrespectful towards staff members, scoring should be "Poor". Also, even one major rule violation is sufficient to justify a "Poor" scoring.

   f. Observance of Rules of Work Release, Visitation, and Phone Use: Any documentation that an inmate comes in late from work release; has been cited for prohibited behavior during visitation time; for failure to conform to the rules regarding length of phone calls, and any other documented incidents of such nature during the week should be noted and scored accordingly.

   g. Cleanliness of Assigned Quarters: If a cell is untidy, both inmates occupying the cell should receive a "Poor" scoring.

   h. Appearance, Hygiene and Grooming: An inmate with long hair and a beard or mustache that has not been trimmed cannot receive a "Good" rating. Appearance means clean clothes that are not torn or altered.

   i. Willingness to Accept Assigned Work Details: Only an inmate who accepts work details without complaining, and completes the work details satisfactorily can receive a "Good" rating.

   j. Cooperation and Respect in Dealing with Staff: This section scores the inmate's attitude towards the correctional staff. It is expected that inmates follow orders and show respect towards correctional officers. If not, a "Poor" rating should be given. Only inmates who are always respectful and

36

cooperative should be rated as "Good".

k.  **Cooperation with Other Inmates**: For the institution to function orderly, good relationships between inmates are of utmost importance. Inmate should be made aware of this by rating their behavior and attitude towards other inmates.

l.  **Comments Regarding Rating, Refusal to Sign or Non-Concurrence**: If the evaluating correctional officer has any comments regarding the evaluation, or any recommendations that may benefit the inmate, enter those comments in this section. Further, if an inmate refuses to acknowledge the evaluation, enter the stated reason for the refusal in this section.

m.  **Evaluation Conducted By and Date**: The officer completing the evaluation should enter his/her name and enter the date the evaluation was completed.

n.  **Acknowledged By Inmate/Date**: The inmate signs and date the evaluation form in this section.

o.  **Concurred/Not Concurred By/Date**: After the evaluating officer and inmate have both signed the form, the shift commander reviews the form, and either concurs or does not concur with his/her signature. If the shift commander does not concur, he/she shall state the reason/s in the "Comments" section.

p.  **Use of the Monthly Evaluation**: The monthly evaluation is only a statement reflecting the evaluating officer's personal, fact-based, objective and unbiased experience of the inmate he/she is evaluating. In assessing an inmate's institutional behavior during confinement, the classification officer will use the evaluation form as guidance. If the monthly evaluation shows behavior that may have a negative impact on the inmate's institutional life, the inmate should be counseled in the problem area. During the reclassification process, the inmate may file his/her response to any concerns regarding the evaluation.

q.  **Prohibited Actions**: The evaluating officer is not allowed to use the evaluation process to solicit favors from the inmates by excluding negative information, or as punishment. Anticipated future behavior cannot be used as a basis for evaluation. The shift commander shall not coerce the evaluating officer into changing his/her evaluation of an inmate. Completed and signed evaluation forms cannot be altered by anyone.

**P. Records**

The Classification determinations made based upon the information derived from the process and forms discussed in this manual, shall be recorded on the Initial Custody Assessment Scale, the Initial Needs Assessment Form, the Custody Reassessment Scale, the Needs Reassessment Form, the Classification Plan, Education/Military/Religion Information Form, Inmate Legal/Criminal History Form, Inmate Social History Form, Inmate Alcohol/Drugs and Tobacco Information Form and the Monthly Institutional Conduct Evaluation. These forms must be signed and

37

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

dated as designated on the respective forms. All these forms are to be promptly placed in the inmate's case file. Other information that must be placed in the file to include:

1. Consideration of escorted trips, release, or public contact of any type, which will be reviewed and must be approved by the Commissioner.
2. Requests for housing transfer.
3. Medical screening and other information obtained in the orientation period.
4. Program assignments and participation records.

Assigned DOC staff will maintain the inmate files, with appropriate safe guards as to compliance with Departmental policy on confidentiality and inmate records.

## Q. Attachments – Classification Instruments, Forms and Scales

**Attachment 1.**    Intake Health Screening Form

**Attachment 2.**    Initial Custody Assessment Scale

**Attachment 3.**    Custody Reassessment Scale

**Attachment 4.**    Severity of Offense Scale

**Attachment 5.**    Disciplinary Severity Scale

**Attachment 6.**    Initial/Reassessment Needs Form

**Attachment 7.**    Classification Plan

**Attachment 8.**    Monthly Institutional Conduct Evaluation Form

Prepared By: _____     10/19/07
David M. Deleon Guerrero                        Date
Corrections Sergeant

Reviewed By: _____     11/19/a
Gregory F. Castro                               Date
Director of Corrections

Approved By: _____     11/20/07
Lino S. Tenorio                                 Date
Commissioner of Corrections

38

**000102**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

# DEPARTMENT OF CORRECTIONS
## INTAKE HEALTH SCREENING FORM

DOC Inmate No.: _____    Screening Date: _____    Screening Time: _____

Last Name: _____    First Name: _____    Middle Name: _____    DOB: _____

1) Do you have a history of drugs/alcohol problems? _____    If yes, explain: _____

2) Have you ever been arrested for drugs/alcohol? _____    What types of drugs/alcohol used? _____

When used? _____    How much? _____    Do you feel like ending your life? _____

3) Have you ever attempted to end your life? _____    Explain: _____

4) Have you ever been depress or under severe stress? _____    If yes, explain: _____

5) Have you ever been treated for depression, mood swings, or hearing voices? _____

If yes, explain: _____

6) Are you being treated for mental illness? _____    Where? _____    Type of medication? _____

7) Have you ever had a positive tuberculosis test? _____

8) Have you had a cough for more than 3 weeks with fever, weight lost, night sweats or tiredness? _____

9) Have you been exposed to someone with TB? _____    Who? _____    Where ? _____

When? _____    Do you have any rashes, cuts, boils or abscesses? _____

10) Do you have diabetes, heart disease, high blood pressure, seizures, asthma, or gout? _____

11) Do you have any illness or injury _____    If yes, what? _____

12) Are you hearing impaired or deaf _____    Do you wear a hearing aid? _____

13) Do you wear glasses or contact lens? _____    Is this your first time in jail? _____

14) Is there anything we should know about you for your welfare or protection? _____

15) Do you need protective custody housing? _____

### FEMALE INMATE ONLY

16) Do you think you might be pregnant? _____    When was your last menstrual period? _____

In the last six weeks have you had a baby, miscarriage or abortion? _____

Do you have any problems with your female organs? _____

Do you take birth control? _____    What kind? _____

### INTERVIEWING OFFICER'S OBSERVATION

- [ ] Nervous/Restless
- [ ] Short of Breath
- [ ] Yellow Skin/Eyes
- [ ] Bloodshot Eyes

- [ ] Visible Signs of Injury/Illness
- [ ] Unconcious/Difficult To Stay Awake
- [ ] Unable To Understand Questions
- [ ] Slurred Speech

- [ ] Talking To Self/Hearing Voices
- [ ] Confused, disoriented
- [ ] Needle Tracks/Scars
- [ ] Unable To Walk On Own

### COMMENTS:

Inmate's name and signature: _____    Interviewing officer's name and signature: _____

**000103**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

# INITIAL CUSTODY ASSESSMENT SCALE

## I. IDENTIFICATION

| INMATE ID # | Classification Officer's Name: | ASSESSMENT DATE |
|---|---|---|
|  |  |  |

| LAST NAME | FIRST NAME | FULL MIDDLE NAME |
|---|---|---|
|  |  |  |

## II. CUSTODY EVALUATION

**1. SEVERITY OF CURRENT CHARGES/CONVICTIONS (Use the Severity of Offense Scale. Rate the most serious charge/conviction, including any detainer/warrant.**

Low _____ 0

Moderate _____ 2

High _____ 5

Highest _____ 7

SCORE (1)
0

**2. VIOLENT OFFENSE HISTORY (Use the Severity of Offense Scale.) Rate the most serious prior arrest/conviction.**

None or low _____ 0

Moderate _____ 1

High _____ 4

Highest _____ 7

SCORE (2)
0

**3. ESCAPE HISTORY PAST FIVE YEARS (Excluding current charges.)**

No escape or attempts _____ 0

Walkaway or attempted escape from mimimum security facility or failure to return from authorized asbsence _____ 3

Escape or attempted escape from medium or maximum security settings _ 6

SCORE (3)
0

**MAXIMUM CUSTODY SCORE(MCS) (Add items 1, 2 and 3.) With a score of 7 or higher, assign to maximum custody. Always complete the remaining items, but do not total score if the inmate has already been assigned to maximum custody.**

MCS
0

**4. INSTITUTIONAL DISCIPLINARY HISTORY (Use the Disciplinary Severity Scale.)**

None or minor with no segregation time _____ 0

One or more major disciplinary reports and/or time in segregation _____ 3

SCORE (4)
0

**5. PRIOR FELONY CONVICTIONS (Excluding current charges.)**

None _____ 0

One _____ 1

Two or more _____ 4

SCORE (5)
0

**6. STABILITY FACTORS (Add scores that are applicable.)**

Age 25 or under _____ 1

No high school or GED diploma _____ 1

Not living with family _____ 1

Unemployed for six months prior to arrest _____ 1

SCORE (6)
0

**COMPREHENSIVE CUSTODY SCORE (Add items 1 - 6 )**

TOTAL SCORE
0

000104

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

**III.  SCALE SUMMARY AND RECOMMENDATIONS**

**A.  CUSTODY LEVEL INDICATED BY SCALE**

1 = MINIMUM        2 = MEDIUM        3 = MAXIMUM

| Custody Level |
|---|
|  |

Custody Classification Score

7 or more points on items 1 - 3 ..............................................Maximum

5 or fewer points on items 1 - 6 ..............................................Minimum

5 or fewer points on items 1 - 6, with detainer/warrant .................Medium

6 to 10 points on items 1 - 6 ..............................................Medium

11 or more points on items 1- 6 ..............................................Maximum

**B.  SPECIAL MANAGEMENT ISSUES (Check (x) all that apply to this inmate**

- ☒ Known Enemies
- ☒ Psychological Impairment
- ☒ Mental Deficiency
- ☒ Substance Abuse Problem
- ☒ Suicide Risk
- ☒ Medical Problem
- ☒ Known Management Problem
- ☒ Physical Impairment
- ☒ Relative Incarcerated at DOC
- ☒ Co-defendant Incarcerated at DO
- ☒ Serious Violence Threat
- ☒ Escape Threat
- ☒ Known Homosexual
- ☒ Physically Small/Weak
- ☒ Prior Good Conduct

**C.  OVERRIDE OF SCALE CUSTODY LEVEL IS RECOMMENDED**

1 = Yes        2 = No

| OVERRIDE CODE |
|---|
| 0 |

If yes, give rationale (required)

**D.  RECOMMENDED CUSTODY LEVEL AND HOUSING ASSIGNMENT**

| HOUSING ASSIGNMENT |
|---|
|  |

Custody Level (Check One)
- ☒ 3 Maximum Custody
- ☒ 2 Medium Custody
- ☒ 1 Minimum Custody

| CLASSIFICATION OFFICER SIGNATURE | DATE |
|---|---|
|  |  |

**IV.  SUPERVISOR APPROVAL OF OVERRIDE**

**A.  RECOMMENDED CUSTODY LEVEL**

1 = APPROVED        2= DISAPPROVED (Complet

| APPROVAL CODE |
|---|
| 0 |

**B.  FINAL CUSTODY LEVEL AND HOUSING ASSIGNMENT**

| FINAL CUSTODY LEVEL | FINAL HOUSING ASSIGNMENT |
|---|---|
|  |  |

Rationale (required if different from recommendation)

| Supervisor's Signature: | DATE: |
|---|---|
|  |  |

**000105**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## CUSTODY REASSESSMENT SCALE

## I. IDENTIFICATION

| LAST NAME: | FIRST NAME: | FULL MIDDLE NAME: |
|---|---|---|
| | | |

| INMATE ID #: | REASSESSMENT REASON: | ASSESSMENT DATE: | CLASSIFICATION OFFICER: |
|---|---|---|---|
| | | | |

## II. CUSTODY EVALUATION

**1. SEVERITY OF CURRENT CHARGES** (Use the Severity of Offense: Rate the most serious    charge/conviction, including any detainer/warrants)

Low _____ 0

Moderate _____ 1

High _____ 4

Highest _____ 6

**SCORE (1):** 0

**2. SERIOUS OFFENSE HISTORY** (Use the Severity of Offense Scale: Rate the most serious prior offense during the past five years)

None or Low _____ 0

Moderate _____ 1

High _____ 3

Highest _____ 6

**SCORE (2):** 0

**3. ESCAPE HISTORY** (Excluding current charges)

No escape or attempts _____ 0

Walkay or attempted escape from Minimum Security Facility or failure to return from authorized absence _____ 2

Escape or attempted escape from medium or maximum security setting _____ 6

**SCORE (3):** 0

**MAXIMUM CUSTODY SCORE** (Add items 1, 2 and 3)

With a score of 7 or higher, assign to maximum custody. (Always complete the remaining items, but do not total score if the inmate has already been assigned to maximum custody.)

**MCS:** 0

**4. NUMBER OF DISCIPLINARY CONVICTIONS** (Since last classification)

None _____ 0

One _____ 2

Two _____ 4

Three or more _____ 6

**SCORE (4):** 0

**5. MOST SERIOUS DISCIPLINARY CONVICTION** (Use the Disciplinary Severity Scale)

None _____ 0

Low _____ 1

Moderate _____ 2

High _____ 5

Highest _____ 7

**SCORE (5):** 0

**6. VOLUNTARY PROGRAM PARTICIPATION**

High _____ 0

Moderate _____ 1

Low _____ 2

**SCORE (6)):** 0

**7. INSTITUTIONAL CONDUCT** (Since last classification: Use Monthly Evaluation Form)

Good _____ 0

Poor _____ 4

**SCORE (7):** 0

**TOTAL SCORE:**

**COMPREHENSIVE CUSTODY SCORE** (Items 1 - 7)

0

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

## III. SCALE SUMMARY AND RECOMMENDATIONS

**A. CUSTODY LEVEL INDICATED BY SCALE** _____    **CODE:** | 0 |

1. Minimum    2. Medium    3. Maximum

### Custody Classification Score

7 or more points on items 1 - 3 _____ Maximum

5 or fewer points on items 1 - 7 _____ Minimum

5 or fewer points on Items 1 - 7 with detainer/warrant _____ Medium

6 to 10 points on Items 1 - 7 _____ Medium

11 or more points on items 1 - 7 _____ Maximum

**B. SPECIAL MANAGEMENT ISSUES (Check all that apply to this Inmate.)**

| | | |
|---|---|---|
| ☒ Known Enemies | ☒ Medical Problem | ☒ Serious Violence Threat |
| ☒ Psychological Impairment | ☒ Known Management Problem | ☒ Escape Threat |
| ☒ Mental Deficiency | ☒ Physical Impairment | ☒ Known Homosexual |
| ☒ Substance Abuse Problem | ☒ Relative Incarcerated at DOC | ☒ Physically Small/Weak |
| ☒ Suicide Risk | ☒ Co-defendant Incarcerated at DOC | ☒ Prior Good Conduct |

**C. OVERRIDE OF SCALE CUSTODY LEVEL IS RECOMMENDED** _____    **OVERRIDE CODE:** | 0 |

1 = Yes        2 = No

If yes, give rationale (required): | _____

**D. RECOMMENDED CUSTODY LEVEL AND HOUSING ASSIGNMENT**

HOUSING ASSIGNMENT: | _____    CUSTODY LEVEL: | _____

CLASSIFICATION OFFICER SIGNATURE: | _____    DATE: | _____

## IV. CLASSIFICATION SUPERVISOR APPROVAL OF OVERRIDE

A. RECOMMENDED CUSTODY LEVEL _____  1    APPROVAL CODE: | 0 |
= Approved        2 = Disapproved (Complete B.)

B. FINAL CUSTODY LEVEL AND HOUSING ASSIGNMENT

FINAL HOUSING ASSIGNMENT: | _____    FINAL CUSTODY LEVEL: | _____

Rationale (required if different from recommendation):

| _____

SUPERVISOR SIGNATURE: | _____    DATE: | _____

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

## Severity of Offense Scale

### HIGHEST
### Up to Ten (10) or more than Ten (10) years Imprisonment

1. 1st Degree Murder
2. 1st Degree Sexual Assault
3. 1st Degree Sexual Assault of a Minor
4. 2nd Degree Murder
5. 2nd Degree Sexual Assault
6. 2nd Degree Sexual Assault of a Minor
7. Aggravated Assault and Battery
8. Arson (Damaging Structure)
9. Arson (Damaging Property to Collect Insurance)
10. Assault with a dangerous weapon
11. Burglary (Inflict bodily injury or used a dangerous weapon)
12. Counterfeiting
13. Criminal Mischief Over $20,000
14. Distribution to Person Under 18 Years Controlled Substance Under Schedule I or II
15. Homicide by vehicle
16. Importation of Controlled Substance Under Schedule I or II
17. Issuance of Bad Check Over $20,000
18. Kidnapping
19. Promoting Prostitution in the 1st Degree
20. Misuse of Credit Card Over $20,000
21. Robbery
22. Theft over $20,000
23. Trafficking Narcotic Drugs or Methamphetamine
24. Unlawful Exploitation of a Minor
25. Usurping Control of an Aircraft
26. Voluntary Manslaughter
27. Possession of Child Pornography

### HIGH
### Up to Five (5) Years Imprisonment

1. 3rd Degree Sexual Assault
2. 3rd Degree Sexual Assault of a Minor
3. Bribery
4. Burglary- (Enter dwelling after sunset/before sunrise)
5. Child Abuse/Neglect
6. Criminal Coercion with dangerous weapon
7. Criminal Mischief Under $20,000
8. Distribute Under the age of 18 Narcotic or Controlled Substance
9. DUI With Serious Bodily Injury
10. Forgery
11. Fraudulent Destruction, Removal, Concealment of Recordable Instruments
12. Impersonating an Officer While Committing a Felony
13. Importation of Firearms Dangerous Device and Ammunition
14. Incest
15. Indecent Exposure in the 1st Degree
16. Involuntary Manslaughter
17. Issuance of Bad Check under $20,000
18. Manufacture or Distribution Fraud of Controlled Substance
19. Misuse of Credit Card under $20,000
20. Mutiny on a Vessel on the High Seas
21. Possession of Controlled Substance
22. Possession of Control Substance and Firearm
23. Possession of a Firearm, Dangerous Device or Ammunition
24. Possession of Forged Writing of Forgery Device
25. Possession or Marijuana Over 2.2 lbs.
26. Promoting Prostitution in the 2nd Degree
27. Stalking in the 1st Degree
28. Tampering With Jury
29. Tampering With Judicial Records or Process
30. Theft under $20,000
31. Trafficking Other Controlled Substance Under Schedule I, II, III or IV

000108

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

## MODERATE:
### Up to Three (3) Years Imprisonment

1. 3rd Offense Perjury
2. Arson (Reckless burning or exploding)
3. Burglary (Enter a dwelling)
4. Criminal Coercion
5. Distributing or Selling Narcotic Drugs or Controlled Substance within 1000 feet from School
6. Escape
7. Importation of Controlled Substance
8. Indecent Exposure in the 1st Degree
9. Mutiny on a Vessel
10. Rescue of Prisoner

## LOW
### Up to One (1) Year Imprisonment

1. 1st and 2nd Offense Perjury
2. 4th Degree Sexual Assault
3. Assault
4. Assault and Battery
5. Bigamy
6. Carrying a Firearm without ID
7. Cockfighting
8. Compounding a Crime
9. Contempt
10. Criminal Mischief under $20,000.00
11. Criminal Trespass
12. Deception Business Practices
13. Disturbing the Peace
14. Domestic Violence
15. DUI
16. Duty to Report Wounds or Death
17. Eluding Police Officer
18. False Arrest
19. Fireworks Permit
20. Gambling
21. Impersonating an Officer While Committing Misdemeanor
22. Indecent Exposure in the 2nd Degree
23. Inhalants
24. Interference with Domestic Violence Report
25. Interference with Service of Process
26. Issuance of Bad Check under $250.00
27. Misuse of Credit Card Under $250.00
28. Misconduct in Public Office
29. No Vehicle Registration
30. Nuisance
31. Obstructing Justice
32. Possession of Less Than 1 Gram of Ice
33. Possession of Marijuana Less Than 2.2 lbs.
34. Possession or Removal of Government Property
35. Prostitution
36. Prostitution Loitering
37. Refused Breath Test
38. Receiving Deposits in a Financial Institution
39. Reckless Driving
40. Resisting Arrest on Law Enforcement Officer
41. Riot
42. Sales Receipt Act
43. Senior Citizen Physical/Mental Abuse
44. Sexual Contact With a Prisoner
45. Speeding
46. Stalking in the 2nd Degree (Domestic Violence)
47. Tampering With Mail
48. Tampering With a Vehicle
49. Theft Under $250.00
50. Theft of Vehicle
51. Violating an Order For Protection (Domestic Violence)
52. Unlawful Contact (Domestic Violence)

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM
## INMATE DISCIPLINARY CITATION

Original Copy: Classification Officer
Copies: Inmate/Operation's Captain

| INMATE NO | CITATION NO | VIOLATION DATE | VIOLATION TIME | LOCATION OF VIOLATION |
|---|---|---|---|---|
| | | | | |

Other Specify

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

**TYPES OF VIOLATIONS:**

Category III Offenses 300 – High Severity Scale (30 to 60 days isolation and lost of one or more privileges)

- ☐ 301. Any assault resulting in death or serious bodily injury.*
- ☐ 302. Assault with a dangerous weapon.*
- ☐ 303. Riot.*
- ☐ 304. Assault on a Corrections Officer.*
- ☐ 305. Arson.*
- ☐ 306. Bribery.*
- ☐ 307. Rape, sexual acts without consent.*
- ☐ 308. Escape.*
- ☐ 309. Extortion, Blackmail, Protection: That is demanding or receiving anything of value in return fro protection against others to avoid bodily harm or under threat of informing.*
- ☐ 310. Failure to cooperate in a headcount, shakedown or search.
- ☐ 311. Failure to obey orders of staff.
- ☐ 312. Damage to Government property (exceeding $250.00).*
- ☐ 313. Possession of Class I contraband.*
- ☐ 314. Tampering with any security device.
- ☐ 315. Threatening any staff member.*
- ☐ 316. Possession of Cellular Telephone.
- ☐ 317. Adulteration of any food or drink.

Category II Offenses 200 – Moderate Severity Scale (15 to 30 days isolation and lost of one or more privileges).

- ☐ 201. Assault and Battery.*
- ☐ 202. Counterfeiting and/or Forgery.*
- ☐ 203. Damage to Government property (Less than $250.00 in value).*
- ☐ 204. Destroying the property of another.
- ☐ 205. Failure to maintain personal hygiene.
- ☐ 206. Failure to maintain sanitary conditions.
- ☐ 207. Fighting.*
- ☐ 208. Interfering with staff.
- ☐ 209. Possession of Class II contraband.

- ☐ 210. Refusal to work.
- ☐ 211. Sexual acts with consent.
- ☐ 212. Theft.*
- ☐ 213. Threatening another person.
- ☐ 214. Throwing objects, liquids or food.
- ☐ 215. Violation of visiting rules.
- ☐ 216. Misuse of authorized medication.
- ☐ 217. Tattooing or self-mutilation.

Category I Offenses 100 – Low Severity Scale (7 to 15 days isolation and lost of one or more privileges, probation or written warning).

- ☐ 101. Being in an unauthorized area.
- ☐ 102. Answering to the name of another.
- ☐ 103. Deception.
- ☐ 104. Disorderly conduct.
- ☐ 105. Disrespect to staff or another inmate/detainee.
- ☐ 106. Being unsanitary or untidy; failing to keep one's person, cell and/or day room area clean.
- ☐ 107. Unauthorized contact with the public.
- ☐ 108. Unauthorized use of telephone.
- ☐ 109. Failure to perform assigned work.
- ☐ 110. Failure to secure personal property.
- ☐ 111. Violating a condition of furlough, pass, or any other conditional or temporary release.
- ☐ 112. Possession of Class III contraband.
- ☐ 113. False Report.
- ☐ 114. Possession of betelnut, cigarette, lighter, chewing tobacco or snuff.
- ☐ 115. Misuse of Government property.
- ☐ 116. Unauthorized possession of another person's property.
- ☐ 117. Gambling.
- ☐ 118. Disruption of any institutional activity.
- ☐ 119. Possession of clothing, bedding, and/or linen in excess of the amount authorized.
- ☐ 120. Abuse of intercom system.

Violations marked * may result in criminal charges being filed with the Attorney General's Office.

## NARRATIVE

| Reporting Officer's Name/Signature | Inmate's Name/Signature | Supervisor's Name/Signature |
|---|---|---|
| | | |

**000110**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

## DIVISION OF CORRECTIONS
## CLASSIFICATION
## INMATE NEEDS REASSESSMENT

| Inmate ID #: | Last Name: | First Name: | Middle Name: |
|---|---|---|---|
| | | | |

| Reassessment Date: | Reassessment Officer: |
|---|---|
| | |

### Health

**REASSESSMENT**

1. Limited physical capacity, acute illness; needs hospitalization or outpatient treatment

2. Mild disability or illness; outpatient treatment required; non-strenuous work

3. No problem that limit housing or work assignments

Code

### Emotional Stabilit

1. Severe impairment; danger to self, others; needs hospital environment

2. Moderate impairment; requires monitoring, individual or group

3. Emotionally stable; no inidications of mental illness

Code

### Education

1. 5th grade or below reading, math skills; needs remedial or special education classes

2. No high school diploma; needs adult education or GED program

3. High school diploma, GED, or equivalent

Code

### Vocational Skills

1. No discernible skill, needs training

2. Limited skills; ability to hold semi-skilled position; needs training

3. Possesses marketable skill or trade

Code

### Substance Abuse

1. Frequent abuse resulting in social, economic, or legal problems; needs treatment

2. Occasional abuse causing disruption of functioning

3. No disruption of functioning or legal difficulties

Code

### Mental Ability

1. Serious disability limiting ability to function; needs sheltered living, work situations

2. Mild disability limiting educational, vocational potential

3. No discernible disability

Code

Other: (1) describe:

Other Code

| | New Program Recommendations | Program Code | Priority Code |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

## Program Codes | Priority Code |

**000111**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**
## CLASSIFICATION PLAN

### 1. IDENTIFICATION

| INMATE ID # | CURRENT DATE OF PLAN | CLASSIFICATION OFFICER |
|---|---|---|
|  |  |  |

| LAST NAME | FIRST NAME | FULL MIDDLE NAME |
|---|---|---|
|  |  |  |

TYPE OF CLASSIFICATION ASSESSMENT:

☐ INITIAL

☐ REASSESSMENT

| SPECIAL (INDICATE REASON) |
|---|

☐

| CURRENT CUSTODY LEVEL |
|---|
|  |

IF CURRENT CUSTODY LEVEL DIFFERENT FROM LEVEL INDICATED ON CLASSIFICATION FORM, PROVIDE RATIONALE.

| RATIONALE |
|---|
|  |

### ASSIGNED PROGRAMS

1. 

2. 

3. 

### OTHER PROGRAM CONSIDERATION

1. 

2. 

3. 

| CURRENT PRIVILEGES |
|---|
|  |

RATIONALE:

| ASSIGNED HOUSING UNIT | NEXT CLASSIFICAITON DATE |
|---|---|
|  |  |

| OFFICER SIGNATURE | DATE |
|---|---|
|  |  |

000112

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF CORRECTIONS

INMATE INSTITUTIONAL CONDUCT EVALUATION:

INMATE NAME: _____  DATE: ___/___/___

ID NUMBER: _____  CELL ASSIGNMENT: _____  SECTION: _____

INSTRUCTIONS: The evaluation of conduct for each inmate shall be in accordance with the Rules and Regulations of the Department of Corrections. The rating elements below constitute a general observation of the inmate's institutional behavior for the past month. The reasons for a Good or Poor rating shall be entered in the "Comments" space. If any disciplinary charges and dispositions have been brought against the inmate during the past month, this shall be noted in the appropriate "Comments" section. The information entered in this form will be used in the Department of Corrections Objective Classification procedures and a copy will be placed in the inmate's personal file.

| | GOOD | POOR | |
|---|---|---|---|
| 1. OBSERVANCE OF DOC INMATE RULES AND REGULATIONS. | ☐ | ☐ | Comments: |
| 2. OBSERVANCE OF RULES OF WORK RELEASE, VISITATION, AND PHONE USE. | ☐ | ☐ | Comments: |
| 3. CLEANLINESS OF ASSIGNED QUARTERS. | ☐ | ☐ | Comments: |
| 4. PERSONAL APPEARANCE, HYGIENE AND GROOMING. | ☐ | ☐ | Comments: |
| 5. WILLINGNESS TO ACCEPT AND COMPLETE ASSIGNED WORK DETAILS. | ☐ | ☐ | Comments: |
| 6. COOPERATION AND RESPECT IN DEALING WITH STAFF. | ☐ | ☐ | Comments: |
| 7. COOPERATION WITH OTHER INMATES. | ☐ | ☐ | Comments: |

COMPUTATION OF TOTAL SCORE: If the inmate has scored Good on the majority of items (five out of seven) he/she should be given a total rating of Good. If less than five, the rating should be Poor.

I, the undersigned officer, do rate the institutional conduct of this inmate as: ☐ GOOD ☐ POOR

COMMENTS REGARDING RATING, REFUSAL TO SIGN OR NON-CONCURRENCE: _____

EVALUATED BY: _____ Corrections Officer  RADIO CALL#: _____  DATE: _____

ACKNOWLEDGED BY INMATE: _____ Signature  DATE: _____

☐ CONCURRED ☐ NOT CONCURRED BY: _____ Supervisor  DATE: _____

000113

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM




*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

## DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Title | Policy No. | Review Date: |
|---|---|---|---|---|
| Institutional Services | Classification | Inmate Monthly Evaluation | 4.2.2 | |
| ACA Standard | 3-ALDF-4B-01 Inmate Classification | | | |
| Consent Decree | Paragraph 55 Inmate Classification Plan | | | |

## I.    PURPOSE

To establish procedures for conducting monthly evaluations on inmates/detainees relating to observance of rules and regulations, appearance and other behaviors to be used by Classification Section in managing inmates/detainees while housed in the Department of Corrections (DOC) facility.

The evaluation will be used as an integral part in the periodic reclassification process of each inmate, and when correctly evaluated, it will identify those individuals who present management problems, as well as, those striving for rehabilitation.

## II.   POLICY

It is the policy of DOC to recognize and reward good conduct and discourage behaviors that is disruptive to the management of the institution. This policy includes all individuals incarcerated or detained within DOC's facilities.

## III.  PROCEDURAL GUIDELINES

### A. Introduction

In order for any evaluation to have its desired effect, so as to properly manage the inmate/detainee population, it has to be applied fairly and equally at all times.

The evaluation will be used in reclassifying each inmate/detainee. When done correctly, it will identify inmates/detainees who present management problems, as well as, those individuals striving for rehabilitation.

1

**000114**

<u>All</u> violations that have been documented, even minor ones, have to be taken into account in the monthly evaluations. This is the only   way the system will be effective, and for the evaluations to act as incentives for the inmates/detainees to improving their behaviors while incarcerated. Recommendations or allegations from other officers or inmates should only be considered if supporting documents can be produced. Otherwise the evaluation should be based solely on the evaluating officer's direct observations.

The Shift Commander shall assign a number of inmates/detainees to each officer on his/her shift for evaluation. The evaluations will be rotated between the shifts, e.g. Shift "A" does the evaluation this month, shift "B" next month, and shift "C" the following month. This is to ensure that all correctional line staff is given the opportunity to evaluate the inmates/detainees.   The same officer should not evaluate the same inmates/detainees each time.

When the officer has conducted the evaluation, he/she shall present the form and explain to the inmate/detainee in a one-on-one meeting. The officer will explain the rating, and what the inmate/detainee needs to do to improve a bad rating. The inmate/detainee shall also be made aware that all ratings will be forwarded to the classification section, to be considered during reclassification assessments. The inmate shall also be informed of the fact that the evaluation has a direct impact on allocation of privileges and housing unit assignments.

B. **Instructions for completion of form.** (See Appendix "A" for form)

1.  *Observance of DOC Rules and Regulations* -- This shall be evaluated to reflect the inmate/detainee's observance of posted DOC rules and regulations.  If the inmate/detainee has violated a minor rule only once during the evaluation period, the scoring may still be "good". If the inmate/detainee is habitually violating minor rules, or if one <u>major</u> infraction has been documented, this is sufficient to justify a "poor" scoring.

2.  *Observance of Rules of Work Release, Visitation, Phone Use* -- An inmate coming in late from work release, display of prohibited behavior during visitation time, failure to conform to the rules regarding length of phone calls. All documented incidents of such nature should be noted and scored accordingly.

3.  *Cleanliness of Assigned Quarters* -- If a cell is untidy, both inmates occupying the cell should be held accountable. They will be instructed to correct the discrepancy. If the cell is continuously untidy, unclean, a "poor" scoring is warranted.

4.  *Appearance, Hygiene, and Grooming* -- An inmate/detainee with untrimmed, long hair or beard or moustache cannot receive a "good" rating. Appearance means clean clothes that are not torn or altered.  When issued prison uniform, even stricter standards shall be applied.

5.  *Willingness to Accept Assigned Work Details* -- Only an inmate/detainee who

2

**000115**

volunteers for duties and completes the work details satisfactorily can receive a "good" rating.

6. *Cooperation and Respect in Dealing with Staff* -- This item rates the inmate/detainee's attitude towards the correctional staff. It is expected that inmates/detainees follow orders and show respect towards officers. Only inmates/detainees who are <u>always</u> respectful and cooperative should be awarded a score "good" rating.

7. *Cooperation with Other Inmates* -- For the institution to function peacefully, good relationships between inmates/detainees are of utmost importance. Therefore staff should observe and rate inmate/detainee behavior and attitude towards each other.

8. If the inmate/detainee has been charged with a violation during the rating period, it should be entered in the appropriate section. First, note it in the "Remarks" section, and then explain in detail in "Disciplinary Charges/Dispositions".

9. If the evaluating officer has any comments regarding the evaluation system, or has any recommendations that may benefit the system, enter in the appropriate section. Also, if the inmate/detainee refuses to acknowledge the evaluation, enter the stated reason/s for refusal here.

10. After the evaluating officer and the inmate/detainee both have signed the form, the shift supervisor reviews it, he/she will indicate either concur or not concur and then signs the form. If the supervisor should disagree with the evaluation, he/she should state the reason/s in the section: "Recommendations/Comments".

11. Once the Shift Commander has received all the evaluation forms from his/her shift, he/she shall turn them in to the Operations Captain within 12 hours of completion. The forms will be filed in each inmate/detainee's file to be used in the inmate/detainees reclassification reassessment.

C. Use of the Monthly Evaluation

The monthly evaluation form is only a statement reflecting the evaluating officer's personal observation of the inmate/detainee he/she is evaluating. The form will be used as guidance by the classification section in assessing an inmate/detainee's general behavior during incarceration. If the monthly evaluation shows behavior that may have a negative impact on the inmate/detainee's rating, the inmate be counseled in the problem areas. During the reclassification process, the inmate/detainee may file his/her response to any perceived unfair evaluations.

D. Prohibited Actions.

The evaluating officer is not allowed to use the evaluation form as a means of soliciting favors from the inmates/detainees by excluding negative information or entering positive

3

**000116**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

rating known to be inappropriate. Neither can the form be used as a form of punishment. Anticipated future behavior cannot be used as a basis for evaluation.

The Shift Commander shall not coerce the evaluating officer into changing his/her evaluation of an inmate/detainee as it is based upon personal observation, nor can the Commander change any of the scores.

Already completed and signed evaluation forms cannot be retrieved and/or altered by anyone.

Reviewed By: _____        _____
            Gregory F. Castro                        Date
            Director of Corrections

Approved By: _____        12/06/07
            Lino S. Tenorio                          Date
            Commissioner of Corrections

4

**000117**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF CORRECTIONS

INMATE INSTITUTIONAL CONDUCT EVALUATION:

INMATE NAME: _____     DATE: ___ / ___ / ___

ID NUMBER: _____     CELL ASSIGNMENT: _____     SECTION: _____

INSTRUCTIONS: The evaluation of conduct for each inmate shall be in accordance with the Rules and Regulations of the Department of Corrections. The rating elements below constitute a general observation of the inmate's institutional behavior for the past month. The reasons for a Good or Poor rating shall be entered in the "Comments" space. If any disciplinary charges and dispositions have been brought against the inmate during the past month, this shall be noted in the appropriate "Comments" section. The information entered in this form will be used in the Department of Corrections Objective Classification procedures and a copy will be placed in the inmate's personal file.

| | GOOD | POOR | |
|---|---|---|---|
| 1. OBSERVANCE OF DOC INMATE RULES AND REGULATIONS. | ☐ | ☐ | Comments: |
| 2. OBSERVANCE OF RULES OF WORK RELEASE, VISITATION, AND PHONE USE. | ☐ | ☐ | Comments: |
| 3. CLEANLINESS OF ASSIGNED QUARTERS. | ☐ | ☐ | Comments: |
| 4. PERSONAL APPEARANCE, HYGIENE AND GROOMING. | ☐ | ☐ | Comments: |
| 5. WILLINGNESS TO ACCEPT AND COMPLETE ASSIGNED WORK DETAILS. | ☐ | ☐ | Comments: |
| 6. COOPERATION AND RESPECT IN DEALING WITH STAFF. | ☐ | ☐ | Comments: |
| 7. COOPERATION WITH OTHER INMATES. | ☐ | ☐ | Comments: |

COMPUTATION OF TOTAL SCORE: If the inmate has scored Good on the majority of items (five out of seven) he/she should be given a total rating of Good. If less than five, the rating should be Poor.

I, the undersigned officer, do rate the institutional conduct of this inmate as:     ☐ GOOD     ☐ POOR

COMMENTS REGARDING RATING, REFUSAL TO SIGN OR NON-CONCURRENCE: _____

_____

_____

EVALUATED BY: _____     RADIO CALL#: _____     DATE: _____
                     Corrections Officer

ACKNOWLEDGED BY INMATE: _____     DATE: _____
                                  Signature

☐ CONCURRED   ☐ NOT CONCURRED BY: _____     DATE: _____
                                          Supervisor

**000118**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**



**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**



**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**



**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**



000122

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**



000123

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**



### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
# DEPARTMENT OF CORRECTIONS
### ADULT CORRECTIONAL FACILITY



| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Control Center Operations | 3.1.19 | |
| **ACA Standards** | ACA Standard 3-ALDF-2G-01 24-Hour Control Center and 3 ALDF 3A-05 Written Post Order for Every Post, 3ALDF 3A-03 Correctional Officer Assignments, 3ALDF 3A-07, 3ALDF 3A-14 Inmate Count, Correctional Officers Assigned Post, 3ALDF 3A-21 Controlled Access and Use of Keys | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policy and Procedure | | | |

**PURPOSE**

To provide a standardized operating procedures (SOP) for all Officers to adhere to and enforce when posted as Control Officers in the Control Center Operations Room of the Department of Corrections (DOC) new adult correctional facility.

**POLICY**

It is the policy of DOC to maintain a secure Control Center that serves as the hub for all security, communications and movements for the entire facility.

**PROCEDURAL AND GUIDELINES**

The Control Center is the hub for all activities related to security, communication, movement and maintenance, regardless whether they are internal and external so long as the activities are under the jurisdiction of DOC. Control officers will not ordinarily serve as decision makers, but will serve as a command post to issue, enforce and disseminate pertinent information received from the upper chain of command.

Control Officers directly reports to the duty Shift Commander. Activities not of a routine nature or specified in other SOPs will be forwarded to the Duty Commander for disposition. As this is the Central Hub for all activities, strict adherence to all Policies and Procedures must be followed and enforced without exception. Absolutely no contraband is allowed in this post, nor will it serve for storage of any kind.

Inmates are not allowed to enter this post. Officers must keep this post clean. On duty officers will be held directly responsible for cleanliness, proper inventories and serviceability of equipment within the Control Center.

**000124**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

**Responsibilities; Control Officers Must**

1. Maintain full Control of the facility operations and issue to authorized employees only those keys approved for issuance by either the Director or the Commissioner. Follow those procedures outlined in the Use of Keys SOP 3.1.4    Control and Use of Keys.

2. Control and issue emergency equipment only as instructed by the Duty Shift Commander.

3. Control all ingress and egress points, doors, roll-up gates. Positive identification must be made prior to allowing any person(s) to access or exit any ingress or egress doors. Only authorized persons are allowed to either enter or exit any part of the facility. **No One** other than the Duty Shift Commander, Operations Captain, Director and Commissioner are authorized full access to any part of the facility at any time of day or night.

4. Maintain accurate inventories for all keys and equipments placed in the control center. Any discrepancies noted must be reported immediately to the duty shift commander. Discrepancies must be corrected prior to the change of shift. Duty officers will not be relieved by the on-coming officers until the discrepancies are corrected or as decided by the Director or the Commissioner.

5. Maintain a current staff duty roster and a recall roster of all employees. The recall roster will include current resident address and telephone numbers.

6. Conduct and record periodic checks of all communications system, surveillance systems, emergency alarm and generator systems, electronic roll-up gates systems, fire alarms, intercoms, telephones, personal body alarm system issued to staff to carry on posts throughout the institution, radio systems, any visual recording systems, closed-circuit monitor and multiple screen view systems.

7. Receive and record periodic check calls of all the housing units, to ensure security and control is maintained at all times. These calls shall be made every hour, in accordance with the Inmate Count SOP 3-ALDF-3A-14 Part E.

8. Record pertinent information in the control center log, as well as disseminate information up and down the chain of command, as appropriate.

9. Immediately notify the Duty Commander of any activated emergency or alarm signal from any of the monitoring systems. Control Officers shall not automatically reset or silenced the alarm(s). He/she shall identify location of the alarm and then instruct another officer from other area to check the cause of alarm activation. Prior to silencing the alarm, the operator will wait for the outcome from the responding office(s) and disposition instruction from the duty commander.

10. Notify the Facility Manager, Albert Delos Reyes of incidents involving alarm activation of the following; smoke detector, fire alarm or sprinkler system.

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

11. Contact Department of Public Safety (DPS), or other appropriate authorities for assistance when so directed by the Shift Commander.

12. Contact Commissioner, Director and Operations Captain immediately when there's an escape prisoner or to report any major incident or occurrences within or outside the facility.

13. Maintain to the extent possible, continuous communications with any area of DOC experiencing a disturbance.

14. Absolutely no smoking, chewing betel nut or smokeless tobacco of any kind is allowed on this post.

15. Out going officers must sweep, mop, dust and empty the trashcans of the control and rest room at each shift change prior to getting relieved.

**STAFFING**

The Control Center shall be staffed with a minimum of three (3) corrections officer. The Officers must senior in rank (COII or above) in each shift around the clock. These officers must be trained in the systems and are considered by supervisory staff to be among the most experienced and stable in the institution's work force.

Additional staff will be assigned during an institutional emergency.

**ACCESS**

Access to the Control Center will be limited to only those staff assigned to that post. Other personnel or contract employees who have official duties must get prior approval from either the Director or Commissioner prior to being allowed to enter the Control Center.

All personnel approved for limited access must be escorted and monitored by correctional officers at all times.

Unless assigned to relief duty, off-duty or those assigned to other posts are considered unauthorized personnel and will not be admitted to the Control Center.

Entrance to the Control Center will be through a security vestibule with interlocked doors. The two doors to the Control Center may never be opened at the same time, and the outer door must not be opened when offenders are in the vicinity of the door.

No one will be permitted to enter the Control Center, unless the control officer is personally aware of their identity or can obtain positive verification of their identity and the purpose for which they are to be admitted. Access by non-DOC employees must be approved by either the Director or Commissioner.

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

No offender is ever permitted in the Control Center, the corridor leading to the Control Center, or the vicinity of the outer door when staff is passing into or out of the Control Center.

## MOVEMENT CONTROL

Central control officer controls movement through critical doors and ensures that all doors and roll-up gates are closed at all times when intended. Surveillance cameras and audio communications devices used in connection with roll-up gates functions will be enable positive identification of all persons passing through key traffic points.

## EMERGENCY RESPONSE

When a disturbance occurs anywhere within DOC, the Control Center ordinarily will be the first post notified.

The officer on duty will immediately notify the Shift Commander of the situation and then notify the Commissioner, Director, Operations Captain and the Department of Public Safety dispatcher if so directed by the Shift Commander.

The officer assigned to the Control Center in a crisis must remain calm, gathering and relaying information in a very thorough manner and delegating duties as may be redirected in such instances.

Some duties of this post may be delegated by the Shift Commander to other personnel; however, until such time as they are so delegated, they remain the responsibility of the control officers.

## TRAINING

Central Control operations will be a part of both initial and annual training. This will include on-the-job training assignments in the central control. Training will include a thorough study of security policies as well as knowledge of the central control's daily operations as documented in the central control post orders.

## LOGS AND RECORDS

The control officers will maintain logs and records of counts, alarms (both tests and actual), visitors, keys and equipment test and inventories.

Prepared by: _____        _____
                     Jose K. Pangelinan, Captain                   Date

Approved by: _____        _____
                     Dolores M. Aldan, Commissioner          Date



*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515



| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Institutional Operations | Security and Control | Radio Communication | **3.1.9** | |
| **ACA Standards** | 3-ALDF: 3A-02 Control Center; 3A-06 Emergency and Power Communications; 3B-07 Communications Within and Between Facility and Community for Emergency | | | |
| **Consent Decree** | Paragraph 54 Develop Facility Policies and Procedure | | | |

## I. PURPOSE

To provide guidelines for employees of the Department of Corrections to follow in the use of the radio equipment for the purpose of communicating information.

## II. POLICY

The Federal Communications Commission (FCC) licenses the Department of Corrections' radios. It is the policy of the Department that all employees are required to follow FCC Rules and Regulations while using the department's radios.

## III. PROCEDURE

### A. General Information

The Central Control is the center of communication in the facility and focal point of all external and internal security and communication activity. Radios are one of law enforcement's valuable tools. When used properly, they can be of great benefit.

1. When employees of the Department are to use the radio, it shall be kept in mind that the message to be communicated is urgent in nature and it pertains to official business.

2. The portable radios will be inspected twice each year by the Logistics personnel for inventory control and care of equipment.

3. The Federal Communications Commission (FCC) monitors all licensed stations to ascertain that illegal traffic is not being transmitted. Whenever an illegal message is detected, it is recorded and the operator, who is licensed by the FCC, notified.

Repeated or flagrant violations of FCC rules could result in the cancellation of the department's radio license.

4. Unidentified and/or unnecessary communications, obscene and profane language are strictly prohibited.

5. The responsibility for lost, damaged or destroyed equipment through a deliberate act or willful negligence shall be the same as applied to other Department equipment. Any officer, who has lost, damaged or destroyed any equipment issued to them by the Department, will immediately notify his/her supervisor and may be required to make restitution if the loss or damage is the result of negligence on the part of the officer.

6. Supervisors are responsible in enforcing the provisions of this policy. Any violations of this policy and procedures, the supervisor will investigate and submit a complete report to the Captain of Operations for review, and recommendation made to the Commissioner and/or Director of Corrections for final disposition.

7. Officers engaged in field assignments will be issued a portable radio. The portable radio will be tested and should be fully functional prior to the field assignment.

8. All officers should be familiar with the 10-code and use it routinely when communicating information.

9. All officers and supervisors are expected to constantly monitor Channel 1 frequency while on duty.

10. Officers should be mindful that the radio frequencies of the Department are not encrypted and are susceptible to monitoring through scanner.

## B. General Instructions for Transmitting Radio Communication

1. There is a delay of approximately 0.8 seconds between the time the radio talk button is keyed and the time transmission can begin. Therefore, it is essential that officers pause briefly before speaking after the talk button is keyed.

2. Words should be slowly and distinctly pronounced.

3. When using the radio, members of the Department shall be referred to by their radio code.

4. Emotion should not be interjected when speaking, as this will cause the speech to become high-pitched and difficult to understand.

5. Messages should be clearly formulated prior to transmission.

6. Lengthy messages should be written down prior to transmission so that the receiver of the message does not receive a mass of garbled words.

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

7. When transmitting, speech should be directed into the microphone, with the mouth being at the same distance as if speaking into a telephone.

8. Minimum number of words necessary to convey a message should be used.

9. Information used in describing subjects should be given in the following order:

    a. Name
    b. Alias
    c. Race
    d. Sex
    e. Age
    f. Height
    g. Weight
    h. Color of Eyes
    i. Color of Hair
    j. Complexion
    k. Scars or Tattoo Marks
    l. Clothing
    m. Unusual Features

10. When transmitting names or letters that could be misunderstood, the phonetic alphabet should be utilized. Unusual words should be spelled phonetically.

11. Words should not be run together. Each word should be pronounced separately and distinctly using slow, clear speech.

12. Numbers should be grouped together into combinations of three such as 341-165-52.

13. Courtesy shall be exercised while on the air.

14. Messages shall not be transmitted:

    a. During an Emergency Management Office test of the radio communication system.

    b. Within 200 yards of blasting operations or where blasting caps are stored. (These areas are usually posted.)

    c. When transmission will obviously interfere with communications in progress or such communication will obviously make transmission unintelligible.

15. Miscellaneous information and other similar types of information shall not be transmitted over the radio, but relayed through other means, such as written communication or telephone.

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

16. Time Reference: Time checks, periodic tests, and all references to time shall utilize the 24-hour-clock systems, ("military time") e.g., 12:15 AM shall be referred to as "0015 hours"; 4:31 PM as "1631 hours."

17. When using the radio, as much as possible the "Ten-Series Code and Phonetic alphabets" shall be used.

18. In attempting to contact Central Control or another officer, the officer should, under normal circumstances, wait to be acknowledged before continuing to transmit or request information.

19. All police information of a sensitive nature (e.g., criminal records, prior arrests, prior complaints, outstanding warrants, medical information, and behavioral problems) will be transmitted through telephone unless it is an emergency.

20. Officers should not request Central Control to conduct records checks, make telephone calls, or perform other tasks, which are not immediately necessary.

21. Officers shall listen to the radio before transmitting to determine whether or not the channel is clear.

## C. General Instructions for Receiving Radio Communication

1. The radio shall be turned "on" to DOC Channel 1 whenever employees are on duty. When going on duty, officers will be responsible for ensuring that their assigned radios are functioning properly. Central Control will be called regularly to test the radio and corrective action taken when there is a problem with the radio.

2. The volume control should be utilized and messages kept loud enough to be easily heard yet low enough to avoid unnecessary strain on the ears and to minimize eavesdropping from persons not privy to the information being transmitted.

3. Writing materials should be available so that messages may be copied without error.

4. Messages should not be acknowledged until the entire text of the message is received accurately.

5. The use of plain English is preferred for all radio transmissions rather than using any codes other than the ten-series codes.

6. Officers will acknowledge promptly when their radio code is called by another officer or by Central Control. Clicking the talk button is not sufficient in acknowledging a radio call.

7. Officers must treat Central Control as the heart and brain of the Department. Any activity that takes place anywhere in the facility must be reported to Central Control by portable radios or any means of communication.

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

### D. Department's Radio Frequencies

All Department radios are programmed with the following channels:

1. DOC 1 -- Primary Channel
2. DOC 2 -- Secondary Channel
3. DOC 3 -- CERT Members Only
4. DOC Talk Around
5. DPS 1
6. Fire
7. EMO

When newly portable radios are purchased, the Commissioner of Corrections will write a letter to the Emergency Management Office requesting that portable radios be programmed with the radio frequencies listed in this procedure. The Department's Logistics Unit Supervisor will make the necessary arrangements in getting the radios programmed, and with this the Department of Corrections is able to communicate not only within the facility but outside in the community as well in case of an emergency.

### E. Inventory, Repair and Maintenance of Radios

The Logistics Unit Supervisor will ensure that all newly purchased portable radios are tagged with Procurement and Supply numbers and properly recorded for inventory purposes. The inventory form will reflect the following information:

1. Name of manufacturer
2. Serial number of the radio
3. Model number
4. Model name
5. Date purchased
6. Procurement and Supply numbers
7. Name of the officer that was issued the radio.
8. Date the radio was issued to the officer.
9. Condition of the radio
10. List of radio accessories issued, such as battery, charger, external microphone, etc.
11. Maintenance information.

The inscription (DOC) will be engraved on each radio, battery and charging unit. Other inscription may be placed on the radio and accessories to identify the radio and its assigned work area.

The Security and Safety officers will inspect all portable radios and the communication system once a month to ensure that they function properly. Any problems relating to the portable radios and/or the communication system, the Safety and Security officers will provide a written report to the Commissioner and/or Director of Corrections. The Security and Safety Officers will forward the report to the Logistics Unit and proper repair will be initiated.

5

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

Supervisors and officers will report to the Logistics Unit Supervisor when problems arise relating to the radio during their operations. Employees are not authorized to make repairs to the internal mechanisms of the radio.

**F. Radio Usage During Emergency**

When an emergency exists, Central Control will issue an alert using the ten series code. Central Control will issue an advisory to all officers that DOC Channel 2 will be used primarily for emergency communication and all communications unrelated to the emergency will be transmitted through DOC Channel 1. Channel 2 will remain an emergency channel until Central Control advices to resume normal traffic.

During non-emergency, officers may use Channel 2 and the talk around channel for routine messages not intended for everyone to hear.

**G. Department's Ten (10)-Series Radio Codes and Phonetic Alphabets**

10-0 Radio Check
10-1 Reception Good
10-2 Reception Poor
10-3 To Gas Vehicle
10-4 Acknowledge Message
10-5 Repeat Transmission
10-6 In-Service
10-7 Negative
10-8 Affirmative
10-9 Standby
10-10 Out of Service
10-11 Return to Headquarters
10-12 Call Headquarters By Telephone
10-13 Calling All Units
10-14 Take Report
10-15 Arrived At Scene
10-16 Finished Last Assignment
10-17 Present Location
10-18 Hourly Check
10-19 Escorting Prisoner
10-20 Ambulance Needed
10-21 Meet An Officer
10-22 Answer Complaint
10-23 Disturbance (Define)
10-24 Disregard Last Assignment
10-25 Sprinkler System Activated
10-26 Smoke Alarm Activated
10-27 Fire Alarm Activated
10-28 Personal Alarm Activated
10-29 Be On the Lookout
10-30 Riot
10-31 Possession of Contraband (Unauthorized Items)

6

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

10-32 Tampering With Locking Mechanism
10-33 Hostage Situation
10-34 Shooting
10-35 Attempted Suicide
10-36 Homicide
10-37 Stabbing
10-38 Use Caution
10-39 Use Universal Precaution
10-40 Injured Persons
10-41 Evacuation
10-42 Security is Breach
10-43 Physical Headcount
10-44 Suicide
10-45 Use Radio Voice Procedure
10-46 Officer Need Assistance
10-47 Fire (Define)
10-48 Fire Drill
10-49 Lockdown
10-50 Sexual Assault
10-51 Requesting Description of Person/Vehicle
10-52 Requesting Weather Information
10-53 Stand by For Weather Information
10-54 Requesting Paddy Wagon
10-55 Escaped Prisoner
10-56 Activate Emergency Plan
10-57 Wanted Vehicle
10-58 Bomb Threat
10-59 Issue Citation
10-60 Periodic Check
10-61 All Secured

**Phonetic Alphabets**

| | | | |
|---|---|---|---|
| A | Alpha | N | November |
| B | Bravo | O | Oscar |
| C | Charlie | P | Papa |
| D | Delta | Q | Quebec |
| E | Echo | R | Romeo |
| F | Foxtrot | S | Sierra |
| G | Golf | T | Tango |
| H | Hotel | U | Uniform |
| I | India | V | Victor |
| J | Juliet | W | Whiskey |
| K | Kilo | X | Xray |
| L | Lima | Y | Yankee |
| M | Mike | Z | Zulu |

Employees will ensure that the ten (10) series codes and the phonetic alphabets are memorized and used appropriately when communicating information over the radio.

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

Prepared By: _John M. Aguya_____     10-22-07
John M. Aguya                  Date
Deputy Director of Corrections

Reviewed By: _Gregory F. Castro_____     10/22/07
Gregory F. Castro              Date
Director of Corrections

Approved By: _Lino S. Tenorio_____     10/23/07
Lino S. Tenorio               Date
Commissioner of Corrections

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**




*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS
Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Security and Control | Patrol and Inspection | Patrol and Inspection | 3.1.13 | |
| ACA Standards | 3-ALDF: <u>3A-11</u> Daily Check of Housing Unit by Supervisor; <u>3A-12</u> Administrator or Designee Visit Living and Activity Areas Weekly; <u>3A-13</u> Chief Security or Designee Conduct Weekly Inspection of Security Devices | | | |
| Consent Decree | <u>Paragraph 54</u> Develop Facility Policies and Procedures | | | |

## I.  PURPOSE

To establish procedures for Shift Commanders, Administrators and Safety and Security personnel in inspecting all areas of the facility to ensure that inmates/detainees and staff are properly supervised.

## II.  POLICY

It is the policy of the Department of Corrections to maintain facility security, to ensure proper supervision of staff and inmates/detainees, and to ensure the proper operation of the facility, key staff will inspect all areas of the facility regularly.  Outside agencies will provide fire, health, sanitation, and safety inspections on a scheduled basis.

## III.  PROCEDURES

### A. Shift Commander/Assistant Shift Commander

1. At least twice during each shift, the Shift Commander or the Assistant Shift Commander will visit and inspect every area of the facility occupied by inmates/detainees.

2. The Shift Commander or the Assistant Shift Commander will observe and confer with the housing unit officers to assess their morale, concerns, and job performances.  During visits to the housing units, the Shift Commander or the Assistant Shift Commander will also assess inmate/detainee morale and concerns, and discusses any management problems with the housing unit officers.  The housing officer and the Shift Commander or the Assistant Shift Commander will discuss management matters out of the presence of inmates/detainees.

3. Unoccupied areas such as exercise areas, multi-purpose rooms and courtyard are inspected weekly.

4. During facility inspections, the Shift Commander or the Assistant Shift Commander will check for faulty equipment and unsafe or unsanitary conditions.

1

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

5. The Shift Commander or the Assistant Shift Commander will submit a report to the Captain of Operations and Logistics Unit Supervisor on faulty equipment, unsafe or unsanitary conditions and/or inmate/detainee or staff concerns discovered during the visit.

6. The Shift Commander or the Assistant Shift Commander will make an entry on the housing unit logbook visited the date and time and signature.

## B. Administrative Staff

1. At least once per week, the Captain of Operations will inspect all the housing units and activity areas.

2. The inspector will check to ensure that the facility is operating according to policy and procedures.

3. During the course of the inspection, the inspector is accessible to both staff and inmates/detainees to facilitate informal communications.

4. The Program Coordinator will visit at least once a week all inmate programs and activities to ensure that the programs and activities are consistent with the DOC policies and procedures. The results of the inspections will be documented in writing for record purposes and if necessary corrective actions be taken.

## C. Safety and Security Officers

1. At least once per week, the Safety and Security officers will conduct inspections on all security devices and report the results of the inspections in writing to the Director of Corrections. Facility devices includes, cell doors, locks, windows, cameras, lights, perimeter fences, radios, radio antennas, smoke detectors, fire alarms and keys.

2. The Safety and Security officers will inspect all areas of the facility at least once a week to ensure that policies and procedures are being followed with respect to safety and security issues. The Safety and Security officers will submit in writing an inspection report to the Director of Corrections.

3. The Director of Corrections will ensure that all security devices needing repairs and/or maintenance are address on a timely fashion.

4. The Safety and Security officers will ensure that fire drills and other requirements are done in accordance with the Fire Prevention Policy and Procedures.

5. The safety and security officers will ensure that health and sanitation requirements are done in accordance with the health and sanitation policies and procedures.

6. The safety and security officers will ensure that the Pest Control Plan Policy and Procedures is enforced.

7. The Security officer will work with the Maintenance Unit Supervisor in ensuring that the pest control contractor is escorted by the security officer when pesticides or other pest controls are to be applied in and around the facility.

2

**000137**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

8. The Safety and Security officers will ensure that the water supply is tested in accordance to the rules and regulations of the Environmental Protection Agency (EPA).

Prepared By: _John M. Ayuyu_          _10-22-07_
                John M. Ayuyu                         Date
                Deputy Director of Corrections

Reviewed By: _Gregory J. Castro_          _10/21/07_
                Gregory F. Castro                   Date
                Director of Corrections

Approved By: _Lino S. Tenorio_            _10/23/07_
                Lino S. Tenorio                     Date
                Commissioner of Corrections

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

**KAGMAN JUVENILE DETENTION & CORRECTIONAL FACILITY**
**POLICIES AND PROCEDURES MANUAL**
SECTION III
TRAINING, PERSONNEL and MANAGEMENT

---

TOPIC: **POST ORDERS**                                   POLICY STATEMENT NO: 2.21

DATE ORIGINATED: 4/03                                    PAGE 1 OF 8

REVISED:

---

## I. PURPOSE

To provide written information regarding the general and specific orders for duty posts within the Kagman Juvenile Detention and Correctional Facility. These Post Orders are general in nature to provide the basic requirements of the post, and are not all inclusive of the requirements for the duty assignment.

## II. POLICY

The Kagman Juvenile Detention and Correctional Facility will maintain and provide specific instructions to custody staff assigned to a specific duty post, to ensure that each staff member is aware of the operational requirements and responsibilities for that duty post.

A.      The Post Orders will be located in the Policies and Procedures Manual, as well at each workstation.

B.      The Facility Supervisor must approve significant changes in Post Orders.

C.      The Juvenile Correction Worker Ill must approve day to day modifications to Post Orders on duty.

D.      Nothing in this policy is meant to preclude shared responsibility and cooperation between on-duty staff members.

**POST ORDERS**
**INTAKE/RECEPTION**

**A**.      Location: Specific Duty post will be assigned by the Juvenile Correction Worker Ill as needed. This post will be utilized as staffing and need dictate.

**B**.      Specific Duties and Responsibilities: These duties and responsibilities are in addition to the Juvenile Correction Worker Job Description, Juvenile Detention and Correctional Facility Policies and Procedures Manual and are as follows:

**000139**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

1.      Be cognizant of and carry out all applicable Department, Division and Facility policies and procedures. Conduct intake receptions in accordance with the Juvenile Detention and Correctional Facility Policy and Procedure .

2.      Perform an operations check and inventory of all equipment assigned to the post, prior to relieving the previous Intake/Receiving staff member.

3.      Conduct visual inspections of the admission area, holding cells, interview room prior to reviving the previous Intake/Receiving staff member.

4.      Conduct l5—minute safety checks on all persons detained in the holding cells and annotate the security log.

5.      Do not accept any prospective minor for booking that is in need or appears to be in need or medical attention. Notify the Juvenile Correction Worker III/Shift Supervisor immediately of any person meeting the criteria. The final decision to accept or reject a booking will be made by the Juvenile Correction Worker Ill/Shift Supervisor. If rejected, the arresting or other agency having control of the minor will have to obtain medical treatment and clearance for the arrested person prior to booking.

6.      Ensure that all persons are lawfully admitted to the facility be a court, arrested pursuant to a warrant or with probable cause and are bought to the facility and properly booked in accordance with current procedures.

7.      Ensure that all minors returning to or entering the facility are thoroughly searched for contraband in accordance with current procedures. Minors should be searched in the presence of arresting officers if at all possible. Female child supervision employees will search all females. Male child supervision employees will search all males.

8.      Any contraband found at this time, the possession of which is a violation of the law should be tuned over to the arresting officers. Additional charges are also possible at the discretion of the arresting officers.

9.      Accept, store and document the receipt of minor's valuables and clothing in accordance with current procedures. Supervise the issuance of any facility items to the minor and document it ii the booking file.

## POST ORDERS
## CONTROL ROOM

A.      Location: The Control Room post will be maimed 24-hours a day.

B.      Specific Duties and Responsibilities: These duties and responsibilities are in addition to the Juvenile Correction Worker Job Description, Juvenile Detention and Correctional Facility Policies and Procedures Manual and are as follows:

l.      Be cognizant of and carry out all applicable Department, Division and Facility policies and procedures.

2.      Perform an operations check and inventory of all equipment assigned to the Control Room, prior

## 000140

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

to relieving the previous Control Room staff member.

3.      Remain in the Control Room and monitor audio and visual security devices installed at this post.

4.      Open and secure all doors as required.

5.      Maintain operational control over all equipment, security devices and control panels. No other Juvenile Correction Workers will operate control panels or security devices, unless directed to do so by the Juvenile Correction Worker III /Shift Supervisor or higher authority.

6.      Maintain visual observation of the housing areas, educational areas, intake area, reception area, visiting area, recreation/open field areas and all adjacent corridors.

7.      Maintain control over interior and exterior doors, sally-port doors, and any other doors controlled electronically. The Control Room door shall not be propped open at any time. Control Room staff will ensure that other employees secures any and all doors they use or ask to be opened.

8.      This post is responsible for the security and safety of the entire facility. This post will not be vacated under any circumstances, unless relieved by the next shift, or until directed by the Juvenile Correction Worker IH/Shift Supervisor or higher authority.

9.      Notify the Juvenile Correction Worker III/Shift Supervisor immediately of any and all irregular activities, problems or malfunctions within the Control Room or areas of responsibility.

l0.     Record all activities and programs in the Logbook. Prepare written reports as required by policy and/or the Juvenile Correction Worker Ill/Shift Supervisor or higher authority.

11.     Perform other related duties and details as assigned or required by the Juvenile Correction Worker III/Shift Supervisor or higher authority.

l2.     Whenever any staff member opens the secure door to a "padded/quiet" room they will notify the Control Room Officer who will make an entry in the Logbook.


## POST ORDERS
## HOUSING/LIVING UNITS

A.      Location: Primary duty post will be within either one of the housing/living units. Residents will have unrestricted movement within the day & indoor recreation rooms, with restricted movement inside the interior secured sleeping room area.

B.      Specific duties and Responsibilities: These duties and responsibilities are in addition to the Juvenile Correction Worker Job Description, Juvenile Detention and Correctional Facility Policies and Procedures Manual and are as follows:

l.      Be cognizant of and carry out all applicable Department, Division and Facility policies and procedures.

2.      Perform operations check and inventory of all equipment assigned to the post, prior to relieving the previous housing/living unit staff member.


**000141**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

3.      Conduct fire/security checks of housing/living unit at least every 15 minutes.

4.      Ensure that all minors coming into or returning to the housing/living unit are thoroughly searched for contraband.

5.      Deliver approved mail or other approved items to the minors within the housing/living unit Pick-up and deliver correspondence from minors for processing.

6.      Conduct or assist in conducting random searches of the housing/living unit directed or supervised by the Juvenile Correction Worker III/Shift Supervisor or higher authority.

7.      Supervise minors during food service, while minors are doing their laundry, during recreational time as required.

8.      Coordinate the movement of all minors living on the unit as required, e.g. to and from exercise, sick call, school, etc.

9.      Conduct a stand-up head count of all minors in the housing/living unit at least every 30 minutes in any eight-hour period plus a formal count at the beginning and end of each shih. Enter results in unit logbook.

10.     This post is responsible for the security and safety of the housing/living unit. This post will not be vacated during the day and evening (swing) shifts while minor(s) are in the unit. The exception to this Post Order is when all minors in the unit can be secured in locked rooms. This post will physically open and close all doors. Minors are not allowed to open or close any locked door in the facility.

ll.     Notify the Juvenile Correction Worker lll/Shift Supervisor or higher authority immediately of any and all irregular activities, problems, malfunctions or operational changes within the housing/living unit.

l2.     Record all relevant activities and problem in the Logbook. Prepare written reports as required by policy and/or the Juvenile Correction Worker III/Shift Supervisor or higher authority.

13.     Perform other related duties and details as assigned or required by the Juvenile Correction Worker Ill/Shift Supervisor or higher authority.

I4.     Monitor and help supervise minors participating in any special programming in the housing/living unit.

15.     Whenever any staff member opens a locked door to a "padded/quiet" room they must notify the Control Room and the Juvenile Correction Worker III/Shift Supervisor or higher authority. This door may not be opened unless the Juvenile Correction Worker III/Shih Supervisor or another child supervision employee is present. This Post Order includes any time a minor housed in a "padded/quiet" room is out for recreation, showers, medication &/or sick call.

**000142**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

### POST ORDERS
### ROVER/FLOATER

A.  Location: This duty post will be assigned by the Juvenile Correction Worker III/Shift Supervisor as needed. This post will be utilized as staffing levels allow.

B.  Specific Duties and Responsibilities: These duties and responsibilities are in addition to the Juvenile Correction Worker Job Description, Juvenile Detention and Correctional Facility Policies and Procedure Manual and are as follows:

l.  Be cognizant of and carry out all applicable Department, Division and Facility policies and procedures. `

2.  Provide relief for other duty posts as required by the Juvenile Correction Worker III/Shift Supervisor. This includes knowing post orders of the post being relieved.

3.  Coordinate the movement of minors to and from housing/living unit areas i.e. for visiting, school, sick call, etc.

4.  Conduct exterior perimeter checks of the facility at least twice per eight—hour shift.

5.  Provide assistance to other duty posts as required.

6.  Notify the Juvenile Correction Worker III/Shift Supervisor or higher authority immediately of any irregular activities, problems or malfunctions within any of the units or anywhere on the grounds as they are discovered.

7.  Record all post activities and problems in the Logbook. Prepare written reports as required by policy and/or the Juvenile Correction Worker III/Shift Supervisor or higher authority.

8.  Perform other duties and details assigned or required by the Juvenile Correction Worker III/Shift Supervisor. .

9.  Monitor and help supervise minors in educational programs and areas.

l0.  Assist with intake/reception of minors as needed.

ll.  Receive food, assist with any preparation and deliver food service to the housing/living units.

12.  Whenever any staff member opens a locked door to a "padded/quiet" room they must notify the Control Room and the Juvenile Correction Worker III/Shift Supervisor or higher authority. This door may not be opened unless the Juvenile Correction Worker III/Shift Supervisor or another child supervision employee is present. This Post Order includes any time a minor housed in a "padded/quiet" room is out for recreation, showers, medication &/or sick call.

10.  lf a minor is unable to complete the booking process due to illness or intoxication or behavior, a notation to that effect shall be made in the Logbook.

ll.  Ensure that each minor booked into the facility receives the required telephone calls, and that the telephone calls are documented on the admissions form.

12.  Ensure that all minors scheduled for release or transport are properly identified, receive and

**000143**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

receipt all their property prior to release. Always verify the identity of a person receiving a minor and log the information in on the release forms. Have persons receiving the minor produce photo identification and/or government credentials unless the identity of the individual is obvious due to uniform, badge or personal knowledge.

13. As soon as possible and no longer than one (1) hour after assuming the duty post, make a security inspection of the administrative/public reception areas adjacent to the post.

I4. Make tire/security inspections of the post at least four (4) times in any eight-hour shift in the administrative/public reception area when occupied.

15. This post is responsible for the security of any property taken from a minor during the booking process.

16. All storerooms and any room not actually in use shall be locked.

17. Notify the Juvenile Correction Worker III/Shih Supervisor or higher authority immediately of all irregular activities, problems or malfunctions within the intake/receiving area.

18. Record all relative activities and problems in the Logbook. Prepare written reports as required by policy and/or the Juvenile Corrections Worker III/Shift Supervisor or higher authority.

19. Perform other related duties and details as assigned or required by the Juvenile Correction Worker III/Shift Supervisor.

## POST ORDER
## TRANSPORTATION OFFICER

A. Location: This duty post will be assigned by the Juvenile Correction Officer lll/Shift Supervisor as needed. This post will be utilized as staffing levels allow.

B Specific Duties and Responsibilities: These duties and responsibilities are in addition to the Juvenile Correction Officer Job Description, Juvenile Detention and Correctional Facility Policies and Procedure Manual and are as follows:

1. Be cognizant of and carry out all applicable Department, Division and Facility policies and procedures.

2. Provide relief for other duty posts as required by the Juvenile Correction Officer III/Shift Supervisor. This includes knowing post orders of the post being relieved.

3. Coordinate the transportation of minors to and from court appointments, non-emergency medical appointments, off-site treatment appointments, field trips.

4. Pick-up and return the food service carts at the appropriate times.

5. During all medical transports follow the Universal Body Substance Precautions.

6. During all medical transports follow the Respiratory Precautions.

7. Follow the direction of the Juvenile Correction Officer IH or higher authority in deciding who to

**000144**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

take and when to transport for any reason.

8.      Shall not provide emergency medical transport unless the Juvenile Correction Officer lll or higher authority has been given specific directions to do so by a licensed medical or mental health care provider.

9.      Follow the Emergency Care Transport Policy when providing emergency transportation.

10.     Know the security classification of all minors being transported.

11.     Qualify for and maintain all operator's licenses as required by these policies.

12.     Use government vehicles for official business only.

13.     Follow all procedures noted in Policy Statement 7.12, Transporting Minors.

14.     Be in possession of a radio at all times while away from the facility on official business.

**000145**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM



**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**



# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

 

*COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS*

DEPARTMENT OF CORRECTIONS

Vicente Taman Seman Building
P.O. Box 506506, Saipan, MP 96950
Telephone: (670) 664-9061 Facsimile: (670) 664-9515

| Part | Section | Subject | Policy No. | Review Date |
|---|---|---|---|---|
| Security and Control Security Manual | Tools and Equipment | Control and Use of Tools, Culinary and Medical Equipment | 3.1.5 | |
| **ACA Standard** | 3-ALDF-3A-22 Control and Use of Tools, Culinary and Medical Equipment | | | |
| **Consent Decree** | Paragraph 62 Develop Policy and Procedure for Tool Control Including Use of Shadow Boards | | | |

## I. PURPOSE

To establish procedures for correctional staff that will ensure the accountability and safe use of tools and restricted products, including their appropriate storage, inventory and supervision.

## II. POLICY

It is the policy of the Department of Corrections to maintain in a safe manner all tools for institutional operations and to ensure that these items are used only for their intended purposes.

## III. DEFINITIONS

**Contractor:** A company or person who has entered into an agreement with the Department of Corrections to perform certain task and/or several tasks.

**Direct Supervision:** Maintaining visual contact and control of the inmate and assigned tools or restricted products.

**Shadow Board:** A secured cabinet where the location of each tool is marked by a white background with colored shadow identical to the shape of the tool positioned in front of it.

**Tool:** Any device or part thereof used to repair, dismantle, install, create, manufacture, prepare, adjust, measure or gauge.

1

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

## IV.  PROCEDURES

### A.  General Requirements for Tools

The Program Coordinator is responsible for the implementation and supervision of the control and use of tools.

1. Positive tool control is ultimately the responsibility of every employee who is issued, or otherwise has tools in their work area.

2. The supervisors of each section will ensure that staff and inmates adhere to this policy and procedure.

3. The Prison Industry Coordinator will be responsible for tool inventories, tool marking, upkeep of shadow boards, toolboxes, the security, and overall accountability and use of all tools within the DOC.

4. Tools are stored in a secured area, inaccessible to inmates/detainees and consistent with fire and safety codes.

5. Accountability of tools is maintained at all times and only minimal amounts of tools are kept on hand.

### B.  Tool Inventories

1. The Prison Industry Coordinator will:

    a. Ensure that all tools are checked-out and returned using the Tool Check-out form. When the tool is returned, the person returning the tool will sign the Tool Receipt form. The Tool Check-Out form will be maintained in the Maintenance Shop. (see page 10 & 11)

    b. Conduct daily tool inventory, documenting the results of the inventory in the Tool Control Log Book. The Tool Control Log Book will be maintained in the Maintenance Shop.

    c. Be present when inmates are allowed to assist in checking out tools.

    d. Will establish a Master Tool Inventory of all tools that are in the DOC facility.(see page 12)

    e. Ensure that all tools are engraved with an identifying number and color-coded prior to placing them on the Master Tool Inventory. Tools that cannot be engraved or color-coded without damage will be stored in a readily inventoried and secured area. Only the Prison Industry Coordinator will mark the tools.

2

**000149**

**EXHIBIT G--SECURITY AND PROTECTION FROM HARM**

f. Will document on the Tool Control Log Book any unserviceable tool when it is removed from the Master Tool Inventory. Unserviceable tools will be disposed of in accordance with Procurement and Supply Rules and Regulations and will be logged in the Tool Control Log Book.

g. Determine if the tool is unserviceable, worn-out, or broken, and will request a replacement, no change will be made in the inventory. The replacement tool will be issued the same identifying number as the tool being removed from use. An entry will be made on the Tool Log Book as to the disposition of the tool.

## C. Tool Categories

1. Categories of tools are established to enable staff to effectively supervise all tools without unduly restricting the use of non-critical items. Although it is difficult to classify every specific tool in use in the Department of Corrections, two general categories of tools are established as follows:

2. Class A: Class A tools are items that can be used as weapons, or in an escape, or can be used to fabricate weapons or facilitate an escape. Class A tools will only be used under constant, direct staff supervision. For visibility and classification awareness, Class A tools will be color coded, carrying a band of fluorescent red paint at least one inch wide at the point of least wear. Typical examples of Class A tools are:

Abrasive Disc
Aviation Metal Snips
Awls
Axes
Bandsaw Blades
Belt Sanders
Bolt Cutters
Cable
Chains
Chain Saw
Chisel
Cleavers
Come-along
Crow Bars
Cutting torches
Diamond Masonry Blades
Drill
Electric Hammer
Electric Sanders
Electric Welders

3

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

End nippers
Files
Ice picks
Knives
Sharpening stones
Gear pullers

3. Class B: Class B tools are those tools that have nominal weapon or escape potential and are subject to lesser controls. Class B tools may be issued to offenders under less restrictive circumstances. Typical examples of Class B tools are:

Extension cords
Hammers
Hand wrenches
Hoses
Ladders
Lineman pliers
Rope
Scaffolding
Scissors
Screwdrivers

**D. Tool Storage**

The Prison Industry Coordinator will:

1. Establish a tool room and storage area in the Maintenance Shop.

3. All tools should be stored on a shadow board in such a manner that their presence or absence can be readily determined.

4. Tools that cannot be adapted to the shadow board will be stored in a secured area as approved by the Programs and Support Captain.

5. Ladders shall be stored in secure areas, and shall not be used in an unauthorized manner.

6. Ropes, cables, and extension cords shall be stored in a secure room, and shall remain under direct staff supervision when in use.

7. When a tool is permanently removed from inventory, the corresponding shadow will be removed from the shadow board immediately.

8. When a tool is issued from the shadow board, the staff member to whom the tool was issued shall immediately log the removal in the appropriate inventory log.

4

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

This will identify who is responsible for the tool and its safe and secure use. Tools shall be returned to the shadow board immediately after use, and proper entry made in the log to indicate return of all tools.

9. Will maintain only required tools and, with periodic checks of the Master Inventory List, determine if any tool is in excess of need. All tools in excess of daily needs will be stored in a safe and secure area.

10. Check daily all tools based on the Master Inventory List to ensure their accountability.

11. Submit a tool report each week to the Program Coordinator attesting to the accountability of all tools.

12. Do a tool audit each month, by checking the Tool Log Book, the tool markings, shadow board and tool storage. An audit report with necessary comments and suggestions for improvements will be forwarded to the Program Coordinator.

## E. Lost Tools

1. Any tools determined to be lost shall be reported immediately to the Prison Industry Coordinator and the Program Coordinator.

2. A written report shall be submitted to the Program Coordinator before the end of the shift. The report shall identify the tool lost or missing, and the circumstances surrounding the loss. The Prison Industry Coordinator shall maintain the report until the tool is found. If not found within three months, the tool shall be removed from the Master Inventory List.

3. When a Class A tool is lost or misplaced any ongoing work shall be suspended, any inmates who had access to the tool shall be detained at that location, until a thorough search of the inmates and the area has been made. The search will continue until the tool is found, or the Program Coordinator is satisfied that the tool cannot be recovered.

4. A replacement tool may be issued if necessary, with a new number. The Master Inventory List will be adjusted accordingly.

5. The Prison Industry Coordinator will maintain a file listing all tools reported lost or missing. All contraband tools confiscated during searches shall be checked against the Master Inventory List. Identifiable and serviceable tools that are recovered will be forwarded to the Prison Industry Coordinator with written notice to the Program Coordinator. If they have already been replaced, the recovered tools shall be placed in secure storage. If unserviceable, they shall be destroyed.

5

**000152**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

## F. Contractors' or Other Non-Institutional Tools

1. Contractor's tools will be inspected and a tool inventory completed prior to entering the facility. Re-inspection and reconciliation of the tool inventory will also be completed on exit. Entry will be made on the Tool Log Book stating that all contractor's tools were checked and accounted for prior to entering and leaving the facility. All Class A tools will remain under the direct supervision of a staff member at all times.

2. A corrections officer will escort tradesmen or other non-employee workers while in the DOC. This will ensure that they do not leave any tools behind, that their activities are confined to the authorized area, and that their work is performed with proper safety and security precautions.

3. Contractor will not leave their tools in the facility at the end of the workday unless authorized by the Program Coordinator.

## G. Medical Tools/Instrument Storage

1. Health services staff will ensure that appropriate security measures for controlling access to tools and instruments are maintained at all times.

2. Tools in use will be logged out in the Health Services Log Book and upon completion should be secured and logged in the log book.

3. Surgical, dental, medical equipment, hand-held instruments, needles, syringes, and disposable sets will be considered tools and are maintained in a secured area consistent with professional medical practice and in accordance with applicable Health Services and Technical manual.

4. Needles, syringes, laboratory needles and instrument sets (disposable and non-disposable) will be stored in a manner that allows for a daily count at the beginning and end of work. Daily count will be logged in the Health Services Log Book.

5. Only the minimum number of needles, syringes, laboratory needles and disposable/non-disposable instrument sets needed for proper health services operation will be kept in the Medical Unit.

6. Needles, syringes and disposable/non-disposable instrument sets will be removed from the Master Tool List upon use.

7. Used disposable syringes, needles and instruments that are ready to be destroyed will be treated as infectious waste and disposed of in accordance with professional medical practice.

6

8. Health services staff will maintain a Master Tool Inventory for all non-disposable surgical and dental tools, medical instruments and devices and hand-held tools used in providing medical and dental services to inmates/detainees.

9. Where practical, any tool identified on the Master Tool Inventory will be engraved to identify it as a health services item.

10. A copy of the Master Tool Inventory will be provided to the Program Coordinator for record purposes.

11. Any tool removed for repair or disposed will be removed from the Master Tool Inventory.

12. Any lost item listed on the Master Tool List will be reported immediately to the Program Coordinator and an immediate search will be conducted. A detailed report will be submitted.

## H. Food Service Tools

1. A Master Tool Inventory of all food service tools will be developed by the Food Service Supervisor. A copy of the Master Tool Inventory will be submitted to the Program Coordinator.

2. Knives will be stored in cabinets with a shadow board and locking device conveniently located in the kitchen area. Only staff will have access to the cabinets.

3. Knives will be checked-out and checked-in using a Tool Check-Out/In form. The form will be filed by the Food Service Supervisor.

4. Inmates may use knives and/or serving tools in the kitchen and preparation areas under the supervision of the kitchen staff.

5. At the beginning and conclusion of each meal served, an inventory will be taken to ensure that all food service tools issued and used for the preparation and dispensing of food are present and accounted for.

6. All inventories will be logged in the Kitchen Log Book.

7. Lost or missing tools will be reported immediately to the Program Coordinator.

7

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

**I. Arts and Crafts Tools**

1. A Master Tool Inventory of all arts and crafts tools will be developed by the Service Supervisor. A copy of the Master Tool List will be submitted to the Program Coordinator.

2. Arts and crafts tools will be checked-out and checked-in using a Tool Check-Out/In form. The form will be filed by the Prison Industry Coordinator (see pages 10 & 11).

3. Only tools approved to produce and/or fabricate specific arts and crafts items will used by inmates.

4. All tools will be engraved with an identifying number and color-coded prior to placing them on the Master Tool Inventory. Tools that cannot be engraved or color-coded without damage will be stored in a readily inventoried and secured area. Only the Prison Industry Coordinator will mark the tools.

5. All tools found not in compliance with the Master Tool Inventory will be confiscated as contraband and the inmate in possession will be subject to disciplinary action.

6. All tools used by the inmates will be inventoried daily to ensure their accountability. The results of the inventory will be logged in the Arts and Crafts Log Book.

7. Missing or lost tools will be reported immediately to the Program Coordinator.

**J. Inmate Use of Tools**

1. Tools will be issued to inmates under the direct supervision of a correctional staff.

2. Inmates will not be assigned to an area where tools are stored without direct supervision by correctional staff.

3. At the end of each work period, the correctional staff supervising the inmates will account for all tools prior to releasing the inmate.

4. When inmates are using tools, a correctional staff will be present at all time to ensure that the inmates are using the tools as intended and in accordance with safety regulations.

Prepared By: _John M. Ayuyu_     _10-23-07_
John M. Ayuyu                          Date
Deputy Director of Corrections

8

**000155**

# EXHIBIT G--SECURITY AND PROTECTION FROM HARM

Reviewed By: _____

Gregory F. Castro
Director of Corrections

_____
Date

Approved By: _____

Lino S. Tenorio
Commissioner of Corrections

_____
Date

9

**000156**