F I L E D
Clerk
District Court

MAY 15 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

May 15, 2014
8:35 a.m.

1:99-cv-00017

**UNITED STATES OF AMERICA -v- COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al.**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
PATRICIA GARSHAK, COURT REPORTER
TINA MATSUNAGA, COURTROOM DEPUTY
JEFFREY MURRAY, ATTORNEY FOR PLAINTIFF
MIKEL SCHWAB, ATTORNEY FOR PLAINTIFF
TERESITA SABLAN, ATTORNEY FOR DEFENDANTS

PROCEEDINGS:   JOINT MOTION TO TERMINATE CONSENT DECREE

Attorneys Jeffrey Murray and Mikel Schwab appeared on behalf of the Plaintiff. Attorney Murray appeared telephonically. Attorney Teresita Sablan appeared on behalf of the Defendants. Also seated at Defendants' table were Commissioner Ramon Mafnas and Director Gregory Castro from the Department of Corrections. Officers for the Department of Corrections were also present in court.

Court stated the procedural history of the case.

Attorney Schwab expressed how impressed the Government was with the progress that had occurred. Attorney Sablan expressed the same. Commissioner Mafnas and Director Castro presented their comments to the Court. Attorney Murray stated that he had nothing more to add.

Court, having reviewed the Final Joint Consent Decree Report, with all exhibits attached, stated that it was fully satisfied and granted the Parties' Joint Motion to Terminate Decree, ECF No. [61]. Parties to submit proposed order for the Court's approval.

Court commended everyone for all their efforts and stated that all the documentation had been well presented, descriptive, signed and photographed. Court congratulated all that were present in the courtroom. All those present in court shared a round of applause at the conclusion of the hearing.

Adjourned 8:50 a.m.

/s/ Tina P. Matsunaga, Courtroom Deputy

_____
**CERTIFICATE OF OFFICIAL COURT RECORDER**

     I, Tina P. Matsunaga, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on May 15, 2014. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).
_____