F I L E D
Clerk
District Court

MAY 20 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS** et al.,

    Defendants.

CASE 1:99-CV-00017

~~**[PROPOSED]**~~ **ORDER GRANTING JOINT MOTION TO TERMINATE CONSENT DECREE**

The Court, having reviewed the parties' Joint Motion to Terminate the Consent Decree and Final Consent Decree Report in Support of Termination, and good cause being found, hereby GRANTS the Motion and TERMINATES the Consent Decree.

In 1999, the United States initiated this case after observing conditions at the Commonwealth's detention facilities—*e.g.*, the absence of fire alarms and smoke detectors, inadequate ventilation, no medical screening, mold-covered showers, lack of running water, and dilapidated buildings—and determining that these conditions violated the civil rights of the confined persons at the institutions. Two days after the complaint was filed, the Commonwealth and the United States entered into the Consent Decree to ameliorate the conditions that violated the civil rights of the confined persons and to safeguard against future violations.

The Final Consent Decree Report illustrates the vast strides that the Commonwealth has made to address these violations since entering into the Consent Decree. *See* ECF Nos. 64 to 64-6. Among these achievements, the Court notes that the Commonwealth constructed new, modernized juvenile and adult facilities with integrated fire safety mechanisms; developed and implemented comprehensive policies and procedures for the facilities; instituted training programs for officers; and installed video-monitoring surveillance at its primary facilities.

Based on the representations of the parties, the Final Consent Decree Report, and the prior filings in this case, the Court finds that the Commonwealth is in substantial compliance with the terms of the Consent Decree. The purpose of the Consent Decree has been fulfilled. Accordingly, the Consent Decree is hereby terminated and this action is DISMISSED.

**SO ORDERED** this 20th day of May, 2014.

/s/ 
RAMONA V. MANGLONA,
Chief Judge